CLRB Hanson Industries, LLC et al v. Google Inc.                                    Doc. 2
SEP-12-2005 11:48        FIRST LEGAL
Case 5:05-cv-03649-JW        Document 2        Filed 09/12/2005      Page 1 of 1      P.05

COPY

1 | DAVID T. BIDERMAN, Bar No. 101577
JUDITH B. GITTERMAN, Bar No. 115661
2 | LISA A. DELEHUNT, Bar No. 228851
**PERKINS COIE LLP**
3 | 180 Townsend Street, 3rd Floor
San Francisco, California 94107-1909
4 | Telephone: (415) 344-7000
Facsimile: (415) 344-7050
5 | Email: DBiderman@perkinscoie.com
Email: JGitterman@perkinscoie.com
6 | Email: LDelehunt@perkinscoie.com

7 | Attorneys for Google, Inc.

ORIGINAL FILED

SEP 12 2005

CLERK
NORTHERN

E-filing

8

9 | **UNITED STATES DISTRICT COURT**

10 | **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

C05        03649

11

12 | CLRB HANSON INDUSTRIES, LLC d/b/a
INDUSTRIAL PRINTING, and HOWARD
13 | STERN, on behalf of themselves and all others
similarly situated,

14 | Plaintiffs,

15 | v.

16 | GOOGLE, INC.,

17 | Defendant.

CASE NO.

**DEFENDANT GOOGLE, INC.'S
DISCLOSURE STATEMENT AND
CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS**

[Fed. R.Civ. P. 7.1 & N.D. Cal. R. 3-16]

*(Santa Clara Superior Court
Case No. 1-05-CV-046409)*

PVT

18

19 | Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than

20 | the named parties, there is no such interest to report.

21

22 | DATED: September 9, 2005.        **PERKINS COIE LLP**

23

24 | By _Judith B. G____ for_ _____
David T. Biderman
25 | Attorneys for Google, Inc.

26

27

28

DEFENDANT GOOGLE, INC.'S DISCLOSURE
STATEMENT AND CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

[41063-0023/LA052450.034]