CLRB Hanson Industries, LLC et al v. Google Inc. Doc. 3

COPY

DAVID T. BIDERMAN, Bar No. 101577
JUDITH B. GITTERMAN, Bar No. 115661
LISA A. DELEHUNT, Bar No. 228851
PERKINS COIE LLP
180 Townsend Street, 3rd Floor
San Francisco, California 94107-1909
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
Email: DBiderman@perkinscoie.com
Email: JGitterman@perkinscoie.com
Email: LDelehunt@perkinscoie.com

Attorneys for Google, Inc.

ORIGINAL FILED
SEP 12 2005
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-filing

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

GOOGLE, INC.,

Defendant.

CASE NO. C05 03649 PVT

DEFENDANT GOOGLE, INC.'S NOTICE OF NO RELATED CASES

*(Santa Clara Superior Court Case No. 1-05-CV-046409)*

[N.D. Cal. R. 3-12]

PLEASE TAKE NOTICE that there are no actions previously filed or currently pending in the Northern District that are "related" to this action pursuant to Northern District Local Rule 3-12.

DATED: September 9, 2005.

**PERKINS COIE LLP**

By [signature] for
David T. Biderman
Attorneys for Google, Inc.

Dockets.Justia.com