1   DAVID T. BIDERMAN, Bar No. 101577
2   JUDITH B. GITTERMAN, Bar No. 115661
    LISA A. DELEHUNT, Bar No. 228851
3   **PERKINS COIE LLP**
    180 Townsend Street, 3rd Floor
4   San Francisco, California 94107-1909
    Telephone: (415) 344-7000
5   Facsimile: (415) 344-7050
    Email: DBiderman@perkinscoie.com
6   Email: JGitterman@perkinscoie.com
    Email: LDelehunt@perkinscoie.com
7   Attorneys for Google, Inc.

8

9              UNITED STATES DISTRICT COURT

10      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

12   CLRB HANSON INDUSTRIES, LLC d/b/a
     INDUSTRIAL PRINTING, and HOWARD          C 05   03649
13   STERN, on behalf of themselves and all others
     similarly situated,                       CASE NO.

14                                             **PROOF OF SERVICE**
                         Plaintiffs,
15                                             *(Santa Clara Superior Court
         v.                                     Case No. 1-05-CV-046409)*
16
     GOOGLE, INC.,
17
                         Defendant.
18

19

20

21

22

23

24

25

26

27

28

---
PROOF OF SERVICE                                          [41063-0023-000000/LA052520.031]

Dockets.Justia.com

# PROOF OF SERVICE - MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am and was at all times herein mentioned employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action or proceeding. My business address is 1620 26th Street, Sixth Floor, Santa Monica, California 90404..

On September 9, 2005, I served a true copy of:

1.      **CIVIL COVER SHEET;**

2.      **DEFENDANT GOOGLE, INC.'S NOTICE OF REMOVAL;**

3      **DEFENDANT GOOGLE, INC.'S DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; and**

4      **DEFENDANT GOOGLE, INC.'S NOTICE OF NO RELATED CASES**

on the interested parties in this action by placing said document enclosed in a sealed envelope (for collection and mailing, with postage thereon fully prepaid, on the same date, following ordinary business practices) in an internal collection basket, addressed as follows:

William M. Audet, Esq.                        Attorney for Plaintiffs and
Ryan M. Hagan,  Esq.                         the Proposed Class
Jason Baker, Esq.
ALEXANDER, HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112
Tel:  (408) 289-1776; Fax: (408) 287-1776

Lester L. Levy, Esq.                           Attorney for Plaintiffs and
Emily Madoff, Esq.                            the Proposed Class
Patricia I. Avery, Esq.
Renee L. Karalian, Esq.
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
Tel:  (212) 759-4600; Fax: (212) 486-2093

I am readily familiar with this business's practices concerning collection and processing of correspondence for mailing with the United States Postal Service, and declare that correspondence is deposited with the United States Postal Service on the same day it is internally collected at Perkins Coie LLP in the ordinary course of business.

1        I declare under penalty of perjury under the laws of the State of California that the

2   foregoing is true and correct; that I am employed in the office of a member of the Bar of this Court

3   at whose direction this service was made; and that this Proof of Service was executed on
September 9, 2005, at Santa Monica, California.

4

5                                      Helen E. Mays

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE                                               [41063-0023/LA052520.031]