UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
                              )
                              )
CLRB HANSON INDUSTRIES         )
            Plaintiff(s)       )
                              )          C 05-03649 PVT
      -v-                      )
                              ) ORDER SETTING INITIAL CASE MANAGEMENT
GOOGLE,INC.,                   ) CONFERENCE
            Defendant(s)       )
_____)
```

IT IS HEREBY ORDERED that this action is assigned to the Honorable Patricia V. Trumbull.  When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this order, the handbook entitled "Dispute Resolution Procedures in the Northern District of California," the Notice of Assignment to United States Magistrate Judge for Trial, and all other documents specified in Civil Local Rule 4-2. Counsel must comply with the case schedule listed below unless the Court otherwise orders.

IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3.  Counsel and clients must familiarize themselves with that rule and with the handbook entitled "Dispute Resolution Procedures in the Northern District of California."

CASE SCHEDULE   [ADR MULTI-OPTION PROGRAM]

| Date | Event | Governing Rule |
|---|---|---|
| 09/12/2005 | Notice of removal filed | |
| 12/27/2005 | Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR LR 3-5 |
| 12/27/2005 | Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8 |
| 01/10/2006 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report | FRCivP 26(a)(1) Civil L.R.16-9 |
| 01/17/2006 | Case Management Conference in 5 at 2:00 PM | Civil L.R. 16-10 |