DAVID T. BIDERMAN, Bar No. 101577
JUDITH B. GITTERMAN, Bar No. 115661
LISA A. DELEHUNT, Bar No. 228851
**PERKINS COIE LLP**
180 Townsend Street, 3rd Floor
San Francisco, California 94107-1909
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
Email: DBiderman@perkinscoie.com
Email: JGitterman@perkinscoie.com
Email: LDelehunt@perkinscoie.com

Attorneys for Google, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>      v.<br><br>GOOGLE, INC.,<br><br>                    Defendant. | CASE NO. C05-03649 PVT<br><br>**NOTICE OF FILING IN STATE COURT DEFENDANT GOOGLE, INC.'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT**<br><br>*(Santa Clara Superior Court Case No. 1-05-CV-046409)* |

TO THE CLERK OF THIS COURT, TO THE PLAINTIFFS AND TO PLAINTIFFS'

COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on September 12, 2005, defendant Google, Inc. filed with

the Santa Clara County Superior Court its Notice of Removal of Action to Federal Court and on

the same date served said Notice of Removal upon plaintiffs CLRB Hanson Industries, LLC, d/b/a

---

NOTICE OF FILING IN STATE COURT DEFENDANT
GOOGLE, INC.'S NOTICE OF REMOVAL OF ACTION
TO FEDERAL COURT

[41063-0023/LA052560.045]

1  Industrial Printing, and Howard Stern.  A copy of said Notice of Removal is attached hereto as

2  Exhibit A.

3

4  DATED:  September 13, 2005.            **PERKINS COIE LLP**

5                                         By _____

6                                         Judith B. Gitterman
                                           Attorneys for Google, Inc.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

**NOTICE OF FILING IN STATE COURT DEFENDANT
GOOGLE, INC.'S NOTICE OF REMOVAL OF ACTION
TO FEDERAL COURT**                                    [41063-0023/LA052560.045]

# EXHIBIT A

1  DAVID T. BIDERMAN, Bar No. 101577
   JUDITH B. GITTERMAN, Bar No. 115661
2  LISA A. DELEHUNT, Bar No. 228851
   PERKINS COIE LLP
3  180 Townsend Street, 3rd Floor
   San Francisco, California 94107-1909
4  Telephone: (415) 344-7000
   Facsimile: (415) 344-7050
5
   Attorneys for Google, Inc.
6

ENDORSED  Santa Clara
09/12/05   2:04pm
Kiri Torre
Chief Executive Offic
By: bettyc dtsclerka
R#200500091890
CK              $846.20
TL              $846.20
Case No 1-05-CV-046409

7              SUPERIOR COURT OF THE STATE OF CALIFORNIA

8                      COUNTY OF SANTA CLARA

9

10

11  CLRB HANSON INDUSTRIES, LLC d/b/a          CASE NO. 1-05-CV-046409
    INDUSTRIAL PRINTING, and HOWARD
12  STERN, on behalf of themselves and all others   DEFENDANT GOOGLE, INC.'S NOTICE
    similarly situated,                        OF REMOVAL OF ACTION TO
13                                             FEDERAL COURT
                        Plaintiffs,
14
            v.
15
    GOOGLE, INC.,
16
                        Defendant.
17

18  TO THE CLERK OF THIS COURT, TO THE PLAINTIFFS AND TO PLAINTIFFS'

19  COUNSEL OF RECORD:

20

21       PLEASE TAKE NOTICE that on September 12, 2005, Defendant Google, Inc.

22  ("Google") filed a Notice of Removal of this civil action with the United States District Court for

23  the Northern District of California, and removed the above-entitled action, Case No. 1-05-CV-

24  046409, from the Superior Court of the State of California, County of Santa Clara to the United

25  States District Court for the Northern District of California (U.S.D.C. Case No. C05 03649

26  PVT).

27       A true and correct copy of the Notice of Removal (without exhibits) is attached hereto as

28  Exhibit A.

DEFENDANT GOOGLE, INC.'S NOTICE OF REMOVAL          [41063-0023/LA052420.005]
OF ACTION TO FEDERAL COURT

1       PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. § 1446(d), the filing of

2  said Notice of Removal, together with a filing of the copy of the same with this Court, effects the

3  removal of this action, and this Court may proceed no further unless and until the case is

4  remanded.

5  DATED: September 12, 2005.     **PERKINS COIE LLP**

6

7                     By _____
                     David T. Biderman

8                     Attorneys for Google, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT GOOGLE, INC.'S NOTICE OF REMOVAL
OF ACTION TO FEDERAL COURT          5          [41063-0023/LA052420.005]

# EXHIBIT A

COPY

DAVID T. BIDERMAN, Bar No. 101577
JUDITH B. GITTERMAN, Bar No. 115661
LISA A. DELEHUNT, Bar No. 228851
PERKINS COIE LLP
180 Townsend Street, 3rd Floor
San Francisco, California 94107-1909
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
Email: DBiderman@perkinscoie.com
Email: JGitterman@perkinscoie.com
Email: LDelehunt@perkinscoie.com

Attorneys for Google, Inc.

ORIGINAL FILED

SEP 12 2005

CLERK US DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-filing

ADR

PVT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC.,<br><br>Defendant. | CASE 05 03649<br><br>DEFENDANT GOOGLE, INC.'S NOTICE OF REMOVAL<br><br>*(Santa Clara Superior Court Case No. 1-05-CV-046409)* |

PLEASE TAKE NOTICE that Defendant Google, Inc. ("Google") hereby removes this action from the Superior Court of the State of California for the County of Santa Clara to the United States District Court for the Northern District of California.

## I.    FACTUAL SUMMARY

On August 3, 2005, Plaintiffs CLRB Hanson Industries, LLC d/b/a Industrial Printing ("Hanson") and Howard Stern ("Stern") filed an action in the Superior Court of the State of California for the County of Santa Clara, naming Google, Inc. ("Google") as defendant. This action was assigned Case Number 1-05-CV-046409. On August 11, 2005, Plaintiffs served a

1  summons and a copy of the complaint on Google by personal service. True and correct copies of

2  all process, pleadings, and orders served on Google in the state court action are incorporated

3  herein by reference and are attached hereto as Exhibit A.

4

## II.    BASIS FOR REMOVAL

5      This Court has removal jurisdiction over this civil action pursuant to 28 U.S.C. § 1441(a)

6  and (b). This Court has original jurisdiction over Plaintiffs' claims pursuant to 28 U.S.C.

7  § 1332(d). Removal is proper because Plaintiffs have filed this action as a nationwide class

8  action, plaintiff Hanson alleges it is a Minnesota limited liability company, plaintiff Stern alleges

9  he is a citizen of New Jersey, and defendant Google is a corporation incorporated under the laws

10  of the State of Delaware with its principal place of business in the State of California.

11      Google does not concede that Plaintiffs are entitled to any damages or monetary recovery,

12  but the complaint alleges an amount in controversy exceeding $5,000,000, exclusive of interest

13  and costs. Plaintiffs seek the disgorgement and restitution of Google's profits, revenues, and

14  benefits, and purport to represent a nationwide class of "thousands of people." [Complaint ¶¶ 20,

15  88]. Plaintiffs allege that U.S. sales from advertiser-paid search results [were] expected to grow

16  25 percent [in 2004] to $3.2 billion, up from $2.5 billion in 2003 . . . ." and that paid-search

17  advertising generates about 98 percent of Google's revenues. [Complaint, ¶¶ 27, 30]. If

18  Plaintiffs contend the amount in controversy is less than $5,000,000, they must so allege and bear

19  the burden of proving their claims seek less than the jurisdictional amount. *Berry v. American*

20  *Express Publishing Corp.*, No. SA CV 05-302 AHS (ANx), 2005 WL 1941151, at *4 (C.D. Cal.

21  June 15, 2005); *Waitt v. Merck & Co., Inc.*, No. C05-0759L, 2005 WL 1799740 , at *2 (W.D.

22  Wash. July 27, 2005).

23

## III.    INITIAL SERVICE OF COMPLAINT

24      Effective August 11, 2005, Plaintiffs served a summons and a copy of the complaint on

25  Google. Google has therefore timely removed this action within the thirty-day period set forth in

26  28 U.S.C. § 1446(b).

27

28

- 2 -

DEFENDANT GOOGLE, INC.'S NOTICE OF REMOVAL                [41063-0023/LA052510.034]

**IV.    JOINDER AND CONSENT OF OTHER DEFENDANTS**

Google is the only named defendant. Therefore, all named defendants have consented to removal of this action to the United States District Court for the Northern District of California.

**V.    VENUE OF REMOVED ACTION**

Because this Court is the United States District Court for the district embracing the place where the state court action is pending, it is the appropriate court for removal pursuant to 28 U.S.C. § 1441(a).

**VI.    PLEADINGS IN THE STATE COURT ACTION**

True and correct copies of all process, pleadings, and orders served on Google in the state court action are incorporated herein by reference and are attached hereto as Exhibit A. A copy of this notice has been served on all parties of record and will be filed with the Clerk of the Superior Court for the County of Santa Clara.

**VII.    CONCLUSION**

For the foregoing reasons, Google respectfully requests that the above action be removed from the state court in which it was filed to the United States District Court for the Northern District of California.

DATED: September 9, 2005.        **PERKINS COIE LLP**

By _Judith B. Gith for_
David T. Biderman
Attorneys for Google, Inc.

- 3 -

[1063-0023/LA052510.034]

**PROOF OF SERVICE - MAIL**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am and was at all times herein mentioned employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action or proceeding. My business address is 1620 26th Street, Sixth Floor, Santa Monica, California 90404.

On September 12, 2005, I served a true copy of **DEFENDANT GOOGLE, INC.'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT** on the interested parties in this action by placing said document enclosed in a sealed envelope (for collection and mailing, with postage thereon fully prepaid, on the same date, following ordinary business practices) in an internal collection basket, addressed as follows:

William M. Audet, Esq.                      Attorney for Plaintiffs and
Ryan M. Hagan, Esq.                         the Proposed Class
Jason Baker, Esq.
ALEXANDER, HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112
Tel: (408) 289-1776; Fax: (408) 287-1776

Lester L. Levy, Esq.                        Attorney for Plaintiffs and
Emily Madoff, Esq.                          the Proposed Class
Patricia I. Avery, Esq.
Renee L. Karalian, Esq.
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
Tel: (212) 759-4600; Fax: (212) 486-2093

I am readily familiar with this business's practices concerning collection and processing of correspondence for mailing with the United States Postal Service, and declare that correspondence is deposited with the United States Postal Service on the same day it is internally collected at Perkins Coie LLP in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; that I am employed in the office of a member of the Bar of this Court at whose direction this service was made; and that this Proof of Service was executed on September 12, 2005, at Santa Monica, California.

_____
Helen E. Mays

**10**

**PROOF OF SERVICE - MAIL**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am and was at all times herein mentioned employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action or proceeding. My business address is 1620 26th Street, Sixth Floor, Santa Monica, California 90404..

On September 13, 2005, I served a true copy of **NOTICE OF FILING IN STATE COURT DEFENDANT GOOGLE, INC.'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT** on the interested parties in this action by placing said document enclosed in a sealed envelope (for collection and mailing, with postage thereon fully prepaid, on the same date, following ordinary business practices) in an internal collection basket, addressed as follows:

| | |
|---|---|
| William M. Audet, Esq.<br>Ryan M. Hagan, Esq.<br>Jason Baker, Esq.<br>ALEXANDER, HAWES & AUDET, LLP<br>152 North Third Street, Suite 600<br>San Jose, CA 95112<br>Tel: (408) 289-1776; Fax: (408) 287-1776 | Attorney for Plaintiffs and<br>the Proposed Class |
| Lester L. Levy, Esq.<br>Emily Madoff, Esq.<br>Patricia I. Avery, Esq.<br>Renee L. Karalian, Esq.<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, NY 10022<br>Tel: (212) 759-4600; Fax: (212) 486-2093 | Attorney for Plaintiffs and<br>the Proposed Class |

I am readily familiar with this business's practices concerning collection and processing of correspondence for mailing with the United States Postal Service, and declare that correspondence is deposited with the United States Postal Service on the same day it is internally collected at Perkins Coie LLP in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; that I am employed in the office of a member of the Bar of this Court at whose direction this service was made; and that this Proof of Service was executed on September 13, 2005, at Santa Monica, California.

Helen E. Mays

**11**