DAVID T. BIDERMAN, Bar No. 101577
JUDITH B. GITTERMAN, Bar No. 115661
LISA A. DELEHUNT, Bar No. 228851
**PERKINS COIE LLP**
180 Townsend Street, 3rd Floor
San Francisco, California 94107-1909
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
Email: DBiderman@perkinscoie.com
Email: JGitterman@perkinscoie.com
Email: LDelehunt@perkinscoie.com

Attorneys for Google, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE, INC.,<br><br>　　　　　　Defendant. | CASE NO. C05-03649 PVT<br><br>**PROOF OF SERVICE OF SUPPLEMENTARY MATERIAL**<br><br>**[N.D. Rule 4-2]**<br><br>*(Santa Clara Superior Court Case No. 1-05-CV-046409)* |

PROOF OF SERVICE OF SUPPLEMENTARY MATERIAL

[41063-0023/LA052560.077]

## PROOF OF SERVICE - MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am and was at all times herein mentioned employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action or proceeding. My business address is 1620 26th Street, Sixth Floor, Santa Monica, California 90404.

On September 13, 2005, I served a true copy of the following documents:

1. Order Setting Initial Case Management Conference;

2. Dispute Resolution Procedures in the Northern District of California Handbook;

3. Instructions for Completion of ADR Forms Regarding Selection of an ADR Process;

4. Notice of Assignment of Case to a United States Magistrate Judge;

5. Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull;

6. Form of Joint Case Management Statement and Proposed Order;

7. Consent to Proceed Before a United States Magistrate Judge (form);

8. Stipulation and [Proposed] Order Selecting ADR Process; ADR Certification (forms);

9. General Order No. 40 - Prohibition of Bias;

10. Welcome to the United States District Court letter;

11. Fee Schedule Summary;

12. Northern District of California San Jose Division Criminal and Civil Law and Motion/Trial/Settlement/Case Management Dismissal Hearing Schedule;

13. Notice of Electronic Availability of Case File Information;

14. General Order No. 53 – Privacy;

15. Declaration to Proceed Before A Magistrate Judge and Request for Reassignment to a United States District Judge (form);

16. Waiver of Service of Summons (form);

17. Notice of Lawsuit and Request for Waiver of Service of Summons (form); and

---

PROOF OF SERVICE OF SUPPLEMENTARY MATERIAL

[41063-0023/LA052560.077]

18. ECF Registration Information Handout.

on the interested parties in this action by placing said document enclosed in a sealed envelope (for collection and mailing, with postage thereon fully prepaid, on the same date, following ordinary business practices) in an internal collection basket, addressed as follows:

| | |
|---|---|
| William M. Audet, Esq.<br>Ryan M. Hagan, Esq.<br>Jason Baker, Esq.<br>ALEXANDER, HAWES & AUDET, LLP<br>152 North Third Street, Suite 600<br>San Jose, CA 95112<br>Tel: (408) 289-1776; Fax: (408) 287-1776 | Attorney for Plaintiffs and<br>the Proposed Class |
| Lester L. Levy, Esq.<br>Emily Madoff, Esq.<br>Patricia I. Avery, Esq.<br>Renee L. Karalian, Esq.<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, NY 10022<br>Tel: (212) 759-4600; Fax: (212) 486-2093 | Attorney for Plaintiffs and<br>the Proposed Class |

I am readily familiar with this business's practices concerning collection and processing of correspondence for mailing with the United States Postal Service, and declare that correspondence is deposited with the United States Postal Service on the same day it is internally collected at Perkins Coie LLP in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; that I am employed in the office of a member of the Bar of this Court at whose direction this service was made; and that this Proof of Service was executed on September 13, 2005, at Santa Monica, California.

*Helen E. Mays*
Helen E. Mays

- 2 -

PROOF OF SERVICE OF SUPPLEMENTARY
MATERIAL

[41063-0023/LA052560.077]