```
DAVID T. BIDERMAN, Bar No. 101577
JUDITH B. GITTERMAN, Bar No. 115661
LISA A. DELEHUNT, Bar No. 228851
PERKINS COIE LLP
180 Townsend Street, 3rd Floor
San Francisco, California 94107-1909
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
Email: DBiderman@perkinscoie.com
Email: JGitterman@perkinscoie.com
Email: LDelehunt@perkinscoie.com
```

Attorneys for Google, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC.,<br><br>Defendant. | CASE NO. CO5 03649 PVT<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>*(Santa Clara Superior Court Case No. 1-05-CV-046409)* |

Plaintiffs CLRB Hanson Industries, LLC dba Industrial printing, and Howard Stern ("Plaintiffs") and Defendant Google, Inc. ("Defendant") by and through their attorneys of record, hereby agree and stipulate as follows:

(1) Defendant was served with the Complaint in this action on August 11, 2005.

(2) Plaintiffs and Defendant have stipulated to a 30 day extension of time for Defendant to respond to the Complaint; and

1   (3)   Defendant will file its response to the Complaint on or before October 12, 2005.

DATED: September 13, 2005.        PERKINS COIE LLP

By _____
Judith B. Gitterman
Attorneys for Defendant,
Google, Inc.

DATED: September 15, 2005.        ALEXANDER, HAWES & AUDET, LLP

By _____
Ryan M. Hagan
Attorneys for Plaintiffs and the
Proposed Class
CLRB Hanson Industries, LLC
dba Industrial Printing, and Howard Stern

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2005.

_____
Hon. Patricia V. Trumbull
United States District Court Judge

**PROOF OF SERVICE - MAIL**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am and was at all times herein mentioned employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action or proceeding. My business address is 1620 26th Street, Sixth Floor, Santa Monica, California 90404.

On September 15, 2005, I served a true copy of **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** on the interested parties in this action by placing said document enclosed in a sealed envelope (for collection and mailing, with postage thereon fully prepaid, on the same date, following ordinary business practices) in an internal collection basket, addressed as follows:

| | |
|---|---|
| William M. Audet, Esq.<br>Ryan M. Hagan, Esq.<br>Jason Baker, Esq.<br>ALEXANDER, HAWES & AUDET, LLP<br>152 North Third Street, Suite 600<br>San Jose, CA 95112<br>Tel: (408) 289-1776; Fax: (408) 287-1776 | Attorney for Plaintiffs and<br>the Proposed Class |
| Lester L. Levy, Esq.<br>Michele F. Raphael, Esq.<br>Renee L. Karalian, Esq.<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, NY 10022<br>Tel: (212) 759-4600; Fax: (212) 486-2093 | Attorney for Plaintiffs and<br>the Proposed Class |

I am readily familiar with this business's practices concerning collection and processing of correspondence for mailing with the United States Postal Service, and declare that correspondence is deposited with the United States Postal Service on the same day it is internally collected at Perkins Coie LLP in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; that I am employed in the office of a member of the Bar of this Court at whose direction this service was made; and that this Proof of Service was executed on September 15, 2005, at Santa Monica, California.

_/s/ Helen E. Mays_
Helen E. Mays