**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

**September 16, 2005**

**CASE NUMBER:  CV 05-03649 JW**
**CASE TITLE:  CLRB HANSON INDUSTRIES -v- GOOGLE, INC.,**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 9/16/05

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk

NEW CASE FILE CLERK:

| | | |
|---|---|---|
| Copies to: Courtroom Deputies | Special Projects | |
| Log Book Noted        9/16/05 | Entered in Computer | 9/16/05 |

CASE SYSTEMS ADMINISTRATOR:

Copies to:  All Counsel        9/16/05          Transferor CSA          9/16/05Bjw