1  DAVID T. BIDERMAN, Bar No. 101577
   JUDITH B. GITTERMAN, Bar No. 115661
2  LISA A. DELEHUNT, Bar No. 228851
   **PERKINS COIE LLP**
3  180 Townsend Street, 3rd Floor
   San Francisco, California 94107-1909
4  Telephone: (415) 344-7000
   Facsimile: (415) 344-7050
5  Email: DBiderman@perkinscoie.com
   Email: JGitterman@perkinscoie.com
6  Email: LDelehunt@perkinscoie.com

7  Attorneys for Google, Inc.

8

9                    UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

12 | CLRB HANSON INDUSTRIES, LLC d/b/a         | CASE NO. C05-03649 JW
   | INDUSTRIAL PRINTING, and HOWARD           |
13 | STERN, on behalf of themselves and all others | **PROOF OF SERVICE OF STANDING**
   | similarly situated,                        | **ORDER REGARDING CASE**
14 |                                           | **MANAGEMENT IN CIVIL CASES**
   |              Plaintiffs,                   |
15 |                                           | *(Santa Clara Superior Court*
   |       v.                                   | *Case No. 1-05-CV-046409)*
16 | GOOGLE, INC.,                              |
17 |              Defendant.                    |

18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE OF STANDING ORDER
REGARDING CASE MANAGEMENT IN CIVIL CASES**                            [41063-0023/LA052660.015]

# PROOF OF SERVICE - MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am and was at all times herein mentioned employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action or proceeding. My business address is 1620 26th Street, Sixth Floor, Santa Monica, California 90404.

    On September 23, 2005, I served a true copy of **STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES** on the interested parties in this action by placing said document enclosed in a sealed envelope (for collection and mailing, with postage thereon fully prepaid, on the same date, following ordinary business practices) in an internal collection basket, addressed as follows:

| | |
|---|---|
| William M. Audet, Esq.<br>Ryan M. Hagan, Esq.<br>Jason Baker, Esq.<br>ALEXANDER, HAWES & AUDET, LLP<br>152 North Third Street, Suite 600<br>San Jose, CA 95112<br>Tel: (408) 289-1776; Fax: (408) 287-1776 | Attorney for Plaintiffs and<br>the Proposed Class |
| Lester L. Levy, Esq.<br>Michele F. Raphael, Esq.<br>Renee L. Karalian, Esq.<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, NY 10022<br>Tel: (212) 759-4600; Fax: (212) 486-2093 | Attorney for Plaintiffs and<br>the Proposed Class |

    I am readily familiar with this business's practices concerning collection and processing of correspondence for mailing with the United States Postal Service, and declare that correspondence is deposited with the United States Postal Service on the same day it is internally collected at Perkins Coie LLP in the ordinary course of business.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; that I am employed in the office of a member of the Bar of this Court at whose direction this service was made; and that this Proof of Service was executed on September 23, 2005, at Santa Monica, California.

*/s/ Helen E. Mays*
Helen E. Mays

---

PROOF OF SERVICE OF STANDING ORDER
REGARDING CASE MANAGEMENT IN CIVIL CASES

[41063-0023/LA052660.015]