## Google Inc. AdWords Program Terms

These Google Inc. AdWords Program Terms (**"Terms"**) are entered into by you and Google Inc. (**"Google"**) regarding the Google AdWords Program (**"Program"**) as further described in the Program's frequently asked questions at https://adwords.google.com/support/bin/index.py?fulldump=1 (the **"FAQs"**) (collectively, the **"Agreement"**). "You" or "you" means the party listed on the account you create and you represent you have the authority to agree to this Agreement for that party. You represent and warrant that you are authorized to act on behalf of, and bind to this Agreement, any third party for which you generate ads. You hereby agree and acknowledge:

**1   Policies.** Program use is subject to all applicable Google and Partner policies, including without limitation the Editorial Guidelines (adwords.google.com/select/guidelines.html), Google Privacy Policy (www.google.com/privacy.html) and Trademark Guidelines (www.google.com/permissions/trademarks.html). Policies may be modified any time. You shall direct only to Google communications regarding your ads on Partner Properties. Some Program features are identified as "Beta," "Ad Experiment," or otherwise unsupported (**"Beta Features"**). Beta Features are provided "as is" and at your option and risk. You shall not disclose to any third party any information from, existence of or access to Beta Features. Google may modify ads to comply with any Google Property or Partner Property policies.

**2   The Program.** You are solely responsible for all: (a) keywords and ad targeting options (collectively **"Targets"**) and all ad content and ad URLs (**"Creative"**), whether generated by or for you; and (b) web sites proximately reachable from Creative URLs and your services and products (collectively **"Services"**). You shall protect your passwords and take full responsibility for your own, and third party, use of your accounts. Ads may be placed on (y) any content or property provided by Google (**"Google Property"**), and unless opted-out by you (z) any other content or property provided by a third party (**"Partner"**) upon which Google places ads (**"Partner Property"**). Google or Partners may reject or remove any ad or Target for any or no reason. You may independently cancel online any campaign at any time (such cancellation is generally effective within 24 hours). Google may cancel immediately any IO, the Program or these Terms at any time with notice (additional notice is not required to cancel a reactivated account). Google may modify the Program or these Terms at any time without liability and your use of the Program after notice that Terms have changed indicates acceptance of the Terms. Sections 1, 2, 4, 5, 6 and 7 will survive any expiration or termination of this Agreement.

**3   Prohibited Uses.** You shall not, and shall not authorize any party to: (a) generate automated, fraudulent or otherwise invalid impressions or clicks; or (b) advertise anything illegal or engage in any illegal or fraudulent business practice in any state or country where your ad is displayed. You represent and warrant that (x) all your information is correct and current; (y) you hold and grant Google and Partners all rights to copy, distribute and display your ads and Targets (**"Use"**); and (z) such Use and websites linked from your ads (including services or products therein) will not violate or encourage violation of any applicable laws. Violation of these policies may result in immediate termination of this Agreement or your account without notice and may subject you to legal penalties and consequences.

**4   Disclaimer and Limitation of Liability.** GOOGLE DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION FOR NONINFRINGEMENT, MERCHANTABILITY AND FITNESS FOR ANY PURPOSE. Google disclaims all guarantees regarding positioning or the levels or timing of: (i) costs per click, (ii) click through rates, (iii) delivery of any impressions on any Partner Property or Google Property or sections of such properties, (iv) clicks or (v) conversions for any ads or Targets. EXCEPT FOR INDEMNIFICATION AMOUNTS PAYABLE TO THIRD PARTIES HEREUNDER AND YOUR BREACHES OF SECTION 1, TO THE FULLEST EXTENT PERMITTED BY LAW: (a) NEITHER PARTY WILL BE LIABLE FOR ANY CONSEQUENTIAL, SPECIAL, INDIRECT, EXEMPLARY,

Dockets.Justia.com

PUNITIVE, OR OTHER DAMAGES WHETHER IN CONTRACT, TORT OR ANY OTHER LEGAL THEORY, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES AND NOTWITHSTANDING ANY FAILURE OF ESSENTIAL PURPOSE OF ANY LIMITED REMEDY; AND (b) EACH PARTY'S AGGREGATE LIABILITY TO THE OTHER IS LIMITED TO AMOUNTS PAID OR PAYABLE TO GOOGLE BY YOU FOR THE AD GIVING RISE TO THE CLAIM. Except for payment, neither party is liable for failure or delay resulting from a condition beyond the reasonable control of the party, including but not limited to acts of God, government, terrorism, natural disaster, labor conditions and power failures.

**5  Payment.** You shall be charged based on actual clicks or other billing methods you may choose online (e.g. cost per impression). You shall pay all charges in the currency selected by you via your online AdWords account, or in such other currency as is agreed to in writing by the parties. Charges are exclusive of taxes. You are responsible for paying (y) all taxes and government charges, and (z) reasonable expenses and attorney fees Google incurs collecting late amounts. You waive all claims relating to charges unless claimed within 60 days after the charge (this does not affect your credit card issuer rights). Charges are solely based on Google's click measurements. Refunds (if any) are at the discretion of Google and only in the form of advertising credit for Google Properties. You acknowledge and agree that any credit card and related billing and payment information that you provide to Google may be shared by Google with companies who work on Google's behalf, such as payment processors and/or credit agencies, solely for the purposes of checking credit, effecting payment to Google and servicing your account. Google may also provide information in response to valid legal process, such as subpoenas, search warrants and court orders, or to establish or exercise its legal rights or defend against legal claims. Google shall not be liable for any use or disclosure of such information by such third parties.

**6  Indemnification.** You shall indemnify and defend Google, its agents, affiliates, and licensors from any third party claim or liability (including without limitation reasonable legal fees) arising out of your Program use, Targets, Creative and Services and breach of the Agreement.

**7  Miscellaneous.** The Agreement must be construed as if both parties jointly wrote it, governed by California law except for its conflicts of laws principles and adjudicated in Santa Clara County, California. The Agreement constitutes the entire agreement between the parties with respect to the subject matter hereof. You may grant approvals, permissions and consents by email, but any modifications by you to the Agreement must be made in a writing (not including email) executed by both parties. Any notices to Google must be sent to: Google Inc., AdWords Program, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA, with a copy to Legal Department, via first class or air mail or overnight courier, and are deemed given upon receipt. Notice to you may be effected by sending email to the email address specified in your account, or by posting a message to your account interface, and is deemed received when sent (for email) or no more than 15 days after having been posted (for messages in your AdWords interface). A waiver of any default is not a waiver of any subsequent default. Unenforceable provisions will be modified to reflect the parties' intention, and remaining provisions of the Agreement will remain in full effect. You may not assign any of your rights hereunder and any such attempt is void. Google and you and Google and Partners are not legal partners or agents, but are independent contractors.

*April 19, 2005*

Google Help Center

# AdWords Frequently Asked Questions

## Getting started

**Top 5 things I need to know to get started**

- How much does AdWords cost?
- Where will my ads appear?
- Are there spending requirements, a minimum contract length, or other qualifying terms?
- What basic terminology should I know?
- When do my ads start running?

**AdWords basics**

- How are ads ranked?
- How is an AdWords account structured?
- What is Google AdWords?
- How much text can I have in my ads?

**About image ads**

- Will you resize my image?
- Can I target my image ads to different languages?
- What are image ads?
- How much do image ads cost?
- How do I create an image ad?
- What are the format and editorial requirements for image ads?
- Where will my image ads appear?
- What do image ads look like?
- How do you decide whether to show my image ad or my text ad?
- Where can I find appropriate images? How do I create an image of my own?
- What's a CMYK color format?
- I'm receiving an 'incorrect image size' message. What now?
- Where are my images stored?

**About Ad Automator Ads**

- How does AdWords determine recommended CPCs for ad automator ads?

**Setting up my account**

- Where do I even begin?
- Can I have multiple AdWords accounts?
- What is Google's double serving policy?
- How do I create an AdWords account?
- What are all the steps to creating an AdWords account?

**The first 24 hours**

- How do I check that my account is running and performing well?
- How do I contact an AdWords representative?
- How do I edit or update my account?
- How do I know if my account is performing well?
- What is my AdWords account number?

**Jumpstart overview**

- What is Jumpstart?
- Am I eligible for Jumpstart?
- How is my daily budget calculated from the monthly budget amount I entered on my Jumpstart application?
- Can I review my new Jumpstart campaign prior to serving ads?

**Signing up for Jumpstart**

- Can Jumpstart create a site-targeted ad for me?
- Can I cancel my Jumpstart request?
- How do I sign up for Jumpstart?
- I signed up for Jumpstart, but haven't received my new campaign. What's going on?
- Why are you asking if my target audience is limited to a specific U.S. region?

- Why do I need to confirm my email address for Jumpstart? How do I do this?

**My new Jumpstart campaign**

- I like the results I'm seeing from my new campaign. Can I request another Jumpstart campaign?
- How can I enhance the performance of my Jumpstart campaign?
- I signed up for Jumpstart. When will my ads start showing?
- How can I get involved with my Jumpstart campaign early on?
- Do I need to start serving ads within a certain timeframe after signing up for AdWords through the Jumpstart program?
- Can I make changes to my Jumpstart campaign?

## My ads are live--now what?

**My account settings**

- What's a promotional code, and how do I redeem one?
- Which web browsers do I need?
- How do I view or update my email address and password?
- How do I reactivate my account?
- What's the Download Bulksheet feature?

**My campaigns**

- How do I make my ads appear (or not appear) on Google Network sites?
- Can I have my ads run at particular times of day?
- Why do traffic estimates for my Ad Group differ from those given by the standalone tool?
- How do I pause an ad campaign?
- Can I get keyword traffic estimates without creating or editing an ad?
- How do I delete or undelete an ad campaign?
- How do I resume a paused ad campaign?
- How do I schedule an end date for my campaign?
- How do I change the name of my campaign?
- Find and Edit Max CPCs
- Find and Edit Keywords
- How do I create a new keyword-targeted campaign?
- How do I restart a campaign which has ended?
- Find and Edit Ad Text
- What can I do with campaign management tools?

**The Google Budget Optimizer(TM) Tool**

- What's the Google Budget Optimizer(TM) tool?
- How will the Google Budget Optimizer(TM) tool affect my ad position?
- Can I view my Google Budget Optimizer(TM) CPCs?
- How will the Google Budget Optimizer(TM) tool affect my billing and costs?
- How does the Google Budget Optimizer(TM) tool calculate traffic estimates?
- Where is my traffic estimator?
- Will changing keywords in my Google Budget Optimizer(TM) campaign affect my clicks or spending?
- How does the Google Budget Optimizer(TM) tool work?
- Will the Google Budget Optimizer(TM) tool always spend my entire target budget over 30 days?
- Can the Google Budget Optimizer(TM) tool manage my budget to get more impressions or conversions?
- How long does the Google Budget Optimizer(TM) tool run?
- Will my Google Budget Optimizer(TM) target budget replace my current daily budget and CPCs?
- Which of my campaigns are eligible for the Google Budget Optimizer(TM) tool?

**My Ad Groups**

- What information does the Traffic Estimator provide?
- How do I use the Keyword Traffic Estimator?
- How do I create a new Ad Group?
- How do I pause an Ad Group?
- What are my options when I set my max CPCs?
- How do I resume a paused Ad Group?
- How do I delete or undelete an Ad Group?
- How can I import keywords to the Traffic Estimator?

**My ads & keywords**

- Why can't I see my ad?
- How do I edit my keywords or change my maximum CPC?
- How do I edit my ad text?
- How can I make my ads appear above the search results?
- Are keywords case-sensitive?
- How do I apply negative keywords across my account?
- How do I edit my Display URL and Destination URL?
- How do I make my ad text bold?
- Can I create multiple ads for a set of keywords?
- How do I build a more effective keyword list?
- How do I choose negative keywords?
- How do I create a new text ad?
- Why does the name of a region appear underneath my ad?
- How do I resubmit an ad?

- How do I delete an ad?
- The Find/Edit Ad Text tool found editorial violations in my ads. What can I do?

**My image ads**

- What is an expanded text ad?
- How should I name my image?
- Why isn't my image ad showing?
- What are the editorial guidelines for animated ads?
- What's the maximum number of image ads I can have in my account?
- When can I expect to see clicks on my image ads?
- Can I create an Ad Group only containing image ads?
- Why is there a limit on the file size of my image ad?

**Improving my account's performance**

- What are the AdWords keyword evaluation changes?
- My keyword has a high CTR. Why was it disabled?
- What happens to keywords with no impressions after 90 days?
- How do I manage the number of keywords in my account?
- How is the predicted CTR calculated?
- What do I do if my normal keywords experience a drop in CTR?
- When does a keyword enter on hold status?
- When does a keyword enter normal status?
- How can I move keywords from on hold to in trial status?
- When does a keyword enter in trial status?
- I need help improving my account performance. What can I do?

**Troubleshooting my account**

- What if my keywords are disabled?
- Is there a minimum required clickthrough rate?
- What happens if my daily budget is lower than what the AdWords system recommends?
- Why am I being charged for more than my daily budget on some days?
- What if my payment is declined?
- I sometimes see error messages when I try to edit my account. Why?
- I can't log in to my account. What's wrong?
- I forgot my password. Now what?
- What if my AdWords account does not reflect my latest bank transfer?
- Why have I received a credit to my account?
- What if I am automatically logged out of my account?
- What if I don't see my conversion statistics in my reports?
- How do I restore my campaign to full delivery?
- Why has my account been slowed? What do I need to do?
- What if I don't see the conversion tracking text on my confirmation page?
- What does it mean when the Traffic Estimator displays '<0.1'?
- Why was my credit card declined?
- I can see my ad, but I can't see my site in the search results. Why?
- Why are my keyword traffic estimates low?
- What does it mean when the Traffic Estimator displays a '-' symbol?
- I keep being sent back to the login page. Why?
- Why can't I run or retrieve a report for strong, moderate, at risk, or slowed keywords?
- Why can't I see more results in My Change History?
- System Maintenance

**Troubleshooting my ads**

- How can I find out whether my ads are showing?
- How do I review all of my disapproved ads?
- How can I make sure my ads appear on the Google Network?
- What should I do if I follow the Ads Diagnostic Tool instructions and I still can't see my ad?
- What information does the Ads Diagnostic tool take into account?
- Why can't I see my regionally-targeted ad?

## AdWords billing & payments

**My billing address is in the European Union**

- Does VAT apply to Google AdWords?
- How do I provide Google with a valid VAT number?
- How are AdWords advertisers affected by VAT?
- What if I have billing questions or concerns?
- Who can I contact with VAT questions?

**AdWords account costs**

- How do I control the cost of my ads?
- How do I increase the daily budget for my ad campaign?
- How do I get my ad in the top position every time?
- When do my ads start accruing costs?
- How do I choose a daily budget for my cost-per-click campaign?
- How do I close my account?

- Do I pay for every click on my ad?
- How does Google come up with a recommended daily budget?
- Does it cost extra to show my ads on all of the Google Network sites?
- How does Google keep my campaign below my daily budget?
- Will I need to set a different CPC for every keyword?
- How does Google process direct debit payments?
- Will you still charge me for clicks if my URL is inaccessible?
- Is image ads pricing different than text ads pricing?
- How often can I change my daily budget?
- How do I set a monthly budget?
- Does smart pricing apply to image ads?

**Payment options**

- What are my payment options?
- How do I make a bank transfer payment?
- How do I make a payment?
- Is there a minimum prepayment amount?
- Can I switch my currency or payment options after setting up my account?
- How do I choose the payment method that's right for me?
- What do I need to know about bank transfer?
- Does Google AdWords offer credit terms to customers?
- If I have a Prepay account, can I request a refund?
- Is there a spending commitment or qualifying process?
- How can I ensure that Google receives my bank transfer payment?
- Can I use PayPel (tm) to pay for my AdWords account?
- Can I get a refund for my prepaid AdWords funds?
- What if I lose my reference number or want to pay an amount different from what I initially specified?
- How do I change my credit card information?
- How long do refunds take?
- Can I cancel a refund request once I make it?

**Understanding AdWords billing**

- When do you bill?
- What are the steps for setting my maximum CPC?
- How and when do I enter my billing information?
- Can I see what my competitors are bidding?
- Can I get an invoice?
- If I pause or delete my campaign, when do I get billed?
- How do I view my pending charges?
- I've been notified that billing for my account has been upgraded. What does this mean?

## Reaching my audience

**Reaching certain regions and language speakers**

- How can I target my ad campaign by language and location?
- How do I find my latitude and longitude coordinates?
- What are my options when I target my ads by location?
- Is regional or customized location targeting appropriate for me?
- Why can't I see my regionally-targeted ad?
- How does AdWords know where to show my ads?
- If I choose regional or customized targeting, where will my ads appear?
- Can I tailor my ads to serve different areas?
- If I choose regional or customized targeting, what will my ads look like?
- Does regional targeting affect my cost-per-click (CPC) bidding amounts?
- How does customized targeting work?
- What language, country, and regional options do I have when I target my ads?
- Can my campaign target regional areas (including cities and states) in multiple countries?
- How does targeting by latitude and longitude work?
- If I choose regional or customized targeting, will my keyword traffic estimates be affected?
- If I choose regional or customized targeting and my ads appear incorrectly, will I receive a credit?

**Selecting the right keywords**

- What are the steps to creating a keyword list?
- Where can I find keyword ideas?
- Can I use a URL as a keyword?
- Is the Keyword Tool guaranteed to produce great results?
- Why have my Keyword Tool results changed?

**Keyword matching options**

- What are keyword matching options?
- What is the expanded matching feature?
- How can I monitor the performance of my keywords?
- When do my ads show on variations of my broad- and phrase- matched keywords?
- How does expanded matching benefit me?
- How will I know what additional matches will trigger my ads?
- Can I tell the system not to expand some or all of my keywords?

**The Google Network**

**0006**

- What is the Google Network?
- I have a website--can I run AdWords ads on my site?
- Can I choose the specific sites in the Google Network where my ads appear?
- How does participation in the Google Network affect my account performance?

**Showing my ads on search network**

- What will my ads look like on search results pages?
- Can I show my ads on search pages but not content pages?

**Showing my ads on content network**

- What is contextual advertising?
- What is the site exclusion feature?
- If I'm opted into the content network, how do I prevent my ads from appearing on specific websites?
- How do I format my list of excluded websites?
- What will contextual ads look like?
- How can I optimize my ads to take advantage of contextual advertising?
- How are keyword-targeted ads ranked?
- Do you offer separate pricing for content clicks?
- How does contextual advertising work?
- Can I see which of my keywords generate the most content network ads?
- Could a low clickthrough rate on content affect my ad position on search pages?
- How does Google target AdWords ads to content-based web pages?
- I already buy other types of online advertising. Why should I try this?
- Can I customize how Google contextual advertising works for my brand?
- Does contextual targeting affect the performance or ranking of my ads?
- Which campaigns should I try in contextual advertising?
- How do you show ads only when appropriate?

**Site-targeted campaigns**

- What is site targeting?
- How do I create a site-targeted campaign?
- How does CPM pricing work? Why is it being offered?
- How do site-targeted and keyword-targeted ads compete?
- How do I choose the sites where my ad will run?
- What do site-targeted ads look like?
- How do I create a list of eligible sites for a site-targeted campaign?
- Where can site-targeted ads appear?
- How much do site-targeted ads cost?
- How do I know if a site is part of the Google content network?
- What is the minimum allowable max CPM for site-targeted campaigns?
- What is 'maximum impressions per day'?
- How does site targeting affect my existing AdWords account?
- How do keyword-targeted and site-targeted campaigns differ?
- Can I run site-targeted and keyword-targeted campaigns at the same time?
- How do I change the max CPM of my site-targeted ads?
- How do I use the site tool?
- Why is the site I want not available?

## AdWords quality commitment

**AdWords policies & security**

- What is Google's trademark policy?
- Why do I need to accept the AdWords Terms and Conditions?
- What are the Editorial Guidelines?
- What is Google's affiliate advertising policy?
- What is 'unacceptable content'?
- Why is my ad disapproved? What should I do next?
- What do I have to do to advertise my online pharmacy or be an affiliate of one?
- Why can't I use special punctuation / spellings / capitals?
- How secure is my payment information?
- Are there guidelines for my ad content?
- What is Google's policy for online pharmacy ads?
- What if my ads don't meet the guidelines?
- How does Google use cookies in conversion tracking?
- What can I do to help maintain ad quality on Google?
- Is conversion tracking secure?
- How does Google handle personal data?
- Will my personal information be shared?
- How secure is my information?

**AdWords click quality**

- How does Google detect invalid clicks?
- Does high click volume mean that I'm getting invalid clicks?
- How do I report suspected invalid clicks?
- What can I do to help monitor or prevent invalid clicks on my ad?
- What does Google do when invalid clicks are detected?
- What kinds of clicks does Google consider invalid?

- How will Google credit my account for invalid clicks?
- Why might my website logs show different click patterns than what Google reports?
- Will my reporting be affected by invalid clicks?

**AdWords ad relevancy**

- What should I do if I can no longer see my ad for some broad match variations of my keywords?
- What should I do if my advertising costs increase?
- What if my overall ad position is dropping?
- What should I do if my overall clicks decrease or my ad rank drops?
- What is ad relevance? How does it work?

## Tracking & interpreting my results

**My reports**

- What are the 'Search' and 'Content' totals in my account?
- How do I download a report for a specific campaign?
- What kind of reports will I get?
- In which formats can I download my reports?
- Why do my contextual ad stats differ from my search stats?
- How do I create a custom report?
- Why are my reports showing lower conversion numbers than I think I should be seeing?
- Where can I find detailed information on conversion data?
- How can I track search and content network clicks?
- How do I assess the performance of my contextual and search advertising?
- Why are my average positions reported as fractions (such as 1.5)?
- How do I download a report for my entire AdWords account?
- Why do my clicks and impressions fluctuate day to day?
- Can I download reports for my contextual advertising statistics?
- Why do the ads in my Ad Group have different 'Served' percentages?
- Can I generate reports across all My Client Center accounts?
- How do I start (or stop) having reports sent to me via email?
- How current are the statistics in my AdWords account?
- Why don't all my keywords appear in my latest report?
- How do I print my report graphs?
- Can I run a report that excludes paused or deleted ads?
- At what time do my daily/weekly/monthly reports run?
- How do I schedule a report to run periodically?
- What are the latest improvements to the Report Center?
- How do I delete a report?
- What's the difference between on-demand and scheduled reports?
- Why do my reports download as Zip files?
- How do I sort by column while viewing a report in the Report Center?

**Starting to track your conversions**

- What are the prerequisites for conversion tracking?
- What tracking options do I have / should I use?
- Will I be able to see conversion rates by Google Network site?
- Can I compare content conversion rates and search conversion rates?
- Do I need to use specific software or a particular operating system?

**About the AdWords conversion tracking feature**

- What is conversion tracking?
- How are conversions determined?
- How can conversion tracking benefit me?
- Which conversions will be tracked by Google?
- How much does conversion tracking cost?
- If I opt in to the conversion tracking feature, what are my responsibilities?
- What will Google do with collected user feedback?
- How can I set up conversion tracking to send users to my own feedback form?
- How can I opt out of the Google Site Stats page feedback form?
- Why is Google collecting user feedback?
- What user information will Google collect via the feedback form?

**Implementing conversion tracking on your site**

- How do I set up conversion tracking?
- What value(s) do I enter for the conversion options I selected?
- Where do I put the tracking text block on my page?
- Why do I have to specify the security level of my website?
- What can I do to verify that the conversion code is working?
- Do I need different code to track different conversion statistic types?
- Why is your conversion tracking image now a text block?
- Why do I have to choose my site's language to track conversions?

**Advanced conversion tracking**

- Why use visible text for conversion tracking when everyone else uses an invisible image?
- When will my users see the Google Site Stats text?

- What does the conversion code do?
- Why is my conversion rate over 100%?
- Will users not referred by Google still see the Google Site Stats text?
- Can I track two kinds of conversions?
- Can I track conversions by ad text and keywords?
- How many conversion pages can I track?
- Can I isolate specific conversions?
- Can I stop conversion tracking?
- Why is the conversion tracking text visible?
- Will conversion tracking slow down my web pages?

**Urchin and AdWords conversion tracking**

- What is the relationship between Urchin web analytics and AdWords conversion tracking?
- How will Urchin help me make AdWords more successful?
- I'm already using Google's Conversion Tracking tool. Should I also use Urchin On Demand?

**Urchin website analytics**

- How does Urchin On Demand work?
- How do I get started with Urchin on Demand?
- Can Urchin track my other (non-AdWords) online advertising campaigns?
- What versions of Urchin are available, and what's the difference between them?
- Who do I contact for support with my Urchin product?
- In what languages and countries is Urchin available?

**Cross-channel tracking overview**

- What is cross-channel tracking?
- How does cross-channel tracking work?
- How do I set up cross-channel tracking?
- What are tracking campaigns, and will they affect my current AdWords campaigns?
- How much does cross-channel tracking cost?
- Why should I use cross-channel tracking?
- I already use third party cross-channel tracking. How will this benefit me?

**Setting up cross-channel tracking**

- Where do I put the cross-channel tracking text block on my page?
- Will I need to paste the JavaScript code into my webpage for each campaign that I set up?
- How many cross-channel campaigns should I set up?
- What's the best way to manage a campaign with multiple keywords?
- Can I alter Google's tracking URLs?

**Cross-channel concerns**

- How do I set up tracking URLs for my Yahoo Search Marketing account?
- How do I maintain accurate cross-channel conversion data?
- Will my Yahoo Search Marketing ads be subject to review again if I add tracking URLs?
- Will my other channels penalize me for using Google tracking code in my ads?
- Will my non-AdWords ad campaigns stop running after I insert the tracking URLs?

**Analyzing results**

- When will I start seeing cross-channel statistics?
- What information will I receive using multiple Tracking URLs?
- What information will I receive using one Tracking URL across multiple keywords?
- Where will I see my cross-channel statistics?

## My Client Center

**Overview**

- What is My Client Center?
- What is a client manager account?
- Who has access to AdWords and client manager account information?
- What happens if I change my client manager?
- How do I manage other client manager accounts?
- What happens to a client account history when linked to a client manager account?
- Why is my client's account not showing on the My Client Center view?
- What is a client manager?

**Features and Functions**

- How do I link or unlink an account?
- What types of reports can I run through My Client Center?
- How do I link to other client manager accounts?
- What can I / can't I do using My Client Center reports?
- How many client accounts can I run reports for at once?
- How do I run reports for other My Client Center accounts linked to my master account?
- How do I run reports across multiple client accounts?

• How many reports can I save in the My Client Center Download Center?

Getting started : **Top 5 things I need to know to get started**

https://adwords.google.com/support/bin/index.py?fulldump=1 (8 of 116)8/2/2005 8:35:12 AM

How much does AdWords cost?

In the Google AdWords program, the cost of your campaigns really depends on you -- how much you are willing to pay and how well you know your audience. It all boils down to knowing your own goals and letting us know what they are.

There is a nominal, one-time activation fee for Google AdWords. After that, you pay only for clicks on your AdWords ads, and you can control that by telling us how much you are willing to pay per click and per day.

For example, a new advertiser paying in USD can activate his/her AdWords account with just US$5.00, and can then choose a maximum cost-per-click (CPC) from US$0.05 - US$100. Daily budgets start as low as 5 cents up to whatever limit he or she is comfortable spending.

Please click here for more information on selecting your CPC and daily budget. Or read how to control your costs even more. For information about the many countries and currencies that Google supports, please visit our form of payment finder.

Where will my ads appear?

Your keyword-targeted ads will appear along side or above the results on Google.com search results pages.

Additionally, your ads could appear on the search and content sites and products in the Google Network. The Google Network is the largest online advertising network available, reaching over 80% of 30-day US Internet users. So you can be certain that your ads reach your target audience with Google AdWords.

On search sites in the Google Network, your ads could appear along side or above search results or as a part of a results page a user navigates to through a site's directory. Our global search network includes Froogle and Google Groups and the following:










Our extensive content network of high-quality consumer and industry-specific websites and products, such as newsletters (U.S. only) and email programs, includes:

  

    

Here are examples of what AdWords ads look like on Google's content network. AdWords ads on the Miami Herald and other sites are targeted to the actual content of the page that day. In the screenshot below, you can see the ads are directly relevant to NBA playoffs articles.



You may also be interested in AdWords site-targeted campaigns, an alternative to keyword targeting that allows advertisers to select individual sites in the Google content network where they'd like their ads to appear.

We work with permission-based newsletter providers to place keyword-targeted AdWords ads targeted to the subject matter of newsletters. The relevant ads shown below are at the end of an iVillage newsletter about caring for the home.



Google's own Gmail displays AdWords ads. Here you can see that the ads relate to the discussion in the email.

Ads for email are placed by Google computers using the same automated process used to place relevant AdWords ads alongside web pages and newsletters. If our automatic filters detect that the topic of the email is sensitive, we don't show any ads. This addition to our content network currently applies only to English language ads targeted to 'U.S.,' 'Canada,' or 'All Regions.'

Our technology ensures that your ads appear in the most relevant locations across the Web so that your customers find you. For more information about advertising publishers within your industry, please visit http://www.google.com/ads/metrics.html.

---

Are there spending requirements, a minimum contract length, or other qualifying terms?

---

There is never a minimum spending commitment when you sign up for AdWords. No minimum contract requirements or other 'lock-in' rules apply. You have complete control over how long you participate in AdWords, and you control the maximum you want to spend per day. This is the same no matter how you choose to pay for your advertising.

---
What basic terminology should I know?
---

We realize that certain AdWords terms and abbreviations may not be familiar to all of our advertisers. To make things easier, we've created a full glossary.

Here are some of the most common terms you'll see as you get started:

**Keyword** - The keywords you choose for a given Ad Group are used to target your ads to potential customers.

**Campaign** - A campaign consists of one or more Ad Groups. The ads in a given campaign share the same daily budget, language and country targeting, end dates, and distribution options.

**Ad Group** - An Ad Group contains one or more ads targeting one set of keywords. You set the maximum price you want to pay for an Ad Group keyword list or for individual keywords within the Ad Group.

**Impression (Impr.)** - The number of impressions is the number of times an ad is displayed on Google or the Google Network.

**Keyword Matching Options** - There are four types of keyword matching: broad matching, exact matching, phrase matching, and negative keywords. These options help you refine your ad targeting on Google search pages.

**Maximum cost-per-click (CPC)** - With keyword-targeted ad campaigns, you choose the maximum cost-per-click (Max CPC) you are willing to pay. Our AdWords Discounter automatically reduces this amount so that the actual CPC you are charged is just one cent more than the minimum necessary to keep your position on the page.

**Maximum cost-per-impression (CPM)** - With site-targeted ad campaigns, you choose the maximum cost per thousand impressions (Max CPM) you are willing to pay. As with Max CPC, the AdWords Discounter automatically reduces this amount so that the actual CPM you are charged is the minimum necessary to keep your position on the page.

---
When do my ads start running?
---

Once you've completed the account creation process, you'll need to activate your account. The Google AdWords team will send you an email asking you to click on a specific link to verify your email address. After your address has been verified, you can log in to your new account. You'll see a message asking you to submit your billing information. Your ads will usually appear on

https://adwords.google.com/support/bin/index.py?fulldump=1 (11 of 116)8/2/2005 8:35:12 AM

Google within a few minutes after we've received your payment, with timing depending on the payment method you've chosen (credit card, bank transfer, etc.). You may notice that your ads appear on Google before appearing on Google partner sites. This is because all ads appearing on our partner sites must be reviewed for compliance with our Editorial Guidelines *before* they can run.

Getting started : About AdWords : **AdWords basics**

---
How are ads ranked?                                                              .
---

Keyword-targeted ads are ranked on search results and content pages based on various performance factors, including maximum cost-per-click (CPC), clickthrough rate (CTR), and ad text. Having relevant ad text, a high CPC and a strong CTR will result in a higher position for your ad. Because this ranking system rewards well-targeted, relevant ads, you can't be locked out of the top position as you would be in a ranking system based solely on price.

Visit our Optimization Tips page to learn more about account optimization, including how to maximize performance for your keyword-targeted ad and improve your ad's position without having to raise your maximum CPC. You can also learn about how to optimize ad serving for your ads on this page.

When you choose a maximum CPC for your keywords, our Traffic Estimator gives you the estimated average ad position per keyword. This estimate is based on your maximum CPC and the average CTR for each of the keywords you've chosen.

You may also be interested in site targeting, which allows you to select the individual sites where your ad will be displayed. Site-targeted ads appear only on content sites in the Google Network, where they are ranked with keyword-targeted ads. For more about how keyword-targeted and site-targeted ads compete, please see this explanation.

---

How is an AdWords account structured?

There are three levels to Google AdWords: Account, Campaign, and Ad Group. The diagram below shows the account structure and the settings that are applied at each level. In summary:

- Your account is associated with a unique email address, password, and billing information.
- At the campaign level, you choose your daily budget, geographic targeting, syndication preference, and end dates.
- At the Ad Group level, you create ads and choose keywords. You can also select a maximum cost-per-click (CPC) for the Ad Group or for individual keywords.

Within each Ad Group, you create one or more ads and select a set of keywords to trigger those ads. Each Ad Group runs on one set of keywords. If you create multiple ads in an Ad Group, the ads will rotate evenly for those keywords.

When you log in to your account, you can see your ads' clickthrough rates (CTRs) listed below each of the ads. If a particular ad is not performing as well as the others (if it has a low CTR), you can delete or refine it to improve the overall performance of your Ad Group.



---

What is Google AdWords?

Google AdWords is a quick and simple way to purchase highly targeted cost-per-click (CPC) advertising, regardless of your budget. AdWords ads are displayed along with search results on Google, as well as on search and content sites in the growing Google Network, including AOL, EarthLink, HowStuffWorks, & Blogger. With searches on Google and page views on the Google Network each day, your Google AdWords ads reach a vast audience.

When you create a Google AdWords ad, you choose keywords for which your ad will appear and specify the maximum amount you're willing to pay for each click. You only pay when someone clicks on your ad. To save you even more money, our AdWords Discounter automatically reduces the actual CPC you pay to the lowest cost needed to maintain your ad's position on the results page.

There's no minimum monthly charge — just a nominal activation fee. Your ads start running within minutes after you submit your billing information. You can easily keep track of your ad performance using the reports in your online account Control Center.

To find out more about Google AdWords or to begin creating your ads, visit the AdWords home page.

---

How much text can I have in my ads?

Ads can contain 25 characters for the title, 70 characters for the ad text, and 35 characters for a display URL (including spaces). On Google, this is displayed on four lines: a title, two lines of ad text, and a URL line. However, the format may differ on Google partner sites. America Online, for instance, shows the title and ad text all on one line.

If your ad text contains any wide characters (for example: capital letters, lower case 'm' and 'w', and certain punctuation marks such as '@', '&' and '%'), fewer characters may fit on the line. Also, some of Google's syndication partners may not display non-standard characters if you include them in your ad.

If you create text ads using non-Latin characters, please be aware that the character limit may vary. Ads in languages with double-byte characters, such as Arabic, Chinese, Japanese and Korean, can contain the following number of characters, including spaces: 12 characters in the title, 17 characters in each line of ad text, and 35 characters in the display URL.

If your Display URL is longer than 35 characters, you may consider using a shortened version of your URL, such as your homepage. Please be sure that your Display URL accurately represents your Destination URL, the page within your site to which users are taken via your ad.

Also, please note that your Display URL must be an actual web address, appearing in the form of a valid URL. It must include the extension (such as .com, .net, .org, etc.). It does not need to include the prefix (such as http:// or www).

Getting started : About AdWords : **About image ads**

---

Will you resize my image?

All Google image ads can include two elements: your URL to fortify your branding, and a feedback link that gives publishers and users a way to request improvements from Google.

We may resize your image vertically by 11 or 22 pixels (depending on the image format you've selected) to make room for these elements while still maintaining the standard overall image sizes. We will not, however, resize your image horizontally. Therefore, your image's proportions will appear slightly different from your original file. Animated image ads will not be resized.

If you'd like to maintain the original proportions of your images, we recommend that you resize them (or recreate them in the appropriate sizes) before you upload them. Your resized options are:

- Banner: 468x49
- Leaderboard: 728x79
- Inline rectangle: 300x239
- Skyscraper: 120x578
- Wide Skyscraper: 160x578

---

Can I target my image ads to different languages?

Yes. Currently, you may target your image ads to the following languages:

- Chinese (simplified)
- Danish
- Dutch
- English
- Finnish
- French
- German
- Hungarian
- Italian
- Japanese
- Korean
- Norwegian
- Polish
- Portuguese
- Russian
- Spanish
- Swedish
- Turkish

We look forward to offering more language options in the future.

---

What are image ads?

AdWords image ads are graphical ads which appear on select content sites in the Google Network. Image ads combine two powerful approaches: graphics and proven AdWords targeting technology.

Unlike traditional online graphical ads, image ads can be matched to a page's content. This targeting makes image ads more attractive and relevant to anyone browsing the site. Therefore, image ads offer you yet another effective way to increase your business exposure and reach

https://adwords.google.com/support/bin/index.py/?fulldump=1 (13 of 116)8/2/2005 8:35:12 AM Google Help Center

new prospects.

The image ads feature is currently in beta release to all advertisers in multiple languages and nearly 200

countries.

See examples of image ads and placement options.

How much do image ads cost?

As with text ads, each advertiser determines the cost of their own image ad campaign. Your price depends on the keywords on which you choose to advertise, how much you bid, and how successfully you design your ads. You set your own daily budget, which will control your overall spending. There is a nominal, one-time activation fee for Google AdWords, but there is never a minimum spending commitment.

Image ad bids generally are slightly higher than those for text ads, but prices for individual keywords will vary.

Please click here for more information on ad pricing and daily budget. Or learn how to control your costs even more.

How do I create an image ad?

Before you can create image ads for a keyword-targeted campaign, the campaign must be set to show ads on content sites in the Google Network. To verify this:

- .Log in to your account.
- .Click the campaign that will contain your image ad(s), then click **Edit Campaign Settings**.
- .Make sure you've checked the box next to **content network** below the heading **Where to show my ads**.

There's no need to do this with site-targeted campaigns, which are automatically enabled to show ads on the Google content network.

Once you've verified your settings, follow the steps below to create image ads:

- .Click the campaign that will contain your image ads.
- .Click the Ad Group that will contain your image ads.
- .Click **Create New Image Ad**.
- .Browse for your image file.
- .Name your image file.
- .Enter your display and destination URLs.
- .Click **Save New Image Ad**.
- .Repeat this process to create additional image ads (maximum: 500).

What are the format and editorial requirements for image ads?

**Content:** In general, you must use high-quality, family-safe images which are relevant to your advertised concepts and products. For example, an Ad Group containing keywords like 'roses,' 'tulips,' and 'carnations' would call for floral-related images. We strongly recommend that you also include some descriptive text and

a call to action to reinforce your ad's message.

**Format:** All images must be in a .JPEG, .GIF, or .PNG format. Animated .gif images are accepted. Animated ads in Flash format are currently being beta-tested by a small group of advertisers. Depending on the test results, we may make Flash ads available to other advertisers in the future.

**Size:** Choose from five standard ad sizes: Banner (468 x 60 pixels), Leaderboard (728 x 90), Inline Rectangle (300 x 250), Skyscraper (120 x 600), and Wide Skyscraper (160 x 600). You can find examples of each size here. Please note that we may resize your image slightly to accommodate your destination URL and the 'Ads by Google' feedback link, which can alter the proportions of your image. If you'd like to retain the original proportions of your image, you may adjust your image sizes before you upload them. Learn more.

Please note, once again, that your ads must use relevant and family-safe images. For more details about acceptable content, we invite you to read the Image Ads Editorial Guidelines.

---

Where will my image ads appear?

---

Image ads currently appear on selected content sites and products in the Google Network, not on Google search results. Content providers must opt in to the image ads program before image ads can appear on their site.

---

What do image ads look like?

---

Image ads are graphics that you upload into your campaign. We recommend that you include text--such as a brief product description or a call to action--within the image to reinforce your ad's message. Animated image ads are allowed.

You have five size and placement options: Banner (468 x 60), Leaderboard (728 x 90), Inline Rectangle (300 x 250), Skyscraper (120 x 600), and Wide Skyscraper (160x600). We may resize your images in some cases.

See examples of image ads and placement options.

---

How do you decide whether to show my image ad or my text ad?

---

The AdWords system will analyze a number of factors on a Google Network content site page and determine whether your text ad or image ad is more appropriate.

If your image ad is more relevant, it will appear. If not, your text ad may appear in its place. This targeting model ensures you're reaching your prospects with the most effective ads. (Please note that a content site publisher must opt in to the image ads program before your image ads may appear on his or her site.)

If you'd like to make sure all of your ads are as compelling as possible, you can review our optimization tips, learn how to refine your daily budget and keyword lists, and improve your overall advertising presence.

---

Where can I find appropriate images? How do I create an image of my own?

---

You can find or create graphic images in a variety of ways. For example, you can:

.      • Re-use graphics from your other advertising campaigns, as long as they fit the Google image ads size requirements and editorial
guidelines.
.      • Design images with an online image creation tool, many of which are free.
.      • Design images with an image editing software application of your choosing.
.      • Partner with a graphic designer or other creative agency to build your images for you.

What's a CMYK color format?

---

CMYK is an acronym for the basic colors, cyan, magenta, yellow, and black, that are used in four-color printing. Digital images, including the ones you're attempting to upload for your image ads, are occasionally composed of a mixture of CMYK.

However, display devices often use red, green, and blue colors, or RGB. The process by which CMYK is converted so images will appear naturally on RGB devices is called color matching.

Color matching is a challenging process. Any images that aren't properly converted appear as broken links or error messages. Given all of the requirements and time involved with color matching, Google AdWords is currently unable to accept any CMYK images for image ads.

**How did this happen?**

There may be a number of reasons why your images are currently in a CMYK format. However, the most common explanation is that many image editing applications automatically output images in CMYK. The application you used to scan or create your images likely falls into this category.

**What can you do?**

You may wish to try an image editing program that gives you the option to save images in an RGB color mode. Simply load your current image into this program and save it again in the proper format. Please note that changing an image's color mode may also affect its file size. Make sure your image does not exceed 50k.

---

I'm receiving an 'incorrect image size' message. What now?

Your image can be submitted in one of five acceptable sizes, which match the five image ad shapes we offer:

- 468 x 60 Banner
- 728 x 90 Leaderboard
- 300 x 250 Inline
- 120 x 600 Skyscraper
- 160 x 600 Wide Skyscraper

An 'incorrect image size' message means that the image you've submitted does not match these dimensions. You'll need to resize your image, or create a new one, then submit it again through the AdWords campaign management tool.

For more details, see the topic Will you resize my image? or the topic How do I create an image of my own?

Where are my images stored?

All images for Google image ads will be stored on our secure servers.

Getting started : About AdWords : **About Ad Automator Ads**
How does AdWords determine recommended CPCs for ad automator ads?

The AdWords system considers a variety of factors when it recommends product-level CPCs to you. These factors include:

- Your product's category.
- Other advertisers' products within that category.

- All relevant queries that have historically triggered ads for these products. The system then calculates the average CPC for all of these

queries over a specific time period. This average CPC is the amount we recommend to you. For recommended category-level CPCs, AdWords simply

takes the average recommended CPC of all products in the category. The product- and category-level CPCs we recommend will help your ads attain

*more competitive* positions for all relevant queries. However, to increase your chances of achieving the *highest* position, we recommend that you set your CPCs above the recommended amount.

Getting started : **Setting up my account**

---

Where do I even begin?

---

Before anything else, you'll want to establish your advertising goals. You'll probably find it easier to build your keyword list and organize your keywords

into different Ad Groups, each catering to a specific goal, once you can answer these questions:

1.        1. What does your company (or division) do? Do you have different product lines? What are they?
2.        2. Who's your primary audience (target market) for your products and services? Do you need to reach different audiences with separate sets of keywords or ads?
3.        3. What are you trying to sell or promote? What do you want people to do (buy, visit, download, subscribe)?
4.        4. What are you results would you like to see? What would you consider a good return on your investment?

Can I have multiple AdWords accounts?

Google maintains a high standard for our user experience and the quality of our advertising. In order to preserve the quality and diversity of ads running on Google, we don't allow advertisers or affiliates to have any of the following:

.        •        Ads across multiple accounts for the same or similar businesses.
.        •        Ads across multiple accounts triggered by the same or similar keywords.

Individuals advertising for themselves or for their own businesses may only have a single AdWords account. However, your account may contain multiple Ad Groups and ads triggered by the same or similar keywords.

Only client managers (such as third parties or search engine marketers) who use a My Client Center can have multiple AdWords accounts. All associated accounts must be linked to the manager's My Client Center account. If you're interested in creating a My Client Center so you can manage multiple AdWords accounts for other people, you can sign up for Google Advertising  Professionals. This program provides you with free tools and training to help you manage clients successfully.

What is Google's double serving policy?

To provide the best possible experience for our users and advertisers, Google does not permit multiple ads from the same or affiliated company or person to appear on the same results page. We believe that pages with multiple ads from the same company provide less relevant results and a lower quality experience for our users. Over time, multiple ads from the same source also reduce advertiser performance and lower their return on investment.

We do not typically permit advertisers to manage multiple accounts featuring the same business or keywords. When we find that an account is not in compliance with our double-serving policy, we will prevent multiple ads from appearing on the same query.

**Are there exceptions to this policy?**

To protect trust in Google, and to provide a quality experience for our users and partners, the double-serving policy is strictly enforced. Exceptions are granted only in very limited cases.

Advertisers seeking an exception to Google's double-serving policy must contact AdWords Support. We take the following into account when reviewing requests:

.        •        The destination site for each ad offers different products or services (for example, a large manufacturer with two product sites, one solely for stereos and one solely for computers, both running on keyword 'electronics').
.        •        Each destination site has a different layout and design, and each URL and domain is different.

The following criteria are not considered for exceptions:

.        •        Target Audience such as B2B, B2C, and gender.
.        .Business Structure such as different divisions within same company.
.        .Accounts handled by various 3rd parties such as agencies and SEOs.

https://adwords.google.com/support/bin/index.py?fulldump=1 (16 of 116)8/2/2005 8:35:12 AM

How do I create an AdWords account?

You can create and activate a Google AdWords account with just a few easy steps.

.**Step 1: Name your Ad Group.**
This is the title you'll use to identify this ad in your account.

.**Step 2: Target languages and countries.**
Choose from many major languages and nearly 200 countries.

.**Step 3: Create your ad and keywords.**
Write your ad text, choose the keywords that will trigger your ad, and specify your maximum cost-per-click.

.**Step 4: Specify your daily budget.**
Your maximum daily budget helps determine your ad exposure (the number of times Google shows your ad in a day). There is no minimum daily budget.

.**Step 5: Sign up.**
This is the step that actually creates your Google AdWords account. You don't need to submit your billing information at this point. All you need to do is:

.    ◦ Provide us with your email address.
.    ◦ Select a password.

.**Step 6: Activate your ads.**
Verify your email address, log in to your account, and submit your billing information. Your ads will begin running on Google immediately after you've entered your credit card information.

It's easy to get started: visit the AdWords main page and click the button marked 'Click to begin.'

---

What are all the steps to creating an AdWords account?

You are just minutes away from running ads and reaching users on Google and our growing network of search and content sites and products in the Google Network.

You can preview the ad creation process with no obligation. Your ads will only begin to run and accrue charges after you submit your billing information. If you decide to enter your credit card information after completing the sign up process, your ads will appear on Google almost immediately.

To create an AdWords account, and to price your keywords, please follow the steps below:

## Target & Create Ad

1.    1. Please visit the AdWords homepage.
2.    2. Click **Click to begin.**
      3. Select your language and location targeting options, and click **Save & Continue.**
      *Note:* Every ad and keyword in our program is reviewed by an AdWords Specialist to confirm that they meet our guidelines. Please click on the AdWords Editorial Guidelines link before creating your ad and check to be sure that your ads and keywords comply with our guidelines.
3.    4. Enter an Ad Group name in the first field (required).
4.    5. Enter your ad text in the Google AdWords form to the left.
5.    6. When you are finished, click **Create ad and continue.**

## Select Keywords

7. Select keywords that will best target your ad to Google searchers.

*Note:* It is important that you submit keywords that are relevant to the products and services you offer on your site, and that you avoid general keywords. When creating your keyword list, ask yourself: 'If I were searching on Google for my products/services, what search terms would I enter?' Users are much more likely to type in 2 to 3 word combinations to find a product or service.

Because our keyword default is 'broad matching,' your ad may appear for a number of keyword variations. Our system also allows you to designate keywords as exact or phrase matches, and to submit negative keywords to limit the display of your ad on irrelevant queries.

8. Click **Save Keywords.**

## Choose Maximum Cost-Per-Click

9. Choose your billing currency and enter the maximum amount you are willing to pay per click.

https://adwords.google.com/support/bin/index.py?fulldump=1 (17 of 116)8/2/2005 8:35:12 AM

> Note: Your CPC influences the position of your ad on our search results page. Our AdWords Discounter will automatically monitor your competition and reduce your actual CPC so that you do not pay more than necessary to maintain your ad's position.

1. 10. Click Calculate Estimates to view your average CPC and cost estimates.
2. 11. Click Save & Continue.
3. 12.        If you would like to create another Ad Group with a different maximum CPC, click Create additional Ad Group with Different Pricing button. If not, click Continue to Step 3 to continue the account set up process.

## Choose Daily Budget

13. A recommended daily budget will appear highlighted in the daily budget box on the next page. This is the amount necessary for your ad to appear every time on your keyword. However, you can increase or lower this amount by typing in your desired daily budget.

Note: This amount controls how often your ad appears on Google; we will spread the delivery of your ad throughout the day to stay within your alternative budget setting. Matching the recommended daily budget helps ensure maximum exposure.

1. 14. Click Save & Continue.
2. 15. Complete the registration form.
3. 16. Click Create my AdWords account

## Verify Email Address

17. You'll receive an email asking you to click on a link to verify your email address. Click on the link in the message and then log in to your account with the email address and password you submitted on the registration form.

## Activate Your Account

1. 18. When you first log in to your account, you will see a red message box at the top of the page. Click Billing Preferences.
2. 19. Complete the account setup process and click the Save and Activate.
3. 20.        If you opt to pay by credit card or debit card logging in to your AdWords account and submitting your billing information activates your account. Then, your system will help you monitor your results by automatically evaluating your keyword performance and letting you know the status of each of your keywords. If you elect to prepay for your AdWords account, your ads won't run until you've submitted your payment information and we've received your first payment.

Getting started : **The first 24 hours**

---

How do I check that my account is running and performing well?

---

Once you submit your billing information, your ads should start running almost immediately. You can check to see that your ads are running by logging in to your AdWords account and viewing your account statistics on the **Campaign Management** tab.

To get an immediate idea of how well a campaign is doing, check the clickthrough rate (CTR). The higher the CTR, the better the campaign is probably doing. Also, our system will help you monitor your results by automatically evaluating your keyword performance and letting you know the status of each of your keywords. If your CTR is low or below the minimum required, you'll know straight away. Delivery of your ads may then be slowed so you don't continue to quickly accrue impressions with few results. Please see How do I monitor the performance of my keywords? for more information on keywords.

The very best way to track your results is to implement AdWords conversion tracking. This is an easy way to see precisely which clicks (and which keywords) are leading to sales or to other desirable actions. For details, please see our Conversion Tracking FAQ.

---

How do I contact an AdWords representative?

---

Our support staff is always ready to help make your AdWords experience a great one. This help Center has answers to our most commonly asked questions. Feel free to search or browse the FAQ to find an immediate answer to your question.

If the FAQ doesn't help, please use the online contact form to reach us. A client service representative will personally and promptly respond to your message via email.

---

How do I edit or update my account?

---

Because AdWords is a self-managed program, you can adjust almost all of the settings within your own account. You can edit your billing preferences

(payment information) and user preferences (including login information and email preferences) from within the **My Account** tab. Most other settings can be adjusted via the **Campaign Management** tab.

Here are some of the most common adjustments you're likely to make when starting out:

- Editing keywords
- Editing ads
- Editing billing information

How do I know if my account is performing well?

One way to get an immediate idea of the effectiveness of your keyword-targeted campaign(s) is to check your clickthrough rate (CTR). A higher clickthrough rate means your ad is attracting interest. Also, our system will help you monitor your results by automatically evaluating your

https://adwords.google.com/support/bin/index.py?fulldump=1 (18 of 116)8/2/2005 8:35:12 AM

keyword performance and letting you know the status of each of your keywords. If your CTR is low or below the minimum required, you'll know right away. Delivery of your ads may then be slowed so you don't continue to quickly accrue impressions with few results (in trial keywords only).

What is my AdWords account number?

Your AdWords account number is the unique ten-digit number associated with your account. To find your account number, log in to your AdWords account and look at the top of the page, near the AdWords logo.

Getting started : Jumpstart : **Jumpstart overview**

What is Jumpstart?

Jumpstart is a full service method of signing up for Google AdWords, where Google specialists set up your AdWords account for you. Jumpstart helps you serve expert-level AdWords ads immediately, saving you the time and effort of doing it yourself.

Jumpstart's primary purpose is to give you a solid foundation with AdWords. It's also intended to give you the momentum you need to continue your AdWords campaigns successfully on your own.

Am I eligible for Jumpstart?

You are eligible for Jumpstart if you:

- Are new to Google AdWords.
- Are targeting customers in English.
- Have a U.S. or U.K. billing address.

Since Jumpstart is still in the beta phase, we aren't able to create Jumpstart campaigns for advertisers who don't meet these requirements. However, we look forward to offering additional program options in the future.

If you don't meet the criteria above, you might consider signing up for AdWords here. Simply click *Click to Begin*, and our easy sign up process will help you start showing effective, targeted ads within minutes.

For more information about signing up for Google AdWords, please visit our Getting started FAQ.

How is my daily budget calculated from the monthly budget amount I entered on my Jumpstart application?

We'll take the monthly budget amount from your application and divide it by 30 to determine your daily budget.

Please note that you can change your daily budget amount on your own at any time. For more information about AdWords budgets and billing, please

visit our AdWords FAQs.

Can I review my new Jumpstart campaign prior to serving ads?

Yes. After we complete your new campaign, we'll notify you via email. At that time, you can review your campaign, then do any of the following:

.           • Start serving ads immediately.
.           • Make edits on your own.
.           • Request edits to your campaign.

## Getting started : Jumpstart : **Signing up for Jumpstart**

Can Jumpstart create a site-targeted ad for me?

Not right now. Only keyword-targeted campaigns are available through Jumpstart at this time.

Can I cancel my Jumpstart request?

Yes. If you'd like to cancel your Jumpstart campaign, please contact us and provide details. If appropriate, we'll cancel your request.

How do I sign up for Jumpstart?

The Jumpstart program helps you serve expert-level AdWords ads while saving you the time and effort of creating everything on your own. To get started, visit our Jumpstart Welcome page, and click the button marked **Click to Begin.** (Please note that Jumpstart is only available for new advertisers who don't already have AdWords accounts.)

Once we receive your Jumpstart application, we'll review your website, choose highly relevant keywords to trigger your ads, and then write compelling ads designed to achieve your specific goals. When we notify you that your campaign is ready, you can start advertising immediately.

I signed up for Jumpstart, but haven't received my new campaign. What's going on?

There may be two reasons why you haven't received a notification from us that your Jumpstart campaign is ready:

   • It's too soon: Jumpstart specialists typically create new campaigns within 2-5 business days after receiving your email confirmation.

   • You haven't confirmed your email yet: For security reasons, Jumpstart specialists won't begin working on your new campaign until you

confirm your email address. If you've already confirmed your email address, and you've waited for over 5 business days, please contact us.

Why are you asking if my target audience is limited to a specific U.S. region?

During the Jumpstart application process, we'll ask you if your target audience is limited to a specific region. If you say yes, we may create a regionally-targeted campaign for you. This means we'll narrow the focus of your ads to individual regions and cities only. For example, if we set your regional targeting preferences to the San Francisco-Bay Area, users based in the cities in this region (such as San Francisco, Palo Alto, and Oakland) will see your ads; users outside this area will not.

Generally speaking, regional targeting is best suited for anyone who only wants to market to prospects in a very specific geographic region. Of course, we'll consider your specific business situation to determine whether regional targeting is appropriate. If it is, we'll select the most relevant targeting options and regions for you. (Learn more about targeting your ads by location.)

Why do I need to confirm my email address for Jumpstart? How do I do this?

Because we want to protect the security of all advertisers, we've implemented a process where we verify all advertiser email accounts before we begin working on their Jumpstart campaigns. After you submit your Jumpstart application, you'll receive an email containing a link you click to confirm this information. Once we receive your confirmation, we'll create a campaign for you within 2-5 business days.

Please contact us if:

.       •           You've already submitted your Jumpstart application, but haven't received an email from us asking you to confirm your email address. (Please note that the system may take up to an hour to send this email to you.)
.       •           You've confirmed your email address, waited at least 5 business days, but haven't received notification that your new

campaign is ready.

### Getting started : Jumpstart : **My new Jumpstart campaign**

---

I like the results I'm seeing from my new campaign. Can I request another Jumpstart campaign?

No. We currently offer the Jumpstart service once, for new advertisers only.

---

How can I enhance the performance of my Jumpstart campaign?

If you'd like to improve your campaign's performance, visit our optimization tips page.

---

I signed up for Jumpstart. When will my ads start showing?

We'll create a fully functional Google AdWords campaign for you within 2-5 business days after we receive your email confirmation. Once you access this campaign and review it, you can decide when to start showing ads. If you approve of the campaign we've created for you, you can serve ads immediately. However, if you choose to make edits to your new campaign first, you might show your ads a little later.

---

How can I get involved with my Jumpstart campaign early on?

It's a good idea to review the FAQ page, account tasks, and the Managing your AdWords Account guide as soon as possible to learn the basics of AdWords. You'll eventually also want to learn how to build Ad Groups for other areas of your business and optimize your account.

---

Do I need to start serving ads within a certain timeframe after signing up for AdWords through the Jumpstart program?

No. You may start serving ads at any time after you sign up.

---

Can I make changes to my Jumpstart campaign?

Yes. If you'd like to make changes to your Jumpstart campaign, you have two options:

- Make them on your own. Start by reviewing our account tasks page, which gives you step-by-step instructions on common activities such as changing keywords, editing your ad text, and creating new Ad Groups. (Because our goal is to help you become self-sufficient as soon as possible, we recommend you try this approach first.)
- Contact us. We'll typically respond to your request within one business day.

### My ads are live--now what? : My AdWords how-to guide : **My account settings**

---

What's a promotional code, and how do I redeem one?

From time to time, Google offers promotional discounts to new AdWords clients via mailings or handouts at public events. If you've received a promotional code, here's how to redeem it.
1. If you haven't already done so, create an AdWords account. You can do so by going to the AdWords home page and clicking **Click to begin**.
2. <u>Log in to your account</u>.
3. Click the **My Account** tab.
4. Click **Billing Preferences** to initiate the account setup process.
5. In the first step of the account setup, you'll be able to enter your promotional code.
6. Click **Continue** to complete the setup process.

If you already have an AdWords account and have activated it by submitting your billing information, you can redeem your AdWords promotional credit by following these steps:

1. <u>Log in to your account</u>
2. Click the **My Account** tab.
3. Click **Billing Preferences.**
4. Type your promotional code in the **Redeem code** box at the bottom of the page.
5. Click **Go.**

In either case, to confirm that your promotional credit has been applied, select the **Billing Summary** link.

Which web browsers do I need?

To take full advantage of AdWords features, we recommend installing a newer browser with JavaScript functionality. Please check your browser information to determine which version you are using.

If you are using Microsoft Internet Explorer, we recommend using version 5.0 or higher. If you are using Netscape, we recommend using version 6.0 or higher.

How do I view or update my email address and password?

To view and/or update your email address and password:

- Log in to your AdWords account.
- Click the **My Account** tab.
- Click **User Preferences** to view the email address currently associated with your AdWords account.
- If you wish to update your login information, click **edit** next to **Login Information** and enter your new email address and/or password in the appropriate fields.
- Click **Save Changes.**

Please note, if you have a Google AdSense account that shares the current login email address of your AdWords account, changing your AdWords login information will also update your AdSense login information.

How do I reactivate my account?

You can easily reactivate your account in just a few steps, and there is no fee to reactivate your account.

Please note that when you canceled your account, all active ads were paused by our system. Once you reactivate your account, all of these ads will immediately begin running again. If you do not want your ads to begin running immediately, you'll need to edit your campaign settings as soon as you've completed the reactivation process.

**Reactivate Your Account**

To reactivate your account, follow these steps:

1. Log into AdWords with the email address and password previously associated with your account.
   ○ If you cannot remember your password, click the **Forgot your password?** link beneath the login button. Follow the instructions provided to access your account via a one-use URL.
2. A message box will appear at the top of your account. This message will explain your account's canceled status.
3. Click **Start reactivation process** at the bottom of the message box to continue.
4. Review any instructions relevant to your account payment method. (For example, if you are a credit card customer, you will be prompted to submit your billing information.) Please be sure to verify that all fields are correct.
5. When you are finished with the process, submit the requested payment information to reactivate your account.

What's the Download Bulksheet feature?

In response to your current AdWords activity, your Client Services Representative has enabled a new account management feature for you. By clicking the **Download Bulksheet** link, you can now download a current bulksheet at either the account or campaign level. This feature offers you faster and easier access to your most essential advertising information.

Please note the following:

- Currently, you may only download your bulksheet. You may not upload your changes through the account interface.
- To modify your ads, please work with your Client Services Representative. You may also make your own edits through the account interface or with one of our AdWords tools.
- Your bulksheet will display information for your active keywords and ad text. It won't contain statistics or deleted keywords.
- If the number of rows in your bulksheet exceeds the limit of the application you use to open it, your results may be truncated.
- All changes you submit on your bulksheet are subject to editorial review. Your revised ads might not appear on partner sites during this review period.
- We're offering the bulksheet download functionality to selected advertisers on a limited, case-by-case basis. This feature may be modified or removed at any time.

https://adwords.google.com/support/bin/index.py?fulldump=1 (21 of 116)8/2/2005 8:35:12 AM
If you have any questions, feel free to contact your Client Services Representative.

My ads are live--now what? : My AdWords how-to guide : **My campaigns**

How do I make my ads appear (or not appear) on Google Network sites?

Your keyword-targeted ads are eligible to appear on the Google Network of related search and content sites and products. Since showing your ads on the entire Google Network offers your campaign the greatest level of exposure and potential success, we recommend this option. However, the choice is entirely yours.

You opt in to (or out of) the Google Network on the campaign level. Each keyword-targeted campaign you create can appear on search sites or products, content sites or products, or both.

To view or edit your distribution preferences, please follow these steps:

- Log in to your account at https://adwords.google.com.
- Select the box next to the keyword-targeted campaign you wish to edit.
- Click **Edit Campaign Settings**.
- Locate **Where to show my ads**. Select **search network**, **content network**, or both.
- Click **Save all changes**.

Can I have my ads run at particular times of day?

At this time, it isn't possible to specify particular hours or days of the week for your Google AdWords ad to show. If you'd like your campaign to run only during certain hours, you can pause it during the hours that you do not want it to show and resume it when you want it to run again.

You can pause your ad campaign at any time. You won't accrue charges while your ads are paused, and they'll remain paused until you resume them.

Why do traffic estimates for my Ad Group differ from those given by the standalone tool?

When you submit keywords for traffic estimates via your Ad Group, our system takes double serving among your keywords into account. Double serving occurs when there are duplicate instances of a keyword within your account or the same Ad Group. The standalone traffic estimator does not exclude these duplicate instances, but instead presents traffic estimates based on all potential traffic. This is because the Ad Group traffic estimator is already associated with specific Ad Group performance details that are not included when you use the standalone tool.

How do I pause an ad campaign?

To pause an ad campaign:

- Log in to your AdWords account.
- Select the checkbox next to the campaign you want to pause.
- Click Pause at the top of the Campaign Summary table.

**Shortcut:** If you want to pause all of your active campaigns quickly, click the checkbox next to the **Campaign Name** column header on the **Campaign Summary** table. This will select all campaigns at once. Then, click **Pause**.

Can I get keyword traffic estimates without creating or editing an ad?

Yes, you can. Here's how to use our standalone keyword traffic estimator:

- Log in to your AdWords account.
- Click **Tools** on the **Campaign Management** tab.
- Click **Traffic Estimator**.
1. **Enter your keywords:** In the field provided, enter your keywords so that each word or phrase appears on its own line.
2. **Choose a currency:** Select your currency. Enter a specific maximum cost-per-click (CPC) for your estimates, or let us suggest a value. Our suggested value should deliver your ads at the top position a majority of the time.
3. **Choose your target language(s):** Select which language(s) you'd like to target.
4. **Choose your target countries:** Select which countries you'd like to target.
- Click **Continue** when you are finished.

How do I delete or undelete an ad campaign?

Here's how to delete an ad campaign:

- Log in to your AdWords account.
- Click the checkbox next to the campaign you want to delete.
- Click **Delete** at the top of the **Campaign Summary** table.

**Shortcut:** If you want to delete all of your active campaigns quickly, select the checkbox next to the **Campaign Name** column header on the

**Campaign Summary** table. This will select all

campaigns at once. Then, click **Delete**.

To undelete a campaign:

- Log in to your AdWords account.
- Click the name of the campaign you want to undelete. This will load the campaign details page.

  - Click

**Undelete** next to the

campaign name and

status. Your

campaign will be

restored to active

status immediately.

How do I resume a paused ad campaign?

If you want to resume running ads in a paused ad campaign:

- Log in to your AdWords account.
- Click the checkbox next to the campaign you want to resume.
- Click **Resume** at the top of the **Campaign Summary** table.

**Shortcut:** If you want to resume all of your paused ad campaigns quickly, click the checkbox next to the **Campaign Name** header in the top row of the **Campaign Summary** table. This will select all campaigns at once. Then, click **Resume**.

How do I schedule an end date for my campaign?

After setting up your campaign, you can change its end date at any time (your campaign will start at 12:00 AM Pacific Standard Time on your start date and will end at 11:59 PM Pacific Standard Time on your chosen end date).

To schedule your campaign's end date:

- Log in to your AdWords account.
- Select the checkbox(es) next to the campaign(s) you wish to edit.
- Click **Edit Settings** at the top of the table.
- Use the drop-down boxes on the **Edit Campaign Settings** page to select your end date.
- Click **Save All Changes.**
- Repeat this process for any additional campaigns.

How do I change the name of my campaign?

0027

To change the name of your campaign:

- Log in to your AdWords account.
- In the **Campaign Summary** table, click the ad campaign you want to rename.
- Click **Edit Campaign Settings** above the table.
- Enter the new name in the **Campaign Name** field.
- Click **Save All Changes** at the top or bottom of the table.

---

Find and Edit Max CPCs

---

Use this tool to easily locate keywords and edit Max CPCs throughout your entire account. Search for all keywords meeting specific criteria, and, if you'd like, change all of their CPCs with just a few clicks. With the Find and Edit Max CPCs tool, you can increase or decrease CPCs by percentage or value, or you can remove keyword-level CPCs altogether.

**Suggested uses:**

- **Edit CPCs**
  Your campaigns are performing well, but you aren't reaching your daily budget because your ads always appear in the lower positions. Use the Find and Edit Max CPCs tool to search for ads by average position and increase your CPCs.

  performance
  history:  cost (US Dollars $) ▼    today ▼    is any number ▼  4

  *If you're filtering by position, note that 'greater than' means a larger number and a lower ad position on the page.

  match type and    ☑ broad match   ☑ normal
  status.           ☑ phrase match  ☑ in trial
                    ☑ exact match   ☑ on hold
                                    ☑ disabled

  **3. CHANGE or view CPCs that match my search filters.**
  ○ Increase ▼ each max CPC by 25     percent
  ○ Increase ▼ each max CPC by $

- **Search for keywords**
  Take advantage of the powerful functionality this tool offers, and search across campaigns to find the keywords you're looking for.

  **3. CHANGE or view CPCs that match my search filters.**
  ○ Increase ▼ each max CPC by 25       percent
  ○ Increase ▼ each max CPC by $
  ○ Change all max CPCs to $
  ○ Remove keyword-level max CPCs and default to Ad Group max CPCs
  ● No changes. Just show me my keywords and CPCs.

---

Find and Edit Keywords

---

Use this tool to easily locate and edit keywords throughout your entire account. Search for all keywords meeting specific criteria, and,

if you'd like, edit them all at once. **Suggested uses:**

- **Delete keywords**
  Some of your keywords aren't performing well, so you'd like to delete them. Use the Find and Edit Keywords tool to quickly remove unsuccessful keywords, and increase your campaign performance.



performance   clickthrough rate (%) ▼   all time ▼   is less than ▼  1     %
history:

*If you're filtering by position, note that 'greater than' means a larger number and a lower ad position on the page.

match type and   ☑ broad match   ☑ normal
status.          ☑ phrase match  ☑ in trial
                 ☑ exact match   ☑ on hold
                                 ☑ disabled

○ **Change the matching options for multiple keywords**
You notice that the broad-matched keywords in your 'Birthday Flower Arrangements' campaign are receiving a lot of impressions because they contain popular words like 'flower,' 'rose,' and 'gift,' but your ads aren't receiving lots of clicks. Use the Change Keyword Matching Options tool to edit the match type, and start reaching a more targeted audience.

**2. CHANGE or view keywords that match these search filters.**
- ⦿ *Change match type to [exact match ▼]
- ○ Remove keyword-level destination URL(s)
- ○ Delete these keywords
- ○ No changes right now. See results list.

○ **Remove keyword-level destination URLs**
A number of your keywords lead users to a specific section of your website that is about to be 'under construction.' Use the Find and Edit Keywords tool to quickly remove keyword-level destination URLs, and direct your customers to a different page.

**2. CHANGE or view keywords that match these search filters.**
- ○ *Change match type to [phrase match ▼]
- ⦿ *Remove keyword-level destination URL(s)
- ○ Delete these keywords
- ○ No changes right now. See results list.

○ **Search for keywords**
Take advantage of the powerful functionality this tool offers, and search across campaigns to find the keywords you're looking for.

**2. CHANGE or view keywords that match these search filters.**
- ○ *Change match type to [phrase match ▼]
- ○ Remove keyword-level destination URL(s)
- ○ Delete these keywords
- ⦿ No changes right now. See results list.

---

**How do I create a new keyword-targeted campaign?**

You can create a new keyword-targeted campaign at any time. To do so, please follow the steps below:

- • Log into your AdWords account.
- • Click on Create New Campaign above the Campaign Summary table.
- • If you have enabled site targeting, you will first be asked to choose either a keyword-targeted or site-targeted campaign. Select keyword-targeted and click Continue. If you have not enabled site targeting, you'll be taken directly to the next screen.

**Create a Campaign and Ad Group**
- • Enter a name for your new campaign.
- • Enter a name for your first Ad Group.
- • Select your target language(s). (These are the languages your customers speak.)
- • Select the geographic areas where you'd like to advertise.
- • Click Continue.

• On the next page, follow the instructions to select the specific areas where your ad will appear, then click Continue. Create Your Ad

To create an image ad:
- • Use the Browse function to locate and upload your image ad from your computer.
- • Name the image.
- • Enter the URL to be displayed with your ad.
- • Enter the destination URL - the page where users will be sent when they click on your ad.
- • Check the box authorizing Google to adjust your image size if needed.

C
l
i
c
k

C
o

n
t
i
n
u
e
.

T
o

c
r
e
a
t
e

a

t
e
x
t

a
d
:

- • Click **Create Text Ad** at the top of the page.
- • Enter a headline.
- • Enter the two lines of descriptive text for your ad.
- • Enter the URL to be displayed with your ad.
- • Enter the destination URL - the page where users will be sent when they click on your ad.
- • Click **Continue.** If you'd like to build additional text or image ads immediately, select **Create new Image Ad or Create new Text Ad** and repeat the procedures above. You can also create additional ads later, once you've finished creating the campaign.

Note: Every ad and keyword in our program is reviewed by an AdWords Specialist to confirm that they meet our guidelines. Please click on the AdWords Editorial Guidelines link before creating your ad and check to be sure that your ads and keywords comply with our guidelines.

- • When you are finished, click the Create ad and continue button. **Select Keywords**
  - • Select keywords that will best target your ad to Google searchers and enter your keywords in the field provided.

Note: It is important that you submit keywords that are relevant to the products and services you offer on your site, and that you avoid general keywords. When creating your keyword list, ask yourself: 'If I were searching on Google for my products/services, what search terms would I enter?' Users are much more likely to type in 2 to 3 word combinations to find a product or service.

Because our keyword default is broad matching, your ad may appear for a number of keyword variations. Our system also allows you to designate keywords as exact or phrase matches, and to submit negative keywords to limit the display of your ad on irrelevant queries.
- • Click **Save Keywords** when you are finished. **Choose Maximum Cost-per-Click**
  - • Enter the maximum CPC you are willing to pay, then click **Calculate Estimates.**
  - Note: Your CPC influences the position of your ad on our search results page. Our AdWords Discounter will automatically monitor your competition and reduce your actual CPC so that you do not pay more than necessary to maintain your ad's position.
  - • Click the **Recalculate Estimates** button after entering a new amount to view your adjusted average CPC and cost estimates.
  - • Click the **Save & Continue** button when you are finished.
  - • If you would like to create another Ad Group with a different maximum CPC, click the **Create additional Ad Group with Different Pricing** button. If not, click the

Continue to Step 3 button to continue the account set up process. **Choose Daily Budget**
- • A recommended daily budget will appear highlighted in the daily budget box on the next page. This is the amount necessary for your ad to appear every time on your keyword. However, you can increase or lower this amount by typing in your desired daily budget.

Note: This amount controls how often your ad appears on Google; we will spread the delivery of your ad throughout the day to stay within your alternative budget setting. Matching the recommended daily budget helps ensure maximum exposure.

- • Click the **Save & Continue** button.

---

How do I restart a campaign which has ended?

Once a campaign reaches its scheduled end date, it will be marked 'ended' in your Campaign Summary page. However, you can always restart the same campaign with a new end date. Here's how:

- Sign in to your AdWords account.
- Select the checkbox next to your ended campaign.
- Click Edit Settings.
- Find When to show my ads and use the pull-down menu to set a new end date.

https://adwords.google.com/support/bin/index.py?fulldump=1 (25 of 116)8/2/2005 8:35:12 AM

- Click Save All Changes. You should now see that the campaign has returned to Active status.

Find and Edit Ad Text

Use this tool to easily locate and edit ads across your entire account. Search for all ads meeting specific criteria, and, if you'd like, edit them all at once. Or, use this tool to edit the destination URLs for your ads.

Suggested uses:

- Edit ad text
  You run an online flower shop, and have just sold out of lilies. Many of your campaigns specifically advertise lilies, so you need to replace 'lilies' with 'flowers.' Use the Find and Edit Ad Text tool to quickly remove the word 'lilies' from all of your ads at once.



- Edit destination URLs
  You've just started selling roses, and you want your AdWords ads to take customers directly to the page where roses can be purchased. Use the Find and Edit Ad Text tool to update the destination URLs for your ads so customers can find exactly what your ads offer.



- Search for ad text
  Take advantage of the powerful functionality this tool offers, and search across campaigns to find the ads you're looking for.



What can I do with campaign management tools?

AdWords offers a variety of tools to help you quickly and effectively manage and modify your campaigns. Use our campaign management tools to instantly implement changes across your entire account. Or, simply take advantage of the search capabilities each tool offers to pinpoint specific ads and keywords.

Click the links below to learn more about the benefits and best uses of campaign management tools.

- Find and Edit Max CPCs
- Find and Edit Ad Text
- Find and Edit Keywords

My ads are live--now what? : My AdWords how-to guide : My campaigns : **The Google Budget Optimizer(TM) Tool**

What's the Google Budget Optimizer(TM) tool?

The Google Budget Optimizer™ campaign management tool automatically adjusts your keyword maximum cost-per-click (CPC) amounts on your behalf. All you need to do is set a target budget, and the Budget Optimizer will actively seek out the most clicks possible within that budget.

The Budget Optimizer helps you reach your target spend every month without requiring a lot of work on your part. You can save time, eliminate the guesswork related to setting your CPCs, and enhance your return on investment.

Please note that the goal of the Budget Optimizer is simply to help you receive the highest number of clicks possible within your budget. The Budget

https://adwords.google.com/support/bin/index.py?fulldump=1 (26 of 116)8/2/2005 8:35:12 AM
Optimizer will not help you achieve a specific ad position. Also, the Budget Optimizer is only available for campaigns with fewer than 10,000 keywords.

The Budget Optimizer is ideal for advertisers who:

- Consider CPC and/or traffic critical metrics.
- Have set monthly budgets.
- Want to automate their CPC adjustment process. Please note that we don't recommend the Budget Optimizer for advertisers focused on measuring conversions or values of ad clicks.

To enable the Budget Optimizer for your campaign(s):

- Log in to your AdWords account.
- Select the appropriate campaign(s).
- Click **Edit Settings**.
- Under step 2 (How much I want to pay), click **Enable the Budget Optimizer.**
- Click **Save all Changes.**
- A confirmation page will appear, notifying you that the AdWords system needs to process your keywords. When your keywords are processed, click **Continue.**
- Select your target budget.

- Click **Save and Activate.** To disable the Budget Optimizer for your campaign(s):
- Log in to your AdWords account.
- Select the appropriate campaign(s).
- Click **Edit Settings.**
- Under step 2 (How much I want to pay), click **Disable the Budget Optimizer.**
- Click **Save all Changes.**
- On the confirmation page that appears, select your new budget and CPC values.
- Click **Save Changes.**

How will the Google Budget Optimizer(TM) tool affect my ad position?

Please note that the goal of the Budget Optimizer tool is simply to help you receive the highest number of clicks possible within your budget. It won't help you achieve a specific ad position.

Can I view my Google Budget Optimizer(TM) CPCs?

Yes. You can view your Google Budget Optimizer CPCs on your campaign summary page and individual Ad Group pages.

The campaign summary page will display the max CPC you selected when you first enabled the Budget Optimizer tool. The Ad Group page will display the adjusted CPCs for individual keywords. Please note that the CPCs on this page may not be the most recent values used by the Budget Optimizer. However, the values you see should give you a general idea of how the tool is managing your CPCs over time.

How will the Google Budget Optimizer(TM) tool affect my billing and costs?

The Google Budget Optimizer™ tool won't change your current billing processes in any way. However, you may notice a change in your ad costs.

With traditional CPC adjustments, you might not have consistently reached your target monthly spend in the past. But with the Budget Optimizer, which automatically applies your budget toward your highest-performing keywords, you're more likely to reach your target spend on a regular basis. This can affect your total ad costs.

---

How does the Google Budget Optimizer(TM) tool calculate traffic estimates?

---

The Google Budget Optimizer™ tool analyzes a number of factors to select ideal max CPC values for your keywords. It then enters these values into the AdWords Traffic Estimator to generate traffic estimates over the course of your 30-day cycle.

---

Where is my traffic estimator?

---

Because you've enabled the Google Budget Optimizer™ tool for this campaign, you won't be able to access the keyword Traffic Estimator. Remember, the Budget Optimizer continually calculates the time and budget remaining in your 30-day cycle while it adjusts your CPCs for you. Because the Traffic Estimator you normally see doesn't account for these additional variables, we've removed it from this page. (Please note that you can still access the Traffic Estimator from any campaign that doesn't have the Budget Optimizer enabled.)

---

Will changing keywords in my Google Budget Optimizer(TM) campaign affect my clicks or spending?

---

The Google Budget Optimizer™ tool will determine the highest-performing keywords in your campaign and invest in those keywords. Please review the following potential effects of changing your keywords:

- Adding relevant keywords to your Budget Optimizer campaign may result in more clicks and help you reach your target spend. (However, please note that there's no way to predict specific results.)
- Adding irrelevant keywords shouldn't reduce the number of clicks you receive, because the Budget Optimizer won't invest in them.
- Deleting keywords (especially high-performing keywords) may affect the Budget Optimizer's ability to reach your target budget.

---

How does the Google Budget Optimizer(TM) tool work?

---

The Google Budget Optimizer™ tool first analyzes your target budget and projected keyword traffic (based on information from the AdWords Traffic Estimator). It then continually adjusts-and readjusts, based on the time and budget remaining in your 30-day cycle-your keyword max CPCs to invest in your highest-performing keywords and bring you the highest possible number of clicks.

---

Will the Google Budget Optimizer(TM) tool always spend my entire target budget over 30 days?

---

Given the dynamic nature of search-based advertising, it's difficult to guarantee specific results. However, we're confident that the Google Budget Optimizer™ tool offers a more efficient, effective way of systematically managing your campaign budget. The Budget Optimizer is automated and focused solely on managing your campaign to yield the highest number of clicks. It can react quickly to traffic patterns and invest immediately in your higher-performing keywords. And it saves you considerable time and effort overall.

If you'd like to ensure that the Budget Optimizer is as successful as possible, simply select one of the target budgets we offer when you first enable the tool. Although you can set any target budget you like, the budgets we generate are designed to offer the best balance of performance and affordability for your situation.

---

Can the Google Budget Optimizer(TM) tool manage my budget to get more impressions or conversions?

---

Currently, the Google Budget Optimizer™ tool focuses only on managing your campaign's keyword CPCs to yield the highest possible number of clicks within your budget. It won't manage your campaign to increase ad impressions or conversions.

---

How long does the Google Budget Optimizer(TM) tool run?

---

Once you enable the Google Budget Optimizer™ tool, it will bring you the most clicks possible within your target budget over a 30-day cycle. After 30 days, the Budget Optimizer will automatically refresh with the same target budget and start the process over. If you change your target budget at any time, the Budget Optimizer will end its current cycle and start another one. Here's an example:

Cycle 1:

- Day 1: You enable the Budget Optimizer with a $100 target budget.
- Days 1-30: The Budget Optimizer manages your campaign for you, striving to bring you the highest number of clicks possible within 30 days and your $100 budget.

■Day 30: You've received the maximum number of clicks possible, and your target budget is depleted. Cycle 2:
■
                    Day 1: The Budget Optimizer renews automatically, striving to reach the highest number of clicks possible within another 30 days and $100 budget.
                    ■Day 10: You change your target budget to $150. The Budget Optimizer ends cycle 2 immediately and begins another cycle (below). Cycle 3:
.
                    ■Day 1-30: The Budget Optimizer strives to reach the most amount of clicks possible within 30 days and your new $150 target budget. Please note that you may disable the Budget Optimizer at any time.

---

Will my Google Budget Optimizer(TM) target budget replace my current daily budget and CPCs?

---

The target budget you set when you enable the Google Budget Optimizer™ tool will replace your campaign's previous keyword CPCs and daily budget. However, the AdWords system will store your keyword CPCs and daily budget in case you'd like to restore these values after you disable the Budget Optimizer.

---

Which of my campaigns are eligible for the Google Budget Optimizer(TM) tool?

---

Although any campaign containing fewer than 10,000 keywords is eligible for the Google Budget Optimizer™ tool, some campaigns are better suited than others. Please review the following guidelines to determine which of your campaigns would benefit the most from the Budget Optimizer:

.        ■        Your campaign should have a budget you'd like to reach consistently.
.        ■        You must be willing to let the Budget Optimizer monitor your campaign and adjust your keyword CPCs on your behalf. (Remember, you won't be able to edit your CPCs unless you disable the Budget Optimizer.)
.  .     ■        You must be willing to experience greater fluctuations in your clickthrough rate and CPCs than you might otherwise expect.


My ads are live--now what? : My AdWords how-to guide : **My Ad Groups**

---

What information does the Traffic Estimator provide?

---

The Traffic Estimator is designed to give you keyword traffic and cost estimates at a glance. For any keywords you select, the Traffic Estimator displays the following information:

**Keyword Status:** This is the state your keyword will be assigned if added to the Ad Group. Keywords will return one of three states: Disabled, On hold, or Normal. Please note that a subset of the keywords that appear on hold will move to in trial status if actually added to the Ad Group. This is because in trial keywords are actually on hold keywords with the highest predicted CTR.

**Maximum Cost-Per-Click:** This is the amount you've elected to pay each time someone clicks the ad associated with your keyword.

**Clicks / Day:** This represents the number of clicks your ad may receive each day.

**Average Cost-Per-Click:** This is the average amount you'll pay for each click. The AdWords Discounter automatically adjusts your maximum cost-per-click (CPC) so you pay only one cent more than the minimum amount required to keep your ad's position. Therefore, the displayed amount may be lower than your

https://adwords.google.com/support/bin/index.py?fulldump=1 (28 of 116)8/2/2005 8:35:12 AM
'official' maximum CPC above.

**Cost / Day:** This is the average amount you may spend per day.

**Average Position:** This is the average position your ad may receive. '1' is the highest position on the first page of search results. There is no 'bottom' position. (For example, '1.7' means your ad may generally appear more often in higher positions than an ad with an estimated average position of '1.8.') Values may contain decimals because the Traffic Estimator displays estimates as averages-not whole numbers-based on dynamic keyword activity among advertisers. Also, average ad positions are not fixed; they may vary depending on bidding activity and other factors.

---

How do I use the Keyword Traffic Estimator?

---

Here's how to use the keyword traffic estimator:

.        ■        Log in to your AdWords account.
.        ■        Click the campaign containing the Ad Group and keywords you want to review.

**0034**

- • Click the appropriate Ad Group.
- • Click **Edit Keywords** at the top of the table.
- • In the field provided, enter your keywords so that each word or phrase appears on its own line.
- • If necessary, enter the new cost-per-click (CPC) amount in the **Maximum CPC** field.
- • Click **Estimate Traffic**. You will see all of the estimates for each of your keywords. If necessary, you can adjust your maximum CPC and recalculate your estimates.
- • Click **Save** to keep the new settings or **Cancel** to delete them (in which case your original settings will be applied).

You can also access our standalone keyword traffic estimator this way:

- • Log in to your AdWords account.
- • Click **Tools** on the **Campaign Management** tab.
- ❑.. Click **Traffic Estimator**.
1. 1. **Enter your keywords:** In the field provided, enter your keywords so that each word or phrase appears on its own line.
2. 2. **Choose a currency:** Select your currency. Then enter a specific maximum CPC for your estimates, or let us suggest a value. Our suggested value should deliver your ads at the top position a majority of the time.
3. 3. **Choose your target language(s):** Select which language(s) you'd like to target.
4. 4. **Choose your target countries:** Select which countries you'd like to target.
- • Click **Continue** when you are finished.

---

How do I create a new Ad Group?

To create a new Ad Group:

- • Log in to your AdWords account.
- • In the **Campaign Summary** table, click the Ad campaign that will contain your new Ad Group.
- • Click **Create New Ad Group** above the table.
- • Enter your ad text and an Ad Group name. Click **Create ad and continue** when you are finished.
- • Enter your keywords in the field provided. Click **Save keywords** when you are finished.
- • Enter the maximum CPC you are willing to pay, then click **Calculate Estimates**.

---

How do I pause an Ad Group?

To pause an Ad Group:

- • Log in to your AdWords account.
- • In the **Campaign Summary** table, click on the ad campaign containing the Ad Groups you want to pause.
- • In the **Ad Groups** table, select the checkbox(es) next to the appropriate Ad Group(s).
- • Click **Pause** in the first row of the Ad Groups table.

**Shortcut:** If you want to pause all of your Ad Groups quickly, select the checkbox next to the **Ad Group Name** or the **Campaign Name** header in the top row of the table. This will select all Ad Groups at once. Then, click Pause.

---

What are my options when I set my max CPCs?

When you set your maximum cost-per-clicks (max CPCs), you have the following options:

**Ad Group-level max CPCs:** If you set your max CPCs at an Ad Group level, the AdWords system will automatically apply the same max CPC to all keywords in this Ad Group. All ad clicks in this Ad Group will cost the same amount. Setting your CPCs in this manner is the simplest way to manage your campaigns.

**Keyword-level max CPCs:** You can also set unique max CPCs for individual keywords in an Ad Group. The cost for ad clicks in this Ad Group will vary, depending on which keyword triggered the ad. You may wish to set keyword-level CPCs if you'd like some of your keywords to compete more aggressively for audiences interested in specific products, services, or information.

Although setting your CPCs in this manner requires additional planning, it also increases the dexterity of your advertising. AdWords even offers a quick way to set unique CPCs for large numbers of keywords. Learn more.

You can also easily change the max CPC(s) for multiple keywords throughout your account with our find and edit Max CPCs tool located in the 'Tools'

section of your Campaign Management tab.

**Ad Group- and Keyword-level max CPCs:** You can set unique max CPCs for some of the keywords in your Ad Group and simply let the remaining keywords default to an Ad Group max CPC.

---
How do I resume a paused Ad Group?
---

If you want to resume running ads in a paused Ad Group:

- Log in to your AdWords account.
- In the **Campaign Summary** table, click the ad campaign containing the Ad Groups you want to resume.
- In the **Ad Groups** table, select the checkbox(es) next to the appropriate Ad Group(s).
- Click **Resume** at the top of the Ad Groups table.

**Shortcut:** If you want to resume all of your paused Ad Groups quickly, click the checkbox next to the **Ad Group Name** or **Campaign Name** header in the top row of the table. This will select all Ad Groups at once. Then, click **Resume**.

---
How do I delete or undelete an Ad Group?
---

Here's how to delete an Ad Group:

- Log in to your AdWords account.
- In the campaign summary table, click on the ad campaign containing the Ad Groups you want to delete.
- In the **Ad Groups** table, select the checkbox(es) next to the appropriate Ad Group(s).
- Click **Delete.**

**Shortcut:** If you want to delete all of your Ad Groups quickly, select the checkbox next to the **Ad Group Name** or the **Campaign Name** header in the top row of the table. This will select all Ad Groups at once. Then, click **Delete.**

To undelete an Ad Group:

- Log in to your AdWords account.
- In the campaign summary table, click on the name of the campaign containing the Ad Groups you want to undelete.
- In the Ad Group summary table, click on the name of the Ad Group you want to undelete.
- Click **Undelete Ad Group** next to the Ad Group title and status at the top of the page.

---
How can I import keywords to the Traffic Estimator?
---

You can type your keywords directly into the Traffic Estimator. If you have a long list of terms, you can also copy and paste your keywords. Please note, copying and pasting keywords from Microsoft Word may prevent the Traffic Estimator from working properly. You can try saving your keyword list as unformatted plain text before copying and pasting it.

My ads are live--now what? : My AdWords how-to guide : **My ads & keywords**

---
Why can't I see my ad?
---

There are several common reasons why you may not be seeing your ad. To better understand the problem, you can:

1.  1.  **Check back later.** In most cases your ad will be up and running soon after you activate your account. However, server upload or approval delays sometimes happen, and in that case it can take more time for your ads to start running. If you still can't see your ad after a few hours and you've checked all of the possibilities below, please contact us.
2.  2.  **Check your daily budget.** When you create your ads, we recommend a daily budget for maximum ad delivery. If your daily budget is set lower than the recommended amount, we spread the delivery of your ad throughout the day in order to stay within your budget. In that case your ad may not be showing when you look for it. To maximize your visibility, meet the recommended daily budget amount. To learn how to increase your daily budget, click here.
3.  3. **Check the approval status of your ad.**

If an ad doesn't meet our Editorial Guidelines, we'll stop your ad from running, and you'll see the word 'Disapproved' listed with that ad in your account. Once you've made the appropriate edits, simply save your

changes and your ad will be automatically resubmitted to us for review.

1.      4.      **Check the performance of your keywords.** If you're running a keyword-targeted campaign and a keyword underperforms, we may disable the keyword until you're able to edit or delete it. Your ads may also be showing only on certain variations of your broad or phrase matches due to a low relevance factor. The best way to monitor your keyword performance is by reviewing the keyword status column on your keyword summary page.

2.      5.      **Check your site targeting.** If you're running a site-targeted campaign, your ad will appear only on the websites you specify. Those websites must be part of the Google Network. Make sure you're looking for your ad on one of the sites you selected. It's also possible that your ad simply isn't showing at the moment you view the page.

3.      6.      **Check your maximum CPM.** If you're running a site-targeted campaign and your ad is not showing, your maximum cost per thousand impressions (max CPM) may be too low to win the position on that site. Other advertisers may also have targeted that site, and they may have offered higher CPMs or be more relevant to that space. Check the campaign summary page in your account for details on how often your ad is showing. If your ad is not showing often enough to fulfill your daily budget, you may wish to try raising your max CPM for selected sites or campaigns. Or, try expanding your list of targeted sites to include more possible places for your ad to run.

4.      7.      **Check formats.** The format(s) of the ads you're running must match those provided by each website. If you're running image ads and have uploaded 160x600 wide skyscraper ads, make sure the site runs ads in that format.

5.      8.      **Check your geo-targeting.** You can target your campaign to specific countries, regions, and languages. If your ad is targeted to France and you're currently in Japan, you won't be able to see your ad. To learn how to view and edit your geotargeting selection, click here. If you're targeting a region or city, sometimes we're unable to obtain internet protocol (IP) information. If we can't determine the searcher's location, we'll show nationally-targeted ads instead of regionally-targeted ads.

Please note that some sites in our network may restrict advertising or keywords based on their own policies regarding content and editorial standards. In this case your ad may not appear even though you have targeted the site or have chosen keywords which seem to match it.

**Helpful Tip**: Need help with finding your keyword-targeted ad? Our Ads Diagnostic Tool can let you know whether your ad is appearing on the first page of search results, and identify why a particular ad or group of ads may not be showing. You can access the tool at any time via the **Tools** link on the **Campaign Management** tab.

---

How do I edit my keywords or change my maximum CPC?

---

To change your keywords:

- Log in to your AdWords account.
- Click the campaign containing the Ad Group keywords you want to change.
- Click the appropriate Ad Group.
- Click **Edit Keywords** at the top of the Ad Group table.
- In the keywords field, add, delete or change keywords.
- Click Save.

To raise or lower your keyword cost per click (CPC) values, follow these steps:
1.  1. Log in to your AdWords account.
2.  2. Click the campaign containing the Ad Group keywords you want to change.
3.  3. Click the appropriate Ad Group.
4.  4. Select the checkbox(es) next to the keyword(s) you'd like to raise or lower, within the Ad Group table.
5.  5. Click **Edit CPCs/URLs** at the top of the Ad Group table.
6.  6.          To raise or lower your default CPC for all keywords in the group, enter a new value in the **Default Ad Group CPC** field. To change the CPC for any individual keyword, enter the new amount in the **Max CPC** column beside the appropriate keyword. This maximum CPC will override the default Ad Group CPC. Click **Save Changes** at the top or bottom of the page.

Please note that you can leave the **Max. CPC** field blank for any or all of the individual keywords. That keyword will then default to the group maximum CPC you set.

You can also easily change the max CPC(s) for multiple keywords throughout your account with our find and edit Max CPCs tool located in the **Tools** section of your Campaign Management tab.

How do I edit my ad text?

To change your ad text:

- Log in to your AdWords account.
- Click the campaign that contains the Ad Group you want to edit.
- Click the appropriate Ad Group.
- Locate the appropriate ad above or below the keyword table.
- Click Edit below the ad.
- Enter your new ad title, description lines, Display URL and Destination URL as needed.
- Click Save Changes.

You can also easily edit ads throughout your account with our Find and Edit Ad Text tool located in the **Tools** section of your Campaign Management tab.

---

How can I make my ads appear above the search results?

On Google search results pages, the highest ranking AdWords ads appear in the top two positions, just above the search results. Ad placement is based on an ad's Ad Rank, which is determined by various performance factors including: maximum cost-per-click (CPC), clickthrough rate (CTR), and ad text. This ad rank formula gives advertisers an equal and fair opportunity to attain their desired ad positions and offers greater relevancy for Google users.

---

Are keywords case-sensitive?

No. Keywords are matched without regard to upper-case or lower-case letters. For example, you don't need to enter 'real estate' and 'Real Estate' as keywords; just 'real estate' will cover both.

---

How do I apply negative keywords across my account?

By applying more focused matching options such as negative match to your keywords, you can reach the most appropriate prospects, reduce your cost-per-click (CPC), and increase your ROI. You can easily apply negative keywords for your account to an entire campaign, impacting all keywords within the selected campaign.

To apply this keyword matching option for specific keywords at the campaign level:

- Log in to your AdWords account.
- Click the campaign you wish to edit.
- The number of existing campaign negative keywords will appear beneath the campaign name and daily budget. If no campaign negative keywords exist for your campaign, click **Add**. Otherwise, click **View/edit**.
- You may select and enter negative keywords for your campaign in one of two ways:

   *Add Keywords Manually*

- Enter any keyword you wish to include as a negative keyword in the box to the left.
- Click **Add Keywords** when you are finished.

   *Clean Sweep*

- Select your search criteria for negative keywords appearing within your campaign.
- If Clean Sweep reports results, you can leave listed negative keywords checked to move them to the campaign level. If you do not wish to move some or all of the negative keywords, uncheck them, and they will not be moved.
- Click **Save Changes** when you are finished. If keywords have been moved, a confirmation of the changes made will appear at the top of the page.

- To repeat the same process for another campaign, select the new campaign from the drop-down box at the top of the page.

Existing campaign negative keywords will appear in a chart at the bottom of the page. You can delete a keyword at any time by selecting the checkbox beside it and clicking Delete at the top of the keyword chart.

---

How do I edit my Display URL and Destination URL?

To edit your **Display URL and Destination URL:**

- Log in to your AdWords account.
- Click the campaign that contains the Ad Group you want to edit.
- Click the appropriate Ad Group.
- Locate the appropriate ad above or below the keyword chart.
- Click Edit below the ad.

**0038**

- • Change the URL fields as needed.
- • Click Save Changes.

You can also easily delete multiple keyword-level destination URLs throughout your account with our find and edit keyword tool located in the **Tools** section of the Campaign Management tab.

---

How do I make my ad text bold?

---

Your ad text will appear bold whenever it exactly matches a user's search terms. For instance, if the search was 'rental car,' and your ad text included the words 'Find rental car bargains,' then 'rental car' would be bold in your ad: 'Find **rental car** bargains.' The match must be exact. A search for 'rental cars' or 'auto rental' would result in only 'rental' being bold: 'Find **rental** car bargains.'

https://adwords.google.com/support/bin/index.py?fulldump=1 (32 of 116)8/2/2005 8:35:12 AM

This is the only situation in which ad text appears bold. You can't manually format your ads to appear in boldface

or italics. For a related topic, see our entry on special characters.

---

Can I create multiple ads for a set of keywords?

---

Yes. For each Ad Group you create, you can create as many ads as you like. Because they are triggered by the same keywords, these ads will rotate evenly for your keywords. Google automatically keeps track of the clickthrough rate (CTR) for each of your ads; you can determine which ads perform best by logging in to your account and viewing your campaign reports. You can then refine or delete poorly performing ads.

If you want different ads to appear for different keywords, you can create multiple Ad Groups or campaigns. Once you've finished picking keywords and prices for the first group of ads, you'll have an opportunity to create additional Ad Groups and campaigns. Your ads will rotate evenly if you use the same keyword in different Ad Groups so you don't have multiple ads on the same page.

---

How do I build a more effective keyword list?

---

**Three steps to building an effective keyword list**

1.    **1. When creating your list, think like a customer.** What terms would your customers use to describe your products or services? Once you've generated some appropriate keywords, expand your list to include as many relevant variations as possible. Add alternate spellings (e.g. *light, lite*), plurals, and synonyms. To help you brainstorm, use our Keyword Tool.

2.    **2. Refine (or 'scrub') keywords** that may be too broad or irrelevant. Using words that are too broad can generate many ad impressions but few clicks. To avoid this, get rid of generic terms that could relate to a wide spectrum of products or services. Add descriptive language to make your keywords more specific. For instance, using the generic keyword *bags* to describe luggage goods could generate impressions [?] for irrelevant search queries such as *tea bags* and *vacuum bags*. Making your keywords relevant to your goods or services helps you receive more qualified clicks.

3.    **3. Target your keywords** by using keyword matching options [?]. You can choose four different keyword matching options to target your ads to users: broad, phrase, exact, or negative match. With some options, you'll receive more ad impressions; with others, you'll get fewer impressions but potentially more clicks. By applying more focused matching options to your keywords, you can reach the most appropriate prospects, reduce your cost-per-click (CPC) [?], and increase your ROI [?].

---

How do I choose negative keywords?

---

To identify appropriate negative keywords for your account, we recommend using the Keyword Tool, which is designed to help you refine your keywords. You can also access the Keyword Tool by clicking 'Keyword Tool' above the keyword table for the Ad Group you wish to edit.

After you submit a keyword via the tool, our system returns a list of search terms that could potentially trigger your ad. If you find any results that do not relate directly to your Ad Group, it is a good idea to add them as negative keywords.

For example, if your keyword is 'used books,' you can enter this term in the Keyword Tool. You may then see terms that include the following:

used rare books rare and used books used audio books used books sale used technical books

If you do not sell rare books, you can add the negative keyword 'rare.' This makes certain that your ad won't show on any term including 'rare.' For

example, your ad won't show on the term 'used rare books.'

You can apply this option for a keyword at both the Ad Group and campaign level. To specify a negative keyword, place a negative sign (–) before the word. An example Ad Group keyword list:

Used books French used books –rare –text –school

Learn more about applying negative keywords.

---

How do I create a new text ad?

---

To create a new ad in one of your existing Ad Groups, follow these steps:

1.     1. Log in to your AdWords account.
2.     2. Click the campaign that contains the Ad Group you want to edit.
3.     3. Click the appropriate Ad Group.
4.     4. Click the Create New Text Ad link at the top of your keyword table.
5.     5. Enter your new ad title, description lines, Display URL, and Destination URL as needed.
6.     6. Click Save Changes.

---

Why does the name of a region appear underneath my ad?

When you use regional targeting to display your ad in certain cities or regions, users in those areas will see the city or region name (whichever is more specific) displayed with your ad. This lets those users know that your product or service is especially relevant to them.

Regional display is tied to the IP address of the user. For example, if you have targeted both London and Paris, a user located in London would see the word 'London' and a user in Paris would see 'Paris.'

For more on this topic, please see How can I target my ad campaign by language and location?

How do I resubmit an ad?

To resubmit your ad:

1.     1. Log in to your AdWords account.
2.     2. Click the campaign that contains the Ad Group you want to edit.
3.     3. Click the appropriate Ad Group.
4.     4. Locate the appropriate ad above or below the Ad Group table.
5.     5. Click Edit next to the ad.
6.     6. Make changes to your ad (if you don't make changes to your ad, it won't be resubmitted for review).
7.     7. Click Save Changes to resubmit your ad.

How do I delete an ad?

You can delete an individual ad at any time.

To delete an ad, please follow the steps below:

1.     1. Log in to your AdWords account.
2.     2. In the Campaign Summary table, click the ad campaign containing the ad you want to delete.
3.     3. In the Ad Groups table, click the Ad Group containing the ad you want to delete.
4.     4. Click View all below next to the topmost ad above the Ad Group chart.

5. Click Delete below the ad you want to delete. Campaigns and Ad Groups can be undeleted, but a deleted ad can't be. However, you can always view deleted ads on the Ad Group details page by clicking the box next to 'Include deleted items that were active in this date range.' (Make sure the date range is set to include the time when your deleted ad was active.) You can then, if you like, create a new ad with the same text.

---

The Find/Edit Ad Text tool found editorial violations in my ads. What can I do?

---

If you're submitting changes through the Find/Edit Ad Text tool but your proposed ads don't comply with our Editorial Guidelines, your changes will not be saved. After the tool has located all applicable ads, and you click Continue, you'll see a notification message and a table displaying the ads with editorial violations.

If you'd still like to change these ads, click Edit ad beside the appropriate ad to enter necessary changes. A new window will open so that you may edit your ad. Once your changes are complete, click Save changes, and close the window. You may then edit more ads from the table, if necessary.

The AdWords system will help you identify editorial violations so you can correct them immediately. To request exceptions to violations, you'll need to edit the individual ads containing the violations from the Campaign Summary section of your account. From here, you may submit a request by

clicking **Request an exception** after the system flags the violations in your ad.

My ads are live--now what? : My AdWords how-to guide : **My image ads**

---

What is an expanded text ad?

An expanded text ad is an AdWords text ad that fills an entire ad unit on its own, rather than being grouped with other text ads. Expanded text ads have the same character limits and the same editorial guidelines as typical text ads, but are displayed solo and with text enlarged.

Expanded text ads are available when you run a site-targeted campaign with Google AdWords. Because site targeted ads take cost-per-thousand (CPM) pricing, expanded text ads allow the advertiser to get equal value from their CPM bid for either an image or a text ad. Expanded text ads are not available for cost-per-click (CPC) pricing at this time.

---

How should I name my image?

When you load your images, providing descriptive image names will help simplify your reporting and communication with our client services team. Here are a few restrictions and tips for naming your ad images:

- Do not exceed 50 characters.
- Consider including:

https://adwords.google.com/support/bin/index.py/?full&amp=1 (34 of 116)8/2/2005 8:35:12 AM
- An image description in the name of the image file.
- The campaign or Ad Group name in the image file name.

---

Why isn't my image ad showing?

All keyword-targeted campaigns containing image ads must be set to show ads on content sites in the Google Network. (This is because image ads don't appear on search results pages.) If your campaign isn't set for content sites, your image ads will not appear. These ads will be identified by a 'This ad is not showing' flag at the bottom of your Ad Group summary page.

To set your keyword-targeted campaign to show ads on content sites:

- Log in to your AdWords account.
- Click the checkbox next to the campaign you want to edit.
- Click **Edit Settings**.
- Locate the **Where to show my Ads** section.
- Select **content network**.

- Click **Save All Changes**. If you've verified that your campaign is set correctly, your image ad may not be appearing due to its approval status or performance. Please review our additional troubleshooting tips.

By the way, the 'content sites' setting doesn't apply to site-targeted ads. Any site-targeted campaign you create is automatically enabled for image ads.

**Helpful Tip**: Need help with finding your keyword-targeted ad? Our Ads Diagnostic Tool can let you know whether your ad is appearing on the first page of search results, and identify why a particular ad or group of ads may not be showing. You can access the tool at any time via the **Tools** link on the **Campaign Management** tab.

---

What are the editorial guidelines for animated ads?

Animated image ads are currently being tested in the AdWords system. Animated ads must follow all the editorial guidelines for standard image ads. In addition, the following guidelines apply:

-Strobing or distracting ads and flashing backgrounds are not allowed.

-Ads which include a game or contest played in order to win prizes or compensation, real or implied, are not allowed.

˥.- Animation must be restricted to a maximum of 30 seconds (at a 15-20 fps frame rate). Endless loops are not allowed. Ads can loop a maximum of three times.
⌐.- 'Trick to click' ads which might confuse the user are not allowed. This includes ads which simulate a cursor arrow moving and clicking on the ad.
⌐.- Animation must be confined to the allotted ad space. Ads which expand beyond the frame or otherwise encroach on the web site are not allowed.

All animated ads will be reviewed by AdWords representatives. Google is dedicated to providing ads that contribute to a positive user experience, and we may not accept ads related to certain products or services. We reserve the right to exercise discretion regarding the advertising we accept, as noted in our Terms and Conditions.

---

What's the maximum number of image ads I can have in my account?

---

You may create a maximum of 50 image ads and distribute them any way you like throughout Ad Groups in your account. (Please note that this maximum number includes all image ads, even if they're not currently showing.)

If your account has reached this limit, you may not create another image ad until you delete one or more of your existing image ads. You can locate your Ad Groups containing image ads in a drop-down box at the bottom of any Ad Group summary page. Simply select the Ad Group containing the image ad you'd like to replace, then click Go.

---

When can I expect to see clicks on my image ads?

---

During this beta launch, content publishers may still be opting into the image ads program. Therefore, you may experience some lag time in between loading your image ads and receiving clicks on them. As participation in the program grows, however, you should notice increased impressions and clicks within a few days.

To view your image ad performance statistics:

- ▪Log in to your account.
- ▪Click **Reports** at the top of your page.

https://adwords.google.com/support/bin/index.py?ffull&amp=1 (35 of 116)8/2/2005 8:35:12 AM
- ▪ Click **Ad Image Report.**
- ▪ Complete the report request fields, then click **Create report.**

---

Can I create an Ad Group only containing image ads?

---

Ad Groups in keyword-targeted campaigns must include at least one standard AdWords text ad. This ensures that the ad will be eligible to appear on search results pages. If all text ads are disapproved or deleted, any image ads in this Ad Group will not show. To prevent this, we recommend that you monitor and improve the performance of your text ads whenever possible.

Ad Groups in site-targeted campaigns aren't required to have an active text ad. They can contain image ads only, text ads only, or both.

If you'd like to learn how to improve your text ad(s), please review our optimization tips.

---

Why is there a limit on the file size of my image ad?

---

We've found that, by implementing a 50k file size limit, the AdWords system performs optimally.

My ads are live--now what? : **Improving my account's performance**

In the coming weeks, we'll simplify our keyword status system and introduce quality-based minimum bids, giving you more control to run on keywords you find important.

**How it works**

Each keyword will now be assigned a minimum bid that is based on the quality (also called Quality Score) of your keyword in your account. If your keyword or Ad Group's maximum cost-per-click (CPC) meets the minimum bid, your keyword will be active and trigger ads. If it doesn't, your keyword will be inactive and will not trigger ads.

**Key changes**

.    •    The keyword statuses normal, in trial, on hold, and disabled will be replaced with active (triggering ads) or inactive (not triggering ads). In addition, accounts will no longer be slowed. Currently, accounts are slowed when they don't meet our performance requirements and your ads appear rarely for your keywords.

.    •    New keywords will no longer be disabled or have a minimum clickthrough rate (CTR) threshold. Instead, your keyword will trigger ads as long as it has a high enough Quality Score (determined by your keyword's CTR, relevance of ad text, historical keyword performance, and other relevancy factors) and maximum CPC.

.    •    Ad Rank, or the position of your ad, will continue to be based on the maximum CPC and quality (now called the Quality Score).

.    •    Remember: The higher the Quality Score, the lower the CPC required to trigger ads, and vice versa.

.    •    You can move an inactive keyword to an active state and show ads by (1) improving its Quality Score through optimization, or (2) increasing its maximum CPC to the minimum bid recommended by the system.

**What you should do before implementation**

If you're happy with your current keyword list, there's no need to make any changes. However, if you have any on hold keywords that you don't want to trigger ads, we suggest you delete them from your account. This is because any keywords with a high enough Quality Score and maximum CPC could be activated and accrue ad clicks. You can use our Find and Edit Keywords tool, available in your account's Tools page, to quickly search for and delete any keywords in your account.

**Managing your account after implementation**

We'll email you and post an announcement in your account after we implement these changes. You should then log in to your account and monitor your keywords' performance under these new guidelines. Any disabled keywords at the time of implementation will remain labeled as disabled in your account. After a few weeks, we'll delete them. This short interval gives you the opportunity to review your disabled keywords and re-activate them.

Quality remains the most important factor in determining your keywords' performance. So to ensure your ads are optimized for performance, we

suggest you continue to improve your keywords and ad text for relevancy.
Here are some resources that will help:
- . How to create a targeted keyword list.
- . Optimization Tips page.

---

My keyword has a high CTR. Why was it disabled?

---

To ensure all ads are evaluated on the same criteria, we evaluate ad relevance based on an ad or keyword's performance on Google search results pages
only. That means the clickthrough rate (CTR) on Google must meet the minimum required CTR in order for your ads to continue running on all of your
keywords.

If you're currently running ads on Google search results pages and across the Google Network, the CTR you'll see in your account reports represents the
combined average CTR across the various distribution locations. For example, a keyword may have a high CTR across the Google Network, but still be
disabled as a result of a low CTR on Google.com alone.

Please note, ads for keywords that are in trial will continue to be delivered as normal while we evaluate their performance. Keywords that are placed in trial
may return to normal status or may be disabled if we are confident that their CTR is well below our minimum requirement. Ads for keywords that have been
disabled will no longer be shown.

It is not possible to re-enable a disabled keyword. Keyword disabling is a system generated change and it is not possible to reverse this. AdWords Specialists
are unable to make exceptions for the minimum CTR requirement to allow a disabled keyword to run.

If you delete a disabled keyword and add it to your account in any other format or any other location (another Ad Group, for instance) our system will take the
keyword's account-wide performance into consideration. A poor performer can affect an entire Ad Group and/or campaign, if it is used multiple times. For this
reason, I recommend that you regularly review your account's performance and remove any poorly performing keywords.

For another chance to run your ads on similar keywords, you can try the following:
In the same or different Ad Group, combine your keyword with 2-3 other words to create a more specific keyword phrase. This will result in better targeting,
and potentially, better performance.

---

What happens to keywords with no impressions after 90 days?

---

All keywords which have been present within an account for at least 90 days, but have received no impressions during their lifetime, are
automatically disabled. This is done to maintain advertising program quality for both our users and our advertisers.

These keywords may have received no impressions during their lifetime for several reasons; most often it's because more relevant, broad-matched
keywords are already gaining the majority of related impressions, and these keywords are additional versions that are not necessary for your keyword
list. Even seasonal keywords are likely to gain some impressions during their lifetime, if even during limited parts of the year.

**About the 90-day impression window**

In a three month (90 day) period, billions of searches can occur, providing ample time for a keyword to gain at least one impression for your ad(s).
We've determined that keywords which generate no impressions at all during a three month period are unlikely to receive impressions at any time
in the future.

**How your account is affected**

You'll see no major impact on your account other than noting that these keywords have been disabled in your campaign summary and reporting
data. Also, your account's clickthrough rate and performance history will not be affected in any way.

**What you should do**

To ensure that your account is as targeted as possible, we recommend that you delete these keywords, as they are proven non-performers. You can then replace these non-performers with keywords that obtain better results for your service or business.

---

How do I manage the number of keywords in my account?

To ensure that accounts do not place unnecessary load on our advertising servers, we ask that you keep the overall number of keywords in your account to a manageable size. When you approach an unmanageable amount of active keywords (including 'normal' and 'in trial' keywords) we'll place a notice within your account and request that you refine your keyword list and remove unnecessary keywords. In most cases, a handful of well-targeted keywords will deliver the majority of your relevant clicks, and there is no need to create hundreds or thousands of keywords.

By default, our ad system does the work for you by displaying your ad on variations of your keywords, including misspellings and similar keywords. This means that one keyword can serve the purpose of several related words or variations. Adding the additional variations separately won't necessarily increase your visibility by much.

Regardless of whether or not your account contains a small or large number of keywords, you can always take advantage of a 'well-scrubbed' keyword list that focuses on your most targeted keywords. We recommend that you build your keyword lists with the following in mind:

**Do ...**

- Use our keyword matching options.
- Use our keyword tool to select your keywords and see which related searches will trigger your ads.
- Review our FAQ on making your keywords work for you.

For more steps on creating a targeted keyword list, click here.

**Don't ...**

- Include these variations: misspellings (*french cusine*), capitalization (*French cuisine*), incorrect spacing (*french cui sine*), hyphens (*french-cuisine*).
- Use variations that are more than three words long (best for unique markets and product names).
- Use a three word keyword in multiple matching variations at one time: [buy red bicycle], "buy red bicycle," buy red bicycle.

https://adwords.google.com/support/bin/index.py?fulldump=1 (37 of 116)8/2/2005 8:35:12 AM

---

How is the predicted CTR calculated?

---

We want to ensure that your keywords get a fair chance to run and that we do all we can to properly gauge their performance. When you submit a keyword, we'll predict its CTR based on data within both your account and other advertiser accounts such as:

- your performance on this specific keyword, or related keywords and

- the performance of other advertisers on this specific keyword, or related keywords Taking the above data into account ensures that we make

our prediction based on a careful review of all available keyword data.

---

What do I do if my normal keywords experience a drop in CTR?

---

On submission to our system, if your keyword's predicted CTR was above the minimum requirement it was immediately enabled. However, if the keyword performs poorly in the future due to a change in ad text or other advertiser competition, this keyword may move to in trial, on hold, or disabled status. In trial keywords may also be slowed, so that you can further refine your keywords and/or ads.

If you are concerned that your ads/keywords may be affected, please note that if your ads and keywords are well targeted, your account should not experience any significant change in performance.

We encourage you to review the following important information regarding our performance monitor and the keyword status column:

- ▪ An explanation of the AdWords Minimum CTR and Performance Monitor.
- ▪ How to create a targeted keyword list.
- ▪ More about each keyword status.

To help ensure that your ads and keywords are well targeted, you may also want to optimize your account.

---

When does a keyword enter on hold status?

---

Keywords with a predicted CTR slightly below the 0.5% requirement on Google search pages will be placed in on hold status when your account's in trial keyword limit has been reached. As more space becomes available, these keywords will move to in trial status, with priority given to those keywords with higher predicted CTRs. There is no limit placed on the number of on hold keywords you may have within your account. Click here to learn more about each
keyword status and to see a detailed diagram.

---

When does a keyword enter normal status?

---

Targeted keywords with a predicted CTR that meets the 0.5% requirement on Google search pages will be placed in normal status, with associated ads showing regularly. Click here to learn more about each keyword status and to see a detailed diagram.

While there is no way to guarantee that a keyword will remain in normal status permanently, you can encourage regular ad delivery for your keywords by creating targeted, relevant ad text and keywords. This way, your ads are more likely to earn a CTR above the minimum requirement. Increasing your CPC will not directly influence whether your keywords enter normal status; however, it may help improve your overall ranking and your keyword's clickthrough rate.

In general, if a keyword has been placed in trial or on hold, or has been disabled, refining your keywords is the best next step. Refining your keywords will include using different matching options and keyword combinations; if you change the matching option for an existing keyword that is in any of these states, the new format will be seen as a brand new keyword by our system.

However, changes such as moving the same keyword between Ad Groups or deleting the keyword and adding it again will not effectively 'erase' the keyword's performance history. In the case where you'd like to use the exact same format of the keyword, you may want to try adjusting your CPC or trying new ad text to try and increase your ad rank.

**Additional Information**

- ▪ Additional optimization tips for creating relevant ads and keyword lists.
- ▪ An explanation of the AdWords Minimum CTR and Performance Monitor.
- ▪ More about each keyword status, including detailed diagrams.

---

How can I move keywords from on hold to in trial status?

---

If your account reaches the maximum number of keywords permitted in trial, and you want to make space for keywords to move from on hold to trial status, you will need to delete some of your in trial keywords.

However, because keywords are placed in both states with priority given to keywords with a higher predicted CTR, it isn't possible to specifically select which keywords move from on hold to trial status. The best way to ensure regular ad delivery is to create targeted, relevant ad text and keywords; this way, your ads are more likely to earn a CTR above the minimum requirement.

**Additional Information**

https://adwords.google.com/support/bin/index.py?fulldump=1 (38 of 116)8/2/2005 8:35:12 AM
- ▪ An explanation of the AdWords Minimum CTR and Performance Monitor.
- ▪ More about each keyword status.
- ▪ How to create a targeted keyword list.

---

When does a keyword enter in trial status?

---

Keywords with a predicted CTR slightly below the 0.5% requirement on Google search pages will be placed in evaluation until we're confident their CTR is well below or well above 0.5%. These keywords may become either normal or disabled. They may also be slowed if your overall account performance continues to decline; this will only affect in trial keywords.

There are a limited number of in trial keywords per account, so when this limit is reached, additional keywords will be moved to on hold status with priority given to those keywords with higher predicted CTRs. Accounts that have proven to perform very well will be rewarded with a greater number of

in trial keywords. The limitation placed on the number of keywords that may be in trial helps ensure that users continue to see the most targeted, relevant ads via the AdWords program.

Click here to learn more about each keyword status and to see a detailed diagram.

---

I need help improving my account performance. What can I do?

---

The **Google AdWords Optimization Program** is a free service for AdWords advertisers, intended to help you maintain successful advertising campaigns within your budget.

### How does it work?

At no additional charge, an AdWords Specialist will review your account and let you know whether the Optimization Program is appropriate for your account and advertising goals. If we find that our service is likely to increase the overall effectiveness of your AdWords advertising, we'll create an optimization proposal for one of your campaigns. We use our experience with a wide variety of AdWords accounts to create a customized proposal that fits your unique advertising needs and goals.

### What are the advantages of this service?

With the Google AdWords Optimization Program, you may enjoy the following benefits:

- We work to refine your ads and keywords for a higher CTR and increased traffic to your site.
- We use proven strategies to help bring you more qualified leads and improve your return on investment.
- Once you receive your optimization proposal, you can approve or reject the suggestions.
- Since we create the proposal while your campaign is running, your ads won't have any downtime.
- It's free - you're under no obligation.

### How do I start?

Fill out our optimization request form.

### What else do I need to know?

Response time may vary, and we don't guarantee that every account will receive an optimization proposal. Based upon our evaluation of your account, we may instead suggest that you refine your account through other means, such as following our optimization tips.

Also, please note that we provide optimization suggestions only. Any changes shall be undertaken solely of your own accord and at your own risk. Google does not guarantee or promise any results whatsoever from implementation of such changes. Furthermore, Google shall not be responsible for any effects of such changes, including, but not limited to, any spending increase related to your AdWords campaign(s), for which you shall be solely responsible.

## My ads are live--now what? : **Troubleshooting my account**

---

What if my keywords are disabled?

---

Your keywords may be disabled if their clickthrough rate (CTR) falls below our minimum requirement. This typically occurs when keywords aren't as targeted as they could be, and the ads they deliver aren't relevant enough to what a user is searching for.

You now have a few options:

- Let the underperforming keywords stay disabled.
- Make single keywords more targeted by turning them into descriptive phrases. (Example: Change 'car' to 'car buying service' or 'buy car Miami.')
- Visit our optimization tips page for more suggestions on improving the relevancy and effectiveness of your keywords.

Is there a minimum required clickthrough rate?

Yes. To protect the overall value of the AdWords program for Google users (and your potential customers), Google constantly monitors the clickthrough rates (CTR) of all keywords to ensure they're performing as well as they should.

*Keyword performance:*

When you submit a keyword, we predict its CTR based on data such as the performance of your account and other accounts with the same or similar keywords. This ensures that we make our prediction based on a careful review of all available keyword data. If we don't have much keyword data to work with, we increase our predicted CTR to give your keyword the benefit of the doubt.

Depending on a keyword's predicted CTR, the keyword may enter one of several states. The status of each of your keywords will be clearly indicated in your keyword reports. To see a detailed diagram and a full explanation of these states, click here.

https://adwords.google.com/support/bin/index.py?fulldump=1 (39 of 116)8/2/2005 8:35:12 AM

If your keywords don't improve, we may disable them. You'll then need to refine your campaign to improve its performance and effectiveness. For

more information about how our system analyzes accounts and adjusts ad delivery, please click here.

What happens if my daily budget is lower than what the AdWords system recommends?

If your campaign's daily budget is lower than the recommended amount, you may experience the following scenarios:

- Your campaign will automatically slow the delivery of its ads to spread your coverage throughout the day. Your ads won't appear for every relevant search.
- If your campaign has already slowed the delivery of its ads, then reaches your maximum daily budget, your

ads may not appear again until 12:01 a.m. (Pacific Standard Time) the following day. This is how the AdWords system helps you avoid accruing all of your clicks early on and/or exceeding the amount you've allotted for your campaign. In situations like this, your ads won't show as often as they could, even if they're relevant. Therefore, you might miss valuable opportunities to reach new customers.

**What can I do?**

If you set your daily budget to the amount recommended by the AdWords system, your ads can appear for relevant search queries on Google and on appropriate search and content pages in the Google Network (if you've selected this option). Budgeting the recommended amount for your campaign can significantly increase your ad impressions and the number of potential customers who will see your targeted ads.

**How do I make this change?**

You may have received an email or a notification in your account stating that your ads have periodically stopped showing because one or more of your campaigns has reached its daily budget. This notification links to a tool you can use to edit your daily budget.

If you didn't receive a notification, you can learn how to view and change your daily budget here.

**Is this just a way to get me to pay more?**

If you increase your daily budget, you won't necessarily spend it all. Remember, you only pay when people click your ads. And, of course, you're always in control of your account-you never have to pay more than

you want.

The recommended daily budget-which we determine by analyzing current search patterns and other factors-is simply intended to maximize the number of times your ads appear. The more often your ads appear, the higher the chances of attracting more prospects to your site. (If you're satisfied with the number of leads you're receiving, simply do nothing.)

### Do I have other options?

If you don't want to change your daily budget but still want to maximize your ad exposure, you can edit your keywords to ensure they're as relevant as possible to your business. Highly relevant keywords will minimize unwanted clicks.

You can also decrease your keyword or Ad Group cost-per-click (CPC) amounts. With decreased CPCs, your ads can appear more frequently without requiring you to increase your budget. (Please note that your ads may appear in lower positions.)

Why am I being charged for more than my daily budget on some days?

Though it may sometimes appear that your daily budget is being exceeded, that usually isn't the case. Here's why: Our system works to deliver enough ads to fully satisfy your daily budget over the course of each month. (That is, your daily budget times the total number of days in the month.) Because page views fluctuate from day to day, we may overdeliver ads on a given day to make up for potential shortfalls later in the month. For instance, if you budget US$100 per day in a 30-day month, you may receive more than US$100 in clicks on a given day, but the maximum you would pay is US$3,000 for that month.

At the end of the month our system automatically recognizes any charges in excess of your total monthly budget. When this happens, you won't be billed for those excess charges. Instead, you'll see an overdelivery credit for those charges on your **Advertising Costs** page. You can find the Advertising Costs page on the **My Account** tab of your AdWords account.

Over time, this system ensures that you maximize your advertising opportunities while protecting you from being billed in excess of your daily budget.

What if my payment is declined?

When we have a problem charging an advertiser's credit card, we suspend all the campaigns in that account. In order to process the declined charge and reactivate the account, we ask that advertisers update their billing information. If your payment is declined, please re-submit your credit or debit card information, or enter another credit or debit card number. Your ads will begin running again once we successfully process your payment using the new information (usually within 24 hours). You won't be billed for your campaign until the ads start running. To update your billing information and re-enable your account, please follow these easy steps:

1.    1. Log in to your account
2.    2. Click the **My Account** tab.
3.    3. Click Billing Preferences.
4.    4. Click Edit next to the 'Payment Details' section.
5.    5. Enter your new or updated billing information.
6.    6. Click **Save Changes** when you are finished.

You can view more detailed information regarding declined payments for your account on your **Billing Summary** page. There you'll find details including the date we attempted to charge your credit card, the amount of the attempted charge, and the reason our billing system was unable to process your payment.

To review the details for a declined payment, please follow these easy steps:
1.    1. Log in to your account
2.    2. Click the **My Account** tab.
3.    3. Identify the declined payment on your billing summary.
4.    4. Click the corresponding link for details.

I sometimes see error messages when I try to edit my account. Why?

If you are having trouble navigating or making changes to your AdWords account, this difficulty is normally the result of an issue with your browser or local connection. Please open your browser and verify the following settings:

FOR INTERNET EXPLORER (Windows):

⊐.∗Clear your browser's cache and cookies:
1.      1. Open the **Tools** menu and select **Internet Options**.
2.      2. On the **General** tab, in the section labeled **Temporary Internet files**, click on the **Delete Cookies** button and answer OK.
3.      3.      Click on the **Delete Files** button, check the box which reads **Delete All Offline Content** and answer OK. (Please note, if you have not recently cleared your file cache, it may take several minutes for this process to finish.)
⊐.∗Ensure that your browser uses 128-bit encryption for secure connections:
1.      1. Open the **Help** menu and select **About Internet Explorer**.
2.      2. Verify that the Cipher Strength value is 128-bit
⊐.∗Set security settings:
1.      1. Open the **Tools** menu and select **Internet Options**.
2.      2. On the **Advanced** tab, scroll to the Security section and check settings for SSL 2.0, SSL 3.0, TLS 1.0, PCT 1.0.
⊐.∗Add Google.com as a trusted site:
1.      1. Open the **Tools** menu and select **Internet Options**.
2.      2. On the **Security** tab, click on **Trusted Sites**, then click on the **Sites** button.

⊐.3. Add the URL above to the list of trusted sites.
FOR INTERNET EXPLORER (Mac OS X):

⊐.∗Clear your browser's cache:
1.      1. Open the **Explorer** menu and select **Preferences**.
2.      2. Find the section labeled **Web Browser** and click on **Advanced**.
3.      3.      Find the section labeled **Cache** and click on the **Empty Now** button. (Please note, if you haven't recently cleared your file cache, it may take several minutes for this process to finish.)
⊐.∗Clear your browser's stored cookies:
1.      1. Open the **Explorer** menu and select **Preferences**.
2.      2. Find the **Receiving Files** section and click on **Cookies**.
3.      3. Select all of the items that appear next to this section and click Delete.
⊐.∗Add Google.com as a trusted site:
1.      1. Open the **Explorer** menu and select **Preferences**.
2.      2. Find the section labeled **WebBrowser** and click on **SecurityZones**.
3.      3. Find the drop-down menu labeled **Zones** and select **Trusted sites zone** from the menu.
4.      4. Click the **Add Sites** button.
5.      5. In the window which appears, click the **Add** button.
6.      6. Enter the following URL: https://adwords.google.com/
⊐.7. Click **OK**.
FOR NETSCAPE:

⊐.∗Clear your browser's cache and cookies:
1.      1. In the **Edit** menu, select **Preferences** and click on the **Advanced** drop-down menu.
2.      2.      Select **Cache** and click on the **Clear Cache** button. (Please note, if you have not recently cleared your file cache, it may take several minutes for this process to finish.) Secondly, in the **Tools** menu, select **Cookie Manager** and **Manage Stored Cookies**. Click on the **Remove All Cookies** button.
⊓.∗Ensure that your browser uses 128-bit encryption for secure connections:
1.      1. Open the **Help** menu and select **About Netscape**.
2.      2. Verify that it supports 128-bit security.
.      ∗Set security settings:
⊐.1. In the **Edit** menu, select **Preferences** and click on the **Privacy & Security** drop-down menu.
⊐.2. Select **SSL** and ensure that TLS, SSL Version 2 and SSL Version 3 are checked. FOR MOZILLA/FIREFOX (Windows):
⊐.∗Clear your browser's cache:
1.      1. Open the **Tools > Options** menu and select the **Privacy** tab.
2.      2. Click the **Clear** button next to **Cache**.
⊐.∗      Clear your browser's cookies:
1.      1. Open the **Tools > Options** menu and select the **Privacy** tab.
2.      2. Click the **Clear** button next to **Cookies**.
⊐.∗      Set security settings:
1.      1. Open the **Tools > Options** menu and select the **Advanced** tab.
2.      2. Scroll to the **Security** section and ensure that SSL 2.0, SSL 3.0, and TLS 1.0 are all enabled.
⊐.∗      Add adwords.google.com as a trusted site:
1.      1. Open the **Tools > Options** menu and select the **Privacy** tab.
2.      2. Click on the **Cookies** section and then on the **Exceptions** button.
⊐.3. Enter http://adwords.google.com in the text field and click the **Allow** button. FOR FIREFOX V. 1.0 (Mac OS X):
⊓.∗      Clear your browser's cache and cookies:
1.      1. Open the **Firefox** menu and select **Preferences**.
2.      2. Click on the **Privacy** tab.
3.      3.      Find the line labeled **Cache** and click on the **Clear** button. (Please note, if you have not recently cleared your file cache, it may take several minutes for this process to finish.)
4.      4. Find the line labeled **Cookies** and click the **Clear** button.
⊓.∗      Set security settings:
1.      1. In the **Firefox** menu, select **Preferences**.
2.      2. Click on the **Advanced** tab and find the **Security** section.
3.      3.      Click on the Triangle next to **Security** and verify that the checkboxes next to all of the following are checked: Use SSL 2.0, Use SSL 3.0, Use TLS 1.0.

https://adwords.google.com/support/bin/index.py?fulldump=1 (41 of 116)8/2/2005 8:35:12 AM

I can't log in to my account. What's wrong?

Please try this troubleshooting checklist of solutions to common login problems.

**Correct password?** The password field is case sensitive, so check to see if you are using the correct capitalization. If you're unsure about or have forgotten your password, you can choose a new one by clicking Forgot your password? on the AdWords home page.

**Extra spaces in login?** Our login system is space sensitive as well as case sensitive, so be careful not to enter any extra spaces before or after your login information.