they fit a pattern of use intended to artificially drive up an advertiser's clicks or a publisher's earnings. Our system automatically identifies most clicks generated by unethical users and automated robots, and filters out these clicks before they ever reach your reports. Google has three powerful tools for protecting your clicks:

**Detection and filtering techniques:** Each click on an AdWords ad is examined by our system. Google looks at numerous data points for each click, including the IP address, the time of the click, any duplicate clicks, and various other click patterns. Our system then analyzes these factors to isolate and filter out clicks deemed invalid.

**Advanced monitoring techniques:** Google uses a number of unique and innovative techniques for managing invalid click activity that surpass the standard methods. We can't disclose details about the

software, except to say that our team of pioneering experts is constantly working to expand and improve our technology in order to stay ahead of changing trends in invalid click techniques.

**Human expertise:** In addition to our automated click protection techniques, we have a team of human experts who use specialized tools and techniques to examine individual instances of invalid clicks. This team is a key component of our strategy to expose, monitor and track invalid click activity, ensuring a high level of click quality. When our system detects invalid clicks, a click protection expert examines the affected account to glean important data about the source of the invalid clicks.

Learn more about invalid clicks here.

---

Does high click volume mean that I'm getting invalid clicks?

There are valid reasons for an ad to receive multiple clicks from a single source. The following are some possible scenarios:

- Individual users may legitimately click on your ad more than one time when comparison shopping or returning to your site for more information.
- An Internet provider may assign identical IP addresses to multiple users by geographic area.
- You may see an increase in traffic if your ads have recently been approved to run on search and content sites and products in the Google Network, if you recently opted in to the Google Network, or if new sites for which your ads are relevant join our content network.
- Click traffic may vary due to seasonal interests or current events. For example, fluctuations due to seasonal promotions or special sales are common, and keywords popular at particular times of the year will also experience a higher click volume regardless of whether you have made proactive seasonal changes to your account content.

These scenarios all represent legitimate users accessing your advertisement in expected ways. If you are uncomfortable with the increased click volume, we recommend optimizing your campaign.

---

How do I report suspected invalid clicks?

Dockets.Justia.com

While we're constantly working to improve our invalid click detection capabilities, we can combat the problem best by working together. We encourage you to contact us if you believe you have been affected by invalid clicks.

We have a team of experts who investigate invalid click activity on a case-by-case basis. Including some or all of the following information may help expedite their time-intensive investigation:

1. The campaign(s), Ad Group(s), and/or keyword(s) associated with the suspicious clicks.
2. The date(s) and time(s) of the suspicious click activity.
3. Any data in your weblogs or reports that indicate suspicious IP addresses, referrers, or requests.
4. A paragraph describing the trends in logs and/or reports that led you to believe the click activity is

invalid. The verification and research process can be time consuming, and we appreciate your patience while our investigation team reviews your account. Please allow 3-5 business days for us to respond. If you have any additional information, please be sure to let us know so we can include it in our review.

To learn more about our click protection strategies, click here.

To learn how Google deals with invalid click activity, click here.

---

What can I do to help monitor or prevent invalid clicks on my ad?

You might consider using tracking URLs to monitor click activity on your ads. Tracking URLs make it possible to accurately identify all the traffic that comes from Google (or other sources) to your website. Once you know the sources of your clicks, you can track which keywords generate sales and give you the best return on investment.

To take advantage of tracking URLs, just place a parameter at the end of your URL. For example, if your URL is *www.yourdomain.com*, your tracking URL would be *www.yourdomain.com/?referrer=Google*.

It's important to test each new tracking URL in your own web browser to verify that it's linking properly to its specified page. If you find that a tracking URL isn't linking properly, you might want to eliminate the forward slash after the domain. For example, instead of *www.yourdomain.com/?referrer=Google*, try using *www. yourdomain.com?referrer=Google*.

Once you've created your tracking URLs, you can look at your web server logs or third party tracking software to get traffic data for your ads.

Web server logs provide electronic recordings of where your website traffic originates. To open the log file in your Web server software, use a text editor such as Notepad. This log file has an entry for each click to your site. To see how many clicks come from a particular source, just count the entries where the source (such as 'Google' or Google Network sites and products) appears in the referring URL.

**What else can I do?**

If you believe your account reports reflect click activity that is more extreme than ordinary user behavior or that exhibits strange patterns, please let us know.

---

What does Google do when invalid clicks are detected?

Google actively implements several click protection techniques in order to combat invalid click activity. Clicks that Google determines invalid are automatically filtered from your reports. In addition, we apply the following policies for the protection of AdWords advertisers:

- If our experts find that invalid clicks have escaped automatic detection, you'll receive a credit for those clicks. This credit will appear as an *Adjustment* on the Billing Summary page of the 'My Account' section in your AdWords account. (Other types of credits, such as promotional credits and overdelivery credits, may also be labeled *Adjustment.*)
- Any advertiser or publisher participating in invalid click activity or any related offense is subject to

legal prosecution. We will also take the appropriate action on the related account. If you believe your account reports reflect click activity that is more extreme than ordinary user behavior or that exhibits strange patterns, please click here for more information and instructions.

**Other Sources of Clicks**

If you notice click activity that doesn't fit your usual patterns, please keep in mind the following possible explanations:

- Individual users may legitimately click on your ad more than one time when comparison shopping or returning to your site for more information.
- An Internet provider may assign identical IP addresses to multiple users by geographic area.
- You may see an increase in traffic if your ads have recently been approved to run on search and content sites and products in the Google Network, if you recently opted in to the Google Network, or if new sites for which your ads are relevant join our content network.
- Click traffic may vary due to seasonal interests or current events. For example, fluctuations due to seasonal promotions or special sales are common, and keywords popular at particular times of the year will also experience a higher click volume regardless of whether you have made proactive seasonal changes to your account content.

These scenarios all represent legitimate users accessing your advertisement in expected ways.

For more information about our click monitoring system, please visit our Click Quality FAQ.

---

What kinds of clicks does Google consider invalid?

---

Some sources of invalid clicks include:

- Manual clicks intended to increase your advertising costs or to increase profits for website owners hosting your ads.
- Clicks by automated tools, robots, or other deceptive software. We closely monitor these and other scenarios to better protect you from receiving invalid clicks. To learn more about what we do to combat invalid clicks, please click here.

How will Google credit my account for invalid clicks?

Google constantly monitors for, and strictly prohibits, invalid click activity. We work hard to maintain the integrity of our advertising program and to make sure you're being billed for legitimate clicks on your ads. If we discover that you've been charged for invalid clicks in the past two months, we'll apply credits to your account.

You'll find any credits, including credits for invalid clicks, in your billing summary as a line item labeled *Adjustment*. Please note that other types of credits, such as promotional credits, may also fall under the *Adjustment* line item.

Why might my website logs show different click patterns than what Google reports?

You might see a discrepancy between your weblogs and the reports in your account. If your weblogs show more clicks than your reports, keep in mind that our proprietary click protection technology filters out most invalid clicks before they ever reach your reports. To maintain the integrity of our advertising program, we work to make sure you're being billed for legitimate clicks on your ads.

If your weblogs show fewer clicks than your account reports, this discrepancy occurs when clicks to your ad are not detected by your web tracking software. The information below should help you reconcile your weblogs to the statistics reported within your account.

**How our system works**

Since our results pages host your ads, we are able to detect and record all types of clicks to your ad. If you are looking for more accurate reports than your current web tracking system, many users have found that the weblogs from their server are more reliable for comparisons with our reports.

Additionally, Google's reporting technology can record clicks that other web tracking programs may miss. Some tracking programs may not register clicks that occur while the destination site is down, or they may have limitations on the kinds and sources of clicks they detect.

**Reconcile your weblogs**

The following variables are the most common for those advertisers concerned about a discrepancy between their reporting statistics versus those reported via Google AdWords:

- **Google Network statistics:** Google displays ads on a growing network of search and content sites and products. Typically, Web tracking software is not able to recognize clicks from the Google Network as being Google's clicks. These are generally labeled with the third party site name, not as clicks from Google. If your ads are currently, or have ever been, distributed to the Google Network such as About.com, AOL, and Netscape, we recommend you visit our Google Network FAQ to determine whether some of the referrers to your site were from the Google Network.
- **Time discrepancies:** Time discrepancies between different tracking programs can throw off click estimates. Be sure to compare the appropriate time periods. All of our reports are accumulated on U.

  S. Pacific Standard Time (08:00 Greenwich Mean Time). To ensure the highest level of accuracy, there is a delay between the moment when a user actually clicks on your ad and when that click is reported as a statistic within your account. This delay represents the time required to evaluate and report the click as a valid one.
- **IP selection:** Your system may filter out visits from your IP address; however, AdWords does not. Also, if you currently use a shared ISP provider (such as AOL or EarthLink),

you may be sharing one or more IP addresses with other users. Therefore, multiple clicks from the same IP address could be legitimate clicks from multiple users; each one would be reported as an individual, valid click within your account.

Will my reporting be affected by invalid clicks?

Our proprietary click protection technology filters out most invalid clicks before they ever reach your reports. To maintain the integrity of our advertising program, we work to make sure you're being billed for legitimate clicks on your ads.

However, if you feel that your account reports reflect invalid clicks, please let us know by following the steps listed here.

Please note that by creating an AdWords account, advertisers agree to accept the Google AdWords
reporting system and reported metrics as provided via the AdWords program Terms and Conditions. We rely on our own servers' weblogs to supply the most accurate site traffic data to include in your reports. Similarly, we rely on our data to determine whether or not a credit for invalid clicks is due. If we discover that you've been charged for invalid clicks in the past two months, we'll issue an appropriate credit, but we're unable to retroactively change reports.

AdWords quality commitment : **AdWords ad relevancy**

What should I do if I can no longer see my ad for some broad match variations of my keywords?

At Google, we continually strive to enhance the user experience by improving the quality and relevance of advertising on Google, and make ongoing improvements to ensure that your ads perform as best they can. We do this by only showing your ads when they're relevant to user searches, which may mean more clicks for some ads and fewer clicks for others.

For example, an advertiser specializing in Mediterranean cruises may have selected *cruises* (broadmatched) for their campaign. Previously, this keyword may have been disabled due to poor performance on more popular queries such as *Caribbean cruises*. Instead of disabling all broad match variations of *cruises*, we will now show this ad for specific query variations that are more relevant to the ad, such as
*Mediterranean cruises.*

Google recognizes that AdWords advertisers know their businesses best. If you're ads are not appearing for keywords that are crucial to your campaign, we encourage you to focus on optimizing your account to maximize its performance. You can learn more about optimization and our keyword matching options by reviewing the additional optimization tips listed here.

One of the reasons that keyword advertising works so well is because users find that AdWords ads are relevant to exactly what they are looking for. Improving upon keyword performance ensures that we maintain this standard. As a result, you will reach your potential customers more effectively and help develop a user confidence that continually brings users back to AdWords ads. This results in higher traffic to your site, thereby increasing the return on your investment.

What should I do if my advertising costs increase?

If you've experienced an increase in cost-per-click (CPC) or campaign spending overall, this is most likely due either to a market-driven increase in advertiser CPC bidding, or to an improvement (increased clicks) in your own campaign's performance.

If you're concerned about your account costs, we recommend that you either lower your CPC settings or that you decrease your daily budget to ensure that you spend an amount that you are comfortable with. Please note that a decrease in your CPC setting may result in lower positioning for your ad(s), which will in turn result in fewer clicks.

Here's how to edit your CPC or your daily budget:

**Edit Your CPC**

To edit the maximum CPC at the 'Ad Group Details' level, please follow the steps below:

1. Log in to your AdWords account.
2. Click the campaign containing the Ad Group you wish to edit.
3. Click the appropriate Ad Group.
4. Check the appropriate box(es) next to the keywords you wish to edit.
5. Click **Edit CPCs/URLs** at the top of the **Keyword** table.
6. Enter the new amount in the **Maximum CPC** field next to the appropriate keyword.
7. Click **Save Changes** when you are finished.

**Edit Your Daily Budget**

To edit your daily budget, please follow the steps below:

1. Log in to your AdWords account.
2. In the **Campaign Summary** table, select the checkbox(es) next to the campaign(s) you wish to edit.
3. Click **Edit Settings** in the heading row of the table.
4. Enter the new amount(s) in the **Daily Budget** field(s) on the left side of the **Edit Campaign Settings** page.
5. Click **Save Changes** at the top or bottom of the page.

Note: Your daily budget applies to individual campaigns, not your total advertising spend. For example, if you have three ad campaigns, each with a US$5.00 daily budget, your maximum daily advertising spend would be US$15.00.

What if my overall ad position is dropping?

If your ads are dropping in display rank, it's probably a sign that users are finding competing ads more relevant to their needs, or that other advertisers have raised their maximum cost-per-click for those keywords.

We recommend that you further optimize your account to make sure that your keywords are targeted as precisely as possible, and that your ad messaging is as clear and direct as possible.

You can learn more about optimization and our keyword matching options by reviewing the information and helpful links below. You may also wish to consider increasing your maximum cost-per-click for those keywords you are most concerned about.

**Additional Optimization Tips**

To refine your keywords and ad text and to improve your campaign performance, follow the steps below:

1. Use multiword, specific keywords to replace singular and/or general keywords. Try using our Keyword Tool to refine your keywords.
   You can also view our keyword matching demo.
2. Create new Ad Groups which contain your target keywords in your ad headlines or text. Whenever a user's search keyword appears in the text of your ad, the word will be printed in boldface to help emphasize its relevance.
3. Use keyword matching options to help weed out irrelevant searches. For ideas on negative keywords, try looking at the irrelevant results from our Keyword Tool as potential negative keywords.
4. Use descriptive and specific ad text to highlight the relevancy of your ad.
5. Delete poorly performing ads with low clickthrough rates (CTRs) to improve the overall CTR for your keywords and campaign.
6. Review more tips on improving your CTR.

---

What should I do if my overall clicks decrease or my ad rank drops?

A decrease in clicks is most likely due to a decrease in impressions for your keywords or to a decrease in the average position of your ad.

If your ads are dropping in display rank, it's probably a sign that users are finding competing ads more relevant to their needs, or that other advertisers have raised their maximum cost-per-click for those keywords. You may wish to consider increasing your maximum cost-per-click for those keywords you are most concerned about.

https://adwords.google.com/support/bin/index.py?fulldump=1 (86 of 116)8/2/2005 8:35:12 AM

The AdWords system is designed to provide the most relevant, targeted ads available. We therefore recommend that you further optimize your account to make sure that your keywords are targeted as precisely as possible, and to make your ad messaging as clear and direct as possible. You can learn more by reviewing our full page of Optimization Tips.

---

What is ad relevance? How does it work?

---

The AdWords system works best for everybody -- advertisers, users, publishers, and Google too -- when the ads we display match our users' needs as closely as possible. We call this idea 'relevance.'

We measure relevance in a simple way: typically, the higher an ad's clickthrough rate (or CTR, the ratio of clicks to impressions), the more relevant it is to the keywords it's tied to. When your ads are highly relevant, they tend to earn more clicks, move higher in ad rank, and bring you the most success.

We use several methods to help make AdWords ads as relevant and effective as possible.

-We measure relevance, and rank relevant ads higher. Ad Rank is determined by various performance factors including: CTR, ad text, and the maximum cost-per-click (CPC) for each keyword. You can help move your ad higher by bidding more, but your ad must also prove popular with users on that keyword to be ranked highly.

-We disable keywords that don't perform well. If your ad has a low CTR on a given keyword, it means those users are not finding your ad relevant to their needs. At first your ad(s) may appear only rarely on searches for those keywords delivering a low CTR. This gives you the chance to improve your keywords. If a very low CTR continues, we disable these keywords completely so that you can focus your budget on keywords that get results. Learn more about minimum CTR and the AdWords performance monitor.

-We show your ads on closely-related queries. The AdWords system seeks out the most likely variations of your broad-matched keywords and shows your ads on those terms. For example, if you're an advertiser specializing in Alaskan cruises, you may have selected the keyword *cruises* for your campaign. With a keyword that broad, your ad might also show on searches for *Panama Canal cruises* or *Greek island cruises.* But our system analyzes your ad's performance and identifies specific query variations that are more relevant to your ad. This results in more traffic to your site, fewer inappropriate clicks, and a better return on your investment.

As your ads accrue impressions, our system analyzes your keywords and assigns each an ongoing status: *in trial* (under evaluation), *normal* (performing well), *on hold* (waiting to go in trial) or *disabled* (unsatisfactory). To learn more about these states, please see Keyword status labels and definitions.

Google recognizes that AdWords advertisers know their businesses best. If you're concerned that your ads may not appear for keywords that are crucial to your campaign, we encourage you to focus on optimizing your account to maximize its performance. Review our helpful tips for optimizing your account.

Tracking & interpreting my results : **My reports**

---

What are the 'Search' and 'Content' totals in my account?

**Search Total** and **Content Total**, which appear in your Campaign Summary and Report Center reports, are the two types of sites where your keyword-targeted ads can be displayed within the Google Network.

**Search Total** shows the impressions and clicks your ad has received from search results pages generated by Google and by Google Network search partners. On these sites, your ads are displayed alongside the results from searches matching your keywords. (If you opt out of Google Network search sites, then the **Search Total** numbers will reflect results only from searches generated by Google.)

**Content Total** shows the impressions and clicks that your ad receives on content sites or products in the Google Network. On these sites, your ads are displayed alongside content relevant to your keywords. Your ads may appear on news sites, personal web pages, emails or many other types of content sites and products.

See examples of where your ads may appear on the Google Network.

When you create a new keyword-targeted AdWords campaign, your ads are automatically 'opted in' to run on the

entire Google Network. You can opt out of the Google Network at any time by editing your distribution preferences. Since selecting both search and content sites allows your ad the broadest possible exposure, we recommend you remain opted in. However, the choice is entirely yours.

How do I download a report for a specific campaign?

To create a report with statistics for a specific campaign:

1. Log in to your AdWords account.
2. Click the **Reports** tab at the top of the page.
3. Click **Campaign Report**.
4. **View**: For averaged statistics, select summary data (default). Otherwise, select daily, monthly, quarterly, or yearly metrics from the drop-down menu.
5. **Date range**: For a general date range, click the radio button next to the first drop-down box and select your dates. For a more specific date range, click the radio button next to the second drop-down box and select your beginning and end dates.
6. **Ad Distribution**: Use the drop-down box to select the ads you want included in this report: ads running on search results only, ads running on content network pages only, or all ads.
7. **Campaign status**: Select your campaign status from the drop-down box.
8. **Conversions**: Select the 'Conversions' box to include conversion data in your report.
9. **Report Name** and **Scheduling**: To save your report preferences for future use, enter a name for your template under **Report Name** and select 'I want to run this report in the future.' To have this report run on a regular basis, click 'every' and use the pull-down menu to choose a time frame. To save the report parameters without scheduling a regular report run, select 'on demand (only when I request it).'
10. **Email**: Select this box if you wish to be notified by email when your report is completed.
11. Click **Create Report**.

---

What kind of reports will I get?

---

Google provides full online statistical, conversion, and financial reporting for the Google AdWords program. You can view all your account reports online 24 hours a day, 7 days a week. In addition, we'll be happy to email most reports to you on your request. (Very large reports, over 2MB when zipped, cannot be emailed.)

**Statistical Reporting**: See your average actual cost-per-click (CPC), the number of times your ads were shown (impressions), how many times users clicked on your ads (clicks), and your ad and keyword clickthrough rates (CTR). This reporting is available for each of your keywords, text ads, image ads, Ad Groups, campaigns, and account. You can also download reports based on any of these variables, and more, with our advanced reporting features.

**Financial Reporting**: Review a detailed billing summary and itemized payment details that include invoice dates, invoice numbers, specific and summary campaign costs, and billing adjustments. You can also print out both invoices and receipts for your records.

**Conversion Reporting**: Track your AdWords conversions (successful sales, leads, or submissions) with our basic and custom conversion tracking feature. You can also include these details when you download customizable reports.

We make extraordinary efforts to provide accurate reports. For that reason, no measurements other than those maintained by Google shall be accepted for reporting or payment purposes. If the reports you receive from Google do not coincide with your own, there are a number of possible explanations. First, be sure you're comparing the same reporting time periods. If there

are still discrepancies, it could be because we host your ads and therefore are able to record clicks that other tracking software programs may miss. For example, our software can detect clicks that occur while your site is down. In addition, your system may filter out visits from your IP address, whereas Google does not.

---

In which formats can I download my reports?

---

Reports can be downloaded in one of four formats: .csv (for Excel), .csv, .tsv and .xml.

**.csv (for Excel)** files are encoded in UTF-16LE, and are compatible with most U.S. and international versions of Microsoft Excel.

**.csv** (comma-separated values) and **.tsv** (tab-separated values) files are encoded in UTF-8. These formats are recommended for users who prefer to process or review report data in text-only format.

**.xml** (extensible markup language) is a web-friendly format which is a good choice for publishing data to multiple formats. Reports in .xml also feature extra precision, with currency values listed in micros, or millionths of a unit.

Users with extremely large reports should note that UTF-16LE files are larger than those encoded in UTF-8, which can result in longer loading times. Some users find that UTF-8 files also work with their Excel programs; if your files are very large, you may wish to consider trying .csv or .tsv instead of the .csv (for Excel) format.

Reports over 100 megabytes (mb) in size can be downloaded in .xml format only. We recommend splitting reports of this size into multiple smaller reports covering fewer keywords and/or shorter date ranges, which can then be viewed in all formats.

---

Why do my contextual ad stats differ from my search stats?

The clickthrough rate (CTR) and cost-per-click (CPC) for contextual advertising can vary significantly from the CTR and CPC for your search campaigns. CTR on content pages is typically lower because content pages tend to offer more information to compete with ads for a reader's attention. Fear not: content CTR does not affect your ad's rank on search pages.

Lower or higher CTRs don't necessarily mean that your ads are performing poorly. It's important to focus on the total profit you earn from the clicks received. To maximize your profitability, you should adjust your CPCs to get the highest number of profitable clicks across search and content. This may mean you adjust your CPCs up or down. If a particular Ad Group does not meet your metrics, try moving that Ad Group into a campaign that you don't run in the content network. It's easy to measure your conversions with Google's free conversion tracking tool.

---

How do I create a custom report?

To create a customized report:

1. Log in to your AdWords account.
2. Click the **Reports** tab at the top of the page.
3. Select **Custom Report.**
4. Select the information you would like in your report. (See below for an

explanation of each report parameter.)

5. Click **Create Report**.

Here are more details on the customized report parameters:

**View**: For averaged statistics, select 'Summary data' (default). Otherwise, select daily, monthly, quarterly, or yearly metrics from the drop-down menu.

**Date range**: To see statistics for a general date range, click the radio button next to the first drop-down box and select your dates. For a more specific date range, click the radio button next to the second drop-down box and select your beginning and end dates.

**Detail Level**: Click **Show options** for additional account details that can be displayed on your report. You may include any of the following in your final report by selecting the checkboxes beside them:

**Keyword names**: Click the radio buttons to choose 'All keywords' or 'Only these keywords.' For the latter, enter your specific keywords in the field.

**Keyword status**: Make selections from the drop-down box to broaden or narrow the keyword status scope that will be shown in your report.

**Campaign names**: Make selections from the drop-down box to include specific campaigns or campaigns with a particular status in your report.

**Ad Group names**: Make selections from the drop-down box to include specific Ad Groups or Ad Groups with a particular status in your report.

**AdWords type**: Make selections from the drop-down box to include content results, search results, or both in your report.

**Values**: Select the checkbox(es) beside the statistic type(s) you would like to show in your report.

**Ad text: Select the checkbox(es) beside the ad text element(s) you would like to include in your report**.

**Conversion Values**: You may include any of the following in your final report by selecting the checkboxes beside them:

**Number of Conversions**: Select to include how many conversions were recorded in the specified date range in your report.

**Conversion Rate**: Select to include the number of conversions divided by the number of ad clicks in your report.

**Cost-per-Conversion**: Select to include the total cost divided by the total number of conversions in your report.

**Number of Transactions**: Select to include the total number of conversion events.

**Cost-per-Transactions**: Select to include the total cost divided by the total number of transactions.

**Total Value**: Select to include the overall value generated by conversions of a specific tracking type.

**Average Value**: Select to include the total value of all conversions divided by the total number of conversions.

**Value/Cost Ratio**: Select to include the total value divided by total cost for all ad clicks. If you entered in your revenue or profit value while setting up conversion tracking, this value will equal your ROI.

**Value/Click**: Select to include the conversion value generated per click in your report.
**Page Views**: If you selected this tracking type during the conversion tracking setup process, select to
include page view statistics in your report.
**Sales**: If you selected this tracking type during the conversion tracking setup process, select to include
purchases/sales statistics in your report.
**Sign-ups**: If you selected this tracking type during the conversion tracking setup process, select to include
sign-ups statistics in your report.
**Leads**: If you selected this tracking type during the conversion tracking setup process, select to include
leads statistics in your report.
**Default**: If you selected the basic conversion tracking setup, conversions will be labeled as 'Default' with a
value of one. Select to include default statistics including default transactions in your report.
**Saving and Scheduling:** To save your report preferences for future use, enter a name for your template
under **Report Name** and select 'I want to run this report in the future.' To schedule this report to run on a
regular basis, click 'every' and use the pull-down menu to choose a time frame. To save the report
parameters without scheduling a regular report run, select 'on demand (only when I request it).'
**Email**: Click the email box if you wish to be notified by email when your report is completed.

---

Why are my reports showing lower conversion numbers than I think I should be seeing?

Currently, Google can report only conversions for ads shown on Google and some Google Network sites or products. This means that not all conversions originating from your AdWords ads will be reported. However, your conversion rate, cost-per-conversion, cost-per-transaction, and value / click are adjusted to reflect only those sites from which we can track conversions.

In addition, remember that Google AdWords conversion tracking only reports conversions that occur within 30 days of an ad click. If a customer converts after the 30 days have passed, we don't report that conversion. When viewing conversions for a specified time period, note that conversions are assigned to the date on which the ad click occurs, not the date on which the conversion occurs. Also, we won't be able to report conversion for users who disable cookies.

---

Where can I find detailed information on conversion data?

If you are using the AdWords conversion tracking tool, you will find general conversion data down to the keyword level on the **Campaign Summary** page. Our Report Center offers full conversion reports and allows you to see customized conversion data. To do this, simply select the **Show conversion statistics** checkbox when requesting reports. In addition, the **Custom Reports** option in the Reports Center allows you to add all possible conversion statistics to your reports.

---

How can I track search and content network clicks?

The best method of tracking specific clicks is to use a unique Destination URL for your keywords. A simple way to do this is often to add some URL parameters.

The Fast Track tag is a simple tag that you can add to your Destination

URLs. It will allow you to distinguish

the clicks you receive from search and content sites in the Google Network. For example, if your URL is www.yoursiteinfo.com, you can use the following tag for your Destination URL:

www.yoursiteinfo.com?type={ifsearch:GoogleAdWordsSearch}{ifcontent:GoogleAdWordsContent }

When using this code, your third party tracking will be able to identify how many of your visitors enter your site via your Google AdWords ad. More importantly, a click on your AdWords ad from Google or a search partner would appear in your weblogs as the following:
www.yoursiteinfo.com?type=GoogleAdWordsSearch

A click from one of our content partners would appear as the following:
www.yoursiteinfo.com? type=GoogleAdWordsContent

---

How do I assess the performance of my contextual and search advertising?

The final measure of success for any advertising program is whether or not it is bringing you profitable sales. As a result, tracking the performance of your AdWords campaign is an important part of ensuring the highest possible return on your advertising investment. Google studies have shown that the performance of your search campaign is a good predictor of the performance of your contextual ads. This means that if your ads are bringing you profitable sales on search pages, then clicks from contextual advertising are likely to bring you profitable customers as well. Alternatively, if your ads are not optimized for search pages, they are less likely to bring you the performance you are looking for on content sites and products.

By using Google conversion tracking you can allow you to clearly identify the ads that are bringing you customers. Conversion tracking displays the rate of sales that you are receiving from your advertising
campaign, for both our search and content networks, on your Ad Group report page. Reviewing your total number of conversions and the value of these conversions can help you determine if you should increase your budget or further optimize your ad groups to receive more targeted visitors.

Buy TV Gadgets Here
www.OnlineGadgetStore.com

• Create New Ad
1 of 3 Ads View all below

Show statistics for
Include deleted items that were active in this date range
Go

Delete | Edit CPCs/URLs

| Keyword / Status | Clicks | Impr. | CTR | Avg. CPC | Cost | Avg. Pos | Conv. Rate | Cost/Conv. |
|---|---|---|---|---|---|---|---|---|
| Total — search | 5,442 | 170,852 | 3.1% | $0.44 | $2,106.80 | 2.0 | 0.37% | $170.04 |
| Total — content targeting | 1,600 | 673,898 | 0.2% | $0.82 | $1,300.46 | 2.2 | 1.69% | $78.37 |
| [illegible] | 2,902 | 97,812 | 2.9% | $0.62 | $1,772.22 | 1.9 | 0.47% | $114.82 |
| [illegible] | 1,455 | 31,316 | 4.6% | $0.49 | $700.84 | 1.6 | 1.20% | $49.46 |

---

Why are my average positions reported as fractions (such as 1.5)?

Unless you choose specific keyword matching options, your keyword targets will likely match a large number of different queries through broad matching. For example, targeting **domain name** will match queries for **domain name registration** and **free domain name**, which might have been individually targeted by another advertiser at a different cost-per-click (CPC). If your maximum CPC is high enough to land your ad in the first position for the query **free domain name**, but only in the fourth position for **domain name registration**, your average position might

turn out to be 2.4.

Howdo I download a report for my entire AdWords account?

If you have received any impressions for contextually-targeted ads, you can run a report for your contextual advertising statistics. To run a report, please follow these steps:

1. Log in to your AdWords account.
2. Click on the **Reports** tab.
3. Select the type of report you would like to run (i.e. Keyword Report, Ad Group Report, Campaign Report).
4. From this report page, complete the form.
5. Beside the **AdWords type** field, select 'Content-targeted only' from the drop-down box.
6. Click **Create Report**.

Why do my clicks and impressions fluctuate day to day?

The performance of your AdWords ad or keywords varies depending on several factors, including user behavior and changes in Web content. Web traffic varies from day to day, and this expected fluctuation may affect the performance of your campaign.

In addition, holidays or popular news topics may dramatically influence the number of impressions and clicks you receive. For example, during the holiday season, advertisers for decorations and seasonal trees can experience significant changes in the number of visitors to their sites. Another example would be a popular celebrity endorsing a particular clothing brand; in this case, advertisers of this brand may then receive more impressions and clicks.

Can I download reports for my contextual advertising statistics?

If you have received any impressions for contextually-targeted ads, you can run a report for your contextual advertising statistics. To run a report, please follow these steps:

1. Log in to your AdWords account.
2. Click on the 'Reports' tab.
3. Select the type of report you would like to run (i.e. Keyword Report, Ad Group Report, Campaign Report).
4. From this report page, complete the form.
5. Beside the 'AdWords type' field, select 'Content-Targeted only' from the drop-down box.
6. Click the 'Create report' button.

Why do the ads in my Ad Group have different 'Served' percentages?

If the ad served percentage (%) is different for each ad in your Ad Group, please keep in mind that it is normal for ads to appear with varying frequency. The following factors influence how often a given ad appears.

1. Ad optimization*: If one ad has a higher clickthrough rate (CTR), it will show more frequently than the other ads in your Ad Group. Our system automatically favors those ads with higher CTRs within an Ad Group by showing them more often than those ads with lower CTRs. This means that when you create multiple ads per Ad Group, the ads that are proven to drive more traffic to your site will appear with greater frequency than ads with lower CTRs.
2. Time: If an ad is created late in the day, it will have a lower ad served percentage at the end of the day than the existing ads. This difference will decrease over time.
3. Approval status: If an ad has yet to be reviewed and approved by AdWords Specialists, it'll only appear on Google.com. If it isn't yet generating impressions on the Google

Network, an ad will have a lower ad served percentage.

*Note: When you create a campaign, optimization is already selected. If you choose not to take advantage of this feature, ads within an Ad Group will be shown in even rotation. Please note that without ad optimization, ads with lower CTRs will be served as often as your better performing ads, which can lower your average position and result in less relevant clicks.

You can view or change your ad optimization settings at the campaign level by doing the following:

1. Log in to your AdWords account.
2. In the 'Campaign Summary' table, select the checkbox(es) next to the campaign(s) you wish to edit.
3. Click 'Edit Settings' in the header row of the table.
4. Check or uncheck the box next to 'Automatically optimize ad serving for my ads' (under section 4).
5. Click 'Save Changes' at the top or bottom of the page.

---

Can I generate reports across all My Client Center accounts?

Yes. To generate reports across multiple accounts in your My Client Center:

1. Log in to your My Client Center account.
2. Then click the **Client Reports** tab. For more information about My Client Center reports, please visit the Client Reports FAQ.

How do I start (or stop) having reports sent to me via email?

---

You can email your reports to one address or to many addresses. Here's how:

1. Log in to your AdWords account at https://adwords.google.com.
2. Select the **Reports** tab at the top of the page, then click **Download Center**.
3. Find the **Email Preferences** text box at the bottom of the **Download Center** page. Add the email addresses to which you'd like the report to be sent.
4. Click **Update**.

If you previously requested email delivery and now would like to end it, please follow these steps:

1. Log in to your AdWords account at https://adwords.google.com.
2. Select the **Reports** tab at the top of the page, then click **Download Center**.
3. Find the **Email Preferences** text box at the bottom of the Download Center page. Remove any or all of the email addresses listed.
4. Click **Update**.

If you don't request email delivery, your reports will still run as scheduled and you'll be able to view them in the Download Center; you simply won't receive them by email.

---

How current are the statistics in my AdWords account?

---

**Important Information About Your Google AdWords Statistics**

- Reporting is not real-time.
- Clicks and impressions received in the last 3 hours may not be included immediately.
- Conversion tracking reports are delayed by 24 hours.

**Common Reporting Questions**

- How does participation in the Google Network affect my account performance?
- What if I don't see my conversion statistics in my reports?
- Why are my reports showing lower conversion numbers than I think I should be seeing?
- Why are my average positions reported as fractions (such as 1.5)?

Why don't all my keywords appear in my latest report?

Only keywords which received at least one impression during the reporting period will appear on a given report. For example, if your report covers the last seven days, and your keyword 'flowerpot' received no impressions during those seven days, then 'flowerpot' will not appear on the report.

If you don't see a particular keyword, try expanding your report parameters to cover a larger date range. You also can run a custom report especially for one or more keywords. To do so:

1. Log in to your AdWords account.
2. Select the **Reports** tab.
3. Click the **Custom Report** link.
4. Click the **Show options** link.
5. Select the 'Include information on only these keywords' radio button, and enter your keyword(s) in the field below.
6. Fill out all other parameters on the report. In particular, select 'impressions' and any other details you want reported in the **Values** field.
7. When you have completed all fields, click **Create Report**. Your report should appear shortly in your Download Center.

Some highly detailed keywords simply may not receive any impressions. Those keywords which receive no impressions for a 90-day period will eventually be disabled. Please click here for more information on the topic, 'What happens to keywords with no impressions after 90 days?'

How do I print my report graphs?

Look for the **Printer-friendly graphs** link on the graphs-only view of your report. Here's how to find it:

1. Log in to your AdWords account.
2. Click the **Reports** tab at the top of the page.
3. Click **Download Center.**
4. Click the name of your chosen report under **Recently Created Reports.**
5. Look under the heading **View Report**. If graphs are available for this report, you will see links titled 'View graphs only' and 'View data and graphs.' (If graphs are not available, you will see just the link 'View data only.') Click 'View graphs only.'
6. On the graphs page, select the **Printer-friendly graphs** link. All your graphs should now load on one page, ready for printing.

Graphs may not be available for all reports. For instance, reports with fewer than two data points (such as a report on a single keyword for only one date) can't be graphed because there are no trends to chart or compare.

Similarly, please note that any report in which you selected 'Summary' as the view parameter will

not have graphs, because the summary view presents the average of all metrics for a given date range. If you feel a graph should be available for a given report, please check and adjust your parameters and run the report again.

Can I run a report that excludes paused or deleted ads?

Not exactly. When you run a report for a campaign, the report includes the performance of all Ad Groups within the campaign. At this time it isn't possible to exclude paused Ad Groups from your reports.

In the future, if you'd like to view statistics for your campaign that exclude paused Ad Groups, you may consider moving the Ad Groups into a separate campaign before pausing them.

To implement this strategy, first delete the Ad Groups that you want to pause. Then, re-create the same Ad Groups in a separate campaign. Your original campaign will then contain only active Ad Groups. Keep in mind that the performance history for the Ad Groups you delete and re-create will be lost in the process.

To create a new campaign, please log in to your account and find the **Create a New Campaign** links near the top of the Campaign Summary page. Click the link to create either a site-targeted or keyword-targeted campaign, and follow the steps in the campaign sign-up wizard. After you've created the new campaign, follow these steps to create new Ad Groups:

1. In the Campaign Summary table, click the ad campaign that will contain your new Ad Group.
2. Click **Create New Ad Group** above the table. Enter your ad text and an Ad Group name.
3. Click **Create ad and continue** when you're finished.
4. Enter your keywords in the field provided. Click **Save Keywords** when you're finished.
5. Enter the maximum CPC you want to pay, then click **Calculate Estimates**.

At what time do my daily/weekly/monthly reports run?

Daily reports run every day at 1:00 am. Weekly reports run at 2:00 am every Monday. Monthly reports run at

3:00 am on the first day of the month. All reports are run in the Pacific time zone of the United States.

How do I schedule a report to run periodically?

It's a matter of just a few clicks to run any report on a daily, weekly or monthly schedule. Here are the steps:

1. Log in to your AdWords account.
2. Click the **Reports** tab at the top of the page.
3. Choose a report type.
4. **View**: Select a viewing option from the drop-down menu (summary data, or daily, monthly, quarterly, or yearly metrics).
5. **Date range**: Select the date range for your report.

6. **Ad Distribution**: Select the AdWords distribution network for your ads (the entire Google Network, the search network only, or the content network only).
7. **Conversions**: If you have activated conversion tracking, choose whether you'd like to include your conversion statistics.
8. **Report name** and **Scheduling**: Enter a unique name for your report. Check the box next to 'I want to run this report in the future,' then select every day, week or month from the drop-down menu.
9. **Email**: Check this box to receive an email notification for your newly created report, and for all future reports for this same request. You may also choose to receive your reports as attachments to the notification emails. To change the email address(es) associated with your notifications, update the email address list at the bottom of your Download Center.
10. Click **Create Report.**

Report Center will now generate this report automatically at your requested intervals. If you have asked for email notification, the system will alert you when each new report is complete.

---

What are the latest improvements to the Report Center?

Now the AdWords Reports Center lets you create and manage reports with more flexibility. You can save report templates, store up to five recently created reports, and enjoy easier graphing and more file formats.

SCHEDULED AND ON-DEMAND REPORT TEMPLATES: Save any report as a template by selecting "I want to run this report in the future' when creating the report. Then save it to run on demand, or schedule it to run automatically on a regular basis. The report and its parameters will be saved in your Download Center.

STORED REPORTS: The new Recently Created Reports area lets you download and view your five latest reports. Older reports are automatically deleted as new ones arrive.

MORE FILE FORMATS: View your report online in HTML, or download reports in multiple formats, including . csv (for Excel), .csv, .tsv, and .xml.

ENHANCED GRAPHS: Viewing and downloading graphs is easier than ever. And our new 'Printer-friendly graphs' page gives you all graph views in one page for easy printing.

---

How do I delete a report?

To delete a recently created report which has been stored in Report Center:

1. Log in to your AdWords account.
2. Click the **Reports** tab at the top of the page.
3. Click **Download Center.**
4. Find the stored report under Recently Created Reports and click 'Delete' in the far right column of that report.

To delete a scheduled report template, follow steps 1-3 and then look for the report under Scheduled and On-Demand Reports. Choose 'Delete' in the far right column of that report.

---

What's the difference between on-demand and scheduled reports?

You can save a report template as a scheduled report or as an on-demand report. Both modes save the parameters of your report for future use. Scheduled reports allow you to create a report

and then set it to run automatically every day, week or month. On-demand reports don't run regularly, but are available for whenever you choose to run them.

Every user can have up to five scheduled reports, and can keep as many on-demand reports as they wish.

Why do my reports download as Zip files?

In order to minimize download time and give all AdWords users the best possible performance, we email all reports in Zip format. (Zip allows a large file to be saved in a smaller, compressed version of the same file.)

To open a zipped report file:

- Be sure that you already have a Zip utility installed on your computer.
- Open your report file from within this message by double-clicking the file in your e-mail program. You can also download the attachment to a location on your computer, locate the file, and open it by double-clicking on the file.

Note: If you choose to have your reports emailed to you, they will be emailed in Zip format as long as they are under the 2MB file size limit.

How do I sort by column while viewing a report in the Report Center?

You can sort by column any time you're viewing an AdWords report on your browser. Just click the title at the top of the column you wish to sort by (for instance, 'Impressions' or 'Maximum CPC'). To reverse the order of ranking, click the black up/down triangle which appears at the top of your selected column.

Tracking & interpreting my results : Tracking leads to sales (AdWords ads) : **Starting to track your conversions**

What are the prerequisites for conversion tracking?

All you need to get started with conversion tracking is an AdWords account with running ads and keywords. For additional conversion tracking setup information in printable form, please download our Conversion Tracking Setup Guide (viewing this file requires Adobe® Reader).

To successfully place the conversion code into your website, you or someone in your organization must also have a working knowledge of and access to that code.

What tracking options do I have / should I use?

Google helps you obtain more detailed statistics by offering the following five tracking labels:

**Purchases/Sales**
Helps online commerce sites track purchases and sales to determine return on investment (ROI).

**Leads**
Appropriate for sales organizations interested in tracking how many users requested follow-up calls for more information from a member of the sales team.

**Signups**
Designed for sites interested in tracking sign-up statistics for subscriptions or newsletters.

**Views of a Key Page**
Helps sites track how many times users have landed on a single page that's important to your business.

**Other**
Tracks a category unique to your service or business.

Will I be able to see conversion rates by Google Network site?

No. It is not possible to see your website conversion rates by individual Google Network channel. Conversion reports are currently available only across all sites in the Google Network. However, you can now track conversions and ad activity across your other ad channels - such as Yahoo! Search Marketing (formerly Overture) and email campaigns - with cross-channel tracking. To learn more about and/or set up cross-channel tracking, visit your **Conversion Tracking** page in the **Campaign Summary** section of your AdWords account.

---

Can I compare content conversion rates and search conversion rates?

Yes. It is possible to compare content conversion rates and search conversion rates. These statistics are detailed within your reports down to the Ad Group level.

---

Do I need to use specific software or a particular operating system?

You are not limited to a specific software or operating system to successfully implement conversion tracking. However, you must be able to add the JavaScript code snippet that we provide to your conversion confirmation page(s).

Tracking & interpreting my results : Tracking leads to sales (AdWords ads) : **About the AdWords conversion tracking feature**

---

What is conversion tracking?

In online advertising, a conversion occurs when a click on your ad leads directly to user behavior you deem valuable, such as a purchase, signup, page view, or lead. Google has developed a tool to measure these conversions, and ultimately, help you identify how effective your AdWords ads and keywords are for you.

It works by placing a cookie on a user's computer when he/she clicks on one of your AdWords ads. Then, if the user reaches one of your conversion pages, the cookie is connected to your web page. When a match is made, Google records a successful conversion for you. Please note that the cookie Google adds to a user's computer when he/she clicks on an ad expires in 30 days. This measure, and the fact that Google uses separate servers for conversion tracking and search results, protects the user's privacy.

---

How are conversions determined?

---

A conversion is registered when an ad click leads to an event that you consider valuable. Depending on the business, a conversion can be defined as:

.A purchase

- .A signup or registration
- .A request for more information
- .A page view
- .A demo download / game play

The page where you confirm that a user has successfully taken one of these actions is the conversion page. The *Google Site Stats* text block is placed (generally, the Thank you for your purchase/subscription/visit page), and is then seen by the user after a conversion occurs.

---

How can conversion tracking benefit me?

---

When you have access to conversion data in your reports, you can make smarter online advertising decisions, particularly about what ads and keywords you invest in. Given better data, you can better measure your overall return on investment (ROI) for your AdWords campaigns.

For example, Bob owns an online business that sells eBooks. He knows how many clicks his AdWords campaign gets, but would like to know specifically which keywords are converting to sales. With basic conversion tracking, Bob can get this valuable information. With customized conversion tracking, he can also report the dollar amount of each sale and get the total revenue generated by each of his keywords as compared to the total cost of the keyword. With conversion statistics, Bob discovers that the keyword independent eBooks has a return on investment (ROI) of 500%. Consequently, he optimizes his campaign by increasing the spend on that keyword, thus maximizing his AdWords ROI.

---

Which conversions will be tracked by Google?

---

We offer two types of conversion tracking tools - one for AdWords ads and one for non-AdWords ads. If you're using the AdWords conversion tracking tool, clicks originating on Google.com and selected Google

Network sites will be tracked. If you're using our cross-channel tracking tool, clicks originating on other networks where your non-AdWords ads appear (such as Yahoo! or Lycos) will be tracked in addition to clicks on Google.com and our network sites. To set up cross-channel conversion tracking, visit the **Conversion Tracking** page in the **Campaign Summary** section of your AdWords account.

---

How much does conversion tracking cost?

---

Google's conversion tracking feature is completely free. All you need to get started with conversion tracking is a Google AdWords account with running ads and keywords, and a basic knowledge of your website code.

If I opt in to the conversion tracking feature, what are my responsibilities?

By opting to use Google's conversion tracking feature, you are solely responsible for:

- Following all activation instructions as outlined in the conversion tracking FAQs.
- Ensuring that the *Google Site Stats* text is visible at all times. You may not partially or fully hide or modify the text block in any way.

.Following all usage instructions as outlined in the conversion tracking FAQS. Please note that we reserve the right to exercise our discretion regarding appropriate usage of the conversion tracking feature.

---

What will Google do with collected user feedback?

To ensure a positive overall user experience with Google, we have always encouraged user feedback regarding our services (ex: Google Search, Toolbar, and AdWords). We've also encouraged users to email us about their experiences with specific sites they've visited via Google. This input from our users helps us to address any potential issues and is currently not available for public use or access.

While we cannot comment on future plans for our feedback system and whether we will make this information available in the future, we look forward to hearing from our users about their experiences via this updated feedback format.

Please note that Google will only use any information collected to improve our overall user experience. To learn more about Google's privacy policy, click here.

---

How can I set up conversion tracking to send users to my own feedback form?

We're happy to hear that you're interested in gathering additional feedback more specific to your own website. If you'd like to collect feedback from your customers, we recommend placing a link to your own feedback form on your site's confirmation page. Our updated form should not detract from your overall website and does not preclude you from taking this additional step.

Also, per the terms of our free conversion tracking feature, advertisers may not modify the conversion tracking code supplied via the program, if even to send users to a more customized location. It is important that users see our posted explanation of Google Site Stats and how we monitor their interaction with an advertiser's website.

Click here to learn more about conversion tracking and feature requirements.

---

How can I opt out of the Google Site Stats page feedback form?

We are sorry to hear that you do not want users to access our Google ratings form via your website. Please note that it is not possible to opt out of this feature. The Google Site Stats logo must be posted on the websites of advertisers using AdWords' free conversion tracking feature.

This change is an update to an existing feedback format for users who successfully complete an AdWords conversion. This is a valuable user resource and we do not believe this change will detract from your existing visitors' experience with your website.

If you truly do not want to display the Google Site Stats logo or potentially lead users to our feedback form, you will need to remove the conversion tracking code from your website.

Click here to learn more about conversion tracking and feature requirements.

---

Why is Google collecting user feedback?

To ensure a positive overall user experience with Google, we have always encouraged user feedback regarding Google services (e.g., Google Search, Toolbar, and AdWords). We've also encouraged users to email us about their experience with specific sites they've visited via Google.

We've changed the format for Google Site Stats feedback from simple email to a more intuitive form. While we cannot comment on future plans for our feedback system, we look forward to hearing from our users about their experiences.

**How can users reach this form?**

First, a user must click on the AdWords ad of an advertiser who has enabled conversion tracking for their website. After successfully completing a transaction on the advertiser's site, the user will then see the website owner's confirmation page, and our Google Site Stats logo. Clicking this logo will deliver users to a page that explains how we have tracked their conversion. This same page will also provide a link to our Google Ratings form.

What user information will Google collect via the feedback form?

We are collecting some user information from the ratings feedback form; however, this information is not available for public use or access.

While we cannot comment on future plans for our feedback system and whether we will make this information available in the future, we look forward to hearing from our users about their experiences via this updated feedback format. Please note that Google will only use any information collected to improve our overall user experience. If you'd like to learn more about Google's privacy policy, click here.

Tracking & interpreting my results : Tracking leads to sales (AdWords ads) :
**Implementing conversion tracking on your site**

---

How do I set up conversion tracking?

---

To set up Google AdWords conversion tracking on your site, you will need to place a snippet of JavaScript code on your conversion confirmation pages (the 'Thank you for your purchase/subscription/visit' page). When you activate conversion tracking, Google will transparently assign an advertiser ID and enable conversion tracking for your account. The code snippet will show a visible Google Site Stats text block on the user-facing end pages to indicate that a conversion has been completed. Here's what happens:

- A user clicks your AdWords ad.
- Our googleadservices.com server places a temporary cookie on the user's computer.
- If the user reaches one of your designated conversion confirmation request pages, his/her computer passes back the cookie and requests that our server send the conversion tracking text.
- Google records the conversion event and correlates it with your campaign, Ad Group, URL and keyword.
- At the next report update, you will see conversion statistics from the campaign

level down to the

keyword level. You can also track conversions and your ad activity across your other advertising channels - such as Yahoo! Search Marketing (formerly Overture) or email campaigns - with cross-channel conversion tracking. To set up cross-channel tracking, visit your **Conversion Tracking** page in the **Campaign Summary** section of your AdWords account.

What value(s) do I enter for the conversion options I selected?

You can still get detailed tracking data without filling in this optional field. However, you can further customize your statistics by entering conversion values.

What you enter into the (*Advanced option: conversion value*) Value field will depend on your conversion type and how your site is set up. For example, if all of the conversions recorded on a conversion confirmation page are evaluated the same way, and you measure signups as worth US$20.00 to your company, you would simply enter in the numeric value 20. If you're tracking page views as conversions, you could also enter a constant number such as 1 as your value. This allows you to track the total number of signups or leads that the visitor generated.

The number you enter here must be formatted with the decimal separator appropriate for your interface language. For example, in the US English interface you would use a dot (20.50) whereas other interfaces may call for a comma (20,50) to denote the same value. Currency symbols ($ and E) and characters other than your decimal separator are not accepted.

If the value is not a constant but instead changes (as with a shopping cart), you'll need to place a dynamic variable (such as *Total_Cost*) into the field in order to track properly. Make sure that the value of the variable will be the total value of the purchase(s) when the page is loaded.

When you select **Refresh**, the value you entered is inserted into the Google code. Once you place this individualized tracking code within your website code, a conversion occurs, and your conversion statistics are updated, you'll get detailed conversion tracking data in your AdWords report.

Where do I put the tracking text block on my page?

To keep the text block as unobtrusive as possible, we recommend placing it in the lower right-hand corner of the conversion page (the *Thank you for your purchase/subscription/visit* page).

However, the text block should still be available for your visitors to view. You should not hide, obscure, tamper with or distort the text block in anyway. Please note that you may only select the background color for your text via the conversion tracking setup page; you may not alter the color of your text. Finally, the text block should also be placed no further than a quarter of the screen away from the last line of content on the page.

To install the text block on your page, you'll need to place the JavaScript code snippet between the <body> tags of your web page HTML, closer to the </body> tag. You should not add the code to dynamically-generated header and footer code. Doing so will cause you to track every page sharing the same header or footer, leaving you with meaningless conversion statistics.

Please be sure to copy-and-paste the entire code snippet we provide. The conversion code you place within your site code should not interfere with any other code, including other tracking code.

Why do I have to specify the security level of my website?

If your conversion confirmation page is secure (the URL begins with *https://*), then you should choose the *https://* security level option. This changes the security level of the JavaScript code snippet, and ensures that your customers won't see a security alert when they complete a conversion.

What can I do to verify that the conversion code is working?

You can easily verify that you have inserted the code snippet correctly on your website by completing a test conversion on your site. You should see the Google Site Stats text on your post-conversion page.

To verify that the code and conversion reporting are working correctly, you can wait for a conversion to occur on your site from an AdWords ad. Once this happens, check the conversion column in your reports to see that the conversion registered. Please note that updates to your account information take at least an hour.

Finally, you can also verify the full process yourself by searching on Google, clicking on one of your ads, and

completing a conversion on your site. We recommend that you wait for a conversion to occur, though, because this method costs you an ad click. You should see a small but clearly visible text block on the conversion pages where you've placed the code. Again, you should then check your conversion reports to ensure that the conversion has recorded correctly.

Do I need different code to track different conversion statistic types?

You do not need different code to track conversions by campaign, Ad Group, keyword, or other statistic types. By placing the one snippet of code on one or more of your site's conversion confirmation pages, you will automatically receive all of those conversion report statistics.

Why is your conversion tracking image now a text block?

Google has chosen to use visible 'Google Site Stats' text for the conversion tracking process to make this process apparent to users. Our goal is not to place our brand or promote our company on your web pages; however, we feel that it is important to be honest with and respect the privacy of users being tracked.

For example, if users see and click on this text, Google provides them with information about not accepting the conversion tracking cookie if they wish, and we assure them that none of their personal information is being used or recorded in any way. Users can also learn more about conversion tracking itself by clicking on this text, and will also have the opportunity to provide feedback about their experience with your site.

Previously, our conversion tracking feature used a visible image for confirmation pages. Now, our simple text format will fit more seamlessly into your website pages. You'll be able to choose the format of your text and select a color that coordinates with your website design.

We ask that you place your conversion tracking code (and therefore, the text block) in a corner of your confirmation page (the page after a transaction has taken place). Please note that this text block must appear as is; the conversion tracking code generated via your account must not

be altered in any way. Please note that you may only select the background color for your text; you may not alter the color of your text either during or after the conversion tracking setup process.

NOTE: If you've already implemented the conversion tracking code and currently have the Google Site Stats image on your confirmation page, the code will continue to function as normal without any impact on your account statistics. If you'd like to use the new simple text format, you'll need to go through the code generation process from start to finish. To do so, follow these steps:

1. Log into your AdWords account.
2. Click **Conversion Tracking** under the **Campaign Management** tab.
3. Click **Get conversion tracking code** in the box to the left-hand side.

---

Why do I have to choose my site's language to track conversions?

When you place the conversion tracking code snippet on your conversion confirmation page and a conversion occurs via an AdWords ad, a small but visible text block containing the text *Google Site Stats* will appear wherever you've placed the code. By indicating the language of your website, we can match the text to your site's language. Therefore, we ask that you select your website language when setting up conversion tracking for your account.

Tracking & interpreting my results : Tracking leads to sales (AdWords ads) : **Advanced conversion tracking**

---

Why use visible text for conversion tracking when everyone else uses an invisible image?

Google has chosen to use visible *Google Site Stats* text for the conversion tracking process to make this process apparent to users. Our goal is not to place our brand or promote our company on your web pages; however, we feel that it is important to be honest with and respect the privacy of users being tracked.

For example, if users see and click on this text, Google provides them with information about not accepting the conversion tracking cookie if they wish, and we assure them that none of their personal information is being used or recorded in any way. Users can also learn more about conversion tracking itself by clicking on this text, and will also have the opportunity to provide feedback about their experience with your site.

We made the *Google Site Stats* text block as unobtrusive as possible, and ask that you place it in a corner of your confirmation page (the page after a transaction has taken place).

---

When will my users see the Google Site Stats text?

---

Users will see the Google Site Stats text after clicking on your AdWords ad and making a transaction if you placed the code snippet on your confirmation page (the *Thank you for your purchase/subscription/visit* page). If users are confused or concerned, they can simply click the text to learn more about conversion tracking and reassures them that Google respects their privacy by not recording any personal information. Users will also have the option to provide their feedback about their experience with your website.

---

What does the conversion code do?

---

To implement conversion tracking, Google gives you a JavaScript snippet to paste on the pages you wish to track. This code builds a URL that passes parameters back to Google and allows you to display the *Google Site Stats* text on your page. The query string data is used in the following way:

- **google_conversion_id:** A unique value that allows Google to identify the advertiser receiving the conversion.
- **google_conversion_value:** A numeric value defined by the advertiser equaling the value of the conversion.
- **google_conversion_label:** The type of conversion that occurred (purchase, sign-up, page view, or lead). Google does not currently support advertiser-defined conversion types. Consequently, you cannot customize this string.
- **google_conversion_language:** The language of the conversion tracking Google Site Stats text that appears on your website.

---

Why is my conversion rate over 100%?

If your conversion rate exceeds 100% - i.e. 101%, 102% - it may be because certain browser types prevent us from recognizing Google customers returning to a specific webpage as a repeat customer. Therefore, each time the returning customer revisits your conversion page, we classify him/her as a new customer and record a conversion (instead of a transaction). In effect, your conversion rate may surpass 100% at times.

---

Will users not referred by Google still see the Google Site Stats text?

The conversion tracking code snippet will show a visible Google Site Stats text block on your website's user-facing confirmation pages to indicate that a conversion has been completed. This text will only appear to users who have been referred to your site by Google. Here's what happens:

- A user clicks your AdWords ad.
- Our googleadservices.com server places a temporary cookie on the user's computer.
- If the user reaches one of your designated conversion confirmation request pages, his/her computer passes back the cookie and requests that our server send the conversion tracking text.
- Google records the conversion event and correlates it with your campaign, Ad Group, URL and keyword.
- At the next report update, you will see conversion statistics from the campaign level down to the keyword level.

---

Can I track two kinds of conversions?

Yes. You can track more than one kind of conversion by creating a customized report in your account. The AdWords **Create Report** section lets you generate reports showing performance statistics and conversion data for your account, campaigns, Ad Groups, keywords, ad text, ad image, and URLs.

To create a customized report:

1. Log in to your AdWords account.
2. Click the **Reports** tab at the top of the page.

3. Click **Custom Report.**Select the information you'd like in your report (see below for an explanation of each report parameter). Scheduling: If you think you'd like to repeat the report later, select 'I want to run this report in the future.' Then choose a daily, weekly or monthly run schedule, or choose 'on demand (only when I request it)' to save the report to be run later manually from your Download Center. Email: Check this box to receive an email notification for your newly created report (and all future reports from this same template).

4. Click **Create Report.**

Customized report parameters:

- **View**: To see averaged statistics, click the radio button next to 'Summary data.' To see statistics by day, click the radio button next to 'Daily metrics.'
- **Date range**: To see statistics for a general date range, click the radio button next to the first drop-down box and select your dates. For a more specific date range, click the radio button next to the second drop-down box and select your beginning and end dates.
- **Detail level**: Click 'Show options' to view additional account details that can be displayed on your report. You may include any of the following in your final report by selecting the checkboxes beside them:
- Keyword names: Click the radio buttons to choose 'All keywords' or 'Only these keywords.' For the latter, enter your specific keywords in the field.
- Keyword status: Make selections from the drop-down box to broaden or narrow the keyword status scope that will be shown in your report.
- Campaign names: Make selections from the drop-down box to include specific campaigns or campaigns with a particular status in your report.
- Ad Group names: Make selections from the drop-down box to include specific Ad Groups or Ad Groups with a particular status in your report.
- AdWords type: Make selections from the drop-down box to include content results, search results, or both in your report.
- **Values**: Select the checkbox(es) beside the statistic type(s) you'd like to show in your report.
- **Ad text**: Select the checkbox(es) beside the ad text element(s) you'd like to include in your report.
- **Conversions**: Select the checkbox(es) beside the conversion data you'd like to include in your report.
- **Report name**: Enter a unique name for your report.

Can I track conversions by ad text and keywords?

You can track conversions by ad text and keyword, at the same levels as you track ad clicks today: campaign, Ad Group, URL, and keyword.

How many conversion pages can I track?

There is no limit on the number of conversion pages you can track. To define conversion pages, you simply place the conversion code on them. Please note that you should track only conversion pages (the *Thank you for your purchase/subscription/visit* page).

When the conversion code is added to the pages you want to track, you'll automatically get basic conversion statistics (an overall number of conversions completed). You can also use an optional feature that calculates the value of your clicks based on a numeric amount you assign to the conversion. Learn more.

Can I isolate specific conversions?

No. It is not possible to isolate specific conversions that occur on your website. Google AdWords conversion tracking provides you with overall conversion data. The reason is that tracking conversions of specific users would violate user privacy.

Google's conversion tracking server complies with P3P privacy policies (in English). For more information on Google's privacy policy, please click here.

Yes. You can stop either AdWords or cross-channel conversion tracking (or both) from the Conversion Tracking page in the **Campaign Summary** section of your account. Please note that if you pause your campaign, Google will stop collecting and displaying conversion information for your account. Also, even if you choose to stop conversion tracking, your historical conversion data will always continue to appear in your Report Center reports.

After you stop conversion tracking from within your account, review the relevant section below for the type of tracking you'd like to stop; additional steps may be required if you'd like to fully disable (rather than temporarily stop) conversion tracking.

**Stop AdWords Conversion Tracking**

After you click **Stop AdWords tracking**, the conversion statistics columns will no longer appear on your Campaign Summary tables. Cross-channel conversion tracking will still be available as long as you keep the JavaScript code snippet on your conversion pages. If you don't need cross-channel tracking, we suggest that you remove the code snippet from your conversion pages.

*To start tracking again:* If you ever change your mind, you can always return to the Conversion Tracking tab and set up AdWords conversion tracking again, with one difference. If you never removed your original tracking code from your website pages, you won't need to add it again (unless you'd like to change the tracking parameters, values, or place them on different pages). When you're finished with the setup process, click **Continue to Cross-Channel Setup**.

**Stop Cross-Channel Tracking**

After you click **Stop cross-channel tracking**, the Cross-Channel tab and your cross-channel statistics will no longer appear on your Campaign Management page. In order to stop sending data to Google, please do the following:

- Remove the cross-channel JavaScript code snippets from your landing pages.
- Change the tracking URLs in your non-AdWords ads back to their old format, removing the special text that was added to enable cross-channel tracking. (If you'd still like to use regular AdWords Conversion Tracking, be sure to leave the code snippets intact on your conversion pages.)

*To start tracking again:* If you ever change your mind, you can always return to the Conversion Tracking tab and set up cross-channel conversion tracking again, with one difference. If you never removed your original tracking code from your website pages, you won't need to add it again (unless you'd like to change the tracking parameters, values, or place them on different pages). However, you will need to modify the tracking URLs for your non-AdWords ad campaigns again. When you're finished with the setup process, click **Test Setup**.

Why is the conversion tracking text visible?

We want to notify the user that his/her site activity is being tracked. However, because we also want to protect the user's identity, we also make it clear that we don't record or use the user's personal data in any way.

Will conversion tracking slow down my web pages?

Conversion tracking will not have an impact on how fast your web pages load. The JavaScript snippet communicates with our conversion tracking server so quickly that site visitors shouldn't notice any change in page loading performance.

Tracking & interpreting my results : Website analytics : **Urchin and AdWords conversion tracking**

What is the relationship between Urchin web analytics and AdWords conversion tracking?

These two products, though separate, are geared toward a similar purpose - helping website owners analyze their website performance so that they can make better business decisions and get great performance results.

**AdWords conversion tracking**

In online advertising, a conversion occurs when a click on your ad leads directly to user behavior you deem valuable, such as a purchase, signup, page view, or lead. Google has developed a tool to measure these conversions, and ultimately, help you identify how effective your AdWords ads and keywords are for you.

It works by placing a cookie on a user's computer when he/she clicks on one of your AdWords ads. Then, if the user reaches one of your conversion pages, the cookie is connected to your web page. When a match is made, Google records a successful conversion for you. Please note that the cookie Google adds to a user's computer when he/she clicks on an ad expires in 30 days. This measure, and the fact that Google uses separate servers for conversion tracking and search results, protects the user's privacy.

**Urchin website analytics**

If you'd like to take advantage of more robust website analytics, we encourage you to try Urchin On Demand for just $199 per month. In addition to basic conversion tracking, Urchin also offers sitewide pageview analysis, advanced goal definition, conversion funnel analysis, and various advanced conversion reports. Click here to learn more about Urchin and try out our free demo.

How will Urchin help me make AdWords more successful?

AdWords is all about showing targeted ads to web searchers so that they choose the ads that are most relevant to them. But what happens after they click on your ad? Urchin will provide you with the actionable information that you can use to increase your ROI by tracking conversions, improving your content, and optimizing your AdWords campaigns.

Consider web analytics as the next step in conversion tracking - don't worry, we'll still be supporting our free Conversion Tracking tool - we want to provide you with as many tools as

possible to improve your advertising campaigns and make the web experience better for everyone.

-For information about Google's acquisition of Urchin, visit http://www.google.com/urchin
-For more information about Urchin, visit http://www.urchin.com.

I'm already using Google's Conversion Tracking tool. Should I also use Urchin On Demand?

We'll continue to offer our conversion tracking tools via the AdWords product and encourage users to pick the conversion tracking tool that serves their needs.

This shouldn't affect your use of our free AdWords conversion and cross-channel tracking tools. If you'd like to take advantage of more robust website analytics, we encourage you to try Urchin On Demand for just $199 per month. In addition to basic conversion tracking, Urchin also offers sitewide pageview analysis, advanced goal definition, conversion funnel analysis, and various advanced conversion reports. Click here to learn more about Urchin and try out our free demo.

For more information or assistance with AdWords conversion tracking tools, review the AdWords Conversion Tracking FAQ.

Tracking & interpreting my results : Website analytics : **Urchin website analytics**

How does Urchin On Demand work?

Urchin anonymously tracks how visitors interact with a website including where they came from, what they did on a site, and whether they completed any of the site's conversion goals. Website owners can then review this information in easy to read reports.

Urchin works much like Google's Conversion Tracking tool. Urchin places a cookie on a user's computer when he or she visits any website where Urchin has been installed. As the user navigates throughout the site, Urchin uses the cookie to identify which pages the user visited and where he or she exited the site. Urchin then provides the website owner with aggregated (totaled across all the visitors of that site), anonymous information about general user behavior. Urchin's cookie is a first-party cookie. (A first-party cookie is a unique cookie provided by the particular server a visitor accesses when visiting a website.)

How do I get started with Urchin on Demand?

Installation of Urchin On Demand is similar to conversion tracking, and just as simple. To sign up for Urchin On Demand in one of the available languages, follow the steps below:

1. Visit the Urchin home page and click **sign up today**. If you want to switch languages, use the drop-down menu at the top of the page.
2. Enter your contact and billing information. You'll also be asked to accept the License Agreement.
3. Check your email inbox for a message from Urchin. Click on the link in the message and then choose a password for your Urchin account.
4. Download your UTM (Urchin Traffic Monitor), the JavaScript code to place on your website.
5. When you download your UTM, you'll also receive a file with instructions on how to install the code. Follow the instructions to install the UTM on your website.
6. Log in to your new Urchin On Demand account and set your conversion goals. You may wish to refer to the

Urchin reference article on setting your goals. At this point, you'll be ready to start evaluating your website performance.

For more information on a variety of topics related to installing and maintaining your Urchin account, see the Urchin Articles or the Urchin Documentation Center (English only).

Can Urchin track my other (non-AdWords) online advertising campaigns?

Yes, Urchin can track all types of online media including banner ads, referral links, email campaigns, organic and paid search. Urchin is able to track any link into a site and can perform return-on-investment (ROI) calculations if the cost data is imported. We're pleased to announce that Urchin will automatically import the cost data from Google and calculate the ROI from AdWords campaigns..

What versions of Urchin are available, and what's the difference between them?

Urchin currently offers both an On Demand service and a downloadable software product. Urchin On Demand has the latest report set such as GeoMap Targeting and Website Overlay reports. All website data is hosted on Google servers. Installation requires simply adding a snippet of JavaScript on pages you wish to track. Set up is simpler than the software version and may result in a lower total cost of ownership.

Urchin software is hosted on the website owner's system and only has a subset of the reports that are available in Urchin On Demand. The data is stored on the website owner's system. This version is more difficult to install as it requires additional IT expertise to configure and set up.

Who do I contact for support with my Urchin product?

The Urchin website (http://www.urchin.com) and support team are available to answer any questions you may have about the product.

-Click here to open a support ticket for your Urchin product or view the Urchin Documentation Center (English only).

-For more information on Google's acquisition of Urchin, and what this may mean for you if you're an Urchin user, click here.

In what languages and countries is Urchin available?

Currently, Urchin On Demand is available in the following languages:

- Chinese
- Dutch
- English (US)
- French
- German
- Italian

- Japanese
- Korean
- Portuguese

- Spanish Sign up for Urchin On Demand in one of these languages here. To switch languages, use the drop-down menu at the top of the page.

We're working diligently on making Urchin available in more languages, and we appreciate your patience. Urchin software is available in various countries through resellers. To check availability of the Urchin software in your language or country, please visit http://www.urchin.com.

Tracking & interpreting my results : Tracking leads to sales (non-AdWords ads) :
**Cross-channel tracking overview**

---

What is cross-channel tracking?

Google's cross-channel tracking gives you quick and easy access to the performance data for all your online advertising channels - including pay-per-click ads on search, email, banners, and more - all from one convenient location. From your AdWords account interface, you'll learn which campaigns are producing the highest conversion rates so you can make more informed decisions about where and how to spend your advertising dollars. As an added bonus, this tool is available free of charge.

---

How does cross-channel tracking work?

---

Cross-channel conversion tracking is a tool for analyzing and comparing all your online advertising efforts in one location. The process for recording a conversion is the same as recording an AdWords conversion. The difference is that instead of tracking conversions for just those using Google.com and the Google Network, this tool tracks conversions and ad effectiveness across other locations where your ad might appear. Cross-channel tracking statistics will appear within your AdWords account on a separate **Cross-Channel** tab on your **Campaign Summary** page.

We'll provide you with a Google tracking URL(s) for each channel campaign - such as Yahoo! Search Marketing (formerly Overture) or banner ads - that you set up. You'll use this URL(s) as the Destination URL for your other channel's ad(s). When a user clicks on this ad from any location, we'll place a cookie on the user's computer, which in turn sends information to the Google server about the activity of the click. We'll record the location from which your user found your ad and other details, such as the specific keyword query used.

We obtain detailed cross-channel tracking data from the parameters located in the Google tracking URL we provide for you. This Google tracking URL appears as follows (where the letters in all caps represent customizable text specific to your information):

HTTP://YOURDOMAIN.COM?gkw=KEYWORD+KEYWORD&gad=CHANNELADINO

For example, if your Destination URL is http://electronics.com/canon.html, your keyword phrase is 'canon cameras,' and your Google ad ID ("gad ID") is A9078783, your Google tracking URL will appear as:

http://electronics.com/canon.html?gkw=canon+cameras&gad=A9078783

For more information on how to set up cross-channel tracking within your AdWords account, please click here

How do I set up cross-channel tracking?

First of all, you'll need to have AdWords conversion tracking enabled for your account. After you set up conversion tracking from your **Conversion Tracking** page in your AdWords account, you'll see the option to **Continue to Cross-Channel Setup**.

There are two set-up options - one for PPC channels and one for non-PPC channels. You'll need to set up one or more campaigns for each channel that you want to track. The easiest way to set up cross-channel tracking is to create a separate channel campaign for each Destination URL that you use. For instance, if you've created three different ads pointing to unique landing pages for Yahoo! Search Marketing (formerly Overture), you'll want to create three different channel campaigns in the cross-channel tracking setup wizard.

In overview, here are the steps to set up cross-channel tracking:

1. Choose an advertising channel.
2. Create a campaign for this channel.
3. Insert our JavaScript code into your website's landing page. Then, insert the auto-generated URL(s) into your related channel's ad.
4. Test your setup.

**VERIFY YOUR CROSS-CHANNEL TRACKING SETUP**
The best way to verify that you have correctly set up your cross-channel campaign is to complete a test conversion on your site. You should see the Google Site Stats text on your transaction confirmation page.

You can also verify the full process yourself by conducting a search on Google, clicking on one of your ads, and completing a conversion on your site. We recommend that you wait for a conversion to occur, though, because this method will cost you an ad click. You should see a small but clearly visible text block on the conversion pages where you've placed the code. Again, you should then check your cross channel reports to ensure that the conversion has recorded correctly.

Please note that conversion statistics reporting within your account may be delayed up to 24 hours.

What are tracking campaigns, and will they affect my current AdWords campaigns?

Tracking campaigns are mock ad campaigns that represent your cross-channel campaign setup. When you create one within the cross-channel conversion tracking wizard, you're only creating the shell of your non-AdWords ad campaign.

Rest assured that you aren't creating additional AdWords advertising or influencing the existing ad campaigns within your non-AdWords advertising accounts. The sole purpose of these mock campaigns is to help us organize how we set up tracking for and eventually report your conversions within your account.

How much does cross-channel tracking cost?

Google cross-channel tracking tool is free for AdWords advertisers. All you need to get started is to have conversion tracking already enabled in your Google AdWords account and an active ad campaign through another (non-AdWords) online advertising channel.

For more information on how to set up cross-channel tracking within your AdWords account, please click here.

---

Why should I use cross-channel tracking?

---

By collecting and comparing performance data for ad campaigns that you may run across different advertising channels - like Yahoo! Search Marketing (formerly Overture), email, and banner ad campaigns -you can find out which campaigns serve you best. When you've identified the campaigns that produce more sales and leads for your service or business, you can edit your campaigns to focus your dollars where they count. This means that you spend your advertising budget on campaigns that get you results.

---

I already use third party cross-channel tracking. How will this benefit me?

While other providers charge monthly rates for a standalone tool, you can take advantage of similar features from within your AdWords account for free. This gives you quick, easy access to your performance data for multiple advertising channels - including pay-per-click ads on search, email, banners, and more - from one convenient location. You'll learn which campaigns are producing the highest conversion rates so you can make more informed decisions about where and how to spend your advertising dollars.

**Tracking & interpreting my results : Tracking leads to sales (non-AdWords ads) : Setting up cross-channel tracking**

---

Where do I put the cross-channel tracking text block on my page?

---

To keep the text block as unobtrusive as possible, we recommend placing it in the lower right-hand corner of the conversion page (the *Thank you for your purchase/subscription/visit* page). However, the text block should still be available for your visitors to view. You should not hide, obscure, tamper with, or distort the text block in any way. Finally, the text block should also be placed no further than a quarter of the screen away from the last line of content on the page.

When you set up cross-channel tracking, you'll be able to select the format of how the text block is displayed on your selected conversion pages. You'll also be able to customize the background color.

---

Will I need to paste the JavaScript code into my webpage for each campaign that I set up?

---

No. You'll only need to paste the JavaScript code snippet into your designated conversion pages once.

How many cross-channel campaigns should I set up?

You can set up tracking campaigns for all of your other online advertising channels. To get the best overall picture of how all of your channels are performing in relation to each other, you should set up one or more unique campaigns for each channel, such as search, email, banners, and others. Each campaign should include one Destination URL for the most comprehensive tracking.

From the **Cross-Channel** tab on your **Conversion Tracking** page in your AdWords account, you'll learn which campaigns are producing the highest conversion rates so you can make more informed decisions about where and how to spend your advertising dollars for the best overall return on investment (ROI).

The most efficient way to manage a price-per-click (PPC) channel campaign (see our glossary of terms) with multiple keywords is to utilize Tracking URLs for your top-performing keywords. As for your additional keywords, you can group them under a single keyword, such as *general*, and use the provided URL for any keywords that you don't wish to track. With this option, you won't have to add unique URLs for each additional keyword.

---

What's the best way to manage a campaign with multiple keywords?

The most efficient way to manage a campaign with multiple keywords is to utilize Tracking URLs for your top performing keywords. As for your additional keywords, you can group them under a single keyword, such as *general*, and use the provided URL for any keywords that you don't wish to track. With this option, you won't have to add unique URLs for each additional keyword.

---

Can I alter Google's tracking URLs?

---

In order to maintain the most accurate conversion data and ensure that this feature works correctly, Google requires that you don't alter the tracking URLs provided for you.

Tracking & interpreting my results : Tracking leads to sales (non-AdWords ads) : **Cross-channel concerns**

---

How do I set up tracking URLs for my Yahoo! Search Marketing account?

To set up tracking URLs for your Yahoo! Search Marketing (formerly Overture) account, please follow these steps:

1. Log in to your Yahoo! Search Marketing account.
2. In your DirecTraffic Center, click **Account Set-Up**.
3. Under **Yahoo! Easy Track**, click the **On** button.
4. Click **Submit**.

How do I maintain accurate cross-channel conversion data?

The best way to maintain accurate conversion data for pay-per-click (PPC) channels is to enable Tracking URLs for your respective channel's account. To learn more, please visit your other provider's FAQ page.

**TRACKING URLS DISABLED**

When Tracking URLs are disabled or you don't have this option, you'll need to monitor each of your non-AdWords campaigns more regularly. Each time you modify or add a keyword in your active non-AdWords ads, you'll need to update your Google tracking URL in order to maintain accurate tracking statistics.

For instance, if you use the keyword "cats" for a Yahoo! Search Marketing (formerly Overture) ad, and change this keyword to "cat food" in your Yahoo! Search Marketing account, you'll need to use a new Google tracking URL that matches the keyword "cat food."

To generate a new Google tracking URL, please follow these steps:

1. Log in to your AdWords account, and navigate to your **Campaign Summary** page.
2. Click the **Cross-Channel** tab.
3. Click on the appropriate channel campaign.
4. Click **Get new keyword URLs** link.
5. Enter your new keyword(s) into the correct box.
6. Click **Continue**.
7. Log in to your channel account, and navigate to the listing containing the new keyword.
8. Copy and paste each new Google tracking URL from your AdWords account into the appropriate URL field of the ad within your channel account.
9. Save all changes in your channel account. You should receive tracking data within 24 hours after someone clicks on your ad.

**Shortcut**: Alternatively, you can make manual edits to your Google tracking URL when you make any changes to your current keyword in your channel account. Simply replace the current parameter located after *gkw=* with your new keyword(s).

HTTP://YOURDOMAIN.COM?gkw=KEYWORD+KEYWORD&gad=CHANNELADINFO

**CHANGING DESTINATION URLS**

Whenever you change your Destination URL in any of your channel's ads, you'll need to generate a new Tracking URL(s). Follow these steps when you change your Destination URL:

1. Log in to your AdWords account.
2. Navigate to your **Campaign Summary** page.
3. Click **Cross-Channel** tab.
4. Click the channel campaign that you want to edit.
5. Click the **Edit settings** link at the top of the page.
6. Enter your new Destination URL into the appropriate field.
7. Click **Save Changes**.
8. If you haven't already done so, paste the JavaScript code into your landing page's code.
9. Log in to your channel account, and navigate to the listing containing the new keyword.
10. Finally, paste the new tracking URL(s) generated into the appropriate URL field of your other channel's ads.
11. Save all changes in your channel account. You should receiving tracking data within 24 hours after

someone clicks on your ad. **Shortcut**: Alternatively, you can make manual edits to your Google tracking URL when you make any changes to your current Destination URL in your channel account. Simply replace the parameter at the beginning of the Google tracking URL before *?gkw'* with your new Destination URL. In the example below, you'd replace *HTTP://YOURDOMAIN.COM* with your new Destination URL.

HTTP://YOURDOMAIN.COM?gkw=KEYWORD+KEYWORD&gad=CHANNELADINFO

---

Will my Yahoo! Search Marketing ads be subject to review again if I add tracking URLs?

No. Your Yahoo! Search Marketing (formerly Overture) ads will not need to be reviewed again if you add Tracking URLs. By simply clicking the **On** button from the **Account Set-Up** page within the Yahoo! Search

Marketing DirecTraffic Center, your existing URLs will be appended with information that will allow you to identify traffic driven by Yahoo! Search Marketing and its affiliate network.

For more information on enabling tracking URLs in your Yahoo! Search Marketing account, please click here.

Will my other channels penalize me for using Google tracking code in my ads?

Your other online advertising providers should not penalize you for using Google tracking code in your ads, just as they wouldn't penalize you for using third-party tracking software.

Your other channels should be aware that the Google tracking URLs are provided merely for the purpose of tracking conversions. Please note that Google does not have a business relationship with any of the various other online advertising channels, including Yahoo! Search Marketing (formerly Overture), email, banners and others. However, Google objectively monitors your other online advertising channels the same as a third party would.

Will my non-AdWords ad campaigns stop running after I insert the tracking URLs?

No. You can conveniently set up cross-channel tracking without worrying about affecting or interrupting ad delivery for your other non-AdWords advertising channels.

Tracking & interpreting my results : Tracking leads to sales (non-AdWords ads) : **Analyzing results**

When will I start seeing cross-channel statistics?

Once you've set up cross-channel tracking, we'll automatically start showing statistics for each new keyword you add as soon as it gets a click. Please note that conversion statistics reporting within your account may be delayed up to 24 hours.

You can easily verify that you have correctly set up your cross-channel campaign by completing a test conversion on your site. You should see the Google Site Stats text on your post-conversion page. You can also verify the full process yourself by searching on Google, clicking on one of your ads, and completing a conversion on your site. We recommend that you wait for a conversion to occur, though, because this method costs you an ad click. You should see a small but clearly visible text block on the conversion pages where you've placed the code. Again, you should then check your cross channel reports to ensure that the conversion has recorded correctly.

What information will I receive using multiple Tracking URLs?

Generally, multiple URLs offer more specific keyword data but are harder to maintain. One URL is easier to maintain but only provides one set of data for all your keywords.

When you use multiple Google tracking URLs, you'll generate a URL for each specific keyword for your channel campaign, and paste each URL into its corresponding ad. This allows you to receive specific data for each keyword you add. Note that if you have a large number of keywords, you can add your top performers individually and use one URL for the rest, aggregating them under one keyword such as *general*.

What information will I receive using one Tracking URL across multiple keywords?

Generally, one URL is easier to maintain but only provides one set of data for all your keywords. Multiple URLs offer more specific keyword data but are harder to maintain.

When you use one URL for your campaign, you'll paste the same URL into multiple channel ads, and receive one set of data. Basically, all of your traffic for your channel will be aggregated under one Google tracking URL, and you'll see one set of statistics for that channel in your **Cross-Channel** tab on your **Conversion Tracking** page.

Where will I see my cross-channel statistics?

Once you've set up cross-channel conversion tracking, you'll be able to view detailed click stats, including clicks and conversion rate, for all of your related online advertising channels. You'll also be able to compare how individual keywords convert across channels.

To view cross-channel conversion statistics:

1. Log in to your AdWords account.
2. From the **Campaign Management** tab, click on the **Conversion Tracking** link.
3. The **Cross-Channel** tab displayed on this page will allow you to access the performance data for all of the channels which you've set up across the date range you specify.

**My Client Center : Overview**

What is My Client Center?

In response to advertiser feedback, Google AdWords offers a powerful tool for handling multiple AdWords accounts:
*My Client Center (MCC)*. MCC allows support for large advertisers with multiple AdWords accounts and third-party agencies, such as search engine marketers (SEMs), search engine optimizers (SEOs), and automated bid managers (ABMs), who manage and optimize multiple AdWords accounts.
With MCC, client managers can:

- Easily view up to 1,000 linked AdWords accounts, including other client manager accounts, via the My Client Center view.
- See relevant information for all linked AdWords accounts in one place.
- Run reports across multiple client accounts at once or download the client "dashboard" into a .csv file.
- Use a single login to access all AdWords accounts.

.Create AdWords accounts and link them to this master account. Clients can, as always, log in to their individual accounts and still maintain access to their login information. The benefit is primarily for the client manager, who can now access the *client manager account* via one login, as well as easily view all linked AdWords accounts within the My Client Center view. The client manager account acts as a master account, providing access to all AdWords accounts linked to it.

What is a client manager account?

A *client manager* account is a Google AdWords umbrella account containing access to individual AdWords accounts and other client manager accounts that have the same client manager. This functionality is possible because AdWords accounts are linked to the client manager account,

which acts as a master account.

Client managers can access multiple AdWords accounts via the client manager account login — no more logging in and out to switch between AdWords accounts. In addition, client manager account owners can now see all their individual and client manager AdWords accounts in one place via the My Client Center view.

Who has access to AdWords and client manager account information?

**AdWords Accounts**
AdWords accounts belong to their respective owners. Clients can access their own accounts at any time and can terminate the relationship with the client manager at any time. Although the client account is linked to the client manager account along with other clients, no clients have access to any other accounts but their own.

Client managers can update campaigns and otherwise manage account tasks for their clients but do not have access to change proprietary client information such as login information. Client managers can view billing summary history information and edit billing information for their client accounts.

**Client Manager Accounts**
Only a client manager and Google Client Service Representatives have access to the client manager account. By extension, they will also have access to information regarding all related accounts via the My Client Center view. Like clients, client managers can terminate relationships with clients at any time.

What happens if I change my client manager?

Your account will not be affected by this change. A client account can be linked to or unlinked from a client manager account without losing your campaign history or your access to any AdWords program features. While you have access to unlink your account from a client manager's account, a client manager and your Client Service Representative only have the ability to link accounts.

To unlink your account from your client manager's account, please follow these steps:

1. Log in to your AdWords account.
2. Click the **My Account** tab.
3. Click the **User Preferences** link.
4. Under **Client Manager Account Access**, click **Disable manager access**.
5. Click **OK**. Once unlinked, you can ask your new account manager to link your account to your new manager's account.

How do I manage other client manager accounts?

Once you or your Client Service Representative links another client manager account to yours, you can manage the account in the same way that you currently manage other individual AdWords accounts. This means that you retain the same granular level of functionality for managing accounts. The main difference can be seen from your top-level My Client Center view, which distinguishes client manager accounts from individual accounts.

To access one of your client manager accounts, log in to your My Client Center account. From here, you can navigate to other client manager accounts by doing one of the following:

- Select the client account from the My Client Center **Jump to client** drop-down menu listed at the top of the page. Client manager accounts are denoted by asterisks.
- Click on the account from the main client account box. **Client Manager** is indicated beneath **Customer ID.**

A client manager account is similar to a tree's architecture in that each client manager account can support other branches of individual accounts and client manager accounts. In turn, branches made up of client manager accounts can also produce other branches of individual and client manager accounts, and so on and so forth. To help you navigate through this structure, a breadcrumb located at the top of each account page records how many account levels deep you are.

What happens to a client account history when linked to a client manager account?

Individual AdWords accounts remain unchanged, except that they are now linked to a client manager account. For example, invoicing and payment methods are not affected when an account is linked to a client manager account. Clients continue to have access to their billing and login information. From the client's perspective, the account will look the same as ever, and is accessible with the same login information as before.

With My Client Center, client managers can now switch between AdWords accounts without using multiple unique logins or logging out. They can now view information across multiple AdWords accounts within the My Client Center view.

If, as a client manager, you own a Google AdWords account with its own campaigns, we can convert that account into a client manager account. You will retain your account history and you can access your campaigns as any client would. However, agencies that did not previously have their own AdWords account will be given new, fully functional client manager accounts.

Why is my client's account not showing on the My Client Center view?

When your existing service relationship with a client has ended, you will no longer have access to that client. Therefore, if you or your client removes the link between the client and the client manager accounts, you will not see that client listed within the My Client Center view.

What is a client manager?

*Client managers perform the day-to-day service of managing and optimizing AdWords accounts on behalf of their Google AdWords advertising clients.*

**My Client Center : Features and Functions**

How do I link or unlink an account?

Your My Client Center (MCC) provides functionality so you can easily link and unlink an existing or new AdWords account to yours.

**Linking an existing AdWords account**

To link an existing AdWords account to your MCC:

1. Retrieve your client's AdWords login email and password (which establishes your client's permission to link the account to yours).
2. Log in to your MCC.
3. Click the **Link existing account** link above your client accounts table.
4. Enter your new client's login email and password into the appropriate fields.

5. Click **Submit**. Alternatively, if you don't have your client's login password, you can simply enter your his/her login email into the corresponding field for **Link existing account**. When you hit **Submit**, the client receives a notification that invites him/ her to link to your account. During this process, you'll see a pending notification for the client account in your MCC. Upon the client's acceptance, you'll receive a confirmation notification and the client account will be automatically linked to your account.

**Linking a new AdWords account**

To create an AdWords account and link it to your MCC:
1. Log in to your MCC.
2. Click the **Create new account** link above your client accounts table.
3. Complete the form, and click **Create Account**.
4. Click **Create a campaign** to create your client's campaign in the AdWords sign-up wizard. Then, return to your MCC to enter your client's billing information. You'll need to enter this information to activate your new client account. You can also return to this step later by clicking the client's account in your main MCC view.

**Unlinking an account**

To unlink an account from your MCC:
1. Log in to your MCC.
2. Click on the client account you would like to unlink.
3. Click the **My Account** tab.
4. Click the **User Preferences** link.
5. Under **Client Manager Account Access**, click **Disable manager access**.
6. Click **OK**.

---

What types of reports can I run through My Client Center?

You can run many different report types through your My Client Center's **Client Reports** tab: Account, Campaign, Ad Group, Keyword, Ad Text, Ad Image, URL, and Custom. For each report, you can choose to generate data for all or selected client accounts that are linked to your My Client Center account.

Google provides full online statistical, financial, and conversion reporting to help you keep track of your ads performance.

---

How do I link to other client manager accounts?

---

With My Client Center, you can manage other client manager accounts in the same way that you manage individual AdWords accounts. In order to link another client manager's account to yours, you'll need the manager's login email and password.

Please follow these steps to link the account:

1. Retrieve your client manager's AdWords login email and password (which establishes your client's permission to link the account to yours).
2. Log in to your My Client Center account.
3. Click the **Link existing account** link above your client accounts table.
4. Enter your new client manager's login email and password into the appropriate fields.

Note: You cannot send your client manager a request to be managed email. This functionality is only

available for client accounts.

https://adwords.google.com/support/bin/index.py?fulldump=1 (114 of 116)8/2/2005 8:35:12 AM

5. Click **Submit**. You can link to a maximum of two levels of client manager accounts - above or below your own.

---

What can I / can't I do using My Client Center reports?

Your My Client Center reports offer much of the same functionality as your individual AdWords account's reports. The main difference is that instead of accessing data for just one AdWords account, you can generate information across all or selected client accounts. Your My Client Center reports offer:

- Multiple file formats: Download reports in one of four formats, including.csv (for Excel), .csv, .tsv, and . xml.
- Stored reports: The **Recently Created Reports** area lets you download and view your five latest reports. Older reports are automatically deleted as new ones arrive.
- Scheduled and on-demand report templates: Save any report as a template by selecting **I want to run this report in the future** when creating the report. Then save it to run on demand, or schedule it to run automatically on a regular basis. The report and its parameters will be saved in your Download Center.
- Email reports: We'll send most reports to you on your request if you select the **Email** field when creating reports. (Very large reports, over 2MB when zipped, cannot be emailed.)
- Sort by column ability: Just click the title at the top of the column you wish to sort by (for instance, **Impressions** or **Maximum CPC**). To reverse the order of ranking, click the black up/down triangle which appears at the top of your selected column.
- Download and print graphs: Please note that we cannot provide graphs for data based on different

currencies across multiple accounts. Currently, you cannot receive cross-currency reporting. Only the currency that your account uses will be shown.

For more information about reporting functions, please visit the My Reports FAQ.

---

How many client accounts can I run reports for at once?

---

You can run each report type - Account, Campaign, Ad Group, Keyword, Ad Text, Ad Image, URL, and Custom Reports - for as many client accounts as you wish. When you select a report, you'll have two options for choosing your client accounts. These options will appear beside the **Account(s)** field as follows:

1. **All account types** - Runs data for all your client accounts
2. **Manually select from list** - Runs data for client accounts that you select from a list

---

How do I run reports for other My Client Center accounts linked to my master account?

If you manage other My Client Center accounts, you can run reports across all or selected clients linked to these accounts. However, you must be in the client manager's directory - not one above it - to do so. Here's how:

1. Log in to your My Client.
2. Choose the My Client Center account you'd like to access from your **Jump to client** drop-down menu. Or, click on the account in your account view.

3. Click the **Client Reports** tab in the client manager's account view, and run a report. My Client Center has a tree architecture. Because only the My Client Center directly linked to the branch of client accounts has the functionality to run reports for them, it's important to be in the correct directory when running reports across multiple clients.

---

How do I run reports across multiple client accounts?

You can now generate reports for all or selected client accounts through your My Client Center's **Client Reports** tab. Here's how:

1. Log in to your My Client Center.
2. Click the **Client Reports** tab.
3. Click one of the different report types.
4. Complete the appropriate fields.

5. Click the **Download Center** link to view your new report. For more information about running reports, please visit the My Reports FAQ.

How many reports can I save in the My Client Center Download Center?

You can store up to five reports in your My Client Center's Download Center. This total does not count against the number of reports you can store in your individual account's Download Center. Also, you can email or download reports so you can run as many reports as you need.

©2005 Google -AdWords Home -Editorial Guidelines -Contact Us