

# Help Center

AdWords Home

Help Center

**Overview**
  AdWords Advantages
  Program Comparison
  Success Stories
  News and Updates
  Demos and Guides
  For Your Industry
  Inside AdWords Blog

**Getting Started**
  Editorial Guidelines
  Step-by-Step
  Optimization Tips
  Account Navigation
  Keyword Tools

Help Center > Glossary

## Daily Budget

The amount you're willing to spend on a specific AdWords campaign each day.

AdWords displays your ad as often as possible while staying within your daily budget. When the budget limit is reached, your ads will typically stop showing for that day.

On any single day, the AdWords system may deliver up to 20% more ads than your daily budget calls for. This helps make up for other days in which your daily budget is not reached. However, you'll never be charged more than your average daily budget over the course of a month. For example: if your daily budget is $10 and the month has 30 days, you might be charged up to $12 on any single day but your monthly charges will never exceed $300.

**If this answer does not resolve your issue,** please search or browse our Help Center for more assistance. If you are unable to find your answer, please contact us.

Find answers about AdWords containing the terms...
[                    ] Search FAQs
examples: *reporting* or *broad matching*

Glossary

---

©2005 Google - AdWords Home - Editorial Guidelines - Contact Us