1  DAVID T. BIDERMAN, Bar No. 101577
   JUDITH B. GITTERMAN, Bar No. 115661
2  M. CHRISTOPHER JHANG, Bar No. 211463
   **PERKINS COIE LLP**
3  180 Townsend Street, 3rd Floor
   San Francisco, California  94107-1909
4  Telephone:  (415) 344-7000
   Facsimile:  (415) 344-7050
5  Email: DBiderman@perkinscoie.com
   Email: JGitterman@perkinscoie.com
6  Email: CJhang@perkinscoie.com

7  Attorneys for Defendant Google, Inc.

8
                       UNITED STATES DISTRICT COURT
9
              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
10

11
   CLRB HANSON INDUSTRIES, LLC d/b/a          CASE NO. C 05-03649 JW
12 INDUSTRIAL PRINTING, and HOWARD
   STERN, on behalf of themselves and all others   **[PROPOSED] ORDER GRANTING
13 similarly situated,                          DEFENDANT GOOGLE, INC.'S
                                                MOTION TO DISMISS PLAINTIFFS'
14            Plaintiff,                        COMPLAINT**

15       v.                                     Fed. R. Civ. P. 12(b)(6), 9(b)

16 GOOGLE, INC.,                                Date:    December 5, 2005
                                                Time:    9:00 a.m.
17            Defendant.                        Place:   Courtroom 8
                                                Judge:   Honorable James Ware
18

19

20

21

22

23

24

25

26

27

28

Defendant Google, Inc.'s Motion to Dismiss Plaintiffs' Complaint and each cause of action therein, brought pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), having come on for hearing, the Court having considered all relevant documents and evidence and having considered the arguments of counsel, and good cause appearing therefor:

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss Plaintiffs' Complaint is granted and plaintiffs' complaint is dismissed in its entirety, without leave to amend, pursuant to Federal Rule of Civil Procedure 12(b)(6), and that plaintiffs' claims for fraud and negligent misrepresentation are also dismissed for lack of specificity, pursuant to Federal Rule of Civil Procedure 9(b).

DATED: _____, 2005

_____
Honorable James Ware
U.S.D.C., Northern District of California

Respectfully submitted:

**PERKINS COIE LLP**

By _____/s/_____
      David T. Biderman

Attorneys for Defendant
GOOGLE, INC.

- 2 -

[PROPOSED] ORDER GRANTING DEFENDANT
GOOGLE, INC.'S MOTION TO DISMISS PLAINTIFFS'
COMPLAINT
CASE NO: C 05-03649 JW

[41063-0023-000000/BY052850.080]