DAVID T. BIDERMAN, Bar No. 101577
JUDITH B. GITTERMAN, Bar No. 115661
M. CHRISTOPHER JHANG, Bar No. 211463
**PERKINS COIE LLP**
180 Townsend Street, 3rd Floor
San Francisco, California  94107-1909
Telephone:  (415) 344-7000
Facsimile:  (415) 344-7050
Email: DBiderman@perkinscoie.com
Email: JGitterman@perkinscoie.com
Email: CJhang@perkinscoie.com

Attorneys for Defendant Google, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>                  Plaintiff,<br><br>    v.<br><br>GOOGLE, INC.,<br><br>                  Defendant. | CASE NO. C 05-03649 JW<br><br>**PROOF OF SERVICE**<br><br>Fed. R. Civ. P. 12(b)(6), 9(b)<br><br>Date:    December 5, 2005<br>Time:    9:00 a.m.<br>Place:   Courtroom 8<br>Judge:  Honorable James Ware |

**PROOF OF SERVICE – MAIL**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

      I am and was at all times herein mentioned employed in the City and County of San Francisco, State of California.  I am over the age of 18 years and not a party to the within action or proceeding.  My business address is 180 Townsend Street, 3rd Floor, San Francisco, California 94107.

      On October 12, 2005, I served a true copy of:

1. **DEFENDANT GOOGLE, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR FAILURE TO STATE A CLAIM;**

2. **DECLARATION OF M. CHRISTOPHER JHANG IN SUPPORT OF DEFENDANT GOOGLE, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT; and**

3. **[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

on the interested parties in this action by placing said documents enclosed in a sealed envelope (for collection and mailing, with postage thereon fully prepaid, on the same date, following ordinary business practices) in an internal collection basket, addressed as follows:

| | |
|---|---|
| William M. Audet, Esq.<br>Ryan M. Hagan, Esq.<br>Jason Baker, Esq.<br>ALEXANDER, HAWES & AUDET, LLP<br>152 North Third Street, Suite 600<br>San Jose, CA  95112<br>Tel: (408) 289-1776; Fax: (408) 287-1776 | Attorney for Plaintiffs and the Proposed Class |
| Lester L. Levy, Esq.<br>Emily Madoff, Esq.<br>Patricia I. Avery, Esq.<br>Renee L. Karalian, Esq.<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, NY 10022<br>Tel: (212) 759-4600; Fax: (212) 486-2093 | Attorney for Plaintiffs and the Proposed Class |

1

2        I am readily familiar with this business's practices concerning collection and processing

3   of correspondence for mailing with the United States Postal Service, and declare that

4   correspondence is deposited with the United States Postal Service on the same day it is internally

5   collected at Perkins Coie LLP in the ordinary course of business.

6        I declare under penalty of perjury under the laws of the State of California that the

7   foregoing is true and correct; that I am employed in the office of a member of the Bar of this

8   Court at whose direction this service was made; and that this Proof of Service was executed on

9   October 12, 2005, at San Francisco, California.

10

11                          _____/s/_____
                                  Lorri Garcia

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE
C 05-03649 JW

[41063-0023-000000/BY052850.092]