**Exhibit B**

Dockets.Justia.com



http://services.google.com - Google AdWords Bidding, Pricing & Ranking - Microsoft Internet Explorer

Save Changes    Cancel

Traffic Estimator

## Google AdWords™

It's All About Results™

### Daily Budget:

- Daily budget is based on the Keyword Traffic Estimator

- Daily charges can fluctuate depending on clicks you receive

- Ad system ensures you never pay more than your daily budget multiplied by the number of days in a month your campaign was active

| | | | | | | | | delete |
|---|---|---|---|---|---|---|---|---|
| Overall | 125.4 | 175.0 | $0.21 | $0.23 | $28.95 | $39.74 | 1.7 | 1.4 |

**Make Additional Keyword and CPC Changes**

Bidding, Pricing & Ranking    Section 8 of 17    A Options