DAVID T. BIDERMAN, Bar No. 101577
JUDITH B. GITTERMAN, Bar No. 115661
M. CHRISTOPHER JHANG, Bar No. 211463
**PERKINS COIE LLP**
180 Townsend Street, 3rd Floor
San Francisco, California  94107-1909
Telephone:  (415) 344-7000
Facsimile:  (415) 344-7050
Email: DBiderman@perkinscoie.com
Email: JGitterman@perkinscoie.com
Email: CJhang@perkinscoie.com

Attorneys for Defendant Google, Inc.


# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>GOOGLE, INC.,<br><br>                    Defendant. | CASE NO.  C O5-03649 JW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>*(Santa Clara Superior Court Case No. 1-05-CV-046409)* |

WHEREAS, on August 3, 2005, plaintiffs CLRB Hanson Industries, LLC, dba Industrial

Printing, and Howard Stern ("plaintiffs") filed their Class Action Complaint ("Complaint") against

defendant Google, Inc. ("Google");

WHEREAS, on October 12, 2005, Google filed and served its Motion to Dismiss

Plaintiffs' Complaint, noticing a hearing date for this motion on December 5, 2005;

WHEREAS, on November 14, 2005, plaintiffs filed and served their First Amended Class

Action Complaint ("FAC");

STIPULATION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME TO RESPOND TO FIRST
AMENDED CLASS ACTION COMPLAINT

[41063-0023-000000/LA053200.010]

1

WHEREAS, Google has requested to extend the deadline for it to respond to plaintiffs'

2

FAC;

3

WHEREAS, plaintiffs have agreed to Google's request;

4

The parties, by and through their attorneys of record, hereby agree and stipulate as follows:

5

6

(1)    The December 5, 2005 hearing date for Google's Motion to Dismiss Plaintiffs'

7

Complaint shall be taken off-calendar.

8

(2)    If Google files an answer in response to plaintiffs' FAC, Google shall file and serve

9

such answer on or before December 16, 2005.

10

(3)    If Google files a motion in response to plaintiffs' FAC, Google shall file and serve

11

such motion on or before January 3, 2006, and plaintiffs shall file and serve their opposition to the

12

motion on or before February 2, 2006.

13

///

14

///

15

///

16

///

17

///

18

///

19

///

20

///

21

///

22

///

23

///

24

///

25

///

26

27

28

- 2 -

**STIPULATION AND [PROPOSED] ORDER FOR**
**EXTENSION OF TIME TO RESPOND TO FIRST**
**AMENDED CLASS ACTION COMPLAINT**

[41063-0023-000000/LA053200.010]

1        (4)    The parties shall meet and confer in December 2005, in accordance with Federal

2    Rules of Civil Procedure 26(f), and shall file their Joint Case Management Statement on or before

3    January 9, 2006, in compliance with this Court's case management order.

4

5

6    DATED:  November 22, 2005          **PERKINS COIE LLP**

7

                              By    _____/S/_____

8                                          M. Christopher Jhang
                                      Attorneys for Defendant,

9                                          Google, Inc.

10

11   DATED:  November 22, 2005          **ALEXANDER, HAWES & AUDET, LLP**

12

                              By   _____/S/_____

13                                         Ryan M. Hagan
                                      Attorneys for Plaintiffs and the

14                                         Proposed Class
                                      CLRB Hanson Industries, LLC

15                                         dba Industrial Printing, and Howard Stern

16

17

18                                 **O R D E R**

19

20   PURSUANT TO STIPULATION, IT IS SO ORDERED.

21

22    DATED: _____, 2005.          _____

23                                     Honorable James Ware
                                    United States District Court Judge

24

25

26

27

28

**PROOF OF SERVICE**

I, Susan E. Daniels, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California.  I am over the age of 18 years and am not a party to the within action.  My business address is Perkins Coie LLP, 180 Townsend Street, 3rd Floor, San Francisco, California 94107-1909.  I am personally familiar with the business practice of Perkins Coie LLP.  On November 22, 2005, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT**

by placing a true copy thereof enclosed in a sealed envelope addressed to the following parties:

William M. Audet, Esq.                      Attorney for Plaintiffs and
Ryan M. Hagan,  Esq.                        the Proposed Class
Jason Baker, Esq.
ALEXANDER, HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112
Tel:  (408) 289-1776; Fax: (408) 287-1776

Lester L. Levy, Esq.                        Attorney for Plaintiffs and
Michele F. Raphael, Esq.                    the Proposed Class
Renee L. Karalian, Esq.
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
Tel:  (212) 759-4600; Fax: (212) 486-2093

<u>XXX</u>    (By Mail)  I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Perkins Coie LLP.

<u>XXX</u>    (By Facsimile/Telecopy)  I caused each document to be sent by Automatic Facsimile/Telecopier to the number(s) indicated above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed at San Francisco, California.

DATED:  November 22, 2005.                _____/S/_____
                                                          Susan E. Daniels

STIPULATION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME TO RESPOND TO FIRST
AMENDED CLASS ACTION COMPLAINT

[41063-0023-000000/LA053200.010]