1　DAVID T. BIDERMAN, Bar No. 101577
　 JUDITH B. GITTERMAN, Bar No. 115661
2　M. CHRISTOPHER JHANG, Bar No. 211463
　 **PERKINS COIE LLP**
3　180 Townsend Street, 3rd Floor
　 San Francisco, California 94107-1909
4　Telephone: (415) 344-7000
　 Facsimile: (415) 344-7050
5　Email: DBiderman@perkinscoie.com
　 Email: JGitterman@perkinscoie.com
6　Email: CJhang@perkinscoie.com

7　Attorneys for Defendant Google, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE, INC.,<br><br>　　　　　　Defendant. | CASE NO. C 05-03649 JW<br><br>**DECLARATION OF M. CHRISTOPHER JHANG IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>*(Santa Clara Superior Court Case No. 1-05-CV-046409)* |

DECLARATION IN SUPPORT OF STIPULATION AND
[PROPOSED] ORDER FOR EXTENSION OF TIME TO
RESPOND TO FIRST AMENDED COMPLAINT
CASE NO. C 05-03649 JW

I, M. Christopher Jhang, declare as follows:

1. I am an attorney duly licensed to practice law in the all of the courts of the State of California and this Court, and am an associate with the law firm of Perkins Coie LLP, attorneys of record herein for defendant Google, Inc. ("Google"). I submit this declaration in support of the Stipulation and [Proposed] Order For Extension of Time to Respond to First Amended Class Action Complaint, in accordance with California Northern District, Civil Local Rule 6-2. I have personal knowledge of the following facts and, if called to testify, could and would do so truthfully.

2. Plaintiffs CLRB Hanson Industries LLC d/b/a Industrial Printing and Howard Stern ("plaintiffs") filed their original Class Action Complaint against Google on August 3, 2005 in the Santa Clara County Superior Court. On September 12, 2005, Google removed the action to this Court. On October 12, 2005, Google filed a motion to dismiss the Complaint pursuant to Fed.R.Civ.P. Rules 12(b)(6) and 9(b).

3. On November 14, 2005, plaintiffs filed their First Amended Complaint ("FAC") in this action. The FAC substantially amended their original Complaint by, among other things, adding a new cause of action, removing a number of causes of action, adding an additional exhibit to the complaint and citing provisions from this exhibit within the FAC, and revising the factual allegations. As a result of these substantial revisions to the pleading, there is good cause for granting Google additional time to evaluate the FAC and prepare a response, whether by motion or answer.

4. The parties have mutually agreed that Google shall have until December 16, 2005 to file and serve an answer to the FAC, or until January 3, 2006 to file and serve a motion in response. If the response is by motion, the parties have agreed that plaintiffs shall have until February 2, 2006 to file and serve their opposition to the motion.

5. All previous time modifications in this case, whether by stipulation or Court order, are as follows: On or about September 15, 2005, the parties filed a stipulation to extend the time for Google to respond to the Complaint by 30 days.

- 2 -
DECLARATION IN SUPPORT OF STIPULATION AND
[PROPOSED] ORDER FOR EXTENSION OF TIME TO
RESPOND TO FIRST AMENDED COMPLAINT
CASE NO. C 05-03649 JW

[41063-0023/LA053200.019]

1      6.     A scheduling conference has not yet occurred in this case; thus, the requested time modification should not impact the schedule of the case.

     I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

     Executed this 22nd day of November, 2005, at San Francisco, California.

                                                      /s/

                                               M. Christopher Jhang

DECLARATION IN SUPPORT OF STIPULATION AND
[PROPOSED] ORDER FOR EXTENSION OF TIME TO
RESPOND TO FIRST AMENDED COMPLAINT
CASE NO. C 05-03649 JW

[41063-0023/LA053200.019]

**PROOF OF SERVICE**

I, Susan E. Daniels, declare:

      I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Perkins Coie LLP, 180 Townsend Street, 3rd Floor, San Francisco, California 94107-1909. I am personally familiar with the business practice of Perkins Coie LLP. On November 22, 2005, I served the following document(s):

**DECLARATION OF M. CHRISTOPHER JHANG IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT**

by placing a true copy thereof enclosed in a sealed envelope addressed to the following parties:

| | |
|---|---|
| William M. Audet, Esq.<br>Ryan M. Hagan, Esq.<br>Jason Baker, Esq.<br>ALEXANDER, HAWES & AUDET, LLP<br>152 North Third Street, Suite 600<br>San Jose, CA 95112<br>Tel: (408) 289-1776; Fax: (408) 287-1776 | Attorney for Plaintiffs and<br>the Proposed Class |
| Lester L. Levy, Esq.<br>Michele F. Raphael, Esq.<br>Renee L. Karalian, Esq.<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, NY 10022<br>Tel: (212) 759-4600; Fax: (212) 486-2093 | Attorney for Plaintiffs and<br>the Proposed Class |

<u>XXX</u>  (By Mail) I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Perkins Coie LLP.

<u>XXX</u>  (By Facsimile/Telecopy) I caused each document to be sent by Automatic Facsimile/Telecopier to the number(s) indicated above.

      I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed at San Francisco, California.

DATED: November 22, 2005.          /s/
                                              Susan E. Daniels

DECLARATION IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT
CASE NO. C 05-03649 JW

[41063-0023/LA053200.019]