1 DAVID T. BIDERMAN, Bar No. 101577
JUDITH B. GITTERMAN, Bar No. 115661
2 M. CHRISTOPHER JHANG, Bar No. 211463
**PERKINS COIE LLP**
3 180 Townsend Street, 3rd Floor
San Francisco, California 94107-1909
4 Telephone: (415) 344-7000
Facsimile: (415) 344-7050
5 Email: DBiderman@perkinscoie.com
Email: JGitterman@perkinscoie.com
6 Email: CJhang@perkinscoie.com

7 Attorneys for Defendant Google, Inc.

*APPROVED — Judge James Ware*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>GOOGLE, INC.,<br><br>            Defendant. | CASE NO. C O5-03649 JW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>*(Santa Clara Superior Court Case No. 1-05-CV-046409)* |

WHEREAS, on August 3, 2005, plaintiffs CLRB Hanson Industries, LLC, dba Industrial Printing, and Howard Stern ("plaintiffs") filed their Class Action Complaint ("Complaint") against defendant Google, Inc. ("Google");

WHEREAS, on October 12, 2005, Google filed and served its Motion to Dismiss Plaintiffs' Complaint, noticing a hearing date for this motion on December 5, 2005;

WHEREAS, on November 14, 2005, plaintiffs filed and served their First Amended Class Action Complaint ("FAC");

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT**

[41063-0023-000000/LA053200.010]

1  WHEREAS, Google has requested to extend the deadline for it to respond to plaintiffs'
2  FAC;
3  WHEREAS, plaintiffs have agreed to Google's request;
4  The parties, by and through their attorneys of record, hereby agree and stipulate as follows:
5  (1)    The December 5, 2005 hearing date for Google's Motion to Dismiss Plaintiffs'
6  Complaint shall be taken off-calendar.
7  (2)    If Google files an answer in response to plaintiffs' FAC, Google shall file and serve
8  such answer on or before December 16, 2005.
9  (3)    If Google files a motion in response to plaintiffs' FAC, Google shall file and serve
10 such motion on or before January 3, 2006, and plaintiffs shall file and serve their opposition to the
11 motion on or before February 2, 2006.
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///

- 2 -
**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT**   [41063-0023-000000/LA053200.010]

(4) The parties shall meet and confer in December 2005, in accordance with Federal Rules of Civil Procedure 26(f), and shall file their Joint Case Management Statement on or before January 9, 2006, in compliance with this Court's case management order.

DATED: November 22, 2005   **PERKINS COIE LLP**

By       /S/
    M. Christopher Jhang
    Attorneys for Defendant,
    Google, Inc.

DATED: November 22, 2005   **ALEXANDER, HAWES & AUDET, LLP**

By       /S/
    Ryan M. Hagan
    Attorneys for Plaintiffs and the
    Proposed Class
    CLRB Hanson Industries, LLC
    dba Industrial Printing, and Howard Stern

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2005.   _____
    Honorable James Ware
    United States District Court Judge

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT**

[41063-0023-000000/LA053200.010]

**PROOF OF SERVICE**

I, Susan E. Daniels, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Perkins Coie LLP, 180 Townsend Street, 3rd Floor, San Francisco, California 94107-1909. I am personally familiar with the business practice of Perkins Coie LLP. On November 22, 2005, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT**

by placing a true copy thereof enclosed in a sealed envelope addressed to the following parties:

| | |
|---|---|
| William M. Audet, Esq.<br>Ryan M. Hagan, Esq.<br>Jason Baker, Esq.<br>ALEXANDER, HAWES & AUDET, LLP<br>152 North Third Street, Suite 600<br>San Jose, CA 95112<br>Tel: (408) 289-1776; Fax: (408) 287-1776 | Attorney for Plaintiffs and<br>the Proposed Class |
| Lester L. Levy, Esq.<br>Michele F. Raphael, Esq.<br>Renee L. Karalian, Esq.<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, NY 10022<br>Tel: (212) 759-4600; Fax: (212) 486-2093 | Attorney for Plaintiffs and<br>the Proposed Class |

<u>XXX</u>   (By Mail)  I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Perkins Coie LLP.

<u>XXX</u>   (By Facsimile/Telecopy)  I caused each document to be sent by Automatic Facsimile/Telecopier to the number(s) indicated above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed at San Francisco, California.

DATED: November 22, 2005.                              /S/
                                                                       Susan E. Daniels

---

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT**

[41063-0023-000000/LA053200.010]