**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLRB Hanson Industries, LLC et al., | NO. C 05-03649 JW |
|     Plaintiff(s), <br> v. <br> Google Inc. et al., <br>     Defendant(s). | **ORDER DEEMING MOOT DEFENDANT GOOGLE, INC.'S MOTION TO DISMISS** |

On October 12, 2005, Defendant Google, Inc. filed a motion to dismiss Plaintiff's complaint for failure to state a claim, and noticed the motion for hearing on December 5, 2005. On November 14, 2005, Plaintiff filed a First Amended Complaint.

Rule 15(a) provides that a party may amend his pleading once as a matter of course at any time before a responsive pleading is served. A motion to dismiss is not a responsive pleading within the meaning of Rule 15(a). FED. R. CIV. P. 15(a); <u>Allwaste, Inc. v. Hecht</u>, 65 F3d 1523, 1530 (9th Cir. 1995).

Accordingly, Defendant's motion to dismiss is moot. The December 5, 2005 hearing date is vacated.

Dated: November 23, 2005             /s/James Ware
05cv3649dismiss                                  JAMES WARE
                                                 United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christopher M. Jhang cjhang@perkinscoie.com
David T. Biderman dbiderman@perkinscoie.com
Judith B. Gitterman gittj@perkinscoie.com
Lisa Delehunt ldelehunt@perkinscoie.com
Ryan M. Hagan rhagan@alexanderlaw.com
William M. Audet waudet@alexanderlaw.com

**Dated: November 28, 2005**          **Richard W. Wieking, Clerk**

                                      **By:   /s/JW Chambers**
                                           **Ronald L. Davis**
                                           **Courtroom Deputy**

**United States District Court**
For the Northern District of California