CLRB Hanson Industries, LLC et al v. Google Inc.　　　　　　　　　　　　　　　　　　　　　　　　　　　　Doc. 24 Att. 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

**DATE:** JUNE 13, 2005

**Case No.** C-05-01114-JW    **JUDGE:** JAMES WARE

**IN RE ACACIA MEDIA TECH.**    -v-
Title

| **APPEARED** | **APPEARED** |
|---|---|
| Attorneys Present | Present |

**Deputy Clerk:** RONALD L. DAVIS    **COURT REPORTER:** not reported

**PROCEEDINGS**

**Case Management Conference - held.**

**EXPERT DISCLOSURE:**　　　　　**DISCOVERY CLOSE(ALL)**

**CASE CONTINUED TO:**　　　　　**for FINAL P/T Conference**

**CASE CONTINUED TO:**　　　　　**for Trial**

**CASE CONTINUED TO:**　　　　　**PRELIMINARY PRETRIAL CONFERENCE**

**CASE CONTINUED TO:**　　　　　**for PRETRIAL MOTIONS**

**CASE CONTINUED TO:**　　　　　**DISMISSAL CALENDAR**

**ORDER AFTER HEARING**

**Plaintiffs orally withdrew their Class Certification motion. Court set a hearing date of 09/08/05 - 09/09/05 (9-am - 4pm) for the Motion for Reconsideration of the July 2004 Claim Construction Order. Plaintiffs shall submit their list re: Reconsideration motion within 5 days of this conference date. A Joint statement is due no later than 8/25/05. Plaintiffs shall submit a case flow chart no later than 08/25/05. This matter is referred to Magistrate Judge Howard R. Lloyd for all discovery issues.**

Dockets.Justia.com

Case 5:05-cv-03649-JW Document 139-2 Filed 06/5/2007 Page 2 of 2