1  KEKER & VAN NEST, LLP
   DARALYN J. DURIE - #169825
2  DAVID J. SILBERT - #173128
   710 Sansome Street
3  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
4  Facsimile:  (415) 397-7188
   ddurie@kvn.com
5  dsilbert@kvn.com

6  Attorneys for Defendant
   COMCAST CABLE COMMUNICATIONS LLC
7

8                       UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

10

11 | ACACIA MEDIA TECHNOLOGIES             | Case No. C-05-01114 JW
   | CORPORATION,                          |
12 |                                       | [PROPOSED] ORDER CLARIFYING
   |                        Plaintiff,     | JUNE 21, 2005 ORDER FOLLOWING
13 |                                       | CASE MANAGEMENT CONFERENCE
   |      v.                               |
14 |                                       |
   | NEW DESTINY INTERNET GROUP, et al.    | Judge:     Honorable James Ware
15 |                                       |
   |                        Defendants.    |
16 |                                       |
   |---------------------------------------|
17 | AND ALL RELATED AND/OR                |
   | CONSOLIDATED CASE ACTIONS             |
18

19

20

21

22

23

24

25

26

27

28

354218.01                       [PROPOSED] ORDER
                             CASE NO. C-05-01114 JW

Dockets.Justia.com

1  The Court has considered the Motion to Clarify June 21 Order Following Case
2  Management Conference filed on June 24, 2005, as well as Acacia's response to that motion.
3  Good cause appearing, IT IS HEREBY ORDERED that the Motion for Reconsideration of the
4  Court's Markman Order issued on July 12, 2004, for which the Court has set a hearing on
5  September 8 and 9, 2005, shall be limited to reconsideration of the July 12, 2004 Markman
6  Order.  Construction of any additional terms in the '992 and '702 patents shall be addressed in
7  subsequent proceedings, after the Motion for Reconsideration is resolved.
8  To the extent that the June 21, 2005 Order Following Case Management Conference is
9  inconsistent with the foregoing, it is superseded.
10 IT IS SO ORDERED.
11 Dated:

By: _____
The Honorable James Ware
United States District Judge