IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Acacia Media Technologies Corporation,<br><br>    Plaintiff,<br>  v.<br><br>New Destiny Internet Group, et al.,<br><br>    Defendant(s).<br>_____/ | NO. C 05-01114 JW<br><br>**ORDER CLARIFYING THE COURT'S JUNE 21, 2005 ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

And All Related and/or Consolidated Case Actions
_____/

On June 21, 2005, the Court issued an Order Following Case Management Conference detailing the status of pending motions and setting a two day hearing for reconsideration of its July 2004 Markman Order. On June 24, Defendants collectively file a Motion to Clarify June 21, 2005 Order. For clarification, the Court contemplated using the September 8 and 9 hearings to address any reconsideration motion and to consider additional terms of the '992 and '702 patents. The Court deems the Defendants' Motion to be a request to delay a hearing on any addition terms. The request is GRANTED. The parties shall meet and confer and suggest a schedule to consider the additional terms. The schedule shall comply with the Patent Local Rules.

Dated: June 27, 2005         /s/ James Ware
                             JAMES WARE
                             United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan P. Block blocka@hbdlawyers.com
Annamarie A. Daley aadaley@rkmc.com
Bradford P. Lyerla blyerla@marshallip.com
David A. York david.york@lw.com
Harold J. McElhinny HmcElhinny@mofo.com
J. Timothy Nardell EfilingJTN@cpdb.com
James Michael Slominski jslominski@hh.com
Jan J. Klohonatz jklohonatz@tcolaw.com
Jason A. Crotty jcrotty@mofo.com
Jeffrey D. Sullivan jeffrey.sullivan@bakerbotts.com
Jeffrey H. Dean jdean@marshallip.com
Jonathan E. Singer singer@fr.com
Juanita R. Brooks brooks@fr.com
Kevin D. Hogg khogg@marshallip.com
Kevin I. Shenkman shenkmank@hbdlawyers.com
Maria K. Nelson mknelson@jonesday.com
Marsha Ellen Mullin memullin@jonesday.com
Michael J. McNamara michael.mcnamara@bakerbotts.com
Mitchell D. Lukin mitch.lukin@bakerbotts.com
Morgan William Tovey mtovey@reedsmith.com
Patrick J. Whalen pwhalen@spencerfane.com
Paul A. Friedman pafriedman@mofo.com
Rachel Krevans rkrevans@mofo.com
Richard R. Patch rrp@cpdb.com
Robert F. Copple rcopple@lrlaw.com
Roderick G. Dorman dormanr@hbdlawyers.com
Stephen E. Taylor staylor@tcolaw.com
Stephen P. Safranski spsafranski@rkmc.com
Todd Glen Miller miller@fr.com
Todd R. Tucker ttucker@rennerotto.com
Victor de Gyarfas vdegyarfas@foley.com
Victor George Savikas vgsavikas@jonesday.com
William J. Robinson wrobinson@foley.com
William R. Overend woverend@reedsmith.com
William R. Woodford woodford@fr.com

**Dated: June 27, 2005**                    **Richard W. Wieking, Clerk**

                                            **By:   /s/ JW Chambers**
                                                    **Ronald L. Davis**
                                                    **Courtroom Deputy**