ORIGINAL ~~COURTESY COPY~~ FILED

DEC 1 2 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLRB HANSON INDUSTRIES, LLC
d/b/a/ INDUSTRIAL PRINTING, and
HOWARD STERN, on behalf of themselves
and all others similarly situated,
            Plaintiff(s),

v.

GOOGLE, INC.,

            Defendant(s).

CASE NO. C-05-3649 ~~105CV046409~~

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Lester L. Levy, an active member in good standing of the bar of New York, whose business address and telephone number is Wolf Popper LLP 845 Third Avenue, New York, NY 10022, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12-12-05

~~Patricia V. Trumbull~~ JAMES WARE
United States District Judge