| | |
|---|---|
| 1 | DAVID T. BIDERMAN, Bar No. 101577 |
| | JUDITH B. GITTERMAN, Bar No. 115661 |
| 2 | M. CHRISTOPHER JHANG, Bar No. 211463 |
| | **PERKINS COIE LLP** |
| 3 | 180 Townsend Street, 3rd Floor |
| | San Francisco, California  94107-1909 |
| 4 | Telephone:  (415) 344-7000 |
| | Facsimile:  (415) 344-7050 |
| 5 | Email: DBiderman@perkinscoie.com |
| | Email: JGitterman@perkinscoie.com |
| 6 | Email: CJhang@perkinscoie.com |

Attorneys for Defendant Google, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated, | CASE NO.  C O5-03649 JW |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | *(Santa Clara Superior Court Case No. 1-05-CV-046409)* |
| GOOGLE, INC., | |
| Defendant. | |

WHEREAS, on August 3, 2005, plaintiffs CLRB Hanson Industries, LLC, dba Industrial Printing, and Howard Stern ("Plaintiffs") filed their Complaint against defendant Google, Inc. ("Defendant"),

WHEREAS, in September 2005, upon transfer to this Court, this case was assigned to Judge James Ware and the Court set the deadline to file a Joint Case Management Statement on January 9, 2006 and an initial Case Management Conference for January 23, 2006,

WHEREAS, on October 12, 2005, Defendant filed and served its Motion to Dismiss Plaintiffs' Complaint,

**STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE
CASE NO. 05-03649 JW**

BY053530098

Dockets.Justia.com

1  WHEREAS, on November 14, 2005, Plaintiffs filed and served their First Amended Complaint,

2  WHEREAS, on January 3, 2006, Defendant will file a Motion to Dismiss Plaintiffs' First Amended Complaint and will notice a hearing date for March 6, 2006,

3  WHEREAS given the pendency of Defendant's Motion to Dismiss, the parties agree that judicial economy would best be served by continuing the January 9, 2006 Joint Case Management Statement deadline and the January 23, 2006 Case Management Conference until sufficient time after Defendant's Motion to Dismiss is heard, so that the Court may issue an Order on that motion and the pleadings will be settled,

THE PARTIES THEREFORE STIPULATE and respectfully request that the Court continue the presently set January 9, 2006 Joint Case Management Statement deadline to April 21, 2006, and continue the presently set January 23, 2006 Case Management Conference to May 1, 2006, at 10:00 a.m., or as soon thereafter as the Court's schedule will allow.

DATED: December 22, 2005      **PERKINS COIE LLP**

By _____/S/_____
M. Christopher Jhang
Attorneys for Defendant,
Google, Inc.

DATED: December 22, 2005      **ALEXANDER, HAWES & AUDET, LLP**

By _____/S/_____
Ryan M. Hagan
Attorneys for Plaintiffs
CLRB Hanson Industries, LLC,
dba Industrial Printing, and Howard Stern and the
Proposed Class

- 2 -

**STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE
CASE NO. 05-03649 JW**                                              BY053530098

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2005.        _____
                                        Honorable James Ware
                                        United States District Court Judge

**STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE
CASE NO. 05-03649 JW**                                         BY053530098

**PROOF OF SERVICE**

I, Susan E. Daniels, declare:

 I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Perkins Coie LLP, 180 Townsend Street, 3rd Floor, San Francisco, California 94107-1909. I am personally familiar with the business practice of Perkins Coie LLP. On December 22, 2005, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

by placing a true copy thereof enclosed in a sealed envelope addressed to the following parties:

| | |
|---|---|
| William M. Audet, Esq.<br>Ryan M. Hagan, Esq.<br>Jason Baker, Esq.<br>ALEXANDER, HAWES & AUDET, LLP<br>152 North Third Street, Suite 600<br>San Jose, CA 95112<br>Tel: (408) 289-1776; Fax: (408) 287-1776 | Attorney for Plaintiffs and<br>the Proposed Class |
| Lester L. Levy, Esq.<br>Michele F. Raphael, Esq.<br>Renee L. Karalian, Esq.<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, NY 10022<br>Tel: (212) 759-4600; Fax: (212) 486-2093 | Attorney for Plaintiffs and<br>the Proposed Class |

<u>XXX</u> (By Mail) I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Perkins Coie LLP.

 I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed at San Francisco, California.

DATED: December 22, 2005.        /S/
                    Susan E. Daniels

Proof of Service
INSERT TITLE                     [41063-0023-000000/BY053530.098]