| | |
|---|---|
| 1 | DAVID T. BIDERMAN, Bar No. 101577 |
| 2 | JUDITH B. GITTERMAN, Bar No. 115661<br>M. CHRISTOPHER JHANG, Bar No. 211463 |
| 3 | **PERKINS COIE LLP**<br>180 Townsend Street, 3rd Floor |
| 4 | San Francisco, California 94107-1909<br>Telephone: (415) 344-7000 |
| 5 | Facsimile: (415) 344-7050<br>Email: DBiderman@perkinscoie.com |
| 6 | Email: JGitterman@perkinscoie.com<br>Email: CJhang@perkinscoie.com |
| 7 | Attorneys for Defendant Google, Inc. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>GOOGLE, INC.,<br><br>                Defendant. | CASE NO. C 05-03649 JW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE, INC.'S MOTION TO DISMISS PLAINTIFFS' UNJUST ENRICHMENT CLAIM**<br><br>Fed. R. Civ. P. 12(b)(6)<br><br>Date:    March 6, 2006<br>Time:   9:00 a.m.<br>Place:   Courtroom 8<br>Judge:  Honorable James Ware |

[PROPOSED] ORDER GRANTING DEFENDANT
GOOGLE, INC.'S MOTION TO DISMISS PLAINTIFFS'
UNJUST ENRICHMENT CLAIM
CASE NO: C 05-03649 JW

[41063-0023/BY060030.024]

Dockets.Justia.com

Defendant Google, Inc.'s Motion to Dismiss Plaintiffs' Unjust Enrichment Claim, brought pursuant to Federal Rule of Civil Procedure 12(b)(6), having come on for hearing, the Court having considered all relevant documents and evidence and having considered the arguments of counsel, and good cause appearing therefor:

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss Plaintiffs' Unjust Enrichment Claim is granted and plaintiffs' claim is dismissed, without leave to amend, pursuant to Federal Rule of Civil Procedure 12(b)(6).

DATED: _____, 2006

_____
Honorable James Ware
U.S.D.C., Northern District of California

Respectfully submitted:
**PERKINS COIE LLP**

By _____/s/_____
    David T. Biderman

Attorneys for Defendant
GOOGLE, INC.

- 2 -
[PROPOSED] ORDER GRANTING DEFENDANT
GOOGLE, INC.'S MOTION TO DISMISS PLAINTIFFS'
UNJUST ENRICHMENT CLAIM
CASE NO: C 05-03649 JW

[41063-0023/BY060030.024]

# PROOF OF SERVICE

I, Susan E. Daniels, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Perkins Coie LLP, 180 Townsend Street, 3rd Floor, San Francisco, California 94107-1909. I am personally familiar with the business practice of Perkins Coie LLP. On January 3, 2006, I served the following document(s):

**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE, INC.'S MOTION TO DISMISS PLAINTIFFS' UNJUST ENRICHMENT CLAIM**

by placing a true copy thereof enclosed in a sealed envelope addressed to the following parties:

| | |
|---|---|
| William M. Audet, Esq.<br>Ryan M. Hagan, Esq.<br>Jason Baker, Esq.<br>ALEXANDER, HAWES & AUDET, LLP<br>152 North Third Street, Suite 600<br>San Jose, CA 95112<br>Tel: (408) 289-1776; Fax: (408) 287-1776 | Attorney for Plaintiffs and the Proposed Class |
| Lester L. Levy, Esq.<br>Michele F. Raphael, Esq.<br>Renee L. Karalian, Esq.<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, NY 10022<br>Tel: (212) 759-4600; Fax: (212) 486-2093 | Attorney for Plaintiffs and the Proposed Class |

<u>XXX</u>   (By Mail)  I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Perkins Coie LLP.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed at San Francisco, California.

DATED: January 3, 2006.                         /S/
                                                Susan E. Daniels

[PROPOSED] ORDER GRANTING DEFENDANT
GOOGLE, INC.'S MOTION TO DISMISS PLAINTIFFS'
UNJUST ENRICHMENT CLAIM
CASE NO: C 05-03649 JW

[41063-0023/BY060030.024]