**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLRB Hanson Industries, LLC, et al., | No. C 05-03649 JW   JW |
| Plaintiff, | **NOTICE OF CONTINUANCE** |
| v. | |
| Google Inc., et al., | |
| Defendant. / | |

Please take notice that on the Court's own motion, the hearing on Defendant's Motion to Dismiss in the above-entitled case, heretofore scheduled on the calendar for MARCH 6, 2006 has been continued to MARCH 13, 2006 at 9:00 am for hearing in the San Jose Court House, Courtroom #8, 4th floor.

Dated: 1/31/06                                  Richard W. Wieking, Clerk

By:__/s/_____
    Melissa Peralta
    Courtroom Deputy

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN SENT TO:**

William M. Audet    waudet@alexanderlaw.com

David T. Biderman    dbiderman@perkinscoie.com,

Lisa Delehunt    ldelehunt@perkinscoie.com,

Judith B. Gitterman    gittj@perkinscoie.com

Ryan M. Hagan    rhagan@alexanderlaw.com, bhoy@alexanderlaw.com

Christopher M. Jhang    cjhang@perkinscoie.com

Lester L Levy , Sr    llevy@wolfpopper.com, smartin@wolfpopper.com

Michele Fried Raphael    mraphael@wolfpopper.com

**Dated: 01/31/06**                              **Richard W. Wieking, Clerk**

**By:__/s/_____**
      **Melissa Peralta**
      **Courtroom Deputy**