| | |
|---|---|
| 1 | Lester L. Levy (Admitted Pro Hac Vice) |
| 2 | Michele F. Raphael (Admitted Pro Hac Vice)<br>WOLF POPPER LLP |
| 3 | 845 Third Avenue<br>New York NY 10022 |
| 4 | Telephone: 212.759.4600<br>Facsimile: 212.486.2093 |
| 5 | e-mail: llevy@wolfpopper.com<br>e-mail: mraphael@wolfpopper.com |
| 6 | William M. Audet (SBN 117456) |
| 7 | Ryan M. Hagan, Esq. (SBN 200850)<br>ALEXANDER, HAWES & AUDET, LLP |
| 8 | 152 North Third Street, Suite 600<br>San Jose, CA 95112 |
| 9 | Telephone: 408.289.1776<br>Facsimile: 408.287.1776 |
| 10 | e-mail: waudet@alexanderlaw.com<br>e-mail: rhagen@alexanderlaw.com |
| 11 | *Attorneys for Plaintiffs and the Proposed Class* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>                     Plaintiffs,<br><br>vs.<br><br>GOOGLE, INC.,<br><br>                     Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO: C05-03649 JW<br><br>**[PROPOSED] ORDER DENYING DEFENDANT GOOGLE, INC.'S MOTION TO DISMISS PLAINTIFFS' UNJUST ENRICHMENT CLAIM**<br><br>Date:    March 13, 2006<br>Time:   9:00 a.m.<br>Place:   Courtroom 8<br>Judge:  Honorable James Ware |

[Proposed] Order Denying Defendant Google, Inc.'s
Motion to Dismiss Plaintiffs' Unjust Enrichment Claim
Case No: C05-03649 JW

Doc. 151519

1    Defendant Google, Inc.'s Motion to Dismiss Plaintiffs' Unjust Enrichment Claim,
2 brought pursuant to Federal Rule of Civil Procedure 12(b)(6), having come on for hearing, the
3 Court having considered all relevant documents and evidence and having considered the
4 arguments of counsel, and good cause appearing therefor:
5    IT IS HEREBY ORDERED that Defendant's Motion to Dismiss Plaintiffs' Unjust
6 Enrichment Claim is denied.

7 Dated: _____, 2006      _____
8                                                                Honorable James Ware
                                                                 U.S.D.C., Northern District of California
9 Respectfully submitted:
10   WOLF POPPER LLP
11
12
13 By: /s/ Michele F. Raphael
          Michele F. Raphael
14 *Attorneys for Plaintiffs and the Proposed Class*

[Proposed] Order Denying Defendant Google, Inc.'s
Motion to Dismiss Plaintiffs' Unjust Enrichment Claim
Case No: C05-03649 JW
Doc. 151519                        2