| | |
|---|---|
| 1 | DAVID T. BIDERMAN, Bar No. 101577 |
| | JUDITH B. GITTERMAN, Bar No. 115661 |
| 2 | M. CHRISTOPHER JHANG, Bar No. 211463 |
| | **PERKINS COIE LLP** |
| 3 | 180 Townsend Street, 3rd Floor |
| | San Francisco, California  94107-1909 |
| 4 | Telephone:  (415) 344-7000 |
| | Facsimile:  (415) 344-7050 |
| 5 | Email: DBiderman@perkinscoie.com |
| | Email: JGitterman@perkinscoie.com |
| 6 | Email: CJhang@perkinscoie.com |
| 7 | Attorneys for Defendant Google, Inc. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant. | CASE NO.  C O5-03649 JW <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR MOTION TO DISMISS AND ADVANCING CASE MANAGEMENT CONFERENCE** <br><br> *(Santa Clara Superior Court Case No. 1-05-CV-046409)* |

WHEREAS, on November 14, 2005, plaintiffs CLRB Hanson Industries, LLC, dba Industrial Printing, and Howard Stern ("Plaintiffs") filed their First Amended Complaint against defendant Google, Inc. ("Defendant"),

WHEREAS, on January 3, 2006, Defendant filed a Motion to Dismiss Plaintiffs' First Amended Complaint and noticed a hearing date for March 6, 2006,

WHEREAS, on January 5, 2006, the Court ordered, pursuant to the parties' stipulation, that the Joint Case Management Statement deadline be continued to April 21, 2006, and the initial Case Management Conference be set for May 1, 2006,

**STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING DATE FOR MOTION TO
DISMISS AND ADVANCING CASE MANAGEMENT
CONFERENCE**
**CASE NO. 05-03649 JW**                                                                BY060470.037

1  WHEREAS, on January 31, 2006, the Court, on its own motion, continued the hearing date for Defendant's Motion to Dismiss to March 13, 2006,

2  WHEREAS, the parties agree that judicial economy and efficiency would best be served by combining the hearing date for Defendant's Motion to Dismiss and the initial Case Management Conference, setting both to occur on April 3, 2006,

3  THE PARTIES THEREFORE STIPULATE and respectfully request that the Court:

(1) Continue the presently set March 13, 2006 hearing date for Defendant's Motion to Dismiss to April 3, 2006, at 9:00 a.m.; Defendant will serve reply papers no later than March 20, 2006;

(2) Advance the April 21, 2006 Joint Case Management Statement deadline to March 24, 2006; and

(3) Advance the presently set May 1, 2006 Case Management Conference to April 3, 2006, at 10:00 a.m.

DATED: February 17, 2006      **PERKINS COIE LLP**

By  /S/
M. Christopher Jhang
Attorneys for Defendant,
Google, Inc.

DATED: February 17, 2006      **ALEXANDER, HAWES & AUDET, LLP**

By  /S/
Ryan M. Hagan
Attorneys for Plaintiffs
CLRB Hanson Industries, LLC,
dba Industrial Printing, and Howard Stern and the
Proposed Class

- 2 -

STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING DATE FOR MOTION TO
DISMISS AND ADVANCING CASE MANAGEMENT
CONFERENCE
CASE NO. 05-03649 JW

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2006.   _____
                              Honorable James Ware
                              United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING DATE FOR MOTION TO
DISMISS AND ADVANCING CASE MANAGEMENT
CONFERENCE
CASE NO. 05-03649 JW

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, Susan E. Daniels, declare: |
| 3 | I am a citizen of the United States and am employed in the County of San Francisco, |
| 4 | State of California. I am over the age of 18 years and am not a party to the within action. My |
| 5 | business address is Perkins Coie LLP, 180 Townsend Street, 3rd Floor, San Francisco, California |
| 6 | 94107-1909. I am personally familiar with the business practice of Perkins Coie LLP. On |
| 7 | February 17, 2005, I served the following document(s): |
| 8 | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR MOTION TO DISMISS AND ADVANCING CASE MANAGEMENT CONFERENCE** |

by placing a true copy thereof enclosed in a sealed envelope addressed to the following parties:

| | |
|---|---|
| William M. Audet, Esq.<br>Ryan M. Hagan, Esq.<br>Jason Baker, Esq.<br>ALEXANDER, HAWES & AUDET, LLP<br>152 North Third Street, Suite 600<br>San Jose, CA 95112<br>Tel: (408) 289-1776; Fax: (408) 287-1776 | Attorney for Plaintiffs and<br>the Proposed Class |
| Lester L. Levy, Esq.<br>Michele F. Raphael, Esq.<br>Renee L. Karalian, Esq.<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, NY 10022<br>Tel: (212) 759-4600; Fax: (212) 486-2093 | Attorney for Plaintiffs and<br>the Proposed Class |

<u>XXX</u>   (By Mail) I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Perkins Coie LLP.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed at San Francisco, California.

DATED: February 17, 2005.                    /S/

                                                                                                                   Susan E. Daniels

Proof of Service