1  DAVID T. BIDERMAN, Bar No. 101577
   JUDITH B. GITTERMAN, Bar No. 115661
2  M. CHRISTOPHER JHANG, Bar No. 211463
   **PERKINS COIE LLP**
3  180 Townsend Street, 3rd Floor
   San Francisco, California  94107-1909
4  Telephone:  (415) 344-7000
   Facsimile:  (415) 344-7050
5  Email: DBiderman@perkinscoie.com
   Email: JGitterman@perkinscoie.com
6  Email: CJhang@perkinscoie.com

7  Attorneys for Defendant Google, Inc.



8

9                     UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

12 | CLRB HANSON INDUSTRIES, LLC d/b/a    | CASE NO.  C O5-03649 JW
   | INDUSTRIAL PRINTING, and HOWARD
13 | STERN, on behalf of themselves and all others | **STIPULATION AND [PROPOSED]
   | similarly situated,                    | ORDER CONTINUING HEARING
14 |                                        | DATE FOR MOTION TO DISMISS
   |                Plaintiffs,             | AND ADVANCING CASE
15 |                                        | MANAGEMENT CONFERENCE**
   |        v.
16 |                                        | *(Santa Clara Superior Court
   | GOOGLE, INC.,                          | Case No. 1-05-CV-046409)*
17 |
   |                Defendant.
18

19
        WHEREAS, on November 14, 2005, plaintiffs CLRB Hanson Industries, LLC, dba
20
   Industrial Printing, and Howard Stern ("Plaintiffs") filed their First Amended Complaint against
21
   defendant Google, Inc. ("Defendant"),
22
        WHEREAS, on January 3, 2006, Defendant filed a Motion to Dismiss Plaintiffs' First
23
   Amended Complaint and noticed a hearing date for March 6, 2006,
24
        WHEREAS, on January 5, 2006, the Court ordered, pursuant to the parties' stipulation,
25
   that the Joint Case Management Statement deadline be continued to April 21, 2006, and the initial
26
   Case Management Conference be set for May 1, 2006,
27

28 **STIPULATION AND [PROPOSED] ORDER
   CONTINUING HEARING DATE FOR MOTION TO
   DISMISS AND ADVANCING CASE MANAGEMENT
   CONFERENCE
   CASE NO. 05-03649 JW**                                                        BY060470.037

1    WHEREAS, on January 31, 2006, the Court, on its own motion, continued the hearing
2 date for Defendant's Motion to Dismiss to March 13, 2006,

3    WHEREAS, the parties agree that judicial economy and efficiency would best be served
4 by combining the hearing date for Defendant's Motion to Dismiss and the initial Case
5 Management Conference, setting both to occur on April 3, 2006,

6    THE PARTIES THEREFORE STIPULATE and respectfully request that the Court:

7    (1) Continue the presently set March 13, 2006 hearing date for Defendant's Motion to
8 Dismiss to April 3, 2006, at 9:00 a.m.; Defendant will serve reply papers no later than March 20,
9 2006;

10    (2) Advance the April 21, 2006 Joint Case Management Statement deadline to March 24,
11 2006; and

12    (3) Advance the presently set May 1, 2006 Case Management Conference to April 3,
13 2006, at 10:00 a.m.

14 DATED: February 17, 2006            **PERKINS COIE LLP**

                                      By  _____/S/_____
16                                        M. Christopher Jhang
                                          Attorneys for Defendant,
17                                        Google, Inc.

18 DATED: February 17, 2006            **ALEXANDER, HAWES & AUDET, LLP**

                                      By  _____/S/_____
20                                        Ryan M. Hagan
                                          Attorneys for Plaintiffs
21                                        CLRB Hanson Industries, LLC,
                                          dba Industrial Printing, and Howard Stern and the
22                                        Proposed Class

- 2 -

**STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING DATE FOR MOTION TO
DISMISS AND ADVANCING CASE MANAGEMENT
CONFERENCE
CASE NO. 05-03649 JW**

1
2
**O R D E R**

3       PURSUANT TO STIPULATION, IT IS SO ORDERED.

4
5   DATED:  February 21 , 2006.              _____
                                              Honorable James Ware
6                                             United States District Court Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
                                        - 3 -
   STIPULATION AND [PROPOSED] ORDER
28 CONTINUING HEARING DATE FOR MOTION TO
   DISMISS AND ADVANCING CASE MANAGEMENT
   CONFERENCE
   CASE NO. 05-03649 JW

**PROOF OF SERVICE**

I, Susan E. Daniels, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Perkins Coie LLP, 180 Townsend Street, 3rd Floor, San Francisco, California 94107-1909. I am personally familiar with the business practice of Perkins Coie LLP. On February 17, 2005, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR MOTION TO DISMISS AND ADVANCING CASE MANAGEMENT CONFERENCE**

by placing a true copy thereof enclosed in a sealed envelope addressed to the following parties:

| | |
|---|---|
| William M. Audet, Esq.<br>Ryan M. Hagan, Esq.<br>Jason Baker, Esq.<br>ALEXANDER, HAWES & AUDET, LLP<br>152 North Third Street, Suite 600<br>San Jose, CA 95112<br>Tel: (408) 289-1776; Fax: (408) 287-1776 | Attorney for Plaintiffs and the Proposed Class |
| Lester L. Levy, Esq.<br>Michele F. Raphael, Esq.<br>Renee L. Karalian, Esq.<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, NY 10022<br>Tel: (212) 759-4600; Fax: (212) 486-2093 | Attorney for Plaintiffs and the Proposed Class |

<u>XXX</u>   (By Mail)  I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Perkins Coie LLP.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed at San Francisco, California.

DATED: February 17, 2005.                    /S/
                                                                            Susan E. Daniels

Proof of Service

[41063-0023-000000/BY060470.037]