UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | CASE NO: C05-03649 JW **NOTICE OF NEED FOR ADR PHONE CONFERENCE** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| GOOGLE, INC., | ) ) | |
| Defendant. | ) ) ) | |

Counsel report that they have met and conferred regarding ADR and that they:

   __x__ have not yet reached an agreement to an ADR process
   __x__ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference __April 3, 2006__

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Lester L. Levy Michele F. Raphael Wolf Popper LLP | CLRB Hanson Industries, LLC d/b/a Industrial Printing and Howard Stern | (212) 759-4600 | llevy@wolfpopper.com mraphael@wolfpopper.com |
| David T. Biderman Judith B. Gitterman Perkins Coie LLP | Google, Inc. | (415) 344-7000 (310) 788-9900 | DBiderman@perkinscoie.com JGitterman@perkinscoie.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: __March 9, 2006__         /s/
                                              Attorney for Plaintiff

Dated: __March 9, 2006__         /s/
                                              Attorney for Defendant

Doc. 152032