# Exhibit A2

Dockets.Justia.com

☐ Clear your browser's cache and cookies:
1.      1. Open the Tools menu and select **Internet Options**.
2.      2. On the General tab, in the section labeled **Temporary Internet files**, click on the **Delete Cookies** button and answer OK.
3.      3.      Click on the **Delete Files** button, check the box which reads **Delete All Offline Content** and answer OK. (Please note, if you have not recently cleared your file cache, it may take several minutes for this process to finish.)
☐ Ensure that your browser uses 128-bit encryption for secure connections:
1.      1. Open the Help menu and select **About Internet Explorer**.
2.      2. Verify that the **Cipher Strength** value is 128-bit
☐ Set security settings:
1.      1. Open the **Tools** menu and select **Internet Options**.
2.      2. On the Advanced tab, scroll to the **Security** section and check settings for SSL 2.0, SSL 3.0, TLS 1.0, PCT 1.0.
☐ Add Google.com as a trusted site:
1.      1. Open the **Tools** menu and select **Internet Options**.
2.      2. On the Security tab, click on **Trusted Sites**, then click on the **Sites** button.

☐.3. Add the URL above to the list of trusted sites.
FOR INTERNET EXPLORER (Mac OS X):

☐ Clear your browser's cache:
1.      1. Open the Explorer menu and select **Preferences**.
2.      2. Find the section labeled **Web Browser** and click on **Advanced**.
3.      3.      Find the section labeled **Cache** and click on the **Empty Now** button. (Please note, if you haven't recently cleared your file cache, it may take several minutes for this process to finish.)
☐ Clear your browser's stored cookies:
1.      1. Open the Explorer menu and select **Preferences**.
2.      2. Find the **Receiving Files** section and click on **Cookies**.
3.      3. Select all of the items that appear next to this section and click **Delete**.
☐ Add Google.com as a trusted site:
1.      1. Open the Explorer menu and select **Preferences**.
2.      2. Find the section labeled **WebBrowser** and click on **SecurityZones**.
3.      3. Find the drop-down menu labeled **Zones** and select **Trusted sites** zone from the menu.
4.      4. Click the **Add Sites** button.
5.      5. In the window which appears, click the **Add** button.
6.      6. Enter the following URL: https://adwords.google.com/
☐.7. Click OK.
FOR NETSCAPE:

☐ Clear your browser's cache and cookies:
1.      1. In the Edit menu, select **Preferences** and click on the **Advanced** drop-down menu.
2.      2.      Select **Cache** and click on the **Clear Cache** button. (Please note, if you have not recently cleared your file cache, it may take several minutes for this process to finish.) Secondly, in the Tools menu, select **Cookie Manager** and **Manage Stored Cookies**. Click on the **Remove All Cookies** button.
☐ Ensure that your browser uses 128-bit encryption for secure connections:
1.      1. Open the Help menu and select **About Netscape**.
2.      2. Verify that it supports 128-bit security.
        Set security settings:
☐.1. In the Edit menu, select **Preferences** and click on the **Privacy & Security** drop-down menu.
☐.2. Select **SSL** and ensure that TLS, SSL Version 2 and SSL Version 3 are checked. FOR MOZILLA/FIREFOX (Windows):
☐ Clear your browser's cache:
1.      1. Open the **Tools > Options** menu and select the **Privacy** tab.
2.      2. Click the **Clear** button next to **Cache**.
☐      Clear your browser's cookies:
1.      1. Open the **Tools > Options** menu and select the **Privacy** tab.
2.      2. Click the **Clear** button next to **Cookies**.
☐      Set security settings:
1.      1. Open the **Tools > Options** menu and select the **Advanced** tab.
2.      2. Scroll to the **Security** section and ensure that SSL 2.0, SSL 3.0, and TLS 1.0 are all enabled.
☐      Add adwords.google.com as a trusted site:
1.      1. Open the **Tools > Options** menu and select the **Privacy** tab.
2.      2. Click on the **Cookies** section and then on the **Exceptions** button.
☐.3. Enter http://adwords.google.com in the text field and click the **Allow** button. FOR FIREFOX V. 1.0 (Mac OS X):
☐      Clear your browser's cache and cookies:
1.      1. Open the Firefox menu and select **Preferences**.
2.      2. Click on the **Privacy** tab.
3.      3.      Find the line labeled **Cache** and click on the **Clear** button. (Please note, if you have not recently cleared your file cache, it may take several minutes for this process to finish.)
4.      4. Find the line labeled **Cookies** and click the **Clear** button.
☐      Set security settings:
1.      1. In the Firefox menu, select **Preferences**.
2.      2. Click on the **Advanced** tab and find the **Security** section.
3.      3.      Click on the **Triangle** next to **Security** and verify that the checkboxes next to all of the following are checked: Use SSL 2.0, Use SSL 3.0, Use TLS 1.0.

https://adwords.google.com/support/bin/index.py?fulldump=1 (41 of 116)8/2/2005 8:35:12 AM

I can Log in to my account. What's wrong?

Please try this troubleshooting checklist of solutions to common login problems.

**Correct password?** The password field is case sensitive, so check to see if you are using the correct capitalization. If you're unsure about or have forgotten your password, you can choose a new one by clicking **Forgot your password?** on the AdWords home page.

**Extra spaces in login?** Our login system is space sensitive as well as case sensitive, so be careful not to enter any extra spaces before or after your login information.

Correct email address? Make sure you're using the email address you provided during the Google AdWords account set-up process. Is it possible you used an alternate address by mistake?

If you have a Google AdSense account, changes in your AdSense login information (email address and password) will also update your AdWords login information. If you have recently changed your AdSense login information, please try logging in to AdWords with the updated information.

If you continue to have trouble logging in to your account, please contact us and provide as much detail as you can, including any error messages you may be receiving.

**I forgot my password. Now what?**

If you've forgotten your current password, you can reset the password for your account online; to protect everyone's security, we don't retrieve or email passwords.

Here's how to reset your password:

1.  1. Click **Forget your password?** below the login box on the Google AdWords home page.
2.  2. This will take you to the **Password Reset** page. Enter your email address to confirm your identity.
3.  3. Click **Enter**.
4.  4.        You'll be emailed a link that will allow you to temporarily access your AdWords account and to choose a new password.
Please note that this link will only work once; if you're still unable to log back into your account, you'll need to repeat the above steps.

Please note, if you have a Google AdSense account that shares the current login email address of your AdWords account, changing your AdWords login information will also update your AdSense login information.

**What if my AdWords account does not reflect my latest bank transfer?**

It can take 5-10 business days for Google to receive your transfer. The timing of a given transfer depends on your local bank processes, so please be patient. If we don't display your funds in your AdWords account after at least two weeks,

·   •   Check that the transfer amount has been withdrawn from your bank account. If it hasn't, please check with your bank.
·   •   Please contact us. If the money has been withdrawn from your bank account. We may then ask you to send us the bank statement that includes your bank transfer as a proof of payment. We'll then work with our third party payment processor to investigate.
·   •   Confirm with your bank that your money was sent to the current receiving address that was provided in your payment instructions.

**Why have I received a credit to my account?**

The AdWords Discounter reduces your actual cost-per-click (CPC) based on your ad's clickthrough rate (CTR). From January 14th to February 17th, 2005, we incorrectly predicted the CTR for a small number of ads created during this period; therefore, some ads didn't receive their full discount. We've corrected the problem and credited the price difference to affected advertisers' accounts. You can see this credit as a line item on your AdWords account Billing Summary page.

https://adwords.google.com/support/bin/index.py?fulldump=1 (42 of 116)8/2/2005 8:35:12 AM

**What if I am automatically logged out of my account?**

The Google AdWords system is designed to log users off after a set period of inactivity. It does this to both maximize the speed and efficiency of the system
and to protect the security of individual accounts.

There are several possible solutions to this problem. You can reconfigure your proxy so that is does not use multiple IP addresses, use a different proxy, or stop using a proxy server to access the Internet.

If you are using the Internet Explorer browser and your session is expiring, please follow the instructions below.

1.  1. With Internet Explorer open, click 'Tools' on the top bar.
2.  2. In the menu, choose 'Internet Options.'
3.  3. Click on the 'Connections' tab.
4.  4. Click on the 'Settings' button.
5.  5. Click the 'Advanced' button.
6.  6.        In the box titled 'exceptions,' under 'Do not use proxy server for addresses beginning with:' type 'https://' (without the single quote marks). This should allow you to edit your AdWords account without session expirations.

If this does not work, the firewall for your network might be the problem. If you are using an HTTP proxy, and that proxy uses multiple IP addresses when connecting to external sites (like AdWords), then your session will expire every time you access the site.

**What if I don't see my conversion statistics in my reports?**

There may be several reasons why your conversions are not showing in your reports. Check the following conditions:

☐    • Make sure that the conversion code has been placed on your website.
     • Navigate to the conversion confirmation page on your website.
     • Make sure that you can see the Google Site Stats text on that page.
     • Check that the conversion code is on the correct page. Remember that you need to place the code on the conversion confirmation page-when a user reaches this page, there should be no way to back out from the conversion. If you put it on a previous page, Google may report conversions for users who leave your site before actually completing a conversion.
     • Check again after more time has elapsed. The reports may not have been updated yet with your conversion(s) - this can sometimes take up to 24 hours.

**How do I restore my campaign to full delivery?**

Our performance monitor continuously reviews accounts; if we find that your account has continued to experience poor performance, we will notify you via email. We will also slow the delivery of ads for your in trial keywords so that you don't have to pay for additional untargeted clicks that are unlikely to convert to sales. To restore full delivery, edit your ad and keyword list and click the Restore Full Delivery button at the top of your campaign summary page.

Please note that the Google AdWords automated performance monitor will continue to review the clickthrough rate (CTR) of your keywords, so if your targeting improvements don't work out, you will receive another email. If you need to restore full delivery a third time, you will be charged a nominal reactivation fee. Learn more

**Why has my account been slowed? What do I need to do?**

Here are some common questions and answers about slowing.

**What is slowing?** Slowing is our system's way of alerting you to keywords which aren't performing well and which may be hampering your campaign's overall effectiveness. When our system determines that a keyword has a very low clickthrough rate (or CTR), your ad will begin to appear only rarely on searches for those keywords. You'll see a message in your account to alert you of this.

**What's the point of slowing?** Slowing gives you the time to revise keywords so they'll perform better, or to identify and delete keywords that simply aren't reaching the audience you want. It also allows you to refine the text of the ad(s) in the campaign to better match your keywords. To read more about how to improve keywords and ads for maximum performance, see the AdWords optimization tips.

**OK, I've revised my keywords. What now?** Once you've revised or deleted any underperforming keywords, and reviewed your ad text, click the Restore Full Delivery button on your Campaign Management page. This will return your campaign to normal delivery.

If your campaign continues to perform poorly we will slow delivery again to give you more time to re-edit your keywords and advertisements. A nominal reactivation fee will be charged for every third time you restore full delivery in this manner.

**Why do you charge a fee every third time I reactivate my account?** The reactivation fee exists to encourage you to optimize your campaigns before restoring normal delivery. Otherwise, advertisers might simply keep restoring normal delivery with underperforming keywords until those keywords are disabled. That results in a poor experience for them and for users.

**I don't care how poorly my ad performs. Why don't you just let me run on every keyword I want?** AdWords works best for everyone, users and advertisers alike, when the ads are highly relevant to the keywords of a search or of a given content page. Slowing is a way for us to alert you to ads which aren't highly relevant and probably could be giving you better results. Ultimately, underperforming keywords will be completely disabled, so slowing is a useful way to help advertisers improve keywords before they reach that point.

For more on the topic of slowing, please visit the Minimum CTR and Performance Monitor page.

**What if I don't see the conversion tracking text on my confirmation page?**

View the page source and make sure that you see the conversion code on the page (marked with a < ! -- Google conversion code --> comment tag). To do this, select View > Source in your browser menu.

**What does it mean when the Traffic Estimator displays '<0.1'?**

The Traffic Estimator includes samples of historical ad performance (for your ads and other ads using similar keywords) in its calculations.

If you see '<0.1' in the Clicks / Day field, the Traffic Estimator has determined, based on this sampling, that your ad will likely not garner impressions or receive clicks on any search results page or other ad space. Generally speaking, this occurs when the combination of various factors such as your maximum cost-per-click (CPC) and clickthrough rate (CTR) aren't sufficient to earn an ad position.

In this situation, you may wish to increase your CPC and improve your CTR until you reach your desired results.

**Why was my credit card declined?**

Generally, payments are declined if our billing system is unable to verify the billing information you've submitted. Here's a troubleshooting checklist of possible causes:

- **Incorrect Credit Card Number:**
  Have you canceled the credit card we have on file for you and not yet entered your new credit card information?
- **Incorrect expiration date:**
  Please check the expiration date on your credit card. If your card expires, you must update your AdWords billing information when you receive a new card with a new expiration date.
- **Incorrect billing address and phone number:**
  Be sure to keep your telephone number and billing address current. If the address and phone number listed in your AdWords account do not match those associated with your credit card, our system will not be able to process your charges.
  - **Incorrect business information:** Be sure you've selected your **Primary Business Type** from one of the drop-down menus on the User Preferences page (under the **My Account** tab). Your billing information will be considered incomplete unless you've made a selection.
  - **Credit limit reached:**

    You may have reached your daily or total credit card limit on the day we attempted to charge your card. Your
    credit card must have enough available credit to cover your monthly advertising budget. If your card does not
    have enough credit, you'll need to decrease your daily budget, or enter a new credit card with a higher credit
    limit. You may need to contact the issuing bank to determine the credit limits on your credit card. You can update your billing information at any time. If you still cannot successfully submit your credit card information, contact the card-issuing bank for details about why they have declined the particular transaction.

**I can see my ad, but I can't see my site in the Search results. Why?**

Google AdWords advertising is separate from and unrelated to the ranking and inclusion of your site in Google's search results. For more information about how websites are listed in our search results, please visit our Webmaster FAQ.

**Why are my keyword traffic estimates low?**

When you access the Traffic Estimator and analyze your keywords, you'll see, among other information, the approximate ad position and number of clicks you might receive each day. By simply increasing your maximum cost-per-click (CPC), you can often improve your results. However, you may encounter situations where increasing your CPC has little effect on your estimates. This may occur for the following reasons:

**Historical ad performance**

The Traffic Estimator includes samples of historical ad performance (for your ads and other ads using similar keywords) in its calculations. If the overall clickthrough rate (CTR) for this sampling is consistently low, you'll see lower click estimates reflected in the displayed estimates. In this situation, you may wish to improve your CTR, which will, in turn, increase your estimates in the future.

**Query analysis**

In order to provide accurate traffic estimates, the AdWords system monitors keyword and search query patterns. Any low estimates you receive may be due to a lack of queries for your specific keyword or keyword phrase.

In this situation, you may wish to try different keywords or keyword combinations. To do so, please access

our keyword tool. (You can also get ideas for additional keywords by clicking alternate keywords to the right of your traffic estimates.)

**Google Network policies**

Search and content partners on the Google Network have different policies governing what types of ads may appear on their pages or products. For example, some search and content partners only accept family-safe ads. The traffic estimator accounts for these policy variations among Google Network partners, and displays estimates accordingly. Therefore, while advertising on the Google Network can increase your exposure to new qualified prospects, you may not necessarily see a significant change in traffic estimates.

https://adwords.google.com/support/bin/index.py?fulldump=1 (44 of 116)8/2/2005 8:35:12 AM

What does it mean when the Traffic Estimator displays a '-' symbol?

The Traffic Estimator includes samples of historical ad performance (for your ads and other ads using similar keywords) in its calculations.

If you see a '-' instead of a numeric value in the Position field, the Traffic Estimator has determined, based on this sampling, that your ad will likely not garner impressions on any search results page or other ad space. Generally speaking, this occurs when the combination of various factors such as your maximum cost-per-click (CPC) and clickthrough rate (CTR) aren't sufficient to earn an ad position.

In this situation, you may wish to increase your CPC and improve your CTR until you reach your desired results.

I keep being sent back to the login page. Why?

If your web browser blocks cookies from Google.com, you may experience difficulty staying logged in to your Google AdWords account. To allow cookies from Google, follow the instructions below.

In Internet Explorer:

1.     1. Click on the Tools menu and select Internet Options.
2.     2. In the resulting dialog box, select the Privacy tab and click on the Edit button near the bottom of the window.
3.     3. In the field labeled Address of Web site enter 'google.com' (without the quotes).

☐.4. Click the Allow button followed by OK until you return to the main browser window. In Netscape:
1.     1. Click on the Tools menu, select Cookie Manager and 'Manage Stored Cookies.'
2.     2. Click on the Cookie Sites tab.
3.     3. In the field labeled Manage sites that can... enter 'google.com' (without the quotes).
☐.4. Click on the Allow button followed by Close to return to the main browser window. In Mozilla FireFox:
1.     1. Click on the Tools menu and select Options.
2.     2. Click on the Privacy icon and select Cookies.
3.     3. Click on the Exceptions button.
4.     4. In the field labeled Address of website enter 'google.com' without the quotes.
5.     5. Click on the Allow button followed by OK until you return to the main browser window.

Why can't I run or deliver a report for strong, moderate, at risk or slowed keywords?

Recent changes to the AdWords keyword evaluation process may affect reports you created previously in your Report Center. The keyword states 'strong,' 'moderate,' 'at risk,' and 'slowed' were phased out as part of our ongoing efforts to streamline our keyword evaluation process and help our users find exactly what they're looking for.

Because of this change, some older scheduled and on-demand reports will no longer return accurate results. For example, if your regularly-scheduled report included 'at risk' keywords as a parameter, that report won't run properly because 'at risk' keywords no longer exist.

Here's how to see which of your reports may have been affected:

1.     1. Log in to your AdWords account.
2.     2. Click the Reports tab at the top of the page.
3.     3. Click Download Center on the Reports tab.

Any reports affected by this change will be marked with a notification alert at the top of the page. We recommend that you create entirely new reports

based

on the new keyword states, and delete the affected reports.

To create a new report:

1.      1. From the Download Center, click Create Report on the Reports tab at the top of the page.

2.      2. Select a report type from one of the options to the left, click the link, and follow the instructions to create your new report. We apologize for any inconvenience this may have caused.

**Helpful Links**

- More about reports.
- More about smarter keyword evaluation.
- More about the new keyword status.

**Why can't I see more results in My Change History?**

The My Change History tool displays changes to your AdWords account over the last three months. The tool may display incomplete results in the following cases:

- If you request data for a time period that goes beyond three months prior to today's date.
- If no changes were made to your account for the time period that you selected. We're working to make more information available to you, and we appreciate your patience in the meantime.

https://adwords.google.com/support/bin/index.py?fulldump=1 (45 of 116)8/2/2005 8:35:12 AM

**System Maintenance**

The feature you're trying to access is temporarily unavailable due to routine system maintenance. We expect to complete this maintenance within 24 hours. Please check back at that time.

We       apologize       for       any       inconvenience       this       may       cause.


**My ads are live—now what? : Troubleshooting my account : Troubleshooting my ads**

**How can I find out whether my ads are showing?**

The Ads Diagnostic Tool can report the ad position for active keyword-targeted ads, and identify why a particular ad or group of ads may not be showing. In those cases where an ad is not shown, this tool provides recommended steps to help you get your ads up and running.

You can access the tool via the following steps:

1.      1. Log into your AdWords account.
2.      2. Click Tools beneath the Campaign Management tab.
3.      3. Click Ads Diagnostic Tool.
4.      4. Enter information for either Option 1 or Option 2:

      **Option 1: Search Terms and Parameters**

      Use this option if you're concerned about all ads within your account that should be appearing for a specific search term. Specify the keyword query, the Google domain, the display language, safe search setting, and user location.

      **Option 2: Search Results Page URL**

      Use this option if you're concerned about a particular search results page that you believe should be showing one of your ads. Copy and paste the URL from the address bar on the search results page where your ad should be showing.

      5. Click Continue when you are finished. Site-targeted ads can't be diagnosed with this tool at this time.

**How do I renew all of my disapproved ads?**

The Disapproved Ads tool within your AdWords account allows you to easily check the status of your disapproved ads and find out why they were disapproved. You'll still receive emails from our AdWords Specialists regarding all disapproved ads; however, this tool will also be available for you to review your ad disapproval status at any time.

With this tool, you'll be able to review the ad, its location, the reason for disapproval, suggestions from our AdWords Specialists, and the date your ad was disapproved. At this time, the tool does not reflect the status of approved or pending ads, or keywords for your account.

To access the Disapproved Ads tool, please do the following:

1.      1. Log into your AdWords account.
2.      2. Click 'Tools' on the Campaign Management tab.
3.      3. Click Disapproved Ads under the *Analyze Your Ad Performance* section.
4.      4. To edit an ad, click the Edit ad link in the far right-hand column. You'll be able to edit your ad from its corresponding Ad Group; once you save your ad, it will automatically be submitted for review by our AdWords Specialists.

Tips:

-Click **Details** in the Disapproval Reason column to learn more about why your ad was disapproved.

- If your ad belongs to a paused or deleted campaign or Ad Group, this status will be included in the Campaign or Ad Group columns. In this case, you won't be able to make edits. However, you can click 'View ad' to review the ad text.

-To remove ads from this page (but not actually remove them from your account), use the Ignore function at the top of the table. You can also use the drop-down box to view disapproved ads for: *Show all campaigns, Show only active campaigns, Show all but deleted campaigns.*

How can I make sure my ads appear on the Google Network?

 1.     **Check your ads. They must adhere to our Editorial Guidelines.** Ads will not run on the Google Network until they've been reviewed by our AdWords Specialists, so please ensure that you meet the standards in the
        Editorial Guidelines. You may notice your ads appearing on Google before they appear on AOL or other network sites because of this review process. To learn how to edit your ads, click here.
2.      2.     **Increase your daily budget.** If your ads qualify for the Google Network, you can expect more people to see your ads and more clicks to come your way. Make sure that you get the exposure you want by increasing your

https://adwords.google.com/support/bin/index.py?fulldump=1 (46 of 116)8/2/2005 8:35:12 AM

   daily budget. Increasing your daily budget maximizes the number of impressions your ads receive. To learn how to increase your daily budget, click here.
1.      3.     **Increase your maximum cost-per-click (CPC).** The position of your keyword-targeted ads is determined by various performance factors including: maximum cost-per-click (CPC), clickthrough rate (CTR), and ad text. You may want to increase your CPC to help improve your ad's position. AOL only displays the top three Google AdWords ads on any given page, so raising your CPC increases your chance of consistently appearing on all advertising network sites. To learn how to increase your CPC, click here.
2.      4.     **Increase your clickthrough rate (CTR).** As mentioned above, your ad's position is partly determined by your CTR, so be sure your ads are optimized and ranked high enough to appear on AOL. You can increase your CTR by refining your ad text, using keyword matching options, and using the keyword tool to refine your keywords. To learn more about how to increase your CTR, visit our Optimization Tips page. You can also learn how to proactively monitor your keywords.
3.      5.     **Increase your maximum CPM.** If you're running site-targeted campaigns with cost-per-impression (CPM) pricing, increasing your maximum CPM should increase your visibility on the Google Network. To learn how to increase your CPM, click here.
4.      6.     **Check your distribution preference.** Make sure you haven't already opted out of the Google Network. To learn how, click here.
5.      7.     Finally, some Google Network partners may restrict advertising based on their own policies regarding content. As a result, one or more of your ads may not appear on these sites.

What should I do if I follow the Ads Diagnostic Tool instructions and I still can't see my ad?

The suggestions supplied by the Ads Diagnostic Tool were compiled based on our ongoing support experience with advertisers within the program. While these recommendations are generally applicable to all advertisers, we understand that you may still experience some difficulty getting your ad up and running after following these suggestions.

Please contact our support team and we'll be happy to assist you with your account. In your message, please include a list of the ad(s) and keywords you are concerned about, and include the campaign name and Ad Group where each is located. An AdWords Specialist will research your concern(s) and contact you with reasons and solutions for your particular case.

**What information does the Ads Diagnostic tool take into account?**

The Ad Diagnostics tool reviews data specific to each query and its related ad(s) based on all available account data at the time you run the ad diagnostics report. Like the statistics available for your campaigns and Ad Groups, reporting is not real-time and may not reflect data received in the last three hours. Please note that using this tool will not generate additional impressions for your ads.

If there are other factors within your account affecting the query and ad diagnosed, this information will be included in the diagnostic results. Details that may impact your ad delivery for a particular query will only be included from active campaigns, Ad Groups, and keywords. Currently, the data reviewed is specific only to those ads you have targeted to the Google search network.

Reported issues for a particular ad and its related keywords may include any aspect related to ad creation and your account settings. Examples include ad and keyword approval status, cost-per-click (CPC) and budget price settings, ad and keyword performance, ranking status, geo-targeting settings, etc.

**Why can't I see any regionally-targeted ad?**

Sometimes we're unable to obtain internet protocol (IP) information for some searchers, especially those using internet service providers (ISPs) that employ proxy servers. Because we can't determine the searcher's location in these cases, we'll show nationally-targeted ads instead of regionally-targeted ads.

## AdWords billing & payments

**Does the minimum CPC vary by location?**

You assign a maximum cost-per-click (CPC) for each Ad Group and/or keyword in your AdWords account. Similar to bidding in an auction, the maximum CPC you enter should be the most you are willing to pay per click. Likely, you'll pay less-we adjust your price per click based on your nearest competitors. The lowest amount you could bid and pay within the AdWords pricing model is the minimum CPC, which varies based on the country in which your ad is shown. To learn more about the minimum CPC in your target location, visit our form of payment finder.

There are two possible minimum CPC amounts:

**Global Minimum CPC:** The minimum CPC required to potentially show your ads in all AdWords target countries. The minimum CPC may be lower in certain locations (local minimum CPC).

**Local Minimum CPC:** A reduced, location-specific minimum CPC for ads targeting China and Poland, and for advertisers with billing addresses in China or Poland. Only these advertisers can enter the local minimum CPC as the maximum CPC for an Ad Group.

Keep in mind that selecting the local minimum CPC as your maximum CPC may prevent your ads from showing in all of your chosen target countries. To show your ads in countries other than China and Poland you must bid at least the global minimum CPC.

https://adwords.google.com/support/bin/index.py?falldump=1 (47 of 116)8/2/2005 8:35:12 AM

As always, the AdWords Discounter will automatically adjust your CPC to the minimum amount needed to maintain your ad's position. That means, based on the location of your customer, you may still pay as little as US$0.02 to show your ad.

Here's an example of how these two minimum CPC values work:

Your billing address is in China, and you set up a campaign that targets China. Because China has a local minimum CPC, you can enter bids as low as USD $.02 per click. Suppose you then change the country targeting of your campaign to include the United States. To target the US, you will need to bid at least USD$.05 in order for your ads to show. It is still possible that you will pay as little as USD$.02 per click from users located in China because the AdWords Discounter will automatically adjust your CPC based on the location of the user.

AdWords billing & payments : **My billing address is in the European Union**

Yes. As of July 1, 2003, all AdWords accounts with European Union (EU) business addresses became subject to Value Added Tax (VAT) charges. In addition, as of January 22, 2004, all EU advertisers moved from being an advertiser with Google Inc. (United States headquarters) to being serviced and billed by Google Ireland Ltd (EU).

Advertisers with a business address in the EU, but outside of Ireland, may self-assess VAT at their Member State's local rate if they are using Google AdWords for business purposes.

New advertisers are asked to provide VAT information during the account set-up process. If you're a current advertiser and already registered for VAT in an EU Member State, please follow the steps below to update your VAT information:

- .Log in to your AdWords account.
- .Select the **My Account** tab.
- .Click **Billing Preferences** (located just below the tabs).
- .Locate 'VAT Information' and click **Edit**.
- .Fill out the fields in the **VAT Information** section.
- .Click **Save Changes**.

**Online Advertisers: Irish Billing Addresses**
Google Ireland Ltd. charges your account at the current Irish VAT rate, so you do not need to self-assess your VAT charges. Please note that the Irish VAT rate is subject to change per the Irish government's discretion.

If you do not provide Google with a valid VAT registration number, Google will still charge your account, including the initial activation fee, at the current Irish VAT rate. Please note that the Irish VAT rate is subject to change per the Irish government's discretion.

**Online Advertisers: EU Billing Addresses (Outside of Ireland)**
If you use Google AdWords for business purposes and have an EU business address outside of Ireland, you may self-assess your VAT charges at your EU member country rate. Google will not add VAT to your costs if you declare that you use Google AdWords for business purposes, and your business address is in the EU but outside of Ireland. You can learn more about EU VAT registration at: http://europa.eu.int/

If you do not declare that you use Google AdWords for business purposes, Google will charge your account, including the initial activation fee, at the current Irish VAT rate instead of your EU Member State's rate in accordance with Irish VAT regulations. Please note that the Irish VAT rate is subject to change per the Irish government's discretion.

We understand that online transactions require trust. In particular, we take billing and credit card security very seriously. If you have refund or credit requests
or concerns about your account charges, whether they're related to security issues or not, please let us know.

However, because email is not a secure means of communication, please do not email us your credit card number or account password. We should be able to resolve the issue without this information. Please do provide us with your account's email address and as much other information as possible regarding the matter. An AdWords Specialist will review your email and work to reach a solution as quickly as possible.

If you contact us with a billing concern, we may temporarily suspend your ads so you don't accrue further charges. We may also suspend your ads if we have trouble processing charges for your account.

In order to reactivate the account, we ask that you please re-submit or update your payment information in order to process your charge. Once we've processed your payment, your campaigns will automatically be re-enabled.

https://adwords.google.com/support/bin/index.py?falldump=1 (48 of 116)8/2/2005 8:35:12 AM

Refunds (if any) are at the discretion of Google and only in the form of advertising credit on www.google.com. Please contact your credit card issuer for information on additional rights granted to you as part of your cardholder agreement.

**Who can I contact with VAT questions?**

For technical questions about VAT registration in EU Member States or VAT reimbursements you should consult your tax adviser.

For general questions about how VAT affects your Google AdWords account, you can Contact us.

## AdWords billing & payments : AdWords account costs

**How do I compute the cost of my ads?**

With cost-per-click advertising on AdWords, the cost of your campaigns really depends on you — how much you are willing to pay and how well you know your audience. It all boils down to knowing your own goals and letting us know what they are.

.       .       **Set your own limits:** There is a nominal activation fee for Google AdWords. After that, you tell us how much you are willing to pay per click and per day. Please click here for more information on selecting your CPC and daily budget.

.       .       **Start smart:** Don't bid more than you can afford. If you are unsure what to pay per click to acquire a new customer, we help you by giving you cost estimates, specific to your campaign settings, during the sign up process.

.       .       **Grow from what works:** Once you know what works, you can start to build more campaigns and Ad Groups to attract your potential customers. In addition, keyword-targeted ads earn their position based on various performance factors including: maximum cost-per-click (CPC), clickthrough rate (CTR), and ad text. With a strong performance history, you could end up paying less to maintain the position of your ads.

.       .       **Pay less for more results:** Keep in mind that because of our AdWords Discounter and dynamic ranking system based on various factors such as CTR, CPC, and ad text, your actual cost-per-click (what you actually pay per click) is often less than your maximum CPC (what you are willing to spend per click) and often decreases when your ad starts to perform better.

In addition to daily budget, maximum cost-per-click (CPC), and performance, which directly control your costs, keywords and targeting are important factors to consider.

.       .       **Keywords:** We suggest you start off with just a small list of strong keywords and a few different targeted ads. This will help save you money by reducing the number of untargeted clicks, which are unlikely to convert to sales. Using keyword matching options also helps you manage your costs by limiting your ads to the most relevant searches and content pages.

.       .       **Targeting:** Your CPC is based on what your nearest competitors are willing to pay, so targeting your ads to your specific market ensures that you are competing in the right market and paying only what you need to pay. Effective targeting is accomplished through keywords, ad text, and language and country targeting settings.

How do I increase the daily budget for my ad campaign?

To increase the daily budget for an ad campaign:

- Log in to your AdWords account.
- In the Campaign Summary table, select the checkbox(es) next to the campaign(s) you wish to edit.
- Click Edit Settings in the header row of the table.
- Enter the new currency amount(s) in the Daily Budget field(s) on the left side of the Edit Campaign Settings page.
- Click Save All Changes at the top or bottom of the page.

Note: Your daily budget applies to individual campaigns, not your total advertising spend. For example, if you have three ad campaigns, each with US$5.00 daily budgets, your maximum daily advertising spend would be US$15.00.

How do I get my ad in the top position every time?

Google believes strongly in providing high quality and relevant advertising to our users, so Google AdWords does not rank ads solely on cost. There is no way to reserve top placement in the AdWords program.

https://adwords.google.com/support/bin/index.py?fulldump=1 (49 of 116)8/2/2005 8:35:12 AM

Ad placement is based on a combination of various factors such as your maximum cost-per-click (CPC -- how much you are willing to pay per click), clickthrough rate (CTR -- ratio of clicks to how many times your ad was seen), and your ad text. This means that if you earn a higher CTR with better quality ads, you can be rewarded with a lower actual CPC. Our system monitors your competition and performance and automatically charges you the least amount possible.

When do my ads start accruing costs?

Your ads begin running and accruing costs only after you activate your account. When you are ready to activate your account, log in to your account and submit your billing information. Your ads will then appear on Google almost immediately. You'll only be billed after one month or after you reach your first AdWords credit limit.

How do I choose a daily budget for my cost-per-click campaign?

## Choosing a maximum cost-per-click

The pre-filled amount highlighted in blue is our recommended maximum cost per click (CPC). Matching this amount ensures maximum ad exposure and clicks for all of your keywords. Once you have decided on a maximum CPC, click 'Calculate Estimates.'



## Assess your cost, click, and position estimates

The Traffic Estimator returns estimates of how much you might pay per day for the keywords you have chosen. In this example, the average cost per day is US$16.14 with an average CPC of US$1.62. You'll also see the average position of your ad. Here, the average position is 1.5.



| Choose currency and maximum cost-per-click | | | | | |
|---|---|---|---|---|---|
| USD $ | | | Recalculate Estimates | | |
| Traffic Estimator | | | | | |
| | | (USD $) | (USD $) | | |
| dress shoes | 10.0 | $1.62 | $16.14 | 1.5 | suggest keywords / delete |
| | 10.0 | | | | |

You may decide that the Traffic Estimator predicted too many or too few clicks at too high or low a CPC. If so, you can enter a new maximum CPC in the maximum CPC field and click 'Recalculate Estimates.'

You'll now see a new list of estimates. In this example, lowering the maximum CPC to US$1.50 from US$2.41 resulted in an average CPC that was, on average, US$0.86 lower. However, the average position dropped from 1.5 to 2.3 and the average clicks per day dropped as well.

If cost is more important to you, you may choose to go with this recalculated option. If position and exposure are more important, you may try option 1.

| Choose currency and maximum cost-per-click | | | | | |
|---|---|---|---|---|---|
| USD $ | 1.50 | | Recalculate Estimates | | |
| Traffic Estimator | | | | | |
| | | (USD $) | (USD $) | | |
| dress shoes | 8.7 | $0.76 | $6.61 | 2.3 | suggest keywords / delete |
| | 8.7 | | | | |

**How do I close my account?**

You can cancel your Google AdWords account at any time by pausing or deleting all Ad Groups (or campaigns) within your account. Or email the AdWords staff using our contact us form. We'll process your request and send you a confirmation email.

Once you cancel, your ads will stop running and no new charges will accrue to your account. However, we will process any pending charges generated between your last billing and the date your cancellation request was processed. As a result, you may see charges appear on your Billing Summary page after you cancel. Because our billing cycle is 30 days, you may not be billed for those final charges until a few weeks after you cancel.

You'll be able to reactivate your account easily at any time in the future. To do so, just log back into your account and follow the prompts to re-establish your AdWords advertising service.

**Do I pay for every click on my ad?**

With Google AdWords cost-per-click (CPC) pricing, you pay only when someone clicks on your ad. Click here for more information about sources of legitimate clicks.

If you suspect that your ads have been affected by invalid clicks, click here to learn more about AdWords click quality.

**How does Google come up with a recommended daily budget?**

We recommend daily budgets based on historical data for the same or similar keywords as you. We also consider additional factors-such as variations in language and location and Google Network activity.

The daily budget we recommend will ensure your ads appear for all relevant searches, increasing your visibility and reach to potential customers.

Remember, setting your daily budget to the amount we recommend is optional-you're always in full control of your AdWords account. You can edit your campaign's daily budget as often as you'd like, and to whatever amount results in the most appropriate return on investment for you.

**Does it cost extra to show my ads on all of the Google Network sites?**

There is no fee to run your ads on sites and products in the Google Network. Ad distribution is an added benefit of the Google AdWords program, and your ads are automatically eligible.

As with all Google advertising, you only pay for clicks on your ads. You control how much you spend by selecting a maximum cost-per-click (CPC) and daily budget that fit your advertising goals. For more information on AdWords pricing and billing, please click here.

Because ads targeted to content pages are based on the same set of keywords as used in search, the same maximum CPC that you set for your ads also applies for ranking your ads on content pages. Although the average CPC that you pay for contextual advertising may differ from search depending on your competition, you only pay for clicks that you receive, and you will never pay more than your maximum cost per click.

**How does Google keep my campaign below my daily budget?**

Google shows your ads evenly over time so that you reach your daily budget by the end of each day. This keeps your ad from accumulating charges early on and then disappearing for the remainder of the day.

Once you've selected your keywords, you'll see a recommended daily budget. If you set your daily budget to this value, you will maximize your ad's visibility and activity. If your daily budget is lower than the recommended amount, Google will deliver your ads evenly throughout the day to keep your costs at or below your daily budget. Click here to learn how to view and edit your daily budget.

**Will I need to set a different CPC for every keyword?**

No. With Google AdWords, you don't have to worry about this. You can simply set the same maximum CPC for all your keywords, knowing that the AdWords Discounter will charge you the lowest CPC you can be charged while still maintaining your position for each keyword. If you want to assign different CPC values to different keywords, you can simply set up separate Ad Groups with different maximum CPC amounts. You can also use our power posting feature
to assign a different CPC to each of the keywords within an Ad Group.

Other advertising programs require customers to specify a set price for each keyword. This means their customers not only spend more money than necessary, but also must invest a significant amount of time patrolling their keywords in order to reduce costs. For example, if you had set a cost-per-click (CPC) of US$0.91 in order to appear in the top spot, and the advertiser in the second position reduced his or her price from US$0.90 to US$0.70, you would be paying US$0.20 more than necessary to maintain your position.

**How does Google process direct debit payments?**

At this time, the direct debit payment option is only available to AdWords advertisers with bank accounts in certain countries. When you select this payment method, you authorize Google, Inc. and/or its affiliates and their representative bank or payment processor to submit appropriate charges to your bank for deduction from your bank account for services rendered via your Google AdWords account. Google may submit charges without specific notification or confirmation in advance of the charge request.

If you have any other payment concerns, please Contact us. One of our client service specialists would be happy to answer your questions.

**Will you still charge me for clicks if my URL is inaccessible?**

> Google AdWords is designed to give you the power to manage all aspects of your account for maximum performance. Because all accounts are self-managed, it is our advertisers' responsibility to ensure that the destination URL in each ad is accurate. Also, if an advertiser's website is unavailable, the advertiser is free to pause or delete any campaigns for that site.

https://adwords.google.com/support/bin/index.py/full/dump=1 (51 of 116)8/2/2005 8:35:12 AM

By agreeing to participate in the AdWords program, an advertiser provides authorization for charges. You can view the AdWords Terms and Conditions for more information.

**Is image ads pricing different than text ads pricing?**

No. Image ads pricing is the same as text ads pricing. For keyword-targeted ads you may choose a maximum cost per click (CPC) of from US$0.05 to US$100.00. For site-targeted ads you may choose a maximum cost per thousand impressions (CPM) of from US$2.00 to US$100.00. Your daily budget can go as high as you like. You may change your amounts within these ranges at any time, and there's no minimum

spending commitment.

**How often can I change my daily budget?**

Over the course of a single day, you may change your daily budget for each campaign in your account a maximum of ten times. Please note that we

reserve the right to exercise our discretion regarding excessive changes to daily budgets.

**How do I set a monthly budget?**

If you created your AdWords ads yourself, you were asked to set a daily budget when you signed up. To alter your monthly spending, follow the steps listed below to reset that daily number.

If you used Jumpstart to create your AdWords campaign, you were asked to specify a monthly budget. The Jumpstart team divided that number by 30 to determine your daily budget. To change your monthly spending, just revise the daily budget number using the steps below.

1.    1. Log in to your AdWords account.
2.    2. Click the name of the campaign you wish to rebudget.
3.    3. Click Edit Campaign Settings.
4.    4. Set your new daily budget.
5.    5. Click Save All Changes.

For more details, see How do I choose my daily budget?

**Does smart pricing apply to image ads?**

Yes. Remember, image ads are priced, targeted, and ranked in the same manner as AdWords text ads.

## AdWords billing & payments : Payment options

**What are my payment options?**

Google AdWords currently accepts major international credit cards, debit cards, direct debit, and bank transfer payments. Payment options available depend on your country and currency. Visit our payment options page to view all options currently offered.

Please note that the most widely available method of payment is by credit card, such as MasterCard and Visa, accepted internationally, and debit cards. In certain countries where credit cards are not widely used, we also offer direct debit and bank transfer payment methods. Depending on the payment method that suits your locale, you may also have the option to pay for your advertising prior to receiving clicks or impressions (prepay) or afterwards (post-pay).

When you

• Post-pay allows you to pay only after you accrue charges. Your ads run almost immediately after you submit your billing information.

activate your post-pay AdWords account by submitting your billing information, your ads start running. You are then given an initial credit limit that allows your account to run before you pay for any of the activity your ads receive. You are then charged every 30 days or after reaching your credit limit, whichever comes first. If you reach the credit limit within 30 days, we will charge you and raise your credit limit.

• Prepay allows you to pay in advance of receiving any activity. As you accrue advertising charges, we deduct the cost from your prepaid balance. Your ads run almost immediately after we receive your payment. If your account runs out of funds, your ads will stop running until you make another payment, so be sure to regularly check your account balance. To help you keep your account balance up-to-date, we'll email you when your funds run low and when your balance draws down to zero.

**How do I make a payment in your payments?**

To make a payment, please follow these steps:

1.    1. Log in to your AdWords account.
2.    2. Click 'Make Payments' under the 'My Account' tab.
3.    3. Enter the amount of money you would like to pay into your AdWords account.
4.    4.       Click the 'Go' button to generate a one-time reference number and transfer information form with all of the important
information you'll need to initiate a bank transfer.
5.    5. Print or copy down the reference number and additional transfer information provided.
6.    6.       Use the transfer information to initiate a bank transfer from your country. *Please be sure to include your reference number. We will not be able to process your payment without the reference number.*
7.    7.       When we receive the funds and reference number, we'll send you an email and your ads start running (or continue running if you are refreshing your prepay balance).

*Please note that it may take up to ten business days for the funds to reach your AdWords account.*

https://adwords.google.com/support/bin/index.py?fulldump=1 (52 of 116)8/2/2005 8:35:12 AM

**How do I make a payment?**

When you sign up for AdWords, your account will be structured so that most payments happen automatically via credit or debit card.

Google AdWords currently accepts major international credit cards, debit cards, direct debit, and bank transfer payments. Available payment options depend on your country and currency. If you do choose a prepayment option (such as bank transfer or, in Germany, Bankeinzug), you will need to make payments. See How do I make a bank transfer payment? for more information.

To learn more about all forms of payment, see What are my payment options?

**Is there a minimum prepayment amount?**

Yes. For the amount in your currency, please visit our payment options page.

**Can I switch my currency or payment options after setting up my account?**

Once you set up your account and select the currency in which you'd like to be billed, it is not possible to switch to another currency. Please note that the currency you select applies to both billing and payment. That is, if you select US dollars, payment will be requested and accepted only in U.S. dollars. If you would like to change currencies, you will need to close your existing account, and create a new account with your preferred currency. It is important that you close your initial account to remain in compliance with AdWords Terms and Conditions.

To improve the overall AdWords billing experience, we're upgrading AdWords accounts to a new billing system over the next few months. As a result of these upgrades, post-pay advertisers may switch back and forth between available forms of payment (Master Card to Visa, for example). Please visit: https://adwords.google.com/select/ AfpoFinder to view your options.

We look forward to providing you with more payment change options in the future.

**How do I choose the payment method that's right for me?**

First, be sure to review all available payment options. In an effort to accommodate all potential advertisers, we provide as many options as possible. Once you know what is available to you, you can decide what makes sense for you.

Here are facts to consider when making your decision:

☐ .  If you prepay for your account...
.        .        Your ads don't start until we receive your first payment. It may take a couple of weeks for us to receive your payment if you prepay by bank transfer.
.        .        We'll stop running your ads if you run out of funds.
☐ .  If you sign up for post-pay...
.        .        Your ads will start running on Google almost immediately
.        .        We'll stop running your ads if we can't process your payment. Remember to keep your payment information up-to-date.
.        .        Post-pay advertisers may switch back and forth between available forms of payment (Master Card to Visa, for example). Please visit: https://adwords.google.com/select/AfpoFinder to view your options.
.        .        It isn't possible to change from bank transfer to credit card, or vice versa.
.        .        **Always send the payment reference number with your fund transfer.** This number is the only way we can associate your payment with your account. *If you transfer money to us without including the reference number, there is no guarantee that we will be able to apply the funds to your AdWords account.* You must generate a new reference number for each payment you make. If your bank transfer form

does not have a field for a reference number, please enter the number in front of or instead of your name.

. **Google may not be associated with the name of the bank account** to which you are requested to send your money. Google has partnered with a trusted third party to process bank transfers.

. **Bank transfer is not a universally available payment method nor is there a standardized procedure** for all banks. Even banks within the same country may have different procedures for initiating a bank transfer payment.

. **Your bank may charge you a processing fee**, which will be in addition to the amount you send Google.

What do I need to know about bank transfer?

https://adwords.google.com/support/bin/index.py?fulldump=1 (53 of 116)8/2/2005 8:35:12 AM

Google does not reimburse advertisers for any bank-imposed processing fees. If your bank imposes a fee or is unable to complete the transaction, another local bank may be able to provide more suitable options.

. **It can take 5-10 business days for Google to receive your transfer.** The timing of a given transfer depends on your local bank processes.

. **Check your prepaid account balance regularly** to make sure that you don't run out of funds. Make more payments as needed. When your Google AdWords prepayment balance is running low (approximately 7-10 days worth of funds remaining), we'll email you to give you a heads up to make an additional payment. It's possible that your account will run out of funds sooner than 7-10 days from the time we email you, depending on your ads' activity. If your balance hits zero before your payment reaches us, our system automatically stops showing your ads until you make another payment.

Does Google AdWords offer credit terms to customers?

Some advertisers may have the option for billing based on credit terms and monthly invoicing. Typically, these advertisers will have an established payment history for at least three months with the Google AdWords program, and meet our minimum requirements which vary by country.

In order to provide credit terms and monthly invoicing, you must first submit a credit application for review and approval by Google. In some cases, our finance team will request additional financial documentation from you for further consideration. Should Google approve and offer you the billing option of credit terms, you will then need to respond to the email in which you are offered our credit terms billing option. Credit terms are determined at Google's sole discretion. Once you respond to accept the credit terms offered, your account will then be switched from credit card billing to credit terms within 48 hours.

Please note that with the credit terms option, you agree to pay the full balance of your account upon receipt of each monthly invoice. Under these terms, Google reserves the right to suspend or close down your AdWords account if the following occurs: Google does not receive your payment within 15 business days of the monthly invoice date, and/or you exceed your monthly credit limit. If Google has reason to believe that you cannot continue to meet your financial obligations under credit terms, Google has the right to cancel your participation under this billing option. Once you are approved for a maximum credit limit per month, you are responsible for paying Google up to this maximum credit limit should you spend that amount on advertising. Finally, you are solely responsible for maintaining your AdWords program accounts, daily budgets, and daily spend levels.

If I have a prepay account, can I request a refund?

You can request a full refund of your remaining prepaid balance contacting AdWords Support. Once we receive your refund request, we will stop running your ads and email you a confirmation that we have begun processing your refund.

Because our reports are not real-time, there may be outstanding advertising charges that have not yet shown up in your reports at the time of your refund request. We will deduct these charges from your account balance before processing your refund.

Once your refund is processed, your AdWords account balance is set to zero, and all remaining funds in your AdWords account are refunded to your bank account. We will send you an email when the refund has been processed and let you know the final refund amount after deducting any outstanding costs for advertising activity. After the refund appears in your AdWords account, you can make another payment at any time should you choose reactivate your account.

If you are having difficulties with AdWords, you can pause your campaigns on your own and contact us. We are more than happy to work with you to help you resolve your problems without closing your account. You are important to us, and we strive to insure that your experience with AdWords is a positive one. We value your feedback and would appreciate any suggestions you have for us.

Is there a spending commitment or qualifying process?

There is never a minimum spending commitment to run AdWords ads. There is an activation fee for all AdWords accounts, and prepay has a minimum payment limit. Beyond that, you have complete control over the maximum you want to spend per click or impression, and per day. This is the same no matter how you choose to pay for your advertising. You don't need to pre-qualify. You have the freedom to decide if you want to choose prepay or post-pay for your AdWords account. For more details on payment options and associated costs, please visit our payment options page.

How can I ensure that Google receives my bank transfer payment?

To ensure that Google successfully receives your bank transfer payments, we recommend that you follow these guidelines:

**Payment reference numbers**

.    .    In some countries, a bank may ask you to fill out a form to initiate your bank transfer payment. Please write the payment reference number on this form. If there is no field in which to include this number, *simply write the number in front of your name on the form*.

.    .    When sending a payment to Google, please use only one unique payment reference number per payment. For multiple payments, you must *use a different payment reference number for each payment*.

   . Include the unique payment reference number provided by Google along with your payment.
   If you are using a bank to send your payment, make sure that the bank includes this
   payment reference number along with the payment.

**Banks and bank transfers**

.    .    Due to the way the local banking networks are set up in some countries, you may experience limited coverage. This means that not all banks will be able to send a bank transfer payment to the Google-specified bank account in your country. You may need to contact several banks before finding one that can send a bank transfer payment.

.    .    Please note that the exact procedure for initiating bank transfers may differ depending on your country. Even within the same country, different banks may use different procedures for initiating bank transfers.

.    .    Please note that most bank transfers are 5-10 days on their way to Google.

Can I use PayPal (or other) to pay for my AdWords account?

AdWords does not accept online payment processors like PayPal at this time. We gladly accept several credit and debit cards and, where available, direct debit and bank transfers. For more details, see What are my payment options?

Can't get a refund for my prepaid AdWords funds?

If you have prepaid for your AdWords advertising, you can request a refund for the full remaining balance of your account. You will find the refund request form via the 'request refund' link on the 'Make Payments' section of your AdWords account.

It can take up to a week after you request a refund to account for any outstanding advertising activity not yet displayed in your reports. After all outstanding advertising charges post to your account, we'll initiate the transfer of funds to your bank account (sorry, no cash or check refunds) and send you a confirmation email. It can then take an additional couple of weeks for you to receive the funds, due to potential delays in your country's banking network.

After your refund is processed, you may make additional payments to your AdWords account. Your ads will begin running again as soon as we receive a new payment. After we issue a refund, all payments we receive (including payments initiated before a refund request) are considered attempts to reactivate an account.

What if I lose my reference number or want to pay an amount different from what I initially specified?

Don't worry. You are not committed to a payment when you generate a reference number. If you lose the number, simply generate another one. If you decide that you'd like to pay less or more than the amount you entered on your transfer information receipt, you may also do so by generating another reference number.

How do I change my credit card information?

1.    1. Log in to your AdWords account.
2.    2. Select the My Account tab.
3.    3. Click Billing Preferences.
4.    4. Under Payment Details, click edit.
5.    5.    Use the pull-down menu to select your credit card type. (If you are switching to a new card, select the name of the new card.) Enter the new card information. Click Save Changes.

How long do I request a refund?

If you have prepaid for your AdWords advertising, you can request a refund for the full remaining balance of your account. The time it takes for you to receive a refund varies based on local bank networks. Please allow 3-4 weeks for the entire refund process. If, after 4 weeks, your refund payment does not appear in your bank account, please contact us.

Can I cancel a refund request once I make it?

Yes. Contact us within 3-5 days of requesting a refund for your prepaid AdWords account. If we haven't already initiated the transfer of funds to your bank account, we may be able to place a stop on the refund. Remember, refunds are only applied to prepaid AdWords accounts.

AdWords billing & payments : Understanding AdWords billing

When do you bill me?

With the AdWords post-pay option, you pay only for clicks or impressions you've actually received, so you are not billed in advance.

We create an invoice for your advertising charges and bill your account every 30 days, or after a certain amount of advertising charges (as determined by history in the program) accrues. If you run a cost-per-click (CPC) campaign, you accrue charges with every click; for a cost-per-impression (CPM) campaign, you accrue charges each time your ad is shown.

The initial credit limit of $50 is incrementally raised each time an account hits its credit limit before 30 days have ended. The credit limit is first raised to US$200, then to US$350, and then to US$500. The amount invoiced and/or billed may be slightly in excess of the credit limit if an account accrues clicks very quickly.

For advertisers who meet our criteria, we will consider increasing credit limits beyond US$500. Although credit limits cannot be increased in all cases, we are happy to review all such requests. Please note that if you are approved for a credit limit increase beyond US$500, your card will be billed every 30 days or after your new limit is reached.

What are the steps for setting my maximum CPC?

**Choosing a maximum cost-per-click**

The pre-filled amount highlighted in blue is our recommended maximum CPC. Matching this amount ensures maximum ad exposure and clicks for all of your keywords. Once you have decided on a maximum CPC, click Calculate Estimates.



**Assess your cost, click, and position estimates**

The traffic estimator returns estimates for how much you might pay per day for the keywords you have chosen. In this example, the average cost per day is US$16.14 with an average CPC of US$1.62. You'll also see the average position of your ad. Here, the average position is 1.5.



You may decide that the Traffic Estimator predicted too many/few clicks at too high/low a CPC. If so, you can enter a new maximum CPC in the maximum CPC field and click Recalculate Estimates.

You will now see a new list of estimates. In this example, lowering the maximum CPC to US$1.50 from US$2.41 resulted in an average CPC that was, on average, US$0.86 lower. However, the average position dropped from 1.5 to 2.3 and the average clicks per day dropped as well.

If cost is more important to you, you may choose to go with this recalculated option. If position and exposure are more important, you may try option 1.



How and when do I enter my billing information?

You can update your billing information from the **My Account** tab. Your account won't be activated and your ads won't run until you submit your billing information for the first time. (If you are prepaying for your AdWords advertising, your ads will not run until we receive your first payment.) To submit your billing information:

- .Log in to your AdWords account.
- .Click **Billing Preferences** under the **My Account** tab.
- .Complete the account setup process.
- .Click **Save and Activate**.

**Note:** Once your account is activated, any new ads and campaigns you create will begin running immediately on Google. You will not be asked to submit your billing information every time you create a new ad or campaign.

To update billing information on an account which is already running:

- .Log in to your AdWords account.
- .Click the **My Account** tab.
- .Click **Billing Preferences**.
- .Click **edit** in the 'Payment Details' section.
- .Enter your updated billing information.
- .Click **Save Changes** when you are finished.

Can I see what my competitors are bidding?

In a word, no. We don't reveal individual data for any of our users.

However, we do have tools to help you calculate your own bid most effectively.

The AdWords Traffic Estimator will

show you the estimated average ranking of your ad, based on your bid.

Furthermore, the AdWords Discounter automatically adjusts your maximum cost-

per-click (CPC) so you pay only one

cent more than the minimum amount

required to keep your ad's position.

For more about ranking, see How

are ads ranked?.

https://adwords.google.com/support/bin/index.py?fulldump=1 (57 of 116)8/2/2005 8:35:12 AM

**Can I get an invoice?**

Google AdWords does not currently mail or email invoices to most advertisers. However, you can print both an invoice and a receipt for charges to your AdWords account. To print a receipt, please follow the steps below:

1.    1. Log in to your account.
2.    2.    Click the 'My Account' tab to load your billing summary. (If you would like to view the billing summary for a specific date range, please select the appropriate months and years from the drop-down menu at the top of the page once your billing summary has loaded.)
3.    3.    Click 'Payment received' for any line item reflecting a charge to your account. (You can also download your entire billing summary by clicking 'Download as .csv file' immediately above your billing summary information.)
4.    4. Click 'Printable receipt' above the 'Payment Received' box. This will open your receipt in a new window.
5.    5. From your browser menu, select 'File' then 'Print.'
6.    6. From the printer prompt click 'Print.'

To print an invoice, please follow the steps below:

1.    1. Log in to your account.
2.    2.    Click the 'My Account' tab to load your billing summary. (If you would like to view the billing summary for a specific date range, please select the appropriate months and years from the drop-down menu at the top of the page once your billing summary has loaded.)
3.    3. Click the invoice number for any line item reflecting a charge to your account.
4.    4.    Click 'Printable invoice' above the 'Invoice Details' box. This will open om your browser menu, select 'File' then 'Print.'
5.    5. From the printer prompt, click 'Print.'

**If I pause or delete my campaign, when do I get billed?**

After you pause or delete all of your campaigns, you don't accrue any additional charges to your Google AdWords account. However, because the AdWords program bills on a 30-day billing cycle, you may receive a charge up to 30 days after you have paused or deleted your campaigns. You will be charged for any activity that occured before you pause or delete a campaign.

You can verify the accuracy of a charge by adjusting the date range on the campaign summary page of your account to include the dates between your previous invoice and your latest invoice. You'll then see the statistics of clicks and impressions accrued between the selected dates.

**How do I view my paying charges?**

If you have chosen post-pay as your form of payment, you will typically have pending charges. Your pending charges are determined by the amount of activity your ads have received since the last time you were billed. To view pending charges for your campaign:

.       .       Log in to your AdWords account.
.       .       Click the **My Account** tab at the top of the page.
.       .       On the **Billing Summary** page that appears, check your outstanding balance (this reflects the cost of activity since you were last billed).

**Note:** The outstanding balance in your account provides an estimate for upcoming charges for your campaigns. Please note that this amount does not necessarily reflect a delinquent amount, or a final balance. It is likely that the outstanding balance in your account is more than what you are actually charged for that time period; we will deduct overdelivery credits prior to billing your account. All credits and past charges posted to your credit card are also available under the **My Account** tab.

I've been notified that billing for my account has been upgraded. What does this mean?

To improve the overall AdWords billing experience, we're upgrading most AdWords accounts to a new billing system over the next few months. The updated Billing Summary page will continue to reflect detailed information regarding account charges and activity, and will include the following changes:

-Your outstanding balance will now reflect any advertising charges since you were last billed to help you estimate upcoming charges for your campaigns. However, this amount does not necessarily reflect a delinquent amount or a

https://adwords.google.com/support/bin/index.py?fulldump=1 (58 of 116)8/2/2005 8:35:12 AM
final balance due.

-Your ad delivery period will reflect more specific date ranges. Advertising costs will be itemized only for the particular month you are viewing to help make reconciling your charges easier. We recommend that you use the **Advertising Costs** page for each month (which lists your charge details per campaign per month) when reconciling your billing summary.

We hope that these changes help make your review and reconciliation of your AdWords spending simpler.

**Reaching my audience : Reaching certain regions and language speakers**

How can I target my ad campaign by language and location?

**New campaigns (for new AdWords advertisers):**

.       .       From the AdWords homepage, click **Click to begin** under **Sign Up Now.** You'll arrive at the campaign wizard.
.       .       After naming your Ad Group, select your target language(s) from the scroll-down box.
.       .       Now select the radio button beside one of the three location options (Countries, Regions and cities, or Customized)
.       .       Click **Continue.**
□..      Now select your target location(s):
.       .       If you chose the **Countries** option: Select one or more countries from the scroll-down box on the left, then click 'add.' Your selection(s) will appear on the right side of your screen.
.       .       If you chose the **Regions and cities** option: Select your country from the drop-down box, then proceed to add cities or regions below.
.       .       If you chose the **Customized** option: Select your targeting method (either physical

address or latitude and longitude) using the radio buttons. Enter your location information in the appropriate fields. Designate the radius within which you'd like your ads to be shown.

> On this page you also may choose the advanced multi-point option, which allows you to enter coordinates to outline the precise shape and size of your target area.

· · Click **Continue**.
· · Follow the wizard instructions to finish creating your campaign.

### New campaigns (for existing AdWords advertisers):

· · Log in.
· · After naming your new campaign and Ad Group, select your target language(s) from the scroll-down box.
· · Now select the radio button beside one of the three location options (Countries, Regions and cities, or Customized)
· · Click **Continue**.
☐ · Now select your target location(s):
· · If you chose the **Countries** option: Select one or more countries from the scroll-down box on the left, then click 'add.' Your selection(s) will appear on the right side of your screen.
· · If you chose the **Regions and cities** option: Select your country from the drop-down box, then proceed to add cities or regions below.
· · If you chose the **Customized** option: Select your targeting method (either physical address or latitude and longitude) using the radio buttons. Enter your location information in the appropriate fields. Designate the radius within which you'd like your ads to be shown.

> On this page you also may choose the advanced multi-point option, which allows you to enter coordinates to outline the precise shape and size of your target area.

· · Click **Continue**.
· · Follow the wizard instructions to finish creating your campaign.

### Existing campaigns:

· · Log in.
· · Select the checkbox(es) next to the campaign(s) you wish to edit.
· · Click **Edit Settings** above the Ad Groups table.
· · On the Edit Campaign Settings page, find the Languages field. Select your ad's target language(s) from the

scroll-down boxes.
· · Find the **Locations** field. Click **Edit** to change your campaign's target locations. Click **Continue** to return to the Edit Settings page.
· · When you're done, click **Save All Changes**.

How do I find my latitude and longitude coordinates?

You can find the coordinates for your business location at a variety of mapping sites such as Maporama or Multimap.

**To find your coordinates on Maporama:**

- • Visit the Maporama website.
- • Under the **Maps** header on the left side of your screen, select your target country from the drop down box, then enter your address information in the appropriate fields.
- • Click **Go**.
- • A graphical depiction of your address will appear in a map. Locate the **Information** header below this map. Your coordinates will appear beside the phrase **Lat-Long**.

**To find your coordinates on Multimap:**

- • Visit the Multimap website.
- • Click the **Maps** tab at the top of your screen.
- • Below the **Quicksearch** header on the left side of your screen, select your target country from the drop down box, then enter your address information in the appropriate fields.
- • Click **Find**.
- • A graphical depiction of your address will appear in a map. Locate the **Map Information** header below this map. Your coordinates will appear in the second line of text.

Regardless of the mapping site you choose, your coordinates will appear in the same general format. For example, the latitude and longitude for 1600 Amphitheatre Parkway, Mountain View, CA 94043 USA is:

**37° 25' 38", -122° 5' 57"**

What are my options when I target my ads by location?

When you target your ads to geographic locations, you have the following three options:

- **.Countries**: Your ads will appear to customers located in or searching for results in the country or countries you select. This option is best suited for global businesses and merchants who serve specific countries.
- • **Regions/cities**: Your ads will only appear to customers searching for results in (or located in) the regional areas/cities you choose. This option is best suited for businesses specializing in certain cities and states and stores with target customers located throughout a city or cities. (Please note this regional option is only available in some countries.)
- • **Customized**: Your ads will only appear to customers searching for results in (or located in) a specified distance from your business. This option is best suited for businesses serving a specific area.

Is regional or customized location targeting appropriate for me?

Regional and customized targeting is designed to benefit advertisers who want to reach customers in specific geographic areas. For these advertisers, it's a powerful way to reach more qualified prospects.

If this seems appropriate for your business, you may want to create a regionally-targeted or customized campaign in addition to a country-targeted campaign.

Why can't I see my regionally-targeted ad?

Sometimes we're unable to determine the intended region or the physical location of a searcher. This may occur when:

- • The searcher hasn't entered location-specific terms in his or her query.
- • The searcher has ambiguous location terms.
- • The searcher's internet service provider (ISP) employs a proxy server, preventing us from identifying his or her

IP address.

Because we can't determine the searcher's location in these cases, we'll show nationally-targeted ads instead of regionally-targeted ads.

**Helpful Tip:** Need help with finding your ad? Our Ads Diagnostic Tool can let you know whether your ad is appearing on the first page of search results, and identify why a particular ad or group of ads may not be showing. You can access the tool at any time via the **Tools** link on the **Campaign Management** tab.

How does AdWords know where to show my ads?

The AdWords system first analyzes a searcher's query to establish what region that person is searching for. It may also take note of the person's Internet Protocol (IP) address to see where he or she is searching from. The system will then examine these factors and others to determine the best targeting for your ads.

If the AdWords system can't identify appropriate targeting for your ads, it will show national/global ads instead.

If I choose regional or customized targeting, where will my ads appear?

Your regionally-targeted and customized ads can appear alongside search results for Google users in your targeted location(s). We identify a user's geographic location by using the computer's IP (Internet Protocol) address.

In the United States, your regionally-targeted and customized ads can also appear alongside Google search results for location-specific search queries (such as 'New York pizza'), regardless of the searcher's geographic location.

If your campaign is opted in to Google's search and content networks, your customized or regionally-targeted ads can also show on some sites and products in the Google Network. However, they currently won't appear on AOL. Only country-targeted ads will appear on the entire Google Network.

Remember, you can still reach prospects on all partner sites (including AOL), by creating additional, country-targeted campaigns. Just remember to include location-specific keywords and ad text in your campaign.

Can I tailor my ads to serve different areas?

Yes. Simply create new campaigns, each targeted to different geographic locations, to maximize your advertising reach. For example, your account might contain a campaign showing ads to one or more countries, a campaign showing ads to regions/cities, and a campaign only showing ads within a set distance from your business location. You can then modify the ad text in each campaign to make your ads more relevant to your target prospects in various geographies.

When you're tailoring your ad text, remember the following:

.    •    You won't need to include place or region names in the ad text of your regionally-targeted or customized campaigns because the AdWords system will automatically focus your ads to the region you've specified. Users searching on broad keywords, such as 'refrigerator maintenance,' will still see your ads.

.    •    You should, however, include place or region names in the ad text of your country-targeted campaigns if you want to attract users outside your area. In this instance, you would include more

specific keyword phrases and place names in your ad text, such as 'New York refrigerator maintenance.'

If I choose regional or customized targeting, what will my ads look like?

AdWords will identify your chosen region or city in your regionally-targeted ads to distinguish them from country-targeted ads. For example, the following ad is regionally-targeted to the New York, NY area:

**WidgetWorld**
Wide variety of widgets.
Check out our special deals.

widgets.google.com
New York, NY

If you use customized targeting, the location will not show in the last line of your ad.

https://adwords.google.com/support/bin/index.py?fulldump=1 (61 of 116)8/2/2005 8:35:12 AM

Does regional targeting affect my cost per click (CPC) bidding distribution?

No. CPC estimates will be calculated the same way for nationally-targeted and regionally-targeted campaigns.

How does customized targeting work?

If you select the customized targeting option for your campaign(s), your ads will only appear to customers searching for results within (or located within) a specified distance from your business. The region where your ads appear will be typically be a circle around your business location.

.       .       First you set the center of this region with your business address or latitude and longitude coordinates.

.       .       You then set the advertising distance (the radius of the circle) in miles or kilometers.
.       .       The AdWords system will translate searchers' locations into latitude and longitude coordinates and determine whether they fall into your target region.



What languages, country, and regional options do I have when I target my ads?

You can target your ads to multiple languages and over 250 countries. You can also target regions/cities

within a limited number of countries.

You may change these language, country, and regional settings at any time.

Can my campaign target regional areas (including cities and states) in multiple countries?

No. Your campaign may only target regional areas in the same country. However, you may create a separate campaign for each unique country containing areas you'd like to target.

How does targeting by latitude and longitude work?

If you select the customized targeting option for your campaign, your advertising region will be a circle around your business location. However, you can modify the shape of your advertising region by choosing at least three latitude and longitude points on the map. The AdWords system will connect these points to define a targeting area of virtually any size and shape. Your ads will appear to people searching within this area.



If I choose regional or customized targeting, will my keyword traffic estimates be affected?

Yes. Because campaigns with regional and customized targeting focus on a narrower audience, keyword traffic estimates may be lower than those for nationally-targeted campaigns. The actual difference in traffic estimates will be determined by the regions you target.

If I choose regional or customized targeting and my ads appear incorrectly, will I receive a credit?

We've found that we can determine the searcher's desired location correctly in the majority of tests we've run. In addition, because your ads clearly display their target regions at the bottom of the ad text, chances are minimal that a searcher not interested in that area would click on your ad if it were incorrectly targeted. Therefore, we won't issue credits for incorrectly targeted ads.

Reaching my audience : Making my keywords work for me : Selecting the right keywords

What are the steps to creating a keyword list?

After setting your advertising goals, the next step is to build out your keywords. This can sometimes be daunting, especially if you're just beginning, but here are 4 steps to get you started on the path to creating an effective keyword list:

1.         1. **Expand** your keyword list to include as many relevant words as possible.
2.         2. **Target** the keyword list by using keyword matching options.
3.         3. **Scrub** or refine the keyword list.
4.         4. **Group** the keywords in thematic clusters to be paired with different ads.

### Step 1: Expand

First, review your site content to identify which keywords (word combinations and phrases) describe the main categories of your business. Write down every relevant keyword under each category you find. Expand the list by including all of your brand and product names as well as plurals and synonyms for each word or phrase on your initial list. Also, remember to think like your customers. How might your customers ask for your product or service? (Don't worry about capitalization — our system is not case-sensitive.)

If you're still looking for more keywords after your own brainstorming, try out our keyword tool.

### Step 2: Target

Now it's time to target your keywords using Google's keyword matching options. These enable you to pin point ad deliver so your ads reach people precisely when they are searching for what you have to offer. You can choose to designate each of your keywords as a broad, phrase, exact or negative match. Each type of match provides a varying degree of exposure.

For example, a broad-matched keyword will allow your ad to appear on your keyword as well as variations and synonyms of that keyword that the AdWords system identifies as relevant. However, a negative-matched keyword will never trigger your ad. Decide which of your keywords you would like to place where along this spectrum.

### Step 3: Scrub

After creating, expanding, and targeting your list of keywords, it's time to refine it. To do this, review your list and make sure you're satisfied with what you've come up with. Eliminate any keywords that may be irrelevant.

### Step 4: Group

You've already created different 'buckets' for your words based on your product lines. Now it's time to do even more refined and granular grouping into thematic categories, which are called Ad Groups. Organizing and grouping keywords is crucial because you have to write ad copy targeted to each group.

**Where can I find keyword ideas?**

The best place to start your keyword search is on your own website. Reading through your web pages will help you identify the key themes and terminology associated with your business or product lines.

Then, take a minute to try to think like your customers (your target audience). What are the terms your customers would use to describe your product or service? Often these colloquialisms are overlooked, yet they are valuable alternatives for your keyword list.

Finally, the keyword tool can provide you with terms. It will give you common search queries including or pertaining to your keywords. You can use the relevant results to supplement your list. And you can add any irrelevant terms to your keyword list as negative matches.

**Can I use a URL as a keyword?**

Our system doesn't recognize URLs as keywords; therefore, Google AdWords ads won't display for keywords in the form of a URL (www.domain.com, for example). If a user searches for your domain URL, your website will appear in the Google search results, but no ads will appear. We recommend that you select keywords that are relevant to your products and services and refrain from using URLs as keywords.

Is the Keyword Tool guaranteed to produce great results?

The Keyword Tool is not guaranteed to produce keywords that will improve your campaign's performance. It is a useful tool for helping you discover keywords that may be related to your account.

However, some of the terms may not be relevant for you. In this case, you may consider adding them as negative matches.

All keywords you add to your keyword lists are subject to review according to both our editorial discretion and policies, which are applied outside any data the Keyword Tool may return on a given search. The alternatives you may receive for your submitted keywords are not edited to ensure that we provide the most accurate representation of Google search behaviors, and of what keywords may trigger your ads. Please also note that the Keyword Tool does not take the individual performance or content of your existing ad(s) into account when returning keyword alternatives.

Why have my Keyword Tool results changed?

You may notice occasional changes in your Keyword Tool results for a given keyword. As part of our ongoing effort to improve the Google AdWords program for advertisers and users, we may periodically update our keyword index to give you more relevant and current keywords.

Learn more about building an effective keyword list.

**Reaching my audience : Making my keywords work for me : Keyword matching options**

What are keyword matching options?

Keyword matching options are four different methods of targeting your AdWords ads to users. With some options, you'll enjoy more ad impressions; with others, you'll get fewer impressions (but potentially more clicks). By applying more focused matching options to your keywords, you can reach the most appropriate prospects, reduce your cost-per-click (CPC), and increase your ROI.

Your options are:

**Broad Match** - This is the default option. If you include general keyword or keyword phrases-such as *tennis shoes*-in your keyword list, your ads will appear when a user's query contains *tennis* and *shoes*, in any order,

and possibly along with other terms. Your ads will also automatically show for expanded matches, including plurals and relevant variations. Because broad matches are sometimes less targeted than exact or phrase matches, you should create keyword phrases containing at least two descriptive words each. You can also try the keyword tool and the other three matching options to further refine your targeting. Finally, keep in mind that other advertisers may have bid for the same broad-matched keyword combinations that trigger your ads,

increasing your actual CPC amounts. Using exact, phrase, or negative matches can help you keep your costs low.

**Phrase Match** - If you enter your keyword in quotation marks, as in *"tennis shoes,"* your ad will appear when a user searches on the phrase *tennis shoes*, in this order, and possibly with other terms in the query. For example, your ad will appear for the query *red tennis shoes* but not for *shoes for tennis*. Phrase matching is more targeted than broad matching, but slightly more flexible than exact matching. To ensure your ads are

as targeted as they can be, you may want to include at least two descriptive words in your keyword phrases.

**Exact Match** - If you surround your keywords in brackets-such as [*tennis shoes*]-your ads will appear when users search for the specific phrase tennis shoes, in this order, and without any other terms in the query. For example, your ad won't show for the query *red tennis shoes*. Exact matching is the most targeted option. Although you won't receive as many impressions with exact matching, you'll likely enjoy the most clicks, because users searching for terms in this manner typically want precisely what your business has to offer.

**Negative Keyword** - If your keyword is *tennis shoes* and you add the negative keyword *-red*, your ad will not appear when a user searches on *red tennis shoes*. You can apply this option for a keyword at both the Ad Group and campaign level.

To learn more about the benefits of keyword matching options, view our brief online demo.

You can also easily change the match options for multiple keywords throughout your account with our find and edit keyword tool located in the **Tools** section of the Campaign Management tab.

What is the expanded matching feature?

With expanded matching, the Google AdWords system automatically runs your ads on highly relevant keywords, including synonyms, related phrases, and plurals, even if they aren't in your keyword lists. For example, if you're currently running ads on the keyword web hosting, expanded matching may identify the keyword website hosting for you. The expanded matches will change over time as we learn more about which new keywords best suit the true meaning of your ads.

Expanded matching only applies to your broad-matched keywords. This feature doesn't affect keywords you've specified as phrase matches (keywords surrounded by double quotation marks) or exact matches (keywords surrounded by [] brackets). Also, expanded-match terms aren't included in our calculations for your minimum CTR requirement; therefore, they don't affect your ad's rank.

How can I monitor the performance of my keywords?

Google AdWords provides an easy way for you to monitor the status of your keywords and their associated ads.

You can proactively monitor your keyword performance by reviewing the status column on your keyword summary page. Each of your keywords (except any negative keywords) will be identified by one of the following states:

.       **Normal:** Targeted keywords are above the minimum 0.5% CTR on Google search pages, and their associated ads show regularly. There's currently little to no risk to your advertising exposure. However, every Ad Group can use occasional optimization, so you may want to consider periodic re-evaluation of your ad text and keywords.

.       **In trial:** Keywords are slightly below the minimum threshold and are in evaluation until we're statistically confident their CTR is below or above 0.5%. These keywords may become **normal** or **disabled**. They may also be slowed, giving you an opportunity to refine them as needed.

There are a limited number of in trial keywords per account, so when this limit is reached, additional keywords will be moved to on hold status with priority given to those keywords with higher predicted CTRs. Accounts that have proven to perform very well will be rewarded with a greater number of in trial keywords. The limitation placed on the number of keywords that may be placed in trial helps ensure that advertisers

continue to see the most targeted, relevant ads via the AdWords program.

.      .      On hold: Your account's in trial keyword limit has been reached, and these additional keywords are slightly below the minimum threshold. As more space becomes available, these keywords will move into in trial status, with priority given to those keywords with higher predicted CTRs. There is no limit placed on the number of on hold keywords you may have within your account. You may want to refine these keywords.

.      .      Disabled: Disabled keywords no longer trigger your ads. If you still feel strongly about using these keywords, you have a few options.

If 'normal' appears beside your keywords, your keywords are performing adequately, and you don't need to take any action unless you'd like to.

**When do my ads show on variations of my broad and phrase-matched keywords?**

Broad and phrase keyword matching options allow your ads to appear for queries that don't exactly match your keywords. This provides you with additional ad coverage without having to generate an exhaustive keyword list. However, what if not all variations work well for you or what if a keyword isn't as targeted as it could be to begin with? There is a greater chance that you'll accrue less-targeted clicks and inflate your costs. We take a couple steps to help prevent this.

First, your broad- and phrase- matched keyword variations must maintain a high relevance factor (automatically determined by analysis of Google search queries, your ad text, keywords, and CTR). The evaluation of these matches is, in most cases, stricter than the CTR performance requirement for the exact keyword form.

Additionally, the keyword variations and expanded broad matches are monitored closely and can be disabled if they don't achieve a high enough relevance factor. (Your original keyword can continue to be active even if some of its variations are disabled.) This way, your keywords aren't penalized for underperforming variations or expansions.

**How does expanded matching benefit me?**

Expanded matching offers the following benefits:

.      .      Because your ads are associated with additional keywords, they'll appear more often to your potential customers. And because these new keywords are so relevant, your ads show to people who will likely be interested in clicking on your ads.

.      .      Expanded matching is a "smart" feature. It automatically retains only the highest-performing new keywords. After a few cycles, it learns what additional keywords to create in the future based on the most successful combinations.

.      .      The AdWords system constantly monitors all user queries and bases its optimization on the analysis of these queries. It increases your relevance to prospects by automatically tuning your lists over time-without requiring any additional effort from you.

**How will I know what additional matches will trigger my ads?**

You can view sample matches by entering a keyword into the keyword tool. You can add the expanded matches to your account manually. However we recommend you let the system automatically tune your matches over time as it continually analyzes your performance.

**Can I tell the system not to expand some or all of my keywords?**

Yes. If you don't want your ads appearing on particular expanded-match keywords, you can add that particular keyword as a negative match in your keyword list.

Also, expanded matching only applies to broad-matched keywords. The system won't create expanded matches for any of your phrase- or exact-matched keywords. Therefore, if you don't want expanded matching on any of your keywords, you can simply turn them into phrase or exact matches. (Keep in mind that narrowing your advertising focus with phrase or exact matching may decrease the number of ad impressions you receive. However, because your ads will be more relevant to target users, your clickthrough rate may also improve.)

### Reaching my audience : Places where my ads will appear : The Google Network

**What is the Google Network?**

The Google Network is made up of sites and products who partner with Google to publish targeted AdWords ads via their site or product. Google can target your ads to search results and relevant web content on a wide variety of sites and products to help you reach a vast and highly-targeted audience. We are constantly expanding the number of sites and products in our network through our premium services and our online Google AdSense program. All web
sites and products are reviewed and monitored according to the same rigorous standards, so as the network grows, your AdWords ads will continue to appear only on high-quality sites and products.

Besides appearing on search results on Google.com, AdWords advertisers can choose to have their keyword-targeted campaigns appear on our search network, our content network, or both. New keyword-targeted campaigns are automatically opted in to distribution on the Google Network, so if you want your ads to appear on search and content sites and products, then you don't need to do a thing. To learn how to view or edit your distribution preferences, please click here.

As an AdWords advertiser, you also can elect to create site-targeted campaigns, in which you choose the exact sites where your ad will appear rather than choosing keywords to trigger your ads. Site-targeted campaigns appear only on content sites in the Google Network, and only websites and only on the specific sites you select. They don't appear on other sites in the Google Network or on Google.com. To learn more about site targeting, please see click here

Other Google Network facts you might like to know:

.       •       No additional fee to participate in this program.
.       •       Some sites and products show as few as the top 3 ads per page, so the higher your average ad position, the more exposure you'll get.
.       •       All ads are reviewed before appearing across the Google Network, so you may see your ad appear on Google first. Please note that if you edit a previously reviewed ad, your ad will show on the Google Network once it is reviewed again.

**I have a web site - can I run AdWords ads on my site?**

Google offers several ways for you to join the Google Network and display AdWords ads on your site.

Google AdSense for content-A fast and easy way to unleash the true revenue potential of your web content pages. Web publishers of any size can apply online. Once approved, you can publish AdWords ads on your site within minutes. If your site receives more than 20 million page views a month, you may be eligible for premium service.

Google AdSense for search -Websites that conduct a minimum of 5 million searches per month can display AdWords ads on their search results pages.

Can I choose the specific sites in the Google Network where my ads appear?

You can select individual sites where your ads will appear by running a site-targeted AdWords campaign.

You're given the choice of site targeting or keyword targeting each time you create a new campaign. Each new campaign can use site targeting or keyword targeting, but not both. Site-targeted ads appear only on content sites in the Google Network, and only on the individual sites you select. The don't appear on search network sites or on Google.com. Keyword-targeted campaigns appear across the entire Google Network, but are not eligible for site targeting.

For more about site-targeted campaigns, please see our FAQ.

How does participation in the Google Network affect my account performance?

To make your keyword-targeted advertising as effective as possible for you and your users, we require that your account and individual keywords maintain a minimum clickthrough rate (or CTR). However, while tabulating and evaluating your CTR, we only consider activity on the Google search pages. Your ads distributed to the Google Network are not used in evaluating your performance.

Reaching my audience : Places where my ads will appear : **Showing my ads on search network**

What will my ads look like on search results pages?

Ad appearance will vary by Google Network partner. However, the ads are typically labeled as sponsored links and could include 2 - 4 lines of text. Ads may appear either down the side of or above the search results. Here is an example of what your ad could look like on Google:

https://adwords.google.com/support/bin/index.py?fulldump=1 (67 of 116)8/2/2005 8:35:12 AM



Can I show my ads on search pages but not content pages?

Your ads will always appear on the Google search site, but you can choose whether your Google AdWords campaigns also appear on either of our search or content networks, or both. To view or edit your distribution preferences, please click here.

We recommend advertisers distribute their ads across the entire Google Network, as it maximizes the number of highly-qualified leads that you can receive. Google technology ensures that your ads appear only on high-quality pages and products that are directly relevant to your service. As always with Google AdWords, you only pay for clicks you receive, so you have nothing to lose but potential customers.

Reaching my audience : Places where my ads will appear : **Showing my ads on content network**

What is contextual advertising?

Contextual advertising, sometimes referred to as Content Targeting, is an innovative feature of Google AdWords that enables you to gain more

customers easier than ever before. Building on our successful keyword targeting technology, we place highly-targeted AdWords ads on content pages within our extensive network of high-quality partner sites and products. This service, known as contextual advertising, improves the experience of web users by displaying useful ads, and it provides several benefits to Google advertisers:

1.    1. ROI Performance: Keyword-targeted contextual ads bring unique, pre-qualified leads for a cost-per-click that you set yourself.
2.    2.    Extend reach: Increase the number of potential customers that see your ads, and drive more incremental clicks to your website than you could reach with search advertising alone.
3.    3.    Save Time and Money: Contextual targeting is one of the fastest and easiest ways to get your ads to more relevant places on the Web. And you only pay for clicks that you receive.

**What is the site exclusion feature?**

By electing to show your ads on the Google content network, you can expand your reach to prospects visiting a variety of high quality websites that are relevant to your business. However, there may be times where—for any reason—you feel that certain websites aren't appropriate for your ads. If this is the case, you can apply the AdWords site exclusion feature to prevent your ads from appearing on these sites. With the site exclusion feature, you can enjoy the benefits of advertising on the content network while still precisely controlling your targeting.

Please note the following about the site exclusion feature:

.    .    This feature is available only to advertisers who are opted in to the content network.
.    .    The content network is continually evolving and growing. As a result, we can't provide a list of all sites which are eligible to show your ads. By using this feature you can simply filter unwanted sites in case they are or become part of the content network.
.    .    You may edit your list of excluded sites at any time, and as often as you like.

If you'd like to use the site exclusion feature, follow these simple instructions.

**If I'm opted into the content network, how do I prevent my ads from appearing on specific websites?**

To prevent your ads from appearing on specific websites, you may apply the AdWords site exclusion feature. First you may wish to confirm that you're opted into the content network. You can then follow these instructions:

1.    1. Log in to your AdWords account.
2.    2. Click Tools at the top of your Campaign Summary page.
3.    3. Click Site Exclusion under the Modify Your Campaigns header.
4.    4. Select your campaign from the drop down box and click Go.
□.5. In the field under 'Add sites to be excluded,' list the websites you want to exclude from showing your ads.

.    .    Add only one website per line. Do not separate websites with commas or other punctuation.
.    .    Enter websites at the domain (www.example.com, example.com), subdomain (topic.example.com), or path (www.example.com/stuff) level only.
.    .    Do not enter individual pages (www.example.com/main.html).

https://adwords.google.com/support/bin/index.py?fulldump=1 (68 of 116)8/2/2005 8:35:12 AM

6. When you're done, click Save List. You'll see a confirmation page informing you how many websites you've chosen to exclude.

Please note that you may exclude sites only at the campaign level. That is, if your account contains multiple campaigns, you must create a list of excluded sites for each campaign if you want to filter unwanted websites completely.

**How do I format my list of excluded websites?**

With the AdWords site exclusion feature, you have several options for filtering websites. You may enter a

domain, subdomain, or path name. You may not enter individual pages.

The format of each entry on your site exclusion list determines how the AdWords system will filter sites.

**Acceptable formats:**

- Domain: www.example.com
- Domain: example.com
- Subdomain: unwanted.example.com
- One path name: www.example.com/widgets
- One path name: example.com/widgets

**Unacceptable formats:**

- Multiple path names: www.example.com/widgets/redwidgets

- Individual page: www.example.com/index.html. **Site Exclusion Scenarios:** In general, entering

domains will prevent your ads from appearing on any page on or within that domain. However,

entering subdomains or paths will only prevent your ads from appearing on any page on or within that

subdomain or

path.

For instance:

**If you enter example.com . . .**

Your ads will not appear on example.com, www.example.com, www1.example.com, www.example.com/widgets, www.example.com/widgets/page.html, or unwanted.example.com.

**If you enter www.example.com . . .**

- Your ads will not appear on www.example.com, www.example.com/widgets, etc.
- Your ads may appear on www1.example.com or unwanted.example.com.

**If you enter www.example.com/widgets . . .**

- Your ads will not appear on www.example.com/widgets or www.example.com/widgets/page.html.
- Your ads may appear on www.example.com.

What will contextual ads look like?

Text-based ads on our content network are the same ads that appear on the search results pages of Google and our global search partners. In addition,

AdWords advertisers now can place image ads on content network sites if they choose. Although ad placement will vary, AdWords ads are typically identified as sponsored links. Ranking for all contextual ads is determined just as on search results pages—based on various factors like the maximum cost-per-click you have selected, the clickthrough rate that your ad has established on Google.com, and the quality of your ad text and keywords.

Google AdWords Ads on Content Network

https://adwords.google.com/support/bin/index.py?fulldump=1 (69 of 116)8/2/2005 8:35:12 AM




**How can I optimize my ads to take advantage of contextual advertising?**

Creating effective ads that bring you sales on search and content pages is easy. There are a few steps you can take to ensure that your ads are bringing you the highest possible return on your advertising investment on Google search and content pages.

1.    1.    Optimize your campaigns as you would for search advertising. Search ads are typically good predictors of contextual advertising performance. This means that the better your ads perform on search pages, the more successful they are likely to be on content sites and products. For more information on improving your AdWords campaign, please visit our optimization tips page.

    2.    Implement Google conversion tracking. Conversion tracking allows you to see the number of sales that you are receiving from your advertising campaign, for both our search and content network sites and products. Reviewing your total number of conversions and the value of these conversions can help you determine if you should increase your budget or further optimize your ad groups to receive more targeted visitors. Learn more about

Google conversion tracking.

2.    3.    Review your ad ranking. Keep in mind that most content sites and products only display two, three, or four contextual ads per page. As a result, you must select a maximum cost-per-click that allows your ad to rank in these top positions if you are to take advantage of the additional qualified clicks from content pages. Look at the average position of your ads on the Campaign Management page and adjust this position as necessary (by improving your clickthrough rate with refined ad text and keywords, or adjusting your maximum CPC) to ensure that you are receiving as many profitable leads as possible.

Contextual advertising provides you additional targeted visitors at a cost you set. However, because the performance of your ads on content pages does not affect their performance on search, a lower number of clicks or clickthrough rate on contextual advertising will not adversely affect your campaigns.

**How are keyword-targeted ads ranked?**

Your keyword-targeted ad is ranked on the search results and content pages based on various performance factors including: maximum cost-per-click (CPC), clickthrough rate (CTR), and ad text. Having relevant ad text, a high CPC and a strong CTR will result in a higher position for your ad.

Visit our Optimization Tips page to learn more about account optimization, including how to maximize performance for your ads and improve your ad's position without having to raise your maximum CPC. You can also learn about how to optimize ad serving for your ads on this page.

When you choose a maximum CPC for your keywords, our Traffic Estimator gives you the estimated average ad position per keyword. This estimate is based on your maximum CPC and the average CTR for each of the keywords you've chosen.

Do you offer separate pricing for content clicks?

Though you set just one maximum CPC for a given keyword, content network clicks aren't priced the same as search clicks. Google's smart pricing feature automatically adjusts the cost of a keyword-targeted content click. So if our data shows that a click from a content page is less likely to turn into actionable business results - such as online sales,

https://adwords.google.com/support/bin/index.py/?fulldump=1 (70 of 116)8/2/2005 8:35:12 AM

registrations, phone calls, or newsletter signups - we reduce the price you pay for that click. With no extra effort for you, Google technology helps ensure you get strong ROI from your AdWords advertising, wherever your ads appear.

How does content ad advertising work?

If you are a new or existing AdWords advertiser, your keyword-targeted ads automatically begin appearing on relevant content sites and products. Utilizing our advanced search technology, Google scans the content of a Web page and automatically selects ads to display that have keywords closely matching the subject of the page. For example, if users look at a Web page about building hummingbird feeders, they may see Google AdWords ads for hummingbird feeders or hummingbird food. Or, if a users view a page containing brownie recipes, they may see ads about chocolate brownies or delicious dessert recipes. You don't have to waste time trying to find the right content venue to display your ads. Our advanced algorithm makes it easy by displaying your ads automatically for the most relevant content.



1.    1. A web user visits a webpage looking for items to purchase that are related to your product.
2.    2. Your ad is matched automatically to the relevant page each time it is viewed.
3.    3. With cost-per-click pricing, you pay only when a user clicks on your ad.

Can I see which of my keywords generate the most content relevant ads?

On Google's content network, ads are not triggered by specific individual keywords as they are on search sites. Instead, an advertiser's entire keyword list is taken into consideration. Google's advanced technology scans the content of the web page and matches that content with ads that feature the most appropriate keywords overall.

For example, if users look at a Web page containing brownie recipes, they may see your ad if you simply have brownie-related keywords such as 'chocolate brownies' or 'delicious dessert recipes.'

Since individual keywords don't trigger your ad, your Ad Group statistics will not show a keyword-by-keyword breakdown. Instead, you'll see an overall total of all clicks that ad has received on our content network.

Could it be that my click-through-rate on content differs from my ad position on search pages?

On a busy content page, an ad has to compete more to get the attention of a reader than it would on a search page, so content CTR is typically lower than search CTR. It's nothing to worry about, because content CTR does not affect the ranking of your ad on search pages.

How does Google target AdWords ads to content-based web pages?

The technology that drives AdWords contextual advertising comes from Google's award-winning search and page ranking technology. Based on a sophisticated algorithm, we can comprehend a page's meaning and then figure out which keywords relate best to the content page. Then, we match ads that are precisely targeted to the content page based on the associated keywords. This means that in addition to reaching customers who specifically search on your keywords, you can now reach customers who view Web content directly related to your AdWords ads. For example, if someone visits a web page on astronomy he/she would be served Google AdWords ads for telescopes. Contextual Advertising benefits Web users by linking content with relevant products and services. This is great for Google advertisers like you, because you can now reach more prospective customers on more places on the Web.

I already buy other types of online advertising. Why should I try this?

With Google, you can say goodbye to contracts and deadlines. Unlike a traditional online advertising buy, Google's contextual advertising requires no prepayment and no packages. Just enjoy placement on web pages in the Google Network that happen to have just the right content, right then, to make a

match between your ad and an interested reader. With Google AdWords, you manage your campaign to the performance metrics you want.

**Can I customize how Google contextual advertising works for my brand?**

We recognize that you may have display concerns specific to your company or brand. For instance, you may not wish your ad to be shown next to an article about your company earnings. To customize Google contextual advertising for such special circumstances, we recommend you apply appropriate negative keywords or site exclusion to your campaign. (For the example given, you might choose 'earnings' as a negative keyword, or you might choose to have your ads blocked from that entire website.) This will help ensure your ad is not shown alongside content with the specific themes you wish to avoid. You can update and change these negative settings at any time. To learn more, please see our how-to pages on negative keywords and site exclusion.

You may also wish to consider a site-targeted campaign, which allows you to select the precise sites where your ad will appear. For more on this AdWords feature, please visit our Site Targeting FAQ.

**Does contextual targeting affect the performance or ranking of my ads?**

The performance of your contextual advertising does not affect the ranking of your ads in any way. We do require that your account and individual keywords maintain a minimum clickthrough rate (CTR) in order to ensure your advertising is as effective as possible for you and for users. However, because we only consider the performance of your ad on Google search pages when evaluating your account and keywords, contextual advertising does not impact your account performance in any way. Clicks from contextual targeting mean additional qualified leads for you at no risk to the performance of your campaign.

**Which campaigns should I try in contextual advertising?**

Campaigns that produce great business results on search typically do well in the content network. Ad Groups with keyword lists that are focused around a theme, product line, or brand tend to perform better than Ad Groups with lists of unrelated keywords. And, just as in search advertising, ad text with a specific call to action outperforms ad text that's simply descriptive, which may attract more browsers than buyers.

**How do you show ads only when appropriate?**

Google has a number of safeguards to help ensure that ads are not shown on inappropriate content. We use sophisticated technology to detect pages with sensitive content, and ensure that no ads are served on them. In addition, we have tools in place to immediately remove ads if they do appear on a page with questionable content. Publishers like Forbes.com and many other distinguished properties trust that our filters work.

## Reaching my audience : Site-targeted campaigns

**What is Site-targeting?**

Site-targeted campaigns are a new enhancement to Google AdWords. Site targeting lets advertisers choose individual sites in the Google content network where they'd like their ads to appear. If you want to place your ad on a single international website, you can. If you want to target dozens of sites about basketball or orchids, you can do that too. Site targeting lets you hand-pick your audience, big or small.

When you set up a site-targeted campaign, you first name the sites where you'd like to advertise, or just give us a list of words that describe your site. The AdWords matching system does the rest, analyzing your input and creating a list of available Google Network sites for you to choose from.

Remember that a site must be part of the Google Network in order to be available for your site-targeted campaign. Being part of the Google Network means the site has agreed to run ads provided by Google, which in turn allows your AdWords ad to compete for that space.

As with all AdWords advertising, you'll compete for space with other advertisers. If you choose very prominent and popular sites, you'll need a higher price to win the ad position. The minimum cost-per-thousand (CPM) bid for a site-targeted ad is US$2.00.

### Who should have site targeting? Should I?

Anyone who has an AdWords account can run site-targeted ads.

Site-targeted campaigns can be a good option for businesses who want to promote an existing brand or a new product to a large audience. But they also work for small advertisers who want to reach a very precise audience. As always with AdWords, we suggest that you experiment and see what works best for you.

Of course, if you're happy with your keyword-targeted ads, there's no need to change. Site targeting is not replacing

keyword targeting, and everything you love about your AdWords keyword-targeted campaigns remains the same. Site targeting is simply one more tool that AdWords advertisers can use to bring their message to highly-targeted groups of web users.

### How do I create site-targeted ad campaigns?

To create a new site-targeted campaign, please click here. For more general information about site targeting, please see the complete FAQ.

How do I create a site-targeted campaign?

You can create a site-targeted or a keyword-targeted campaign at any time. Each new campaign can use site targeting or keyword targeting, but not both. Site-targeted ads appear only on the Google content network, and only on the sites you select.

To create a new site-targeted campaign, follow these steps:

- Log in to your AdWords account at http://adwords.google.com (if you're not already logged in).
- On the Campaign Summary page, click the 'Create a new site-targeted campaign' link just above the table of existing campaigns.
- Follow the sign-up wizard instructions to create your campaign.

How does CPM pricing work? Why is it being offered?

In CPM advertising, advertisers set the maximum amount (max CPM) they're willing to pay for each 1000 impressions their ad receives. The price paid is the same whether users click on the ad or not. This is different from cost-per-click (CPC) campaigns, where advertisers pay only when their ad receives a click.

Advertisers have told us that CPM pricing is a tool they'd like to have available for their AdWords campaigns. Some advertisers want the flexibility to reach customers early in the advertising cycle, with ads designed to increase awareness but not necessarily generate clicks or traffic. Others prefer the

089

traditional industry metrics of CPM campaigns. As a result, we're making CPM pricing available to those who prefer it.

CPM pricing is currently available only with site-targeted ads. Advertisers select the sites where they'd like their ad to appear, and set a max CPM that applies for all those sites. CPM ads are then ranked for display according to their max CPM, competing with other CPM ads and with keyword-targeted cost-per-click (CPC) ads. A CPM ad occupies the entire ad space, with either an image ad or an expanded text ad.

As always, the AdWords discounter automatically reduces any winning CPM bid so that the amount charged is the minimum necessary to keep the ad's position on the page. As a result, the max CPM an advertiser sets is rarely the amount actually paid.

Google ads with CPM pricing continue to have a very high level of relevancy. CPM advertisers use site targeting to select the specific audience that will be interested in their message. CPM ads compete with keyword-targeted cost-per-click ads, and high relevancy continues to boost the ranking of those CPC ads. We also have set a high minimum CPM value to ensure that advertisers choose their ads and their audiences with care.

For more about how CPM ads are ranked, please see How do CPM and CPC ads compete with each other?

How do site-targeted and keyword-targeted ads compete?

When you run a site-targeted AdWords campaign, you set the maximum price you want to pay for every thousand impressions your ad gets on that site. This is called the max CPM. When you run a traditional AdWords keyword-targeted campaign, you set the maximum price you want to pay every time someone clicks on your ad. This is the maximum cost per click, or max CPC.

Because the two pricing systems are different, AdWords uses a system of effective CPM, or eCPM, to compare and rank them.

For keyword-targeted ads, the AdWords dynamic ranking system considers the ad's cost per click (CPC), clickthrough rate (CTR), and other relevance factors, all taken across 1000 impressions. The resulting figure is the ad's eCPM, or effective cost per 1000 impressions.

For any available ad position, the eCPMs of keyword-targeted ads are compared to each other and to the max CPM prices of eligible site-targeted ads. The highest-ranking ad wins the position and is displayed to the user.

https://adwords.google.com/support/bin/index.py?fulldump=1 (73 of 116)8/2/2005 8:35:12 AM

When a CPC ad is displayed, it is charged only if the user clicks on the ad. A CPM ad is charged for an impression whether clicked or not. No matter which type of ad wins the position, the AdWords discounter monitors the competition and ensures that the winning ad is charged only what is necessary to maintain its ranking above the next-highest ad.

Site-targeted ads can appear only on the Google content network, so at present that is the only place where site-targeted and keyword-targeted ads compete. On search results pages and other Google Network properties, keyword-targeted ads continue to compete as they always have.

For more on CPM pricing, see How does CPM pricing work?

How do I choose the sites where my ad will run?

When you create a site-targeted campaign, the sign-up wizard will give you the chance to enter the URLs of sites where you'd like your ad to run. You'll also be asked to enter terms that describe the kind of site you're looking for.

If the URLs you enter are part of the Google content network, you'll be able to select them for your ads. (If not, you'll see a message telling you that they're not available.) The AdWords system will also use the sites

and terms you enter to generate a list of other Google content network sites that may be a good fit for your ads.

The final choice of sites is entirely up to you. Remember that with site targeting, your ad will run only on sites which are part of the Google content network, and only on the individual sites you specify.

What do site-targeted ads look like?

Site-targeted campaigns can include text ads, image ads, or both. Site-targeted ads appear in the same format sizes and the same page positions as standard keyword-targeted ads.

How do I create a list of eligible sites for a site-targeted campaign?

After setting your advertising goals for a site-targeted campaign, the next step is to select the sites where your ad will appear. Here are some keys to creating an effective site list:

1.    1. List the sites where you know you'd like to advertise.
2.    2. Expand your site list.
3.    3. Group your sites by theme.
4.    4. Create your campaign and your final list.

**Step 1: List your preferred sites.**
These are the sites where you already know you'd like to advertise. When you create your campaign you'll enter these sites and then have the chance to see and select all those that are part of the Google content network.

**Step 2: Expand your site list.**
If you know of only a few sites (or no sites) where you'd like to advertise, list some sites you like on topics that relate to what you're looking for. When you create your campaign the AdWords system can use those sites to generate a list of Google content network sites where you may want to advertise.

**Step 3: Group your sites by theme.**
Review your list and look for themes within the overall list. Consider creating separate Ad Groups with highly specific ads for each of these smaller groupings. The more precisely you target your audience, the better chance of success your ad will have.

**Step 4: Create your campaign and select your final sites.**
When you create your campaign, the set-up wizard will include a segment for identifying and selecting sites. As a first step you'll enter all or part of your site list. We recommend that you enter multiple site URLs, to give the system the broadest possible view of your interests. The wizard will generate a list of the most closely related sites in the Google content network. Then you'll be able to select your final site list from all these available sites.

Where can site-targeted ads appear?

Site-targeted ads appear only on websites that are part of the Google content network. This includes many advertisers, large and small, who run AdWords ads on their content sites.

Site-targeted ads aren't eligible to appear on the Google search network, on search results on Google.com, or on related Google properties like Gmail. If you'd

like to appear in these locations, we suggest running a keyword-targeted campaign.

**How much do site-targeted ads cost?**

Site-targeted ads require a max CPM price of US$2.00 per 1000 impressions. You may, of course, set a higher amount. A higher max CPM increases the likelihood that your ad will appear regularly on your selected site(s).

**How do I know if a site is part of the Google content network?**

The Google content network consists of thousands of sites of all types, large and small, professional and personal. Because the roster of sites grows and changes day by day, we can't publish a list of sites. The best way to check for an individual site is to enter it in the sign-up wizard while creating a site-targeted campaign. If that site is available, it will be listed for you to select as a target site for your campaign.

**What is the minimum allowable max CPM for site-targeted ads?**

$2.00 USD, or the local currency equivalent, is the lowest max CPM that advertisers can set.

**What is 'maximum impressions per day'?**

When you create a site-targeted AdWords campaign, you'll see the system's estimate of the maximum impressions available per day for the sites you've selected. This is marked as 'Max. Impressions / Day' in the signup process.

Because site impressions vary from day to day based on many factors, the AdWords system can't predict the number of impressions that a given site will have each day. Instead, the maximum impressions per day offers an estimated total of the available impressions for all the sites you've selected. This may help you decide if you have selected enough sites to satisfy your advertising goals.

Note that the impressions per day is an estimate of the total page views for those sites — not the number of impressions your ad will receive. Your ad's total impressions will depend on your CPM pricing, the popularity of the site with other site-targeted and keyword-targeted ads, and other factors.

**How does site-targeting affect my existing AdWords account?**

All AdWords advertisers now have the option of creating site-targeted campaigns. However, we anticipate that many advertisers will continue to prefer traditional keyword-targeted campaigns. If you are already running keyword-targeted campaigns, you don't need to take any action — your ads will continue running as they have been.

To learn how to create a site-targeted campaign in your existing account, please see this FAQ.

**How do keyword-targeted and site-targeted campaigns differ?**

Keyword-targeted campaigns allow you to choose the keywords that will trigger your ads. Keyword-targeted ads can appear on Google.com, on Google search partner sites, and on content and partner sites in the Google Network. Keyword-targeted ads are priced on a cost-per-click (CPC) basis: you set the price you'd like to pay each time a user clicks on your ad, and you pay only when the ad generates a click.

With site-targeted ads, you select the exact content sites on the Google Network where you'd like your ad to appear. (Site-targeted ads don't appear on Google.com or on search partner sites.) Pricing for site-targeted ads is cost-per-impression, or CPM: you set the price you'd like to pay for each 1000 impressions, and you pay for each impression whether a user clicks on your ad or not.

Both keyword-targeted and site-targeted campaigns are available to all AdWords advertisers. Each can include image ads, though image ads also appear only on content sites in the Google Network.

Can I run site-targeted and keyword-targeted campaigns at the same time?

Yes. Any individual campaign can contain only site-targeted or only keyword-targeted ads and Ad Groups. But you can run both site-targeted and keyword-targeted campaigns in your account at the same time.

How do I change the max CPM of my site-targeted ads?

You can change your max CPM on the Ad Group level of your campaigns. Here's how:

- Log in to your AdWords account at http://adwords.google.com.
- On the Campaign Summary page, click the name of the appropriate site-targeted campaign.
- Click the name of the Ad Group you want to edit.
- Click 'Edits Sites and CPMs' (located above the graph).
- Set your new maximum CPM.
- Click 'Save.'

How do I use the site tool?

The site tool helps you find and choose the Google Network sites where your site-targeted ads may run.

The site tool has two parts. In the **Identify Sites** stage, you describe your site and the kind of sites where you'd like to advertise. In the **Choose Sites** stage, you select your actual target sites from a list of candidates presented by the AdWords system.

To identify your sites, follow these steps on the first page of the site tool:

1.  1.  In the left-hand box, titled **Sites**, enter the URLs of any websites where you'd like your ad to appear. At this stage, don't worry about whether the site is part of the Google Network or not.
2.  2. In the right-hand box, titled **Descriptive Terms**, enter single words which describe your site.

   3. Click 'Continue.' The URLs and descriptive terms you enter will be analyzed by the AdWords system and then used to generate a full list of available Google Network sites. Enter as many URLs and terms as you can: the more details you provide, the better the system will understand the kind of site you're looking for.

Once you click 'Continue,' you'll see the **Choose Sites** page, with a list of available Google Network sites that match the details you entered.

A site must be part of the Google Network [?] to be listed as a candidate. If you request a site that's not part of the Google Network, you'll see it listed under 'View unavailable sites.' (For more details, see Why is the site I want not available?)

Now it's time to choose your target sites:

1.  1. Check the box next to all sites where you'd like to advertise.
2.  2. Click 'Add' to move those choices to your list of selected sites.

3.    3.    Now click the 'Refresh candidate sites' button. The system will analyze your choices and create a refined list of candidates.

4.    4. Select and add more sites from the new candidate list. Click 'Refresh candidate sites' again.

5.    5. Repeat until you're happy with your final list of sites.

6. Click 'Continue' to continue setting up your campaign. Each time you hit 'Refresh,' the AdWords system analyzes the selections you've already made and uses them to find related or similar sites. Then it presents these sites for your consideration.

Of course, we can't guarantee that your ad will run on every site you pick. Some sites have a limited amount of ad space available, and you will be competing with other advertisers. Some sites may not run certain ad formats (like banners or wide skyscrapers) or may halt advertising for other reasons. We suggest you experiment with several different sites over time and look for the combinations that work for you.

**Why is the site I want not available?**

An individual site must be part of the Google Network in order to be available for your site-targeted campaign. Being part of the Google Network means the site has agreed to run ads provided by Google, which in turn allows your AdWords ad to compete for that space.

The site must also be a content site in order to be available for site-targeted campaigns. Some sites on the Google Network run ads only on search results pages, which can't be selected for site targeting. If you'd like your ads to appear alongside search results, or in related products like Gmail, try running a keyword-targeted campaign.

It is also possible that the site you selected may have opted out of site targeting. Some publishers, for reasons of their own, prefer not to run site-targeted ads.

AdWords quality commitment : AdWords policies & security

https://adwords.google.com/support/bin/index.py?fulldump=1 (76 of 116)8/2/2005 8:35:12 AM

**What is Google's trademark policy?**

As a provider of space for advertisements, we cannot arbitrate trademark disputes between advertisers and trademark owners. As stated in our Terms and Conditions, advertisers are responsible for the keywords and ad content that they choose to use. We encourage trademark owners to resolve their disputes directly with our advertisers, particularly because the advertisers may have similar advertisements on other sites.

As a courtesy, we are willing to perform a limited investigation of reasonable complaints. Please note that any such investigation will only affect ads served on or by Google. Trademark claims can be filed at any time. The trademark owner is not required to be a Google AdWords advertiser in order to file a claim.

To learn more about Google's trademark policy and how to submit a trademark complaint, please review our full trademark complaint procedure.

**Why do I need to accept the AdWords Terms and Conditions?**

As part of our ongoing effort to improve the Google AdWords program for advertisers and users, we may periodically update the AdWords Terms and Conditions. All AdWords advertisers are required to accept these new Terms and Conditions in order to advertise with the AdWords program.

You may have received an email from us, or a notification within your account, requesting that you log in and accept our new Terms and Conditions. You can do so by logging into AdWords.

Please note that you'll have a limited amount of time (generally 30 days from your initial notification) to log in and accept the new program Terms and Conditions; otherwise, we'll need to

pause your account until you've made this change. To avoid interruption of your AdWords
advertising, we recommend that you log in and make this change as soon as possible.

**What are the Editorial Guidelines?**

The Google AdWords Editorial Guidelines, posted on the Google AdWords website, define the
criteria all
ads must meet in order to run on Google. These guidelines focus on helping you to create clear,
effective, and informative ads in order to meet your sales goals. Please review the Editorial
Guidelines before creating your ads.

Please note that in the cases where minor changes to your ad are required in order to comply
with our Editorial Guidelines, a client service representative may edit your ad for you. This
prevents your ad from being disapproved and lets your ad continue to run.

Here are a few examples of edits we may make for you:

- .Removing an exclamation point
- .Removing or adding an extra space
- .Fixing a spelling error

Google shall not be responsible in the event that a change is not made to your ad text and a
disapproval results. Therefore, it is important for you to follow the Editorial Guidelines to help
ensure that your ads continue running.

**What is Google's affiliate advertising policy?**

> We allow affiliates to use AdWords advertising. Please note that we'll only
> display one ad per search query for advertisers sharing the same top-
> level domain in the Display URL. This means that if you're an affiliate
> advertiser, your ad may not show for a query because another affiliate or
> the website that runs the affiliate
> program also has ads using the same (or a similar) domain in the
> Display URL. Also, your site should not mirror (be similar or nearly
> identical in appearance to) your parent company's or another
> advertiser's site.
>
> For example, for the domain **google.com**, we would determine the
> following URLs and Display URLs to be equivalent:

- .home.google.com
- .www.google.com
- .google.com
- .www.google.com/home
- .www.Google.com

However, we'd determine the following Display URLs to be distinct, since each has a
different top-level domain:

- .www.google.co.uk*
- .www.google.fr
- .www.google.com

.www.google.edu

*Domains with a country-specific extension are considered distinct.*

For more information about this change, please review the January 2005 Google AdWords service announcement.


**Helpful Definitions:**

*Display URL*

This is the URL displayed on your ad to identify your site to users. This URL displayed is limited to 35 characters; it need not be the same as the URL your ad links to, but it should be an actual URL that is part of your site.

*Domain*

Website domains are a naming procedure by which web users may identify a particular website address and location (e.g., www.google.com). They are usually made up of two parts: a name and a category. The following are common URL domain categories: .com (commercial), .edu (education), and .gov (government). Domain categories can also be country-specific, for example: .fr (France) , .br (Brazil), or .jp (Japan). In some cases, one category is appended to another category, for example: examplename.co.uk, examplename.com.ph, examplename.org.uk).

What is 'unacceptable content'?

In order to ensure that AdWords ads benefit our users, advertisers, partners, and Google, we maintain high standards for ads accepted into the AdWords program. For a list of affected products and topics, please see our Content Policy. Application of content policies will always involve an element of discretion, and we reserve the right to reject or approve any ads.

Why is my 'ad disapproved? What should I do next?

All AdWords ads are reviewed by our support staff to make sure they meet Google's guidelines. Ads may be disapproved for various reasons, including misspellings, inappropriate content, unacceptable phrases like 'Click here,' or other details which can make ads confusing, offensive or ineffective.

When an ad does not meet Google's guidelines, we temporarily block the ad from running and send you an email explaining why. You'll also see the word 'Disapproved' next to any such ad in the **Campaign Management** section of your AdWords account. To get the ad running, just make the appropriate edits and save your changes. Your ad will be automatically resubmitted to us for review.

For more details, please review the Editorial Guidelines and Content Policy.

What do I have to do to advertise my online pharmacy or be an affiliate of one?

As of May 2004, all online pharmacy-related ads and keywords for U.S.-targeted campaigns must be associated with a valid SquareTrade ID.

Make sure you're prepared.

Learn more about the Google Online Pharmacy Qualification Program.

https://adwords.google.com/support/bin/index.py?fulldump=1 (78 of 116)8/2/2005 8:35:12 AM

**Already a member of the SquareTrade Licensed Pharmacy Program?**
Submit your SquareTrade ID in your AdWords account.

**Don't yet have a SquareTrade ID?**
Learn more and submit an application.

**Not an online pharmacy or pharmacy affiliate?**
Let us know. If you feel that this policy does not apply to you, please send us an exception request through your AdWords account. You'll be notified by email when we've reviewed your account.

**Based outside of the U.S. or Canada?**
The SquareTrade program is only open to pharmacies based in the U.S. or Canada. If you are based outside of these countries, you must edit your AdWords location targeting list to remove the U.S.

Why can't I use special punctuation / spellings / capitals?

AdWords doesn't allow unusual spellings, double exclamation points or other visual gimmicks. Our goal is to provide users with useful, relevant ads in a format that is easy to read and understand.

Our experience shows that your ad will gather the best response if you simply describe your product or service in a clear and straightforward way. The more you emphasize the unique benefits of your product or service, the better your results will be.

If your business name requires unusual spelling, extra capital letters or other unique characters, you can request an exemption from the AdWords team when you build your ad. The AdWords team will review and, if appropriate, approve the wording of your ad.

For more information, please see the AdWords Editorial Guidelines.

How secure is my payment information?

We understand that making an advertising purchase online involves a great deal of trust on your part. We take this trust very seriously, and make it our highest priority to help ensure the security and confidentiality of the information you provide. Google uses industry-standard SSL (secure socket layer) technology to protect every interaction you have with the AdWords system. This protects your credit card and other personal information. Once we receive your information, we not only store it behind a firewall, but also encrypt the sensitive payment information.

When payment information is submitted through our online form, Google works with third-parties to verify and process your information. Your personal information is encrypted and neither Google nor our payment partners share or sell your personal information. The information you provide us will be used solely for the purpose for which it was provided. For more details, please see our Privacy Policy.

*For credit card & debit cards:* Billing information is checked against the account information by our third-
party payment processor. If the information submitted is invalid, the payment information will not be
accepted. If the information is valid but there are discrepancies, the third-party processor returns a fraud
score based on the number of discrepancies between the credit card account and the AdWords account
information. High fraud scores are flagged by our system for review by an AdWords Specialist.

*For bank transfers:* Google works with a third party service provider to offer our advertisers a secure way to fund their AdWords accounts using bank transfers in many different currencies and countries. When you pay via bank transfer, your payments are initially sent to a bank account in your country that belongs to this service provider, which securely processes your payment and sends the funds to Google. Since your payment is made to this third party, their name or the name of their local subsidiary may appear in the bank account name to which you are instructed to transfer your payments.

If you have any other payment or security concerns, please contact us. One of our client service specialists would be happy to answer your questions.

https://adwords.google.com/support/bin/index.py?fulldump=1 (79 of 116)8/2/2005 8:35:12 AM

**Are there guidelines for my ad content?**

Our AdWords Specialists review all of our ads to ensure that they meet Google's advertising standards.
These standards can be found in our Terms and Conditions and in the Google AdWords Editorial Guidelines. Google strongly believes in the importance of relevant, high-quality advertising, which benefits both our advertisers and Google users. By creating clear, well-targeted AdWords ads, you'll reach your potential customers more effectively and help ensure a positive user experience that will build users' confidence in AdWords ads. The result will be higher traffic to your site, increasing the potential return on your ad investment.

**What is Google's policy for online pharmacy ads?**

In May of 2004 we began requiring that all online pharmacy advertisers and affiliates targeting the U.S. with their AdWords ads be a member of the SquareTrade Licensed Pharmacy program. To be fair to all of our pharmacy advertisers, we make no exceptions. If you have not been granted a SquareTrade seal, we are unable to show your ads in the U.S. or Canada.

Partnering with a 3rd party to verify the credentials of online pharmacy advertising through Google AdWords helps enhance the integrity of the online prescription drug market place as well as the Google AdWords program. Users gain security, knowing that online pharmacies found through Google AdWords are trustworthy. And users are more likely to complete a transaction with a business they know they can trust.

If you are targeting the U.K., you may not include prescription drug names in your ad text or keyword list.

### What if my ads don't meet the guidelines?

We created the Editorial Guidelines to help improve your ad campaigns as well as the Google user experience. If we see that your ads don't follow these guidelines, we will let you know and offer suggestions on how to improve your ads. Often, our system will automatically detect when your ads should be refined. In this case, you may receive a message when you create your ads, or you may notice a link (under the affected Ad Group in your account) to a diagnostics page detailing the possible issues with your ads.

Our AdWords Specialists review your ads and can help you optimize your campaigns. If your ads do not meet our guidelines or are performing poorly, we'll notify you by email. We'll often stop running your ads until you're able to make the necessary changes. As soon as you've made and saved the changes, your ads are automatically resubmitted to us for review.

### How does Google use cookies in conversion tracking?

The cookie that Google adds to a user's computer when he/she clicks on an ad expires in 30 days. This measure, and the fact that Google uses separate servers for conversion tracking and search results, protects the user's privacy.

Users who don't wish to participate in tracking activities can easily not accept this cookie by setting their Internet browser user preferences. These users will simply not be included in your conversion tracking statistics.

### What can I do to help maintain ad quality on Google?

Google is committed to providing an optimal user experience as well as giving you the most effective online advertising possible. To do this, we need the help of both our advertisers and users. If you're an advertiser, you can help by creating concise, informative, and well-targeted ads. Since such ads often generate the highest clickthrough rates (CTRs), you'll see campaign performance improvements, and our users will see useful, informative ads.

Google is not responsible for advertisers' websites including, but not limited to maintenance of such web sites, order entry, payment processing, shipping, cancellations, returns, or customer service. However, we value customer service and hope that our advertisers provide quality services. If poor service is rendered by one of our advertisers, suggest that you contact the Better Business Bureau or Consumer Affairs division of the city where the company is located, as they will be able to investigate your case and act on your behalf.

https://adwords.google.com/support/bin/index.py?fulldump=1 (80 of 116)8/2/2005 8:35:12 AM

Such organizations provide the most effective forum for addressing cases of consumer dissatisfaction.

Is conversion tracking secure?

Yes. Google's security standards are stringent; we use data encryption and secure servers, and do not collect or store personal information. In addition, only those pages containing the Google conversion code are tracked.

How does Google handle personal data?

Google is firmly committed to the privacy of our advertisers and users. While Google does add a cookie to a user's computer when he/she clicks on an ad, this cookie expires in 30 days, and Google does not associate a user's search activity with his/her ad click history. Further, Google does not collect or track personally identifying information, and does not reveal individual information to third parties.

Users who do not wish to participate in tracking activities can easily disable Google's conversion tracking cookie in their Internet browser's user preferences settings. These users will not be included in your conversion tracking statistics.

For more information on Google's privacy policy, please click here.

Will my personal information be shared?

No. The information you provide will only be used by Google, and only in our efforts to serve you better. We will not share your personal information, unless required to resolve a charge dispute or by legal process. Please also see our Privacy Policy and Terms and Conditions.

How secure is my information?

We understand that making an advertising purchase online involves a great deal of trust on your part. We take this trust very seriously, and make it our highest priority to ensure the security and confidentiality of the information you provide. Google uses industry-standard SSL (secure socket layer) technology to protect every interaction you have with the AdWords system. This protects your credit card and other personal information. Once we receive your information, we not only store it behind a firewall, but also encrypt the sensitive credit card information.

When credit cards are submitted through the secure online form, they are checked against the account information by our third-party credit card processor. If information submitted is invalid, the credit card will not be accepted. If the information is valid but there are discrepancies, the third-party credit card processor returns a fraud score based on the number of discrepancies between the credit card account and the AdWords account information. High fraud scores are flagged by our system for review by an AdWords Specialist.

**AdWords quality commitment : AdWords click quality**

How does Google detect invalid clicks?

Google's proprietary technology analyzes clicks to determine whether