1   DAVID T. BIDERMAN, Bar No. 101577
    JUDITH B. GITTERMAN, Bar No. 115661
2   M. CHRISTOPHER JHANG, Bar No. 211463
    **PERKINS COIE LLP**
3   180 Townsend Street, 3rd Floor
    San Francisco, California  94107-1909
4   Telephone:  (415) 344-7000
    Facsimile:  (415) 344-7050
5   Email: DBiderman@perkinscoie.com
    Email: JGitterman@perkinscoie.com
6   Email: CJhang@perkinscoie.com

7   Attorneys for Defendant Google, Inc.

8
                    **UNITED STATES DISTRICT COURT**
9
             **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**
10

11  CLRB HANSON INDUSTRIES, LLC d/b/a         CASE NO. C 05-03649 JW
12  INDUSTRIAL PRINTING, and HOWARD
    STERN, on behalf of themselves and all others   **[PROPOSED] ORDER GRANTING**
13  similarly situated,                             **DEFENDANT GOOGLE, INC.'S**
                                                    **MOTION TO DISMISS PLAINTIFFS'**
14                      Plaintiff,                   **UNJUST ENRICHMENT CLAIM IN**
                                                    **THE SECOND AMENDED**
15          v.                                      **COMPLAINT**

16  GOOGLE, INC.,                                   Fed. R. Civ. P. 12(b)(6)

17                      Defendant.                   Date:      June 26, 2006
                                                    Time:      9:00 a.m.
18                                                  Place:     Courtroom 8
                                                    Judge:     Honorable James Ware
19

20

21

22

23

24

25

26

27

28  [PROPOSED] ORDER GRANTING DEFENDANT
    GOOGLE, INC.'S MOTION TO DISMISS PLAINTIFFS'
    UNJUST ENRICHMENT CLAIM IN THE SECOND
    AMENDED COMPLAINT                                            [41063-0023/BY061380.027]
    CASE NO: C 05-03649 JW

1   Defendant Google, Inc.'s Motion to Dismiss Plaintiffs' Unjust Enrichment Claim in the

2   Second Amended Complaint, brought pursuant to Federal Rule of Civil Procedure 12(b)(6),

3   having come on for hearing, the Court having considered all relevant documents and evidence

4   and having considered the arguments of counsel, and good cause appearing therefor:

5   IT IS HEREBY ORDERED that Defendant's Motion to Dismiss Plaintiffs' Unjust

6   Enrichment Claim in the Second Amended Complaint is granted and plaintiffs' claim for unjust

7   enrichment is dismissed, without leave to amend, pursuant to Federal Rule of Civil Procedure

8   12(b)(6).

9

10  DATED: _____, 2006   _____

11  Honorable James Ware
    U.S.D.C., Northern District of California

12  Respectfully submitted:

13  **PERKINS COIE** LLP

14  By _____/s/_____

15  David T. Biderman

16  Attorneys for Defendant
    Google, Inc.

17

18

19

20

21

22

23

24

25

26

27

- 2 -

28  [PROPOSED] ORDER GRANTING DEFENDANT
    GOOGLE, INC.'S MOTION TO DISMISS PLAINTIFFS'
    UNJUST ENRICHMENT CLAIM IN THE SECOND
    AMENDED COMPLAINT
    CASE NO: C 05-03649 JW

**PROOF OF SERVICE**

I, Susan E. Daniels, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Perkins Coie LLP, 180 Townsend Street, 3rd Floor, San Francisco, California 94107-1909. I am personally familiar with the business practice of Perkins Coie LLP. On May 18, 2006, I served the following document(s):

**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE, INC.'S MOTION TO DISMISS PLAINTIFFS' UNJUST ENRICHMENT CLAIM IN THE SECOND AMENDED COMPLAINT**

by placing a true copy thereof enclosed in a sealed envelope addressed to the following parties:

William M. Audet, Esq.                     Attorney for Plaintiffs and
Ryan M. Hagan, Esq.                        the Proposed Class
Jason Baker, Esq.
ALEXANDER, HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112
Tel: (408) 289-1776; Fax: (408) 287-1776

Lester L. Levy, Esq.                       Attorney for Plaintiffs and
Michele F. Raphael, Esq.                   the Proposed Class
Renee L. Karalian, Esq.
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
Tel: (212) 759-4600; Fax: (212) 486-2093

<u>XXX</u>    (By Mail) I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Perkins Coie LLP.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed at San Francisco, California.

DATED: May 18, 2006.                    _____/S/_____

                                        Susan E. Daniels

[PROPOSED] ORDER GRANTING DEFENDANT
GOOGLE, INC.'S MOTION TO DISMISS PLAINTIFFS'
UNJUST ENRICHMENT CLAIM IN THE SECOND
AMENDED COMPLAINT
CASE NO: C 05-03649 JW