| | |
|---|---|
| 1 | Lester L. Levy (Admitted Pro Hac Vice) |
| 2 | Michele F. Raphael (Admitted Pro Hac Vice)<br>WOLF POPPER LLP |
| 3 | 845 Third Avenue<br>New York NY 10022 |
| 4 | Telephone: 212.759.4600<br>Facsimile: 212.486.2093 |
| 5 | e-mail: llevy@wolfpopper.com<br>e-mail: mraphael@wolfpopper.com |
| 6 | William M. Audet (SBN 117456) |
| 7 | Jason Baker (SBN 212380)<br>ALEXANDER, HAWES & AUDET, LLP |
| 8 | 152 North Third Street, Suite 600<br>San Jose, CA 95112 |
| 9 | Telephone: 408.289.1776<br>Facsimile: 408.287.1776 |
| 10 | e-mail:  waudet@alexanderlaw.com<br>e-mail:  jbaker@alexanderlaw.com |
| 11 | *Attorneys for Plaintiffs and the Proposed Class* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated, | ) ) ) ) | CASE NO: C05-03649 JW<br>**[PROPOSED] ORDER DENYING DEFENDANT GOOGLE, INC.'S MOTION TO DISMISS PLAINTIFFS' UNJUST ENRICHMENT CLAIM IN THE SECOND AMENDED COMPLAINT** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| GOOGLE, INC., | ) ) | Date:    June 26, 2006<br>Time:    9:00 a.m. |
| Defendant. | ) ) ) | Place:   Courtroom 8<br>Judge:   Honorable James Ware |

[Proposed] Order Denying Defendant Google, Inc.'s
Motion to Dismiss Plaintiffs' Unjust Enrichment Claim
in the Second Amended Complaint
Case No: C05-03649 JW

Doc. 153162

Defendant Google, Inc.'s Motion to Dismiss Plaintiffs' Unjust Enrichment Claim in the Second Amended Complaint, brought pursuant to Federal Rule of Civil Procedure 12(b)(6), having come on for hearing, the Court having considered all relevant documents and evidence and having considered the arguments of counsel, and good cause appearing therefor:

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss Plaintiffs' Unjust Enrichment Claim in the Second Amended Complaint is denied.

Dated: _____, 2006    _____
                                                          Honorable James Ware
                                                          U.S.D.C., Northern District of California

Respectfully submitted:

  WOLF POPPER LLP

By: /s/ Michele F. Raphael
      Michele F. Raphael

*Attorneys for Plaintiffs and the Proposed Class*

[Proposed] Order Denying Defendant Google, Inc.'s
Motion to Dismiss Plaintiffs' Unjust Enrichment Claim
in the Second Amended Complaint
Case No: C05-03649 JW
Doc. 153162                    2