**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLRB Hanson Industries, LLC d/b/a Industrial Printing, and Howard Stern, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>Google Inc.,<br><br>        Defendant.<br>_____/ | NO. C 05-03649 JW<br><br>**ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' UNJUST ENRICHMENT CLAIM IN THE SECOND AMENDED COMPLAINT** |

The Court deems Defendant's Motion to Dismiss Plaintiffs' Unjust Enrichment Claim in the Second Amended Complaint in the above entitled matter appropriate for submission on the papers. See Civ. L.R. 7-1(b). Accordingly, the hearing on January 26, 2006 is vacated.

Dated: June 20, 2006

                                                  JAMES WARE
                                                United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christopher M. Jhang cjhang@perkinscoie.com
David T. Biderman dbiderman@perkinscoie.com
Judith B. Gitterman gittj@perkinscoie.com
Lester L Levy llevy@wolfpopper.com
Lisa Delehunt ldelehunt@perkinscoie.com
Michele Fried Raphael mraphael@wolfpopper.com
Ryan M. Hagan rhagan@alexanderlaw.com
William M. Audet waudet@alexanderlaw.com

**Dated: June 20, 2006**                                   **Richard W. Wieking, Clerk**

                                                           **By:    /s/ JW Chambers
                                                                   Melissa Peralta
                                                                   Courtroom Deputy**