**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

**DATE:** June 26, 2006
TIME: 11:09 a.m. - 11:36 a.m.

**Case No.** C-05-3649-JW          **JUDGE:** **JAMES WARE**

CLRB Hanson Industries, et al. -v- Google, Inc.

Title

| Lester Levy | David Biderman |
| Michelle Raphael | Christopher Jhang |
| Jason Baker | Katherine Lacavera |
| Plaintiff Attorneys Present | Defendant Attorneys Present |

**Deputy Clerk:** Edward Butler       **COURT REPORTER:** Not Reported

**PROCEEDINGS**

Case Management Conference.

The parties inform the court that they have not had settlement discussions. Plaintiffs propose partial summary judgment briefing before discovery. Defendant requests limited discovery by means of depositions.

**EXPERT DISCLOSURE:**_____**DISCOVERY CLOSE(ALL)**_____

**CASE CONTINUED TO:**_____ for FINAL P/T Conference

**CASE CONTINUED TO:**_____ for Trial

**CASE CONTINUED TO:**_____ PRELIMINARY PRETRIAL CONFERENCE

**CASE CONTINUED TO:** 10/6/06 at 9:00 a.m. for PRETRIAL MOTIONS and Further Case Management Conference

**CASE CONTINUED TO:**_____ DISMISSAL CALENDAR

**ORDER AFTER HEARING:**

The court will proceed with limited discovery in the case. The parties are to follow the Local Rules on deadlines for noticing dispositive motions.

**( ) SUBMITTED        (  ) BRIEFS TO BE FILED**

**Briefing Schedule: Opening**_____ **Answer**_____