| | |
|---|---|
| 1 | DAVID T. BIDERMAN, Bar No. 101577 |
| | JUDITH B. GITTERMAN, Bar No. 115661 |
| 2 | M. CHRISTOPHER JHANG, Bar No. 211463 |
| | **PERKINS COIE LLP** |
| 3 | Four Embarcadero Center, Suite 2400 |
| | San Francisco, California 94111 |
| 4 | Telephone: (415) 344-7000 |
| | Facsimile: (415) 344-7050 |
| 5 | Email: DBiderman@perkinscoie.com |
| | Email: JGitterman@perkinscoie.com |
| 6 | Email: CJhang@perkinscoie.com |

Attorneys for Defendant Google, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated, | CASE NO. C O5-03649 JW |
| Plaintiffs, | **NOTICE OF CHANGE OF ADDRESS** |
| v. | |
| GOOGLE, INC., | |
| Defendant. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE the address for Perkins Coie LLP, attorneys for Defendant Google, Inc., is now:

**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, California 94111

The telephone and facsimile numbers will remain the same.

Dated: July 13, 2006            **PERKINS COIE LLP**

By: _____/S/_____
M. Christopher Jhang
Attorneys for Defendant GOOGLE, INC.

Notice of Change of Address
CASE NO. 05-03649                                      [41063-0023/BY061910.092]