| | |
|---|---|
| 1 | DAVID T. BIDERMAN, Bar No. 101577<br>JUDITH B. GITTERMAN, Bar No. 115661 |
| 2 | M. CHRISTOPHER JHANG, Bar No. 211463<br>**PERKINS COIE LLP** |
| 3 | 180 Townsend Street, 3rd Floor<br>San Francisco, CA 94107-1909 |
| 4 | Telephone: (415) 344-7000<br>Facsimile: (415) 344-7050 |
| 5 | Email: DBiderman@perkinscoie.com<br>Email: JGitterman@perkinscoie.com |
| 6 | Email: CJhang@perkinscoie.com |
| 7 | Attorneys for Defendant Google, Inc. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>GOOGLE, INC.,<br><br>          Defendant. | CASE NO. C 05-03649 JW<br><br>**DECLARATION PURSUANT TO COURT'S JUNE 27, 2006 ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

I, Leslie Altherr, declare as follows:

1. I am employed as a litigation paralegal at Google, Inc. ("Google"). I submit this declaration pursuant to the Court's June 27, 2006 Order Following Case Management Conference in the above-stated action. Except where so noted, I have personal knowledge of the following facts and, if called to testify, could and would do so truthfully. I submit this declaration under the direction of counsel and, except for the matters stated herein, do not waive any attorney-client or work product privileges.

Declaration Pursuant To Court's June 27, 2006
Order Following Case Management Conference
CASE NO. 05-03649

[41063-0023-000000/BY061950 104.DOC]

2.    I have been responsible for overseeing and managing the collection of documents requested by our outside counsel, Perkins Coie LLP. I am informed and believe that, prior to my involvement in this case, Google collected and forwarded to outside counsel documents reflecting communications between Google and plaintiffs CLRB Hanson Industries, LLC, d/b/a Industrial Printing, and Howard Stern ("plaintiffs"). I am informed by outside counsel and believe that these documents have been produced to plaintiffs as part of Google's initial disclosures and supplemental initial disclosures in this action.

3.    I am currently in the process of collecting and compiling all versions of the AdWords Program Terms ("Terms") and Frequently Asked Questions ("FAQs"), from July 2002 to the present, which appeared on the AdWords website. I anticipate that I will complete this collection by July 21, 2006. Once the collection is complete, I will immediately forward these documents to our outside counsel. I am informed and believe that these final versions of the AdWords Terms and FAQs will be produced to plaintiffs by our outside counsel within 5 business days after they have been received.

4.    I am informed and believe that once all of the above-stated productions to plaintiffs have been made, that Google will have turned over to plaintiffs all documents constituting the terms and conditions of the AdWords Agreement which were in force from July 2002, the date plaintiff CLRB Hanson Industries first became an AdWords advertiser, through the date of this declaration.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 17th day of July, 2006, at Mountain View, California.

_____
Leslie Altherr