**United States District Court**
For the Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES dba INDUSTRIAL PRINTING, et al., ) ) ) Plaintiffs, ) ) v. ) ) GOOGLE, INC., ) ) Defendant. ) _____ ) | Case No.: C 05-3649 JW PVT **ORDER RE LETTER DATED JULY 18, 2006 FROM PLAINTIFF'S COUNSEL TO COURT** |

The court is in receipt of a letter dated July 18, 2006 from Plaintiff's counsel to Judge Ware.[1] Because the letter addresses a discovery dispute, it was forwarded to the assigned referral judge, Magistrate Judge Trumbull.[2] Having reviewed the letter,

IT IS HEREBY ORDERED that any request for judicial relief in connection with discovery disputes must be made pursuant to Civil Local Rule 7 (and if necessary requests to shorten time pursuant to Civil Local Rule 6). Informal letters to the court complaining about an opposing party's failure to timely produce documents is not an appropriate vehicle for obtaining such relief, and will not be acted on by the court.

Dated: *7/20/06*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

[2] Pursuant to the San Jose Division's Standing Order Regarding Case Management in Civil Cases, "All disclosure or discovery disputes in cases assigned to district judges are referred to the assigned magistrate judge for determination pursuant to Fed.R.Civ.P. 72(a)."

ORDER, *page 1*