| | |
|---|---|
| 1 | DAVID T. BIDERMAN, Bar No. 101577 |
| | JUDITH B. GITTERMAN, Bar No. 115661 |
| 2 | M. CHRISTOPHER JHANG, Bar No. 211463 |
| | **PERKINS COIE LLP** |
| 3 | 180 Townsend Street, 3rd Floor |
| | San Francisco, CA 94107-1909 |
| 4 | Telephone: (415) 344-7000 |
| | Facsimile: (415) 344-7050 |
| 5 | Email: DBiderman@perkinscoie.com |
| | Email: JGitterman@perkinscoie.com |
| 6 | Email: CJhang@perkinscoie.com |
| 7 | Attorneys for Defendant Google, Inc. |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated, | CASE NO. C O5-03649 JW |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE, INC.'S MOTION TO ENLARGE TIME AND CLARIFY COURT ORDER** |
| v. | |
| GOOGLE, INC., | |
| Defendant. | |

[Proposed] Order Granting Defendant Google, Inc.'s Motion
to Enlarge Time and Clarify Court Order
CASE NO. 05-03649

[41063-0023/BY062060.132]

1  Defendant Google, Inc.'s ("Google") Motion to Enlarge Time and Clarify Court Order is
2  brought pursuant to Civil Local Rule 6-3. The Court having considered all relevant documents
3  and evidence, and good cause appearing therefore:
4  IT IS HEREBY ORDERED that Defendant's Motion to Enlarge Time and Clarify Court
5  Order is granted. The August 6, 2006 deposition deadline set in the Court's Order Following
6  Case Management Conference ("Order") is continued to September 8, 2006. Google is entitled
7  to depose both plaintiffs in this action, and plaintiffs shall make themselves available for
8  deposition on dates mutually agreed upon by the parties between August 14 to September 8,
9  2006. The October 6, 2006 partial summary judgment hearing date set in the Court's Order is
10 continued to November 20, 2006.

12 Dated: _____, 2006          _____
13                                              Honorable James Ware
                                                U.S.D.C., Northern District of California

14 Respectfully submitted:
15 **PERKINS COIE LLP**

16 By _____/S/_____
       M. Christopher Jhang
17 Attorneys for Defendant Google, Inc.

- 1 -
[Proposed] Order Granting Defendant Google, Inc.'s Motion
to Enlarge Time and Clarify Court Order
CASE NO. 05-03649                                                                 [41063-0023/BY062060.132]

# PROOF OF SERVICE

I, Susan E. Daniels, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Perkins Coie LLP, Four Embarcadero Center, Suite 2400, San Francisco, California 94111. I am personally familiar with the business practice of Perkins Coie LLP. On July 26, 2006, I served the following document(s):

**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE, INC.'S MOTION TO ENLARGE TIME AND CLARIFY COURT ORDER**

by placing a true copy thereof enclosed in a sealed envelope addressed to the following parties:

William M. Audet, Esq.
Ryan M. Hagan, Esq.
Jason Baker, Esq.
ALEXANDER, HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112
Tel: (408) 289-1776; Fax: (408) 287-1776

XXX   (By Hand)  I caused each envelope to be delivered by hand to the offices listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed at San Francisco, California.

DATED:  July 26, 2006

/S/
Susan E. Daniels

- 1 -

[Proposed] Order Granting Defendant Google, Inc.'s Motion
to Enlarge Time and Clarify Court Order
CASE NO. 05-03649

[41063-0023/BY062060.132]