1  DAVID T. BIDERMAN, Bar No. 101577
   JUDITH B. GITTERMAN, Bar No. 115661
2  M. CHRISTOPHER JHANG, Bar No. 211463
   **PERKINS COIE LLP**
3  180 Townsend Street, 3rd Floor
   San Francisco, CA 94107-1909
4  Telephone: (415) 344-7000
   Facsimile: (415) 344-7050
5  Email: DBiderman@perkinscoie.com
   Email: JGitterman@perkinscoie.com
6  Email: CJhang@perkinscoie.com

7  Attorneys for Defendant Google Inc.

8
                        UNITED STATES DISTRICT COURT
9
           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
10

11
   CLRB HANSON INDUSTRIES, LLC d/b/a          CASE NO.  C O5-03649 JW
12 INDUSTRIAL PRINTING, and HOWARD
   STERN, on behalf of themselves and all others   **AMENDED DECLARATION**
13 similarly situated,                         **PURSUANT TO COURT'S JUNE 27,**
                                               **2006 ORDER FOLLOWING CASE**
14                    Plaintiffs,              **MANAGEMENT CONFERENCE**

15       v.

16 GOOGLE, INC.,

17                    Defendant.

18

19

20       I, Leslie Altherr, declare as follows:

21       1.    I am employed as a litigation paralegal at Google Inc. ("Google"). I submit this

22 declaration pursuant to the Court's June 27, 2006 Order Following Case Management

23 Conference in the above-stated action. I have personal knowledge of the facts set forth below

24 except as to those matters stated on information and belief, and as to those matters, I believe

25 them to be true. If called upon to testify, I could and would testify competently as to the matters

26 set forth herein. I submit this declaration under the direction of counsel and, except for the

27 matters stated herein, do not waive any attorney-client or work product privileges.

28
   Amended Declaration Pursuant To Court's June 27,
   2006 Order Following Case Management
   Conference
   CASE NO. 05-03649                                          [41063-0023-000000/BY062090.061.DOC]

2.    I have been responsible for overseeing and managing the collection of documents requested by our outside counsel, Perkins Coie LLP. I am informed and believe that, prior to my involvement in this case, Google collected and forwarded to outside counsel documents reflecting communications between Google and plaintiffs CLRB Hanson Industries, LLC, d/b/a Industrial Printing, and Howard Stern ("plaintiffs"). I am informed by outside counsel and believe that these documents have been produced to plaintiffs as part of Google's initial disclosures and supplemental initial disclosures in this action.

3.    I have collected all available versions of the AdWords Frequently Asked Questions ("FAQs"), from July 2002 to the present, which appeared on the AdWords website. I have also collected the AdWords Program Terms and Conditions ("Terms") from July 2002 and October 2003, which I am informed are the time periods when plaintiffs allege they began advertising under the AdWords program, and the current version of the Terms. These documents have been forwarded to our outside counsel. I am informed and believe that these documents will be produced to plaintiffs by outside counsel.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 28th day of July, 2006, at San Mateo, California.

_____
Leslie Altherr

- 2 -

Amended Declaration Pursuant To Court's June 27,
2006 Order Following Case Management
Conference