1  Lester L. Levy (Admitted Pro Hac Vice)
   Michele F. Raphael (Admitted Pro Hac Vice)
2  WOLF POPPER LLP
   845 Third Avenue
3  New York NY 10022
   Telephone: 212.759.4600
4  Facsimile: 212.486.2093
   e-mail: llevy@wolfpopper.com
5  e-mail: mraphael@wolfpopper.com

6  William M. Audet (SBN 117456)
   Jason Baker (SBN 212380)
7  ALEXANDER, HAWES & AUDET, LLP
   152 North Third Street, Suite 600
8  San Jose, CA 95112
   Telephone: 408.289.1776
9  Facsimile: 408.287.1776
   e-mail: waudet@alexanderlaw.com
10 e-mail: jbaker@alexanderlaw.com

11
    *Attorneys for Plaintiffs and the
12  Proposed Class*

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                          SAN JOSE DIVISION

16

17 CLRB HANSON INDUSTRIES, LLC d/b/a  )   CASE NO: C05-03649 JW
   INDUSTRIAL PRINTING, and HOWARD    )
   STERN, on behalf of themselves and all ) **[PROPOSED] ORDER GRANTING**
18 others similarly situated,            ) **PLAINTIFFS' MOTION TO**
                                          ) **ENLARGE TIME**
19                 Plaintiffs,           )
                                          )
20 vs.                                    )
                                          )
21 GOOGLE, INC.,                          )
                                          )
22              Defendant.                )
                                          )
23

24

25

26

27

28

Plaintiffs' Motion to Enlarge Time, having been brought pursuant to Civil Local Rule 6-3, and the Court having considered all relevant documents and evidence and having considered the arguments of counsel, and good cause appearing therefor:

IT IS HEREBY ORDERED that Plaintiffs' Motion to Enlarge Time is granted and the motion for partial summary judgment will be heard on November 6, 2006.

Dated: _____, 2006

_____
Honorable James Ware
U.S.D.C., Northern District of California

Respectfully submitted:

**WOLF POPPER LLP**

By: _____/s/_____
       Michele F. Raphael

*Attorneys for Plaintiffs and the Proposed Class*