Lester L. Levy (Admitted Pro Hac Vice)
Michele F. Raphael (Admitted Pro Hac Vice)
WOLF POPPER LLP
845 Third Avenue
New York NY 10022
Telephone: 212.759.4600
Facsimile: 212.486.2093
e-mail: llevy@wolfpopper.com
e-mail: mraphael@wolfpopper.com

William M. Audet (SBN 117456)
Jason Baker (SBN 212380)
ALEXANDER, HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: 408.289.1776
Facsimile: 408.287.1776
e-mail: waudet@alexanderlaw.com
e-mail: jbaker@alexanderlaw.com

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>GOOGLE, INC.,<br><br>                Defendant. | CASE NO: C05-03649 JW<br><br>**SUPPLEMENTAL DECLARATION OF MICHELE F. RAPHAEL IN SUPPORT OF PLAINTIFFS' MOTION TO ENLARGE TIME** |

Supplemental Declaration of Michele F. Raphael in
Support of Plaintiffs' Motion to Enlarge Time
Case No: C05-03649 JW

Doc. 153972

I, **MICHELE F. RAPHAEL**, declare as follow:

1. I am a member of Wolf Popper LLP ("Wolf Popper"), counsel for Plaintiffs CLRB Hanson Industries, LLC d/b/a Industrial Printing ("CLRB Hanson") and Howard Stern (collectively, "Plaintiffs") in this action against Google, Inc. I have personal knowledge of the facts stated herein. I submit this supplemental declaration in support of Plaintiffs' Motion to Enlarge Time.

2. On Thursday, August 3, 2005, I advised defense counsel, M. Christopher Jhang, that Mr. Hanson would alter his schedule to be available in New York on August 17, 2006, but that the following morning would be preferable given his schedule. (As per exhibits to Mr. Jhang's Declaration in support of Defendant's motion to enlarge time, both defense counsel and the Court were informed that Mr. Hanson was unavailable from August 12-26.) I also said that "[w]ith respect to the summary judgment motion, given the delays, we are going to ask the Court to enlarge the time. We are going to ask that the adjourned hearing date be Monday, November 6." See exhibit A hereto.

3. On Friday evening, August 4, 2006, I received a responsive email from Mr. Jhang saying that David Biderman is unavailable today and that Mr. Jhang would respond "early next week." See exhibit B hereto.

4. On August 8, 2006, Plaintiffs, having received no answer to whether Defendant would agree to the request for an adjournment, five days after they raised the issue with defense counsel, and with the September 1 deadline approaching, filed their motion to enlarge time in order to prevent prejudice to Plaintiffs.

Supplemental Declaration of Michele F. Raphael in
Support of Plaintiffs' Motion to Enlarge Time
Case No: C05-03649 JW

Doc. 153972

2

1      5.      Tuesday evening, August 8, Defendant requested that Plaintiffs withdraw the motion, stating that Defendant did not have time to respond to the request. Notably, Defendant still did not represent that it did agree to the proposed adjournment.

     6.      If Defendant agrees to the requested adjournment and the Court is fully informed of the circumstances requiring the adjournment from the Court's schedule, Plaintiff will withdraw the instant motion.

Dated: August 9, 2006

                                                             /s/
                                       Michele F. Raphael

Supplemental Declaration of Michele F. Raphael in
Support of Plaintiffs' Motion to Enlarge Time
Case No: C05-03649 JW

Doc. 153972

# Exhibit A

**Michele F. Raphael**

| | |
|---|---|
| **From:** | Michele F. Raphael |
| **Sent:** | Thursday, August 03, 2006 1:53 PM |
| **To:** | 'Jhang, M. Christopher (Perkins Coie)'; Biderman, David (Perkins Coie); Gitterman, Judith (Perkins Coie) |
| **Cc:** | Lester L. Levy, 'Bill Audet'; 'Jason Baker' |
| **Subject:** | Google |

Chris,

In order to avoid additional delay, Mr. Hanson offered to alter his schedule to be available in New York. The morning of August 18th is preferable for him. If you cannot accommodate Mr. Hanson on the 18th, he can be available the afternoon of August 17. As you are aware, I advised you early on that Mr. Hanson was unavailable from August 12 to 26. We would also like to start Mr. Stern's deposition at 11:00a.m. In exchange for these date/time accommodations, we will agree that the depositions take place at Thacher Proffitt.

With respect to the summary judgment motion, given the delays, we are going to ask the Court to enlarge the time. We are going to ask that the adjourned hearing date be Monday, November 6.

    - Michele

8/9/2006

# Exhibit B

**Michele F. Raphael**

| | |
|---|---|
| **From:** | Jhang, M. Christopher (Perkins Coie) [CJhang@perkinscoie.com] |
| **Sent:** | Friday, August 04, 2006 5:50 PM |
| **To:** | Michele F. Raphael |
| **Cc:** | Biderman, David (Perkins Coie); Gitterman, Judith (Perkins Coie) |
| **Subject:** | RE: Google |

Michele,

David is unavailable today (he is on a plane flying back into the country). I will discuss with him the scheduling issues you reference below when he returns and will respond to your email early next week.

Chris


-----Original Message-----
From: Michele F. Raphael [mailto:MRaphael@wolfpopper.com]
Sent: Thursday, August 03, 2006 10:53 AM
To: Jhang, M. Christopher (Perkins Coie); Biderman, David (Perkins Coie); Gitterman, Judith (Perkins Coie)
Cc: Lester L. Levy; Bill Audet; Jason Baker
Subject: Google

Chris,

In order to avoid additional delay, Mr. Hanson offered to alter his schedule to be available in New York. The morning of August 18th is preferable for him. If you cannot accommodate Mr. Hanson on the 18th, he can be available the afternoon of August 17. As you are aware, I advised you early on that Mr. Hanson was unavailable from August 12 to 26. We would also like to start Mr. Stern's deposition at 11:00a.m. In exchange for these date/time accommodations, we will agree that the depositions take place at Thacher Proffitt.

With respect to the summary judgment motion, given the delays, we are going to ask the Court to en arge the time. We are going to ask that the adjourned hearing date be Monday, November 6.

- Michele

****************************************************

The information contained in this electronic message (e-mail) is ATTORNEY PRIVILEGED AND/OR CONFIDENTIAL and intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, copy, or distribution of this communication is strictly prohibited. WOLF POPPER LLP will accept no responsibility or liability in respect to this email other than to the addressee. If you have received this communication in error, please immediately delete all originals, copies and attachments from your system. Destroy any hard copies of it and please notify the sender immediately by telephone or by return e-mail. Thank you.

WOLF POPPER LLP
845 Third Avenue, 12th Floor
New York, NY, 10022
TEL: (212) 759-4600
FAX: (212) 486-2093


NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.