1  Lester L. Levy (Admitted Pro Hac Vice)
   Michele F. Raphael (Admitted Pro Hac Vice)
2  WOLF POPPER LLP
   845 Third Avenue
3  New York NY 10022
   Telephone: 212.759.4600
4  Facsimile: 212.486.2093
   e-mail: llevy@wolfpopper.com
5  e-mail: mraphael@wolfpopper.com

6  William M. Audet (SBN 117456)
   Jason Baker (SBN 212380)
7  ALEXANDER, HAWES & AUDET, LLP
   152 North Third Street, Suite 600
8  San Jose, CA 95112
   Telephone: 408.289.1776
9  Facsimile: 408.287.1776
   e-mail: waudet@alexanderlaw.com
10 e-mail: jbaker@alexanderlaw.com

11
    *Attorneys for Plaintiffs and the
12  Proposed Class*

13                          UNITED STATES DISTRICT COURT

14                         NORTHERN DISTRICT OF CALIFORNIA

15                                SAN JOSE DIVISION

16
   CLRB HANSON INDUSTRIES, LLC d/b/a  )   CASE NO: C05-03649 JW
17 INDUSTRIAL PRINTING, and HOWARD    )
   STERN, on behalf of themselves and all )  [PROPOSED] ORDER GRANTING
18 others similarly situated,          )   PLAINTIFFS' MOTION TO
                                       )   ENLARGE TIME
19                  Plaintiffs,        )
                                       )
20 vs.                                 )
                                       )
21 GOOGLE, INC.,                       )
                                       )
22                  Defendant.         )
                                       )
23

24

25

26

27

28

[Proposed] Order Granting Plaintiffs' Motion to Enlarge Time
Case No: C05-03649 JW

Doc. 153996

1  Plaintiffs' Motion to Enlarge Time, having been brought pursuant to Civil Local Rule 6-3, and the Court having considered all relevant documents and evidence and having considered the arguments of counsel, and good cause appearing therefor:

IT IS HEREBY ORDERED that Plaintiffs' Motion to Enlarge Time is granted and the motion for partial summary judgment will be heard on November 6, 2006 at 9:00 a.m.

Dated: __August 16, 2006__, 2006

_____
Honorable James Ware
U.S.D.C., Northern District of California

Respectfully submitted:

**WOLF POPPER LLP**


By:_____/s/_____
       Michele F. Raphael

*Attorneys for Plaintiffs and the Proposed Class*

---

[Proposed] Order Granting Plaintiffs' Motion to Enlarge Time
Case No: C05-03649 JW
Doc. 153996                                2