```
1  Lester L. Levy (Admitted Pro Hac Vice)
2  Michele F. Raphael (Admitted Pro Hac Vice)
   WOLF POPPER LLP
3  845 Third Avenue
   New York NY 10022
4  Telephone: 212.759.4600
5  Facsimile: 212.486.2093
   e-mail: llevy@wolfpopper.com
6  e-mail: mraphael@wolfpopper.com
7
   William M. Audet (SBN 117456)
8  Jason Baker (SBN 212380)
   ALEXANDER, HAWES & AUDET, LLP
9  152 North Third Street, Suite 600
10 San Jose, CA 95112
   Telephone: 408.289.1776
11 Facsimile: 408.287.1776
12 e-mail: waudet@alexanderlaw.com
   e-mail: jbaker@alexanderlaw.com
13
14 Attorneys for Plaintiffs and the
   Proposed Class
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE, INC.,<br><br>Defendant. | CASE NO: C05-03649 JW<br><br>**DECLARATION OF MICHELE F. RAPHAEL IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

**Declaration of Michele F. Raphael in Support of Plaintiffs' Motion for Partial Summary Judgment**
Case No: C05-03649 JW

Doc. 154582

I, **MICHELE F. RAPHAEL**, declare as follow:

1. I am a member of Wolf Popper LLP ("Wolf Popper"), counsel for Plaintiffs CLRB Hanson Industries, LLC d/b/a Industrial Printing ("CLRB Hanson") and Howard Stern (collectively, "Plaintiffs") in this action against Google, Inc ("Google"). I have personal knowledge of the facts stated herein. I submit this declaration in support of Plaintiffs' Motion for Partial Summary Judgment.

2. Annexed hereto as Exhibit A is a true and correct copy of the webpage cited from Google's AdWords Demos & Guides, *Bidding and Ranking*. This exhibit was annexed as Ex. B to Plaintiffs' Second Amended Class Action Complaint, dated May 4, 2006.

3. Annexed hereto as Exhibit B are true and correct copies of webpages from Google's online AdWords Help Center website.

4. Annexed hereto as Exhibit C are true and correct copies of the pages cited from the transcript of the deposition of Howard Stern, taken on August 16, 2006 ("Stern Tr.").

5. Annexed hereto as Exhibit D are true and correct copies of the pages cited from the transcript of the deposition of CLRB Hanson, by Brett Hanson, taken on August 18, 2006 ("Hanson Tr.").

6. Annexed hereto as Exhibit E are true and correct copies of e-mail correspondence between Howard Stern and Google, as produced by the parties in this litigation. (Documents with the prefix "GOOG-HN" were produced by Google; and documents with the prefix "P" were produced by Plaintiffs.)

Declaration of Michele F. Raphael in Support
of Plaintiffs' Motion for Partial Summary Judgment
Case No: C05-03649 JW

Doc. 154582

7.  Annexed hereto as Exhibit F are true and correct copies of e-mail correspondence between CLRB Hanson and Google, as produced by the parties in this litigation. (Documents with the prefix "GOOG-HN" were produced by Google; and documents with the prefix "P" were produced by Plaintiffs.)

8.  Annexed hereto as Exhibit G is a true and correct copy of the Terms and Frequently Asked Questions which Defendant represented was in effect at the time Howard Stern enrolled in Google's AdWords program ("Stern Terms" and "Stern FAQs").

9.  Annexed hereto as Exhibit H is a true and correct copy of the Terms and Frequently Asked Questions which Defendant represented was in effect at the time that CLRB Hanson enrolled in Google's AdWords program ("Hanson Terms" and "Hanson FAQs").

10. Annexed hereto as Exhibit I is a true and correct copy of the Terms and Frequently Asked Questions which were retrieved from Google's website at the time the initial complaint in this action was filed (August 3, 2005), and which were annexed as Ex. A to Plaintiffs' Second Amended Class Action Complaint, dated May 4, 2006 (collectively, "Complaint FAQs").

11. Annexed hereto as Exhibit J is a true and correct copy of the Frequently Asked Questions which Defendant represented was in effect as of August 16, 2006, and which was marked as Ex. 21 at the deposition of Howard Stern ("Current FAQs").

Dated: September 29, 2006

/s/
Michele F. Raphael

Declaration of Michele F. Raphael in Support
of Plaintiffs' Motion for Partial Summary Judgment
Case No: C05-03649 JW

Doc. 154582

2