# Exhibit B



**AdWords Help Center**

Change Language: English (US)

AdWords Help > Working with My AdWords Account > Ad Groups

**Can I have my ads run at particular times of day?**

Yes, you can. The ad scheduling feature of AdWords lets you schedule your ads for particular hours of the day, or specific days of the week. Please see this Help Center entry for more details: What is ad scheduling?

You can also pause your campaigns completely at any time. You won't accrue charges while your ads are paused, and they'll remain paused until you resume them.

**Was this information helpful?**

○ Yes   ○ No

**You may also be interested in...**

How do I create a new Ad Group?
How do I pause an Ad Group?
Lesson: Ad Groups, Ads, and Maximum Cost Per Click

**Don't see the answer to your question?** Try one of these resources:

AdWords Discussion Group - Ask questions, share answers, and post your favorite AdWords tips and tricks on Google Groups.
Learning Center - Build and test your knowledge of AdWords.
Contact Us - Let one of our AdWords Specialists help.

**Search AdWords Help Center**

examples: *reporting* or *broad matching*

[Search Help Center]

**Look Up Terminology**

Glossary

**Learn from other AdWords users**

Ask questions, share answers, and post your favorite AdWords tips and tricks on the AdWords Help Discussion Group.

Posts are not moderated by Google

---

©2006 Google - AdWords Home - Editorial Guidelines - Contact Us

 **AdWords Help Center**
AdWords Help

Change Language: English (US)

Click a topic below to view step-by-step instructions.

**I want to edit my...**

Keywords ›
Ad Text & URLs ›
Location & Language Targeting ›
Campaign End Date ›
Campaign Name ›
Campaign & Ad Group Status ›
   **Pause Campaign** ›
   Resume Campaign ›
   Delete/Undelete Campaign ›
   Pause Ad Group ›
   Resume Ad Group ›
   Delete/Undelete Ad Group ›
Ad Distribution ›
Cost Settings ›
Billing Information ›
Login Information ›

Contact Us »

 Pause your ad campaign at any time. Your ads will not accrue charges while they are paused, and they will remain paused until you resume them.

To pause an ad campaign:

- Log in to your AdWords account.
- Select the checkbox next to the campaign you want to pause.
- Click **Pause** at the top of the **Campaign Summary** table.

**Shortcut:** If you want to pause all of your active campaigns quickly, click the checkbox next to the **Campaign Name** column header on the **Campaign Summary** table. This will select all campaigns at once. Then, click **Pause**.

You can also enable AdWords ad scheduling to run your campaigns only at certain hours of each week. Please see this Help Center entry for more details: What is ad scheduling?

If this didn't help, choose another option on the left.

©2006 Google - AdWords Home - Editorial Guidelines - Contact Us