# Exhibit C

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CLRB HANSON INDUSTRIES, LLC,  )
etc., et al.,                 )
                              )
              Plaintiffs,     )
                              )
     v.                       ) Case No.
                              ) 05-03639 JW
GOOGLE, INC.,                 )
                              )
                              )
              Defendant.      )
                              )

DEPOSITION OF HOWARD STERN

August 16, 2006

227871



(310) 207.8000  Los Angeles     (916) 922.5777  Sacramento     (818) 702.0202  San Fernando Valley
(949) 955.0400  Orange County   (408) 885.0550  San Jose       (858) 455.5444  San Diego
(415) 433.5777  San Francisco   (951) 686.0606  Inland Empire  (760) 322.2240  Palm Springs

```
 1
 2   UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF CALIFORNIA
 3   SAN JOSE DIVISION
     ------------------------------x
 4   CLRB HANSON INDUSTRIES, LLC d/b/a
     INDUSTRIAL PRINTING, and HOWARD
 5   STERN, on behalf of themselves and
     all others similarly situated,
 6
                    Plaintiffs,
 7
          v.                           Case No.
 8                                     05-03639 JW
     GOOGLE, INC.,
 9
                    Defendant.
10   ------------------------------x

11              August 16, 2006

12              11:19 a.m.

13

14        VIDEOTAPED DEPOSITION of HOWARD

15   STERN, taken by Defendant, pursuant to

16   notice, held at the offices of Thacher

17   Proffitt & Wood, 2 World Financial

18   Center, New York, New York, before

19   Amy E. Sikora, CRR, CSR, RPR, Certified

20   Realtime Reporter, Certified Shorthand

21   Reporter, Registered Professional

22   Reporter, and Notary Public within and

23   for the State of New York.

24

25
```

1

HOWARD STERN

BARKLEY

```
 1
 2   A P P E A R A N C E S:
 3   WOLF POPPER LLP
 4   Attorneys for Plaintiffs and the Proposed Class
 5        845 Third Avenue
 6        New York, New York 10022
 7   BY:  LESTER L. LEVY, ESQ.
 8        MICHELE F. RAPHAEL, ESQ.
 9   PERKINS COIE LLP
10   Attorneys for Defendant
11        180 Townsend Street
12        San Francisco, CA 94107-1909
13   BY:  DAVID T. BIDERMAN, ESQ.
14        M. CHRISTOPHER JHANG, ESQ.
15
16
17   ALSO PRESENT:
18   THOMAS DELVECCHIO, Videographer
19
20
21
22
23
24
25
```

|       |    | H. Stern |
|-------|----|----------|
| .1:36 | 1  |          |
| .1:36 | 2  | A.    I got to the Google home page |
| .1:36 | 3  | and went to the, I guess, advertising hot |
| .1:36 | 4  | link. I don't recall the exact word that |
| .1:36 | 5  | they have, but, basically, there's a link |
| .1:36 | 6  | that gets you into the advertising AdWords |
| .1:36 | 7  | product. |
| .1:36 | 8  | Q.    Okay. And when was that? |
| .1:36 | 9  | A.    I would say October 2003 or late |
| .1:36 | 10 | September 2003. |
| .1:36 | 11 | Q.    And this was on the computer |
| .1:37 | 12 | that you've described before? |
| .1:37 | 13 | A.    Yes. |
| .1:37 | 14 | Q.    Okay. And when you looked into |
| .1:37 | 15 | it first off, did you sign up at the same |
| .1:37 | 16 | time that you looked into it or did you look |
| .1:37 | 17 | into it and then later sign up? |
| .1:37 | 18 | A.    I can't say for sure. |
| .1:37 | 19 | Q.    Okay. When you looked into it, |
| .1:37 | 20 | can you recall, as we sit here today, what |
| .1:37 | 21 | you looked at? |
| .1:37 | 22 | A.    I looked at the sign-up screen. |
| .1:37 | 23 | I looked at if there were minimum charges, |
| .1:37 | 24 | monthly charges. |
| .1:37 | 25 | Q.    Okay. Anything else? |

---

H. Stern

.1:36  2    A.    I got to the Google home page
.1:36  3    and went to the, I guess, advertising hot
.1:36  4    link. I don't recall the exact word that
.1:36  5    they have, but, basically, there's a link
.1:36  6    that gets you into the advertising AdWords
.1:36  7    product.
.1:36  8        Q.    Okay. And when was that?
.1:36  9        A.    I would say October 2003 or late
.1:36  10   September 2003.
.1:36  11       Q.    And this was on the computer
.1:37  12   that you've described before?
.1:37  13       A.    Yes.
.1:37  14       Q.    Okay. And when you looked into
.1:37  15   it first off, did you sign up at the same
.1:37  16   time that you looked into it or did you look
.1:37  17   into it and then later sign up?
.1:37  18       A.    I can't say for sure.
.1:37  19       Q.    Okay. When you looked into it,
.1:37  20   can you recall, as we sit here today, what
.1:37  21   you looked at?
.1:37  22       A.    I looked at the sign-up screen.
.1:37  23   I looked at if there were minimum charges,
.1:37  24   monthly charges.
.1:37  25       Q.    Okay. Anything else?

```
                              H. Stern
11:51    2   you, sir, this is the current sign-in version
11:52    3   for the Google AdWords program.
11:52    4        A.    Right.
11:52    5        Q.    We don't have the one that was
11:52    6   in existence at the time you signed up.
11:52    7              My question to you is, is this
11:52    8   similar to the page that you saw when you
11:52    9   signed up for your account?
11:52   10        A.    In a lot of ways it's not.
11:52   11        Q.    Okay.  Tell me the ways it is
11:52   12   and the ways it isn't, if you would.
11:52   13        A.    When I signed up, there was only
11:52   14   one way to enroll, I believe.
11:52   15        Q.    Got you.
.1:52   16        A.    Currently, when you sign up
.1:52   17   there are two ways to enroll.
.1:52   18        Q.    Okay.  And when you signed up,
.1:52   19   what was the one way to enroll?
.1:52   20        A.    You basically give the keywords;
.1:52   21   your daily budget; your cost per click, I
.1:52   22   believe; your credit card information; your
.1:52   23   mailing address; an e-mail, contact e-mail.
.1:52   24   That's about all I recall.
.1:52   25        Q.    Okay.  And how do you know that
```

34

|        |    |                                                      |
|--------|----|------------------------------------------------------|
|        | 1  | H. Stern                                             |
| 4:30   | 2  | A.   No.  I was under the assumption                 |
| 4:30   | 3  | that it was related to the number of days            |
| 4:31   | 4  | your ad is active, and that each day you             |
| 4:31   | 5  | wouldn't be charged more than your daily             |
| 4:31   | 6  | budget.                                              |
| 4:31   | 7  | Q.   Okay.                                           |
| 4:31   | 8  | A.   Because I never run my ads                      |
| 4:31   | 9  | everyday.  So this really doesn't apply to my        |
| 4:31   | 10 | situation.                                           |
| 4:31   | 11 | Q.   And what made you believe that                  |
| 4:31   | 12 | you would -- that the days that your campaign        |
| 4:31   | 13 | was paused would not be included in that             |
| 4:31   | 14 | calculation?                                         |
| 4:31   | 15 | A.   Well, for the simple reason that                |
| 4:31   | 16 | this is -- this AdWords is put forward as            |
| 4:31   | 17 | something that gives me complete control over        |
| 4:31   | 18 | my charges, so I thought -- thought it was           |
| 4:31   | 19 | reasonable to assume, if I'm not running my          |
| 4:31   | 20 | ads, why would I be charged for days that I'm        |
| 4:31   | 21 | turning them off.                                    |
| 4:31   | 22 | Q.   Okay.  And did you -- have you                  |
| 4:31   | 23 | ever seen any documentation that stated,             |
| 4:32   | 24 | documentation from Google, that stated that          |
| 4:32   | 25 | the days where your campaign was paused would        |

92

|       |    |                                                    |
|-------|----|----------------------------------------------------|
|       | 1  | H. Stern                                           |
| 16:27 | 2  | A.    Yes.                                         |
| 16:27 | 3  | Q.    Is that an incentive for you to              |
| 16:27 | 4  | sign up for AdWords?                               |
| 16:27 | 5  | A.    Right.  It's a good reason,                  |
| 16:27 | 6  | right.                                             |
| 16:27 | 7  | Q.    And then it goes on to say,                  |
| 16:27 | 8  | "This is the same no matter how you choose to      |
| 16:27 | 9  | pay for your advertising."                         |
| 16:27 | 10 | Do you see that?                                   |
| 16:27 | 11 | A.    Yes.                                         |
| 16:27 | 12 | Q.    Okay.  So why did you switch to              |
| 16:27 | 13 | Google from Yahoo?                                 |
| 16:27 | 14 | A.    Because Yahoo had a monthly                  |
| 16:27 | 15 | minimum that I needed to pay, whether or not       |
| 16:27 | 16 | I even ran the ads.                                |
| 16:27 | 17 | Q.    And Google?                                  |
| 16:27 | 18 | A.    They had no minimum.                         |
| 16:27 | 19 | Q.    And, in fact, they told you they             |
| 16:28 | 20 | had no minimum; correct?                           |
| 16:28 | 21 | A.    Right.                                       |
| 16:28 | 22 | MR. BIDERMAN:  Objection.                          |
| 16:28 | 23 | Assumes facts not in evidence.                     |
| 16:28 | 24 | MR. LEVY:  Do you want to change                   |
| 16:28 | 25 | the tape now?                                      |