CLRB Hanson Industries, LLC et al v. Google Inc.
Doc. 81 Att. 4

# Exhibit D

Dockets.Justia.com

ORIGINAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CLRB HANSON INDUSTRIES, LLC, etc., et al.,

Plaintiffs,

v.

GOOGLE, INC.,

Defendant.

Case No. 05-03639 JW

30(b)(6) DEPOSITION OF BRETT R. HANSON

August 18, 2006

228010

BARKLEY Court Reporters

(310) 207.8000 Los Angeles
(949) 955.0400 Orange County
(415) 433.5777 San Francisco
(916) 922.5777 Sacramento
(408) 885.0550 San Jose
(951) 686.0606 Inland Empire
(818) 702.0202 San Fernando Valley
(858) 455.5444 San Diego
(760) 322.2240 Palm Springs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

-------------------------------------x

CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

GOOGLE, INC.,

Defendant.

Case No. 05-03639 JW

Confidential Portions Bound Separately

-------------------------------------x

August 18, 2006

9:45 a.m.

30(b)(6) VIDEOTAPED DEPOSITION

of CLRB HANSON INDUSTRIES d/b/a INDUSTRIAL PRINTING by BRETT R. HANSON, taken by Defendant, pursuant to notice, held at the offices of Thacher Proffitt & Wood, 2 World Financial Center, New York, New York, before Amy E. Sikora, CRR, CSR, RPR, Certified Realtime Reporter, Certified Shorthand Reporter, Registered Professional Reporter, and Notary Public within and for the State of New York.

BARKLEY

A P P E A R A N C E S:

WOLF POPPER LLP

Attorneys for Plaintiffs and the Proposed Class

845 Third Avenue

New York, New York 10022

BY: LESTER L. LEVY, ESQ.

MICHELE F. RAPHAEL, ESQ.

PERKINS COIE LLP

Attorneys for Defendant

180 Townsend Street

San Francisco, CA 94107-1909

BY: DAVID T. BIDERMAN, ESQ.

M. CHRISTOPHER JHANG, ESQ.

ALSO PRESENT:

THOMAS DELVECCHIO, Videographer

B. Hanson

0:08 an AdWords program, and entered the information that was requested of me.

0:08 Q. And this is sometime in July 2002, as best as you recall?

0:08 A. Yes, sir.

0:08 Q. And did you review any materials on the Google site before you made the decision to join the AdWords program?

0:08 A. I remember the page -- the sign-up page saying it was an easy-to-use pay-for-click program. That it was a -- we controlled the -- the program from a -- from a budget standpoint. We controlled the cost per click. We controlled the daily budget. And that's what intrigued me to the value proposition that Google offered at that time.

0:09 Q. And when did you first see the page that you just described?

0:09 A. I think it's the first page that was presented to me.

0:09 Q. Okay. As part of the AdWords sign-in?

0:09 A. Yes, sir.

0:09 Q. And had you reviewed any

B. Hanson

1:27 interrupt you? And what -- what caused you to use the pausing feature?

1:27 A. It's a unique selling feature allowing you to turn off and on your costs. Having more ability to control the costs associated with your pay-for-click advertising. I thought that was an asset of Google's that others did not have.

1:27 Q. Okay. And what did you use the pausing feature to accomplish?

1:27 A. That was my cost certain. If I had a daily budget of $100 and my costs at that certain time were -- were, as an example, $52 to my $100 budget, I wasn't going to spend more than $52 that day, period.

1:28 Q. So could you give me an example of how you would implement that pausing?

1:28 A. Just go in and click. There's a button that says, "Pause."

1:28 Q. Okay. But you said you'd look at your billing summary; right?

1:28 A. Look at my daily budget, that's on one page. You've got your campaign name,