# Exhibit F

**Categories**
AdWords Responses:No Answer:No Answer - Thank you email
AdWords Responses:Billing:Clarification:Really overshot daily budget - credit
AdWords Responses:No Answer:No Answer - Already Answered
AdWords Responses:Account Management:Reporting:Report types:Reports - Custom
CS Tech:CS Tech Responses:Reports

5/19/2005 1:22 pm  [3P United States T2] Ticket Closed by cparris
**No Answer**          [ View Source ]

5/19/2005 12:48 pm  [3P United States T2] Incoming Message
**Incoming Message**                                                              [ Actions ▼ ]

From: Brett Hanson <brett.hanson@gmail.com>
To: AdWords Support <adwords-support@google.com>
Date: Thu, 19 May 2005 14:47:55 -0500
Local: Thurs, May 19 2005 12:47 pm
Subject: Re: [#23705800] Over billing based on bugjet why?
Attachments:
Customer Id: 7204433
Weekly: $2116.12 (revenue) $0.0 (budget) Lifetime: $51489.97 Tier: 3
Advertiser Age: 178 days

Can you send me the reports for 2004 thank you

On 3/30/05, AdWords Support <adwords-support@google.com> wrote:
> Hello Brett,
>
> It was a pleasure speaking with you today. I have included additional
> information below regarding how our system deals with overdelivery
> charges.
>
> I understand that your accounts have accrued more clicks in a day than
> your daily budgets allow. As traffic is never constant from day to day, it
> is possible that you may accrue charges above or below your set limit. I
> apologize for any inconvenience this may have caused.
>
> In general, we try to keep your daily cost fluctuation to no more than 20%
> above your daily budget, and we make sure that within the 30-day billing
> period, you are never charged more than the number of days in that billing
> period times your daily budget. This ensures that over time, you maximize
> your advertising budget.
>
> However, in instances when our system allows your costs to accumulate
> beyond that amount, our system will automatically recognize this at the
> end of the month and not charge you for the excess clicks. Thank you for
> notifying us of the situation. Please check your invoice to verify that
> the sum of your actual monthly charges does not exceed your daily budget
> multiplied by the number of days in the billing period.
>
> In addition, I am working on your Q1 and 2004 fiscal report requests. I
> will email you that information by the end of the week.
>
> If you have additional questions, please feel free to contact me via email
> at tina.p@google.com. If you'd prefer to call me, please do so by calling
> 1-866-246-6453. If you enter your ten-digit customer ID when you call,
> your call will be routed directly to me. If I'm not available, your call
> will roll over to one of a very select group of Client Service
> Representatives who can immediately assist you in your account.
>
> I look forward to providing you with the most effective advertising

GOOG-HN 00246

CONFIDENTIAL

https://trakken.corp.google.com/cgi-bin/box_hm_body.py?mode=browse&boxid=1272&...  8/10/2005

available.

Sincerely,

Tina
The Google AdWords Team

----------------

Become a Google Advertising Professional, and get free online training and tools designed to make you a better client manager. For more information, please visit www.google.com/ProfessionalWelcome2.

Original Message Follows:
------------------------
From: brett.hanson@gmail.com
Subject: Over billing based on bugjet why?
Date: Wed, 30 Mar 2005 01:51:13 -0000

Create new AdWords campaign
    Mar 29, 2005
 today yesterday last 7 days last week (Mon-Sun) last business week (Mon-Fri) this month last month all time
 Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec  1 2 3 4 5 6 7 8 9 10
11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31  2001 2002
2003 2004 2005 2006 2007 2008 2009 2010  -   Jan Feb Mar Apr May Jun Jul

Aug Sep Oct Nov Dec  1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21
22 23 24 25 26 27 28 29 30 31  2001 2002 2003 2004 2005 2006 2007 2008
2009 2010


      Show all campaigns Show only active campaigns Show all but deleted campaigns
  Campaign Name  Current Status   Current Budget  Clicks  Impr.  CTR
Avg. CPC  Cost  Conv. Rate  Cost/Conv.
Hardhats  Active
1 Ad Groups Paused  $250.00 / day  212  12,603  1.6%  $1.81  $383.09
0.00%  $0.00
Signs  Active
2 Ad Groups Paused  $250.00 / day  372  5,279  7.0%  $0.98  $363.62
39.52%  $2.47
Contract Decorating  Paused  [ $50.00 / day ]  26  778  3.3%  $3.08
$80.16  0.00%  $0.00
Team  Paused  [ $50.00 / day ]  60  713  8.4%  $1.08  $64.66  0.00%
$0.00
Mousepads  Paused  [ $50.00 / day ]  0  0  - -  $0.00  0.00%  $0.00
Campaign #27  Paused  [ $300.00 / day ]  0  0  - -  $0.00  0.00%  $0.00


Language: en
AdsUserLocale: en_US
Source: cuf
Name: brett hanson
AdWords_Email: bhanson@industrialprinting.com
Customer_ID: Customer ID: 934-396-2830

GOOG-HN 00247

CONFIDENTIAL

https://trakken.corp.google.com/cgi-bin/box_bm_body.py?mode=browse&boxid=1373&m...    8/10/2005

both accounts
ASAP

On Mar 31, 2005 6:31 PM, AdWords Support <adwords-support@google.com> wrote:
> Hello Brett,
>
> Thank you for your email. I understand that you accrued charges over your
> daily budget again yesterday. I apologize for any inconvenience caused by
> this overdelivery.
>
> At this time, please feel free to reduce your daily budgets, in order to
> decrease the overall charges you accrue this week. However, as I
> previously mentioned, charges accrued over 20% of your set daily budget
> will be credited to your account at the end of the month.
>
> Regarding the reports you requested, I have created a Q1 Report for
> account #250-486-1058. It is labeled Q1 Custom Report and is located in
> your Download Center. This report includes daily metrics for each of your
> keywords over the first quarter of 2005. If you are interested in seeing
> different data, please respond with those metrics. I would be happy to
> create reports based on your specifications. In addition, please feel free
> to use the Reports tab to get any information you need on demand.
>
> If you have additional questions, please do not hesitate to contact me. As
> always, we look forward to providing you with the most effective
> advertising available.
>
> Sincerely,
>
> Tina
> The Google AdWords Team
>
> ----------------
> Become a Google Advertising Professional, and get free online training and
> tools designed to make you a better client manager. For more information,
> please visit www.google.com/ProfessionalWelcome2.
>
> Original Message Follows:
> ------------------------
> From: Brett Hanson <brett.hanson@gmail.com>
> Subject: Re: [#23705800] Over billing based on bugjet why?
> Date: Thu, 31 Mar 2005 16:22:23 -0600
>
> Both account went over yesterday, How are you doing on the reports
>
> On Wed, 30 Mar 2005 11:06:52 -0800, AdWords Support
> <adwords-support@google.com> wrote:
> > Hello Brett,
> >
> > It was a pleasure speaking with you today. I have included additional
> > information below regarding how our system deals with overdelivery
> > charges.
> >

GOOG-HN 00249

CONFIDENTIAL

Date: Fri, 4 Mar 2005 17:25:27 -0600

Hello Bethanie,

I have overcharge I need to submit for a credit on the account in what format would you like the information.

Brett R Hanson


On Fri, 14 Jan 2005 13:26:00 -0800, Bethanie < bethanie.s@google.com> wrote:
> Hello Brett,
>
> Thank you for your reply and your time on the phone this afternoon.
>
> As promised, below I will further describe our system in terms of the
> delivery of your ad based on daily and monthly budgets. In addition, I
> have attached a detailed report indicating your daily budget and actual
> spend over the past few days. You will notice that our system fluctuates
> between over-delivering and under-delivering your ad to allow for the flux
> in web traffic. Please note that the fluctuation in web traffic is due
> solely to fluctuations in user behavior.
>
> When you set the daily budget for your account, you tell our system how
> much you are willing to pay per day within the context of a billing
> period. A billing period can either be a 30 day period (monthly 'budget')
> or can be reset by a change in your daily budget setting.
>
> This is how our system works for all advertisers in our program. The
> reason our system delivers your ad in this way is to ensure that you
> maximize your advertising dollars according to the web traffic
> fluctuations each day.
>
> When we bill your account if we have overdelivered your ad, within the
> context of the billing period, more than we have 'undelivered' it, we will
> credit your account back with an 'overdelivery credit'. This is great for
> you because it is essentially free advertising. For an example of the
> overdelivery credits, please see the invoice details for the following
> dates by clicking on the links in your 'Billing Summary':
>
> January 11th: $83.18
>         $14.51
>
> January 13th: $23.52
>
> Please be assured that this is the way our system works for all
> advertisers in our program. My primary goal is to assist you with your
> account and assure you of any discrepancies you may be weary of.
>
> I appreciate your brining this to my attention and please do not hesitate
> to contact me if I can offer further clarification. I can be reached at
> 866-246-6453 or via email at bethanie.s@google.com.
>
> Have a wonderful weekend, Brett!
>

GOOG-HN 00286

CONFIDENTIAL

https://trakken.corp.google.com/cgi-bin/box_bm_body.py?mode=browse&&mode=browse   8/10/2005

```
> Sincerely,
>
> Bethanie
> The Google AdWords Team
>
> -----------------
> To access your AdWords account, please log in at:
> https://adwords.google.com
>
> Original Message Follows:
> -----------------------
> From: Brett Hanson <brett.hanson@gmail.com>
> Subject: Re: [#17610071] Your AdWords optimization is ready
> Date: Fri, 14 Jan 2005 07:52:41 -0600
>
> Hello Bethanie, I don't understand that logic the platform GOOGLE
> allows you and a selling feature allows you to adjust your daily
> budget to allow you to control cost that is what we do. Now your
> saying its monthly, I respectfully disagree. I would like you to
> immediately issue a credit for all the daily overcharges by ad
> campaign from January 2004 thats 2004 to today. If that is not going
> to happen immediately call me and I will have our attorney get
> involved unfortunately this has come to this I fell we are a valued
> advertiser and we just are not being treated as such and will not
> continue to be taken advantage of GOOGLE need to address this today.
> Thank you.
> Brett R Hanson Cell 763-228-0524 I will be traveling today so please
> email or call my cell again thank you
>
> On Thu, 13 Jan 2005 20:08:07 -0800, Bethanie <bethanie.s@google.com>
> wrote:
> > Hello Brett,
> >
> > Thank you for your email regarding your concern about exceeding your
> daily
> > budget in your account '934-396-2830' today.
> >
> > I understand that your campaigns, primarily Campaign #27, may have
> accrued
> > more clicks in a day than your daily budget allows. As traffic is never
> > constant from day to day, it is possible that you may accrue charges above
> > or below your set limit.
> >
> > However, our system makes sure that in a given billing period, you are
> > never charged more than the number of days in that month multiplied by
> > your daily budget. That amount equals your monthly budget. This ensures
> > that over time, you maximize your advertising budget.
> >
> > Please be assured that for clicks accrued over your daily budget, you will
> > see an 'overdelivery credit' on the 'Advertising Costs' page for the
> > charges in question. To view these adjustments to your account:
> >
> > 1. Log into your account at http://adwords.google.com/.
> > 2. Click the 'My Account' tab. This will load your billing summary for the
> > current month.
> > 3. Click 'Advertising costs' to review the campaign charges in
```

GOOG-HN 00287

CONFIDENTIAL