# Exhibit  J
## (Part 2 of 7)

Dockets.Justia.com

displayed on Google or on sites or products in the Google Network.

### Ad Group

An Ad Group contains one or more ads which target one set of keywords or sites. The advertiser sets a maximum cost per click (CPC) or cost per thousand impressions (CPM) for all the keywords or sites in the Ad Group. The advertiser may also set prices for individual keywords or sites within the Ad Group.

### Cost-per-click

The cost-per-click (CPC) is the amount you pay each time a user clicks on your ad. Google AdWords has a CPC pricing system.

### AdWords Discounter

The AdWords Discounter monitors your competition and automatically reduces your actual cost-per-click so you pay the lowest price possible for your ad's position on the page.

### Account Activation

After signing up for AdWords, you'll receive an email to verify your email address. You can then activate your account by logging in and submitting your credit card information. At that point, your ads start running.

### CPM

This stands for cost-per-thousand impressions. A CPM pricing model means advertisers pay for impressions received.

### Campaign

A campaign consists of one or more Ad Groups. The ads in a given campaign share the same daily budget, language and location targeting, end dates, and syndication options.

### Clickthrough Rate

Clickthrough rate (CTR) is the number of clicks your ad receives divided by the number of times your ad is shown (impressions).

### Pacific Time (PST or PDT)

Pacific time is the U.S. time zone for Google headquarters in Mountain View, California. If you do not select a local time zone for your account, your statistics and reports will be continue to be based on Pacific time. Dates and times listed in your account will refer to Pacific Standard Time (PST) or

Pacific Daylight Time (PDT), depending on the time of year. PST and PDT are one hour apart.

**Business Address**

The domicile address of your business, or where your business is primarily located and registered. It's possible that this address is different from your billing address.

**Adjustment - Click Quality**

Adjustments to your account balance are itemized on the Billing Summary page, which is found under the My Account tab. If we discover that you've been charged for invalid clicks in the past two months, you'll see a credit in your Billing Summary labeled *Adjustment - Click Quality*. Learn more about Google's click protection strategies.

**Actual cost-per-click**

This is the amount you'll actually pay for each click your ad receives. The AdWords Discounter automatically gives you the lowest possible price in order for you to maintain your ad's position. Your actual CPC will be equal to or less than the maximum CPC you specify.

**Keyword**

The keywords you choose for a given Ad Group are used to target your ads to potential customers.

**Ad Rank/Positioning**

An ad's position is based on its Ad Rank, which is determined by your keyword or Ad Group's maximum cost-per-click (CPC) times the matched keyword's Quality Score. For the top positions above Google search results, however, we use your ad's actual CPC to determine its position.

**Average Position (Avg. Pos.)**

The average position in which your ad may be displayed (as seen within your account reporting data, not traffic estimates). '1' is the highest position on the first page of search results, but there is no 'bottom' position. Ads with an average position of 1-8 generally appear on the first page of search results, 9-16 on the second page, etc.

An average position of '1.7' means your ad usually appears in positions 1 or 2, and it may appear more often in higher positions than an ad with an estimated average position of '1.8.' Values may contain decimals because the Traffic Estimator displays estimates as averages-not whole numbers-based on dynamic keyword activity among advertisers. Also, average ad positions are not fixed; they may vary depending on various performance factors.

**Impressions per day**

The number of times a site-targeted ad has been displayed to web users in the course of one advertising day. One thousand impressions equal one cost-per-thousand, or CPM, unit.

### Exception request

When you create or edit an ad or keyword list, you may receive a notification that your ad or keyword does not meet one of our ad policies. This is an automatic check performed by the AdWords system to help you pass our approval criteria as easily and quickly as possible. If you don't think the policy applies to you, you can file an exception request. If you submit an exception request, an AdWords Specialist will review it to determine if your ad complies with our policies. Your ad will be able to run once your exception is approved.

### Average Cost per Click (Avg. CPC)

The average amount you pay each time someone clicks your ad. Average CPC is determined by totalling the cost of all clicks and dividing it by the number of clicks.

Here's an example: if your ad receives two clicks, one costing $0.20 and one costing $0.40, your average CPC for those clicks is $0.30.

Average CPC is not the same thing as maximum CPC.

### Account Creation

You can create an account with no obligation to purchase and without submitting payment information. Simply complete the sign-up process and verify your email address.

### Keyword Matching Options

You can specify your search-targeted keywords as broad matches, phrase matches, exact matches, or negative matches. These options can help you refine your ad targeting, spending less on irrelevant clicks so that you increase your return on investment. We suggest using a combination of two or more of these techniques to run an effective ad campaign.

**Broad Match** - This is the default option. If you include general keyword or keyword phrases-such as *tennis shoes*-in your keyword list, your ads may appear when users search for *tennis* and *shoes*, in any order, and possibly along with other terms. For example, your ad may appear for the queries *buy tennis shoes* and *tennis sneakers* but not *tennis players*. Your ads may also appear on relevant variations of your keyword phrases and plurals, as well as some related keywords and phrases via our expanded keyword matching technology.

Broad matches are often less targeted than exact or phrase matches. If you decide to use broad-matched keywords, we recommend you create keyword phrases containing at least two descriptive words each.

A note about expanded matching: The AdWords system continually monitors system-wide keyword performance and other relevance factors. This helps determine which expanded matches and variations are the most relevant to user searches.

**Phrase Match -** If you enter your keyword in quotation marks, as in "*tennis shoes*", your ad will appear when a user searches on the phrase *tennis shoes*, in this order, and possibly with other terms in the query.

In this case, the search can also contain other terms as long as it includes the exact phrase you've specified. For example, your ad may appear for the queries *buy tennis shoes* and *tennis shoes store* but not *shoes for tennis*.

**Exact Match -** If you surround your keywords in brackets-such as [*tennis shoes*]-your ads will appear when users search for the specific phrase *tennis shoes*, in this order, and without any other terms in the query. For example, your ad won't show for the query *red tennis shoes.* Although you won't receive as many impressions with exact matching, you'll likely enjoy a higher clickthrough rate, because users searching for these terms are typically looking for exactly what you offer.

**Negative Keyword -** You can use negative keywords to weed out irrelevant searches. To specify a negative keyword, place a negative sign (-) before the keyword. If your keyword is *tennis shoes* and you add the negative keyword *-cheap*, your ad won't appear when a user searches for *cheap tennis shoes*. You can apply this option for a keyword at both the Ad Group and campaign level.

Learn more about keyword matching options.

---
Google AdWords
---

Google's advertising program based on cost-per-click pricing.

---
IP Address
---

Every computer connected to the Internet is assigned a unique number known as an Internet Protocol (IP) address. Since these numbers are usually assigned in country- or region-based blocks, an IP address can often be used to identify the locationfrom which a computer is connecting to the Internet.

---
Keyword Tool
---

Get help building or refining your keyword list and review keyword popularity and performance information in advance. Simply enter your keywords or website URL* into the keyword tool to view additional variations and related terms that may trigger your ads. You can combine relevant results with your current list and identify (and block) phrases that don't pertain to your business.

* *The **Site-Related Keywords** tab is available for a limited number of languages. Learn more.*

---
Find and Edit Max CPCs
---

Use this tool to **easily locate keywords and edit Max CPCs throughout your entire account**. Search for all keywords meeting specific criteria, and, if you'd like, change all of their CPCs with just a few clicks. With the Find and Edit Max CPCs tool, you can increase or decrease CPCs by percentage or value, or you can remove keyword-level CPCs altogether.

**Suggested uses:**

- o **Edit CPCs**
  Your campaigns are performing well, but you aren't reaching your daily budget because your ads always appear in the lower positions. Use the Find and Edit Max CPCs tool to search for ads by average position and increase your CPCs.



- o **Search for keywords**
  Take advantage of the powerful functionality this tool offers, and search across campaigns to find the keywords you're looking for.



**Ad Optimization**

Optimized ad serving ensures that higher performing ads within a single Ad Group show more often. When selected under 'Edit Campaign Settings' (section 4), the AdWords system will automatically show ads with a higher clickthrough rate (CTR) more often. How often ads have been served relative to other ads in the same Ad Group is represented by a percentage. This ad served percentage (%) is displayed beneath each active ad.

**Recommended Daily Budget**

The daily budget necessary for your ad to appear as frequently as possible for your keywords. Your campaign daily budget controls how often your ad appears on Google. If your daily budget is lower than the recommended amount, your ad may not show all the time. Matching the recommended daily budget helps ensure maximum exposure.

**Google AdSense**

Google AdSense delivers text-based Google AdWords ads that are relevant to what visitors see on website pages - and Google pays web publishers for it. Google AdSense is for web publishers who want to make more revenue from advertising on their site while maintaining editorial quality.

**Ask a specialist via chat**

Google Live Support allows you to receive immediate response to your questions via a free online chat session with a Google AdWords representative. The 'Ask a specialist via chat' button will appear on AdWords Help Center pages, such as the contact form, when an AdWords specialist is available, so you may not see the button all of the time. Simply click the button to initiate a chat (no special software required). The first available representative will respond; we cannot guarantee you'll chat with the same person each time. Currently, chat is available in US English on a limited basis. We cannot comment on plans to provide this service in additional languages.

**Minimum cost-per-click bid**

The amount assigned to a given keyword in your account based on its quality (or Quality Score). The minimum bid is usually the least amount you can pay per click in order for your keyword to show ads.

**Affiliate**

An affiliate is an individual advertiser or website owner who has a business relationship with a merchant to promote the merchant's product or service. The affiliate earns a small commission from the merchant for each referral that results in a sale; the merchant handles payment and fulfillment.

**Unacceptable Content**

In order to ensure that AdWords ads benefit our users, advertisers, partners, and Google, we maintain high standards for ads accepted into the AdWords program. For a list of affected products and topics, please see our Content Policy. Application of content policies will always involve an element of discretion, and we reserve the right to reject or approve any ads.

**How do I review all of my disapproved ads?**

The Disapproved Ads tool within your AdWords account allows you to easily check the status of your disapproved ads and find out why they were disapproved at any time. However, you'll still receive an email regarding each disapproval, unless you've opted not to receive such messages.

With the Disapproved Ads tool, you'll be able to review the ad, the location of the ad, the reason for disapproval, suggestions to improve your ad, and the date your ad was disapproved. At this time, the tool does not reflect the status of approved or pending ads, or keywords for your account.

Start using the Disapproved Ads tool now. 🗗

Or, to access the Disapproved Ads tool later, you can follow the steps below

1. Sign in to your AdWords account.
2. Click **Tools** on the **Campaign Management** tab.
3. Click **Disapproved Ads** under the 'Analyze Your Ad Performance' section.
4. Click the **Edit ad** link in the far right-hand column to edit an ad. You'll be able to edit your ad from its corresponding Ad Group. Once you save your ad, it will automatically be submitted for review.

**Tips:**
   o Click **Details** in the Disapproval Reason column to learn more about why your ad was disapproved.
   o If your ad belongs to a paused or deleted campaign or Ad Group, this status will be included in the Campaign or Ad Group columns. In this case, you won't be able to make edits. However, you can click **View ad** to review the ad text.
   o To remove ads from this page (but not actually remove them from your account), use the **Ignore** function at the top of the table. You can also use the drop-down box to view disapproved ads for: *Show all campaigns, Show only active campaigns, Show all but deleted campaigns.*

---

**Pay-per-click (PPC)**

The pricing structure used by some online channels to charge an advertiser each time a user clicks on the advertiser's ad. The amount is usually set by the advertiser, not by the channel. Also called cost-per-click (CPC).

---

**Conversion Page**

The page where you confirm that a user has successfully taken an action, also called *conversion confirmation* page. This is generally the *Thank you for your purchase/subscription/visit* page.

---

**Value / Click**

The conversion value generated per click. For example: Value / Click = Total value (total_value) / Total number of ad clicks (num_clicks). Conversions are only counted on Google and some of Google Network sites or products. The conversion rate is adjusted to reflect only the ad clicks on which we can track conversions.

---

**Conversion**

When a user completes an action on your site, such as buying something or requesting more information.

---

**Text Ad**

Concise, action-oriented copy that links to your website. Also known as a sponsored link.

---

**Keyword-targeted campaign**

A campaign where the advertiser selects keywords that will trigger ads from the campaign. Keyword-targeted ads can appear on search results pages, on content pages, and on other properties on the Google Network.

**Traffic Estimator**

After you select new keywords to add to an existing Ad Group, the AdWords Traffic Estimator automatically provides you with a predicted keyword state, search volume, average cost-per-click, and ad positions for each of your keywords. You can also choose to see estimates with an unlimited budget, which will add on two new sets of estimates: potential clicks per day, and potential cost per day.

**Conversion rate**

The number of conversions divided by the number of ad clicks. Note that the conversion rate should not be greater than 100%. Conversions are only counted on Google and some of our Google Network partners. The conversion rate is adjusted to reflect only the ad clicks on which we can track conversions.

**Cost / Conversion**

The total cost divided by the total number of conversions. This statistic gives you the amount spent per conversion. Conversions are counted only on Google and some of our Google Network partners. The cost-per-conversion is adjusted to reflect only the cost of ad clicks on which we can track conversions.

**Cost / Transaction**

The total cost divided by the total number of transactions. This statistic gives you the average amount spent per transaction. Transactions are counted only for conversions from Google and some of Google Network partners. The cost-per-transaction is adjusted to reflect only the cost of ad clicks on which we can track conversions.

**Image Ads**

Graphical AdWords ads appearing on select content sites in the Google Network.

**Find and Edit Keywords**

Use this tool to **easily locate and edit keywords throughout your entire account**. Search for all keywords meeting specific criteria, and, if you'd like, edit them all at once.

**Suggested uses:**

- **Delete keywords**
  Some of your keywords aren't performing well, so you'd like to delete them. Use the Find and Edit Keywords tool to quickly remove unsuccessful keywords, and increase your campaign performance.



○ **Change the matching options for multiple keywords**
You notice that the broad-matched keywords in your 'Birthday Flower Arrangements' campaign are receiving a lot of impressions because they contain popular words like 'flower,' 'rose,' and 'gift,' but your ads aren't receiving lots of clicks. Use the Change Keyword Matching Options tool to edit the match type, and start reaching a more targeted audience.



○ **Remove keyword-level destination URLs**
A number of your keywords lead users to a specific section of your website that is about to be 'under construction.' Use the Find and Edit Keywords tool to quickly remove keyword-level destination URLs, and direct your customers to a different page.



○ **Search for keywords**
Take advantage of the powerful functionality this tool offers, and search across campaigns to find the keywords you're looking for.



---
**Contextual Advertising**

---

Google leverages our award-winning search technology to deliver relevant AdWords ads to content pages of sites and products in the Google Network. Our technology draws upon our understanding of the billions of pages in our search index and our ability to crawl web pages to figure out which keywords would lead a user to the page. Then, we match ads to the page based on those keywords.

---
**Account History**

---

Your account history is the full record of your account activity over the course of your business relationship with Google AdWords. When you create an account, we maintain details such as your billing preferences and contact information.

Your account history includes vital information central to the success of your online AdWords advertising campaigns, such as:

- Unique keyword variations and lists
- Ad Group and campaign organization settings
- The performance history for your keywords, Ad Groups, and campaigns
- Language and regional targeting settings for your campaigns
- Budget and cost-per-click pricing history and settings
- and much more ...

This information keeps your account running the way you design it to, and is intended to help you achieve the best online advertising performance possible.

---
**Domain**

---

Website domains are a naming procedure by which web users may identify a particular website address and location (e.g., www.google.com). They are usually made up of two parts: a name and a category. The following are common URL domain categories: .com (commercial), .edu (education), and .gov (government). Domain categories can also be location-specific, for example: .fr (France) , .br (Brazil), or .jp (Japan). In some cases, one category is appended to another category, for example: examplename.co.uk, examplename.com.ph, examplename.org.uk).

Domain examples:

- www.google.co.uk*
- www.google.fr
- www.google.com
- www.google.edu
  *Domains with a specific extension are considered distinct.*

**Google Network**

Google AdWords ads are displayed across Google as well as the Google Network. This expands your potential customer pool beyond the already extensive Google search audience. Sites and products in the network include:

- o  Search sites: America Online, CompuServe, Netscape, AT&T Worldnet, EarthLink, and others.
- o  Content sites: New York Post Online Edition, Mac Publishing (includes Macworld.com, JavaWorld, LinuxWorld), HowStuffWorks, and others.

**URL - (Uniform Resource Locator)**

The address/location of a webpage or file on the Internet.

**eCPM**

Effective CPM, or eCPM, is the effective cost per 1000 impressions generated by a cost-per-click ad. eCPM is determined by multiplying a number of factors, including the ad's cost per click (CPC) and its clickthrough rate (CTR). The resulting eCPM can be used to rank CPC ad campaigns against CPM campaigns.

**Return on Investment (ROI)**

The benefit gained in return for the cost of your ad campaign. Although exact measurement is nearly impossible, your clickthrough rate and your conversion rate combined with your advertising costs, can help you assess the ROI of your campaign.

**Geo-Targeting**

Geo-targeting lets you target your ads to specific countries and languages. When you create a new AdWords campaign, you select the countries or regions and the language(s) for your ad. That campaign's ads will appear only to users who live in the those areas and who have selected one of those languages as their preference.

**Value / Cost**

Total value divided by total cost for all ad clicks. If you've entered in your revenue or profit value, this statistic will be equal to your ROI. For example: Value / Cost = Total conversion value (total_value) / Total cost (total_cost). Conversions are only counted on Google and some Google Network sites or products. The value-per-cost is adjusted to reflect only the cost of ad clicks leading to conversions.

**Landing Page**

An active web page where customers will 'land' when they click your ad. The web address for this page is often called a 'destination URL' or 'clickthrough URL.'

Keyword State - Active

An active keyword has a high enough Quality Score and maximum cost-per-click (CPC) to trigger ads on Google. This means your keyword's maximum CPC meets the minimum bid required to trigger ads. Active keywords usually perform at a moderate level of success or better.

Overdelivery Credit

You will receive a credit to your account if Google delivers over 20% more clicks than your daily budget allows. Google does not charge you for these extra clicks and automatically issues a credit on your invoice. The extra clicks are displayed on your reports so that you have accurate records of your total clicks.

Ads Diagnostic Tool

Find out why your ad may not be showing for a certain query. You can check the status of your ad by entering the search terms and parameters defined in your account, or by entering the URL for the search results page on which your ad should be displayed.

End date

You control your campaign's duration. Unless you select an end date or pause your campaign, your ads will run continuously on Google. Your campaign begins at 12:00 AM on your activation date in the time zone you have chosen for your account, and ends at 11:59 PM on your chosen end date.

SOAP

SOAP, Simple Object Access Protocol, is used for information exchange and RPC, usually (but not necessarily) over HTTP. More information can be found at Developmentor SOAP FAQ: http://www.soaprpc.com/faqs/SoapFAQ.html.

Conversion Tracking

In online advertising, a conversion occurs when a click on your ad leads directly to user behavior you deem valuable, such as a purchase, signup, page view, or lead. Google has developed a tool to measure these conversions, and ultimately, help you identify how effective your AdWords ads and keywords are for you.

Total value

The total value generated by conversions of a specific tracking type, or *tracking label*.

Find and Edit Ad Text

Use this tool to **easily locate and edit ads across your entire account**. Search for all ads meeting specific criteria, and, if you'd like, edit them all at

once. Or, use this tool to edit the destination URLs for your ads.

**Suggested uses:**

- **Edit ad text**
  You run an online flower shop, and have just sold out of lilies. Many of your campaigns specifically advertise lilies, so you need to replace 'lilies' with 'flowers.' Use the Find and Edit Ad Text tool to quickly remove the word 'lilies' from all of your ads at once.



- **Edit destination URLs**
  You've just started selling roses, and you want your AdWords ads to take customers directly to the page where roses can be purchased. Use the Find and Edit Ad Text tool to update the destination URLs for your ads so customers can find exactly what your ads offer.



- **Search for ad text**
  Take advantage of the powerful functionality this tool offers, and search across campaigns to find the ads you're looking for.



---

**Campaign Negative Keywords**

---

You can prevent entire campaigns from showing on a certain query by applying negative keywords to them. Selecting more focused matching options, such as negative match, to your keywords, helps you reach the most appropriate prospects, reduce your cost-per-click (CPC), and increase your ROI.

**Keyword Status**

An easy way for you to monitor and measure the performance of your keywords and their associated ads. Each keyword, except for negatives, can have a performance classification of either *active* or *inactive for search*. Keywords are also always subject to review by our AdWords Specialists. If your keywords don't comply with our Editorial Guidelines, they will be marked as *Disapproved*.

**Credit Limit**

When you first open an AdWords account, Google gives you an initial credit limit so your ads can start running right away. You will be billed within 30 days or when you reach this credit limit. If you reach the credit limit within 30 days, your limit will be raised for your next billing cycle.

**WSDL**

WSDL is the Web Service Description Language. It provides a formal description of a web service, much like CORBA's IDL. The WSDL file is all you need to know how to call the web service; toolkits can generate proxy code from a WSDL file directly.

**Site-targeted campaign**

A campaign where the advertiser selects the individual web sites where their ad will appear. Site-targeted ads appear only on web sites that are part of the Google content network.

**Client manager**

*Client managers* perform the day-to-day service of managing and optimizing AdWords accounts on behalf of their Google AdWords advertising clients.

**# of conversions**

A conversion is counted when an ad click leads directly to a user taking an action on your site. Multiple conversions from a single ad click are counted only as one conversion.

**API**

API stands for application programming interface. The AdWords API lets advertisers interact directly with their AdWords account(s) through applications created.

**Google tracking URLs**

The URLs Google generates for you in the cross-channel setup wizard, which provide information about your advertising metrics.

**Keyword State - Inactive for Search**

A keyword marked inactive for search doesn't have a high enough Quality Score and maximum cost-per-click (CPC) to trigger ads on Google or the search network. This means your keyword's maximum CPC doesn't meet the minimum bid required to trigger ads. Inactive keywords aren't performing well.

**Gmail**

Google's webmail service. Gmail delivers text-based Google AdWords ads that are relevant to the content of users' email messages.

**Double Serving**

Displaying more than one ad for the same company or person at a time.

**Average value**

The total value of all conversions divided by the total number of conversions.

**Editorial Guidelines**

These guidelines will help you create effective ads that generate sales. To run your ads on Google, search, and content sites or products in the growing Google Network, please see that your ads follow our Editorial Guidelines.

**Channel**

A network or service advertisers use to create online advertisements to be displayed on search engines or other webpages. Google AdWords is a channel. Channels are identified as PPC (pay-per-click) or non-PPC.

**Transaction**

A single occurrence of a conversion event. Multiple transactions can occur after a user clicks on your ad. For example, if a user clicks on your ad and makes two separate purchases on your site worth US$11 and US$12, you will see a report for one conversion from the ad, two purchase transactions and a total value of US$23.

**Control Center**

This is the online interface for your account. When you log in to Google AdWords, you're taken to the main page (the Control Center) for your account, from which you can access and edit your campaigns and settings.

**Invoice Adjustment**

Credits which Google occasionally applies to already-invoiced clicks, based on our company policy. Adjustments to your account balance are itemized on the Billing Summary page, which is found under the My Account tab.

**Approval Status**

AdWords ads are reviewed to make sure they comply with our Editorial Guidelines and Content Policy. Once an ad is evaluated, it is either approved to run or disapproved until further edits are made.

**Conversion Types**

The type (purchase/sale, signup, page view, or lead) recorded in the generated code, allowing you greater specificity in your conversion statistics.

**Channel ad**

The non-AdWords ad you want to track using Google's cross-channel tracking tool.

**Search Total**

Displays the overall performance of an Ad Group on Google and search sites in our ad network, including AOL and Ask.com.

**Distribution Preference**

Your distribution preference indicates whether you have chosen to show your ads on the search and/or content sites or products in the Google Network.

**Tracking URLs**

These are URLs appended with parameters that provide information about the source of the click, the search query used, and other advertising metrics. Tracking URLs help advertisers determine the effectiveness of their ads and/or keywords on non-AdWords channels.

**Keyword Advertising**

This type of advertising uses keywords to trigger ads. Typically, advertisers select a set of keywords related to the product or service they wish to advertise. The ads are then displayed in relevant places based on those keywords. For example, Google matches advertiser-selected keywords to user search terms on Google.com in order to show relevant ads.

**Trademark**

A word, name, symbol, or device (or a combination thereof) that identifies the goods or services of a person or company and distinguishes them from the goods and services of others.

**Disapproved Ads Tool**

The Disapproved Ads tool within your AdWords account allows you to easily check the status of your disapproved ads and find out why they were disapproved. You'll still receive emails from our review team regarding all disapproved ads; however, this tool will also be available for you to review your ad disapproval status at any time. You can access this tool from the **Tools** page on the **Campaign Management** tab at the top of your account.

**Approval Status - Disapproved**

If an ad does not meet our Editorial Guidelines or Content Policy, we'll stop your ad from running, and you'll see the word 'Disapproved' listed below that ad. Once you've made the appropriate edits, simply save your changes and your ad will be automatically resubmitted to us for review.

**Channel account**

Your advertising account with another non-AdWords online advertising channel, such as Yahoo! Search Marketing (formerly Overture), Lycos, or Looksmart.

**Cross-channel conversion tracking**

A tool to analyze all your online advertising channels - such as search, email, or banner ads - through your AdWords account.

**Relevance**

Displaying ads that most closely relate to a user's interests.

**API Quota**

The AdWords API quota is the number of operations that can be processed during the calendar month for a given developer token. Quota is determined by the aggregate spend and number of accounts linked to the associated My Client Center.

**Charges**

Charges on your Billing Summary page show summarized amounts that we've charged you for advertising costs accrued each billing period, as well as any applicable fees. You can see itemized account activity for the charges shown through your invoices and advertising costs pages.

**Channel campaign**

A shell, or mock, campaign created specifically in your AdWords account to track the ROI (return on investment) and other advertising information for one or more of your ads running on a non-AdWords channel. Channel campaigns usually include one Destination URL and one or more keywords.

### My Change History

The My Change History tool displays changes you've made to your account in the last three months. You can view all changes for a particular time period, or you can filter the results by the type of change (such as budget adjustments or keyword edits). If multiple users with different logins manage your account, you can also use the tool to see who made certain changes.

To access My Change History, click **Tools** on the **Campaign Management** tab of your account. Then, select the date range for which you'd like to see changes.

### Credits

The Credit column on your Billing Summary page show itemized payments or service adjustments made to your account. Credits appear on the date funds are added to your account.

### Invalid Clicks

Clicks that Google does not charge to your account because we determine they were generated by prohibited methods. Examples of invalid clicks may include repeated manual clicking or the use of robots, automated clicking tools, or other deceptive software.

### Starting Page

The first page you see when you log into you AdWords account. From here, you can navigate to other areas of your account by using the tabbed sections at the top of your screen.

### Ad Variations

Ad variations are multiple versions of an ad for a single product or service, all based on the same set of keywords. Variations are a good way to test many versions of the same message to see which works best with potential customers.

### Zero Impression Keywords

Keywords that have generated no impressions of your ads. This may be caused by lack of relevancy to user searches due to keyword obscurity, specificity, or a significant misspelling of the intended keyword.

### Standard Edition

Standard Edition is the traditional version of AdWords with all available AdWords features: multiple ads, Ad Groups and campaigns, and full reporting,

analytics and scheduling capabilities. Compare to <u>Starter Edition</u>.

### Ad Scheduling

Ad scheduling lets AdWords users control the days and times their ad campaigns appear. Ad scheduling can be enabled for any AdWords Standard Edition campaign. Users may also choose an advanced mode, which allows them to raise or lower their bids for a campaign at certain times of the day.

### Time Zone

The time zone determines the official "working day" for an AdWords account. AdWords users set one permanent time zone for their account. All ad schedules, billing, and statistics for the account are set for that time zone. The time zone setting affects only the administration of an account -- it does not affect the locations or time zones where ads may show.

### Play Rate

The play rate column in your video ad reports indicates the number of plays your video receives divided by the number of times your video ad is shown (impressions).

### Opening image

The opening image is the static image that will be displayed on your video ad before the user initiates the video. When a user clicks the opening image or the play button, the video component of the ad will be played.

### Ad Delivery

How quickly your ads are shown within a specific AdWords campaign each day.

When you select a budget for your campaign, you can choose standard or accelerated delivery for your ads. This choice will affect how quickly your ads are shown each day, but in each case your selected budget will apply.

- o **Standard delivery**: We'll spread your ad impressions across the day to make sure you don't accrue all of your clicks early on. If your budget is set below the system-recommended budget, your ads may not receive all possible impressions.
- o **Accelerated delivery**: We'll display your ads as often as possible until your budget is reached. If your budget is set below the system-recommended budget, your ads may not receive all possible impressions.

### IRF Tax

The IRF tax is a federal withholding tax required for corporate advertisers in Brazil. If you are a corporate advertiser in Brazil making payments by Brazilian Reias, Brazilian regulations (Law No. 7.450 of 1985 (Art. 53) as amended by Law No. 9.064 (Art. 6)) mandate that you pay an IRF tax of 1.5%

on any gross payments greater than R$666.66.

**Boleto bancário**

Boleto bancário is a pre-pay form of payment available to advertisers in Brazil who are paying in Brazilian Reias (BRL).

**Position Preference**

Position preference lets you tell Google which ad position you like best for your ad among all the AdWords ads on a given page. If you find that your ad gets the best results when it is ranked (for example) third or fourth among all AdWords ads, you can set a position preference for those spots. Separate position preferences can be set for any or all of the keywords in your campaign.

**Local business ad**

Location-based AdWords ad associated with a business listing in Google Maps.

**Mobile Destination URL**

*At this time, mobile ads are only available to advertisers with a billing address in Japan, and are only displayed on Japanese mobile networks.*

This is the URL to which your mobile ad will link. This is the page users see when they click through to your mobile web page from your ad.

**Mobile Web Page**

A site formatted for mobile devices, using XHTML (WAP 2.0), WML (1.2), or CHTML.

**Customer ID**

A unique three-part number assigned to each AdWords account-holder for identification purposes. For client account managers, this number is called the Manager ID. ID numbers appear at the top of account pages.

**Starter Edition**

Starter Edition is a simplified version of AdWords that lets users create an account with a single ad, using a one-page signup form. Starter Edition users can, if they wish, graduate to the full-featured Standard Edition of AdWords.

**Click**

A click (sometimes called a clickthrough) occurs when a user sees your ad and clicks on the title of your ad, leading them to your website.

See also: Clickthrough rate.

---
System Maintenance
---

The feature you're trying to access is temporarily unavailable due to routine system maintenance. We expect to complete this maintenance within 24 hours. Please check back at that time.

We apologize for any inconvenience this may cause.

## General Account Information : Payments : **Value Added Tax (VAT)**

---
Does VAT apply to Google AdWords?
---

Yes. As of July 1, 2003, all AdWords accounts with European Union (EU) business addresses became subject to Value Added Tax (VAT) charges. In addition, as of January 22, 2004, all EU advertisers moved from being an advertiser with Google Inc. (United States headquarters) to being serviced and billed by Google Ireland Ltd (EU).

Advertisers with a business address in the EU, but outside of Ireland, may self-assess VAT at their Member State's local rate if they are using Google AdWords for business purposes.

---
How are EU AdWords advertisers affected by VAT?
---

Because Google's European Headquarters is based in Ireland, we charge EU advertisers the Irish VAT rate. However, if the following statements are true for you, you may self-assess VAT at your EU member state's local rate:

- ○ Your business address is within the EU, but outside of Ireland.
- ○ You advertise with AdWords for business purposes.

### Advertisers with Irish Business Addresses

Google Ireland Ltd. charges your account at the current Irish VAT rate, so you can't self-assess your VAT charges. Please remember that the Irish VAT rate is subject to change per the Irish government's discretion.

### Advertisers with EU (Non-Irish) Business Addresses

If you qualify to self-assess your VAT charges, you may register for a VAT number and pay VAT at your member state rate. You can enter your VAT information in your Billing Preferences page (under your **My Account** tab) at any time.

After you update your information, we won't charge you VAT. In addition, you'll be responsible to self-assess your VAT charges at your EU member country rate.

---
How do I provide Google with a valid VAT number?
---

New advertisers provide VAT information during the account set-up process. If you're a current advertiser with a European Union business address outside of Ireland, you can review or update your VAT registration information by following these steps:

1. Sign in to your AdWords account.
2. Select the **My Account** tab.
3. Click **Billing Preferences** (located just below the tabs).
4. Locate **VAT Information**, click **Edit**, and complete the fields.
5. Click **Save Changes**.

Note: It's not currently possible to change your account from business to non-business, or vice-versa. If you'd like to change this setting, please contact us.

---

Who can I contact with VAT questions?

---

Google AdWords cannot advise EU advertisers regarding VAT tax. For questions about VAT registration in EU Member States, consult your tax adviser or revenue commissioner. Or, learn more about EU VAT registration.

If you still have questions about how VAT affects your Google AdWords account after reviewing our Help Center, feel free to contact us.

---

Lesson: Value Added Tax

---

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reinforce your new expertise.

You can view lessons in text or as multimedia presentations (Flash® required) with narration and images.

View "Value Added Tax": multimedia lesson | text lesson

You may also wish to see the complete list of AdWords Lessons.

---

How do I change to a business or non-business account?

---

Currently, it isn't possible to change this setting yourself. If you'd like to change your AdWords account to a business or a non-business account, please contact us. We'll let you know what we need in order to make the switch.

---

How do I self-assess VAT?

---

If your business address is within the EU but outside of Ireland and you advertise with AdWords for business purposes, you qualify to self-assess your VAT charges.

To self-assess your VAT charges, you may register for a VAT number and pay VAT at your own member state rate. Then, you can enter your VAT information in your Billing Preferences page (under your **My Account** tab) at any time.

After you update your information, we won't charge you VAT. In addition, you'll be responsible to self-assess your VAT charges at your EU member country rate.

---

How do I find Google's tax ID?

---

You can view our tax ID on your invoices at any time. Please follow these steps:

1. Sign in to your AdWords account.
2. Click the **My Account** tab to see your Billing Summary.
3. Click any invoice number.
4. Click the **Printable invoice** link at the top of the page.

The Google tax ID appears below the Google address.

---

I qualify to self-assess VAT. Can I get refunded for previous VAT charges?

---

Yes. If you qualify to self-assess VAT charges, simply update your VAT information (if you haven't already). Then, we'll automatically review your account and determine whether you're eligible for a VAT refund. We'll then contact you via email.

If you're eligible for a refund of VAT charged by Google, please don't seek a refund directly from the Irish Revenue Commissioners via an Eight Directive reclaim. Any refund due will be dealt with by Google Ireland Ltd, and a refund check will be mailed to the business address listed in your account.

It can take several weeks to process your refund. We appreciate your patience.

---

Are businesses in my location subject to VAT?

---

AdWords accounts with European Union (EU) business addresses are subject to Value Added Tax (VAT) charges. If your business address is not located in the European Union, you will not be required to pay VAT charges.

## General Account Information : Payments : **Payment Options**

---

What are my payment options?

---

Google accepts payment by credit card, debit cards, direct debit, and bank transfer payment methods. Available payment options depend on your billing location and currency. Visit our payment options page to view all options currently offered.

Depending on the payment method that relates to your preferences, you might have the option to pay for your advertising after accruing costs (post-pay) or prior to accruing costs (prepay).

- **Post-pay** allows you to pay only after you accrue costs for advertising activity. Your ads run almost immediately after you submit valid billing information. Google charges you a one-time activation fee. We then set an initial US$50 credit limit. Google charges you after 30 days or when

you reach your initial credit limit of US$50 (or your local currency rate), whichever comes first.

o **Prepay** allows you to pay in advance of receiving any activity. As you accrue advertising charges, we deduct the cost from your prepaid balance. Your ads run almost immediately after we receive your payment. Your ads continue to run as long as there are adequate funds in your account, so be sure to regularly check your account balance. To help you keep your account balance up-to-date, we'll email you when your funds run low and when your balance draws down to zero.

**How do I make a payment?**

This depends on your payment option. If you choose a post-pay payment method (such as by credit card or debit card), we'll automatically charge you after 30 days or when you reach your credit limit, whichever comes first.

If you choose the prepay payment method (such as bank transfer), you'll need to make payments. See How do I make a bank transfer payment? for more information.

**How do I choose the payment method that's right for me**

First, be sure to review all available payment options. Then, consider the following facts when deciding which payment method makes the most sense for you:

o If you prepay for your account ...
  ▪ Your ads run only after we receive your first payment. It may take a couple of weeks for us to receive your payment if you prepay by bank transfer.
  ▪ We'll stop running your ads if you run out of funds. However, you can reactivate your ads by making another payment.

o If you sign up for post-pay ...
  ▪ Your ads start running on Google almost immediately after you submit valid billing information.
  ▪ We'll stop running your ads if we can't process your payment. Remember to keep your payment information up-to-date.

o Only post-pay advertisers may switch back and forth between available forms of payment (Master Card to Visa, for example). It isn't possible to change from bank transfer to credit card, or vice versa.

**What is a backup credit card and can I use one?**

A backup credit card is a credit card that we will keep on file to charge in case your primary payment method fails. If your primary payment method is ever declined when processing a payment, we'll attempt to charge your backup credit card to help ensure that your ads run continuously.

You can enter or edit your backup credit card by following these steps:

1. Log in to your account.
2. Select the **My Account** tab.

3.  Click **Billing Preferences**.
4.  Under **Backup Payment Details**, click 'add' or 'edit' if you've entered a backup credit card previously.
5.  Select your credit card type from the drop-down menu. Enter the new card information and billing address. Click **Save changes**.

---

Can I switch my currency after setting up my account?

---

If you've already selected the billing currency for your AdWords account, it isn't possible to switch to another currency. The currency you select applies to both billing and payment. That is, if you select U.S. dollars, payment will be requested and accepted only in U.S. dollars.

If you'd like to change your currency, close your existing AdWords account, and create a new account with your preferred currency. Here are some additional tips:

  o  Use a different email address to create this new account. Or, if you'd like to use the same email address, change it in your existing AdWords account before closing out.
  o  Keep a record of your campaign information - such as keyword lists and statistics. This is because you cannot transfer information from one account to another at this time. Learn how to download an account report.

---

Interactive Form: Account Fees and Payment Options

---

In addition to our database of frequently asked questions, we have a series of web pages dedicated to providing an overview of particular topics. You may be interested in this page: Account Fees and Payment Options .

---

Can I use PayPal (tm) to pay for my AdWords account?

---

AdWords does not accept online payment processors like PayPal at this time. We gladly accept several credit and debit cards and, where available, direct debit and bank transfers. For more details, see What are my payment options?

---

Lesson: Payment Options

---

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reinforce your new expertise.

You can view lessons in text or as multimedia presentations (Flash® required) with narration and images.

View "Payment Options": multimedia lesson | text lesson

You may also wish to see the complete list of AdWords Lessons.

---

Can I switch my payment options after setting up my account?

---

Postpay advertisers may switch back and forth between available post-pay options (credit card to direct debit, for example) as well as between different payment providers (such as Visa to MasterCard). However, it isn't possible to switch from one payment method to another (from postpay to prepay, and vice versa).

We're currently updating our billing systems to allow advertisers to switch between additional payment and billing methods. This functionality is available if you have a payment drop-down menu on your Billing Preferences page (under the **My Account** tab).

If the above doesn't work for you, you can still switch payment options by closing your existing AdWords account and then creating another with your preferred payment method. Here are some additional tips:

- Use a different email address to create this new account. Or, if you'd like to use the same email address, change it in your existing AdWords account before closing out.
- Keep a record of your campaign information - such as keyword lists and statistics. This is because you cannot transfer information from one account to another at this time. Learn how to download an account report.

## General Account Information : Payments : **Postpay (Credit card and debit card)**

### What if my payment is declined?

When we have a problem charging you, we suspend all the campaigns in your account. To re-activate your account if your payment has been declined, please update your billing information. You can retry your credit card, resubmit your credit card or debit card information, or enter another credit card or debit card number.

Update my billing information now 🖻.

Our system will try processing your charge again - even if you submit the same information. Your ads will begin running once our system successfully processes your payment (usually within 24 hours). You won't be billed for your campaigns until your ads start running.

You can view declined payments information on your Billing Summary page (under your **My Account** tab). Here you'll find details about the attempted charge, including the date, the amount, and the reason your payment was not processed.

If you still cannot successfully submit your billing information, contact the credit card company or bank for details about the declined transaction, or ask for an increased credit limit.

In the future, you can help ensure that your ads run continuously by entering a backup credit card.

### Why was my payment declined?

Generally, payments are declined if our billing system is unable to verify the billing information you've submitted. Here's a troubleshooting checklist of possible causes:

- **Incorrect Credit Card Number or Debit Card Number:**
  Make sure that the credit card or debit card number we have on file for you is correct and up-to-date.
- **Incorrect expiration date:**

Review the expiration date on your credit card or debit card. If your card expired, use an up-to-date credit card or debit card.

o **Incorrect billing address and phone number:**
Make sure that the telephone number and billing address listed in your AdWords account match those associated with your payment method. Otherwise, our system will not be able to process your charges. Either update your personal information on the Account Preferences page (under the **My Account** tab), or contact your payment institution to sync up.

o **Credit card limit reached:**
Check your credit limit. You may have reached your daily or total credit card limit on the day we attempted to charge your card. Your credit card should have enough available credit to cover your monthly advertising budget. If your card does not have enough credit, decrease your daily budget, or enter a new credit card with a higher credit limit. You may also ask your bank to increase your credit limit.

o **Maximum amount allowed for a single charge exceeded:**
Check the maximum amount your card can be charged at a single time. If the declined charge in your AdWords account is higher than this amount, try asking your credit card company to increase the limit. You can also enter a new credit card with a higher limit. If neither of these solutions is feasible, contact us and we'll work with you to find a solution.

o **Maximum number of charges card can receive in a period exceeded:**
Check how many times your card can be charged in given time period. If you've exceeded this amount, you can try submitting a new card. You can also talk to your bank about increasing this limit or simply wait until your card can be charged again.

o **Card doesn't accept charges from an online source**
Make sure your card allows online transactions. If not, talk to your credit card company or enter a new credit card to process the charge.

o **Card doesn't allow for automated billing**
Ask your credit card company if they allow automated billing, or if they occasionally call to verify a charge. If approved by your bank, retry your current card or enter a new card to process the charge.

o **Card doesn't allow for international transactions**
Make sure that your card can accept international charges. If not, try entering a new card to process the charge.

If your solution does not involve changing your billing information, please resubmit your current billing information>/a> so that we can process the charge. You can help avoid having your payment declined in the future by entering a backup credit card.

Update my billing information now 🔗.

--------------------------------------------------------------------------------
How does Google process direct debit payments?
--------------------------------------------------------------------------------

At this time, the direct debit payment option is only available to AdWords advertisers with bank accounts in certain locations. When you select this payment method, you authorize Google, Inc. and/or its affiliates and their representative bank or payment processor to submit appropriate charges to your bank for deduction from your bank account for services rendered via your Google AdWords account.

For most locations, Google requires that you provide us with an authority card before we can begin debiting your account for payment. We will also provide you with a prenotification email prior to each time we intend to charge your account.

If you have any other payment concerns, please contact us. One of our client service specialists would be happy to answer your questions.

--------------------------------------------------------------------------------

**Why was I billed after I paused or deleted my campaigns?**

You will not accrue any charges to your Google AdWords account after you pause or delete all of your campaigns. However, you may continue to receive invoices for up to 60 days after your ads stop running. This is because our system operates on a 30-day billing cycle, and you may be charged for clicks several weeks after they occur.

You can view a breakdown of your charges by visiting your Billing Summary page, accessible via the 'My Account' tab in your AdWords account. From this page, you can click any invoice number to see which campaigns accrued the click charges and what dates the clicks occurred on. You can still access your Billing Summary and other account pages even after cancelling your account. Logging in and accessing these pages will not reactivate your account nor your ads.

You can see if there are any pending charges in your account by adjusting the date range on your Campaign Summary page. Find the date in your invoice details when you were charged for your last click or impression. Select this date and the date when you paused or deleted your campaigns in the date range on your Campaign Summary page. You'll then see statistics for clicks and impressions accrued before you paused or deleted your campaigns but for which you have not yet been charged. You can also set the start of the date range to one day after you paused or deleted all your campaigns, and you'll see that no charges were accrued once your ads stopped running.

To verify when you paused or deleted your campaigns, you can use the My Change History tool. This tool displays changes you've made to your account in the last three months. To access the My Change History tool, click 'Tools' on your Campaign Summary page.

**How do I change my credit card information?**

You can edit your billing information at any time. Here's how:

1. Sign in to your AdWords account.
2. Select the **My Account** tab.
3. Click **Billing Preferences**.
4. Click **edit** next to **Primary Payment Details**.
5. Select your credit card type. If you're switching to a new card, select the name of the new card.
6. Enter the new card information, and update your billing information if it's changed.
7. Click **Save Changes**.

We'll automatically process your information and bill you using this new information.

**Can I raise my credit limit above the maximum amount?**

If you meet our requirements, we may be able to increase your maximum credit limit of US$500 (or your local currency rate). If your account has a high spend and you believe you might qualify, we're happy to review all credit increase requests. Simply contact us. If approved, you'll be billed every 30 days or after your new limit is reached.

Please allow up to one week for application processing. Once our finance team completes their review of your application, we'll contact you.

**How long does it take to process my payment information?**

After you submit your payment information or after we charge you, it might take up to several hours before we can fully process your payment. Since invoices payments appear on your Billing Summary page (under your **My Account** tab) only after a payment has been fully processed, you might experience a slight d

**How do I accrue charges?**

If you run a cost-per-click (CPC) campaign, you accrue charges with every click. For a cost-per-thousand-impressions (CPM) campaign, you accrue charges your ad is shown (1/1000 of your CPM price).

**How do I view charges?**

To see detailed information regarding account activity and charges, visit your Billing Summary page:

1. Sign in to your AdWords account.
2. Click the **My Account** tab to load your Billing Summary.
3. Click any invoice number to review information for that particular payment. (When a payment is received, we issue you an invoice.)

Note that the amount invoiced or billed may be slightly in excess of the credit limit reached if an account generates charges very quickly.

**In what locations is payment by direct debit available?**

At this time, payment by direct debit is only available to AdWords advertisers with bank accounts in certain countries or territories. Direct debit requirements m depending on location; for a full list of requirements for your location, review the table below.

| Location | Authority Card Required? | Pre-notification Provided |
|---|---|---|
| France | yes | yes |
| Germany | yes | yes |
| Netherlands | yes | yes |

General Account Information : Payments : **Prepay (Bank transfer)**

**How do I enable ActiveX in Internet Explorer?**

To enable ActiveX in Internet Explorer:

1. Click on **Tools** then **Internet Options** and choose the **Security** tab
2. Select the **Internet** zone, and click on **Custom Level**
3. Under the **ActiveX controls and plug-ins** heading, make sure you have the following settings:
   - **Download signed ActiveX controls** : Prompt or Enable

- **Run ActiveX controls and plugins** : Enable
4. Click **Apply** then click **OK**
5. At the warning "Are you sure you want to change the security settings at this zone?" click **Yes**
6. Refresh the browser page.

## General Account Information : Payments : Prepay (Bank transfer) : **Prepay Overview**

Who is eligible to prepay for AdWords advertising?

Currently, prepay availability varies by your billing country and currency. Visit our payment options page to view all options currently offered to you.

Is there a minimum prepayment amount?

Yes. For the amount in your currency, please visit our payment options page.

What does it mean to prepay for AdWords advertising?

Prepay allows you to pay for your advertising in advance of receiving clicks or impressions. You can add funds to your account, and we'll deduct advertising costs from that running balance. We'll remind you to add more money when your balance is running low, but if you do run out of funds, we'll pause your account until you have a chance to replenish your account.

When do you bill (for prepay advertisers)?

With the AdWords prepay option, you pay for your advertising upfront. (For post-pay, visit When do you bill for post-pay?) We simply deduct the cost of clicks (or impressions for site-targeted campaigns) as your ads receive them.

Your ads run almost immediately after we receive your payment. Your ads continue to run as long as there are adequate funds in your account. If your account runs out of funds, your ads will stop running until you make another payment.

## General Account Information : Payments : Prepay (Bank transfer) : **Bank Transfer**

What do I need to know about bank transfer?

If you've signed up for bank transfer, it's important to remember the following:
- **Always send the payment reference number with your fund transfer.** This number is the only way we can associate your payment with your account. Generate a new reference number for each payment you make.

   If you transfer money to us without including the reference number, we cannot guarantee that we'll be able to apply the funds to your AdWords account. If your bank transfer form does not have a field for a reference number, enter the number in front of or instead of your name.

- **Google may not be associated with the name of the bank account** to which you are requested to send your money. Google has partnered with a trusted third party to process bank transfers.

- **Bank transfer is not a universally available payment method** nor is there a standardized procedure for all banks. Even banks within the same country or territory may have different procedures for initiating a bank transfer payment. Contact a member of your bank to see how your bank handles bank transfers.

- **Your bank may charge you a processing fee**, which will be in addition to the amount you send Google. Google does not reimburse advertisers for any bank-imposed processing fees. If your bank imposes a fee or is unable to complete the transaction, another local bank may be able to provide more suitable options.

- **It can take up to 5-10 business days for Google to receive your transfer**. However, the timing of a given transfer depends on many factors.

- **Check your prepaid account balance regularly** to make sure that you don't run out of funds. Make more payments as needed.

  When your Google AdWords prepayment balance is running low (approximately 30% of your funds remaining), we'll send you a reminder email to make an additional payment. If your balance hits zero before your payment reaches us, our system automatically stops showing your ads until you make another payment. We'll also send you another reminder email.

How do I make a bank transfer payment?

To make a bank transfer payment:
1. Sign in to your AdWords account.
2. Click the **My Account** tab and then the **Make Payments** link.
3. Enter the amount of money you'd like to transfer into your AdWords account. Remember that there's a minimum amount to prepay, depending on your currency.
4. Click **Go** to generate a one-time reference number and transfer information form with all of the important information you'll need to initiate a bank transfer.
5. Print or copy down the reference number and additional transfer information provided.
6. Use the transfer information to initiate a bank transfer. Be sure to include your reference number. We won't be able to process your payment without it.

When we receive the funds and reference number, we'll send you an email and your ads will start running (or continue running if you're refreshing your prepaid balance).

Who is eligible to pay by bank transfer?

Currently, bank transfer is only available as a prepay option to advertisers in certain locations. To find out if you are eligible to prepay for your AdWords account via bank transfer and to view all payment options for your billing location and currency, please visit our payment options page.

How can I ensure that Google receives my bank transfer payment?

We recommend that you follow these guidelines:

**Payment reference numbers**

- If a bank asks you to fill out a form to initiate your bank transfer payment, write the payment reference number on this form. If there is no field in which to include this number, simply write the number in front of or instead of your name on the form.
- When sending a payment to Google, use only one unique payment reference number per payment. For multiple payments, use a different payment reference number for each payment.
- Include the unique payment reference number provided by Google along with your payment. If your bank makes the transfer on your behalf, ensure that the bank includes this payment reference number along with the payment.

**Banks and bank transfers**

- Some banks may not be able to send a bank transfer payment to the Google-specified bank account in your country or territory. You may need to contact several banks before finding one that can send a bank transfer payment.
- The exact procedure for initiating bank transfers may differ depending on your location - even within the same country or territory. Contact a member of your bank to see how your bank processes transfers.

What if I "lose" my reference number or want to pay an amount different from what I specified?

Don't worry. You're not committed to a payment when you generate a reference number. (Plus, you never really lose your number. It's still accessible from your Billing Summary). But, if you don't want to use the reference number, simply generate another one.

You can also pay less than or more than the amount you entered on your transfer information receipt. Remember to always send the payment reference number with your fund transfer. This number is the only way we can associate your payment with your account.

How long does a bank transfer take?

It usually takes 5-10 business days for Google to receive your transfer, but in some cases, it can take up to 30 days. The timing of a given transfer depends on many factors.

General Account Information : Payments : Prepay (Bank transfer) : **Refunds**

How do I request a refund for my remaining prepaid balance?

To request a refund for the remaining funds in your balance:

1. Sign in to your AdWords account.
2. Click on the **My Account** tab.

3. Click **Make Payments**.

4. Click **Request refund** next to your current estimated account balance. The amount refunded might be slightly less than this amount if we haven't yet accounted for advertising costs accrued.

5. Complete the form, and then send it.

After you submit the form and we process your refund, your account balance will be set to zero and your ads will stop running until you submit another payment. We'll send you an email once the refund has been processed. Please allow 3-4 weeks for the entire refund process to be completed.

---

**Can I cancel a refund request once I make it?**

Yes. Contact us within 2-5 days of requesting a refund for your prepaid AdWords account. If we haven't already initiated the refund, we may be able to place a stop on it. If we've already started processing your refund, we can't stop it.

However, you can still continue running ads - even if we've already started processing your refund. Simply make another payment to your AdWords account. Your ads will begin running again as soon as we receive the new payment.

---

**How long do refunds take?**

After you initiate a refund, it can take 3-4 weeks for the entire refund process. Here's what happens:

- After you request a refund, it can take up to a week to account for any outstanding advertising activity not yet displayed in your reports.

- Then, we'll automatically initiate a refund to the bank account on file, and send you a confirmation email.

- It can then take an additional 5-10 business days for you to receive your refund, depending on many factors.

---

**What should I do if it's taking a while for my funds to transfer?**

To ensure your payment is on the way:

1. Check that the transfer amount has been withdrawn from your bank account. If it hasn't, contact your bank.

2. Confirm with your bank that your funds were transferred into the correct account. Reconcile the account number with the one you specified in your original payment instructions (when you generated your payment reference number).

If you still don't see the funds in your AdWords account after two weeks, please contact us. We're able to investigate payments with our third party two weeks after the transfer was initiated.

## General Account Information : Payments : Prepay (Bank transfer) : **Boleto Bancário**

---

**Why do you need my Tax ID information?**

If you are a corporation operating in Brazil, according to Brazilian law (No. 7.450 of 1985 (Art. 53) as amended by Law No. 9.064 (Art. 6)), you are subject to a federal corporate income tax (IRF). In order to comply with Brazilian regulations and properly withhold the IRF tax where applicable, we are required to collect your tax information. Please be assured that your information will remain private and secure. We appreciate your understanding.

**Who is eligible to pay by boleto bancário?**

Currently, boleto bancário payments are available as a prepay option for advertisers in Brazil who are making payments in Brazilian Reias (BRL).

Please note that if you are a current AdWords advertiser located in Brazil using another form of payment, it will not be possible for you to switch from your cur payment to boleto bancário. In order to begin making payments with boleto bancário, you would need to close your account and open a new account choosing the currency and Brazil as the location.

**What do I need to know about boleto bancário?**

- **You may be able to make payments at your local bank or online.** Some banks accept boleto payments through their websites using the boleto refe number. Contact your bank to determine your options for paying a boleto.
- **If you are a corporate advertiser, you may be required to pay IRF withholding.** According to Brazilian law, corporate advertisers making gross pa greater than R$666.66 are mandated to pay an IRF tax withholding of 1.5%. Individuals are not required to pay the IRF tax; this tax is only required to corporate advertisers.
- **Your bank should not charge you a processing fee.** However, if for some reason your bank imposes a fee or is unable to complete the transaction, local bank may be able to provide more suitable options.
- **If you are a current AdWords advertiser using another form of payment**, you will not be able to switch to payments by boleto. In order to make pa boleto, you'll need to close your current account and open a new account choosing BRL as the currency and Brazil as the location.
- **Check your prepaid account balance regularly to make sure that you don't run out of funds.** Make more payments as needed. When your Goog AdWords prepayment balance is running low (approximately 7-10 days worth of funds remaining), we'll email you to let you know to make an additiona It's possible that your account will run out of funds sooner than 7-10 days from the time we email you, depending on your ads' activity. If your balance before your payment reaches us, our system automatically stops showing your ads until you make another payment.

**How do I make a payment by boleto bancário?**

To make a payment by boleto bancário, follow these steps:

1. Log in to your account at www.adwords.google.com.
2. Under the **My Account** tab, click 'Make Payments.'
3. Enter the amount that you would like to pay into your AdWords account.
4. Click 'Generate Boleto,' then print your boleto.
5. Pay your boleto at your local bank or, if your bank accepts online boleto payments, through your bank's website.

When we receive the funds, your ads will start running (or continue running if you are refreshing your prepay balance). Continue to make payments as needed future.

## General Account Information : Billing : **Billing Overview**

---

How and when do I enter and edit my billing information?

---

You can update your billing information from the **My Account** tab at any time. However, your account won't be activated and your ads won't run until you submit valid billing information for the first time. (If you are prepaying for your AdWords advertising, your ads will run after we receive your first payment.)

I'm ready to set up my billing information now 🔗.

Or, if you'd prefer to activate your account later, you can follow the steps below to enter billing information for the first time:
1. Sign in to your AdWords account.
2. Click the **My Account** tab.
3. Click **Billing Preferences**.
4. Complete the account setup process.
5. Click **Save and Activate**.

**Note**: Once your account is activated and your billing information has been processed, any new ads and campaigns you create can begin running immediately on Google. You will not be asked to submit your billing information every time you create a new ad or campaign.

To update billing information for an account that is already running:
1. Sign in to your AdWords account.
2. Click the **My Account** tab.
3. Click **Billing Preferences**.
4. Click **edit** in the **Primary Payment Details** section.
5. Enter your updated billing information.
6. Click **Save Changes** when you are finished.

If your payment has been declined and you'd like to resubmit the same credit card information, you may also do so by clicking the **Retry card** button on your **Billing Preferences** page.

You also have the option of providing a backup credit card to help ensure that your ads run continuously, even if your primary payment method fails.

---

What's a promotional code, and how do I redeem one?

---

From time to time, Google offers promotional discounts to AdWords advertisers which can be used toward AdWords advertising costs. To redeem your promotional code, you must have an active AdWords account with your completed billing information.

Your promotional credit will appear as a service adjustment for the current month on your Billing Summary.

Once the promotional credit has been exhausted or has expired, your campaigns will continue to accrue costs for which you'll be billed. If you don't want to be charged after this happens, you can pause your campaigns at any time.

The 3 most typical ways to redeem a promotional code are listed below.

I. You have a promotional code that can be applied to your existing account.
1.  Sign in to your account.
2.  Click the **My Account** tab.
3.  Click **Billing Preferences**. (If you haven't yet entered your billing details, do so now.)
4.  Type your promotional code in the **Redeem code** box at the bottom of the page.
5.  Click **Redeem**.

II. You don't already have an AdWords account, and you have a promotional code you can enter into your AdWords account.
1.  Create an AdWords account by visiting the AdWords homepage.
2.  Select **Click to begin**.
3.  Follow the step-by-step instructions to create your account.
4.  Sign in to your account.
5.  Click the **My Account** tab.
6.  Click **Billing Preferences**.
7.  In the first step of the billing setup, you'll be able to enter your promotional code.
8.  Click **Continue** to complete the setup process.

III. You don't already have an AdWords account or a promotional code, but you have a URL specific to the promotional offer.
1.  Visit the unique URL provided for the given promotion.
2.  Follow the step-by-step instructions to create a new AdWords account.
3.  Sign in to your AdWords account.
4.  Click the **My Account** tab.
5.  Click **Billing Preferences**.
6.  In the first step of the billing setup, you'll see a field to enter a promotional code. Leave this field blank, as your promotional credit automatically will be applied to your AdWords account.
7.  Click **Continue** to complete the setup process.

**Promotional code rules**

If you'd like to take advantage of a Google AdWords promotional code offered by a Google partner, remember to review the promotional information provided by the partner, as unique rules may apply to each offer. Here are some common rules to look out for in advance:
  ▪  You may have to be a new AdWords advertiser and create a new Google AdWords account.
  ▪  An expiration date often applies, so keep in mind that you may only have a certain amount of time to use your credit. Often, the

code is only valid for 14 days from the date your new account is created.

- You may have to first sign up with the partner and be able to provide confirmation that you completed that process. When signing up for a service with the expectation of receiving an AdWords credit in return, be sure to check that the service or business is reputable. If you have any questions about an offer, please contact us before committing.
- You may have to access AdWords and create an AdWords account by clicking on a URL on the partner's website in order us to apply the credit. If you do not use the promotional URL, we may not be able to offer you the credit.

---

How do I get an invoice?

---

Google AdWords does not currently mail or email invoices to most advertisers. However, you can print both an invoice and a receipt for charges to your AdWords account through your Billing Summary page.

To view and print an invoice:
1. Sign in to your AdWords account.
2. Click the **My Account tab** to load your Billing Summary. (If you would like to view the Billing Summary for a specific date range, select the appropriate months and years from the drop-down menu at the top of the page, and click **Go**.)
3. Click the invoice number for any line item reflecting a charge to your account - next to **Payment received**. (You can also download your entire Billing Summary by clicking **Download as .csv file** immediately above your Billing Summary information.)
4. Click **Printable invoice** above the **Invoice Details** box. This will open your invoice in a new window.
5. Select **File** then **Print** from your browser menu.
6. Click **Print**.

To view and print a receipt:
1. Sign in to your AdWords account.
2. Click the **My Account** tab to load your Billing Summary. (If you would like to view the Billing Summary for a specific date range, select the appropriate months and years from the drop-down menu at the top of the page, and click **Go**.)
3. Click **Payment received** for any line item reflecting a charge to your account.
4. Click **Printable receipt** above the **Payment Received** box. This will open your receipt in a new window.
5. Select **File** then **Print** from your browser menu.
6. Click **Print**.

---

Does Google AdWords offer credit terms and invoicing?

---

Yes. Credit terms and invoicing allows for payment on a monthly basis by check or wire transfer. Once approved for credit terms, an advertiser's campaigns are no longer subject to suspension in the case of a declined payment.

**Who's Eligible?**

We typically consider extending credit terms and monthly invoicing to advertisers who have a minimum spend during the three most recent consecutive months with the Google AdWords program. This minimum spend depends on the country of your billing address.

**The Application Process**

Here's the basic rundown:

- You request a credit application form, complete it, and submit the signed and dated form for review and approval by Google.
- We review your application, and send you a confirmation or declination email.
- If approved, you'll need to respond in acceptance to the confirmation email. The maximum amount available to pay per month (i.e. the credit terms) is determined at Google's sole discretion.
- Once you respond to accept the credit terms offered, your account will be switched from your current payment type to credit terms within two business days.

**Additional Facts**

If you're approved for credit terms and monthly invoicing:

- You agree to pay the full balance of your account upon receipt of each monthly invoice.
- Google reserves the right to suspend or close down your AdWords account if we do not receive payment within 15 business days of the monthly invoice date and/or you exceed the monthly credit limit. Note: non-payment period is 15 business days for US advertisers and may differ depending on your location.
- If Google has reason to believe that you cannot continue to meet your financial obligations under credit terms, Google has the right to cancel your participation under this billing option.
- Once approved for a maximum credit limit per month, you're responsible for paying Google up to this maximum credit limit should you spend that amount on advertising.
- You're solely responsible for maintaining your AdWords program accounts, daily budgets, and daily spend levels.

---

Lesson: Basic Billing Process

---

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reinforce your new expertise.

You can view lessons in text or as multimedia presentations (Flash® required) with narration and images.

View "Basic Billing Process": multimedia lesson | text lesson

You may also wish to see the complete list of AdWords Lessons.

---

How do I view my pending charges?

---

Only post-pay advertisers see pending charges. Pending charges are determined by the number of clicks (or impressions for site-targeted campaigns) your ads have received since the last time you were billed. They appear as an **Outstanding balance** on your Billing Summary page.

To view pending charges for your campaign:

1. Sign in to your AdWords account.
2. Click the **My Account** tab.
3. Check your outstanding balance on your Billing Summary page.

**Note**: The outstanding balance in your account provides an estimate for upcoming charges for your campaigns. This amount does not necessarily reflect a delinquent amount or a final balance. Because you continue to accrue advertising costs and to receive credits in your account, your outstanding balance is usually different from the amount you're actually charged.

---

What's this Invoice Adjustment in my billing summary?

---

The line item you see in your Billing Summary labeled **Invoice Adjustment** is a credit Google has applied to your AdWords account for an outstanding balance. Invoice adjustments are applied when a balance is no longer due according to our company policy.

---

How secure is my payment information?

---

Very. We understand that making an advertising purchase online involves a great deal of trust on your part. We take this trust very seriously, and we make the security and confidentiality of your information our highest priority.

Google uses industry-standard SSL (secure socket layer) technology to protect every interaction you have with the AdWords system. This protects your payment type and other personal information. Once we receive your information, we not only store it behind a firewall, but also encrypt the sensitive payment information.

When you submit payment information through our online form, Google works with third-party partners to verify and process that information. Your personal information is encrypted, and neither Google nor our payment partners ever share or sell your personal information. The information you provide will be used solely for the purpose for which it was provided. For more details, see our Privacy Policy.

**Credit Cards and Debit Cards**

Billing information is checked against the account information by our third-party payment processor. If the information submitted is invalid, the payment information will not be accepted. Any irregularities will be reviewed by an AdWords Specialist.

**Bank Transfers**

For many different locations and currencies, Google works with a third-party service provider to offer our advertisers a secure way to fund their AdWords accounts using bank transfers. When you pay via bank transfer, your payments are initially sent to a bank account in your country or territory which belongs to this service provider.

The provider then securely processes your payment and sends the funds to Google. Since your payment is made to this third party, their name or the name of their local subsidiary may appear in the account name to which you are instructed to transfer your payments.

---

---

Lesson: Invoicing

---

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reinforce your new expertise.

You can view lessons in text or as multimedia presentations (Flash® required) with narration and images.

View "Invoicing": multimedia lesson | text lesson

You may also wish to see the complete list of AdWords Lessons.

---

Demo: Understanding your Billing Statement

---

AdWords Demos are narrated lessons that show you how to make the most of your AdWords account. (You'll need Flash installed on your system to view AdWords demos.)

View this demo now: Understanding your Billing Statement.

You may also wish to see the complete list of AdWords Demos.

---

Do I get a credit if I refer a friend to AdWords?

---

At this time, we don't offer credits to advertisers who refer other advertisers to Google AdWords.

Learn more about promotional credits.

## General Account Information : Billing : **Troubleshooting Billing**

---

Why am I being charged for more than my daily budget on some days?

---

User traffic fluctuates from day to day. To make up for these fluctuations and to ensure that your campaigns reach their potential, Google may allow up to 20% more clicks (or impressions for site-targeted campaigns) in one day than your daily budget specifies. We call this **overdelivery.**

However, our system makes sure that in a given billing period, you're never charged more than the number of days in that month multiplied by your daily budget. That amount equals your monthly budget.

For instance, if you budget US$100 per day in a 30-day month, you may receive more than US$100 in clicks on a given day, but the maximum you would pay for that month is US$3,000.

If Google overdelivers your ads, resulting in more clicks than your monthly budget allows, you'll receive a credit to your account. Credits for clicks in excess of your monthly budget are listed on your Advertising costs page (accessible from your Billing Summary) as an **Overdelivery credit**.

**Why was my credit card or debit card billed multiple times in one month?**

This probably happened because you reached your credit limit at least twice in a 30-day period.

When you create and activate your Google AdWords account, Google sets an initial US$50 credit limit. Google will charge you after 30 days or when you reach credit limit, whichever comes first. Each time you reach your credit limit within 30 days of your last bill, your credit limit is incrementally raised - first to US$200, US$350, and then to US$500 (the maximum amount). A new billing cycle begins each time this happens.

For example, let's say that advertiser Alan opens an AdWords account and starts accruing costs on Oct. 1:

- On Oct. 5, Alan reaches his initial credit limit of US$50. At that time, we charge him for the amount accrued (which might be in slight excess of the cre he accrued costs quickly). Alan's credit limit is increased to US$200. A new billing cycle begins.

- On Oct. 25, Alan again reaches his credit limit of US$200, triggering AdWords to charge him for costs accrued. Google again raises his credit limit to U and initiates a new billing cycle.

- On Nov. 18, Alan accrues more than US$350 in charges. Google bills him and raises his credit limit to US$500.

- Alan's next bill will be processed on Dec. 18 or when he exceeds the final US$500 credit limit - whichever comes first.

**Lesson: Billing Details & Issue Resolution**

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reinforce your new

You can view lessons in text or as multimedia presentations (Flash® required) with narration and images.

View "Billing Details & Issue Resolution": multimedia lesson | text lesson

You may also wish to see the complete list of AdWords Lessons.

**When do you bill - Australia**

With the AdWords prepay option (available in select locations), you pay for your advertising before your ads run. We simply deduct the cost of clicks and/or in as your ads receive them.

With the AdWords postpay option, you pay only for clicks or impressions you've actually received. You are not billed in advance. We create an invoice for you advertising charges and bill your account every 30 days, or after a certain amount of advertising charges accrue. (The amount is determined by your history in AdWords program.) The postpay billing cycle is explained in more detail below.

*The Postpay Billing Cycle (Australian Dollars):*
The initial credit limit is AUD$100. This amount is raised incrementally each time your account hits its credit limit in less than 30 days. The credit limit is first ra AUD$250, then to AUD$500, and then to AUD$1,000. The If you run a cost-per-click (CPC) campaign, you accrue charges with every click; for a cost-per-imp (CPM) campaign, you accrue charges each time your ad is shown. The amount invoiced or billed may be slightly in excess of these credit limits if an account charges very quickly.

We will consider increasing credit limits beyond UD$1,000 for certain qualified advertisers. Although credit limits cannot be increased in all cases, we are happy to review all such requests. Please note that if you are approved for a credit limit increase beyond AUD$1,000, your card will be billed every 30 days or after your new limit is reached.

I redeemed a promotion code. Why am I being charged now?

You probably already accrued advertising costs in excess of your promotional code amount. Your ads continue to run even after you exhaust the credited amount.

If you want to stop your ads from running so you won't accrue additional costs, feel free to pause or delete your campaigns at any time. Alternatively, if you'd like to continue running AdWords ads to achieve the best results for your advertising needs, you might want to adjust your daily budget or refine your keywords and ad text.

Why are my Campaign Summary stats different from my Billing Summary charges?

Discrepancies on your Campaign Summary and on your Billing Summary for the same date range might occur for one or both of the reasons below. (Hint: To compare Billing Summary stats to Campaign Summary stats, select the appropriate date range for charges accrued above your Campaign Summary table.)

- **Time Reporting Differences**

  The statistics in your Campaign Summary include the entire day, from 12:00 a.m. until 11:59 p.m., in the time zone you have chosen for your account. In contrast, our system can bill your account at any time of the day, not necessarily at the end of the day. As a result, more activity may be included in your Campaign Summary than your Billing Summary for a particular day.

- **Service Adjustments**

  From time to time, you might receive adjustments that count as credits toward your account. These adjustments are only reflected on your Billing Summary page and not in your Campaign Summary. This means that you're billed less than what's shown on your Campaign Summary.

What's this Adjustment in my billing summary?

The line item you see in your billing summary labeled *Service Adjustment* or is a credit Google has applied to your AdWords account.

An item labeled *Adjustment - Click Quality* is a credit for charges associated with invalid click activity on Google and/or the Google Network. As you may know, Google closely monitors and strictly prohibits invalid click activity, so you may see credits such as this one appear in your billing summary from time to time.

Other types of credits, such as promotional credits and overdelivery credits, will be labeled *Service Adjustment*.

What if I am charged twice for the same amount?

There are two cases when you may see two identical charges from Google AdWords on your credit card or bank statement:

- **Double Charge:** A double charge occurs when your account is billed twice for the same amount, and neither charge is marked as pending on your statement.
- **Double Authorization:** A double authorization occurs when one of the charges has been processed, while an identical amount is pending. This pending amount is simply an authorization request between our billing system and your credit card-issuing bank.

If you believe your statement shows a double charge or double authorization, please contact your bank for assistance. If your bank is unable to remove the double charge or authorization, please contact us. We'll work with you to resolve the issue. The time it takes to remove a double authorization may vary, depending on your bank's policies.

## General Account Information : Ad Requirements and Guidelines : **Editorial and Site Guidelines**

What are the requirements and general guidelines for my AdWords ads?

Google developed a series of guidelines geared towards promoting a great user experience. A happy user means repeat business for advertisers, so take a look at the resources below and make sure your ads and web sites are in line with what we use to evaluate your account.

If an ad doesn't meet our Editorial Guidelines or Content Policy, we'll stop your ad from running, and you'll see the word **Disapproved** listed with that ad in your account. Once you've made the appropriate edits, simply save your changes and your ad will be automatically resubmitted to us for review. Your ad may begin running on the Google Network after it has been reviewed.

Please review these pages before creating your ads:

- Editorial Guidelines
- Image Ad Editorial Guidelines
- Content Policy
- Terms and Conditions

What is Google's trademark policy?

Google takes allegations of trademark infringement very seriously and, as a courtesy, we're happy to investigate matters raised by trademark owners. Also, our Terms and Conditions with advertisers prohibit intellectual property infringement by advertisers and make it clear that advertisers are responsible for the keywords they choose to generate advertisements and the text that they choose to use in those advertisements.

To learn more about Google's trademark policy and how to send a trademark complaint to us, please see our complete trademark complaint procedure.

The trademark owner is not required to be a Google AdWords advertiser in order to send a complaint. Please also note that any such investigation will only affect ads served on or by Google.

**Can I have multiple AdWords accounts?**

Google maintains a high standard for our user experience and the quality of our advertising. In order to preserve the quality and diversity of ads running on Google, we don't allow advertisers or affiliates to have any of the following:

- Ads across multiple accounts for the same or similar businesses.
- Ads across multiple accounts triggered by the same or similar keywords.

Individuals advertising for themselves or for their own businesses may only have a single AdWords account. However, your account may contain multiple Ad Groups and ads triggered by the same or similar keywords.

Only client managers (such as third parties or search engine marketers) who use a My Client Center can have multiple AdWords accounts. All associated accounts must be linked to the manager's My Client Center account. If you're interested in creating a My Client Center so you can manage multiple AdWords accounts for other people, you can sign up for Google Advertising Professionals. This program provides you with free tools and training to help you manage clients successfully.

**Can I show more than one of my ads on a page?**

To provide the best possible experience for our users and advertisers, Google does not permit multiple ads from the same or affiliated company or person to appear on the same results page. We believe that pages with multiple ads from the same company provide less relevant results and a lower quality experience for our users. Over time, multiple ads from the same source also reduce advertiser performance and lower their return on investment.

We do not typically permit advertisers to manage multiple accounts featuring the same business or keywords. When we find that an account is not in compliance with our double-serving policy, we will prevent multiple ads from appearing on the same query.

**Are there exceptions to this policy?**

To protect trust in Google, and to provide a quality experience for our users and partners, the double-serving policy is strictly enforced. Exceptions are granted only in very limited cases.

Advertisers seeking an exception to Google's double-serving policy must contact AdWords Support. We take the following into account when reviewing requests:

- The destination site for each ad offers different products or services (for example, a large manufacturer with two product sites, one solely for stereos and one solely for computers, both running on keyword 'electronics').
- Each destination site has a different layout and design, and each URL and domain is different.

The following criteria are not considered for exceptions:

- Target Audience such as B2B, B2C, and gender.
- Business Structure such as different divisions within same company.
- Accounts handled by various 3rd parties such as agencies and SEOs.

---

**Editorial Guidelines for Text Ads**

---

In addition to our database of frequently asked questions, we have a series of web pages dedicated to providing an overview of particular topics. You may be in this page: Editorial Guidelines for text ads.

---

**What is Google's affiliate advertising policy?**

---

We allow affiliates to use AdWords advertising. Please note that we'll only display one ad per search query for advertisers sharing the same top-level domain Display URL. This means that if you're an affiliate advertiser, your ad may not show for a query because another affiliate or the website that runs the affiliate p also has ads using the same (or a similar) domain in the Display URL. Also, your site should not mirror (be similar or nearly identical in appearance to) your pa company's or another advertiser's site.

For example, for the domain **google.com**, we would determine the following URLs and Display URLs to be equivalent:

- home.google.com
- www.google.com
- google.com
- www.google.com/home
- www.Google.com

However, we'd determine the following Display URLs to be distinct, since each has a different top-level domain:

- www.google.co.uk*
- www.google.fr
- www.google.com
- www.google.edu
  *Domains with a specific extension are considered distinct.*

For more information about this change, please review the January 2005 Google AdWords service announcement.

**Helpful Definitions:**

*Display URL*

This is the URL displayed on your ad to identify your site to users. This URL displayed is limited to 35 characters; it need not be the same as the URL your ad but it should be an actual URL that is part of your site.

*Domain*

Website domains are a naming procedure by which web users may identify a particular website address and location (e.g., www.google.com). They are usually made up of two parts: a name and a category. The following are common URL domain categories: .com (commercial), .edu (education), and .gov (government). Domain categories can also be location-specific, for example: .fr (France) , .br (Brazil), or .jp (Japan). In some cases, one category is appended to another category, for example: examplename.co.uk, examplename.com.ph, examplename.org.uk).

---

Advertising in China

---

Due to advertising regulations and laws of the People's Republic of China, Google AdWords requires advertisers to submit business licenses and approval certificates for the following product categories:

- Agricultural Chemicals
- Books / Periodicals
- Cosmetics
- Food/Foodstuffs
- Health Supplement
- Medical Appliances
- Medical Services
- Real Estate
- Patents
- Veterinary Medicine

**Requirements for submitting licenses and certificates**
You are required to provide licenses and certificates for these product categories only when your AdWords ad includes the geo-target of China and your targeted language is Chinese (Simplified or Traditional). Your ads may not be displayed until we have confirmed that you have the necessary documentation as required by the People's Republic of China.

**Products not listed in these categories**
If you are not promoting any of the listed products in your AdWords ads, you are not currently required to send licenses and certificates. However, this list is subject to change based on Chinese government policy.

**For advertisers located outside of China**
Only individuals and businesses who have the appropriate Chinese-government required documents (and who supply copies of them to Google) may run AdWords ads in these categories. We're sorry for any inconvenience this may cause.

**How to submit documents to Google**
If you believe you should submit licenses and certificates to Google based on the information on this page, please click here to contact us and we'll tell

you how to send us your documentation for ad approval in China.

---
**What are the format and editorial requirements for image ads?**

---

**Content**: In general, you must use high-quality, family-safe images which are relevant to your advertised concepts and products. For example, an Ad Group containing keywords like 'roses,' 'tulips,' and 'carnations' would call for floral-related images. We strongly recommend that you also include some descriptive text and a call to action to reinforce your ad's message.

Please note that your ads must use relevant and family-safe images. For more details about acceptable content, we invite you to read the Image Ads Editorial Guidelines. In addition, all ads must comply with Google's Content Policy.

**Format**: All images must be in a .JPEG, .GIF, .SWF, or .PNG format. Animated .gif images are accepted. Animated ads in Flash format are accepted.

**Size**: Choose from seven standard ad sizes: Banner (468 x 60 pixels), Leaderboard (728 x 90), Square (250 x 250), Large Rectangle (336 x 280), Inline Rectangle (300 x 250), Skyscraper (120 x 600), and Wide Skyscraper (160 x 600). You can find examples of each size here. Please note that we may resize your image slightly to accommodate your Display URL and the 'Ads by Google' feedback link, which can alter the proportions of your image. If you'd like to retain the original proportions of your image, you may adjust your image sizes before you upload them. (Animated ads and Flash ads may *not* be resized in this manner. They must be submitted at full size.) Learn more.

---
**What do I have to do to advertise my online pharmacy or be an affiliate of one?**

---

All online pharmacy-related ads and keywords must follow Google's online pharmacy policies and be associated with a valid PharmacyChecker ID.

**Already a member of the PharmacyChecker Licensed Pharmacy Program?**

Submit your PharmacyChecker ID in your AdWords account. (You can do this at any time by clicking **Account Preferences** under your 'My Account' tab. Next to 'PharmacyChecker ID,' click **Edit**.)

Before submitting your ID, please check the following:

- The PharmacyChecker ID you submit needs to correspond to the specific URL you are advertising.
- Your ID should be approved by PharmacyChecker before you enter it into your account.
- PharmacyChecker IDs begin with an 'A' or 'P,' so make sure you include the correct letter when entering your complete ID.

**Don't yet have a PharmacyChecker ID?**

Learn more and submit an application.

**Not an online pharmacy or pharmacy affiliate?**

Let us know. If your ad has been flagged for pharmacy-related content, but you feel that this policy does not apply to you, please send us an exception request through your AdWords account. If your request for exception is not approved, you'll be notified by email once we've reviewed your account.

**Based outside of the U.S. or Canada?**

Please know that Google only accepts PharmacyChecker IDs for pharmacies based within the U.S. or Canada. Google policy does not allow AdWords ads for prescription drugs to be displayed in other countries.

Learn more about the qualification process for online pharmacies.

---

Content Policy

---

In addition to our database of frequently asked questions, we have a series of web pages dedicated to providing an overview of particular topics. You may be interested in this page: Content Policy.

---

Editorial Guidelines for Image Ads

---

In addition to our database of frequently asked questions, we have a series of web pages dedicated to providing an overview of particular topics. You may be interested in this page: Editorial Guidelines for image ads.

---

Lesson: AdWords Policies

---

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reinforce your new expertise.

You can view lessons in text or as multimedia presentations (Flash® required) with narration and images.

View "AdWords Policies": multimedia lessons | text lessons

You may also wish to see the complete list of AdWords Lessons.

---

What are the editorial guidelines for animated ads?

---

Animated ads must follow all the editorial guidelines for standard image ads. In addition, the following guidelines apply:

- Strobing or distracting ads and flashing backgrounds are not allowed.

- Ads which include a game or contest played in order to win prizes or compensation, real or implied, are not allowed.

- Animation must be restricted to a maximum of 30 seconds (at a 15-20 fps frame rate). Endless loops are not allowed. Ads can loop a maximum of three times.

- 'Trick to click' ads which might confuse the user are not allowed. This includes ads which simulate a cursor arrow moving and clicking on the ad.

- Animation must be confined to the allotted ad space. Ads which expand beyond the frame or otherwise encroach on the web site are not allowed.

All animated ads will be reviewed by AdWords representatives. Google is dedicated to providing ads that contribute to a positive user experience, and we may not accept ads related to certain products or services. We reserve the right to exercise discretion regarding the advertising we accept, as noted in our Terms and Conditions.

### What is Google's policy for online pharmacy ads?

Google AdWords requires all online pharmacy advertisers and affiliates to be a member of the PharmacyChecker Licensed Pharmacy Program. Google only accepts online pharmacies that are based in the U.S. or Canada. Additionally, pharmacy-related ad campaigns can only target the U.S., U.S. territories (American Samoa, Guam, Puerto Rico, U.S. Virgin Islands), and/or Canada. Ads for prescription drugs will not be displayed in other countries. To be fair to all of our pharmacy advertisers, we make no exceptions. If you are not granted a PharmacyChecker ID, we won't be able to run your ads.

If you meet the above requirements and want to get started, visit our FAQ:
What do I have to do to advertise my online pharmacy or be an affiliate of one?

We're working with PharmacyChecker to verify the credentials of online pharmacy advertising through Google AdWords. Doing so helps enhance the integrity of the online prescription marketplace as well as that of the Google AdWords program. Users gain security from knowing that online pharmacies found through Google AdWords are trustworthy. And users are more likely to complete a transaction with a business they know they can trust.

### Why do I need to re-accept the AdWords Terms and Conditions?

As part of our ongoing effort to improve the Google AdWords program for advertisers and users, we may periodically update the AdWords Terms and Conditions. All AdWords advertisers are required to accept these new Terms and Conditions in order to advertise with the AdWords program.

You may have received an email from us, or a notification within your account, requesting that you log in and accept our new Terms and Conditions. You can do so by logging into AdWords.

Please note that you'll have a limited amount of time (generally 30 days from your initial notification) to log in and accept the new program Terms and Conditions; otherwise, we'll need to pause your account until you've made this change. To avoid interruption of your AdWords advertising, we recommend that you log in and make this change as soon as possible.

### How do I avoid seeing adult ads?

AdWords specialists review all of the ads that appear on Google and the Google Network. Ads are categorized as 'Family Safe,' 'Non-Family Safe,' or 'Adult,' depending on the content of the ad and website. Google does not permit ads that are classified as 'Non-Family Safe' or 'Adult' to appear for users who have activated their SafeSearch filter.

To activate your Google SafeSearch filter:
1. Visit your preferred Google homepage (e.g. www.google.com, www.google.it, etc.).
2. Click 'Preferences' next to the search box.

3. Scroll down to 'Safe Search Filtering.' Select the appropriate filtering option.

4. Click **Save Preferences**.

At this time, the SafeSearch filter isn't available for all search languages. We look forward to offering more options in the future.

**What should I know as an affiliate advertiser?**

If you're an affiliate, your AdWords account is completely distinct from your affiliate program. The AdWords account of an affiliate is no different from any other AdWords account. Your account follows the same rules (such as billing process, cost, and policy guidelines) as all other AdWords accounts. We recommend that you familiarize yourself with Google's URL policy which affects many affiliates, and then browse or search the AdWords Help Center for answers to your AdWords account questions.

To help you get started, we've compiled some of the most common questions we receive from affiliate advertisers. One important thing to remember (as outlined in the 'Affiliate Performance' section below) is that there is stiff competition amongst affiliate advertisers, so you should pay special attention to the quality of your ads, keywords, and website in order to advertise effectively.

**Basic Affiliate Questions**
**How is Google AdWords related to my affiliate company?**
The Google AdWords program is separate from and unrelated to any third-party affiliate program. If you have an affiliate account with a third-party program, it will not be directly linked to your AdWords account. Similarly, your affiliate earnings and enrollment fees are separate from and unrelated to your AdWords fees and charges.

**Where can I get my affiliate URL?**
Your affiliate company should provide you a unique URL to use as your ad's Destination URL. If you have questions about the URL that your affiliate company provided you, or if the URL does not work, please contact that company directly.

**Payment & Billing**
**How do I receive my affiliate compensation?**
Please know that AdWords does not pay advertisers, nor are we able to track your affiliate earnings. If you have questions regarding compensation or how your sales are tracked, please contact your affiliate company directly.

**Learn more about AdWords payments and billing:**
- What are the costs to advertise with AdWords?
- When will I be charged?
- How do I use a promotional credit?

**Affiliate Performance**
**How can I compete with other affiliates?**
Competition among affiliate ads can be strong, but you can distinguish yourself from other affiliate advertisers by creating highly specific and targeted keyword lists along with compelling ad text. Our Tips for Success are geared towards helping you create the most effective advertising. Also, see below for more information on using more competitive keywords.

**Why can't I see my ad?**
There are several reasons why you can't see your ad. We recommend that you use the Ads Diagnostic Tool within your account to find a

customized answer to this question. For your reference, here are the most common reasons why affiliates may not see their ad:

- Display URL: Google will only show one ad per Display URL for each search query. This means that if another affiliate ad for the same site outperforms you, that ad will show instead of yours. Learn more about our affiliate URL policy.

- General Keywords: The more general your keywords are, the more affiliate advertisers you are likely to compete against on those keywords. Make sure to use specific keywords that relate to what you're advertising. Use your account's Keyword Tool to help refine your existing keywords and pick new targeted keywords.

---

What are Google's policies on child and teen pornography?

---

Google prohibits advertising for child pornography. We also do not permit ads promoting teen pornography or other pornography that describes models who might be underage.

Examples include, but are not limited to, advertisements for 'teen xxx', 'teen porn', and 'school girl' pornography. Please note that Google disallows this content despite the fact that a site may comply with government regulations surrounding this kind of advertising.

---

Change in Online Pharmacy Verification Provider

---

Google AdWords is changing our online pharmacy verification provider from SquareTrade to PharmacyChecker. SquareTrade is exiting the pharmacy certification business. In light of this change, Google is working with PharmacyChecker for online pharmacy verification of our advertisers.

When we complete the transition to PharmacyChecker (toward the end of July -- exact date to be announced in later communications), SquareTrade IDs will no longer be valid. Only pharmaceutical advertisers with PharmacyChecker IDs will be able to show their ads with AdWords after July 2006.

**What does this mean to me?**

If you are an AdWords advertiser who is located in the U.S. or Canada* and who promotes online pharmaceuticals and targets the United States, U.S. territories, and/or Canada, you'll need to provide Google with a valid PharmacyChecker ID in order to continue running pharmacy-related ads in AdWords. This ID indicates that PharmacyChecker has concluded that a pharmaceutical advertiser is properly licensed to dispense drugs in the U.S. or Canada.

In order to run pharmaceutical-related ads, advertisers will need to be approved according to PharmacyChecker's guidelines. This is true even if you were previously granted a SquareTrade ID and ran your ads through AdWords. To be fair to all of our pharmacy advertisers, we make no exceptions.

* The AdWords program accepts advertising for pharmacies only if they are based in the U.S. or Canada. We do not allow any ads for prescription drugs to be displayed in other countries.

**How do I apply to PharmacyChecker? What do I do next?**

The transition from SquareTrade to PharmacyChecker will happen over the next several months, during which there will be three key events. The following outlines what you can expect during the transition process and provides instructions on how to complete each step:

1. Beginning on June 20, 2006: You can submit an application to PharmacyChecker. Please be aware that the application review process may take several weeks, so we urge you to apply as soon as possible to avoid any disruption in your ads being served.

2. Approximately a week later: Google AdWords begins accepting PharmacyChecker IDs (though your SquareTrade ID will remain valid for several more weeks). After you receive your new ID from PharmacyChecker, enter your PharmacyChecker ID in your AdWords account. Please note that the link to the page to add your ID will only work after we start accepting PharmacyChecker IDs.

3. End of July: SquareTrade IDs are no longer valid. AdWords accounts that require pharmacy verification will need to provide a PharmacyChecker ID in order to run ads.

To learn more about the PharmacyChecker program, guidelines and application process, please visit the PharmacyChecker website.

Please feel free to contact PharmacyChecker if you have any questions or concerns about their program.

### What are the editorial guidelines for video ads?

The editorial guidelines for video ads are similar to the Image Ad Guidelines. However, there are some distinct additions and changes. You can find the guidelines here.

## General Account Information : Ad Requirements and Guidelines : **Invalid Clicks**

### Does high click volume mean I'm getting invalid clicks?

There are often valid reasons for an ad to receive multiple clicks from a single source. The following are some possible scenarios:

- Individual users may legitimately click on your ad more than once when comparison shopping or returning to your site for more information.
- An Internet provider may assign identical IP addresses to multiple users by geographic area.
- You may see an increase in traffic if your ads have recently been approved to run on search and content sites and products in the Google Network, if you recently opted in to the Google Network, or if new sites for which your ads are relevant join our content network.
- Click traffic may vary due to seasonal interests or current events. For example, fluctuations due to seasonal promotions or special sales are common, and keywords popular at particular times of the year will also experience a higher click volume regardless of whether you have made proactive seasonal changes to your account content.

These scenarios may represent legitimate users accessing your advertisement in expected ways. If you're uncomfortable with the increased click volume, we recommend optimizing your campaign.

### How does Google detect invalid clicks?

The security of Google AdWords advertisers is important to Google. Our proprietary technology analyzes clicks and impressions in an attempt to determine whether they fit a pattern of use intended to artificially drive up an advertiser's clicks or impressions, or a publisher's earnings.

The goals of our system are to automatically identify clicks generated by unethical users and automated robots and to filter out these clicks before they ever reach your reports. However, if we believe you've been charged for invalid clicks in the past two months, we'll apply a credit to your account.

Google has three powerful tools for protecting your clicks:

**Detection and filtering techniques:** Each click on an AdWords ad is examined by our system. Google looks at numerous data points for each click, including the IP address, the time of the click, any duplicate clicks, and various other click patterns. Our system then analyzes these factors to try to isolate and filter out potentially invalid clicks.

**Advanced monitoring techniques:** Google uses a number of unique and innovative techniques for managing invalid click activity. We can't disclose details about the software, except to say that we're constantly working to expand and improve our technology.

**The Google Team:** In addition to our automated click protection techniques, we have a team that uses specialized tools and techniques to examine individual instances of invalid clicks. When our system detects potentially invalid clicks, a member of this team examines the affected account to glean important data about the source of the potentially invalid clicks.

Learn more about invalid clicks.

----

What kinds of clicks does Google consider invalid?

----

Some sources of invalid clicks include:
- Manual clicks intended to increase your advertising costs or to increase profits for website owners hosting your ads.
- Clicks by automated tools, robots, or other deceptive software.

We closely monitor these and other scenarios to better protect you from receiving invalid clicks. Learn more about what we do to combat invalid clicks.

----

How do I report suspected invalid clicks?

----

We're constantly working to improve our invalid click detection capabilities, but we can combat the problem best by working together. We investigate invalid click activity on a case-by-case basis, so please contact our click quality team if you believe you've been affected by invalid clicks.

The verification and research process can be time consuming, and we appreciate your patience while our investigation team reviews your account. Please allow 3-5 business days for us to respond.

Learn how Google deals with invalid click activity.

----

Will you still charge me for clicks if my URL is inaccessible?

----

The short answer is yes. The long answer is that Google AdWords is designed so that you can manage all aspects of your account for maximum performance. Because all accounts are self-managed, it is our advertisers' responsibility to ensure that the Destination URL in each ad is accurate. Also, the advertiser can pause or delete any campaigns at any time.

By agreeing to participate in the AdWords program, an advertiser provides authorization for charges. You can view the AdWords Terms and Conditions

for more information.

---

How will Google credit my account for invalid clicks?

---

Google constantly monitors for, and strictly prohibits, invalid click activity. We work hard to maintain the integrity of our advertising program and to make sure you're being billed for legitimate clicks on your ads. If we discover that you've been charged for invalid clicks in the past two months, we'll apply credits to your account.

You'll find any credits for invalid clicks in your billing summary as a line item labeled *Adjustment - Click Quality*.

---

What does Google do when invalid clicks are detected?

---

Google actively implements several click protection techniques in order to combat invalid click activity. Clicks that Google determines invalid are automatically filtered from your reports. In addition, we apply the following policies for the protection of AdWords advertisers:

- If we find that invalid clicks have escaped automatic detection, you'll receive a credit for those clicks. This credit will appear on the Billing Summary page of the My Account section in your AdWords account, labeled *Adjustment - Click Quality*.

- Any advertiser or publisher participating in invalid click activity or any related offense is subject to legal prosecution. We will also take the appropriate action on the related account.

If you believe your account reports reflect click activity that is more extreme than ordinary user behavior or that exhibits strange patterns, please contact our click quality team.

**Other Sources of Clicks**

If you notice click activity that doesn't fit your usual patterns, please keep in mind the following possible explanations:

- Individual users may legitimately click on your ad more than one time when comparison shopping or returning to your site for more information.

- An Internet provider may assign identical IP addresses to multiple users by geographic area.

- You may see an increase in traffic if your ads have recently been approved to run on search and content sites and products in the Google Network, if you recently opted in to the Google Network, or if new sites for which your ads are relevant join our content network.

- Click traffic may vary due to seasonal interests or current events. For example, fluctuations due to seasonal promotions or special sales are common, and keywords popular at particular times of the year will also experience a higher click volume regardless of whether you have made proactive seasonal changes to your account content.

These scenarios all represent legitimate users accessing your advertisement in expected ways.

Learn more about Google's click protection strategies.

---

What can I do to help monitor or prevent invalid clicks on my ad?

---

Use tracking URLs and your web server logs' referrer headers. (Web servers vary in how they format their logs, so the following information will not apply for all advertisers.)

**Tracking URLs**

In many web server logs, a page visit entry would be identical whether a user clicked your AdWords ad on a Google search result page or your website's Google free search result listing. In order to distinguish which clicks come from your AdWords ads, you can give your ad a tracking URL.

To take advantage of tracking URLs, place a parameter at the end of your Destination URL. For example, if your URL is *www.yourdomain.com*, your tracking URL could be *www.yourdomain.com/?source=googleadwords*.

It's important to test each new tracking URL in your own web browser to verify that it's linking properly to its specified page. If you find that a tracking URL isn't linking properly, you might want to eliminate the forward slash after the domain. For example, instead of *www.yourdomain.com/? referrer=googleadwords*, try using *www.yourdomain.com?source=googleadwords*.

Once you've created your tracking URLs, look in your web server logs or your third party tracking software to get traffic data for your ads. If you're using your web server logs, look for the tracking URL in the GET entry to identify which website visits came from your Google AdWords ads.

**Referrer Headers**

Tracking URLs let you see which website visits resulted from a click on your AdWords ad. To see where that ad was when it received the click, look at the web server log entry's referrer header.

Referrer headers show the last page the browser loaded before loading your website and usually indicate the site users were on when they clicked on your ad. For example, if a user searches on your keyword on Google.com and then clicks on your AdWords ad, the referrer header would most likely read 'http://www.google.com/...' Conversely, if the clickthrough had come while your ad was appearing on AOL, the referrer header would read 'http://www.aol.com...'

If you believe your account reports reflect click activity that is more extreme than ordinary user behavior or that exhibits strange patterns, please contact our click quality team.

---

Will my reporting be affected by invalid clicks?

---

The goal of our proprietary click protection technology is to filter out invalid clicks before they are charged to your account. You can run a Campaign Performance or Account Performance report with data about invalid clicks that have been automatically filtered from your account (and for which you have not been charged) since January 1, 2006. Please read our FAQ to learn more about how to run performance reports with data on invalid clicks.

If you believe your account has been charged for invalid clicks not filtered out by our system, please contact our click quality team. If we determine that you've been charged for invalid clicks in the past two months, we'll issue an appropriate credit, but we're unable to retroactively change account reports.

By creating an AdWords account, advertisers agree to accept the Google AdWords reporting system and reported metrics as provided in the AdWords program Terms and Conditions. We rely on our own servers' weblogs to supply site traffic data to include in your reports. Similarly, we rely on our data to determine whether a credit for invalid clicks is due.

---

Lesson: What are Invalid Clicks?

---

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reinforce your

new expertise.

You can view lessons in text or as multimedia presentations (Flash® required) with narration and images.

View "What are Invalid Clicks?": multimedia lesson | text lesson

You may also wish to see the complete list of AdWords Lessons.

---

Lesson: What to do when you see increases in clicks

---

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reinforce your new expertise.

You can view lessons in text or as multimedia presentations (Flash® required) with narration and images.

View "What to do when you see increases in clicks": multimedia lesson | text lesson

You may also wish to see the complete list of AdWords Lessons.

---

How do I alert Google to suspected invalid clicks that aren't being filtered?

---

Our system uses sophisticated detection and filtering techniques to automatically filter out likely invalid clicks before you are charged for them. However, if you believe a campaign is receiving invalid clicks beyond those already filtered out by our system, please follow the instructions in our FAQ about how to report suspected invalid clicks.

## General Account Information : Ad Requirements and Guidelines : **Troubleshooting Disapproved Ads**

---

Why is my ad disapproved? What should I do next?

---

All AdWords ads are reviewed by our support staff to make sure they meet Google's guidelines. Ads may be disapproved for various reasons, including misspellings, inappropriate content, unacceptable phrases like 'Click here,' or other details which can make ads confusing, offensive or ineffective.

When an ad does not meet Google's guidelines, we temporarily block the ad from running and send you an email explaining why. You'll also see the word 'Disapproved' next to any such ad in the **Campaign Management** section of your AdWords account. To get the ad running, just make the appropriate edits and save your changes. Your ad will be automatically resubmitted to us for review.

For more details, please review the Editorial Guidelines and Content Policy.

---

Tool: Disapproved Ads

---

The Disapproved Ads Tool (AdWords login required) is a page within your AdWords account that displays a summary of all your ads currently in the 'disapproved' state. From this page, you can easily see which ads are affected and why. You can even jump straight to each ad's location within your

account so you can edit your ads easily and get them back up and running in no time.

---
How do I resubmit an ad?
---

To resubmit your ad:
1. Log in to your AdWords account.
2. Click the campaign that contains the Ad Group you want to edit.
3. Click the appropriate Ad Group.
4. Select the **Ad Variations** tab.
5. Locate the appropriate ad and click **Edit**.
6. Make changes to your ad (if you don't make changes to your ad, it won't be resubmitted for review).
7. Click **Save Changes** to resubmit your ad.

---
Why can't I use special punctuation / spellings / capitals?
---

AdWords doesn't allow unusual spellings, double exclamation points or other visual gimmicks. Our goal is to provide users with useful, relevant ads in a format that is easy to read and understand.

Our experience shows that your ad will gather the best response if you simply describe your product or service in a clear and straightforward way. The more you emphasize the unique benefits of your product or service, the better your results will be.

If your business name requires unusual spelling, extra capital letters or other unique characters, you can request an exemption from the AdWords team when you build your ad. The AdWords team will review and, if appropriate, approve the wording of your ad.

For more information, please see the AdWords Editorial Guidelines.

---
What if my ads don't meet the guidelines?
---

We created the Editorial Guidelines to help improve your ad campaigns as well as the Google user experience. If we see that your ads don't follow these guidelines, we will let you know and offer suggestions on how to improve your ads. Often, our system will automatically detect when your ads should be refined. In this case, you may receive a message when you create your ads, or you may notice a link (under the affected Ad Group in your account) to a diagnostics page detailing the possible issues with your ads.

All ads in the AdWords program will be reviewed. If your ads do not meet our guidelines or are performing poorly, we'll notify you by email. We'll often stop running your ads until you're able to make the necessary changes. As soon as you've made and saved the changes, your ads are automatically resubmitted to us for review.

---
The Find/Edit Ad Text tool found editorial violations in my ads. What can I do?
---

If you're submitting changes through the **Find/Edit Ad Text tool** but your proposed ads don't comply with our <u>Editorial Guidelines</u>, your changes will not be saved. After the tool has located all applicable ads, and you click **Continue**, you'll see a notification message and a table displaying the ads with editorial violations.

If you'd still like to change these ads, click **Edit ad** beside the appropriate ad to enter necessary changes. A new window will open so that you may edit your ad. Once your changes are complete, click **Save changes**, and close the window. You may then edit more ads from the table, if necessary.

The AdWords system will help you identify editorial violations so you can correct them immediately. To request exceptions to violations, you'll need to edit the individual ads containing the violations from the **Campaign Summary** section of your account. From here, you may submit a request by clicking **Request an exception** after the system flags the violations in your ad.

## General Account Information : Privacy : **Account**

How does Google handle personal data?

Google is firmly committed to the privacy of our advertisers and users. While Google does add a cookie to a user's computer when he/she clicks on an ad, this cookie expires in 30 days, and Google does not associate a user's search activity with his/her ad click history. Further, Google does not collect or track personally identifying information, and does not reveal individual information to third parties.

Users who do not wish to participate in tracking activities can easily disable Google's conversion tracking cookie in their Internet browser's user preferences settings. These users will not be included in your conversion tracking statistics.

To learn more, please <u>read Google's privacy policy</u>.

Will my personal information be shared?

No. The information you provide will only be used by Google, and only in our efforts to serve you better. We will not share your personal information, unless required to resolve a charge dispute or by legal process. Please also see our <u>Privacy Policy</u> and <u>Terms and Conditions</u>.

## General Account Information : Privacy : **User Feedback**

What will Google do with collected user feedback?

To ensure a positive overall user experience with Google, we have always encouraged user feedback regarding our services (ex: Google Search, Toolbar, and AdWords). We've also encouraged users to email us about their experiences with specific sites they've visited via Google. This input from our users helps us to address any potential issues and is currently not available for public use or access.

While we cannot comment on future plans for our feedback system and whether we will make this information available in the future, we look forward to hearing from our users about their experiences via this updated feedback format.

Please note that Google will only use any information collected to improve our overall user experience. To learn more, you can <u>review Google's privacy</u>

policy.

---
What user information does Google collect?
---

We are collecting some user information from the ratings feedback form; however, this information is not available for public use or access.

While we cannot comment on future plans for our feedback system and whether we will make this information available in the future, we look forward to hearing from our users about their experiences via this updated feedback format. Please note that Google will only use any information collected to improve our overall user experience. To learn more, you can review Google's privacy policy.

---
Why is Google collecting user feedback?
---

To ensure a positive overall user experience with Google, we have always encouraged user feedback regarding Google services (e.g., Google Search, Toolbar, and AdWords). We've also encouraged users to email us about their experience with specific sites they've visited via Google.

We've changed the format for Google Site Stats feedback from simple email to a more intuitive form. While we cannot comment on future plans for our feedback system, we look forward to hearing from our users about their experiences.

**How can users reach this form?**

First, a user must click on the AdWords ad of an advertiser who has enabled conversion tracking for their website. After successfully completing a transaction on the advertiser's site, the user will then see the website owner's confirmation page, and our Google Site Stats logo. Clicking this logo will deliver users to a page that explains how we have tracked their conversion. This same page will also provide a link to our Google Ratings form.

Working with My AdWords Account : My Ads Aren't Showing : **Potential Reasons and Solutions**

---
Why can't I see my ad?
---

There are several common reasons you may be unable to see your ad. To help you determine why, we've developed two tools: the Ads Diagnostic Tool and the Disapproved Ads Tool. You can access these tools at any time via the **Tools** link on the **Campaign Management** tab. The tools provide you with information specific to your account and will help you quickly diagnose why you're not seeing your ad.

- Go to the Ads Diagnostic Tool 🔗 to find out if your ad is appearing on the first page of search results and identify why a particular ad or group of ads may not be showing.
- Use the Disapproved Ads Tool 🔗 to find out if your ads have been disapproved.

Below is a summary of some of the possible reasons why you may not see your ad and ways to remedy them. You can refer to the section that best describes your situation, or review all the possible reasons listed.

**I just created an ad and cannot see it yet.**
- **Account Not Activated**

In order to activate your account and begin running your ads, you must successfully enter valid billing information. If you pay with credit card or other post-pay option, your account will be activated once you submit billing information. Your ads may begin showing and accruing costs immediately after that. If you're paying with bank transfer or other form of prepayment, it can take 8-10 days or more after you've submitted your billing information for us to receive and process your first payment and activate your account.

- **Ad Approval Status**
  All ads most comply with our Editorial Guidelines and advertising policies. While some ads may run on Google prior to review, others may not run at all before being reviewed and approved by an AdWords Specialist. If your ad is awaiting review, we'll get to it as soon as we can. While your ad is in queue, you can review our advertising guidelines to ensure that your ad complies. Also, note that no ads will show on the Google Network until after being reviewed and approved.

- **Ad Location**
  Keyword-targeted ads typically appear to the right of or above Google search results. If your Ad Rank is not high enough to place your ad on the first page of search results for a certain keyword, it may appear on a subsequent search result page. To see additional pages of ads, click 'Next' at the bottom of the page, or click the 'More Sponsored Links' link below the column of ads.

  If you want your ad to show closer to or on the first page more often, you can improve your Ad Rank by optimizing your campaign and/or increasing your bids: cost-per-click (CPC) bids for keyword campaigns or cost-per-thousand impressions (CPM) bids for site-targeted campaigns.

- **Server Delay**
  There may be a brief delay after you create your ads but before the time they are actually shown. Sometimes it takes our servers longer than usual to upload and prepare to serve your ads. Try checking for your ad again after a few hours have elapsed.

**I have seen my ad before, but I can't anymore.**

- **Daily budget**
  When you create your ads and select your keywords or target sites, we recommend a daily budget for maximum ad delivery on Google. If your daily budget is set lower than the recommended amount, we may slow or even stop the delivery of your ad for that day in order to stay within your budget. Depending on the delivery option you've set, your ad delivery may be spread out over the day or your ad may stop showing earlier in the day as soon as your budget is reached. To maximize your ad visibility, consider changing your daily budget to meet the recommended amount.

- **Disapproved Ad**
  If an ad doesn't meet our Editorial Guidelines, we'll stop your ad from running, and you'll see the word Disapproved listed below that ad. You can also use the Disapproved Ads Tool to easily find any disapproved ads in your account. If this is the case, please make the needed edits and save the changes to automatically resubmit your ad to us for review.

- **Keyword performance**
  If you're running a keyword-targeted campaign and a keyword underperforms, it may become inactive and stop showing ads on the search network. Keywords typically become inactive when they are very general and therefore do not perform very well. Your ads may also only be showing on certain variations of your broad or phrase matches due to a low Quality Score. The best way to monitor your keyword performance is by reviewing the keyword status column on your Ad Group Details page.

**My ad is running and accruing statistics, but I've never been able to see it.**

- **Geo-targeting**
  You can target your campaign to specific countries, regions, and languages. If you don't target your own area and language, you won't be able to see your ad. If you're targeting a region or city, sometimes we're unable to obtain internet protocol (IP) information. In this case, we'd be unable identify your location and therefore wouldn't recognize which regional ads to deliver to you. If we can't determine the searcher's location, we'll show nationally-targeted ads instead of regionally-targeted ads. Also see Why can't I see my regionally targeted or customized ads?

- **Language targeting**
  You can target your campaign to specific languages, which means that your ads are only visible to users whose Google interface is set to one of these languages. You can view your Google interface language setting by clicking the 'Preferences' link to the right of the Search Box on the Google homepage. If your Google interface language isn't included in your campaign language targeting selection, you may want to edit your campaign language targeting in order to see your ad. You can also edit your Google interface language setting by selecting the appropriate language from the dropdown menu and clicking 'Save Preferences.'

- **Campaign ad scheduling**
  If your campaign has ad scheduling enabled, make sure you are looking for your ad during the days and times when it is scheduled to run.

### I can't see my ad on the Google Network

- **Google Network**
  Your ad will not show on sites in the content and search networks until it has been reviewed and approved according to our advertising policies. Therefore, image ads, video ads, and any site-targeted ads will not begin running until after review and approval. Your ad may not appear on Google Network sites if its Ad Rank is too low. In this case, improving your Quality Score through optimization and/or raising your CPC or CPM bids can help increase your Ad Rank. In addition, some sites in our network may restrict advertising or keywords based on their own policies regarding content and editorial standards. In this case, your ad may not appear on a content or search site even if have chosen keywords which seem to match it. Also see How can I make sure my ads appear on the Google Network?

- **Image ad**
  Image ads will only run on content network sites, and must be reviewed and approved before they will appear. The format of the ad you're running must match the size and format accepted by each website. For example, if you've uploaded a 160x600 wide skyscraper ad, make sure the site you're looking for your ad on runs ads in that format. Also see Why isn't my image ad showing?

- **Site Targeted Campaigns**
  If you're running a site-targeted campaign, your ad will appear only on the websites you specify. Those websites must be part of the Google Network. Make sure you're looking for your ad on one of the sites you selected. In addition, your CPM price may be too low to win impressions on the site or sites you have chosen. This is especially likely if you have targeted popular sites that many other advertisers may also have targeted. Raising your CPM may help your ad appear more often. It's also possible that your ad simply isn't showing at the moment you view the page. Also see Why can't I see my site-targeted ad?

---

What should I do if I can no longer see my ad for some broad match variations of my keywords?

---

At Google, we continually strive to enhance the user experience by improving the quality and relevance of advertising on Google, and we make ongoing improvements to ensure that your ads perform as best they can. We do this by showing your ads only when they're relevant to user searches, which may mean more clicks for some ads and fewer clicks for others.

For example, an advertiser specializing in Mediterranean cruises may have selected *cruises* (broad-matched) for their campaign. Previously, this keyword may have been marked inactive for search due to poor performance on more popular queries such as *Caribbean cruises*. Instead of inactivating all broad-match variations of *cruises*, we will now show this ad for specific query variations that are more relevant to the ad, such as *Mediterranean*

*cruises*.

Google recognizes that AdWords advertisers know their businesses best. If your ads are not appearing for keywords that are crucial to your campaign, we encourage you to focus on optimizing your account to maximize its performance. You can learn more about optimization and our keyword matching options by reviewing our Optimization Tips page.

One of the reasons that keyword advertising works so well is because users find that AdWords ads are relevant to exactly what they're looking for. Improving upon keyword performance ensures that we maintain this standard. As a result, you will reach your potential customers more effectively and help develop a user confidence that continually brings users back to AdWords ads. This results in higher traffic to your site, thereby increasing the return on your investment.

**Why can't I see my regionally targeted or customized ads? What should I do?**

Keep in mind that Google identifies a user's geographic location by looking at the computer's Internet Protocol (IP) address, which is assigned by a user's Internet Service Provider (ISP). (In addition, we'll also analyze the user's search query if made on Google.com. If the searcher enters a recognizable U.S. location, we'll show related location-targeted ads.)

If you're not seeing your ad when you expect to, try using the AdWords Ads Diagnostic Tool 🔗. The results may help you understand why your ad isn't showing.

You (or others) might not be able to see your ad if we're unable to determine the search location. This might happen if you or another searcher:

- Uses an ISP that employs a proxy server, preventing us from identifying the computer's IP address
- Has an IP address that doesn't match the actual region of the person searching
- Hasn't entered a recognizable location-specific term in the search query (for U.S. locations made on Google.com only)

**What You Can Do So *You* See Your Ad**

The following tips may help you see your ad:

- Try searching for your ad from a computer with an IP address in your target region. At times, the ISP might assign an IP address outside the region where you're physically located. Contact your ISP to find out the location of your IP address and to make sure it's identifiable.
- Add the location of your IP address to your list of target locations.
- If you're targeting U.S. locations, instead of searching for your keyword alone, try searching for your keyword (on the Google.com domain) in combination with the name of your targeted location - such as *New York pizza*.

**What You Can Do So *Others* See Your Ad**

If we can't determine the searcher's location, we'll show country- and territory-targeted ads. So the best way to reach other qualified users who might not be physically located in your targeted geographic area is to create an additional country- and territory-targeted campaign similar to your regionally targeted one — except with region-specific terms in your keywords and ad text. Learn more

**Why isn't my image ad showing?**

If you're having trouble seeing your image ad, here are a few possible reasons:

- **Approval status:** We only run image ads that have been approved as Family-Safe. Image ads will not run until after being reviewed and approved per our image ad policies and guidelines. Image ads cannot contain any adult or otherwise inappropriate content and must adhere to all other policies described in the image ad Editorial Guidelines. Please note that if you edit your ad or URL, it can start to show again only after being reviewed.

- **Image format:** You may not see your image ad on a particular site if that site only runs ads in a different image size and format, or if the site does not accept image ads at all. Make sure the site runs ads in the format you're trying to use. You can see examples of image ad formats and placement options.

- **Ad performance:** Like text ads, an image ad may not show on content network sites if the ad does not rank high enough to place above the other ads competing for that spot. The number of ads shown on content sites is usually limited, so only the top ranked ads appear. To help improve your ad placement on content sites, you can optimize your campaign to increase your Quality Score (or relevance). You might also consider increasing your cost-per-click (CPC) bids in keyword campaigns or cost-per-thousand impressions (CPM) bids in site-targeted campaigns. You may want to learn more about how to help make sure your ads appear on the Google Network.

- **Distribution preference:** All keyword-targeted campaigns containing image ads must be set to show ads on content sites in the Google Network. (This is because image ads don't appear on search results pages.) If your campaign isn't set for content sites, your image ads will not appear. These ads will be identified by a 'This ad is not showing' flag at the bottom of your Ad Group summary page.

  To set your keyword-targeted campaign to show ads on content sites:
    - Log in to your AdWords account.
    - Click the checkbox next to the campaign you want to edit.
    - Click **Edit Settings**.
    - Locate the **Where to show my Ads** section.
    - Select **content network**.
    - Click **Save All Changes**.

  (If your image ad is in a site-targeted campaign, the steps above will not apply to you because site-targeted campaigns already opted in to the content network. Site-targeted ads only show on content network sites and products.)

You might also want to review our additional troubleshooting tips for unseen ads.

I can see my ad, but I can't see my site in the search results. Why?

Google AdWords advertising is separate from and unrelated to the ranking and inclusion of your site in Google's search results. For more information about how websites are listed in our search results, please visit our Webmaster FAQ.

---
Why can't I see my site-targeted ad?
---

If you are running a site-targeted campaign and your ad does not seem to be appearing, here are a few possible causes:

**Approval status**: Ads must be reviewed and approved per our advertising guidelines before they will appear on sites in the Google Network. If your ad is still awaiting review, please be patient while we work to review all ads. In the meantime, you can review our advertising policies and guidelines to ensure that your ad complies. If your ad does not meet the AdWords Editorial Guidelines or Content Policy, it will not run. To learn more, please see the FAQ Why is my ad disapproved?

**Low CPM**: If you're running a site-targeted campaign and your ad is not showing, your maximum cost per thousand impressions (CPM) may be too low to win the position on that site. Other advertisers may also have targeted that site, and they may have offered higher CPMs or be more relevant to that space. Check the Campaign Summary page in your account for details on how often your ad is showing. If your ad is not showing often enough to fulfill your daily budget, you may wish to try raising your max CPM for selected sites or campaigns. Or, try expanding your list of targeted sites to include more possible places for your ad to run.

**Low daily budget**: With standard delivery campaigns, if your daily budget is low in relation to your CPM, our system will spread your ad delivery throughout the day to prevent you from exhausting the entire daily budget early on. In this case, your ad will not show every time that it could. To maximize your ad visibility throughout the day, try increasing your daily budget to an amount well above your CPM.

**Too few sites**: If you target your ad to just a few sites, or to a single site, you narrow the opportunities for your ad to appear. Try targeting more sites on the same topic.

**Dynamic ad performance**: Remember that ads are served dynamically, based on the number of impressions available, the number of site-targeted and keyword-targeted ads competing for each site, the Quality Scores of those ads, and other competitive factors. Your ad may simply not be showing at the moment you look at the page. If your 'Campaign Summary' page shows that your ad is receiving impressions and clicks, you can be assured that your ad is indeed appearing.

For more on this topic, you may also be interested in the AdWords FAQs Why can't I see my ad? and Why isn't my image ad showing?

---
What should I do if I follow the Ads Diagnostic Tool instructions and I still can't see my ad?
---

The suggestions supplied by the Ads Diagnostic Tool were compiled based on our ongoing support experience with advertisers within the program. While these recommendations are generally applicable to all advertisers, we understand that you may still experience some difficulty getting your ad up and running after following these suggestions.

Please contact our support team and we'll be happy to assist you with your account. In your message, please include a list of the ad(s) and keywords you are concerned about, and include the campaign name and Ad Group where each is located. An AdWords Specialist will research your concern(s) and contact you with reasons and solutions for your particular case.

---
Lesson: Troubleshooting Issues with Ad Visibility
---

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reinforce your new expertise.

You can view lessons in text or as multimedia presentations (Flash® required) with narration and images.

View "Troubleshooting Issues with Ad Visibility": multimedia lessons | text lessons

You may also wish to see the complete list of AdWords Lessons.

## Working with My AdWords Account : My Ads Aren't Showing : **Troubleshooting Tools**

Tool: Ads Diagnostic Tool

There are several reasons why your ad might not be showing up when you look for it. And you shouldn't have to waste time trying to diagnose your ads.

Visit our Ads Diagnostics Tool (AdWords login required) now to find out if your ads are showing for particular searches.

Tool: 'Can't see your ad?' wizard

In addition to the many tools offered within your AdWords account, there are several resources available to help you troubleshoot potential issues with your account. Visit our 'Can't see your ad? troubleshooting wizard now to find out why you may not be seeing your ads.

## Working with My AdWords Account : Cost and Budget : **Account Cost**

Demo: Bidding and Ranking

AdWords Demos are narrated lessons that show you how to make the most of your AdWords account. (You'll need Flash installed on your system to view AdWords demos.)

View this demo now: Bidding and Ranking.

You may also wish to see the complete list of AdWords Demos.

Lesson: Cost Control

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reinforce your new expertise.

You can view lessons in text or as multimedia presentations (Flash® required) with narration and images.

View "Cost Control": multimedia lesson | text lesson