# Exhibit  J
## (Part 3 of 7)

Dockets.Justia.com

You may also wish to see the complete list of AdWords Lessons.

Working with My AdWords Account : Cost and Budget : Account Cost : **Account Cost Overview**

How do I control the cost of my ads?

With cost-per-click (CPC) advertising on AdWords, the cost of your campaigns really depends on you -- how much you're willing to pay and how well you know your audience. It all boils down to knowing your own goals and letting us know what they are.

- **Set your own limits:** There is a nominal activation fee for Google AdWords. After that, you tell us how much you're willing to pay per click and per day. Learn more about selecting your CPC and daily budget.

- **Start smart:** Don't bid more than you can afford. If you're unsure what to pay per click to acquire a new customer, we help you by giving you cost estimates, specific to your campaign settings, during the sign-up process. In addition, if the maximum CPC you elect doesn't meet the minimum bid required for your ads to show, we'll let you know. You can either raise your CPC to the minimum bid or optimize your keywords, ad text, or campaign settings for quality. Learn more

- **Grow from what works:** Once you know what works, you can start to build more campaigns and Ad Groups to attract your potential customers. In addition, keyword-targeted ads earn their position based on their maximum cost-per-click (CPC) and Quality Score (quality of your ad) on Google. By creating more relevant and targeted ads, you could end up paying less to maintain the position of your ads.

- **Pay less for more results:** Keep in mind that because of our AdWords Discounter and dynamic ranking system based on your maximum CPC and Quality Score, your actual CPC (what you actually pay per click) is often less than your maximum CPC (what you're willing to spend per click) and often decreases when your ad starts to perform better. Remember: The higher the quality of your ad, the lower its actual CPC.

  You may also wish to enable the content bids feature, which lets AdWords advertisers set one price when their ads run on Google and its search partner sites, and a different price when their ads run on Google Network content sites. You can learn more about content bids at our help center.

In addition to daily budget, maximum CPC, and quality -- which directly control your costs -- keywords and targeting are important factors to consider.

- **Keywords:** We suggest you start off with just a small list of strong keywords and a few different targeted ads. This will help save you money by reducing the number of untargeted clicks, which are unlikely to convert to sales. Using keyword matching options also helps you manage your costs by limiting your ads to the most relevant searches and content pages.

- **Targeting:** Your CPC is partly based on what your nearest competitors are willing to pay, so targeting your ads to your specific market ensures that you're competing in the right market and paying only what you need to pay. Effective targeting is accomplished through keywords, ad text, and language and location targeting settings. Learn more

Does it cost extra to show my ads on all of the Google Network sites?

There is no fee to run your ads on sites and products in the Google Network. Ad distribution is an added benefit of the Google AdWords program, and your ads are automatically eligible.

You control how much you spend on your keyword-targeted campaign by selecting a maximum cost-per-click (CPC) and daily budget that fit your advertising goals. Learn more about AdWords pricing and billing.

Because ads targeted to content pages are based on the same set of keywords as used in search, the same maximum CPC that you set for your ads on search also applies for ranking your ads on content pages. Although the average CPC that you pay for contextual advertising may differ from search depending on your competition, you pay only for clicks that you receive, and you will never pay more than your maximum cost per click.

You may also wish to enable the content bids feature, which lets AdWords advertisers set one price when their ads run on Google and Google Network search sites, and a different price when their ads run on Google Network content sites. You can learn more about content bids at our help center.

---

Do you offer separate pricing for content clicks?

---

Yes. The AdWords content bid feature lets advertisers set one price when their ads run on Google and its search partner sites, and a different price when their ads run on Google Network content sites. You can learn how to enable separate pricing in our content bids FAQ.

Even if you don't enable content bids, your content network clicks will not be priced the same as search clicks. Google's smart pricing feature automatically adjusts the cost of a keyword-targeted content click based on its effectiveness compared to a search click. So if our data shows that a click from a content page is less likely to turn into actionable business results -- such as online sales, registrations, phone calls, or newsletter signups -- we reduce the price you pay for that click. With no extra effort for you, Google technology helps ensure you get strong ROI from your AdWords advertising, wherever your ads appear.

---

What are the account bid management options?

---

With AdWords you always have control over your total budget and over how much you pay per click or per impression. AdWords offers you two ways to exercise that control.

*Default manual bidding* means you make all the strategic choices yourself. You set your own bids for each keyword or content site on the Ad Group level or even on a keyword-by-keyword basis. You also decide if you'd like to bid more or less for content clicks by enabling content bids. You can set up your campaign exactly as you like it.

The *Budget Optimizer* puts the analytic power of AdWords technology to work on your campaign. You simply set your target budget, and the AdWords system does the rest, seeking out and delivering the most clicks possible within that budget. The Budget Optimizer considers keywords, competitive bids, ad positions, time of day, and many other factors to give you the most possible clicks for your money -- automatically.

No matter which choice you make, you can always switch later, by enabling the Budget Optimizer or disabling it to return to full manual control.

To learn more about the Budget Optimizer, please see our full introduction.

## Working with My AdWords Account : Cost and Budget : Account Cost : CPM Pricing for Site-Targeted Campaigns

---

How does CPM pricing work? Why is it being offered?

---

In CPM advertising, advertisers set the maximum amount (max CPM) they're willing to pay for each 1000 impressions their ad receives. The price paid is

the same whether users click on the ad or not. This is different from cost-per-click (CPC) campaigns, where advertisers pay only when their ad receives a click.

Advertisers have told us that CPM pricing is a tool they'd like to have available for their AdWords campaigns. Some advertisers want the flexibility to reach customers early in the advertising cycle, with ads designed to increase awareness but not necessarily generate clicks or traffic. Others prefer the traditional industry metrics of CPM campaigns. As a result, we're making CPM pricing available to those who prefer it.

CPM pricing is currently available only with site-targeted ads. Advertisers select the sites where they'd like their ad to appear, and set a max CPM that applies for all those sites. CPM ads are then ranked for display according to their max CPM, competing with other CPM ads and with keyword-targeted cost-per-click (CPC) ads. A CPM ad occupies the entire ad space, with either an image ad or an expanded text ad.

As always, the AdWords discounter automatically reduces any winning CPM bid so that the amount charged is the minimum necessary to keep the ad's position on the page. As a result, the max CPM an advertiser sets is rarely the amount actually paid.

Google ads with CPM pricing continue to have a very high level of relevancy. CPM advertisers use site targeting to select the specific audience that will be interested in their message. CPM ads compete with keyword-targeted cost-per-click ads, and high relevancy continues to boost the ranking of those CPC ads. We also have set a high minimum CPM value to ensure that advertisers choose their ads and their audiences with care.

For more about how CPM ads are ranked, please see How do CPM and CPC ads compete with each other?

How much do site-targeted ads cost?

Site-targeted ads require a max CPM price of at least US$0.25, or the local currency equivalent, per 1000 impressions. You may, of course, set a higher amount. A higher max CPM increases the likelihood that your ad will appear regularly on your selected site(s).

To see the required max CPM in your currency, please visit the account fees finder.

What is the minimum allowable max CPM for site-targeted ads?

US$0.25, or the local currency equivalent, is the lowest max CPM that advertisers can set. To see the required max CPM in your currency, please visit the account fees finder.

## Working with My AdWords Account : Cost and Budget : **Budget**

Lesson: Overdelivery

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reinforce your new expertise.

View this lesson now: Overdelivery.

You may also wish to see the complete list of <u>AdWords Lessons</u>.

---

**Which ad delivery option is best for my campaign?**

---

When you select a budget for your campaign, you can choose standard or accelerated delivery for your ads. This choice will affect how quickly your ads are shown each day, but in each case your selected budget will apply. <u>Learn more</u>.

**Standard delivery**

This option is automatically selected for you, and is best if you want your ads to reach a wide range of users over the course of the day. We'll spread your ad impressions across the day to make sure you don't accrue all of your clicks early on. However, if your budget is set below the system-recommended budget, your ads may not receive all possible impressions.

For example, if you want to spend US$30.00 over 30 days, your daily budget would be US$1.00. With standard delivery, your ads would appear throughout the day, from 12:00 a.m. to 11:59 p.m.. If your system-recommended daily budget is US$3.00, you may receive only one third of all impressions possible during that time.

**Accelerated delivery**

This option is best if you want to increase the likelihood of spending your full budget each day. We'll display your ads as often as possible until your budget is reached. If your budget is set below the system-recommended budget, your ads may not receive all possible impressions.

For example, you might choose to spend US$30.00 over the next 30 days, with a daily budget of US$1.00. If your system-recommended daily budget is US$3.00, you may receive all possible impressions until your budget is reached. Therefore, you could spend your entire budget between 12:00 a.m. and 8:00 a.m.. In this case, your ads wouldn't appear again until 12:00 a.m. the next day.

## Working with My AdWords Account : Cost and Budget : Budget : **The Google Budget Optimizer: Automatic Budgeting**

---

What's the Google Budget Optimizer(TM) tool?

---

The Google Budget Optimizer™ campaign management tool automatically adjusts your keyword maximum cost-per-click (CPC) amounts on your behalf. All you need to do is set a target budget, and the Budget Optimizer will actively seek out the most clicks possible within that budget.

The Budget Optimizer helps you reach your target spend every month without requiring a lot of work on your part. You can save time, eliminate the guesswork related to setting your CPCs, and enhance your return on investment.

Please note that the goal of the Budget Optimizer is simply to help you receive the highest number of clicks possible within your budget. The Budget Optimizer will not help you achieve a specific ad position. Also, the Budget Optimizer is only available for campaigns with fewer than 10,000 keywords.

The Budget Optimizer is ideal for advertisers who:

- Consider CPC and/or traffic critical metrics.
- Have set monthly budgets.
- Want to automate their CPC adjustment process.

Please note that we don't recommend the Budget Optimizer for advertisers focused on measuring conversions or values of ad clicks. The Budget Optimizer also will not work with AdWords ad scheduling.

To enable the Budget Optimizer for any campaign:

- Log in to your AdWords account.
- Select the checkbox next to appropriate campaign or campaigns.
- Click **Edit Settings**.
- Under the **Bidding** section, click **View and adjust options**.
- On the **Bidding Options** page, select **Budget Optimizer**.
- Click **Save and Continue**.
- A confirmation page will appear, explaining Budget Optimizer setup. Click **Continue**.
- Select your target budget.
- Click **Save and Activate**.

To disable the Budget Optimizer for any campaign:

- Log in to your AdWords account.
- Select the checkbox next to the appropriate campaign or campaigns.
- Click **Edit Settings**.
- Under the **Bidding** section, click **View and adjust options**.
- On the **Bidding Options** page, select **Default Manual Bidding**.
- Click **Save and Continue**.
- On the confirmation page that follows, select the values you'd like to apply, then click **Save Changes**.

---

Can I view my Google Budget Optimizer(TM) CPCs?

---

Yes. You can view your Google Budget Optimizer CPCs on your campaign summary page and individual Ad Group pages.

The campaign summary page will display the max CPC you selected when you first enabled the Budget Optimizer tool. The Ad Group page will display the adjusted CPCs for individual keywords. Please note that the CPCs on this page may not be the most recent values used by the Budget Optimizer. However, the values you see should give you a general idea of how the tool is managing your CPCs over time.

---

**How will the Google Budget Optimizer(TM) tool affect my ad position?**

Please note that the goal of the Budget Optimizer tool is simply to help you receive the highest number of clicks possible within your budget. It won't help you achieve a specific ad position.

**How will the Google Budget Optimizer(TM) tool affect my billing and costs?**

The Google Budget Optimizer™ tool won't change your current billing processes in any way. However, you may notice a change in your ad costs.

With traditional CPC adjustments, you might not have consistently reached your target monthly spend in the past. But with the Budget Optimizer, which automatically applies your budget toward your highest-performing keywords, you're more likely to reach your target spend on a regular basis. This can affect your total ad costs.

**Will changing keywords in my Google Budget Optimizer(TM) campaign affect my clicks or spending?**

The Google Budget Optimizer™ tool will determine the highest-performing keywords in your campaign and invest in those keywords. Please review the following potential effects of changing your keywords:
- Adding relevant keywords to your Budget Optimizer campaign may result in more clicks and help you reach your target spend. (However, please note that there's no way to predict specific results.)
- Adding irrelevant keywords shouldn't reduce the number of clicks you receive, because the Budget Optimizer won't invest in them.
- Deleting keywords (especially high-performing keywords) may affect the Budget Optimizer's ability to reach your target budget.

**How does the Google Budget Optimizer(TM) tool calculate traffic estimates?**

The Google Budget Optimizer™ tool analyzes a number of factors to select ideal max CPC values for your keywords. It then enters these values into the AdWords Traffic Estimator to generate traffic estimates over the course of your 30-day cycle.

**How does the Google Budget Optimizer(TM) tool work?**

The Google Budget Optimizer™ tool first analyzes your target budget and projected keyword traffic (based on information from the AdWords Traffic Estimator). It then continually adjusts-and readjusts, based on the time and budget remaining in your 30-day cycle-your keyword max CPCs to invest in your highest-performing keywords and bring you the highest possible number of clicks.

**How do I edit my Google Budget Optimizer(TM) target budget?**

To edit your Google Budget Optimizer™ target budget, follow the steps below:
1. Log in to your AdWords account.
2. Select any appropriate campaigns.

3. Click **Edit Settings** in the header row of the table.
4. Enter the new budget amount in the section labeled 'How much I want to pay.'
5. Click 'Save All Changes.'

---

Will the Google Budget Optimizer(TM) tool always spend my entire target budget over 30 days?

---

Given the dynamic nature of search-based advertising, it's difficult to guarantee specific results. However, we're confident that the Google Budget Optimizer™ tool offers a more efficient, effective way of systematically managing your campaign budget. The Budget Optimizer is automated and focused solely on managing your campaign to yield the highest number of clicks. It can react more quickly to traffic patterns and invest immediately in your higher-performing keywords. And it saves you considerable time and effort overall.

If you'd like to ensure that the Budget Optimizer is as successful as possible, simply select one of the target budgets we offer when you first enable the tool. Although you can set any target budget you like, the budgets we generate are designed to offer the best balance of performance and affordability for your situation.

---

How long does the Google Budget Optimizer(TM) tool run?

---

Once you enable the Google Budget Optimizer™ tool, it will bring you the most clicks possible within your target budget over a 30-day cycle. After 30 days, the Budget Optimizer will automatically refresh with the same target budget and start the process over. If you change your target budget at any time, the Budget Optimizer will end its current cycle and start another one. Here's an example:

Cycle 1:
- Day 1: You enable the Budget Optimizer with a $100 target budget.
- Days 1-30: The Budget Optimizer manages your campaign for you, striving to bring you the highest number of clicks possible within 30 days and your $100 budget.
- Day 30: You've received the maximum number of clicks possible, and your target budget is depleted.

Cycle 2:
- Day 1: The Budget Optimizer renews automatically, striving to reach the highest number of clicks possible within another 30 days and $100 budget.
- Day 10: You change your target budget to $150. The Budget Optimizer ends cycle 2 immediately and begins another cycle (below).

Cycle 3:
- Day 1-30: The Budget Optimizer strives to reach the most amount of clicks possible within 30 days and your new $150 target budget.

Please note that you may disable the Budget Optimizer at any time.

---

Will my Google Budget Optimizer(TM) target budget replace my current daily budget and CPCs?

---

The target budget you set when you enable the Google Budget Optimizer™ tool will replace your campaign's previous keyword CPCs and daily budget. However, the AdWords system will store your keyword CPCs and daily budget in case you'd like to restore these values after you disable the Budget

Optimizer.

................................................................................................
Which of my campaigns are eligible for the Google Budget Optimizer(TM) tool?
................................................................................................

Although any campaign containing fewer than 10,000 keywords is eligible for the Google Budget Optimizer™ tool, some campaigns are better suited than others. Please review the following guidelines to determine which of your campaigns would benefit the most from the Budget Optimizer:

- Your campaign should have a budget you'd like to reach consistently.
- You must be willing to let the Budget Optimizer monitor your campaign and adjust your keyword CPCs on your behalf. (Remember, you won't be able to edit your CPCs unless you disable the Budget Optimizer.)
- You must be willing to experience greater fluctuations in your clickthrough rate and CPCs than you might otherwise expect.
- Your campaign must not have ad scheduling enabled. The Budget Optimizer will not work with ad scheduling.

................................................................................................
Can the Google Budget Optimizer(TM) tool manage my budget to get more impressions or conversions?
................................................................................................

Currently, the Google Budget Optimizer™ tool focuses only on managing your campaign's keyword CPCs to yield the highest possible number of clicks within your budget. It won't manage your campaign to increase ad impressions or conversions.

## Working with My AdWords Account : Cost and Budget : Budget : **Setting and Editing**

................................................................................................
How do I change the budget for my ad campaign?
................................................................................................

To change your budget for an ad campaign:

1. Log in to your AdWords account.
2. Click the name of the campaign you'd like to edit.
3. Click **Edit Campaign Settings** near the top of the campaign overview page.
4. Under **Budget Options**, enter a new daily budget.
5. Select a delivery method: *standard* or *accelerated*. This option controls how quickly your ads are shown during the day. Standard delivery is automatically selected for you. [Learn more]
6. Click **Save Changes**.

Note: Your daily budget applies to individual campaigns, not your total advertising spend. For example, if you have three ad campaigns, each with US$5.00 daily budgets, your maximum daily advertising spend may be US$15.00.

................................................................................................
How does Google come up with a recommended daily budget?
................................................................................................

We recommend daily budgets based on historical data for the same or similar keywords as you. We also consider additional factors-such as variations in language and location and Google Network activity.

The daily budget we recommend will ensure your ads appear for all relevant searches, increasing your visibility and reach to potential customers.

Remember, setting your daily budget to the amount we recommend is optional-you're always in full control of your AdWords account. You can edit your campaign's daily budget as often as you'd like, and to whatever amount results in the most appropriate return on investment for you.

### How is my daily budget distributed?

AdWords delivers even more impressions for your ads when demand for them is greatest.

With our flexible display approach, we may fulfill more of your budget in the morning, afternoon, or evening, depending on user traffic patterns. As always, our goal is to provide the most effective advertising possible within your budget.

Once you've selected your keywords, you'll see a recommended daily budget. If you set your daily budget to this value, you will maximize your ad's visibility and activity throughout the entire day. If your daily budget is lower than the recommended amount, Google will deliver your ads in when the demand is greatest; however, your ads may not appear every time they otherwise could if your daily budget permitted. Learn how to view and edit your daily budget.

Remember that the AdWords billing day runs from midnight to 11:59 pm in the time zone you have chosen for your account. Each time you change your daily budget you begin a new pro-rated billing day. If you change your budget halfway through the day, you'll typically spend 50% of your old budget in the day's first half and 50% of your new budget in the day's second half.

Please note that if demand for your ad is greatest early on the day that you make a budget change, AdWords might deliver (for instance) 70% of your first budget in the morning, and then 50% of your second daily budget in the afternoon. This total can, in rare cases, be slightly more than either entire budget. It's also possible that if you lower your daily budget significantly, your ad distribution will slow significantly for the rest of the day. Please be aware of those possibilities as you adjust your daily budget.

Along with other tools like the Budget Optimizer, flexible delivery is one more tool AdWords can use to give you the very best advertising results available.

### How do I find the recommended daily budget for my campaign?

To find the recommended daily budget for your campaign, follow these steps:

1. Log in to your AdWords account.
2. In the **Campaign Summary** table, select the checkbox(es) next to the campaign(s) you wish to edit.
3. Click **Edit Settings** in the header row of the table.
4. Click **Recommended Budget** in the Daily Budget field(s) on the left side of the **Edit Campaign Settings** page. This will show you the recommended daily amount.

5. If desired, enter the new currency amount(s) for your campaign(s).
6. Click **Save All Changes** at the top or bottom of the page.

Note: Your daily budget applies to individual campaigns, not your total advertising spend. For example, if you have three ad campaigns, each with US$5.00 daily budgets, your maximum daily advertising spend would be US$15.00.

---
How often can I change my daily budget?
---

Over the course of a single day, you may change your daily budget for each campaign in your account a maximum of ten times.

Please note that we reserve the right to exercise our discretion regarding excessive changes to daily budgets.

---
How do I set a monthly budget?
---

**Self-managed accounts**: If you created your AdWords ads yourself, you were asked to set a daily budget when you signed up. To alter your monthly spending, follow the steps listed below to reset that daily number.

**Jumpstart accounts**: If you used Jumpstart to create your AdWords campaign, you were asked to specify a monthly budget. The Jumpstart team divided that number by 30 to determine your daily budget. To change your monthly spending, just revise the daily budget amount using the steps below.

1. Log in to your AdWords account.
2. Click the name of the campaign you'd like to edit.
3. Click **Edit Campaign Settings** near the top of the campaign overview page.
4. Under **Budget Options**, enter a new daily budget.
5. Select a delivery method: *standard* or *accelerated*. This option controls how quickly your ads are shown during the day. Standard delivery is automatically selected for you. [Learn more]
6. Click **Save Changes**.

For more details, see How do I choose my daily budget?

---
What happens if my campaign's daily budget is lower than the recommended budget?
---

When you click 'Recommended Budget' on your **Edit Campaign Settings** page, our system calculates the daily budget needed to accommodate the maximum number of clicks your ads could receive in a day.

If you select a daily budget lower than the recommended amount, our system will not show your ad every time searches are run on your keywords. It will spread the delivery of your ad throughout the day so you don't exceed your budget.

If you want to increase the number of clicks your ads receive on your current list of keywords, increase your daily budget to an amount you're comfortable with. To maximize the number of clicks your ads receive, set your daily budget to the recommended amount.

If you don't want to increase your daily budget, you may consider refining your keyword list to better qualify clicks on your ads. We recommend that you use negative keywords and/or more specific keywords to minimize irrelevant clicks and unwanted impressions that reduce your clickthrough rate. Learn more about refining your keywords.

## Working with My AdWords Account : Cost and Budget : **Managing Cost-Per-Click (CPC)**

### How do I choose my maximum CPC?

<p>While creating your AdWords account, you'll reach a section labeled 'What is the maximum amount you are willing to pay each time someone clicks on your ad?' This is where you assign your Ad Group a <a href="/support/bin/answer.py?answer=27646">maximum cost-per-click (CPC)</a>.</p>

<p>To help you decide a maximum CPC amount, click 'Want to purchase the most clicks possible?' Our system will then estimate, based on your current keyword list, the maximum CPC needed to place your ads at or near the top position on a search result page. If you want your ads to appear among the top positions for your current keyword list, fill in the recommended amount in the appropriate field and click <b>Continue</b>.</p>

<p>If the recommended maximum CPC is too high for your budget, fill in a maximum CPC you're comfortable with and click 'View Traffic Estimator.' The column labeled <b>Estimated Ad Positions</b> will show your ads' estimated position on each of your keywords with your current maximum CPC. If you're unhappy with the estimated ad position, enter a new maximum CPC in the <b>Maximum CPC</b> field and click 'Get New Estimates.'</p>

<p>Continue to adjust your maximum CPC and recalculate your estimated ad position until you have decided upon a maximum CPC for your Ad Group. Fill in the amount in the appropriate field, and click <b>Continue</b> to move on to the next step of the account creation process.</p>

<p>Remember, the Traffic Estimator is only intended to give you a general forecast of your campaign performance. Due to various reasons, including the dynamic nature of the search market, your ads may perform differently than the Traffic Estimator predicted. Once your ads are active, you can <a href="/support/bin/answer.py?answer=26133">adjust</a> your maximum CPC to increase your ads' position or reduce your costs.</p>

<p>Another way to reduce costs and increase your ad position is to <a href="/support/static.py?page=tips.html">refine</a> your keyword list and account structure.</p>

### Will I need to set a different CPC for every keyword?

No. With Google AdWords, you don't have to worry about this. You can simply set the same maximum CPC for all your keywords, knowing that the **AdWords Discounter** will charge you the lowest CPC you can be charged while still maintaining your position for each keyword. If you want to assign different CPC values to different keywords, you can simply set up separate Ad Groups with different maximum CPC amounts. You can also use our power posting feature to assign a different CPC to each of the keywords within an Ad Group, or content bids to set one price for when your ads run on Google and Google Network search sites, and a different price when your ads run on Google Network content sites.

Other advertising programs require customers to specify a set price for each keyword. This means their customers not only spend more money than necessary, but also must invest a significant amount of time patrolling their keywords in order to reduce costs. For example, if you had set a cost-per-click (CPC) of US$0.91 in order to appear in the top spot, and the advertiser in the second position reduced his or her price from US$0.90 to US$0.70, you would be paying US$0.20 more than necessary to maintain your position.

**Can I see what my competitors are bidding?**

No. We don't reveal individual data for any of our users. Remember that your bid alone doesn't dictate whether or not your ads will perform. We also take into account the quality of your keyword-targeted ads. If your keyword requires a higher maximum cost-per-click (CPC) in order to trigger ads, we'll let you know by moving your keyword to an 'inactive for search' state. We'll then list the minimum bid needed to activate your keyword.

We also offer tools to help you calculate your own bid most effectively:

- The AdWords Traffic Estimator will show you the estimated average ranking of your ad, based on your bid. It will also provide the minimum bid needed underneath any inactive keywords.

- By running a customized report on the **Create Report** page within your **Reports** tab to generate information about the minimum bid of all active and inactive keywords.

- The AdWords Discounter automatically adjusts your maximum CPC so you pay only one cent more than the minimum amount required to keep your ad's position.

For more about ranking, see How are ads ranked? To learn about increasing your ad's performance without increasing costs, visit our Optimization Tips.

**Do I have to pay the minimum bid recommended to me?**

No. You're always in complete control of your advertising budget and goals. Increasing your maximum cost-per-click (CPC) to the minimum bid is simply one way to ensure your ad runs. You can also increase your ad's quality by creating more relevant ad text or choosing more targeted keywords (such as by adding more descriptive keyword phrases or choosing a different matching type). Learn more about your options for enabling an inactive keyword or how to optimize your ads for quality.

**How do I increase my maximum CPC to the minimum bid?**

You can increase your maximum cost-per-click (CPC) to the recommended minimum bid for an individual keyword, selected keywords, or across all keywords in a campaign at once.

**Increasing maximum CPC for an individual keyword**

If your keyword is inactive, we'll list the minimum bid in the keyword status column in your Ad Group Details page in your account. To increase your keyword's maximum CPC to the recommended bid, please follow these steps:

1. Log in to your account.

2. Click the campaign you'd like to review in your Campaign Summary page.

3. Click the appropriate Ad Group.

4. Select the **Keywords** tab.

5. Click the link below the inactive keyword you'd like to enable: **Increase quality or bid to {amount} to activate.**

6. Enter the new maximum CPC you'd like to bid (which should be the same as or greater than the required minimum bid listed), and click **Submit.**

If you've set the maximum CPC at the Ad Group level, your remaining keywords default to an Ad Group maximum CPC.

**Increasing maximum CPC for selected keywords**

You can increase your maximum CPC to the minimum bid for multiple keywords you select using our Find and Edit Max CPCs tool. Here's how:

1. Log in to your account.
2. Click the **Tools** link near the top of your **Campaign Management** tab.
3. Click **Advanced Search and Editing** under the Modify Your Campaigns section.
4. Click **Find and Edit Max CPCs**.
5. Complete step 1.
6. In step 2, paste the keywords whose maximum CPCs you'd like to increase into the appropriate box.
7. In step 3, select **Increase each keyword's Max CPC to the recommended minimum bid**.
8. Click **Continue**, and confirm your selections.

**Increasing maximum CPC for campaign-wide keywords**

You can also increase your maximum CPC to the minimum bid for keywords across all or selected campaigns using our Find and Edit Max CPCs tool. Here's how:

1. Log in to your account.
2. Click the **Tools** link near the top of your **Campaign Management** tab.
3. Click **Advanced Search and Editing** under the Modify Your Campaigns section.
4. Click **Find and Edit Max CPCs**.
5. Complete steps 1 and 2.
6. In step 3, select **Increase each keyword's Max CPC to the recommended minimum bid**.
7. Click **Continue**, and confirm your selections.

I have a small advertising budget. Won't the big guys always be able to outrank me by paying more for the same keyword?

No. The Quality Score of your keyword sets the minimum price you'll need to pay to trigger ads on Google. It also helps determine your ad's position on a search results page. Even if your competition is paying a higher maximum cost-per-click (CPC) than you, you can win the top placement - at a lower price - with highly targeted keywords, ad text, and campaigns.

We believe strongly in maintaining the quality of our search results. By rewarding advertisers with a lower CPC for high-quality keywords, we're ensuring that our users (and your future prospects) get the best results for what they're looking for. This also provides an equitable marketplace for all advertisers, regardless of size or budget.

What's the lowest amount I can pay per click?

This depends on your keyword's Quality Score, which is determined by your keyword's clickthrough rate (CTR) on Google, relevance of ad text, historical keyword performance on Google, the quality of your ad's landing page, and other relevancy factors. The higher the Quality Score, the lower the minimum bid and price you'll pay when someone clicks on your ad. In some cases, you can even pay as little as your currency's smallest denomination (for example, 1 cent in USD) if you have a very high Quality Score. So you should aim for the highest quality keywords, ads, and campaigns possible to drive down your advertising costs.

To learn more about the minimum CPC in your target location, visit our form of payment finder.

**How do I change my maximum CPC?**

To raise or lower the maximum cost-per-click (CPC) values for your Ad Groups, follow these steps:

1. Log in to your AdWords account.
2. Click the campaign containing the Ad Group keyword or keywords you want to change.
3. Click the checkbox next to any appropriate Ad Groups.
4. Click **Edit Bids** at the top of the **Ad Group** table.
5. Enter new amounts in the **Bids** field. If more than one Ad Group has been selected, click the orange **v** button next to the upper-most **Bids** field on the page to apply the same maximum CPC to all Ad Groups on the page.
6. Click **Save Changes**.

To raise or lower individual keyword CPC values, follow these steps:

1. Log in to your AdWords account.
2. Click the campaign containing the Ad Group keywords you want to change.
3. Click the appropriate Ad Group.
4. Select the **Keywords** tab.
5. Select the checkbox next to any keyword you'd like to raise or lower, within the Ad Group table.
6. Click **Edit Keyword Settings** at the top of the Ad Group table.
7. To raise or lower your default CPC for all keywords in the group, enter a new value in the **Default bid** field. If you have enabled content bids, you'll also see a box labeled **Content bid** were you can set a separate default price for content clicks.
8. To change the CPC for any individual keyword, enter the new amount in the **Search Bid** column beside the appropriate keyword. This maximum CPC will override the default bid.
9. Click **Save Changes** at the top or bottom of the page.

If the CPC you choose doesn't meet the minimum bid required to trigger ads, we'll let you know. If this happens, we recommend you first try to optimize your keywords, ad text, and campaign for quality. You can also raise your keyword's maximum CPC to or above the minimum bid. Learn more

You can leave the **Max CPC** field blank for any or all of the individual keywords. That keyword will then default to the group maximum CPC you set. You can also easily change the maximum CPCs for multiple keywords throughout your account with our Find and Edit Max CPCs tool, available under

**Advanced Search and Editing** on your account's Tools page.

How do I find the minimum bid for active keywords?

You can find the minimum bid for active keywords by:

- Creating a report for minimum bids through your **Reports** tab.
- Using the Find and Edit Max CPCs tool in your account. (Open the tool, complete the first 2 steps, then select **Increase each keyword's Max CPC to the recommended minimum bid** for step 3.) Click **Cancel** if you don't want to make any changes.
- Editing your keywords' CPCs or URLs in your Ad Group Details page. (Select the **Keywords** tab, click the box next to the keywords you'd like to edit, and click the **Edit Keyword Settings** button.) Click **Cancel** if you don't want to make any changes.
- Editing your keywords in your Ad Group Details page. (Select the **Keywords** tab, Select the keyword(s) you'd like to edit, and click the **Edit Keywords** link at the top of the page). Click **Cancel** if you don't want to make any changes.

If a keyword has a high minimum bid, we suggest you increase the quality of your keyword, ad, and campaign through optimization. This will help lower the minimum bid and price you pay when someone clicks on your ad. View our Optimization Tips page for information on improving your ad's quality.

What are my options when I set my maximum CPC?

When you set your maximum cost-per-click (CPC), you have the following options:

**Ad Group-level maximum CPCs:** If you set your maximum CPC at an Ad Group level, the AdWords system will automatically apply the same maximum CPC to all keywords in this Ad Group. This is the easiest way to manage your CPCs.

**Keyword-level maximum CPCs:** You can also set unique maximum CPCs for individual keywords in an Ad Group. You may wish to set keyword-level CPCs if you want some of your keywords to compete more aggressively for audiences interested in specific products, services, or information.

To help you make Ad Group- or account-wide changes to a large number of keywords, you can use our Find and Edit Max CPCs tool, available through the **Advanced Search and Editing** link of your account's Tools page. This gives you a quick way to set CPCs to a unique or recommended amount for your keywords. Learn about other options for making bulk changes.

**Ad Group- and Keyword-level maximum CPCs:** You can set maximum CPCs for some of the keywords in your Ad Group and simply let the remaining keywords default to an Ad Group maximum CPC.

**Content bids:** When you enable content bids, you can set one price when your ads run on Google and its search partner sites, and a different price when your ads run on Google Network content sites. You can learn more about content bids at our Help Center.

We'll let you know if the maximum CPC you choose is sufficient enough to trigger ads on Google. You can see the minimum bid required for keywords by running a report or by clicking on the **Edit Keywords** link at the top of the keyword table and clicking **Estimate Search Traffic**. The minimum bid will also appear if your keyword becomes inactive for search. Learn more about our performance monitor.

What do I do if the recommended minimum bid is more than I can afford?

Keep in mind that two levers control your keyword-targeted ad's exposure: quality and cost. When one increases, the other decreases. So the best way to improve a low-performing keyword without raising its maximum cost-per-click (CPC) is to increase its quality. Here are some suggestions:

- Use multi-word, specific keywords in place of singular and/or general keywords. For example, we recommend using a keyword such as *London hotel* rather than the keyword *hotel* alone. You can use our External Keyword Tool to find additional keywords or to refine your existing keywords. You can also use the Keyword Tool via any Ad Group within your account.
- Use keyword matching options to help weed out irrelevant searches. For ideas on negative keywords, use the *Possible negatives* view within the Keyword Tool.
- Create new Ad Groups containing your targeted keywords in the ad headlines or text. When your ad contains words used in the user's search, those words will appear in bold in your ad.
- Use descriptive and specific ad text to highlight the relevancy of your ad.
- Delete poorly performing ads and keywords with low clickthrough rates (CTRs) and high minimum bids to improve the Quality Score for your keywords and campaign.

To learn more about making your keywords and ads more relevant, visit our Optimization Tips page.

Can I be charged less than my minimum bid?

Yes, for content sites. With Google's smart pricing, we'll automatically adjust the price of a content click. If we find that an ad on a content site is less likely to produce results, we may reduce the cost of your ad below the minimum bid assigned to it. The minimum bid that appears in your account, however, is calculated across all Google properties.

How does my CPC affect my ad?

Your maximum cost-per-click (CPC) is one of the factors that determines the position of your ad on the search results page. Therefore, increasing your maximum CPC can improve your ad's position, and lowering your maximum CPC can decrease your ad's position.

However, ads are not ranked solely on their maximum CPC. Rather, ranking is based on a combination of the maximum cost-per-click (CPC) and Quality Score. (For the top positions above Google search results, we use the actual CPC.) The Quality Score is determined by the keyword's clickthrough rate (CTR), relevance of ad text, historical keyword performance, and other relevancy factors.

Ad Rank = CPC X Quality Score

Having relevant keywords and ad text, a high CPC, and a strong CTR will result in a higher position for your ad. Because this ranking system rewards well-targeted, relevant ads, you can't be locked out of the top position as you would be in a ranking system based solely on price.

Visit our Optimization Tips page to learn more about account optimization, including how to maximize performance for your keyword-targeted ad and improve your ad's position without having to raise your maximum CPC. You can also learn about how to optimize ad serving for your ads.

## Working with My AdWords Account : Account Login and Administration : **Overview**

How do I edit or update my account?

Because AdWords is a self-managed program, you can adjust almost all of the settings within your own account. You can edit your billing preferences (payment information) and account preferences (including login information and email preferences) from within the **My Account** tab. Most other settings can be adjusted via the **Campaign Management** tab.

Here are some of the most common adjustments you're likely to make when starting out:

- Editing keywords
- Editing ads
- Editing targeting options
- Editing billing information
- Editing your daily budget

**How do I close my account?**

You can close your Google AdWords account at any time. To cancel your AdWords account, please email us using our contact us form. An AdWords Specialist will then be able to cancel your account for you.

Your account will be officially cancelled once your request is fully processed (at which time you'll receive a confirmation email). You can immediately stop the delivery of your ads by pausing or deleting all campaigns (or Ad Groups) within your account.

Once your cancellation is processed, your ads will stop running and your account will not accrue any new charges. If you use a post-pay option such as credit card or direct debit, we will process any pending charges generated between your last billing and the date your cancellation request was processed. As a result, you may see charges appear on your Billing Summary page after you cancel. Because our billing cycle is 30 days, you may not be billed for those final charges until a few weeks after you cancel. For prepay accounts, we will calculate your final balance. You can request a refund for any remaining funds at any time.

You'll be able to reactivate your account easily at any time in the future. To do so, just log back in to your account and follow the prompts to re-establish your AdWords advertising service.

**What's a Google Account?**

A Google Account functions as a master Google login, made up of a single email address and password.

Although a Google Account is similar to an AdWords login, your Google Account lets you easily jump to any of your Google services that also share this login (such as Google Groups, Gmail, and Froogle). This way, once you're signed in, you stay in - no more logging in and out between multiple services.

For more information, visit the Google Accounts Help Center.

**I sometimes see error messages when I try to edit my account. Why?**

If you are having trouble navigating or making changes to your AdWords account, this difficulty is normally the result of an issue with your browser or local connection. Please open your browser and verify the following settings:

FOR INTERNET EXPLORER (Windows):
- Clear your browser's cache and cookies:
    1. Open the **Tools** menu and select **Internet Options**.
    2. On the **General** tab, in the section labeled **Temporary Internet files**, click on the **Delete Cookies** button and answer **OK**.
    3. Click on the **Delete Files** button, check the box which reads **Delete All Offline Content** and answer **OK**.
       (Please note, if you have not recently cleared your file cache, it may take several minutes for this process to finish.)

- Ensure that your browser uses 128-bit encryption for secure connections:
    1. Open the **Help** menu and select **About Internet Explorer**.
    2. Verify that the Cipher Strength value is 128-bit

- Set security settings:
    1. Open the **Tools** menu and select **Internet Options**.
    2. On the **Advanced** tab, scroll to the **Security** section and check settings for SSL 2.0, SSL 3.0, TLS 1.0, PCT 1.0.

- Add Google.com as a trusted site:
    1. Open the **Tools** menu and select **Internet Options**.
    2. On the **Security** tab, click on **Trusted Sites**, then click on the **Sites** button.
    3. Add the URL above to the list of trusted sites.

FOR INTERNET EXPLORER (Mac OS X):
- Clear your browser's cache:
    1. Open the **Explorer** menu and select **Preferences**.
    2. Find the section labeled **Web Browser** and click on **Advanced**.
    3. Find the section labeled **Cache** and click on the **Empty Now** button.
       (Please note, if you haven't recently cleared your file cache, it may take several minutes for this process to finish.)

- Clear your browser's stored cookies:
    1. Open the **Explorer** menu and select **Preferences**.
    2. Find the **Receiving Files** section and click on **Cookies**.
    3. Select all of the items that appear next to this section and click **Delete**.

- Add Google.com as a trusted site:
    1. Open the **Explorer** menu and select **Preferences**.
    2. Find the section labeled **WebBrowser** and click on **SecurityZones**.
    3. Find the drop-down menu labeled **Zones** and select **Trusted sites zone** from the menu.
    4. Click the **Add Sites** button.
    5. In the window which appears, click the **Add** button.
    6. Enter the following URL: https://adwords.google.com/
    7. Click **OK**.

FOR NETSCAPE:

- Clear your browser's cache and cookies:
    1. In the **Tools** menu, select **Options** and click on the **Privacy** category.
    2. Click the **Clear** button to the right of **Cache**.
       (Please note, if you have not recently cleared your file cache, it may take several minutes for this process to finish.)
       Secondly, click the **Clear** button to the right of **Cookies**.

- Ensure that your browser uses 128-bit encryption for secure connections:
    1. Open the **Help** menu and select **About Netscape**.
    2. Verify that it supports 128-bit security.

- Set security settings:
    1. In the **Tools** menu, select **Options** and click on the **Advanced** category.
    2. Scroll to the **Security** section, and make sure that 'Use TLS 1.0,' 'Use SSL 2.0,' and 'Use SSL 3.0' are checked.

- Add Google.com as a trusted site:
    1. Open the **Tools** menu and select **Options**.
    2. In the **Site Controls** category, click the **Add Site** button.
    3. Add the URL above to the list of trusted sites.

FOR MOZILLA/FIREFOX (Windows):

- Clear your browser's cache and cookies:
    1. Open the **Tools > Options** menu and select the **Privacy** tab.
    2. Click the **Clear** buttons next to **Cache** and **Cookies**.

- Set security settings:
  1. Open the **Tools > Options** menu and select the **Advanced** tab.
  2. Scroll to the **Security** section and ensure that SSL 2.0, SSL 3.0, and TLS 1.0 are all enabled.

- Add adwords.google.com as a trusted site:
  1. Open the **Tools > Options** menu and select the **Privacy** tab.
  2. Click on the **Cookies** section and then on the **Exceptions** button.
  3. Enter http://adwords.google.com in the text field and click the **Allow** button.

FOR FIREFOX V. 1.0 (Mac OS X):
- Clear your browser's cache and cookies:
  1. Open the **Firefox** menu and select **Preferences**.
  2. Click on the **Privacy** tab.
  3. Find the line labeled **Cache** and click on the **Clear** button.
     (Please note, if you have not recently cleared your file cache, it may take several minutes for this process to finish.)
  4. Find the line labeled **Cookies** and click the **Clear** button.

- Set security settings:
  1. In the Firefox menu, select **Preferences**.
  2. Click on the **Advanced** tab and find the **Security** section.
  3. Click on the Triangle next to **Security** and verify that the checkboxes next to all of the following are checked: Use SSL 2.0, Use SSL 3.0, Use TLS 1.0.

---

Can I have more than one Google Account?

---

Yes, but one of the benefits of using a Google Account is to help you consolidate multiple logins. We suggest you maintain different Google Accounts if someone already knows your email and password or if you want to separate your personal services from your professional services. If you do have more than one Google Account, you can only be signed in with one at a time.

---

How do I view or update my email and password?

---

You can view or edit your current Google Account email and password or assign a new one to your AdWords account at any time through your Account Preferences page in your AdWords account.

To edit your current Google Account:
  1. Sign in to your AdWords account.

2. Click the **My Account** tab and then **Account Preferences**.

3. Click **edit in Google Accounts** beside **Login Information**.

4. Follow the links on the left-side of the screen to edit your email and/or password. (Note: If you have a Gmail login, you'll only be able to edit your password here. To change your email address, follow steps 1-5 below.)

5. Save your changes.

To assign a new or existing Google Account to your AdWords account:

1. Sign in to your AdWords account.

2. Click the **My Account** tab and then **Account Preferences**.

3. Click **Replace login with another Google Account**.

4. Enter your Google Account email and password into the appropriate fields if you want to replace your login with an existing Google Account. Or, click **Create a Google Account** to replace your login with a new Google Account.

5. Click **Save changes**.

You should now be able to sign in to AdWords using the assigned Google Account email and password.

---
How do I reactivate my account?
---

You can easily reactivate your account in just a few steps, and there is no fee to reactivate your account.

Please note that when you canceled your account, all active ads were paused by our system. Once you reactivate your account, all of these ads will immediately begin running again. If you do not want your ads to begin running immediately, you'll need to edit your campaign settings as soon as you've completed the reactivation process.

**Reactivate Your Account**

To reactivate your account, follow these steps:

1. Log into AdWords with the email address and password previously associated with your account.

   - If you cannot remember your password, click the **Forgot your password?** link beneath the login button. Follow the instructions provided to access your account via a one-use URL.

2. A message box will appear at the top of your account. This message will explain your account's canceled status.

3. Click **Start reactivation process** at the bottom of the message box to continue.

4. Review any instructions relevant to your account payment method. (For example, if you are a credit card customer, you will be prompted to

submit your billing information.) Please be sure to verify that all fields are correct.

5.  When you are finished with the process, submit the requested payment information to reactivate your account.

---

I forgot my password. Now what?

If you've forgotten your current password, you can reset the password for your account online; to protect everyone's security, we don't retrieve or email passwords.

Here's how to reset your password:

1.  Click **Forgot your password?** below the login box on the Google AdWords home page.
2.  This will take you to the **Password Reset** page. Enter your email address to confirm your identity.
3.  Click **Enter**.
4.  You'll be emailed a link that will allow you to temporarily access your AdWords account and to choose a new password. Please note that this link will only work once; if you're still unable to log back into your account, you'll need to repeat the above steps.

Please note, if you have a Google AdSense account that shares the current login email address of your AdWords account, changing your AdWords login information will also update your AdSense login information.

I keep being sent back to the login page. Why?

If your web browser blocks cookies from Google.com, you may experience difficulty staying logged in to your Google AdWords account. To allow cookies from Google, follow the instructions below:

In Internet Explorer:
1.  Click on the **Tools** menu and select **Internet Options**.
2.  In the resulting dialog box, select the **Privacy** tab and click on the **Edit** button near the bottom of the window.
3.  In the field labeled **Address of Web site** enter 'google.com' (without the quotes).
4.  Click the **Allow** button followed by **OK** until you return to the main browser window.

In Netscape:
1.  Click on the **Tools** menu, select **Cookie Manager** and 'Manage Stored Cookies.'
2.  Click on the **Cookie Sites** tab.
3.  In the field labeled **Manage sites that can...** enter 'google.com' (without the quotes).

    4.   Click on the **Allow** button followed by **Close** to return to the main browser window.

In Mozilla FireFox:

1. Click on the **Tools** menu and select **Options**.
2. Click on the **Privacy** icon and select **Cookies**.
3. Click on the **Exceptions** button.
4. In the field labeled **Address of website** enter 'google.com' without the quotes.
5. Click on the **Allow** button followed by **OK** until you return to the main browser window.

---

**What if I am automatically logged out of my account?**

---

The Google AdWords system is designed to log users off after a set period of inactivity. It does this to both maximize the speed and efficiency of the system and to protect the security of individual accounts. So that a session expiration doesn't cause you to lose work in your AdWords account, we recommend saving new keyword lists and ad texts in a spreadsheet or word processor before implementing them in your account.

If you find that you are frequently logged out of your account or that you are logged out after a short period of inactivity (under an hour), you may want to adjust your proxy settings. To prevent future premature session expirations, you can reconfigure your proxy so that it does not use multiple IP addresses, use a different proxy, or stop using a proxy server to access the Internet. Instructions on changing your proxy settings are below.

For the Internet Explorer browser with the MS Window operating system:

1. With Internet Explorer open, click 'Tools' on the top bar.
2. In the menu, choose 'Internet Options.'
3. Click the 'Connections' tab.
4. Click the 'Settings' button.
5. Click the 'Advanced' button.
6. In the box titled 'exceptions,' under 'Do not use proxy server for addresses beginning with:' type 'https://' (without the single quotation marks). This should allow you to edit your AdWords account without session expirations.

For the MS Internet Explorer browser with the Macintosh operating system:

1. With MS Internet Explorer open, select 'Preferences' from the 'Edit' menu.
2. Click 'Proxies' under the 'Network' section on the left hand side of the page.
3. In the box titled 'exceptions', enter 'adwords.google.com' (without the single quotation marks).
4. Click 'OK.' This change should allow you to edit your AdWords account without session expirations.

For the Mozilla Firefox browser with the MS Windows operating system:

o   With Mozilla Firefox open, click 'Tools' on the top bar.
o   Choose 'Options.'

- o   In the 'General' category, click 'Connection Settings...'
- o   If 'Direct connection to the Internet' is already selected, then skip to the paragraph about firewalls at the end of this document. If it's not selected, and you're able to connect to the internet without a proxy, then select 'Direct connection to the Internet' and move to step #7. If you must use a proxy to connect to the internet, then move on to the next step.
- o   Select 'Manual proxy configuration' if it's not already selected.
- o   In the 'No Proxy for:' field, add 'adwords.google.com' (without the single quotation marks).
- o   Click 'OK.' This change should allow you to edit your AdWords account without session expirations.
  For the Mozilla Firefox browser with the Macintosh operating system:
    1. With Mozilla Firefox open, click 'Preferences' on the top bar.
    2. Choose 'Internet Options.'
    3. In the 'General' category, click 'Connection Settings...'
    4. If 'Direct connection to the Internet' is already selected, then skip to the next paragraph about firewalls. If it's not selected and you're able to connect to the internet without a proxy, then select 'Direct connection to the Internet' and move to step #7. If you must use a proxy to connect to the internet, then move on to the next step.
    5. Select 'Manual proxy configuration' if it's not already selected.
    6. In the 'No Proxy for:' field, add 'adwords.google.com' (without the single quotation marks).
    7. Click 'OK.' This change should allow you to edit your AdWords account without session expirations.

  If this does not work, the firewall for your network might be the problem. If you are using an HTTP proxy, and that proxy uses multiple IP addresses when connecting to external sites (like AdWords), then your session will expire every time you access the site. To resolve this, consider adjusting the settings of your firewall.

---

Can I have different logins for different products?

---

<p>Sure. A Google Account is just a convenient way of consolidating your Google products under one login email and password. You're welcome to maintain a separate login email for different products if you find that it better suits your personal or business needs. <a href="/support/bin/answer.py?answer=24832&topic=7352">Learn</a> about keeping your personal and professional Google Accounts distinct.

---

What is my AdWords account number?

---

Your AdWords account number is the unique ten-digit number associated with your account. To find your account number, log in to your AdWords account and look at the top of the page, near the AdWords logo.

## Working with My AdWords Account : Account Login and Administration : Updating My Login to a Google Account : Overview

---

Why is Google asking me to update my AdWords login? What do I do?

---

We're changing our AdWords login system to Google Accounts to help increase your security and to make your life simpler with one login. A Google Account lets you access multiple Google services (such as AdWords, Froogle, Google Groups, and more) with a single email and password.

Please update your login any time in the next couple of weeks through your account.

Here are some things to consider when updating your login:

- Use a current Google Account or the same AdWords email that you're currently using to be your new Google Account email. However, if you use your current AdWords email, we suggest that you use a different password than your current one. Learn more
- Your login information is the only thing that changes. All your account information - such as billing and campaign details - remains the same.
- If you already have a Google Account, you can use it as your new AdWords login. However, you don't need a Google Account to update your login information. You might already have a Google Account if you use Gmail, Google Groups, Google Alerts, Froogle Shopping List, Personalized Search, Personalized Homepage, and Google Answers. Learn more
- If you only use AdWords or AdSense (and not one of the other Google services listed above), then you don't have a Google Account.
- You can have more than one Google Account. This is a good way to separate your personal services from your business services. Learn how
- We recommend that you don't share your Google Account with other users in order to safeguard your information. Learn why
- If you currently share your AdWords account with other users, each person will be asked to create their own Google Account when they sign in. This way, each person will be able to sign in to the same account without seeing other's personal information. You can also send each person an invitation to make the switch. Learn more
- If someone manages your AdWords account for you, this person won't be able to view your personal information or to access any other services tied to your login.
- If you have a My Client Center or manage someone else's account for them, update your own information but not your client's information. Learn more
- If you manage more than one AdWords account, you cannot use the same login to access multiple accounts. Instead, create a separate Google Account email for each AdWords account. Or, the best solution is to create a My client Center, which is a master account that can hold hundreds of AdWords accounts in one location, under one login. Learn more
- After you choose your new Google Account, you'll still sign in to AdWords at adwords.google.com. In addition, if you choose a Google Account that you use for your other Google services, you can move back and forth between accounts - without having to sign in and out each time.

For step-by-step instructions on updating your login, visit our tips FAQ.

---

I'm using a current Google Account to be my AdWords login. Is that ok?

---

Yes. This is the ideal situation if you want to tie all your Google services under one login. Once you update your AdWords login to your current Google Account, you'll be able to sign in to Google just once - without having to remember multiple logins or having to sign in and out between services.

Remember that if you use the same email and password for AdWords as you do for your other Google services, anyone who has your login information will be able to access all related services. In this case, you might want to create a new Google Account to safeguard your information. Learn more about sharing.

For step-by-step instructions on updating your AdWords login, visit our tips FAQ.

**Can I keep the same email and password when I update my login information?**

Usually, you can. However, if you keep the same email address, we strongly suggest that you change your password - especially if you currently share your login with others. This helps to ensure that your information is kept private.

For step-by-step instructions on updating your login information, visit our tips FAQ.

**How do I sign in to AdWords after updating my login?**

You can sign in to AdWords at adwords.google.com using the Google Account you created when updating your login. The difference is that you now have the move back and forth easily between multiple Google services that share the same Google Account. Once you sign in, you stay in - no more logging in and out services.

**I share my AdWords account with others. How will they access AdWords after I update my login?**

Each user will update their AdWords login by creating or choosing their own Google Account. This means that each user can retain their unique login email an password to access the same AdWords account.

There are two ways other users can update their logins:

- Through the migration wizard. Just like you were asked, we'll ask other users who have access to the same AdWords account to update their logins.
- Through an invitation process. You can invite others to create their own Google Account logins to access the same AdWords account as you. This is the way to keep your information secure. Learn more about the invitation process.

When you update your login information, use a Google Account or any email and password combination that is different from your current one and that others access to.

For specific tips and step-by-step instructions on updating your login information, visit our tips FAQ.

**What happens after I update my login?**

First, we'll send a confirmation email to the email address you chose. Visit your email to verify your new information.

Then, you'll be able to sign in to AdWords at adwords.google.com using whichever email and password you created when updating your login. All your accoun information - such as campaigns and billing details - will remain the same.

If you've chosen to use a current Google Account to replace your AdWords login, you'll be able to easily move back and forth between related Google service having to sign in and out each time.

**Will my AdSense login change if I update my AdWords login?**

If you're an AdSense advertiser and use the same email and password to sign in to AdWords and AdSense, your login information will automatically change fo

services when you edit your Google Account login information.

If you'd like to maintain different logins for both services, you can change your login information from your Account Preferences page. Learn how.

**Do I need a Gmail account in order to update my AdWords login information?**

No. You can use any email and password combination (with some technical restrictions) you like to be your AdWords login. If you have a Gmail account, you can use your Gmail email and password to be your AdWords login.

Want some help choosing your AdWords login? Visit our tips FAQ.

Working with My AdWords Account : Account Login and Administration : Updating My Login to a Google Account : **Tips and Troubleshooting**

**I'm having trouble logging in to AdSense and AdWords. Why? What should I do?**

Your AdSense login and AdWords login are probably identical. When you updated your AdWords login to a Google Account, you most likely chose the same email and password that you currently use for your AdSense account.

But don't worry. You can fix the problem so you can sign in to both services separately again. Simply choose a different login for AdWords or AdSense. For faster results, we suggest you choose option I below (or option II if you updated your AdWords login to be your Gmail login).

**I. Change your AdWords login**

To choose a different login for AdWords:

1. Sign in to the Google Accounts page using whichever login email and password you chose when you updated your information.
2. Click 'Email address.'
3. Choose a new email address or password.
4. Click 'Save changes.'

Once you update your information, check your email to verify your email address. Then, you can sign in to your AdWords account using your selected Google Account login. Remember that your AdSense login will remain the same.

**II. Change your AdWords login (if you updated it to be your Gmail login):**

1. Sign in to the Google Accounts page using your Gmail email and password.
2. Go to the AdWords homepage. You'll automatically be signed in and redirected to your AdWords account.
3. Click the 'My Account' tab and then 'Account Preferences.'
4. Click 'Replace login with another Google Account' beneath 'Login Information.'
5. Click 'Create a Google Account' to replace your login with a new Google Account.

6.  Follow the steps to choose a new email and password.

Once you update your information, check your email to verify your email address. Then, you can sign in to your AdWords account using your new login information. Remember that your AdSense login will remain the same.

### III. Change your AdSense login

To choose a different login for AdSense, send us an email by following these steps:

1.  Create an email, and write 'Login change request' as the subject of your message.
2.  Include all of the following in the body of your message:
    - The email address currently associated with your account
    - The email address you'd like to use as your new AdSense account email address
    - The date of the first day your account registered AdSense impressions
    - The number of page impressions registered on your first day of impressions
3.  Send this email to adsense-support@google.com.

We'll let you know when your new information is updated.

---

I need help updating my AdWords login. Can you offer some tips?

---

Yes. While we think Google Accounts is great, we also understand that it might be a little confusing deciding the best way to update your AdWords login information. To help, we've listed some best practices and steps for updating your AdWords login email and password to a Google Account. Choose the scenario that relates to you the most.

To learn if you have a Google Account, visit our Google Accounts FAQ.

### I. You manage your own AdWords account and don't have a Google Account

If you manage your own AdWords account, you can use the same AdWords email that you're currently using to be your new Google Account email. However, we strongly suggest that you use a different password than your current one, just to be on the safe side.

To update your login, follow these steps:

1.  Log in to your AdWords account. If you're not automatically directed to the update wizard, click the 'Update your login to a Google Account' link at the top of the page.
2.  Read the introduction, and click 'Continue.'
3.  Select 'I only sign in to AdWords, or AdWords and AdSense' for the next question. Click 'Continue.'
4.  Enter your current AdWords email (or another email you'd like to use) into the 'Email:' field. Then, enter a different password from the one you're currently using in the correct fields. Enter the security word, and read and accept the terms of conditions.
5.  Review your login information, and click 'Update My Login.'

Once you update your login, check your email to verify that your Google Account email is correct.

**II. You manage your own AdWords account and already have a Google Account**

If you manage your own AdWords account and already have a Google Account email and password, we suggest you use the same Google Account information to be your new AdWords login. This way, you can move easily back and forth between your Google services - without having to sign in and out each time.

You can also create a new Google Account and use it to be your new AdWords login, even if you currently have a Google Account. To do so, follow the steps in section I above. However, it's important to remember that you can only be signed in to Google with one Google Account at a time.

To update your AdWords login to an existing Google Account, follow these steps:
1. Log in to your AdWords account. If you're not automatically directed to the update wizard, click the 'Update your login to a Google Account' link at the top of the page.
2. Read the introduction, and click 'Continue.'
3. Select 'In addition to AdWords, I also sign in to other Google services ...' for the next question. Then, click 'Continue.'
4. Click 'Replace my AdWords login with my existing Google Account.'
5. Enter your current Google Account email and password you'd like to use in the appropriate fields. Click 'Continue.'
6. Review your login information, and click 'Update My Login.'

Once you update your login, check your email to verify that your Google Account email is correct.

**III. You share an AdWords account or My Client Center with others**

If you share your AdWords login email and password with others, each user can create their own email and password to log in to AdWords. When you update your login information, simply use a Google Account or any email and password combination that is different from your current one and that others don't have access to.

To update your login, follow these steps:
1. Log in to your AdWords account. If you're not automatically directed to the update wizard, click the 'Update your login to a Google Account' link at the top of the page.
2. Read the introduction, and click 'Continue.'
3. Follow steps 3-5 in section I above if you don't have a Google Account or don't want to use an existing Google Account to be your AdWords login. Remember to choose a different email and password combination than you've used in the past.
4. Follow steps 3-6 in section II above if you want to use an existing Google Account to be your AdWords login.

If you have a Google Account and want to keep your personal services completely separate from your professional services, create a new Google Account that you'll use to sign in to AdWords. To learn more, visit our FAQ on maintaining different Google Accounts. To learn more about sharing, visit our FAQ on sharing.

**IV. Someone else helps to manage your account (with or for you)**

If you have an AdWords account or a My Client Center account that someone else helps you manage (such as a client manager, bid

manager, API developer, or agency), choose an email and password combination that is different from your current one and that others don't have access to. This ensures that your personal information is kept private. Follow the same guidelines outlined in section III above. In addition, you might want to visit the best practices FAQ for API advertisers.

After you update your login information, let your manager know that your login information has changed. However, keep your Google Account email and password to yourself. Just like we asked you, we'll ask your manager to update their AdWords login information. This way, your manager can still help you with your account without having access to your personal information.

### V. You manage someone else's account (such as if you're an API developer, bid manager, or client manager)

If you have a My Client Center and manage other people's AdWords accounts, select an email and password combination or Google Account that is different from your current one and that others don't have access to. Follow the same instructions listed in section III above.

After you update your information, all your client accounts will still be linked to your master My Client Center. The only difference is your AdWords login email and password will change. Just like we asked you, we'll ask all your clients to update their AdWords login information. We suggest that you don't update the login information for your clients in order to protect their privacy.

I updated my AdWords account and now I can't log in. What's wrong?

Please try this troubleshooting checklist of solutions to common login problems.

- **Correct password?**
  The password field is case sensitive, so check to see if you are using the correct capitalization. If you're unsure about or have forgotten your password, you can choose a new one by clicking 'Forgot your password?' on the AdWords homepage.

- **Extra spaces in login?**
  Our login system is space sensitive as well as case sensitive, so be careful not to enter any extra spaces before or after your login information.

- **Correct email address?**
  Make sure you're using the email address you provided during the Google AdWords account set-up process. Is it possible you used an alternate address by mistake?

If the above tips don't resolve the problem and if you recently updated your AdWords login to a Google Account, see below for more troubleshooting tips:

- **Have you verified your new Google Account email?**
  Check your email. We sent you a verification message to the email address provided when you updated your login. Open this message from us, and click the link to verify your account.

  Or, have us resend this message to you. Try to log in to your AdWords account using whichever email and password you chose when you updated your login. Click the link in the message asking us to resend the verification email. Then, check your email to verify your email address.

- **Are you using the correct email address and password?**
  Make sure that you're trying to sign in to AdWords using the same email address and password you provided when you updated your AdWords login to a Google Account. The email and password fields are case sensitive, so use the correct capitalization and don't include extra spaces.

- **Did you provide a real email address when you updated your AdWords login?**
  Sign in to AdWords using whichever email address and password you provided (even if it's not a real email address). You'll see a message asking you to verify your account. Click the 'If you mistakenly entered the wrong email, please click here to change your email address' link. Then, reset the email address to one that you own. Be sure to check your email to verify your address.

- **Did you update your AdWords login through your AdWords account or through the <u>Google Accounts page?</u>**
  <u>Sign in</u> to AdWords with the same AdWords login you used in the past instead of the Google Account you recently created. You'll then be asked to update your AdWords login. Follow the steps to update your information. Choose 'Yes, I have a Google Account,' and 'Yes, Replace my AdWords login with my existing Google Account' during the update process.

- **Are you getting the error message 'user already exists'?**
  1. <u>Log in</u> to your AdWords account using the AdWords email and password you used before creating your Google Account. If you're not automatically directed to the update wizard, click the 'Update your login to a Google Account' link at the top of the page.
  2. Choose 'Yes' or 'No' for the first step, depending on if you share your AdWords account with others. Then, click 'Continue.'
  3. Select 'Yes, I have a Google Account' for the next question. Then, click 'Continue.'
  4. Click 'Replace my AdWords login with my existing Google Account.'
  5. Enter the Google Account email and password you created previously in the appropriate fields. Click 'Continue.'
  6. Review your login information, and click 'Update My Login.'

- **Did you update your AdWords login to your AdSense login?**
  Visit our <u>AdWords and AdSense Troubleshooting FAQ</u>.

- **Do you have more than one AdWords account?**
  Visit our <u>two AdWords accounts troubleshooting FAQs</u>.

If you continue to have trouble logging in to your account, please <u>contact us</u> and provide as much detail as you can, including any error messages you may be receiving.

I signed in to AdWords and was taken to the wrong account. Why? What should I do?

You most likely have two AdWords accounts with identical login emails and passwords. When you updated your AdWords login to a Google Account, you probably chose the same AdWords email and password that you currently use for your other AdWords account.

But don't worry. You can fix the problem so you can sign in to the right AdWords account in the future. Simply choose an alternate login email for one of the two AdWords accounts - via your AdWords account or via Google Accounts.

To decide the best option for you, think about which AdWords account login you'd like to keep the same. If you would like to keep your recently updated Google Account login the same, choose option I. Otherwise, choose option II. If you recently updated your AdWords login to be your Gmail account, choose option I.

**I. Choose a new login email in your AdWords account**
1. <u>Sign in</u> to AdWords using your AdWords email and password. You should automatically be directed to the update wizard.
2. Read the introduction, and click 'Continue.'
3. Select 'I only sign in to AdWords, or AdWords and AdSense' for the next question. Click 'Continue.'
4. Enter an email address and/or password that is different than your other account's email address in the correct fields. Enter the security word, and read and accept the terms of conditions.

5. Review your login information, and click 'Update My Login.'

Once you update your information, check your email to verify your email address. Then, you can sign in to this AdWords account with your selected login.

**II. Choose a new login email in Google Accounts**

1. Sign in to Google Accounts using your current AdWords login email and password.
2. Click 'Email address.' (You can also change your password.)
3. Choose a new email address.
4. Click 'Save changes.'

Once you update your information, check your email to verify your email address. Then, you can sign in to this AdWords account using your selected login.

You will also receive a message at your previous email address with the subject 'Google Account Management.' This email is sent only as confirmation of the email address change, so no action is required.

I just changed my login. Why is my old email also listed on the Access page?

Your old login email may still appear on your Access page in the case that you currently share your AdWords account with others. This helps to ensure that other users will still be able to log in to AdWords with the old email and password until all advertisers have updated their logins. Each time someone updates their information, their new login email will appear on the Access page.

In a few weeks (after the update deadline has passed), your old login email will disappear from this page. Only users who you've given access to - as well as your recently updated Google Account email - will show.

Invite others to access this account.

Working with My AdWords Account : Account Login and Administration : **Tips and Troubleshooting**

How do I know if I have a Google Account?

When you create an AdWords account, you'll be asked if you'd like to use your existing Google account login for AdWords. How do you know if you already have a Google Account?

A Google Account is a single email and password used to access multiple Google services, including Gmail, Google Groups, Google Alerts, Froogle Shopping List, Personalized Search, Personalized Homepage, and Google Answers. If you currently use one of these services, you probably already have a Google Account that you can use for AdWords.

The sure-fire way to tell if you have a Google Account is to visit the Google Accounts Assistance page. Enter an email you use often, and complete the steps. If we recognize that your email address is tied to a Google Account, we'll send you an email with your Google Account password. If we don't recognize your email address, we'll let you know.

If you don't have a Google Account or still aren't sure, no worries. You can create a new Google Account when creating your AdWords account.

---

**I added Gmail to my Google Account and now I can't sign in. Can I undo the change?**

---

If you're signed in with a non-Gmail Google Account while creating a Gmail account, you'll be given the option to add the Gmail service to your exisiting account. Adding Gmail to your Google Account will change your login to your new Gmail login, so you'll need to sign in with your Gmail username and password to access all your favorite Google Accounts services.

While we don't currently offer a way to reverse this process and restore your old Google Account, we do currently offer two workarounds:

RECREATE YOUR OLD GOOGLE ACCOUNTS LOGIN:

To recreate your former Google Accounts login, please visit https://www.google.com/accounts/NewAccount and follow the directions. Please note that this option simply recreates your old login; it doesn't restore the account. If you decide to recreate your old account, you'll need to rebuild those elements of your Google Account (e.g recreate your personalized Google homepage). If you're using Google AdWords or Google Analytics, you may be able to transfer those services back to your preferred login. The Help Centers for those particular products may offer you assistance in doing so.

DELETE GMAIL FROM YOUR GOOGLE ACCOUNT:

If you've recently created your Gmail account, and your preferred Google Accounts login is listed as your Gmail secondary address, you can delete the Gmail portion of your account and restore the account to your preferred username. To do this, please visit https://www.google.com/accounts/Login and sign in with your Gmail username and password. Next, click on the "Delete Gmail Service" link, confirm that your old Google Account is listed as your "New Email Address," and click on the "Remove Gmail" button.

If you choose to delete Gmail from your account, you'll need to receive a new Gmail invitation and select a different username to create a new Gmail account. To learn more about creating a Gmail account, please visit the Gmail Help Center at http://mail.google.com/support/

Should you have any further questions, please let us know.

---

**Can I merge my Gmail account with my existing Google Account?**

---

Once you've completed the Gmail account creation process, it's not possible to merge it with an existing Google Account. However, if you receive an invitation to a new Gmail account, you can add Gmail service to your existing non-Gmail Google Account by clicking the option on the Gmail account creation page that says "If you already have a Google Account, you can sign in here."

---

**What's the difference between a Google Account and an AdWords account?**

---

A Google Account is made up of an email and password - similar to your AdWords login. An AdWords account, on the other hand, is your personal dashboard relating to your AdWords advertising. Your AdWords account includes your AdWords campaigns, billing history, and other information.

The key difference between a Google Account and an AdWords login is that your Google Account lets you tie multiple Google services under one email address and password.

---

How do I change my Google Account email and/or password?

---

<p>You can edit your current Google Account or assign a new one to your AdWords account at any time through your Account Preferences page in your AdWords account.
<br><br>
To edit your current Google Account:
<ol>
<li><a href="/select/">Sign in</a> to your AdWords account.</li>
<li>Click the <b>My Account</b> tab and then <b>Account Preferences</b>.</li>
<li>Click <b>edit in Google Accounts</b> beside <b>Login Information</b>.</li>
<li>Follow the links on the left-side of the screen to edit your email and/or password. (Note: If you have a Gmail login, you'll only be able to edit your password here. To change your email address, follow steps 1-5 below.)</li>
<li>Save your changes.</li>
</ol>
To assign a new or existing Google Account to your AdWords account:
<ol>
<li><a href="/select/">Sign in</a> to your AdWords account.</li>
<li>Click the <b>My Account</b> tab and then <b>Account Preferences</b>.</li>
<li>Click <b>Replace login with another Google Account</b>.</li>
<li>Enter your Google Account email and password into the appropriate fields if you want to replace your login with an existing Google Account. Or, click <b>Create a Google Account</b> to replace your login with a new Google Account.</li>
<li>Click <b>Save changes</b>.</li>
</ol>
You should now be able to sign in to AdWords using the assigned Google Account email and password.</p>

---

How can I keep my personal and professional accounts distinct?

---

Some things just don't mix - like your boss at your friend's wedding or your friend at your company lunch. These same principles can be applied to your Google services. To keep your professional life professional and your personal life personal, simply create different Google Accounts based on this logic:

- Which Google services do you want to use for professional reasons? Use one Google Account for these services, such as AdWords and Froogle.
- Which Google services do you want to use for personal reasons? Use a different Google Account for these services, such as Gmail, Google Groups, and Personalized Homepage.

If you share an AdWords account with other users, you can maintain your own login. Learn how

---

How do I invite others to share an AdWords account?

---

You can ask others to create their own logins to access your AdWords account. This is the best way to safeguard your own information.

To send someone an invitation:
1. Click the **My Account** tab and then **Access**.

2. Click the **Invite other users** link.

3. Enter the email address(es) of the person(s) you'd like to invite in the appropriate boxes, and click **Continue**.

4. Enter your name and a personal message about the nature of the email in the fields. Click **Preview the invitation** to see the outgoing message we've created with your personalized content. Click **Continue**.

5. Make sure the email addresses and message is correct, and click **Send Invitations** when you're ready.

After you send your invitation, we'll notify you of the invite status in your account. We'll also send you an email once the person accepts or declines the invitation with instructions on how to proceed. If the user accepts the invitation, you'll need to grant this person access to the account via your Access page. If the user doesn't accept or decline the invitation within a few days, we encourage you to call him or her.

Why shouldn't I share my Google Account with others?

Any person or website with access to your Google Account can access all the services tied to it. For example, if you use the same Google Account to sign in to Google Groups and AdWords, someone who knows your Google Account will be able to view your information for both services. Therefore, sharing your Google Account information is not recommended.

The best way to avoid information sharing is to keep your personal Google Account private, and never to enter your Google Accounts username and password on non-Google properties.

Visit our tips FAQ for step-by-step instructions on updating your login information. It includes specifics for advertisers who share accounts, client managers, and clients.

My invitee has accepted the invitation. Now what?

You'll need to grant the user access via your Access page. Here's how:

1. Click the **My Account** tab and then **Access**.

2. You'll see a message at the top of the page notifying you that the recipient has accepted your invitation. Make sure the correct person has accepted your invitation by talking to him or her directly. Then click the **Grant NAME Access** button.

We'll send a confirmation email to this person, who will now be able to access the AdWords account.

What if I sent the invitation to the wrong email?

No worries. The invitation process isn't complete until after you grant the person access. If the wrong person has accepted your invitation:

1. Log in to your account.

2. Click the **My Account** tab and then **Access**.

3. If the user has accepted your invitation, you'll see a notification at the top of the page. Click the **uninvite** link to exclude the related individual from accessing your AdWords account. If the user has not yet accepted your invitation, find the person's name beneath the Users with Access section, and click **uninvite**.

The user will not be able to access your account. If you think you've made a mistake, you can re-invite this person to share your account at any time.

---
I can't log into my account. What's wrong?
---

Please try this troubleshooting checklist of solutions to common login problems.

- **Correct password?**
  The password field is case sensitive, so check to see if you are using the correct capitalization. If you're unsure about or have forgotten your password choose a new one by clicking 'Forgot your password?' on the <u>AdWords homepage</u>.

- **Extra spaces in login?**
  Our login system is space sensitive as well as case sensitive, so be careful not to enter any extra spaces before or after your login information.

- **Correct email address?**
  Make sure you're using the email address you provided during the Google AdWords account set-up process. Is it possible you used an alternate addre mistake?

- **Have you verified your Google Account email?**
  Check your email. We sent you a verification message to the email address provided when you created your Google account. Open this message from click the link to verify your account. Or, have us resend this message to you. Try to <u>sign in</u> to your AdWords account using whichever email and passw chose when you created your login. Click the link in the message asking us to resend the verification email. Then, check your email to verify your ema

- **Did you provide a real email address when you created your AdWords account?**
  <u>Sign in</u> to AdWords using whichever email address and password you provided (even if it's not a real email address). You'll see a message asking you your account. Click the 'If you mistakenly entered the wrong email, please click here to change your email address' link. Then, reset the email address that you own. Be sure to check your email to verify your address.

If you continue to have trouble logging in to your account, please <u>contact us</u> and provide as much detail as you can, including any error messages you may be

---
How do I get a Gmail account?
---

You can get a Gmail account if you're invited by someone who already has one. Or, you can <a href=" https://www.google.com/accounts/SmsMailSignup1">s for an account using your mobile phone.

---
I have multiple Google Accounts. Can I merge them?
---

Accounts for several Google products can be moved from one <a href="/support/bin/answer.py?answer=24824&topic=7351">Google Account</a> to another products not mentioned below do not currently have this functionality.
<ul>
<li>You can move your <b>AdWords</b> account to a different Google Account per these instructions:
<ol><br>
<li><a href="/select/">Sign in</a> to your AdWords account.
<li>Click the 'My Account' tab and then 'Account Preferences.'
<li>Click 'Replace login with another Google Account.'
<li>Enter your Google Account email and password into the appropriate fields if you want to replace your login with an existing Google Account. Or, click 'Crea Google Account' to replace your login with a new Google Account.
<li>Click 'Save Changes.'
</ol><br>

You should now be able to sign in to your AdWords account using the new Google Account email and password. You may want to disable your old Google Account email from the Access page (under the 'My Account' tab).
<br><br>
<li>You can move your <b>Google Analytics</b> account to a different Google Account by making that Google Account a second administrator to your Analytics account:
<ol><br>
<li><a href="/accounts/ManageAccount">Sign in</a> to your Google Analytics account.
<li>Click 'Access Manager.'
<li>From the 'Existing Access' table, click 'Add User.'
<li>Enter your alternate Google Account's email address, last name, and first name.
<li>Select 'Account Admin' as the Access type.
<li>Click 'Finish.'
</ol><br>
Now you can sign in to your Analytics account as the new administrator, and you can delete the original account administrator, if you choose to.
<br><br>
<li>To move your <b>Google Base</b> account to another Google Account, please <a href="
http://base.google.com/support/bin/request.py">contact</a> the Google Base User Support team for assistance.

## Working with My AdWords Account : Google Checkout : **About Google Checkout**

Where can I find information about free transaction processing through Google Checkout based on my AdWords spend?

For information about earning free transaction processing through Google Checkout based on your monthly AdWords spend, please visit the Google Checkout Help Center.

Where can I find information about Google Checkout badges on AdWords ads?

For information about Google Checkout badges and AdWords ads, please visit the Google Checkout Help Center.

How can I confirm whether my badges are active?

You can review your badge status and eligibility at any time. Here's how:

**Badge status in AdWords account**
Your badges can be marked as either 'Active' or 'Suspended' in your AdWords account. If they're active, they're currently appearing with your AdWords ads on Google search results pages. If they're suspended, they aren't appearing at all.

Badges can be suspended if:

- Your Google Checkout access has been suspended.

- Your URL links to an invalid site.

- Your badge activity is under review.

To determine whether your badges are currently active:
1.   Sign in to Google AdWords.
2.   On your Campaign Summary page, click the appropriate campaign.
3.   Click the Ad Group containing the ads that direct buyers to your public business website URL.

At the top of your Ad Group page, you'll find a status message confirming whether your badges are active or suspended.

**Badge eligibility in Merchant Center**
Your badges may be marked as 'active,' 'not eligible,' or 'suspended' in the Google Checkout Merchant Center.

An 'Active' state means you've signed up for Google Checkout, provided your public business website URL, and completely processed your first order. Although you've met the badge requirements at this point, your badges may not necessarily appear. For example, if your badges are marked as 'active,' you may not see them if:

   ■   You've just recently completed your first order. You may need to wait several hours after completing your order before your badges appear.

   ■   Your AdWords ads are being reviewed.

   ■   You change the URL in your AdWords ads. (Remember, your AdWords ads must direct buyers to your public business website URL in order to display Google Checkout badges.)

   ■   Your badge activity is under review.

A 'not eligible' state means you haven't completed your first order. A 'suspended' state means your badges have been suspended by Google Checkout.

To determine whether your badges are eligible to appear:
1.   Sign in to Google Checkout.
2.   Click the **Settings** tab.
3.   Click **AdWords**.

Your badge eligibility information will appear at the top of the page.

---
What is Google Checkout?
---

Google Checkout is a service that makes buying and selling across the web fast, convenient, and secure.

When you sign up for Google Checkout as an AdWords advertiser, you can display the Google Checkout icon on your ads to help more shoppers find you. You can offer your shoppers a fast, convenient, and secure checkout process, which encourages them to buy. And when they buy, you can process $10 in sales at no charge for every dollar you spend on AdWords.

To learn more about how Google Checkout can help you attract more leads, convert more leads into sales, and process sales for free, please visit the Google Checkout Help Center.

Working with My AdWords Account : Google Checkout : **Information for AdWords client managers**

---

How many links to Google Checkout can I accept?

You may accept a link from one Google Checkout merchant for each AdWords account you manage.

Why is someone requesting to link my AdWords account to Google Checkout?

Google Checkout merchants who advertise with Google AdWords are eligible to receive free transaction processing based on their monthly AdWords spend. To earn free transaction processing, merchants must link a valid AdWords account to Google Checkout. In many cases, Google Checkout merchants manage their own AdWords accounts and are able to complete the link process themselves.

If, however, you manage an AdWords account for a Google Checkout merchant, you may receive an email from Google (on behalf of the merchant) requesting your assistance with the link process. The email will direct you to a Google Checkout page where you can:

- Accept the link: Accepting the link means the Google Checkout merchant will earn free transaction processing based on the monthly spend of the AdWords account you manage.
- Request more information: You can contact the requestor directly by email if you need more information about the linking process.
- Deny the link: In the unlikely event that you don't recognize the person or business requesting a link to your AdWords account, you can deny the request, or simply do nothing. No changes will be made to your AdWords account without your permission.

## Working with My AdWords Account : Tools : **Ad Troubleshooting**

What information does the Ads Diagnostic tool take into account?

The Ad Diagnostics tool reviews data specific to each query and its related ad(s) based on all available account data at the time you run the ad diagnostics report. Like the statistics available for your campaigns and Ad Groups, reporting is not real-time and may not reflect data received in the last three hours. Please note that using this tool will not generate additional impressions for your ads.

If there are other factors within your account affecting the query and ad diagnosed, this information will be included in the diagnostic results. Details that may impact your ad delivery for a particular query will only be included from active campaigns, Ad Groups, and keywords. Currently, the data reviewed is specific only to those ads you have targeted to the Google search network.

Reported issues for a particular ad and its related keywords may include any aspect related to ad creation and your account settings. Examples include ad and keyword approval status, cost-per-click (CPC) and budget price settings, ad and keyword performance, ranking status, geo-targeting settings, etc.

How can I preview my ad on Google search results pages?

With a test search, you can preview ads and search results as they would appear on a regular Google search results page, without accruing extra impressions for your ad. You can even view search results and ads as they'd appear in other geographical locations, simply by adding geographic

parameters to the search results page URL.

To perform a test search:

1. Enter a search term on Google.

2. On the search results page, add *&adtest=on* to the end of the URL in the navigation bar of your browser. (The search results and ads appear as they would on Google, except the links on the preview page aren't clickable.)

3. Click **Go** or hit **Enter** on your keyboard.

4. (Optional) To see how your ad looks in other geographic locations, append one or more of the following parameters after *&adtest=on*:

| Geographical Target | Parameter (append after &adtest=on) | Example | Dependencies |
|---|---|---|---|
| Country | &gl= | &gl=US will show a test search for the United States. See more country codes. | |
| Region | &gr= | &gr=GB-ENG shows a test search for England. See more region codes. | |
| City | &gcs= | &gcs=New York shows a test search for New York City, when used in combination with the correct region parameter. You may need to type %20 or + instead of a space between words, such as &gcs=New%20York. | The region parameter must be set to the region containing the city. For example, to see a search results page for users in New York City, append &gr=US-NY&gcs=New York. |
| Latitude and longitude | &gll= | &gll=37304332,-121393872 shows a test search for this latitude and longitude. Latitude and longitude values must be specified in micro-degrees. | |
| Postal code (US only) | &gpc= | &gpc=94043 shows a test search for Mountain View, CA, when used with the US country parameter. The numbers may be any 5-digit US postal code. | The country parameter must be set to US. For example, to see a search results page for users in Mountain View, CA, append &gl=US &gpc=94043. |
| DMA (US only) | &gm= | &gm=602 shows a test search for Chicago, IL. See more US Metropolitan Region codes. | |

To use more than one parameter, include '&' between each parameter. When multiple parameters are used they should not contradict. For example, appending &gpc=90210&gr=GB-ENG will not trigger location targeted results either for the 90210 US postal code or for England.

## Working with My AdWords Account : Tools : **Find and Edit...**

........................................................................
Tool: Find and Edit Keywords
........................................................................

AdWords offers a variety of tools to help you quickly and effectively manage, modify, and find ways to improve your account.

The **allows you to update single or multiple keywords throughout your account all at once. Use the Find and Edit Keywords Tool now** &.

........................................................................
Tool: Find and Edit Ad Text
........................................................................

**AdWords offers a variety of tools to help you quickly and effectively manage, modify, and find ways to improve your account.**

Use the Find and Edit Ad Text Tool to update single or multiple ads throughout your account all at once.

Tool: Find and Edit Max CPCs

AdWords offers a variety of tools to help you quickly and effectively manage, modify, and find ways to improve your account.

Use the Find and Edit Max CPCs Tool to update single or multiple Max CPCs throughout your account all at once.

Tool: Copy or Move Keywords and Ad Text

Use the Copy or Move Keywords and Ad Text tool to copy or move keywords and ad text to existing campaigns or Ad Groups in your AdWords ac:
the Copy or Move Keywords and Ad Text tool now 🗗.

Or, here's how to access and use the tool later:

1. Log in to your account at https://adwords.google.com/select.

2. At the top of your Campaign Management screen, click Tools.

3. On the next screen, click Move Keywords and Ad Text.

   - **Step 1: Choose a search option**
     Select to search for keywords or ad text.

   - **Step 2: Choose an action**
     You may move or copy ad text or keywords. Moving keywords or ad text removes them from the current location, and adds them to a
     location. Copying keywords or ad text does not affect the current location; a duplicate will be placed in a new location.

   - **Step 3: Find the keywords you'd like to copy**
     Tell the system where to search and what to search for by setting filter(s). The system will find keywords that match all of your filters
     may leave any filter blank, and if you'd like to find all keywords in your account, simply skip the entire step.

   - **Step 4: Select the items you'd like to move**
     Check the boxes next to keywords you'd like to move to a new location, or check Move all at the top of the page to move all matches
     click Continue to proceed with your changes.

     - If you'd like to move associated ad texts, be sure to check the box under Do you also need to copy or move associated ad tex
       before you click Continue. You will then be able to choose ad texts to copy or move in the following step.

   - **Step 5: Choose a destination**
     Select one location to which you'd like to move the selected information. From the list, click campaign names to view Ad Groups. Th
     your selection and click Continue.

   - **Step 6: Save your changes**
     Review the summary of your request, and click Save Changes when you are ready to complete the process.

Tool: Find and Edit Campaign Negatives

AdWords offers a variety of tools to help you quickly and effectively manage, modify, and find ways to improve your account.

Use the <u>Find and Edit Campaign Negatives Tool</u> to manage your negative keywords--which help you reduce wasted clicks--at the campaign level.

## Working with My AdWords Account : Tools : **My Change History**

Why can't I see more results in My Change History?

The My Change History tool displays changes you've made to your AdWords account in the last three months. You may see incomplete results in the following cases:

- If you request data for a time period that goes beyond three months prior to today's date.
- If no changes were made to your account for the time period that you selected.

Also, it can take a few minutes for your changes to appear in My Change History. If you don't see your most recent changes, check again in a little while.

Tool: My Change History

AdWords offers a variety of tools to help you quickly and effectively manage, modify, and find ways to improve your account.

Use the <u>Change History tool</u> (AdWords login required) to browse changes you've made in your account in the last 3 months.

## Working with My AdWords Account : Tools : **Keyword Tool**

What features does the Keyword Tool include?

The Keyword Tool allows you to build extensive, relevant keyword lists from one easy, simple interface. Generate keyword lists, review traffic estimations for existing and new keywords, and add your keywords directly into your Ad Groups from the same page. You can combine the relevant keywords you get with one another or with your existing keywords to make them more specific. Or, use the 'Possible negative keywords' view to see negative keywords that might work for your campaign {new!}.

To access this tool from within your Ad Group, click Keyword Tool above the keyword table for the Ad Group you wish to edit. You can also access our standalone tool from the Tools link on the Campaign Summary. <u>Review detailed instructions on how to use the Keyword Tool</u>.

Features of this tool include:

- Search for keywords in three ways. Use keywords you enter, your existing high clickthrough rate keywords, or any webpage URL for your search. You can also expand your keyword search even further to include pages linked to from the original URL. (Site-related keyword searching is available for <u>a limited number of languages</u>.)
- Keyword performance statistics. See Google's performance statistics for your keyword results. Views include keyword popularity,

global search volume trends (new!), cost, and predicted ad position.

- **Easy keyword manipulation.** Select a few keywords here and there, or add them all at once. Keywords already present in your Ad Group will be marked so that you don't have to worry about them. You can also download your keyword list as a .csv file.
- **More keyword results based on regularly updated statistics.** Our advanced search engine technology allows us to provide you with the latest information on potential keywords for your campaigns.

**Common Questions**

- How do I use the Keyword Tool?
- Can I generate keywords from a webpage URL?
- What statistics can I see for my Keyword Tool results?
- Is the Ad Group Keyword Tool different from the standalone tool?
- Why do some generated site-related keywords appear irrelevant?
- Why does the Keyword Tool sort keywords by relevance?
- Can I generate keywords from a URL in my language?
- How can negative keywords benefit my ad campaign?

Why are my average positions reported as fractions (such as 1.5)?

When viewing your ad performance reporting data within your account (not via the traffic estimator), you may see decimals reported for your ad positions. Unless you choose specific keyword matching options, your keyword targets will likely match a large number of different queries through broad matching. For example, targeting domain name will match queries for domain name registration and free domain name, which might have been individually targeted by another advertiser at a different cost-per-click (CPC). If your maximum CPC is high enough to land your ad in the first position for the query free domain name, but only in the fourth position for domain name registration, your average position might turn out to be 2.4.

Tool: Keyword Tool

AdWords offers a variety of tools to help you quickly and effectively manage, modify, and find ways to improve your account.

With the right keywords, you can really improve your clickthrough rate. Get ideas with the Keyword Tool.

Is the keyword tool guaranteed to produce great results?

The keyword tool is not guaranteed to produce keywords that will improve your campaign's performance. It is a useful tool for helping you discover keywords that may be related to your account.

However, some of the terms may not be relevant for you. If you find any results that do not relate directly to your Ad Group, it is a good idea to add them as negative keywords.

All keywords you add to your keyword lists are subject to review according to both our editorial discretion and policies, which are applied outside any data the Keyword Tool may return on a given search. The alternatives you may receive for your submitted keywords are not edited to ensure that we provide the most accurate representation of Google search behaviors, and of what keywords may trigger your ads. Please also note that the Keyword Tool does not take the individual performance or content of your existing ad(s) into account when returning keyword alternatives.

## Working with My AdWords Account : Tools : Traffic Estimator

What information does the Traffic Estimator provide?

The Traffic Estimator is designed to give you keyword traffic and cost estimates at a glance. For any keywords you select, you'll see the following information:

Keywords/Minimum Bid: Underneath each keyword, you'll see the amount that you must pay in order for your ad to run.

Maximum CPC (Cost-per-Click): This is the most you're willing to pay each time someone clicks the ad associated with your keyword. You can set this amount at the Ad Group or keyword level.

Predicted Status: Based on your maximum bid, this is the state your keyword will be assigned if added to the Ad Group. Keywords will return one of two states: active or inactive for search. If your keyword is listed as inactive for search, we'll list the minimum bid required to activate it.

Search Volume: Search volume information can help you determine how competitive ad placement is for a particular keyword. The ranges shown represent the search traffic for the broad-matched version of that keyword as compared to that of all keywords within AdWords with the same language and country targeting. The green bar shown in your account represents a general low-to-high quantitative guideline. (In downloaded files, search volume is represented as a number rather than a graphic. The range for search volume in this case is 1 to 5, with five being the higher number.)

Estimated Avg. CPC: The average amount you'll pay for each click. The AdWords Discounter automatically adjusts your maximum CPC so you pay only one cent more than the minimum amount required to keep your ad's position. Therefore, the displayed amount may be lower than the overall cost estimate range for all keywords, or the maximum CPC already in place for your Ad Group.

Estimated Ad Positions: The average position in which your ad may show. '1 - 3' is the highest range with 1 being the highest position on the first page of search results. Estimates are shown as ranges because ranges are the most precise representation of your potential ad performance. Due to the dynamic nature of the AdWords system, these estimates may fluctuate and are most influenced by the clickthrough rate (CTR) and Quality Score associated with your keyword by ad positions are not fixed; they may vary depending on your CTR, competitor activity and your keyword's quality.

See traffic estimates based on an unlimited budget.

To see traffic estimates without the budget limit you've set at the campaign level, click 'Show total potential clicks in the table below.' The following two columns will be included with your estimates:

**Clicks / Day:** The number of clicks your ad may receive each day for this keyword.

**Cost / Day:** The average amount you may spend per day for this keyword.

How do I use the Keyword Traffic Estimator?

**Here's how to use the keyword traffic estimator:**

- **Log in to your AdWords account.**
- **Click the campaign containing the Ad Group and keywords you want to review.**
- **Click the appropriate Ad Group.**
- **Select the Keywords tab.**
- **Click Edit Keywords at the top of the table.**
- **In the field provided, enter your keywords so that each word or phrase appears on its own line.**
- **If necessary, enter the new cost-per-click (CPC) amount in the Default bid field.**
- **Click Estimate Traffic. You will see all of the estimates for each of your keywords. If necessary, you can adjust your maximum CPC and recalculate your estimates.**
- **Click Save to keep the new settings or Cancel to delete them (in which case your original settings will be applied).**

**You can also access our standalone keyword traffic estimator this way:**

- **Log in to your AdWords account.**
- **Click Tools on the Campaign Management tab.**
- **Click Traffic Estimator.**
    1. **Enter your keywords:** In the field provided, enter your keywords so that each word or phrase appears on its own line.
    2. **Choose a currency:** Select your currency. Then enter a specific maximum CPC for your estimates, or let us suggest a value. Our suggested value should deliver your ads at the top position a majority of the time.
    3. **Choose your target language(s):** Select which language(s) you'd like to target.
    4. **Choose your target countries:** Select which countries you'd like to target.
- **Click Continue when you are finished.**

What does 'Not enough data to give estimates' mean?

The Traffic Estimator includes samples of historical ad performance (for your ads and other ads using similar keywords) in its calculations.

If you see 'Not enough data to give estimates' next to any of your keywords, the Traffic Estimator has determined, based on this sampling, that your ad will likely not receive impressions or clicks on any search results page or other ad space. This occurs when your maximum cost-per-click (CPC) and Quality Score aren't sufficient to earn an ad position, or when we don't have enough data to make an accurate prediction.

If this happens, you may wish to increase your maximum CPC or optimize your campaign, ad text, and keywords.

Where is my traffic estimator?

If you have enabled the Google Budget Optimizer™ tool for this campaign, you won't be able to access the keyword Traffic Estimator. Remember, the Budget Optimizer continually calculates the time and budget remaining in your 30-day cycle while it adjusts your CPCs for you. Because the Traffic Estimator you normally see doesn't account for these additional variables, we've removed it from this page. (Please note that you can still access the Traffic Estimator from any campaign that doesn't have the Budget Optimizer enabled.)

If you have not enabled the Budget Optimizer, but you are running a campaign only for content sites and not for search, you also will not be able to access to the keyword Traffic Estimator. The Traffic Estimator is designed to return relevant results only for search keywords.

Tool: Traffic Estimator

AdWords offers a variety of tools to help you quickly and effectively manage, modify, and find ways to improve your account.

Use the traffic estimator to see how often your ads could appear for certain keywords.

Why do traffic estimates for my Ad Group differ from those given by the standalone tool?

When you submit keywords for traffic estimates via your Ad Group, our system takes double serving among your keywords into account. Double serving occurs when there are duplicate instances of a keyword within your account or the same Ad Group. The standalone traffic estimator does not exclude these duplicate instances, but instead presents traffic estimates based on all potential traffic. This is because the Ad Group traffic estimator is already associated with specific Ad Group performance details that are not included when you use the standalone tool.

What does it mean when the Traffic Estimator displays a '-' symbol?

The Traffic Estimator includes samples of historical ad performance (for your ads and other ads using similar keywords) in its calculations.

If you see a '-' instead of a numeric value in the Position field, the Traffic Estimator has determined, based on this sampling, that your ad will likely not garner impressions on any search results page or other ad space. Generally speaking, this occurs when the combination of various factors such as your maximum cost-per-click (CPC) and clickthrough rate (CTR) aren't sufficient to earn an ad position.

In this situation, you may wish to increase your CPC and improve your CTR until you reach your desired results.

How can I import keywords to the Traffic Estimator?

**You can type your keywords directly into the Traffic Estimator. If you have a long list of terms, you can also copy and paste your keywords. Please note, copying and pasting keywords from Microsoft Word may prevent the Traffic Estimator from working properly. You can try saving your keyword list as unformatted plain text before copying and pasting it.**

Why is traffic to my ad different than what the estimator predicted?

**The traffic estimator uses information from the dynamic ads system to project expected results. Here are some reasons why your keywords' estimates may be different than the actual results:**

- **You recently created an AdWords account.**
  **If you're a new advertiser, your estimates are based on historical average data for all advertisers because we don't know anything about your business yet. We provide a rough system average for your guidance until the system knows more about how your ads are performing.**

- **Your daily budget isn't considered when estimating clicks.**
  **Estimates are based on your bid and geographic targeting. The estimated total clicks includes all available for your bid and targeting. Most likely, the number of clicks you receive will be limited by your daily budget, so you may see less traffic to your ads.**

- **Your ads run on the content network.**
  **Estimates are for the Search Network (Google and search partners), and do not include estimates for the number of clicks your ads might receive on the content network. You can expect more traffic than what's estimated if your ads run on the content network.**

- **You are targeting a small geographic region.**
  **You can expect results to be less accurate if you're targeting a small geographic location, simply because we have less data on which to base predictions. You can get a better idea by running your keywords.**

- **You have the same, or very similar, keywords in different ad groups or campaigns.**
  **Regardless of how many ads you have running on a single keyword, we'll only show one on each page of search results. That means that if you have the same or similar keywords in different ad groups or campaigns, your keywords are competing against each other. The Traffic Estimator doesn't look at keywords across your campaigns, so such competition won't be accounted for in your estimates. If you are estimating traffic for similar keywords in the same campaign, but different ad groups, the tool will consider the overlap although predictions may be less accurate.**

- **You have similar keywords in the list for which you're estimating traffic.**
  **If you estimate clicks for two or more similar keywords, the tool tries to predict how traffic will be divided between the overlapping terms. As a result, your estimates will be less accurate. If you'd like to estimate traffic without considering the overlap.**

- **A full week of data is averaged to provide a daily estimate.**
  **Estimates are based on 1 week of data, and are averaged to provide daily estimates. Day-to-day traffic will vary, so consider an entire week's average rather than a single day's estimate.**

**If you raise the Max CPC for your keywords, you can generally expect your ad's average postion to increase. There are some cases, however, in which increasing your Max CPC may lower your average position:**

- **Your original bid was very low.**
  **Occasionally, your ad will run on keywords with lower bids simply because other advertisers have expended their daily budgets. In such cases, your ad may achieve a higher position than normal, but it will only show a small number of times (impressions). If you**

raise your bid, your ad will compete with other advertisers when they do have a budget. If your bid isn't high enough, you'll gain additional impressions at a low position, which will lower your ad's overall average position. Raising your bid will cause your ad to show more often, resulting in more clicks -- even though your average position will be lower.

- **Your bid is high enough for your ad to show in the top position.**
  If you raise your bid and nothing changes, the traffic estimator is predicting that your bid is high enough for your ad to show in the top position. If you'd like your ad to receive more clicks, you can increase your daily budget.

---

How do I view traffic estimates based on my keywords' past performance?

---

After your ads are running, you can view traffic estimates based on your keywords' performance. To do so, access the traffic estimator from within your Ad Group:

1. Log in to your AdWords account.
2. Click the campaign containing the appropriate Ad Group.
3. Click the Ad Group name.
4. Click Add Keywords.
5. Enter one keyword or phrase per line, and click Estimate Traffic.

## Working with My AdWords Account : Keywords : Matching Options

---

What are keyword matching options?

---

Keyword matching options are four different methods of targeting your AdWords ads to users. With some options, you'll enjoy more ad impressions; with others, you'll get fewer impressions (but potentially more clicks). By applying more focused matching options to your keywords, you can reach the most appropriate prospects, reduce your cost-per-click (CPC), and increase your ROI.

Your options are:

**Broad Match** - This is the default option. If you include general keyword or keyword phrases-such as *tennis shoes*-in your keyword list, your ads will appear when a user's query contains *tennis* and *shoes*, in any order, and possibly along with other terms. Your ads will also automatically show for expanded matches, including plurals and relevant variations. Because broad matches are sometimes less targeted than exact or phrase matches, you should create keyword phrases containing at least two descriptive words each. You can also try the Keyword Tool and the other three matching options to further refine your targeting. Finally, keep in mind that other advertisers may have bid for the same broad-matched keyword combinations that trigger your ads, increasing your actual CPC amounts. Using exact, phrase, or negative matches can help you keep your costs low.

**Phrase Match** - If you enter your keyword in quotation marks, as in "*tennis shoes*," your ad will appear when a user searches on the phrase *tennis shoes*, in this order, and possibly with other terms in the query. For example, your ad will appear for the query *red tennis shoes* but not for *shoes for tennis*. Phrase matching is more targeted than broad matching, but slightly more flexible than exact matching. To ensure your ads are as targeted as they can be, you may want to include at least two descriptive words in your keyword phrases.

**Exact Match** - If you surround your keywords in brackets-such as [*tennis shoes*]-your ads will appear when users search for the specific phrase tennis shoes, in this order, and without any other terms in the query. For example, your ad won't show for the query *red tennis shoes*. Exact matching is the most targeted option. Although you won't receive as many impressions with exact matching, you'll likely enjoy the most clicks, because users searching for terms in this manner typically want precisely what your business has to offer.

**Negative Keyword** - If your keyword is *tennis shoes* and you add the negative keyword *-red*, your ad will not appear when a user searches on *red tennis shoes*. You can apply this option for a keyword at both the Ad Group and campaign level.

To learn more about the benefits of keyword matching options, view our brief online demo.

You can also easily change the match options for multiple keywords throughout your account with our find and edit Keyword Tool located in the Tools section of the Campaign Management tab.

What is the expanded matching feature?

With expanded matching, the Google AdWords system automatically runs your ads on highly relevant keywords, including synonyms, related phrases, and plurals, even if they aren't in your keyword lists. For example, if you're currently running ads on the keyword *web hosting*, expanded matching may identify the keyword *website hosting* for you. The expanded matches will change over time as the AdWords system continually monitors system-wide keyword performance and other relevance factors. This helps determine which expanded matches and variations are the most relevant to user searches. If you'd like to control which expanded matches will display your ads, consider adding negative, exact, or phrase-matched keywords to your keyword lists. Expanded matching only applies to your broad-matched keywords. This feature doesn't affect keywords you've specified as phrase matches (keywords surrounded by double quotation marks) or exact matches (keywords surrounded by [] brackets). Also, expanded-match terms aren't included in our calculations for your minimum quality threshold; therefore, they don't affect your ad's rank.

When do my ads show on variations of my broad- and phrase-matched keywords?

Broad and phrase keyword matching options allow your ads to appear for queries that don't exactly match your keywords. This provides you with additional ad coverage without having to generate an exhaustive keyword list. However, what if some keyword variations don't work well for you, or the keyword isn't as targeted as it could be? There's a greater chance that you'll accrue less-targeted clicks and inflate your costs. We take several steps to help prevent this, while ensuring that users still enjoy a quality advertising experience on Google.

As of April 2006, we consider both your keyword's clickthrough rate (CTR) and cost-per-click (CPC) bid before showing your ad for a keyword variation. A keyword's eligibility for broad match variations is evaluated continuously based on its performance, so if the keyword performs poorly, it will be eligible for fewer variations. Conversely, if it performs well, it will be eligible for more. While it's possible to increase the keyword's CPC bid to counter a lower CTR, we encourage you to optimize your keywords and ad text instead. Also, your original broad-matched keyword can continue to be active even if some of its variations stop showing ads. This way, your keywords aren't penalized for underperforming variations.

We've included two examples below to demonstrate how a user's search might be affected:

Example 1: A user searches for general information about a topic of interest.

An advertiser, Athletic Shoes Online, bids a very low CPC for their low CTR, broad-matched keyword 'walking.' A user interested in finding walking trails to explore in our country's capital searches for 'walking trails in Washington D.C.' However, Athletic Shoes Online's ad doesn't mention walking trails. Our system ensures that the user is less likely to see this ad, and other ads that are less relevant to their search.

Athletic Shoes Online's ads are more likely to appear for all possible variations of their broad-matched keyword 'walking,' if they increase their keyword's CTR by optimizing their ad text and keywords. If that doesn't help, they may have to increase their maximum CPC bid to counter the poor performance of the keyword. They can also use negative keywords to avoid excess impressions that don't deliver clicks. If there are particular terms Athletic Shoes Online really wants the ad to appear for, they can add them as individual keywords to their keyword list.

**Example 2: A user searches specifically for an item of interest.**

An advertiser, WidgetLand, bids an average CPC for their high CTR, broad-matched keyword 'widgets.' A user interested in buying widgets in our country's capital searches for 'reliable widgets in Washington D.C.' Our system shows as many relevant ads for the broad-matched keyword 'widgets' as possible because the user has specifically searched for this item.

If WidgetLand doesn't want their ad to appear for all possible variations of 'widgets,' they can decrease their maximum CPC bid, or add negative keywords to stop their ad from matching specific variations. They can also change the keyword matching options for existing keywords to exact matches (this will delete the existing broad-matched version). Note that specifically targeting users with exact-matched keywords may decrease WidgetLand's ad impressions. So, again, if there are particular terms that are important to WidgetLand's campaign, they should be added as individual keywords.

How does expanded matching benefit me?

**Expanded matching offers the following benefits:**

- Because your ads are associated with additional keywords, they'll appear more often to your potential customers. And because these new keywords are so relevant, your ads show to people who will likely be interested in clicking on your ads.

- Expanded matching is a "smart" feature. It automatically retains only the highest-performing new keywords. After a few cycles, it learns what additional keywords to create in the future based on the most successful combinations.

- The AdWords system constantly monitors all user queries and bases its optimization on the analysis of these queries. It increases your relevance to prospects by automatically tuning your lists over time-without requiring any additional effort from you.

How do I apply negative keywords across my account?

By applying more focused matching options such as negative match to your keywords, you can reach the most appropriate prospects, reduce your cost-per-click (CPC), and increase your ROI. You can easily apply negative keywords for your account to an entire campaign, impacting all keywords within the selected campaign.

To apply this keyword matching option for specific keywords at the campaign level:

- Log in to your AdWords account.

- Click the campaign you wish to edit.
- The number of existing campaign negative keywords will appear beneath the campaign name and daily budget. If no campaign negative keywords exist for your campaign, click Add. Otherwise, click View/edit.
- You may select and enter negative keywords for your campaign in one of two ways:

  *Add Keywords Manually*

  - Enter any keyword you wish to include as a negative keyword in the box to the left.
  - Click Add Keywords when you are finished.

  *Clean Sweep*

  - Select your search criteria for negative keywords appearing within your campaign.
  - If Clean Sweep reports results, you can leave listed negative keywords checked to move them to the campaign level. If you do not wish to move some or all of the negative keywords, uncheck them, and they will not be moved.
  - Click Save Changes when you are finished. If keywords have been moved, a confirmation of the changes made will appear at the top of the page.

- To repeat the same process for another campaign, select the new campaign from the drop-down box at the top of the page.

Existing campaign negative keywords will appear in a chart at the bottom of the page. You can delete a keyword at any time by selecting the checkbox beside it and clicking Delete at the top of the keyword chart.

Lesson: Keyword Matching

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reinforce your new expertise.

You can view lessons in text or as multimedia presentations (Flash® required) with narration and images.

View "Keyword Matching": multimedia lessons | text lessons

You may also wish to see the complete list of AdWords Lessons.

How can negative keywords benefit my ad campaign?

Using negative keywords is a core component of building a successful keyword list. A well-targeted keyword list can help lower advertising costs and ensure relevant clicks for your business or service. It's important to remember that over-using negative keywords can result in a very limited advertising audience. However, not using negative keywords can mean that your ad rarely reaches users who will want your

business or service. Consider all your potential keywords carefully, including negative keywords, before you add them to your Ad Group(s).

To identify appropriate negative keywords for your account, you can use the following methods:

**Use the Keyword Tool**

We recommend using our Keyword Tool, which has many features to help you refine your keyword list. You can also access the Keyword Tool by clicking Keyword Tool above the keyword table for the Ad Group you wish to edit.

Try entering a very generic keyword related to your product or business (generally a one-word keyword). The tool should provide keywords that are very vaguely related to the original keywords you entered. Some of these may be relevant to your product, and others may not. To identify keywords that may cost you more without gaining clicks from truly interested visitors, switch the Keyword Tool to the *Possible negative keywords* view. Once within this view, you can also sort by *Search Volume* to see which of these keywords have more traffic. Popular keywords can increase your spending without gaining actual customers or leads for your campaign.

For example, if your keyword is *used books,* you can enter this term in the Keyword Tool. You may then see terms that include the following:

used rare books
rare and used books
used audio books
used books sale
used technical books

If you don't sell these books, you can add the negative keywords *rare, audio, sale,* and *technical* from the Possible negatives column. This makes certain that your ad won't show for the above keywords.

**Manually add negative keywords**

You can also manually add negative keywords to your keyword lists. First, think of all phrases that you especially don't want your ad to appear for. To specify a negative keyword, place a negative sign (–) before the word. An example Ad Group keyword list:

Used books
French used books
–rare
–text
–school

You can apply the negative keyword option for a keyword at both the Ad Group and campaign level. Learn more about applying negative keywords.

How will I know what additional matches will trigger my ads?

**You can view sample matches by entering a keyword or website URL\* into the** <u>Keyword Tool</u>**. You can add the expanded matches to your account manually. However we recommend you let the system automatically tune your matches over time as it continually analyzes your performance.**

**\* *The Site-Related Keywords tab is available for a limited number of languages.* <u>Learn more</u>.**

Demo: Keyword Matching

**AdWords Demos are narrated lessons that show you how to make the most of your AdWords account. (You'll need Flash installed on your system to view AdWords demos.)**

**View this demo now:** <u>Keyword Matching</u>**.**

**You may also wish to see the complete list of** <u>AdWords Demos</u>**.**

Can I tell the system not to expand some or all of my keywords?

**Yes. If you don't want your ads appearing on particular expanded-match keywords, you can add that particular keyword as a negative match in your keyword list.**

**Also, expanded matching only applies to broad-matched keywords. The system won't create expanded matches for any of your phrase- or exact-matched keywords. Therefore, if you don't want expanded matching on any of your keywords, you can simply turn them into** <u>phrase or exact matches</u>**. (Keep in mind that narrowing your advertising focus with phrase or exact matching may decrease the number of ad impressions you receive. However, because your ads will be more relevant to target users, your clickthrough rate may also improve.)**

Working with My AdWords Account : Keywords : **Generating and Editing Keywords**

How do I edit my keywords?

**To change your keywords:**
1. <u>Log in</u> **to your AdWords account.**
2. **Click the campaign containing the Ad Group keywords you want to change.**
3. **Click the appropriate Ad Group.**
4. **Select the Keywords tab.**
5. **Click Edit Keywords at the top of the Ad Group table.**
6. **In the keywords field, add, delete or change keywords.**

7.   **Click Save Changes.**

---

What are the steps to creating a keyword list?

---

After setting your advertising goals, the next step is to build out your keywords. This can sometimes be daunting, especially if you're just beginning, but here are four steps to start creating an effective keyword list:

1.   Expand your keyword list to include as many relevant words as possible.
2.   Target the keyword list by using keyword matching options.
3.   Scrub or refine the keyword list.
4.   Group the keywords in thematic clusters to be paired with different ads.

### Step 1: Expand
First, review your site content to identify which keywords (word combinations and phrases) describe the main categories of your business. Write down every relevant keyword under each category you find. Expand the list by including all of your brand and product names as well as plurals and synonyms for each word or phrase on your initial list. Also, remember to think like your customers. How might your customers ask for your product or service? (Don't worry about capitalization — our system is not case-sensitive.)

If you're still looking for more keywords after your own brainstorming, try out our Keyword Tool.

### Step 2: Target
Now it's time to target your keywords using Google's keyword matching options. These enable you to pin point ad deliver so your ads reach people precisely when they are searching for what you have to offer. You can choose to designate each of your keywords as a broad, phrase, exact or negative match. Each type of match provides a varying degree of exposure.

For example, a broad-matched keyword will allow your ad to appear on your keyword as well as variations and synonyms of that keyword that the AdWords system identifies as relevant. However, a negative-matched keyword will never trigger your ad. Decide which of your keywords you would like to place where along this spectrum.

### Step 3: Scrub
After creating, expanding, and targeting your list of keywords, it's time to refine it. To do this, review your list and make sure you're satisfied with what you've come up with. Eliminate any keywords that may be irrelevant.

### Step 4: Group
You've already created different 'buckets' for your words based on your product lines. Now it's time to do even more refined and granular grouping into thematic categories, which are called Ad Groups. Organizing and grouping keywords is crucial because you'll need to write ad copy targeted to each group.

---

How can I monitor the performance of my keywords?

---

Google AdWords provides an easy way for you to monitor the status of your keywords and their associated ads. You can proactively monitor your keyword performance by reviewing the status column on the Keywords tab of your Ad Group Details page. Each of your keywords (except any negative keywords) will be identified by one of the following states:

- Active: Active keywords have a high enough Quality Score and maximum cost-per-click (CPC) to trigger ads. This is another way of saying that your keyword or Ad Group's maximum CPC currently meets the minimum bid. There's currently little risk to your advertising exposure. However, every Ad Group can use occasional optimization to help improve quality, so you may want to consider periodic re-evaluation of your ad text and keywords. Also, use your account statistics, such as your CTR column and keyword's minimum bid, to get a better indication of your keyword's quality and performance.

- Inactive for search: Keywords marked inactive for search don't have a high enough Quality Score and maximum CPC to trigger ads. This means that the minimum bid is higher than your maximum CPC. If you still feel strongly about using these keywords, you can activate them by (1) improving the quality of your keywords, ad text, and campaign through optimization or (2) increasing their maximum CPC to the minimum bid listed. Learn more about these options.

---

How do I use the Keyword Tool?

---

To access this tool from within your Ad Group, log into your account and click Keyword Tool above the keyword table for the Ad Group you wish to edit. You'll get results based on your existing campaign settings and your account's performance history. You can also access a standalone version of the Keyword Tool from the Tools link on the Campaign Summary tab. In this case, your results won't be based on your own account information.

*An important note about tabs:* You'll be able to switch between either of the Keyword Tool tabs described below while working on the same master keyword list, so you don't have to worry about losing your work.

The Keyword Variations Tab

Use this tab to generate additional keywords from any keyword(s) you enter. This tab will be selected for you by default.

1. Enter your keywords. In the box provided, enter your keywords so that each word or phrase appears on its own line. Enter a negative keyword in the same box to avoid getting results that include this term. Note: You can also click 'Or generate variations from one of your top performing keywords below' and start your search by using your best performing keywords.

2. Click Get More Keywords.

3. Review your results. Your keyword results will be sorted by relevance to the keywords you entered. Learn more about how to review your keyword statistics before you finally add them to your Ad Group.
   - *More specific keywords:* The top set of keywords in the table will be the most relevant.
   - *Additional keywords to consider:* This list can provide you with more ideas for your keyword list.
   - *Similar keywords:* These relevant expanded matches may also trigger your ads.

4. Select your keywords. Build your keyword list in the green box to the right.
   - Add all: Click this link at the top of the table to add all keyword results in the *More specific keywords* list to the green box to the right.

- Add/Remove: Click the link beside each keyword to add it to, or remove it from, the keyword list in the green box. Keywords already in your Ad Group will be marked and you won't be able to add them.

5. Build your keyword list. The green box to the right will store your keywords until you're ready to estimate their potential traffic, add them to your Ad Group, or download them as a .csv (spreadsheet) file.
   - Remove/Remove all: Click either of these to remove one or all of your keywords from the keyword list in the green box.
   - + Add your own keywords: Click to enter keywords in the box provided to add them directly to this list. Click Add to List when you're done.
   - Estimate traffic: Click to see traffic estimates for the keyword list you've built (keywords that have yet to be added). *Your new keywords will be lost* if you send your keyword list to the Traffic Estimator page and cancel from that page. We recommend that you not send keywords to this page until you've finished building your keyword list.
   - Download these keywords: Click to download a .csv spreadsheet file of the keywords listed in the green box. (You'll need a spreadsheet program to open the file.)

6. Click Save Keywords in the green box to the right when you're finished. You can also choose to send your keywords to another Ad Group (in the same campaign or a new one).

The Site-Related Keywords Tab *(limited language release)*

Click this tab to generate additional keywords based on the content of any webpage.

1. Enter a website URL. Enter the full URL address in the field provided. (example: *http://www.google.com/index.html*)
   - *Also use content on the pages linked from this URL:* Check the box to include webpage content up to one link away within the same domain (example: *http://www.google.com/ads/index.html*).

2. Click Get Related Keywords.

3. Review your results. Your keyword results will sorted in groups organized by relevance to the content of the webpage you provided. The first group will be the most relevant. You can jump to any group by clicking the group topic listed above the keyword table. Learn more about how to review your keyword statistics before you finally add them to your Ad Group.

4. Select your keywords. Build your keyword list in the green box to the right.
   - Add all: Click this link at the top of each keyword group to add all keywords for that group to the green box to the right.
   - Add/Remove: Click each link beside an individual keyword to add it to, or remove it from, the keyword list. Keywords already in your Ad Group will be marked and you won't be able to add them.

5. Build your keyword list. The green box to the right will store your keywords until you're ready to estimate their potential traffic, add them to your Ad Group, or download them as a .csv (spreadsheet) file.
   - Remove/Remove all: Click either of these to remove one or all of your keywords from the keyword list in the green box.
   - + Add your own keywords: Click to enter keywords in the box provided to add them directly to this list. Click Add to List when you're done.
   - Estimate traffic: Click to see traffic estimates for the keyword list you've built (keywords that have yet to be added). *Your modified keyword list will be lost* if you estimate traffic and then cancel the estimates (on the following page). We

recommend that you not send keywords to this page until you've finished building your keyword list.

- Download these keywords: Click to download a .csv file of the keywords listed in the green box. (You'll need a spreadsheet program to open the file.)

6. Click Save Keywords in the green box to the right when you're finished. You can also choose to send your keywords to another Ad Group (in the same campaign or a new one).

---

Where can I find keyword ideas?

---

The best place to start your keyword search is on your own website. Reading through your web pages will help you identify the key themes and terminology associated with your business or product lines.

Then, take a minute to try to think like your customers (your target audience). What are the terms your customers would use to describe your product or service? Often these colloquialisms are overlooked, yet they are valuable alternatives for your keyword list.

Finally, the Keyword Tool can provide you with terms. It will give you common search queries including or pertaining to your keywords or any website URL you enter.* You can use the relevant results to supplement your list. And you can add any irrelevant terms to your keyword list as negative matches.

*The 'Site-Related Keywords' tab is available for a limited number of languages. To learn more, visit /support/bin/answer.py?answer=25633

---

Why does the Keyword Tool sort keywords by relevance?

---

Sorting keywords by relevance within the tool helps ensure that you see the keywords most likely to be successful for your Ad Group first.

When you generate additional keywords using the Keyword Tool, the default view you'll get is Keywords only. Within this view, you'll see the list of your generated keywords with no statistics, with the default sorting by relevance. When you change views via the drop-down box above your keyword results, you'll be able to see, and sort by, different keyword data.

- For keywords you've entered via the Keyword Variations tab, the keywords most relevant to those you entered are shown first in your results list.
- If you entered a URL via the Site-Related Keywords tab, keywords are sorted in groups by how relevant they are to your webpage content. The first group of keywords would be the most relevant. For example, if your webpage contains vehicle dealership information mostly targeted toward cars, the first grouping would include car-related keywords. If your webpage also includes a smaller amount of information about trucks, truck-related keywords would be less relevant and would be grouped later within your results.

   *Note*: The Site-Related Keywords tab is available for a limited number of languages. Learn more.

---

How do I build a more effective keyword list?

---

**Three steps to building an effective keyword list**

1. When creating your list, think like a customer. What terms would your customers use to describe your products or services? Once you've generated some appropriate keywords, expand your list to include as many relevant variations as possible. Add alternate spellings (e.g. *light*, *lite*), plurals, and synonyms. To help you brainstorm, use our Keyword Tool.

2. Refine (or 'scrub') keywords that may be too broad or irrelevant. Using words that are too broad can generate many ad impressions but few clicks. To avoid this, get rid of generic terms that could relate to a wide spectrum of products or services. Add descriptive language to make your keywords more specific. For instance, using the generic keyword *bags* to describe luggage goods could generate impressions [?] for irrelevant search queries such as *tea bags* and *vacuum bags*. Making your keywords relevant to your goods or services helps you receive more qualified clicks.

3. Target your keywords by using keyword matching options [?]. You can choose four different keyword matching options to target your ads to users: broad, phrase, exact, or negative match. With some options, you'll receive more ad impressions; with others, you'll get fewer impressions but potentially more clicks. By applying more focused matching options to your keywords, you can reach the most appropriate prospects, reduce your cost-per-click (CPC) [?], and increase your ROI [?].

Can I generate keywords from a webpage URL?

If you're an English language user (ex: US, Canada, UK) you can use the Keyword Tool to generate additional keywords for your campaigns by submitting any webpage URL. Our system generates keywords based on the words found on the webpage you provided. Typically, the best URL to use would be your destination URL, ensuring that our system returns keywords that reflect your business or service.

Also, our system will only generate additional keywords based on existing text on the page; therefore, words within images or other non-text formats won't be recognized. You may also find that your webpage keyword results don't necessarily include words found on the webpage provided. This is because our system takes the words found on your webpage and generates additional words related to those keywords.

To generate keywords based on a webpage URL, click the Site-Related Keywords tab on the Keyword Tool page and enter the URL in the box provided. To include content up to one link beyond your initial URL in your search, you can also check the box labeled *Also use content on the pages linked from this URL.* (This applies only to links within the same original domain of the URL.)

*Note*: Our system doesn't recognize URLs as actual keywords; therefore, Google AdWords ads won't display for keywords in the form of a URL (www.domain.com, for example). If a user searches for your domain URL, your website will appear in the Google search results, but no ads will appear. We recommend that you select keywords that are relevant to your products and services and refrain from using URLs as keywords.

What statistics can I see for my Keyword Tool results?

The Keyword Tool allows you to view and sort by various statistics for your generated keywords. This information can help you pick the keywords most likely to return quality leads within your budget before you actually add them. You'll see the most relevant keyword results, and you can scroll further down to see additional keywords that may trigger your ads.

I. Keyword Match Type

The tool automatically produces results based on the broad match variation of the keywords entered. All views include a *Match type* column. You can change the match type shown and add other keyword matching variations directly. However, changing the match type via this column won't actually change the broad match statistics shown, and is intended only to assist you in managing your keyword list.

## II. Keyword Tool Views

The following views are accessible from the Keyword Variations and Site-Related Keywords tabs.* You can also select one view on the keyword submission page, before you start your keyword search.

- **Keywords only:** Review only the list of returned keywords, with no statistics. Within this view, you'll automatically see your keywords sorted by relevance to the keywords you entered, or by relevance to the content of a given webpage when you enter a URL.

- **Keyword popularity:** Review statistics for advertisers bidding on the same keyword (*Advertiser Competition*), as well as user searches for that keyword on Google (*Search Volume*). The green bars shown represent a general low-to-high quantitative guideline to help you choose your keywords.

  It's important to remember that keyword selection for your campaigns should be based on quality versus quantity; more relevant keywords are more likely to get you results. Therefore, higher search volume keywords or keywords with higher advertiser competition don't necessarily always provide more qualified leads and can result in higher costs with less return on your investment.

- **Global search volume trends** (new): Review global trends and traffic histories for your keywords (*Avg. Search Volume*) and fluctuations in traffic for a twelve month period (*Search Volume Trends*). This means that, for every 12 month period, we display how much traffic you would have received on the broad-matched version of the keyword if you targeted all countries and all languages. The graph represents traffic trends during the last twelve months. Each bar in the graph is shown relative to the keyword's overall performance for the twelve month period. (The baseline for search volume is considered to be an average of 100%.) You can also see in which month a given keyword received the highest volume of traffic during the twelve month period (*Highest Volume Occurred In*).

- **Cost and ad position estimates:** Available for Standard Edition users only. Review the predicted status, average cost-per-click, ad position, and search volume values for ads appearing for your keywords. (The estimates provided are based upon the maximum CPC you enter. Therefore, if the maximum CPC entered is below the minimum bid required for a particular keyword, the keyword status may be predicted as *inactive for search*.)

- **Possible negative keywords** (new): Review keyword results (*Keywords*) based on your search. For any keywords that aren't relevant or specific to your business or service, you can add the corresponding negative keyword (*Possible negative*).

*\* The Site-Related Keywords tab is available for a limited number of languages. Learn more.*

Lesson: Selecting Keywords

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reinforce your new expertise.

You can view lessons in text or as multimedia presentations (Flash® required) with narration and images.

**View "Selecting Keywords":** multimedia lesson | text lesson

**You may also wish to see the complete list of** AdWords Lessons.

Can I run any keyword as long as I pay a high enough CPC?

Not necessarily. While we'll show ads for keywords as long as you pay the recommended minimum bid, your keyword is still at risk to stop performing and showing ads. We place a lot of weight on the quality of your keywords. So if we find that your keyword is not performing well, the Quality Score of your keyword will decrease, increasing your minimum bid. In addition, your position on a search results page may drop. If there's a more relevant keyword running against yours - even at a lower price - it will likely outrank your ad. The best way to ensure a high ad placement is to increase both your ad's quality and cost.

Can I see which of my keywords generate the most content network ads?

On Google's content network, ads are not triggered by specific individual keywords as they are on search sites. Instead, an advertiser's entire keyword list is taken into consideration. Google's advanced technology scans the content of the web page and matches that content with ads that feature the most appropriate keywords overall.

For example, if users look at a Web page containing brownie recipes, they may see your ad if you simply have brownie-related keywords such as 'chocolate brownies' or 'delicious dessert recipes.'

Since individual keywords don't trigger your ad, your Ad Group statistics will not show a keyword-by-keyword breakdown. Instead, you'll see an overall total of all clicks that ad has received on our content network.

Are keywords case-sensitive?

No. Keywords are matched without regard to upper-case or lower-case letters. For example, you don't need to enter 'real estate' and 'Real Estate' as keywords; just 'real estate' will cover both.

How do I manage the number of keywords in my account?

To ensure that accounts do not place unnecessary load on our advertising servers, we ask that you keep the overall number of keywords in your account to a manageable size. When you approach an unmanageable amount of active keywords, we'll place a notice within your account and request that you refine your keyword list and remove unnecessary keywords. In most cases, a handful of well-targeted keywords will deliver the majority of your relevant clicks, and there is no need to create hundreds or thousands of keywords.

By default, our ad system does the work for you by displaying your ad on variations of your keywords, including misspellings and similar keywords. This means that one keyword can serve the purpose of several related words or variations. Adding the additional variations separately won't necessarily increase your visibility by much.

Regardless of whether or not your account contains a small or large number of keywords, you can always take advantage of a 'well-scrubbed' keyword list that focuses on your most targeted keywords. We recommend that you build your keyword lists with the following in mind:

**Do ...**

- Use our keyword matching options.
- Use our Keyword Tool to select your keywords and see which related searches will trigger your ads.
- Review our FAQ on making your keywords work for you.

Get more steps for creating a targeted keyword list.

**Don't ...**

- Include these variations: misspellings (*french cusine*), capitalization (*French cuisine*), incorrect spacing (*french cui sine*), hyphens (*french-cuisine*).
- Use variations that are more than three words long (best for unique markets and product names).
- Use a three-word keyword in multiple matching variations at one time: [buy red bicycle], "buy red bicycle," buy red bicycle.

---

Is the Ad Group keyword tool different from the standalone tool?

---

Yes, there's a difference in the data you'll receive from using either tool:

Ad Group level tool: When you access the keyword tool from within any Ad Group, the keyword performance information displayed is based on the existing settings for the Ad Group's campaign, and will reflect your account performance history. This means that settings like language/country targeting and maximum cost-per-click will be taken into account for your results.

For example, if you generate keywords from two different Ad Groups with the same ad text and keywords, but different country/language targeting, we'll display different search volume information for those keywords. You might see a marked decrease or increase in these numbers, depending on the region.

When you're finished building your keyword list, you'll be able to add your keywords directly to the same Ad Group you accessed the tool from.

Standalone tool: When you access the keyword tool from the Tools link on the Campaign Summary tab, the tool will provide keyword results without taking your performance history or settings into account. When you're finished building your keyword list, you can download the list and use it later to supplement existing Ad Group keyword lists, or to create new ones. (You'll need to download the file, and copy and paste the keywords from the file directly into the Ad Group keyword list.)

---

Why are my keyword traffic estimates low?

---

When you access the Traffic Estimator and analyze your keywords, you'll see, among other information, the approximate ad position and number of clicks you might receive each day. By simply increasing your maximum cost-per-click (CPC), you can often improve your results. However, you may encounter situations where increasing your CPC has little effect on your estimates. This may occur for the following reasons:

## Historical ad performance

The Traffic Estimator includes samples of historical ad performance (for your ads and other ads using similar keywords) in its calculations. If the overall clickthrough rate (CTR) for this sampling is consistently low, you'll see lower click estimates reflected in the displayed estimates. In this situation, you may wish to <u>improve your CTR</u>, which will, in turn, increase your estimates in the future.

## Query analysis

In order to provide accurate traffic estimates, the AdWords system monitors keyword and search query patterns. Any low estimates you receive may be due to a lack of queries for your specific keyword or keyword phrase.

In this situation, you may wish to try different keywords or keyword combinations. To do so, please access our <u>Keyword Tool</u>. (You can also get ideas for additional keywords by clicking alternate keywords to the right of your traffic estimates.)

## Google Network policies

Search and content partners on the Google Network have different policies governing what types of ads may appear on their pages or products. For example, some search and content partners only accept family-safe ads. The traffic estimator accounts for these policy variations among Google Network partners, and displays estimates accordingly. Therefore, while advertising on the Google Network can increase your exposure to new qualified prospects, you may not necessarily see a significant change in traffic estimates.

Can I use a URL as a keyword?

Our system doesn't recognize URLs as keywords; therefore, Google AdWords ads won't display for keywords in the form of a URL (www.domain.com, for example). If a user searches for your domain URL, your website will appear in the Google search results, but no ads will appear. We recommend that you select keywords that are relevant to your products and services and refrain from using URLs as keywords.

However, you can use our Keyword Tool to generate additional keywords for your campaigns based on the content of any webpage URL you submit.* Our system generates keywords based on the words found on the webpage you provided. Typically, the best URL to use would be your destination URL, ensuring that our system reviews content regarding a service or product your business actually provides.

*The Site-Related Keywords tab is available for a limited number of languages. <u>Learn more</u>.

Can I generate keywords from a URL in my language?

The Keyword Tool includes the 'Site-Related Keywords' tab, which allows users to generate keyword lists based on a submitted website URL. This feature is available in limited release for the following languages: English (US, Canada, UK), Chinese, Japanese, Korean, French, Italian, German, Spanish, Portuguese, Dutch, and Turkish. Please remember that it's still important to review any keywords returned by this feature for relevance, particularly non-English results.

Check back in the future to find out if this feature has been made available for your language. Other language users can still access the other