# Exhibit  J
## (Part 5 of 7)

Dockets.Justia.com

**Solution:** Narrow the focus of your region. Or, you may want to choose <u>customized targeting</u> instead of regional targeting.

Targeting My Ads : **Targeting by Language**

How can I target my ad campaign by language and location?

**New Campaigns (for New AdWords Advertisers):**
1. Visit the <u>AdWords homepage</u>, and click Click to begin under Sign Up Now.
2. Choose the Standard Edition radio button, and click Continue. You'll arrive at the campaign wizard.
3. Select your target language(s) from the scroll-down box.
4. Select the radio button beside one of the three location options (Countries and territories, Regions and cities, or Customized).
5. Click Continue.
6. Select your target location(s):
   - If you chose the Countries and territories option: Select one or more countries or territories from the scroll-down box on the left, then click 'add.' Your selection(s) will appear on the right side of your screen.
   - If you chose the Regions and cities option: Select your country or territory from the drop-down box, then proceed to add cities or regions below.
   - If you chose the Customized option: Select your targeting method (either physical address or latitude and longitude) using the radio buttons. Enter your location information in the appropriate fields. Designate the radius within which you'd like your ads to be shown.

      On this page you also may choose the advanced multi-point option, which allows you to enter coordinates to outline the precise shape and size of your target area.

7. Click Continue.
8. Follow the wizard instructions to finish creating your campaign and setting up your account.

**New Campaigns (for Existing AdWords Advertisers):**
1. <u>Sign in</u> to your AdWords account.
2. Click keyword-targeted or site-targeted above your Campaign Summary table to create a new campaign.
3. Name your campaign and Ad Group, and select your target language(s).
4. Select the radio button beside one of the three location options (Countries and territories, Regions and cities, or Customized).
5. Click Continue.
6. Select your target location(s):
   - If you chose the Countries and territories option: Select one or more countries or territories from the scroll-down box on the left, then click 'add.' Your selection(s) will appear on the right side of your screen.
   - If you chose the Regions and cities option: Select your country from the drop-down box, then proceed to add cities or regions below.
   - If you chose the Customized option: Select your targeting method (either physical address or latitude and longitude) using the radio buttons. Enter your location information in the appropriate fields. Designate the radius within which you'd like your ads to be shown.

      On this page you also may choose the advanced multi-point option, which allows you to enter coordinates to outline the precise shape and size of your target area.

7.   Click Continue.

8.   Follow the wizard instructions to finish creating your campaign.

Existing campaigns:

1.   Sign in to your AdWords account.

2.   Select the checkbox(es) next to the campaign(s) you wish to edit.

3.   Click Edit Settings above the Campaign Summary table.

4.   Select your ad's target language(s) next to the Languages field on the Edit Campaigns Settings page.

5.   Click Edit next to the Locations field to change your campaign's target locations.

6.   Then follow the directions for country and territory targeting, regional targeting, or customized targeting.

---

What language and location ad targeting options do I have?

---

With an AdWords Standard Edition account, you can target your ads to multiple languages and almost any location. You can also target regions/cities within a limited number of countries.

When you target your ads to geographic locations, you have the following three options:

- Countries and territories: Your ads will appear to customers located in or searching for results in the countries or territories you select. This option is best suited for global businesses and merchants who serve specific countries or territories.
- Regions and cities: Your ads will only appear to customers searching for results in (or located in) the regional areas/cities you choose. This option is best suited for businesses specializing in certain cities and states and stores with target customers located throughout a city or cities. (Please note this regional option is only available in some countries.)
- Customized: Your ads will only appear to customers searching for results in (or located in) a specified distance from your business. This option is best suited for businesses serving a specific area.

You may change these language and location settings at any time.

---

Lesson: Language and Location Targeting

---

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reinforce your new expertise.

You can view lessons in text or as multimedia presentations (Flash® required) with narration and images.

View "Language and Location Targeting": multimedia lesson | text lesson

You may also wish to see the complete list of AdWords Lessons.

---

Lesson: Benefits of International Advertising

---

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reinforce your new expertise.

You can view lessons in text or as multimedia presentations (Flash® required) with narration and images.

View "Benefits of International Advertising": multimedia lesson | text lesson

You may also wish to see the complete list of AdWords Lessons.

---

How do I target a language that isn't available?

---

AdWords supports language targeting for more than 40 languages. If the language you want to target isn't currently available, you can still reach users in the intended language by targeting your ad campaign to all languages. (Choose 'All Languages' from the language targeting drop-down list on your Edit Campaign Settings page.)

If we don't currently support your language, you might consider writing your ad in an alternate language that is universally understood by your users. Remember that your ad will show to users - no matter the location where they're searching from - in whichever language you write it in. We won't automatically translate your ad for you.

Additionally (if you haven't already), we suggest that you create two different campaigns - one regionally targeted campaign with more general keywords and ad text, and one country- and territory-targeted campaign with region-specific keywords and ad text. By creating two similar campaigns with different targeting options, you'll reach qualified users no matter their location. Learn more.

---

How does language targeting work?

---

When determining where to show your ads, the AdWords system looks at a user's Google interface language setting to see if it matches one of the languages that your campaign targets. For example, only users whose Google interface language is Spanish will see ads in a campaign targeted to Spanish.

Each Google domain's language setting defaults to the language most commonly associated with that Google domain. For example, Google.com defaults to English, Google.fr defaults to French, etc. Users can change their Google interface language via the 'Preferences' link next to the Search Bar on the Google homepage. A Spanish-speaker living in the United States, for instance, may want to perform searches on Google.com but change the interface language setting to Spanish.

You may consider targeting multiple languages to expand your advertising reach on Google. For example, an advertiser may have a website written in English and an AdWords campaign with English ads and keywords. However, he may choose to target that campaign to both English and Spanish. This way, his ads will show to bilingual users who search on his English keywords - indicating that they speak English and would be interested in his website - but whose Google interface language is set to Spanish.

Targeting multiple languages can also increase your ads' exposure across the Google Network. A website in the Google Network can target a certain language, meaning that only ads targeting the same language can appear on that site. For example, a content site in the Google Network may target the Spanish language, which means that your ad would only show on that site if your campaign's language targeting selection included Spanish.

Targeting My Ads : The Google Network : **Google Network Overview**

---

Where will my ads appear?

---

Your keyword-targeted ads will appear along side or above the results on Google.com search results pages.

Additionally, your ads could appear on the search and content sites and products in the Google Network. The Google Network is the largest online advertising network available, reaching over 80% of 30-day US Internet users. So you can be certain that your ads reach your target audience with Google AdWords.

On search sites in the Google Network, your ads could appear along side or above search results or as a part of a results page a user navigates to through a site's directory. Our global search network includes Froogle and Google Groups and the following:

  

 

 

**Our extensive content network of high-quality consumer and industry-specific websites and products, such as newsletters (U.S. only) and email programs, includes:**

  

  

  

**Here are examples of what AdWords ads look like on Google's content network. AdWords ads on the Miami Herald and other sites are targeted to the actual content of the page that day. In the screenshot below, you can see the ads are directly relevant to NBA playoffs articles.**



You may also be interested in AdWords site-targeted campaigns, an alternative to keyword targeting that allows advertisers to select individual sites in the Google content network where they'd like their ads to appear.

We work with permission-based newsletter providers to place keyword-targeted AdWords ads targeted to the subject matter of newsletters.

Google's own Gmail displays AdWords ads. Here you can see that the ads relate to the discussion in the email.



Ads for email are placed by Google computers using the same automated process used to place relevant AdWords ads alongside web pages and newsletters. If our automatic filters detect that the topic of the email is sensitive, we don't show any ads. This addition to our content network currently applies only to English language ads targeted to 'U.S.,' 'Canada,' or 'All Regions.'

Our technology ensures that your ads appear in the most relevant locations across the Web so that your customers find you. For more information about advertising publishers within your industry, please visit http://www.google.com/ads/metrics.html.

What is the Google Network?

The Google Network is made up of sites and products who partner with Google to publish targeted AdWords ads. Google will place your ad on search results and relevant web content on this wide variety of sites and products. With no extra work, you'll reach a vast and highly-targeted audience.

We are constantly expanding the number of sites and products in our network through our premium services and our online Google AdSense program. All web sites and products are reviewed and monitored according to the same rigorous standards, so as the network grows, your AdWords ads will continue to appear only on high-quality sites and products.

Besides appearing on search results on Google, AdWords advertisers can choose to have their keyword-targeted campaigns appear on our search network, our content network, or both. New keyword-targeted campaigns are automatically opted in to distribution on the Google Network, so if you want your ads to appear on search and content sites and products, then you don't need to do a thing. Learn how to view or edit your distribution preferences.

You may also choose to enable the content bids feature, which lets AdWords advertisers set one price when their ads run on Google and Google Network search sites, and a different price when their ads run on Google Network content sites. Learn more about content bids.

As an AdWords advertiser, you also can elect to create site-targeted campaigns, in which you choose the exact sites where your ad will appear rather than choosing keywords to

trigger your ads. Site-targeted campaigns appear only on *content sites in the Google Network*, and only on the specific sites you select. They don't appear on Google search result pages or on other sites in the Google Network. You can learn more in our site targeting FAQ.

**Other Google Network facts you might like to know:**

- No additional fee to participate in this program.
- Some sites and products show as few as the top 3 ads per page, so the higher your average ad position, the more exposure you'll get.
- All ads are reviewed before appearing across the Google Network, so you may see your ad appear on Google first. Please note that if you edit a previously reviewed ad, your ad will show on the Google Network once it is reviewed again.

---

How can I make sure my ads appear on the Google Network?

---

1. **Check your ads.** They must adhere to our Editorial Guidelines. Ads will not run on the Google Network until they've been reviewed by our AdWords Specialists, so please ensure that you meet the standards in the Editorial Guidelines. You may notice your ads appearing on Google before they appear on AOL or other network sites because of this review process. To learn how to edit your ads, click here.

2. **Increase your daily budget.** If your ads qualify for the Google Network, you can expect more people to see your ads and more clicks to come your way. Make sure that you get the exposure you want by increasing your daily budget. Increasing your daily budget maximizes the number of impressions your ads receive. To learn how to increase your daily budget, click here.

3. **Increase your maximum cost-per-click (CPC).** The position of your keyword-targeted ads is determined by various performance factors including: maximum cost-per-click (CPC), clickthrough rate (CTR), and ad text. You may want to increase your CPC to help improve your ad's position. AOL only displays the top three Google AdWords ads on any given page, so raising your CPC increases your chance of consistently appearing on all advertising network sites. To learn how to increase your CPC, click here.

4. **Increase your clickthrough rate (CTR).** As mentioned above, your ad's position is partly determined by your CTR, so be sure your ads are optimized and ranked high enough to appear on AOL. You can increase your CTR by refining your ad text, using keyword matching options, and using the Keyword Tool to refine your keywords. To learn more about how to increase your CTR, visit our Optimization Tips page. You can also learn how to proactively monitor your keywords.

5. **Increase your maximum CPM.** If you're running site-targeted campaigns with cost-per-impression (CPM) pricing, increasing your maximum CPM should increase your visibility on the Google Network. Learn how to increase your CPM.

6. **Check your distribution preference.** Make sure you haven't already opted out of the Google Network. Learn how.

7. Finally, some Google Network partners may restrict advertising based on their own policies regarding content. As a result, one or more of your ads may not appear on these sites.

---

How do I assess the performance of my contextual and search advertising?

---

The final measure of success for any advertising program is whether or not it brings you profitable sales. Tracking the performance of your AdWords campaign will help you ensure the highest possible return on your advertising investment. Google studies have shown that the performance of your search campaign is a good predictor of the performance of your contextual ads. This means that if your ads are bringing you profitable sales on search pages, then clicks from contextual advertising are likely to bring you profitable customers as well. Alternatively, if your ads are not optimized for search pages, they are less likely to bring you the performance you are looking for on content sites and products.

Google conversion tracking allows you to clearly identify the ads that are bringing you customers. Conversion tracking displays the rate of sales that you are receiving from your advertising campaign, for both our search and content networks, on your Ad Group report page. Reviewing your total number of conversions and the value of these conversions can help you determine if you should increase your budget or further optimize your ad groups to receive more targeted visitors.

---

How does participation in the Google Network affect my account performance?

To make your keyword-targeted advertising as effective as possible for you and your users, we require that your account and individual keywords maintain a minimum clickthrough rate (or CTR). However, while tabulating and evaluating your CTR, we only consider activity on the Google search pages. Your ads distributed to the Google Network are not used in evaluating your performance.

Lesson: How to Search and Content Placement Work?

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reinforce your new expertise.

You can view lessons in text or as multimedia presentations (Flash® required) with narration and images.

View "How to Search and Content Placement Work?": multimedia lesson | text lesson

You may also wish to see the complete list of AdWords Lessons.

Lesson: What is the Google Network?

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reinforce your new expertise.

You can view lessons in text or as multimedia presentations (Flash® required) with narration and images.

View "What is the Google Network?": multimedia lesson | text lesson

You may also wish to see the complete list of AdWords Lessons.

How do you show ads only when appropriate?

Google has a number of safeguards to help ensure that ads are not shown on inappropriate content. We use sophisticated technology to detect pages with sensitive content, and ensure that no ads are served on them. In addition, we have tools in place to immediately remove ads if they do appear on a page with questionable content. Publishers like Forbes.com and many other distinguished properties trust that our filters work.

Targeting My Ads : The Google Network : **Search Network**

Can I show my ads on search pages but not content pages?

Yes. You can choose whether your Google AdWords campaigns appear on only the search network, the content network, or both. Learn how to view or edit your distribution preferences.

We recommend advertisers distribute their ads across the entire Google Network, as it maximizes the number of highly-qualified leads that you can receive. Google technology ensures that your ads appear only on high-quality pages and products that are directly relevant to your service. You pay for clicks you receive, so you have nothing to lose but potential customers.

You may also wish to enable the content bids feature, which lets AdWords advertisers set one price when their ads run on Google and its search partner sites, and a different price when their ads run on Google Network content sites. You can learn more about content bids at our help center.

**What will my ads look like on search results pages?**

Ad appearance will vary by Google Network partner. However, the ads are typically labeled as sponsored links and could include 2 - 4 lines of text. Ads may appear either down the side of or above the search results. Here is an example of what your ad could look like on Google:



**How can I track search and content network clicks?**

The best method of tracking specific clicks is to use a unique Destination URL for your keywords. A simple way to do this is often to add some URL parameters.

The ValueTrack tag is a simple tag that you can add to your Destination URLs. It will allow you to distinguish the clicks you receive from search and content sites in the Google Network. It can be used with both keyword-targeted and site-targeted campaigns. For example, if your URL is www.yoursiteinfo.com, you can use the following tag for your Destination URL:

www.yoursiteinfo.com?type={ifsearch:GoogleAdWordsSearch}{ifcontent:GoogleAdWordsContent}

When using this code, your third party tracking will be able to identify how many of your visitors enter your site via your Google AdWords ad. More importantly, a click on your AdWords ad from Google or a search partner would appear in your weblogs as the following: www.yoursiteinfo.com?type=GoogleAdWordsSearch

A click from one of our content partners would appear as the following: www.yoursiteinfo.com?type=GoogleAdWordsContent

## Targeting My Ads : The Google Network : Content Network

**What is contextual advertising?**

Contextual advertising, sometimes referred to as Content Targeting, is an innovative feature of Google AdWords that enables you to gain more customers easier than ever before. Building on our successful keyword targeting technology, we place highly-targeted AdWords ads on content pages within our extensive network of high-quality partner sites and products. This service, known as contextual advertising, improves the experience of web users by displaying useful ads, and it provides several benefits to Google advertisers:

1. **ROI Performance:** Keyword-targeted contextual ads bring unique, pre-qualified leads for a cost-per-click that you set yourself.

2. **Extend reach:** Increase the number of potential customers that see your ads, and drive more incremental clicks to your website than you could reach with search advertising alone.

3. **Save Time and Money:** Contextual targeting is one of the fastest and easiest ways to get your ads to more relevant places on the Web. And you only pay for clicks that you receive.

What are content bids?

Content bids let AdWords advertisers set one price when their ads run on search sites and a separate price when their ads run on content sites. If you find that you receive better business leads or a higher ROI from ads on content sites than on search sites (or vice versa), you can now bid more for one kind of site and less for the other. Content bids let you set the prices that are best for your own business.

You can set content bids for any campaign running on content sites in the Google Network. Content bids are set on the Ad Group level within each campaign.

Here's how to enable content bids in your campaign:

- Log in to your account at https://adwords.google.com.
- Put a check in the box next to the keyword-targeted campaign you wish to edit.
- Click the button marked Edit Settings.
- Now locate the section marked Networks. If you have not already selected Content network, do so now.
- Select Content bids.
- Click Save Changes.

Once you've enabled content bids within a campaign, you can make separate bids for content ads in any of the Ad Groups within that campaign. Here's how:

- Log in to your account (if you haven't already) at https://adwords.google.com.
- Click the name of the campaign you want to adjust.
- Put a check in the box next to the Ad Group(s) you want to set separate content prices for.
- Click the button marked Edit Bids.
- Enter your new prices next to Content for each Ad Group. (Default is your bid for search sites.)
- If needed, use the yellow box with the downward 'V' to copy the same bids across all Ad Groups.
- Click Save Changes.

That's all there is to it. You're ready to run ads with unique bids for content and search placements.

To learn more about the content network, please see our FAQ on contextual advertising.

What will contextual ads look like?

Text-based ads on our content network are the same ads that appear on the search results pages of Google and our global search partners. In addition, AdWords advertisers now can place image ads on content network sites if they choose. Although ad placement will vary, AdWords ads are typically identified as sponsored links. Ranking for all contextual ads is determined just as on search results pages--based on various factors like the maximum cost-per-click you have selected, the clickthrough rate that your ad has established on Google.com, and the quality of your ad text and keywords.

Google AdWords Ads on Content Network




---

How do I know if a site is part of the Google content network?

---

The Google content network consists of thousands of sites of all types, large and small, professional and personal. Because the roster of sites grows and changes day by day, we can't publish a list of sites. The best way to check for an individual site is to enter it in the site selection tool while creating a site-targeted campaign. If that site is available, it will be listed for you to select as a target site for your campaign.

---

How can I optimize my ads to take advantage of contextual advertising?

---

Creating effective ads that bring you sales on search and content pages is easy. There are a few steps you can take to ensure that your ads are bringing you the highest possible return on your advertising investment on Google search and content pages.

1. **Optimize your campaigns as you would for search advertising.**
   Search ads are typically good predictors of contextual advertising performance. This means that the better your ads perform on search pages, the more successful they are likely to be on content sites and products. For more information on improving your AdWords campaign, please visit our optimization tips page.

2. **Implement Google conversion tracking.**
   Conversion tracking allows you to see the number of sales that you are receiving from your advertising campaign, for both our search and content network sites and products. Reviewing your total number of conversions and the value of these conversions can help you determine if you should increase your budget or further optimize your ad groups to receive more targeted visitors. Learn more about Google conversion tracking.

3. **Enable content bids.**
Content bids let you can set one price when your ads run on Google and its search partner sites, and a different price when your ads run on Google Network content sites. Learn more in our content bids FAQ.

4. **Review your ad ranking.**
Keep in mind that most content sites and products only display two, three, or four contextual ads per page. As a result, you must select a maximum cost-per-click that allows your ad to rank in these top positions if you are to take advantage of the additional qualified clicks from content pages. Look at the average position of your ads on the Campaign Management page and adjust this position as necessary (by improving your clickthrough rate with refined ad text and keywords, or adjusting your maximum CPC) to ensure that you are receiving as many profitable leads as possible.

Contextual advertising provides you additional targeted visitors at a cost you set. However, because the performance of your ads on content pages does not affect their performance on search, a lower number of clicks or clickthrough rate on contextual advertising will not adversely affect your campaigns.

---

Can I download reports for my contextual advertising statistics?

---

To create and download reports, follow these simple steps:

1. Log in to your AdWords account.

2. Click on the Reports tab and then on Create Report from within that tab.

3. Select the Report Type you would like to run from the pull-down menu (i.e. Site/Keyword Performance, Ad Performance, URL Performance, Ad Group Performance, Campaign Performance, or Account Performance)

4. Choose your preferred View, Date Range, and the Campaigns and Ad Groups you want included in your report.

5. Use Advanced Options to further customize your report by adding or removing report display columns for standard and conversion-related data (select 'Add or Remove Columns' and check or uncheck the statistics you want included or excluded). You can also create filters for variables of up to four data types, to restrict which rows are shown based on specific criteria related to performance of keywords, number of impressions, etc.

6. Name your report and, if you want, save it as a template for creating similar reports in the future.

7. Schedule the report for regular delivery if you want it run automatically more than once (you may store up to five reports in your Report Center), and, if you desire, provide an email address and your preferred file format (.csv, .csv for Excel, .tsv, .xml, or .html) for email delivery

8. Click on Create Report.

9. Your report will be emailed to you upon completion (if you selected that option); and will also be saved in your Report Center, where they can be downloaded at will.

---

How does contextual advertising work?

---

If you are a new or existing AdWords advertiser, your keyword-targeted ads automatically begin appearing on relevant content sites and products. Utilizing our advanced search technology, Google scans the content of a Web page and automatically selects ads to display that have keywords closely matching the subject of the page. For example, if users look at a Web page about building hummingbird feeders, they may see Google AdWords ads for hummingbird feeders or hummingbird food. Or, if a users view a page containing brownie recipes, they may see ads about chocolate brownies or delicious dessert recipes. You don't have to waste time trying to find the right content venue to display your ads. Our advanced algorithm makes it easy by displaying your ads automatically for the most relevant content.



1. A web user visits a webpage looking for items to purchase that are related to your product.

2. Your ad is matched automatically to the relevant page each time it is viewed.

3. With cost-per-click pricing, you pay only when a user clicks on your ad.

Does contextual targeting affect the performance or ranking of my ads?

We evaluate your ad's performance on a case-by-case basis for each site your ad appears on. This means that the performance of your keyword-targeted ads on a content site does not affect the ranking of your ads on Google in any way. Clicks from contextual targeting usually mean additional qualified leads for you at no risk to the performance of your campaign.

We do require that your individual keywords maintain a high enough Quality Score and maximum cost-per-click (CPC) to ensure that your advertising is as effective as possible for you and our users. If your keywords become inactive for search, they will stop triggering ads across Google and the search network. Learn what to do if this happens.

Which campaigns should I try in contextual advertising?

Campaigns that produce great business results on search typically do well in the content network. Ad Groups with keyword lists that are focused around a theme, product line, or brand tend to perform better than Ad Groups with lists of unrelated keywords. And, just as in search advertising, ad text with a specific call to action outperforms ad text that's simply descriptive, which may attract more browsers than buyers.

## Targeting My Ads : The Google Network : Excluding Certain Content Sites

How do I make my ads appear (or not appear) on Google Network sites?

Your keyword-targeted ads are eligible to appear on the Google Network of related search and content sites and products. Since showing your ads on the entire Google Network

offers your campaign the greatest level of exposure and potential success, we recommend this option. However, the choice is entirely yours.

You opt in to (or out of) the Google Network on the campaign level. Each keyword-targeted campaign you create can appear on search sites or products, content sites or products, or both.

> To view or edit your distribution preferences, please follow these steps:
>
> - Log in to your account at https://adwords.google.com.
> - Select the box next to the keyword-targeted campaign you wish to edit.
> - Click Edit Settings.
> - Locate Networks. Select Google search, Search network, Content network, or any combination.
> - Click Save all changes.

You may also wish to enable the content bids feature, which lets AdWords advertisers set one price when their ads run on Google and its search partner sites, and a different price when their ads run on Google Network content sites. You can learn more about content bids at our help center.

If I'm opted into the content network, how do I prevent my ads from appearing on specific websites?

To prevent your ads from appearing on specific websites, you may apply the AdWords site exclusion feature. First you may wish to confirm that you're opted into the content network. You can then follow these instructions:

1. Sign in to your AdWords account.
2. Click Tools at the top of your Campaign Summary page.
3. Click Site Exclusion under the Optimize your Ads header.
4. Select your campaign from the drop down box and click Go.
5. In the field under 'Add sites to be excluded,' list the websites you want to exclude from showing your ads.
   - Add only one website per line. Do not separate websites with commas or other punctuation.
   - Enter websites at the domain (www.example.com, example.com), subdomain (topic.example.com), or path (www.example.com/stuff) level only.
   - Do not enter individual pages (www.example.com/main.html).
6. When you're done, click Exclude Sites. You'll see a confirmation page informing you how many websites you've chosen to exclude.

Please note that you may exclude sites only at the campaign level. That is, if your account contains multiple campaigns, you must create a list of excluded sites for each campaign if you want to filter unwanted websites completely.

What is the site exclusion feature?

By electing to show your ads on the Google content network, you can expand your reach to prospects visiting a variety of high quality websites that are relevant to your business. However, there may be times where-for any reason-you feel that certain websites aren't appropriate for your ads. If this is the case, you can apply the AdWords site exclusion feature to prevent your ads from appearing on these sites. With the site exclusion feature, you can enjoy the benefits of advertising on the content network while still precisely controlling your targeting.

Please note the following about the site exclusion feature:

- This feature is available only to advertisers who are opted in to the content network.
- The content network is continually evolving and growing. As a result, we can't provide a list of all sites which are eligible to show your ads. By using this feature you can simply filter unwanted sites in case they are or become part of the content network.
- You may edit your list of excluded sites at any time, and as often as you like.

You do *not* need to exclude a site just because it is located outside the target region for your ad. This is a common mistake. No matter where a site is located, your ad will be shown only to visitors who are coming from the regions you have targeted. For instance, if your ad is targeted to Germany, your ad will be shown only to Web users from Germany even if the site in question originates in a different country.

If you'd like to use the site exclusion feature, follow these simple instructions.

Can I customize how Google contextual advertising works for my brand?

We recognize that you may have display concerns specific to your company or brand. For instance, you may not wish your ad to be shown next to an article about your company earnings. To customize Google contextual advertising for such special circumstances, we recommend you apply appropriate negative keywords or site exclusion to your campaign. (For the example given, you might choose 'earnings' as a negative keyword, or you might choose to have your ads blocked from that entire website.) This will help ensure your ad is not shown alongside content with the specific themes you wish to avoid. You can update and change these negative settings at any time. To learn more, please see our how-to pages on negative keywords and site exclusion.

You may also wish to consider a site-targeted campaign, which allows you to select the precise sites where your ad will appear. For more on this AdWords feature, please visit our Site Targeting FAQ.

How do I format my list of excluded websites?

With the AdWords site exclusion feature, you have several options for filtering websites. You may enter a domain, subdomain, or path name. You may not enter individual pages.

The format of each entry on your site exclusion list determines how the AdWords system will filter sites.

Acceptable formats:

- Domain: www.example.com
- Domain: example.com
- Subdomain: unwanted.example.com
- One path name: www.example.com/widgets
- One path name: example.com/widgets

Unacceptable formats:

- Multiple path names: www.example.com/widgets/redwidgets
- Individual page: www.example.com/index.html.

**Site Exclusion Scenarios:**

In general, entering domains will prevent your ads from appearing on any page on or within that domain. However, entering subdomains or paths will only prevent your ads from appearing on any page on or within that subdomain or path.

For instance:

If you enter example.com . . .

Your ads will not appear on example.com, www.example.com, www1.example.com, www.example.com/widgets, www.example.com/widgets/page.html, or unwanted.example.com.

If you enter www.example.com . . .

- Your ads will not appear on www.example.com, www.example.com/widgets, etc.
- Your ads may appear on www1.example.com or unwanted.example.com.

If you enter www.example.com/widgets . . .

- Your ads will not appear on www.example.com/widgets or www.example.com/widgets/page.html.
- Your ads may appear on www.example.com.

---

Tool: Site Exclusion

---

AdWords offers a variety of tools to help you quickly and effectively manage, modify, and find ways to improve your account.

Use Site Exclusion (AdWords login required) to refine your targeting on the content network by preventing specific websites from showing your ads.

## Targeting My Ads : Site Targeting : **Site Targeting Overview**

---

What is site targeting?

---

Site targeting lets AdWords advertisers choose individual sites in the Google content network where they'd like their ads to appear. If you want to place your ad on a single international website, you can. If you want to select dozens of sites about basketball or orchids, you can do that, too. Site targeting lets you handpick your audience, big or small.

When you set up a site-targeted campaign, you first name the sites where you'd like to advertise, or just give us a list of words that describe your site. The AdWords matching system does the rest, analyzing your input and creating a list of available content network sites for you to choose from.

Remember that a site must be part of the Google Network in order to be available for your site-targeted campaign. Being part of the content network means the site has agreed to run ads provided by Google, which in turn allows your AdWords ad to appear in that space.

As with all AdWords advertising, you'll compete for space with other advertisers. If you choose very prominent and popular sites, you'll need a higher price to win the ad position. The minimum cost-per-thousand (CPM) bid for a site-targeted ad is US$0.25 or the local currency equivalent. To check minimum CPM in your currency, please see the account fees finder.

**Who should have site targeting? Should I?**

Anyone who has an AdWords Standard Edition account can run site-targeted ads.

Site-targeted campaigns can be a good option for businesses who want to promote an existing brand or a new product to a large audience. But they also work for small advertisers who want to reach a very precise audience. As always with AdWords, we suggest that you experiment and see what works best for you.

Of course, if you're happy with your keyword-targeted ads, there's no need to change. Site targeting is not replacing keyword targeting, and everything you love about your AdWords keyword-targeted campaigns remains the same. Site targeting is simply one more tool that AdWords advertisers can use to bring their message to highly-targeted groups of web users.

**How do I create site-targeted ad campaigns?**

To create a new site-targeted campaign, follow these steps:
- Log in to your AdWords Standard Edition account at http://adwords.google.com (if you're not already logged in).
- On the Campaign Summary page, click the 'Create a new site-targeted campaign' link just above the table of existing campaigns.
- Follow the sign-up wizard instructions to create your campaign.

For more general information about site targeting, please see the complete FAQ.

---

How do keyword-targeted and site-targeted campaigns differ?

---

The campaign options below are available to all AdWords advertisers:

| | Keyword-Targeted Campaign | Site-Targeted Campaign |
|---|---|---|
| How do I target customers? | By keywords. | By websites. |
| Where can my ads appear? | On Google.com, on Google search partner sites, and on all content sites in the Google Network. | On individual sites you select in the Google Network. |
| When can my ads appear? | Whenever users search for keywords you have chosen. They may also appear, if you choose, when users visit any Google Network site with content matching your keywords. | Whenever users visit the individual sites you have selected from the Google Network. |
| How are ads priced? | Cost-per-click (CPC). You set the price you'd like to pay each time a user clicks on your ad. You are charged only when a user clicks. | Cost-per-thousand impressions (CPM). You set the price you'd like to pay for each 1000 impressions the ad receives. Clicks don't matter -- you are charged whenever the ad is shown to a user. |
| What languages are supported? | Currently supports 40 languages. | Currently supports 14 languages. Additional languages will be added soon. |
| What types of ads are supported? | Text ads, expanded text ads, and image ads. | Expanded text ads and image ads. |

---

Why has the required minimum CPM been lowered for site-targeted ads?

---

Thanks to advertiser and publisher feedback, we have recently halved the minimum CPM required for site-targeting campaigns. We're always looking for ways to improve the AdWords experience for users, and we believe this will lead to a more vibrant marketplace for site-targeted advertisements.

US$0.25, or the local currency equivalent, is now the lowest max CPM that advertisers can set. To see the required CPM in your currency, please visit the account fees finder.

To learn more, please see <u>What is site targeting?</u>

---
What are site sections?
---

Site targeting places your ads on individual sites in the Google content network. Site sections take that one step further by placing your ads on only one section or even one page of a site. If you sell soccer shoes, for instance, you might choose to advertise only on the sports section of a news site rather than placing ads across the entire site.

Select a site section by entering its URL on the 'Add Sites' or the 'Edit Sites and CPMs' pages, which are linked from the Sites tab of your Ad Group. If the full site is *example.com*, the section URL will take the form *example.com/section*. When targeting a certain section of a site, your URL may only include up to two section levels below the home page: *example.com/section/subsection/*.

You may also target individual pages by using the form *example.com/section/page.html*. Even though you're limited to two section levels when targeting a section of a site, there's no limit to the number of section levels that may be included in a URL for an individual page (such as a URL ending in .html).

Please refer to the actual site you wish to target to see how its sections and page URLs are defined.

To learn more about advertising by site, please see <u>What is Site Targeting?</u>

---
How do I create a site-targeted campaign?
---

You can create a site-targeted or a keyword-targeted campaign at any time. Each new campaign can use site targeting or keyword targeting, but not both. Site-targeted ads appear only on the Google content network, and only on the sites you select.

To create a new site-targeted campaign, follow these steps:
- Log in to your AdWords account at http://adwords.google.com (if you're not already logged in).
- On the Campaign Summary page, click 'site-targeted' in the 'Create a new campaign' section near the top of the page.
- Follow the sign-up wizard instructions to create your campaign.

---
How do I use the site tool?
---

The site tool helps you find and choose the Google Network sites where your site-targeted ads may run.

The site tool gives you four ways to identify sites: List URLs, Describe topics, Browse categories, and Select demographics.
- List URLs. Enter the URLs of sites where you would like to advertise, or that represent the kind of site where you'd like to see your ad. You may enter domains like *example.com* or individual pages like *example.com/section*. Then click Get Available Sites. If the sites you enter are part of the Google content network, you'll be able to select them for your ads. If not, you'll see a message telling you that they're <u>not available</u>. The AdWords system will also use the sites and terms you enter to generate a list of other Google content network sites that may be a good fit for your ads.

- Describe topics. Enter topics that match the content of your ads. For instance: *soccer shoes*, *chocolate*, or *automobile parts*. Then click Get Available Sites to select from a list of sites that match those topics.

- Browse categories. Look through categories like *Entertainment* and subcategories like *Movies* or *Music*. Click the category or subcategory that best matches your ad, then select from a list of sites that match that category. For best results, pick the available subcategory that most precisely matches your ad. (Note: Category targeting is not yet available in all countries.)

- **Select demographics.** Choose the audience you want to target by selecting from any or all of the demographic categories provided. Audience gender, age, and household income are among the demographic categories available for selection. Pick the audience demographics that interest you, then click Get Available Sites to pick from a list of sites that match those demographic groups. Remember that by making demographic selections you are getting a narrower list of available sites. By selecting 'female' but not 'male,' for instance, you are more likely to find sites that appeal to women, but fewer available sites overall.

Each of these methods will display a list of up to 100 available sites below the site tool. Click Add next to any listed website to add it to your list of targeted sites. You can select every site by clicking Add all 100. We recommend that you use all four methods of finding sites to make sure you find the best possible site matches. Your selections will be saved as you move from one method to the next.

Once you have selected some sites, you'll see a Find more sites like these link below your selections. When you click this link, the AdWords system analyzes the selections you've already made and uses them to find related or similar sites. You can then repeat the process of using those sites to generate additional available sites.

When you're satisfied with your list of target sites, click Continue to move on.

Of course, we can't guarantee that your ad will run on every site you pick. Some sites have a limited amount of ad space available, and you will be competing with other advertisers. Some sites may not run certain ad formats (like banners or wide skyscrapers) or may halt advertising for other reasons. We suggest you experiment with several different sites over time and look for the combinations that work for you.

What is 'maximum impressions per day'?

When you create a site-targeted AdWords campaign, you'll see the system's estimate of the maximum impressions available per day for the sites you've selected. This is marked as 'Max. Impressions / Day' in the signup process.

Because site impressions vary from day to day based on many factors, the AdWords system can't predict the precise number of impressions that a given site will have each day. Instead, the maximum impressions per day offers an estimated range of the available impressions for the sites you've selected. This may help you decide if you have selected enough sites to satisfy your advertising goals.

Note that impressions per day is an estimate of the total page views for those sites -- not the number of impressions your ad will receive. Your ad's total impressions will depend on your CPM pricing, the popularity of the site with other site-targeted and keyword-targeted advertisers, and other factors.

How do site-targeted and keyword-targeted ads compete?

When you run a site-targeted AdWords campaign, you set the maximum price you want to pay for every thousand impressions your ad gets on that site. This is called the max CPM. When you run a traditional AdWords keyword-targeted campaign, you set the maximum price you want to pay every time someone clicks on your ad. This is the maximum cost per click, or max CPC.

Because the two pricing systems are different, AdWords uses a system of effective CPM, or eCPM, to compare and rank them.

For keyword-targeted ads, the AdWords dynamic ranking system considers the ad's cost per click (CPC), clickthrough rate (CTR), and other relevance factors, all taken across 1000 impressions. The resulting figure is the ad's eCPM, or effective cost per 1000 impressions.

For any available ad position, the eCPMs of keyword-targeted ads are compared to each other and to the max CPM prices of eligible site-targeted ads. The highest-ranking ad wins the position and is displayed to the user.

When a CPC ad is displayed, it is charged only if the user clicks on the ad. A CPM ad is charged for an impression whether clicked or not. No matter which type of ad wins the position, the AdWords discounter monitors the competition and ensures that the winning ad is charged only what is necessary to maintain its ranking above the next-highest ad.

Site-targeted ads can appear only on the Google content network, so at present that is the only place where site-targeted and keyword-targeted ads compete. On search results pages and other Google Network properties, keyword-targeted ads continue to compete as they always have.

For more on CPM pricing, see How does CPM pricing work?

---

Where can site-targeted ads appear?

---

Site-targeted ads appear only on websites that are part of the Google content network. This includes many advertisers, large and small, who run AdWords ads on their content sites.

Site-targeted ads aren't eligible to appear on the Google search network, on search results on Google.com, or on related Google properties like Gmail. If you'd like to appear in these locations, we suggest running a keyword-targeted campaign.

---

How does Google target AdWords ads to content-based web pages?

---

The technology that drives AdWords contextual advertising comes from Google's award-winning search and page ranking technology. Based on a sophisticated algorithm, we can comprehend a page's meaning and then figure out which keywords relate best to the content page. Then, we match ads that are precisely targeted to the content page based on the associated keywords. This means that in addition to reaching customers who specifically search on your keywords, you can now reach customers who view Web content directly related to your AdWords ads. For example, if someone visits a web page on astronomy he/she would be served Google AdWords ads for telescopes. Contextual Advertising benefits Web users by linking content with relevant products and services. This is great for Google advertisers like you, because you can now reach more prospective customers on more places on the Web.

---

What is the 'Advertise on this site' link?

---

The 'Advertise on this site' link is a shortcut that makes it easy for advertisers to run ads on a specific Google partner site. Working in partnership with the website, Google helps the advertiser create an ad and begin running it on that site -- often on the same day.

The 'Advertise on this site' link appears only on websites in the Google Network. Potential advertisers who click this link will be invited to create their own AdWords campaign, then be guided through a simple process to target their ads to this site. Existing AdWords advertisers who click the link will be able to log into their accounts and create a site-targeted campaign.

Site-targeted ads take cost-per-impression (or CPM) pricing, which means you decide how much you'd like to pay for each 1000 impressions your ad receives on the site you choose. The cost of your campaigns really depends on you -- how much you are willing to pay and how well you know your audience. It all boils down to knowing your own goals and letting us know what they are.

Once you've completed the account creation process, the AdWords team will send you an email asking you to click on a specific link to verify your email address. Once your address has been verified, you can log in to your new account. You'll see a message asking you to submit your billing information. Your ads will usually appear on Google within a few minutes after we've received your payment, with timing depending on the payment method you've chosen (credit card, bank transfer, etc.).

There is a nominal, one-time activation fee for Google AdWords. After that, you pay only for impressions your ad actually receives.

When you sign up through the 'Advertise on this site' link you receive full access to the AdWords program. You can edit your original ad, create new ads, and choose to run ads on other sites. You also can build new site-targeted and keyword-targeted campaigns and take advantage of all other aspects of the AdWords system.

For more details, see What is site targeting?

---

Why is the site I want not available?

An individual site must be part of the Google Network in order to be available for your site-targeted campaign. Being part of the Google Network means the site has agreed to run ads provided by Google, which in turn allows your AdWords ad to compete for that space.

The site must also be a content site in order to be available for site-targeted campaigns. Some sites on the Google Network run ads only on search results pages, which can't be select for site targeting. If you'd like your ads to appear alongside search results, or in related products like Gmail, try running a keyword-targeted campaign.

It is also possible that the site you selected may have opted out of site targeting. Some publishers, for reasons of their own, prefer not to run site-targeted ads.

What do site-targeted ads look like?

Site-targeted campaigns can include text ads, image ads, or both. Site-targeted ads appear in the same format sizes and the same page positions as standard keyword-targeted ads.

How do I change the max CPM of my site-targeted ads?

To change the maximum CPM (cost per thousand impressions) of an Ad Group, follow these steps:
1.  Sign in to your AdWords account.
2.  On the Campaign Summary page, click the name of the appropriate site-targeted campaign.
3.  Click the checkbox next to the Ad Group you want to edit.
4.  Click Change Max CPM.
5.  Set your new maximum CPM.
6.  Click Save Changes.

To change the maximum CPM of individual sites, follow these steps:
1.  Sign in to your AdWords account.
2.  Click the name of the appropriate site-targeted campaign.
3.  Click the name of the Ad Group containing the sites you want to edit.
4.  Click Edit sites and CPMS, which appears above your site list.
5.  Add two asterisks and the maximum CPM amount at the right end of the desired sites.
6.  Click Save.

Lesson: Site Targeting

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reinforce your new expertise.

You can view lessons in text or as multimedia presentations (Flash® required) with narration and images.

View "Site Targeting": multimedia lessons | text lessons

You may also wish to see the complete list of AdWords Lessons.

Can I run site-targeted and keyword-targeted campaigns at the same time?

**Yes. Any individual campaign can contain only site-targeted or only keyword-targeted ads and Ad Groups. But you can run both site-targeted and keyword-targeted campaign account at the same time.**

How do I add or delete sites from my site list?

**To add sites to your site list:**
&lt;ol&gt;
&lt;li&gt;&lt;a href=" https://adwords.google.com"&gt;Sign in&lt;/a&gt; to your AdWords account.
&lt;li&gt;Click the site-targeted campaign you would like to edit.
&lt;li&gt;Click the appropriate Ad Group.
&lt;li&gt;Select the &lt;b&gt;Sites&lt;/b&gt; tab.
&lt;li&gt;Click &lt;b&gt;Add sites&lt;/b&gt;.
&lt;li&gt;&lt;a href="answer.py?answer=21716&amp;topic=7072"&gt;Use&lt;/a&gt; the site-selection tool to add sites.
&lt;/ol&gt;&lt;br&gt;
**To delete sites from your site list:**
&lt;ol&gt;
&lt;li&gt;&lt;a href=" https://adwords.google.com"&gt;Sign in&lt;/a&gt; to your AdWords account.
&lt;li&gt;Click the site-targeted campaign you would like to edit.
&lt;li&gt;Click the appropriate Ad Group.
&lt;li&gt;Select the &lt;b&gt;Sites&lt;/b&gt; tab.
&lt;li&gt;Check the boxes next to the sites that you would like to delete.

How do I edit my site list?

**To add sites to your site list:**
1.  Sign in to your AdWords account.
2.  Click the site-targeted campaign you would like to edit.
3.  Click the appropriate Ad Group.
4.  Select the Sites tab.
5.  Click Add sites.
6.  Use the site-selection tool to add sites.

**To delete sites from your site list:**
1.  Sign in to your AdWords account.
2.  Click the site-targeted campaign you would like to edit.
3.  Click the appropriate Ad Group.
4.  Select the Sites tab.
5.  Check the boxes next to the sites that you would like to delete.

Why aren't categories available in my site tool?

Category targeting in the site tool is not yet available for all locations and all languages. If we feel that we can't provide a sufficient number of high-quality sites for pa languages or locations, we omit the categories option on the site tool.

This is especially true for campaigns that target small countries or languages, or that target unusual combinations of countries and languages, such as targeting spe Swedish in Japan. In that case, there simply may not be enough sites receiving significant traffic for the system to provide category browsing.

You can still use the site tool to target sites by other available tactics, such as entering topics or URLs. You may also find the categories feature on the site tool for ot campaigns in your account.

Does demographic site selection affect my privacy?

No. Your privacy is very important to Google. Demographic site selection is not based on information gathered by Google from you or any user.

Here are the answers to some common questions about demographic site selection and privacy.

**Where does the demographic information come from?**
Google is working with the Internet audience measurement provider comScore Media Metrix to provide demographic site selection to our users. Data from comScore Metrix is based on the company's cross-section of tens of thousands of U.S. consumers who have opted in to the comScore Media Metrix research panel. These cons given explicit permission to comScore Media Metrix to capture their browsing behavior confidentially.

**Did you gather your demographic data from Gmail or your other products?**
No. All the demographic data used for demographic site selection comes from comScore Media Metrix.

**Does demographic site selection invade user privacy?**
No. The data comes from a panel of consumers who have voluntarily opted in to join the comScore Media Metrix research panel. comScore Media Metrix employs the privacy standards to ensure the confidentiality and anonymity of its panelists. Demographic information is not collected by Google from its users.

**Does Google protect my privacy?**
Yes. Google protects your privacy. We collect private information from you only after receiving your consent. For complete details, please see our privacy policy.

## Targeting My Ads : Site Targeting : Including Certain Sites

How do I create a list of eligible sites for a site-targeted campaign?

After setting your advertising goals for a site-targeted campaign, the next step is to select the sites where your ad will appear. Here are some keys to creating an effe list:

1. List the sites where you know you'd like to advertise.
2. **Expand your site list.**
3. **Group your sites by theme.**
4. **Create your campaign and your final list.**

Step 1: List your preferred sites.
These are the sites where you already know you'd like to advertise. When you create your campaign you'll enter these sites and then

chance to see and select all those that are part of the Google content network.

Step 2: Expand your site list.

If you know of only a few sites (or no sites) where you'd like to advertise, list some sites you like on topics that relate to what you're l for. When you create your campaign the AdWords system can use those sites to generate a list of Google content network sites whe may want to advertise.

Step 3: Group your sites by theme.

Review your list and look for themes within the overall list. Consider creating separate Ad Groups with highly specific ads for each o smaller groupings. The more precisely you target your audience, the better chance of success your ad will have.

Step 4: Create your campaign and select your final sites.

When you create your campaign, the set-up wizard will include a segment for identifying and selecting sites. You'll be invited to ente part of your site list. We recommend that you enter multiple site URLs, to give the system the broadest possible view of your interest wizard will generate a list of the most closely related sites in the Google content network. Then you'll be able to select your final site all these available sites.

---

How do I choose the sites where my ad will run?

---

When you create a site-targeted campaign, the sign-up wizard will ask you to help it find sites where you'd like your ad to run. This ta place on the page titled 'Target your ad: Identify sites.' There are four ways to identify sites: List URLs, Describe topics, Browse cate and Select demographics. We recommend that you use all four methods to make sure you find the best possible site matches.

List URLs. Enter the URLs of sites where you would like to advertise, or that represent the kind of site where you'd like to see your a may enter domains like *example.com* or individual pages like *example.com/section.* If the URLs you enter are part of the Google cont network, you'll be able to select them for your ads. If not, you'll see a message telling you that they're not available. The AdWords sy also use the sites and terms you enter to generate a list of other Google content network sites that may be a good fit for your ads.

Describe topics. Enter topics that match the content of your ads. For instance: *soccer shoes*, *chocolate*, or *automobile parts.* Then s from a list of sites that match those topics.

Browse categories. Look through categories like *Entertainment* and subcategories like *Movies* or *Music.* Click the category or subca that best matches your ad, then select from a list of sites that match that category.

Select demographics. Choose the audience you want to target. Select any or all of the demographic groups provided, then pick from sites that match those demographic groups.

In each case the list of available sites will appear below the site tool itself. Click Add next to any website to add it to your list of targe We recommend that you use all four methods to make sure you find the best possible site matches. Your selections will be saved as move from one method to the next.

Once you have selected some sites, you'll see a Find more sites like these link below your selections. Clicking this link will generate sites that are similar in nature to the ones you've already selected.

The final choice of sites is entirely up to you. Remember that with site targeting, your ad will run only on sites which are part of the G content network, and only on the individual sites you specify.

Can I choose the specific sites in the Google Network where my ads appear?

Yes. You can select individual sites where your ads will appear by running an AdWords site-targeted campaign.

You're given the choice of site targeting or keyword targeting each time you create a new campaign. Each new campaign can use sit targeting or keyword targeting, but not both. Site-targeted ads appear only on content sites in the Google Network, and only on the in sites you select. They don't appear on search network sites or on Google.com. Keyword-targeted campaigns can appear on Google.c across the entire Google Network, but are not eligible for site targeting.

Why can't I select the site I want for site targeting?

An individual site may not be available for site targeting for several reasons:

- Not in the Google Network. Sites can't be targeted if they have not joined the Google Network of advertisers.

- Opted out of site targeting. Advertisers in the Google Network can choose not to participate in site targeting. If a site has mad choice, you won't be able to target it.

- Low impressions. Sites with a very low number of daily impressions may not be available for site targeting. We can't guarante will be enough impressions available for advertisers to target.

If a site is not available for site targeting, you can still enter the site in the 'List URLs' section of the AdWords site tool. The system w analyze the site and show you related sites which are available for targeting.

How do I select sites by category?

Site selection by category is a way to find sites with the right audience for your AdWords campaigns.

Category site selection is found on the Identify sites page when you create a new site-targeted campaign, or on the site tool in an exi site-targeted campaign. (To reach the site tool, click the Add sites link on your Ad Group's campaign summary page.)

In both cases you also can use other options to find sites: listing site URLs, describing topics that match your ad, and selecting demographics. We recommend using those methods along with categories to identify the very best sites for your ad. For more detail instructions on the complete tool, please see this Help Center entry: How do I use the site tool?

With category site selection, you browse through a list of available categories like *Entertainment* or *Travel*. When you find a category matches your site, click the small triangle next to the category to see a list of subcategories; for instance, *Entertainment* has subcate like *Movies* and *Music*. Subcategories may have their own subcategories, such as *Jazz* under *Music*. Click the subcategory that best your ad to select from a list of matching sites.

Only one category can be selected at a time. However, after trying one category, you can click another to see a fresh list of sites. Clic next to any available site to add it to your list of selected sites. When you're finished, click Continue to move on to the next step.

The final choice of sites is entirely up to you. Remember that with site targeting, your ad will run only on sites which are part of the G content network, and only on the individual sites you specify.

_____
Why can't I create a site-targeted campaign that targets people who speak my language?
_____

Site-targeted campaigns can be targeted only to languages supported for Google AdSense publishers. This ensures that a significan of content sites will be available for your site-targeted campaign. For a list of eligible languages, please see this AdSense help cente What languages does AdSense support?

_____
What is demographic site selection?
_____

Demographic site selection is a way to find and run your ads on sites with the right audience for your AdWords campaigns.

A *demographic group* is an audience that shares a particular trait or characteristic. This trait might be age, gender, income, or some factor. If your product appeals to young women, for instance, you might want to target sites popular with the female demographic, th age demographic, or both.

With the AdWords site tool, you can pick your preferences in up to three different demographic categories. The system will analyze y preferences and create a list of available Google Network sites that are popular with that audience. If you select multiple demographi AdWords system will look for sites that match all of your preferences. For instance, you might ask the site tool to look for sites popu users who have children, or for sites popular with men earning a high income. The site tool will then return a list of sites whose audi tends to match those demographic descriptions.

The demographic site selection option is found on the 'Target your ad: Identify sites' page when you create a new site-targeted camp on the site tool in an existing site-targeted campaign. In both cases you also can use other options to find sites: listing site URLs, de topics that match your ad, and browsing categories. We recommend using those methods along with demographic site selection to i the very best sites for your ad. For more detailed instructions, please see this Help Center entry: How do I use the site tool?

The demographic website data used by AdWords comes from comScore Media Metrix, an Internet audience measurement provider. / time, AdWords has demographic information on users from the United States only. For this reason, demographic site selection is av only for campaigns which target users in the United States. If your campaign doesn't target the United States as a location, you will r the demographic option on the site tool.

Please remember that demographic site selection cannot guarantee that your ad will reach only the exact audience you select. Most websites get a variety of visitors. However, demographic site selection will help you choose sites where you're very likely to find the you want to reach.

_____
How can I select my audience by demographics?
_____

Demographic site selection is an option for all AdWords site-targeted accounts.

When you create a site-targeted campaign, demographic site selection is available as part of the signup wizard for a new campaign.

able to select audience traits you're looking for, and the AdWords system will provide a list of available sites that are popular with th of audiences. Once you've created your campaign, demographic site selection is also available as part of the AdWords site tool.

**Demographic site selection is currently available only for site-targeted accounts, and only for campaigns which** geo-target the Unite

You can learn more about demographics in this Help Center entry: What is demographic site selection?. You may also want to read t How do I use the site tool?

---
Why can't I get demographic site selection for my AdWords campaign?
---

At this time, AdWords has demographic information on users from the United States only. For this reason, demographic site selectic available only for campaigns which target users in the United States. Demographic site selection is available only for site-targeted campaigns, and only for campaigns which geo-target the United States.

## Monitoring Performance

---
About Phone Alerts
---

**Note: This is a new feature that we are testing with a limited number of users. It is still under development, but we hope you enjoy it.**

AdWords phone alerts lets you receive important alerts about your account as text messages on your mobile phone.

### What kinds of alerts can I get on my mobile phone?

Once you've completed the set-up process (see below), you can receive SMS text alerts about important account-related issues such as paym problems, budget end-dates, and credit card expirations.

You can also receive these and other alerts (such as updates on campaign performance) on your Account Snapshot page and via email. Read our FAQ about managing account alerts.

### Setting up Phone Alerts

If your mobile phone is SMS-enabled, it's easy to sign up to receive phone alerts. Here's how:

1. Sign in to your AdWords account, then, within the 'My Account' tabbed section, select 'Account Preferences,' and click the link for **Notifi Preferences**. On the 'Notification Preferences' page, click the link to **Set up phone alerts**.

2. On the 'Phone Alerts Options' page, select your country from the pull-down menu, enter your mobile phone number in the box provided then click **Verify this number.**

3. We will send an SMS message to your phone with a verification code. When you receive this code on your phone, type it into the box o screen and click **Finish verification.**

4. Next, just complete your settings by telling us:
   1. If you want the phone alerts enabled now (if you choose 'No, turn them off for now,' you can turn them on later by checking the 'phone' box on the 'Notification Preferences' page).
   2. When you want to receive phone alerts – at anytime, or only at certain times of the day, on weekdays or weekends.
5. Click **Save Changes**.
6. We'll send your phone an SMS message that your sign-up has been successful.

If you don't receive a verification code or "success" message, or are having other problems related to this online sign-up process, please let us know.

If you continue to experience set-up problems, please contact your mobile phone provider to make sure you have SMS text service for your phone.

**What will my Phone Alerts tell me? What should I do when I receive one?**

An AdWords phone alert is a brief SMS text message with basic information such as a payment being declined, or an account budget expiring. The alert advises you to visit your online account pages to read more and take the necessary action. Please don't respond directly to a phone alert via SMS - our phone system cannot receive responses to our alerts.

**Is there a charge for using phone alerts?**

Google does not charge for sending SMS text alerts to your mobile phone about your AdWords account. However, depending on your service plan, your mobile service provider may charge you for the text messages you receive. See your mobile service plan for details.

**Can I turn off phone alerts after I've enabled them?**

Yes, you can turn your phone alerts off (and on again) at any time after successfully completing the sign-up process.

Here's how to turn off phone alerts:

- Visit the 'Notification Preferences' page within the 'Account Preferences' section in the 'My Account' tabbed section of your AdWords account pages
- To the right of the 'Payment and Budget Notifications' section, uncheck the box for 'Phone.' This will disable your phone alerts.

To turn your phone alerts back on again, follow the steps above and re-check the box for 'Phone.' We'll start sending

SMS account alerts again to your phone based on the settings you established during your initial sign-up.

**How do I change my phone alerts information and preferences?**

You can edit your phone alerts information and preferences at any time by clicking on the link to **Edit phone alert settings** from the 'Notification Preferences' page. This will take you to a page where you can edit your settings.

If you provide a new phone number, we will send a new verification code to finalize your set-up changes (see 'Setting up Phone Alerts,' above, for more on this process).

How do I set up or change my account alert preferences?

Note: This is a new feature that we are testing with a limited number of users. It is still under development, but we hope you enjoy it.

Your Account Snapshot page will automatically display "red" (critical) account alerts related to payment problems, pending budget-end dates, credit and bank card expirations, ad disapprovals and other issues that will cause your ads to stop showing. These alerts are also sent to your designated Google Account email address (see your 'Account Preferences' page to edit this address).

You can also receive additional account performance alerts and tips, AdWords program announcements and special offers by establishing settings on your 'Notification Preferences' page.

Here's how to set up your alert preferences:

1. Sign in to your AdWords account, then, within the 'My Account' tabbed section, select 'Account Preferences,' and click the link for **Notification Preferences**.

2. On the 'Notification Preferences' page, you'll see several categories of alerts and notifications, including: 'Payment and Budget' alerts; 'Ads Activity and Performance' notifications; and 'AdWords Information, Updates and Offers' notifications.

3. To the right of each category, select your preferred delivery methods using the check-boxes. You can receive Payment and Budget issues online (at your Account Snapshot page), by email (at your registered Google Account address), and by mobile phone (with SMS text messages). (Note that additional set up is required to receive phone alerts – read our FAQ to learn more). Other alerts can be received online and by email.

4. Click **Save Changes** to save your preferences and begin receiving alerts and notifications based on your selections.

To edit the above settings, return to the 'Notification Preferences' page whenever you want, and check or uncheck the boxes of the alerts you want to start or stop receiving.

What is the Account Snapshot?

Note: This is a new feature that we are testing with a limited number of users. It is still under development, but we hope you enjoy it.

Your AdWords Account Snapshot page is an easy-to-read, comprehensive source of key account information. It features:

- Important account and campaign alerts and status updates
- A performance overview with configurable statistics and graphs for your advertising costs, clicks, impressions, CTR, conversion rate, ar
- Links to helpful tips and other resources to help you get the most out of AdWords

If your Account Snapshot page isn't already set as your AdWords starting page, you can do so by clicking the link at the bottom of your Campa Summary page. You can always switch back to Campaign Summary as your starting page at any time by clicking a similar link at the bottom of Account Snapshot page.

Please read our FAQ to learn more about setting up and managing alerts and notifications that appear on your Account Snapshot page.

We hope you enjoy this simple, streamlined way of viewing your top-level AdWords account information. Please feel free to send us your thouç the Account Snapshot page.

## Monitoring Performance : Account Statistics

How can I find out whether my ads are showing?

The Ads Diagnostic Tool can report the ad position for active keyword-targeted ads, and identify why a particular ad or group of ads may not be In those cases where an ad is not shown, this tool provides recommended steps to help you get your ads up and running.

You can access the tool via the following steps:

1. Log into your AdWords account.
2. Click **Tools** beneath the **Campaign Management** tab.
3. Click **Ads Diagnostic Tool**.
4. Enter information for either Option 1 or Option 2:

    **Option 1: Search Terms and Parameters**

    Use this option if you're concerned about all ads within your account that should be appearing for a specific search term. Specify the ke query, the Google domain, the display language, safe search setting, and user location.

**Option 2: Search Results Page URL**

Use this option if you're concerned about a particular search results page that you believe should be showing one of your ads. Copy an the URL from the address bar on the search results page where your ad should be showing.

5.   Click **Continue** when you are finished.

Site-targeted ads can't be diagnosed with this tool at this time.

---

Why might my website logs show different click patterns than what Google reports?

---

There are several reasons you might see a discrepancy between your weblogs and the reports in your account. If your weblogs show *more* clic your reports, our proprietary click protection technology may have automatically filtered out clicks that we determined to be invalid and prevente from being charged to your account.

You can run performance reports to view data on invalid clicks automatically filtered from your account or specific campaigns. Please read our learn more about how to run performance reports with data on invalid clicks.

If your weblogs show *fewer* clicks than your account reports, your web tracking software may have failed to detect clicks on your ad. The inform below should help you reconcile your weblogs to the statistics reported in your AdWords account.

**How our system works**

All clicks on your ads are directly tracked by our system. Some third-party web tracking systems may provide inaccurate reports. Many users h that the weblogs from their own server are more reliable for comparisons with our reports.

Additionally, Google's reporting technology may record clicks that other web tracking programs may miss. Some tracking programs may not re clicks that occur while the destination site is down, or they may have limitations on the kinds and sources of clicks they detect.

**Reconcile your weblogs**

The following variables are the most common for those advertisers concerned about a discrepancy between their reporting statistics and those by Google AdWords:

- **Google Network statistics:** Google displays ads on a growing network of search and content sites and products. Typically, web trackir software is not able to recognize clicks from the Google Network as being Google's clicks. These clicks are generally labeled with the th site name, not as clicks from Google. If your ads are currently, or have ever been, distributed to the Google Network such as About.con and Netscape, it's possible that some of the referrers to your site were from the Google Network.

- **Time discrepancies:** Time discrepancies between different tracking programs can throw off click estimates. Be sure to compare the ap time periods. All of our reports are accumulated in the time zone you have chosen for your account. (If you did not select a time zone, y account will be set for Pacific Time in the United States, which is 08:00 Greenwich Mean Time.) To ensure the highest level of accuracy

occurs between the moment when a user actually clicks on your ad and when that click is reported as a statistic within your account. Th
represents the time required to evaluate and report the click as a valid one.

- **IP selection:** Your click tracking system may filter out visits from your IP address, but AdWords includes these clicks. Also, if you curre
  shared ISP provider (such as AOL or EarthLink), you may share one or more IP addresses with other users. Therefore, multiple clicks f
  same IP address could be legitimate clicks from multiple users; each one would be reported as an individual click within your account.

---

Why do my clicks and impressions fluctuate day to day?

---

The performance of your AdWords ad or keywords varies depending on several factors, including user behavior and changes in Web content. '
traffic varies from day to day, and this expected fluctuation may affect the performance of your campaign.

In addition, holidays or popular news topics may dramatically influence the number of impressions and clicks you receive. For example, during
holiday season, advertisers for decorations and seasonal trees can experience significant changes in the number of visitors to their sites. Anotl
example would be a popular celebrity endorsing a particular clothing brand; in this case, advertisers of this brand may then receive more impre
and clicks.

---

What changes can I see in My Change History?

---

The My Change History tool displays changes you've made to your account in the last three months. With easy access to your account history,
make informed decisions about managing your account for maximum performance.

To access My Change History, click **Tools** on the **Campaign Management** tab of your account. Then, select the date range for which you'd lik
changes. You can view all changes for a particular time period, or you can filter the results by the type of change. If multiple users with differen
manage your account, you can also use the tool to see who made certain changes.

My Change History will display changes such as:
- Daily budget adjustments
- Keyword edits or additions
- Changes in distribution preferences
- Changes made via the AdWords API

It will not display changes such as:
- Maximum cost-per-click (CPC) adjustments made by the Budget Optimizer(TM)
- Changes made by the Ad Automator
- Ad approval or disapproval
- Password changes (for security reasons)

---

Why do my contextual ad stats differ from my search stats?

---

The clickthrough rate (CTR) and cost-per-click (CPC) for contextual advertising can vary significantly from the CTR and CPC for your search ca CTR on content pages is typically lower because content pages tend to offer more information to compete with ads for a reader's attention. Fea content CTR does not affect your ad's rank on search pages.

Lower or higher CTRs don't necessarily mean that your ads are performing poorly. It's important to focus on the total profit you earn from the cl received. To maximize your profitability, you should adjust your CPCs to get the highest number of profitable clicks across search and content. mean you adjust your CPCs up or down. If a particular Ad Group does not meet your metrics, you can try moving that Ad Group into a campaig not running on the content network. It's easy to measure your conversions with Google's free conversion tracking tool.

You may also wish to enable the content bids feature, which lets AdWords advertisers set one price when their ads run on Google and its sear sites, and a different price when their ads run on Google Network content sites. You can learn more about content bids at our help center.

How current are the statistics in my AdWords account?

**Important Information About Your Google AdWords Statistics**
- Reporting is not real-time.
- Clicks and impressions received in the last 3 hours may not be included immediately.
- Conversion tracking reports are delayed by 24 hours.

**Common Reporting Questions**
- How does participation in the Google Network affect my account performance?
- What if I don't see my conversion statistics in my reports?
- Why are my reports showing lower conversion numbers than I think I should be seeing?
- Why are my average positions reported as fractions (such as 1.5)?

Demo: Account Navigation

AdWords Demos are narrated lessons that show you how to make the most of your AdWords account. (You'll need Flash installed on your sys view AdWords demos.)

View this demo now: Account Navigation.

You may also wish to see the complete list of AdWords Demos.

What are web server logs?

A web server log is a file created by a web server recording all the activities it performs. The section of your web server log that concerns your account is the 'Page Requests' record.

Page requests are requests from a web browser (such as Internet Explorer or Mozilla Firefox) for the URL that a user enters into the browser's address bar or requests by clicking on a link. When a user clicks your AdWords ad, a page request is sent to the web server that hosts your website.

Although formats can differ, the typical page request entry in a web server log contains the following:
- Information about the URL that was requested
- If the request was successful
- The user's IP address
- The time and date that the page request was completed
- The referrer header

Learn how your web server logs can show you which visits to your site came from your AdWords ads.

## Monitoring Performance : Report Center : **Report Center Overview**

What kind of reports will I get?

Google provides full online statistical, conversion, and financial reporting for the Google AdWords program. You can view all your account reports online 24 hours a day, 7 days a week. In addition, we'll be happy to email most reports to you on your request. (Very large reports, over 2MB when zipped, cannot be emailed.)

**Statistical Reporting**: See your average actual cost-per-click (CPC), the number of times your ads were shown (impressions), how many times users clicked on your ads (clicks), and your ad and keyword clickthrough rates (CTR). This reporting is available for each of your keywords, ad variations (such as text ads, image ads, video ads, mobile ads, and local business ads), Ad Groups, campaigns, and account. You can also download reports based on any of these variables, and more, with our advanced reporting features.

**Financial Reporting**: Review a detailed billing summary and itemized payment details that include invoice dates, invoice numbers, specific and summary campaign costs, and billing adjustments. You can also print out both invoices and receipts for your records.

**Conversion Reporting**: Track your AdWords conversions (successful sales, leads, or submissions) with our basic and custom conversion tracking feature.You can also include these details when you download customizable reports.

We make extraordinary efforts to provide accurate reports. For that reason, no measurements other than those maintained by Google shall be accepted for reporting or payment purposes. If the reports you receive from Google do not coincide with your own, there are a number of possible explanations. First, be sure you're comparing the same reporting time periods. If there are still discrepancies, it could be because we host your ads and therefore are able to record clicks that other tracking software programs may miss. For example, our software can detect clicks that occur while your site is down. In addition, your system may filter out visits from your IP address, whereas Google does not.

**What kinds of reports can I create?**

No matter how high-level or how detailed you want your report to be, the **Create Report** page (within the **Reports** tabbed section) offers a wide of ways to build just the right report for your needs.

As the foundation for your report, select a **Report Type** from the pull-down menu of options: Site/Keyword Performance, Ad Performance, URL Performance, Ad Group Performance, Campaign Performance, and Account Performance.

Depending on which Report Type you select, the rest of the page will reset its parameters to provide the appropriate blend of customizable opt can designate your report's Date Range, the level of your View – from an overview Summary to more detailed Hourly (by date or regardless of Daily, Monthly, Quarterly, and Yearly views – and the variety of Campaign and Ad Groups you want included. Note that the Hourly views are o available for Campaign Performance and Account Performance reports, and that data for Hourly reporting is only available for February 1, 200 onwards.

You can also further customize your report with configurable columns and performance filters that make it easy to focus in on just the data you included in your report. Nothing more, nothing less.

After you've established your report settings, you can schedule it to run on a regular basis and also save your settings as a template for future Provide an email address if you want to be notified when the report is ready in your **Report Center** (and choose a file format if you want the re emailed to you directly). Then just click **Create Report** and you're done.

**About the Report Center**

The AdWords Report Center allows you to easily create customized performance reports to help you track and manage multiple facets of your campaigns.

Key features include:

- Easy-to-use interface with pull-down menus for quicker report generation in categories such as Site/Keyword Performance, URL Perfor Campaign Performance, Ad Group Performance, and Account Performance.
- Ability to select individual Campaigns and / or Ad Groups for report.
- Customizable report columns to focus your report on only the data you need.
- Performance filters to screen for the most relevant information in categories such as Cost, Impressions, Clicks, CTR and other statistics to your report type.
- Simple scheduling for automatic report generation and delivery.
- Emailing option for multiple recipients.
- Saved templates for reusable reports.

To learn more about how to use Report Center to create, download and manage your reports, visit the full Report Center FAQ.

**In which formats can I download my reports?**

Reports can be downloaded in one of five formats: .csv (for Excel), .csv, .tsv, .xml., and .html.

**.csv (for Excel)** files are encoded in UTF-16LE, and are compatible with most U.S. and international versions of Microsoft Excel.

**.csv** (comma-separated values) and **.tsv** (tab-separated values) files are encoded in UTF-8. These formats are recommended for users who p process or review report data in text-only format.

**.xml** (extensible markup language) is a web-friendly format which is a good choice for publishing data to multiple formats. Reports in .xml also extra precision, with currency values listed in micros, or millionths of a unit.

**.html** (hypertext markup language) delivers your report as a viewable Web page. This is great for adding to intranets for shared reporting within organizations.

Users with extremely large reports should note that UTF-16LE files are larger than those encoded in UTF-8, which can result in longer loading Some users find that UTF-8 files also work with their Excel programs; if your files are very large, you may wish to consider trying .csv or .tsv ins the .csv (for Excel) format.

Reports over 100 megabytes (mb) in size can be downloaded in .xml format only. We recommend splitting reports of this size into multiple sma reports covering fewer keywords and/or shorter date ranges, which can then be viewed in all formats.

**How can I use Saved Templates?**

The **Saved Templates** feature makes it easy to create new reports based on the settings you have already created for previous reports. Once Saved Templates are created (as part of the Create Report process), you can access, edit and run new reports based on these templates thro **Report Center** (within the **Reports** tab section).

Here's how to create a Saved Template:

1. Log in to your AdWords account.
2. Within the **Reports** tabbed section, click **Create Report.**
3. After selecting your report criteria, name your report and then check the box next to the report name to 'Save this as a new report templ
4. Schedule your report (if you want it to run automatically on certain days) and provide an email and file format for sending the report (if y to receive it by email).
5. Click **Create Report**. Your settings for this report will now be saved in your **Report Center** under the 'Saved Templates' heading.

To edit a Saved Template:

1. Log in to your AdWords account.
2. Select the **Reports** tab at the top of the page and then click **Report Center**.
3. Choose the template you want to use from the 'Saved Templates' list.
4. Click 'Edit template' in the row for the template you want to edit.
5. The **Edit Template** page is similar to the **Create Report** page where you established the original report and template settings. Make ar you want to the template, and change its name to save it under a different title if you want to preserve the original template settings.
6. Update the scheduling and email / file format delivery preferences you may have previously established.
7. Click the **Save Template** button.
8. If you want to run a new report time when you save your template, simply click **Save & Run Report**.

To retain your original settings from a Saved Template, be sure to rename your file with a different title before saving the template again or sav running a new report.

To run a new report from a Saved Template:

1. Log in to your AdWords account.
2. Select the **Reports** tab at the top of the page and then click **Report Center**.
3. Choose your template from the 'Saved Templates'list.
4. Click 'Create Report' on the right side of the template listing; a new report will run immediately.

Lesson: Reports

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reini new expertise.

You can view lessons in text or as multimedia presentations (Flash® required) with narration and images.

View "Reports": multimedia lessons | text lessons

You may also wish to see the complete list of AdWords Lessons.

How do I print my report graphs?

Look for the **Printer-friendly graphs** link on the graphs-only view of your report. Here's how to find it:

1. Log in to your AdWords account.

2.   Click the **Reports** tab at the top of the page.

3.   Click **Report Center**

4.   Click the name of your chosen report under **Last 5 Reports.**

5.   Look under the heading **View Report**. If graphs are available for this report, you will see links titled 'View graphs only' and 'View data ar graphs.' (If graphs are not available, you will see just the link 'View data.') Click 'View graphs only.'

6.   On the graphs page, select the **Printer-friendly graphs** link.

All your graphs should now load on one page, ready for printing.

Graphs may not be available for all reports. For instance, reports with fewer than two data points (such as a report on a single keyword for only can't be graphed because there are no trends to chart or compare.

Similarly, any report in which you selected 'Summary' as the view parameter will not have graphs, because this view presents the total or avera each requested metric for a given date range. If you feel a graph should be available for a given report, please check and adjust your paramete run the report again.

---
How do I customize my report?
---

Every report you create is now a customized report, based on the settings you select on the **Create Report** page (within the **Reports** tabbed s Along with selecting your **Report Type**, **View**, **Date Range** and array of **Campaigns and Ad Groups** to include, you can also further refine yo with **Advanced Options** settings for columns and filters.

**Advanced Options** allows you to customize your reporting columns with a wide range of **Standard Columns** (such as Campaign, Ad Group, I Budget and Keyword Type), and **Conversion Columns** (including Conversion Rate, Cost/transaction, Cost/conversion and Page View Count). also customize your report with **Filters**, which allow you to narrow the reporting sets so you receive only relevant statistics, based on values yo establish for up to four types of attributes (you can choose from among options such as Keyword Type, Avg Position, Impressions and CTR).

Your views and data options vary by the type of report you are running. For instance, you may run hourly views at the account or campaign lev at the campaign or account levels you can include report columns for data on filtered invalid clicks; however, hourly views are not available for clicks.

After creating your customized report, you can save your settings as a template for use in future reports as needed.

---
What's the difference between on-demand and scheduled reports?
---

Scheduled reports allow you to create a report and then set it to run automatically every day, every Monday, or on the first day of the month. O reports don't run regularly, but can be run whenever you choose to do so.

To schedule reports, complete the **Create Report** form (within the **Reports** section) to establish your report settings; then, under **Scheduling** at the bottom of the page, select your timeline for running automatic reports from the pull-down menu. You can also save your report as a temp

later re-use.

Provide the email and preferred file format for receiving your report (which will also be saved in your Report Center) if you want it sent by email
**Create Report**.

To create an on-demand report, follow the same steps described above, but skip the **Scheduling** step (though you should still provide an emai
and preferred file format if you want your report sent to you). Just click **Create Report** and your report will begin running for you immediately.

For more information about running reports, please visit the Report Center FAQ.

---
How do I sort by column while viewing a report in the Report Center?
---

You can sort by column any time you're viewing an AdWords report on your browser. Just click the title at the top of the column you wish to sor
instance, 'Impressions' or 'Maximum CPC'). To reverse the order of ranking, click the black up/down triangle which appears at the top of your s
column.

## Monitoring Performance : Report Center : **Managing Reports**

---
How do I run a Campaign Performance report?
---

Here's how to run a Campaign Performance report (this process is similar for all types of reports):

1.  Log in to your AdWords account.
2.  Click on the **Reports** tab and then on the **Create Report** link.
3.  For 'Report Type,' select **Campaign Performance** from the pull-down menu.
4.  For 'View,' choose **Summary** (for an overview report) or **Hourly (by date)** (if you want to see hourly data associated with specific calen
    dates) or **Hourly (regardless of date)\***, **Daily,**'**Monthly, Quarterly,** or **Yearly** from the pull-down menu. \*Note that Hourly views are on
    available for Campaign Performance and Account Performance reports (but not for invalid clicks data), and that data for hourly reportin(
    available from February 1, 2006 onwards.
5.  Select the ' Date Range' for your report using the pull-down menu and calendar date selector.
6.  Select the campaign or campaigns to include in this report by choosing the radio button for **All campaigns**, or **Manually select from a**
    then clicking **Add** next to the campaign names on the list provided.
7.  Within 'Advanced Options' you can further customize your Campaign Performance report by clicking on **Add or Remove Columns** to r
    report based on preferred column topics such as 'Impressions', 'Clicks,' 'Avg CTR,' 'Avg CPM,' ' 'Invalid Clicks,' etc. Note that invalid clic
    reporting data is available from January 1, 2006 onward, and that these reports can not be run with hourly views. If you have Conversio
    Tracking enabled, you can also customize your conversion statistics columns here.
8.  Also in 'Advanced Options,' you can apply filters to restrict the display of report rows based on specific criteria. Click **Display only rows**
    **match specific criteria** to customize your filters; up to four filters may be created by clicking the **Add another restriction** link.

9.  Enter a unique **Report Name** for your report and check the box to save your settings as a template if you want to re-use them in the fut

10.  For 'Scheduling and Email,' schedule your report (if you want it to run again automatically at another time), and, if you want it delivered provide an email address and choose your preferred report format (.csv, .csv for Excel, .tsv, .xml, or .html)

11.  Click **Create Report**.

To download your report when it is finished running:

1.  Log in to your AdWords account.
2.  Click on the **Reports** tab.
3.  Click into the **Report Center**
4.  Click the name of the report you would like to view.
5.  Select the format in which you'd like to download your report: .csv, .csv (for Excel), .tsv, .xml, or .html.

How do I start (or stop) having reports sent to me via email?

Whenever you create a report (via the **Create Report** page), you have the option of having it sent to an email address that you supply. Here's h

1.  Log in to your AdWords account.
2.  Select the **Reports** tab at the top of the page, then click **Create Report.**
3.  After selecting your report criteria, scroll to the bottom of the page to **Scheduling and Email**. Check the box next to 'Whenever the rep send email to...' and supply the email address to which you want the report sent. You can also specify your report format preferences (. for Excel, .tsv, .xm or .html) on this line.
4.  Click **Create Report** and the report will be sent to your email address as well as stored in your **Report Center** (where you can save up reports).

When creating a report, you do not need to supply an email address if you don't want the report delivered via email; in that case, do not check the **Scheduling and Email** section where you would normally supply your email.

If you want to stop delivery of a regularly scheduled report to an email address you have previously supplied, do the following:

1.  Log in to your AdWords account.
2.  Select the **Reports** tab at the top of the page, then click **Report Center**.
3.  Under **Saved Templates**, locate the name of the scheduled report for which you want to cancel email delivery and click 'Edit this templ to the name.
4.  On the **Edit Template** page, scroll down to the bottom of the page to **Scheduling and Email** and uncheck the box next to 'Whenever th

runs, send email to...'

5.  Click **Save Template**.

If you don't request email delivery, your reports will still run as scheduled and you'll be able to view them in the **Report Center**; you simply won
them by email.

To change the email recipient of a report, follow the same steps outlined above, but instead of un-checking the box next to the email field, simp
the email address to the new preferred account, and then save the template.

How do I create a custom report?

Every report you create is now customized based on the settings you establish when you create it. The following steps outline the basic proces

1.  Log in to your AdWords account.
2.  Click the Reports tab at the top of the page.
3.  Click the Create Report link from within that tab.
4.  Select the kind of report you want to run from the Report Type pull-down menu.
5.  Choose your report settings for the View, Date Range, and Campaign and Ad Groups and further customize your report with Advanced
    (see descriptions below).
6.  Provide a Report Name and, if you want, save the report as template for future use.
7.  Create a schedule if you want this report to run automatically.
8.  If desired, input an email address and select report format (.csv, .csv for Excel, .tsv, .xml, or .html) for email delivery.
9.  Click Create Report.

Report parameters vary by the type of your report, but they may include:

Standard Options

Report Type: You may run a report on any of these metrics: Site/Keyword Performance, Ad Performance, URL Performance, Ad Group Perform
Campaign Performance, or Account Performance. Note: When choosing Ad Group Performance, you will then pick from a drop-down menu of
such as Text Ads, Image Ads, Video Ads, Mobile Ads and Local Business Ads, depending on your ad variations.

View: For an overview that shows an average or total for each metric, 'Summary' from the pull-down menu. For graphable data covering a stan
period choose from among Daily, Monthly, Quarterly, or Yearly in the pull-down menu. For Campaign Performance or Account Performance re
dated February 1, 2006 or later, you can get Hourly (by date) or Hourly (regardless of data) views of your data.

Date Range: To see statistics for a general date range, click the radio button next to the first drop-down box and select your date range for a gi

period of time (Yesterday, Today, Last Seven Days, etc.). For a calendar-based date range, click the radio button next to the second drop-down box and select your beginning and end dates.

Campaigns and Ad Groups: To specify which of your campaigns (and Ad Groups, if running an Ad Group report) you want in your report, click the radio buttons for either the 'All' option (to include everything) or the 'Manually select' option (at which point you can pick your selections from a list).

Advanced Options

Standard Columns: This section allows you to choose among a range of settings to further customize your report. Beneath the word 'Columns,' you will see a display of the column topics associated with your report. You can change these settings by clicking on 'Add or Remove Columns.' When you add or remove a column topic, the column display changes to reflect your input. Depending on the type of report you're running, available data columns may include: Impressions, Clicks, CTR, Avg CP, Cost, Avg Position, Campaign, Ad Group, Headline, Display URL and many others. Please note that available data varies by report type. For instance, when running a Campaign Performance or Account Performance report, you can include columns for Invalid Clicks (for the number of invalid clicks filtered out) and Invalid Clicks Rate (for the percentage of total invalid clicks filtered out). Hourly views are not available for invalid clicks, however.

Conversion Tracking Columns: These can also be added to your report if you have enabled conversion tracking in your account. Conversion columns available for inclusion include Conversions, Conversion Rate, Cost/conversion, Avg Value, Transactions, Cost/transaction, Total Value, Sales Value and many others.

Filters: Filters allow you to further customize your report by filtering up to four data types based on your specifications. To create report filters, click on 'Display only rows that match specific criteria.' Then, using the pull-down menus, you may choose from up to four of the following data types: AdWords Type, Keyword Status, Keyword Type, Keyword, Avg Position, Clicks, Cost, Avg CPC, CTR, and Impressions.

For each filter, define the associated values (which vary depending on data type) with the pull-down menus and fill-in boxes. To create additional filters (up to a total of four), click 'add another restriction.' To delete a filter you have created, click 'Remove' next to the filter settings you've established.

Finishing your Report

Report Name: After creating your report settings, name your report. Click the box to 'Save this as a new report template' if you plan to re-use these settings again for other reports.

Scheduling and Email: To schedule this report to run on a regular basis, click the box for 'Schedule this report to run automatically:' and choose daily, every Monday, or the first day of the month from the drop-down menu. (To simply run the report without further scheduling, skip this step).

Next, if you want the report sent via email, check the appropriate box and provide the email address where the report should be sent, and select your preferred report delivery format from the pull-down menu: .csv (default), .csv for Excel, .tsv, .xml, or .html. If you only want your report saved into your Report Center for later download, you can skip this step.

Create Report: When you click the Create Report button, your customized report will run based on your defined settings. You can view your re[
Report Center as one of your last five created reports. If you created a Saved Template from this report, you will find that in your Report Center

What is the difference between a Summary view and Hourly, Daily, Monthly, Quarterly or Yearly views?

The 'Summary' view is an overview report that provides either an average or total of each selected metric for a given date range. The 'Hourly (t
'Hourly (regardless of date),' 'Daily,' 'Monthly,' 'Quarterly' and 'Yearly' views apply a standardized time-frame as an additional metric for tracking
performance within your selected date range. Use 'Hourly (by date)' if you want hourly data associated with specific dates; use 'Hourly (regardl
date)' if you only want to see the hourly stats without their associated calendar dates.

Note that Hourly views are only available for Campaign Performance and Account Performance reports, and that data for hourly reporting is on
available from February 1, 2006 onwards.

What are the totals and averages on a site/keyword report?

You'll have the option to create a site/keyword report in your Report Center if you are running both site-targeted and keyword-targeted campaic
account. (If not, you'll see only the keyword report option.) Here are brief explanations of each column in the site/keyword report.

Campaign and Ad Group: The names of the campaigns and Ad Groups included in this report.

Site / Keyword: For site-targeted campaigns, this is the URL of the site where the ad was displayed. For keyword-targeted campaigns, this is t
keyword(s) which triggered the ad.

Match Type indicates whether the ad was matched to a website or a keyword.

Status: In the case of websites, this can be *normal* or *deleted*. In the case of keywords, this can be *active* or *inactive*.

Maximum CPC: The maximum cost-per-click you set for your keyword-targeted ads. (For site-targeted ads, this column will read $0.00.)

Maximum CPM: The maximum cost per one thousand impressions you set for your site-targeted ads. (For keyword-targeted ads, this column
$0.00.)

Destination URL: This column displays the URL where users are sent when they click on your ad.

Impressions: The total number of impressions your ad received on the target site or keyword during the selected time period. If this is a CPM a
be charged for each impression. If this is a CPC ad, you are charged only for clicks, not for these impressions.

Clicks: The number of clicks your ad received from users during the given time period. If this is a CPC ad, your account will be charged for eac
this is a CPM ad, you are charged only for impressions, not for these clicks.

CTR: The clickthrough rate is the percentage of web users who actually clicked on your ad after viewing the page where it was displayed.

Avg. CPC: The average amount you paid for each time someone clicked on your ad. If this is for a CPC campaign, this number will not exceed
maximum CPC, but may be lower. If this is a CPM campaign, this number is informational only, since your ad rates are set per impression and

click.

**Avg. CPM**: The average amount you paid for each thousand page views of your ad. If this is for a CPM campaign, this number will not exceed maximum CPM, but may be lower. If this is a CPC campaign, this number is informational only, since your ad rates are set per click and not pe impression.

**Cost**: The total charges accrued for this keyword or this site during the given time period.

**Avg. Position**: The average rank of your ad among all ads in a given AdWords ad space. If this is a text ad for a CPC campaign, the number r average position your ad received in all viewings for this keyword. If this is an image ad, or a CPM campaign, the ad will always occupy the ent space itself and therefore the ranking will be 1.0.

For more information, see the AdWords glossary or our FAQ on AdWords Reports.

How do I schedule a report to run periodically?

It's a matter of just a few clicks to run any report on a daily, monthly or quarterly schedule. Here are the steps:

1. Log in to your AdWords account.
2. Click the **Reports** tab at the top of the page, and then on the **Create Report** link.
3. Choose a **Report Type** from the pull-down menu.
4. For **View**, choose 'Summary' (for an overview report) or 'Daily,' 'Monthly,' 'Quarterly,' or 'Yearly' from the pull-down menu.
5. Select the **Date Range** for your report.
6. Identify which **Campaigns and Ad Groups** you want included by clicking the radio buttons for either 'All campaigns and ad groups,' or campaigns and ad groups.' If you choose 'Selected,' you will see a list of **Available Campaigns and Ad Groups** from which you can a Campaigns (if you want to include all their Ad Groups) or individual Ad Groups, which can be hand-picked by clicking on the triangle ne Campaign name to reveal the related Ad Groups list. Just click 'Add' next to the names of the Campaigns and / or Ad Groups you want and they will appear in the adjacent list of **Selected Campaigns and Ad Groups**.
7. Use **Advanced Options** to further customize your report by adding or removing report display columns for standard and conversion-rel (select 'Add or Remove Columns' and check or uncheck the statistics and filtration values you want included / excluded). You can also to four filters to screen out non-essential statistics.
8. Name your report and click the box to save your report settings as a template if you plan to run similar reports again.
9. In **Scheduling and Email**, if you want this report to run on a regular schedule, click 'Schedule this report to run automatically' and use t down menu to select the days when you want your report to run: daily, every Monday, or the first day of the month.
10. If you want to receive your report by email (it will also be saved in your Report Center), provide an email address and choose your pref format (.csv, .csv for Excel, .tsv, .xml, or .html).
11. Click **Create Report**.

Your report will now be generated automatically at your requested intervals and will be stored for download as one of your last five reports in your **Report Center**. If you have asked for email notification, the system will alert you when each new report is complete.

To run a manual report, skip the Scheduling step and simply click **Create Report**.

You can store up to five reports in your Report Center at a given time (the newest reports automatically replace the oldest if more than five reports requested). Reports will also be sent via email if you provided an address and chose a file format when you created the reports.

**Can I run a report that excludes paused or deleted ads?**

Yes. You can customize your report to include only those Campaigns you select from your account. Here's how to customize your report this way:

1. Log in to your AdWords account.

2. Click the **Reports** tab at the top of the page, and then on the **Create Report** link.

3. Choose your **Report Type** from the pull-down menu; select your preferred **View** ('Summary' or for a particular time-frame), and the **Date** for your report.

4. Identify which **Campaigns and Ad Groups** you want included by clicking the radio button for 'Selected campaigns and ad groups' and picking from among the list of available Ad Groups within your Campaigns (click the triangle next to a Campaign name to display its Ad Groups). Click 'Add' beside the names of individual Ad Groups you want included in your report and they will appear in the adjacent 'Selected' list for your report.

5. Use **Advanced Options** to further refine your report by customizing your display columns and establishing data filters based on your criteria.

6. Name your report and click the box to save your settings as a template if you plan to run similar reports again.

7. In **Scheduling and Email**, click 'Schedule this report to run automatically ' and use the pull-down menu to define when you want your report to run (daily, every Monday, or the first day of the month).

8. If you want to receive your report by email (it will also be saved in your Report Center), provide an email address and choose your preferred format (.csv, .csv for Excel, .tsv, .xml, or .html).

9. Then just click **Create Report**.

For more information about running reports, please visit the Report Center FAQ.

**How do I delete a report?**

To delete a recently created report that has been stored in your Report Center:

1. Log in to your AdWords account.

2. Click the **Reports** tab at the top of the page.

3. Click **Report Center**.

4.   Find the stored report under **Last 5 Reports** and click 'Delete' in the far right column of that report line.

To delete a scheduled report template, follow steps 1-3 and then look for the report under **Saved Templates**. Click 'Delete' in the far right column of that report line.

How do filters work? How can I best leverage them?

Filters provide an additional layer of customization that helps streamline your report with values-based settings for up to four types of attributes. By filtering out irrelevant results for specific types of data, you are better able to focus on the relationships and correlations among keywords, CTR, ad positioning, cost or other attributes of interest.

With filters, you establish the information you want included for attributes such as Ad Distribution (for content or search), Keyword Status (for active, deleted, disapproved, or inactive), Avg Position (less than or greater than the position number you assign), and Clicks (less than, equals, or greater than the number of clicks you assign), among others.

You can establish filters on the **Create Report** page (within the **Reports** tabbed section), as part of the report creation process. After choosing your basic settings such as **Report Type**, **View**, **Date Range**, etc., you can then use **Advanced Options** to customize the report columns for your needs. The **Filters** settings are also located within **Advanced Options**.

To set your filters, click on 'Display only rows that match specific criteria,' and then choose your filter settings from the pull-down menus. After creating a filter, you can add another by clicking on 'Add another restriction.' To delete a filter you've created, simply click 'Remove' next to the filter settings. You may establish up to four filters for your report, and your report settings can be saved in an editable template for later use when you finish your initial report creation.

Filters are best leveraged as a way of limiting irrelevant statistics in your report. Effectively filtered reports can be easier to read and faster to absorb because they include only the most relevant data about the attributes you have selected for your reporting purposes.

When do my reports run?

Reports for individual accounts are scheduled to begin running at 1:00 am in your designated time zone. MCC-managed account reports begin running at 5 am in your designated time zone. Reports for accounts without a designated time zone will begin running at 1 am PT (US Pacific Time) for individual accounts and 5 am PT for MCC accounts.

How are the values in report filters calculated?

Filter calculations are based on real values (rather than on averages). For standardization purposes, the filtered values calculated in your Report Center reports are rounded. These rounded results are used for standardized reporting purposes only, not to calculate account fees or other hard data.

What's an Ad Performance Report? How do I run one?

Ad Performance reports let you view statistics on how specific types of ad variations are performing. This type of report lets you see performan on text ads, image ads and, where available, video ads, mobile ads and local business ads.

To create an Ad Performance report showing statistics for specific ad variations:

1. Log in to your AdWords account at https://adwords.google.com.
2. Click the 'Reports' tab at the top of the page.
3. Click 'Create Report.'
4. View: Select a viewing option from the drop-down menu (summary data, or daily, monthly, quarterly, or yearly metrics).
5. Date range: Select the date range for your report.
6. Campaigns and Ad Groups: Choose 'All' or hand-pick campaigns and/or ad groups you want included in your report.
7. Advanced Options - Columns: Click 'Add or Remove Columns' then use the check-boxes to customize the data you want included in yo The report column display bar will change as you add or remove selections so you can see how your columns will appear. Column optio specific to the different ad variations will also appear in this section.
8. Advanced Options - Filters: Click 'Display only rows that match specific criteria' and select up to four filters, assigning them parameters for screening your data. Add filters by clicking 'Add another restriction.' Delete them by clicking 'Remove.'
9. Report name: Enter a unique name for your report. Check the box to 'Save this as a new report template' if you'll want to re-use the sett you've established.
10. Scheduling: To run this report on a regular basis, check the box to 'Schedule this report to run automatically:' then use the drop-down m select your frequency (daily, every Monday, or on the first day of every month).
11. Email: Check the box to receive an email notification for your newly created report and provide the email address(es) to which the notification should be sent.
12. For multiple recipients, separate each email address with a comma. To receive the report via email, check the box for 'with report attach and select yourpreferred report format (.csv for Excel, .csv, .tsv, .xml, or .html) from thedrop-down menu.
13. Click 'Create Report' and your report will run.

What's an invalid clicks report? How do I run one?

You can now run Campaign Performance and Account Performance reports featuring the number and percentage of invalid clicks that have be determined to be invalid and automatically filtered out by the AdWords system.

You are not charged for these clicks – the system's sophisticated detection and filtering techniques have identified these as invalid clicks and p them from being charged to your account. Read our FAQ about how Google detects invalid clicks to learn more about this process.

When running a Campaign Performance or Account Performance report, you can select columns within the Advanced Options section to includ
about the number of filtered invalid clicks for the reporting period, as well the percentage of invalid clicks within the total number of clicks for th
period.

Please note that data for invalid clicks is only available for reports dated January 1, 2006 to the present, and that this data is not available for h
views.

Here's how to run a report with data on invalid clicks:

- Log in to your AdWords account.
- Click on the **Reports** tab and then on the **Create Report** link.
- For 'Report Type,' select **Campaign Performance** or **Account Performance** from the pull-down menu.
- Choose your 'View' from among the available options (note that hourly views are not available for invalid clicks reporting).
- Select the 'Date Range' for your report by using the time span. Data for invalid clicks reporting is available from January 1, 2006 onwar
- For Campaign Performance reports, select which campaigns to include by choosing the radio button for **All campaigns** or the radio but
  **Manually select from a list** ( to hand-pick your campaigns for inclusion).
- Within 'Advanced Options,' click **Add or Remove Columns**.
- Check the column option boxes for **Invalid Clicks** (for the number of invalid clicks filtered during the reporting period), and / or for **Inval
  Rate** (for the percentage of clicks filtered out of your total clicks during the reporting period).
- Select any other data you want included in this report by clicking the appropriate boxes and adding filters if desired. Note that reports w
  for invalid clicks can't include data for ad distribution.
- Enter a unique **Report Name** and check the box to save your settings as a template if you want to re-use them in the future.
- For 'Scheduling and Email,' schedule your report to run at regular intervals if you want it automatically generated; provide an email addr
  delivery if desired; and then choose your preferred report delivery format (.csv, .csv for Excel, .tsv, .xml, or .html).
- Click **Create Report**.

---

How far back can I get performance reports with invalid clicks data?

---

Data about invalid clicks filtered by our system is available for inclusion in campaign- and account-level performance reports from January 1, 2
present. For earlier data, refer to your Billing Summary page.

---

Am I charged for the filtered invalid clicks in my performance report?

---

No, the AdWords system filters out these invalid clicks before they are charged to your account, so you don't pay for them. Read our FAQ to le
what Google does when it detects invalid clicks.

---

What's the difference between the report columns for Invalid Clicks and Invalid Clicks Rate?

---

The Invalid Clicks column provides data on the number of invalid clicks filtered during the reporting period. The Invalid Clicks Rate column prov on the percentage of clicks filtered out of your total number of clicks (filtered + non-filtered clicks) during the reporting period

You can include either or both columns when running a Campaign Performance or Account Performance report. Please note that data for inval only available for reports dated January 1, 2006 to the present, and that hourly views are not available with data about invalid clicks.

To learn how to run a performance report with data about invalid clicks data, read our FAQ.

---

**Where are the filtered invalid clicks on my report coming from?**

---

The invalid clicks filtered out by our system may come from a variety of sources. Common behaviors that may trigger our filters include:

- Manual clicks intended to increase your advertising costs or to increase profits for website owners hosting your ads.
- Clicks by automated tools, robots, or other deceptive software.

We closely monitor these and other scenarios as part of our effort to protect you from receiving invalid clicks. Read our FAQ about how Google invalid clicks to learn more about this process.

---

**Can I get reports that include 'zero impression keywords'?**

---

Yes. If you're running a Keyword Performance report you can use Filters to incorporate zero impression keywords into your report. Here's how:

- While establishing your Keyword Performance report settings on the 'Create Report' or 'Edit Template' page, scroll to the 'Advanced Op section and, beneath the word 'Filters,' click **Display only rows that match specific criteria** to reveal your Filters options.
- Check the box to **Include keywords with zero impressions**.
- Alternately, you can select the filter for **Impressions** from the drop-down menu and assign it a value of equal to, or less than, 0.

Your report will include any keywords with zero ad impressions for the date range you select on the report settings. However, dates in your sele range that fall before or after the time during which these keywords were activated will not return any data on these keywords.

Depending on the report view and date range you choose, reports featuring zero impression keywords may be very large and take a long time instance, a Daily view of a Keyword Performance report with a wide date range might return a vast number of results, because each keyword-c combination will have its own row of results on the report.

On the other hand, a Summary view report may not show many zero impression keywords rows because it only returns results for those keywo have never served impressions during the selected date range.

We suggest that you try running a Monthly view for your first attempt at a zero impression keyword report – the report results shouldn't be too overwhelming.

---

What are hourly reports? How do I run one?

---

Hourly report views provide data about your account or campaign performance on an hourly basis across a 24-hour period. This helps you see performing at different times throughout the day. You can use these insights to <u>schedule your ads</u> for the hours during which they are most like impressions and clicks.

Note that hourly views are only available for Campaign Performance and Account Performance reports, and that data for hourly reporting is on onwards.

Here's how to run an Account or Campaign Performance report with Hourly views:

1. Log in to your AdWords account.
2. Click on the **Reports** tab and then on the **Create Report** link.
3. For 'Report Type,' select **Account Performance** or **Campaign Performance** from the pull-down menu.
4. For 'View,' choose **Hourly (regardless of date)** or **Hourly (by date)** from the pull-down menu, depending on whether you want to see l
5. Select the 'Date Range' for your report by using the timespan ('Last seven days,' 'This month,' etc.) or the calendar date selector. Data February 1, 2006 onwards.
6. For Campaign reports, select the Campaigns to include by choosing the radio button for **All campaigns**, or **Manually select from a lis** campaign names on the list provided.
7. Within 'Advanced Options' you can further customize your Campaign or Account report by clicking **Add or Remove Columns** to refine column topics such as 'Impressions,' 'Avg CPM' 'CTR,,'Avg Position,' etc. If you have Conversion Tracking enabled, you can also custo here.
8. Also in 'Advanced Options',you can apply filters to restrict the display of report rows based on specific criteria. Click **Display only rows** customize your filters; up to four filters may be created by clicking the **Add another restriction** link.
9. Enter a unique **Report Name** for your report and check the box to save your settings as a template if you want to re-use them in the fut
10. For 'Scheduling and Email,' schedule your report (if you want it to run again automatically at another time), and, if you want it delivered choose your preferred report format (.csv, .csv for Excel, .tsv, .xml, or .html)
11. Click **Create Report**.

To download your report when it is finished running:

1. Log in to your AdWords account.
2. Click on the **Reports**,tab.
3. Click into the **Report Center**
4. Click the name of the report you would like to view.

5.  Select the format in which you'd like to download your report: .csv, .csv (for Excel), .tsv, .xml, or .html.

## Monitoring Performance : Report Center : **Troubleshooting Reports**

**Why don't all my keywords appear in my latest report?**

Only keywords which received at least one impression during the reporting period will appear on a given report. For example, if your report cov last seven days, and your keyword 'flowerpot' received no impressions during those seven days, then 'flowerpot' will not appear on the report.

If you don't see a particular keyword, try expanding your report parameters to cover a wider date range. You also can run a customized perform report specifically for keywords, and select all of your Campaigns and /or Ad Groups for inclusion in the report.

To further customize your report or expand its parameters to better capture keyword performance:

1.  Log in to your AdWords account.
2.  From within the **Reports** tab, select **Create Report**.
3.  Select 'Keyword Performance' as your **Report Type** from the pull-down menu.
4.  Select your **View** by choosing 'Summary' (for an overview report) or 'Daily,' 'Monthly,' 'Quarterly,' or 'Yearly' from the pull-down menu.
5.  Choose a wider **Date Range** than in your last report.
6.  Choose your report's **Campaigns and Ad Groups** by clicking the radio button for either 'All campaigns and ad groups,' or 'Selected ca and ad groups.' Selecting 'All' will ensure that all your Campaigns and Ad Groups are reported on (and so, all their keywords). If you ch 'Selected,' you will see a list of **Available Campaigns and Ad Groups** from which you can add entire Campaigns (if you want to includ Ad Groups) or individual Ad Groups, which can be hand-picked by clicking on the triangle next to the Campaign name to reveal the rela Groups list. Just click 'Add' next to the names of the Campaigns and / or Ad Groups you want included, and they will appear in the adja of **Selected Campaigns and Ad Groups**.
7.  Use **Advanced Options** to further customize your report by adding or removing report display columns for standard and conversion-rel (select 'Add or Remove Columns' and check or uncheck the statistics you want included / excluded). You can also create **Filters** to scre non-essential statistics, based on up to four sets of criteria.
8.  Schedule your report (if you want it to run again automatically at another time), and, if desired, provide an email address and choose a (.csv, .csv for Excel, .tsv, .xml, or .html) for email delivery of your report.
9.  Click **Create Report**.

Some highly detailed keywords simply may not receive any impressions. Those keywords which receive no impressions for a 90-day period wil eventually be disabled.

**Why can't I run or retrieve a report for normal, in trial, or on hold keywords?**

Recent changes to the AdWords keyword evaluation process may affect reports you created previously in your Report Center. The keyword st

'normal,' 'in trial,' 'on hold,' and 'disabled' were phased out as part of our ongoing efforts to streamline our keyword evaluation process and help find exactly what they're looking for.

Because of this change, some older scheduled and on-demand reports will no longer return accurate results. For example, if your regularly sch report included 'in trial' keywords as a parameter, that report won't run properly because 'in trial' keywords no longer exist.

Here's how to see which of your reports may have been affected:

1.  Log in to your AdWords account.
2.  Click the **Reports** tab at the top of the page.
3.  Click **Download Center** on the **Reports** tab.

Any reports affected by this change will be marked with a notification alert at the top of the page. We recommend you create entirely new repor on the new keyword states, and delete the affected reports.

To create a new report:

1.  From the Download Center, click **Create Report** on the **Reports** tab at the top of the page.
2.  Select a report type from one of the options to the left, click the link, and follow the instructions to create your new report.

**Helpful Links**

-   More about reports.
-   More about smarter keyword evaluation.
-   More about the keyword states.

---

**Why do my reports download as Zip files?**

---

In order to minimize download time and give all AdWords users the best possible performance, we email all reports in Zip format. (Zip allows a to be saved in a smaller, compressed version of the same file.)

To open a zipped report file:

-   Be sure that you already have a Zip utility installed on your computer.
-   Open your report file from within this message by double-clicking the file in your e-mail program. You can also download the attachmen location on your computer, locate the file, and open it by double-clicking on the file.

Note: If you choose to have your reports emailed to you, they will be emailed in Zip format as long as they are under the 2MB file size limit.

---

**Why do my invalid clicks and clicks rates vary by campaign, date or time?**

---

These fluctuations are similar to those seen in overall traffic from day to day and by campaign. Read our FAQs to learn more about typical reas daily fluctuations in click traffic, and about what high click volume means in relation to invalid clicks.

Also, please note that the invalid clicks data in your Campaign Performance and Account Performance reports features actual numbers of filter rather than averages, so variations in invalid clicks traffic will be evident from day to day and campaign to campaign.

Why can't I get hourly reports prior to February 1, 2006?

Data for Hourly reporting is only available for Campaign Performance and Account Performance reports using data from February 1, 2006 or la
your report will not contain hourly data for dates prior to January 31, 2006.

## Monitoring Performance : **Google Analytics**

Will I need to paste the JavaScript code into my webpage for each campaign that I set up?

No. You'll only need to paste the JavaScript code snippet into your designated conversion pages once.

## Monitoring Performance : Google Analytics : **Getting Started**

Important Note About Creating New Profiles

We have re-enabled the "Add Profile" feature for a number of Google Analytics customers. These customers will be able to add a limited numb
continue to expand capacity, the limit will gradually be increased.

If your Analytics account is linked to an AdWords account, when you add profiles, your AdWords cost data will automatically be imported into tl
disable this feature, please read How do I disable AdWords reporting for a profile?

If you have multiple AdWords accounts for multiple websites, you should create a separate Analytics account for each AdWords account. This
enabled. If you use one AdWords account to drive traffic to multiple websites, there is no way to import only some of the cost data. You can eitl
the article linked above for more details.

Google Analytics Installation Guide

The Google Analytics Installation Guide is intended to allow you to quickly set up and configure a successful set of reports for a profile. If you n
topic, please visit our Help Center at www.google.com/support/analytics.

       Step 1 - Create a Google Analytics account
       Step 2 - Configure your profile
       Step 3 - Creating Filters
       Step 4 - Edit the tracking code for custom website setups
       Step 5 - Add the tracking code to your pages
       Step 6 - Grant access to other users
       Step 7 - Create goals and funnels
       Step 8 - Tag your advertising campaigns
       Step 9 - Enable e-commerce transaction tracking

**Step 1 - Create a Google Analytics account**

*Note to AdWords users:* Google Analytics is able to import and track cost data from Google AdWords if your AdWords and Analytics accounts a Please log in to your AdWords account and follow the instructions on the Analytics tab.

**To create an Analytics account:**
1.  Visit https://www.google.com/analytics.
2.  Enter your Google Account email and password and click **Sign In**. If you don't have a Google Account, click **Sign up now** to create one
3.  Click **Sign Up**.
4.  Enter your **Website's URL,** making sure to select either http:// or https:// from the drop-down list. Enter a nickname for this account in th **Account Name** field, then click **Continue**.
5.  Enter your contact information and click **Continue**.
6.  Read the Google Analytics Terms of Service. If you agree to these terms, select the **Yes** checkbox and click **Create New Account** to c

The **Tracking Instructions** page that appears contains the tracking code that you'll need to paste into each page of your site. We recommend completing some additional steps before pasting this code, however, to ensure that the data you collect is relevant. If you'd prefer to install the code right away, please skip to Step 5 for instructions.

Otherwise, click **Continue** on the **Tracking Instructions** page to access your new account.

**Step 2 - Configure your profile**

It's important to configure your profile in order to get the most out of your reports. To access your profile settings:

1.  In the Website Profiles table, find the profile to edit.
2.  Click Edit. The Profile Settings page appears.
3.  Click Edit on the Main Website Profile Information table.

**Default page**
Setting this to the default (or index) page of your site allows Google Analytics to reconcile log entries for www.example.com and www.example.com/index.html, for example. These are in fact the same page, but are reported as two distinct pages until the Default Page sett been configured.

**Exclude URL Query Parameters**
Does your site use dynamic session or user identifiers? You can tell Analytics to ignore these variables and not count them as unique pages. E query parameters to exclude - this field has been prepoluted with some common session identifiers.

**E-Commerce Website**

To enable e-commerce reporting and the E-Commerce Analysis report set, select Yes. More information on e-commerce reporting is available

**Step 3 - Creating Filters**

A filter is used to include, exclude, or change the representation of certain information in a report.

Filters aren't required, but using them will help you define what data you see and how you see it. Since filters affect the way data is displayed in reports, it is important to get them set up as soon as possible. Filters added after your account begins collecting data will not affect your old data.

You'll want to create filters if:

- you want to see reports for a certain subdomain or subdirectory only
- you'd like to exclude traffic from certain people or places
- your dynamic parameters would be more easily readable as descriptive text strings

There are a number of other reasons that you may want filters, but if none of these apply to you, you can safely skip ahead to the next step.

A filter consists of:

- The **name** of the filter
- The **type** of filter you would like to implement
- The **filter field** that is affected. More information about these fields is available from our Help Center: What information do the filter field represent?
- The **filter pattern** is the string that will be matched against the filter field. This field uses regular expressions, a special syntax that uses wildcards and text strings for matching. Please read What are regular expressions? for instructions and tips.

To create a filter:

1. Click the Filter Manager link from the Analytics Settings page.
2. Click Add Filter.

**Filter Types**

Analytics provides three predefined filters, useful for common tasks, as well as a number of custom filters.

Predefined filters:

1. **Exclude all clicks from a domain (hostname):** use this filter to exclude clicks that originate from a specific network, such as your internal work network.
2. **Exclude all clicks from an IP address:** this filter works to exclude clicks from certain sources. You can enter a single IP address, or a range of addresses
3. **Include only traffic from a subdirectory:** use this filter if you want a profile to report only on a particular subdirectory (such as www.example.com/motorcycles)

Custom filters:

- **Exclude Pattern:** This type of filter excludes log file lines (hits) that match the Filter Pattern. Matching lines are ignored in their entirety; for example, a filter that excludes Netscape will also exclude all other information in that log line, such as visitor, path, referral, and domain information.
- **Include Pattern:** This type of filter includes log file lines (hits) that match the Filter Pattern. All non-matching hits will be ignored and any data in non-matching hits is unavailable to the Urchin reports.
- **Search & Replace:** This is a simple filter that can be used to search for a pattern within a field and replace the found pattern with an alternate form.
- **Lookup Table:** Selecting this filter allows you to select a lookup table name which may be used to map codes to human intelligible labels. For example, the phone models table maps abbreviated phone platform identifiers to the model and manufacturer names for phone based web browsers.
- **Advanced:** This type of filter allows you to build a field from one or two other fields. The filtering engine will apply the expressions in the two Extract fields to the specified fields and then construct a field using the Constructor expression. Read the Advanced Filters article for more information.
- **Uppercase / Lowercase**: Converts the contents of the field into all uppercase or all lowercase characters. These filters only affect letters, and will not affect characters or numbers.

**Common uses**

**Report traffic to a subdomain only -** If you have your tracking code on your entire domain, but would like to view reports about a particular subdomain on their own, you can create a filter to include only traffic to your subdomain.

**Filter Type:** Custom filter > Include
**Filter Field:** Hostname
**Filter Pattern:** subdomain\.example\.com
**Case Sensitive:** No

This will exclude all traffic that is not on the domain subdomain.example.com.

**Exclude internal IP addresses -** If you'd like to exclude traffic from internal IP addresses, so that your own visits and those of your employees don't show up in your reports, enter your IP address in the filter below. You can also filter out a

range of addresses, as in the second example. Remember to use <u>regular expressions</u> in the IP Address field.

**Filter Type:** Exclude all traffic from an IP address
**IP Address:** 99\.999\.999\.9

Or, to filter a range of **192.168.1.1** to **192.168.125:**

**Filter Type:** Exclude all traffic from an IP address
**IP Address:** ^192\.168\.1\.([1-9]|[1-9][0-9 ]|1[01][0-9]|12[0-5])$

**Step 4 - Edit the tracking code for custom website setups**

The tracking code that is provided to you is designed to work with most site setups. However, there are a few scenarios that require small upda tracking code on each of your pages. If any of the following apply to you, follow the instructions to update your code before adding it to your pa

Learn how to:

1.  <u>Track multiple domains in one profile</u> (eg. a main site as well as a secure store site)
2.  <u>Track more than one subdomain in one profile</u>
3.  <u>Track multiple domain aliases</u>

**Step 5 - Add the tracking code to your pages**

**Add the tracking code to your pages**

Google Analytics only tracks pages that contain the Google Analytics tracking code. You'll need to add this code to each page of your site, eith manually or through the use of includes or other methods.

**To access your tracking code:**

1.  Sign in to Google Analytics
2.  From the Analytics Settings page, find the profile for which you would like to retrieve the tracking code. Please note that tracking code i specific.
3.  From that profile's Settings column, click Edit
4.  At the top right of the Main Website Profile Information box, click Check Status
5.  Your tracking code can be copied and pasted from the text box in the Instructions for adding tracking section

**Basic installation -** Copy and paste the code segment into the bottom of your content, *immediately before the </body> tag of each page you a planning to track.* If you use a common include or template, you can enter it there.

```
<script src="http://www.google-analytics.com/urchin.js" type="text/javascript">
</script>
<script type="text/javascript">
_uacct="UA-xxxx-x";
urchinTracker();
</script>
```

You'll need to update the "xxxx-x" in the sample above with your own Google Analytics account number. You can access your personalized tra code in its entirety by following the instructions in Where can I find my tracking code?

Once you've completed this step, Google Analytics will begin collecting traffic data. You'll be able to see data in your reports within 24 hours.

**Database driven sites** - Insert the tracking code on your index.php page or equivalent (eg. default.php, index.cfm).

**Pages with frames** - A web page containing frames will generate multiple pageviews: one for the framing page (containing either a FRAMESE IFRAME tag within its HTML code), and one for each page shown in a frame. As a result, pageviews may be somewhat inflated. Even if a page site only appears as a frame for another page, we still recommend tagging it with the entire tracking code. If a visitor reaches the page through engine or a direct link from another site and the page doesn't contain the tracking code, the referral, keyword and/or campaign information from source will be lost.

Please see How do I interpret the reports for a website that has frames?

Step 6 - Grant access to other users

Google Analytics provides the ability to add any number of users to your account, and to grant varying levels of access to your reports. Access particular reports and/or domains is configured through a combination of profile access and Report dashboards and categories.

**Granting profile access**

To allow access to another user, follow the instructions below. Please note that additional users will need to create a free Google Account in or granted access.

1. Click **Access Manager**.
2. Click **Add**.
3. Enter the user's email address, last name, and first name.
4. Select the **Access type** for this user: **View reports only**, or **Account Administrator**, which allows the user to edit account settings.
5. If you selected **View reports only**, select the profiles to which this user should have access (note that Account Admins have access to profiles). Reports for profiles that are not selected will not be available to this user.
6. Click **Add** to move these profiles into the *Selected Website Profiles* list.
7. Click **Finish** to create the new user.

**Report dashboards and categories**

If you would like a user to have access to a certain subset of reports only, you can set the available reports on a profile level. For example, if Pi shows all reports for domain www.example.com, but you'd like *UserB* to view only the marketing reports for www.example.com:

1. Create a new profile (ProfileB) with the same settings as ProfileA.
2. From the **Analytics Settings** page, click **Edit** to update ProfileB's settings.
3. In the **Main Website Profile Information** section, click **Edit**.
4. Select the Report dashboards and Report categories for which *UserB* will need access from the **Available reports** section and click Sa **Changes**. Report dashboards provide quick access to reports applicable to a job function, while Report categories contain a full comple related reports.
5. Click **Access Manager**.
6. Click **Edit** in *UserB's* row.
7. Select ProfileB from the **Available Website Profiles** list and click **Add** to move it to the Selected... list.
8. Click **Save Changes**.

Step 7 - Create goals and funnels

If your website is designed to drive visitors to a particular page, such as a purchase or email signup page, you can track the number of succes: conversions using goals and funnels in Google Analytics.

- A *goal* is a website page a visitor reaches once she or he has made a purchase or completed another desired action, such as a registra download.
- A *funnel* represents the path that you expect visitors to take in order to reach the goal. Defining these pages allows you to see how freq visitors abandon goals (and where they go instead) and the value of the goal.

Each profile can have up to 4 goals, with a defined funnel for each. To set up goals and funnels:

**Enter Goal Information:**

1. From the **Analytics Settings** page, find the profile for which you will be creating goals and click **Edit**.
2. Select one of the 4 goal slots available for that profile and click **Edit**.
3. Enter the **Goal URL**. Reaching this page marks a successful conversion. For example, a registration confirmation page, a checkout con page, or a thank you page.
4. Enter the **Goal name** as it should appear in your Google Analytics account.
5. Turn the goal **On** or **Off**. This selection decides whether Google Analytics should track this conversion goal at this time. Generally, you' set the **Active Goal** selection to **On**.

Then, **Define a funnel** by following these steps:

1. Enter the **URL** of the first page of your conversion funnel. *This page should be a page that is common to all users working their way tow your Goal. For example, if you are tracking user flow through your checkout pages, do not include a product page as a step in your funr*

2. Enter a **Name** for this step.

3. If this step is a **Required step** in the conversion process, select the checkbox to the right of the step. If this checkbox is selected, users your goal page without travelling through this funnel page will not be counted as conversions.

4. Continue entering goal steps until your funnel has been completely defined. You may enter up to 10 steps, or as few as a single step.

Finally, configure **Additional settings** by following the steps below:

1. If the URLs entered above are **Case sensitive**, select the checkbox.

2. Enter a **Goal value**. This is the value used in Google Analytics' ROI calculations, and can be either a set value for the page, or a dynan pulled from your e-commerce receipt page. If the former, enter the amount in the field; if the latter, leave this field blank and refer to <u>Hov</u> <u>track e-commerce transactions?</u>

3. Click **Save Changes** to create this Goal and funnel, or **Cancel** to exit without saving.

**Please see the following articles for more information on setting up goals:**

- <u>How do I differentiate my goal and funnel steps if my URLs are dynamically generated?</u>
- <u>How do I differentiate my goals and funnels if my site URLs are identical?</u>
- <u>How do I track a goal that is an outbound link?</u>
- <u>How do I track a goal that is a download (eg. PDFs, AVIs, or WMVs)?</u>

**Step 8 - Tag your advertising campaigns**

*Note to AdWords users*: If you'll only be tracking AdWords campaigns, **you may skip this step.** Once you've linked your AdWords and Analyti accounts, AdWords keywords are automatically tagged with the required tracking variables.

Tagging your online ads is an important prerequisite to allowing Google Analytics to show you which marketing activities are really paying off. involves inserting and defining specific variables into the links that lead to your website.

Generally speaking, you need to tag all of your paid keyword links, your banners and other ads, and the links inside your promotional email me *except* those in Google AdWords, which are automatically tagged. Fortunately, the tagging process goes smoothly once you understand how t differentiate your campaigns. In addition, the <u>URL Builder</u> tool makes it easy to tag your links.

For a full explanation of tagging your links, please read <u>How do I tag my links?</u> If you'd like to get started quickly, refer to the table below.

| Variable | Name | Description |
|---|---|---|
| utm_source | Source | Every referral to a web site has an origin, or *source*. Examples of sources are the Google search engine, the AOL search engine, the name of a newsletter, or the name of a referring web site. |
| utm_medium | Medium | The *medium* helps to qualify the source; together, the source and medium provide specific information about the origin of a referral. For example, in the case of a Google search engine source, the medium might be "cost-per-click", indicating a sponsored link for which the advertiser paid, or "organic", indicating a link in the unpaid search engine results. In the case of a newsletter source, examples of medium include "email" and "print". |
| utm_term | Term | The *term* or *keyword* is the word or phrase that a user types into a search engine. |
| utm_content | Content | The *content* dimension describes the version of an advertisement on which a visitor clicked. It is used in content-targeted advertising and Content (A/B) Testing to determine which version of an advertisement is most effective at attracting profitable leads. |
| utm_campaign | Campaign | The *campaign* dimension differentiates product promotions such as "Spring Ski Sale" or slogan campaigns such as "Get Fit For Summer". |

An example URL:

http://www.examplesite.com/?utm_source=google &utm_medium=ppc &utm_term=exampleword &utm_content=campaign1 &utm_campaign=exampleproduct

**Step 9 - Enable e-commerce transaction tracking**

With some simple additions to your receipt page, Google Analytics can automatically detect and record transaction and product information. Th required information is placed into a hidden form which is parsed for transaction and product information. Most template driven e-commerce sy be modified to include this information in the receipt.

You'll also need to enable e-commerce reporting for your website's profile:

- From the Analytics Settings page, click Edit next to the profile you would like to enable.
- Click Edit from the Main Website Profile Information box
- Change the E-commerce Website radio button from No to Yes.

**Writing the required information**

Somewhere in the receipt, below the tracking code, the following lines need to be written by your engine. Everything in brackets should be repl actual values, as described in How do I track e-commerce transactions?

```
<body onLoad="javascript:__utmSetTrans()">

<form style="display:none;" name="utmform">
<textarea id="utmtrans">
```

UTM:T|[order-id]|[affiliation]|[total]|[tax]| [shipping]|[city]|[state]|[country]
UTM:I|[order-id]|[sku/code]|[productname]|
[category]|[price]|[quantity]

</textarea>

</form>

Refer to How do I track e-commerce transactions? for further instructions on writing transaction information to your receipt pages.

**More information**

**Tracking transactions across domains and subdomains -** If you are tracking transactions that occur on a different domain or subdomain th~ main site, read How do I use Google Analytics to track a 3rd-party shopping cart? for instructions on updating your tracking code.

**3rd party shopping cart compatability -** Google Analytics uses 1st party cookie technology to track visitors and generate reports. 1st party c< require that the JavaScript code be called from each web page to avoid breaching the security settings in your visitors' web browsers. If you ca source code of your shopping cart site and add the Google Analytics tracking code, you'll be able to use it with Google Analytics.

Monitoring Performance : Google Analytics : Getting Started : Installing the Tracking Code : **Installatic Details**

How long does it take to see report data after adding the tracking code?

Google Analytics generally updates your reports every 24 hours. This means that it could take 24 hours for data to appear in your account afte first installed the tracking code.

How do I run Google Analytics on my intranet?

In order for Google Analytics to populate reports for your intranet usage, your corporate network needs to reach the urchin.js JavaScript at http://www.google-analytics.com/urchin.js.

If you can reach the above URL using your network's internet connection, you have satisfied the first requirement. Additionally, your intranet m accessed using a fully qualified domain name (FQDN) such as **http://intranet.example.com**. The urchin.js JavaScript will not work if your intra accessed using a non-FQDN (such as **http://intranet**).

How can I obtain tracking code for secure pages?

If your site includes secure web pages using the HTTPS protocol, you'll need to make sure that your tracking code is tailored for secure access **Website URL** includes `https`, your tracking code will already be customized for secure pages. Otherwise, you'll need to update this value for profile.

To obtain Google Analytics tracking code that is tailored to secure (HTTPS) web pages:

1. Log in to Google Analytics
2. Find the profile for which you are obtaining tracking code and click **Edit**
3. In the **Main Website Profile Information** bar, click **Edit**
4. Edit the **Website URL** field by specifying `https://` rather than `http://`
5. Click **Save Changes**

To obtain the secure tracking code, click the **Check Status** link above the **Main Website Profile Information** bar. Your tracking code will be c for secure pages and will look like the example below:

```
<script src=" https://ssl.google-analytics.com/urchin.js" type="text/javascript">
</script>
<script type="text/javascript">
_uacct = "UA-XXXXX-X";
urchinTracker();
</script>
```

You can add this secure code to both secure and non-secure pages of your site.

How do I install the tracking code on PHP sites?

When a visitor views a PHP site, their browser receives HTML output from the PHP code. Google Analytics is able to track PHP sites as long a rendered HTML output contains the correct tracking code.

- Tracking a Static PHP Site
- Tracking Dynamic PHP Sites

**Tracking a Static PHP Site**

If your site is a static PHP site, create a file called **analyticstracking.php** that contains the following content:

```
<script src="http//:www.google-analytics.com/urchin.js" type="text/javascript">
</script>
<script type="text/javascript">
  _uacct="UA-XXXXX-X";
  urchinTracker();
</script>
<?php
```

```
// End Analytics tracking code
?>
```

Make sure to replace the sample _uacct value above with your account number (read Where can I find my tracking code?)

After you've uploaded **analyticstracking.php** to your site, add the following line to each template page before the closing </body> tag:

```
<?php include_once("analyticstracking.php") ?>
```

Alternatively, you can add the line above to an existing footer include file, which will place it in the correct area of the HTML document.

**Tracking Dynamic PHP Sites**

Dynamic pages whose URLs don't change can also be tracked using the Google Analytics tracking code. To do so, create a file called **analyticstracking.php** containing the following content (note that this content is slightly different than that described above in Tracking a Static PHP Site, and also differs from your standard tracking code):

```
<script src="http//:www.google-analytics.com/urchin.js"
type="text/javascript">
</script>
<script type="text/javascript">
  _uacct="UA-XXXXXX-X";
  urchinTracker(<?php echo $virtual_page ?>);
</script>
<?php
// End Analytics tracking code
?>
```

Make sure to replace the sample _uacct value above with your account number (read Where can I find my tracking code?)

After you've uploaded **analyticstracking.php** to your site, add the following line to each template page before the closing </body> tag:

```
$virtual_page = "example_page_name_1";
<?php include_once("analyticstracking.php") ?>
```

Replace `example_page_name_1` with a value that will help you uniquely identify the page that you are trying to track.

This declaration will pass the contents of the variable to the urchinTracker() call. If no value has been set, it will simply call urchinTracker() as n

---
Can I host the urchin.js file locally?
---

While you are welcome to download the file to examine, we do not recommend that users serve the `urchin.js` themselves.

Most people wish to host `urchin.js` locally in order to avoid making their users download it from Google every time they request a page. How `urchin.js` is designed to be downloaded once from Google and is then served from the visitor's cache.

Referencing the `urchin.js` file from Google's servers will ensure that you are using the most current version, allowing you to easily obtain ne features and other enhancements as they become available. This will help make your reports as accurate as possible.

## Monitoring Performance : Google Analytics : Getting Started : Installing the Tracking Code : **Tracking Domains and Subdomains**

---
How do I track a site that uses domain aliases?
---

The following instructions provide an example of how to redirect aliased domains to the primary domain in Apache and IIS servers. These step ensure that the Analytics visitor tracking is getting set under the primary domain and that all visitors are tracked consistently.

### Redirecting Aliases in Apache

If you are using an Apache webserver, the configuration can be easily modified to redirect all traffic originating under one of the aliases the primary site. One way to do this is to create two VirtualHost entries. The first will be the primary domain which will include your norm configuration; the second VirtualHost will be for all the aliases and will redirect to the primary:

```
#---primary virtualhost


Servername www.mysite.com
Serveralias mysite.com
...


#---second virtualhost


Servername mysite.org
Serveralias www.mysite.org mysite.net www.mysite.net
RewriteEngine on
RewriteRule ^(.*) http://www.mysite.com$1 [R=301]
```

The second VirtualHost uses a rewrite rule with a 301 (Moved Permanently) redirect code to forward all traffic to the original site. At this point, as far as Google Analytics is concerned, the site appears to be a one-domain site and is ready for normal Analytics tracking code installation.

Redirecting Aliases in IIS

If you are using a Microsoft IIS webserver, the configuration can be easily modified to redirect all traffic originating under one of the alias to the primary site. One way to do this is to create two websites in the IIS configuration. The first will be the primary domain (www.mysite.com) which will include your normal configuration; the second will be for all other aliases (mysite.net, mysite.org, etc) and redirect to the primary.

In the IIS Manager, right click on one of the websites and bring up the properties dialog. On the "Web Site" tab, click the "Advanced..." button. This brings up the window where additional domains can be assigned to the website using the "Host Header" field. Set the prima domain in the primary website, and use the second website to house all of the aliases.

Once the second website housing all of the aliases is configured and enabled, create a blank homepage with the following redirect code

```
<META HTTP-EQUIV=Refresh CONTENT="0; URL=http://www.mysite.com/">
```

This will instruct the visitor's browser to immediately redirect to the primary URL. At this point, the primary website appears to be a simpl one-domain configuration, and normal Google Analytics tracking code installation can proceed with default settings.

Monitoring Performance : Google Analytics : Getting Started : Installing the Tracking Code : **Troublesh Tracking**

---

What should I know about using Analytics with framed sites?

---

Installing the GA tracking code on a site that uses frames requires some careful consideration to ensure that your traffic is tracked accurately, a the referral information is retained.

1. Where should I place my tracking code?
2. Why isn't my CPC information appearing?
3. Why aren't referrals showing up?
4. Is my traffic being inflated?

**1. Where should I place my tracking code?**

We recommend that a site which uses frames include the tracking code in the `<head>` section of the frameset page, as well as directly before `</body>` tag of each child frame that you want to track. (The tracking code goes into the head section of the frameset page, as these docume contain a body section.) If you place your tracking code within a `<noframe>` tag thinking that it's equivalent to the body, the code will not run a

data will be recorded.

**2. Why isn't my CPC information appearing even though I've enabled auto-tagging?**

The landing page URL of your ads is the frameset document, and not the child frames within that document. If you haven't added tracking code `<head>` section of your frameset, Analytics won't track that page and your campaign parameters will be lost.

**3. Why aren't referrals showing up?**

If all frames on the site reside on the same domain, then referral information can be recorded properly as long as the first page visited on the si tracking code installed.

If frames on the site reside on different domains, the referral information is likely to be inaccurate, since one frame may be recorded as the refe source of another, instead of a previous site being recorded as the referring source.

In either case, the *All Navigation* and *Site Overlay* reports for sites with frames is not likely to provide useful information, since every frame with code on it will be recorded as a separate pageview, and the order of these pageviews will depend on the order in which the frames are loaded the actual navigation path taken by your visitors.

**4. Is my traffic being inflated?**

Users may experience what they consider to be inflated traffic, since every framed page, as well as the frameset, will be tracked individually. F example, if a frameset with tracking code has 3 frames, with tracking code installed on each frame, a single visit to the frameset URL will result pageviews. Users may choose to track only some of the framed pages, or only the frameset itself. Your implementation will depend on what da interested in collecting.

---

Can I use both Google Analytics and Urchin 5 at the same time?

---

If you're currently an Urchin software user and would like to also use Google Analytics, you can do so by making a small change to your Analyt tracking code. (If you don't yet have an Analytics account, you can sign up for one. It may take a few days for your invitation to arrive after sign

1. Copy your Google Analytics tracking code into a text editor.

2. Add the line in bold below to your tracking code (your actual code will contain your account and profile number in place of xxxx-x):

```
<script src="http://www.google-analytics.com/urchin.js" type="text/javascript">
</script>
<script type="text/javascript">
_uacct="UA-xxxx-x";
_userv=2;
urchinTracker();
</script>
```

This additional line will serve the pageview to Urchin Software as well as Google Analytics, allowing you to gather data with both produc

3.   Add the tracking code to each of your pages.

Monitoring Performance : Google Analytics : Getting Started : Installing the Tracking Code : **Overview**

----

**Where can I find my tracking code?**

----

To access your tracking code:

1.   Sign in to Google Analytics
2.   From the **Analytics Settings** page, find the profile for which you would like to retrieve the tracking code. Please note that tracking code profile-specific.
3.   From that profile's **Settings** column, click **Edit**
4.   At the top right of the Main Website Profile Information box, click **Check Status**
5.   Your tracking code can be copied and pasted from the text box in the **Instructions for adding tracking** section

When adding your tracking code to your web pages, make sure to paste it into the body section of your HTML code, immediately preceding the tag.

----

**Where do I place the Analytics code in my Blogspot domain?**

----

You can use Google Analytics to track the traffic to your Blogspot domain. To do so:

1.   Sign in to your Blogger account at www.blogger.com
2.   If you have more than one blog under your Blogger account, select the blog that you'll be tracking
3.   Click the **Template** tag
4.   In the HTML code box, scroll down to the bottom of the code. Paste the Analytics tracking code directly above the closing tags:

```
<script src="http://www.google-analytics.com/urchin.js" type="text/javascript">
</script>
<script type="text/javascript">
_uacct = "UA-xxxxxx-x";
urchinTracker();
</script>

</body>
</html>
```