# Exhibit  J
## (Part 6 of 7)

Dockets.Justia.com

5. Click **Save Template Changes**
6. Click **Republish** to update your live site

**Tip**: When you're creating a profile for your blog, make sure to enter the specific Blogspot domain name (eg. **http://myblog.blogspot.com**), an Blogspot homepage URL (www.blogspot.com). If you're not sure what URL you entered, you can check and update it from the Profile Settings

Monitoring Performance : Google Analytics : Getting Started : About Google Analytics :

**Clickthrough Rate**

(CTR) The number of times an ad is clicked on, divided by the number of impressions it receives. For example, if an ad is shown 20 times and clicks, the clickthrough rate is 3/20, or 15%.

**Keyword**

A significant word or phrase, relevant to the web page or document in question.

Keyword searching is the most common form of text search on the internet. You can see the keywords being used to find your site in search er the **Overall Keyword Conversion** report, found under *Marketing Optimization > Search Engine Marketing*.

Registering your site with Google Sitemaps will also provide information on the top searches that return your site, even if searchers aren't clicki through from those results.

**Admin Level**

Google Analytics has two basic levels of access - **View Reports Only** and **Account Administrator**. Users with View Reports Only access can Profiles' reports and view and edit their own language preferences. All Account Administrators have complete administrative control of the syst

For instructions on updating Admin Levels for users of your account, please read How do I grant other users access to my Analytics reports?

**HTML**

Hyper Text Markup Language is used to write documents for the World Wide Web and to specify hypertext links between web pages and docu

**Hyperlink**

A text reference in a web page that, when clicked, directs the user's browser to another page or document. Hyperlinks are integral to the World Web, allowing every page to be linked to any other page.

**Tracking Code**

The Google Analytics tracking code is a small snippet of code that is inserted into the body of an HTML page. When the HTML page is loaded, Analytics server and logs a pageview for that page, as well as captures information about the visit and non-identifying information about the vis

The tracking code looks similar to the example below:

```
<script src="http://www.google-analytics.com/urchin.js" type="text/javascript">
</script>
<script type="text/javascript">
  _uacct="UA-xxxx-x";
  urchinTracker();
</script>
```

**Visitor Session**

A Visitor Session is a defined period of interaction between a Visitor (both unique and untrackable visitor types) and a website.

**Visit**

See Session .

**View Total**

The View Total is the sum of the items currently shown in a report. This total does not include items that are not shown.

For example, if the report in question is showing 10 items out of 45, the **View Total** number represents the total for only the 10 items shown. B which represents the sum of *all* items in this report for the specified Date Range.

**User Agent**

A user agent is a generic term for any program used for accessing a website. This includes browsers (such as Internet Explorer or Netscape), program that retrieves information from a website.

**User**

As it pertains to Google Analytics, a user is defined as a person who has been granted access to an account.

How do I grant other users access to my Analytics reports?

**Untrackable Session**

A period of visitor interaction with a website for which the visitor cannot necessarily be distinguished as being unique.

**Unique Visitor Session**

A Unique Visitor Session is a visitor interaction with a website for which the visitor can be tracked and declared with a high degree of confidenc

**URL**

A Uniform Resource Locator (URL) is a means of identifying an exact location on the Internet. For example, http://www.google.com/analytics/c the web page conversionuniversity.html in the /analytics/ directory on the Google website. URLs typically have four parts: protocol type (HTTP) name (conversionuniversity.html).

**Top-Level Domain**

(TLD) The last part of a URL or domain name. For instance, the TLD of google.com is ".com", and the TLD of google.co.uk is ".uk".

**Term**

In the context of campaign tracking, **term** refers to the keyword(s) that a visitor types into a search engine. The UTM variable for term is utm_te source, medium, content, and campaign.

**Status Code**

A status code, also known as an error code, is a 3-digit code number assigned to every request (hit) received by the server. Most valid hits will 404 error. Some commonly seen codes are shown below in **bold** .

100 Continue
101 Switching Protocols
**200 OK**
201 Created
202 Accepted
203 Non-Authoritative Information
204 No Content
205 Reset Content
206 Partial Content
300 Multiple Choices
301 Moved Permanently
302 Moved Temporarily

303 See Other
304 Not Modified
305 Use Proxy
400 Bad Request
**401 Authorization Required**
402 Payment Required
403 Forbidden
**404 Not Found**
405 Method Not Allowed
406 Not Acceptable
407 Proxy Authentication Required
408 Request Time-Out
409 Conflict
410 Gone
411 Length Required
412 Precondition Failed
413 Request Entity Too Large
414 Request-URL Too Large
415 Unsupported Media Type
**500 Server Error**
501 Not Implemented
502 Bad Gateway
503 Out of Resources
504 Gateway Time-Out
505 HTTP Version not supported

Source

In the context of campaign tracking, a source is the origin of a referral. Examples of sources are the Google search engine, the name of a news the name of a referring website. The UTM variable for source is utm_source.

Source is one of the five dimensions of campaign tracking; the other four dimensions are campaign, medium, term, and content.

Site Domains

Site Domains are the valid domains that point to a given website. For example, the Site Domains for Google.com are www.google.com and go

Session

A period of interaction between a visitor's browser and a particular website, ending when the browser is closed or shut down, or when the user inactive on that site for a specified period of time.

For the purpose of Google Analytics reports, a session is considered to have ended if the user has been inactive on the site for 30 minutes. Yo

<u>update this setting</u> with an addition to your tracking code.

**Search Engine**

A Search Engine is a program that searches documents for specified keywords and returns a list of the documents in which those keywords we often ranked according to relevance. Although a search engine is really a general class of programs, the term is often used to specifically desc systems like Google that enable users to search for documents on the World Wide Web.

**Return on Investment (ROI)**

(Revenue - Cost) / Cost, expressed as a percentage.

For example, if an investment of $150 was made for advertising, and led to $500 in sales, the ROI would be:

   **($500 - $150) / $150 = 2.33** or **233%**

**Repeat Session**

A session for which the visitor can be tracked as unique, and who has visited the site previously during the current Date Range.

**Regular Expression**

A string that uses wildcards and syntax rules to match a set of strings. Regular expressions are used in Google Analytics to customize filters to the incoming data.

For example, if a user wishes to apply a filter to all hits on image files, a regular expression could be used:

**\.(gif|jpg|png)**

For more information on regular expressions, including a list of wildcards, please read <u>What are regular expressions?</u>

**Platform**

The hardware components that make up a computer. Also, and more relevant to Google Analytics reports, the <u>operating system</u> software that communicates with the hardware components of a computer, and that allows other programs to be executed using its framework.

Common platforms include Windows XP, Windows 2000, Macintosh PPC, or Linux.

**Referrals**

A referral occurs when any hyperlink is clicked that takes a user to a new page of file in any website - the originating site is the referrer.

When a user arrives at your site, referral information is captured, which includes the referrer URL if available, any search terms that were used date information and more.

### Query Token

A special character in a URL that separates the page location information from the query string. The query string may contain numerous *field*=v pairs, all of which must come after the initial query token.

For example, in this URL:

```
http://www.google.com/search?q=analytics
```

the query token is the question mark.

### Profile

A Profile is a set of rules that dictate the data to be used for your Google Analytics reports. Profile information includes but isn't limited to the do subdomain to be tracked, whether data should be collected for certain pages or directories only, user access levels, and funnel and goal config

While a single profile generally corresponds with a single domain, there are situations in which multiple profiles are used to track a single doma *would occur when two sets of reports are required, each with different data filters and/or access rights, for example.*

### POST

A method of sending form data from a web page to a server. The POST method sends information in the body of the submission, as opposed t (default) method, which sends the form information as parameters in the URL. POST allows for the sending of larger amounts of data, and doe show the encoded form in the URL.

### Pay-per-click

An advertising model in which the advertiser pays a certain amount to the publisher each time the advertiser's ad is clicked from the publisher's referred to as cost-per-click.

### Password

A password is the word or code used to authenticate a user on the Google Analytics administration or reporting system, or any other protected *is advisable to use passwords that are difficult to guess, such as those containing numbers or symbols.*

### Pageview

A pageview is an instance of a page being loaded by a browser.

Google Analytics logs a pageview each time the tracking code is executed. This can be an HTML or similar page with tracking code being load browser, or an urchinTracker event that is created to simulate a pageview in Analytics reports.

### Page

Any file or content delivered by a web server that would generally be considered a web document. This includes HTML pages (.html, .htm, .sht generated pages (.cgi, .asp, .cfm, etc.), and plain-text pages. It also includes sound files (.wav, .aiff, etc.), video files (.mov, etc.), and other non document files.

Image files (.jpeg, .gif, .png), javascript (.js) and style sheets (.css) are generally not considered to be pages.

### PDF

Portable Document Format. A file format developed by Adobe Systems to allow for display and printing of formatted documents across platform systems. PDF files can be read on any system equipped with the Acrobat Reader software.

### Online

A general term referring to anything connected to or conveyed through the internet.

### OS

(Operating System) Software designed to control the hardware of a specific data-processing system in order to allow users and application pro employ it easily. Some common operating systems include MacOS and Windows XP.

### Network

A set of computers connected so that they can communicate and share information. Most major networks are also connected to the global net called the Internet.

### NCSA

NCSA stands for the National Center for Supercomputing Applications. The NCSA developed several imporant web protocols and software sys including the standard logging type used by Apache - NCSA Extended Combined.

**Medium (Campaign Tracking)**

In the context of campaign tracking, medium indicates the means by which a visitor to a site received the link to that site. Examples of mediums "organic" and "cost-per-click" in the case of search engine links, and "email" and "print" in the case of newsletters. The UTM variable for mediu utm_medium.

Medium is one of the five dimensions of campaign tracking; the other four dimensions are source, campaign, term, and content.

**JavaScript**

A scripting language commonly used within web pages. JavaScript programs are executed by the browser, rather than running on the server. ( Analytics uses JavaScript in its tracking code, and provides JavaScript functions such as urchinTracker to help users customize their reports.

**Include**

A type of filter within your Google Analytics account. Include filters match a text string or regular expression against incoming data, and keep o hits that match. Other hits are discarded and are not included in your Analytics reports.

**Impression**

A display of a referral link or advertisement on a web page.

**ISP**

Internet Service Provider. A company which provides other companies or individuals with access to, or presence on, the Internet. Your DSL or internet service is provided to you by your ISP.

**IP Address**

An identifier for a computer or device on a TCP/IP network. Networks using the TCP/IP protocol route data based on the IP address of the dest The format of an IP address is a numeric address written as four numbers separated by periods. Each number ranges from 0 to 255.

**Example**: 192.168.0.1

**IIS**

Microsoft Internet Information Server (IIS) is a popular web server software system for Windows operating systems. For more information, see Microsoft.com .

Hit

A request to the web server for a file. This can be an HTML page, an image (jpeg, gif, png, etc.), a sound clip, a cgi script, and many other file t HTML page can account for several hits: the page itself, each image on the page, and any embedded sound or video clips. Therefore, the num a website receives is not a valid popularity gauge, but rather is an indication of server use and loading.

Graphic User Interface

(GUI) Pronounced "gooey". A method of controlling software using graphics instead of text command lines. Generally includes on-screen icons dialog boxes, and objects that can be moved or resized, usually with a pointing device such as a mouse.

Goal Conversion Rate

In the context of Campaign Tracking, the percentage of sessions on a site that result in a conversion goal being reached on that site.

GIF

A graphics file type. The Graphics Interchange Format is a compressed, bitmapped format often used on the web because of its good quality to compression ratio, especially with images containing large, flat areas of color.

GET Method

The GET method is a way of passing parameters of an HTTP request from the browser to the server. This method puts the parameters, usually separated by special characters such as ampersands ("&"), in the URL itself, which is viewable to the person using the browser. The other met POST, which is used when the site does not want to pass the parameters in the URL. POST is desirable when there is a large quantity of text t the server or the information is sensitive. Here is an example GET request:

http://www.google.com/support/analytics/bin/answer.py?
answer=33019&query=UTM&topic=0&type=f

Frame

A "page within a page." A frame is a rectangular region within a web page, in which another page is loaded. Frames are often used for navigati menus, so that the navigation bar remains on the page while new pages are loaded within the frame.

Form

A set of fields on a web page for data entry. The form is submitted by the user and the data is sent to the server for processing.

**Firewall**

A security device that protects a network from unauthorized access. This can be a special kind of hardware router, a piece of software, or both

**Filter Type**

There are a number of different Filter Types available in your Google Analytics account. There are three preconfigured filters for common tasks as Advanced filter options that allow you to manipulate data to suit your needs.

For full descriptions of filter types, please read the Filters section of the Analytics Help Center.

**Filter Pattern**

A Filter Pattern is the actual text string against which Google Analytics will attempt to match pageview data. Patterns can be specific text to ma may use wildcards as part of a regular expression.

**Filter Field**

When a pageview is logged, Google Analytics collects a range of information about that visit. This information can include the referrer, the IP a the visitor, and the domain, subdirectories and filename of the page viewed. These different pieces of information are sorted into fields.

To apply a filter to this information, you must identify the applicable field. This is the filter field.

**Filter**

A text string or regular expression that is applied to incoming traffic data. Filters are used to manipulate this data before it appears in Analytics either by excluding certain pageviews or by rewriting data to make reports more readable or relevant.

**File Type**

A File Type is a designation, usually in the form of an extension (such as .gif or .jpeg), given to a file to describe its function or the software tha required to act upon it.

**FTP**

(File Transfer Protocol) A common method for copying a file from one computer to another through the Internet.

**Exclude**

*Exclude* is a filter type that discards all pageviews that do not match the filter string. For example, you may wish to create an Exclude filter that matches your home computer's IP address, so that your own pageviews do not show up in Google Analytics reports.

**Error Code**

Please see *Status Code* .

**Default Page**

The *Default page* is the web page to which your server defaults when no page on the domain is specified. For example, if the **index.html** page is loaded from your server when a user enters **www.yourdomain.com**, index.html is considered to be the Default page.

Your Analytics **Profile Settings** page contains a field in which to specify your default page. This information allows Google Analytics to combine hits to www.yourdomain.com and www.yourdomain.com/index.html, which are in fact the same page. If Default page isn't specified, these would be reported as two separate pages.

**DNS Lookup**

(Reverse DNS Lookup) The process of converting a numeric IP address into a text name. For example, 192.0.34.166 is converted to www.example.com.

**Cost-per-click (CPC)**

An advertising model in which the advertiser pays a certain amount each time their ad is clicked, irrespective of how many times the ad is displayed. Also sometimes referred to as PPC (pay-per-click).

**Cookie**

A small amount of text data given to a web browser by a web server. The data is stored on a user's hard drive and is returned to the specific web server each time the browser requests a page from that server.

Cookies are used to remember information from page to page and visit to visit, and can contain information such as user preferences or shopping cart contents, and can note whether a user has logged in so that they do not need to authenticate again as they navigate through the site.

### Conversion

A conversion is said to occur when a visitor reaches a *goal* - a page that is specified in the **Goal Settings** section of each profile. This goal pag be a purchase confirmation page, a "thank you for registering" page, a download page, or an online presentation.

Optionally, goals may be combined with a defined Funnel - a series of pages through which the user must navigate in order to reach a goal.

### Content-targeted advertising

An advertising model in which advertising is either manually or automatically targeted to the content of a page. For example, on a site about m the content-targeted advertisements will be related to motorcycles and motorcyclists.

### Content (Campaign Tracking)

When tagging links, Content is used to label different versions of an advertisement. The variable for content, utm_content, indicates which vers link the visitor clicked on to reach a web site - for example, utm_content=graphic_v2.

Content is one of the five dimensions of campaign tracking; the other four are source, medium, campaign, and term.

### Click

In Google Analytics reports, a Click refers to a single instance of a user following a hyperlink from one page in a site to another.

For example, the **Clicks** column in the *All Navigation* report shows how many times a user arrived at the selected page after clicking a hyperlin another page, and how many times a user clicked a hyperlink on the selected page to travel **to** another page.

### CGI Script

A CGI script is a program written in one of several popular languages such as Perl, PHP, Python, etc., that can pass data between a web page programs on the web server. CGI scripts are widely used to process forms such as search boxes - the script would pass the search term to the system on the server, which would in turn pass the results back to the web page.

### Byte

A byte is a unit of information transferred over a network (or stored on a hard drive or in memory). Every web page, image, or other type of file composed of some number of bytes. Large files, such as video clips, may be composed of millions of bytes ("megabytes"). Since website and performance is heavily affected by the amount of bytes transferred, and web hosting providers often charge according to this measure, it is ver important for site owners to be aware of and understand these figures. One byte is equal to 8 bits where each bit is either a one or zero. Comm incorporating the word "byte" are:

- Kilobytes - 1,024 bytes
- Megabyte - 1,048,576 bytes
- Gigabyte - 1,073,741,824 bytes

### Browsers

A browser, or more accurately a user agent, is the software used to access a website. Examples of user agents are "Explorer" (for Microsoft In Explorer), "Netscape" (for Netscape Navigator), and "Googlebot" (an automated robot that scours the web for website content to include in its s engine index).

### Bandwidth

The amount of data that can be transmitted along a communications channel in a fixed amount of time. For digital devices, the bandwidth is us expressed in bits per second (bps) or bytes per second, where 1 byte = 8 bits.

### Average Page Depth

The average number of pages on a site that visitors view during a single session. The *Content Optimization > Content Performance > Depth of* report shows page depth figures over a specified period of time.

### Authentication

The verification of a user's identity, often through the use of a unique username and password, to control access to Internet or intranet resource

### Apache

Apache is a free, open-source web server software system that is pervasive on UNIX, Linux, and similar operating system types. For more info see www.apache.org.

### W3C

The W3C, or World Wide Web Consortium, is a standards body dedicated to ensuring interoperability between all the varied system and netwo that comprise the World Wide Web part of the Internet. The W3C log format is commonly used by several web server software systems, such a Microsoft IIS. For more information, see the W3C website .

### Visitor

A Visitor is a construct designed to come as close as possible to defining the number of actual, distinct people who visited a website. There is no way to know if two people are sharing a computer from the website's perspective, but a good visitor-tracking system can come close to the a

number. The most accurate visitor-tracking systems generally employ cookies to maintain tallies of distinct visitors.

### Unique Visitors

Unique Visitors represents the number of unduplicated (counted only once) visitors to your website over the course of a specified time period. Visitor is determined using cookies.

### Reverse DNS

Name resolution software that looks up an IP address to obtain a domain name. It performs the opposite function of the DNS server, which turn into IP addresses.

### Scalable

Quality of an implementation that allows it to grow as the usage of the service increases.

### Revenue

In versions of Google Analytics that support e-commerce reporting, the term Revenue is used in place of whichever local currency is being use Google Analytics supports currencies other than the US dollar. Revenue tabs appear on several reports as a data display option when appropr

### Returning Sessions

Returning Sessions represents the number of times unique visitors returned to your website during a specified time period.

### Script

A short computer program written in a simplified programming language, such as JavaScript, VBScript, or Perl.

### Referrer

The URL of an HTML page that refers visitors to a site.

### Referral Errors

A referral error occurs whenever someone clicks on a link that points to your site but that contains a reference to a non-existent page or file. Th usually results in a "404 Not Found"-type error.

### Protocol

An established method of exchanging data over the Internet.

### No Referral

The "(no referral)" entry appears in various Referrals reports in the cases when the visitor to the site got there by typing the URL directly into th
window or using a bookmark/favorite. In other words, the visitor did not click on a link to get to the site, so there was no referral, technically spe

### Navigation

Describes the movement of a user through a website or other application interface. This term also indicates the system of available links and b
the user can use to navigate through the website.

### Meta Tag

A special HTML tag that provides information about a web page. Unlike normal HTML tags, meta tags do not affect how the page is displayed.
they provide information such as who created the page, how often it is updated, what the page is about, and which keywords represent the pag
content. Many search engines use this information when building their indices.

### Log file

A file created by a web or proxy server which contains all of the access information regarding the activity on that server. Each line in a log file g
by web server software is a hit, or request for a file. Therefore, the number of lines in a log file will be equal to the number of hits in the file, not
any field definitions line(s) that may be present.

### Java

An object-oriented programming language invented by Sun Microsystems. Java is designed to run on any type of computer hardware through
intermediary layer called a virtual machine, which translates Java instructions into native code for that particular computer.

### HTTP

Hyper Text Transfer Protocol is a standard method of transferring data between a web server and a web browser.

### Hardware

A computer and the associated physical equipment directly involved in the performance of data-processing or communication functions.

### Filter Name

The Filter Name is intended to be a descriptive title for a filter. It is used only as an organizational aid, and may contain spaces.

### Directory

A directory is a virtual container for holding computer files. It is not merely a list of items, as the name would imply, but rather a key building blo computer's storage architecture that actually contains files or other directories.

### Error

Errors are defined as pages that visitors attempted to view, but that returned an error message instead. Often these errors occur because of br (links to pages that do not exist anymore) or when an unauthorized visitor attempts to access restricted pages (for example, if the visitor does r password to access the page).

### Encryption

The process of encoding information so that it is secure from other Internet users.

### E-commerce

The buying and selling of goods and services, and the transfer of funds, through digital communications. Buying and selling over the internet, e

### Download

To retrieve a file or files from a remote machine to your local machine.

### Domain Name System

(DNS) An Internet addressing system that uses a group of names that are listed with dots (.) between them, working from the most specific to t general group. In the United States , the top (most general) domains are network categories such as edu (education), com (commercial), and (government). In other countries, a two-letter abbreviation for the country is used, such as ca ( Canada ) and au ( Australia ).

### Domain

A domain is a specific virtual area within the Internet, defined by the "top level" of the address or URL (Uniform Resource Locator). The top lev end of the address; example: "whitehouse.gov". In this example, the top-level part of the domain is ".gov", indicating a US government entity. T "whitehouse" part is the second-level domain, indicating where within the ".gov" domain the information in question is to be found. Other comm level domains include ".com", ".net", ".uk", etc.

### End User

The final user of the computer software. The end user is the individual who uses the product after it has been fully developed and marketed.

---

### Cron Job

A "cron job" is a scheduled task under a UNIX-type operating system. "cron" is a daemon, or program that is always running. Its function is sim
Windows Scheduler.

---

### Daemon

A daemon is any program under a UNIX-type operating system that runs at all times. Common daemons are servers (such as Apache or an FT
and schedulers (such as "cron").

---

### Content (A/B) Testing

Testing the relative effectiveness of multiple versions of the same advertisement, or other content, in referring visitors to a site. Multiple version
content can be uniquely identified by using a utm_content variable in the URL tag.

---

### Code

Anything written in a language intended for computers to interpret.

---

### Cache

A temporary storage area that a web browser or service provider uses to store common pages and graphics that have been recently opened. T
enables the browser to quickly reload pages and images that were recently viewed.

---

### A/B Testing

(Also referred to as *Content (A/B) Testing*.) Testing the relative effectiveness of multiple versions of the same advertisement, or other content,
referring visitors to a site. Multiple versions of content can be uniquely identified by using a utm_content variable in the URL tag.

## Monitoring Performance : Google Analytics : Getting Started : About Google Analytics : **Benefits of G** **Analytics**

---

### How does Google Analytics help me?

---

Google Analytics tells you how visitors found your site and how they interact with it. You'll be able to compare the behavior and profitability of v
who were referred from each of your ads, keywords, search engines, and emails, and gain valuable insight into how to improve your site's cont
design. However large or small your site, and however you drive traffic to it - whether it's unpaid search, partner sites, AdWords, or other cost-p

programs - Google Analytics tracks it, from click to conversion.

For AdWords users in particular, Google Analytics will provide you with the actionable information that you can use to increase your ROI by tra data for all of your campaigns and combining that data with conversion information on a page-by-page basis. Google Analytics automatically in AdWords cost data so that you can track the effectiveness of your AdWords campaigns, and automatically tags your AdWords destination URL keyword and campaign conversion rates with no effort on your part! To find out more about AdWords, please visit the AdWords home page at https://adwords.google.com.

---

What are some questions Google Analytics answers?

---

For Executives:

- Which marketing initiatives are most effective?
- What are accurate traffic patterns/trends on my websites?
- Which customer and customer segments are most valuable?

For Marketing Professionals

- Where are my visitors coming from and what do they do on my site?
- How can my website convert more visitors into customers?
- Which keywords resonate with prospects and lead to conversions?
- Which online ad or creative is the most effective?

For Content & Web Developers

- Why do so many people leave my site without doing what I want?
- Are there website design elements that are turning visitors away?
- What site content are people most interested in?

Monitoring Performance : Google Analytics : Getting Started : About Google Analytics : **Linking Existi Analytics to AdWords**

---

Will the users of my Google Analytics account have access to my AdWords account?

---

No. People who are granted access to your Google Analytics account will not be able to access your AdWords account. Note, however, that th able to view any AdWords-related reports such as *AdWords Analysis*.

You can limit a user's access to reports or profiles by following the instructions in How do I restrict a user's access to certain domains or report

Can I link several Google Analytics accounts?

Yes. While you can create only one Google Analytics account per Google Account email login, you can link other Analytics accounts to your ov
Administrator access to any other Google Analytics account, those acount profiles will be accessible from the **My Analytics Accounts** drop-dc
orange navigation bar of every page. Use this list to access any other account on which you have Administrator access.

Monitoring Performance : Google Analytics : Getting Started : About Google Analytics : **Overview**

How much does Google Analytics cost?

Google Analytics is absolutely free! We're very pleased to be able to offer this web analytics solution for no charge, allowing anyone with a wet
flow of visitors through their site, and identify elements of their site that could be changed to improve visitor retention.

This free version is limited to 5 million pageviews a month - however, users with an active Google AdWords account are given unlimited pagev
is completely integrated into the AdWords front-end and with your AdWords campaign, making it easy to track your AdWords ROI.

Google Analytics Update

Google Analytics has been updated with several bug fixes and feature improvements. Here are some of the biggest updates:

**July 2006**

- The number of available profiles in your account has been increased to 10. You can use these additional profiles to track more of your s
  customize the report data that you see. The Managing Profiles section of the Google Analytics Help Center contains more information a

**June 2006**

- **New *AdWords Keyword Positions* Report:** In a continuing effort to improve visibility into your website's ROI using Google AdWords, 
  report. The *AdWords Keyword Positions* report allows you to see where your AdWords ads are appearing on Google search results pag
  each of your keywords by their placement on the page.

  Don't have an AdWords account yet? Sign up now and link your Analytics account through AdWords' **Analytics** tab.

**May 2006**

- **New *AdWords Analysis* Report:** We've added a new report tailored especially for your AdWords account. This report is similar to the 
  (now called **All CPC Analysis**), but details the campaign management system unique to the AdWords program. Use the *AdWords Ana*

campaigns to the ad groups and keywords you specify through your linked AdWords account.

Don't have an AdWords account yet? Sign up now and link your Analytics account through AdWords' **Analytics** tab.

**April 2006**

- We're adding support for more users and sending new invites all the time. If you haven't yet signed up for an invitation, please join the list.
- You can now view reports in your localized time zone. Setting your time zone is as easy as editing your **Profile Settings**. Learn more.
- We've added the ability to rename your Accounts. Learn more.
- Edit your account settings, including your language preference, from the **My Account** link at the top of every Google Analytics page.

**March 2006**

- We're adding support for more users and sending new invites all the time. If you haven't yet signed up for an invitation, please join the list.
- When you're working with multiple filters, the order in which they're applied becomes important. We've added the ability to manipulate this order through the **Assign Filter Order** link on your **Profile Settings** page.
- Additional changes to your filters include :

  - Two new filters to rewrite fields into **uppercase** and **lowercase** characters
  - New **Visitor Type** and **Referral** fields.
  - The introduction of **Custom Field 1** and **Custom Field 2**, for use as temporary data storage.
  - **Request Queries** and **Request Stem** fields have been eliminated - the **Request URI** contains the combined data of these two fields.

- To make your report data more accessible, we've added query terms to your **Top Content** report. You can access this data using the drill-down icons next to your page results.
- The **Page Query Terms** report has been eliminated in favor of the new **Dynamic Content** report. This new report shows data for all of your dynamic pages by listing the full Request URI in the top-level of the report. If you prefer to drill-down to your data, use the updated **Top Content** report.
- The **Site Overlay** feature now supports dynamic site content.
- The **Day Parts Breakdown** report has been removed.

### Who is Google Analytics for?

Google Analytics provides powerful tracking for anyone with a web presence, whether it be a small hobby website or a giant online enterprise. the most powerful web analytics solutions on the market - and it's free for anyone to use!

Google Analytics provides in-depth reports for everyone involved in the running of a website, from the developers and designers to the marketi management teams. Find out where people leave your site, and what content catches their attention. Compare marketing campaigns and see return on investment for all of your AdWords spend. The ways that you can use Google Analytics are endless.

Google AdWords customers can even see their Analytics data from inside their AdWords account - we've added an Analytics tab with your rep settings. Plus, Analytics automatically tags your AdWords campaigns for detailed tracking, and AdWords advertisers benefit from unlimited pag

So, whoever you are, and whatever your role on the web, check out Google Analytics now.

Monitoring Performance : Google Analytics : Getting Started : About Google Analytics : **Technical Det**

### Will my website's appearance or performance be affected by Google Analytics?

The appearance of your website will never be affected by your use of Google Analytics - we don't place any images or text on your pages. Like performance of your pages won't be impacted, with the possible exception of the very first page-load after you have added the tracking code. T pageview calls the JavaScript on Google's servers, which may take slightly longer than a regular page load. Subsequent pageviews will use ca and will not be affected.

### How does Google Analytics work?

Google Analytics uses a first-party cookie and JavaScript code to collect information about visitors and to track your advertising campaign data Analytics anonymously tracks how visitors interact with a website, including where they came from, what they did on a site, and whether they c any of the site's conversion goals. Analytics also keeps track of your e-commerce data, and combines this with campaign and conversion infor provide insight into the performance of your advertising campaigns.

All of this information is presented in an easy-to-read, yet thorough manner, through intuitive, visual reports. Google Analytics won't affect the performance or the appearance of your website - there are no extra files to host on your website, and no GIF files are called by your pages.

With information from Google Analytics, you will be able to drive traffic more efficiently to your site, and convert that traffic more effectively.

### Will Google Analytics cookies interfere with our website's cookies?

Google Analytics' JavaScript code was designed to be highly compatible with your website's exisiting cookie usage. All Google Analytics cooki begin with _utm to prevent any naming conflicts between our cookies and your own.

What version of JavaScript does Google Analytics use?

Google Analytics' *urchin.js* JavaScript is currently compatible with JavaScript Version 1.0. Google Analytics will be able to record any data com browser supporting JavaScript Version 1.0 and above. Most modern browsers support this version, including browsers used in portable device

Where is the Profile Settings page?

Your Analytics account has a **Profile Settings** page for each profile in that account. To access the Profile Settings page:

1. Click **Analytics Settings**, at the left corner of the orange header bar
2. In the *Website Profiles* box, click the **Edit** link next to the appropriate profile. The Profile Settings page appears.

Does Google Analytics have a pageview limit?

Google Analytics is a free service that offers users up to 5 million pageviews a month. If your site generates more than 5 million pageviews per you will need to link it to an active AdWords account in order to avoid interruption of your Google Analytics service. Google Analytics currently active AdWords account as an AdWords account that has at least one active and running Campaign, with a minimum budget of $1 per day (or equivalent amount in a non-U.S. currency).

## Monitoring Performance : Google Analytics : Getting Started : About Google Analytics : **Google Analyt and Urchin**

I'm upgrading to Google Analytics from Urchin On Demand. What do I need to do to take full advantage of Google Analytics?

Urchin from Google, the On Demand web analytics service, is now a free product and has been renamed to Google Analytics. What does this you? Your current page tags will continue to work as before. At this time you don't have to do anything.

When and if you decide to take advantage of the new auto-tagging functionality for AdWords campaigns, however, you'll need to complete the simple steps below.

1. Update your site tags from the existing UTM tags to the new Google Analytics tracking code tags. To obtain the new tracking code:
   a. Log in to your Google Analytics account
   b. From the **Analytics Settings** page, click the **Edit** link next to the profile for which you are retrieving tracking code. The Profile S page appears.
   c. At the top-right of the table, click **Check Status**. Your tracking code is contained in the text box in the **Instructions for adding t** section that appears.

2.  Copy and paste the new tracking code into each page of your website, removing your old tagging.

3.  Remove the **__utm.js** file from your root directory (not mandatory).

4.  Update any special or custom configurations you've made to your UTM code. Since the new tracking code is hosted by Google Analytic customizations previously done to the UTM code must now be done within your site's HTML. If you made any of the following changes, need to make the necessary adjustments:

    - Identifying additional search engines in your referral reports
    - Changing visitor session timeout
    - Using custom campaign variables
    - Treating certain referrals or keywords as direct referrals

5.  Remove any existing `utm_` tags (such as utm_campaign, utm_source, utm_term, etc) from your AdWords keyword campaigns only. Le non-AdWords campaigns with the tags intact.

6.  Make sure that the **Destination URL auto-tagging** setting is selected from your AdWords **My Account > Account Preferences** scree

Reports for traffic prior to November 14, 2005 are still available from http://reports.urchin.com. Or, you can sign in at www.google.com/analytic access historical reports and current traffic reports.

--------

When will the Urchin 6 software be released?

--------

Google Analytics is a hosted web analytics service, and is not currently available as a software application. For more information about Google please visit www.google.com/analytics.

Urchin 5 is our latest generation software product. For more information about this product, please visit
http://www.google.com/analytics/urchin_software.html

The Google Analytics software product is currently in development and a release date has not yet been set. When the software product is relea customers who purchased Urchin 5 with advanced support will be able to upgrade free of charge. Please continue to check our website at
http://www.google.com/analytics/urchin_software.html for announcements about the Google Analytics software product.

--------

How does Google Analytics differ from Urchin on Demand?

--------

Google Analytics is the latest version of Urchin On Demand, and features several changes. First, Google Analytics has been integrated with Ad that advertisers may access web analytics reports from the AdWords user interface. Google Analytics is also now hosted and managed using G infrastructure and resources for scalability, privacy, and reliability. Additionally, the reporting interface has been redesigned for ease of use, and pageview limits have been removed.

Perhaps best of all, Google Analytics is free! We will no longer charge Urchin On Demand users for access, and we will not be charging new u their use of Google Analytics.

Monitoring Performance : Google Analytics : Getting Started : Installation Troubleshooting : **Missing F
Data**

My transaction reports are missing data from certain categories (such as "city" or "state" data).

While Google Analytics is able to determine location information for visitors, doing the same for *transaction* reports requires a small modificatio
checkout pages. By adding additional code, you'll allow Google Analytics to detect and record your transaction information.

For instructions on updating your checkout pages, please read How do I track e-commerce transactions?.

I can't see the graphs in my reports.

There are a number of reasons that you may be experiencing display problems in your reports. Oftentimes, your browser settings or outdated μ
the cause.

- Do you have the most recent version of Flash installed? Flash 7.X or above needs to be installed on your browser to view Analytics rep
  you're able to see charts and graphs in one browser but not another, we recommended reinstalling the Flash plugin for the browser that
  causing the problems. You can download the latest version of Flash from the Macromedia site at
  http://www.macromedia.com/shockwave/download/alternates/#fp
- One of your Firefox extensions could be affecting the display. Try disabling your extensions in Firefox.
- Are you using a Linux environment? The Flash implementation for Linux can be very problematic, and users of Debian and Ubuntu see
  especially affected. Our team is aware of these issues. However, due to the lack of updates and Flash plugin development for Linux, wε
  unable to support your browser and operating system combination at this time.

Monitoring Performance : Google Analytics : Getting Started : Installation Troubleshooting : **Puzzling |
Data**

Why am I seeing two separate entries for 'Google' in my All CPC Analysis report?

Google Analytics' auto-tagging feature automatically tags the campaign source and medium of your AdWords ads as **google[cpc]**. The seconc
your reports is caused by manual tags referring to these same variables as **google[ppc]**.

Because one or the other of auto-tagging or manual tagging will take precedence, depending on the type of data, your reports will show a mix ⊂
Cost data, for example, will use **google[cpc]**, while revenue data will pull the manually-tagged **google[ppc]** label.

We don't recommend using manual tags at the same time as auto-tagging. For more information about the problems you might encounter whε
manual and auto-tagging simultaneously, please refer to Can I manually tag my links when auto-tagging is enabled?

Why do I still see new pageviews after removing all of my Analytics tracking code?

Because browsers often use cached (locally stored) versions of web pages to speed up your browsing, it's possible that an older version of you with the tracking code installed, is being shown to some visitors. Depending on their browser settings and how frequently they return to your sit users may continue to generate pageviews for some time. However, this number will decrease as their caches are updated or cleared out.

Monitoring Performance : Google Analytics : Google Analytics Account Administration : Troubleshoo Account Issues : **Overview**

How do I cancel my account?

You may cancel your Google Analytics account at any time by removing the tracking code from each of your pages, and contacting our suppor with your request. Feel free to let us know why you're cancelling your account - your feedback helps us to continually improve the product.

Monitoring Performance : Google Analytics : Tracking Central : Ad Campaigns : **Tracking Non-AdWord Campaigns**

How do I track banner ad exits?

If you publish advertising banners on your site, there is an easy way for you to track which banners visitors click on to leave your site and whicl advertisers they visit.

To track outbound clicks on an animated GIF or other type of static banner ad, add the following code within the <a> tag:

```
<a href="http://www.advertisersite.com" onClick="javascript:urchinTracker
('/bannerads/advertisername/bannername');">
```

This code uses the urchinTracker function to log each click on the banner as though it were a pageview named **/bannerads/advertisername/bannername**. You may use any folder/filename structure that you desire, though it's a good idea to log a advertising banners into a logical directory structure as shown in the example. This helps to easily identify the number of referrals to each adve

The equivalent code for a Flash banner is provided below:

```
on(release) {
getURL("javascript:urchinTracker
('/bannerads/advertisername/bannername');");
getURL("http://www.advertisersite.com");
}
```

**Important**: *if your pages include a call to urchinTracker(), utmLinker(), utmSetTrans(), or utmLinkPost(), your Analytics tracking code must be p your HTML code above any of these calls. In these cases the tracking code can be placed anywhere between the opening <body> tag and the JavaScript call.*

## Monitoring Performance : Google Analytics : Tracking Central : Ad Campaigns : **Understanding Ad Ca** Data

---
Understanding campaign variables: The five dimensions of campaign tracking
---

Google Analytics tracks online campaigns using a combination of the following five marketing dimensions:

- Source
- Medium
- Term
- Content
- Campaign

**Source**
Every referral to a web site has an origin, or *source*. Examples of sources are the Google search engine, the AOL search engine, the name of newsletter, or the name of a referring web site.

**Medium**
The *medium* helps to qualify the source; together, the source and medium provide specific information about the origin of a referral. For examp case of a Google search engine source, the medium might be "cost-per-click", indicating a sponsored link for which the advertiser paid, or "org indicating a link in the unpaid search engine results. In the case of a newsletter source, examples of medium include "email" and "print".

**Term**
The *term* or *keyword* is the word or phrase that a user types into a search engine.

**Content**
The *content* dimension describes the version of an advertisement on which a visitor clicked. It is used in content-targeted advertising and Cont Testing to determine which version of an advertisement is most effective at attracting profitable leads.

**Campaign**
The *campaign* dimension differentiates product promotions such as "Spring Ski Sale" or slogan campaigns such as "Get Fit For Summer".

---
How does campaign tracking work?
---

Google Analytics accurately tracks visitors from a source, such as a search engine or email link, to a conversion or transaction on your site.

**How does it work?**

Google Analytics tracks data from a variety of sources to provide closed-loop ROI analysis. Let's look at the steps.

**Step 1: From Link to Web Page**

Each visitor to your site enters via a link indicating where they clicked from, the keywords they used, if any, as well as campaign and medium information. Google Analytics parses the link to obtain this information.

The information is gathered by the tracking code installed on each of your web pages. You can add the code manually into each web page, or automatically using server side includes and other template systems. Once installed, the tracking code is triggered each time a visitor views the page. Analytics tracking code performs three tasks:

- it ensures that a page hit is registered even if the page was cached or proxied,
- it parses the link to gather your campaign information, and
- it updates visitor activity information.

**Step 2: Parsing the Link**

The Analytics tracking code parses the incoming link to obtain the campaign information that you have specified. For example,

```
http://www.example.com/?utm_source=google&utm_medium=cost-per-click
```

indicates that the visitor clicked on a cost-per-click link on the Google search engine. The tracking code also automatically detects the keywords that the visitor searched on. Although this particular link uses only two variables, **utm_source** and **utm_medium**, which indicate the source (Google) and the medium ("cost-per-click"), your links may incorporate up to three additional variables: **utm_campaign, utm_content**, and **utm_term**. These three variables are available to indicate a specific marketing initiative, ad content, and a paid search term, respectively. Information on these variables and how to tag your paid links is provided in the article How do I tag my links?

The tracking code is not limited to parsing links that you embed in emails or paid keywords, but also parses keyword information from organic links. This is important because it helps you to make side-by-side comparisons of paid versus unpaid search results. Google Analytics recognizes links from the top search engines and pulls out the source and keyword information. In addition, your tracking code can also be configured to recognize and parse links from custom organic search engines, if required.

**Step 3: Logging Campaign Information and User Activity**

Google Analytics reads the client's first-party cookie, updating user tracking information as required. For example, if this is the user's first visit to your site, the tracking code will add the campaign tracking information to the cookie. If the user previously found and visited your site, the tracking code increments the session counter in the cookie. Regardless of how many sessions or how much time has passed, Google Analytics "remembers" the original referral. This gives Analytics true multi-session tracking capability.

**Step 4: Adding Goal Data**

Once a page in your web site has been defined as a conversion goal, Google Analytics will be able to calculate metrics indicating how success site is at converting visitors. By comparing referrals, sessions, and visitor activity to conversions, Analytics can report on the effectiveness of yo keywords, mediums, campaigns, and content. The system can also report latency metrics such as time to goal and sessions to goal. To learn f define a conversion goal, read How do I set up goals?

If a visitor clicks on ads from multiple campaigns before converting for a goal, which campaign gets credit for the conversion?

Google Analytics will attribute the most recent campaign information to a conversion. For example, a visitor may initially reach your site through ad and not make a purchase. Later, this visitor may return to your site via a tagged link in an email to make their purchase. In this case, Google will attribute the more recent campaign information to the resulting sale - the tagged link in the email.

This behavior can be modified by adding the following to the end of all of your tagged links:

```
&utm_nooverride=1
```

When Google Analytics detects this variable, it will retain the first campaign's information, irregardless of which links the user later followed to a the conversion. In the example above, the conversion would be credited to the CPC campaign, if both links were tagged with the `nooveride` v

What is Destination URL Auto-tagging?

In order for Analytics to display details about your AdWords keywords and costs, you must do one of the following:

- Use **Destination URL auto-tagging**, or
- Manually tag your keyword destination URLs with tracking variables.

Google created auto-tagging (turned "on" by default) so that large and small accounts could easily see how their AdWords keywords were perfo from click to conversion and back to cost. Auto-tagging automatically associates a parameter with the click on your ad which then allows Analy report the details of the click, including which AdWords keywords brought a visitor to your site, which campaign that keyword was from, and ho that click cost. This information can then be associated with richer information within your Analytics reports, such as goal or e-commerce conve give you a sense of how your AdWords spending is really performing.

The parameter used in auto-tagging is called "gclid" and will show up in your landing page URL when a user arrives at your site from your ad. F example, if your site is www.mysite.com, when a user clicks on your ad it will appear in the address bar as:

```
www.mysite.com/?gclid=123xyz
```

**Note**: A small percentage of websites do not allow arbitrary URL parameters and serve an error page when auto-tagging is turned on. Please c with your webmaster to find out if this is the case or turn on auto-tagging and do a test by simply clicking on your ad. If the link to your site work you can use auto-tagging. If you are getting an error, you'll need to turn auto-tagging off from your AdWords account (see steps below). Then,

webmaster to allow arbitrary URL parameters before turning it back on.

**To disable auto-tagging:**

1. Log in to your AdWords account
2. Click the **My Account** tab and select **User Preferences**
3. In the Analytics section, click **Edit**
4. Deselect the **Destination URL Auto-tagging** checkbox
5. Click **Save changes**

If you would rather track your clicks manually, please read How do I tag my links?

Monitoring Performance : Google Analytics : Tracking Central : E-commerce Revenue : **Troubleshooti**

How do I remove an e-commerce transaction from my reports?

It is sometimes necessary to back-out or cancel an e-commerce transaction. Cancelling orders which did not go through or which were disallov ensures that your Google Analytics reports, including Campaign Tracking reports, provide accurate information.

To cancel an order or transaction, create and load a duplicate receipt (`__utmSetTrans`) page containing a *negative* transaction total. For exa the the original transaction total is $699, the duplicate entry should have -$699 as the transaction total. Google Analytics will record this negativ and apply it against your totals, effectively erasing the transaction.

Monitoring Performance : Google Analytics : Tracking Central : Domains & Directories : **Profiles**

How do I rename a profile?

To rename an existing profile:

1. Click the **Analytics Settings** link
2. Find the profile to rename and click **Edit**. The *Edit Profile Settings* screen appears
3. In the *Main Website Profile Information* bar, click **Edit**
4. Update the **Profile Name** field
5. Click **Save Changes** to rename this profile, or **Cancel** to exit without saving

Monitoring Performance : Google Analytics : Tracking Central : Troubleshooting Tracking : **Missing D**

---

Why isn't CPC data collected when using redirects?

---

One of the most common problems people encounter with their redirects is that CPC data is not recorded properly. A typical situation is as follo

- A visitor clicks an AdWords ad which sends them to `www.example.com?gclid=XDF`

  (The `gclid` parameter was added automatically by Google AdWords' auto-tagging to track campaign, medium, and keyword data in Ar manually-applied campaign information tags, such as `www.example.com?utm_source=Google&utm_medium=ppc`.)

- `www.example.com?gclid=XDF` redirects the visitor's browser to `www.advertiser.com/product.htm`, dropping the `gclid` param

For CPC data to be associated with the click, the landing page (`www.example.com` in the example above) must be tracked with the Google A ensure that the Analytics tracking code on that page has time to execute before the redirect occurs. You may need to add a delay to the redirec recorded.

Alternatively, you can pass the parameters in the URL to the redirect's target page (`www.advertiser.com/product.htm` in the example ab the target page reads the parameters in the URL, it will associate the visit with the proper campaign information.

Monitoring Performance : Google Analytics : Reports Central : Controlling Report Data : **Customizing**

---

How can I make Google Analytics identify additional search engines in the Referral reports?

---

By default, Google Analytics tracks referrals from 20 search engines as listed in the urchin.js JavaScript file (http://www.google-analytics.com/u to identify referrals from additional search engines by adding the following line to your tracking code:

```
_uOsr[20]="search_engine_name"; _uOkw[20]="query_variable";
```

The value for _uOsr should be the name of the search engine and the value for _uOkw should be the query variable which stores the keyword `query_variable` in the example above). The number in square brackets should start at 20 and increase in increments of 1 for each additiona

For example, if someone searched for "motorcycle" and the search result URL is:

http://www.google.com/search?q=motorcycle

you would add the following line to your tracking code:

```
<script src="http://www.google-analytics.com/urchin.js" type="text/javascript">
</script>
<script type="text/javascript">
```

```
_uacct = "UA-xxxx-x";
_uOsr[20]="Google"; _uOkw[20]="q";
urchinTracker();
</script>
```

---

How can I configure Google Analytics to treat certain keywords or URLs as direct referrals instead of keywords?

---

You may wish to treat certain search keywords as direct referrals rather than organic keyword referrals. To do so, add the following line to your Analytics tracking code:

```
_uOno[#]="keyword";
```

The number in square brackets should start at 0 and increase by increments of one as you add more keywords to ignore. For example:

```
<script src="http://www.google-analytics.com/urchin.js" type="text/javascript">
</script>
<script type="text/javascript">
_uacct="UA-xxxx-x";
_uOno[0]="google-analytics";
_uOno[1]="google-analytics.com";
_uOno[2]="www.google-analytics.com";
urchinTracker();
</script>
```

## Monitoring Performance : Google Analytics : Reports Central : Controlling Report Data : **Troubleshoot**

---

Why do I see AdWords data from the wrong campaigns in my Analytics profiles?

---

When linking an AdWords account to your Analytics account, it sometimes occurs that the AdWords data for one website appears in the wrong profile. When you apply cost data from an AdWords account, data from the entire account is applied to each profile - Analytics does not automatically match campaigns to specific profiles.

**If your AdWords campaigns are for a single website, and you have multiple websites in your Analytics account:**

1. Log in to your AdWords account at https://adwords.google.com.
2. Click the **Analytics** tab.
3. For all profiles *except* the profile in which AdWords data should be included:
   - From the **Website Profiles** table, click **Edit**.
   - In the **Main Website Profile Information** table, click **Edit**.

- Deselect the **Apply Cost Data** checkbox.
- Click **Save Changes**.

All AdWords cost and impression data will be imported into any profile in which the **Apply Cost Data** checkbox is left selected.

**If you are running campaigns for multiple websites, and are tracking these in your Analytics account:**

(For any profile that should not receive any AdWords data, follow the instructions above to disable the Apply Cost Data selection.)

For each profile that should include a subset of your AdWords data, create a custom Include filter as follows:

1. Log in to your AdWords account at https://adwords.google.com.
2. Click the **Analytics** tab.
3. Click **Filter Manager**.
4. Click **Add Filter**.
5. Create a filter with the following attributes:

   **Filter Type**: Custom filter > Include
   **Filter Field**: Campaign Target URL
   **Filter Pattern**: [*the domain of your AdWords campaign's destination URLs*]
   **Case Sensitive**: No

   For example, if the campaign being tracked by this profile is for website **www.example.com**, enter `example\.com` as the **Filter Patter**
   that the dot in the URL must be escaped by a backslash).
6. From the **Available Website Profiles** list, select the profile to which to apply this filter and click **Add**.
7. Click **Finish** to create and apply this filter.

This filter tells Analytics to include only the AdWords data for campaigns that lead to a specific domain. You'll need to create a similar filter for e
profile that needs to include AdWords data, and make sure that you're applying each filter to the correct profile.

Monitoring Performance : Google Analytics : Reports Central : Reporting Basics : **Report Data**

Can Google Analytics email my reports to me?

At this time, Google Analytics doesn't offer automatic emailing of reports. However, there are 3 export options that will allow you to save your r
tab separated, XML, or CSV formats, which can then be emailed or saved to your computer.

How do I interpret the reports for a website that has frames?

A web page containing frames will generate multiple pageviews: one for the framing page (containing either a `frameset` or `iframe` tag within code), and one for each page shown in a frame.

In your navigation reports, each of these pageviews will appear in a sequence:

Framing page > framed page 1 > frame page 2

As a result, your *Content Optimization > Content Performance > Depth of Visit* report, as well as your pageview totals, may be somewhat inflat

Even if a page on your site only appears as a frame for another page, we still recommend tagging it with the tracking code. If a visitor reaches through a search engine or a direct link from another site and the page doesn't contain the tracking code, the referral, keyword and/or campaig information from the source will be lost.

How are redirects handled by Analytics?

If your site uses redirects, the redirecting page becomes the landing page's referrer. For example, if a user searches for a specific keyword, su 'used books' on Google, there will not be any referring data showing that this keyword was searched on Google. Instead, the referral will be sho the redirecting page.

For this reason, we recommend placing the Google Analytics tracking code on the redirecting page as well as on the landing page. This way, tl redirecting page will capture the actual referrer information for your reports.

Please note that you may not be able to successfully implement the tracking code on all redirect pages as some redirecting pages may not ha code. Additionally, some browsers may actually redirect before the JavaScript call from the code can be made.

How do I set the time zone for my reports?

We're currently in the process of rolling out time zone support to our Google Analytics users. Once time zones are enabled for your account, yc able to set your preference from the **Profile Settings** page. By default, all accounts are set to use Pacific Time.

If your Analytics account is linked to a Google AdWords account, your time zone will be automatically set to your AdWords preference and you see the time zone preference settings in your Analytics account. This is to ensure accurate reporting on your AdWords campaigns.

For existing users, it's important to note that changing your time zone will only affect data going forward, and will not be applied retroactively. Y notice a flat spot or a spike in your report data around the time that you updated your time setting - this is caused by a time shift forwards or ba respectively. In addition, your report data may refer to the old time zone for a short period after you update your settings, until our servers have processed the change.

What is the Site Overlay report?

Google Analytics' Site Overlay report offers a visually powerful way to see which links are important to the navigation of your site. The report w requesting a given web page and matching the standard unique links within the HTML code with the data that appears in the *All Navigation* rep displays the *number of clicks on each link.*

The Site Overlay functionality is currently limited to standard links that point to content located elsewhere on the same website. With certain un link types, you may see missing overlay bars, bars with zero content, or incomplete data:

- Javascript links
- Virtual pageviews created with urchinTracker
- URL redirects
- URL rewrite filters
- Links to subdomain pages
- Frames

To learn more about common configuration problems that may be affecting your data in Site Overlay, please read Why is my Site Overlay repo working?

What information is contained in the Cross Segment Performance by Content sub-report?

When you select the **Cross Segment Performance** feature (by clicking the chevron next to line items in many reports, including your *Top Con* report), you have the option of cross-segmenting by **Content** .

The Content segment is populated in one of two ways:

- User-defined A/B testing variables: if you have defined a utm_content value for the referring click, it will be listed here
- The request stem of direct referrals: if the visit came from a direct referral (as opposed to an organic or CPC link), the stem of the referr used to populate this report. For example, if the referrer was **http://www.example.com/folder/page.html**, the stem would be **/folder/pa**

How are the Length of Visit report values calculated?

In order to capture the length of a visit, Google Analytics tracks the elapsed time between pageviews. The last page of a visit will not be record there is no subsequent pageview).

Single-page visits are assigned to the **1-10 second** category.

Monitoring Performance : Google Analytics : Reports Central : Reporting Basics : **Report Interface**

How do I select and compare date ranges for my reports?

You can easily view reports for any date range for which data exists. The calendar at the bottom left of your reports screen lets you pick individual date ranges, or a comparison of two dates or ranges.

**To select a single date**:

Click the date on the calendar. Your reports will reload with data for that day.

**To select a specific week**:

Click the arrow to the left of that calendar week

**To select a range of dates**:

1. Click the small calendar icon at the top right of the calendar. The Custom date range picker appears
2. In the left calendar, select the start date
3. Select an end date from the right hand calendar
4. Click **Apply Range** to update your reports with data from the selected range

**To compare two different ranges**:

1. Click the double-calendar icon in the blue Date Range bar above the calendar. A second calendar appears below the first
2. In the lower calendar, select the first date or date range according to the instructions above
3. In the upper calendar, select the second date or date range. Your reports will update, showing differences between the two date ranges. **change** column shows the change in values between the lower and upper calendar selections

What does "Average Score" represent?

Many Google Analytics reports include the Average Score metric. Average Score is a way of determining which pages on your site are most valuable. Pages with the highest scores are those which lead to a large proportion of high-value conversions.

Average score for a page is calculated as follows:

(Total Value of Conversions Subsequent to Page Visit) / (Total Number of Page Visits)

**Example**

Users make 10 visits to your site, resulting in five conversions for a total value of $500.

5 visits take the following path:

> *Homepage > pageA > goal page with a value of $100*

The other 5 visits take the following path:

> *Homepage > pageB > exit site*

The average score of each page would be:

**Homepage** = 50
(5 subsequent conversions * $100) / (10 total page views)

**pageA** = 100
(5 subsequent conversions * $100 / 5 total page views)

**pageB** = 0
(0 conversions)

Google Analytics calculates average score from both e-commerce and static goal values. For e-commerce, the conversion value used to calcu average score is taken directly from transaction revenue. For static values, Google Analytics calculates average score using the values you ha assigned to your goals.

How do I use the Analysis Options and Date Range selections?

When viewing many of your Analytics reports, you can access advanced functionality using the **Analysis Options** icon and the **Date Range** ca

The **Analysis Options** icon provides access to:

- *Data Over Time* shows the values for the selected page over a selected date range.
- *Overlay Page* loads the **Site Overlay** report for the selected page.
- *To-date Lifetime Value* calculates that page's values since Analytics tracking began.
- *Cross Segment Performance* breaks the page's data down by the specified variable.

Use the **Date Range** calendar at the bottom left of your page to customize the date range for this report.

- Click a single date to view data for that day, or click any month to view data for that month.
- Click the arrow to the left of any week to select the entire week, or click a particular day of the week to select all instances of that day - f example, click the **M** to view aggregate data for all Mondays in that month.
- To select a range of days, click the **Enter Range** icon that's located at the top-right of the calendar. From the **Custom Date Range** pick appears, select the start and end date, and click **Apply Range** to update your report.
- Compare two ranges by clicking the **Compare Date Range** icon in the **Date Range** title bar. Your report will update to list your data for date range, as well as the percentage change from the **First Date** to the **Second Date** selection.

---

**What are report dashboards and categories?**

---

Report dashboards are groups of reports with special relevance to particular users. These include:

- **Executive**: this dashboard includes top-level summaries of conversion rates, marketing campaign effectiveness, and content performan
- **Marketer**: provides detailed analyses of marketing performance, such as conversion rates for all referral types, funnel drop-off rates, an data.
- **Webmaster**: concentrates on content performance, showing bounce rates and funnel data.

In addition to the dashboards, Google Analytics reports are organized into three categories to make it easy to find the information you need for particular job.

- *Marketing Optimization* reports focus on how effectively you drive high-quality, low-cost traffic to your site. These reports are useful if yo using any kind of online advertising or trying to be found by search engine users, or if you're looking for the most effective market segm target.
- If you create content for your site, or you're involved in site design, you'll find the *Content Optimization* section useful. This is where you analyze how users navigate through your site, and it's a good tool for pinpointing any obstacles to conversion.
- Finally, the *E-commerce Analysis* section contains merchandising, revenue and transaction reporting relating to products and repeat bu This report category is only visible if this profile has been set as an E-commerce Website. To update this setting, you'll need to **Edit** you from the **Analytics Settings** page.

## Monitoring Performance : Google Analytics : Reports Central : Troubleshooting Reports : **Comparison** other Analytics Solutions

---

**Why do my statistics differ between AdSense and Analytics?**

---

A *page impression* in AdSense is roughly equivalent to a *pageview* in Analytics. These two values may not line up exactly for the following reas

- **Separate Javascript code**: AdSense counts a page impression when the AdSense ad code is executed by a user's browser. Similarly,

Analytics counts a pageview only when the Google Analytics tracking code is executed by a user's browser. Because they are located i different parts of your page, it is possible that one of these JavaScript snippets will load and the other will not.

For example, because we recommend placing the tracking code at the bottom of your HTML, in very rare cases a user will enter and th page before the page completely loads and before the tracking code is executed. In this case, AdSense might count a page impression Analytics won't count the pageview. This would result in a higher page impression count in AdSense than pageview count in Analytics.

- **Iframes**: AdSense use an iframe to serve ads. Browsers that don't support the <iframe> tag will not report an impression. This can resu Analytics counting more pageviews than AdSense counts impressions .

- **Frames**: If the Analytics tracking code is present with a framed page as well as the framing page, Analytics will likely register two pagev that visit. This can result in inflated pageviews in Analytics.  Please read How do I interpret the reports for a website that has frames?

- **Security (blocking) Software**: Your AdSense impressions might also be decreased by personal firewall software or ad blocking softwa can cause Google ads to not display on your site, or may obscure portions of the ad. Ad blocking features of your users' internet securit software must be disabled in order to view Google ads.

- **urchinTracker function**: If you're using the urchinTracker function, your pageviews may be slightly inflated within Google Analytics. urchinTracker works by creating virtual pageviews for specific events such as PDF downloads that won't be tracked in your AdSense ad

Monitoring Performance : Google Analytics : Reports Central : Troubleshooting Reports : **Puzzling Da**

What does google[referral] mean?

Not all referrals from Google.com domains come through organic search or AdWords ad listings. Referrals may come from a variety of sources Google Groups posts, base.google.com listings, or static pages on related Google sites. Such visits are tagged as [referral] instead of [organic]

What are referrals coming from pagead2.googlesyndication.com?

Referrals from **pagead2.googlesyndication.com** are clicks on your AdWords ads showing on the content network b    specifically, ads showi publisher sites in the AdSense program.

You can use destination URL auto-tagging or set your own campaign variables to track your ads more effectively. Using either of these method allow Analytics to gather campaign and keyword information and more for each click on your ads.

Monitoring Performance : Google Analytics : Reports Central : Troubleshooting Reports : **Missing Dat**

Why is there no data in my All CPC Analysis or AdWords Analysis reports?

If you're not seeing any data in your CPC or AdWords Analysis reports:

- Check that the advertising campaigns you'd like to track with Analytics are running as expected.

- To see your AdWords data in the **AdWords Analysis** report, your AdWords account needs to be linked to your Analytics account.

- Make sure auto-tagging is enabled in your Analytics-linked AdWords account.
- To see advertising data in the **All CPC Analysis** report, all of your advertising program URLs should be tagged for Analytics tracking.

## Monitoring Performance : Google Analytics : Contact Form Topics (Hidden) : Initial setup : **Using Goog** **Analytics**

---
### Who has access to my data in Google Analytics?
---

We take the security of your Google Analytics data very seriously, and protect all of your transactions with Secure Socket Layer (SSL) technolo also protect your information with our privacy policy. And your visitors' information is secure, too - your reports don't include identifiable informa your site's users.

You also have control over who can log in to your account, and who can view your reports. You can easily add or remove users, and customize access to your data. Please read How do I restrict a user's access to certain domains or reports? for more information about controlling access account.

---
### What is Google Analytics?
---

Google Analytics shows you how people found your site, how they explored it, and how you can enhance their visitor experience. Improve your return on investment, increase conversions, and make more money on the web.

With over 80 reports, your free Google Analytics account will track visitors through your site, and will keep track of the performance of your mar campaigns - whether they're AdWords campaigns, email campaigns, or any other advertising program. With this information, you'll know which are really working, which ad text is the most effective, and where your visitors are dropping off during the conversion process. Don't be fooled t that this functionality is available to you for free - Google Analytics is a full-featured, powerful analytics package.

AdWords advertisers can find all of these benefits from within their AdWords account - Google Analytics has been fully integrated with AdWord your reports and settings are available from the **Analytics** tab.

To get started with Google Analytics, simply visit www.google.com/analytics or click the **Analytics** tab in your AdWords account. You'll be guid through a simple sign-up process, which will require the addition of a code snippet. Once that's done, you'll start gathering data immediately, or improved ROI!

---
### How do I sign up for Google Analytics?
---

Sign up for Google Analytics by visiting the home page at www.google.com/analytics. From there, you'll be able to create a new free account.

If you don't already have a Google Account, you'll need to create one before signing up for Google Analytics. Google Accounts offer single sig many of Google's applications, and ensure the highest level of security for your account. You can create a new Google Account from the Goog Analytics home page.

If you're an AdWords advertiser, you can also sign up for Analytics from within your AdWords account. Google Analytics has been closely integ your AdWords account under the new **Analytics** tab - click the tab and follow the instructions to start tracking AdWords campaign data and RC information.

Can I run Google Analytics along with other web analytics solutions?

Yes, we invite you to run Google Analytics in parallel with any third party or internal solution you've already deployed. You can try running Goo Analytics on a subset of pages or on a microsite to see how much the additional reports, information, and AdWords support improve your conv rates. If you find that it's successful for you, you can quickly and easily install it on the rest of your site.

In which languages is Google Analytics available?

Google Analytics is currently available in the following languages:

| | |
|---|---|
| Chinese (Simplified) | Korean |
| Chinese (Traditional) | Norwegian |
| Danish | Portuguese |
| Dutch | Russian |
| Finnish | Spanish |
| French | Swedish |
| German | UK English |
| Italian | US English |
| Japanese | |

To update the display language for your Analytics account:

1. Sign in to your Analytics account at www.google.com/analytics/home
2. Click the **My Account** link at the top right of your page
3. Select your preferred language from the drop-down list
4. Click **Save Changes** to apply your selection, or **Cancel** to return to your account's main page

To view this help center in your preferred language, select the desired value from the drop-down menu at the upper-right hand corner of this pa

## Monitoring Performance : Google Analytics : Contact Form Topics (Hidden) : Initial setup : **Installing the tracking code**

### How do I add tracking code to my website?

Copy and paste the code segment into the bottom of your content, immediately before the `</body>` tag of each page you are planning to track use a common include or template, you can enter it there.

**Important**: if your pages include a call to urchinTracker(), utmLinker(), utmSetTrans(), or utmLinkPost(), the tracking code must be placed in yo code *above* any of these calls. In these cases the tracking code can be placed anywhere between the opening `<body>` tag and the JavaScript

```
<script src="http://www.google-analytics.com/urchin.js" type="text/javascript">
</script>
<script type="text/javascript">
  _uacct="UA-xxxx-x";
  urchinTracker();
</script>
```

You'll need to update the `"xxxx-x"` in the sample above with your own Google Analytics account number. You can access your personalized t code in its entirety by following the instructions in Where can I find my tracking code?

### How can I confirm that I've entered the tracking code correctly on my pages?

Google Analytics will itself check to see that the tracking code has been installed correctly on the home page of your site - once you've created profile, the Tracking Status will display a warning, "Tracking status unknown," until the system detects the code.

If you used a WYSIWYG ("What you see is what you get") editor such as Macromedia Dreamweaver, make sure that you don't see the code w you're viewing your page in a browser. Some such editors will attempt to place the code as text on your page - try to use the "source" view whe pasting the code to your web pages.

Finally, once your page is live, select **View Source** from your browser's menu and look for the code. It should be immediately before the `</bo` your page, and should look exactly as it was provided to you:

```
<script src="http://www.google-analytics.com/urchin.js" type="text/javascript">
</script>
<script type="text/javascript">
_uacct="UA-xxxx-x";
urchinTracker();
</script>
```

You should see your own account number in place of the `xxxx-x` in the example above. If you need a fresh copy of your code, click the **Editli**

the appropriate profile on the **Analytics Settings** page, then select **Check Status** at the top-right of the table.

How do I track e-commerce transactions?

Google Analytics supports a client-side data collection technique for capturing e-commerce transactions. With some simple additions to your re page, Google Analytics can automatically detect and record transaction and product information. The required information is placed in a hidden which is parsed for transaction and product information. Most template-driven e-commerce systems can be modified to include this information the receipt.

### Enabling E-Commerce Tracking

The first step of tracking e-commerce transactions is to enable e-commerce reporting for your website's profile. To enable e-commerce reportin follow these steps:

1.  Log in to your account.
2.  Click **Edit** next to the profile you'd like to enable.
3.  On the Profile Settings page, click **edit** next to **Main Website Profile Information**.
4.  Change the **E-Commerce Website** radio button from *No* to *Yes*.

### Receipt Page Format

The second step is to ensure that the tracking code is included in the receipt page in the standard fashion. This may be done using a server si or other template driver, or can simply be hand-coded into your HTML code:

```
<script src="http://www.google-analytics.com/urchin.js" type="text/javascript">
</script>
<script type="text/javascript">
  _uacct="UA-xxxx-x";
  urchinTracker();
</script>
```

Next, somewhere in the receipt below the tracking code, the following lines need to be written by your engine. Everything in brackets should be by actual values, as described in the Parameter Reference, below.

```
<body onLoad="javascript:__utmSetTrans()">

<form style="display:none;" name="utmform">
<textarea id="utmtrans">UTM:T|[order-id]|[affiliation]|
[total]|[tax]| [shipping]|[city]|[state]|[country] UTM:I|[order-id]|[sku/code]|[productname]|[category]|[

[quantity] </textarea>
</form>
```

**NOTE:** Do not include the square brackets when setting the values for the form. In addition, do not use commas to separate the thousands place in your total, tax, and shipping fields - any digits after the comma will be dropped.

### Example

```
UTM:T|34535|Main Store|111108.06|8467.06|10.00|San Diego|CA|USA
UTM:I|34535|XF-1024|Urchin T-Shirt|Shirts|11399.00|9
UTM:I|34535|CU-3424|Urchin Drink Holder|Accessories|20.00|2
```

Within the hidden form, there are two types of lines: the **transaction line** and the **item lines**. For each transaction, there should be only one transaction line, which is indicated by the "T" immediately after the "UTM:". This line specifies the total for the transaction, including any taxes or shipping costs, and other information. For each item in the receipt, create an item line, which is specified by the "I". The item lines can contain product names, codes, unit prices and quantities. There is no limit to the number of item lines per transaction.

### Parameter Reference

Transaction line variables

| | |
|---|---|
| [order-id] | Your internal unique order id number |
| [affiliation] | Optional partner or store affilation |
| [total] | Total dollar amount of the transaction |
| [tax] | Tax amount of the transaction |
| [shipping] | The shipping amount of the transaction |
| [city] | City to correlate the transaction with |
| [state/region] | State or province |
| [country] | Country |

Item line variables

| | |
|---|---|
| [order-id] | Your internal unique order id number (should be same as transaction line) |
| [sku/code] | Product SKU code |

| [product name] | Product name or description |
| [category] | Category of the product or variation |
| [price] | Unit-price of the product |
| [quantity] | Quantity ordered |

---

**Why is Google Analytics not tracking some of the pages on my website?**

---

If Google Analytics isn't tracking visits to one of your web pages, there is likely an issue with the tracking code as it was added to your page. Pl
verify that the tracking code is installed correctly by viewing your page source. It should be immediately before the `</body>` tag of your page.

You'll also need to check that you've installed the correct code on your pages - your tracking code is profile-specific. If you've added code from
profile, your data will be applied to the wrong set of reports. To find your profile-specific tracking code, follow the instructions in <u>Where can I fin
tracking code?</u>

If your tracking code is installed correctly, and your page still isn't appearing in your reports, please <u>contact us</u> with the specific URL, and we'll l
to review your code.

---

**I'm having trouble creating a profile for my secure website.**

---

When creating a new profile, please make sure to select `https://` in the **Add a Profile for a new domain** section if you are tracking a secure
The resulting tracking code will then be customized for secure pages and look like this:

```
<script src="https://ssl.google-analytics.com/urchin.js" type="text/javascript">
</script>
<script type="text/javascript">
  _uacct="UA-xxxx-x";
  urchinTracker();
</script>
```

If your profile is already created without the `https://`, you can retrieve secure tracking code by following the instructions below:

1.  From the **Analytics Settings** page, click the **Edit** link adjacent to the profile for which tracking code is required
2.  Click **Edit** in the **Main Website Profile Information** bar
3.  Update the **Website URL** to include `https://`

4.  Click Save Changes

5.  Click Check Status at the top-right of the table. Your secure tracking code is available from the text box

Please note that you can add the secure tracking code to both non-secure and secure pages on your site.

## Monitoring Performance : Google Analytics : Contact Form Topics (Hidden) : Initial setup : **Linking my existing Google Analytics account to AdWords**

How do I link my Google Analytics account to my AdWords account?

Linking your Google Analytics account to your AdWords account is very easy! Before beginning, make sure that you have used the same Google Account for both your Analytics and AdWords accounts. If not, don't worry - just add your AdWords username to your Analytics account as an Account Admin.

Then,

1.  Log in to your AdWords account at https://adwords.google.com

2.  Click the **Analytics** tab

3.  Click **Link it to your AdWords account** (it's at the bottom of the page)

4.  From the **Existing Google Analytics Account** drop-down list, select your Analytics account number

5.  Click **Link Account**

That's it! Your two accounts are now linked, and Analytics will start automatically tagging your AdWords links for detailed campaign tracking reports. We'll also begin importing cost data from your AdWords campaigns for ROI calculations.

Will shared AdWords account users have access to reports on www.google.com/analytics?

The following are two situations in which shared users will occur:

- A user with access to your AdWords account

- A user who has been granted access to view your reports

Users with access to your AdWords account will not necessarily be able to access your reports on www.google.com/analytics. You'll need to specifically give them access to your reports.

If you have granted a user access to your reports within AdWords, that user will be able to log directly into www.google.com/analytics to view those reports as well.

Can I track websites for which I'm not running an AdWords campaign?

Yes. Google Analytics offers a great breadth of functionality - you can use it to track visitor flow through your site, to view the source of referral
site, and to see how well visitors make it through a conversion process such as purchasing an item or signing up for a newsletter. In addition, G
Analytics can track non-AdWords advertising campaigns such as banner campaigns or other pay-per-click programs.

What is auto-tagging and how will it affect my ads?

In order for Analytics to display details about your AdWords keywords and costs, you must do one of the following:

- Use **Destination URL auto-tagging**, or
- Manually tag your keyword destination URLs with tracking variables.

Google created auto-tagging (turned "on" by default) so that large and small accounts could easily see how their AdWords keywords were perf
from click to conversion and back to cost. Auto-tagging automatically associates a parameter with the click on your ad which then allows Analy
report the details of the click, including which AdWords keywords brought a visitor to your site, which campaign that keyword was from, and ho
that click cost. This information can then be associated with richer information within your Analytics reports, such as goal or e-commerce conve
give you a sense of how your AdWords spending is really performing.

The parameter used in auto-tagging is called "gclid" and will show up in your landing page URL when a user arrives at your site from your ad. F
example, if your site is www.mysite.com, when a user clicks on your ad it will appear in the address bar as:

```
www.mysite.com/?gclid=123xyz
```

**Note**: A small percentage of websites do not allow arbitrary URL parameters and serve an error page when auto-tagging is turned on. Please d
with your webmaster to find out if this is the case or turn on auto-tagging and do a test by simply clicking on your ad. If the link to your site work
you can use auto-tagging. If you are getting an error, you'll need to turn auto-tagging off from your AdWords account (see steps below). Then, v
webmaster to allow arbitrary URL parameters before turning it back on.

**To disable auto-tagging:**

1. Log in to your AdWords account
2. Click the **My Account** tab and select **Account Preferences**
3. In the Tracking section, click **Edit**
4. Deselect the **Destination URL Auto-tagging** checkbox
5. Click **Save changes**

If you would rather track your clicks manually, please read How do I tag my links?

**Will my account change if I link my Google Analytics account to AdWords?**

The functionality of your Google Analytics account will remain the same once you link to your AdWords account, with a few pleasant exceptions

- **No pageview limit**: if you're an active AdWords advertiser, we'll remove the 5 million pageview limit from your Google Analytics accour
- **Automatic AdWords URL tagging**: there's no need to tag your AdWords destination URLs when you've linked your accounts - Google You'll only need to tag links that originate from non-AdWords campaigns.

In addition, you'll still be able to access your Google Analytics account from www.google.com/analytics or from the **Analytics** tab of your AdWo

**How do I disable AdWords reporting for a profile?**

For customers with access to the **Analytics** tab within their AdWords accounts, AdWords reporting is enabled by default for all profiles. To disa profile:

1. Log into your AdWords account at: adwords.google.com
2. Select the **Analytics** tab
3. Click **Edit** in the **Settings** column for the profile for which you would like to disable AdWords reporting
4. Click **Edit** in the upper right corner of the **Main Website Profile Information** box
5. Uncheck the **Apply Cost Data** check box
6. Click **Save Changes**

Monitoring Performance : Google Analytics : Contact Form Topics (Hidden) : Initial setup : **Tracking m**

**How do I track all of the subdomains for my site in one profile?**

You can track subdomains within the same profile as the domain. In order to do so, you'll need to add a line to the tracking code on each page assume that this profile was set up with the primary domain as the listed website (eg. example.com)

1. Add the following line (in **bold**) to the tracking code on all pages of your subdomain and your main domain:

```
<script src="http://www.google-analytics.com/urchin.js" type="text/javascript">
</script>
<script type="text/javascript">
  _uacct = "UA-xxxx-x";
  _udn="example.com";
  urchinTracker();
</script>
```

This line should reference the primary domain (example.com).

Please be aware that while this change will allow you to track subdomains within one profile, your reports may not distinguish between pages c from *www.example.com* versus *help.example.com*. For example, in your *Top Content* report, you may have hits to *www.example.com/index.ht help.example.com/more.html*, but the report will display the following:

    /index.html
    /more.html

If you'd like to distinguish between your subdomains, you can create an Advanced filter for your profile with the following settings:

    **Filter Type**: Custom filter > Advanced
    **Field A**: Hostname
    **Extract A**: (.*)
    **Field B**: Request URI
    **Extract B**: (.*)
    **Output To**: Request URI
    **Constructor**: $A1$B1

With this filter in place, the previous examples would appear with the subdomain attached:

    www.example.com/index.html
    help.example.com/more.html

How do I use Google Analytics to track a 3rd-party shopping cart?

Google Analytics can track data from a shopping cart on your own domain, or even on other domains, with the addition of some code. To set u pages to report transaction data to Google Analytics, please read How do I track e-commerce transactions?

In addition, if your store site is on a different subdomain or domain than your main site, follow the instructions below to configure your pages.

**If your website initiates a purchase checkout process on a different subdomain**
(for example, if you send customers from *www.mystore.com* to *shoppingcart.mystore.com*):

Add the following line (in **bold**) to your tracking code on both your store site and your shopping cart pages:

```
<script src="http://www.google-analytics.com/urchin.js" type="text/javascript">
</script>
<script>
    _uacct="UA-xxxx-1";
    _udn="mystore.com";
```

```
  urchinTracker();
</script>
```

**If your website initiates a purchase checkout process on a separate store site**
(for example, if you send customers from *www.mystore.com* to *www.securecart.com*):

1. Add the following lines (in **bold**) to your tracking code on both your store site and your shopping cart pages:

```
<script src="http://www.google-analytics.com/urchin.js" type="text/javascript">
</script>
<script type="text/javascript">
  _uacct="UA-xxxx-x";
  _udn="none";
  _ulink=1;
  urchinTracker();
</script>
```

2. Change the links from the main site to the secure site to use `__utmLinker` as follows. If your current links look like:

```
<a href="https://www.securecart.com/?store=parameters">Purchase Now</a>
```

change them to:

```
<script type="text/javascript">
document.write('<a href="javascript:__utmLinker(\'https://www.securecart.com/?
store=parameters\');">Purchase Now</a>');
</script>
<noscript>
<a href="https://www.securecart.com/?store=parameters">Purchase Now</a>
</noscript>
```

The code above provides links for users with or without JavaScript enabled. It's important to note that apostrophes need to be escaped with a backslash where they appear in the link or link text.

**Important**: *if your pages include a call to urchinTracker(), utmLinker(), utmSetTrans(), or utmLinkPost(), your Analytics tracking code must be placed in your HTML code above any of these calls. In these cases the tracking code can be placed anywhere between the opening <body> tag and the JavaScript call.*

**If you send information to your shopping cart using forms**, use the `__utmLinkPost()` function. It appends cookie

data to the provided URL of the supplied form.

```
<form action="http://newdomain.com/form.cgi" onSubmit="javascript:__utmLinkPost(this)">
```

This will work even for forms where the method="GET"

**Important**: *if your pages include a call to urchinTracker(), utmLinker(), utmSetTrans(), or utmLinkPost(), your Analytics tracking code mu be placed in your HTML code above any of these calls. In these cases the tracking code can be placed anywhere between the opening* `<body>` *tag and the JavaScript call.*

My site has multiple domain names. How do I set up tracking?

If your site spans multiple domains, or employs multiple domain aliases to point to the same content, you'll need to make certain changes to en your site and the Analytics tracking code are compatible.

Please note that there is a difference between multiple subdomains and multiple root domains. **www.example.com** and **securecart.example.** examples of multiple *subdomains*, while **www.example.com** and **www.sample.com** represent multiple *root domains*.

If your site has multiple subdomains, please see:

- How do I track all of the subdomains for my site in one profile?
- How do I track all of the subdomains for my site in separate profiles?

for configuration information.

**Multiple Domain Names**

If visitors to your site navigate across multiple domains, please refer to the article below for instructions on setting up your tracking code:

- How do I install the tracking code if my site spans multiple domains?

If your site is an e-commerce site with links to a 3rd-party shopping cart, please refer to the following article:

- How do I use Google Analytics to track a 3rd-party shopping cart?

**Multiple Domain Names: Domain Aliases**

If your site employs multiple domain aliases, it is recommended that you redirect traffic from the aliases to the primary site. Please refer to the a below for more instructions:

- How do I track a site that uses domain aliases?

How do I track all of the subdomains for my site in separate profiles?

Tracking subdomains in individual profiles is as simple as entering the correct subdomain name in the Add Website Profile dialog. Add the sup tracking code to all of the pages on your subdomain, and your reports will accurately reflect the traffic to this subdomain. Please note that each uses a unique tracking code, so make sure that you're adding the correct code to your pages.

If you'd like to track multiple subdomains in a *single* profile instead, please read How do I track all of the subdomains for my site in one profile?

I do not own my website domain. How do I set up Google Analytics?

In order to implement Google Analytics, you'll need to have access to the source of your webpages. If you're able to update the content of your webpages, you should be able to set up Google Analytics.

Follow the instructions in How do I add tracking code to my website? to add the JavaScript snippet to your webpages and start tracking your w

Monitoring Performance : Google Analytics : Contact Form Topics (Hidden) : Initial setup : **Why report missing**

I'm not seeing any data in my reports.

The most common cause of reports not being populated with data is an error in the Analytics tracking code. Please ensure that you've installed exactly as it appears in your account – code is account and profile specific. The profile section of your tracking code may not correspond to the which your profiles are listed on the main page of your account. If you're not sure where to find your code, please read Where can I find my tra code?

Once you've correctly installed your tracking code, you should allow up to 24 hours for data to appear in your account.

If your tracking code has been installed correctly, and you're still not seeing any data after 24 hours:

- Are you using filters? Incorrect filter settings can affect the data you see, and can sometimes unintentionally filter *all* data from your rep happens most frequently due to incorrect Include filters .

- Are you able to see your traffic data, but unable to see the cost data associated with your profile?

- Does your site use redirects? If so, they may be interfering with Google Analytics' ability to track your traffic data. Please read Why isn't data collected when using redirects?

- Do you have access to multiple Analytics accounts? If you're accessing your account through www.google.com/analytics (as opposed t your AdWords account's Analytics tab), you may be looking at the wrong account. Use the drop-down menu at the top right of the scree select the account you'd like to view.

- Are you running Urchin software in addition to your implementation of Google Analytics? If so, you may have both `__utm.js` and urch referenced from your pages. You'll need to update your pages to use the correct code .

- Are you hosting the `urchin.js` file locally? You may be using an outdated version of this file. Download the most up-to-date version a http://www.google-analytics.com/urchin.js, but first let us tell you why it's better to let Google host this file .

- Other scripts on your pages could be using some of the same variables as the `urchin.js` file. In this case, the variables in the other s override those that Analytics needs in order to execute properly. If you're using additional scripts on your pages, consider moving the tr code into the `<head>` section of the page. This will allow the tracking code to work correctly, and it won't interfere with the rest of your s

- Are you unable to see the report interface properly? Download the latest Flash plugin (7.x or higher) and make sure JavaScript is enabl your browser. You can download the latest version of Flash from the Macromedia site at http://www.macromedia.com/shockwave/download/alternates/#fp .

  *A note for Linux users*: the Flash implementation for Linux can be very problematic, and users of Debian and Ubuntu seem to be especi affected. We're aware of these issues, but due to the lack of updates and Flash plugin development for Linux, we may be unable to sup your browser and operating system combination at this time.

### How often is the data in the reports updated?

Report data is generally updated every 24 hours, but data may sometimes take longer to appear in your account. AdWords cost information is once daily, to import the previous day's information.

## Monitoring Performance : Google Analytics : Contact Form Topics (Hidden) : Initial setup : **Something**

### Will the Analytics JavaScript code interfere with our website's code?

Google Analytics' JavaScript code has been designed to be highly compatible with your website's exisiting JavaScript, with all variable and fun names beginning with `__utm` , `_u` , or `urchin` .

The code should be placed immediately before the `</body>` tag of your page. For further details on adding the tracking code to your pages, pl How do I add tracking code to my website?

### I am receiving an 'invalid input' error when I attempt to create a new profile.

When the domain submitted during profile creation appears to be entered incorrectly, Google Analytics will prevent you from proceeding until th are resolved. If you are encountering this issue:

- Make sure you haven't entered any typos, abnormal characters, or extra characters in your domain entry

- Use the drop-down list to select either http:// or https:// - do not type these into the text box
- Remove the directory path from the URL you are entering (do not include anything after the end of the domain name, even a trailing "/") data for your Analytics reports will be based on where you insert the tracking code, rather than the exact URL you specify in this step.

## Monitoring Performance : Google Analytics : Contact Form Topics (Hidden) : Tracking something : Ad campaigns

How do I tag my links?

Tagging your online ads is an important prerequisite to allowing Google Analytics to show you which marketing activities are really paying off. Fortunately, the tagging process goes smoothly - once you understand how to differentiate your campaigns. Here is a three-step process to he started. (If you'd like to learn about all of the variables you can use to differentiate campaigns, read The five dimensions of campaign tracking.)

### 1. Tag only what you need to.
If your Google Analytics account is linked to an active Google AdWords account, you don't need to tag your AdWords URLs. Google Analytics automatically track all of your AdWords campaigns. You'll still need to tag all of your non-AdWords paid keyword links, though, as well as your and other ads, and the links inside your promotional e-mail messages.

There are certain links that you don't need to tag, and many times will not be able to tag. You should not attempt to tag organic (unpaid) keywo from search engines and it isn't necessary to tag links that come from referral sites, such as portals and affiliate sites. Google Analytics automa detects the name of the search engine and the keyword from organic (unpaid) keyword referrals, and you'll see metrics for these referrals in yo typically under "Organic" listings. Google Analytics also detects referrals from other websites and displays them in your reports, whether or not tagged them. And again, you don't need to tag your AdWords URLs if your Analytics and AdWords accounts are linked.

### 2. Create your links using the URL Builder.
Campaign links consist of a URL address followed by a question mark and your campaign variables. But, you won't need to worry about link sy fill out the URL Builder form and press the **Generate URL** button. A tagged link will be generated for you and you'll be able to copy and paste it ad. If you're wondering which fields to fill in, you're ready for Step 3.

### 3. Use only the campaign variables you need.
Google Analytics' link tagging capabilities allow you to uniquely identify virtually any campaign you can think of. But, don't think that you must u fields in the URL Builder form in each of your links. On the contrary, you'll usually only need to use **Source**, **Medium**, **Campaign**, and **Term** (fc keywords). The table below shows how you might tag the three most common kinds of online campaigns - banner ads, email campaigns, and keywords.

| | Banner Ad | E-mail Campaign | Pay Per Click Keywords |
|---|---|---|---|
| Campaign Source | citysearch | newsletter1 | overture |
| Campaign Medium | banner | email | ppc |
| Campaign Term | Boston | July | *the keyword you purchased* |
| Campaign Content | | | |
| Campaign Name | productxyz | productxyz | productxyz |

**How does Google Analytics differ from Adwords Conversion Tracking?**

These two products, though separate, are geared toward a similar purpose - helping website owners analyze their website performance so tha make better business decisions and get great performance results. You can use either one of these products alone, or use both at the same tir will not interfere with each other's tracking.

**AdWords conversion tracking**

In online advertising, a conversion occurs when a click on your ad leads directly to user behavior you deem valuable, such as a purchase, sign view, or lead. Google has developed a tool to measure these conversions, and ultimately, help you identify how effective your AdWords ads ar keywords are for you.

It works by placing a cookie on a user's computer when he/she clicks on one of your AdWords ads. Then, if the user reaches one of your conve pages, the cookie is connected to your web page. When a match is made, Google records a successful conversion for you. Please note that th Google adds to a user's computer when he/she clicks on an ad expires in 30 days. This measure, and the fact that Google uses separate serve conversion tracking and search results, protects the user's privacy.

**Google Analytics**

If you'd like to take advantage of more robust website analytics, we encourage you to create a free Google Analytics account. In addition to bas conversion tracking, Analytics also offers sitewide pageview analysis, advanced goal definition, conversion funnel analysis, and various advance conversion reports. Just like AdWords conversion tracking, Google Analytics is fully integrated into your AdWords account, allowing you to viev reports and settings from the Analytics tab in AdWords. Learn more about Google Analytics.

**The links to my site already contain my own campaign tracking variables. Can I use these variables instead of Google Analytics'?**

If you've already tagged your online links with your own tracking variables, you can map these existing variables to Google Analytics' campaign variables. Your tagged links will need to contain at least 3 variables. These will map to:

1. **utm_source**: the source of your campaign (Google, Overture)
2. **utm_medium**: the medium of your campaign (cpc, banner, email)
3. **utm_campaign**: the name of your campaign (spring_sale)

For the purpose of these instructions, we will assume that your site contains the following URL:

```
www.example.com/index.html?
camp=GADS&kwd=memory&version=47&type=ppc&adver=google
```

**Step 1.** Match your variables with Google Analytics' variables. Create a table following the format below:

|  | Campaign | Ad Source | Ad Type | Keyword or Term | A/B Testing |
|---|---|---|---|---|---|
| User Variables | camp | adver | type | kwd | version |
| Google Analytics Variables | _uccn | _ucsr | _ucmd | _uctr | _ucct |

**Step 2.** Modify the tracking code on each of your pages

You'll need to add the following lines (in bold) to the tracking code on your pages. The additions will be identical for each page, so you can use an include or template system to add this code. The code below is based on the example URL above:

```
<script src="http://www.google-analytics.com/urchin.js"
type="text/javascript">
</script>
<script type="text/javascript">
//<!--
_uacct="UA-xxxx-x";
_uccn="camp";
_ucsr="adver";
_ucmd="type";
_uctr="kwd";
_ucct="version";
urchinTracker();
//-->
</script>
```

**Step 3**. Create filters for these new tracking variables.

This is the basic filter configuration you should use for each filter:

**Filter Type** : Custom filter > Advanced
**Field A** : Request URI
**Extract A** : *new_variable*=([^&]*)
**Field B** : (None)
**Extract B** : (empty)
**Output To** : utm _(*old_variable*)
**Constructor** : $A1
**Field A Required** : Yes
**Field B Required** : No
**Override Output Field** : Yes
**Case Sensitive** : No

*old_variable* refers to the default Google Analytics tracking variable. *new_variable* refers to your own tracking variable. Remember that you will need a filter for each modified variable.

---

Can Google Analytics track non-AdWords online advertising campaigns?

---

Yes, Google Analytics can track all types of online media including banner ads, referral links, email campaigns, and organic and paid search.

For information on setting up campaign tracking for non-AdWords campaigns, please read How do I tag my links?

---

Can I import cost data from other PPC programs such as Yahoo! Search Marketing (Overture)?

---

Currently, it is only possible to import cost data for ROI analysis from Google AdWords. We are working hard to extend this functionality to Overture and other PPC networks.

Monitoring Performance : Google Analytics : Contact Form Topics (Hidden) : Tracking something : **E-commerce revenue**

---

Why are the numbers in Google Analytic's e-commerce reports different from the numbers I get from my shopping cart service?

---

There are several reasons that your shopping cart may have different data than is reported in your Google Analytics reports.

- Your shopping cart may be configured to report data in a different time zone than your Google Analytics reports. For example, your shopping cart may be configured to report on Eastern Standard Time, while your Google Analytics reports are configured to report on Pacific Standard Time.

   Under these circumstances, a transaction that occurred at 11PM PST on Monday will be recorded in your shopping cart as happening on 1AM on Tuesday. As a result, your daily reports will not be the same in your Google Analytics reports and your shopping cart.

- Your reports may be off if you set up your Analytics e-commerce tracking in the middle of a certain day and are looking at your daily report

your shopping cart. The transactions that happened before you implemented Google Analytics tracking will not appear in your Analytics

- Finally, Google Analytics e-commerce tracking may not be properly set up. Please read How do I track e-commerce transactions? to m: that you have implemented the code properly.

If none of the above possibilities apply to your situation and your reports still do not match, please contact our support team and let us know ex is wrong. Please specify whether the total number of transactions is wrong, if the purchased amounts is wrong or if you have noticed certain pr failing to appear in one of your reports.

---
My ROI reports show 0%. How do I set up ROI tracking?
---

Because Google Analytics can easily import your AdWords cost data, it's able to return detailed ROI tracking on any AdWords campaigns. At th ROI information is not available for other types of campaigns.

In order to see ROI information, you'll need to set up the following:

- **AdWords campaign tracking**: if your Google Analytics account is linked to your AdWords account, you won't have to do anything to tr AdWords campaigns - Analytics will automatically track this information. If you haven't linked your accounts, you'll need to tag your AdV URLs with campaign and keyword information. Please read How do I tag my links?
- **Conversion goals and funnels**: you'll also need to define a conversion goal and, optionally, a funnel. The conversion goal settings will Google Analytics the value to assign to that conversion - whether it be an e-commerce value, or a static value. For information on defini conversion goals, please read How do I set up goals?

Once you've set up these two elements, Google Analytics will be able to track your AdWords ROI.

Monitoring Performance : Google Analytics : Contact Form Topics (Hidden) : Tracking something :
## Conversion Goals and Funnels

---
How do I set up goals?
---

A goal is a website page which a visitor reaches once they have made a purchase or completed another desired action, such as a registration download. Before Google Analytics can calculate goal conversion metrics, you must define one or more goals. A goal is defined with the follow information:

- **URL for the goal page**: Specify a page that can only be reached by achieving a goal. In the case of a registration goal, for example, th page might be the Thank You page. If your goal page can be reached by visitors who have not completed the goal, your conversion rat inflated.
- **The name of the goal**: Specify a name that you will recognize when viewing reports. Examples of names you might use include "email and "article ABC download".
- **The defined funnel**: You may specify up to ten pages in a defined *funnel*. A funnel represents the path that you expect visitors to take

way to converting to the goal. Defining these pages allows you to see how frequently visitors abandon goals, and where they go. For an e-commerce goal, these pages might be the first page of your checkout process, then the shipping address info page, and finally the credit card information page.

- **The value of the goal**: For e-commerce goals, Google Analytics can use the actual value of the purchase. To allow Analytics to do so, leave the Goal Value field blank and set up your purchase receipt page as described in How do I track e-commerce transactions?

  For non-e-commerce goals, Google Analytics uses an assigned goal value to calculate ROI, Average Score, and other metrics. A good way to value a goal is to evaluate how often the visitors who reach the goal become customers. If, for example, your sales team can close 10% of people who request to be contacted, and your average transaction is $500, you might assign $50 (i.e. 10% of $500) to your "Contact Me" goal. In contrast, if only 1% of mailing list signups result in a sale, you might only assign $5 to your "email sign-up" goal.

To set up your goals, **Enter Goal Information:**

1. Log in to your Google Analytics account and click **Analytics Settings**.
2. Find the profile for which you will be creating goals, and click **Edit**.
3. Select one of the 4 goal slots available for that profile and click **Edit**.
4. Enter the **Goal URL**. Reaching this page marks a successful conversion. For example, a registration confirmation page, a checkout complete page, or a thank you page.
5. Enter the **Goal name** as it should appear in your Google Analytics account.
6. Turn the goal **On** or **Off**. This selection decides whether Google Analytics should track this conversion goal at this time. Generally, you will want to set the **Active Goal** selection to **On**.

Then, **Define a funnel** by following these steps:

1. Enter the **URL** of the first page of your conversion funnel. This page should be a page that is common to all users working their way towards your Goal. For example, if you are tracking user flow through your checkout pages, do not include a product page as a step in your funnel.
2. Enter a **Name** for this step.
3. If this step is a **Required step** in the conversion process, select the checkbox to the right of the step. If this checkbox is selected, users reaching your goal page without travelling through this funnel page will **not** be counted as conversions.
4. Continue entering goal steps until your funnel has been completely defined. You may enter up to 10 steps, or as few as a single step.

Finally, configure **Additional settings** by following the steps below:

1. If the URLs entered above are **Case sensitive**, select the checkbox.

2. Enter a **Goal value**. This is the value used in Google Analytics' ROI calculations, and can be either a set value for the page, or a dynam pulled from your e-commerce receipt page. If the former, enter the amount in the field; if the latter, leave this field blank and refer to How track e-commerce transactions?

3. Click **Save Changes** to create this Goal and funnel, or **Cancel** to exit without saving.

---

How do I use actual e-commerce values as my goal value?

---

Once you have set up e-commerce tracking on your web pages, it's easy to use the transaction values as conversion goal values in your repor allows for extremely detailed ROI information when paired with AdWords or imported cost information. If you haven't yet set up e-commerce tra please read How do I track e-commerce transactions?

Once you've set up tracking on your pages, you'll need to set up a conversion goal and, optionally, a funnel that leads to the goal. Instructions available from How do I set up goals? Make sure to leave the **Goal Value** field blank, so that Google Analytics knows to look for your e-comme information as the goal value.

---

How do I set up goals and funnels for dynamically generated pages?

---

**Dynamic URLs**

If your URLs include query terms or other parameters, you may wish to make use of the matching options when entering funnel or conversion URLs. There are three matches available to you. They are explained below.

- **Exact match**: this option requires that the URLs entered as your funnel or conversion goal match *exactly* - there can be no dynamic se identifiers, for example.

- **Head Match**: if your URL is always the same for this step of your funnel, but is followed by unique session or user identifiers, use the **H Match** filter and leave out the unique values. For example, if the URL for a particular user is *www.example.com/checkout.cgi? page=1&id=9982251615* but the id varies for every other user, enter `www.example.com/checkout.cgi?page=1` and select **Head N your **Match Type**.

- **Regular expression**: uses regular expressions to match your URLs. This is useful when the stem, trailing parameters, or both can vary users. For example, if a user could be coming from one of many subdomains, and your URLs use session identifiers, use regular expre define the constant element of your URL. For example, `page=1` will match *sports.example.com/checkout.cgi?page=1&id=002* **as well** *fishing.example.com/checkout.cgi?page=1&language=fr&id=119*

**Identical URLs across multiple steps**

You may also wish to track visitors' progress through a funnel which has the same URL for each step. For example, your sign up funnel might this:

- **Step 1 (Sign Up):** www.mysite.com/sign_up.cgi
- **Step 2 (Accept Agreement):** www.mysite.com/sign_up.cgi
- **Step 3 (Finish):** www.mysite.com/sign_up.cgi

To get around this, you can call the urchinTracker Javascript function within each step (probably within an onload event), as follows:

```
urchinTracker("/funnel_G1/step1.html")
urchinTracker("/funnel_G1/step2.html")
urchinTracker("/funnel_G1/step3.html")
```

Then, set up each step of your funnel to be:

```
http://www.mysite.com/funnel_G1/step1.html
http://www.mysite.com/funnel_G1/step2.html
http://www.mysite.com/funnel_G1/step3.html
```

Note that the path/filename argument to urchinTracker need not represent an existing path or filename. The argument to urchinTracker simply made-up pagename to which Google Analytics can attach pageviews.

**Important:** *if your pages include a call to urchinTracker(), utmLinker(), utmSetTrans(), or utmLinkPost(), your Analytics tracking code must be your HTML code above any of these calls. In these cases the tracking code can be placed anywhere between the opening <body> tag and the JavaScript call.*

Why isn't Google Analytics tracking my goals?

There are a number of reasons why goals may not appear to be being tracked in your Google Analytics reports. Below is a list of the most com issues.

- *You are using an exact match for a goal*
  If you are using an exact match for a goal (i.e. http://domain.com/page.html), any trailing spaces will cause the goal to be invalid. If you partial matching (i.e. ^/page.html), trailing spaces are not an issue.

  When setting your goals, it's ideal to only include the stem of the URL as your goal. For example, if your goal is **www.domain.com/1/thanks.html**, enter `/1/thanks\.html` as your goal.

  > Tip: when you're entering a URL stem, Analytics treats it as a regular expression. You'll need to escape periods with a backslash (\).

- *The goal page is not tagged with tracking code*
  If the goal page is not tagged with tracking code, Google Analytics will not track this page and as a result will not report goals. You shou make sure that you've installed the correct tracking code on your pages - the code is specific to a profile. To find the correct tracking co

profile, click the **Edit** link next to the applicable profile on the **Analytics Settings** page, then select **Check Status** at the top-right of the

- *Your goal page is a download (ex. PDF).*
  Google Analytics will not track downloads as goals directly. Instead, you'll need to use the urchinTracker function for the download link.
  instructions on doing so, please read <u>How do I track files (such as PDF, AVI, or WMV) that are downloaded from my site?</u>

The URLs for each step in my Defined Funnel Path are identical. How can I track each step as if it were a unique URL?

You may wish to track visitors' progress through a funnel which has the same URL for each step. For example, your sign up funnel might look l

- Step 1 (Sign Up) - www.mysite.com/sign_up.cgi
- Step 2 (Accept Agreement) - www.mysite.com/sign_up.cgi
- Step 3 (Finish) - www.mysite.com/sign_up.cgi

To get around this, you can call the urchinTracker Javascript function within each step (probably within an onload event), as follows:

```
urchinTracker("/funnel_G1/step1.html")
urchinTracker("/funnel_G1/step2.html")
urchinTracker("/funnel_G1/step3.html")
```

Then, set up each step of your funnel to be:

```
http://www.mysite.com/funnel_G1/step1.html
http://www.mysite.com/funnel_G1/step2.html
http://www.mysite.com/funnel_G1/step3.html
```

Note that the path/filename argument to urchinTracker() need not represent an existing path or filename. The argument to urchinTracker simpl
a made-up pagename to which Google Analytics can attach pageviews.

**Important**: *if your pages include a call to urchinTracker(), utmLinker(), utmSetTrans(), or utmLinkPost(), your Analytics tracking code must be*
*your HTML code above any of these calls. In these cases the tracking code can be placed anywhere between the opening <body> tag and the*
*JavaScript call.*

How do I set up goals and funnels for Flash pages?

You can track any browser based event, including Flash events, on your website. By using the urchinTracker JavaScript function, you can
page filename to any Flash action, and enter that filename into the appropriate goal or funnel step.

To track an event, call the `urchinTracker()` JavaScript function with an argument specifying a name for the event. For example, calling:

```
javascript:urchinTracker('/purchase_funnel/page1.html');
```

will cause each occurrence of the the calling Flash event to be logged as though it were a pageview under the name **/purchase_funnel/page1**. The argument must begin with a forward slash.

The event names may be organized into any directory style structure you wish. The path/filename argument to urchinTracker need not represent actual URL on your website.

**Important**: *if your pages include a call to urchinTracker(), utmLinker(), utmSetTrans(), or utmLinkPost(), your Analytics tracking code must be p your HTML code above any of these calls. In these cases the tracking code can be placed anywhere between the opening <body> tag and the JavaScript call.*

Flash Code Examples

```
on (release) {
// Track with no action
getURL("javascript:urchinTracker('/folder/file.html');");
}


on (release) {
//Track with action
getURL("javascript:urchinTracker('/folder/file.html');");
_root.gotoAndPlay(3);
myVar = "Flash Track Test"
}


onClipEvent (enterFrame) {
getURL("javascript:urchinTracker('/folder/file.html');");
}
```

Monitoring Performance : Google Analytics : Contact Form Topics (Hidden) : Tracking something : **Fla downloads, and Javascript events**

How do I track clicks on outbound links?

Google Analytics provides an easy way to track clicks on links that lead away from your site. Because these links do not lead to a page on your containing the UTM JavaScript, you will need to tag the link itself with the `urchinTracker` JavaScript. This piece of JavaScript assigns a pag any click on a link - the pageview is attributed to the filename you specify.

For example, to log every click on a particular link to **www.example.com** as a pageview for "**/outgoing/example_com**" you would add the foll attribute to the link's **<a>** tag:

```
<a href="http://www.example.com" onClick="javascript:urchinTracker('/outgoing/example_com');">
```

It is a good idea to log all of your outbound links into a logical directory structure as shown in the example. This way, you will be able to easily i what pages visitors clicked on to leave your site.

**Important**: *if your pages include a call to urchinTracker(), utmLinker(), utmSetTrans(), or utmLinkPost(), your Analytics tracking code must be your HTML code above any of these calls. In these cases the tracking code can be placed anywhere between the opening <body> tag and the JavaScript call.*

---

How do I track files (such as PDF, AVI, or WMV) that are downloaded from my site?

Google Analytics provides an easy way to track clicks on links that lead to file downloads. Because these links do not lead to a page on your si containing the tracking code, you'll need to tag the link itself with the urchinTracker JavaScript if you would like to track these downloads. T of JavaScript assigns a pageview to any click on a link - the pageview is attributed to the filename you specify.

For example, to log every click on a particular link to *www.example.com/files/map.pdf* as a pageview for **/downloads/map** you would add the f attribute to the link's <a> tag:

```
<a href="http://www.example.com/files/map.pdf" onClick="javascript:urchinTracker ('/downloads/map');
">
```

**Important**: *if your pages include a call to urchinTracker(), utmLinker(), utmSetTrans(), or utmLinkPost(), your Analytics tracking code must be your HTML code above any of these calls. In these cases the tracking code can be placed anywhere between the opening <body> tag and the JavaScript call.*

---

How do I track Flash events?

Google Analytics lets you track any browser based event, including Flash and JavaScript events. To track an event, call the urchinTracker JavaScript function with an argument specifying a name for the event. For example, calling:

```
javascript:urchinTracker('/homepage/flashbuttons/button1');
```

will cause each occurrence of that Flash event to be logged as though it were a pageview of **/homepage/flashbuttons/button1**. The argumen begin with a forward slash. The event names may be organized into any directory style structure you wish, and actual pages with these filenam not exist.

For example, if you wish to organize flash events by page, by type of event, you might organize a hierarchy along these lines:

```
/homepage/flashbuttons/button1
/homepage/clips/clip1
```

**Important**: *if your pages include a call to urchinTracker(), utmLinker(), utmSetTrans(), or utmLinkPost(), your Analytics tracking code must be p your HTML code above any of these calls. In these cases the tracking code can be placed anywhere between the opening <body> tag and the JavaScript call.*

Flash Code Examples

```
on (release) {
// Track with no action
getURL("javascript:urchinTracker('/folder/file');");
}

on (release) {
//Track with action
getURL("javascript:urchinTracker('/folder/file');");
_root.gotoAndPlay(3);
myVar = "Flash Track Test"
}

onClipEvent (enterFrame) {
getURL("javascript:urchinTracker('/folder/file');");
}
```

How do I track JavaScript events?

To track an event, use the **urchinTracker** JavaScript function to specify a name for the event. For example, calling:

```
javascript:urchinTracker('/homepage/link1');
```

will cause each occurrence of the the calling event to be logged as though it were a pageview for the URL */homepage/link1*. The argument mus with a forward slash. The event names may be organized into any directory style structure you wish.

For example, if you wish to organize events by page > type of event, you might organize a hierarchy along these lines:

- '/homepage/links/link1'
- '/homepage/radiobuttons/button1'
- '/contactform/rollovers/image1'

**Important**: *if your pages include a call to urchinTracker(), utmLinker(), utmSetTrans(), or utmLinkPost(), your Analytics tracking code must be p*

*your HTML code above any of these calls. In these cases the tracking code can be placed anywhere between the opening `<body>` tag and the JavaScript call.*

HTML Code Examples

The following illustrates how to log an onClick event:

```
<a href="javascript:void(0);" onClick="javascript:urchinTracker('/folder/file');">
```

Or, to log a rollover event:

```
<a href="javascript:void(0);" onMouseOver="javascript:urchinTracker('/folder/file');">
```

How do I track AJAX applications?

With a typical HTML page, you can use the URL to differentiate between multiple pageviews. But in an AJAX application, a request to the serve without changing the URL of the page, making it difficult to track.

By calling Analytics' urchinTracker function, however, you can assign a page filename to any AJAX event. Typically, this is done as part of the `onreadystatechange` function, after the data has been returned and all updates to the page have been made. The example below shows on doing this:

```
        ...

                http_request.onreadystatechange = sendAlert;
                http_request.open('GET', url, true);
                http_request.send(null);

        }

        function sendAlert() {

            if (http_request.readyState == 4) {
                if (http_request.status == 200) {
                    alert(http_request.responseText);
                    urchinTracker("/pagefilename1" );
                } else {
                    alert('Error.');

        ...
```

The urchinTracker variable (`/pagefilename1` in the example above) can be any value, which will be displayed as a page filename in your An

reports.

**Important:** *if your pages include a call to urchinTracker(), utmLinker(), utmSetTrans(), or utmLinkPost(), your Analytics tracking code must be p your HTML code above any of these calls. In these cases the tracking code can be placed anywhere between the opening <body> tag and the JavaScript call.*

Monitoring Performance : Google Analytics : Contact Form Topics (Hidden) : Tracking something : **Do and directories**

How do I track unique areas within my website separately?

If there are certain subdirectories of your website that you would like to track, you can create a filter to only report on traffic to that directory:

1. Click **Filter Manager**
2. From the Existing Filters list, click **Add**
3. Enter a unique **Filter Name**
4. From the **Filter Type** drop-down list, select **Include only traffic from a subdirectory**
5. In the **Subdirectory** field, replace `mydir` with the subdirectory you would like to track, leaving the `^/` and `/` in place. For example, if yo like to report on **www.example.com/motorcycles**, enter:

   `^/motorcycles/`

6. Select the *Available Website Profile* to which to apply this filter and click **Add**
7. Click **Finish** to create and apply this filter, or **Cancel** to exit without saving

Monitoring Performance : Google Analytics : Contact Form Topics (Hidden) : Tracking something :
**Something else**

How do I track a new website?

**Note:** *Google Analytics has experienced extremely strong demand, and as a result, we have temporarily limited the number of new signups as increase capacity. In the meantime, please submit your name and email address at http://www.google.com/analytics/sign_up.html and we will as soon as we are ready to add new accounts. Thank you for your patience.*

There are two simple steps required to start tracking a new website: the creation of a new website profile, and the addition of Analytics tracking all of the pages you wish to track.

**Create a new profile**

1. From the **Analytics Settings** page, click **Add Website Profile**
2. Select Add a Profile for a new domain
3. Enter the URL of the site you will be tracking, making sure to select either **http://** (most common) or **https://** (secure site) from the drop·
4. Click **Finish**. The Tracking Status page appears, containing the tracking code necessary for the next steps

### Add the tracking code to your pages

The code contained in the text box on the **Tracking Status** page must be copied and pasted into all of the web pages you will be tracking. It sh
added immediately before the `</body>` tag, and can be added by hand or through the use of templates or includes, if available.

-----

> **Tip**: Google Analytics tracking code is unique for each account and each profile within that account. To find your personalized tracking code at any time:
>
> 1. From the **Analytics Settings** page, find the profile for which you need tracking code in the **Website Profiles** table
> 2. Click **Edit** in that profile's **Settings** column. The **Profile Settings** page appears
> 3. Click **Check Status** at the top-right of the table

---

Why does Google Analytics report different values than some other web analytics solutions?

---

Different web analytics products may use a variety of methods to track visits to your website. Therefore, it is normal to see discrepancies betwe
reports created by various products. However, we generally believe that the best way to think of metrics across different web analytics progran
think in terms of trends, as opposed to numbers by themselves.

One example is to compare related metrics, such as pageviews (eg. 15% of traffic went to page x). In addition, the comparison of data over tim
be valuable - information such as "conversions increased by 20% over the past 3 months," or "our site gained 10% more pageviews in the mor
March." In most cases, you'll notice that different analytics solutions, though different in numbers, will generally depict the same trends.

While we're not able to provide side-by-side comparisons of Google Analytics with other web tracking solutions, the following list points out son
main reasons your actual numbers may differ:

- **Terminology**: The terminology used in one program may not mean the same thing or may not be measured the same way as in anothe
  program. Pageviews are generally similar between vendors; however, it's much more difficult to define a visit or a visitor. In Analytics, if
  comes to your site twice within thirty minutes without closing their browser, they'll register as one visit. Other web analytics solutions ma
  this behavior as two visits, depending on their definitions.
- **Tracking methods**: There are two main methods of tracking activity: cookie-based and IP + User Agent.
  - *Cookie-based* tracking relies on a browser setting the cookie. If cookies are disabled, cookie-based analytics programs (such as

Analytics) will not count the visit. This would exclude, for example, hits from a robot or spider.

- *IP + User Agent* tracking typically uses log file analysis for its data. This may report higher numbers than reported by cookie-based tracking because of dynamically assigned IP addresses and spider and robot visits.

- **1st party vs. 3rd party cookies**: Even among cookie-based tracking solutions, there's a difference between 1st party and 3rd party cookies. Because 3rd party cookies are set by a source other than the website being visited, they're often blocked by browsers and security software. Google Analytics uses 1st party cookies.

- **3rd party images**: Some browsers give users the option to disable images that are requested from domains other than the current page. Disabling such images will prevent data from being sent to Google Analytics.

- **Filters/settings**: Many web analytics solutions provide data filters. Differences in the way that filters are applied, or creating different filtering altogether, can drastically affect the data in your reports

- **Timezone differences**: If your web analytics solutions group data using different timezones, your daily or hourly data will be affected.

- **Visitor browser preferences**: Visitors must have JavaScript, images, and cookies enabled in their browsers in order for Analytics to report their visit. Depending on their method of collecting data, other analytics solutions may still register these visitors.

- **Caching**: Google Analytics directly calls Google's servers each time a page is visited, even if the page has been cached. Other analytics solutions may not record an additional visit if the page is pulled from a user's or server's cache.

Monitoring Performance : Google Analytics : Contact Form Topics (Hidden) : My report data : **Why my report data looks wrong**

---
Why are "/" and "/index.html" tracked separately in my reports, even though they're the same page?
---

Even though **www.example.com/** may be the same page as **www.example.com/index.html**, they show up as two separate entries in your logs. You can tell Google Analytics to treat them as the same page by defining the **Default page** for your profile:

1. Click the **Analytics Settings** link

2. In the **Website Profiles** list, find the profile to modify and click **Edit**

3. Click the **Edit** button next to **Main Website Profile Information**

4. In the **Default page** text box, enter the default (or index) page for this domain. This is the page that loads when a visitor enters only the domain of your site into their address bar. For example, if **www.example.com** loads your **index.html** web page, enter `/index.html` in this text box

5. Click **Save Changes** to update your default page, or **Cancel** to exit without saving

---

I'm using Urchin 5 with the IP+UserAgent tracking method, and now I'm trying Google Analytics. Why am I noticing lower pageview statistics?

Customers using Google Analytics may notice a difference in the session and pageview counts after upgrading from Urchin 5 to Google Analyt this may be attributable to a normal side effect of adopting a new technology, incorrect configuration is the most likely culprit. The most commo for the discrepancies in statistics are outlined below.

**Common Configuration Problems**

1. The `_udn` variable setting is being used in the tracking code, but has not been correctly set. This will result in no sessions or pageviews beir recorded.

2. Some pages on the website are missing the tracking code. This will be obvious if the Google Analytics *Top Content* report is compared with *Requested Pages* report from Urchin 5. The Google Analytics report will only list pages that have the script tag, whereas Urchin 5 will list all re files that it deems to be pages. For more information, please read How do I add tracking code to my website?

**Differences in Tracking Technology**

1. A pageview is only recorded for Google Analytics when the JavaScript on Google's servers is executed. Spiders and bots are not able to exe file. Therefore, while Urchin 5's pageview totals using the IP+UserAgent method include spider and bot traffic, Google Analytics' pageview tota the tracking code method do not. The resulting effect on pageview counts can be significant.

2. Visitors to your site who do not have JavaScript enabled will not register pageviews in Google Analytics, but will in Urchin 5 under the IP+Us tracking method.

3. Google Analytics only records pageview requests with a status code of 200. The Urchin 5 software using the IP+UserAgent tracking method pageviews for all requests that result in a status code of 2xx, 302, or 304.

Why do AdWords and Analytics show different figures in my reports?

There are a number of reasons why AdWords and Analytics may report different numbers in terms of clicks and referrals:

- **Different terminology**: Make sure that you're comparing equivalent items. Google AdWords tracks *clicks*, while Google Analytics track a user clicks on your ad twice within thirty minutes without closing his or her browser, this will be registered by Analytics as one visit to even if the user left your site and then returned shortly after. For example, if a user clicks on your ad once, clicks the 'back' button, and clicks your ad again, AdWords will register two clicks while Analytics will register one visit.
- **AdWords filtering**: AdWords automatically filters certain clicks from your reports, while Analytics will report on the resulting visits to you website. The clicks we filter from your AdWords reports are the occasional instances of someone clicking repeatedly on your ad in orde increase your costs or to increase your clickthrough rate. AdWords considers these clicks to be invalid and will automatically filter them your AdWords reports. You are not charged for these potentially invalid clicks.
- **URLs not tagged**: If auto-tagging is turned off and the Destination URLs do not contain manually tagged campaign tracking variables, will not be marked as Google CPC, but instead may be attributed to Google Organic. Please ensure that your AdWords account either auto-tagging turned on or (2) has campaign tracking variables appended to the end of every destination URL.

- **Landing page tracking code**: If the landing page for your ads is not being tracked, your campaign information will not be passed to An Please ensure that you are tracking all landing pages for your AdWords ads.

- **Visitor browser preferences**: Visitors entering through AdWords may have JavaScript, cookies, or images turned off. If this is the case Analytics won't be able to report these visitors, but they will be reported through AdWords. In order for Google Analytics to record a visit visitor must have JavaScript, images, and cookies enabled for your website.

- **Unable to load code**: Clicks reported on Google AdWords but not on Google Analytics may be the result of obstruction between the G AdWords click event and the ability to load the tracking code on the landing page. If this is the case, ensure that your web hosting serve functioning properly, the page is loading for all possible users and IPs, and the tracking code is installed correctly on your web pages.

- **Redirects in landing pages** can often obstruct the Google Analytics code from launching and properly identifying the visit as coming fr paid search campaign. For example, if your ad leads to `http://www.mydomain.com/index.html`, but you've created a 301, 302, c JavaScript redirect from that URL to `http://www.mydomain.com/page2.html`, the campaign information that was originally appen the landing page will be lost upon redirection.

Monitoring Performance : Google Analytics : Contact Form Topics (Hidden) : My report data : **How to r changes to my report data**

How can I exclude my internal traffic from my reports?

If you'd like to exclude internal traffic from your reports (such as traffic from your home or company intranet), you can set up a filter in your prof specific IP address or addresses to disregard. To do so:

1. Click **Filter Manager** from the Analytics Settings page

2. Enter a **Filter Name** for this filter

3. From the **Filter Type** drop-down list, select **Exclude all traffic from an IP address**

4. The **IP address** field will auto-populate with an example IP address. Enter the correct value. Remember to use regular expressions wh entering any IP address. For example, if the IP address to filter is:

   192.168.1.1

   then the **IP address** value will be:

   `192\.168\.1\.1`

   You may also enter a range of IP addresses. For example:

   **Range**: 192.168.1.1-25 and 10.0.0.1-14
   **IP address value** : `^192\.168\.1\.([1-9]|1[0-9]|2[0-5])$|^10\.0\.0\.([1-9]|1[0-4])$`

5. Select the profiles to which this filter should be applied in the **Available Website Profiles** box

6. Click **Add** to move the selected profiles into the **Selected Website Profiles** list

7. Click **Finish** to save this filter, or **Cancel** to return to the previous page

---

How do I create a custom filter?

---

Google Analytics provides a number of custom filter options that make it easy to manipulate your data to match your reporting needs. Each typ custom filter has its own settings and features. We've provided in-depth instructions for each type of filter in the articles listed below:

- Include and Exclude filters
- Search & Replace filters
- Advanced filters

---

By default, visitor sessions timeout after 30 minutes of inactivity. How can I change this setting?

---

You can change the length of time that Google Analytics waits before timing out a visitor by adding a line to your tracking code. The session tim value is defined by the _utimeout variable -by default, this value is set to 1800 seconds (30 minutes). Changing it to "3600" , for example, wo change the timeout to 1 hour:

```
<script src="http://www.google-analytics.com/urchin.js" type="text/javascript">
</script>
<script type="text/javascript">
  _uacct = "UA-xxxx-x";
  _utimeout="3600";
  urchinTracker();

</script>
```

## Monitoring Performance : Google Analytics : Contact Form Topics (Hidden) : My report data : **How I ca my _____ report (eg., site overlay)**

---

Why is my Site Overlay report not working?

---

The Site Overlay report uses cURL to request a web page, and displays clicks on standard links that are embedded on that page. Its functional currently limited to static pages with unique links to content located elsewhere on the website.

The site overlay report is not currently able to work with the following types of content:

- Javascript links

- Virtual pageviews created with urchinTracker
- URL redirects
- URL rewrite filters
- Links to subdomain pages
- Frames

In the above cases, it is common to see missing overlay bars, or bars with zero content. If there are multiple links on a page that all point to the place, Google Analytics will total the clicks on all those links and display the total number for each overlay bar on each of those common links.

Some additional reasons for incomplete or missing Site Overlay reports include:

| | |
|---|---|
| **Default Page setting** | The Site Overlay report may not populate properly if your Default Page setting is incorrect. Make sure to include only the filename in this field (index.html, index.asp, etc) rather than the full URL. |
| **Website URL setting** | If the Website URL value in your Profile Settings page ends in a '/', the default page will be appended to each URL. Please ensure that your website URL setting includes the main domain of your site with no extra characters. |
| **URL rewrites** | If you're using filters to rewrite any part of your URLs, the HTML links on your pages will not match the modified data in your All Navigation report. In this case, the Site Overlay report will not be able to properly associate the data with the appropriate link in the HTML. |
| **Session IDs** | Sites that dynamically add session IDs to URLs may prevent the Site Overlay from working. Each pageview will appear as a unique URL in your All Navigation report, and the data in the Site Overlay will be too granular to be useful. To solve this problem, use the Exclude URL Query Parameters feature of your Profile Settings page to remove the session ID from the URLs. |
| **Spaces in the URL** | Spaces in URLs will be converted to %20 by your browser, and will be reported to Analytics as such. Because the reported URL contains %20, and the HTML source contains spaces, the two will not match and the Site Overlay report will not be able to correlate these clicks. We recommend that you replace the spaces in your links with an underscore. |
| **Supported browsers** | Data will not be reported in the Site Overlay report for sites that only work with Internet Explorer. |
| **Image maps** | Because the links in an image map appear as attributes of the image rather than attributes of the anchor tag, these links will not be recognized by the Site Overlay report. |
| **Character Encoding** | We do not support characters from character sets other than UTF-8. If you have other character sets on your site, you may see garbage characters (usually empty boxes or question marks instead of the actual characters) in the report. |

Monitoring Performance : Google Analytics : Contact Form Topics (Hidden) : My report data : **Something about my report data**

How do I restrict a user's access to certain domains or reports?

Google Analytics' **Access Manager** screen allows you to add new users to your account, so that they may view reports. Their access to particular reports and/or domains is configured through a combination of profile access and Report Dashboards and Categories.

The first step is to add a user to your Google Analytics account - instructions are available from How do I grant other users access to my Analytics reports?.

**Profile Access** When adding or editing a user, the **Allow access to** section allows you to grant permission to that user to any or all of the exis profiles. *Available Website Profiles* are listed on the left - select one or more and click **Add** to move those profiles to the *Selected Website Prof* Click **Finish** to save these changes. Using these settings, you can ensure that each user has access to reports only for those profiles which ar appropriate.

**Report Dashboards and Categories** If you would like a user to have access to a certain subset of reports only, you can set the available repo profile level. For example, if ProfileA shows all reports for domain www.example.com, but you'd like user JohnDoe to view only the marketing r www.example.com:

1.  Create a new profile (ProfileB) with the same settings as ProfileA
2.  From the Analytics Settings page, click edit to update ProfileB's settings
3.  In the **Main Website Profile Information** section, click **edit**
4.  Select reports for JohnDoe from the **Available reports** section and click **Save Changes**
5.  Click the **Access Manager** link
6.  Click in JohnDoe's row
7.  Select ProfileB from the *Available Website Profiles* list and click **Add** to move it to the *Selected...* list
8.  Click **Save Changes**

---

Can I upload existing log or reporting data into my Google Analytics account?

---

It is not possible to import external historical log or reporting data into Google Analytics at this time.

Of course, all of the data from your Urchin On Demand account will continue to be available in your Google Analytics account. There will be no interruption in your reporting.

---

Is there a Google Analytics API?

---

Urchin does not currently provide an API to access the reporting data. However, we do offer export functionality for single reports in the followir formats:

-   Tab separated (Text)
-   XML
-   Excel (CSV)

This feature allows you to easily import report data into your favorite spreadsheet application or to process the data otherwise.

Monitoring Performance : Google Analytics : Contact Form Topics (Hidden) : A product feature : **Conv**

## Goals and Funnels

Can I set up more than 4 goals per profile?

Google Analytics supports up to 4 goals per profile, each with a defined <u>funnel</u> and drawing *value* information as a set amount, or dynamically f e-commerce pages. If your site requires more than 4 goals, you may wish to configure another profile for that site.

What is a funnel?

A 'funnel' is a series of pages through which a visitor must pass before reaching the conversion goal. The name comes from a graph of visitors reach each page - the first page counts the most visitors, and each successive page shows less visitors as they drop off before reaching the fir

The purpose of tracking these pages is to see how efficiently your pages direct visitors to your goal. If any of the funnel pages are overly compl not designed to be user-friendly, then you will see significant drop off and lower conversion rates. You can track drop-off rates on pages leadin using the *Defined Funnel Abandonment* report in the *Content Optimization* section.

How do I use funnels to track dropoff rates on pages leading to a goal?

A funnel is a defined navigation path you want your visitors to follow in order to achieve a goal. Using funnels can help you to understand how visitors navigate to your goal and how you can improve your site in order to increase goal conversions. The last step in a funnel will be your go

For information on creating goals and funnels, please read How do I set up goals?.

For example, if you have an application on your site, each step in the application process can be steps in your funnel, with the "Thank you for s page as your goal.

You can track drop-off rates on pages leading to a goal using the *Defined Funnel Abandonment* report in the *Content Optimization* section. Thi will show you what percentage of visitors who begin a defined funnel path abandon it. Going back to the application example, this report can he identify where in the application process visitors are most often dropping out, so that you may work to improve retention through this section of application.

## Monitoring Performance : Google Analytics : Contact Form Topics (Hidden) : A product feature : **Filter Manager**

What is a filter?

Filters are applied to the information coming into your account, to manipulate the final data in order to provide accurate reports. These filters ca up to exclude visits from particular IP addresses, to report only on a subdomain or directory, or to take dynamic page URLs and convert them i readable text strings.

Google Analytics provides you with three predefined filter types, as well as a number of customer options.

**Predefined filters:**

- **Exclude all traffic from a domain**: use this filter to exclude traffic from a specific domain, such as an ISP or company network.
- **Exclude all traffic from an IP address**: this filter works to exclude clicks from certain sources. You can enter a single IP address, or a addresses
- **Include only traffic to a subdirectory**: use this filter if you want a profile to report only on a particular subdirectory (such as www.example.com/motorcycles)

**Custom filters:**

- **Exclude Pattern**: This type of filter excludes log file lines (hits) that match the Filter Pattern. Matching lines are ignored in their entirety; example, a filter that excludes Netscape will also exclude all other information in that log line, such as visitor, path, referral, and domain information.
- **Include Pattern**: This type of filter includes log file lines (hits) that match the Filter Pattern. All non-matching hits will be ignored and any non-matching hits is unavailable to the Urchin reports.
- **Search & Replace**: This is a simple filter that can be used to search for a pattern within a field and replace the found pattern with an alt form.
- **Lookup Table**: (*Currently unavailable*) Selecting this filter allows you to select a lookup table name which may be used to map codes to intelligible labels. For example, the phone models table maps abbreviated phone platform identifiers to the model and manufacturer nan phone based web browsers.
- **Advanced**: This type of filter allows you to build a field from one or two other fields. The filtering engine will apply the expressions in the Extract fields to the specified fields and then construct a field using the Constructor expression. Read the Advanced Filters article for me information.
- **Uppercase / Lowercase**: Converts the contents of the field into all uppercase or all lowercase characters. These filters only affect lette will not affect characters or numbers.

Custom filters are applied in the order in which they appear in your **Profile Settings** page. Use the **Assign Filter Order** link to rearrange the o your filters.

For step-by-step instructions on creating filters, please refer to How do I create a filter?

**What are regular expressions?**

Posix regular expressions are used to match or capture portions of a field using wildcards and metacharacters. They are often used for text ma tasks. Most of the filters included in Google Analytics use these expressions to match the data and perform an action when a match is achieve instance, an **exclude** filter is designed to exclude the hit if the regular expression in the filter matches the data contained in the field specified b filter.