1 Lester L. Levy (Admitted Pro Hac Vice)
  Michele F. Raphael (Admitted Pro Hac Vice)
2 WOLF POPPER LLP
  845 Third Avenue
3 New York NY 10022
  Telephone: 212.759.4600
4 Facsimile: 212.486.2093
  e-mail: llevy@wolfpopper.com
5 e-mail: mraphael@wolfpopper.com

6 William M. Audet (SBN 117456)
  Jason Baker (SBN 212380)
7 ALEXANDER, HAWES & AUDET, LLP
  152 North Third Street, Suite 600
8 San Jose, CA 95112
  Telephone: 408.289.1776
9 Facsimile: 408.287.1776
  e-mail: waudet@alexanderlaw.com
10 e-mail: jbaker@alexanderlaw.com

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>GOOGLE, INC.,<br><br>　　　　　　　　Defendant. | CASE NO: C05-03649 JW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND ENJOINING IMPROPER BILLING PRACTICES**<br><br>Fed. R. Civ. P. 56<br><br>Date: November 6, 2006<br>Time: 9:00 a.m.<br>Dept.: 3<br>Judge: Honorable James W. Ware |

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
FOR PARTIAL SUMMARY JUDGMENT AND ENJOINING
IMPROPER BILLING PRACTICES
Case No: C05-03649 JW
Doc. 154627

Dockets.Justia.com

1   Plaintiffs' Motion for Partial Summary Judgment on liability as to their claims for
2   Defendant's violation of California Business and Professions Code § 17200 et seq.; violation of
3   California Business and Professions Code § 17500 et seq. and for unjust enrichment, brought
4   pursuant to Federal Rules of Civil Procedure 56, having come on for hearing, the Court having
5   considered all relevant documents and evidence and having considered the arguments of counsel,
6   and good cause appearing therefor:

7   IT IS HEREBY ORDERED that Plaintiffs' Motion for Partial Summary Judgment is
8   granted, this Court finding that Defendant violated California Business and Professions Code §§
9   17200 and 17500 and unjustly benefitted thereby.  As Defendant's improper practices are
10  continuing, Defendant is enjoined from advertising or promoting its AdWords program as
11  allowing an advertiser to set a daily budget and control its costs and then billing in excess of the
12  daily budget for days the ad is active.

14  Dated: _____, 2006
15
16                                                          _____
                                                            Honorable James W. Ware
17                                                          U.S.D.C., Northern District of California

18  Respectfully submitted:
19  **WOLF POPPER LLP**
20
21  By:____/s/_____
        Michele F. Raphael  (Admitted Pro Hac Vice)
22
    *Attorneys for Plaintiffs and the Proposed Class*
23

28
[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
FOR PARTIAL SUMMARY JUDGMENT AND ENJOINING
IMPROPER BILLING PRACTICES
Case No: C05-03649 JW
Doc. 154627                                     2