CLRB Hanson Industries, LLC et al v. Google Inc.
Case 5:05-cv-03649-JW   Document 83-3   Filed 09/29/2006   Page 1 of 4
Doc. 83 Att. 2

# EXHIBIT B

Google AdWords: Invoice Details                                                                 Page 1 of 1



problems@homeworksolver.net | Help | Contact Us | Sign Out
Customer ID: 855-164-5490

| Campaign Management | Reports | Analytics | My Account |

Billing Summary | Billing Preferences | Access | Account Preferences

Billing Summary > Invoice Details - Oct 2, 2005

## Invoice Details

Printable invoice

| Invoice Details | |
|---|---|
| Invoice date: | October 2, 2005 5:07:20 AM PDT |
| Invoice number: | 8096319070-26 |
| Invoice amount: | $43.25 |
| Tax assessed: | $0.00 |

**Account Adjustments and Fees:** Sep 1 - Sep 29

| Date and Time | Credits | Fees | Total |
|---|---|---|---|
| Total adjustments and fees | | | $0.00 |

**Advertising Costs Charged To This Invoice**
The table below shows costs that were charged to this invoice (if any). Some of the billable activity may have occurred in previous months, as the 'Date Range' column indicates.

If you see the same date range on more than one line, don't worry. Additional costs may be reported after we bill you for a given time period. When our system recognizes billable activity, it is added to your account reports for the appropriate date and you'll be charged for it on your next bill.

| Campaign | Date Range | Billable Activity | Amount of Activity | Budget | Amount | Total |
|---|---|---|---|---|---|---|
| Campaign #1 | Sep 1 - Sep 29 | Clicks | 400 | $10.00/day | $43.59 | |
| | Sep 1 - Sep 29 | Overdelivery credit [?] | | | $-0.34 | |
| | | Total advertising charges for Campaign #1 | | | | $43.25 |
| **Total advertising charges** | | | | | | **$43.25** |

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us



problems@homeworksolver.net | Help | Contact Us | Sign Out
Customer ID: 855-164-5490

| Campaign Management | Reports | Analytics | My Account |

Billing Summary | Billing Preferences | Access | Account Preferences

Billing Summary > Invoice Details - Jan 1, 2006

## Invoice Details

Printable invoice

| Invoice Details | |
|---|---|
| Invoice date: | January 1, 2006 11:14:11 AM PST |
| Invoice number: | 8096319070-29 |
| Invoice amount: | $21.28 |
| Tax assessed: | $0.00 |

**Account Adjustments and Fees:** Dec 7 - Jan 1

| | Date and Time | Credits | Fees | Total |
|---|---|---|---|---|
| Service Adjustment [?] | January 1, 2006 11:14:11 AM PST | $-0.10 | | |
| Total adjustments and fees | | | | $-0.10 |

**Advertising Costs Charged To This Invoice**

The table below shows costs that were charged to this invoice (if any). Some of the billable activity may have occurred in previous months, as the 'Date Range' column indicates.

If you see the same date range on more than one line, don't worry. Additional costs may be reported after we bill you for a given time period. When our system recognizes billable activity, it is added to your account reports for the appropriate date and you'll be charged for it on your next bill.

| Campaign | Date Range | Billable Activity | Amount of Activity | Budget | Amount | Total |
|---|---|---|---|---|---|---|
| Campaign #1 | Dec 7 - Dec 13 | Clicks | 168 | $10.00/day | $21.38 | |
| | Total advertising charges for Campaign #1 | | | | | $21.38 |
| Total advertising charges | | | | | | $21.38 |

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

| Date | Campaign | Type | Budget | Spend |
|---:|---|---|---:|---:|
| 6/23/2005 | Campaign #1 | Search Only | $10.00 | $0.00 |
| 7/7/2005 | Campaign #1 | Content Only | $10.00 | $2.03 |
| 7/7/2005 | Campaign #1 | Search Only | $10.00 | $1.22 |
| 7/11/2005 | Campaign #1 | Content Only | $10.00 | $0.75 |
| 7/11/2005 | Campaign #1 | Search Only | $10.00 | $1.10 |
| 7/25/2005 | Campaign #1 | Content Only | $10.00 | $2.30 |
| 7/25/2005 | Campaign #1 | Search Only | $10.00 | $1.77 |
| 8/4/2005 | Campaign #1 | Content Only | $10.00 | $0.47 |
| 8/4/2005 | Campaign #1 | Search Only | $10.00 | $0.13 |
| 8/8/2005 | Campaign #1 | Content Only | $10.00 | $7.53 |
| 8/8/2005 | Campaign #1 | Search Only | $10.00 | $3.96 |
| 8/10/2005 | Campaign #1 | Content Only | $10.00 | $5.45 |
| 8/10/2005 | Campaign #1 | Search Only | $10.00 | $1.39 |
| 8/17/2005 | Campaign #1 | Content Only | $10.00 | $2.06 |
| 8/17/2005 | Campaign #1 | Search Only | $10.00 | $0.80 |
| 9/1/2005 | Campaign #1 | Content Only | $10.00 | $7.97 |
| 9/1/2005 | Campaign #1 | Search Only | $10.00 | $1.08 |
| 9/13/2005 | Campaign #1 | Content Only | $10.00 | $7.62 |
| 9/13/2005 | Campaign #1 | Search Only | $10.00 | $3.35 |
| 9/21/2005 | Campaign #1 | Content Only | $10.00 | $8.27 |
| 9/21/2005 | Campaign #1 | Search Only | $10.00 | $2.96 |
| 9/29/2005 | Campaign #1 | Content Only | $10.00 | $12.01 |
| 9/29/2005 | Campaign #1 | Search Only | $10.00 | $0.33 |
| 10/13/2005 | Campaign #1 | Content Only | $10.00 | $8.82 |
| 10/13/2005 | Campaign #1 | Search Only | $10.00 | $1.56 |
| 10/25/2005 | Campaign #1 | Content Only | $10.00 | $3.88 |
| 10/25/2005 | Campaign #1 | Search Only | $10.00 | $0.93 |
| 11/8/2005 | Campaign #1 | Content Only | $10.00 | $11.25 |
| 11/8/2005 | Campaign #1 | Search Only | $10.00 | $0.54 |
| 11/18/2005 | Campaign #1 | Content Only | $10.00 | $5.31 |
| 11/18/2005 | Campaign #1 | Search Only | $10.00 | $0.55 |
| 12/7/2005 | Campaign #1 | Content Only | $10.00 | $11.24 |
| 12/7/2005 | Campaign #1 | Search Only | $10.00 | $0.26 |
| 12/13/2005 | Campaign #1 | Content Only | $10.00 | $9.88 |
| 12/13/2005 | Campaign #1 | Search Only | $10.00 | $0.00 |
| 2/1/2006 | Campaign #1 | Content Only | $10.00 | $7.21 |
| 2/1/2006 | Campaign #1 | Search Only | $10.00 | $1.25 |
| 2/3/2006 | Campaign #1 | Content Only | $10.00 | $4.36 |
| 2/3/2006 | Campaign #1 | Search Only | $10.00 | $1.03 |
| 2/13/2006 | Campaign #1 | Content Only | $10.00 | $9.11 |
| 2/13/2006 | Campaign #1 | Search Only | $10.00 | $1.59 |
| 2/23/2006 | Campaign #1 | Content Only | $10.00 | $9.73 |
| 2/23/2006 | Campaign #1 | Search Only | $10.00 | $0.42 |
| 2/28/2006 | Campaign #1 | Content Only | $10.00 | $2.35 |
| 2/28/2006 | Campaign #1 | Content Only | $15.00 | $9.45 |
| 2/28/2006 | Campaign #1 | Search Only | $10.00 | $0.18 |
| 2/28/2006 | Campaign #1 | Search Only | $15.00 | $0.39 |
| 3/6/2006 | Campaign #1 | Content Only | $25.00 | $17.95 |
| 3/6/2006 | Campaign #1 | Search Only | $25.00 | $4.75 |
| 3/22/2006 | Campaign #1 | Content Only | $25.00 | $7.72 |
| 3/22/2006 | Campaign #1 | Search Only | $25.00 | $1.14 |
| 3/31/2006 | Campaign #1 | Content Only | $25.00 | $1.44 |