1  DAVID T. BIDERMAN, Bar No. 101577
   JUDITH B. GITTERMAN, Bar No. 115661
2  M. CHRISTOPHER JHANG, Bar No. 211463
   **PERKINS COIE LLP**
3  Four Embarcadero Center, Suite 2400
   San Francisco, CA  94111-4131
4  Telephone:  (415) 344-7000
   Facsimile:  (415) 344-7050
5  Email: DBiderman@perkinscoie.com
   Email: JGitterman@perkinscoie.com
6  Email: CJhang@perkinscoie.com

7  Attorneys for Defendant Google Inc.

8

9              **UNITED STATES DISTRICT COURT**

10    **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

11

12  CLRB HANSON INDUSTRIES, LLC d/b/a        CASE NO.  C O5-03649 JW
    INDUSTRIAL PRINTING, and HOWARD
13  STERN, on behalf of themselves and all others   **[PROPOSED] ORDER GRANTING**
    similarly situated,                      **GOOGLE INC.'S MOTION FOR**
14                                           **SUMMARY JUDGMENT, OR IN THE**
                        Plaintiffs,          **ALTERNATIVE, FOR SUMMARY**
15                                           **ADJUDICATION**

16          v.                               Fed. R. Civ. P. 56

    GOOGLE, INC.,
17                                           Date:      November 6, 2006
                        Defendant.           Time:      9:00 a.m.
18                                           Place:     Courtroom 8
                                             Judge:     Honorable James Ware
19

20

21

22

23

24

25

26

27

28
   [PROPOSED] ORDER GRANTING DEFENDANT GOOGLE
   INC.'S MOTION FOR SUMMARY JUDGMENT, OR IN THE
   ALTERNATIVE, FOR SUMMARY ADJUDICATION
   CASE NO. 05-03649                                      [41063-0023/BY062750.058]

Defendant Google Inc.'s Motion for Summary Judgment, or in the Alternative, for Summary Adjudication, brought pursuant to Federal Rule of Civil Procedure 56(c), having come on for hearing, the Court having considered all relevant documents and evidence and having considered the arguments of counsel, and good cause appearing therefor:

IT IS HEREBY ORDERED that defendant Google Inc.'s Motion for Summary Judgment, or in the Alternative, for Summary Adjudication is granted and that judgment is entered in favor of defendant Google Inc. and against plaintiffs CLRB Hanson Industries, LLC, d/b/a Industrial Printing, and Howard Stern ("Plaintiffs") on Plaintiffs' claims for breach of contract, breach of implied covenant of good faith and fair dealing, unfair competition, untrue and misleading advertising, and unjust enrichment, pursuant to Federal Rules of Civil Procedure 56(c).

IN THE ALTERNATIVE, the Court hereby adjudicates the following issues of fact and law: (1) that defendant Google Inc. is entitled, under its advertising Agreement, to exceed an advertiser's daily budget by up to 20% on any given day, (2) that Google may base an advertiser's charges in a billing period on the number of days in that month multiplied by the advertiser's daily budget, and (3) that Plaintiffs' claims, and the claims of the putative class members, are barred for alleged breaches occurring more than 60 days prior to August 3, 2005.

Dated: _____, 2006

_____
Honorable James Ware
U.S.D.C., Northern District of California

Respectfully submitted:
**PERKINS COIE LLP**

By _____/S/_____
       David T. Biderman
Attorneys for Defendant Google, Inc.

-2-

[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC.'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION
CASE NO. 05-03649

[41063-0023/BY062750.058]