DAVID T. BIDERMAN, Bar No. 101577
JUDITH B. GITTERMAN, Bar No. 115661
M. CHRISTOPHER JHANG, Bar No. 211463
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
Email: DBiderman@perkinscoie.com
Email: JGitterman@perkinscoie.com
Email: CJhang@perkinscoie.com

Attorneys for Defendant Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC.,<br><br>Defendant. | CASE NO. C 05-03649 JW<br><br>**DECLARATION OF LESLIE ALTHERR** |

I, Leslie Altherr, declare as follows:

1.     I am employed as a litigation paralegal at Google Inc. ("Google"). I submit this declaration in support of Google's Motion For Summary Judgment, or in the Alternative, For Summary Adjudication. I have personal knowledge of the facts set forth below except as to those matters stated on information and belief, and as to those matters, I believe them to be true. If called upon to testify, I could and would testify competently as to the matters set forth herein. I submit this declaration under the direction of counsel and, except for the matters stated herein, do not waive any attorney-client or work product privileges.

DECLARATION OF LESLIE ALTHERR
CASE NO. 05-03649

[41063-0023-000000/Altherr declaration.DOC]

1    2.    I have been responsible for overseeing and managing the collection of documents requested by our outside counsel, Perkins Coie LLP. I previously collected all available versions of the AdWords Frequently Asked Questions ("FAQs"), from July 2002 to the present, which appeared on the AdWords website. In addition, I previously collected the AdWords Program Terms and Conditions ("Terms") from July 2002 and October 2003.

3.    Attached as Exhibit 1 is a true and correct copy of the AdWords Terms from July 2002.

4.    Attached as Exhibit 2 is a true and correct copy of the AdWords Terms from October 2003.

5.    Attached as Exhibit 3 is a true and correct copy of the AdWords FAQs that appeared on the AdWords website in July 2002.

6.    Attached as Exhibit 4 is a true and correct copy of the AdWords FAQs that appeared on the AdWords website in October 2003.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 29 day of September, 2006, at Mountain View, California.

_____
Leslie Altherr

-2-

DECLARATION OF LESLIE ALTHERR
CASE NO. 05-03649

[41063-0023-000000/Altherr declaration.DOC]