DAVID T. BIDERMAN, Bar No. 101577
JUDITH B. GITTERMAN, Bar No. 115661
M. CHRISTOPHER JHANG, Bar No. 211463
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
Email: DBiderman@perkinscoie.com
Email: JGitterman@perkinscoie.com
Email: CJhang@perkinscoie.com

Attorneys for Defendant Google Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC.,<br><br>Defendant. | CASE NO. C 05-03649 JW<br><br>**DECLARATION OF MICHAEL SCHULMAN** |

I, Michael Schulman, declare as follows:

1. I am employed as an engineer in the Moneta group at Google Inc. ("Google"). I submit this declaration in support of Google's Motion For Summary Judgment, or in the Alternative, For Summary Adjudication. I have personal knowledge of the facts set forth below except as to those matters stated on information and belief, and as to those matters, I believe them to be true. If called upon to testify, I could and would testify competently as to the matters set forth herein.

2. Google's mission statement and guiding principle is to organize the world's information and make it universally accessible and useful. Google provides one of the world's

most-used search engines at www.google.com. When a user enters a query, Google's search engine returns relevant search results.

3. In 2000, Google launched its AdWords program. Through its online advertising program, AdWords, Google posts advertisers' sponsored ads on Google's websites or Google's syndication partners' websites.

4. An advertiser can sign up for the AdWords program on the Google website. For advertisers like plaintiffs CLRB Hanson Industries, LLC, d/b/a Industrial Printing, and Howard Stern ("Plaintiffs"), the AdWords program works as follows: The advertiser goes to the AdWords website on his or her computer, registers, provides Google with a credit card number and a billing address, and sets up an account. Advertisers have the option of selecting specific geographic locations to target with their ads and the currency for payments to Google.

5. An AdWords advertisement has two components: the ad text, which is the words that are displayed when the advertisement appears on a computer user's screen, and the keywords, which are the search terms that are used to trigger the display of the advertisement. When a user clicks on an advertiser's ad, the user is linked to a Uniform Resource Locator ("URL") determined by the advertiser. An advertiser using AdWords is charged by Google based in part on the number of times its ad is posted on a website or clicked upon by a user, which is called cost-per-impression ("CPM") or cost-per-click ("CPC"), respectively.

6. When establishing an advertising account, an advertiser creates an ad campaign, which consists of groups of different ads that all share common factors such as their daily budget, language and location targeting, and the date the ads will end. The advertiser also enters the ad text, provides Google with a display URL that appears in the ad, specifies a CPC, and selects keywords.

7. The number of clicks an advertiser receives for a campaign can vary from day to day depending on the usage patterns of Internet users. An advertiser could receive very few clicks one day and a large number of clicks the next.

8. In addition, Google has a complex and confidential formula for determining which advertisements are displayed and the order in which advertisements are displayed on a

-2-

website; however, the amount an advertiser is willing to pay as the CPC is one factor in determining the order in which the advertisement appears.

9. In creating their ad campaigns, advertisers also select a "daily budget." The daily budget is "the amount you're willing to spend on a specific AdWords campaign each day." Recognizing that the daily budget is an advertiser's target, as opposed to its maximum, daily advertising spending, the AdWords system was designed to average out natural fluctuations in daily charges by permitting accrual of charges up to 120% of the daily budget in a day if it is necessary to offset prior shortfalls within that monthly billing period.

10. Advertisers must agree to the terms and conditions of the AdWords Agreement before their accounts become active. They agree to the terms and conditions by clicking on a radio button on their account setup page when they first access their AdWords account, which provides that they "agree to the above terms and conditions" and is located immediately below a screen with the Google Inc. Advertising Program Terms. This is the same sign up procedure that was in place in July 2002 and October 2003.

11. Google periodically updates the terms of the AdWords Agreement. When this occurs, all advertisers are required to accept these new terms in order to continue advertising with AdWords. Advertisers have a limited amount of time (generally 30 days from the initial notification of the new terms) to log in and accept the new terms; otherwise, their accounts are paused (i.e., no ads are displayed) until the change has been made.

12. As an engineer in the Moneta group, I am familiar with the AdWords billing system and have access to customer invoices. I have reviewed the invoices for plaintiff CLRB Hanson's advertising campaigns in February and March 2005. I have also reviewed the invoices for plaintiff Stern's advertising campaign in April 2005.

13. Attached as Exhibit 1 are true and correct redacted copies of plaintiff CLRB Hanson's invoices for advertising campaigns it ran in February 2005. The advertising campaigns listed in these invoices include: Contract Decorating, Mousepads, and Team. The charges for the Contract Decorating campaign total $1,399.99. The charges for the Mousepads campaign total $455.85. The charges for the Team campaign total $1,385.51.

1  14. Attached as Exhibit 2 are true and correct redacted copies of plaintiff CLRB Hanson's invoices for advertising campaigns it ran in March 2005. The advertising campaigns listed in these invoices include: Contract Decorating, Mousepads, and Team. The charges for the Contract Decorating campaign total $1,019.90. The charges for the Mousepads campaign total $117.27. The charges for the Team campaign total $1,018.60.

15. Attached as Exhibit 3 are true and correct redacted copies of plaintiff Stern's invoices for the advertising campaign he ran in April 2005. These invoices show overdelivery credits totaling $17.23. The first invoice reflects an overdelivery credit in the amount of $13.13 for the March 1 through April 14 time period. $0.51 of this $13.13 credit reflects a credit for the March 1 through March 31 period. The remaining $12.62 reflects an overdelivery credit for the April 1 through April 14 period. The total credits for April 2005 amount to $16.72.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this **29** day of September, 2006, at Mountain View, California.

_____
Michael Schulman

DECLARATION OF MICHAEL SCHULMAN
CASE NO. 05-03649

[41063-0023-000000/Schulman declaration.DOC]