# EXHIBIT 2

Dockets.Justia.com

AW: Invoice Details

 **Google** AdWords

bhanson+client@industrialprinting.com
834-396-2830

Help | Sign out

| Campaign Management | Reports | Analytics | My Account |

Billing Summary | · | Billing Preferences | · | Account Preferences |

Billing Summary > Invoice Details - Mar 4, 2005

## Invoice Details

Printable Invoice

| Invoice Details | |
|---|---|
| Invoice date: | March 4, 2005 9:31:12 PM PST |
| Invoice number: | 6635817040-416 |
| Invoice amount: | $614.02 |
| Tax assessed: | $0.00 |

**Account Adjustments and Fees: Feb 1 - Mar 4**

| Date and Time | Credits | Fees | Total |
|---|---|---|---|
| Total adjustments and fees | | | $0.00 |

**Advertising Costs Charged To This Invoice**

The table below shows costs that were charged to this invoice (if any). Some of the billable activity may have occurred in previous months, as the 'Date Range' column indicates.

If you see the same date range on more than one line, don't worry. Additional costs may be reported after we bill you for a given time period. When our system recognizes billable activity, it is added to your account reports for the appropriate date and you'll be charged for it on your next bill.

| Campaign | Date Range | Billable Activity | Amount of Activity | Budget | Amount | Total |
|---|---|---|---|---|---|---|
| Contract Decorating | Feb 1 - Feb 28 | | | | $22.49 | |
| | Mar 1 - Mar 4 | | | | $57.47 | |
| | Mar 1 - Mar 4 | Overdelivery credit [?] | | | $-4.97 | |
| | Total advertising charges for Contract Decorating | | | | | $74.99 |
| Hardhats | Feb 1 - Feb 28 | | | | $48.67 | |
| | Mar 1 - Mar 4 | | | | $138.16 | |
| | Total advertising charges for Hardhats | | | | | $186.83 |
| Signs | Feb 14 - Feb 28 | | | | $213.97 | |
| | Mar 1 - Mar 4 | | | | $5.43 | |
| | Mar 4 - Mar 4 | | | | $53.31 | |
| | Total advertising charges for Signs | | | | | $272.71 |
| Team | Feb 1 - Feb 28 | | | | $26.99 | |
| | Mar 1 - Mar 4 | | | | $63.85 | |
| | Mar 1 - Mar 4 | Overdelivery credit [?] | | | $-11.35 | |
| | Total advertising charges for Team | | | | | $79.49 |
| Total advertising charges | | | | | | $614.02 |

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

GOOG-HN 21624
CONFIDENTIAL

AW: Invoice Details

**Google** AdWords

bhanson+client@industrialprinting.com
934-396-2830

| Help | Sign out

Campaign Management     Reports     Analytics     | My Account |

Billing Summary |                 | Billing Preferences |              | Account Preferences |

Billing Summary > Invoice Details - Mar 5, 2005

## Invoice Details

Printable Invoice

| Invoice Details | |
|---|---|
| Invoice date: | March 5, 2005 3:41:46 PM PST |
| Invoice number: | 6635817040-417 |
| Invoice amount: | $457.24 |
| Tax assessed: | $0.00 |

**Account Adjustments and Fees:** Mar 1 - Mar 5

| Date and Time | Credits | Fees | Total |
|---|---|---|---|
| Total adjustments and fees | | | $0.00 |

**Advertising Costs Charged To This Invoice**
The table below shows costs that were charged to this invoice (if any). Some of the billable activity may have occurred in previous months, as the 'Date Range' column indicates.

If you see the same date range on more than one line, don't worry. Additional costs may be reported after we bill you for a given time period. When our system recognizes billable activity, it is added to your account reports for the appropriate date and you'll be charged for it on your next bill.

| Campaign | Date Range | Billable Activity | Amount of Activity | Budget | Amount | Total |
|---|---|---|---|---|---|---|
| Contract Decorating | Mar 1 - Mar 5 | | | | $45.00 | |
| | Total advertising charges for Contract Decorating | | | | | $45.00 |
| Hardhats | Mar 1 - Mar 5 | | | | $175.49 | |
| | Total advertising charges for Hardhats | | | | | $175.49 |
| Signs | Mar 4 - Mar 5 | | | | $191.75 | |
| | Total advertising charges for Signs | | | | | $191.75 |
| Team | Mar 1 - Mar 5 | | | | $45.00 | |
| | Total advertising charges for Team | | | | | $45.00 |
| **Total advertising charges** | | | | | | **$457.24** |

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

GOOG-HN 21625
CONFIDENTIAL

AW: Invoice Details

# Google
AdWords

bhanson+client@industrialprinting.com
934-396-2830

|  | Campaign Management | Reports | Analytics | My Account |
|---|---|---|---|---|

Billing Summary | | | Billing Preferences | | | Account Preferences |

Billing Summary > Invoice Details - Mar 6, 2005

## Invoice Details

Printable Invoice

**Invoice Details**

| Invoice date: | March 6, 2005 9:22:53 AM PST |
|---|---|
| Invoice number: | 6635817040-418 |
| Invoice amount: | $381.29 |
| Tax assessed: | $0.00 |

**Account Adjustments and Fees: Mar 1 - Mar 6**

| Date and Time | Credits | Fees | Total |
|---|---|---|---|
| Total adjustments and fees |  |  | $0.00 |

**Advertising Costs Charged To This Invoice**

The table below shows costs that were charged to this invoice (if any). Some of the billable activity may have occurred in previous months, as the 'Date Range' column indicates.

If you see the same date range on more than one line, don't worry. Additional costs may be reported after we bill you for a given time period. When our system recognizes billable activity, it is added to your account reports for the appropriate date and you'll be charged for it on your next bill.

| Campaign | Date Range | Billable Activity | Amount of Activity | Budget | Amount | Total |
|---|---|---|---|---|---|---|
| Contract Decorating | Mar 1 - Mar 6 |  |  |  | $50.58 |  |
|  | Mar 1 - Mar 6 | Overdelivery credit [?] |  |  | $-5.58 |  |
|  | Total advertising charges for Contract Decorating |  |  |  |  | $45.00 |
| Hardhats | Mar 1 - Mar 6 |  |  |  | $163.52 |  |
|  | Mar 1 - Mar 6 | Overdelivery credit [?] |  |  | $-6.02 |  |
|  | Total advertising charges for Hardhats |  |  |  |  | $157.50 |
| Signs | Mar 4 - Mar 6 |  |  |  | $133.79 |  |
|  | Total advertising charges for Signs |  |  |  |  | $133.79 |
| Team | Mar 1 - Mar 6 |  |  |  | $49.89 |  |
|  | Mar 1 - Mar 6 | Overdelivery credit [?] |  |  | $-4.89 |  |
|  | Total advertising charges for Team |  |  |  |  | $45.00 |
| Total advertising charges |  |  |  |  |  | $381.29 |

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

GOOG-HN 21626
CONFIDENTIAL

AW: Invoice Details

 **Google** AdWords

bhanson+client@industrialprinting.com
934-396-2830

| Help | Sign out

| Campaign Management | Reports | Analytics | My Account |
| Billing Summary | | Billing Preferences | | Account Preferences |

Billing Summary > Invoice Details – Mar 7, 2005

## Invoice Details

Printable Invoice

**Invoice Details**

| | |
|---|---|
| Invoice date: | March 7, 2005 3:23:16 AM PST |
| Invoice number: | 6635817040-419 |
| Invoice amount: | $432.01 |
| Tax assessed: | $0.00 |

**Account Adjustments and Fees: Mar 1 – Mar 7**

| Date and Time | Credits | Fees | Total |
|---|---|---|---|
| Total adjustments and fees | | | $0.00 |

**Advertising Costs Charged To This Invoice**

The table below shows costs that were charged to this invoice (if any). Some of the billable activity may have occurred in previous months, as the 'Date Range' column indicates.

If you see the same date range on more than one line, don't worry. Additional costs may be reported after we bill you for a given time period. When our system recognizes billable activity, it is added to your account reports for the appropriate date and you'll be charged for it on your next bill.

| Campaign | Date Range | Billable Activity | Amount of Activity | Budget | Amount | Total |
|---|---|---|---|---|---|---|
| Contract Decorating | Mar 1 – Mar 7 | | | | $64.86 | |
| | Mar 1 – Mar 7 | Overdelivery credit [?] | | | $-19.86 | |
| | | Total advertising charges for Contract Decorating | | | | $45.00 |
| Hardhats | Mar 1 – Mar 7 | | | | $143.35 | |
| | Mar 1 – Mar 7 | Overdelivery credit [?] | | | $-2.84 | |
| | | Total advertising charges for Hardhats | | | | $140.51 |
| Signs | Mar 4 – Mar 7 | | | | $201.50 | |
| | | Total advertising charges for Signs | | | | $201.50 |
| Team | Mar 1 – Mar 7 | | | | $51.00 | |
| | Mar 1 – Mar 7 | Overdelivery credit [?] | | | $-6.00 | |
| | | Total advertising charges for Team | | | | $45.00 |
| Total advertising charges | | | | | | $432.01 |

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

**GOOG-HN 21627
CONFIDENTIAL**

AW: Invoice Details

# Google™
AdWords

bhanson+client@industrialprinting.com
934-396-2830

| Help | Sign out

| | Campaign Management | | Reports | Analytics | My Account | |
|---|---|---|---|---|---|---|

Billing Summary |     | Billing Preferences |     | Account Preferences |

Billing Summary > Invoice Details - Mar 7, 2005

## Invoice Details

Printable Invoice

| Invoice Details | |
|---|---|
| Invoice date: | March 7, 2005 9:39:42 PM PST |
| Invoice number: | 6635817040-420 |
| Invoice amount: | $491.67 |
| Tax assessed: | $0.00 |

**Account Adjustments and Fees: Mar 1 - Mar 7**

| Date and Time | Credits | Fees | Total |
|---|---|---|---|
| Total adjustments and fees | | | $0.00 |

**Advertising Costs Charged To This Invoice**
The table below shows costs that were charged to this invoice (if any). Some of the billable activity may have occurred in previous months, as the 'Date Range' column indicates.

If you see the same date range on more than one line, don't worry. Additional costs may be reported after we bill you for a given time period. When our system recognizes billable activity, it is added to your account reports for the appropriate date and you'll be charged for it on your next bill.

| Campaign | Date Range | Billable Activity | Amount of Activity | Budget | Amount | Total |
|---|---|---|---|---|---|---|
| Contract Decorating | Mar 1 - Mar 7 | | | | $45.52 | |
| | Mar 1 - Mar 7 | Overdelivery credit [?] | | | $-0.53 | |
| | | Total advertising charges for Contract Decorating | | | | $44.99 |
| Hardhats | Mar 1 - Mar 7 | | | | $174.48 | |
| | | Total advertising charges for Hardhats | | | | $174.48 |
| Signs | Mar 4 - Mar 7 | | | | $227.21 | |
| | | Total advertising charges for Signs | | | | $227.21 |
| Team | Mar 1 - Mar 7 | | | | $44.99 | |
| | | Total advertising charges for Team | | | | $44.99 |
| **Total advertising charges** | | | | | | **$491.67** |

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

GOOG-HN 21628
CONFIDENTIAL

AW: Invoice Details



bhanson+client@industrialprinting.com
934-396-2830

| Help | Sign out

| Campaign Management | Reports | Analytics | My Account |
|---|---|---|---|

Billing Summary |    | Billing Preferences |    | Account Preferences |

Billing Summary > Invoice Details - Mar 8, 2005

## Invoice Details

Printable Invoice

| Invoice Details | |
|---|---|
| Invoice date: | March 8, 2005 3:35:03 PM PST |
| Invoice number: | 6835817040-421 |
| Invoice amount: | $438.16 |
| Tax assessed: | $0.00 |

**Account Adjustments and Fees: Mar 1 - Mar 8**

| Date and Time | Credits | Fees | Total |
|---|---|---|---|
| Total adjustments and fees | | | $0.00 |

**Advertising Costs Charged To This Invoice**

The table below shows costs that were charged to this invoice (if any). Some of the billable activity may have occurred in previous months, as the 'Date Range' column indicates.

If you see the same date range on more than one line, don't worry. Additional costs may be reported after we bill you for a given time period. When our system recognizes billable activity, it is added to your account reports for the appropriate date and you'll be charged for it on your next bill.

| Campaign | Date Range | Billable Activity | Amount of Activity | Budget | Amount | Total |
|---|---|---|---|---|---|---|
| Contract Decorating | Mar 1 - Mar 8 | | | | $55.13 | |
| | Mar 1 - Mar 8 | Overdelivery credit [?] | | | $-10.13 | |
| | Total advertising charges for Contract Decorating | | | | | $45.00 |
| Hardhats | Mar 1 - Mar 8 | | | | $208.40 | |
| | Mar 8 - Mar 8 | | | | $24.73 | |
| | Mar 1 - Mar 8 | Overdelivery credit [?] | | | $-72.48 | |
| | Total advertising charges for Hardhats | | | | | $160.65 |
| Signs | Mar 4 - Mar 8 | | | | $187.51 | |
| | Total advertising charges for Signs | | | | | $187.51 |
| Team | Mar 1 - Mar 8 | | | | $51.28 | |
| | Mar 1 - Mar 8 | Overdelivery credit [?] | | | $-6.28 | |
| | Total advertising charges for Team | | | | | $45.00 |
| **Total advertising charges** | | | | | | **$438.16** |

©2006 Google - AdWords Home – Editorial Guidelines – Privacy Policy – Contact Us

GOOG-HN 21629
CONFIDENTIAL

AW: Invoice Details



**bhanson+client@industrialprinting.com**
934-396-2830

| Help | Sign out

| Campaign Management | Reports | Analytics | My Account |

Billing Summary |     · | Billing Preferences |          | Account Preferences |

Billing Summary > Invoice Details - Mar 9, 2005

## Invoice Details

Printable Invoice

| Invoice Details | |
|---|---|
| Invoice date: | March 9, 2005 10:20:56 AM PST |
| Invoice number: | 6635817040-422 |
| Invoice amount: | $456.71 |
| Tax assessed: | $0.00 |

**Account Adjustments and Fees: Mar 1 - Mar 9**

| Date and Time | Credits | Fees | Total |
|---|---|---|---|
| Total adjustments and fees | | | $0.00 |

**Advertising Costs Charged To This Invoice**
The table below shows costs that were charged to this invoice (if any). Some of the billable activity may have occurred in previous months, as the 'Date Range' column indicates.

If you see the same date range on more than one line, don't worry. Additional costs may be reported after we bill you for a given time period. When our system recognizes billable activity, it is added to your account reports for the appropriate date and you'll be charged for it on your next bill.

| Campaign | Date Range | Billable Activity | Amount of Activity | Budget | Amount | Total |
|---|---|---|---|---|---|---|
| Contract Decorating | Mar 1 - Mar 9 | | | | $44.99 | |
| | Total advertising charges for Contract Decorating | | | | | $44.99 |
| Hardhats | Mar 8 - Mar 9 | | | | $179.24 | |
| | Total advertising charges for Hardhats | | | | | $179.24 |
| Signs | Mar 4 - Mar 9 | | | | $187.49 | |
| | Total advertising charges for Signs | | | | | $187.49 |
| Team | Mar 1 - Mar 9 | | | | $47.92 | |
| | Mar 1 - Mar 9 | Overdelivery credit [?] | | | $-2.93 | |
| | Total advertising charges for Team | | | | | $44.99 |
| **Total advertising charges** | | | | | | $456.71 |

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

GOOG-HN 21630
CONFIDENTIAL

AW: Invoice Details

**Google** AdWords
bhanson+client@industrialprinting.com
934-396-2830

| Help | Sign out

Campaign Management  :  Reports    Analytics    | My Account |

Billing Summary | ‹                | Billing Preferences |                | Account Preferences |

Billing Summary > Invoice Details - Mar 10, 2005

## Invoice Details

Printable Invoice

| Invoice Details | |
|---|---|
| Invoice date: | March 10, 2005 9:37:47 AM PST |
| Invoice number: | 6635817040-423 |
| Invoice amount: | $628.26 |
| Tax assessed: | $0.00 |

**Account Adjustments and Fees:** Mar 1 - Mar 10

| Date and Time | Credits | Fees | Total |
|---|---|---|---|
| Total adjustments and fees | | | $0.00 |

**Advertising Costs Charged To This Invoice**
The table below shows costs that were charged to this invoice (if any). Some of the billable activity may have occurred in previous months, as the 'Date Range' column indicates.

If you see the same date range on more than one line, don't worry. Additional costs may be reported after we bill you for a given time period. When our system recognizes billable activity, it is added to your account reports for the appropriate date and you'll be charged for it on your next bill.

| Campaign | Date Range | Billable Activity | Amount of Activity | Budget | Amount | Total |
|---|---|---|---|---|---|---|
| Contract Decorating | Mar 1 - Mar 10 | | | | $64.68 | |
| | Mar 1 - Mar 10 | Overdelivery credit [?] | | | $-4.68 | |
| | Total advertising charges for Contract Decorating | | | | | $60.00 |
| Hardhats | Mar 8 - Mar 10 | | | | $258.26 | |
| | Total advertising charges for Hardhats | | | | | $258.26 |
| Signs | Mar 4 - Mar 10 | | | | $250.00 | |
| | Total advertising charges for Signs | | | | | $250.00 |
| Team | Mar 1 - Mar 10 | | | | $85.05 | |
| | Mar 1 - Mar 10 | Overdelivery credit [?] | | | $-5.05 | |
| | Total advertising charges for Team | | | | | $60.00 |
| Total advertising charges | | | | | | $628.26 |

©2006 Google - AdWords Home – Editorial Guidelines – Privacy Policy – Contact Us

GOOG-HN 21631
CONFIDENTIAL

AW: Invoice Details

**Google** AdWords

bhanson+client@industrialprinting.com
934-396-2830

| Help | Sign out

Campaign Management     Reports     Analytics     **My Account**

Billing Summary |     | Billing Preferences |     | Account Preferences |

Billing Summary > Invoice Details - Mar 11, 2005

## Invoice Details

Printable invoice

**Invoice Details**

| | |
|---|---|
| Invoice date: | March 11, 2005 4:05:26 AM PST |
| Invoice number: | 6635817040-424 |
| Invoice amount: | $441.01 |
| Tax assessed: | $0.00 |

**Account Adjustments and Fees: Mar 1 - Mar 11**

| Date and Time | Credits | Fees | Total |
|---|---|---|---|
| Total adjustments and fees | | | $0.00 |

**Advertising Costs Charged To This Invoice**

The table below shows costs that were charged to this invoice (if any). Some of the billable activity may have occurred in previous months, as the 'Date Range' column indicates.

If you see the same date range on more than one line, don't worry. Additional costs may be reported after we bill you for a given time period. When our system recognizes billable activity, it is added to your account reports for the appropriate date and you'll be charged for it on your next bill.

| Campaign | Date Range | Billable Activity | Amount of Activity | Budget | Amount | Total |
|---|---|---|---|---|---|---|
| Contract Decorating | Mar 1 - Mar 11 | | | | $51.71 | |
| | Mar 1 - Mar 11 | Overdelivery credit [?] | | | $-6.71 | |
| | Total advertising charges for Contract Decorating | | | | | $45.00 |
| Hardhats | Mar 8 - Mar 11 | | | | $187.52 | |
| | Total advertising charges for Hardhats | | | | | $187.52 |
| Signs | Mar 4 - Mar 11 | | | | $163.49 | |
| | Total advertising charges for Signs | | | | | $163.49 |
| Team | Mar 1 - Mar 11 | | | | $45.45 | |
| | Mar 1 - Mar 11 | Overdelivery credit [?] | | | $-0.45 | |
| | Total advertising charges for Team | | | | | $45.00 |
| Total advertising charges | | | | | | $441.01 |

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

GOOG-HN 21632
CONFIDENTIAL

AW: Invoice Details

**Google** AdWords

bhanson+client@industrialprinting.com
934-396-2830

| Help | Sign out

Campaign Management    Reports    Analytics    My Account

| Billing Summary |     | Billing Preferences |     | Account Preferences | .

Billing Summary > Invoice Details - Mar 11, 2005

## Invoice Details

Printable invoice

### Invoice Details

| | |
|---|---|
| Invoice date: | March 11, 2005 9:32:43 PM PST |
| Invoice number: | 6635817040-425 |
| Invoice amount: | $485.06 |
| Tax assessed: | $0.00 |

**Account Adjustments and Fees: Mar 1 - Mar 11**

| Date and Time | Credits | Fees | Total |
|---|---|---|---|
| Total adjustments and fees | | | $0.00 |

**Advertising Costs Charged To This Invoice**

The table below shows costs that were charged to this invoice (if any). Some of the billable activity may have occurred in previous months, as the 'Date Range' column indicates.

If you see the same date range on more than one line, don't worry. Additional costs may be reported after we bill you for a given time period. When our system recognizes billable activity, it is added to your account reports for the appropriate date and you'll be charged for it on your next bill.

| Campaign | Date Range | Billable Activity | Amount of Activity | Budget | Amount | Total |
|---|---|---|---|---|---|---|
| Contract Decorating | Mar 1 - Mar 11 | | | | $53.54 | |
| | Mar 1 - Mar 11 | Overdelivery credit [?] | | | $-8.55 | |
| | Total advertising charges for Contract Decorating | | | | | $44.99 |
| Hardhats | Mar 8 - Mar 11 | | | | $183.59 | |
| | Total advertising charges for Hardhats | | | | | $183.59 |
| Signs | Mar 4 - Mar 11 | | | | $211.51 | |
| | Total advertising charges for Signs | | | | | $211.51 |
| Team | Mar 1 - Mar 11 | | | | $47.27 | |
| | Mar 1 - Mar 11 | Overdelivery credit [?] | | | $-2.28 | |
| | Total advertising charges for Team | | | | | $44.99 |
| Total advertising charges | | | | | | $485.06 |

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

GOOG-HN 21633
CONFIDENTIAL

· AW: Invoice Details

**Google** AdWords

bhanson+client@industrialprinting.com
934-396-2830

| Campaign Management | Reports | Analytics | My Account |

Billing Summary |     | Billing Preferences |     | Account Preferences |

Billing Summary > Invoice Details - Mar 12, 2005

## Invoice Details

Printable Invoice

| Invoice Details | |
|---|---|
| Invoice date: | March 12, 2005 3:28:25 PM PST |
| Invoice number: | 6635817040-426 |
| Invoice amount: | $464.32 |
| Tax assessed: | $0.00 |

**Account Adjustments and Fees: Mar 1 - Mar 12**

| Date and Time | Credits | Fees | Total |
|---|---|---|---|
| Total adjustments and fees | | | $0.00 |

**Advertising Costs Charged To This Invoice**

The table below shows costs that were charged to this invoice (if any). Some of the billable activity may have occurred in previous months, as the 'Date Range' column indicates.

If you see the same date range on more than one line, don't worry. Additional costs may be reported after we bill you for a given time period. When our system recognizes billable activity, it is added to your account reports for the appropriate date and you'll be charged for it on your next bill.

| Campaign | Date Range | Billable Activity | Amount of Activity | Budget | Amount | Total |
|---|---|---|---|---|---|---|
| Contract Decorating | Mar 1 - Mar 12 | | | | $45.00 | |
| | Total advertising charges for Contract Decorating | | | | | $45.00 |
| Hardhats | Mar 8 - Mar 12 | | | | $186.82 | |
| | Total advertising charges for Hardhats | | | | | $186.82 |
| Signs | Mar 4 - Mar 12 | | | | $187.50 | |
| | Total advertising charges for Signs | | | | | $187.50 |
| Team | Mar 1 - Mar 12 | | | | $45.00 | |
| | Total advertising charges for Team | | | | | $45.00 |
| **Total advertising charges** | | | | | | **$464.32** |

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

GOOG-HN 21634
CONFIDENTIAL

REDACTED

AW: Invoice Details

**Google** AdWords

bhanson+client@industrialprinting.com
934-396-2830

| Help | Sign out

| Campaign Management | Reports | Analytics | My Account |

Billing Summary |         · | Billing Preferences · |         | Account Preferences |

Billing Summary > Invoice Details - Mar 13, 2005

## Invoice Details

Printable Invoice

| Invoice Details | |
|---|---|
| Invoice date: | March 13, 2005 9:27:13 AM PST |
| Invoice number: | 6635817040-427 |
| Invoice amount: | $421.79 |
| Tax assessed: | $0.00 |

**Account Adjustments and Fees: Mar 1 - Mar 13**

| Date and Time | Credits | Fees | Total |
|---|---|---|---|
| Total adjustments and fees | | | $0.00 |

**Advertising Costs Charged To This Invoice**
The table below shows costs that were charged to this invoice (if any). Some of the billable activity may have occurred in previous months, as the 'Date Range' column indicates.

If you see the same date range on more than one line, don't worry. Additional costs may be reported after we bill you for a given time period. When our system recognizes billable activity, it is added to your account reports for the appropriate date and you'll be charged for it on your next bill.

| Campaign | Date Range | Billable Activity | Amount of Activity | Budget | Amount | Total |
|---|---|---|---|---|---|---|
| Contract Decorating | Mar 1 - Mar 13 | | | | $49.74 | |
| | Mar 1 - Mar 13 | Overdelivery credit [?] | | | $-4.74 | |
| | | Total advertising charges for Contract Decorating | | | | $45.00 |
| Hardhats | Mar 8 - Mar 13 | | | | $192.07 | |
| | | Total advertising charges for Hardhats | | | | $192.07 |
| Signs | Mar 4 - Mar 13 | | | | $139.72 | |
| | | Total advertising charges for Signs | | | | $139.72 |
| Team | Mar 1 - Mar 13 | | | | $55.90 | |
| | Mar 1 - Mar 13 | Overdelivery credit [?] | | | $-10.90 | |
| | | Total advertising charges for Team | | | | $45.00 |
| **Total advertising charges** | | | | | | **$421.79** |

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

GOOG-HN 21635
CONFIDENTIAL

AW: Invoice Details

# Google
AdWords

bhanson+client@industrialprinting.com
934-396-2830

| Help | Sign out

|                        | Campaign Management |              | Reports | Analytics |                | My Account |
|------------------------|---------------------|--------------|---------|-----------|----------------|------------|
| Billing Summary |      |                     | ] Billing Preferences | |         |           | | Account Preferences | |

Billing Summary > Invoice Details - Mar 14, 2005

## Invoice Details

Printable Invoice

| Invoice Details |  |
|---|---|
| Invoice date: | March 14, 2005 3:52:02 AM PST |
| Invoice number: | 6635817040-428 |
| Invoice amount: | $480.22 |
| Tax assessed: | $0.00 |

**Account Adjustments and Fees:  Mar 1 - Mar 14**

| Date and Time | Credits | Fees | Total |
|---|---|---|---|
| Total adjustments and fees | | | $0.00 |

**Advertising Costs Charged To This Invoice**

The table below shows costs that were charged to this invoice (if any). Some of the billable activity may have occurred in previous months, as the 'Date Range' column indicates.

If you see the same date range on more than one line, don't worry. Additional costs may be reported after we bill you for a given time period. When our system recognizes billable activity, it is added to your account reports for the appropriate date and you'll be charged for it on your next bill.

| Campaign | Date Range | Billable Activity | Amount of Activity | Budget | Amount | Total |
|---|---|---|---|---|---|---|
| Contract Decorating | Mar 1 - Mar 14 | | | | $56.25 | |
| | Mar 1 - Mar 14 | Overdelivery credit [?] | | | $-11.25 | |
| | | Total advertising charges for Contract Decorating | | | | $45.00 |
| Hardhats | Mar 8 - Mar 14 | | | | $182.61 | |
| | | Total advertising charges for Hardhats | | | | $182.61 |
| Signs | Mar 4 - Mar 14 | | | | $207.61 | |
| | | Total advertising charges for Signs | | | | $207.61 |
| Team | Mar 1 - Mar 14 | | | | $45.00 | |
| | | Total advertising charges for Team | | | | $45.00 |
| **Total advertising charges** | | | | | | **$480.22** |

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

GOOG-HN 21636
CONFIDENTIAL

AW: Invoice Details

# Google AdWords

bhanson+client@industrialprinting.com
934-398-2830

| Help | Sign out

| Campaign Management | Reports | Analytics | My Account |

Billing Summary |          | Billing Preferences |          | Account Preferences |

Billing Summary > Invoice Details - Mar 14, 2005

## Invoice Details

Printable Invoice

**Invoice Details**

| | |
|---|---|
| Invoice date: | March 14, 2005 9:36:16 PM PST |
| Invoice number: | 6635817040-429 |
| Invoice amount: | $497.59 |
| Tax assessed: | $0.00 |

**Account Adjustments and Fees: Mar 1 - Mar 14**

| Date and Time | Credits | Fees | Total |
|---|---|---|---|
| Total adjustments and fees | | | $0.00 |

**Advertising Costs Charged To This Invoice**

The table below shows costs that were charged to this invoice (if any). Some of the billable activity may have occurred in previous months, as the 'Date Range' column indicates.

If you see the same date range on more than one line, don't worry. Additional costs may be reported after we bill you for a given time period. When our system recognizes billable activity, it is added to your account reports for the appropriate date and you'll be charged for it on your next bill.

| Campaign | Date Range | Billable Activity | Amount of Activity | Budget | Amount | Total |
|---|---|---|---|---|---|---|
| Contract Decorating | Mar 1 - Mar 14 | | | | $45.71 | |
| | Mar 1 - Mar 14 | Overdelivery credit [?] | | | $-0.71 | |
| | | Total advertising charges for Contract Decorating | | | | $45.00 |
| Hardhats | Mar 8 - Mar 14 | | | | $192.40 | |
| | | Total advertising charges for Hardhats | | | | $192.40 |
| Signs | Mar 4 - Mar 14 | | | | $215.19 | |
| | | Total advertising charges for Signs | | | | $215.19 |
| Team | Mar 1 - Mar 14 | | | | $45.00 | |
| | | Total advertising charges for Team | | | | $45.00 |
| **Total advertising charges** | | | | | | $497.59 |

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

GOOG-HN 21637
CONFIDENTIAL

AW: Invoice Details



bhanson+client@industrialprinting.com
934-396-2830

| Help | Sign out |

Campaign Management      Reports      Analytics      | **My Account** |

Billing Summary | ·          · | Billing Preferences | ·          | Account Preferences | ·

Billing Summary > Invoice Details - Mar 22, 2005

## Invoice Details

Printable invoice

| Invoice Details | |
|---|---|
| Invoice date: | March 22, 2005 9:29:47 AM PST |
| Invoice number: | 6635617040-430 |
| Invoice amount: | $413.83 |
| Tax assessed: | $0.00 |

**Account Adjustments and Fees: Mar 1 - Mar 22**

| Date and Time | Credits | Fees | Total |
|---|---|---|---|
| Total adjustments and fees | | | $0.00 |

**Advertising Costs Charged To This Invoice**
The table below shows costs that were charged to this invoice (if any). Some of the billable activity may have occurred in previous months, as the 'Date Range' column indicates.

If you see the same date range on more than one line, don't worry. Additional costs may be reported after we bill you for a given time period. When our system recognizes billable activity, it is added to your account reports for the appropriate date and you'll be charged for it on your next bill.

| Campaign | Date Range | Billable Activity | Amount of Activity | Budget | Amount | Total |
|---|---|---|---|---|---|---|
| Contract Decorating | Mar 1 - Mar 22 | | | | $7.49 | |
| | Total advertising charges for Contract Decorating | | | | | $7.49 |
| Hardhats | Mar 8 - Mar 22 | | | | $210.78 | |
| | Total advertising charges for Hardhats | | | | | $210.78 |
| Signs | Mar 4 - Mar 22 | | | | $189.36 | |
| | Total advertising charges for Signs | | | | | $189.36 |
| Team | Mar 1 - Mar 22 | | | | $6.20 | |
| | Total advertising charges for Team | | | | | $6.20 |
| **Total advertising charges** | | | | | | $413.83 |

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

GOOG-HN 21638
CONFIDENTIAL

**Google** AdWords

bhanson+client@industrialprinting.com
934-396-2830

| Help | Sign out

| | Campaign Management | Reports | Analytics | My Account | |

Billing Summary |       | Billing Preferences |       | Account Preferences |

Billing Summary > Invoice Details - Mar 23, 2005

## Invoice Details

Printable Invoice

**Invoice Details**

| | |
|---|---|
| Invoice date: | March 23, 2005 9:32:33 AM PST |
| Invoice number: | 6635817040-431 |
| Invoice amount: | $598.28 |
| Tax assessed: | $0.00 |

**Account Adjustments and Fees:  Mar 4 - Mar 23**

| Date and Time | Credits | Fees | Total |
|---|---|---|---|
| Total adjustments and fees | | | $0.00 |

**Advertising Costs Charged To This Invoice**

The table below shows costs that were charged to this invoice (if any). Some of the billable activity may have occurred in previous months, as the 'Date Range' column indicates.

If you see the same date range on more than one line, don't worry. Additional costs may be reported after we bill you for a given time period. When our system recognizes billable activity, it is added to your account reports for the appropriate date and you'll be charged for it on your next bill.

| Campaign | Date Range | Billable Activity | Amount of Activity | Budget | Amount | Total |
|---|---|---|---|---|---|---|
| Hardhats | Mar 8 - Mar 23 | | | | $309.25 | |
| | Mar 8 - Mar 23 | Overdelivery credit [?] | | | $-9.25 | |
| | | Total advertising charges for Hardhats | | | | $300.00 |
| Signs | Mar 4 - Mar 23 | | | | $298.28 | |
| | | Total advertising charges for Signs | | | | $298.28 |
| Total advertising charges | | | | | | $598.28 |

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

GOOG-HN 21639
CONFIDENTIAL

AW: Invoice Details

**Google** AdWords

bhanson+client@industrialprinting.com
934-396-2830

Campaign Management    Reports    Analytics    | My Account |

Billing Summary |          | Billing Preferences |          | Account Preferences |

Billing Summary > Invoice Details - Mar 24, 2005

## Invoice Details

Printable Invoice

| Invoice Details | |
|---|---|
| Invoice date: | March 24, 2005 3:34:32 AM PST |
| Invoice number: | 6635817040-432 |
| Invoice amount: | $562.99 |
| Tax assessed: | $0.00 |

**Account Adjustments and Fees:** Mar 4 - Mar 24

| Date and Time | Credits | Fees | Total |
|---|---|---|---|
| Total adjustments and fees | | | $0.00 |

**Advertising Costs Charged To This Invoice**
The table below shows costs that were charged to this invoice (if any). Some of the billable activity may have occurred in previous months, as the 'Date Range' column indicates.

If you see the same date range on more than one line, don't worry. Additional costs may be reported after we bill you for a given time period. When our system recognizes billable activity, it is added to your account reports for the appropriate date and you'll be charged for it on your next bill.

| Campaign | Date Range | Billable Activity | Amount of Activity | Budget | Amount | Total |
|---|---|---|---|---|---|---|
| Campaign #27 | Mar 23 - Mar 24 | | | | $155.76 | |
| | Total advertising charges for Campaign #27 | | | | | $155.76 |
| Hardhats | Mar 8 - Mar 24 | | | | $219.90 | |
| | Mar 8 - Mar 24 | Overdelivery credit [?] | | | $-3.37 | |
| | Total advertising charges for Hardhats | | | | | $216.53 |
| Signs | Mar 4 - Mar 24 | | | | $190.70 | |
| | Total advertising charges for Signs | | | | | $190.70 |
| **Total advertising charges** | | | | | | **$562.99** |

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

GOOG-HN 21640
CONFIDENTIAL

AW: Invoice Details

**Google** AdWords®

bhanson+client@industrialprinting.com
· 934-396-2830 ·

| Campaign Management | Reports | Analytics | **My Account** |

Billing Summary | · | Billing Preferences | · | Account Preferences |

Billing Summary > Invoice Details - Mar 24, 2005

## Invoice Details

Printable Invoice

| Invoice Details | |
|---|---|
| Invoice date: | March 24, 2005 3:35:48 PM PST |
| Invoice number: | 6635817040-433 |
| Invoice amount: | $504.75 |
| Tax assessed: | $0.00 |

**Account Adjustments and Fees:** Mar 1 – Mar 24

| Date and Time | Credits | Fees | Total |
|---|---|---|---|
| Total adjustments and fees | | | $0.00 |

**Advertising Costs Charged To This Invoice**
The table below shows costs that were charged to this invoice (if any). Some of the billable activity may have occurred in previous months, as the 'Date Range' column indicates.

If you see the same date range on more than one line, don't worry. Additional costs may be reported after we bill you for a given time period. When our system recognizes billable activity, it is added to your account reports for the appropriate date and you'll be charged for it on your next bill.

| Campaign | Date Range | Billable Activity | Amount of Activity | Budget | Amount | Total |
|---|---|---|---|---|---|---|
| Campaign #27 | Mar 23 - Mar 24 | | | | $43.98 | |
| | Total advertising charges for Campaign #27 | | | | | $43.98 |
| Campaign #28 | Mar 24 - Mar 24 | | | | $5.63 | |
| | Total advertising charges for Campaign #28 | | | | | $5.63 |
| Contract Decorating | Mar 1 - Mar 24 | | | | $58.32 | |
| | Mar 1 - Mar 24 | Overdelivery credit [?] | | | $-20.82 | |
| | Total advertising charges for Contract Decorating | | | | | $37.50 |
| Hardhats | Mar 8 - Mar 24 | | | | $158.47 | |
| | Total advertising charges for Hardhats | | | | | $158.47 |
| Mousepads | Mar 1 - Mar 24 | | | | $37.50 | |
| | Total advertising charges for Mousepads | | | | | $37.50 |
| Signs | Mar 4 - Mar 24 | | | | $193.13 | |
| | Mar 4 - Mar 24 | Overdelivery credit [?] | | | $-8.96 | |
| | Total advertising charges for Signs | | | | | $184.17 |
| Team | Mar 1 - Mar 24 | | | | $50.12 | |
| | Mar 1 - Mar 24 | Overdelivery credit [?] | | | $-12.62 | |
| | Total advertising charges for Team | | | | | $37.50 |
| **Total advertising charges** | | | | | | **$504.75** |

©2006 Google – AdWords Home – Editorial Guidelines – Privacy Policy – Contact Us

GOOG-HN 21641
CONFIDENTIAL

AW: Invoice Details

**Google** AdWords

bhanson+client@industrialprinting.com
934-396-2830

| Help | Sign out

|   | Campaign Management | Reports | Analytics | My Account |

Billing Summary |          | Billing Preferences |          | Account Preferences |

Billing Summary > Invoice Details - Mar 25, 2005

## Invoice Details

Printable Invoice

| Invoice Details | |
| --- | --- |
| Invoice date: | March 25, 2005 9:24:14 AM PST |
| Invoice number: | 6635817040-434 |
| Invoice amount: | $597.26 |
| Tax assessed: | $0.00 |

**Account Adjustments and Fees:** Mar 1 - Mar 25

| Date and Time | Credits | Fees | Total |
| --- | --- | --- | --- |
| Total adjustments and fees | | | $0.00 |

**Advertising Costs Charged To This Invoice**
The table below shows costs that were charged to this invoice (if any). Some of the billable activity may have occurred in previous months, as the 'Date Range' column indicates.

If you see the same date range on more than one line, don't worry. Additional costs may be reported after we bill you for a given time period. When our system recognizes billable activity, it is added to your account reports for the appropriate date and you'll be charged for it on your next bill.

| Campaign | Date Range | Billable Activity | Amount of Activity | Budget | Amount | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Campaign #28 | Mar 24 - Mar 25 | | | | $12.29 | |
| | Total advertising charges for Campaign #28 | | | | | $12.29 |
| Contract Decorating | Mar 1 - Mar 25 | | | | $55.30 | |
| | Mar 1 - Mar 25 | Overdelivery credit [?] | | | $-10.31 | |
| | Total advertising charges for Contract Decorating | | | | | $44.99 |
| Hardhats | Mar 8 - Mar 25 | | | | $227.67 | |
| | Mar 8 - Mar 25 | Overdelivery credit [?] | | | $-2.67 | |
| | Total advertising charges for Hardhats | | | | | $225.00 |
| Mousepads | Mar 1 - Mar 25 | | | | $45.81 | |
| | Mar 1 - Mar 25 | Overdelivery credit [?] | | | $-0.81 | |
| | Total advertising charges for Mousepads | | | | | $45.00 |
| Signs | Mar 4 - Mar 25 | | | | $224.99 | |
| | Total advertising charges for Signs | | | | | $224.99 |
| Team | Mar 1 - Mar 25 | | | | $44.99 | |
| | Total advertising charges for Team | | | | | $44.99 |
| **Total advertising charges** | | | | | | $597.26 |

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

GOOG-HN 21642
CONFIDENTIAL

AW: Invoice Details

# Google
AdWords

bhanson+client@industrialprinting.com
934-396-2830

| Help | Sign out

| Campaign Management | Reports | Analytics | My Account |

Billing Summary | '                    | Billing Preferences |                | Account Preferences |

Billing Summary > Invoice Details - Mar 25, 2005

## Invoice Details

Printable Invoice

**Invoice Details**

| Invoice date: | March 25, 2005 3:33:34 PM PST |
| Invoice number: | 6635817040-435 |
| Invoice amount: | $267.84 |
| Tax assessed: | $0.00 |

**Account Adjustments and Fees: Mar 1 - Mar 25**

| Date and Time | Credits | Fees | Total |
|---|---|---|---|
| Total adjustments and fees | | | $0.00 |

**Advertising Costs Charged To This Invoice**

The table below shows costs that were charged to this invoice (if any). Some of the billable activity may have occurred in previous months, as the 'Date Range' column indicates.

If you see the same date range on more than one line, don't worry. Additional costs may be reported after we bill you for a given time period. When our system recognizes billable activity, it is added to your account reports for the appropriate date and you'll be charged for it on your next bill.

| Campaign | Date Range | Billable Activity | Amount of Activity | Budget | Amount | Total |
|---|---|---|---|---|---|---|
| Campaign #28 | Mar 24 - Mar 25 | | | | $5.22 | |
| | Total advertising charges for Campaign #28 | | | | | $5.22 |
| Campaign #29 | Mar 25 - Mar 25 | | | | $67.67 | |
| | Total advertising charges for Campaign #29 | | | | | $67.67 |
| Contract Decorating | Mar 1 - Mar 25 | | | | $14.99 | |
| | Total advertising charges for Contract Decorating | | | | | $14.99 |
| Hardhats | Mar 8 - Mar 25 | | | | $74.99 | |
| | Total advertising charges for Hardhats | | | | | $74.99 |
| Mousepads | Mar 1 - Mar 25 | | | | $14.99 | |
| | Total advertising charges for Mousepads | | | | | $14.99 |
| Signs | Mar 4 - Mar 25 | | | | $74.99 | |
| | Total advertising charges for Signs | | | | | $74.99 |
| Team | Mar 1 - Mar 25 | | | | $18.01 | |
| | Mar 1 - Mar 25 | Overdelivery credit [?] | | | $-3.02 | |
| | Total advertising charges for Team | | | | | $14.99 |
| **Total advertising charges** | | | | | | **$267.84** |

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

GOOG-HN 21643
CONFIDENTIAL

REDACTED

AW: Invoice Details

**Google** ™
AdWords®

bhanson+client@industrialprinting.com
934-396-2830

| Help | Sign out

Campaign Management        Reports        Analytics        | My Account |

Billing Summary |                 | Billing Preferences |                 | Account Preferences |

Billing Summary > Invoice Details - Mar 26, 2005

## Invoice Details

Printable Invoice

**Invoice Details**

| | |
|---|---|
| Invoice date: | March 26, 2005 9:22:03 AM PST |
| Invoice number: | 6635817040-436 |
| Invoice amount: | $493.10 |
| Tax assessed: | $0.00 |

**Account Adjustments and Fees:** Mar 1 - Mar 26

| Date and Time | Credits | Fees | Total |
|---|---|---|---|
| Total adjustments and fees | | | $0.00 |

**Advertising Costs Charged To This Invoice**

The table below shows costs that were charged to this invoice (if any). Some of the billable activity may have occurred in previous months, as the 'Date Range' column indicates.

If you see the same date range on more than one line, don't worry. Additional costs may be reported after we bill you for a given time period. When our system recognizes billable activity, it is added to your account reports for the appropriate date and you'll be charged for it on your next bill.

| Campaign | Date Range | Billable Activity | Amount of Activity | Budget | Amount | Total |
|---|---|---|---|---|---|---|
| Campaign #29 | Mar 25 - Mar 26 | | | | $107.01 | |
| | Total advertising charges for Campaign #29 | | | | | $107.01 |
| Contract Decorating | Mar 1 - Mar 26 | | | | $22.49 | |
| | Total advertising charges for Contract Decorating | | | | | $22.49 |
| Hardhats | Mar 8 - Mar 26 | | | | $245.67 | |
| | Mar 8 - Mar 26 | Overdelivery credit [?] | | | $-20.66 | |
| | Total advertising charges for Hardhats | | | | | $225.01 |
| Mousepads | Mar 1 - Mar 26 | | | | $19.78 | |
| | Total advertising charges for Mousepads | | | | | $19.78 |
| Signs | Mar 4 - Mar 26 | | | | $96.32 | |
| | Total advertising charges for Signs | | | | | $96.32 |
| Team | Mar 1 - Mar 26 | | | | $22.49 | |
| | Total advertising charges for Team | | | | | $22.49 |
| **Total advertising charges** | | | | | | **$493.10** |

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

GOOG-HN 21644
CONFIDENTIAL

AW: Invoice Details

# Google AdWords

bhanson+client@industrialprinting.com
934-396-2830

| Campaign Management | Reports | Analytics | My Account |

Billing Summary | | Billing Preferences | | Account Preferences |

Billing Summary > Invoice Details - Mar 27, 2005

## Invoice Details

Printable Invoice

| Invoice Details | |
|---|---|
| Invoice date: | March 27, 2005 3:26:34 PM PST |
| Invoice number: | 6635817040-437 |
| Invoice amount: | $524.15 |
| Tax assessed: | $0.00 |

**Account Adjustments and Fees: Mar 8 - Mar 27**

| Date and Time | Credits | Fees | Total |
|---|---|---|---|
| Total adjustments and fees | | | $0.00 |

**Advertising Costs Charged To This Invoice**

The table below shows costs that were charged to this invoice (if any). Some of the billable activity may have occurred in previous months, as the 'Date Range' column indicates.

If you see the same date range on more than one line, don't worry. Additional costs may be reported after we bill you for a given time period. When our system recognizes billable activity, it is added to your account reports for the appropriate date and you'll be charged for it on your next bill.

| Campaign | Date Range | Billable Activity | Amount of Activity | Budget | Amount | Total |
|---|---|---|---|---|---|---|
| Campaign #29 | Mar 25 - Mar 27 | | | | $149.15 | |
| | Total advertising charges for Campaign #29 | | | | | $149.15 |
| Hardhats | Mar 8 - Mar 27 | | | | $395.71 | |
| | Mar 8 - Mar 27 | Overdelivery credit [?] | | | $-20.71 | |
| | Total advertising charges for Hardhats | | | | | $375.00 |
| Total advertising charges | | | | | | $524.15 |

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

AW: Invoice Details

**Google** AdWords

bhanson+client@industrialprinting.com
934-396-2830

| Help | Sign out

|   | Campaign Management | Reports | Analytics | My Account |

Billing Summary |          | Billing Preferences |          | Account Preferences |

Billing Summary > Invoice Details - Mar 28, 2005

## Invoice Details

Printable invoice

| Invoice Details | |
|---|---|
| Invoice date: | March 28, 2005 9:35:08 AM PST |
| Invoice number: | 6635817040-438 |
| Invoice amount: | $517.13 |
| Tax assessed: | $0.00 |

**Account Adjustments and Fees:  Mar 1 - Mar 28**

| Date and Time | Credits | Fees | Total |
|---|---|---|---|
| Total adjustments and fees | | | $0.00 |

**Advertising Costs Charged To This Invoice**

The table below shows costs that were charged to this invoice (if any). Some of the billable activity may have occurred in previous months, as the 'Date Range' column indicates.

If you see the same date range on more than one line, don't worry. Additional costs may be reported after we bill you for a given time period. When our system recognizes billable activity, it is added to your account reports for the appropriate date and you'll be charged for it on your next bill.

| Campaign | Date Range | Billable Activity | Amount of Activity | Budget | Amount | Total |
|---|---|---|---|---|---|---|
| Campaign #29 | Mar 25 - Mar 28 | | | | $134.59 | |
| | Total advertising charges for Campaign #29 | | | | | $134.59 |
| Contract Decorating | Mar 1 - Mar 28 | | | | $40.71 | |
| | Mar 1 - Mar 28 | Overdelivery credit [?] | | | $-18.21 | |
| | Total advertising charges for Contract Decorating | | | | | $22.50 |
| Hardhats | Mar 8 - Mar 28 | | | | $254.21 | |
| | Mar 8 - Mar 28 | Overdelivery credit [?] | | | $-29.21 | |
| | Total advertising charges for Hardhats | | | | | $225.00 |
| Signs | Mar 4 - Mar 28 | | | | $112.54 | |
| | Total advertising charges for Signs | | | | | $112.54 |
| Team | Mar 1 - Mar 28 | | | | $33.00 | |
| | Mar 1 - Mar 28 | Overdelivery credit [?] | | | $-10.50 | |
| | Total advertising charges for Team | | | | | $22.50 |
| Total advertising charges | | | | | | $517.13 |

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

GOOG-HN 21646
CONFIDENTIAL

AW: Invoice Details

 **AdWords**

**bhanson+client@industrialprinting.com**
934-396-2830

| Help | Sign out |

| Campaign Management | Reports | Analytics | My Account |

| Billing Summary | | Billing Preferences | | Account Preferences |

Billing Summary > Invoice Details - Mar 29, 2005

## Invoice Details

Printable Invoice

| Invoice Details | |
|---|---|
| Invoice date: | March 29, 2005 3:31:03 AM PST |
| Invoice number: | 6635817040-439 |
| Invoice amount: | $517.90 |
| Tax assessed: | $0.00 |

**Account Adjustments and Fees: Mar 1 - Mar 29**

| Date and Time | | Credits | Fees | Total |
|---|---|---|---|---|
| Total adjustments and fees | | | | $0.00 |

**Advertising Costs Charged To This Invoice**
The table below shows costs that were charged to this invoice (if any). Some of the billable activity may have occurred in previous months, as the 'Date Range' column indicates.

If you see the same date range on more than one line, don't worry. Additional costs may be reported after we bill you for a given time period. When our system recognizes billable activity, it is added to your account reports for the appropriate date and you'll be charged for it on your next bill.

| Campaign | Date Range | Billable Activity | Amount of Activity | Budget | Amount | Total |
|---|---|---|---|---|---|---|
| Campaign #29 | Mar 25 - Mar 29 | | | | $28.75 | |
| | Total advertising charges for Campaign #29 | | | | | $28.75 |
| Contract Decorating | Mar 1 - Mar 29 | | | | $45.00 | |
| | Total advertising charges for Contract Decorating | | | | | $45.00 |
| Hardhats | Mar 8 - Mar 29 | | | | $208.59 | |
| | Mar 8 - Mar 29 | Overdelivery credit [?] | | | $-1.39 | |
| | Total advertising charges for Hardhats | | | | | $207.20 |
| Signs | Mar 4 - Mar 29 | | | | $212.92 | |
| | Mar 4 - Mar 29 | Overdelivery credit [?] | | | $-20.97 | |
| | Total advertising charges for Signs | | | | | $191.95 |
| Team | Mar 1 - Mar 29 | | | | $45.00 | |
| | Total advertising charges for Team | | | | | $45.00 |
| Total advertising charges | | | | | | $517.90 |

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

GOOG-HN 21647
CONFIDENTIAL

AW: Invoice Details

## Google AdWords

bhanson+client@industrialprinting.com
934-396-2830

| Help | Sign out

| Campaign Management | Reports | Analytics | My Account |

Billing Summary | | Billing Preferences | | Account Preferences |

Billing Summary > Invoice Details - Mar 29, 2005

## Invoice Details

Printable Invoice

**Invoice Details**

| | |
|---|---|
| Invoice date: | March 29, 2005 9:50:19 AM PST |
| Invoice number: | 6635817040-440 |
| Invoice amount: | $230.84 |
| Tax assessed: | $0.00 |

**Account Adjustments and Fees:** Mar 1 - Mar 29

| Date and Time | Credits | Fees | Total |
|---|---|---|---|
| Total adjustments and fees | | | $0.00 |

**Advertising Costs Charged To This Invoice**
The table below shows costs that were charged to this invoice (if any). Some of the billable activity may have occurred in previous months, as the 'Date Range' column indicates.

If you see the same date range on more than one line, don't worry. Additional costs may be reported after we bill you for a given time period. When our system recognizes billable activity, it is added to your account reports for the appropriate date and you'll be charged for it on your next bill.

| Campaign | Date Range | Billable Activity | Amount of Activity | Budget | Amount | Total |
|---|---|---|---|---|---|---|
| Contract Decorating | Mar 1 - Mar 29 | | | | $35.16 | |
| | Mar 1 - Mar 29 | Overdelivery credit [?] | | | $-20.16 | |
| | Total advertising charges for Contract Decorating | | | | | $15.00 |
| Hardhats | Mar 8 - Mar 29 | | | | $92.79 | |
| | Total advertising charges for Hardhats | | | | | $92.79 |
| Signs | Mar 4 - Mar 29 | | | | $108.05 | |
| | Total advertising charges for Signs | | | | | $108.05 |
| Team | Mar 1 - Mar 29 | | | | $19.66 | |
| | Mar 1 - Mar 29 | Overdelivery credit [?] | | | $-4.66 | |
| | Total advertising charges for Team | | | | | $15.00 |
| Total advertising charges | | | | | | $230.84 |

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

GOOG-HN 21648
CONFIDENTIAL

AW: Invoice Details

**REDACTED**

 **Google** AdWords

bhanson+client@industrialprinting.com
934-396-2830

| Help | Sign out

| Campaign Management | Reports | Analytics | My Account |

Billing Summary | | Billing Preferences | | Account Preferences |

Billing Summary > Invoice Details - Mar 29, 2005

## Invoice Details

Printable Invoice

**Invoice Details**

| | |
|---|---|
| Invoice date: | March 29, 2005 3:33:51 PM PST |
| Invoice number: | 6635817040-441 |
| Invoice amount: | $179.98 |
| Tax assessed: | $0.00 |

**Account Adjustments and Fees: Mar 1 - Mar 29**

| Date and Time | Credits | Fees | Total |
|---|---|---|---|
| Total adjustments and fees | | | $0.00 |

**Advertising Costs Charged To This Invoice**

The table below shows costs that were charged to this invoice (if any). Some of the billable activity may have occurred in previous months, as the 'Date Range' column indicates.

If you see the same date range on more than one line, don't worry. Additional costs may be reported after we bill you for a given time period. When our system recognizes billable activity, it is added to your account reports for the appropriate date and you'll be charged for it on your next bill.

| Campaign | Date Range | Billable Activity | Amount of Activity | Budget | Amount | Total |
|---|---|---|---|---|---|---|
| Contract Decorating | Mar 1 - Mar 29 | | | | $14.99 | |
| | Total advertising charges for Contract Decorating | | | | | $14.99 |
| Hardhats | Mar 8 - Mar 29 | | | | $142.67 | |
| | Mar 8 - Mar 29 | Overdelivery credit [?] | | | $-67.67 | |
| | Total advertising charges for Hardhats | | | | | $75.00 |
| Signs | Mar 4 - Mar 29 | | | | $127.21 | |
| | Mar 4 - Mar 29 | Overdelivery credit [?] | | | $-52.21 | |
| | Total advertising charges for Signs | | | | | $75.00 |
| Team | Mar 1 - Mar 29 | | | | $14.99 | |
| | Total advertising charges for Team | | | | | $14.99 |
| Total advertising charges | | | | | | $179.98 |

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

GOOG-HN 21649
CONFIDENTIAL

**REDACTED**

AW: Invoice Details

 **Google** AdWords

bhanson+client@industrialprinting.com
934-396-2830

| Help | Sign out |

| | Campaign Management | Reports | Analytics | My Account |
|---|---|---|---|---|

Billing Summary |                | Billing Preferences |        · | Account Preferences |

Billing Summary > Invoice Details - Mar 30, 2005

## Invoice Details

Printable Invoice

| Invoice Details | |
|---|---|
| Invoice date: | March 30, 2005 9:25:59 AM PST |
| Invoice number: | 6635817040-442 |
| Invoice amount: | $612.00 |
| Tax assessed: | $0.00 |

**Account Adjustments and Fees:** Mar 1 - Mar 30

| Date and Time | Credits | Fees | Total |
|---|---|---|---|
| Total adjustments and fees | | | $0.00 |

**Advertising Costs Charged To This Invoice**
The table below shows costs that were charged to this invoice (if any). Some of the billable activity may have occurred in previous months, as the 'Date Range' column indicates.

If you see the same date range on more than one line, don't worry. Additional costs may be reported after we bill you for a given time period. When our system recognizes billable activity, it is added to your account reports for the appropriate date and you'll be charged for it on your next bill.

| Campaign | Date Range | Billable Activity | Amount of Activity | Budget | Amount | Total |
|---|---|---|---|---|---|---|
| Campaign #29 | Mar 25 - Mar 30 | | | | $72.35 | |
| | Total advertising charges for Campaign #29 | | | | | $72.35 |
| Contract Decorating | Mar 1 - Mar 30 | | | | $45.00 | |
| | Total advertising charges for Contract Decorating | | | | | $45.00 |
| Hardhats | Mar 8 - Mar 30 | | | | $240.43 | |
| | Mar 8 - Mar 30 | Overdelivery credit [?] | | | $-15.43 | |
| | Total advertising charges for Hardhats | | | | | $225.00 |
| Signs | Mar 4 - Mar 30 | | | | $236.42 | |
| | Mar 4 - Mar 30 | Overdelivery credit [?] | | | $-11.42 | |
| | Total advertising charges for Signs | | | | | $225.00 |
| Team | Mar 1 - Mar 30 | | | | $44.65 | |
| | Total advertising charges for Team | | | | | $44.65 |
| **Total advertising charges** | | | | | | **$512.00** |

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

**GOOG-HN 21650**
**CONFIDENTIAL**

AW: Invoice Details

**Google** AdWords

bhanson+client@industrialprinting.com
934-396-2830

| Help | Sign out |

Campaign Management | Reports | Analytics | My Account |

Billing Summary | | Billing Preferences | | Account Preferences |

Billing Summary > Invoice Details - Mar 30, 2005

## Invoice Details

Printable invoice

| Invoice Details | |
|---|---|
| Invoice date: | March 30, 2005 3:46:04 PM PST |
| Invoice number: | 6635817040-443 |
| Invoice amount: | $302.74 |
| Tax assessed: | $0.00 |

**Account Adjustments and Fees: Mar 1 - Mar 30**

| Date and Time | Credits | Fees | Total |
|---|---|---|---|
| Total adjustments and fees | | | $0.00 |

**Advertising Costs Charged To This Invoice**
The table below shows costs that were charged to this invoice (if any). Some of the billable activity may have occurred in previous months, as the 'Date Range' column indicates.

If you see the same date range on more than one line, don't worry. Additional costs may be reported after we bill you for a given time period. When our system recognizes billable activity, it is added to your account reports for the appropriate date and you'll be charged for it on your next bill.

| Campaign | Date Range | Billable Activity | Amount of Activity | Budget | Amount | Total |
|---|---|---|---|---|---|---|
| Campaign #29 | Mar 25 - Mar 30 | | | | $122.40 | |
| | Total advertising charges for Campaign #29 | | | | | $122.40 |
| Contract Decorating | Mar 1 - Mar 30 | | | | $36.24 | |
| | Mar 1 - Mar 30 | Overdelivery credit [?] | | | $-21.24 | |
| | Total advertising charges for Contract Decorating | | | | | $15.00 |
| Hardhats | Mar 8 - Mar 30 | | | | $75.00 | |
| | Total advertising charges for Hardhats | | | | | $75.00 |
| Signs | Mar 4 - Mar 30 | | | | $150.75 | |
| | Mar 4 - Mar 30 | Overdelivery credit [?] | | | $-75.75 | |
| | Total advertising charges for Signs | | | | | $75.00 |
| Team | Mar 1 - Mar 30 | | | | $26.38 | |
| | Mar 1 - Mar 30 | Overdelivery credit [?] | | | $-11.04 | |
| | Total advertising charges for Team | | | | | $15.34 |
| Total advertising charges | | | | | | $302.74 |

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

GOOG-HN 21651
CONFIDENTIAL

AW: Invoice Details                                                    **REDACTED**



bhanson+client@industrialprinting.com
934-396-2830

| Help | Sign out

| | Campaign Management | Reports | Analytics | My Account |

Billing Summary |                | Billing Preferences |           | Account Preferences |

Billing Summary > Invoice Details - Mar 31, 2005

## Invoice Details

Printable Invoice

| Invoice Details | |
| --- | --- |
| Invoice date: | March 31, 2005 9:31:29 AM PST |
| Invoice number: | 6635817040-444 |
| Invoice amount: | $675.92 |
| Tax assessed: | $0.00 |

**Account Adjustments and Fees: Mar 1 - Mar 31**

| Date and Time | Credits | Fees | Total |
| --- | --- | --- | --- |
| Total adjustments and fees | | | $0.00 |

**Advertising Costs Charged To This Invoice**
The table below shows costs that were charged to this invoice (if any). Some of the billable activity may have occurred in previous months, as the 'Date Range' column indicates.

If you see the same date range on more than one line, don't worry. Additional costs may be reported after we bill you for a given time period. When our system recognizes billable activity, it is added to your account reports for the appropriate date and you'll be charged for it on your next bill.

| Campaign | Date Range | Billable Activity | Amount of Activity | Budget | Amount | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Campaign #29 | Mar 25 - Mar 31 | | | | $135.96 | |
| | | Total advertising charges for Campaign #29 | | | | $135.96 |
| Contract Decorating | Mar 1 - Mar 31 | | | | $54.39 | |
| | Mar 1 - Mar 31 | Overdelivery credit [?] | | | $-9.40 | |
| | | Total advertising charges for Contract Decorating | | | | $44.99 |
| Hardhats | Mar 8 - Mar 31 | | | | $239.71 | |
| | Mar 8 - Mar 31 | Overdelivery credit [?] | | | $-14.72 | |
| | | Total advertising charges for Hardhats | | | | $224.99 |
| Signs | Mar 4 - Mar 31 | | | | $224.98 | |
| | | Total advertising charges for Signs | | | | $224.99 |
| Team | Mar 1 - Mar 31 | | | | $44.99 | |
| | | Total advertising charges for Team | | | | $44.99 |
| Total advertising charges | | | | | | $675.92 |

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

GOOG-HN 21652
CONFIDENTIAL

AW: Invoice Details

 **Google** AdWords

bhanson+client@industrialprinting.com
934-396-2830

| Help | Sign out

| Campaign Management · | Reports | Analytics | **My Account** |
|---|---|---|---|
| Billing Summary | | | Billing Preferences | | | Account Preferences | |

Billing Summary > Invoice Details - Mar 31, 2005

## Invoice Details

Printable invoice

| Invoice Details | |
|---|---|
| Invoice date: | March 31, 2005 3:33:42 PM PST |
| Invoice number: | 8635817040-445 |
| Invoice amount: | $258.95 |
| Tax assessed: | $0.00 |

**Account Adjustments and Fees:** Mar 1 - Mar 31

| Date and Time | Credits | Fees | Total |
|---|---|---|---|
| Total adjustments and fees | | | $0.00 |

**Advertising Costs Charged To This Invoice**
The table below shows costs that were charged to this invoice (if any). Some of the billable activity may have occurred in previous months, as the 'Date Range' column indicates.

If you see the same date range on more than one line, don't worry. Additional costs may be reported after we bill you for a given time period. When our system recognizes billable activity, it is added to your account reports for the appropriate date and you'll be charged for it on your next bill.

| Campaign | Date Range | Billable Activity | Amount of Activity | Budget | Amount | Total |
|---|---|---|---|---|---|---|
| Campaign #29 | Mar 25 - Mar 31 | | | | $78.95 | |
| | Total advertising charges for Campaign #29 | | | | | $78.95 |
| Contract Decorating | Mar 1 - Mar 31 | | | | $15.00 | |
| | Total advertising charges for Contract Decorating | | | | | $15.00 |
| Hardhats | Mar 8 - Mar 31 | | | | $75.00 | |
| | Total advertising charges for Hardhats | | | | | $75.00 |
| Signs | Mar 4 - Mar 31 | | | | $75.00 | |
| | Total advertising charges for Signs | | | | | $75.00 |
| Team | Mar 1 - Mar 31 | | | | $30.46 | |
| | Mar 1 - Mar 31 | Overdelivery credit [?] | | | $-15.46 | |
| | Total advertising charges for Team | | | | | $15.00 |
| **Total advertising charges** | | | | | | **$258.95** |

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

GOOG-HN 21653
CONFIDENTIAL

AW: Invoice Details



bhanson+client@industrialprinting.com
934-396-2830

| Help | Sign out

Campaign Management    Reports    Analytics    | My Account

Billing Summary |                    | Billing Preferences |                | Account Preferences |

Billing Summary > Invoice Details - Apr 4, 2005

## Invoice Details

Printable Invoice

| Invoice Details | |
|---|---|
| Invoice date: | April 4, 2005 7:17:46 PM PDT |
| Invoice number: | 6635817040-446 |
| Invoice amount: | $2,750.96 |
| Tax assessed: | $0.00 |

**Account Adjustments and Fees:** Mar 1 - Apr 4

| Date and Time | Credits | Fees | Total |
|---|---|---|---|
| Total adjustments and fees | | | $0.00 |

**Advertising Costs Charged To This Invoice**
The table below shows costs that were charged to this invoice (if any). Some of the billable activity may have occurred in previous months, as the 'Date Range' column indicates.

If you see the same date range on more than one line, don't worry. Additional costs may be reported after we bill you for a given time period. When our system recognizes billable activity, it is added to your account reports for the appropriate date and you'll be charged for it on your next bill.

| Campaign | Date Range | Billable Activity | Amount of Activity | Budget | Amount | Total |
|---|---|---|---|---|---|---|
| Campaign #29 | Mar 25 - Mar 31 | | | | $1.71 | |
| | Apr 1 - Apr 4 | | | | $32.02 | |
| | Total advertising charges for Campaign #29 | | | | | $33.73 |
| Campaign #30 | Apr 1 - Apr 4 | | | | $261.27 | |
| | Total advertising charges for Campaign #30 | | | | | $261.27 |
| Contract Decorating | Mar 1 - Mar 31 | | | | $22.49 | |
| | Apr 1 - Apr 4 | | | | $94.75 | |
| | Apr 1 - Apr 4 | Overdelivery credit [?] | | | $-56.27 | |
| | Total advertising charges for Contract Decorating | | | | | $60.97 |
| Hardhats | Mar 8 - Mar 31 | | | | $117.33 | |
| | Apr 1 - Apr 4 | | | | $899.93 | |
| | Mar 8 - Mar 31 | Overdelivery credit [?] | | | $-4.88 | |
| | Total advertising charges for Hardhats | | | | | $1,012.38 |
| Mousepads | Apr 1 - Apr 4 | | | | $179.98 | |
| | Total advertising charges for Mousepads | | | | | $179.98 |
| Signs | Mar 4 - Mar 31 | | | | $100.23 | |
| | Apr 1 - Apr 4 | | | | $899.93 | |
| | Total advertising charges for Signs | | | | | $1,000.16 |
| Team | Mar 1 - Mar 31 | | | | $22.49 | |
| | Apr 1 - Apr 4 | | | | $179.98 | |
| | Total advertising charges for Team | | | | | $202.47 |
| Total advertising charges | | | | | | $2,750.96 |

GOOG-HN 21654
CONFIDENTIAL

**REDACTED**

AW: Invoice Details

GOOG-HN 21655
CONFIDENTIAL