# EXHIBIT 3



AW: Invoice Details

**Google AdWords** — problems@homeworksolver.net  
855-164-5490

| Help | Sign out

| Campaign Management | Reports | Analytics | My Account |

| Billing Summary | | Billing Preferences | | Account Preferences |

Billing Summary > Invoice Details - Apr 14, 2005

## Invoice Details

Printable invoice

| Invoice Details | |
|---|---|
| Invoice date: | April 14, 2005 5:14:34 AM PDT |
| Invoice number: | 8096319070-19 |
| Invoice amount: | $67.86 |
| Tax assessed: | $0.00 |

**Account Adjustments and Fees:** Mar 1 - Apr 14

| Date and Time | Credits | Fees | Total |
|---|---|---|---|
| Total adjustments and fees | | | $0.00 |

**Advertising Costs Charged To This Invoice**

The table below shows costs that were charged to this invoice (if any). Some of the billable activity may have occurred in previous months, as the 'Date Range' column indicates.

If you see the same date range on more than one line, don't worry. Additional costs may be reported after we bill you for a given time period. When our system recognizes billable activity, it is added to your account reports for the appropriate date and you'll be charged for it on your next bill.

| Campaign | Date Range | Billable Activity | Amount of Activity | Budget | Amount | Total |
|---|---|---|---|---|---|---|
| Campaign #1 | Mar 1 - Mar 31 | | | | $32.83 | |
| | Apr 1 - Apr 14 | | | | $48.16 | |
| | Mar 1 - Apr 14 | Overdelivery credit [?] | | | $-13.13 | |
| | Total advertising charges for Campaign #1 | | | | | $67.86 |
| **Total advertising charges** | | | | | | $67.86 |

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

GOOG-HN 21676
CONFIDENTIAL

Google AdWords — problems@homeworksolver.net   855-164-5490

| Help | Sign out

Campaign Management | Reports | Analytics | My Account

Billing Summary | | Billing Preferences | | Account Preferences |

Billing Summary > Invoice Details - May 2, 2005

## Invoice Details

Printable Invoice

**Invoice Details**

| | |
|---|---|
| Invoice date: | May 2, 2005 12:26:02 PM PDT |
| Invoice number: | 8096319070-21 |
| Invoice amount: | $25.94 |
| Tax assessed: | $0.00 |

**Account Adjustments and Fees:** Apr 14 - May 2

| | Date and Time | Credits | Fees | Total |
|---|---|---|---|---|
| Service Adjustment [?] | May 2, 2005 12:26:02 PM PDT | $-3.35 | | |
| Total adjustments and fees | | | | $-3.35 |

**Advertising Costs Charged To This Invoice**

The table below shows costs that were charged to this invoice (if any). Some of the billable activity may have occurred in previous months, as the 'Date Range' column indicates.

If you see the same date range on more than one line, don't worry. Additional costs may be reported after we bill you for a given time period. When our system recognizes billable activity, it is added to your account reports for the appropriate date and you'll be charged for it on your next bill.

| Campaign | Date Range | Billable Activity | Amount of Activity | Budget | Amount | Total |
|---|---|---|---|---|---|---|
| Campaign #1 | Apr 14 - Apr 25 | Clicks | 326 | $10.00/day | $33.39 | |
| | Apr 14 - Apr 25 | Overdelivery credit [?] | | | $-4.10 | |
| | | Total advertising charges for Campaign #1 | | | | $29.29 |
| **Total advertising charges** | | | | | | $29.29 |

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

GOOG-HN 21677
CONFIDENTIAL