| | |
|---|---|
| 1 | DAVID T. BIDERMAN, Bar No. 101577<br>JUDITH B. GITTERMAN, Bar No. 115661 |
| 2 | M. CHRISTOPHER JHANG, Bar No. 211463<br>**PERKINS COIE LLP** |
| 3 | Four Embarcadero Center, Suite 2400<br>San Francisco, CA  94111-4131 |
| 4 | Telephone:  (415) 344-7000<br>Facsimile:  (415) 344-7050 |
| 5 | Email: DBiderman@perkinscoie.com<br>Email: JGitterman@perkinscoie.com |
| 6 | Email: CJhang@perkinscoie.com |
| 7 | Attorneys for Defendant Google Inc. |
| 8 | |
| 9 | UNITED STATES DISTRICT COURT |
| 10 | NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION |
| 11 | |

| | | |
|---|---|---|
| 12 | CLRB HANSON INDUSTRIES, LLC d/b/a<br>INDUSTRIAL PRINTING, and HOWARD | CASE NO.  C O5-03649 JW |
| 13 | STERN, on behalf of themselves and all others<br>similarly situated, | **DECLARATION OF M.**<br>**CHRISTOPHER JHANG** |
| 14 | | |
| 15 | Plaintiffs, | |
| 16 | v. | |
| 17 | GOOGLE, INC., | |
| 18 | Defendant. | |

19

20    I, M. Christopher Jhang, declare as follows:

21    1.    I am an attorney duly licensed to practice law in all of the courts of the State of

22  California and this Court, and am an attorney with the law firm of Perkins Coie LLP, counsel for

23  defendant Google Inc. ("Google") in this action.  I submit this declaration in support of Google's

24  Motion for Summary Judgment, or in the Alternative, for Summary Adjudication.  I have

25  personal knowledge of the facts set forth below except as to those matters stated on information

26  and belief, and as to those matters, I believe them to be true.  If called upon to testify, I could and

27  would testify competently as to the matters set forth herein.

28

DECLARATION OF M. CHRISTOPHER JHANG
CASE NO. 05-03649

[41063-0023/BY062740.011]

Dockets.Justia.com

-2-

1       2.    Attached hereto as Exhibit A are true and correct copies of excerpts of the
2   deposition transcript of Brett R. Hanson, plaintiff CLRB Hanson Industries, LLC, d/b/a
3   Industrial Printing's representative, taken in this case on August 18, 2006.
4       3.    Attached hereto as Exhibit B are true and correct copies of excerpts of the
5   deposition transcript of plaintiff Howard Stern, taken in this case on August 16, 2006.
6       4.    On August 15, 2006, I printed the Google Inc. Advertising Program Terms from
7   the Google AdWords web site. Attached hereto as Exhibit C is a true and correct copy of that
8   document.
9       5.    On August 14, 2006, I printed the Google Inc.'s AdWords Frequently Asked
10  Questions ("FAQs") from the Google AdWords web site. Attached hereto as Exhibit D are true
11  and correct copies of excerpts of that document.
12      6.    Attached hereto as Exhibit E is a true and correct copy (without exhibits) of the
13  Class Action Complaint styled as *CLRB Hanson Industries, LLC d/b/a Industrial Printing v.*
14  *Google, Inc.*, filed in the Superior Court of California, for the County of Santa Clara, on August
15  3, 2005.
16      I declare under penalty of perjury under the laws of the State of California and the United
17  States that the foregoing is true and correct.
18      Executed this 2nd day of October, 2006, at San Francisco, California.

                                                  /S/
                                       M. Christopher Jhang