# EXHIBIT B

Dockets.Justia.com

1

2   UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA
3   SAN JOSE DIVISION
    ------------------------------------x
4   CLRB HANSON INDUSTRIES, LLC d/b/a
    INDUSTRIAL PRINTING, and HOWARD
5   STERN, on behalf of themselves and
    all others similarly situated,
6
                            Plaintiffs,
7
            v.                      Case No.
8                                   05-03639 JW
    GOOGLE, INC.,
9
                            Defendant.
10  ------------------------------------x

11                      August 16, 2006

12                      11:19 a.m.

13

14          VIDEOTAPED DEPOSITION of HOWARD

15      STERN, taken by Defendant, pursuant to

16      notice, held at the offices of Thacher

17      Proffitt & Wood, 2 World Financial

18      Center, New York, New York, before

19      Amy E. Sikora, CRR, CSR, RPR, Certified

20      Realtime Reporter, Certified Shorthand

21      Reporter, Registered Professional

22      Reporter, and Notary Public within and

23      for the State of New York.

24

25

                        1

BARKLEY
Court Reporters

1               H. Stern

12:01   2       A.      I've gone back to the current

12:01   3   campaign management screen.

12:01   4       Q.      Okay.   To modify your keywords?

12:01   5       A.      Yes.

12:01   6       Q.      Okay.   And then I show you a

12:01   7   document which is going to be Exhibit 8.

12:01   8               (Exhibit No. 8, Google screen

12:01   9           shot, Google AdWords.   Choose A

12:01   10          Currency, marked for identification as

12:01   11          of this date.)

12:02   12      Q.      And it's a two-page document.

12:02   13  It says, "Google AdWords.   Choose A

12:02   14  Currency."

12:02   15              Do you see that?

12:02   16      A.      Yes.

12:02   17      Q.      And at the time that you signed

12:02   18  up, was there an option for choosing a

12:02   19  currency; do you recall that?

12:02   20      A.      I don't recall that.

12:02   21      Q.      Okay.   And then the next option

12:02   22  is the daily budget option.   Do you see that?

12:02   23      A.      Yes.

12:02   24      Q.      And there was an option for a

12:02   25  daily budget at the time that you signed up;

42

BARKLEY
Court Reporters

|       |    | H. Stern |
|-------|----|----------|
| 12:02 | 2  | correct? |
| 12:02 | 3  | A.    Yes. |
| 12:02 | 4  | Q.    And when you first signed up, |
| 12:02 | 5  | what daily budget did you enter? |
| 12:02 | 6  | A.    I believe, $10. |
| 12:02 | 7  | Q.    And how long did you have the |
| 12:02 | 8  | $10 daily budget, as best as you can recall? |
| 12:02 | 9  | A.    Several months, at a minimum.  I |
| 12:02 | 10 | know that I increased it to $15.  I can't |
| 12:02 | 11 | recall when that happened. |
| 12:02 | 12 | Q.    Okay.  And on this particular |
| 12:02 | 13 | exhibit, I'll represent to you that on the |
| 12:03 | 14 | current sign-up program for Google that if |
| 12:03 | 15 | you see the term "the daily budget," there is |
| 12:03 | 16 | a question mark thereafter.  There is a link |
| 12:03 | 17 | to a definition of daily budget. |
| 12:03 | 18 | Do you recall looking at any |
| 12:03 | 19 | links or any definitions of daily budgets |
| 12:03 | 20 | when you signed up for the AdWords program? |
| 12:03 | 21 | A.    I don't recall that there was an |
| 12:03 | 22 | option like they have here to do that. |
| 12:03 | 23 | Q.    Okay.  And did you -- did you |
| 12:03 | 24 | look at any definitions to the daily budget, |
| 12:03 | 25 | whether through that option or otherwise, |

43

BARKLEY
Court Reporters

|       |    | H. Stern |
|-------|----|----------|
| 12:03 | 2  | when you signed up for the Google AdWords |
| 12:03 | 3  | program? |
| 12:03 | 4  | A.    No, daily budget seemed |
| 12:03 | 5  | self-explanatory.  I had no reason to look up |
| 12:03 | 6  | what daily budget meant. |
| 12:03 | 7  | Q.    Okay.  And other than reading |
| 12:03 | 8  | the information that was displayed to you -- |
| 12:03 | 9  | well, backing up.  Did you read the |
| 12:03 | 10 | information that described the daily budget |
| 12:03 | 11 | when you signed up? |
| 12:04 | 12 | A.    I don't know what you mean by |
| 12:04 | 13 | the information describing -- I don't know |
| 12:04 | 14 | where that would have been located. |
| 12:04 | 15 | Q.    There was -- there was a box |
| 12:04 | 16 | that you filled in where you put in the $10; |
| 12:04 | 17 | right? |
| 12:04 | 18 | A.    Yes. |
| 12:04 | 19 | Q.    Okay.  And there was some -- do |
| 12:04 | 20 | you recall that there was in fact some text |
| 12:04 | 21 | surrounding that box? |
| 12:04 | 22 | A.    Nothing other than perhaps daily |
| 12:04 | 23 | budget. |
| 12:04 | 24 | Q.    Okay.  So as you sit here today, |
| 12:04 | 25 | the only text that you recall that |

44

HOWARD STERN

BARKLEY
Court Reporters

H. Stern

| | | |
|---|---|---|
| 12:04 | 2 | surround -- that accompanied the box where |
| 12:04 | 3 | you entered the daily budget was the term |
| 12:04 | 4 | "daily budget"? |
| 12:04 | 5 | A.    I can't say for sure if there |
| 12:04 | 6 | was other words or text surrounding it, but I |
| 12:04 | 7 | believe there was a box for daily budget, and |
| 12:04 | 8 | that's about all I can recall. |
| 12:04 | 9 | Q.    Okay.  And do you recall that |
| 12:04 | 10 | you read any text surrounding the box that |
| 12:04 | 11 | defined the daily budget? |
| 12:04 | 12 | A.    I'm sure I read any words that |
| 12:04 | 13 | surround the daily budget.  I can't say that |
| 12:04 | 14 | I clicked on any hot links associated with |
| 12:05 | 15 | those words. |
| 12:05 | 16 | Q.    Then Exhibit 9 is a two-page |
| 12:05 | 17 | document. |
| 12:05 | 18 | (Exhibit No. 9, Google screen |
| 12:05 | 19 | shot, Google AdWords.  Review Your |
| 12:05 | 20 | Selections, marked for identification |
| 12:05 | 21 | as of this date.) |
| 12:05 | 22 | Q.    It says on the top, "Google |
| 12:05 | 23 | AdWords.  Review Your Selections." |
| 12:06 | 24 | And do you recall that there was |
| 12:06 | 25 | an option when you signed up for the AdWords |

HOWARD STERN

BARKLEY
Court Reporters

```
                    1              H. Stern
12:19               2    it was negotiable, and a lot of this is legal
12:19               3    boilerplate that I didn't see I needed to
12:20               4    read.
12:20               5         Q.    And did you believe at the time
12:20               6    that you were bound by those standard terms
12:20               7    and conditions?
12:20               8         A.    I believed that by giving my
12:20               9    credit card out and accruing charges I would
12:20              10    be bound to pay for them, yes.  But not that
12:20              11    I read each and every one of these terms and
12:20              12    am bound to those, because, I said before, I
12:20              13    didn't read the terms.
12:20              14         Q.    Okay.  So whether you read --
12:20              15    whether you read them or not, my question is
12:20              16    different.  Is it -- my question is, did you
12:20              17    believe at the time that you were bound by
12:20              18    those standard terms and conditions?
12:20              19         A.    I don't recall acknowledging
12:20              20    that I did, so I can't say that I was bound
12:20              21    by something that I don't recall admitting
12:21              22    that I acknowledged.
12:21              23         Q.    Okay.  And as we sit here today,
12:21              24    do you believe that as a member of the
12:21              25    AdWords program that you are bound by the
```

56

BARKLEY
Court Reporters

1                           H. Stern

12:21    2    standard terms and conditions?

12:21    3        A.    If it's necessary to be in the

12:21    4    AdWords program, yes.

12:21    5        Q.    And there's -- are you familiar

12:21    6    with a feature of the Google AdWords program

12:21    7    known as "Frequently Asked Questions"?

12:21    8        A.    Yeah.  I'm familiar with FAQ's.

12:21    9        Q.    Okay.  Have you ever looked at

12:21    10   the FAQ's?

12:21    11       A.    I'm sure I have.  I can't recall

12:21    12   which one.

12:21    13       Q.    Okay.  And how often have you

12:21    14   looked at the FAQ's?

12:21    15       A.    I can't say what number.  I

12:22    16   can't give a range.  I can say that I have

12:22    17   looked at them, but I can't say how often or

12:22    18   which ones.

12:22    19       Q.    Have you spent more than five

12:22    20   minutes looking at the FAQ's?

12:22    21       A.    Over the course of three years,

12:22    22   I would say that's not unreasonable.

12:22    23       Q.    More than an hour?

12:22    24       A.    I can't imagine I spent more

12:22    25   than an hour.

                            57

BARKLEY
Court Reporters

1                         H. Stern

12:22    2        Q.      Somewhere between five minutes

12:22    3    and an hour?

12:22    4        A.      I can't say for sure.  I mean,

12:22    5    I'm -- I would be guessing if I -- you know,

12:22    6    over the course of three years if somebody

12:22    7    were to have clocked me every time I looked

12:22    8    at it and added it up, it might have gone

12:22    9    over an hour.  But my gut feeling is I didn't

12:22   10    spend a huge amount of time looking at each

12:22   11    and every FAQ because there were hundreds and

12:22   12    hundreds of them.  So I really don't want to

12:22   13    commit to a time.

12:22   14        Q.      Okay.  Have you ever printed out

12:22   15    any FAQ's?

12:22   16        A.      Not that I recall.

12:23   17        Q.      And the times that you have

12:23   18    looked at the FAQ's, what has prompted you to

12:23   19    look at the FAQ's?

12:23   20        A.      Maybe a billing question.

12:23   21        Q.      And is that -- when you say

12:23   22    "Maybe," you know in fact that you have

12:23   23    because of a billing question, or that's just

12:23   24    a guess?

12:23   25        A.      Well, I changed my credit card

                              58

BARKLEY

1          H. Stern

12:23    2    so I probably wanted to know how to do that

12:23    3    and a frequently asked question would be "How

12:23    4    do you change your credit card."  That would

12:23    5    be a good example of why I would look at an

12:23    6    FAQ.

12:23    7        Q.    Have you ever looked at the

12:23    8    FAQ's to gain additional information about

12:23    9    daily budgets?

12:23    10       A.    I can't recall doing that.

12:23    11       Q.    Do you recall looking at any

12:23    12   FAQ's that pertained to the daily budget?

12:24    13       A.    I recall getting an e-mail from

12:24    14   Google describing the daily budget.  And that

12:24    15   may have prompted me to look at an FAQ, but I

12:24    16   can't say for sure if I looked at one before

12:24    17   I got the e-mail.

12:24    18       Q.    Okay.  And do you know, in fact,

12:24    19   whether you did look at an FAQ relating to

12:24    20   the daily budget after you received the

12:24    21   e-mail from Google?

12:24    22       A.    I think I might have.  I can't

12:24    23   say for certain that I did.  May I say

12:24    24   something?

12:24    25       Q.    Sure.

59

BARKLEY

H. Stern

| | |
|---|---|
| 12:24 | 1 |
| 12:24 | 2 |

A.      When you say "FAQ," would a

12:24  3  hyperlink question mark be considered an FAQ?

12:24  4      Q.      I'm referring to the documents

12:24  5  that are specifically known as FAQ's.  Have

12:25  6  you -- okay.

12:25  7      A.      Okay.

12:25  8      Q.      Have you looked at the hyperlink

12:25  9  question mark?

12:25  10      A.      Yes.

12:25  11      Q.      Okay.  And when did you do that?

12:25  12      A.      A few days ago when I noticed

12:25  13  it.

12:25  14      Q.      Okay.  And -- the hyperlink

12:25  15  question mark relating to the daily budget;

12:25  16  correct?

12:25  17      A.      Yes.

12:25  18      Q.      And as we sit here today, other

12:25  19  than a few days ago looking at the hyperlink

12:25  20  question mark relating to the daily budget,

12:25  21  and other than the e-mails, any other

12:25  22  recollection of looking at information

12:25  23  provided by Google pertaining to the daily

12:25  24  budget?

12:26  25      A.      I don't recall.

60

BARKLEY
Court Reporters

```
 1              H. Stern
 2        MR. BIDERMAN:  This would be a
 3    good time for me to take five minutes.
 4        THE VIDEOGRAPHER:  The time is
 5    12:30 p.m.  We're off the record.
 6        (Recess taken.)
 7        THE VIDEOGRAPHER:  The time is
 8    12:43 p.m.  We're back on the record.
 9  BY MR. BIDERMAN:
10    Q.    I'm going to show you a document
11  which we're going to mark as next in order,
12  which is Exhibit 14.  It's entitled "Google
13  AdWords Daily Budget."  A one-page document.
14        (Exhibit No. 14, Google screen
15    shot, Google AdWords Daily Budget,
16    marked for identification as of this
17    date.)
18    Q.    Take a look at that document.
19    A.    Okay.  Okay.
20    Q.    And do you recall that that's,
21  in fact, the text that you saw a couple of
22  days ago when you hit the hyperlink on the
23  question mark?
24    A.    It seems similar, yes.
25    Q.    Okay.  And that -- that text
```

61

HOWARD STERN

BARKLEY

|       |    |                                                    |
|-------|----|----------------------------------------------------|
|       | 1  | H. Stern                                           |
| 12:42 | 2  | states that "On a single day the AdWords           |
| 12:42 | 3  | system may deliver up to 20 percent more ads       |
| 12:42 | 4  | than your daily budget calls for."                 |
| 12:42 | 5  | Do you see that statement?                          |
| 12:42 | 6  | A.    Yes, I do.                                    |
| 12:42 | 7  | Q.    Okay.  And you saw that                       |
| 12:42 | 8  | statement at the time that you looked at it a      |
| 12:42 | 9  | few days ago?                                       |
| 12:42 | 10 | A.    I believe this is similar, yes.              |
| 12:42 | 11 | Q.    Okay.  And prior to that time,              |
| 12:42 | 12 | did you have an understanding one way or the        |
| 12:42 | 13 | other about what -- how a daily budget              |
| 12:42 | 14 | worked?                                             |
| 12:42 | 15 | A.    When I signed up, this was not              |
| 12:42 | 16 | something I saw, so I only knew a daily             |
| 12:42 | 17 | budget when I signed up based on just seeing        |
| 12:42 | 18 | the words "daily budget."                           |
| 12:43 | 19 | Q.    Okay.  And when you signed up --            |
| 12:43 | 20 | okay.  And other than this Exhibit 14 and the       |
| 12:43 | 21 | e-mails that you've received from Google and        |
| 12:43 | 22 | whatever text appeared in the box where you         |
| 12:43 | 23 | entered the daily budget, have you received         |
| 12:43 | 24 | any other information, you, yourself, read          |
| 12:43 | 25 | any other information describing how a daily        |

62

HOWARD STERN

BARKLEY
Court Reporters

|       |    |                                                    |
|-------|----|----------------------------------------------------|
|       | 1  | H. Stern                                           |
| 12:43 | 2  | budget works?                                      |
| 12:43 | 3  | A.    Nothing, other than what you                 |
| 12:43 | 4  | just said.                                         |
| 12:43 | 5  | Q.    Okay.  And so you never read any             |
| 12:43 | 6  | FAQ's concerning a daily budget?                   |
| 12:43 | 7  | A.    I don't recall reading them.                 |
| 12:44 | 8  | Q.    Okay.  And then I'll show you a              |
| 12:44 | 9  | document that is -- is a printout of the           |
| 12:44 | 10 | FAQ's that were available at the time that         |
| 12:44 | 11 | you signed up.  Represent to you.  It's a         |
| 12:44 | 12 | document that's entitled "Basics                   |
| 12:44 | 13 | 4-14-03.html."  Bates No. GOOG-HN-20823           |
| 12:44 | 14 | through 21335.                                     |
| 12:44 | 15 | (Stern Exhibit No. 15, document                    |
| 12:44 | 16 | entitled:  Basics 4-14-03.html, bearing            |
| 12:44 | 17 | Bates No.~GOOG-HN-20823 through                     |
| 12:44 | 18 | GOOG-HN-21335, marked for                           |
| 12:44 | 19 | identification as of this date.)                   |
| 12:44 | 20 | A.    Page?                                         |
| 12:44 | 21 | Q.    Good question.  It should be                 |
| 12:45 | 22 | 20888.  That's the page I'm referring to.          |
| 12:45 | 23 | I'm sorry, it's the second document in these        |
| 12:45 | 24 | attachments.  I didn't realize when I marked       |
| 12:45 | 25 | these --                                           |

63

HOWARD STERN

BARKLEY

H. Stern

2     A.     I have 20888.

3     Q.     Okay.  Good.  And do you see

4 that there's -- that page states, question

5 No. 1, "What is a daily budget?"

6        Do you see that?

7     A.     Yes.

8     Q.     And question No. 2 is, "Why did

9 I receive more clicks than my daily budget on

10 a particular day?"

11        Do you see that?

12     A.     Yes.

13     Q.     And do you see the text that

14 states, the second sentence of the first

15 paragraph, "To account for this and maximize

16 the potential for your advertising, Google

17 may allow up to 20 percent more clicks in one

18 day than your daily budget specifies."

19        Do you see that?

20     A.     Yes.

21     Q.     And as you look at this text,

22 sir, do you have any recollection of reading

23 this text prior to today?

24     A.     I believe something like this

25 was similar in e-mails that I received from

64

HOWARD STERN

BARKLEY

|       |    | H. Stern |
|-------|----|----------|
| 12:46 | 2  | AdWords. |
| 12:46 | 3  | Q.    Okay.  And prior to receiving |
| 12:46 | 4  | the e-mails from AdWords, did you -- did you |
| 12:46 | 5  | review this text prior to that time? |
| 12:46 | 6  | A.    No, I never saw this prior to |
| 12:46 | 7  | that. |
| 12:46 | 8  | Q.    And as we sit here today, do you |
| 12:46 | 9  | understand, in fact, that the way the AdWords |
| 12:46 | 10 | program works, that Google may allow up to |
| 12:46 | 11 | 20 percent more clicks in one day than your |
| 12:46 | 12 | daily budget specifies? |
| 12:47 | 13 | A.    It seems to be in the FAQ's. |
| 12:47 | 14 | Q.    Okay.  And if you take a look at |
| 12:47 | 15 | the term -- take a look at Exhibit 13, sir. |
| 12:47 | 16 | A.    Oh, 13? |
| 12:47 | 17 | Q.    Yes.  That's the one that's |
| 12:47 | 18 | previously been marked.  If you look at the |
| 12:47 | 19 | introduction there, the first paragraph under |
| 12:47 | 20 | the heading, do you see the statement that |
| 12:47 | 21 | says, "This agreement between you and Google, |
| 12:47 | 22 | Inc., consists of these AdWords standard |
| 12:47 | 23 | terms and conditions and the Google AdWords |
| 12:47 | 24 | program Frequently Asked Questions." |
| 12:47 | 25 | Do you see that? |

65

HOWARD STERN

BARKLEY
Court Reporters

H. Stern

12:47   2      A.      Yes.

12:47   3      Q.      And, sir, is it your

12:47   4   understanding that your agreement with Google

12:47   5   contemplates that the daily budget may

12:47   6   deliver -- I'm sorry, that Google may deliver

12:47   7   up to 20 percent more clicks in one day than

12:48   8   your daily budget specifies?

12:48   9      A.      That's what the FAQ's state.

12:48   10     Q.      Okay.  And is it your

12:48   11  understanding that that is your agreement

12:48   12  with Google as part of the AdWords program?

12:48   13     A.      I would say if I agreed to these

12:48   14  terms and conditions, yes.

12:48   15     Q.      And -- and do you believe that

12:48   16  Google has ever charged you for an amount in

12:48   17  excess of --

12:48   18          MR. BIDERMAN:  Withdraw that

12:48   19     question.

12:49   20     Q.      Let me -- do you believe that

12:49   21  Google has ever charged you in excess of

12:49   22  120 percent of your daily budget for

12:49   23  advertising for one day?

12:49   24     A.      Yes.

12:49   25     Q.      Okay.  And what made you reach

66

HOWARD STERN

BARKLEY
Court Reporters

1                    H. Stern

12:49    2    that conclusion?

12:49    3         A.    I ran a report that showed me my

12:49    4    daily budget and the amount I was charged for

12:49    5    that day.  And I found many instances where

12:49    6    it was well in excess of 120 percent.

12:49    7         Q.    Okay.  And did you provide a

12:49    8    copy of that report to your counsel?

12:49    9         A.    It was a spreadsheet.

12:49    10        Q.    Yes.

12:49    11        A.    Yes.

12:49    12        Q.    Okay.  And I'll show you a

12:50    13   document -- and the spreadsheet that was run,

12:50    14   was it one that you did on Excel?

12:50    15        A.    It was saved in Excel from an

12:50    16   AdWords report.

12:50    17        Q.    Okay.  And do you -- is that

12:50    18   spreadsheet still part of your AdWords

12:50    19   profile, if you know?

12:50    20        A.    I don't know what you mean by my

12:51    21   profile.

12:51    22        Q.    Is it still -- is it still

12:51    23   resident on your AdWords program?

12:51    24        A.    I didn't purposely save it, I

12:51    25   just ran it and looked at it.  I don't think

67

HOWARD STERN

BARKLEY

1                    H. Stern

13:01    2        A.      Yes.   That's the percent the

13:01    3    cost exceeded the daily budget.

13:01    4        Q.      Okay.  And these campaigns --

13:01    5    did the campaign run every day?

13:01    6        A.      No.

13:01    7        Q.      Okay.  You had paused your

13:01    8    campaign; is that correct?

13:01    9        A.      Yes.

13:01   10        Q.      And how often do you pause your

13:01   11    campaign?

13:01   12        A.      I pause it every day that I have

13:01   13    it running, and I may keep it paused until I

13:01   14    restart the campaign.

13:01   15        Q.      And why do you pause the

13:02   16    campaign?

13:02   17        A.      To prevent the ads from

13:02   18    appearing.

13:02   19        Q.      And is there any particular

13:02   20    reason why you pause it on certain days

13:02   21    versus others?

13:02   22        A.      I pause it on the weekends

13:02   23    because I don't think people are going to be

13:02   24    responding, and I'm not available to work on

13:02   25    these problems on the weekends.

75

HOWARD  STERN

BARKLEY

1                H. Stern

13:02    2      Q.     Any other times?

13:02    3      A.     No.

13:02    4      Q.     So typically you just pause it

13:02    5   on the weekends, is that fair to say?

13:02    6      A.     Most of the time I pause them on

13:02    7   the weekends.  I might pause it, if I'm going

13:02    8   to be out of my home on vacation.

13:02    9      Q.     Any other reasons?

13:02   10      A.     I can't think of other reasons

13:02   11   right now, but there may be other reasons.

13:02   12      Q.     And the amount of the -- that

13:02   13   you reflect as cost, is that taken from the

13:03   14   AdWords program which has an entry that

13:03   15   defines cost?

13:03   16      A.     Probably the field that's the

13:03   17   daily cost.

13:03   18      Q.     Okay.  And have you made any

13:03   19   effort to see whether the cost that appears

13:03   20   on the -- under the entry described as "Cost"

13:03   21   in the AdWords program corresponds to the

13:03   22   charges against your credit card?

13:03   23      A.     I've made an attempt, but it's

13:03   24   complicated, because I get billed on a day

13:03   25   that's not the end of the month.  So the June

HOWARD STERN

BARKLEY

H. Stern

1
13:03  2  billing, as an example, may not refer to all

13:03  3  charges in June.  It may refer to some in May

13:03  4  and some in June.  So I really have never

13:03  5  reconciled it to the penny.

13:03  6       Q.    Okay.  And the times that

13:03  7  you've -- when you have attempted to try to

13:03  8  reconcile the cost that appears on the credit

13:03  9  card versus the cost that -- I'm sorry, the

13:04  10  charges that appear on the credit card --

13:04  11       MR. BIDERMAN:  Let me withdraw

13:04  12    the question.

13:04  13       Q.    The times that you've attempted

13:04  14  to reconcile the charges that appear on the

13:04  15  credit card against the information that's

13:04  16  described as "Cost" on the AdWords program,

13:04  17  how have you done so?

13:04  18       A.    I try to come up with a month's

13:04  19  worth of costs and link it to a charge of the

13:04  20  same amount.

13:04  21       Q.    Okay.  And have you been able to

13:04  22  do that?

13:04  23       (Telephone interruption.)

13:05  24       A.    I don't recall if I was able to

13:05  25  do it exactly, to get an exact

77

HOWARD STERN

BARKLEY

|  | 1 | H. Stern |
| 13:05 | 2 | reconciliation. |
| 13:05 | 3 | Q.    Did you do that on a computer or |
| 13:05 | 4 | by hand? |
| 13:05 | 5 | A.    Oh, on a computer. |
| 13:05 | 6 | Q.    Did you do it on a computer or |
| 13:05 | 7 | by hand? |
| 13:05 | 8 | A.    On a computer. |
| 13:05 | 9 | Q.    Okay.  And have you saved the |
| 13:05 | 10 | calculations that you've done on that |
| 13:05 | 11 | computer? |
| 13:05 | 12 | A.    No. |
| 13:05 | 13 | Q.    And have you saved the credit |
| 13:05 | 14 | card charges? |
| 13:05 | 15 | A.    Not my statements. |
| 13:05 | 16 | Q.    And how many times have you |
| 13:05 | 17 | tried to do that kind of reconciliation? |
| 13:05 | 18 | A.    At least once.  I don't think I |
| 13:05 | 19 | tried it more than once or twice. |
| 13:06 | 20 | Q.    Okay.  And on any of the days |
| 13:06 | 21 | entered here, did you change the daily budget |
| 13:06 | 22 | during the course of the day? |
| 13:06 | 23 | A.    I don't recall. |
| 13:06 | 24 | Q.    And, for example, on 8/19, |
| 13:06 | 25 | 2004 -- sometime between -- |

HOWARD STERN

BARKLEY

1          H. Stern

13:06    2          MR. BIDERMAN:  Withdraw that

13:06    3     question.

13:06    4          Q.     Were you running ads on --

13:06    5     referring back to Exhibit 18, were you

13:06    6     running ads on days during this time period,

13:06    7     other than the days that are reflected on

13:06    8     this document?

13:06    9          A.     Yes.

13:06    10          Q.     And why are those days not

13:07    11     listed here?

13:07    12          A.     Because they were neither over

13:07    13     budget or 20 percent over budget.

13:07    14          Q.     Okay.  And do you have a record

13:07    15     of the days that you were paused?

13:07    16          A.     Not explicitly.

13:07    17          Q.     When you say "Not explicitly,"

13:07    18     what do you mean?

13:07    19          A.     I have days that I know I ran,

13:07    20     so the days that were not the days that I ran

13:07    21     were the days that I was paused.

13:07    22          Q.     Okay.  And the days that you ran

13:07    23     appear in the AdWords profile?

13:07    24          A.     They appear in the report, the

13:07    25     entire report.

79

HOWARD STERN

BARKLEY

|       |    | H. Stern |
|-------|----|----------|
| 13:07 | 1  | |
| 13:07 | 2  | Q.     Okay.  So just backing up, I |
| 13:07 | 3  | take it there's a larger document from which |
| 13:07 | 4  | this one, Exhibit 18, was generated, a larger |
| 13:07 | 5  | report? |
| 13:07 | 6  | A.     Yes. |
| 13:07 | 7  | Q.     Okay.  And where is that report? |
| 13:07 | 8  | A.     On the spreadsheet. |
| 13:07 | 9  | Q.     Okay.  And is that the |
| 13:07 | 10 | spreadsheet that you gave to counsel? |
| 13:07 | 11 | A.     Yes. |
| 13:07 | 12 | Q.     Okay.  I must have misunderstood |
| 13:07 | 13 | you.  And then how was this Exhibit 18 |
| 13:08 | 14 | prepared from the spreadsheet that you gave |
| 13:08 | 15 | to counsel? |
| 13:08 | 16 | A.     It was an extract of only those |
| 13:08 | 17 | days that were either over budget or |
| 13:08 | 18 | 20 percent over budget. |
| 13:08 | 19 | Q.     Okay.  And did you -- did you |
| 13:08 | 20 | yourself do the extract? |
| 13:08 | 21 | A.     Yes. |
| 13:08 | 22 | Q.     And, again, you did this |
| 13:08 | 23 | approximately a month ago? |
| 13:08 | 24 | A.     Yes. |
| 13:08 | 25 | Q.     And how long did it take for you |

HOWARD  STERN

BARKLEY

```
            1                    H. Stern
13:08       2   to do that?
13:08       3          A.     A minute.
13:08       4          Q.     Okay.
13:08       5                 MR. BIDERMAN:  Off the record.
13:08       6                 (Discussion off the record.)
13:08       7          Q.     And this arrow here that's
13:08       8   entered on Exhibit 18 next to 12/14, 2003 --
13:08       9          A.     Yes.
13:08      10          Q.     -- is that your handwriting?
13:08      11          A.     Yes.
13:08      12          Q.     What does that signify?
13:08      13          A.     That's the worst overcharging by
13:09      14   AdWords on a daily basis.
13:09      15          Q.     Okay.  And the 97 and 36, I take
13:09      16   it those are totals; is that correct?
13:09      17          A.     Right.  There were 97 days that
13:09      18   I was over budget, charged over my budget,
13:09      19   and 36 days that I was charged 20 percent
13:09      20   over my budget.
13:09      21          Q.     Okay.  And based on your
13:09      22   understanding of the terms and conditions of
13:09      23   the AdWords program, do you agree, sir, that
13:09      24   if you were charged up to 120 percent of your
13:09      25   daily budget for a given day that that is not
```

81

HOWARD STERN

BARKLEY

```
          1                    H. Stern
13:09     2    a violation of the terms and conditions of
13:09     3    the AdWords program?
13:09     4         A.     Not when I enrolled.
13:09     5         Q.     Could you explain that answer?
13:09     6         A.     When I enrolled, I never saw
13:10     7    those FAQ's.  There was nothing that said
13:10     8    that in the enrollment process.  Now that
13:10     9    you've presented me with the FAQ's, I see
13:10    10    that's part of them.
13:10    11         Q.     Okay.  So as we sit here today,
13:10    12    do you agree that if you were charged up to
13:10    13    but not over 120 percent of the daily budget
13:10    14    for a given day that that is not a violation
13:10    15    of the terms and conditions of the AdWords
13:10    16    program that applies to you?
13:10    17         A.     Now I do, yes.
13:10    18         Q.     And have you --
13:10    19              MR. BIDERMAN:  Okay, withdraw
13:10    20         that.
13:10    21         Q.     Other than the calculation that
13:10    22    you just ran or that you've just provided,
13:10    23    have you attempted to run any other kind of
13:11    24    calculations of what you contend to be
13:11    25    overcharges?
```

82

HOWARD STERN

BARKLEY

1                          H. Stern
13:11    2          A.      No.
13:11    3          Q.      Okay.  And the larger
13:11    4    spreadsheet that you have, I take it that
13:11    5    would reflect all of the days that you were
13:11    6    running ads during the time period from
13:11    7    October 2003 through February 23, 2006; is
13:11    8    that correct?
13:11    9          A.      That was every day that showed
13:11   10    up, yes.
13:11   11          Q.      Okay.  And are you continuing to
13:11   12    run advertisements on the Google search
13:11   13    engine?
13:11   14          A.      Very rarely.
13:12   15          Q.      And are you familiar with the
13:12   16    term "overdelivery credits"?
13:12   17          A.      Somewhat.
13:12   18          Q.      Okay.  What's your understanding
13:12   19    of the term "overdelivery credits"?
13:12   20          A.      If you were charged more than
13:12   21    you were supposed to, you'd get a credit
13:12   22    back.
13:12   23          Q.      Okay.  And have you -- in
13:12   24    preparing this Exhibit 18, have you made any
13:12   25    effort to try to look at any overdelivery

                               83

HOWARD STERN

BARKLEY
Court Reporters

|       |    |                                                      |
|-------|----|------------------------------------------------------|
|       | 1  | H. Stern                                             |
| 14:29 | 2  | Yeah, I see that.                                    |
| 14:29 | 3  | Q.    And do you see the second                      |
| 14:29 | 4  | sentence -- well, do you see it states,              |
| 14:29 | 5  | "Though it sometimes -- "Though it may               |
| 14:29 | 6  | sometimes appear that your daily budget is           |
| 14:29 | 7  | being exceeded, that usually isn't the case.         |
| 14:29 | 8  | Here's why:  Our system works to deliver             |
| 14:29 | 9  | enough ads to fully satisfy your daily budget        |
| 14:30 | 10 | over the course of each month.  That is your         |
| 14:30 | 11 | daily budget times the total number of days          |
| 14:30 | 12 | in the month.  Because page views fluctuate          |
| 14:30 | 13 | from day to day, we may overdeliver ads at a         |
| 14:30 | 14 | given day to make up for potential shortfalls        |
| 14:30 | 15 | in the month.  For instance, if you budget           |
| 14:30 | 16 | U.S. $100 per day in a 30-day month you may          |
| 14:30 | 17 | receive more than U.S. $100 in clicks on a           |
| 14:30 | 18 | given day, but the maximum you would pay is          |
| 14:30 | 19 | U.S. $3,000 for that month."                         |
| 14:30 | 20 | Do you see that?                                     |
| 14:30 | 21 | A.    Yes, I do.                                     |
| 14:30 | 22 | Q.    And is it your understanding                   |
| 14:30 | 23 | that the maximum amount per month that Google        |
| 14:30 | 24 | agrees to charge is the number of days per           |
| 14:30 | 25 | month times the daily budget for that month?         |

91

HOWARD STERN

BARKLEY
Court Reporters

1          H. Stern
14:30    2        A.      No.  I was under the assumption
14:30    3    that it was related to the number of days
14:31    4    your ad is active, and that each day you
14:31    5    wouldn't be charged more than your daily
14:31    6    budget.
14:31    7        Q.      Okay.
14:31    8        A.      Because I never run my ads
14:31    9    everyday.  So this really doesn't apply to my
14:31    10   situation.
14:31    11       Q.      And what made you believe that
14:31    12   you would -- that the days that your campaign
14:31    13   was paused would not be included in that
14:31    14   calculation?
14:31    15       A.      Well, for the simple reason that
14:31    16   this is -- this AdWords is put forward as
14:31    17   something that gives me complete control over
14:31    18   my charges, so I thought -- thought it was
14:31    19   reasonable to assume, if I'm not running my
14:31    20   ads, why would I be charged for days that I'm
14:31    21   turning them off.
14:31    22       Q.      Okay.  And did you -- have you
14:31    23   ever seen any documentation that stated,
14:32    24   documentation from Google, that stated that
14:32    25   the days where your campaign was paused would

92

HOWARD STERN

BARKLEY
Court Reporters

```
         1                    H. Stern
14:32    2   not be factored into that calculation?
14:32    3        A.    As a matter of fact, I was shown
14:32    4   a screen shot by one of the attorneys that
14:32    5   specifically said you're only charged for the
14:32    6   days your ad is active.
14:32    7        Q.    And that's in a document -- and
14:32    8   that's a document that is part of --
14:32    9             MR. BIDERMAN:  Withdraw that
14:32   10        question.
14:32   11        Q.    Other than having seen that
14:32   12   document from your attorneys, have you seen
14:32   13   any other documents that you believe state
14:32   14   that the days that your campaign is paused do
14:32   15   not figure into that calculation?
14:32   16        A.    I would say that it's -- I don't
14:32   17   know the best word's implicit in the way this
14:33   18   is billed, you're billed day by day.  If you
14:33   19   don't have it on, you're not billed.  That
14:33   20   makes me think that if I'm not billed, it's
14:33   21   not added in in any way, so it would not be
14:33   22   included in the monthly calculation.  It's
14:33   23   literary just a day that I'm not using the
14:33   24   service and I'm not charged for it.
14:33   25        Q.    And other than that, the
```

HOWARD STERN

BARKLEY

|       |    |                                                    |
|-------|----|----------------------------------------------------|
|       | 1  | H. Stern                                           |
| 14:33 | 2  | implicit statement, can you cite any other         |
| 14:33 | 3  | documentation, other than the document that        |
| 14:33 | 4  | you cited, that causes you to believe that         |
| 14:33 | 5  | the calculation does not include days that         |
| 14:33 | 6  | your campaign is paused?                           |
| 14:33 | 7  | A.    I don't recall any others.                  |
| 14:33 | 8  | Q.    And do you know, sir, whether               |
| 14:33 | 9  | you have been charged more than the daily          |
| 14:34 | 10 | budget times the number of days that your          |
| 14:34 | 11 | campaign was unpaused over the course of a         |
| 14:34 | 12 | month?                                             |
| 14:34 | 13 | A.    I don't think I did that                    |
| 14:34 | 14 | specific calculation.                              |
| 14:34 | 15 | Q.    Okay.  Have you ever run that               |
| 14:34 | 16 | calculation?                                       |
| 14:34 | 17 | A.    I just said, I don't think I did            |
| 14:34 | 18 | that specific --                                   |
| 14:34 | 19 | Q.    Okay.  And as you sit here                  |
| 14:34 | 20 | today, do you know whether, in fact, you were      |
| 14:34 | 21 | ever charged in excess of that amount?             |
| 14:34 | 22 | A.    Well, day by day I believe I was            |
| 14:34 | 23 | overcharged.                                       |
| 14:34 | 24 | Q.    Okay.                                        |
| 14:34 | 25 | A.    Because that's what this                    |

HOWARD STERN

BARKLEY

```
 1                    H. Stern
 2    spreadsheet is showing.
 3         Q.    Right.  And you believe you were
 4    overcharged because you were charged more
 5    than 120 percent of your daily budget;
 6    correct?
 7         A.    Partially correct.  I was
 8    charged over my daily budget, which is often
 9    not over 20 percent, but over the budget.  So
10    I definitely was charged both over my budget
11    and 20 percent over my budget.
12         Q.    Right.  Okay.  Now, first, going
13    back to this.  With respect to -- okay.
14    Putting that aside, do you know -- and
15    perhaps let me just ask the question again.
16         Do you know, as we sit here
17    today, whether, in fact, you have been
18    charged in excess of the amount of the daily
19    budget times the number of days that your
20    campaign was unpaused during the course of a
21    month?
22         A.    I don't remember doing that
23    specific calculation.
24         Q.    And whether you've done the
25    calculation or not, do you know, as we sit
```

14:34  14:34  14:34  14:34  14:34  14:34  14:34  14:34  14:34  14:34  14:35  14:35  14:35  14:35  14:35  14:35  14:35  14:35  14:35  14:35  14:35  14:35  14:35  14:35  14:35

HOWARD STERN

BARKLEY

1                    H. Stern

14:35    2    here today, whether you have been charged in

14:35    3    excess of that amount?

14:35    4        A.    I don't know.

14:36    5        Q.    And is there any reason you have

14:36    6    not run such a calculation?

14:36    7        A.    I was concentrating mainly on

14:36    8    the daily budget.  So I didn't do any other

14:36    9    calculation.  What struck me as being

14:36    10    something that shouldn't have occurred was

14:36    11    the fact that on 97 days I was charged more

14:36    12    than I thought I was going to be charged.  I

14:36    13    wasn't interested in multiplying it by the

14:36    14    number of days active.

14:36    15            On a day-by-day calculation,

14:36    16    which is the way I view this charging to

14:36    17    occur, I was charged more than my daily

14:36    18    budget.  I wasn't calculating things on a

14:36    19    monthly basis.  This whole thing was

14:36    20    presented as a daily budget, and a daily

14:36    21    calculation is what was important.

14:36    22        Q.    And have you ever received any

14:36    23    assistance from anyone in terms of learning

14:37    24    how to use the AdWords program?

14:37    25        A.    Nothing more than I figured out

96

HOWARD  STERN

BARKLEY

```
                              H. Stern
```

1                            H. Stern

14:37  2  from the web site itself.

14:37  3        Q.    Okay.  And have -- did you ever

14:37  4  look at any tutorials for the AdWords

14:37  5  program?

14:37  6        A.    I may have looked at them, but I

14:37  7  don't think I spent a lot of time with it.  I

14:37  8  thought I had figured out essentially by

14:37  9  myself.  There was nothing really that I

14:37  10  needed to do.  And the tutorials were often

14:37  11  for sophisticated -- things like multiple

14:37  12  campaigns, maybe different languages.  None

14:37  13  of that applied in my case.

14:37  14        Q.    I'm going to show you some other

14:37  15  documents which, hopefully, for convenience

14:37  16  we've tabbed.  What I'll do is I'll mark the

14:38  17  entire set of documents as next in order,

14:38  18  which would be Exhibit 20.  And the documents

14:38  19  consist of copies of e-mails behind tabs

14:38  20  numbered 1, 2, 3, 4, 5, and 6.

14:38  21            (Stern Exhibit No. 20, copies of

14:38  22            e-mails, marked for identification as

14:38  23            of this date.)

14:39  24        A.    Okay.

14:39  25        Q.    If you look under those tabs,

HOWARD STERN

BARKLEY

|       |    | H. Stern |
|-------|----|----------|
| 14:39 | 1  |  |
| 14:39 | 2  | you'll see correspondence dated October -- at |
| 14:39 | 3  | the -- it's a little -- it's a little |
| 14:39 | 4  | counterintuitive to read, because it's a |
| 14:39 | 5  | series of e-mail trails.  But the top e-mail |
| 14:39 | 6  | is dated 10 October 2003, and appears to be a |
| 14:39 | 7  | response to an e-mail that you sent on |
| 14:39 | 8  | 9 October 2003.  Do you see that? |
| 14:39 | 9  | A.    Yes, I do. |
| 14:39 | 10 | Q.    Okay.  And on 9 October 2003 you |
| 14:40 | 11 | wrote to Google; correct? |
| 14:40 | 12 | A.    Yes. |
| 14:40 | 13 | Q.    And how'd you know who to write |
| 14:40 | 14 | to at Google? |
| 14:40 | 15 | A.    I'm sure there was something, a |
| 14:40 | 16 | help contact desk, something along those |
| 14:40 | 17 | lines.  Maybe on the monthly bill there was a |
| 14:40 | 18 | hot link if you had any questions.  I can't |
| 14:40 | 19 | recall exactly, but I'm sure I sent it to the |
| 14:40 | 20 | correct e-mail address. |
| 14:40 | 21 | Q.    Okay.  And when you say on the |
| 14:40 | 22 | monthly bill, do you -- other than your |
| 14:40 | 23 | billing summaries that are available for your |
| 14:40 | 24 | viewing on the web site, do you receive a |
| 14:40 | 25 | monthly bill from Google, monthly basis? |

HOWARD STERN

BARKLEY

|       |    | H. Stern |
|-------|----|----------|
| 14:40 | 2  | A.    I don't recall with any |
| 14:40 | 3  | certainty that I recall an e-mail |
| 14:40 | 4  | confirmation.  I mean, I can't say for a fact |
| 14:40 | 5  | that I do or not.  I know that I get |
| 14:40 | 6  | something from my e-mail provider, and I |
| 14:40 | 7  | don't want to confuse the two. |
| 14:41 | 8  | In other words, every month I |
| 14:41 | 9  | get a statement saying, you know, your ISP is |
| 14:41 | 10 | charging you whatever.  I don't think I get |
| 14:41 | 11 | that from Google.  I think it just shows up |
| 14:41 | 12 | on my credit card. |
| 14:41 | 13 | Q.    Oh, and by the way, just an |
| 14:41 | 14 | aside.  Have you ever used anyone to help |
| 14:41 | 15 | optimize your advertising campaign? |
| 14:41 | 16 | A.    No.  None whatsoever.  No. |
| 14:41 | 17 | Q.    And going back to this e-mail, |
| 14:41 | 18 | on 9 October 2003, you wrote to Google and |
| 14:41 | 19 | said, "I have a $10-a-day budget, but on |
| 14:41 | 20 | 10/8/03 the cost was over 15.  I thought the |
| 14:41 | 21 | listings would go off line once the budget |
| 14:41 | 22 | was reached.  What happened?" |
| 14:41 | 23 | Do you see that? |
| 14:41 | 24 | A.    Yes, I do. |
| 14:41 | 25 | Q.    And then the response came on |

99

BARKLEY

H. Stern

14:41  2    10 October 2003.  And you were told by Google

14:41  3    that, among other things, that "As traffic is

14:42  4    never constant from day to day, it is

14:42  5    possible that you may accrue charges above or

14:42  6    below your set limit."

14:42  7         Do you see that?

14:42  8    A.    Yes.

14:42  9    Q.    And that "Our system makes sure

14:42  10   that in a given billing period, you are never

14:42  11   charged more than the number of days in that

14:42  12   month multiplied by your daily budget.  That

14:42  13   amount equals your monthly budget."

14:42  14        Do you see that?

14:42  15   A.    Yes.

14:42  16   Q.    "For clicks accrued over your

14:42  17   daily budget, you will see an overdelivery

14:42  18   credit on the billing summary page under 'My

14:42  19   Account' tab.  This credit will appear at the

14:42  20   end of your billing period."

14:42  21        Is that correct?

14:42  22   A.    I see that, yes.

14:42  23   Q.    And your best recollection is,

14:42  24   you've looked on the billing summary page

14:42  25   under the "My Account" tab and have not seen

100

HOWARD STERN

BARKLEY

1               H. Stern

14:42   2   overdelivery credits?

14:42   3       A.      Yes.

14:42   4       Q.      And after you were told by

14:43   5   Google that you could accrues charges above

14:43   6   or below your set limit, you continued to use

14:43   7   the Google program; correct?

14:43   8       A.      Yes, I continued to use it.

14:43   9   It's being used possibly today, yes.

14:43  10       Q.      Okay.  And it is correct to say

14:43  11   that you understood, certainly as of

14:43  12   10 October 2003, that you could accrue

14:43  13   charges above or below your set limit?

14:43  14       A.      I never thought that I would be

14:43  15   billed for them.  Accruing and being charged

14:43  16   for them are two different things.  I saw

14:43  17   that I was accruing charges over my daily

14:43  18   budget.  I never thought that I would be

14:43  19   billed for those, especially since I never

14:43  20   received any overdelivery credits.  I was

14:43  21   both accruing and being charged for more than

14:43  22   my daily budgets every single -- many times.

14:44  23       Q.      Okay.  And then, with respect to

14:44  24   the -- and, in fact, on October 21, which was

14:44  25   11 days after you received this

                          101

BARKLEY

|       |    | H. Stern |
|-------|----|----------|
| 14:44 | 2  | correspondence from Google, you believe that |
| 14:44 | 3  | you were in fact charged $13.14, which would |
| 14:44 | 4  | be $3.14 above your $10 daily budget; |
| 14:44 | 5  | correct? |
| 14:44 | 6  | A.    Well, let me see where you're |
| 14:44 | 7  | looking at. |
| 14:44 | 8  | Q.    Oh, pardon me.  I'm sorry.  I'm |
| 14:44 | 9  | looking at Exhibit 18.  I apologize. |
| 14:44 | 10 | A.    Okay.  On what date? |
| 14:44 | 11 | Q.    I was looking at the entry under |
| 14:44 | 12 | October 21, 2003. |
| 14:44 | 13 | A.    Oh, 3/14.  Right.  On that date |
| 14:45 | 14 | I believe I was overcharged $3.14. |
| 14:45 | 15 | Q.    Okay.  And did you, in fact, |
| 14:45 | 16 | notice that you were charged $3.14, that you |
| 14:45 | 17 | believed you were charged $3.14 more than the |
| 14:45 | 18 | $10 daily budget at some point in time? |
| 14:45 | 19 | A.    Yes.  Because the total daily |
| 14:45 | 20 | costs I felt, although I didn't check it to |
| 14:45 | 21 | the exact penny, were adding up to my monthly |
| 14:45 | 22 | charges.  So what I saw here was actually |
| 14:45 | 23 | what I was being charged for.  So on any one |
| 14:45 | 24 | day, if it was more than my daily budget, it |
| 14:45 | 25 | worked its way through to the total charge. |

102

HOWARD STERN

BARKLEY

|       |    |                                                    |
|-------|----|----------------------------------------------------|
|       | 1  | H. Stern                                           |
| 15:08 | 2  | a real person.                                     |
| 15:08 | 3  | Q.    And when you're saying -- now,                |
| 15:08 | 4  | did you -- now, are you saying that you gave        |
| 15:08 | 5  | up communicating because you didn't like the       |
| 15:08 | 6  | response or -- is that what you're saying?          |
| 15:08 | 7  | A.    It's not that I didn't like it,               |
| 15:08 | 8  | it was just the same response over and over         |
| 15:08 | 9  | and over again.  I wasn't getting to what I         |
| 15:08 | 10 | thought the problem was.  All I was getting         |
| 15:08 | 11 | was a rehashing of what I had seen in               |
| 15:09 | 12 | previous e-mails.  I wasn't getting anybody         |
| 15:09 | 13 | who was literally saying any more than what         |
| 15:09 | 14 | was in the FAQ's.  That's all I was getting,        |
| 15:09 | 15 | was just a regurgitation of the FAQ's.              |
| 15:09 | 16 | Q.    Okay.  And it's your -- we'll go              |
| 15:09 | 17 | through it, okay.                                   |
| 15:09 | 18 | And then, again, you, on                            |
| 15:09 | 19 | October -- going to page 2 of 12.                   |
| 15:09 | 20 | A.    Okay.                                         |
| 15:09 | 21 | Q.    On October 22nd, 2003, Bradley,              |
| 15:09 | 22 | fictitious or --                                    |
| 15:10 | 23 | A.    Let's give him the benefit of                 |
| 15:10 | 24 | the doubt.                                          |
| 15:10 | 25 | Q.    Okay.  No, seriously, is there               |

122

HOWARD STERN

BARKLEY

1                 H. Stern

15:10   2   any doubt in your mind that there's somebody

15:10   3   named Bradley on the Google AdWords team?

15:10   4       A.    No, the only doubt I have is

15:10   5   that he probably is told not to spend more

15:10   6   than five seconds responding to every single

15:10   7   e-mail he gets or they're never going to get

15:10   8   done with the day.

15:10   9          I mean, a lot of this is cut and

15:10  10  paste.  It's not somebody sat down and wrote

15:10  11  from their own words.  You know, having read

15:10  12  my, you know, responses exactly what my issue

15:10  13  was.  A lot of it was just bounce this back.

15:10  14  It's related and it's in our FAQ's and that

15:10  15  was the end of it.  That's -- after a few

15:10  16  e-mails, the sense of what I was going to be

15:10  17  getting, and that seems to be all I've

15:10  18  gotten.

15:10  19       Q.    Okay.  And did it ever occur to

15:10  20  you that the reason that you were being told

15:10  21  this was because, in fact, you were going to

15:10  22  be charged, that is, that you were going to

15:10  23  be charged, that is, you were going to be

15:10  24  billed and paid up to 120 percent of your

15:11  25  daily budget on a given day?

123

HOWARD STERN

BARKLEY

1          H. Stern

15:11  2       A.    Well, no.  These FAQ's are

15:11  3   inconsistent.  One section says one thing and

15:11  4   it's contradicted by the next section.  All I

15:11  5   was getting was the next section in the

15:11  6   e-mails.  I was never getting the part that

15:11  7   was agreeing with my point.  I was always

15:11  8   getting the part that disagreed with me

15:11  9   point.  So I was sticking with the part that

15:11  10  I thought was correct, not what they told me

15:11  11  was correct.

15:11  12      Q.    And in addition to telling you

15:11  13  what they thought was correct, Google was

15:11  14  also charging you in the way that they

15:11  15  thought was correct; correct?

15:11  16      A.    Yes.

15:11  17      Q.    And that was in excess of your

15:11  18  daily budget on a number of days; correct?

15:11  19      A.    Yes, definitely.

15:12  20      Q.    And then, again, when Bradley

15:12  21  wrote back to you, again, on 10/22/03, he

15:12  22  said, second sentence, "However, it is nearly

15:12  23  impossible to predict user behavior,

15:12  24  therefore, though, try to stay within your

15:12  25  budget as much as possible.  There may be

124

HOWARD STERN

BARKLEY

|  |  |  |
|---|---|---|
|  | 1 | H. Stern |
| 15:12 | 2 | times when user demand outpaces our system. |
| 15:12 | 3 | We will make sure that in a given billing |
| 15:12 | 4 | period you are not overcharged." |
| 15:12 | 5 | Do you see that? |
| 15:12 | 6 | A.    Yes. |
| 15:12 | 7 | Q.    And did you understand that the |
| 15:12 | 8 | billing period was 30- or 31-day period |
| 15:12 | 9 | during a month? |
| 15:12 | 10 | A.    Yes.  That's what I thought a |
| 15:12 | 11 | billing period was.  But I didn't agree with |
| 15:12 | 12 | what he was saying.  And it seems he realizes |
| 15:12 | 13 | that I'm not agreeing with him. |
| 15:12 | 14 | Q.    Okay.  And he was telling you he |
| 15:12 | 15 | didn't agree; correct? |
| 15:12 | 16 | A.    He was telling me what -- you |
| 15:12 | 17 | know, that particular part of the FAQ was |
| 15:13 | 18 | stating, and I was disagreeing with that. |
| 15:13 | 19 | And he understood that I was disagreeing with |
| 15:13 | 20 | that. |
| 15:13 | 21 | Q.    And then you corresponded with |
| 15:13 | 22 | Google again in November of 2003; isn't that |
| 15:13 | 23 | correct? |
| 15:13 | 24 | A.    If it's in here, it's correct. |
| 15:13 | 25 | Q.    Yes, it's under tab 3.  I'm not |

HOWARD STERN

BARKLEY

1              H. Stern

15:36   2    you have a daily budget that you're not going

15:36   3    to have exceeded in one paragraph, and then

15:36   4    in another paragraph they talk about a

15:36   5    monthly budget, which has nothing to do with

15:36   6    a daily budget.  And they seem to be billing

15:36   7    you on their monthly billing interpretation,

15:36   8    when I'm looking at the daily budget

15:36   9    interpretation, which is what I key in on.

15:36  10        Q.    What you personally key in on?

15:36  11        A.    What I believe is the whole

15:36  12    point of this AdWords program is that it's a

15:36  13    daily type of complete-control advertising

15:37  14    scheme, where you have very fine control over

15:37  15    your charges down to the daily level, and

15:37  16    that's what they present as -- as the main

15:37  17    feature of their program.  And yet they, on

15:37  18    the back end at the end of the month, they

15:37  19    sort of throw that out and just charge you

15:37  20    monthly.

15:37  21        Q.    Okay.  And you will agree that

15:37  22    after your correspondence in November 20th,

15:37  23    2003, which is the last document we talked

15:37  24    about, you understood that, notwithstanding

15:37  25    what you believed to be the case, Google

131

HOWARD STERN

BARKLEY

```
              1                    H. Stern
15:37         2    believed that it could charge up to
15:37         3    120 percent of your daily budget?
15:37         4         A.    They said they can deliver.  I
15:37         5    don't think they say they can charge.
15:37         6         Q.    Okay.  But then, in addition to
15:37         7    what they said, you have what they did;
15:37         8    right?
15:37         9         A.    Well, right.  I mean, that's
15:37        10    history.
15:38        11         Q.    That's right.  And that's
15:38        12    history that was available to you on a daily
15:38        13    basis, correct, on your billing summary?
15:38        14         A.    Right.  Every month I could see
15:38        15    what they charged me, if that's what you
15:38        16    mean.  I could look at it on a daily basis.
15:38        17    I can look at it any time I want.
15:38        18         Q.    Right.  And it's updated more
15:38        19    than monthly; correct?
15:38        20         A.    Well, the monthly charges
15:38        21    aren't, but the daily charges come in a day
15:38        22    or so late, but probably, yes.
15:38        23         Q.    So every day you had access
15:38        24    to --
15:38        25         A.    I could see what they were
```

132

HOWARD STERN

BARKLEY

|       |    | H. Stern |
|-------|----|----------|
| 15:38 | 1  | H. Stern |
| 15:38 | 2  | delivering.  I don't know that they're going |
| 15:38 | 3  | to be -- unless they changed their policy, |
| 15:38 | 4  | I'm not sure if they're going to charge me |
| 15:38 | 5  | for that, but I could see what was delivered. |
| 15:38 | 6  | Q.    And then at the end of the |
| 15:38 | 7  | month -- |
| 15:38 | 8  | A.    At the end of the month it |
| 15:38 | 9  | realized as a charge. |
| 15:38 | 10 | Q.    Okay.  So by the end of the |
| 15:38 | 11 | month you knew that you could be charged in |
| 15:38 | 12 | excess of that amount; correct? |
| 15:38 | 13 | A.    I saw that, but I didn't agree |
| 15:38 | 14 | with it.  But I saw that. |
| 15:38 | 15 | Q.    Right.  And so you saw that -- |
| 15:38 | 16 | for example, you saw that at the end of |
| 15:38 | 17 | November 2003; correct? |
| 15:39 | 18 | A.    I believe, yes.  They charged me |
| 15:39 | 19 | more than I felt was what they were supposed |
| 15:39 | 20 | to charge me. |
| 15:39 | 21 | Q.    And you continued to use the |
| 15:39 | 22 | Google site; correct? |
| 15:39 | 23 | A.    With modifications to my use of |
| 15:39 | 24 | it. |
| 15:39 | 25 | Q.    And those modifications were |

133

HOWARD STERN

BARKLEY

|       |    | H. Stern |
|-------|----|----------|
| 15:39 | 1  | |
| 15:39 | 2  | what? |
| 15:39 | 3  | A.    Well, at the very least, I would |
| 15:39 | 4  | not assume that the daily budget would kick |
| 15:39 | 5  | in, that I would have to manually shut off my |
| 15:39 | 6  | campaign to stay within the daily budget, |
| 15:39 | 7  | even though it -- even though the program |
| 15:39 | 8  | seemed to do that automatically for you, I |
| 15:39 | 9  | found out that it doesn't do that, but I |
| 15:39 | 10 | could do it myself. |
| 15:39 | 11 | Q.    So did you -- okay.  And then |
| 15:39 | 12 | you also saw that in December of 2003 you |
| 15:39 | 13 | were overcharged; correct?  You believe you |
| 15:39 | 14 | were overcharged; correct? |
| 15:39 | 15 | A.    I believe every month that |
| 15:39 | 16 | includes an item here I was overcharged. |
| 15:40 | 17 | Q.    Okay.  That would be |
| 15:40 | 18 | December 2003? |
| 15:40 | 19 | A.    That's included, right, yes. |
| 15:40 | 20 | Q.    And you continued to use the |
| 15:40 | 21 | Google system; correct? |
| 15:40 | 22 | A.    Yes. |
| 15:40 | 23 | Q.    And then January 2004 you |
| 15:40 | 24 | believe you were overcharged; correct? |
| 15:40 | 25 | A.    January 2004. |

134

HOWARD STERN

BARKLEY

|       |    |                                                      |
|-------|----|------------------------------------------------------|
|       | 1  | H. Stern                                             |
| 15:45 | 2  | Google?                                              |
| 15:45 | 3  | A.    No, I haven't.                                 |
| 15:45 | 4  | Q.    And with respect to your belief                |
| 15:45 | 5  | that you were overcharged, other than your           |
| 15:45 | 6  | lawyers, who else have you talked to about           |
| 15:45 | 7  | this belief?                                         |
| 15:45 | 8  | A.    I believe I mentioned it to my                 |
| 15:45 | 9  | wife.                                                |
| 15:45 | 10 | Q.    Anybody else?                                  |
| 15:45 | 11 | A.    I can't say with certainty who I               |
| 15:45 | 12 | mentioned this to.  You know, in the three or        |
| 15:45 | 13 | so years that this has been bothering me, you        |
| 15:45 | 14 | know, I know for a fact I mentioned it to my         |
| 15:45 | 15 | wife.  Maybe my parents.  That's about all I         |
| 15:46 | 16 | can say with any specificity.                        |
| 15:47 | 17 | Q.    Let me show you a set of                       |
| 15:47 | 18 | documents which are marked or will be marked         |
| 15:47 | 19 | as our next exhibit in order, which is 21.           |
| 15:47 | 20 | (Stern Exhibit No. 21, current                       |
| 15:47 | 21 | version of FAQ's relating to AdWords,                |
| 15:47 | 22 | marked for identification as of this                 |
| 15:47 | 23 | date.)                                               |
| 15:48 | 24 | Q.    I'll represent to you that this                |
| 15:48 | 25 | is the current version as of, I guess,               |

141

HOWARD STERN

BARKLEY

```
         1                      H. Stern
15:48    2    yesterday of the FAQ's relating to AdWords,
15:48    3    and just reference you to a couple of things.
15:48    4    One is, if you turn to page 8 -- I'm sorry,
15:48    5    page 134 of 489.
15:48    6         A.     134.  Okay.
15:48    7         Q.     In the middle of that, there's a
15:48    8    question that says, "Why do I need to
15:48    9    reaccept the AdWords terms and conditions?"
15:48   10         A.     Okay.
15:48   11         Q.     And it states there, "As a part
15:48   12    of our ongoing effort to improve the Google
15:49   13    AdWords program for new advertisers and
15:49   14    users, we may periodically update the AdWords
15:49   15    terms and conditions.  All AdWords
15:49   16    advertisers are required to accept these new
15:49   17    terms and conditions in order to advertise
15:49   18    with the AdWords program."
15:49   19              Do you see that reference?
15:49   20         A.     Yes.
15:49   21         Q.     Does that refresh your
15:49   22    recollection that on certain occasions you
15:49   23    have been asked to accept new terms and
15:49   24    conditions in order to continue to advertise
15:49   25    with the AdWords program?
```

142

BARKLEY

1          H. Stern

15:49   2          A.      Yes, that's what I believe

15:49   3   happens all the time.  Yes.

15:49   4          Q.      And on any of those occasions --

15:49   5   and you, in fact, have accepted the new terms

15:49   6   and conditions; correct?

15:49   7          A.      By the fact that I've logged on

15:50   8   to AdWords recently, I guess, yes.

15:50   9          Q.      And clicked some kind of

15:50   10  acceptance; correct?

15:50   11         A.      Of -- of the terms and

15:50   12  conditions, not accepting them all.  There

15:50   13  are parts that I accept and other parts that

15:50   14  I disagree with that are contradictory to

15:50   15  what I've accepted.

15:50   16         Q.      And how did you tell Google, at

15:50   17  the time that you did that acceptance, that

15:50   18  you were only accepting part of them?

15:50   19         A.      It's a take-it-or-leave-it

15:50   20  acceptance.  So I don't know the legality of

15:50   21  what happens when you accept things that are

15:50   22  internally inconsistent.  That's what you're

15:50   23  going to fight out -- fight about.  But I

15:50   24  accepted the collective terms by clicking on

15:50   25  it.

143

HOWARD STERN

BARKLEY

|  |  | H. Stern |
|---|---|---|
| 15:50 | 2 | Q.    Okay.  Is it fair to say that |
| 15:50 | 3 | you believed that some of those terms were |
| 15:51 | 4 | wrong and were not part of your agreement |
| 15:51 | 5 | with Google? |
| 15:51 | 6 | A.    I agreed -- I believe that they |
| 15:51 | 7 | were wrong.  They were part of the agreement, |
| 15:51 | 8 | but they were contradictory to other terms. |
| 15:51 | 9 | So it's not that I disagreed with them -- I |
| 15:51 | 10 | disagreed with them.  I didn't disagree that |
| 15:51 | 11 | they were part of the terms. |
| 15:51 | 12 | Q.    Okay.  And what terms -- what |
| 15:51 | 13 | terms do you think are contradictory to the |
| 15:51 | 14 | other terms? |
| 15:51 | 15 | A.    There are terms that clearly |
| 15:51 | 16 | specify that you have a daily budget which |
| 15:51 | 17 | you're not going to have exceeded.  That |
| 15:51 | 18 | contradicts the next paragraph which talks |
| 15:51 | 19 | about a monthly budget, which isn't related |
| 15:51 | 20 | to a daily budget. |
| 15:51 | 21 | Q.    Okay. |
| 15:51 | 22 | A.    So it's contradictory. |
| 15:51 | 23 | Q.    So which terms were you |
| 15:51 | 24 | accepting when you clicked "I Accept"? |
| 15:51 | 25 | A.    I was accepting, I suppose, all |

144

BARKLEY

|       |    |                                                  |
|-------|----|--------------------------------------------------|
|       | 1  | H. Stern                                         |
| 16:15 | 2  | budget for some days, closed quote?              |
| 16:15 | 3  | A.    They say that, but they also               |
| 16:15 | 4  | tell me that they're not going to charge me      |
| 16:15 | 5  | more than my daily budget.  So, you know, I      |
| 16:15 | 6  | mean, they say one thing and then they say       |
| 16:15 | 7  | something different.  You know, they're          |
| 16:15 | 8  | telling me two things, you know, which are in    |
| 16:15 | 9  | contradiction to each other.                     |
| 16:16 | 10 | MR. BIDERMAN:  Can you read that                 |
| 16:16 | 11 | question back again or the answer back.          |
| 16:16 | 12 | (Record read.)                                   |
| 16:16 | 13 | Q.    And have you seen --                        |
| 16:16 | 14 | MR. BIDERMAN:  Withdraw the                       |
| 16:16 | 15 | question.                                         |
| 16:17 | 16 | Q.    And do you see anything in this            |
| 16:17 | 17 | language, which is Exhibit -- which is the       |
| 16:17 | 18 | paragraph on page 49 to Exhibit 19 which         |
| 16:17 | 19 | says, "Why am I being charged more than my       |
| 16:17 | 20 | daily budget on some days?"                       |
| 16:17 | 21 | Do you see anything in that                      |
| 16:17 | 22 | paragraph that limits its application to         |
| 16:17 | 23 | those advertisers who advertise 30 days in a     |
| 16:17 | 24 | 30-day month?                                     |
| 16:17 | 25 | A.    Well, the example is built                 |

165

BARKLEY

H. Stern

16:17    around somebody that seems to be running it

16:17    30 days out of the month.

16:17        Q.    And, therefore, you believe that

16:17    this applies only to those who run 30 days in

16:17    a month?

16:17        A.    It may apply, but I think I also

16:18    said that there are also people that may run

16:18    it 30 days in a month where this is more than

16:18    they actually should be paying.

16:18        Q.    And, again, going back to the

16:18    times that you --

16:19        MR. BIDERMAN:  Withdraw the

16:19        question.

16:19        Q.    Okay.  Going back to the times

16:19    that you reaccepted the AdWords terms and

16:19    conditions as part of your agreement to

16:19    continue to use the Google system, did you

16:19    understand that you're agreeing to accept all

16:19    of the FAQ's or just some of the FAQ's?

16:19        MR. LEVY:  Can I hear the

16:19        question back.

16:19        (Record read.)

16:20        A.    I suppose I accepted the ones

16:20    that I thought applied to me.

166

HOWARD STERN

BARKLEY

|       |    | H. Stern |
|-------|----|----------|
| 16:20 | 2  | Q.     And in doing so, with respect to |
| 16:20 | 3  | the FAQ that's -- that we've been talking |
| 16:20 | 4  | about that appears on page 49 which states, |
| 16:20 | 5  | "Why am I being charged more than my daily |
| 16:20 | 6  | budget on some day," did you believe that you |
| 16:20 | 7  | were accepting that or not accepting that? |
| 16:20 | 8  | A.     I -- well, let me think about |
| 16:20 | 9  | what I'm going to say, because I just want to |
| 16:20 | 10 | make sure I say it the correct way.  I |
| 16:20 | 11 | believe that if I had a choice I was either |
| 16:20 | 12 | accepting all or nothing.  I accepted all of |
| 16:20 | 13 | them, but this did not apply to me.  So I |
| 16:20 | 14 | don't know if I'm -- can you accept something |
| 16:21 | 15 | that doesn't apply to you. |
| 16:21 | 16 | Q.     Did you communicate to Google in |
| 16:21 | 17 | any way or attempt to communicate to Google |
| 16:21 | 18 | in any way that you were accepting all those |
| 16:21 | 19 | terms and conditions, except that you |
| 16:21 | 20 | believed that the term -- I'm sorry, that the |
| 16:21 | 21 | FAQ that appears under the question, "Why am |
| 16:21 | 22 | I being charged more than my daily budget on |
| 16:21 | 23 | some day?" didn't apply to you? |
| 16:21 | 24 | A.     No.  I never specifically |
| 16:21 | 25 | pointed out.  You know, there is a huge stack |

167

HOWARD STERN

BARKLEY

```
                              H. Stern
16:21    2   of FAQ's, and I'm sure most of them don't

16:21    3   apply to me either.  I didn't just cherrypick

16:21    4   the ones that I thought were applying to me

16:21    5   and telling them that these didn't.  So I

16:21    6   didn't specify which ones I was agreeing to

16:21    7   or not agreeing to.

16:21    8        Q.    Let me just look at my outline

16:22    9   before we let you go.

16:22   10              MR. BIDERMAN:  I don't think I

16:22   11        have any other questions.  I'm

16:22   12        concluded.

16:22   13              MR. LEVY:  Okay.  I have a few

16:22   14        questions.

16:22   15   EXAMINATION

16:22   16   BY MR. LEVY:

16:22   17        Q.    Mr. Stern, it's your position, I

16:22   18   understand, that from the inception Google

16:22   19   was overcharging your account; is that

16:22   20   correct?

16:22   21              MR. BIDERMAN:  Objection,

16:22   22        leading.

16:22   23        A.    Yes.  Every day that I saw a

16:22   24   charge more than my budget, I felt I was

16:22   25   being overcharged.
```

168

HOWARD STERN

BARKLEY

|  | 1 | H. Stern |
|---|---|---|
| 16:22 | 2 | Q.    Why did you stick with Google? |
| 16:22 | 3 | A.    They, to the best of my |
| 16:22 | 4 | knowledge, were the only game in town.  I |
| 16:22 | 5 | didn't like the billing that Yahoo imposed, |
| 16:22 | 6 | which was a minimum each month.  Google |
| 16:22 | 7 | certainly, I know, is a huge player in the |
| 16:22 | 8 | market, so that's why I used them. |
| 16:22 | 9 | Q.    Okay.  I show you Exhibit 14. |
| 16:23 | 10 | Is this -- you see Exhibit 14 here in front |
| 16:23 | 11 | of you? |
| 16:23 | 12 | A.    Okay.  Exhibit 14. |
| 16:23 | 13 | Q.    Yes.  Is that a screen similar |
| 16:23 | 14 | to the screen you saw when you signed up? |
| 16:23 | 15 | A.    No.  I don't think this was |
| 16:23 | 16 | similar to anything that I recall. |
| 16:23 | 17 | Q.    Okay.  Do you remember seeing a |
| 16:23 | 18 | screen that talked about a daily budget when |
| 16:23 | 19 | you signed up? |
| 16:23 | 20 | A.    Everything was couched in terms |
| 16:23 | 21 | of a daily budget. |
| 16:23 | 22 | Q.    Did you ever see a screen that |
| 16:23 | 23 | said "monthly budget" when you signed up? |
| 16:23 | 24 | A.    Never. |
| 16:23 | 25 | Q.    Okay.  Let me show you |

169

BARKLEY

|       |    |                                                     |
|-------|----|-----------------------------------------------------|
|       | 1  | H. Stern                                            |
| 16:30 | 2  | Mr. Biderman that that example did not apply         |
| 16:30 | 3  | to you?                                             |
| 16:30 | 4  | A.      Right.                                      |
| 16:30 | 5  | MR. BIDERMAN:  Objection.  Form.                    |
| 16:30 | 6  | Q.      Why is that?                                |
| 16:30 | 7  | A.      Because, first of all, I simply            |
| 16:30 | 8  | don't run my ads 30 days out of the month, so       |
| 16:30 | 9  | that in and of itself means this isn't some        |
| 16:30 | 10 | calculation that would apply to me.                 |
| 16:30 | 11 | Q.      Does that example apply to               |
| 16:30 | 12 | anybody who pauses their ads and doesn't run       |
| 16:30 | 13 | it 30 days?                                         |
| 16:30 | 14 | A.      Could you repeat that, please.              |
| 16:30 | 15 | MR. LEVY:  Repeat the question.                    |
| 16:30 | 16 | (Record read.)                                     |
| 16:30 | 17 | MR. BIDERMAN:  Objection, vague.                   |
| 16:30 | 18 | A.      I would think, unless you run it            |
| 16:31 | 19 | 30 days, it would not apply to you.                 |
| 16:31 | 20 | Q.      Okay.  And you also stated that            |
| 16:31 | 21 | even if someone ran it 30 days --                   |
| 16:31 | 22 | A.      Right.                                      |
| 16:31 | 23 | Q.      -- that example may not be                 |
| 16:31 | 24 | applicable?                                         |
| 16:31 | 25 | A.      Right.                                      |

HOWARD STERN

BARKLEY

H. Stern

16:31  Q.    Why is that?

16:31  A.    Here's a good example, a simple

16:31  example.  Let's say you have a daily budget

16:31  of 10.  One person consistently hits the $10

16:31  budget, that's going to be 30 times 10.

16:31  Another person may go 12 and 8, 12 and 8, 12

16:31  and 8.  That person would be charged 8 and

16:31  then 10 for the two days.  That would be $18

16:31  over the course of the month, not $20.  So

16:31  even if you do run it 30 days, that

16:31  calculation I think overcharges some people.

16:32  Q.    So who are the people that that

16:32  example would apply to?

16:32  A.    I think only those people that

16:32  every single day exceed their budget.

16:32  Q.    Meet or exceed their budget?

16:32  A.    Meet or exceed, right.

16:32  Q.    And does the Q's and A's, to

16:32  your recollection, tell you how you would be

16:32  charged if you pause your ads?

16:32  A.    I don't recall exactly if it's

16:32  in there.  I do remember seeing you're not

16:32  going to be charged more than your daily

16:32  budget on a given day.

177

BARKLEY

1                  H. Stern

16:32   2      Q.      And do you remember also seeing

16:32   3   that you will not be charged while your ad is

16:32   4   being paused?

16:32   5            MR. BIDERMAN:   Objection.

16:32   6      Leading.

16:32   7      A.      Unless it's pointed out to me, I

16:32   8   don't recall exactly where in the FAQ's that

16:33   9   would be.

16:33   10      Q.      Look at Exhibit 19, page 26.   It

16:33   11   states, "You can pause your ad campaign at

16:33   12   any time.   You won't accrue charges while

16:33   13   your ads are paused, and they'll remain

16:33   14   paused until you resume them."

16:33   15      A.      Okay, I see that now.

16:33   16      Q.      Okay.   When you told

16:33   17   Mr. Biderman that Q's and A's were sometimes

16:33   18   inconsistent, was that one of the provisions

16:33   19   that you had in mind?

16:33   20      A.      I was mainly thinking --

16:33   21            MR. BIDERMAN:   Objection.

16:33   22      Leading.   Pardon me.   I'm sorry.

16:33   23      A.      I was mainly thinking of the

16:33   24   part that said you're not going to be charged

16:33   25   more than your daily budget on a given day,

BARKLEY

H. Stern

1

16:33    2    which contradicted this monthly calculation.

16:34    3    That's what I had in mind.

16:34    4        Q.    Let me show you Exhibit 13.

16:34    5        A.    Okay.

16:34    6        Q.    Okay.  This is a document

16:34    7    Mr. Biderman showed you, "Google AdWords

16:34    8    Standard Terms and Conditions."  And I

16:34    9    believe he asked whether you accepted these

16:34    10    terms and conditions.

16:34    11            Do you see any box or area on

16:35    12    this document where you could click on to say

16:35    13    you accepted or you agreed to these terms?

16:35    14        A.    Not with what I see in front of

16:35    15    me now.

16:35    16        Q.    Do you know whether there was

16:35    17    one on the screen?

16:35    18        A.    I don't recall.

16:35    19        Q.    Okay.  When Mr. Biderman shows

16:35    20    you 500 pages and says, did you agree to all

16:35    21    these terms and conditions, do you remember

16:35    22    there ever being a screen in front of you

16:35    23    saying do you agree to this term, do you

16:35    24    agree to that term, do you agree to this

16:35    25    term, or do you remember something else?

179

HOWARD STERN

BARKLEY

1          H. Stern

16:35    2          A.    I believe it was just an all or

16:35    3    nothing.

16:35    4          Q.    And do you get to see the all or

16:35    5    nothing?  This 500 pages don't appear in one

16:35    6    place, do they?

16:35    7                MR. BIDERMAN:  Objection.

16:35    8          Misstates the testimony referring to

16:35    9          500 pages.  I don't know how many pages

16:35    10         there are.

16:35    11               MR. LEVY:  Well, let's read

16:35    12         them.  Okay, this is Exhibit 21 called

16:35    13         "The AdWords Google Dump," and it's 489

16:35    14         pages.

16:35    15               MR. BIDERMAN:  All right.

16:35    16         Q.    Do you remember seeing these 489

16:36    17    pages on your screen when you --

16:36    18         A.    No, I never saw 489 pages on my

16:36    19    screen.

16:36    20               MR. LEVY:  I have no further

16:36    21         questions at this time.

16:36    22               MR. BIDERMAN:  Let me just look.

16:36    23    EXAMINATION (Cont'd.)

16:37    24    BY MR. BIDERMAN:

16:37    25         Q.    With respect to -- pardon me.

180

BARKLEY

1                    H. Stern

16:38    2    digging through hot links to any degree.

16:38    3        Q.    Okay.

16:38    4            MR. BIDERMAN:  No further

16:38    5    questions.

16:38    6            THE VIDEOGRAPHER:  Off the

16:38    7    record?  The time is 4:41 p.m.,

16:38    8    Wednesday, August 16th, 2006.  This is

16:38    9    the end of tape No. 3 and completes the

16:38    10    videotape deposition of Mr. Howard

16:38    11    Stern.  We're off the record.

16:38    12            (Time noted:  4:41 p.m.)

13

16:38    14

16:38    15    I certify (or declare) under penalty of

16:38    16    perjury under the laws of the United States of

16:38    17    America that the foregoing is true and correct.

16:38    18    Executed at _____ on _____.
                                    (Place)              (Date)

19

20            _____
                        (Signature of Deponent)

21

22

23

24

25

182

HOWARD STERN

BARKLEY

Page 183

1                    C E R T I F I C A T E

2    STATE OF NEW YORK      )

3                              :ss

4    COUNTY OF NEW YORK    )

5              I, AMY E. SIKORA, CRR, CSR, RPR, a

6    Certified Realtime Reporter, Certified

7    Shorthand Reporter, Registered Professional

8    Reporter and Notary Public within and for the

9    State of New York, do hereby certify that the

10   foregoing deposition of HOWARD STERN was taken

11   before me on the 16th day of August, 2006;

12             That the said witness was duly

13   sworn before the commencement of the testimony;

14   that the said testimony was taken

15   stenographically by me and then transcribed.

16             I further certify that I am not

17   related by blood or marriage to any of the

18   parties to this action nor interested directly

19   or indirectly in the matter in controversy; nor

20   am I in the employ of any of the counsel in

21   this action.

22             IN WITNESS WHEREOF, I have hereunto

23   set my hand this 26th day of August, 2006.

24   _____

25                    AMY E. SIKORA

Global Deposition Services
212-867-7766