CLRB Hanson Industries, LLC et al v. Google Inc.
Case 5:05-cv-03649-JW    Document 90-5    Filed 10/02/2006    Page 1 of 9
Doc. 90 Att. 4

# EXHIBIT D

Dockets.Justia.com

# Google AdWords Help Center

Change Language: English (US)

AdWords Help Center Home

## About AdWords

**Cost Overview**

- How much does AdWords cost?
- When do you bill (for post-pay advertisers)?
- When do my ads start accruing costs?
- Do I pay for every click on my ad?
- Are there spending requirements, a minimum contract length, or other qualifying terms?
- What if I have billing questions or concerns?

**Benefits of AdWords**

- AdWords Advantages
- I already buy other types of online advertising. Why should I try this?
- Success stories
- Program Comparison
- Lesson: Benefits of AdWords

**AdWords Overview**

- How are ads ranked?
- How is an AdWords account structured?
- What is Google AdWords?
- How does AdWords know where to show my ads?
- How do I contact an AdWords representative?
- When do my ads start running?
- What basic terminology should I know?
- Where do I even begin?
- I have a website—can I run AdWords ads on my site?
- What's the phone icon on Google search results? How does it work?
- Lesson: What is Google AdWords?
- What are the technical requirements for using AdWords?

If you'd like to make changes to your webpage once it's published, just follow these steps:

1. Sign in to your AdWords account.
2. From the **My Ad Campaign** tab, click **Webpage**.
3. Click **Edit page >>** along the top of the webpage preview.
4. Edit necessary sections and fields, and click **Preview my webpage >>** to see the changes you've made. (A new browser window will open).
5. Return to the browser in which your AdWords account is open, and click **Save Changes**.

Can I use HTML when creating my webpage?

No. Please do not enter HTML code in any of the text fields when creating your webpage. Google automatically formats your page, so it isn't necessary to enter HTML with your business information.

About AdWords : **Glossary**

Daily Budget

The amount you're willing to spend on a specific AdWords campaign each day.

AdWords displays your ad as often as possible while staying within your daily budget. How quickly your ads are shown during a given day is determined by your ad delivery setting.

On any single day, the AdWords system may deliver up to 20% more ads than your daily budget calls for. This helps make up for other days in which your daily budget is not reached. However, you'll never be charged more than your average daily budget over the course of a month. For example: if your daily budget is $10 and the month has 30 days, you might be charged up to $12 on any single day but your monthly charges will never exceed $300.

Ad Served Percentage (%)

This number represents how often an ad has been shown in relation to the rest of the active ads within the same Ad Group.

Display URL

This is the URL displayed on your ad to identify your site to users. This URL displayed is limited to 35 characters; it need not be the same as the URL your ad links to, but it should be an actual URL that is part of your site.

Destination URL

This is the URL to which your ad will link. This is the page users see when they click through to your site from your ad.

# Google AdWords Help Center

displayed on Google or on sites or products in the Google Network.

**Ad Group**

An Ad Group contains one or more ads which target one set of keywords or sites. The advertiser sets a maximum cost per click (CPC) or cost per thousand impressions (CPM) for all the keywords or sites in the Ad Group. The advertiser may also set prices for individual keywords or sites within the Ad Group.

**Cost-per-click**

The cost-per-click (CPC) is the amount you pay each time a user clicks on your ad. Google AdWords has a CPC pricing system.

**AdWords Discounter**

The AdWords Discounter monitors your competition and automatically reduces your actual cost-per-click so you pay the lowest price possible for your ad's position on the page.

**Account Activation**

After signing up for AdWords, you'll receive an email to verify your email address. You can then activate your account by logging in and submitting your credit card information. At that point, your ads start running.

**CPM**

This stands for cost-per-thousand impressions. A CPM pricing model means advertisers pay for impressions received.

**Campaign**

A campaign consists of one or more Ad Groups. The ads in a given campaign share the same daily budget, language and location targeting, end dates, and syndication options.

**Clickthrough Rate**

Clickthrough rate (CTR) is the number of clicks your ad receives divided by the number of times your ad is shown (impressions).

**Pacific Time (PST or PDT)**

Pacific time is the U.S. time zone for Google headquarters in Mountain View, California. If you do not select a local time zone for your account, your statistics and reports will be continue to be based on Pacific time. Dates and times listed in your account will refer to Pacific Standard Time (PST) or

https://adwords.google.com/support?fulldump=1        8/14/2006

Google AdWords Help Center

**Keyword State - Active**

An active keyword has a high enough Quality Score and maximum cost-per-click (CPC) to trigger ads on Google. This means your keyword's maximum CPC meets the minimum bid required to trigger ads. Active keywords usually perform at a moderate level of success or better.

**Overdelivery Credit**

You will receive a credit to your account if Google delivers over 20% more clicks than your daily budget allows. Google does not charge you for these extra clicks and automatically issues a credit on your invoice. The extra clicks are displayed on your reports so that you have accurate records of your total clicks.

**Ads Diagnostic Tool**

Find out why your ad may not be showing for a certain query. You can check the status of your ad by entering the search terms and parameters defined in your account, or by entering the URL for the search results page on which your ad should be displayed.

**End date**

You control your campaign's duration. Unless you select an end date or pause your campaign, your ads will run continuously on Google. Your campaign begins at 12:00 AM on your activation date in the time zone you have chosen for your account, and ends at 11:59 PM on your chosen end date.

**SOAP**

SOAP, Simple Object Access Protocol, is used for information exchange and RPC, usually (but not necessarily) over HTTP. More information can be found at Developmentor SOAP FAQ: http://www.soaprpc.com/faqs/SoapFAQ.html.

**Conversion Tracking**

In online advertising, a conversion occurs when a click on your ad leads directly to user behavior you deem valuable, such as a purchase, signup, page view, or lead. Google has developed a tool to measure these conversions, and ultimately, help you identify how effective your AdWords ads and keywords are for you.

**Total value**

The total value generated by conversions of a specific tracking type, or *tracking label*.

**Find and Edit Ad Text**

Use this tool to easily locate and edit ads across your entire account. Search for all ads meeting specific criteria, and, if you'd like, edit them all at

Lesson: Invoicing

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reinforce your new expertise.

You can view lessons in text or as multimedia presentations (Flash® required) with narration and images.

View "Invoicing": multimedia lesson | text lesson

You may also wish to see the complete list of AdWords Lessons.

Demo: Understanding your Billing Statement

AdWords Demos are narrated lessons that show you how to make the most of your AdWords account. (You'll need Flash installed on your system to view AdWords demos.)

View this demo now: Understanding your Billing Statement.

You may also wish to see the complete list of AdWords Demos.

Do I get a credit if I refer a friend to AdWords?

At this time, we don't offer credits to advertisers who refer other advertisers to Google AdWords.

Learn more about promotional credits.

General Account Information : Billing : **Troubleshooting Billing**

Why am I being charged for more than my daily budget on some days?

User traffic fluctuates from day to day. To make up for these fluctuations and to ensure that your campaigns reach their potential, Google may allow up to 20% more clicks (or impressions for site-targeted campaigns) in one day than your daily budget specifies. We call this **overdelivery.**

However, our system makes sure that in a given billing period, you're never charged more than the number of days in that month multiplied by your daily budget. That amount equals your monthly budget.

For instance, if you budget US$100 per day in a 30-day month, you may receive more than US$100 in clicks on a given day, but the maximum you would pay for that month is US$3,000.

If Google overdelivers your ads, resulting in more clicks than your monthly budget allows, you'll receive a credit to your account. Credits for clicks in excess of your monthly budget are listed on your Advertising costs page (accessible from your Billing Summary) as an **Overdelivery credit.**

**Why was my credit card or debit card billed multiple times in one month?**

This probably happened because you reached your credit limit at least twice in a 30-day period.

When you create and activate your Google AdWords account, Google sets an initial US$50 credit limit. Google will charge you after 30 days or when you reach your credit limit, whichever comes first. Each time you reach your credit limit within 30 days of your last bill, your credit limit is incrementally raised - first to US$200, to US$350, and then to US$500 (the maximum amount). A new billing cycle begins each time this happens.

For example, let's say that advertiser Alan opens an AdWords account and starts accruing costs on Oct. 1:

- On Oct. 5, Alan reaches his initial credit limit of US$50. At that time, we charge him for the amount accrued (which might be in slight excess of the accrued costs quickly). Alan's credit limit is increased to US$200. A new billing cycle begins.
- On Oct. 25, Alan again reaches his credit limit of US$200, triggering AdWords to charge him for costs accrued. Google again raises his credit limit to US$350 and initiates a new billing cycle.
- On Nov. 18, Alan accrues more than US$350 in charges. Google bills him and raises his credit limit to US$500.
- Alan's next bill will be processed on Dec. 18 or when he exceeds the final US$500 credit limit - whichever comes first.

**Lesson: Billing Details & Issue Resolution**

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reinforce your new knowledge.

You can view lessons in text or as multimedia presentations (Flash® required) with narration and images.

View "Billing Details & Issue Resolution": multimedia lesson | text lesson

You may also wish to see the complete list of AdWords Lessons.

**When do you bill - Australia**

With the AdWords prepay option (available in select locations), you pay for your advertising before your ads run. We simply deduct the cost of clicks and/or impressions as your ads receive them.

With the AdWords postpay option, you pay only for clicks or impressions you've actually received. You are not billed in advance. We create an invoice for your advertising charges and bill your account every 30 days, or after a certain amount of advertising charges accrue. (The amount is determined by your history.) In AdWords program.) The postpay billing cycle is explained in more detail below.

*The Postpay Billing Cycle (Australian Dollars):*
The initial credit limit is AUD$100. This amount is raised incrementally each time your account hits its credit limit in less than 30 days. The credit limit is first raised to AUD$250, then to AUD$500, and then to AUD$1,000. The If you run a cost-per-click (CPC) campaign, you accrue charges with every click; for a cost-per-impression (CPM) campaign, you accrue charges each time your ad is shown. The amount invoiced or billed may be slightly in excess of these credit limits if an account charges very quickly.

- Animation must be confined to the allotted ad space. Ads which expand beyond the frame or otherwise encroach on the web site are not allowed.

All animated ads will be reviewed by AdWords representatives. Google is dedicated to providing ads that contribute to a positive user experience, and we may not accept ads related to certain products or services. We reserve the right to exercise discretion regarding the advertising we accept, as noted in our Terms and Conditions.

**What is Google's policy for online pharmacy ads?**

Google AdWords requires all online pharmacy advertisers and affiliates to be a member of the PharmacyChecker Licensed Pharmacy Program. Google only accepts online pharmacies that are based in the U.S. or Canada. Additionally, pharmacy-related ad campaigns can only target the U.S., U.S. territories (American Samoa, Guam, Puerto Rico, U.S. Virgin Islands), and/or Canada. Ads for prescription drugs will not be displayed in other countries. To be fair to all of our pharmacy advertisers, we make no exceptions. If you are not granted a PharmacyChecker ID, we won't be able to run your ads.

If you meet the above requirements and want to get started, visit our FAQ:
What do I have to do to advertise my online pharmacy or be an affiliate of one?

We're working with PharmacyChecker to verify the credentials of online pharmacy advertising through Google AdWords. Doing so helps enhance the integrity of the online prescription marketplace as well as that of the Google AdWords program. Users gain security from knowing that online pharmacies found through Google AdWords are trustworthy. And users are more likely to complete a transaction with a business they know they can trust.

**Why do I need to re-accept the AdWords Terms and Conditions?**

As part of our ongoing effort to improve the Google AdWords program for advertisers and users, we may periodically update the AdWords Terms and Conditions. All AdWords advertisers are required to accept these new Terms and Conditions in order to advertise with the AdWords program.

You may have received an email from us, or a notification within your account, requesting that you log in and accept our new Terms and Conditions. You can do so by logging into AdWords.

Please note that you'll have a limited amount of time (generally 30 days from your initial notification) to log in and accept the new program Terms and Conditions; otherwise, we'll need to pause your account until you've made this change. To avoid interruption of your AdWords advertising, we recommend that you log in and make this change as soon as possible.

**How do I avoid seeing adult ads?**

AdWords specialists review all of the ads that appear on Google and the Google Network. Ads are categorized as 'Family Safe,' 'Non-Family Safe,' or 'Adult,' depending on the content of the ad and website. Google does not permit ads that are classified as 'Non-Family Safe' or 'Adult' to appear for users who have activated their SafeSearch filter.

To activate your Google SafeSearch filter:
1. Visit your preferred Google homepage (e.g. www.google.com, www.google.it, etc.).
2. Click 'Preferences' next to the search box.

Google AdWords Help Center

- Click Pause at the top of the Campaign Summary table.

Shortcut: If you want to pause all of your active campaigns quickly, click the checkbox next to the Campaign Name column header on the Campaign Summary table. This will select all campaigns at once. Then, click Pause.

You can also enable AdWords ad scheduling to run your campaigns only at certain hours of each week. Please see this Help Center entry for more details: What is ad scheduling?

How do I resume a paused campaign?

If you want to resume running ads in a paused ad campaign:

- Log in to your AdWords account.
- Click the checkbox next to the campaign you want to resume.
- Click Resume at the top of the Campaign Summary table.

Shortcut: If you want to resume all of your paused ad campaigns quickly, click the checkbox next to the Campaign Name header in the top row of the Campaign Summary table. This will select all campaigns at once. Then, click Resume.

Lesson: Campaign Management Overview

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reinforce your new expertise.

You can view lessons in text or as multimedia presentations (Flash® required) with narration and images.

View "Campaign Management Overview": multimedia lesson | text lesson

You may also wish to see the complete list of AdWords Lessons.

Can I have my ads run at particular times of day?

Yes, you can. The ad scheduling feature of AdWords lets you schedule your ads for particular hours of the day, or specific days of the week. Please see this Help Center entry for more details: What is ad scheduling?

You can also pause your campaigns completely at any time. You won't accrue charges while your ads are paused, and they'll remain paused until you resume them.

Can I move keywords or ad text to different locations in my account?