CLRB Hanson Industries, LLC et al v. Google Inc.                                    Doc. 94
04/06/1996  20:23:05  0000000000  PETER ALTHERR  10/16/2006   PAGE  02
Case 5:05-cv-03649-JW    Document 94    Filed 10/16/2006    Page 1 of 2



1  DAVID T. BIDERMAN, Bar No. 101577
   JUDITH B. GITTERMAN, Bar No. 115661
2  M. CHRISTOPHER JHANG, Bar No. 211463
   **PERKINS COIE LLP**
3  Four Embarcadero Center, Suite 2400
   San Francisco, CA 94111-4131
4  Telephone: (415) 344-7000
   Facsimile: (415) 344-7050
5  Email: DBiderman@perkinscoie.com
   Email: JGitterman@perkinscoie.com
6  Email: CJhang@perkinscoie.com

7  Attorneys for Defendant Google Inc.

8

9              UNITED STATES DISTRICT COURT

10      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

12  CLRB HANSON INDUSTRIES, LLC d/b/a       CASE NO. C 05-03649 JW
    INDUSTRIAL PRINTING, and HOWARD
13  STERN, on behalf of themselves and all others   **SUPPLEMENTAL DECLARATION OF**
    similarly situated,                            **LESLIE ALTHERR IN SUPPORT OF**
14                                                 **GOOGLE'S OPPOSITION TO**
                   Plaintiffs,                     **PLAINTIFFS' MOTION FOR PARTIAL**
15                                                 **SUMMARY JUDGMENT**
           v.
16                                                 Date:    November 6, 2006
    GOOGLE, INC.,                                  Time:    9:00 a.m.
17                                                 Dept:    8
                   Defendants.                     Judge:   Hon. James W. Ware
18

19

20  I, Leslie Altherr, declare as follows:

21      1.       I am employed as a litigation paralegal at Google Inc. ("Google"). I submit this

22  declaration in support of Google's Opposition to the Motion for Partial Summary Judgment filed

23  by Plaintiffs CLRB Hanson Industries, LLC dba Industrial Printing ("Hanson") and Howard

24  Stern ("Stern"). I have personal knowledge of the facts set forth below except as to those matters

25  stated on information and belief, and as to those matters, I believe them to be true. If called upon

26  to testify, I could and would testify competently as to the matters set forth herein. I submit this

27  declaration under the direction of counsel and, except for the matters stated herein, do not waive

28  any attorney-client or work product privileges.

SUPPLEMENTAL DECLARATION
OF LESLIE ALTHERR

Dockets.Justia.com

2.    I have been responsible for overseeing and managing the collections of documents requested by our outside counsel, Perkins Coie LLP.

3.    Attached hereto as Exhibit 1 is a true and correct redacted copy of the Campaign Change History Log for plaintiff Hanson's AdWords campaign entitled Contract Decorating, for the time period January 30, 2005 through April 27, 2005. Confidential and proprietary information has been redacted from the document.

I declare under penalty of per jury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 13 day of October, 2006, at Mountain View, California

Leslie Altherr

SUPPLEMENTAL DECLARATION
OF LESLIE ALTHERR