# EXHIBIT 1
# TO THE SUPPLEMENTAL DECLARATION OF LESLIE ALTHERR IN SUPPORT OF GOOGLE'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Dockets.Justia.com

AW: View Campaign Change History

bhanson+client@industrialprinting.com

**Google** AdWords    ~~(934-396-2830~~
Managed by bhanson@industrialprinting.com
Customer time zone: Pacific Time

Help | Sign out

| | Campaign Management | Reports | Analytics | My Account | | Advanced Search |

Campaign Summary | Tools | Conversion Tracking

Search my campaigns: [ ]    [ Search ]

Campaign Summary > Contract Decorating > View Change History

Show only changes that match the following criteria:

Within date range: Jan ▾ 30 ▾ 2005 ▾ - Apr ▾ 27 ▾ 2005 ▾ Select quick date range

Made by: All users

Change type: Status ▾

[ Filter Change History ]

Show all details    Show all protocol buffer details    Download as .csv

Showing 1 - 32

| Date ▾ / User / IP - Change ID | Campaign | Ad Group | Description  △ = changed; + = added; ✕ = removed |
|---|---|---|---|
| Apr 27, 2005 2:46:11 PM<br>bhanson@industrialprinting.com | Contract<br>Decorating(322743) | | △ Status changed from Active to Paused |
| Apr 27, 2005 12:23:58 PM<br>bhanson@industrialprinting.com | Contract<br>Decorating(322743) | | △ Status changed from Paused to Active |
| Apr 26, 2005 10:40:28 AM<br>bhanson@industrialprinting.com | Contract<br>Decorating(322743) | | △ Status changed from Active to Paused |
| Apr 26, 2005 5:36:09 AM<br>bhanson@industrialprinting.com | Contract<br>Decorating(322743) | | △ Status changed from Paused to Active |
| Apr 25, 2005 2:54:36 PM<br>bhanson@industrialprinting.com | Contract<br>Decorating(322743) | | △ Status changed from Active to Paused |
| Apr 25, 2005 4:48:12 AM<br>bhanson@industrialprinting.com | Contract<br>Decorating(322743) | | △ Status changed from Paused to Active |
| Apr 22, 2005 3:58:10 PM<br>bhanson@industrialprinting.com | Contract<br>Decorating(322743) | | △ Status changed from Active to Paused |
| Apr 22, 2005 5:48:33 AM<br>bhanson@industrialprinting.com | Contract<br>Decorating(322743) | | △ Status changed from Paused to Active |
| Apr 21, 2005 3:41:50 PM<br>bhanson@industrialprinting.com | Contract<br>Decorating(322743) | | △ Status changed from Active to Paused |
| Apr 21, 2005 5:58:26 AM<br>bhanson@industrialprinting.com | Contract<br>Decorating(322743) | | △ Status changed from Paused to Active |
| Apr 18, 2005 12:24:30 PM<br>bhanson@industrialprinting.com | Contract<br>Decorating(322743) | | △ Status changed from Active to Paused |
| Apr 18, 2005 5:11:39 AM<br>bhanson@industrialprinting.com | Contract<br>Decorating(322743) | | △ Status changed from Paused to Active |
| Apr 15, 2005 4:00:00 PM<br>bhanson@industrialprinting.com | Contract<br>Decorating(322743) | | △ Status changed from Active to Paused |
| Apr 15, 2005 5:24:29 AM<br>bhanson@industrialprinting.com | Contract<br>Decorating(322743) | | △ Status changed from Paused to Active |

9/7/2006 3:27 PM

AW: View Campaign Change History



| | | |
|---|---|---|
| Apr 14, 2005 5:22:51 PM<br>bhanson@industrialprinting.com | Contract<br>Decorating(322743) | △ Status changed from Active to Paused |
| Apr 14, 2005 6:00:59 AM<br>bhanson@industrialprinting.com | Contract<br>Decorating(322743) | △ Status changed from Paused to Active |
| Apr 13, 2005 1:26:40 PM<br>bhanson@industrialprinting.com | Contract<br>Decorating(322743) | △ Status changed from Active to Paused |
| Apr 13, 2005 5:45:32 AM<br>bhanson@industrialprinting.com | Contract<br>Decorating(322743) | △ Status changed from Paused to Active |
| Apr 12, 2005 6:10:04 PM<br>bhanson@industrialprinting.com | Contract<br>Decorating(322743) | △ Status changed from Active to Paused |
| Apr 5, 2005 2:01:22 PM<br>bhanson@industrialprinting.com | Contract<br>Decorating(322743) | Hot Stamping (198352455) △ Status changed from Active to Paused |
| Apr 4, 2005 12:07:43 PM<br>bhanson@industrialprinting.com | Contract<br>Decorating(322743) | △ Status changed from Paused to Active |
| Mar 31, 2005 11:52:15 AM<br>bhanson@industrialprinting.com | Contract<br>Decorating(322743) | △ Status changed from Active to Paused |
| Mar 30, 2005 7:54:18 AM<br>bhanson@industrialprinting.com | Contract<br>Decorating(322743) | △ Status changed from Paused to Active |
| Mar 29, 2005 2:49:26 PM<br>bhanson@industrialprinting.com | Contract<br>Decorating(322743) | △ Status changed from Active to Paused |
| Mar 28, 2005 4:45:35 AM<br>bhanson@industrialprinting.com | Contract<br>Decorating(322743) | △ Status changed from Paused to Active |
| Mar 25, 2005 1:54:31 PM<br>bhanson@industrialprinting.com | Contract<br>Decorating(322743) | △ Status changed from Active to Paused |
| Mar 24, 2005 8:05:41 AM<br>bhanson@industrialprinting.com | Contract<br>Decorating(322743) | △ Status changed from Paused to Active |
| Mar 21, 2005 7:03:46 PM<br>bhanson@industrialprinting.com | Contract<br>Decorating(322743) | △ Status changed from Active to Paused |
| Feb 24, 2005 3:30:51 PM<br>bhanson@industrialprinting.com | Contract<br>Decorating(322743) | △ Status changed from Paused to Active |
| Feb 22, 2005 5:04:31 AM<br>bhanson@industrialprinting.com | Contract<br>Decorating(322743) | △ Status changed from Active to Paused |
| Feb 10, 2005 12:42:31 PM<br>bhanson@industrialprinting.com | Contract<br>Decorating(322743) | △ Status changed from Paused to Active |
| Feb 10, 2005 7:39:10 AM<br>bhanson@industrialprinting.com | Contract<br>Decorating(322743) | △ Status changed from Active to Paused |

Time zone for all dates and times in data tables, reports, and billing: (GMT-08:00) Pacific Time. Learn more.

©2006 Google - AdWords Home - Editorial Guidelines - Privacy Policy - Contact Us

9/7/2006 3:27 PM