# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLRB Hanson Industries, LLC d/b/a Industrial Printing, and Howard Stern, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>Google Inc.,<br><br>　　　　　Defendant. | NO. C 05-03649 JW<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

On June 26, 2006, the Court conducted a case management conference. In light of the discussion with the parties' counsel at the conference, the Court orders the following:

1. The scope of discovery shall be limited to discerning (i) the terms and conditions of the agreement, if any, that existed between the parties relating to the AdWords advertising program (the "AdWords agreement") and (ii) the parties' understanding of those terms and conditions;

2. Within twenty (20) days of this Order, Defendant shall submit a sworn statement to Plaintiffs that it has turned over all documents describing the terms and conditions of the AdWords agreement;

3. Within forty (40) days of this Order, at a time and place agreed on by the parties, Defendant shall have the opportunity to depose a representative from CLRB Hanson Industries and/or Howard Stern;

4. A hearing on a motion for partial summary judgment is set for **October 6, 2006 at 9:00 a.m.** A further case management conference will follow this hearing at **10:00 a.m.**

Dated: June 27, 2006

*James Ware*
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**
Christopher M. Jhang cjhang@perkinscoie.com
David T. Biderman dbiderman@perkinscoie.com
Judith B. Gitterman gittj@perkinscoie.com
Lester L Levy llevy@wolfpopper.com
Lisa Delehunt ldelehunt@perkinscoie.com
Michele Fried Raphael mraphael@wolfpopper.com
Ryan M. Hagan rhagan@alexanderlaw.com
William M. Audet waudet@alexanderlaw.com

Dated: June 27, 2006                    Richard W. Wieking, Clerk


                                        By:   /s/ JW Chambers
                                              Melissa Peralta
                                              Courtroom Deputy