# EXHIBIT B

1  Lester L. Levy (Admitted Pro Hac Vice)
   Michele Fried Raphael (Admitted Pro Hac Vice)
2  WOLF POPPER LLP
   845 Third Avenue
3  New York NY 10022
   Telephone: 212.759.4600
4  Facsimile: 212.486.2093
   email: llevy@wolfpopper.com
5  email: mraphael@wolfpopper.com

6  William M. Audet, Esq. (SBN 117456)
   Jason Baker, Esq. (SBN 212380)
7  ALEXANDER, HAWES & AUDET, LLP
   152 North Third Street, Suite 600
8  San Jose, CA 95112
   Telephone: 408.289.1776
9  Facsimile: 408.287.1776
   email: waudet@alexanderlaw.com
10 email: jbaker@alexanderlaw.com

11 *Attorneys for Plaintiffs and
   the Proposed Class*
12

13                    UNITED STATES DISTRICT COURT

14           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

15

16 | CLRB HANSON INDUSTRIES, LLC d/b/a | Case No. C05-03649 JW |
   | INDUSTRIAL PRINTING, and HOWARD    |                         |
17 | STERN, on behalf of themselves and all |                     |
   | others similarly situated,         |                         |
18 |                                    | **PLAINTIFFS' NOTICE OF DEPOSITION** |
   |              Plaintiffs,           | **OF GOOGLE, INC.**     |
19 |                                    |                         |
   | vs.                                |                         |
20 |                                    |                         |
   | GOOGLE, INC.,                      |                         |
21 |                                    |                         |
   |              Defendant.            |                         |
22

23 TO:   **Google, Inc.**
         c/o Perkins Coie LLP
24       Four Embarcadero Center, Suite 2400
         San Francisco, California 94111
25       Tel: (415) 344-7000
         Fax: (415) 344-7050
26

27     **PLEASE TAKE NOTICE THAT**, pursuant to Rules 26 and 30(b)(6) of the Federal Rules

28 Plaintiffs' Notice of Deposition of Google, Inc.

Doc. 153681

of Civil Procedure, Plaintiffs will take the deposition of Google, Inc., by Michael Schulman or, if he is not the most knowledgeable, then, the person at Google, Inc. most knowledgeable about the (i) terms and conditions of the agreement, if any, that existed between the parties relating to the AdWords advertising program (the AdWords agreement) and (ii) the parties' understanding of those terms and conditions, including, how Google, Inc. bills Plaintiffs under those terms and conditions, commencing at 10:00 a.m. on September 13, 2006, and continuing from day to day thereafter until completed, at the offices of ALEXANDER, HAWES & AUDET, LLP, 152 North Third Street, Suite 600, San Jose, CA 95112.. The deposition will be taken before a duly certified notary public and will continue from day-to-day until completed. The deposition will be recorded stenographically, and may also be recorded by videotape and/or audiotape and may be recorded in real time.

You are invited to attend and cross examine.

Dated: August 24, 2006

Respectfully submitted,

**WOLF POPPER LLP**

/s/ Michele Raphael

Lester L. Levy
Michele Fried Raphael
845 Third Avenue
New York, New York 10022
Tel: (212) 759-4600
Fax: (212) 486-2093

**ALEXANDER, HAWES & AUDET, LLP**
William M. Audet (SBN 117456)
Jason Baker (SBN 212380)
152 North Third Street, Suite 600
San Jose, CA 95112
Tel: (408)289-1776
Facsimile: (408)287-1776

*Attorneys for Plaintiffs and the Class*

Plaintiffs' Notice of Deposition of Google, Inc.

Doc. 153681

2