# EXHIBIT C

Dockets.Justia.com

**Lester L. Levy**

| | |
|---|---|
| **From:** | Biderman, David (Perkins Coie) [DBiderman@perkinscoie.com] |
| **Sent:** | Tuesday, September 05, 2006 2:42 PM |
| **To:** | Lester L. Levy |
| **Cc:** | Jhang, M. Christopher (Perkins Coie); Jason Baker; Michele F. Raphael; Gitterman, Judith (Perkins Coie) |
| **Subject:** | RE: Google |

Les--I will call. We do not believe the deposition should go forward. David


David T. Biderman
Perkins Coie LLP
SF--415-344-7003
LA--310-788-3220
FAX--310-843-1242
Cell--310-405-5959 (please note new cell number)

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

-----Original Message-----
**From:** Lester L. Levy [mailto:LLevy@wolfpopper.com]
**Sent:** Tuesday, September 05, 2006 11:40 AM
**To:** Biderman, David (Perkins Coie)
**Cc:** Jhang, M. Christopher (Perkins Coie); Jason Baker; Michele F. Raphael; Gitterman, Judith (Perkins Coie)
**Subject:** RE: Google

David- On August 18, we handed you a document request and requested that you produce documents earlier than 30 days. When we followed up on the request and your representations at the Plaintiffs' depositions regarding getting us documents, you said your Google contact was on vacation. At this point, we want to make sure that we have any relevant documents prior to next week's deposition of Google.. Please call to discuss this. We have made travel reservations to be at the deposition in Calif.on Wed. morning. Lester