# EXHIBIT D

Dockets.Justia.com

1   DAVID T. BIDERMAN, Bar No. 101577
    JUDITH B. GITTERMAN, Bar No. 115661
2   M. CHRISTOPHER JHANG, Bar No. 211463
    **PERKINS COIE LLP**
3   4 Embarcadero Center, 24th Floor
    San Francisco, CA 94111-3162
4   Telephone: (415) 344-7000
    Facsimile: (415) 344-7050
5   Email: DBiderman@perkinscoie.com
    Email: JGitterman@perkinscoie.com
6   Email: CJhang@perkinscoie.com

7   Attorneys for Defendant Google Inc.

8

9                    UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

12   CLRB HANSON INDUSTRIES, LLC d/b/a          CASE NO.  C 05-03649 JW
     INDUSTRIAL PRINTING, and HOWARD
13   STERN, on behalf of themselves and all others   **DEFENDANT GOOGLE INC.'S**
     similarly situated,                             **OBJECTIONS TO PLAINTIFFS'**
14                                                    **NOTICE OF DEPOSITION**
                         Plaintiffs,
15
          v.
16
     GOOGLE, INC.,
17
                         Defendant.
18

19

20          Pursuant to the Federal Rules of Civil Procedure ("FRCP"), and in response to plaintiffs

21   CLRB Hanson Industries, LLC, d/b/a Industrial Printing, and Howard Stern's ("plaintiffs")

22   FRCP 26 and 30(b)(6) Notice of Deposition to defendant Google Inc. ("Google"), in the above-

23   captioned matter, Google makes the following objections:

24          1.      Google objects to plaintiffs' Notice of Deposition on the ground that it violates

25   the Court's June 27, 2006 Order Following Case Management Conference ("Order") because the

26   Order limited the discovery to take place prior to a hearing on partial summary judgment

27   motions. The Order specifically directed that Google be given the opportunity to depose one or

28

     DEFENDANT GOOGLE INC.'S OBJECTIONS TO
     PLAINTIFFS' NOTICE OF DEPOSITION
     CASE NO. 05-03649
                                                              [41063-0023/BY062490.121.DOC]

'06  09:28 FAX 4153447050          PERKINSCOIE                          ☑003

1  both plaintiffs by August 6, 2006, regarding the terms and conditions of the agreement between

2  the parties under the AdWords program and their understanding of these terms and conditions

3  The Order also directed that Google submit to plaintiffs a sworn statement "that it has turned

4  over all documents describing the terms and conditions of the AdWords agreement." The Order

5  does not permit plaintiffs to depose Google.

6          On July 26, 2006, Google filed a motion to enlarge time for taking the depositions and,

7  on August 1, 2006, the Court ordered that "[f]or good cause shown, the deadline for [Google] to

8  depose both [p]laintiffs is extended to and including August 17, 2006." On August 8, 2006,

9  plaintiffs filed a motion seeking to continue the partial summary judgment hearing date, which

10  was granted on August 16, 2006. At no time did plaintiffs seek modification of the Order to

11  permit a deposition of Google's FRCP 30(b)(6) representative or any other Google

12  representative.

13          2.      Google objects to plaintiffs' Notice of Deposition on the ground that it fails to

14  describe with reasonable particularity the matters on which examination is requested.

15          3.      Google objects to plaintiffs' Notice of Deposition on the ground that it violates

16  FRCP 30(d)(2), which limits a deposition to one day of seven hours unless otherwise authorized

17  by the court or stipulated by the parties.

18          4.      Google objects to plaintiffs' Notice of Deposition on the ground that the noticed

19  date for deposition was unilaterally selected by plaintiffs in violation of Local Rule 30-1, which

20  provides that "the noticing party must confer about the scheduling of the deposition with

21  opposing counsel" before noticing a deposition of a party.

22  Dated: September 7, 2006                    PERKINS COIE LLP

23

24                                      By: _____
                                             David T. Biderman

25                                      Attorneys for Defendant GOOGLE INC.

26

27

28
                                         -2-

DEFENDANT GOOGLE INC.'S OBJECTIONS TO
PLAINTIFFS' NOTICE OF DEPOSITION
CASE NO. 05-03649

[41003-0023/BYU02490.142.DOC]

'09/08/06  09:26 FAX 4153447050    PERKINSCOIE    ☑004

# PROOF OF SERVICE

1

2    I, Michael J. Alcantara, declare:

3        I am a citizen of the United States and am employed in the County of San Francisco

4    State of California. I am over the age of 18 years and am not a party to the within action  My

5    business address is Perkins Coie LLP, 4 Embarcdero Center, 24th Floor, San Francisco,

6    California 94111-3162. I am personally familiar with the business practice of Perkins Coie LLP

7    On September 6, 2006, I served the following document(s):

8    **DEFENDANT GOOGLE INC.'S OBJECTIONS TO PLAINTIFFS' NOTICE OF DEPOSITION**

9    by placing a true copy thereof enclosed in a sealed envelope addressed to the following parties.

10       William M. Audet, Esq.                              Attorney for Plaintiffs
         Ryan M. Hagan,  Esq.
11       Jason Baker, Esq.
12       ALEXANDER, HAWES & AUDET, LLP
         152 North Third Street, Suite 600
13       San Jose, CA 95112
         Tel:  (408) 289-1776; Fax: (408) 287-1776
14

15       Lester L. Levy, Esq.                               Attorney for Plaintiffs
         Michele F. Raphael, Esq.
16       Renee L. Karalian, Esq.
         WOLF POPPER LLP
17       845 Third Avenue
         New York, NY 10022
18       Tel:  (212) 759-4600; Fax: (212) 486-2093

19   __X__    (By Facsimile/Telecopy)  I caused each document to be sent by Automatic
             Facsimile/Telecopier to the number(s) indicated above.
20

21       I declare under penalty of perjury under the laws of the State of California that the above

22   is true and correct and that this declaration was executed at San Francisco, California

23

24   DATED:  September 7, 2006.                    _Michael C. Alcantara_
                                                       Michael J. Alcantara
25

26

27

28

DEFENDANT GOOGLE INC.'S OBJECTIONS TO
PLAINTIFFS' NOTICE OF DEPOSITION
CASE NO. 05-03649

(41063-0023/BY002490.121.DOC)