CLRB Hanson Industries, LLC et al v. Google Inc.
Case 5:05-cv-03649-JW   Document 96-6   Filed 10/16/2006   Page 1 of 4
Doc. 96 Att. 5

# EXHIBIT E

**REDACTED**

```
>Date: Fri, 10 Oct 2003 15:41:26 -0700
>From: "AdWords Support" <adwords-support@google.com>
>To: problems@homeworksolver.net
>Subject: Re: [#4286636] Budget exceeded
>User-Agent: Neotonic Trakken/2.5.8
>
>
>Hello Howard,
>
>Thank you for your email.
>
>I understand that your ad has accrued more clicks in a day than your
>daily budget allows. As traffic is never constant from day to day, it
>is possible that you may accrue charges above or below your set limit.
>
>However, our system makes sure that in a given billing period, you are
>never charged more than the number of days in that month multiplied by
>your daily budget. That amount equals your monthly budget. This ensures
>that over time, you maximize your advertising budget.
>
>For clicks accrued over your daily budget, you will see an
>'overdelivery credit' on the Billing Summary page under the 'My
>Account' tab. This credit will appear at the end of your billing period.
>
>Please feel free to reply to this email if you have additional
>questions or concerns.
>
>We look forward to providing you with the most effective advertising
>available.
>
>Sincerely,
>
>Loretta
>The Google AdWords Team
>
>Original Message Follows:
>------------------------
>From: problems@homeworksolver.net
>Subject: Budget exceeded
>Date: Thu, 9 Oct 2003 15:17:43 -0700
>
>User ID: 1022423
>Category: other
>------------------------
>I have a $10/day budget, but on 10/8/03 the cost was over $15.
>
>I thought the listings would go off
>line once the budget was reached.
>
>What happened?
>
>
>
```

P—0146

> Original Message Follows:
> ----------------------
> From: Brett Hanson <brett.hanson@gmail.com>
> Subject: Re: [#17610071] Your AdWords optimization is ready
> Date: Fri, 14 Jan 2005 07:52:41 -0600
>
> Hello Bethanie, I don't understand that logic the platform GOOGLE
> allows you and a selling feature allows you to adjust your daily
> budget to allow you to control cost that is what we do. Now your
> saying its monthly, I respectfully disagree. I would like you to
> immediately issue a credit for all the daily overcharges by ad
> campaign from January 2004 thats 2004 to today. If that is not going
> to happen immediately call me and I will have our attorney get
> involved unfortunately this has come to this I fell we are a valued
> advertiser and we just are not being treated as such and will not
> continue to be taken advantage of GOOGLE need to address this today.
> Thank you.
> Brett R Hanson Cell 763-228-0524 I will be traveling today so please
> email or call my cell again thank you
>
> On Thu, 13 Jan 2005 20:08:07 -0800, Bethanie <bethanie.s@google.com>
> wrote:
> > Hello Brett,
> >
> > Thank you for your email regarding your concern about exceeding your
> daily
> > budget in your account '934-396-2830' today.
> >
> > I understand that your campaigns, primarily Campaign #27, may have
> accrued
> > more clicks in a day than your daily budget allows. As traffic is never
> > constant from day to day, it is possible that you may accrue charges
> above
> > or below your set limit.
> >
> > However, our system makes sure that in a given billing period, you are
> > never charged more than the number of days in that month multiplied by
> > your daily budget. That amount equals your monthly budget. This ensures
> > that over time, you maximize your advertising budget.
> >
> > Please be assured that for clicks accrued over your daily budget, you
> will
> > see an 'overdelivery credit' on the 'Advertising Costs' page for the

P-0406

```
> > charges in question. To view these adjustments to your account:
> >
> > 1. Log into your account at http://adwords.google.com/.
> > 2. Click the 'My Account' tab. This will load your billing summary for
> the
> > current month.
> > 3. Click 'Advertising costs' to review the campaign charges in question.
> >
> > I hope this helps to clarify the charges you are seeing in your account
> > for today, Brett. Please let me know if you have any additional
> questions
> > or concerns.
> >
> > Best regards,
> >
> > Bethanie
> > The Google AdWords Team
> >
> > ---------------
> > To access your AdWords account, please log in at:
> > https://adwords.google.com
> >
> > Original Message Follows:
> > --------------------
> > From: Brett Hanson <brett.hanson@gmail.com>
> > Subject: Re: [#17610071] Your AdWords optimization is ready
> > Date: Thu, 13 Jan 2005 18:25:14 -0600
> >
> > Hi Bethanie
> >
> > Can you please check our over charges for our daily budjet by ads in
> > account
> > CLRB Hanson Industries, LLC ( Customer ID: 934-396-2830 )
> >
> > THank you
> > Brett
> >
> > On Thu, 02 Dec 2004 15:00:46 -0800, Bethanie <bethanie.s@google.com>
> > wrote:
> > > Hello Brett,
> > >
> > > I'm happy that you liked Matt's suggestions for your 'Secoa' account.
> > >
> > > I understand that as a global firm you would like to target
> advertisers
> > in
> > > various languages. At this time, we do not offer optimization services
> > in
> > > languages other than English. However, you can use our keyword tool to
> > > obtain additional suggestions in various languages. Please see the
> > > instructions below to access this tool.
> > >
> > > To access this tool click 'Keyword Tool' above the keyword table for
> the
> > > Ad Group you wish to edit, or visit:
> > > http://adwords.google.com/select/main?cmd=KeywordSandbox. Simply
> submit
> > a
> > > keyword, choose the language and choose relevant words from the
```