# EXHIBIT F

ORIGINAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CLRB HANSON INDUSTRIES, LLC, )
etc., et al.,                )
                             )
            Plaintiffs,      )
                             )
    v.                       ) Case No.
                             ) 05-03639 JW
GOOGLE, INC.,                )
                             )
                             )
            Defendant.       )
_____)

DEPOSITION OF HOWARD STERN

August 16, 2006

227871

BARKLEY
Court Reporters

(310) 207.8000  Los Angeles      (916) 922.5777  Sacramento      (818) 702.0202  San Fernando Valley
(949) 955.0400  Orange County    (408) 885.0550  San Jose        (858) 455.5444  San Diego
(415) 433.5777  San Francisco    (951) 686.0606  Inland Empire   (760) 322.2240  Palm Springs

```
 1
 2   UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF CALIFORNIA
 3   SAN JOSE DIVISION
     ----------------------------------x
 4   CLRB HANSON INDUSTRIES, LLC d/b/a
     INDUSTRIAL PRINTING, and HOWARD
 5   STERN, on behalf of themselves and
     all others similarly situated,
 6
                    Plaintiffs,
 7
             v.                           Case No.
 8                                        05-03639 JW
     GOOGLE, INC.,
 9
                    Defendant.
10   ----------------------------------x
11                  August 16, 2006
12                  11:19 a.m.
13
14         VIDEOTAPED DEPOSITION of HOWARD
15   STERN, taken by Defendant, pursuant to
16   notice, held at the offices of Thacher
17   Proffitt & Wood, 2 World Financial
18   Center, New York, New York, before
19   Amy E. Sikora, CRR, CSR, RPR, Certified
20   Realtime Reporter, Certified Shorthand
21   Reporter, Registered Professional
22   Reporter, and Notary Public within and
23   for the State of New York.
24
25
                         1
```

HOWARD STERN

BARKLEY
Court Reporters

```
 1
 2  A P P E A R A N C E S:
 3  WOLF POPPER LLP
 4  Attorneys for Plaintiffs and the Proposed Class
 5      845 Third Avenue
 6      New York, New York 10022
 7  BY: LESTER L. LEVY, ESQ.
 8      MICHELE F. RAPHAEL, ESQ.
 9  PERKINS COIE LLP
10  Attorneys for Defendant
11      180 Townsend Street
12      San Francisco, CA 94107-1909
13  BY: DAVID T. BIDERMAN, ESQ.
14      M. CHRISTOPHER JHANG, ESQ.
15
16
17  ALSO PRESENT:
18  THOMAS DELVECCHIO, Videographer
19
20
21
22
23
24
25
```

```
                        H. Stern
```

| | | |
|---|---|---|
| 14:25 | 1 | H. Stern |
| 14:25 | 2 | about a month ago. And that was about 380 |
| 14:25 | 3 | days. And I assumed I ran it a few more days |
| 14:25 | 4 | since then. So it just gives me a ballpark |
| 14:25 | 5 | idea of just how many days my campaign was |
| 14:25 | 6 | actively running. |
| 14:25 | 7 | Q.    You mean, how many days it was |
| 14:25 | 8 | unpaused? |
| 14:25 | 9 | A.    Unpaused, yes, exactly. |
| 14:25 | 10 | Q.    Okay. And do you know, in fact, |
| 14:25 | 11 | whether you were charged the amounts that are |
| 14:25 | 12 | specified under the "Cost" column in this |
| 14:26 | 13 | document? |
| 14:26 | 14 | A.    Not for a fact. But as I said |
| 14:26 | 15 | before, when I tried to reconcile my monthly |
| 14:26 | 16 | charges with these, they seemed to be in |
| 14:26 | 17 | line. But I'm not going to say they agreed |
| 14:26 | 18 | exactly. And I also can't say how far they |
| 14:26 | 19 | disagreed. |
| 14:26 | 20 | Q.    Okay. And, again, just -- I'm |
| 14:26 | 21 | not sure I got a clear answer. Is it your |
| 14:26 | 22 | best recollection -- |
| 14:26 | 23 | MR. BIDERMAN:  Thanks, Barbara. |
| 14:26 | 24 | Q.    -- that you have never received |
| 14:26 | 25 | any overdelivery credits? |

|       |    | H. Stern |
|-------|----|----------|
| .4:30 | 2  | A.    No.   I was under the assumption |
| .4:30 | 3  | that it was related to the number of days |
| .4:31 | 4  | your ad is active, and that each day you |
| .4:31 | 5  | wouldn't be charged more than your daily |
| .4:31 | 6  | budget. |
| .4:31 | 7  | Q.    Okay. |
| .4:31 | 8  | A.    Because I never run my ads |
| .4:31 | 9  | everyday.  So this really doesn't apply to my |
| .4:31 | 10 | situation. |
| .4:31 | 11 | Q.    And what made you believe that |
| .4:31 | 12 | you would -- that the days that your campaign |
| .4:31 | 13 | was paused would not be included in that |
| .4:31 | 14 | calculation? |
| .4:31 | 15 | A.    Well, for the simple reason that |
| .4:31 | 16 | this is -- this AdWords is put forward as |
| .4:31 | 17 | something that gives me complete control over |
| .4:31 | 18 | my charges, so I thought -- thought it was |
| .4:31 | 19 | reasonable to assume, if I'm not running my |
| .4:31 | 20 | ads, why would I be charged for days that I'm |
| .4:31 | 21 | turning them off. |
| .4:31 | 22 | Q.    Okay.  And did you -- have you |
| .4:31 | 23 | ever seen any documentation that stated, |
| .4:32 | 24 | documentation from Google, that stated that |
| .4:32 | 25 | the days where your campaign was paused would |

|       |    |                                                    |
|-------|----|----------------------------------------------------|
|       | 1  | H. Stern                                           |
| 14:32 | 2  | not be factored into that calculation?             |
| 14:32 | 3  | A.     As a matter of fact, I was shown            |
| 14:32 | 4  | a screen shot by one of the attorneys that         |
| 14:32 | 5  | specifically said you're only charged for the      |
| 14:32 | 6  | days your ad is active.                            |
| 14:32 | 7  | Q.     And that's in a document -- and             |
| 14:32 | 8  | that's a document that is part of --               |
| 14:32 | 9  | MR. BIDERMAN:  Withdraw that                       |
| 14:32 | 10 | question.                                          |
| 14:32 | 11 | Q.     Other than having seen that                 |
| 14:32 | 12 | document from your attorneys, have you seen        |
| 14:32 | 13 | any other documents that you believe state         |
| 14:32 | 14 | that the days that your campaign is paused do      |
| 14:32 | 15 | not figure into that calculation?                  |
| 14:32 | 16 | A.     I would say that it's -- I don't            |
| 14:32 | 17 | know the best word's implicit in the way this      |
| 14:33 | 18 | is billed, you're billed day by day.  If you       |
| 14:33 | 19 | don't have it on, you're not billed.  That         |
| 14:33 | 20 | makes me think that if I'm not billed, it's        |
| 14:33 | 21 | not added in in any way, so it would not be        |
| 14:33 | 22 | included in the monthly calculation.  It's         |
| 14:33 | 23 | literary just a day that I'm not using the         |
| 14:33 | 24 | service and I'm not charged for it.                |
| 14:33 | 25 | Q.     And other than that, the                    |

```
                            H. Stern
14:42    2    overdelivery credits?
14:42    3         A.    Yes.
14:42    4         Q.    And after you were told by
14:43    5    Google that you could accrues charges above
14:43    6    or below your set limit, you continued to use
14:43    7    the Google program; correct?
14:43    8         A.    Yes, I continued to use it.
14:43    9    It's being used possibly today, yes.
14:43   10         Q.    Okay.  And it is correct to say
14:43   11    that you understood, certainly as of
14:43   12    10 October 2003, that you could accrue
14:43   13    charges above or below your set limit?
14:43   14         A.    I never thought that I would be
14:43   15    billed for them.  Accruing and being charged
14:43   16    for them are two different things.  I saw
14:43   17    that I was accruing charges over my daily
14:43   18    budget.  I never thought that I would be
14:43   19    billed for those, especially since I never
14:43   20    received any overdelivery credits.  I was
14:43   21    both accruing and being charged for more than
14:43   22    my daily budgets every single -- many times.
14:44   23         Q.    Okay.  And then, with respect to
14:44   24    the -- and, in fact, on October 21, which was
14:44   25    11 days after you received this
```

101

HOWARD STERN

BARKLEY Court Reporters

|  |  |  |
|---|---|---|
|  | 1 | H. Stern |
| 16:23 | 2 | Exhibit 19.  Look at page 26. |
| 16:24 | 3 | A. Okay. |
| 16:24 | 4 | Q. It states in the middle of the |
| 16:24 | 5 | page, "If you'd like your campaign to run |
| 16:24 | 6 | only during certain hours, you may pause it |
| 16:24 | 7 | during the hours that you do not want it to |
| 16:24 | 8 | show and resume it when you want it to run |
| 16:24 | 9 | again." |
| 16:24 | 10 | Do you see that? |
| 16:24 | 11 | A. Yeah, I see that now. |
| 16:24 | 12 | Q. Okay.  Did you see it at the |
| 16:24 | 13 | time? |
| 16:24 | 14 | A. No, I don't recall seeing it at |
| 16:24 | 15 | the time. |
| 16:24 | 16 | Q. Okay.  The next line, "You can |
| 16:24 | 17 | pause your ad at any time.  You won't accrue |
| 16:24 | 18 | charges while your ads are paused, and they |
| 16:24 | 19 | will remain paused until you resume them." |
| 16:24 | 20 | Was that your understanding of |
| 16:24 | 21 | your agreement with Google? |
| 16:24 | 22 | A. Yes.  When you activate the |
| 16:24 | 23 | program, you unpause it and then, naturally, |
| 16:24 | 24 | if you want to stop being charged you pause |
| 16:24 | 25 | it. |

170

HOWARD STERN

BARKLEY
Court Reporters

|       |    |                                              |
|-------|----|----------------------------------------------|
|       | 1  | H. Stern                                     |
| 16:24 | 2  | Q.    Okay.  Was it your understanding       |
| 16:24 | 3  | that Google would charge you while your ad   |
| 16:24 | 4  | was paused?                                  |
| 16:24 | 5  | A.    No, I never thought that I'd be        |
| 16:24 | 6  | charged when my ad was paused.               |
| 16:25 | 7  | Q.    If you had a budget of $10 and         |
| 16:25 | 8  | you ran that ad one day during a 30-day      |
| 16:25 | 9  | period, what would you expect to be charged  |
| 16:25 | 10 | from Google?                                 |
| 16:25 | 11 | A.    No more than $10.                      |
| 16:25 | 12 | Q.    Okay.  And what if they charged        |
| 16:25 | 13 | you $11, would that be a violation of your   |
| 16:25 | 14 | agreement with Google?                       |
| 16:25 | 15 | A.    I believe so.                          |
| 16:25 | 16 | Q.    And what if they charged you           |
| 16:25 | 17 | $12?                                         |
| 16:25 | 18 | A.    Anything over $10 would be a           |
| 16:25 | 19 | violation.                                   |
| 16:25 | 20 | Q.    And why is that?                       |
| 16:25 | 21 | A.    Because anything over $10 is           |
| 16:25 | 22 | more than my budget of $10, daily budget of  |
| 16:25 | 23 | $10.                                         |
| 16:25 | 24 | Q.    And there was no way for Google        |
| 16:25 | 25 | to credit you to underbill you for subsequent |

171

|       |    | H. Stern |
|-------|----|----------|
| 16:27 | 1  |          |
| 16:27 | 2  | A. Yes. |
| 16:27 | 3  | Q. Is that an incentive for you to |
| 16:27 | 4  | sign up for AdWords? |
| 16:27 | 5  | A. Right. It's a good reason, |
| 16:27 | 6  | right. |
| 16:27 | 7  | Q. And then it goes on to say, |
| 16:27 | 8  | "This is the same no matter how you choose to |
| 16:27 | 9  | pay for your advertising." |
| 16:27 | 10 | Do you see that? |
| 16:27 | 11 | A. Yes. |
| 16:27 | 12 | Q. Okay. So why did you switch to |
| 16:27 | 13 | Google from Yahoo? |
| 16:27 | 14 | A. Because Yahoo had a monthly |
| 16:27 | 15 | minimum that I needed to pay, whether or not |
| 16:27 | 16 | I even ran the ads. |
| 16:27 | 17 | Q. And Google? |
| 16:27 | 18 | A. They had no minimum. |
| 16:27 | 19 | Q. And, in fact, they told you they |
| 16:28 | 20 | had no minimum; correct? |
| 16:28 | 21 | A. Right. |
| 16:28 | 22 | MR. BIDERMAN: Objection. |
| 16:28 | 23 | Assumes facts not in evidence. |
| 16:28 | 24 | MR. LEVY: Do you want to change |
| 16:28 | 25 | the tape now? |

174

HOWARD STERN

BARKLEY
Court Reporters