# EXHIBIT G

Dockets.Justia.com

ORIGINAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CLRB HANSON INDUSTRIES, LLC,  )
etc., et al.,  )
  )
              Plaintiffs,  )
  )
     v.  ) Case No.
  ) 05-03639 JW
  GOOGLE, INC.,  )
  )
  )
              Defendant.  )
_____)

30(b)(6) DEPOSITION OF BRETT R. HANSON

August 18, 2006

228010

BARKLEY
Court Reporters

(310) 207.8000  Los Angeles    (916) 922.5777  Sacramento    (818) 702.0202  San Fernando Valley
(949) 955.0400  Orange County  (408) 885.0550  San Jose      (858) 455.5444  San Diego
(415) 433.5777  San Francisco   (951) 686.0606  Inland Empire  (760) 322.2240  Palm Springs

1

2    UNITED STATES DISTRICT COURT
       NORTHERN DISTRICT OF CALIFORNIA
3    SAN JOSE DIVISION
       -------------------------------------x
4    CLRB HANSON INDUSTRIES, LLC d/b/a
       INDUSTRIAL PRINTING, and HOWARD
5    STERN, on behalf of themselves and
       all others similarly situated,

6

7                  Plaintiffs,
                               Case No.
              v.                 05-03639 JW
8

       GOOGLE, INC.,                 Confidential
9                                 Portions Bound
                    Defendant.     Separately
10   -------------------------------------x

11                  August 18, 2006

12                   9:45 a.m.

13

14          30(b)(6) VIDEOTAPED DEPOSITION

15     of CLRB HANSON INDUSTRIES d/b/a

16     INDUSTRIAL PRINTING by BRETT R. HANSON,

17     taken by Defendant, pursuant to notice,

18     held at the offices of Thacher Proffitt

19     & Wood, 2 World Financial Center, New

20     York, New York, before Amy E. Sikora,

21     CRR, CSR, RPR, Certified Realtime

22     Reporter, Certified Shorthand Reporter,

23     Registered Professional Reporter, and

24     Notary Public within and for the State

25     of New York.

1

BRETT R. HANSON

BARKLEY
Court Reporters

```
 1
 2   A P P E A R A N C E S:
 3   WOLF POPPER LLP
 4   Attorneys for Plaintiffs and the Proposed Class
 5        845 Third Avenue
 6        New York, New York 10022
 7   BY:  LESTER L. LEVY, ESQ.
 8        MICHELE F. RAPHAEL, ESQ.
 9   PERKINS COIE LLP
10   Attorneys for Defendant
11        180 Townsend Street
12        San Francisco, CA 94107-1909
13   BY:  DAVID T. BIDERMAN, ESQ.
14        M. CHRISTOPHER JHANG, ESQ.
15
16
17   ALSO PRESENT:
18   THOMAS DELVECCHIO, Videographer
19
20
21
22
23
24
25
```

2

BRETT R. HANSON

BARKLEY
Court Reporters

1           B. Hanson

0:18   2       Q.      Okay.  In other words, you don't

0:18   3    recall ever seeing it on the Google site in

0:18   4    whole or in part?

0:18   5       A.      I remember -- I remember being

0:18   6    attracted to the value proposition of

0:18   7    controlling my daily budget, controlling my

0:18   8    clicks per day, controlling my cost per

0:18   9    click.  Having the ability to turn off and on

0:18   10   the campaign.  And those were the selling

0:18   11   features that brought me and convinced me to

0:18   12   use Google.

0:18   13      Q.      Right.  But my question was a

0:19   14   different one.  My question was, once you

0:19   15   decided you were going to use Google, did you

0:19   16   ever see the terms and conditions, either in

0:19   17   the form that I've handed to you or any other

0:19   18   form?

0:19   19      A.      Not that I can -- not that I can

0:19   20   recall.

0:19   21      Q.      And do you recall that when you

0:19   22   signed up for the AdWords program the first

0:19   23   time on behalf of Industrial Printing that

0:19   24   there was at some point in time, in

0:19   25   connection with the sign-up process, you

29

BRETT R. HANSON

BARKLEY
Court Reporters

|        |    | B. Hanson |
|--------|----|-----------|
| .1:27  | 1  | |
| .1:27  | 2  | interrupt you?  And what -- what caused you |
| .1:27  | 3  | to use the pausing feature? |
| .1:27  | 4  | A.    It's a unique selling feature |
| .1:27  | 5  | allowing you to turn off and on your costs. |
| .1:27  | 6  | Having more ability to control the costs |
| .1:27  | 7  | associated with your pay-for-click |
| 1:27   | 8  | advertising.  I thought that was an asset of |
| 1:27   | 9  | Google's that others did not have. |
| 1:27   | 10 | Q.    Okay.  And what did you use the |
| 1:27   | 11 | pausing feature to accomplish? |
| 1:27   | 12 | A.    That was my cost certain.  If I |
| 1:27   | 13 | had a daily budget of $100 and my costs at |
| 1:27   | 14 | that certain time were -- were, as an |
| 1:27   | 15 | example, $52 to my $100 budget, I wasn't |
| 1:27   | 16 | going to spend more than $52 that day, |
| 1:28   | 17 | period. |
| 1:28   | 18 | Q.    So could you give me an example |
| 1:28   | 19 | of how you would implement that pausing? |
| 1:28   | 20 | A.    Just go in and click.  There's a |
| 1:28   | 21 | button that says, "Pause." |
| 1:28   | 22 | Q.    Okay.  But you said you'd look |
| 1:28   | 23 | at your billing summary; right? |
| 1:28   | 24 | A.    Look at my daily budget, that's |
| 1:28   | 25 | on one page.  You've got your campaign name, |

70

BRETT R. HANSON

BARKLEY
Court Reporters