1  Lester L. Levy (*Admitted Pro Hac Vice*)
   Michele F. Raphael (*Admitted Pro Hac Vice*)
2  WOLF POPPER LLP
   845 Third Avenue
3  New York NY 10022
   Telephone: 212.759.4600
4  Facsimile: 212.486.2093
   e-mail: llevy@wolfpopper.com
5  e-mail: mraphael@wolfpopper.com

6  William M. Audet (SBN 117456)
   Jason Baker (SBN 212380)
7  ALEXANDER, HAWES & AUDET, LLP
   152 North Third Street, Suite 600
8  San Jose, CA 95112
   Telephone: 408.289.1776
9  Facsimile: 408.287.1776
   e-mail: waudet@alexanderlaw.com
10 e-mail: jbaker@alexanderlaw.com

11
   *Attorneys for Plaintiffs and the Proposed Class*
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE, INC.,<br><br>Defendant. | CASE NO: C05-03649 JW<br><br>**[PROPOSED] ORDER DENYING DEFENDANT GOOGLE INC.'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION**<br><br>Fed. R. Civ. P. 56<br><br>Date: November 6, 2006<br>Time: 9:00 a.m.<br>Dept.: 3<br>Judge: Honorable James W. Ware |

[PROPOSED] ORDER DENYING DEFENDANT GOOGLE INC.'S MOTION FOR SUMMARY
JUDGMENT OR IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION
Case No: C05-03649 JW

Defendant's Motion for Summary Judgment, or in the Alternative, for Summary Adjudication, brought pursuant to Federal Rules of Civil Procedure 56, having come on for hearing, the Court having considered all relevant documents and evidence and having considered the arguments of counsel, and good cause appearing therefor:

IT IS HEREBY ORDERED that Defendant Google Inc.'s Motion for Summary Judgment or in the Alternative, for Summary Adjudication is denied in its entirety.

Dated: _____, 2006

_____
Honorable James W. Ware
U.S.D.C., Northern District of California

Respectfully submitted:

**WOLF POPPER LLP**

By:   /s/
      Lester L. Levy (Admitted Pro Hac Vice)

*Attorneys for Plaintiffs and the Proposed Class*

[PROPOSED] ORDER DENYING DEFENDANT GOOGLE INC.'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION
Case No: C05-03649 JW