DAVID T. BIDERMAN, Bar No. 101577
JUDITH B. GITTERMAN, Bar No. 115661
M. CHRISTOPHER JHANG, Bar No. 211463
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
Email: DBiderman@perkinscoie.com
Email: JGitterman@perkinscoie.com
Email: CJhang@perkinscoie.com

Attorneys for Defendant Google Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE, INC.,<br><br>    Defendant. | CASE NO. C 05-03649 JW<br><br>**DECLARATION OF HEATHER WILBURN** |

I, Heather Wilburn, declare as follows:

1.     I am employed as an Adwords Account Associate at Google Inc. ("Google"). I submit this declaration in support of Google's Motion for Summary Judgment or in the Alternative, for Summary Adjudication, in the above-captioned action. I have personal knowledge of the facts set forth below except as to those matters stated on information and belief, and as to those matters, I believe them to be true. If called upon to testify, I could and would testify competently as to the matters set forth herein.

DECLARATION OF HEATHER WILBURN
CASE NO. 05-03649
41063-0023/LEGAL11939285.1
41063-0023/LEGAL11972643.1

2.   I have been employed at Google since March 2002 in the capacity of AdWords Account Associate. My responsibilities include but are not limited to: responding to customer emails and phone inquiries pertaining to the management, structure and function of the AdWords program, managing accounts of high spending advertisers in the Travel and Retail verticals, training new team members and evaluating peers.

3.   In order to create an AdWords account, advertisers must agree to the AdWords Agreement. The Adwords Agreement is accessible to the advertiser during the account sign-up process. During my time at Google, there was never a time when an advertiser could create an AdWords account without first having access to and agreeing to the AdWords Agreement.

4.   During the time periods July 2002 and October 2003, customers had access to the AdWords Agreement at the time that they signed up for an AdWords account and they were required to agree to the AdWords Agreement in order to create an account.

5.   Google periodically updates the terms of the AdWords Agreement. When this occurs, all advertisers are required to accept these new terms in order to continue advertising with AdWords. Advertisers have a limited amount of time (generally 30 days from the initial notification of the new terms) to log in and accept the new terms; otherwise, their accounts are paused (i.e., no ads are displayed) until the change has been made.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this __22__ day of October, 2006, at Mountain View, California.

Heather Wilburn

-2-

DECLARATION OF HEATHER WILBURN
CASE NO. 05-03649
41063-0023/LEGAL11939285.1
41063-0023/LEGAL11972643.1