1    DAVID T. BIDERMAN, Bar No. 101577
JUDITH B. GITTERMAN, Bar No. 115661
2    M. CHRISTOPHER JHANG, Bar No. 211463
**PERKINS COIE LLP**
3    Four Embarcadero Center, Suite 2400
San Francisco, California 94111
4    Telephone: (415) 344-7000
Facsimile: (415) 344-7050
5    Email: DBiderman@perkinscoie.com
Email: JGitterman@perkinscoie.com
6    Email: CJhang@perkinscoie.com

7    Attorneys for Defendant Google Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>  v.<br><br>GOOGLE, INC.,<br><br>            Defendant. | CASE NO. C 05-03649 JW<br><br>**DECLARATION OF HEATHER WILBURN IN SUPPORT OF GOOGLE INC.'S OPENING BRIEF IN RESPONSE TO COURT'S ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE REMANDED FOR LACK OF JURISDICTION**<br><br>Date: November 20, 2006<br>Time: 9:00 a.m.<br>Dept.: Courtroom 8<br>Judge: Honorable James Ware |

DECLARATION OF HEATHER WILBURN IN SUPPORT OF OPENING BRIEF IN RESPONSE TO COURT'S ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE REMANDED FOR LACK OF JURISDICTION
Case No. 05-03649
41063-0023/LEGAL12180253.1

1  I, HEATHER WILBURN, declare as follows:

2  1. I am employed as an AdWords Account Associate at Google Inc. ("Google"). I submit this declaration in support of Google's Opening Brief in Response to Court's Order to Show Cause Why the Case Should Not Be Remanded for Lack of Jurisdiction in the above-captioned action. I make this declaration of my own personal knowledge except as to those matters stated on information and belief, and as to those matters, I believe them to be true. If called as a witness, I could and would competently testify as to the matters set forth herein.

2. As an AdWords Account Associate, I am familiar with the approximate number of advertisers in Google's AdWords advertising network. As of the date I am signing this declaration, I believe Google's AdWords advertising network contains hundreds of thousands of advertisers.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 7th day of November, 2006, at Mountain View, California.

_____
Heather Wilburn

-2-
DECLARATION OF HEATHER WILBURN IN SUPPORT OF OPENING
BRIEF IN RESPONSE TO COURT'S ORDER TO SHOW CAUSE WHY THE
CASE SHOULD NOT BE REMANDED FOR LACK OF JURISDICTION
Case no. 05-03469
41063-0023/LEGAL12180253.1