1  Lester L. Levy (*Admitted Pro Hac Vice*)
2  Michele F. Raphael (*Admitted Pro Hac Vice*)
   WOLF POPPER LLP
3  845 Third Avenue
   New York NY 10022
4  Telephone: 212.759.4600
5  Facsimile: 212.486.2093
   e-mail: llevy@wolfpopper.com
6  e-mail: mraphael@wolfpopper.com

7
   William M. Audet (SBN 117456)
8  Jason Baker (SBN 212380)
   ALEXANDER, HAWES & AUDET, LLP
9  152 North Third Street, Suite 600
10 San Jose, CA 95112
   Telephone: 408.289.1776
11 Facsimile: 408.287.1776
12 e-mail:  waudet@alexanderlaw.com
   e-mail:  jbaker@alexanderlaw.com
13

14 *Attorneys for Plaintiffs and the
   Proposed Class*

15

16         UNITED STATES DISTRICT COURT
        NORTHERN DISTRICT OF CALIFORNIA
17            SAN JOSE DIVISION

18

| 19 CLRB HANSON INDUSTRIES, LLC d/b/a | ) | CASE NO: C05-03649 JW |
|---|---|---|

19 CLRB HANSON INDUSTRIES, LLC d/b/a   )    CASE NO: C05-03649 JW
20 INDUSTRIAL PRINTING, and HOWARD   )
   STERN, on behalf of themselves and all   )    **DECLARATION OF MICHELE F.**
21 others similarly situated,   )    **RAPHAEL IN RESPONSE TO ORDER**
     )    **TO SHOW CAUSE AND IN SUPPORT**
22         Plaintiffs,   )    **OF RETENTION OF FEDERAL**
     )    **JURISDICTION**
23 vs.   )
     )
24 GOOGLE, INC.,   )
     )    Date:  November 20, 2006
25   )    Time:  9:00 a.m.
           Defendant.   )    Dept.:  3
26   )    Judge: Honorable James W. Ware

27

28

   **Declaration of Michele F. Raphael in Response to Order to Show Cause**
   **and in Support of Retention of Federal Jurisdiction**
   **Case No: C05-03649 JW**

Doc. 155070

I, **MICHELE F. RAPHAEL,** declare as follow:

1.      I am a member of Wolf Popper LLP ("Wolf Popper"), counsel for Plaintiffs CLRB Hanson Industries, LLC d/b/a Industrial Printing ("CLRB Hanson") and Howard Stern (collectively, "Plaintiffs") in this action.  I submit this declaration in Response to this Court's order to show cause why the case should not be remanded for lack of jurisdiction and in support of retention of federal jurisdiction.

2.      Annexed hereto as Exhibit A is a true and correct copy of a research report issued by Susquehanna Financial Group, LLLP on June 29, 2006, on Google Inc.

3.      Annexed hereto as Exhibit B is a true and correct copy of Google's Investor Relations, Investor FAQ webpages.  On the top of the third page thereof, Google, asks, and answers "Who are our customers?"

4.      Annexed hereto as Exhibit C is a true and correct copy of the article, "Google Sees Revenue Rise, Beats Expectation" by Elinor Mills, c/net news.com, April 20, 2006.

5.      Annexed hereto as Exhibit D are true and correct copies of Google's earning releases for the quarter and year ended December 31, 2005, and for the first three quarters of 2006.

Dated: November 8, 2006

_____
            /s/
        Michele F. Raphael

**Declaration of Michele F. Raphael in Response to Order to Show Cause**
**and in Support of Retention of Federal Jurisdiction**
**Case No: C05-03649 JW**

Doc. 155070