# Exhibit A

Dockets.Justia.com



**Thursday, June 29, 2006**
Refer to Appendix for important disclosure information

Susquehanna Financial Group, LLLP, Member NASD | Internet



Marianne Wolk
212-514-4779 · Marianne.Wolk@sig.com
Malindi Davies, CFA
212-514-4738 · Malindi.Davies@sig.com

| Google Inc. | |
|---|---|
| GOOG | $407.99 OPEN |
| Rating | Positive |
| 52-Week Range ($) | 475-196 |
| Shrs Out (mln) | 309 |
| Avg Daily Vol (000) | 10,929 |
| Market Cap ($mln) | 116,470 |
| Ent Value ($mln) | 106,976 |
| Debt/Cap | 0.0% |
| Net Cash/Shr | $30.68 |
| Equity in AOL | $3.23 |
| C2005 EBITDA | 2,623.8 |
| C2006 EBITDA | 4,329.0 |
| C2007E EBITDA | 5,868.0 |
| EV / C2007E EBITDA | 18.2x |

**Fiscal Year December**

| EPS | 2005A | 2006E | Prior | 2007E | Prior |
|---|---|---|---|---|---|
| 1Q | 1.23 | 2.29A | | 3.03 | |
| 2Q | 1.33 | 2.40 | | 3.10 | |
| 3Q | 1.51 | 2.43 | | 3.12 | |
| 4Q | 1.54 | 2.89 | | 3.57 | |
| PF EPS | 5.60 | 10.01 | | 12.82 | |
| PF P/E | | 37.6x | | 29.4x | |
| | | | | | |
| GAAP EPS | 5.02 | 8.20 | | 10.83 | |
| GAAP P/E | | 45.9x | | 34.8x | |
| | | | | | |
| Rev ($M) | | | | | |
| 1Q | 795 | 1,531A | | 2,095 | |
| 2Q | 890 | 1,589 | | 2,176 | |
| 3Q | 1,049 | 1,645 | | 2,233 | |
| 4Q | 1,290 | 1,963 | | 2,525 | |
| Rev ($M) | 4,024 | 6,728 | | 9,028 | |
| EV/Rev | | 15.9x | | 11.8x | |

GAAP ex 1x items. PF ests ex 1x items & stock comp., after tax.

**GOOG Share Price (LTM)**



▲ indicates split
Source: SFG Research and company reports

## Google Inc.
**GOOG: $407.99 OPEN**

**Rating: Positive**

### Google Launches Payments, Mostly As Expected

Google unveiled its payments platform today, largely in line with expectations. In our view, the promise of Google Checkout is the ability for Google to more closely match its advertising with eCommerce revenue. Longer term, this could lead to higher ad pricing and a potential shift in Google's business model from price-per-click to price-per-action or even revenue sharing. Regardless, it should be able to improve its monetization by optimizing ads for eCommerce sales rather than click-through, which should translate into higher ROIs for advertisers.

**HIGHLIGHTS**

- **This morning Google unveiled its long-awaited payments platform, "Google Checkout."** As we indicated in our June 12 report, details of the forthcoming offering have been available since June 2005. **Neutral Factor**

- **Preliminary details suggest Google will rollout Checkout to approximately 100 merchants.** (Refer to Figure 1.) As an incentive for merchants to participate, Google is offering to process $10 in sales for every $1 spent in advertising on AdWords (for an unknown period of time). Otherwise, pricing is roughly as anticipated at 2.0% and $0.20 per transaction (slightly below the 2.5% and $0.25 we estimated in our June 12 report and in line with PayPal's 1.9% and $0.30 for merchants with monthly payments of $100,000 or more). In addition, Google is offering a Payment Guarantee to protect sellers, will refund eligible transactions within 10 days (on a select basis) and will fight chargebacks on sellers' behalf. Finally, Google will disburse funds to merchants' bank accounts for sales processed through Checkout every two days; this is not a stored value account. Google is launching Checkout including integration with other merchant shopping cart applications from Mercantec, Monster Commerce, Shopsite, Volusion, Infopia, and ChannelAdvisor. **Neutral Factor**

- **What else is new, relative to Google's challenges in attracting consumers to Google Checkout?** Google is marketing the offering as a single-payment solution for the web that consumers can use with the ease of a username and password. Google Checkout will support coupons and gift certificates at launch. To assure security, Google is permitting shoppers to choose whether or not to hide their email addresses from merchants. Google will also conceal credit card information from merchants. At launch, Google is offering a one-time $10 rebate on orders of $20 or more from about 16 stores (refer to Figure 1). **Positive Factor**

- **Many other unanswered questions about Google Checkout.** We have limited information as to the back office processing for Google Checkout (insourced or outsourced), its ability to manage regulatory challenges (particularly for international banking), customer service provisions for buyers and sellers, handling of returns, etc. **Neutral Factor**

- **Growth driver for AdWords?** Google is offering to process *for free* sales equal to 10x merchant's AdWords spending. At the same time, Google appears to be trying to capture more activity from smaller businesses without web sites, featuring the ease of online commerce for these SMEs by listing on Google Base and relying on Google Checkout. We believe the payments platform may improve conversion rates (making it easier for consumers to purchase items listed in search results), which would raise revenue. More interesting is the potential for Google to monitor transaction revenue per advertisement, market its performance/ROI relative to competitors, optimize its platform to generate higher ecommerce sales and longer term to alter ad payments from pay per click (e.g., sales lead) to revenue sharing. **Positive Factor**

- **Overall, we believe Google's entrance into the payments business has long term potential...** We see three major positives from Google Checkout: 1) it is entering a high-growth, high-margin (~30%) market dominated by direct credit card payments today; 2) relatively easy upselling to Google's substantial 400,000+ AdWords merchants, which are likely to adopt the offering (alongside other payment platforms) as there is no cost to trying it; and 3) payments should accelerate AdWords advertising sales (see above). **Positive Factor**

- **...If Google can overcome several key challenges.** In our view, Google will need to overcome concerns about security and privacy if it is to attract consumer adoption of its

Checkout solution. Google lacks any consumer registrations outside of its fledgling Gmail offering, which has just 8 mln U.S. users (according to comScore). Given ongoing clickfraud and privacy concerns, it could face challenges convincing consumers to trust Google with their credit cards and purchase information (which is likely to be used to target them with future ads). Finally, Google's last two efforts at eCommerce – Froogle and Google Base – have seen only modest success. **Negative Factor**

**CONTRA CASE**
Risks include intensifying competition that could limit Google's ability to drive long-term growth and profitability in line with expectations. Google also faces risks related to its numerous investments in new products, which may not yield desired returns. In addition, deterioration in global economies could slow the secular shift to online advertising that underlies Google's business expansion.

Figure 1. Google is Launching its Checkout Offering with 100 Merchants

 A few places to shop                                                              Google Checkout | Help

| | | | |
|---|---|---|---|
|  |  |  |  |
| Levi's | Timberland | Buy.com | Starbucks Store |
|  |  |  |  |
| Zales | Jockey | GNC | Dick's Sporting Goods |
|  |  |  |  |
| Ritz Camera | BlueFly | Aeropostale | Tweeter |
|  |  |  |  |
| eCost | Dockers | Fossil (coming soon) | Ace Hardware (coming soon) |

**Get $10 off from these stores**

To get **$10 off** your order of **$20 or more** from these stores, enter the coupon code listed below during Google Checkout. **(Discount valid once per store)**

| | | | |
|---|---|---|---|
| **Starbucks Store** Coupon code: **c96924** | **Jockey** Coupon code: **jockeyg** | **eCost** Coupon code: **ecost10off** | **CD Universe** Coupon code: **gbuy10** |
| **CSN Rugs** Coupon code: **g10csn** | **DVD Empire** Coupon code: **1167311** | **All Childrens Furniture** Coupon code: **g10csn** | **Magazines.com** Coupon code: **google10** |
| **Football Fanatics** Coupon code: **googleff123321** | **Racks and Stands** Coupon code: **g10csn** | **Select Blinds** Coupon code: **google10** | **CSN Lighting** Coupon code: **g10csn** |
| **Golf Balls.com** Coupon code: **googlegolf** | **Best Buy Eye Glasses** Coupon code: **gog10d** | **Improvement Direct** Coupon code: **googpay** | **uBid** Coupon automatically applied at checkout |

**Other recently added stores**

| | | | |
|---|---|---|---|
| Accent Furniture Direct | Dining Rooms Direct | LightingDirect | Shop PBS (coming soon) |
| Adirondack Furniture Direct | Discount Dance Supply Dockers | Locker Supply | Skates.com |
| All Barstools | eAngler | Luggage.com | Skates on Haight |
| All Modern Furniture | EdmundsScientific | Mac Friends | Snorkel Bob |
| Ashford.com | eGeneralMedical | Mobile PC | SpinLife |
| Avenue You | FaucetDirect | More Home | Sports Authority (coming soon) |
| Baby Furniture Online | FixturesDirect | Morton Golf | StovesDepot |
| BackCountry | Fogdog (coming soon) | Mounts and More | Superior Galleries |
| BaggageForLess | GI Joe (coming soon) | O'Sullivan Furniture Direct | Teak, Wicker and More |
| Bedroom Furniture Direct | GlobalGolfUSA | OpAmerica | The Furniture |
| Best Prices | Google Store | Outer Banks Outfitters | Thermosource |
| BlindSelect | Google Video Store | Photo Alley | ToolsDirect |
| Boaters World | Grapevinehill | Planet Shoes | Trendy Togs |
| Bretford Central | HandleSets | PlumbingDirect | Venting Systems |
| Bush Furniture Central | Household Appliance | Premier Mounts Central | VentingPipe |

Source: Google.com

Figure 2. Google Checkout is Easy to Try



**Find it with Google. Buy it with Google Checkout.**

Want a faster, safer and more convenient way to shop online? You got it.

🛒 **Stop creating multiple accounts and passwords.**
With Google Checkout™ you can quickly and easily buy from stores across the web and track all your orders and shipping in one place.

🛒 **Shop with confidence.**
Our fraud protection policy covers you against unauthorized purchases made through Google Checkout, and we don't share your purchase history or full credit card number with sellers.

🛒 **Control commercial spam.**
You can keep your email address confidential, and easily turn off unwanted emails from stores where you use Google Checkout.

citi® cardmember? Register your Citi Card with Google Checkout to get $5 or 1000 ThankYou℠ Points.

Take a tour - Places to shop - Information for sellers



# Welcome to Google Checkout!

Sign up for a free Google Account in order to use Google Checkout: A faster, safer and more convenient way to shop online.

| | |
|---|---|
| Email: | **marianne.wolk@gmail.com** Sign in as a different user |
| Credit card number: | |
| Expiration date: | mm / yy    CVC:    What's this? |
| Name on card: | |
| Billing address line 1: | |
| Billing address line 2: (optional) | |
| | City    State  Zip |
| Country: | United States |
| Phone number: | |
| | e.g. 650-555-1212. Required for account verification. |
| | I agree to the Terms of Service. |

Source: Google.com

**COMPANY DESCRIPTION**
Google Inc. (GOOG) is a global technology leader in the search and advertising markets. The company's web site is a top 5 destination on the Internet and the number one site for users performing search queries. Users access free information (via Google's sizable index of the world wide web) about the products/services they seek by entering a "keyword," which generates a list of URLs to web sites across the Internet, ranked by their relevance to the user's query. Google primarily generates revenue from businesses advertising on its own global web sites. Advertising is placed on a pay-for-performance basis, where the advertiser pays only if a user clicks on the advertisement. Through Google's auction-based keyword bidding process, more than 150,000 advertisers (including small and medium-sized businesses) can also purchase keyword advertising on other search sites (i.e., Ask Jeeves, InfoSpace, Lycos, T-Online and others) which, in return for the benefit of access to Google's large number of advertisers, marketing and billing services, share revenue with Google.

Internet

**Google Inc.**
Quarterly Geographic Model
$ Millions
Revised, 4/20/06
**GROSS REVENUE ANALYSIS**

| | Q1 Mar-05 | Q2 Jun-05 | Q3 Sep-05 | Q4 Dec-05 | Q1 Mar-06 | Q2E Jun-06 | Q3E Sep-06 | Q4E Dec-06 | C04 | C05 | C06E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| US | 61% | 61% | 61% | 62% | 58% | 58% | 58% | 57% | 66% | 61% | 57% |
| International | 39% | 39% | 39% | 38% | 42% | 43% | 42% | 44% | 34% | 39% | 43% |
| **Total Gross Mix** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** |
| US | 73% | 75% | 82% | 78% | 69% | 59% | 46% | 36% | 104% | 77% | 51% |
| U.K. | 144% | 145% | 116% | 89% | 84% | 81% | 58% | 60% | | 118% | 69% |
| Other Int'l | 131% | 151% | 124% | 108% | 102% | 85% | 67% | 73% | | 125% | 80% |
| International | 136% | 149% | 121% | 101% | 95% | 83% | 63% | 69% | 150% | 123% | 76% |
| **Y/Y Growth** | **93%** | **98%** | **96%** | **86%** | **79%** | **68%** | **53%** | **48%** | **118%** | **92%** | **60%** |
| US | 16% | 9% | 13% | 24% | 10% | 3% | 4% | 15% | | | |
| U.K. | 36% | 7% | 17% | 11% | 32% | 5% | 2% | 13% | | | |
| Other Int'l | 31% | 15% | 13% | 22% | 27% | 5% | 3% | 27% | | | |
| International | 32% | 12% | 15% | 18% | 29% | 5% | 2% | 22% | | | |
| International, Ex Currency | 29% | 14% | 19% | 20% | 29% | | | | | | |
| **Q/Q Growth** | **22%** | **10%** | **14%** | **22%** | **17%** | **4%** | **4%** | **18%** | | | |

Source: Company Reports, SFG Forecasts

Susquehanna Financial Group, LLLP

Internet                                                                                                                                                                  7

**Google Inc.**
Headcount Analysis
$ Millions
Revised, 1/4/06

| | Q1 Mar-04 | Q2 Jun-04 | Q3 Sep-04 | Q4 Dec-04 | Q1 Mar-05 | Q2 Jun-05 | Q3 Sep-05 | Q4 Dec-05 | Q1E Mar-06 | Q2E Jun-06 | Q3E Sep-06 | Q4E Dec-06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Headcount** | 1907 | 2292 | 2668 | 3021 | 3482 | 4183 | 4989 | 5680 | 6790 | 7390 | 7990 | 8640 |
| Net New Additions | 279 | 385 | 376 | 353 | 461 | 701 | 806 | 691 | 1110 | 600 | 600 | 650 |
| **Annualized Net Revenue Per Employee $000s** | 798 | 739 | 754 | 866 | 913 | 851 | 841 | 909 | 902 | 860 | 824 | 909 |
| Y/Y Growth | 114.5% | 98.6% | 89.8% | 85.6% | 82.6% | 82.5% | 87.0% | 88.0% | 95.0% | 76.7% | 60.2% | 52.1% |
| Q/Q Growth | 17.1% | 20.2% | 16.4% | 13.2% | 15.3% | 20.1% | 19.3% | 13.9% | 19.5% | 8.8% | 8.1% | 8.1% |
| **Change in Spending $000s / Change in Headcount** | 87 | 74 | 121 | 165 | 25 | 91 | 131 | 144 | 64 | 71 | 54 | 168 |
| *TTM Average* | *89* | *91* | *87* | *112* | *96* | *101* | *103* | *98* | *108* | *103* | *83* | *89* |
| Q/Q Growth in Spending $MM (Non-TAC COGS + Opex) | 24 | 29 | 45 | 58 | 12 | 64 | 106 | 99 | 71 | 43 | 33 | 109 |
| Pct Change | 20% | 19% | 26% | 31% | 4% | 21% | 29% | 21% | 12% | 7% | 5% | 15% |
| Q/Q Growth in Headcount | 279 | 385 | 376 | 353 | 461 | 701 | 806 | 691 | 1110 | 600 | 600 | 650 |
| Pct Change | 17% | 20% | 16% | 13% | 15% | 20% | 19% | 14% | 20% | 9% | 8% | 8% |
| **Annualized Opex per Average Employee $000s** | 236 | 244 | 264 | 288 | 270 | 276 | 305 | 319 | 298 | 282 | 274 | 288 |
| *TTM Average* | *237* | *244* | *245* | *258* | *267* | *275* | *285* | *293* | *299* | *301* | *293* | *286* |
| Annualized Opex $MM | 418 | 512 | 655 | 820 | 879 | 1057 | 1397 | 1704 | 1858 | 2002 | 2106 | 2394 |
| Average Employees | 1767.5 | 2099.5 | 2480 | 2845 | 3252 | 3833 | 4586 | 5334.5 | 6235 | 7090 | 7690 | 8315 |

NOTE: Q4:04 opex figures exclude $10.4mln in in-process R&D charges.
Source: Company Reports, SFG Forecasts

Susquehanna Financial Group, LLLP

Internet

**Google Inc.**
Quarterly Revenue Model
$ Millions
Revised, 4/20/06

## GOOGLE NETWORK FORECAST

| | Q1<br>Mar-05 | Q2<br>Jun-05 | Q3<br>Sep-05 | Q4<br>Dec-05 | Q1<br>Mar-06 | Q2E<br>Jun-06 | Q3E<br>Sep-06 | Q4E<br>Dec-06 | C04 | C05E | C06E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Google Web Sites | 656.997 | 737.172 | 884.679 | 1,098.213 | 1,297.317 | 1,355.696 | 1,403.146 | 1,683.775 | 1,589.033 | 3,377.061 | 5,739.934 |
| AdSense Third Party Network | 584.115 | 630.242 | 675.012 | 798.573 | 928.376 | 946.944 | 980.087 | 1,127.100 | 1,554.256 | 2,687.942 | 3,982.506 |
| Network Advertising Revenues, Gross | 1,241.112 | 1,367.414 | 1,559.691 | 1,896.786 | 2,225.693 | 2,302.640 | 2,383.232 | 2,810.874 | 3,143.289 | 6,065.003 | 9,722.439 |
| Google Web Sites | 52.9% | 53.9% | 56.7% | 57.9% | 58.3% | 58.9% | 58.9% | 59.9% | 50.6% | 55.7% | 59.0% |
| AdSense Third Party Network | 47.1% | 46.1% | 43.3% | 42.1% | 41.7% | 41.1% | 41.1% | 40.1% | 49.4% | 44.3% | 41.0% |
| Percent Mix | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Google Web Sites | 23.9% | 12.2% | 20.0% | 24.1% | 18.1% | 4.5% | 3.5% | 20.0% | | | |
| AdSense Third Party Network | 19.2% | 7.9% | 7.1% | 18.3% | 16.3% | 2.0% | 3.5% | 15.0% | | | |
| Q/Q Growth | 21.6% | 10.2% | 14.1% | 21.6% | 17.3% | 3.5% | 3.5% | 17.9% | | | |
| Google Web Sites | 116.5% | 114.6% | 114.9% | 107.1% | 97.5% | 83.9% | 58.6% | 53.3% | 100.6% | 112.5% | 70.0% |
| AdSense Third Party Network | 75.0% | 82.0% | 75.7% | 63.0% | 58.9% | 50.3% | 45.2% | 41.1% | 147.3% | 72.9% | 48.2% |
| Y/Y Growth | 94.8% | 98.3% | 96.0% | 85.9% | 79.3% | 68.4% | 52.8% | 48.2% | 121.3% | 93.0% | 60.3% |

Source: Company Reports, SFG Forecasts

Susquehanna Financial Group, LLLP

8