1  Lester L. Levy (*Admitted Pro Hac Vice*)
   Michele F. Raphael (*Admitted Pro Hac Vice*)
2  WOLF POPPER LLP
   845 Third Avenue
3  New York NY 10022
   Telephone: 212.759.4600
4  Facsimile: 212.486.2093
   e-mail: llevy@wolfpopper.com
5  e-mail: mraphael@wolfpopper.com

6  William M. Audet (SBN 117456)
   Jason Baker (SBN 212380)
7  ALEXANDER, HAWES & AUDET, LLP
   152 North Third Street, Suite 600
8  San Jose, CA 95112
   Telephone: 408.289.1776
9  Facsimile: 408.287.1776
   e-mail: waudet@alexanderlaw.com
10 e-mail: jbaker@alexanderlaw.com

11 *Attorneys for Plaintiffs and the Proposed Class*

12                        UNITED STATES DISTRICT COURT

13                       NORTHERN DISTRICT OF CALIFORNIA

14                              SAN JOSE DIVISION

15

16 CLRB HANSON INDUSTRIES, LLC d/b/a  )   CASE NO: C05-03649 JW
   INDUSTRIAL PRINTING, and HOWARD    )
17 STERN, on behalf of themselves and all )   **PLAINTIFFS' REPLY MEMORANDUM**
   others similarly situated,            )   **IN RESPONSE TO ORDER TO SHOW**
                                         )   **CAUSE**
18                Plaintiffs,            )
                                         )   Date:  November 20, 2006
19 vs.                                   )   Time:  9:00 a.m.
                                         )   Dept.: 3
20 GOOGLE, INC.,                         )   Judge: Honorable James W. Ware
                                         )
21                Defendant.             )
                                         )
22                                       )
                                         )
23
24
25
26
27
28

**PLAINTIFFS' REPLY MEMORANDUM IN RESPONSE TO ORDER TO SHOW CAUSE**

## **PRELIMINARY STATEMENT AND ARGUMENT**

As detailed in both Plaintiffs' and Defendant's submissions in response to this Court's expressed concern as to Mr. Stern's modest individual damages, both parties are in agreement that the amount in controversy amply satisfies the jurisdictional requirement.

Given the parties' concurring positions and their support therefore, Plaintiffs respectfully request that if the Court still deems necessary a hearing on the issue of subject matter jurisdiction, the parties be allowed to participate via telephone. This would save the time and expense of transcontinental travel.

Dated: November 10, 2006

**WOLF POPPER LLP**

    /s/
Lester L. Levy (Admitted Pro Hac Vice)
Michele F. Raphael (Admitted Pro Hac Vice)
845 Third Avenue
New York NY 10022
Telephone: 212.759.4600
Facsimile: 212.486.2093

and

ALEXANDER, HAWES & AUDET, LLP
William M. Audet (SBN 117456)
Jason Baker (SBN 212380)
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: 408.289.1776
Facsimile: 408.287.1776

Attorneys for Plaintiffs and the Proposed Class

**PLAINTIFFS' REPLY MEMORANDUM IN RESPONSE TO ORDER TO SHOW CAUSE**

1