CLRB Hanson Industries, LLC et al v. Google Inc.                                                                     Doc. 107
Case 5:05-cv-03649-JW   Document 107   Filed 11/13/2006   Page 1 of 3

| | |
|---|---|
| 1 | DAVID T. BIDERMAN, Bar No. 101577 |
| 2 | JUDITH B. GITTERMAN, Bar No. 115661<br>M. CHRISTOPHER JHANG, Bar No. 211463 |
| 3 | **PERKINS COIE LLP**<br>Four Embarcadero Center, Suite 2400 |
| 4 | San Francisco, California  94111<br>Telephone:  (415) 344-7000 |
| 5 | Facsimile:  (415) 344-7050<br>Email: DBiderman@perkinscoie.com |
| 6 | Email: JGitterman@perkinscoie.com<br>Email: CJhang@perkinscoie.com |
| 7 | Attorneys for Defendant Google Inc. |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC.,<br><br>Defendant. | CASE NO. C 05-03649 JW<br><br>**GOOGLE INC.'S REPLY BRIEF IN RESPONSE TO COURT'S ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE REMANDED FOR LACK OF JURISDICTION**<br><br>Date:   November 20, 2006<br>Time:   9:00 a.m.<br>Dept.:  Courtroom 8<br>Judge:  Honorable James Ware |

GOOGLE INC.'S REPLY BRIEF IN RESPONSE TO COURT'S ORDER TO
SHOW CAUSE WHY THE CASE SHOULD NOT BE REMANDED FOR
LACK OF JURISDICTION
Case No. 05-03649
41063-0023/LEGAL12227755.1

Dockets.Justia.com

## REPLY BRIEF IN RESPONSE TO COURT'S ORDER

Both parties in this action agree that this Court should retain jurisdiction over this case. The jurisdictional amount required by the Class Action Fairness Act is in controversy and maintaining jurisdiction would be the most efficient use of judicial resources. On the issue of removal, the jurisdictional amount in controversy is determined from the allegations or prayer of the complaint, and "[t]he inability of plaintiff to recover an amount adequate to give the court jurisdiction does not . . . oust jurisdiction." *See St. Paul Mercury Indem. Co. v. Red Cab Co.*, 303 U.S. 283, 289-90 (1938); *see also Singer v. State Farm Mut. Auto. Ins. Co.*, 116 F.3d 373, 375 (9th Cir. 1997). As set forth in Google Inc.'s Opening Brief in Response to Court's Order to Show Cause Why the Case Should Not Be Remanded for Lack of Jurisdiction ("Google's Opening Brief"), the allegations in Plaintiffs' Second Amended Complaint demonstrate that the jurisdictional amount is met. Therefore, this Court possesses jurisdiction over this matter.

Plaintiffs' claims need not have merit for this Court to possess jurisdiction over this matter. In this regard, Plaintiffs' contention that "Google would not have removed this case had it believed its exposure would be less than [$5 million]" is incorrect. *See* Plaintiffs' Response to Order to Show Cause, at 1. Plaintiffs' claims are meritless because the parties' agreement expressly discloses that Plaintiffs' daily budgets may be exceeded by up to 20% on any given day and that their total charges for the month will not exceed their average daily budget times the number of days in that month. Nonetheless, Google was entitled to remove this case to this Court because it is "facially apparent" from Plaintiffs' complaint that the jurisdictional amount is in controversy. *See, e.g., Rippee v. Boston Market Corp.*, 408 F. Supp. 2d 982, 984 (S.D. Cal. 2005) (a district court must first consider whether it is "facially apparent" from the complaint that the jurisdictional amount is in controversy). There is no requirement that a removing defendant "believe its exposure" meets the amount that a plaintiff has alleged is in controversy in the complaint. *See id.* Here, Google removed this case based on the allegations in Plaintiffs' complaint, as it was entitled to do under California authority.

- 2 -

It should be noted that Google has not reviewed and does not admit the accuracy of the third party statistics attached to the Raphael Declaration and cited in Plaintiffs' Response to Order to Show Cause. These statistics are not necessary for the Court to determine whether the jurisdictional amount is in controversy here.

For these reasons and the reasons set forth in Google's Opening Brief, the jurisdictional amount in controversy is satisfied by the allegations of the complaint. Accordingly, Google respectfully requests that this Court retain jurisdiction over this action.

DATED: November 13, 2006     **PERKINS COIE LLP**

By: ___/S/_____
David T. Biderman
Attorneys for Defendant Google Inc.

- 3 -

GOOGLE INC.'S REPLY BRIEF IN RESPONSE TO COURT'S ORDER TO
SHOW CAUSE WHY THE CASE SHOULD NOT BE REMANDED FOR
LACK OF JURISDICTION
Case No. 05-03649
41063-0023/LEGAL12227755.1