# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***

## CIVIL MINUTES

**Judge:** James Ware  **Courtroom Deputy:** Elizabeth Garcia
**Date:** 1/22/2007  **Court Reporter:** Jana Ridenour
**Case No:** C-05-03649  JW  **Interpreter:** N/A

## TITLE

**CLRB Hanson Industries et al v . Google Inc.**

**Attorney(s) for Plaintiff(s):** Lester Levy, Michelle Raphael, Joseph Russell
**Attorney(s) for Defendant(s):** Judith Gitterman, David Biderman

## PROCEEDINGS

1. CLRB Hanson Industrie's Motion for Partial Summary Judgment
2. Google's First Motion for SUmmary Judgment or in the Alternative for Summary Adjudication

## ORDER AFTER HEARING

Hearing Held.  The Court took this matter under submission upon hearing oral arguments.  The Court vacated the previously set Case Management Conference for 1/22/2007.  The Court will issue an order if a further conference date is needed.

_____/ecg/_____
Elizabeth C. Garcia
Courtroom Deputy
CC: