HENNIGAN, BENNETT & DORMAN LLP
RODERICK G. DORMAN (SBN 96908)
ALAN P. BLOCK (SBN 143783)
KEVIN SHENKMAN (SBN 223315)
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
Phone: (213) 694-1200
Fax: (213) 694-1234
dormanr@hbdlawyers.com
blocka@hbdlawyers.com
shenkmank@hbdlawyers.com

Attorneys for Plaintiff
ACACIA MEDIA TECHNOLOGIES CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ACACIA MEDIA TECHNOLOGIES CORPORATION | Case No. 05 CV 01114 JW<br><br>**DECLARATION OF ALAN P. BLOCK IN SUPPORT OF PLAINTIFF ACACIA MEDIA TECHNOLOGIES CORPORATION'S REPLIES TO MOTION FOR RECONSIDERATION AND CLARIFICATION**<br><br>DATE: September 8-9, 2005<br>TIME: 9:00 a.m.<br>CTRM: Hon. James Ware |

CASE NO. 05-CV-01114 JW
MDL NO. 1665

BLOCK DECLARATION SUPPORTING
ACACIA'S REPLIES TO MOTION FOR RECONSIDERATION

I, Alan P. Block, hereby declare as follows:

1. I am a member of the law firm of Hennigan, Bennett & Dorman LLP, counsel of record for plaintiff Acacia Media Technologies Corporation in this case. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the case of *Network Commerce, Inc. v. Microsoft Corp.*, __ F.3d __, 2005 U.S. App. LEXIS 19355 (Fed. Cir. 2005).

3. Attached hereto as Exhibit 2 is a true and correct copy of the case of *Free Motion Fitness, Inc. v. Cybex International, Inc.*, __ F.3d __, 2005 U.S. App. LEXIS 19886 (Fed. Cir. 2005).

4. Attached hereto as Exhibit 3 is a true and correct copy of selected pages of the Deposition of Dr. Andrew Lippman taken on August 31, 2005.

5. Attached hereto as Exhibit 4 is a true and correct copy of a chart relating to the term "sequence encoder" which was used by Mr. Weiss during his testimony on September 8, 2005.

6. Attached hereto as Exhibit 5 is a true and correct copy of a chart relating to the term "identification encoder" which was used by Mr. Weiss during his testimony on September 8, 2005.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of September, 2005, at Los Angeles, California.

_____/s/_____
Alan P. Block