# EXHIBIT 4

# What One of Ordinary Skill in the Art Would Have Learned About the Sequence Encoder from the '702 Patent Specification

1. Can place formatted information into a sequence of addressable data blocks  (7:50-54)

2. Can output a sequence of addressable data blocks and send them to the precompression processor  (8:45-48)

3. Can place blocks of converted formatted information from the converter into a group of addressable data blocks  (7:57-59)

4. Performs time encoding by assigning relative time markers to the audio and video data  (8:6-9)

April 9, 2004

Acacia Media Technologies Corp.

5

Exhibit __4__ Page __37__