# EXHIBIT 5

Dockets.Justia.com

# What One of Ordinary Skill in the Art Would Have Learned About the Identification Encoder from the '702 Patent Specification

1. Retrieves information for items from the source material library (2:34-37)
2. Gives items a unique identification code (6:30-35)
3. Can give log details about the item called program notes (6:35-39)
4. Can assign a popularity code to the item (6:35-39)
5. Can perform storage encoding prior to conversion, during the conversion process, or after storing the item in the compressed data library (6:39-42)
6. Can assign a file address to the item (6:43-48)
7. Can output digital items to a digital input receiver (6:62-64)
8. Can output analog items to an analog-to-digital converter (7:6-9)
9. Can pass already compressed items to the compressed data formatter (7:36-41)
10. Can encode an item as copy protected (5:30-34)
11. Can index songs using a system operator (8:29-33)
12. Can map item addresses to the item name (10:52-54)
13. Can operate a program which updates a master item database (10:56-59)
14. Can update names and other facts in the item database (10:63-65)
15. Can output information about items to the item database (10:57-59)

September 8-9, 2005  Acacia Media Technologies Corp.  16

Exhibit 5  Page 38