United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLRB Hanson Industries, LLC d/b/a Industrial Printing, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Google Inc., <br><br> Defendant. | NO. C 05-03649 JW <br><br> **ORDER FOLLOWING HEARING ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION** |

On January 22, 2007, the Court conducted a hearing on Plaintiffs' Motion for Partial Summary Judgment and Defendant's Motion for Summary Judgment. (See Docket Item Nos. 80, 85.) During the hearing, Defendant's counsel referred to the declaration of Michael Schulman ("Schulman"), a Google engineer, as evidence of how Google's AdWords system compensates for fluctuations in Internet traffic over a period of time.[1] Plaintiffs' counsel indicated that they had not have an opportunity to take Schulman's deposition, or the deposition of any other Google employee with knowledge of how the AdWords system delivers advertisements.

Presently, there is insufficient evidence describing how the AdWords system accounts for fluctuations in Internet traffic and offsets prior shortfalls in advertising hits. For instance, there is

---

[1] In his declaration, Schulman states, *inter alia*, "Recognizing that the daily budget is an advertiser's target, as opposed to its maximum, daily advertising spending, the AdWords system was designed to average out natural fluctuations in daily charges by permitting accrual of charges up to 120% of the daily budget in a day if it is necessary to offset prior shortfalls within that monthly billing period." (Declaration of Michael Schulman ¶ 9, Docket Item No. 88.)

1 insufficient evidence in the record establishing that overdelivery by up to 120 percent will actually
2 occur on the first day that an advertising campaign is commenced.
3     Accordingly, Defendant is ORDERED to deliver Michael Schulman for deposition by
4 Plaintiffs.  Plaintiffs shall also be permitted to depose one to two additional Google employees with
5 knowledge of how the AdWords system compensates for fluctuations in Internet traffic.  The
6 depositions will occur within thirty days of this Order.  The Court continues the hearing on
7 Plaintiffs' Motion for Partial Summary Judgment and Defendant's Motion for Summary Judgment
8 to **April 2, 2007 at 9 AM**.  The parties will comply with the Local Rules for supplemental briefing,
9 if any.

11 Dated: February 8, 2007                                             _____
                                                                                    JAMES WARE
12                                                                                  United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christopher M. Jhang cjhang@perkinscoie.com
David T. Biderman dbiderman@perkinscoie.com
Judith B. Gitterman gittj@perkinscoie.com
Lester L Levy llevy@wolfpopper.com
Lisa Delehunt ldelehunt@perkinscoie.com
Michele Fried Raphael mraphael@wolfpopper.com
Ryan M. Hagan rhagan@alexanderlaw.com
William M. Audet waudet@alexanderlaw.com

**Dated: February 8, 2007**              **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**