United States District Court
For the Northern District of California

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                          SAN JOSE DIVISION

10   CLRB Hanson Industries, LLC, et al.,          NO. C 05-03649 JW

11              Plaintiffs,              **ORDER CONTINUING HEARING**

     v.
12
     Google Inc.,
13
                Defendant.
14   _____/

15        At the joint telephonic request of the parties, the Court continues the hearing on Plaintiffs'

16   Motion for Partial Summary Judgment and Defendant's Motion for Summary Judgment to **Monday,**

17   **June 11, 2007 at 9 AM**.  The parties will comply with the Local Rules for any supplemental

18   briefing, unless the parties wish to file a joint stipulation with the Court as to earlier deadlines for

19   briefing.

20
21   Dated:  March 15, 2007                    _James Ware_____

22                                             JAMES WARE
                                               United States District Judge
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

1    **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2    Christopher M. Jhang cjhang@perkinscoie.com
     David T. Biderman dbiderman@perkinscoie.com
3    Judith B. Gitterman gittj@perkinscoie.com
     Lester L Levy llevy@wolfpopper.com
4    Lisa  Delehunt ldelehunt@perkinscoie.com
     Michele Fried Raphael mraphael@wolfpopper.com
5    Ryan M. Hagan rhagan@alexanderlaw.com
     William M. Audet waudet@audetlaw.com
6

7    **Dated:  March 15, 2007**                    **Richard W. Wieking, Clerk**

8

9                                                  **By:   /s/ JW Chambers**
                                                       **Elizabeth Garcia**
10                                                     **Courtroom Deputy**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28