1  Lester L. Levy *(Admitted Pro Hac Vice)*
   Michele F. Raphael *(Admitted Pro Hac Vice)*
2  WOLF POPPER LLP
   845 Third Avenue
3  New York NY 10022
   Telephone: 212.759.4600
4  Facsimile: 212.486.2093
   e-mail: llevy@wolfpopper.com
5  e-mail: mraphael@wolfpopper.com

6  William M. Audet (SBN 117456)
   Audet & Partners, LLP
7  221 Main Street, Suite 1460
   San Francisco, CA  94105-1938
8  Telephone: 415.568.2555
   Facsimile: 415.568.2556
9  e-mail: waudet@audetlaw.com

10
   *Attorneys for Plaintiffs and the Proposed Class*
11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                          SAN JOSE DIVISION
14

15 | CLRB HANSON INDUSTRIES, LLC d/b/a     ) | CASE NO: C05-03649 JW
   | INDUSTRIAL PRINTING, and HOWARD       )
16 | STERN, on behalf of themselves and all ) | **[PROPOSED] ORDER GRANTING**
   | others similarly situated,            ) | **PLAINTIFFS' ADMINISTRATIVE**
17 |                                       ) | **MOTION PURSUANT TO CIV.L.R. 79-**
   |                     Plaintiffs,       ) | **5(d)TO FILE UNDER SEAL PORTIONS**
18 |                                       ) | **OF DOCUMENTS DUE TO**
   | vs.                                   ) | **CONFIDENTIAL DESIGNATIONS BY**
19 |                                       ) | **DEFENDANT GOOGLE, INC.**
   | GOOGLE, INC.,                         )
20 |                                       ) | Civil L. R. 79-5(d)
   |                     Defendant.        )
21 |                                       ) | Courtroom: 8
   |                                       ) | Judge: Hon. James W. Ware
22

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE
MOTION PURSUANT TO CIV.L.R. 79-5(d)TO FILE UNDER SEAL
PORTIONS OF DOCUMENTS DUE TO CONFIDENTIAL DESIGNATIONS
BY DEFENDANT GOOGLE, INC.
Doc. 157029

Dockets.Justia.com

1  Plaintiffs CLRB Hanson Industries, LLC d/b/a Industrial Printing and Howard Stern, on
2  behalf of themselves and all other similarly situated, were permitted to submit a supplemental brief
3  in further support of their Motion for Partial Summary Judgment. On May 7, 2007, Plaintiffs filed
4  Plaintiffs' Supplemental Memorandum in Support of Plaintiffs' Motion for Partial Summary
5  Judgment ("Plaintiffs' Supplemental Memorandum") and the Supplemental Declaration of Michele
6  F. Raphael dated May 3, 2007 ("Supplemental Raphael Declaration").

7  Plaintiffs have moved pursuant to Civ. L.R.79-5 to have filed under seal those portions of
8  Plaintiffs' Supplemental Memorandum and the Supplemental Raphael Declaration which Plaintiffs
9  represent reference, incorporate or otherwise cite material designated as "Confidential" by
10 Defendant Google, Inc., pursuant to the Stipulated Protection Order filed March 2, 2007.

11 Pursuant to Civ. L.R. Rules 79-5(c) and (d), Plaintiffs have lodged with this Court
12 highlighted versions of Plaintiffs' Supplemental Memorandum and the Supplemental Raphael
13 Declaration identifying the portions containing, citing or referring to material designated by Google
14 as confidential. Plaintiffs have also lodged with the Clerk redacted versions of Plaintiffs'
15 Supplemental Memorandum and the Supplemental Raphael Declaration.

16 The Court having duly considered the submissions and arguments of counsel hereby orders
17 that the copy of the Plaintiffs' Supplemental Memorandum in Support of Plaintiffs' Motion for
18 Partial Summary Judgment and the copy of the Supplemental Declaration of Michele F. Raphael
19 dated May 3, 2007, highlighted to identify the material designated by Google as confidential, shall
20 be filed under seal and that the redacted versions of said documents be filed in the public record..

22 IT IS SO ORDERED.

24 Dated: May __, 2007

_____
United States District Court Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE
MOTION PURSUANT TO CIV.L.R. 79-5(d)TO FILE UNDER SEAL
PORTIONS OF DOCUMENTS DUE TO CONFIDENTIAL DESIGNATIONS
BY DEFENDANT GOOGLE, INC.
Doc. 157029