| | |
|---|---|
| 1 | DAVID T. BIDERMAN, Bar No. 101577 |
| 2 | JUDITH B. GITTERMAN, Bar No. 115661 |
|   | M. CHRISTOPHER JHANG, Bar No. 211463 |
| 3 | **PERKINS COIE LLP** |
|   | Four Embarcadero Center, Suite 2400 |
| 4 | San Francisco, California 94111 |
|   | Telephone: (415) 344-7000 |
| 5 | Facsimile: (415) 344-7050 |
|   | Email: DBiderman@perkinscoie.com |
| 6 | Email: JGitterman@perkinscoie.com |
|   | Email: LDelehunt@perkinscoie.com |
| 7 | Attorneys for Google Inc. |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated, | CASE NO. C05-03649 |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| GOOGLE INC., | |
| Defendant. | |

I, Susan E. Daniels, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Perkins Coie LLP, Four Embarcadero Center, Suite 2400, San Francisco, California. I am personally familiar with the business practice of Perkins Coie LLP. On May 7, 2007, I served the following document(s):

Proof of Service

41063-0023/LEGAL13219247.1

**GOOGLE INC.'S SUPPLEMENTAL BRIEF IN SUPPORT OF SUMMARY JUDGMENT MOTION (FILED UNDER SEAL); and**

**SUPPLEMENTAL DECLARATION OF M. CHRISTOPHER JHANG IN SUPPORT OF GOOGLE INC.'S SUPPLEMENTAL BRIEF IN SUPPORT OF SUMMARY JUDGMENT MOTION;**

by placing a true copy thereof enclosed in a sealed envelope addressed to the following parties:

| | |
|---|---|
| William M. Audet, Esq.<br>Ryan M. Hagan, Esq.<br>Jason Baker, Esq.<br>ALEXANDER, HAWES & AUDET, LLP<br>152 North Third Street, Suite 600<br>San Jose, CA 95112<br>Tel: (408) 289-1776; Fax: (408) 287-1776 | Attorney for Plaintiffs and<br>the Proposed Class |

(By Hand) I caused each envelope with to be hand delivered via Western Messenger service.

| | |
|---|---|
| Lester L. Levy, Esq.<br>Michele F. Raphael, Esq.<br>Renee L. Karalian, Esq.<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, NY 10022<br>Tel: (212) 759-4600; Fax: (212) 486-2093 | Attorney for Plaintiffs and<br>the Proposed Class |

(By Mail) I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Perkins Coie LLP.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed at San Francisco, California.

DATED: May 7, 2007.                                   /S/

                                                    Susan E. Daniels

Proof of Service
41063-0023/LEGAL13219247.1