| | |
|---|---|
| 1 | DAVID T. BIDERMAN, Bar No. 101577 |
| | JUDITH B. GITTERMAN, Bar No. 115661 |
| 2 | M. CHRISTOPHER JHANG, Bar No. 211463 |
| | **PERKINS COIE LLP** |
| 3 | Four Embarcadero Center, Suite 2400 |
| | San Francisco, CA  94111-4131 |
| 4 | Telephone:  (415) 344-7000 |
| | Facsimile:  (415) 344-7050 |
| 5 | Email: DBiderman@perkinscoie.com |
| | Email: JGitterman@perkinscoie.com |
| 6 | Email: CJhang@perkinscoie.com |
| 7 | Attorneys for Defendant Google Inc. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>GOOGLE, INC.,<br><br>                    Defendant. | CASE NO.  C O5-03649 JW<br><br>**SUPPLEMENTAL DECLARATION OF M. CHRISTOPHER JHANG IN SUPPORT OF GOOGLE INC.'S SUPPLEMENTAL BRIEF IN SUPPORT OF SUMMARY JUDGMENT MOTION** |

## MANUAL FILING NOTIFICATION

Regarding:    Supplemental Declaration of M. Christopher Jhang in Support of Google Inc.'s Supplemental Brief in Support of Summary Judgment Motion (including Exhibits A-D)

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

MANUAL FILING NOTIFICATION - SUPPLEMENTAL DECLARATION OF M. CHRISTOPHER JHANG IN SUPPORT OF GOOGLE INC.'S SUPPLEMENTAL BRIEF IN SUPPORT OF SUMMARY JUDGMENT MOTION
CASE NO. 05-03649
41063-0023/LEGAL13215742.1

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

\_\_\_\_\_ Voluminous Document (PDF file size larger than efiling system allowances)

\_\_\_\_\_ Unable to Scan Documents

\_\_\_\_\_ Physical Object (description) _____

\_\_\_\_\_ Non-Graphical/Textual Computer file (audio, video, etc.) on CD or other media

__X__ Item Under Seal

\_\_\_\_\_ Conformance with the Judicial Conference Privacy Policy (General Order 53)

\_\_\_\_\_ Other (description) _____

DATED: May 7, 2007                                   **PERKINS COIE LLP**

                                                     By: _____/S/_____
                                                         M. Christopher Jhang

                                                     Attorneys for Defendant Google Inc.

-2-
MANUAL FILING NOTIFICATION - SUPPLEMENTAL DECLARATION OF M. CHRISTOPHER JHANG IN SUPPORT OF GOOGLE INC.'S SUPPLEMENTAL BRIEF IN SUPPORT OF SUMMARY JUDGMENT MOTION
CASE NO. 05-03649
41063-0023/LEGAL13215742.1