

1  PROOF OF SERVICE - MAIL

2  STATE OF NEW YORK, COUNTY OF NEW YORK

3  I am and was at all times herein mentioned employed in the County of New York, State

4  of New York. I am over the age of 18 years and not a party to the within action or proceeding.

5  My business address is 845 Third Avenue, New York, New York, 10022.

6  On May 7, 2007, I served a true copy of:

7  1.  A REDACTED COPY OF PLAINTIFF'S SUPPLEMENTAL

8  MEMORANDUM IN SUPPORT FOR PARTIAL SUMMARY

9  JUDGMENT;

10  2.  A REDACTED COPY OF THE SUPPLEMENTAL DECLARATION OF

11  MICHELE F. RAPHAEL DATED MAY 3, 2007;

12  3.  AN UNREDACTED COPY OF PLAINTIFF'S SUPPLEMENTAL

13  MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR

14  PARTIAL SUMMARY JUDGMENT; and

15  4.  AN UNREDACTED COPY OF THE SUPPLEMENTAL DECLARATION

16  OF MICHELE F. RAPHAEL DATED MAY 3, 2007

17  on the interested parties in this action by placing said documents enclosed in a sealed envelope

18  (for collection and mailing, with postage thereon fully prepaid, on the same date, following

19  ordinary business practices) in an internal collection basket, addressed as follows:

20  David T. Biderman                                        Attorney for Defendant Google
    Judith B. Gitterman
21  M. Christopher Jhang
    PERKINS COLE LLP
22  Four Embarcadero Center, Suite 24000
    San Francisco, CA 94111-4131
23  Tel: (415)-344-7000
    Fax:(415)-344-3050
24

25  I am readily familiar with this business's practices concerning collection and processing

26  of correspondence for mailing with the United States Postal Service, and declare that

27  correspondence is deposited with the United States Postal Service on the same day it is internally

28  collected at Wolf Popper LLP in the ordinary course of business.

1      I declare under of perjury under the laws of the State of New York that the foregoing is
2  true and correct; that I am employed in the office of a member of the Bar of this Court at whose
3  direction this service was made; and that this Proof of Service was executed on May 7, 2007 in
4  New York, New York.

*/s/ Christopher Dunleavy*
Christopher Dunleavy