# EXHIBIT A



M. Christopher Jhang
PHONE:  (415) 344-7126
EMAIL:  CJhang@perkinscoie.com

Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
415-344-7000
415-344-7050
www.perkinscoie.com

April 26, 2007

**VIA FACSIMILE: 212-279-9643**

Ken Sorkin
Veritext LLC
1350 Broadway, Suite 1407
New York, NY 10018

RE:   *CLRB Hanson Industries, Inc., et al. v Google Inc.*
      **United States District Court Case No. C 05-03649 JW**

Dear Mr. Sorkin,

We have prepared tailored confidentiality designations for the deposition transcripts of witnesses Heather Wilburn, Shivakumar Venkataraman, and Michael Schulman. These designations are as follows:

   Wilburn transcript
   Confidential-Trade Secret/Attorneys' Eyes Only — None.

   Confidential — 23:22 – 33:12; 34:23 – 36:23; 37:12 – 39:12; 45:22 – 46:18; 48:21 – 51:6; 62:11-14; 63:18 – 67:13; 69:8 – 70:11; Exhibits 2 & 3.

   Non-confidential — All other portions of the transcript.

   Venkataraman transcript
   Confidential-Trade Secret/Attorneys' Eyes Only — None.

   Confidential — Entire transcript.

   Non-confidential — None.

<u>Schulman transcript</u>
Confidential-Trade Secret/Attorneys' Eyes Only — 48.5-15.

Confidential — All other portions of the transcript

Non-confidential — None.

Please prepare final transcripts incorporating these designations on an expedited basis. Thank you.

Very truly yours,

M. Christopher Jhang

cc:   Lester Levy, Wolf Popper LLP
      Michele Raphael, Wolf Popper LLP