Lester L. Levy *(Admitted Pro Hac Vice)*
Michele F. Raphael *(Admitted Pro Hac Vice)*
WOLF POPPER LLP
845 Third Avenue
New York NY 10022
Telephone: 212.759.4600
Facsimile: 212.486.2093
e-mail: llevy@wolfpopper.com
e-mail: mraphael@wolfpopper.com

William M. Audet (SBN 117456)
Audet & Partners, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105-1938
Telephone: 415.568.2555
Facsimile: 415.568.2556
e-mail: waudet@audetlaw.com

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated, ) ) ) ) ) | CASE NO: C05-03649 JW **[PROPOSED] ORDER DENYING DEFENDANT GOOGLE INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |
| Plaintiffs, ) ) | |
| vs. ) | Civil L. R. 79-11 |
| GOOGLE, INC., ) ) | Civil L. R. 79-5 Courtroom: 8 |
| Defendant. ) ) ) ) ) | Judge: Hon. James W. Ware |

[PROPOSED] ORDER DENYING DEFENDANT GOOGLE INC.'S
ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Doc. 157257

1       Defendant Google Inc. has made an Administration Motion  for Leave to File Documents

2   Under Seal.  The Court has  duly considered the submissions and arguments of counsel for both

3   parties, and finds that there is no good cause to grant Google's request to file entire documents under

4   seal.  Google has not shown that it possesses overriding confidentiality interests that overcome the

5   right of public access to the record nor to support sealing the record.  Nor has Google shown that it

6   is  likely to be prejudiced nor irreparably harmed.  Google's requested sealing is not narrowly

7   tailored, it does not comport with the parties' confidentiality stipulation and there are less restrictive

8   means to achieve any confidentiality interests.

9       IT IS THEREFORE ORDERED that Google's Administrative Motion for Leave to File

10  Documents Under Seal is DENIED.

11

12  IT IS SO ORDERED.

13

14  Dated: May __, 2007

15                             _____

                                   The Honorable James Ware

16                                United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28  [PROPOSED] ORDER DENYING DEFENDANT GOOGLE INC.'S
    ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL
    Doc. 157257                  2