1  William M. Audet (CA 117456)
   Kevin L. Thomason (CA 190377)
2  AUDET & PARTNERS, LLP
   221 Main Street, Suite 1460
3  San Francisco, CA 94105
   Telephone: (415) 568-2555
4  Facsimile: (415) 568-2556

5  *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>GOOGLE, INC.,<br><br>        Defendant. | CASE NO. C 05–03649 (JW)<br><br>**NOTICE OF CHANGE OF FIRM NAME AND UPDATED CONTACT INFORMATION** |

1

NOTICE OF CHANGE OF FIRM NAME AND UPDATED CONTACT INFORMATION

Dockets.Justia.com

1  To:    The Court, All Parties and Their Counsel of Record:

2       Please be advised of plaintiff counsel's firm name change and updated contact information,

3  as follows:

4
William M. Audet, Esq. (waudet@audetlaw.com)
Kevin L. Thomason, Esq. (kthomason@audetlaw.com)
Audet & Partners, LLP
221 Main Street, Suite 1460
San Francisco, California 94105
Telephone:    (415) 568-2555
Facsimile:    (415) 568-2556
Website: www.audetlaw.com

Respectfully submitted,

By: _____
    William M. Audet
    (waudet@audetlaw.com)

NOTICE OF CHANGE OF FIRM NAME AND UPDATED CONTACT INFORMATION

## PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF SANTA CLARA

I am employed in the County of Santa Clara, State of California; my business address is 221 Main Street, Suite 1460, San Francisco, California 94105. I am over the age of 18 and not a party to the within action. On this date I served the following document on all parties:

**NOTICE OF CHANGE OF FIRM NAME AND
UPDATED CONTACT INFORMATION**

☐ (BY FAX) I am readily familiar with the firm's practice of facsimile transmission; on this date the above-referenced documents were transmitted, the transmission was reported as complete and without error and the report was properly issued.

☐ (BY MAIL) I am readily familiar with the firm's practice for the processing of mail; on this date, the above-referenced documents were placed for collection and delivery by the U.S. Postal Service following ordinary business practices.

☐ (BY OVERNIGHT DELIVERY) I am readily familiar with the firm's practice for the processing of documents for delivery services; on this date, the above-referenced documents were placed for collection and delivery following ordinary business practices.

☒ (BY ELECTRONIC FILING) On this date I provided the documents(s) listed above electronically through the Court's electronic filing service provider pursuant to the instructions on that website.

☐ (BY E-MAIL) On this date, the above-referenced documents were converted to electronic files and e-mailed to the addresses shown.

☐ (BY PERSONAL SERVICE) I caused the above documents to be delivered by hand pursuant to CCP § 1011.

☐ Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

☒ State: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this 16th day of May, 2007, at San Francisco, California.

1
NOTICE OF CHANGE OF FIRM NAME AND UPDATED CONTACT INFORMATION