1  Lester L. Levy *(Admitted Pro Hac Vice)*
   Michele F. Raphael *(Admitted Pro Hac Vice)*
2  WOLF POPPER LLP
   845 Third Avenue
3  New York NY 10022
   Telephone: 212.759.4600
4  Facsimile: 212.486.2093
   e-mail: llevy@wolfpopper.com
5  e-mail: mraphael@wolfpopper.com

6  William M. Audet (SBN 117456)
   AUDET & PARTNERS, LLP
7  221 Main Street, Suite 1460
   San Francisco, CA 94105-1938
8  Telephone: 415.568.2555
   Facsimile: 415.568.2556
9  e-mail: waudet@audetlaw.com

10 *Attorneys for Plaintiffs and the Proposed Class*

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                       SAN JOSE DIVISION

14

15 CLRB HANSON INDUSTRIES, LLC d/b/a )  CASE NO: C05-03649 JW
   INDUSTRIAL PRINTING, and HOWARD    )
   STERN, on behalf of themselves and all ) **PLAINTIFFS' NOTICE OF MOTION**
16 others similarly situated,          ) **AND ADMINISTRATIVE MOTION**
                                       ) **PURSUANT TO CIV. L.R. 79–5(d) TO**
17             Plaintiffs,             ) **FILE UNDER SEAL PORTIONS OF**
                                       ) **AMENDED DOCUMENTS DUE TO**
18 vs.                                 ) **CONFIDENTIAL DESIGNATIONS BY**
                                       ) **DEFENDANT GOOGLE, INC.**
19 GOOGLE, INC.,                       )
                                       ) Civ. L.R. 79-5(d)
20             Defendant.              )
                                       ) Courtroom: 8
21                                     ) Judge: Hon. James W. Ware

28 PLAINTIFFS' NOTICE OF MOTION AND ADMINISTRATIVE MOTION PURSUANT
   TO CIV. L.R. 79–5(d) TO FILE UNDER SEAL PORTIONS OF AMENDED DOCUMENTS
   DUE TO CONFIDENTIAL DESIGNATIONS BY DEFENDANT GOOGLE, INC.
   157342.1

PLEASE TAKE NOTICE that Plaintiffs CLRB Hanson Industries, LLC d/b/a Industrial Printing and Howard Stern respectfully submit this administrative motion pursuant to Civil Local Rule 79-5(d) to place under seal, portions of Plaintiffs' Amended Supplemental Memorandum in Support of Plaintiffs' Motion for Partial Summary Judgment and portions of the Amended Supplemental Declaration of Michele F. Raphael dated May 3, 2007 because they incorporate, refer to, and/or cite documents which Defendant Google, Inc., has designated "Confidential" pursuant to the Protective Order entered on May 15, 2007.

This motion is based upon this notice of motion and the Declaration of Michele F. Raphael in Support of Plaintiffs' Administrative Motion Pursuant to Civ.L.R. 79-5(d) to File Under Seal Portions of Amended Documents Due to Confidential Designations by Defendant Google, Inc. and dated May 21, 2007.

Dated: May 21, 2007                     WOLF POPPER LLP

                                        By: /s/
                                            Lester L. Levy (*Admitted Pro Hac Vice*)
                                            Michele F. Raphael (*Admitted Pro Hac Vice*)
                                            845 Third Avenue
                                            New York NY 10022
                                            Telephone: 212.759.4600
                                            Facsimile: 212.486.2093

                                            and

                                            AUDET & PARTNERS, LLP
                                            William M. Audet (SBN 117456)
                                            221 Main Street, Suite 1460
                                            San Francisco, CA 94105-1938
                                            Telephone: 415.568.2555
                                            Facsimile: 415.568.2556

                                            Attorneys for Plaintiffs and the Class

PLAINTIFFS' NOTICE OF MOTION AND ADMINISTRATIVE MOTION PURSUANT TO CIV. L.R. 79–5(d) TO FILE UNDER SEAL PORTIONS OF AMENDED DOCUMENTS DUE TO CONFIDENTIAL DESIGNATIONS BY DEFENDANT GOOGLE, INC.

157342.1