Lester L. Levy *(Admitted Pro Hac Vice)*
Michele F. Raphael *(Admitted Pro Hac Vice)*
WOLF POPPER LLP
845 Third Avenue
New York NY 10022
Telephone: 212.759.4600
Facsimile: 212.486.2093
e-mail: llevy@wolfpopper.com
e-mail: mraphael@wolfpopper.com

William M. Audet (SBN 117456)
Audet & Partners, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105-1938
Telephone: 415.568.2555
Facsimile: 415.568.2556
e-mail: waudet@audetlaw.com

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>vs.<br><br>GOOGLE, INC.,<br><br>               Defendant. | CASE NO: C05-03649 JW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO CIV.L.R. 79-5(d)TO FILE UNDER SEAL PORTIONS OF AMENDED DOCUMENTS DUE TO CONFIDENTIAL DESIGNATIONS BY DEFENDANT GOOGLE, INC.**<br><br>Civil L. R. 79-5(d)<br><br>Courtroom: 8<br>Judge: Hon. James W. Ware |

PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION
PURSUANT TO CIV.L.R. 79-5(d)TO FILE UNDER SEAL PORTIONS OF AMENDED
DOCUMENTS DUE TO CONFIDENTIAL DESIGNATIONS BY DEFENDANT GOOGLE, INC.

Doc. 157346

1    Plaintiffs CLRB Hanson Industries, LLC d/b/a Industrial Printing and Howard Stern, on

2    behalf of themselves and all other similarly situated, were permitted to submit a supplemental

3    brief in further support of their Motion for Partial Summary Judgment.  On May 7, 2007,

4    Plaintiffs filed  Plaintiffs' Supplemental Memorandum in Support of Plaintiffs' Motion for

5    Partial Summary Judgment ("Plaintiffs' Supplemental Memorandum") and  the Supplemental

6    Declaration of Michele F. Raphael dated May 3, 2007 ("Supplemental Raphael Declaration").

7    On May 7, 2007, Plaintiffs moved pursuant to Civ. L.R.79-5 to have those portions of

8    Plaintiffs' Supplemental Memorandum and the Supplemental Raphael Declaration, which

9    Plaintiffs  represent reference, incorporate or otherwise cite material designated as "Confidential"

10   by Defendant Google, Inc., pursuant to the stipulated protective order, filed on March 2, 2007

11   and entered on May 15, 2007.

12   By letter dated May 14, 2007, Defendant advised Plaintiffs of its limited objections to

13   Plaintiffs' redactions.  Also, on May 14, 2007, Defendant reiterated its objections in the

14   Declaration of M. Christopher Jhang in Response to Plaintiffs.  Administrative Motion Pursuant

15   to Civ. L.R. 79-5 (D) to File Under Seal Portions of Documents also dated May 14, 2007.

16   On May 21, 2007, Plaintiffs lodged with this Court highlighted versions of Plaintiffs'

17   Amended Supplemental Memorandum in Support of Plaintiffs' Motion for Partial Summary

18   Judgment and  the  Amended Supplemental Declaration of Michele F. Raphael (dated May 3,

19   2007), identifying the portions containing, citing or referring to material designated  by Google as

20   confidential and reflecting Defendant's comments of May 14, 2007.   Plaintiffs have also lodged

21   with the Clerk a redacted version of Plaintiffs' Amended Supplemental Memorandum in Support

22   of Plaintiffs' Motion for Partial Summary Judgment and the Amended Supplemental Raphael

23   Declaration of Michele F. Raphael dated May 3, 2007.

24   The Court having duly considered the submissions and arguments of counsel hereby

25   orders that the copy of  the Plaintiffs' Amended Supplemental Memorandum in Support of

26   Plaintiffs' Motion for Partial Summary Judgment and the copy of the Amended Supplemental

27

28
PROPOSED] ORDER GRANTING  PLAINTIFFS' ADMINISTRATIVE MOTION
PURSUANT TO CIV.L.R. 79-5(d)TO FILE UNDER SEAL PORTIONS OF AMENDED
DOCUMENTS DUE TO CONFIDENTIAL DESIGNATIONS BY DEFENDANT GOOGLE,  INC.

Doc. 157346

1  Declaration of Michele F. Raphael dated May 3, 2007,  highlighted to identify the material

2  designated by Google as confidential shall be filed under seal and that the redacted versions of

3  said documents be filed in the public record.

4

5  IT IS SO ORDERED.

6

7  Dated: May __, 2007

8  _____
                          United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  **PROPOSED] ORDER GRANTING  PLAINTIFFS' ADMINISTRATIVE MOTION
    PURSUANT TO CIV.L.R. 79-5(d)TO FILE UNDER SEAL PORTIONS OF AMENDED
    DOCUMENTS DUE TO CONFIDENTIAL DESIGNATIONS BY DEFENDANT GOOGLE,  INC.**

    Doc. 157346                              2