1  Lester L. Levy *(Admitted Pro Hac Vice)*
   Michele F. Raphael *(Admitted Pro Hac Vice)*
2  WOLF POPPER LLP
   845 Third Avenue
3  New York NY 10022
   Telephone: 212.759.4600
4  Facsimile: 212.486.2093
   e-mail: llevy@wolfpopper.com
5  e-mail: mraphael@wolfpopper.com

6  William M. Audet (SBN 117456)
   AUDET & PARTNERS, LLP
7  221 Main Street, Suite 1460
   San Francisco, CA 94105-1938
8  Telephone: 415.568.2555
   Facsimile: 415.568.2556
9  e-mail: waudet@audetlaw.com

10 *Attorneys for Plaintiffs and the Proposed Class*

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                     SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE, INC.,<br><br>Defendant. | CASE NO: C05-03649 JW<br><br>**PLAINTIFFS' NOTICE OF MOTION AND ADMINISTRATIVE MOTION PURSUANT TO CIV. L.R. 79–5(d) TO FILE UNDER SEAL PORTIONS OF A DOCUMENT DUE TO CONFIDENTIAL DESIGNATIONS BY DEFENDANT GOOGLE, INC.**<br><br>Civ. L.R. 79-5(d)<br><br>Courtroom.: 8<br>Judge: Hon. James W. Ware |

PLAINTIFFS' NOTICE OF MOTION AND ADMINISTRATIVE MOTION
PURSUANT TO CIV. L.R. 79–5(d) TO FILE UNDER SEAL PORTIONS OF A
DOCUMENT DUE TO CONFIDENTIAL DESIGNATIONS BY DEFENDANT GOOGLE, INC.

Doc. 157340

Dockets.Justia.com

1  PLEASE TAKE NOTICE that Plaintiffs CLRB Hanson Industries, LLC d/b/a Industrial Printing and Howard Stern respectfully submit this administrative motion pursuant to Civil Local Rule 79-5(d) to place under seal, portions of Plaintiffs' Memorandum in Opposition to Defendant Google, Inc's Supplemental Brief in Support of Summary Judgment Motion because it incorporates, refers to, and/or cites documents which Defendant Google, Inc., has designated "Confidential" pursuant to the Protective Order entered on May 15, 2007.

This motion is based upon this notice of motion and the Declaration of Michele F. Raphael in Support of Plaintiffs' Administrative Motion Pursuant to Civ.L.R. 79-5(d) to File Under Seal Portions of a Document Due to Confidential Designations by Defendant Google, Inc., dated May 21, 2007.

Dated: May 21, 2007

WOLF POPPER LLP

By: /s/
Lester L. Levy (*Admitted Pro Hac Vice*)
Michele F. Raphael (*Admitted Pro Hac Vice*)
845 Third Avenue
New York NY 10022
Telephone: 212.759.4600
Facsimile: 212.486.2093

and

AUDET & PARTNERS, LLP
William M. Audet (SBN 117456)
221 Main Street, Suite 1460
San Francisco, CA 94105-1938
Telephone: 415.568.2555
Facsimile: 415.568.2556

Attorneys for Plaintiffs and the Class