1  Lester L. Levy *(Admitted Pro Hac Vice)*
   Michele F. Raphael *(Admitted Pro Hac Vice)*
2  WOLF POPPER LLP
   845 Third Avenue
3  New York NY 10022
   Telephone: 212.759.4600
4  Facsimile: 212.486.2093
   e-mail: llevy@wolfpopper.com
5  e-mail: mraphael@wolfpopper.com

6  William M. Audet (SBN 117456)
   AUDET & PARTNERS, LLP
7  221 Main Street, Suite 1460
   San Francisco, CA 94105-1938
8  Telephone: 415.568.2555
   Facsimile: 415.568.2556
9  e-mail: waudet@audetlaw.com

10 *Attorneys for Plaintiffs and the Proposed Class*

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE, INC.,<br><br>Defendant. | CASE NO: C05-03649 JW<br><br>**DECLARATION OF MICHELE F. RAPHAEL IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO CIV. L.R. 79–5(d) TO FILE UNDER SEAL PORTIONS OF A DOCUMENT DUE TO CONFIDENTIAL DESIGNATIONS BY DEFENDANT GOOGLE, INC.**<br><br>Civ. L.R. 79-5(d)<br><br>Courtroom: 8<br>Judge: Hon. James W. Ware |

DECLARATION OF MICHELE F. RAPHAEL IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE
MOTION PURSUANT TO CIV. L.R. 79–5(d) TO FILE UNDER SEAL PORTIONS OF A DOCUMENT
DUE TO CONFIDENTIAL DESIGNATIONS BY GOOGLE, INC.

Doc. 157366

I, **MICHELE F. RAPHAEL**, declare as follow:

1. I am a member of Wolf Popper LLP, counsel for Plaintiffs CLRB Hanson Industries, LLC d/b/a Industrial Printing and Howard Stern (collectively, "Plaintiffs") in this action against Google, Inc ("Google"). I have personal knowledge of the facts stated herein. I submit this declaration in support of Plaintiffs' administrative motion pursuant to Civ. L. R. 79-5(d) to file under seal, portions of Plaintiffs' Memorandum in Opposition to Defendant Google, Inc's Supplemental Brief in Support of Summary Judgment Motion ("Plaintiffs' Supplemental Opposition Memorandum") because it incorporates, refers to, and/or cites documents which Defendant Google, Inc. has designated confidential pursuant to the Protective Order entered on May 15, 2007.

2. Plaintiffs' Supplemental Opposition Memorandum addresses information gleaned from discovery ordered by this Court, namely, the depositions of Google employees, Mr. Schulman, Ms. Wilburn and Mr. Venkataraman.

3. Defendant has designated the entire transcripts from the depositions of Messrs. Schulman and Venkataraman as confidential and has designated portions of the transcript from Ms. Wilburn's deposition as confidential. Defendant has also designated as confidential exhibits marked at these depositions. Plaintiffs have objected to Defendant's en masse designations without regard to the specific content of the documents, as improper and in violation of the Protective Order. Plaintiffs have also requested that Defendant provide tailored designations, as required. Nevertheless, as of this time the documents are still designated confidential and therefore, as per the Protective Order, Plaintiffs need to request that certain portions of Plaintiffs' Supplemental Opposition Memorandum be filed under seal.

4. Concurrent with this submission, Plaintiffs are lodging with the Clerk of the Court two copies of Plaintiffs' Supplemental Opposition Memorandum which identify by yellow highlighting those portions which annex, cite, and/or refer to material designated by Defendant as confidential. One copy is intended for review by this Court. Plaintiffs are also lodging with the

DECLARATION OF MICHELE F. RAPHAEL IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO CIV. L.R. 79–5(d) TO FILE UNDER SEAL PORTIONS OF A DOCUMENT DUE TO CONFIDENTIAL DESIGNATIONS BY GOOGLE, INC.

Doc. 157366

1 | Clerk of the Court a redacted version thereof to place in the public record in the event this Court
2 | orders that the highlighted portions be filed under seal.

Dated: May 21, 2007

                                                    /s/
                                     Michele F. Raphael

DECLARATION OF MICHELE F. RAPHAEL IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE
MOTION PURSUANT TO CIV. L.R. 79–5(d) TO FILE UNDER SEAL PORTIONS OF A DOCUMENT
DUE TO CONFIDENTIAL DESIGNATIONS BY GOOGLE, INC.

Doc. 157366                                            2