Lester L. Levy *(Admitted Pro Hac Vice)*
Michele F. Raphael *(Admitted Pro Hac Vice)*
WOLF POPPER LLP
845 Third Avenue
New York NY 10022
Telephone: 212.759.4600
Facsimile: 212.486.2093
e-mail: llevy@wolfpopper.com
e-mail: mraphael@wolfpopper.com

William M. Audet (SBN 117456)
Audet & Partners, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105-1938
Telephone: 415.568.2555
Facsimile: 415.568.2556
e-mail: waudet@audetlaw.com

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE, INC.,<br><br>Defendant. | CASE NO: C05-03649 JW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO CIV.L.R. 79-5(d) TO FILE UNDER SEAL PORTIONS OF A DOCUMENT DUE TO CONFIDENTIAL DESIGNATIONS BY DEFENDANT GOOGLE, INC.**<br><br>Civil L. R. 79-5(d)<br><br>Courtroom: 8<br>Judge: Hon. James W. Ware |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO CIV.L.R. 79-5(d) TO FILE UNDER SEAL PORTIONS OF A DOCUMENT DUE TO CONFIDENTIAL DESIGNATIONS BY DEFENDANT GOOGLE, INC.**

Doc. 157371

Dockets.Justia.com

1  Plaintiffs CLRB Hanson Industries, LLC d/b/a Industrial Printing and Howard Stern, on
2  behalf of themselves and all other similarly situated, and Defendant Google, Inc. ("Google")
3  were permitted to submit supplemental briefs in further support of their motions for summary
4  adjudication. On May 21, 2007, plaintiffs filed Plaintiffs' Memorandum in Opposition to
5  Defendant Google, Inc.'s Supplemental Brief in Support of Summary Judgment Motion
6  ("Plaintiffs' Supplemental Opposition Memorandum").

7  Plaintiffs have moved pursuant to Civ. L.R.79-5 and the Protective Order entered May
8  15, 2007, to have those portions of Plaintiffs' Supplemental Opposition Memorandum, which
9  Plaintiffs represent reference, incorporate or otherwise cite material designated as "Confidential"
10 by Defendant Google, Inc., filed under seal.

11 Pursuant to Civ. L.R. Rules 79-5(c) and (d), Plaintiffs have lodged with this Court
12 highlighted versions of Plaintiffs' Supplemental Opposition Memorandum identifying the
13 portions containing, citing or referring to material designated by Google as confidential.
14 Plaintiffs have also lodged with the Clerk a redacted version of Plaintiffs' Supplemental
15 Opposition Memorandum.

16 The Court having duly considered the submissions and arguments of counsel hereby
17 orders that the copy of Plaintiffs' Supplemental Opposition Memorandum highlighted to identify
18 the material designated by Google as confidential shall be filed under seal and that the redacted
19 versions of said document be filed in the public record.
20 IT IS SO ORDERED.

22 Dated: May __, 2007

_____
United States District Court Judge

28 PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO CIV.L.R. 79-5(d)TO FILE UNDER SEAL PORTIONS OF A DOCUMENT DUE TO CONFIDENTIAL DESIGNATIONS BY DEFENDANT GOOGLE, INC.
Doc. 157371