DAVID T. BIDERMAN, Bar No. 101577
JUDITH B. GITTERMAN, Bar No. 115661
M. CHRISTOPHER JHANG, Bar No. 211463
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
Email: DBiderman@perkinscoie.com
Email: JGitterman@perkinscoie.com
Email: CJhang@perkinscoie.com

Attorneys for Defendant Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC.,<br><br>Defendant. | CASE NO. C 05-03649 JW<br><br>**GOOGLE INC.'S OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PARTIAL SUMMARY JUDGMENT** |

## MANUAL FILING NOTIFICATION

Regarding:   Google Inc.'s Opposition to Plaintiffs' Supplemental Memorandum in Support of Partial Summary Judgment.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

MANUAL FILING NOTIFICATION – GOOGLE INC.'S OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PARTIAL SUMMARY JUDGMENT.
CASE NO. 05-03649 JW
41063-0023/LEGAL13245527.1

1  For information on retrieving this filing directly from the court, please see the court's
2  main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
3  This filing was not efiled for the following reason(s):
4  \_\_\_\_\_ Voluminous Document (PDF file size larger than efiling system allowances)
5  \_\_\_\_\_ Unable to Scan Documents
6  \_\_\_\_\_ Physical Object (description) _____
7  \_\_\_\_\_ Non-Graphical/Textual Computer file (audio, video, etc.) on CD or other media
8  __X__ Item Under Seal
9  \_\_\_\_\_ Conformance with the Judicial Conference Privacy Policy (General Order 53)
10 \_\_\_\_\_ Other (description) _____

13 DATED: May 21, 2007

**PERKINS COIE LLP**

By: _____/S/_____
    M. Christopher Jhang

Attorneys for Defendant Google Inc.

-2-

MANUAL FILING NOTIFICATION – GOOGLE INC.'S OPPOSITION TO
PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
PARTIAL SUMMARY JUDGMENT.
CASE NO. 05-03649 JW
41063-0023/LEGAL13245527.1