1  DAVID T. BIDERMAN, Bar No. 101577
   JUDITH B. GITTERMAN, Bar No. 115661
2  M. CHRISTOPHER JHANG, Bar No. 211463
   **PERKINS COIE LLP**
3  Four Embarcadero Center, Suite 2400
   San Francisco, CA 94111-4131
4  Telephone: (415) 344-7000
   Facsimile: (415) 344-7050
5  Email: DBiderman@perkinscoie.com
   Email: JGitterman@perkinscoie.com
6  Email: CJhang@perkinscoie.com

7  Attorneys for Defendant Google Inc.

8

9              UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

12 | CLRB HANSON INDUSTRIES, LLC d/b/a         | CASE NO. C 05-03649 JW
   | INDUSTRIAL PRINTING, and HOWARD           |
13 | STERN, on behalf of themselves and all others | SUPPLEMENTAL DECLARATION OF
   | similarly situated,                        | M. CHRISTOPHER JHANG IN
14 |                                            | SUPPORT OF GOOGLE INC.'S
   |                  Plaintiffs,               | OPPOSITION TO PLAINTIFFS'
15 |                                            | SUPPLEMENTAL MEMORANDUM IN
   |        v.                                  | SUPPORT OF PARTIAL SUMMARY
16 |                                            | JUDGMENT
   | GOOGLE, INC.,                              |
17 |                                            | REDACTED VERSION
   |                  Defendant.                |
18

19

20              **MANUAL FILING NOTIFICATION**

21     Regarding:    Supplemental Declaration of M. Christopher Jhang in Support of Google

22 Inc.'s Opposition to Plaintiffs' Supplemental Memorandum in Support of Partial Summary

23 Judgment – REDACTED VERSION.

24     This filing is in paper or physical form only, and is being maintained in the case file in

25 the Clerk's office.

26     If you are a participant in this case, this filing will be served in hard-copy shortly.

27

28 MANUAL FILING NOTIFICATION – SUPPLEMENTAL DECLARATION OF M.
   CHRISTOPHER JHANG IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO PLAINTIFFS'
   SUPPLEMENTAL MEMORANDUM – REDACTED VERSION
   CASE NO. 05-03649 JW
   41063-0023/LEGAL13251769.1

1       For information on retrieving this filing directly from the court, please see the court's
2   main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
3       This filing was not efiled for the following reason(s):
4       \_\_\_\_\_  Voluminous Document (PDF file size larger than efiling system allowances)
5       \_\_\_\_\_  Unable to Scan Documents
6       \_\_\_\_\_  Physical Object (description) _____
7       \_\_\_\_\_  Non-Graphical/Textual Computer file (audio, video, etc.) on CD or other media
8       \_\_\_\_\_  Item Under Seal
9       \_\_\_\_\_  Conformance with the Judicial Conference Privacy Policy (General Order 53)
10      __X__  Other (description) <u>Lodged with clerk upon Court's determination of Google
11  Inc.'s Administrative Motion For Leave to File Documents Under Seal In Connection
12  With Google Inc.'s Opposition to Plaintiffs' Supplemental Memorandum In Support of
13  Partial Summary Judgment.</u>

15  DATED: May 21, 2007                    **PERKINS COIE** LLP

                                              By: _____/S/_____
                                                    M. Christopher Jhang

                                            Attorneys for Defendant Google Inc.

-2-

MANUAL FILING NOTIFICATION – SUPPLEMENTAL DECLARATION OF M.
CHRISTOPHER JHANG IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO PLAINTIFFS'
SUPPLEMENTAL MEMORANDUM – REDACTED VERSION
CASE NO. 05-03649 JW
41063-0023/LEGAL13251769.1