| | |
|---|---|
| 1 | DAVID T. BIDERMAN, Bar No. 101577 |
|   | JUDITH B. GITTERMAN, Bar No. 115661 |
| 2 | M. CHRISTOPHER JHANG, Bar No. 211463 |
|   | **PERKINS COIE LLP** |
| 3 | Four Embarcadero Center, Suite 2400 |
|   | San Francisco, CA 94111-4131 |
| 4 | Telephone: (415) 344-7000 |
|   | Facsimile: (415) 344-7050 |
| 5 | Email: DBiderman@perkinscoie.com |
|   | Email: JGitterman@perkinscoie.com |
| 6 | Email: CJhang@perkinscoie.com |
| 7 | Attorneys for Defendant Google Inc. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>v.<br><br>GOOGLE, INC.,<br><br>              Defendant. | CASE NO. C 05-03649 JW<br><br>**SUPPLEMENTAL DECLARATION OF M. CHRISTOPHER JHANG IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PARTIAL SUMMARY JUDGMENT**<br><br>**SEALED VERSION** |

## MANUAL FILING NOTIFICATION

<u>Regarding:</u>   Supplemental Declaration of M. Christopher Jhang in Support of Google Inc.'s Opposition to Plaintiffs' Supplemental Memorandum in Support of Partial Summary Judgment – SEALED VERSION.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

---

MANUAL FILING NOTIFICATION – SUPPLEMENTAL DECLARATION OF M.
CHRISTOPHER JHANG IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO PLAINTIFFS'
SUPPLEMENTAL MEMORANDUM – SEALED VERSION
CASE NO. 05-03649 JW
41063-0023/LEGAL13245558.1

1     For information on retrieving this filing directly from the court, please see the court's
2 main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
3     This filing was not efiled for the following reason(s):
4     \_\_\_\_\_ Voluminous Document (PDF file size larger than efiling system allowances)
5     \_\_\_\_\_ Unable to Scan Documents
6     \_\_\_\_\_ Physical Object (description) _____
7     \_\_\_\_\_ Non-Graphical/Textual Computer file (audio, video, etc.) on CD or other media
8     __X__ Item Under Seal
9     \_\_\_\_\_ Conformance with the Judicial Conference Privacy Policy (General Order 53)
10     \_\_\_\_\_ Other (description) _____

13 DATED: May 21, 2007     **PERKINS COIE** LLP

By: _____/S/_____
M. Christopher Jhang

Attorneys for Defendant Google Inc.

-2-
MANUAL FILING NOTIFICATION – SUPPLEMENTAL DECLARATION OF M.
CHRISTOPHER JHANG IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO PLAINTIFFS'
SUPPLEMENTAL MEMORANDUM – SEALED VERSION
CASE NO. 05-03649 JW
41063-0023/LEGAL13245558.1