DAVID T. BIDERMAN, Bar No. 101577
JUDITH B. GITTERMAN, Bar No. 115661
M. CHRISTOPHER JHANG, Bar No. 211463
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, California 94111
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
Email: DBiderman@perkinscoie.com
Email: JGitterman@perkinscoie.com
Email: LDelehunt@perkinscoie.com

Attorneys for Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | CASE NO. C05-03649<br><br>**PROOF OF SERVICE** |

I, Susan E. Daniels, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Perkins Coie LLP, Four Embarcadero Center, Suite 2400, San Francisco, California. I am personally familiar with the business practice of Perkins Coie LLP. On May 21, 2007, I served the following document(s):

**1)  GOOGLE INC.'S OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PARTIAL SUMMARY JUDGMENT;**

**2)  SUPPLEMENTAL DECLARATION OF M. CHRISTOPHER JHANG IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO PLAINTIFFS'**

Proof of Service

| | |
|---|---|
| 1 | **SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PARTIAL SUMMARY JUDGMENT (SEALED VERSION);** |
| 2 | |
| 3 | **4)    SUPPLEMENTAL DECLARATION OF M. CHRISTOPHER JHANG IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PARTIAL SUMMARY JUDGMENT (REDACTED VERSION);** |
| 4 | |
| 5 | |
| 6 | **5)    SUPPLEMENTAL DECLARATION OF LESLIE ALTHERR IN SUPPORT OF GOOGLE INC.'S OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PARTIAL SUMMARY JUDGMENT.** |
| 7 | |
| 8 | |

by placing a true copy thereof enclosed in a sealed envelope addressed to the following parties:

| | |
|---|---|
| William M. Audet, Esq. | Attorney for Plaintiffs and |
| Ryan M. Hagan, Esq. | the Proposed Class |
| Jason Baker, Esq. | |
| Audet & Partners | |
| 221 Main Street, Suite 1460 | |
| San Francisco, CA 94105 | |
| Tel: (415) 568-2555 | |
| Fax: (415) 568-2556 | |

(By Hand)  I caused each envelope with to be hand delivered via Western Messenger service.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed at San Francisco, California.

DATED:  May 21, 2007.                                                  /S/

                                                                                                 Susan E. Daniels

Proof of Service
41063-0023/LEGAL13244434.1