Lester L. Levy *(Admitted Pro Hac Vice)*
Michele F. Raphael *(Admitted Pro Hac Vice)*
WOLF POPPER LLP
845 Third Avenue
New York NY 10022
Telephone: 212.759.4600
Facsimile: 212.486.2093
e-mail: llevy@wolfpopper.com
e-mail: mraphael@wolfpopper.com

William M. Audet (SBN 117456)
Audet & Partners, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105-1938
Telephone: 415.568.2555
Facsimile: 415.568.2556
e-mail: waudet@audetlaw.com

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE, INC.,<br><br>Defendant. | CASE NO: C05-03649 JW<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO CIV.L.R. 79-5(d)TO FILE UNDER SEAL PORTIONS OF DOCUMENTS DUE TO CONFIDENTIAL DESIGNATIONS BY DEFENDANT GOOGLE, INC.<br><br>Civil L. R. 79-5(d)<br><br>Courtroom: 8<br>Judge: Hon. James W. Ware |

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO CIV.L.R. 79-5(d)TO FILE UNDER SEAL PORTIONS OF DOCUMENTS DUE TO CONFIDENTIAL DESIGNATIONS BY DEFENDANT GOOGLE, INC.
Doc. 157029

Dockets.Justia.com

1   Plaintiffs CLRB Hanson Industries, LLC d/b/a Industrial Printing and Howard Stern, on
2   behalf of themselves and all other similarly situated, were permitted to submit a supplemental brief
3   in further support of their Motion for Partial Summary Judgment. On May 7, 2007, Plaintiffs filed
4   Plaintiffs' Supplemental Memorandum in Support of Plaintiffs' Motion for Partial Summary
5   Judgment ("Plaintiffs' Supplemental Memorandum") and the Supplemental Declaration of Michele
6   F. Raphael dated May 3, 2007 ("Supplemental Raphael Declaration").

7   Plaintiffs have moved pursuant to Civ. L.R.79-5 to have filed under seal those portions of
8   Plaintiffs' Supplemental Memorandum and the Supplemental Raphael Declaration which Plaintiffs
9   represent reference, incorporate or otherwise cite material designated as "Confidential" by
10  Defendant Google, Inc., pursuant to the Stipulated Protection Order filed March 2, 2007.

11  Pursuant to Civ. L.R. Rules 79-5(c) and (d), Plaintiffs have lodged with this Court
12  highlighted versions of Plaintiffs' Supplemental Memorandum and the Supplemental Raphael
13  Declaration identifying the portions containing, citing or referring to material designated by Google
14  as confidential. Plaintiffs have also lodged with the Clerk redacted versions of Plaintiffs'
15  Supplemental Memorandum and the Supplemental Raphael Declaration.

16  The Court having duly considered the submissions and arguments of counsel hereby orders
17  that the copy of the Plaintiffs' Supplemental Memorandum in Support of Plaintiffs' Motion for
18  Partial Summary Judgment and the copy of the Supplemental Declaration of Michele F. Raphael
19  dated May 3, 2007, highlighted to identify the material designated by Google as confidential, shall
20  be filed under seal and that the redacted versions of said documents be filed in the public record..

22  IT IS SO ORDERED.

24  Dated: May 22, 2007

_____
United States District Court Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE
MOTION PURSUANT TO CIV.L.R. 79-5(d)TO FILE UNDER SEAL
PORTIONS OF DOCUMENTS DUE TO CONFIDENTIAL DESIGNATIONS
BY DEFENDANT GOOGLE, INC.
Doc. 157029