CLRB Hanson Industries, LLC et al v. Google Inc.
Case5:05-cv-03649-JW Document252 Filed11/10/08 Page1 of 1
Doc. 152

# KAYE SCHOLER LLP

**DATE:** 5/2/2006

**TO:** CINDY VARGAS, DOCKETING CLERK TO JUDGE WARE (BY FEDERAL EXPRESS)

**CC:** ANTONIA ESPINELL, ASSISTANT DEPUTY DOCKETING CLERK, SDNY (MEMO BY FAX ONLY 212 805-0667)

**FROM:** CASSANDRA M. PORTER, ASSISTANT MANAGING ATTORNEY

**RE:** APPEARANCE OF DAVID BENYACAR AND DANIEL REISNER ON THE ACACIA MDL DOCKET SHEET

As per our conversation earlier today -

I contacted Ms. Antonia Espinell, an Assistant Deputy Docketing Clerk with the Southern District of New York. (Her direct telephone number is 212-805-0618.) I explained the situation to Ms. Espinell and faxed her a copy of the October 2005 MDL transfer order. Ms. Espinel will be working with her staff to forward the <u>Acacia v. Time Warner</u> (SDNY index number 05-cv-4148) docket to you.

In addition, the following documents are enclosed for your review:

- fax confirmation sheet to Antonia Espinell

- a copy of the October 2005 JPMDL order transferring <u>Acacia Media v. Time Warner</u>, 05-cv-4148 to the NDCA.

- a copy of the <u>Acacia Media v. Time Warner</u>, 05-cv-4148 docketsheet

- a copy of Time Warner's answer to the complaint listing David Benyacar and Daniel Reisner as counsel for Time Warner.

I would greatly appreciate it if this matter were opened in the NDCA and if Messrs. Benaycar were added to the NDCA docket.

Please feel free to contact me with any questions. I can be reached at (212) 836-7499 or by email at cporter@kayescholer.com with any questions.