Victor G. Savikas (State Bar No. 145658)
Kevin G. McBride (State Bar No. 195866)
Maria K. Nelson (State Bar No. 155608)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
Telephone:    (213) 489-3939
Facsimile:    (214) 243-2539
vgsavikas@jonesday.com
kgmcbride@jonesday.com
mknelson@jonesday.com

Tharan Gregory Lanier (State Bar No. 138784)
JONES DAY
2882 Sand Hill Road, Suite 240
Menlo Park, CA 94025-7064
Telephone:    (650) 739-3939
Facsimile:    (650) 739-3900
tglanier@jonesday.com

Attorneys for Defendant
DIRECTV GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ACACIA MEDIA TECHNOLOGIES CORPORATION | Case No. 05-CV-1114 JW<br><br>**STIPULATION AND [PROPOSED ORDER] TO EXTEND TIME FOR DEFENDANTS TO FILE CLAIM CONSTRUCTION BRIEF[S]**<br><br>Date:        June 2, 2006<br>Time:        9:00 a.m.<br>Courtroom:   8, 4th Floor<br>Judge:       Hon. James Ware |

STIPULATION AND [PROPOSED ORDER] TO EXTEND TIME FOR DEFENDANTS TO FILE CLAIM
CONSTRUCTION BRIEF[S]: CASE NO. 05-CV-1114 JW

Dockets.Justia.com

Pursuant to the scheduling worksheet agreed to in connection with the claim construction hearing on the '992 and '275 patents on June 2, 2006, Defendants were required to file their claim construction brief[s] on May 5, 2006;

WHEREAS Defendants[1] request an extension of time to prepare their claim construction brief[s], and Plaintiff Acacia Media Technologies ("Acacia") has agreed to an extention to May 8, 2006; and

WHEREAS Defendants' request for an extension is not made for the purpose of delay;

WHEREAS an order extending the time for Defendants to file the claim construction brief[s] up to and including May 8, 2006, will have no effect on the schedule for this case;

//
//
//
//
//
//

---

[1] Submitted on behalf of defendant DIRECTV GROUP, Inc., and, with agreement, ECHOSTAR SATELLITE LLC; ECHOSTAR TECHNOLOGIES CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC and INSIGHT COMMUNICATIONS, INC.; COXCOM, INC.; HOSPITALITY NETWORK, INC.; CHARTER COMMUNICATIONS, INC., WIDE OPEN WEST, ARMSTRONG UTILITIES, MASSILON CABLE TV, INC., EAST CLEVELAND CABLE TV, MID-CONTINENT MEDIA, INC., CANNON VALLEY COMMUNICATIONS, US CABLE HOLDINGS, LP, ARVIG ENTERPRISES, SJOBERG CABLE, LORETEL SYSTEMS, INC., NPG CABLE, INC.; ADEMIA MULTIMEDIA LLC, ACMP, LLC, AEBN, INC., AUDIO COMMUNICATIONS, INC., CLUB JENNA, INC., CYBER TREND, INC., CYBERNET VENTURES, INC., GAME LINK, INC., GLOBAL AVS, INC., INNOVATIVE IDEAS INTERNATIONAL, LIGHTSPEED MEDIA GROUP, INC., NATIONAL A-1 ADVERTISING, INC., NEW DESTINY INTERNET GROUP LLC; VS MEDIA, INC.; OFFENDALE COMMERCIAL BV, LTD.; MEDIACOM COMMUNICATIONS CORPORATION; CEQUEL III COMMUNICATIONS I, LLC (dba CEBRIDGE CONNECTIONS); CABLE ONE INC.; BRESNAN COMMUNICATIONS; and CSC HOLDINGS, INC.

| | |
|---|---|
| 1 | |
| 2 | NOW, THEREFORE, the parties, by and through their respective counsel of record, hereby stipulate and agree that the date for filing Defendants' claim construction brief[s] shall be extended to May 8, 2006. |
| 3 | |
| 4 | IT IS SO STIPULATED. |
| 5 | |

Dated: May 5, 2006

RODERICK G. DORMAN (CA SBN 96908)
ALAN P. BLOCK (CA SBN 143783)
KEVIN I. SHENKMAN (CA SBN 223315)
HENNIGAN, BENNETT & DORMAN LLP
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017


BY:_____/s/_____
Alan P. Block

ATTORNEYS FOR PLAINTIFF
ACACIA MEDIA TECHNOLOGIES CORPORATION

Dated: May 5, 2006

VICTOR G. SAVIKAS (CA SBN 145658)
KEVIN G. McBRIDE (CA SBN 195866)
MARSHA E. MULLIN (CA SBN 93709)
MARIA K. NELSON (CA SBN 155608)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071


By:_____/s/_____
Victor G. Savikas

Attorneys for Defendant
THE DIRECTV GROUP, INC.

PURSUANT TO STIPLUATION, IT IS HEREBY ORDERED.

Date:_____, 2006   _____
Honorable James Ware
United States District Court Judge