1   DAVID T. BIDERMAN, Bar No. 101577
    JUDITH B. GITTERMAN, Bar No. 115661
2   M. CHRISTOPHER JHANG, Bar No. 211463
    **PERKINS COIE LLP**
3   Four Embarcadero Center, Suite 2400
    San Francisco, CA  94111-4131
4   Telephone:  (415) 344-7000
    Facsimile:  (415) 344-7050
5   Email: DBiderman@perkinscoie.com
    Email: JGitterman@perkinscoie.com
6   Email: CJhang@perkinscoie.com

7   Attorneys for Defendant Google Inc.

8

9                      **UNITED STATES DISTRICT COURT**

10         **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

11

12   CLRB HANSON INDUSTRIES, LLC d/b/a          CASE NO.  C O5-03649 JW
     INDUSTRIAL PRINTING, and HOWARD
13   STERN, on behalf of themselves and all others   **SUPPLEMENTAL DECLARATION OF**
     similarly situated,                             **M. CHRISTOPHER JHANG IN**
14                                                    **SUPPORT OF GOOGLE INC.'S REPLY**
                         Plaintiffs,                  **TO PLAINTIFFS' SUPPLEMENTAL**
15                                                    **OPPOSITION TO GOOGLE INC.'S**
           v.                                         **MOTION FOR SUMMARY**
16                                                    **JUDGMENT**
     GOOGLE, INC.,
17                                                    **REDACTED VERSION**
                         Defendant.
18

19

20                      **MANUAL FILING NOTIFICATION**

21         Regarding:    Supplemental Declaration of M. Christopher Jhang in Support of Google

22   Inc.'s Reply to Plaintiffs' Supplemental Opposition to Google Inc.'s Motion For Summary

23   Judgment – REDACTED VERSION.

24         This filing is in paper or physical form only, and is being maintained in the case file in

25   the Clerk's office.

26         If you are a participant in this case, this filing will be served in hard-copy shortly.

27   _____
     MANUAL FILING NOTIFICATION – SUPPLEMENTAL DECLARATION OF M. CHRISTOPHER
28   JHANG IN SUPPORT OF GOOGLE INC.'S REPLY TO PLAINTIFFS' SUPPLEMENTAL
     OPPOSITION TO GOOGLE INC.'S MOTION FOR SUMMARY JUDGMENT – REDACTED
     VERSION
     CASE NO. 05-03649 JW
     41063-0023/LEGAL13273215.1

Dockets.Justia.com

1    For information on retrieving this filing directly from the court, please see the court's

2   main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

3    This filing was not efiled for the following reason(s):

4    _____ Voluminous Document (PDF file size larger than efiling system allowances)

5    _____ Unable to Scan Documents

6    _____ Physical Object (description) _____

7    _____ Non-Graphical/Textual Computer file (audio, video, etc.) on CD or other media

8    _____ Item Under Seal

9    _____ Conformance with the Judicial Conference Privacy Policy (General Order 53)

10    __X__ Other (description) Lodged with clerk upon Court's determination of Google

11   Inc.'s Administrative Motion For Leave to File Documents Under Seal In Connection

12   With Google Inc.'s Reply to Plaintiffs' Supplemental Opposition to Google Inc.'s Motion

13   For Summary Judgment.

15   DATED:  May 25, 2007                    **PERKINS COIE LLP**

16

17   By: _____/S/_____
                     M. Christopher Jhang

18   Attorneys for Defendant Google Inc.

-2-