| | |
|---|---|
| 1 | DAVID T. BIDERMAN, Bar No. 101577 |
| 2 | JUDITH B. GITTERMAN, Bar No. 115661 |
|   | M. CHRISTOPHER JHANG, Bar No. 211463 |
| 3 | **PERKINS COIE LLP** |
|   | Four Embarcadero Center, Suite 2400 |
| 4 | San Francisco, CA  94111-4131 |
|   | Telephone:  (415) 344-7000 |
| 5 | Facsimile:  (415) 344-7050 |
|   | Email: DBiderman@perkinscoie.com |
| 6 | Email: JGitterman@perkinscoie.com |
|   | Email: CJhang@perkinscoie.com |
| 7 | Attorneys for Defendant Google Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant. | CASE NO.  C O5-03649 JW <br><br> **SUPPLEMENTAL DECLARATION OF M. CHRISTOPHER JHANG IN SUPPORT OF GOOGLE INC.'S REPLY TO PLAINTIFFS' SUPPLEMENTAL OPPOSITION TO GOOGLE INC.'S MOTION FOR SUMMARY JUDGMENT** <br><br> **SEALED VERSION** |

**MANUAL FILING NOTIFICATION**

<u>Regarding:</u>    Supplemental Declaration of M. Christopher Jhang in Support of Google Inc.'s Reply to Plaintiffs' Supplemental Opposition to Google Inc.'s Motion for Summary Judgment – SEALED VERSION.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

MANUAL FILING NOTIFICATION – SUPPLEMENTAL DECLARATION OF M. CHRISTOPHER JHANG IN SUPPORT OF GOOGLE INC.'S REPLY TO PLAINTIFFS' SUPPLEMENTAL OPPOSITION TO GOOGLE INC.'S MOTION FOR SUMMARY JUDGMENT  – SEALED VERSION.
CASE NO. 05-03649 JW
41063-0023/LEGAL13273161.1

    For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

    This filing was not efiled for the following reason(s):

    \_\_\_\_\_ Voluminous Document (PDF file size larger than efiling system allowances)

    \_\_\_\_\_ Unable to Scan Documents

    \_\_\_\_\_ Physical Object (description) _____

    \_\_\_\_\_ Non-Graphical/Textual Computer file (audio, video, etc.) on CD or other media

    __X__ Item Under Seal

    \_\_\_\_\_ Conformance with the Judicial Conference Privacy Policy (General Order 53)

    \_\_\_\_\_ Other (description) _____

DATED: May 25, 2007      **PERKINS COIE LLP**

By: _____/S/_____
M. Christopher Jhang

Attorneys for Defendant Google Inc.

-2-

MANUAL FILING NOTIFICATION – SUPPLEMENTAL DECLARATION OF M. CHRISTOPHER JHANG IN SUPPORT OF GOOGLE INC.'S REPLY TO PLAINTIFFS' SUPPLEMENTAL OPPOSITION TO GOOGLE INC.'S MOTION FOR SUMMARY JUDGMENT – SEALED VERSION.
CASE NO. 05-03649 JW
41063-0023/LEGAL13273161.1