1  DAVID T. BIDERMAN, Bar No. 101577
   JUDITH B. GITTERMAN, Bar No. 115661
2  M. CHRISTOPHER JHANG, Bar No. 211463
   **PERKINS COIE LLP**
3  Four Embarcadero Center, Suite 2400
   San Francisco, California 94111
4  Telephone: (415) 344-7000
   Facsimile: (415) 344-7050
5  Email: DBiderman@perkinscoie.com
   Email: JGitterman@perkinscoie.com
6  Email: LDelehunt@perkinscoie.com

7  Attorneys for Google Inc.

8

9  UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | CASE NO. C05-03649<br><br>**PROOF OF SERVICE** |

I, Susan E. Daniels, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Perkins Coie LLP, Four Embarcadero Center, Suite 2400, San Francisco, California. I am personally familiar with the business practice of Perkins Coie LLP. On May 25, 2007, I served the following document(s):

**1) GOOGLE INC.'S REPLY TO PLAINTIFFS' SUPPLEMENTAL OPPOSITION TO GOOGLE INC.'S MOTION FOR SUMMARY JUDGMENT;**

**2) SUPPLEMENTAL DECLARATION OF M. CHRISTOPHER JHANG IN SUPPORT OF GOOGLE INC.'S REPLY TO PLAINTIFFS'**

Proof of Service

41063-0023/LEGAL13277361.1

[41063-0023/13277361_1.DOC]
Dockets.Justia.com

|   |   |
|---|---|
| 1 | **SUPPLEMENTAL OPPOSITION TO GOOGLE INC.'S MOTION FOR SUMMARY JUDGMENT (SEALED VERSION);** |
| 2 | |
| 3 | **3)   SUPPLEMENTAL DECLARATION OF M. CHRISTOPHER JHANG IN SUPPORT OF GOOGLE INC.'S REPLY TO PLAINTIFFS' SUPPLEMENTAL OPPOSITION TO GOOGLE INC.'S MOTION FOR SUMMARY JUDGMENT (REDACTED VERSION);** |

by placing a true copy thereof enclosed in a sealed envelope addressed to the following parties:

| William M. Audet, Esq. | Attorney for Plaintiffs and |
|---|---|
| Ryan M. Hagan, Esq. | the Proposed Class |
| Jason Baker, Esq. | |
| Audet & Partners | |
| 221 Main Street, Suite 1460 | |
| San Francisco, CA 94105 | |
| Tel: (415) 568-2555 | |
| Fax: (415) 568-2556 | |

(By Hand)  I caused each envelope with to be hand delivered via Western Messenger service.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed at San Francisco, California.

DATED: May 25, 2007.                                         /S/

                                                                          Susan E. Daniels

Proof of Service
41063-0023/LEGAL13277361.1