1  Lester L. Levy *(Admitted Pro Hac Vice)*
   Michele F. Raphael *(Admitted Pro Hac Vice)*
2  WOLF POPPER LLP
   845 Third Avenue
3  New York NY 10022
   Telephone: 212.759.4600
4  Facsimile: 212.486.2093
   e-mail: llevy@wolfpopper.com
5  e-mail: mraphael@wolfpopper.com

6  William M. Audet (SBN 117456)
   AUDET & PARTNERS, LLP
7  221 Main Street, Suite 1460
   San Francisco, CA  94105-1938
8  Telephone: 415.568.2555
   Facsimile: 415.568.2556
9  e-mail: waudet@audetlaw.com

10 *Attorneys for Plaintiffs and the Proposed Class*

11                          UNITED STATES DISTRICT COURT

12                         NORTHERN DISTRICT OF CALIFORNIA

13                                  SAN JOSE DIVISION

14
15 | CLRB HANSON INDUSTRIES, LLC d/b/a | ) | CASE NO: C05-03649 JW |
   | INDUSTRIAL PRINTING, and HOWARD   | ) | |
16 | STERN, on behalf of themselves and all others similarly situated, | ) ) ) | **PLAINTIFFS' NOTICE OF MOTION AND ADMINISTRATIVE MOTION PURSUANT TO CIV. L.R. 79–5(d) TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' SUPPLEMENTAL REPLY MEMORANDUM DUE TO CONFIDENTIAL DESIGNATIONS BY DEFENDANT GOOGLE, INC.** |
17 | Plaintiffs, | ) ) | |
18 | vs. | ) ) ) | |
19 | GOOGLE, INC., | ) ) | |
20 | Defendant. | ) ) ) | Civ. L.R. 79-5(d) Courtroom:    8 Judge: Hon. James W. Ware |
21 | | ) | |

28 **PLAINTIFFS' NOTICE OF MOTION AND ADMINISTRATIVE MOTION PURSUANT TO CIV. L.R. 79–5(d) TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' SUPPLEMENTAL REPLY MEMORANDUM DUE TO  CONFIDENTIAL DESIGNATIONS BY DEFENDANT GOOGLE, INC.**

1   PLEASE TAKE NOTICE that Plaintiffs CLRB Hanson Industries, LLC d/b/a Industrial
2   Printing and Howard Stern respectfully submit this administrative motion pursuant to Civil Local
3   Rule 79-5(d) to place under seal, portions of Plaintiffs' Supplemental Reply Memorandum in
4   Support of Plaintiffs' Motion for Partial Summary Judgment dated May 29, 2007 because it
5   incorporates, refers to, and/or cites documents which Defendant Google, Inc., has designated
6   "Confidential" pursuant to the Protective Order entered on May 15, 2007.

7   This motion is based upon this notice of motion and the Declaration of Michele F. Raphael
8   in Support of Plaintiffs' Administrative Motion Pursuant to Civ.L.R. 79-5(d) to File Under Seal
9   Portions of Plaintiffs' Supplemental Reply Memorandum Due to Confidential Designations by
10  Defendant Google, Inc. and dated May 29, 2007.

Dated: May 29, 2007                    WOLF POPPER LLP

                                       By:   /s/
                                       Lester L. Levy (*Admitted Pro Hac Vice*)
                                       Michele F. Raphael (*Admitted Pro Hac Vice*)
                                       845 Third Avenue
                                       New York NY 10022
                                       Telephone: 212.759.4600
                                       Facsimile: 212.486.2093

                                                and

                                       AUDET & PARTNERS, LLP
                                       William M. Audet (SBN 117456)
                                       221 Main Street, Suite 1460
                                       San Francisco, CA 94105-1938
                                       Telephone: 415.568.2555
                                       Facsimile: 415.568.2556

                                       Attorneys for Plaintiffs and the Class

**PLAINTIFFS' NOTICE OF MOTION AND ADMINISTRATIVE MOTION PURSUANT
TO CIV. L.R. 79–5(d) TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' SUPPLEMENTAL REPLY
MEMORANDUM DUE TO CONFIDENTIAL DESIGNATIONS BY DEFENDANT GOOGLE, INC.**