| | |
|---|---|
| 1 | Lester L. Levy *(Admitted Pro Hac Vice)* |
| | Michele F. Raphael *(Admitted Pro Hac Vice)* |
| 2 | WOLF POPPER LLP |
| | 845 Third Avenue |
| 3 | New York NY 10022 |
| | Telephone: 212.759.4600 |
| 4 | Facsimile: 212.486.2093 |
| | e-mail: llevy@wolfpopper.com |
| 5 | e-mail: mraphael@wolfpopper.com |
| 6 | William M. Audet (SBN 117456) |
| | Audet & Partners, LLP |
| 7 | 221 Main Street, Suite 1460 |
| | San Francisco, CA  94105-1938 |
| 8 | Telephone: 415.568.2555 |
| | Facsimile: 415.568.2556 |
| 9 | e-mail: waudet@audetlaw.com |

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> GOOGLE, INC., <br><br> Defendant. | CASE NO: C05-03649 JW <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO CIV.L.R. 79-5(d)TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' SUPPLEMENTAL REPLY MEMORANDUM DUE TO CONFIDENTIAL DESIGNATIONS BY DEFENDANT GOOGLE,  INC.** <br><br> Civil L. R. 79-5(d) <br><br> Courtroom: 8 <br> Judge:  Hon. James W. Ware |

**[PROPOSED] ORDER GRANTING  PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO CIV.L.R. 79-5(d)TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' SUPPLEMENTAL REPLY MEMORANDUM DUE TO CONFIDENTIAL DESIGNATIONS BY DEFENDANT GOOGLE,  INC.**
157469

Dockets.Justia.com

1   Plaintiffs CLRB Hanson Industries, LLC d/b/a Industrial Printing and Howard Stern, on
2   behalf of themselves and all other similarly situated, were permitted to submit supplemental briefs
3   in further support of their Motion for Partial Summary Judgment. On May 29, 2007, Plaintiffs filed
4   Plaintiffs' Supplemental Reply Memorandum in Support of Plaintiffs' Motion for Partial Summary
5   Judgment ("Plaintiffs' Supplemental Reply Memorandum").

6   Plaintiffs have moved pursuant to Civ. L.R.79-5 to have those portions of Plaintiffs'
7   Supplemental Reply Memorandum which Plaintiffs represent reference, incorporate or otherwise
8   cite material designated as "Confidential" by Defendant Google, Inc., pursuant to the Protective
9   Order entered May 15, 2007.

10  Pursuant to Civ. L.R. Rules 79-5(c) and (d), Plaintiffs have lodged with this Court
11  highlighted versions of Plaintiffs' Supplemental Reply Memorandum identifying the portions
12  containing, citing or referring to material designated by Google as confidential. Plaintiffs have also
13  lodged with the Clerk a redacted version of Plaintiffs' Supplemental Reply Memorandum.

14  The Court having duly considered the submissions and arguments of counsel hereby orders
15  that the copy of Plaintiffs' Supplemental Reply Memorandum highlighted to identify the material
16  designated by Google as confidential shall be filed under seal and that the redacted version of said
17  document be filed in the public record.

18  IT IS SO ORDERED.

19
20  Dated: May __, 2007

_____
21  United States District Court Judge

28  **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO CIV.L.R. 79-5(d)TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' SUPPLEMENTAL REPLY MEMORANDUM DUE TO CONFIDENTIAL DESIGNATIONS BY DEFENDANT GOOGLE, INC.**
157469