1  DAVID T. BIDERMAN, Bar No. 101577
   JUDITH B. GITTERMAN, Bar No. 115661
2  M. CHRISTOPHER JHANG, Bar No. 211463
   **PERKINS COIE LLP**
3  Four Embarcadero Center, Suite 2400
   San Francisco, CA  94111-4131
4  Telephone:  (415) 344-7000
   Facsimile:  (415) 344-7050
5  Email: DBiderman@perkinscoie.com
   Email: JGitterman@perkinscoie.com
6  Email: CJhang@perkinscoie.com

7  Attorneys for Defendant Google Inc.

8

9                    UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

| 12 | CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated, | CASE NO.  C O5-03649 JW |
|---|---|---|
| 13 | | **[PROPOSED] ORDER REGARDING PLAINTIFFS' SECOND MOTION TO SEAL PURSUANT TO CIV. L.R. 79-5(d) PORTIONS OF AMENDED DOCUMENTS (DOCUMENT NOS. 137-139)** |
| 14 | Plaintiffs, | |
| 15 | v. | |
| 16 | GOOGLE, INC., | |
| 17 | Defendant. | Date:     June 11, 2007<br>Time:     9:00 a.m.<br>Dept.:    Courtroom 8<br>Judge:    Honorable James Ware |
| 18 | | |

[PROPOSED] ORDER
CASE NO. 05-03649                                                                      [41063-0023-000000/13278101_1.DOC]
41063-0023/LEGAL13278101.1

# ORDER

The Court finds, having considered Plaintiffs CLRB Hanson Industries, LLC, d/b/a Industrial Printing, and Howard Stern's Second Motion To Seal Pursuant to Civ. L.R. 79-5(d) Portions Of Amended Documents Due To Confidentiality Designations By Defendant Google Inc. ("Plaintiffs' Second Motion to Seal Amended Documents") (Document Nos. 137-139), the Declaration of M. Christopher Jhang In Response To Plaintiffs' Second Motion to Seal Amended Documents, and the papers submitted therewith and arguments raised therein, and good cause appearing:

1. That the redactions (i.e., sealing as confidential documents) requested in Plaintiffs' Second Motion to Seal Amended Documents, in connection with Plaintiffs' Amended Supplemental Memorandum In Support Of Plaintiffs' Motion For Partial Summary Judgment ("Plaintiffs' Amended Supplemental Memorandum") and Amended Supplemental Declaration of Michele F. Raphael ("Amended Supplemental Raphael Declaration"), are consistent with Google's confidentiality designations; and

2. That Google has demonstrated that Plaintiffs' Amended Supplemental Memorandum and the Amended Supplemental Raphael Declaration are subject to seal in accordance with its confidential designations because of overriding confidentiality interests that overcome the right of public access to the record in these documents.

IT IS THEREFORE ORDERED:

1. That Plaintiffs' Second Motion to Seal Amended Documents is GRANTED.

IT IS SO ORDERED.

DATED: _____   _____
　　　　　　　　　　　　　　　　　The Honorable James Ware
　　　　　　　　　　　　　　　　　United States District Judge