1  DAVID T. BIDERMAN, Bar No. 101577
   JUDITH B. GITTERMAN, Bar No. 115661
2  M. CHRISTOPHER JHANG, Bar No. 211463
   **PERKINS COIE LLP**
3  Four Embarcadero Center, Suite 2400
   San Francisco, CA 94111-4131
4  Telephone: (415) 344-7000
   Facsimile: (415) 344-7050
5  Email: DBiderman@perkinscoie.com
   Email: JGitterman@perkinscoie.com
6  Email: CJhang@perkinscoie.com

7  Attorneys for Defendant Google Inc.

8

9                    UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

| 12 | CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated, | CASE NO. C O5-03649 JW |
|---|---|---|
| 13 | | **[PROPOSED] ORDER REGARDING PLAINTIFFS' THIRD MOTION TO SEAL PURSUANT TO CIV. L.R. 79-5(d) PORTIONS OF PLAINTIFFS' OPPOSITION MEMORANDUM (DOCUMENT NOS. 140-142)** |
| 14 | Plaintiffs, | |
| 15 | v. | |
| 16 | GOOGLE, INC., | |
| 17 | Defendant. | Date: June 11, 2007<br>Time: 9:00 a.m.<br>Dept.: Courtroom 8<br>Judge: Honorable James Ware |

[PROPOSED] ORDER
CASE NO. 05-03649
41063-0023/LEGAL13278113.1

[41063-0023-000000/13278113_1.DOC]

**ORDER**

The Court finds, having considered Plaintiffs CLRB Hanson Industries, LLC, d/b/a Industrial Printing, and Howard Stern's Third Motion To Seal Pursuant to Civ. L.R. 79-5(d) Portions Of Plaintiffs' Opposition Memorandum Due To Confidentiality Designations By Defendant Google Inc. ("Plaintiffs' Third Motion to Seal Document") (Document Nos. 140-142), the Declaration of M. Christopher Jhang In Response To Plaintiffs' Third Motion to Seal Document, and the papers submitted therewith and arguments raised therein, and good cause appearing:

1. That the redactions (i.e., sealing as confidential documents) requested in Plaintiffs' Third Motion to Seal Document, in connection with Plaintiffs' Memorandum In Opposition to Defendant Google Inc.'s Supplemental Brief in Support of Summary Judgment Motion ("Plaintiffs' Supplemental Opposition Memorandum"), include information and testimony that Google has designated confidential; and

2. That Google has demonstrated that Plaintiffs' Supplemental Opposition Memorandum is subject to seal because of overriding confidentiality interests that overcome the right of public access to the record in these documents.

IT IS THEREFORE ORDERED:

1. That Plaintiffs' Third Motion to Seal Document is GRANTED.

IT IS SO ORDERED.

DATED: _____   _____
The Honorable James Ware
United States District Judge

-2-

[PROPOSED] ORDER
CASE NO. 05-03649
41063-0023/LEGAL13278113.1

[41063-0023-000000/13278113_1.DOC]