1  Lester L. Levy *(Admitted Pro Hac Vice)*
   Michele F. Raphael *(Admitted Pro Hac Vice)*
2  WOLF POPPER LLP
   845 Third Avenue
3  New York NY 10022
   Telephone: 212.759.4600
4  Facsimile: 212.486.2093
   e-mail: llevy@wolfpopper.com
5  e-mail: mraphael@wolfpopper.com

6  William M. Audet (SBN 117456)
   Audet & Partners, LLP
7  221 Main Street, Suite 1460
   San Francisco, CA 94105-1938
8  Telephone: 415.568.2555
   Facsimile: 415.568.2556
9  e-mail: waudet@audetlaw.com

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE, INC.,<br><br>Defendant. | CASE NO: C05-03649 JW<br><br>**[PROPOSED] ORDER DENYING DEFENDANT GOOGLE INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH GOOGLE INC.'S REPLY TO PLAINTIFFS' SUPPLEMENTAL OPPOSITION TO GOOGLE INC.'s MOTION FOR SUMMARY JUDGMENT**<br><br>Civil L. R. 79-11<br>Civil L. R. 79-5<br>Courtroom: 8<br>Judge: Hon. James W. Ware |

**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH GOOGLE INC.'S SUPPLEMENTAL REPLY**

Doc. 157451

1   Defendant Google Inc. has made an Administrative Motion for Leave to File Documents
2   Under Seal.  The Court has duly considered the submissions and arguments of counsel for both
3   parties and finds that there is no good cause to grant Google's request to file Google Inc.'s Reply
4   to Plaintiffs' Supplemental Opposition to Google Inc.'s Motion for Summary Judgment under
5   seal.  Nor has Defendant made the requisite showing with respect to Exhibits A - C of the
6   Supplemental Declaration of M. Christopher Jhang in Support of Google, Inc.'s Reply to
7   Plaintiffs' Supplemental Opposition to Google Inc.'s Motion for Summary Judgment. Google
8   has not shown that it possesses overriding confidentiality interests that overcome the right of
9   public access to the record nor to support sealing the record.  Nor has Google shown that it is
10  likely to be prejudiced nor irreparably harmed.  Google's requested sealing is not narrowly
11  tailored, it does not comport with the parties' confidentiality stipulation and there are less
12  restrictive means to achieve any confidentiality interests.
13      IT IS THEREFORE ORDERED that Google's Administrative Motion for Leave to File
14  Documents Under Seal in Connection with Google Inc.'s Reply to Plaintiffs' Supplemental
15  Opposition to Google Inc.'s Motion for Summary Judgment is DENIED.

17  IT IS SO ORDERED.

19  Dated: May __, 2007

20                                              _____
                                                The Honorable James Ware
                                                United States District Court Judge

28  **[PROPOSED] ORDER DENYING  DEFENDANT'S MOTION TO FILE DOCUMENTS UNDER SEAL
    IN CONNECTION WITH GOOGLE INC.'S SUPPLEMENTAL  REPLY**
    Doc. 157451                                    2