| | |
|---|---|
| 1 | DAVID T. BIDERMAN, Bar No. 101577 |
| | JUDITH B. GITTERMAN, Bar No. 115661 |
| 2 | M. CHRISTOPHER JHANG, Bar No. 211463 |
| | **PERKINS COIE LLP** |
| 3 | Four Embarcadero Center, Suite 2400 |
| | San Francisco, CA 94111-4131 |
| 4 | Telephone: (415) 344-7000 |
| | Facsimile: (415) 344-7050 |
| 5 | Email: DBiderman@perkinscoie.com |
| | Email: JGitterman@perkinscoie.com |
| 6 | Email: CJhang@perkinscoie.com |
| 7 | Attorneys for Defendant Google Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant. | CASE NO. C 05-03649 JW <br><br> **[PROPOSED] ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO CIV. L.R. 79-5(d) TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' SUPPLEMENTAL REPLY MEMORANDUM (DOCUMENT NOS. 163-165)** <br><br> Date: June 11, 2007 <br> Time: 9:00 a.m. <br> Dept.: Courtroom 8 <br> Judge: Honorable James Ware |

## ORDER

The Court finds, having considered Plaintiffs CLRB Hanson Industries, LLC, d/b/a Industrial Printing, and Howard Stern's Administrative Motion Pursuant To Civ. L.R. 79-5(d) To File Under Seal Portions Of Plaintiffs' Supplemental Reply Memorandum Due To Confidentiality Designations By Defendant Google Inc. ("Plaintiffs' Motion to Seal Document") (Document Nos. 163-165), the Declaration of M. Christopher Jhang In Response To Plaintiffs' Motion to Seal Document, and the papers submitted therewith and arguments raised therein, and good cause appearing:

1. That the redactions (i.e., sealing as confidential documents) requested in Plaintiffs' Motion to Seal Document, in connection with Plaintiffs' Supplemental Reply Memorandum In Support Of Plaintiffs' Motion For Partial Summary Judgment ("Plaintiffs' Supplemental Reply Memorandum"), include information and testimony that Google has designated confidential; and

2. That Google has demonstrated that Plaintiffs' Supplemental Reply Memorandum is subject to seal because of overriding confidentiality interests that overcome the right of public access to the record in these documents.

IT IS THEREFORE ORDERED:

1. That Plaintiffs' Motion to Seal Document is GRANTED.

IT IS SO ORDERED.

DATED: _____    _____
The Honorable James Ware
United States District Judge