IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLRB Hanson Industries, LLC, et al.,<br><br>       Plaintiffs,<br>  v.<br><br>Google Inc.,<br><br>       Defendant. | NO. C 05-03649 JW<br><br>**ORDER RE: PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT; DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

    Plaintiffs' Motion for Partial Summary Judgment and Defendant's Motion for Summary Judgment are presently scheduled for a hearing on June 11, 2007. Having reviewed the papers, the Court orders as follows. Pursuant to Civil Local Rule 56-2(b), counsel for both sides shall confer and submit a joint statement of <u>undisputed</u> facts by **June 12, 2007**. The Court continues the hearing on both motions to **June 21, 2007 at 10 AM** (specially set).

Dated: June 5, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adel A. Nadji anadji@audetlaw.com
Christopher M. Jhang cjhang@perkinscoie.com
David T. Biderman dbiderman@perkinscoie.com
Judith B. Gitterman gittj@perkinscoie.com
Lester L Levy llevy@wolfpopper.com
Lisa Delehunt ldelehunt@perkinscoie.com
Michele Fried Raphael mraphael@wolfpopper.com
Ryan M. Hagan rhagan@alexanderlaw.com
William M. Audet waudet@audetlaw.com

**Dated: June 6, 2007**                              **Richard W. Wieking, Clerk**

                                                     **By: /s/ JW Chambers
                                                         Elizabeth Garcia
                                                         Courtroom Deputy**