DAVID T. BIDERMAN, Bar No. 101577
JUDITH B. GITTERMAN, Bar No. 115661
M. CHRISTOPHER JHANG, Bar No. 211463
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:  (415) 344-7000
Facsimile:  (415) 344-7050
Email: DBiderman@perkinscoie.com
Email: JGitterman@perkinscoie.com
Email: CJhang@perkinscoie.com

Attorneys for Defendant Google Inc.


## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant. | CASE NO.  C O5-03649 JW <br><br> **JOINT STATEMENT OF UNDISPUTED FACTS** |


## MANUAL FILING NOTIFICATION

Regarding:      Joint Statement of Undisputed Facts.

This filing is in paper or physical form only, and is being maintained in the case file in

the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's

main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

1      \_\_\_\_\_ Voluminous Document (PDF file size larger than efiling system allowances)

2      \_\_\_\_\_ Unable to Scan Documents

3      \_\_\_\_\_ Physical Object (description) _____

4      \_\_\_\_\_ Non-Graphical/Textual Computer file (audio, video, etc.) on CD or other media

5      __X__ Item Under Seal

6      \_\_\_\_\_ Conformance with the Judicial Conference Privacy Policy (General Order 53)

7      \_\_\_\_\_ Other (description) _____

8

9

10   DATED:  June 12, 2007                **PERKINS COIE LLP**

11

12                            By: _____/S/_____

                                   M. Christopher Jhang

13                           Attorneys for Defendant Google Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

MANUAL FILING NOTIFICATION – JOINT STATEMENT OF UNDISPUTED FACTS.
CASE NO. 05-03649 JW
41063-0023/LEGAL13315052.1