| | |
|---|---|
| 1 | DAVID T. BIDERMAN, Bar No. 101577 |
| | JUDITH B. GITTERMAN, Bar No. 115661 |
| 2 | M. CHRISTOPHER JHANG, Bar No. 211463 |
| | **PERKINS COIE LLP** |
| 3 | Four Embarcadero Center, Suite 2400 |
| | San Francisco, CA 94111-4131 |
| 4 | Telephone: (415) 344-7000 |
| | Facsimile: (415) 344-7050 |
| 5 | Email: DBiderman@perkinscoie.com |
| | Email: JGitterman@perkinscoie.com |
| 6 | Email: CJhang@perkinscoie.com |

7  Attorneys for Defendant Google Inc.

9  **UNITED STATES DISTRICT COURT**

10  **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated, | CASE NO. C O5-03649 JW |
| | **GOOGLE INC.'S NOTICE OF ADMINISTRATIVE MOTION AND MOTION FOR LEAVE TO FILE A DOCUMENT UNDER SEAL PURSUANT TO CIV. L.R. 79-5** |
| Plaintiffs, | |
| v. | Date: June 21, 2007 |
| GOOGLE, INC., | Time: 10:00 a.m. |
| | Dept.: Courtroom 8 |
| Defendant. | Judge: Honorable James Ware |

Google Inc.'s Notice of Administrative Motion and Motion for Leave to File a Document Under Seal
CASE NO. 05-03649 JW
41063-0023/LEGAL13309764.1

# NOTICE OF MOTION AND MOTION

TO PLAINTIFFS CLRB HANSON INDUSTRIES, LLC, d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 21, 2007, at 10:00 a.m., or at such later date and time as the Court may order, in Courtroom 8 of the United States District Court for the Northern District of California, San Jose Division, defendant Google Inc. ("Google") will move for an order sealing the parties' Joint Statement of Undisputed Facts.

This motion is based upon this notice of motion and memorandum of points and authorities, and the Declaration of M. Christopher Jhang in Support of Google's Administrative Motion For Leave To File A Document Under Seal Pursuant To Civ. L.R. 79-5.

Dated: June 12, 2007                    **PERKINS COIE LLP**

                                        By:      /S/
                                             M. Christopher Jhang
                                        Attorneys for Defendant Google Inc.

-2-

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rules 7-11 and 79-5(b), defendant Google Inc. ("Google") makes this Miscellaneous Administrative Request for an Order allowing Google to file under seal the parties' Joint Statement of Undisputed Facts.

Specifically, Google requests that the Court file the following document under seal:

### 1. JOINT STATEMENT OF UNDISPUTED FACTS.

Good cause exists justifying the filing of the above document under seal because it contains, discusses, or refers to Google's confidential, competitive, and business information. Accordingly, Google could be irreparably harmed if such confidential information is made available to the public.

## II. ARGUMENT

### A. Good Cause Exists to Protect Google's Confidential Business and Competitive Information.

Upon a showing of good cause, a court may make any order that justice requires to protect a party, including an order "that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a designated way." Fed. R. Civ. P. 26(c)(7). In particular, a court may order that court documents be filed under seal where such good cause is shown to override the public's right to access. *See San Jose Mercury News, Inc. v. U.S. Dist. Ct.*, 187 F.3d 1096, 1103 (9th Cir. 1999). The factors relevant to a determination of whether the presumption of access is overcome include "the public interest in understanding the judicial process and whether disclosure of the material could result in improper use of the material for . . . infringement upon trade secrets." *Hagestad v. Tragesser*, 49 F.3d 1430, 1433-34 (9th Cir. 1995) ("Every court has supervisory power over its own records and files, and access has been denied where court files might have become a vehicle for improper purposes.") (citations and quotations omitted).

-3-

Google Inc.'s Notice of Administrative Motion and Motion for Leave to File A Document Under Seal
CASE NO. 05-03649 JW
41063-0023/LEGAL13309764.1

1   Good cause exists for the Court to grant this Miscellaneous Administrative Request.
2   Google seeks to file under seal the document that it has designated confidential because it
3   contains, discusses, or refers to Google's confidential business and competitive information. *See*
4   Declaration of M. Christopher Jhang in Support of Google Inc.'s Motion For Leave to File
5   Under Seal Pursuant to Civ. L.R. 79-5, ¶¶ 2-8. If any of this confidential information is not
6   sealed and is permitted to be in the public record, Google may suffer irreparable harm if
7   competitors have access to such information.

8   **B.    The Request for Filing Under Seal is Narrowly Tailored.**

9   This Miscellaneous Administrative Request is narrowly tailored. Good cause for filing
10  under seal exists.

11  **III.   CONCLUSION**

12  For the reasons set forth above, good cause exists to file the above-referenced documents,
13  which contain, discuss, or refer to Google's confidential business and competitive information,
14  under seal. This request is narrowly tailored to seal confidential information. Google
15  respectfully requests that the Court grant its Miscellaneous Administrative Request in the form
16  of the [Proposed] Order filed herewith.

18  Dated**:** June 12, 2007                              **PERKINS COIE LLP**

20                                                       By:  _____/S/_____
                                                              M. Christopher Jhang
21                                                       Attorneys for Defendant Google Inc.

-4-