|   |   |
|---|---|
| 1 | Lester L. Levy *(Admitted Pro Hac Vice)* |
|   | Michele F. Raphael *(Admitted Pro Hac Vice)* |
| 2 | WOLF POPPER LLP |
|   | 845 Third Avenue |
| 3 | New York NY 10022 |
|   | Telephone: 212.759.4600 |
| 4 | Facsimile: 212.486.2093 |
|   | e-mail: llevy@wolfpopper.com |
| 5 | e-mail: mraphael@wolfpopper.com |
| 6 | William M. Audet (SBN 117456) |
|   | AUDET & PARTNERS, LLP |
| 7 | 221 Main Street, Suite 1460 |
|   | San Francisco, CA  94105-1938 |
| 8 | Telephone: 415.568.2555 |
|   | Facsimile: 415.568.2556 |
| 9 | e-mail: waudet@audetlaw.com |
| 10 | *Attorneys for Plaintiffs and the Proposed Class* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | CASE NO: C05-03649 JW |
| Plaintiffs, | ) ) | **DECLARATION OF MICHELE F. RAPHAEL IN OPPOSITION TO DEFENDANT GOOGLE INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A DOCUMENT (THE JOINT STATEMENT OF UNDISPUTED FACTS) UNDER SEAL** |
| vs. | ) ) ) | |
| GOOGLE, INC., | ) ) | Civ. L.R. 7-11 |
| Defendant. | ) ) ) ) ) ) ) | Civ. L.R. 79-5 Courtroom: 8 Judge: Hon. James W. Ware |

**RAPHAEL DECLARATION IN OPPOSITION TO DEFENDANT'S MOTION TO FILE A DOCUMENT (THE JOINT STATEMENT OF UNDISPUTED FACTS) UNDER SEAL**

Doc. 157626

1   I, **MICHELE F. RAPHAEL**, declare as follow:

2   1.   I am a member of Wolf Popper LLP, counsel for Plaintiffs CLRB Hanson Industries, LLC d/b/a Industrial Printing and Howard Stern (collectively, "Plaintiffs") in this action against Google, Inc ("Google").  I have personal knowledge of the facts stated herein.  I submit this declaration in opposition to Defendant Google Inc.'s Administrative Motion for Leave to File A Document (Joint Statement of Undisputed Facts) Under Seal.

3   2.   All of the information contained in the Joint Statement of Undisputed Facts is publicly available.  There is nothing confidential nor proprietary.

Dated: June 15, 2007

                                           /s/
                                 Michele F. Raphael

**RAPHAEL DECLARATION IN OPPOSITION TO DEFENDANT 'S  MOTION TO FILE A DOCUMENT (THE JOINT STATEMENT OF UNDISPUTED FACTS)  UNDER SEAL**

Doc. 157626