1   Lester L. Levy *(Admitted Pro Hac Vice)*
     Michele F. Raphael *(Admitted Pro Hac Vice)*
2   WOLF POPPER LLP
     845 Third Avenue
3   New York NY 10022
     Telephone: 212.759.4600
4   Facsimile: 212.486.2093
     e-mail: llevy@wolfpopper.com
5   e-mail: mraphael@wolfpopper.com

6   William M. Audet (SBN 117456)
     Audet & Partners, LLP
7   221 Main Street, Suite 1460
     San Francisco, CA 94105-1938
8   Telephone: 415.568.2555
     Facsimile: 415.568.2556
9   e-mail: waudet@audetlaw.com

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>                 Plaintiffs,<br><br>vs.<br><br>GOOGLE, INC.,<br><br>                 Defendant. | CASE NO: C05-03649 JW<br><br>**[PROPOSED] ORDER DENYING DEFENDANT GOOGLE INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A DOCUMENT (THE JOINT STATEMENT OF UNDISPUTED FACTS) UNDER SEAL**<br><br>Civil L. R. 79-11<br>Civil L. R. 79-5<br>Courtroom: 8<br>Judge: Hon. James W. Ware |

**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO FILE A DOCUMENT (THE JOINT STATEMENT OF UNDISPUTED FACTS) UNDER SEAL**

Doc. 157625

1  Defendant Google Inc. has made an Administrative Motion for Leave to File A
2  Document Under Seal Pursuant to Civ. L.R. 79-5, dated June 12, 2007.  Google seeks to file the
3  Joint Statement of Undisputed Facts under seal.  The Court has duly considered the submissions
4  and arguments of counsel for both parties and finds that there is no good cause to grant Google's
5  request to file said document under seal.  Google has not shown that it possesses overriding
6  confidentiality interests that overcome the right of public access to the record nor to support
7  sealing this document.  Nor has Google shown that it is likely to be prejudiced nor irreparably
8  harmed.  Google's requested sealing does not comport with the parties' confidentiality
9  stipulation.
10  IT IS THEREFORE ORDERED that Google's Administrative Motion for Leave to File
11  A Document Under Seal, dated June 12, 2007, is DENIED.
12
13  IT IS SO ORDERED.
14
15  Dated: June __, 2007

_____
The Honorable James Ware
United States District Court Judge

28  **[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO FILE A DOCUMENT
    (THE JOINT STATEMENT OF UNDISPUTED FACTS) UNDER SEAL**
    Doc. 157625                                    2