# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

## CIVIL MINUTES

| | |
|---|---|
| **Judge: James Ware** | **Courtroom Deputy: Elizabeth Garcia** |
| **Date: 6/21/2007** | **Court Reporter: Irene Rodriguez** |
| **Case No: C-05-3649 JW** | **Interpreter: N/A** |

## TITLE

Hanson Industries et al v. Google Inc

**Attorney(s) for Plaintiff(s)**: Lester Levy, Michele Raphael, Michael McShane
**Attorney(s) for Defendant(s)**: Daniel Beiderman, Christopher Jhang

## PROCEEDINGS

1) CLRB Hanson Industries' Motion for Partial Summary Judgment
2) Google's First Motion for Summary Judgment or in the Alternative, for Summary Adjudication

## ORDER AFTER HEARING

Hearing Held. The Court took Plaintiff and Defendant's Motions under submission after oral argument. The Court to issue further order on Motions.

_____/ecg/_____
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: