Morgan W. Tovey (SBN 136242)
William R. Overend (SBN 180209)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone: 415.543.8700
Facsimile: 415.391.8269

Bradford P. Lyerla (*pro hac vice*)
Kevin D. Hogg (*pro hac vice*)
Jeffrey H. Dean (*pro hac vice*)
Gregory E. Stanton (SBN 203495)
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6357
Telephone: 312.474.6300
Facsimile: 312.474.0448

Attorneys for Defendant
Block Communications, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ACACIA MEDIA TECHNOLOGIES CORPORATION, | No.: 05 CV 01114 JW (HRL)<br>MDL No. 1665<br>Specific Case No. 05-CV-01565 JW<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL BY BLOCK COMMUNICATIONS, INC. AND [PROPOSED] ORDER** |

      PLEASE TAKE NOTICE that Defendant Block Communications, Inc., d.b.a. "Buckeye Cable" ("Block") hereby substitutes the law firms Reed Smith LLP and Marshall Gerstein & Borun LLP in place of Fritz Byers, Esq. in these proceedings. Block respectfully requests that the

No.: 05 CV 01114 JW (HRL)
MDL No. 1665
Specific Case No. 05-CV-01565 JW     — 1 —     DOCSSFO-12444606.1
NOTICE OF SUBSTITUTION OF COUNSEL BY BLOCK COMMUNICATIONS, INC. AND PROPOSED ORDER
CASE NO. 05-01114 JW (HRL)

necessary changes be made to the service list and the Court's records, and that all future communications regarding this case be directed as follows:

1. Local counsel:

>Morgan W. Tovey (SBN 136242)
>William Ross Overend (SBN 180209)
>REED SMITH LLP
>Two Embarcadero Center, Suite 2000
>San Francisco, CA 94111-3922
>
>**Mailing Address:**
>P.O. Box 7936
>San Francisco, CA 94120-7936
>
>Telephone: 415.543.8700
>Facsimile: 415.391.8269

2. Lead counsel:

>Bradford P. Lyerla (*pro hac vice*)
>Kevin D. Hogg (*pro hac vice*)
>Jeffrey H. Dean (*pro hac vice*)
>Gregory E. Stanton (SBN 203495)
>MARSHALL, GERSTEIN & BORUN LLP
>6300 Sears Tower
>233 South Wacker Drive
>Chicago, IL 60606-6357
>Telephone: 312.474.6300
>Facsimile: 312.474.0448

Block hereby consents to this Substitution of Attorneys.

DATED: July ___, 2006.

BLOCK COMMUNICATIONS, INC.

By _____
Ronald L. Francis
General Counsel

No.: 05 CV 01114 JW (HRL)
MDL No. 1665
Specific Case No. 05-CV-01565 JW

— 2 —

DOCSSFO-12444606.1

1  Fritz Byers, Esq. hereby consents to this Substitution of Attorneys.
2  DATED: July __, 2006.
3                                         FRITZ BYERS
4
5                                         By _____
                                              Fritz Byers
6                                             Attorneys for Defendant
                                              Block Communications, Inc.
7  Reed Smith LLP hereby accepts this Substitution of Attorneys.
8
9  DATED: July 10, 2006.
10                                        REED SMITH LLP
11
                                          By _____
12                                            William R. Overend
                                              Attorneys for Defendant
13                                            Block Communications, Inc.
14  Marshall Gerstein & Borun LLP hereby accepts this Substitution of Attorneys.
15
16  DATED: July 10, 2006.
17                                        MARSHALL GERSTEIN & BORUN LLP
18
19                                        By _____
                                              Bradford P. Lyerla
20                                            Attorneys for Defendant
                                              Block Communications, Inc.
21
22                                        **ORDER**
23  IT IS SO ORDERED.
24  DATED: July 17, 2006.
25                                        By _____
                                              James Ware
26                                            United States District Judge
27
28  No.: 05 CV 01114 JW (HRL)
    MDL No. 1665
    Specific Case No. 05-CV-01565 JW           — 3 —

NOTICE OF SUBSTITUTION OF COUNSEL BY BLOCK COMMUNICATIONS, INC. AND PROPOSED ORDER
CASE NO. 05-01114 JW (HRL)