IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLRB Hanson Industries, LLC, et al., | NO. C 05-03649 JW |
| Plaintiffs, | **ORDER RE: PENDING MOTIONS TO SEAL** |
| v. | |
| Google Inc., | |
| Defendants. | |

Having reviewed the pending motions to seal, the Court orders as follows. The parties are ordered to meet and confer and file a <u>joint, undisputed</u> list of pending motions to seal by Wednesday, **August 22, 2007**. The list shall provide the following information:

(1) Each pending motion to seal, including docket item number and caption;

(2) Whether the motion to seal is opposed, and if so, the docket item number of the opposition;

(3) The docket item number and caption of each motion to seal pertaining to the parties' pending motions for summary judgment that has been withdrawn (e.g. because an updated version of the document was filed.)

Dated: August 20, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adel A. Nadji anadji@audetlaw.com
Christopher M. Jhang cjhang@perkinscoie.com
David T. Biderman dbiderman@perkinscoie.com
Judith B. Gitterman gittj@perkinscoie.com
Lester L Levy llevy@wolfpopper.com
Lisa Delehunt Olle lolle@perkinscoie.com
Michele Fried Raphael mraphael@wolfpopper.com
William M. Audet waudet@audetlaw.com

**Dated: August 20, 2007**                              **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**

**United States District Court**
For the Northern District of California