1   DAVID T. BIDERMAN, Bar No. 101577
    JUDITH B. GITTERMAN, Bar No. 115661
2   M. CHRISTOPHER JHANG, Bar No. 211463
    **PERKINS COIE LLP**
3   Four Embarcadero Center, Suite 2400
    San Francisco, California  94111
4   Telephone:  (415) 344-7000
    Facsimile:  (415) 344-7050
5   Email: DBiderman@perkinscoie.com
    Email: JGitterman@perkinscoie.com
6   Email: CJhang@perkinscoie.com

7   Attorneys for Defendant GOOGLE INC.

8
                    **UNITED STATES DISTRICT COURT**
9
                   **NORTHERN DISTRICT OF CALIFORNIA**
10
                         **SAN JOSE DIVISION**
11

12

13   CLRB HANSON INDUSTRIES, LLC          CASE NO. C 05-03649 JW
     d/b/a INDUSTRIAL PRINTING, and
14   HOWARD STERN, on behalf of           **NOTICE OF CHANGE IN COUNSEL**
     themselves and all others similarly situated,
15
                        Plaintiffs,
16
17        v.

18   GOOGLE INC.,

19                      Defendant.

20

21   TO CLERK OF THE COURT AND TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

22           PLEASE TAKE NOTICE that Lisa Delehunt Olle, formerly of Perkins Coie LLP, is no

23   longer counsel of record for defendant Google Inc. in the above-captioned matter.  Lisa Delehunt

24   Olle should be removed from any service lists.  All notices and pleadings in this action should be

25   served on:

26   //

27   //

28   //

41063-0023/LEGAL13756813.1              -1-              NOTICE OF CHANGE IN COUNSEL
                                                         C 05-03649 JW

Dockets.Justia.com

1    David T. Biderman (DBiderman@perkinscoie.com)
     Judith B. Gitterman (JGitterman@perkinscoie.com)
2    M. Christopher Jhang (CJhang@perkinscoie.com)
     Perkins Coie LLP
3    Four Embarcadero Center, Suite 2400
     San Francisco, California  94111
4    Telephone:  (415) 344-7000
     Facsimile:  (415) 344-7050
5

6    DATED:  November 27, 2007                **PERKINS COIE LLP**

7

8                                             By:  ___/S/ Judith B. Gitterman_____
                                                       Judith B. Gitterman
9                                             JGitterman@perkinscoie.com

10                                            Attorneys for Defendant Google Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28