1  Lester L. Levy (admitted *pro hac vice*)
2  Michele F. Raphael (admitted *pro hac vice*)
   WOLF POPPER LLP
3  845 Third Avenue
   New York NY 10022
4  Telephone: 212.759.4600
   Facsimile: 212.486.2093
5

6  William M. Audet (SBN 117456)
   AUDET & PARTNERS, LLP
7  221 Main Street, Suite 1460
   San Francisco, CA 94105-1938
8  Telephone: 415.568.2555
9  Facsimile: 415.568.2556

10 Marc M. Seltzer (SBN 54534)
   SUSMAN GODFREY L.L.P.
11 1901 Avenue of the Stars, Suite 950
   Los Angeles, CA 90067-6029
12 Telephone: 310.789.3100
13 Facsimile: 310.789.3150

14 *Attorneys for Plaintiffs*

15                    UNITED STATES DISTRICT COURT
16                   NORTHERN DISTRICT OF CALIFORNIA
                            SAN JOSE DIVISION
17

18 CLRB HANSON INDUSTRIES, LLC d/b/a  )  CASE NO: C05-03649 JW
   INDUSTRIAL PRINTING, and HOWARD    )
19 STERN, on behalf of themselves and all )
   others similarly situated,           )  **NOTICE OF ASSOCIATION OF**
20                                      )  **COUNSEL**
                  Plaintiffs,           )
21                                      )  The Honorable James W. Ware
                                        )
22 vs.                                  )
                                        )
23 GOOGLE, INC.,                        )
                                        )
24              Defendant.              )
                                        )
25

26
        PLEASE TAKE NOTICE that WOLF POPPER LLP, and AUDET & PARTNERS, LLP,
27
28 attorneys of record for Plaintiffs, hereby associate SUSMAN GODFREY L.L.P. as co-counsel

Doc. 159115

for Plaintiffs in this matter. The name, office address, telephone number, and facsimile number of the associated counsel are:

> Marc M. Seltzer, Esq.
> Susman Godfrey L.L.P.
> 1901 Avenue of the Stars, Suite 950
> Los Angeles, CA 90067-6029
> Telephone: 310.789.3100
> Facsimile: 310.789.3150

Lester L. Levy of WOLF POPPER LLP and William M. Audet of AUDET & PARTNERS, LLP, concur in the filing of this Notice of Association of Counsel.

Dated: November 29, 2007

                WOLF POPPER LLP

                By: s/
                    Lester L. Levy
                    Attorneys for Plaintiffs

Dated: November 29, 2007

                AUDET & PARTNERS, LLP

                By: s/
                    William M. Audet
                    Attorneys for Plaintiffs

SUSMAN GODFREY L.L.P. hereby accepts the above association.

Dated: November 29, 2007

                SUSMAN GODFREY L.L.P.

                By: s/
                    Marc M. Seltzer
                    Attorneys for Plaintiffs

Doc. 159115

**<u>CERTIFICATION</u>**

I, Lester L. Levy, am the ECF User whose identification and password are being used to file this Association of Counsel. In compliance with General Order 45.XB., I hereby attest that William Audet and Marc M. Seltzer, have concurred in this filing.

DATED: November 29, 2007

                 WOLF POPPER LLP

         By   /s/
                 Lester L. Levy (*admitted pro hac vice*)
                 WOLF POPPER LLP
                 845 Third Avenue
                 New York NY 10022
                 Telephone: 212.759.4600
                 Facsimile: 212.486.2093

                 *Attorneys for Plaintiffs*

Doc. 159115