# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***

## CIVIL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 12/3/2007 | **Court Reporter:** Not Reported |
| **Case No:** C-05-03649 JW | **Interpreter:** N/A |

## TITLE

**CLRB Hanson Industries LLC et al v. Google Inc**

**Attorney(s) for Plaintiff(s):** Marc Seltzer, Lester Levy, Michele Raphael
**Attorney(s) for Defendant(s):** David Bidermann, M. Christopher Jhuang

## PROCEEDINGS

Case Management Conference

## ORDER AFTER HEARING

Case Management Conference held off record. The Court set the a hearing date for an anticipated motion hearing set for February 25, 2008 at 9:00 AM. Briefing should be filed according to the Civil Local Rules.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: