# EXHIBIT A

Dockets.Justia.com

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3    SAN JOSE DIVISION

4

5    CLRB HANSON INDUSTRIES,    )   C-05-3649-JW
     ET AL.,                    )
6                               )   JUNE 21, 2007
              PLAINTIFFS,       )
7                               )
              V.                )
8                               )   PAGES 1-53
     GOOGLE, INC.,              )
9                               )   **COPY**
              DEFENDANT.        )
10   _____   )

11

12       THE PROCEEDINGS WERE HELD BEFORE

13     THE HONORABLE UNITED STATES DISTRICT

14            JUDGE JAMES WARE

15   A P P E A R A N C E S:

16

17   FOR THE PLAINTIFFS: WOLF POPPER
                         BY:  LESTER L. LEVY
                              MICHELE FRIED RAPHAEL
18                       845 THIRD AVENUE
                         NEW YORK, NEW YORK 10022
19
                         AUDET & PARTNERS, LLP
20                       BY:  MICHAEL MCSHANE
                         221 MAIN STREET
21                       SUITE 1450
                         SAN FRANCISCO, CALIFORNIA 94105
22

23        (APPEARANCES CONTINUED ON THE NEXT PAGE.)

24

25   OFFICIAL COURT REPORTER: IRENE RODRIGUEZ, CSR, CRR
                              CERTIFICATE NUMBER 8074

1

1    A P P E A R A N C E S:  (CONT'D)

2

3    FOR THE DEFENDANT:    PERKINS COIE
                           BY:  DAVID T. BIDERMAN
4                               M. CHRISTOPHER JHANG
                           FOUR EMBARCADERO CENTER
5                           SUITE 2400
                           SAN FRANCISCO, CALIFORNIA 94111
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MR. LEVY:  WELL, AS YOU SAID, IT'S A

WHOLE SIGN-UP PROCESS.  YOU SIGN UP FOR A CAMPAIGN.

09:53:45 3 YOU GIVE THE KEY WORDS AND THE NUMBER OF CLICKS AND

09:53:47 4 HOW MUCH YOU WANT TO CHARGE.  BY PAUSING YOU MEAN

09:53:49 5 YOU STOP.  LIKE YOU PAUSE YOUR T.V., YOU PUT IT ON

09:53:52 6 PAUSE.

09:53:53 7          TERMINATED MEANS YOUR CAMPAIGN IS OVER.

09:53:55 8 YOU HAVE TO RE-SIGN UP AND, AND IF YOU WANT TO HAVE

09:53:59 9 NEW WORDS OR NEW CLICK THROUGH OR YOU WANT TO HAVE

09:54:01 10 A NEW BUDGET, YOU HAVE TO GO THROUGH THE WHOLE

09:54:04 11 PROCESS OF SIGNING UP.  IT'S NOT A PAUSE.

09:54:06 12          THE COURT:  LET'S SEE HOW PAUSING WORKS

09:54:08 13 IN YOUR ALLEGATION.  SO PAUSING WORKS SO THAT ON

09:54:11 14 THE FIRST AND SECOND WEEKS OF THE MONTH, YOU WOULD

09:54:18 15 HAVE IT AT THE CAMPAIGN THE BILLING PROCESS WOULD

09:54:20 16 ALLOW YOU TO START IT FOR THE FIRST WEEK AND STOP

09:54:22 17 IT FOR THE SECOND, START IT FOR THE THIRD AND STOP

09:54:25 18 IT FOR THE FOURTH AND YOU WOULD ONLY EXPECT THAT

09:54:27 19 THE BILL WOULD BE FOR, FOR THE ACTUAL DAYS USED

09:54:31 20 TIMES YOUR DAILY BUDGET.

09:54:33 21          MR. LEVY:  CORRECT.

09:54:41 22          THE COURT:  WHAT DO YOU MAKE OF THE

09:54:43 23 20 PERCENT OVERAGE AT ALL?  WHAT, WHAT ACCOUNTING

09:54:45 24 DO YOU THINK THAT, THAT SHOULD HAVE IN, IN THE, IN

09:54:48 25 THE BILLING?

MR. LEVY: IT WORKS IF YOU DON'T PAUSE YOUR AD. IF YOU RUN YOUR AD FOR THE 30 DAYS. AND, AND THEY CHARGE YOU, CHARGE YOU 20 PERCENT MORE IN ANY GIVEN DAY.

AT THE END OF THAT MONTH YOU'RE NOT HURT BECAUSE THE MOST THEY'LL CHARGE YOU IS THE 30 DAYS TIMES YOUR DAILY BUDGET. SO YOU HAVEN'T BEEN CHARGED FOR THAT EXTRA 20 PERCENT. THE WAY PEOPLE GET HURT IS THEY PAUSE THEIR ADS, THEN THAT AVERAGE IS USED ON THE PAUSED DAYS AND INSTEAD OF THEM BEING TOLD THAT YOU WON'T ACCRUE CHARGES IN THE PAUSE DAYS, AND, IN FACT, THEY ARE ACCRUING CHARGES BECAUSE THE OVERAGE IT WENT INTO EFFECT IF THEY DID NOT HAVE A PAUSE DATE, HIT THEM ON THE DAY THEY PURPOSEFULLY PAUSE THEIR DAY AND THEY DON'T WANT THEIR ADS TO BE ACTIVE THAT DAY.

THE COURT: YOUR OPPONENT SAYS SHOW ME IN THE DOCUMENT WHERE IT SAYS YOU CAN USE PAUSING TO CONTROL YOUR, CONTROL YOUR DAILY BUDGET AND I, I QUOTED THE LANGUAGE THAT I THOUGHT, I THOUGHT WAS AS CLOSE AS I COULD GET TO IT.

DO YOU HAVE ANY BETTER LANGUAGE THAN YOU WON'T ACCRUE CHARGES WHILE YOUR ADS ARE PAUSED?

MS. RAPHAEL: THE POINT I WANT TO POINT OUT IS THE FAQ'S WHEN HANSON SIGNS UP ONE OF THE

44

## CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE, INCLUSIVE, CONSTITUTED A TRUE, FULL AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED TRANSCRIPTION TO THE BEST OF MY ABILITY.

IRENE RODRIGUEZ, CSR, CRR
CERTIFICATE NUMBER CSR 8074