# EXHIBIT B



A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

### Account
An account represents a business or department that controls a marketing budget. Small companies might use a single account to manage campaigns; larger companies might require several accounts to represent different divisions.

### Account Daily Spending Limit
Maximum amount you want to spend each day. You may be charged up to 10% above your account daily spending limit.

### Account ID
The unique identification number for an account.

### Account Manager
A user who can manage all aspects of an account including users and their assigned roles. The Account Manager does not have access to the master account, including master account User Administration, Analytics or Tracking URL features.

### Account Status
Indicator of your account's status for displaying ads. If the account status is "Off," your ads should not be displayed.

### Ad
The marketing message displayed to prospective customers. An ad contains a title, description, and URL.

### Ad Group
A set of ads and related keywords within a campaign. The ads can be displayed to prospective customers searching for or viewing content related to your keywords and/or ads. You can apply a default ad group bid to all keywords in an ad group or set custom bids for individual keywords.

### Ad Group Bid
Default bid you set to apply to keywords in an ad group. You can override the ad group bid for a keyword by setting a custom keyword bid.

### Ad Group Status
Indicates whether an ad group is on, deleted, off, or off - editorial status (indicating that it contains no approved ads or keywords).

### Ad Optimization
A Yahoo! Search Marketing feature that automatically determines which ad in an ad group results in the most click-throughs and displays that ad more often.