# EXHIBIT D

CERTIFIED COPY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CLRB HANSON INDUSTRIES, LLC, )
etc., et al., )
                                      )
                 Plaintiffs, )
                                      )
       v.                            ) Case No.
                                      ) 05-03639 JW
GOOGLE, INC.,                 )
                                      )
                  Defendant. )
_____)

30(b)(6) DEPOSITION OF BRETT R. HANSON

August 18, 2006

228010

**BARKLEY**
Court Reporters

(310) 207.8000   Los Angeles      (916) 922.5777   Sacramento      (818) 702.0202   San Fernando Valley
(949) 955.0400   Orange County    (408) 885.0550   San Jose        (858) 455.5444   San Diego
(415) 433.5777   San Francisco     (951) 686.0606   Inland Empire   (760) 322.2240   Palm Springs

|       |    |                                              |
|-------|----|----------------------------------------------|
|       | 1  | B. Hanson                                    |
| 10:02 | 2  | proprietorship, have you otherwise placed any |
| 10:02 | 3  | advertisements with Google for yourself?     |
| 10:02 | 4  | A.       Not that I can recall.              |
| 10:04 | 5  | Q.       And with respect to Industrial      |
| 10:04 | 6  | Printing, when did Industrial Printing first |
| 10:04 | 7  | start to do business with Google?            |
| 10:04 | 8  | A.       I think it was on or about          |
| 10:04 | 9  | July 2002.                                   |
| 10:04 | 10 | Q.       And prior to that time, had you     |
| 10:04 | 11 | had -- pardon me. Prior to that time, had    |
| 10:04 | 12 | you used any other on-line advertising other |
| 10:04 | 13 | than Google?                                 |
| 10:04 | 14 | MR. LEVY: Could you tell me who              |
| 10:04 | 15 | "you" is?                                    |
| 10:04 | 16 | MR. BIDERMAN: The sole                       |
| 10:04 | 17 | proprietorship and Industrial Printing.      |
| 10:04 | 18 | MR. LEVY: You're asking did                  |
| 10:04 | 19 | Industrial Printing use another              |
| 10:04 | 20 | service?                                     |
| 10:04 | 21 | MR. BIDERMAN: Yes.                           |
| 10:04 | 22 | Q.       Yahoo, Overture?                    |
| 10:04 | 23 | A.       Could you ask the question          |
| 10:04 | 24 | again, please.                               |
| 10:04 | 25 | Q.       Sure. Prior to starting to do       |

19

BRETT R. HANSON

BARKLEY
Court Reporters

|       |    |                                           |
|-------|----|-------------------------------------------|
|       | 1  | B. Hanson                                 |
| 10:05 | 2  | business with Google, had industrial printing |
| 10:05 | 3  | used any other on-line advertising services? |
| 10:05 | 4  | A.    Yes, sir.                           |
| 10:05 | 5  | Q.    What were those?                    |
| 10:05 | 6  | A.    The ones I can recall are Yahoo,    |
| 10:05 | 7  | which was Overture, Ah-Ha. I think that may |
| 10:05 | 8  | have been the extent of the -- the extent of |
| 10:05 | 9  | them that I can recall.                   |
| 10:05 | 10 | Q.    Okay. And what type of business     |
| 10:05 | 11 | is Industrial Printing engaged in?        |
| 10:05 | 12 | A.    Printing services.                  |
| 10:05 | 13 | Q.    What type of printing services?     |
| 10:05 | 14 | A.    Printing on three-dimensional       |
| 10:05 | 15 | substrates.                               |
| 10:05 | 16 | Q.    And is that the same type of        |
| 10:05 | 17 | business that Hanson Industries is engaged |
| 10:06 | 18 | in?                                       |
| 10:06 | 19 | A.    I'm not sure of the full extent     |
| 10:06 | 20 | of what Hanson Industries does.           |
| 10:06 | 21 | Q.    Does Hanson Industries do           |
| 10:06 | 22 | printing on three-dimensional substrates? |
| 10:06 | 23 | A.    I'm not sure if they do at this     |
| 10:06 | 24 | point.                                    |
| 10:06 | 25 | Q.    And how about CLRB Hanson, does     |

20

BRETT R. HANSON

BARKLEY
Court Reporters

|       |    |                                    |
|-------|----|------------------------------------|
|       | 1  | B. Hanson                          |
| 11:00 | 2  | with a daily budget of $50 for Industrial |
| 11:00 | 3  | Printing. Has that daily budget changed? |
| 11:00 | 4  | A.     I believe you have the records. |
| 11:00 | 5  | Yes. |
| 11:00 | 6  | Q.     And how often has it changed? |
| 11:00 | 7  | A.     Sometimes change it three, four |
| 11:00 | 8  | times a day. |
| 11:00 | 9  | Q.     And what has it varied from? |
| 11:00 | 10 | A.     Zero, turning off the campaign, |
| 11:00 | 11 | suspending the campaign, to from -- to answer |
| 11:00 | 12 | your specific question, zero to I think it's |
| 11:00 | 13 | been as high as $2,000 a day. |
| 11:01 | 14 | Q.     And what causes you to change |
| 11:01 | 15 | your daily budget? |
| 11:01 | 16 | A.     Our -- our web logs that track |
| 11:01 | 17 | traffic in correlation with the orders. |
| 11:01 | 18 | Certain times of day. Certain days of the |
| 11:01 | 19 | week. Certain keywords. Whether we're going |
| 11:01 | 20 | to continue in how the traffic is coming in |
| 11:01 | 21 | from -- from MSN or Yahoo in correlation with |
| 11:01 | 22 | our web logs and how that ties in. We've got |
| 11:01 | 23 | a formula that we look at. |
| 11:01 | 24 | Q.     And because you advertise on MSN |
| 11:01 | 25 | and Yahoo also; is that correct? |


51

BRETT R. HANSON

BRETT R. HANSON

BARKLEY
Court Reporters

B. Hanson

11:01  A.    Yes, sir.
11:01  Q.    And other than MSN, Yahoo and
11:01  Google, any other on-line advertising that
11:01  you've used on behalf of Industrial Printing
11:01  or CLRB Hanson?
11:01  A.    Industrybrains.com.  Super
11:01  Pages, Verizon Super Pages.  Mama, M-A-M-A,
11:02  dot com.  Request.  That's a pay per
11:02  impression.
11:02              MR. BIDERMAN:  Did you get the
11:02        name?
11:02              THE REPORTER:  Yes.
11:02  A.    That's what I can recall.
11:02  Q.    Then I'll show you as exhibit
11:02  next in order, Exhibit 24, which are -- is
11:03  Exhibit A1 to the complaint or amended
11:03  complaint in this case.
11:03              (Discussion off the record.)
11:03              (Exhibit No. 24, Exhibit A1 to
11:03        the amended complaint in this case,
11:03        marked for identification as of this
11:03        date.)
11:04  Q.    Exhibit 24 are, as I
11:04  represented, exhibits to the amended

                                  52

                            BRETT R. HANSON

BARKLEY
Court Reporters

```
 1                    C E R T I F I C A T E
 2      STATE OF NEW YORK     )
 3                            :SS
 4      COUNTY OF NEW YORK    )
 5               I, AMY E. SIKORA, CRR, CSR, RPR, a
 6      Certified Realtime Reporter, Certified
 7      Shorthand Reporter, Registered Professional
 8      Reporter and Notary Public within and for the
 9      State of New York, do hereby certify that the
10      foregoing deposition of BRETT R. HANSON was
11      taken before me on the 18th day of August, 2006;
12               That the said witness was duly
13      sworn before the commencement of the testimony;
14      that the said testimony was taken
15      stenographically by me and then transcribed.
16               I further certify that I am not
17      related by blood or marriage to any of the
18      parties to this action nor interested directly
19      or indirectly in the matter in controversy; nor
20      am I in the employ of any of the counsel in
21      this action.
22               IN WITNESS WHEREOF, I have hereunto
23      set my hand this 29th day of August, 2006.
24                         _____
25                         AMY E. SIKORA, CRR,
```