# EXHIBIT E

CERTIFIED COPY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CLRB HANSON INDUSTRIES, LLC, )
etc., et al., )
                                        )
            Plaintiffs, )
                                        )
    v.                                ) Case No.
                                        ) 05-03639 JW
GOOGLE, INC., )
                                        )
            Defendant. )
_____)

DEPOSITION OF HOWARD STERN

August 16, 2006

227871



BARKLEY
Court Reporters

(310) 207.8000  Los Angeles     (916) 922.5777  Sacramento     (818) 702.0202  San Fernando Valley
(949) 955.0400  Orange County   (408) 885.0550  San Jose       (858) 455.5444  San Diego
(415) 433.5777  San Francisco    (951) 686.0606  Inland Empire  (760) 322.2240  Palm Springs

|       |    |                                              |
|-------|----|----------------------------------------------|
|       | 1  | H. Stern                                     |
| 11:35 | 2  | A.   Yes.                                    |
| 11:35 | 3  | Q.   Any other on-line AdWords              |
| 11:35 | 4  | programs or ad programs you use?            |
| 11:35 | 5  | A.   Not anymore.                            |
| 11:35 | 6  | Q.   Okay. Did you ever use others?         |
| 11:35 | 7  | A.   Yes.                                    |
| 11:35 | 8  | Q.   Who did you use?                        |
| 11:35 | 9  | A.   Yahoo.                                  |
| 11:35 | 10 | Q.   And how long did you use Yahoo?        |
| 11:35 | 11 | A.   I can't say for sure, but I            |
| 11:35 | 12 | would say maybe a few months.               |
| 11:35 | 13 | Q.   Okay. Do you remember when that        |
| 11:35 | 14 | was?                                         |
| 11:35 | 15 | A.   It was prior to October 2003           |
| 11:35 | 16 | when I started with AdWords.                |
| 11:36 | 17 | Q.   Okay. And how did you become           |
| 11:36 | 18 | aware of the AdWords program?               |
| 11:36 | 19 | A.   I believe I just saw those             |
| 11:36 | 20 | sponsored ads show up on searches, and I    |
| 11:36 | 21 | realized that Google had a similar product  |
| 11:36 | 22 | that Yahoo had. I looked into it and signed |
| 11:36 | 23 | up.                                          |
| 11:36 | 24 | Q.   Okay. When you say you looked          |
| 11:36 | 25 | into it, what did you do to look into it?   |

```
 1  STATE OF CALIFORNIA     )
                            ) ss.
 2  COUNTY OF LOS ANGELES   )

 3

 4       I, ___Oscar Ventura___, hereby certify:

 5       I am an employee of Barkley Court Reporters,

 6  duly authorized agent for the deposition officer that

 7  stenographically recorded the testimony in the foregoing

 8  deposition and authorized to execute this copy

 9  certificate.

10       The foregoing is true and correct copy of

11  the original transcript of the proceedings taken before

12  me as thereon stated.

13

14

15

16  Dated___August 29, 2006___.

17

18

19

20

21                            _____

22

23

24

25
```