DAVID T. BIDERMAN, Bar No. 101577
JUDITH B. GITTERMAN, Bar No. 115661
M. CHRISTOPHER JHANG, Bar No. 211463
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
Email: DBiderman@perkinscoie.com
Email: JGitterman@perkinscoie.com
Email: CJhang@perkinscoie.com

Attorneys for Defendant Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC.,<br><br>Defendant. | CASE NO. C 05-03649 JW<br><br>**DECLARATION OF HEATHER WILBURN IN SUPPORT OF GOOGLE INC.'S OPENING BRIEF REGARDING THE 120% RULE** |

DECLARATION OF HEATHER WILBURN IN SUPPORT OF GOOGLE
INC.'S OPENING BRIEF REGARDING THE 120% RULE
CASE NO. 05-03649
41063-0023/LEGAL13907681.1

I, Heather Wilburn, declare as follows:

1. I am employed as an AdWords Account Strategist at Google Inc. ("Google"). I submit this declaration in support of Google's Opening Brief Regarding The 120% Rule. I have personal knowledge of the facts set forth below except as to those matters stated on information and belief, and as to those matters, I believe them to be true. If called upon to testify, I could and would testify competently as to the matters set forth herein.

2. I have been employed at Google since March 2002 in the capacity of AdWords Account Strategist (the title of AdWords Account Strategist was recently changed from AdWords Account Associate; this was a change in title name only). My responsibilities include but are not limited to: responding to customer emails and phone inquiries pertaining to the management, structure, and function of the AdWords program, managing accounts of high spending advertisers in the Travel and Retail verticals, training new team members, and evaluating peers. As a result of my duties as AdWords Account Strategist, I am and have been familiar with the AdWords sign up process for advertisers since the beginning of my employment at Google.

3. Around March 2007, while preparing for my deposition in this case, I searched files and materials that I have maintained in my office since the beginning of my employment at Google. During this search, I located a five year old binder of AdWords training materials, which I provided to the legal department. This binder included a printout of a PowerPoint presentation which included a webpage screenshot showing the "Specify your daily budget" screen from the AdWords sign up webpages in the 2002 period. I believe the screenshot image on this printout is an accurate depiction of the "Specify your daily budget" screen from the AdWords sign up webpages in 2002. This screen states: "Just enter what you'd like to spend per day in the 'Daily budget' box, and Google will show your ad evenly throughout the day. Your actual daily charges may fluctuate by 20% because of changing search volume, but the maximum you will spend in a 30-day calendar month should be no more than 30 times your daily budget." Attached hereto as Exhibit A is a true and correct copy of this printout.

-2-

4. I am informed and believe that the legal department immediately supplied the AdWords training binder to our outside counsel, who in turn produced the binder to plaintiffs in advance of my deposition in this case.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 29th day of January, 2008, at Mountain View, California.

*Heather Wilburn*
Heather Wilburn