# EXHIBIT A

# Step 3: Set Your Daily Budget

## Specify your daily budget

- The recommended daily budget suggests a spending level that will give your ad maximum exposure

- You set a different daily budget for each campaign

---

**Step 3 of 4: Specify your daily budget.**  Details

AdWords Select is unique in letting you set a budget for your ad campaign. That way you can be sure you won't use your entire budget for the month in one day.

Just enter what you'd like to spend per day in the "Daily budget" box, and Google will show your ad evenly throughout the day. Your actual daily changes may fluctuate by 20% because of changing search volume, but the maximum you will spend in a 30-day calendar month should be no more than 30 times your daily budget.

The amount that is displayed in the budget field below is our recommended daily budget. However, the click volume we estimate may be lower than the actual volume, so to maximize your ad's exposure, enter the maximum you're willing to spend. If you set your daily budget amount lower than the suggested amount, your ads may not appear every time users search on your keywords.

Daily budget: USD $ [50.00]

Save & Continue » »

Google recommended daily budget