It's All About Results™

# Google AdWords Program Standard Terms and Conditions

**Introduction.** This Agreement between You and Google Inc. ("Google") consists of these AdWords Standard Terms and Conditions ("Terms and Conditions") and the Google AdWords Program (the "Program") Frequently Asked Questions ("FAQs"). "You" or "Advertiser" means any entity identified in an enrollment form submitted by the same or affiliated persons, and/or any agency acting on its (or their) behalf, which shall also be bound by the terms of this Agreement. If You are an agency, You also represent and warrant that (1) the advertiser on whose behalf You are acting has authorized You to enter into this Agreement and to assume the obligations under this Agreement on such advertiser's behalf and to represent such advertiser within the scope of this Agreement and the Program, and (2) such advertiser agrees to be bound by the terms of this agreement, including but not limited to paying Google for advertisements delivered pursuant to this Agreement. Please read very carefully these Terms and Conditions and the Program FAQs.

1. **Uses.** You agree that your ads may be placed on (i) any Web site, application or other property owned or operated by Google (a "Google Property") and (ii) any Web site, application or other property owned or operated by a third party (a "Partner") upon which Google places AdWords ads pursuant to a contractual agreement ("Partner Property"), unless You opt out of the applicable syndication program(s) described in the FAQs. Google and/or any Partner may review, reject or remove any ad (including any Target (as defined below) for any reason. In addition, ads may be modified to comply with policies related to any Google Property or any Partner Property, and (if applicable) where You have authorized Google to optimize campaign performance generally through the use of Google's ad optimization services.

2. **Partner Properties.** Even if your ad(s) are placed on Partner Property(ies), You agree to direct to Google, and not to any Partner, any communication regarding your ad(s) on any Partner Property. In addition, if You participate in any syndication program(s) by having your ads displayed on Partner Properties, the display of your ads on Partner Property(ies) will provide Partner(s) with access to the content of your ads, including the URL(s), and any contact or other information that can be obtained through such URL(s), as well as data regarding queries or clicks on directory categories.

3. **AdWords FAQs.** You acknowledge and agree that in order for Google to (among other things) maintain the integrity and dynamic nature of the Program, your participation in the Program is subject to the FAQs, which are incorporated into these Terms and Conditions by reference and may be modified by Google at any time to reflect changes in how Google makes the Program generally commercially available.

4. **Conversion Tracking.** If as part of the Program you opt to use Google's conversion tracking feature as described in the conversion tracking FAQs, you are solely responsible for following all instructions to activate conversion tracking on your web page. Such activation will result in a visible conversion tracking image (in the form provided by Google), which must be made visible to your customers at all times. In order to ensure user awareness of such conversion tracking image, you agree not to hide, obscure, modify or reduce the image in any way. Failure to comply with the terms of this section may result in Google's inability to provide the conversion tracking feature. You are solely responsible for all use of the conversion tracking feature.

5. **Targets; Your Web Site(s).** You are solely responsible for knowing the contents of the FAQs. You are solely responsible for all "Targets" (any keyword, negative keyword, category, and other targeting mechanism), and for the content of your ads, including URL links. Google is not responsible for anything related to your Web site(s).

6. **Prohibited Uses.** Google strictly prohibits using any Google Property, any Partner Property, or any third-party technology: (i) to generate fraudulent impressions of or fraudulent clicks on Advertiser's ad(s) or third-party ad(s), including but not limited to using robots or other automated query tools and/or computer generated search requests, and/or the fraudulent use of other search engine optimization services and/or software; (ii) to advertise substances, services, products or materials that are illegal in any state or country where your ad is displayed; (iii) in any way that violates any policy posted on any Google Property, as revised from time to time; or (iv) to engage in any other illegal or fraudulent business practice under the laws of any state or country where your ad is displayed. You may not include links to any Web site(s) as part of your ad, unless the content found at such site(s) is relevant to your Target(s) and/or ad creative.

GOOG-HN 21575
CONFIDENTIAL

You may not run multiple ads linking to the same or similar site on the same search results page. Violation of these policies may result in immediate termination of this Agreement without notice, and may subject you to state and federal penalties and other legal consequences.

7. **Termination; Cancellation.** Unless otherwise agreed to in writing by the parties, You may cancel or delete any ad and/or terminate this Agreement with or without cause at any time by canceling or deleting all ads hereunder via your online account by changing the end dates of such ad(s) to your desired cancellation date or by deleting the ads You no longer wish to run; provided, however, that a cancelled ad may continue to run for up to 48 hours before such cancellation takes effect. Google may at any time terminate the Program, terminate this Agreement, or cancel any ad(s) or your use of any Target. Except as set forth in Section 6 above or unless Google has previously canceled or terminated your use of the Program (in which case subsequent notice by Google shall not be required), Google will notify You via email of any such termination or cancellation, which shall be effective immediately. Upon cancellation of any ad or termination or expiration of this Agreement for any reason, (i) You shall remain liable for any amount due for clicks already delivered and for clicks on any ad(s) through the date such cancellation or termination takes effect, and (ii) Sections 2 and 5 through 15 shall survive expiration or termination.

8. **Confidentiality.** During the term of this Agreement and for a period of two years following the termination or expiration of this Agreement, each party agrees not to disclose Confidential Information of the other party to any third party without prior written consent except as provided herein. "**Confidential Information**" includes (i) ads (including Targets and URLs), prior to publication, (ii) except as provided in subsection (i) above, any other Program information or access to technology prior to public disclosure provided by Google to You and identified at the time of disclosure in writing as "Confidential." It does not include information that has become publicly known through no breach by a party, or has been (i) independently developed without access to the other party's Confidential Information; (ii) rightfully received from a third party; or (iii) required to be disclosed by law or by a governmental authority. Nothing in this Agreement shall prohibit or limit either party's use or disclosure of the U.S. Federal income tax treatment and U.S. Federal income tax structure of any transaction contemplated by this Agreement and all materials of any kind (including opinions or other tax analyses) that are provided to it relating to such tax treatment or tax structure, except where confidentiality is necessary to comply with applicable federal or state securities laws.

9. **No Guarantee.** Google makes no guarantee regarding the levels of impressions, clicks or conversions for any ad (including any Target) or group of ads or the timing of delivery of any impressions, clicks or conversions for any ad displayed on any Google Property or any Partner Property. Google may offer the same Target to more than one advertiser. You may not receive any impressions for your ad(s) if for a given Target there are more advertisers or ads than available display positions or if your ads do not meet applicable click-through thresholds.

10. **No Warranty.** GOOGLE MAKES NO WARRANTY, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION WITH RESPECT TO ADVERTISING AND OTHER SERVICES, AND EXPRESSLY DISCLAIMS THE WARRANTIES OR CONDITIONS OF NONINFRINGEMENT, MERCHANTABILITY AND FITNESS FOR ANY PARTICULAR PURPOSE.

11. **Limitation of Liability; Force Majeure.** EXCEPT FOR ANY INDEMNIFICATION AND CONFIDENTIALITY OBLIGATIONS HEREUNDER, (i) IN NO EVENT SHALL EITHER PARTY BE LIABLE UNDER THIS AGREEMENT FOR ANY CONSEQUENTIAL, SPECIAL, INDIRECT, EXEMPLARY, OR PUNITIVE DAMAGES WHETHER IN CONTRACT, TORT OR ANY OTHER LEGAL THEORY, EVEN IF SUCH PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES AND NOTWITHSTANDING ANY FAILURE OF ESSENTIAL PURPOSE OF ANY LIMITED REMEDY AND (ii) GOOGLE'S AGGREGATE LIABILITY TO ADVERTISER UNDER THIS AGREEMENT FOR ANY CLAIM IS LIMITED TO THE AMOUNT PAID TO GOOGLE BY ADVERTISER FOR THE AD GIVING RISE TO THE CLAIM. Each party acknowledges that the other party has entered into this Agreement relying on the limitations of liability stated herein and that those limitations are an essential basis of the bargain between the parties. Without limiting the foregoing and except for payment obligations, neither party shall have any liability for any failure or delay resulting from any condition beyond the reasonable control of such party, including but not limited to governmental action or acts of terrorism, earthquake or other acts of God, labor conditions, and power failures.

12. **Payment.** You agree to pay all applicable charges under this Agreement, including any applicable taxes or charges imposed by any government entity, and that Google may change its minimum pricing at any time, as reflected in the FAQs. If You dispute any charge made under the Program, You must notify Google in writing within sixty (60) days of any such charge; failure to so notify Google shall result in the waiver by You of any claim relating to any such disputed charge. Charges shall be calculated solely based on

GOOG-HN 21576
CONFIDENTIAL

invoicing records maintained by Google for purposes of billing. No other measurements or statistics of any kind shall be accepted by Google or have any effect under this Agreement.

13. **Representations and Warranties.** You represent and warrant that (a) all of the information provided by You to Google to enroll in the Program is correct and current; (b) You hold all rights to permit Google and any Partner(s) to use, reproduce, display, transmit and distribute Your ad(s) (including all Targets) and all contents therein ("Use"); and (c) the following items will not violate (or encourage conduct that would violate) any applicable laws, regulations or third party rights in any state or country in which your ad is displayed: any Use by Google or any Partner(s), your Target(s), any Web site(s) linked to from your ad(s), and products or services offered on such Web site(s).

14. **Your Obligation to Indemnify.** You agree to indemnify, defend and hold Google, its agents, affiliates, subsidiaries, directors, officers, employees, and applicable third parties (e.g., all relevant Partner(s), licensors, licensees, consultants and contractors) ("**Indemnified Person(s)**") harmless from and against any third party claim, liability, loss, and expense (including damage awards, settlement amounts, and reasonable legal fees), brought against any Indemnified Person(s), arising out of your use of the Program, your Web site, and/or your breach of any term of this Agreement. You acknowledge and agree that each Partner, as defined herein, has the right to assert and enforce its rights under this Section directly on its own behalf as a third party beneficiary.

15. **Miscellaneous.** You will be responsible for all reasonable expenses (including attorneys' fees) incurred by Google in collecting unpaid amounts under this Agreement. This Agreement shall be governed by the laws of California, except for its conflicts of laws principles. Any dispute or claim arising out of or in connection with this Agreement shall be adjudicated in Santa Clara County, California. This Agreement constitutes the entire agreement between the parties with respect to the subject matter hereof and any non-Google purchase order, invoice or other document relating to the subject matter hereof and any additional terms contained therein shall be null and void. Each party hereto is duly authorized to enter into this Agreement and perform its obligations hereunder. Any modifications to this Agreement must be made in a writing approved by the Google Legal Department and executed by both parties. Unless otherwise expressly set forth herein, any notices shall be sent to (a) in the case of Google: c/o Google Inc., Attn: AdWords Program, 2400 Bayshore Parkway, Mountain View, CA 94043, with a copy to the Google Legal Department; and (b) in the case of Advertiser, to the address then on record with Google for your account. Notice shall be given via (x) confirmed facsimile, with a copy sent via first class or air mail; or (y) overnight courier, and such notice shall be deemed given upon receipt. The waiver of any breach or default of this Agreement will not constitute a waiver of any subsequent breach or default. If any provision herein is held unenforceable, then such provision will be modified to reflect the parties' intention, and the remaining provisions of this Agreement will remain in full force and effect. Advertiser may not resell, assign, or transfer any of its rights hereunder. Any such attempt may result in termination of this Agreement, without liability to Google. The relationship(s) between Google and the "Partners" is not one of a legal partnership relationship, but is one of independent contractors. This Agreement shall be construed as if both parties jointly wrote it.

*October 23, 2003*

©2002-2003 Google - AdWords Home - Terms and Conditions

GOOG-HN 21577
CONFIDENTIAL

**basics_4-14-03.html**

GOOG-HN 20823
CONFIDENTIAL

Overview    Compare    Common Terms    Tips    Full-Strength FAQ    Editorial Guidelines    Login

Program Overview
Top 5 Questions
The Basics
Getting Started

Account Set Up
Geo-Targeting
Ad Creation
Keywords
Cost-Per-Click
Daily Budget
Billing

Account Maintenance
Common Tasks
Optimization

AdWords Standards
Security
Guidelines

*View all questions*

## Program Overview: The Basics

1.   What is Google AdWords?
2.   On what sites could my ads be shown?
3.   How is an AdWords account structured?
4.   Is there a minimum spending commitment?
5.   Do I pay in advance?
6.   Is there an activation fee?
7.   How do I show my ads above the search results?
8.   Will my ads appear in all browsers?

### 1.   What is Google AdWords?

Google AdWords is a quick and simple way to purchase highly targeted cost-per-click (CPC) advertising, regardless of your budget. AdWords ads are displayed along with search results on Google, as well as on search and content sites in our growing ad network, including AOL, Earthlink, Sympatico, BURST! Media, WeatherUnderground. With more than 200 million searches on Google each day and millions more on our partner sites, your AdWords ads reach a vast audience.

When you create a Google AdWords ad, you choose keywords for which your ad will appear and specify the maximum amount you're willing to pay for each click. You only pay when someone clicks on your ad. To save you even more money, our AdWords Discounter automatically reduces the actual CPC you pay to the lowest cost needed to maintain your ad's position on the results page.

There's no minimum monthly charge -- just a $5 activation fee. Your ads start running within minutes after you submit your billing information. You can easily keep track of your ad performance using the reports in your online account Control Center.

To find out more about Google AdWords or to begin creating your ads, visit the AdWords home page. For an overview of how the program works, please visit our Overview page.

### 2.   On what sites could my ads be shown?

Your ads may be shown on search results pages for Google, Google Directory, Google Groups, and Google's partner sites, including our partners' directory results pages. If you choose not to participate in the Google syndication program, your ads will be shown only for search results on Google.

Our current partners include:

- o   America Online, Inc.
- o   CompuServe
- o   Netscape
- o   AT&T Worldnet
- o   EarthLink, Inc.
- o   Sympatico Inc.

### 3.   How is an AdWords account structured?

GOOG-HN 20824
CONFIDENTIAL

There are three levels to Google AdWords: Account, Campaign, and Ad Group. The diagram below shows the account structure and the settings that are applied at each level. In summary:

- o Your account is associated with a unique email address, password, and billing information.
- o At the campaign level, you choose your daily budget, geographic targeting, syndication preference, and start and end dates.
- o At the Ad Group level, you create ads and choose keywords. You can also select a maximum cost-per-click (CPC) for the Ad Group or for individual keywords.

Within each Ad Group, you create one or more ads and select a set of keywords to trigger those ads. Each Ad Group runs on one set of keywords. If you create multiple ads in an Ad Group, the ads will rotate evenly for those keywords.

When you log in to your account, you can see your ads' clickthrough rates (CTRs) listed below each of the ads. If a particular ad is not performing as well as the others (if it has a low CTR), you can delete or refine it to improve the overall performance of your Ad Group.

Account

Unique email address
Password
Billing information

Campaign

Daily budget
Geo-targeting
Syndication preference
Start and end dates

Campaign

Daily budget
Geo-targeting
Syndication preference
Start and end dates

Ad Group

One set of keywords
One or more ads

Ad Group

One set of keywords
One or more ads

Ad Group

One set of keywords
One or more ads

Ad Group

One set of keywords
One or more ads

## 4. Is there a minimum spending commitment?

You can create an account for only a $5 activation fee. You have complete control over how much you spend and how you spend it. You choose the maximum cost-per-click (CPC) and the daily budget that fit your advertising goals.

After you choose your keywords and your maximum CPC, the Traffic Estimator helps you predict the total cost of your Ad Group by estimating the number of clicks you will receive per day. This estimate is based on the maximum CPC you've specified and the average clickthrough rate (CTR) for the keywords you've chosen. You can then decide how much you're willing to spend and set your daily budget to reflect what you're comfortable paying.

## 5. Do I pay in advance?

No. After you activate your account by submitting your billing information, Google gives you a credit limit and starts running your ads. This lets your ads appear before you've paid anything. For each billing period, you pay only for clicks you've actually received

## 6. Is there an activation fee?

A $5 initial activation fee applies when you open your account. It will not be credited toward the cost of the clicks you receive.

## 7. How do I show my ads above the search results?

GOOG-HN 20825
CONFIDENTIAL

Ads at the top of a Google results page are typically not Google AdWords ads. They are Google

Premium Sponsorship ads, which are sold through our sales department. You can <u>find out more about Premium Sponsorships here</u>. We occasionally show Google AdWords ads in the top spots if they qualify for Premium placement. This is determined by a combination of cost-per-click and clickthrough rate.

8. **Will my ads appear in all browsers?**

Some older browsers do not support the HTML tag *table align=right*, which is used in displaying Google AdWords ads. AdWords ads will not be displayed in such browsers, including Netscape Navigator 2.x or earlier and Microsoft Internet Explorer 2.x or earlier. We estimate that less than 1% of Google users have browsers with this limitation.

GOOG-HN 20826
CONFIDENTIAL

**billing_6-16-03.html**

GOOG-HN 20867
CONFIDENTIAL

**AdWords™ - It's All About Results™**

Program Overview
Top 5 Questions
The Basics
Getting Started

Account Set Up
Geo-Targeting
Ad Creation
Keywords
Cost-Per-Click
Daily Budget
Billing

Account Maintenance
Common Tasks
Optimization

AdWords Standards
Security
Guidelines

*View all questions*

## Account Set Up: Billing

1. When does Google bill my credit card?
2. What are my payment options?
3. What if I have billing questions or concerns?
4. What if I decide to cancel my campaign?
5. What kind of reports will I get?
6. Can I download my ad campaign reports?

### 1. When does Google bill my credit card?

Google sets a credit limit of $50 on each account when it is activated. An account is billed after it reaches its credit limit or after 30 days, whichever comes first. Accounts are also charged an initial $5 activation fee at the time of this initial billing.

The initial credit limit of $50 is incrementally raised each time an account hits its credit limit before 30 days have ended. The credit limit is first raised to $200, then to $350, and then to $500. The amount billed may be slightly in excess of the credit limit if an account accrues clicks very quickly.

If you would like to request a credit limit higher than $500, please email us. Include the email address associated with your account as well as your desired credit limit.

### 2. What are my payment options?

We currently only accept credit card payments for Google AdWords. If you are paying in a non-USD currency, you can use Visa, Mastercard/Eurocard, and debit cards with those logos. If your account is in Yen, you can also pay with your JCB card. If you are paying in USD, you can use any of those listed above or American Express. We hope to have additional payment options available soon.

We do accept payment by check for our Premium Sponsorships advertising program, but the minimum dollar amount required for that program is substantially larger. To find out more about Premium Sponsorships, please visit our web page at http://www.google.com/ads/.

**GOOG-HN 20868
CONFIDENTIAL**

### 3. What if I have billing questions or concerns?

We understand that online transactions require trust. In particular, we take billing and credit card security very seriously. If you have refund or credit requests or concerns about your account charges, whether they're related to security issues or not, please let us know. However, because email is not a secure means of communication, please do not email us your credit card number or account password. We should be able to resolve the issue without this information. Please do provide us with your account's email address and as much other information as possible regarding the matter. An AdWords Specialist will review your email and work to reach a solution as quickly as possible.

If you contact us with a billing concern, we may temporarily suspend your ads so you don't accrue further charges. We may also suspend your ads if we have trouble processing charges for your account.

In order to reactivate the account, we ask that you please re-submit your credit card number, or enter another credit card number to process your charge. Once we've processed your payment, you can re-enable your campaigns.

4. **What if I decide to cancel my campaign?**

You can cancel at any time by pausing your ads.

Our goal is to provide you with the most effective advertising available, so before canceling, we ask that you let one of our AdWords Specialists work with you to meet your advertising goals. However, if you still wish to cancel, we encourage you to let us know why Google AdWords didn't work for you. Our AdWords Specialists will carefully review your suggestions. Our goal is to constantly improve the user interface and the program itself. We hope you'll try Google AdWords again in the future when it may better suit your needs.

Our cancellation policy is detailed in our Terms and Conditions.

5. **What kind of reports will I get?**

Google provides full online reporting for the Google AdWords program. We do not currently mail invoices or reports, but you can access your personal reports online 24 hours a day, 7 days a week to see your average actual cost-per-click (CPC), the number of times your ads were shown (impressions), how many times users clicked on your ads (clicks), and the clickthrough rates (CTR). This reporting is available for each of your keywords, ads, Ad Groups, campaigns, and account.

We make every effort to provide accurate reports; therefore, no measurements other than those maintained by Google shall be accepted for reporting or payment purposes. If the reports you receive from Google do not coincide with your own, there are a number of possible explanations. First, be sure you're comparing the same reporting time periods. If there are still discrepancies, it could be because we host your ads and therefore are able to record clicks that other tracking software programs may miss. For example, our software can detect clicks that occur while your site is down. In addition, your system may filter out visits from your IP address, whereas Google does not.

6. **Can I download my ad campaign reports?**

Yes. You can download all performance statistics for your entire account or a specific campaign into an MS Excel spreadsheet. You can choose to download statistics for any time period by specifying a particular date range or selecting from the 'Date Range' options.

You have a choice of three types of reports to download:

1. **Full Report** -- statistics broken out at the Ad Text (includes search-related ads and Content-Targeted Ads), Keyword (search-related ads only), and Content Ad levels for each campaign.

2. **Ad Text** -- one report line for total ad performance for each campaign, including results from both Content-Targeted Ad and search-related ads.

3. **Keywords** -- statistics separated out by keyword-targeted search ads and Content-Targeted Ads.

To learn how to download reports for your AdWords account, click here.

**GOOG-HN 20869
CONFIDENTIAL**

**budget_1-24-03.html**

GOOG-HN 20887
CONFIDENTIAL

| ☒ Google | **AdWords™ - It's All About Results™** | Contact Us - Help |
| --- | --- | --- |

Overview    Compare    Common Terms    Tips    Full-Strength FAQ    Editorial Guidelines    Login

Program Overview
Top 5 Questions
The Basics
Getting Started

Account Set Up
Geo-Targeting
Ad Creation
Keywords
Cost-Per-Click
☐Daily Budget
Billing

Account Maintenance
Common Tasks
Optimization

AdWords Standards
Security
Guidelines

*View all questions*

## Account Set Up: Daily Budget

1. What is a daily budget?
2. Why did I receive more clicks than my daily budget on a particular day?
3. How does Google keep my campaign below the daily budget?

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### 1.  What is a daily budget?

A daily budget enables you to set a limit on the amount you spend each day. You set a separate daily budget for each of your campaigns. Since you only pay if someone clicks on your ads, you won't necessarily reach the daily budget limit you set. In the case that your daily budget does not meet our system recommendation, Google will show your ads evenly throughout the day at a frequency that falls within the budget you've set. To maximimize your visibility, meet the recommended amount.

There is no minimum daily budget requirement.

### 2.  Why did I receive more clicks than my daily budget on a particular day?

Traffic is not constant from day to day. For example, fewer people search the Web on weekends than during the week. To account for this and maximize the potential of your advertising, Google may allow up to 20% more clicks in one day than your daily budget specifies.

If you budget $100 per day in a 30-day month, you may receive more than $100 in clicks on a given day, but the maximum you would pay is $3,000 for that month. If we do overdeliver clicks, you will receive a credit, which is listed on your invoice as an "Overdelivery credit".

### 3.  How does Google keep my campaign below the daily budget?

Google shows your ads evenly over time so that you reach your daily budget by the end of each day. This keeps your ad from accumulating clicks early on and then disappearing for the remainder of the day.

Once you've selected your keywords, you'll see a recommended daily budget. If you set your daily budget to this value, you will maximize your ad's visibility. This maximizes the number of clicks you receive. If your daily budget is lower than the recommended amount, Google will deliver your ads evenly throughout the day to keep your clicks at or below your daily budget. Click here to learn how to view and edit your daily budget.

©2002 Google - AdWords Home - Terms and Conditions - Contact Us

GOOG-HN 20888
CONFIDENTIAL

budget_6-27-03.html

GOOG-HN 20905
CONFIDENTIAL

☒ Google

It's All About Results™                                    Contact Us - Help

AdWords Home

AdWords FAQ

AdWords Overview
  AdWords Advantages
  Program Comparison
  Success Stories
Getting Started
  Step-by-Step
  Pricing & Billing
  Glossary
  Keyword Tools
Ad Guidelines
  Style & Grammar
  Keyword Relevance
  Content & Links
Running a Campaign
  Optimization Tips
  Account Navigation
  Common Tasks

## Google AdWords FAQ: Budget & Billing

1. What does it cost and how do I pay?
2. How does Google keep my campaign below the daily budget?
3. What if I have billing questions or concerns?
4. Does VAT apply to Google AdWords?
5. How are AdWords advertisers affected by VAT?
6. What do I need to do as a result of the new VAT rules?
7. Who can I contact with VAT questions?
8. What if I decide to cancel my campaign?
9. What kind of reports will I get?

---

1. **What does it cost and how do I pay?**

In the Google AdWords program, the cost of your campaigns really depends on you -- how well you know your audience, and how much you're willing to pay to reach them.. Based on your advertising goals and budget, you choose what you want to pay per click on your ad, from 5 cents to $50. You also control your overall spending by setting a daily budget (how much you want to pay per day).There is just a $5 activation fee to get started, and no monthly minimum spending commitment. For more information on AdWords pricing and billing, click here.

2. **How does Google keep my campaign below the daily budget?**

Google shows your ads evenly over time so that you reach your daily budget by the end of each day. This keeps your ad from accumulating clicks early on and then disappearing for the remainder of the day.

Once you've selected your keywords, you'll see a recommended daily budget. If you set your daily budget to this value, you will maximize your ad's visibility. This maximizes the number of clicks you receive. If your daily budget is lower than the recommended amount, Google will deliver your ads evenly throughout the day to keep your clicks at or below your daily budget. Click here to learn how to view and edit your daily budget.

**GOOG-HN 20906
CONFIDENTIAL**

3. **What if I have billing questions or concerns?**

We understand that online transactions require trust. In particular, we take billing and credit card security very seriously. If you have refund or credit requests or concerns about your account charges, whether they're related to security issues or not, please let us know. However, because email is not a secure means of communication, please do not email us your credit card number or account password. We should be able to resolve the issue without this information. Please do provide us with your account's email address and as much other information as possible regarding the matter. An AdWords Specialist will review your email and work to reach a solution as quickly as possible.

If you contact us with a billing concern, we may temporarily suspend your ads so you don't accrue further charges. We may also suspend your ads if we have trouble processing charges for your account.

In order to reactivate the account, we ask that you please re-submit your credit card number, or enter another credit card number to process your charge. Once we've processed your payment, you can re-enable your campaigns.

4. **Does VAT apply to Google AdWords?**

Yes. In response to the emerging electronic business environment, European Union (EU) member states have modified the rules for applying VAT to certain digital services, including Internet advertising. When such services are consumed within the EU, they are subject to VAT. Therefore, all AdWords accounts with EU billing addresses are subject to VAT as of July 1, 2003.

Google charges VAT where legally required or when VAT registration has not yet been verified. You are responsible for VAT charges to your account even if you are later determined to be exempt from further VAT charges. Additionally, you cannot reclaim from Google such payments you have made, which will be considered as fees for services rendered.

5. **How are AdWords advertisers affected by VAT?**

AdWords advertisers whose billing addresses are within the EU are subject to VAT charges as of July 1, 2003.

Google notified affected advertisers, who were given the option of providing us with a valid VAT registration number before June 30, 2003, and self-assessing VAT. If you did not submit your VAT registration number to us by June 30, 2003 or do not have a valid VAT number, VAT charges were applied to your invoices starting July 1, 2003. These charges were assessed at your EU member country rate as determined by your billing address.

6. **What do I need to do as a result of the new VAT rules?**

If you have a valid AdWords billing address outside of the EU, you do not need to do anything and VAT charges do not apply to your account. If your AdWords billing address is in the EU, however, VAT charges apply to your AdWords invoices starting July 1, 2003, unless you supplied us with a valid VAT registration number by June 30, 2003.

New advertisers provide VAT information during the account set-up process. If you're a current advertiser and already registered for VAT in an EU member state, but did not provide us with a valid VAT registration number by June 30, 2003, please follow the steps below to enter your registration number. This will enable you to self-assess VAT for AdWords. Please note that you are responsible for all VAT charges added to your invoices from July 1, 2003 until the billing period following your VAT registration number entry and verification as determined by Google.

To provide Google with your valid VAT registration number, please follow these steps:

1. Log in to your AdWords account at: http://adwords.google.com/.
2. Click 'Edit Billing Information' on the 'Account Management' tab to select the appropriate VAT option.
3. Enter your VAT registration number in the VAT field.
4. Click Submit.

7. **Who can I contact with VAT questions?**

For general questions about how VAT affects your Google AdWords account, you can email adwords-support@google.com.

For technical questions about VAT registration in EU member states you should consult your tax adviser.

8. **What if I decide to cancel my campaign?**

GOOG-HN 20907
CONFIDENTIAL

You can cancel at any time by pausing your ads.

Our goal is to provide you with the most effective advertising available, so before canceling, we ask that you let one of our AdWords Specialists work with you to meet your advertising goals. However, if you still wish to cancel, we encourage you to let us know why Google AdWords didn't work for you. Our AdWords Specialists will carefully review your suggestions. Our goal is to constantly improve the user interface and the program itself. We hope you'll try Google AdWords again in the future when it may better suit your needs.

Our cancellation policy is detailed in our Terms and Conditions.

9. **What kind of reports will I get?**

Google provides full online reporting for the Google AdWords program. We do not currently mail invoices or reports, but you can access your personal reports online 24 hours a day, 7 days a week to see your average actual cost-per-click (CPC), the number of times your ads were shown (impressions), how many times users clicked on your ads (clicks), and the clickthrough rates (CTR). This reporting is available for each of your keywords, ads, Ad Groups, campaigns, and account.

We make every effort to provide accurate reports; therefore, no measurements other than those maintained by Google shall be accepted for reporting or payment purposes. If the reports you receive from Google do not coincide with your own, there are a number of possible explanations. First, be sure you're comparing the same reporting time periods. If there are still discrepancies, it could be because we host your ads and therefore are able to record clicks that other tracking software programs may miss. For example, our software can detect clicks that occur while your site is down. In addition, your system may filter out visits from your IP address, whereas Google does not.

GOOG-HN 20908
CONFIDENTIAL

**conversions_10-6-03.html**

GOOG-HN 20922
CONFIDENTIAL

It's All About Results™

AdWords Home

AdWords FAQ

AdWords Overview
  AdWords Advantages
  Program Comparison
  Success Stories
Getting Started
  Step-by-Step
  Pricing & Billing
  Glossary
  Keyword Tools
Ad Guidelines
  Style & Grammar
  Keyword Relevance
  Content & Links
Running a Campaign
  Optimization Tips
  Account Navigation
  Common Tasks

## Google AdWords FAQ: Conversion Tracking

Welcome to the Conversion Tracking FAQ page, where you'll find answers to common questions about Google's new conversion tracking feature. For further questions or comments about our conversion tracking offering, please feel free to email us at adwords-support@google.com.

### BASIC CONCEPTS
1. What is conversion tracking?
2. How can it benefit me?
3. How do I set up conversion tracking?
4. Why a visible image when everyone else uses an invisible one?
5. How much does it cost?
6. How are conversions determined?
7. Which conversions will be tracked by Google?

### SETUP PROCESS
1. What are the prerequisites for conversion tracking?
2. Do I need to use specific software or a particular operating system?
3. Will conversion tracking slow down my web pages?
4. What's the difference between the basic and customized conversion tracking paths?
5. Why do I have to choose my site's language to track conversions?
6. Where do I put the tracking image on my page?
7. What tracking options do I have / should I use?
8. What value(s) do I enter for the conversion options I selected?
9. How many conversion pages can I track?
10. What can I do to verify that the conversion code I've inserted is working?
11. Why do I have to specify the security level of my website?

### PRIVACY ISSUES
1. Why is the conversion tracking image visible?
2. When will my users see this image?
3. How does Google use cookies in conversion tracking?
4. How do you handle my personal data?
5. Is conversion tracking secure?

### ADVANCED CONCEPTS
1. Why are my reports showing lower conversion numbers than I think I should be seeing?
2. Where can I find more detailed information on conversion data?
3. Do I need different code to track different conversion statistic types?
4. Can I compare content conversion rates and search conversion rates?
5. Will I be able to see conversion rates by partner site as compared to Google?
6. Can I track conversions by ad text and keyword?
7. Can I isolate specific conversions?
8. Can I disable conversion tracking?
9. What does the conversion code do?
10. What if I don't see my conversion statistics in my reports?
11. What if I don't see the tracking image on my confirmation page?

### DEFINITIONS
- Conversion
- Conversion page
- Conversion types
- # of conversions

**GOOG-HN 20923**
**CONFIDENTIAL**

- o Conversion rate
- o Total value
- o Average value
- o Cost / Conversion
- o Value / Cost
- o Value / Click

## BASIC CONCEPTS

☐ return to top

1. **What is conversion tracking?**

   In online advertising, a conversion occurs when a click on your ad leads directly to user behavior you deem valuable, such as a purchase, signup, page view, or lead. Google has developed a tool to measure these conversions, and ultimately, help you identify how effective your AdWords ads and keywords are for you.

   It works by placing a cookie on a user's computer when he/she clicks on one of your AdWords ads. Then, if the user reaches one of your conversion pages, the cookie is connected to your web page. When a match is made, Google records a successful conversion for you. Please note that the cookie Google adds to a user's computer when he/she clicks on an ad expires in 30 days. This measure, and the fact that Google uses separate servers for conversion tracking and search results, protects the user's privacy.

2. **How can it benefit me?**

   When you have access to conversion data in your reports, you can make smarter online advertising decisions, particularly about what ads and keywords you invest in. Given better data, you can better measure your overall return on investment (ROI) for your AdWords campaigns.

   For example, Bob owns an online business that sells eBooks. He knows how many clicks his AdWords campaign gets, but would like to know specifically which keywords are converting to sales. With basic conversion tracking, Bob can get this valuable information. With customized conversion tracking, he can also report the dollar amount of each sale and get the total revenue generated by each of his keywords as compared to the total cost of the keyword. With conversion statistics, Bob discovers that the keyword independent eBooks has a return on investment (ROI) of 500%. Consequently, he optimizes his campaign by increasing the spend on that keyword, thus maximizing his AdWords ROI.

3. **How do I set up conversion tracking?**

   **GOOG-HN 20924**
   **CONFIDENTIAL**

   To set up Google AdWords conversion tracking on your site, you'll need to place a snippet of JavaScript code on your conversion confirmation pages (the *Thank you for your purchase/subscription/visit* page). When you activate conversion tracking, Google will transparently assign an advertiser ID and enable conversion tracking for your account. The code snippet will show a visible *Google Site Stats* image on the user-facing end pages to indicate that a conversion has been completed. Here's what happens:

   - o A user clicks your AdWords ad.
   - o Our googleadservices.com server places a temporary cookie on the user's computer.
   - o If the user reaches one of your designated conversion confirmation request pages, his/her computer passes back the cookie and requests that our server send the conversion tracking image.
   - o Google records the conversion event and correlates it with your campaign, Ad Group, URL, and keyword.
   - o At the next report update, you'll see conversion statistics from the campaign level

down to the keyword level.

4. **Why a visible image when everyone else uses an invisible one?**

Google has chosen to use a visible *Google Site Stats* image for the conversation tracking process to make this process apparent to users. Our goal is not to place our brand or promote our company on your web pages; however, we feel that it is important to be honest with and respect the privacy of users being tracked.

For example, if users see and click on this image, Google provides them with information about not accepting the conversion tracking cookie if they wish, and we assure them that none of their personal information is being used or recorded in any way. Users can also learn more about conversion tracking itself by clicking on this image.

We made the *Google Site Stats* image as unobtrusive as possible, and ask that you place it in a corner of your confirmation page (the page after a transaction has taken place).

5. **How much does it cost?**

Google's conversion tracking feature is completely free. All you need to get started with conversion tracking is a Google AdWords account with running ads and keywords, and a basic knowledge of your website code.

6. **How are conversions determined?**

A conversion is registered when an ad click leads to an event that you consider valuable. Depending on the business, a conversion can be defined as:

- o A purchase
- o A sign-up or registration
- o A request for more information
- o A page view
- o Time spent on your site
- o A demo download / game play

The page where you confirm that a user has successfully taken one of these actions is the conversion page. The *Google Site Stats* tracking image is placed (generally, the Thank you for your purchase/subscription/visit page), and is then seen by the user after a conversion occurs.

7. **Which conversions will be tracked by Google?**

Google conversion tracking is currently offered only for clicks originating on Google.com and selected ad network sites. Conversions on some sites cannot at this time be tracked. We are working, however, to provide conversion statistics for all ad network sites in the near future. In addition, Google conversion tracking can report only conversions that originate from a click on your AdWords ads. It does not track your performance on other pay-per-click (PPC) ad networks or for other types of online advertising.

## SETUP PROCESS

☐ return to top

1. **What are the prerequisites for conversion tracking?**

All you need to get started with conversion tracking is an AdWords account with running ads and keywords. For additional conversion tracking setup information in printable form, please download our Conversion Tracking Setup Guide (viewing this file requires Adobe® Reader).

To successfully place the conversion code into your website, you or someone in your organization must also have a working knowledge of and access to that code.

2. **Do I need to use specific software or a particular operating system?**

   You are not limited to a specific software or operating system to successfully implement conversion tracking. However, you must be able to add the JavaScript code snippet that we provide to your conversion confirmation page(s).

3. **Will conversion tracking slow down my web pages?**

   Conversion tracking will not have an impact on how fast your web pages load. The JavaScript snippet communicates with our conversion tracking server so quickly that site visitors shouldn't notice any change in page loading performance.

4. **What's the difference between the basic and customized conversion tracking paths?**

   We have designed two paths to guide you as you set up conversion tracking for your AdWords accounts. These paths were created to cater to your level of familiarity with detailed website reporting and code implementation on your site.

   The basic conversion tracking path is a simple, straightforward process that gets you started with conversion tracking with minimal steps. The customized conversion tracking path is a more detailed process that allows you to specify conversion types and input values to provide you with greater detail in your tracking reports.

   **Basic conversion tracking**

   Google's basic conversion tracking path involves adding a small snippet of conversion code to the pages you define as conversion pages (the *Thank you for your purchase/subscription/visit* page). We recommend that a webmaster or the person who maintains your site code adds the conversion tracking code snippet. We also recommend making backup copies of the pages you intend to change.

   With basic conversion tracking, Google will report an overall number of conversions. Once a conversion takes place and your statistics are updated, you will see this total number reflected on the Campaign Summary page as well as in your reports.

   **Customized conversion tracking**

GOOG-HN 20926
CONFIDENTIAL

   Google's customized conversion tracking path allows for more detailed statistics. For example, you can get conversion data for each conversion type you track: purchase/sale, sign-up, page view, or lead. This is because the code generated contains a variable that defines the conversion type. You will automatically get more detail simply by checking one or more tracking options than if you followed the basic path.

   The customized conversion tracking path also allows you to record a value with each conversion. This allows you to receive the overall revenue or profit earned along with each conversion in your reports. You could even use a dynamic value if the conversion value varies, as in a shopping cart. If you record conversion values, then Google can report additional statistics regarding the profit or revenue of your business.

   What you enter into the (*Optional*) Enter variable field will depend on your conversion type and how your site is set up. For example, if all of the conversions recorded on a conversion confirmation page are evaluated the same way (you are measuring sign-ups and each is worth $20.00 to your company) you can simply enter in the numeric value 20. Note that the numeric value you enter here must be formatted as an integer or decimal number using a period (.). You cannot use other characters such as a dollar sign ($) or comma (,) in this field.

If the value is not a constant but instead changes (as in a shopping cart), you'll need to place a dynamic variable into the field such as *Total_Costs*. Please note that this variable must equal the value of the overall conversion so that, for example, all items in a shopping cart are included in the total amount.

When you select **Refresh code**, the value you entered is inserted into the Google code. Once you place this individualized tracking code within your website code, a conversion occurs, and your conversion statistics are updated, you'll get detailed conversion tracking data in your AdWords reports.

5.  **Why do I have to choose my site's language to track conversions?**

When you place the conversion tracking code snippet on your conversion confirmation page and a conversion occurs via an AdWords ad, a small but visible image containing the text *Google Site Stats* will appear wherever you've placed the code. By indicating the language of your website, we can match the image text to your site's language. Therefore, we ask that you select your website language when setting up conversion tracking for your account.

6.  **Where do I put the tracking image on my page?**

To keep the image as unobtrusive as possible, we recommend placing it in the lower right-hand corner of the conversion page (the *Thank you for your purchase/subscription/visit* page).

However, the image should still be available for your customer to view. You should not hide, obscure, tamper with or distort the image in anyway. Finally, the image should also be placed no further than a quarter of the screen away from the last line of content on the page.

To install the image on your page, you'll need to place the JavaScript code snippet between the <body> tags of your web page HTML, closer to the </body> tag. You should not add the code to dynamically-generated header and footer code. Doing so will cause you to track every page sharing the same header or footer, leaving you with meaningless conversion statistics.

Please be sure to copy-and-paste the entire code snippet we provide. The conversion code you place within your site code should not interfere with any other code, including other tracking code.

7.  **What tracking options do I have / should I use?**

Google helps you obtain more detailed statistics by offering the following four tracking labels:

**Purchases/Sales**
Helps online commerce sites track purchases and sales to determine return on investment (ROI).

**Leads**
Appropriate for sales organizations interested in tracking how many users requested follow-up calls for more information from a member of the sales team.

**Sign-ups**
Designed for sites interested in tracking sign-up statistics for subscriptions or newsletters.

**Page Views**
Helps sites track how many pages a user has viewed or the length of a visit.

8.  **What value(s) do I enter for the conversion options I selected?**

**GOOG-HN 20927
CONFIDENTIAL**

You can still get detailed tracking data without filling in this optional field. However, you can

further customize your statistics by entering conversion values.

What you enter into the (*Optional*) Enter variable field will depend on your conversion type and how your site is set up. For example, if all of the conversions recorded on a conversion confirmation page are evaluated the same way, and you measure sign-ups as worth $20.00 to your company, you would simply enter in the numeric value 20. If you're tracking page views as conversions, you could also enter a constant number such as 1 as your value. This allows you to track the total number of sign-ups or leads that the visitor generated. Please note that the numeric value you enter here must be formatted as an integer or decimal number using a period (.). You cannot use other characters such as a dollar sign ($) or comma (,) in this field.

If the value is not a constant but instead changes (as with a shopping cart), you'll need to place a dynamic variable (such as *Total_Cost*) into the field in order to track properly. Make sure that the value of the variable will be the total value of the purchase(s) when the page is loaded.

When you select **Refresh code**, the value you entered is inserted into the Google code. Once you place this individualized tracking code within your website code, a conversion occurs, and your conversion statistics are updated, you'll get detailed conversion tracking data in your AdWords rep.

9. **How many conversion pages can I track?**

There is no limit on the number of conversion pages you can track. To define conversion pages, you simply place the conversion code on them. Please note that you should track only conversion pages (the *Thank you for your purchase/subscription/visit* page). Also remember that Google can currently keep track of only four different types of conversions: purchases/sales, sign-ups, page views, and leads.

When the conversion code is added to the pages you want to track, you'll automatically get basic conversion statistics (an overall number of conversions completed). You can also use an optional feature (available in the customized conversion tracking path) that calculates the value of your clicks based on a numeric amount you assign to the conversion.

10. **What can I do to verify that the conversion code is working?**

You can easily verify that you have inserted the code snippet correctly on your website by completing a test conversion on your site. You should see the Google Site Stats image on your post-conversion page.

To verify that the code and conversion reporting are working correctly, you can wait for a conversion to occur on your site from an AdWords ad. Once this happens, check the conversion column in your reports to see that the conversion registered. Please note that updates to your account information take at least an hour.

Finally, you can also verify the full process yourself by searching on Google, clicking on one of your ads, and completing a conversion on your site. We recommend that you wait for a conversion to occur, though, because this method costs you an ad click. You should see a small but clearly visible image on the conversion pages where you've placed the code. Again, you should then check your conversion reports to ensure that the conversion has recorded correctly.

11. **Why do I have to specify the security level of my website?**

GOOG-HN 20928
CONFIDENTIAL

If your conversion confirmation page is secure (the URL begins with *https://*), then you should choose the *https://* security level option. This changes the security level of the JavaScript code snippet, and ensures that your customers won't see a security warning when they complete a conversion.

# PRIVACY ISSUES

☐ return to top

1. **Why is the conversion tracking image visible?**

   We want to notify the user that his/her site activity is being tracked. However, because we also want to protect the user's identity, we also make it clear that we don't record or use the user's personal data in any way.

2. **When will my users see this image?**

   Users will see the Google Site Stats image after a transaction has taken place if you placed the code snippet on your confirmation page (the *Thank you for your purchase/subscription/visit* page). If users are confused or concerned, they can simply click the image to view a brief informational statement that explains conversion tracking and reassures them that Google respects their privacy by not recording any personal information.

3. **How does Google use cookies in conversion tracking?**

   The cookie that Google adds to a user's computer when he/she clicks on an ad expires in 30 days. This measure, and the fact that Google uses separate servers for conversion tracking and search results, protects the user's privacy.

   Users who don't wish to participate in tracking activities can easily not accept this cookie by setting their Internet browser user preferences. These users will simply not be included in your conversion tracking statistics.

4. **How do you handle personal data?**

   Google is firmly committed to the privacy of our advertisers and users. While Google does add a cookie to a user's computer when he/she clicks on an ad, this cookie expires in 30 days, and Google does not associate a user's search activity with his/her ad click history. Further, Google does not collect or track personally identifying information, and does not reveal individual information to third parties.

   Users who do not wish to participate in tracking activities can easily disable Google's conversion tracking cookie in their Internet browser's user preferences settings. These users will not be included in your conversion tracking statistics.

   For more information on Google's privacy policy, please click here.

5. **Is conversion tracking secure?**

   Yes. Google's security standards are stringent; we use data encryption and secure servers, and do not collect or store personal information. In addition, only those pages containing the Google conversion code are tracked.

# ADVANCED CONCEPTS

**GOOG-HN 20929
CONFIDENTIAL**

☐ return to top

1. **Why are my reports showing lower conversion numbers than I think I should be seeing?**

   Currently, Google can report only conversions for ads shown on Google.com and some of our ad network sites. This means that not all conversions originating from your AdWords ads will be reported. However, your conversion rate, cost-per-conversion, and value / click are adjusted to reflect only those sites from which we can track conversions.

In addition, remember that Google AdWords conversion tracking only reports conversions that occur within 30 days of an ad click. If a customer converts after the 30 days have passed, we don't report that conversion. When viewing conversions for a specified time period, note that conversions are assigned to the date on which the ad click occurs, not the date on which the conversion occurs. Also, we don't report conversion for customers who reach your site through a source other than your AdWords ad. Finally, we won't be able to report conversion for users who disable cookies.

2. **Where can I find more detailed information on conversion data?**

General conversion data down to the keyword level is available on the **Campaign Summary** page. Our Report Center offers full conversion reports and allows you to see customized conversion data. To do this, simply select the **Show conversion statistics** checkbox when requesting reports. In addition, the **Custom Reports** option in the Reports Center allows you to add all possible conversion statistics to your reports.

3. **Do I need different code to track different conversion statistic types?**

You do not need different code to track conversions by campaign, Ad Group, keyword, or other statistic types. By placing the one snippet of code on one or more of your site's conversion confirmation pages, you will automatically receive all of those conversion report statistics.

4. **Can I compare content conversion rates and search conversion rates?**

Yes. It is possible to compare content conversion rates and search conversion rates. These statistics are detailed within your reports down to the Ad Group level.

5. **Will I be able to see conversion rates by ad network site?**

No. It is not possible to see your website conversion rates by individual ad network channels. Conversion reports are currently available only across sites in the Google ad network.

6. **Can I track conversions by ad text and keyword?**

You can track conversions by ad text and keyword, at the same levels as you track ad clicks today: campaign, Ad Group, URL, and keyword.

7. **Can I isolate specific conversions?**

No. It is not possible to isolate specific conversions that occur on your website. Google AdWords conversion tracking provides you with overall conversion data. The reason is that tracking conversions of specific users would violate user privacy.

Google's conversion tracking server complies with P3P privacy policies (in English). For more information on Google's privacy policy, please click here.

**GOOG-HN 20930**
**CONFIDENTIAL**

8. **Can I disable conversion tracking?**

Yes. You can pause conversion tracking on the **Conversion Tracking** page in the Campaign Summary section of your account. If you pause your campaign, Google will stop collecting and displaying conversion information for your account. You can resume conversion tracking by completing the setup process again, with one difference. This time, you will not add the code to your conversion confirmation pages, because it's already there. Be sure to select the same variables as before, and press the **Start Tracking** button to reactivate tracking. When you resume conversion tracking, you will be able to view your previous conversion reports as well.

To disable conversion tracking completely, you must delete the conversion code you added to your conversion pages in addition to pausing tracking. If you disable conversion tracking and then decide to start again, you will need to go through the sign-up wizard and add the code, just as you did the first time.

9. **What does the conversion code do?**

To implement conversion tracking, Google gives you a JavaScript snippet to paste on the pages you wish to track. This code builds a URL that passes parameters back to Google and allows you to display the tracking image on your page. The query string data is used in the following way:

- o **google_conversion_id:** A unique value that allows Google to identify the advertiser receiving the conversion.
- o **google_conversion_value:** A numeric value defined by the advertiser equaling the value of the conversion.
- o **google_conversion_label:** The type of conversion that occurred (purchase, sign-up, page view, or lead). Google does not currently support advertiser-defined conversion types. Consequently, you cannot customize this string.
- o **google_conversion_language:** The language of the conversion tracking image that appears on your website.

10. **What if I don't see my conversion statistics in my reports?**

There may be several reasons why your conversions are not showing in your reports. Check the following conditions:

- o Make sure that the conversion code has been placed on your website.
  - ▪ Navigate to the conversion confirmation page on your website.
  - ▪ Make sure that you can see the Google Site Stats image on that page.
- o Check that the conversion code is on the correct page. Remember that you need to place the code on the conversion confirmation page — when a user reaches this page, there should be no way to back out from the conversion. If you put it on a previous page, Google may report conversions for users who leave your site before actually completing a conversion.
- o Check again after more time has elapsed. The reports may not have been updated yet with your conversion(s) — this can sometimes take up to 3 hours.

11. **What if I don't see the tracking image on my confirmation page?**

View the page source and make sure that you see the conversion code on the page (marked with a < ! -- Google conversion code --> comment tag). To do this, select **View > Source** in your browser menu.

## DEFINITIONS ☐ return to top

**Conversion**
When a user completes an action on your site, such as buying something or requesting more information.

**Conversion page**
The page where you confirm that a user has successfully taken an action, also called *conversion confirmation* page. This is generally the *Thank you for your purchase/subscription/visit* page.

**Conversion types**

**GOOG-HN 20931**
**CONFIDENTIAL**

The type (purchase/sale, signup, page view, or lead) recorded in the generated code, allowing you greater specificity in your conversion statistics.

### # of conversions
A conversion is counted when an ad click leads directly to a user taking an action on your site. Multiple conversions from a single ad click are counted only as one conversion.

### Conversion rate
The number of conversions divided by the number of ad clicks. Note that the conversion rate should not be greater than 100%. Conversions are only counted on Google and some of our ad network sites. The conversion rate is adjusted to reflect only the ad clicks on which we can track conversions.

### Total value
The total value generated by conversions of a specific tracking type, or *tracking label*.

### Average value
The total value of all conversions divided by the total number of conversions.

### Cost / Conversion
The total cost divided by the total number of conversions. This statistic gives you the amount spent per conversion. Conversions are counted only on Google and some of our ad network sites. The cost-per-conversion is adjusted to reflect only the cost of ad clicks on which we can track conversions.

### Value / Cost
Total value divided by total cost for all ad clicks. If you've entered in your revenue or profit value, this statistic will be equal to your ROI. For example: Value / Cost = Total conversion value (total_value) / Total cost (total_cost). Conversions are only counted on Google and some of our ad network sites. The value-per-cost is adjusted to reflect only the cost of ad clicks leading to conversions.

### Value / Click
The conversion value generated per click. For example: Value / Click = Total value (total_value) / Total number of ad clicks (num_clicks). Conversions are only counted on Google and some of our ad network sites. The conversion rate is adjusted to reflect only the ad clicks on which we can track conversions.

GOOG-HN 20932
CONFIDENTIAL

cpc_4-14-03.html

GOOG-HN 20969
CONFIDENTIAL

Program Overview
Top 5 Questions
The Basics
Getting Started

Account Set Up
Geo-Targeting
Ad Creation
Keywords
Cost-Per-Click
Daily Budget
Billing

Account Maintenance
Common Tasks
Optimization

AdWords Standards
Security
Guidelines

*View all questions*

## Account Set Up: Determining Your Cost-Per-Click (CPC)

1. Why are there minimum CPCs?
2. Will I need to set a different CPC for every keyword?
3. How can I enter a long list of keywords or specify a unique CPC or URL for each keyword?
4. Why does my average CPC change when I increase my maximum CPC?

### 1.  Why are there minimum CPCs?

Minimum cost-per-clicks (CPCs) have been set for Google AdWords keywords based on their market value and performance history in the Google AdWords programs.

### 2.  Will I need to set a different CPC for every keyword?

No. With Google AdWords, you don't have to worry about this. You can simply set the same maximum CPC for all your keywords, knowing that the AdWords Discounter will charge you the lowest CPC you can be charged while still maintaining your position for each keyword. If you want to assign different CPC values to different keywords, you can simply set up separate Ad Groups with different maximum CPC amounts. You can also use our power posting feature to assign a different CPC to each of the keywords within an Ad Group.

Other advertising programs require customers to specify a set price for each keyword. This means their customers not only spend more money than necessary, but also must invest a significant amount of time patrolling their keywords in order to reduce costs. For example, if you had set a cost-per-click (CPC) of $0.91 in order to appear in the top spot, and the advertiser in the second position reduced his or her price from $0.90 to $0.70, you would be paying $0.20 more than necessary to maintain your position.

### 3.  How can I enter a long list of keywords or specify a unique CPC or URL for each keyword?

To save you time and to make it easier to manage your account, Google AdWords Select lets you copy-and-paste keyword lists into the keyword entry box. You can also specify a maximum CPC and destination URL for each individual keyword in an Ad Group. If you choose to enter a keyword without a corresponding maximum CPC and/or destination URL, the program will default to the maximum CPC you set for the entire Ad Group and/or the URL you entered with your ad.

If you would like to take advantage of this power posting feature, you can do so during Step 2 of the campaign set up process when you are prompted to enter keywords. Please follow the format below to enter your keyword, maximum CPC, and destination URL into the keyword entry box.

Format:
Keyword ** Maximum CPC ** Destination URL
(Please replace the words "Keyword", "Maximum CPC", and "Destination URL" with appropriate information, retaining the asterisks. Your URL must start with "http://" or "https://".)

*Examples:*
1: adwords ** 2.00 ** http://adwords.google.com/select/overview.html

GOOG-HN 20970
CONFIDENTIAL

**2: cpc advertising ** https://adwords.google.com/select/**
In this example, a specific destination URL is assigned to this keyword, but the default maximum CPC that you've set at the Ad Group level will apply to this keyword as well.

**3: google adwords ** 1.50**
In this case, the keyword's maximum CPC will be set to $1.50 and the default destination URL that you've set for the ad will apply to the keyword as well.

**4:** You can also create your keyword list in a program such as Word or Excel and copy-and-paste it into the keyword box. In Excel, enter each field in a separate column (as shown below) and paste your keywords in the keyword box. You may then save up to 750 keywords.


spreadsheet example

More on power posting...

### 4. Why does my average CPC change when I increase my maximum CPC?

Unless you choose to target your keywords as exact matches, your keyword targets will likely match a large number of different queries. The default keyword matching option is broad matching. This method of keyword matching allows your ad to appear for all variations of your keyword allowed by your maximum cost-per-click (CPC). As you increase your maximum CPC, you may also be increasing the set of queries for which your ad will be shown, as keyword variations at the higher CPCs fall within your price range. Your actual CPC will be higher for the searches on those keywords, thereby raising your average CPC.

For example, targeting a broad-matched keyword such as domain name will by default match queries for domain name registration and free domain name, which might have been individually targeted by other advertisers at different CPCs. However, if the CPCs for domain name registration and free domain name are higher than your maximum CPC, your ad will not show for searches on these keyword variations. If you raise your CPC in order for your ad to appear for searches on these words, your average CPC will also increase.

GOOG-HN 20971
CONFIDENTIAL

creation_4-14-03.html

GOOG-HN 20987
CONFIDENTIAL

| ☒ Google | **AdWords™ - It's All About Results™** | Contact Us - Help |
|---|---|---|

Overview    Compare        Common Terms    Tips    Full-Strength FAQ        Editorial Guidelines    Login

Program Overview
Top 5 Questions
The Basics
Getting Started

Account Set Up
Geo-Targeting
☐Ad Creation
Keywords
Cost-Per-Click
Daily Budget
Billing

Account Maintenance
Common Tasks
Optimization

AdWords Standards
Security
Guidelines

*View all questions*

## Account Set Up: Ad Creation

1. How much text can I have in my ad?
2. Can I put images in my ads?
3. Can I create multiple ads for a set of keywords?
4. What are the Editorial Guidelines?

### 1. How much text can I have in my ad?

Ads can contain 25 characters for the title, 70 characters for the ad text, and 35 characters for a display URL. On Google, this is displayed on four lines: a title, two lines of ad text, and a URL line. However, the format may differ on Google partner sites. America Online, for instance, shows the title and ad text all on one line.

If the text line contains any wide characters (for example: capital letters, lower case 'm' and 'w', and certain punctuation marks such as '@', '&' and '%'), fewer characters may fit on the line. Also, some of Google's syndication partners may not display non-standard characters if you include them in your ad.

### 2. Can I put images in my ads?

In order to maintain a clutter-free environment for our users and advertisers, Google does not allow images of any kind.

### 3. Can I create multiple ads for a set of keywords?

Yes. For each Ad Group you create, you can create as many ads as you like. Because they are triggered by the same keywords, these ads will rotate evenly for your keywords. Google automatically keeps track of the clickthrough rate (CTR) for each of your ads; you can determine which ads perform best by logging in to your account and viewing your campaign reports. You can then refine or delete poorly performing ads.

If you want different ads to appear for different keywords, you can create multiple Ad Groups or campaigns. Once you've finished picking keywords and prices for the first group of ads, you'll have an opportunity to create additional Ad Groups and campaigns. Your ads will rotate evenly if you use the same keyword in different Ad Groups so you don't have multiple ads on the same page.

### 4. What are the Editorial Guidelines?

The Google AdWords Editorial Guidelines, posted on the Google AdWords website, define the criteria all ads must meet in order to run on Google. These guidelines focus on helping you to create clear, effective, and informative ads in order to meet your sales goals. Please review the Editorial Guidelines before creating your ads.

©2002 Google - AdWords Home - Terms and Conditions - Contact Us

**GOOG-HN 20988
CONFIDENTIAL**

**faq_all_4-14-03.html**

GOOG-HN 21005
CONFIDENTIAL

| ☒ Google | **AdWords™ - It's All About Results™** | Contact Us - Help |

Program Overview
Top 5 Questions
The Basics
Getting Started

Account Set Up
Geo-Targeting
Ad Creation
Keywords
Cost-Per-Click
Daily Budget
Billing

Account Maintenance
Common Tasks
Optimization

AdWords Standards
Security
Guidelines

☐ View all questions

## Google AdWords: All Frequently Asked Questions

### Top 5 Questions

1. Why can't I see my ad?
2. How can I make sure my ads appear on Google partner sites?
3. How can I optimize my campaign performance?
4. Is there a minimum spending commitment?
5. How are ads ranked?

### The Basics

1. What is Google AdWords?
2. On what sites could my ads be shown?
3. How is an AdWords account structured?
4. Is there a minimum spending commitment?
5. Do I pay in advance?
6. Is there an activation fee?
7. How do I show my ads above the search results?
8. Will my ads appear in all browsers?

### Getting Started

1. How do I get started?
2. Is there a minimum required clickthrough rate (CTR)?
3. How are ads ranked?
4. When do my ads start running?
5. Is there a minimum spending commitment?
6. What if I currently advertise through the original AdWords program?

### Language and Geographic Targeting

1. To which languages and countries can I target my ads?
2. Does targeting affect the keyword traffic and cost estimates I'll see?
3. How does Google determine a searcher's location?
4. How does Google know a searcher's language?

### Ad Creation

1. How much text can I have in my ad?
2. Can I put images in my ads?
3. Can I create multiple ads for a set of keywords?
4. What are the Editorial Guidelines?

### Keywords

1. What are keyword matching options?
2. What can I do if Google estimates more ad traffic than I would like?
3. Why are my average positions reported as fractions (such as 1.5)?
4. What is the keyword suggestion tool?

GOOG-HN 21006
CONFIDENTIAL

## Determining Your Cost-Per-Click (CPC)

1. Why are there minimum CPCs?
2. Will I need to set a different CPC for every keyword?
3. How can I enter a long list of keywords or specify a unique CPC or URL for each keyword?
4. Why does my average CPC change when I increase my maximum CPC?

## Daily Budget

1. What is a daily budget?
2. Why did I receive more clicks than my daily budget on a particular day?
3. How does Google keep my campaign below the daily budget?

## Billing

1. When does Google bill my credit card?
2. What are my payment options?
3. What if I have billing questions or concerns?
4. What if I decide to cancel my campaign?
5. What kind of reports will I get?

## Common Tasks

1. How do I increase my daily budget?
2. How do I pause an Ad Group?
3. How do I verify my email address?
4. How do I activate my ads?
5. How do I schedule start and end dates for my campaign?
6. How can I target my campaign by language and location?
7. How do I edit my ad text?
8. How do I edit my keyword list and my maximum cost-per-click (CPC)?
9. How do I view my pending charges?
10. How do I choose whether to show my ads on Google partner sites?

## Campaign Optimization

1. Why can't I see my ad?
2. How can I optimize my campaign performance?
3. How can I make sure my ads appear on Google partner sites?
4. How do I restore my campaign to full delivery?
5. What if my keywords are disabled?

## Security

1. How secure is my information?
2. Will my individually identifiable information be shared with Google's partners?
3. What prevents users from repeatedly clicking on my ad?

## Advertising Guidelines

1. Are there guidelines for my ad content?
2. What if my ads don't meet the guidelines?
3. What can I do to help maintain ad quality on Google?

©2002 Google - AdWords Home - Terms and Conditions - Contact Us

GOOG-HN 21007
CONFIDENTIAL

**geo_4-14-03.html**

GOOG-HN 21025
CONFIDENTIAL

| ☒ Google | **AdWords™ - It's All About Results™** | Contact Us - Help |
|---|---|---|

Program Overview
Top 5 Questions
The Basics
Getting Started

Account Set Up
☐Geo-Targeting
Ad Creation
Keywords
Cost-Per-Click
Daily Budget
Billing

Account Maintenance
Common Tasks
Optimization

AdWords Standards
Security
Guidelines

*View all questions*

## Account Set Up: Language and Geographic Targeting

1. To which languages and countries can I target my ads?
2. Does targeting affect the keyword traffic and cost estimates I'll see?
3. How does Google determine a searcher's location?
4. How does Google know a searcher's language?

### 1. To which languages and countries can I target my ads?

You can target speakers of fourteen languages and/or more than 250 countries. Choosing your target languages and countries is the first step in creating a Google AdWords account. You can also edit these settings at any time after establishing your account. Click here to learn how.

### 2. Does targeting affect the keyword traffic and cost estimates I'll see?

Yes, your estimates will take into account your language and geographic targets.

### 3. How does Google determine a searcher's location?

Location targeting is based on the IP (Internet Protocol) address of the searcher. This technique allows us to determine the searcher's country with close to 99% accuracy.

### 4. How does Google know a searcher's language?

Language targeting is based on the browser display language chosen by the user. For example, Google AdWords ads targeted to German will only be shown to people whose display language is set to German.

©2002 Google - AdWords Home · Terms and Conditions · Contact Us

GOOG-HN 21026
CONFIDENTIAL

**guidelines_9-16-03.html**

GOOG-HN 21070
CONFIDENTIAL

Google   [x]

It's All About Results™                                              Contact Us - Help

AdWords Home

AdWords FAQ

AdWords Overview
  AdWords Advantages
  Program Comparison
  Success Stories
Getting Started
  Step-by-Step
  Pricing & Billing
  Glossary
  Keyword Tools
Ad Guidelines
  Style & Grammar
  Keyword Relevance
  Content & Links
Running a Campaign
  Optimization Tips
  Account Navigation
  Common Tasks

## Google AdWords FAQ: Standards

1. How secure is my information?
2. Will my individually identifiable information be shared with Google's partners?
3. What prevents users from repeatedly clicking on my ad?
4. Are there guidelines for my ad content?
5. What if my ads don't meet the guidelines?
6. What can I do to help maintain ad quality on Google?
7. What is Google's Trademark Policy?

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### 1. How secure is my information?

We understand that making an advertising purchase online involves a great deal of trust on your part. We take this trust very seriously, and make it our highest priority to ensure the security and confidentiality of the information you provide. Google uses industry-standard SSL (secure socket layer) technology to protect every interaction you have with the AdWords system. This protects your credit card and other personal information. Once we receive your information, we not only store it behind a firewall, but also encrypt the sensitive credit card information.

When credit cards are submitted through the secure online form, they are checked against the account information by our third-party credit card processor. If information submitted is invalid, the credit card will not be accepted. If the information is valid but there are discrepancies, the third-party credit card processor returns a fraud score based on the number of discrepancies between the credit card account and the AdWords account information. High fraud scores are flagged by our system for review by an AdWords Specialist.

### 2. Will my individually identifiable information be shared with Google's partners?

No. The information you provide us with will only be used by Google, in an effort to serve you better. We will not sell your personal information. Furthermore, we will not share your personal information, unless required to resolve a charge dispute or by legal process. Please also see our Privacy Policy and Terms and Conditions.

### 3. What prevents users from repeatedly clicking on my ad?

Google closely monitors all clicks on Google AdWords ads to ensure that there is no abuse of the program. This includes analyzing all clicks to determine whether they fit a pattern of fraudulent use intended to artificially drive up an advertiser's clicks. Google's proprietary technology automatically distinguishes between clicks generated through normal use by users and clicks generated by click spammers and automated robots. As a result, we're able to filter out clicks you don't want and ensure they don't show up on your reports or bills.

### 4. Are there guidelines for my ad content?

**GOOG-HN 21071
CONFIDENTIAL**

Our AdWords Specialists review all of our ads to ensure that they meet Google's advertising standards. These standards can be found in our Terms and Conditions and in the Google AdWords Editorial Guidelines. Google strongly believes in the importance of relevant, high-quality advertising, which benefits both our advertisers and Google users . By creating clear, well-targeted AdWords ads, you'll reach your potential customers more effectively and help ensure a positive user experience that will build users' confidence in AdWords ads. The result

will be higher traffic to your site, increasing the potential return on your ad investment.

5. **What if my ads don't meet the guidelines?**

We created the Editorial Guidelines to help improve your ad campaigns as well as the Google user experience. If we see that your ads don't follow these guidelines, we will let you know and offer suggestions on how to improve your ads. Often, our system will automatically detect when your ads should be refined. In this case, you may receive a message when you create your ads, or you may notice a link (under the affected Ad Group in your account) to a diagnostics page detailing the possible issues with your ads.

Our AdWords Specialists review your ads and can help you optimize your campaigns. If your ads do not meet our guidelines or are performing poorly, we'll notify you by email. We'll often stop running your ads until you're able to make the necessary changes. As soon as you've made and saved the changes, your ads are automatically resubmitted to us for review.

6. **What can I do to help maintain ad quality on Google?**

Google is committed to providing an optimal user experience as well as giving you the most effective online advertising possible. To do this, we need the help of both our advertisers and our users. If you're an advertiser, you can help by creating concise, informative, and well-targeted ads. Since such ads often generate the highest clickthrough rates (CTRs), you'll see campaign performance improvements, and our users will see useful, informative ads.

Both users and advertisers can help us by reporting any ad quality concerns to ads-feedback@google.com. You can also notify us of fraudulent or bad-faith advertisers. Google is not responsible for advertisers' websites including, but not limited to maintenance of such web sites, order entry, payment processing, shipping, cancellations, returns, or customer service. However, we value customer service and hope that our advertisers provide quality services. If poor service is rendered by one of our advertisers, we suggest that you contact the Better Business Bureau or Consumer Affairs division of the city where the company is located, as they will be able to investigate your case and act on your behalf. Such organizations provide the most effective forum for addressing cases of consumer dissatisfaction.

7. **What is Google's Trademark Policy?**

As a provider of space for advertisements, we cannot arbitrate trademark disputes between advertisers and trademark owners. As stated in our Terms and Conditions, advertisers are responsible for the keywords and ad text that they choose to use. We encourage trademark owners to resolve their disputes directly with our advertisers, particularly because the advertisers may have similar advertisements on other sites.

As a courtesy, we are willing to perform a limited investigation of reasonable complaints. When we receive a complaint from a trademark owner, our review is limited to ensuring that the advertisements at issue are not using the trademarked term as a keyword trigger. If they are, we disable those keywords from the ad campaign. Please note that any such investigation will only affect ads served on or by Google. Trademark claims can be filed at any time. The trademark owner is not required to be a Google AdWords advertiser in order to file a claim.

Please view our trademark guidelines for more information on the use of Google trademarks. If you would like to submit a trademark complaint, please review our full trademark complaint procedure.

GOOG-HN 21072
CONFIDENTIAL

index_10-6-03.html

GOOG-HN 21082
CONFIDENTIAL

☒ Google

It's All About Results™

AdWords Home

AdWords FAQ

AdWords Overview
  AdWords Advantages
  Program Comparison
  Success Stories
Getting Started
  Step-by-Step
  Pricing & Billing
  Glossary
  Keyword Tools
Ad Guidelines
  Style & Grammar
  Keyword Relevance
  Content & Links
Running a Campaign
  Optimization Tips
  Account Navigation
  Common Tasks

# Google AdWords FAQ

## Getting Started

1. What is Google AdWords?
2. How is an AdWords account structured?
3. How do I show my ads above the search results?
4. Will my ads appear in all browsers?
5. How do I get started?
6. Is there a minimum required clickthrough rate (CTR)?
7. How are ads ranked?
8. When do my ads start running?

## Account Setup

1. To which languages and countries can I target my ads?
2. Does targeting affect the keyword traffic and cost estimates I'll see?
3. How does Google determine a searcher's location and language?
4. How much text can I have in my ad?
5. Can I put images in my ads?
6. Can I create multiple ads for a set of keywords?
7. What are the Editorial Guidelines?
8. What are keyword matching options?
9. Why are my average positions reported as fractions (such as 1.5)?
10. Will I need to set a different CPC for every keyword?
11. Can I download my ad campaign reports?
12. What is conversion tracking?

## Budget & Billing

1. What does it cost and how do I pay?
2. How does Google keep my campaign below the daily budget?
3. What if I have billing questions or concerns?
4. What if I decide to cancel my campaign?
5. What kind of reports will I get?

## Troubleshooting

1. Why can't I see my ad?
2. How can I optimize my campaign performance?
3. How can I make sure my ads appear on Google partner sites?
4. How do I restore my campaign to full delivery?
5. What if my keywords are disabled?
6. Why did I receive more clicks than my daily budget on a particular day?

## The Google Advertising Network

1. What is the Google ad network?
2. Where will my ads appear?
3. How much does participation in the ad network cost?
4. How will ads be displayed on ad network sites?
5. Can I choose the specific sites in the ad network where my ads appear?
6. How does Google target AdWords ads to content-based web pages?
7. How does participation in the ad network affect my account's performance?

GOOG-HN 21083
CONFIDENTIAL

8. Why is my clickthrough rate lower for content ads than search ads?
9. How do I get AdWords ads to show up on my site?

**AdWords Standards**

1. How secure is my information?
2. Will my individually identifiable information be shared with Google's partners?
3. What prevents users from repeatedly clicking on my ad?
4. Are there guidelines for my ad content?
5. What if my ads don't meet the guidelines?
6. What can I do to help maintain ad quality on Google?
7. What is Google's Trademark Policy?

GOOG-HN 21084
CONFIDENTIAL

keywords_4-14-03.html

GOOG-HN 21146
CONFIDENTIAL

Google

AdWords™ - It's All About Results™

Contact Us - Help

Overview    Compare    Common Terms    Tips    Full-Strength FAQ    Editorial Guidelines    Login

Program Overview
Top 5 Questions
The Basics
Getting Started

Account Set Up
Geo-Targeting
Ad Creation
☐Keywords
Cost-Per-Click
Daily Budget
Billing

Account Maintenance
Common Tasks
Optimization

AdWords Standards
Security
Guidelines

*View all questions*

## Account Set Up: Keywords

1. What are keyword matching options?
2. What can I do if Google estimates more ad traffic than I would like?
3. Why are my average positions reported as fractions (such as 1.5)?
4. What is the keyword suggestion tool?

~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

### 1.  What are keyword matching options?

Google AdWords provides matching options for search that allow you to refine your ad targeting, reduce your cost-per-click (CPC), and increase your ROI.

Broad matching is the default method of keyword targeting for Google AdWords. If you choose this option, we recommend using the keyword suggestion tool and the other matching options to further refine your targeting. Broad matching allows your ad to appear for many searches that include your keywords without having to enter every possible combination in your keyword list. Your ad may be shown for searches that are not as well targeted or as useful as you might like. Be sure to create negative keywords for the terms that do not pertain to your business. This gives you more control over who sees your ads so you won't pay for clicks that are unlikely to produce well-targeted results.

The various keyword combinations for which your ad may appear through broad matching may have been targeted by other advertisers at higher CPCs. You could end up paying a high actual CPC for these words, which could increase your average CPC. Using exact, phrase, or negative matches helps you keep your costs low.

*Here are descriptions and examples of each keyword matching option:*

**Broad matches.**
If your keywords are broad-matched, your ad will show for all searches that include those keywords. Unless you select a different matching option using the special characters noted below, your keywords will be broad-matched by default. For example, tennis clothing will match *tennis clothing sales, clothing for tennis tournaments,* etc.

**Phrase matches.**
If your keywords are phrase-matched, your ad won't show unless the user's search terms are in the same order as your keyword phrase specifies. Surround keywords that you'd like to phrase match with quotation marks (" "). For example, "tennis clothing" will show your ad when a user searches on *red tennis clothing,* but not *clothing for tennis tournaments.*

**Exact matches.**
If your keywords are exact-matched, your ad won't show if the user's search includes any words besides the exact keyword or phrase that you've specified. Surround the keywords that you'd like to exact match with square brackets ([ ]). For example, [tennis clothing] will keep your ad from showing for searches on *tennis clothing sales.*

**GOOG-HN 21147**
**CONFIDENTIAL**

**Negative matches.**
If your keywords are negative-matched, your ad won't show if the user's search includes that word. Add the negative character (-) in front of the keyword you'd like to exclude. For example, if your keyword is tennis clothing and your negative keyword is -red, your ad will not show when a user searches on *red tennis clothing.*

## 2. What can I do if Google estimates more ad traffic than I would like?

Once you've selected your keywords and a maximum cost-per-click, the Traffic Estimator will show you estimates for your average position and the number of clicks per day you're likely to receive. If the estimates predict more traffic than you'd like, you can control your costs by refining your keywords, adjusting your maximum CPC, or selecting an appropriate daily budget.

You can refine your keywords to reach a more targeted audience by using keyword matching options or use our keyword suggestion tool to create more specific keywords.

Lowering the maximum CPC you're willing to pay will reduce your actual CPC. However, this will qualify you for a lower position on the results page and could reduce the effectiveness of your campaign.

You can also control the amount of traffic your ad receives by setting your daily budget to limit how often Google displays your ad, rather than showing it every time your keywords are searched. Based on the estimates calculated by our Traffic Estimator, your ad is shown evenly throughout each day at a frequency that falls within your budget.

## 3. Why are my average positions reported as fractions (such as 1.5)?

Unless you choose specific keyword matching options, your keyword targets will likely match a large number of different queries through broad matching. For example, targeting domain name will match queries for domain name registration and free domain name, which might have been individually targeted by another advertiser at a different cost-per-click (CPC). If your maximum CPC is high enough to land your ad in the first position for the query free domain name, but only in the fourth position for domain name registration, your average position might turn out to be 2.4.

## 4. What is the keyword suggestion tool?

This tool helps you refine your keywords. For each keyword, the keyword suggestion tool can provide you with a list of common search terms that are variations on or are otherwise related to your keyword.

These search terms are useful to know so that you can:

- o Use the relevant results provided by the keyword suggestion tool as exact or phrase keyword matches in order to target a specific audience.
- o Identify terms that don't pertain to your business or product, and use those terms as negative keywords.
- o Combine the useful results with your current keywords to refine them.

To access the keyword suggestion tool, click "suggest keywords" next to your keywords, or visit: https://adwords.google.com/select/main?cmd=KeywordSandbox.

©2002 Google - AdWords Home - Terms and Conditions - Contact Us

GOOG-HN 21148
CONFIDENTIAL

network_6-17-03.html

CONFIDENTIAL

☒ Google

It's All About Results™                                                    Contact Us - Help

AdWords Home

**AdWords FAQ**

**AdWords Overview**
AdWords Advantages
Program Comparison
Success Stories
**Getting Started**
Step-by-Step
Pricing & Billing
Glossary
Keyword Tools
**Ad Guidelines**
Style & Grammar
Keyword Relevance
Content & Links
**Running a Campaign**
Optimization Tips
Account Navigation
Common Tasks

## Google AdWords FAQ: Google Ad Network

1. What is the Google ad network?
2. Where will my ads appear?
3. How much does participation in the ad network cost?
4. How will ads be displayed on ad network sites?
5. Can I choose the specific sites in the ad network where my ads appear?
6. How does Google target AdWords ads to content-based web pages?
7. How does participation in the ad network affect my account's performance?
8. Why is my clickthrough rate lower for content ads than search ads?
9. How do I get AdWords ads to show up on my site?

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

1. **What is the Google ad network?**

The Google ad network is made up of sites who partner with Google to publish targeted AdWords ads on their web pages. Google can target your ads to search results and Web content pages on a wide variety of sites to help you reach a vast and highly-targeted audience. We are constantly expanding the number of sites in our network through our premium services and our new online Google AdSense program. All web sites are reviewed and monitored according to the same rigorous standards, so as the network grows, your AdWords ads will continue to appear only on high-quality sites.

AdWords ads are always displayed on Google search results pages, but you can choose whether your Google AdWords campaigns also appear on our network of search sites, content sites, or both. Your ads are automatically eligible for our ad network, so if you want your ads to appear on Google, search, and content sites, you don't need to do a thing. To learn how to view or edit your distribution preferences, please click here.

Other ad network facts you might like to know:

- o No additional fee to participate in this program.
- o Pay per click, based on the maximum cost-per-click (CPC) you set.
- o Some sites show as few as the top 3 ads per page, so the higher your average ad position, the more exposure you'll get.
- o All ads are reviewed before appearing on sites in our ad network, so you may see your ad on Google first. Please note that if you edit a previously reviewed ad, your ad will show on ad network sites once it is reviewed again.

2. **Where will my ads appear?**

Your ads are automatically eligible to appear on sites in Google's ad network when you create your Google AdWords account. Your ad may be shown on search results pages for Google and on the content and search pages of Google's ad network sites. We recommend that you participate in Google's ad network to maximize the number of qualified customers who will see your ads.

Search sites in our ad network:          Content sites in our ad network:

- • America Online, Inc.          • HowStuffWorks

**GOOG-HN 21168
CONFIDENTIAL**

- Ask Jeeves
- AT&T Worldnet
- CompuServe
- EarthLink, Inc.
- Netscape
- Sympatico Inc.
- and more...

- Mac Publishing (includes Macworld.com, MacCentral, JavaWorld, LinuxWorld)
- New York Post Online Edition
- Reed Business Information (includes Variety.com and Manufacturing.net)
- U.S.News & World Report online
- and more...

Please note that Content-Targeted AdWords is currently only available for AdWords campaigns targeted to English, French, and German languages.

3. **How much does participation in the ad network cost?**

There is no fee to run your ads on sites in the Google ad network. Ad distribution is an added benefit of the Google AdWords program, and your ads are automatically eligible.

You pay only when users click on your ad, regardless of how many times it appears, and you control how much you spend by choosing the maximum cost-per-click (CPC) and the daily budget that fit your advertising goals. For more information on AdWords pricing and billing, please click here.

**GOOG-HN 21169**
**CONFIDENTIAL**

4. **How will ads be displayed on ad network sites?**

Ad placement and format vary by website. For example, on some ad network search sites, ads may appear as text links at the top of the search results page or as text ads above or beside search results. On some ad network content sites, these text ads may appear either above or to the side of the content on the page. Click here to see an example of what AdWords ads look like on one of our partner sites.

Regardless of where your Google AdWords ads appear, they are always text-based, relevant, and unobtrusive – they never include annoying pop-ups. Ads are also priced and ranked in the same way as on Google (clickthrough rate multiplied by cost-per-click). This ensures that the most relevant ads are shown on each page.

5. **Can I choose the specific sites in the ad network where my ads appear?**

At this time, it is not possible to select specific sites on which you want your ads to appear, and we do not guarantee placement on any sites. However, you do have the flexibility to decide which type of site displays your ads. Your ads will always appear on the Google search site, but you can choose whether your Google AdWords campaigns also appear on our network of search sites, content sites, or both. To view or edit your distribution preferences, please click here.

6. **How does Google target AdWords ads to content-based web pages?**

The technology that drives Content-Targeted AdWords comes from Google's award-winning search and page ranking technology. Based on a sophisticated algorithm, we can comprehend a page's meaning and then figure out which keywords relate best to the content page. Then, we match ads that are precisely targeted to the content page based on the associated keywords. This means that in addition to reaching customers who specifically search on your keywords, you can now reach customers who view Web content directly related to your AdWords ads. For example, if someone visits a web page on astronomy he/she would be served Google AdWords ads for telescopes. Content-Targeted Advertising benefits Web users by linking content with relevant products and services. This is great for Google advertisers like you, because you can now reach more prospective customers on more places on the Web. And, as always with AdWords, you only pay for clicks to your site.

7. **How does participation in the ad network affect my account performance?**

To ensure your advertising is as effective as possible for you and your users, we require that your account and individual keywords maintain a minimum CTR. However, because we only consider the CTR on Google search pages when evaluating your account and keywords, the performance of ads distributed to our ad network do not affect the CTR Google uses in evaluating your performance.

8. **Why is my clickthrough rate lower for content ads than search ads?**

You will see a line for Content-Targeted AdWords performance in your Ad Group reports, so you can easily track how your ads are performing on content sites. Due to the differences in user behavior on search results versus content sites, some advertisers may notice a difference between the clickthrough rate (CTR) for ads on search pages and those on content pages. However, since you only pay for the clicks, the additional clicks you get from targeted ads are generally beneficial. To see if Content-Targeted AdWords is right for your business, the best thing to do, if your company is set up for it, is to track how many clicks convert to sales both before and after running ads on the content sites in our network.

9. **How do I get AdWords ads to show up on my site?**

Google offers several ways for you to display AdWords ads on your site.

Google AdSense
A fast and easy way to unleash the true revenue potential of your web content pages. Web publishers of any size can apply online. Once approved, you can publish AdWords ads on your site within minutes. If your site receives more than 20 million page views a month, you may be eligible for premium service.

Google Sponsored Links Program
Websites that conduct a minimum of 5 million searches per month can display AdWords ads on their search results pages.

GOOG-HN 21170
CONFIDENTIAL

**optimization_4-14-03.html**

GOOG-HN 21187
CONFIDENTIAL

| Google | AdWords™ - It's All About Results™ | Contact Us - Help |
|---|---|---|

Overview   Compare     Common Terms    Tips    Full-Strength FAQ     Editorial Guidelines    Login

**Program Overview**
Top 5 Questions
The Basics
Getting Started

**Account Set Up**
Geo-Targeting
Ad Creation
Keywords
Cost-Per-Click
Daily Budget
Billing

**Account Maintenance**
Common Tasks
Optimization

**AdWords Standards**
Security
Guidelines

*View all questions*

## Account Maintenance: Campaign Optimization

1. Why can't I see my ad?
2. How can I optimize my campaign performance?
3. How can I make sure my ads appear on Google partner sites?
4. How do I restore my campaign to full delivery?
5. What if my keywords are disabled?

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

### 1. Why can't I see my ad?

There are several common reasons you may be unable to see your ad. To help you understand the problem, you can:

1. **Check back later.**
   Although in most cases your ad is up and running almost immediately after activating your account, sometimes there is a server upload delay and it takes more than a few minutes for your ads to start running. If you still cannot see your ad after an hour and you've checked all of the possibilities below, please contact us to let us know.

2. **Check your daily budget.**
   When you create your ads and select your keywords, the Traffic Estimator displays a recommended daily budget amount for maximum ad delivery on Google. If you set your daily budget to this value, you will maximize your ad's visibility.

   If your daily budget is set lower than the recommended amount, we spread the delivery of your ad throughout the day in order to stay within your budget. To learn how to increase your daily budget, click here.

3. **Check your maximum cost-per-click (CPC) and the minimum CPCs for your keywords.**
   Each keyword has a minimum CPC associated with it. If your maximum CPC is lower than the minimum CPC for a keyword, the minimum CPC will be displayed in red next to that keyword when you click "Modify Price or Keywords" and view your keyword list. Your ad will not show for that keyword unless you increase your maximum CPC to at least $.01 more than the minimum. To learn how to increase your maximum CPC, click here.

4. **Check the status of your ad. We review all Google AdWords ads.**
   If an ad does not meet our Editorial Guidelines, you'll see the word "Disapproved" listed below that ad. This means your ad is not currently running and you will receive an email notification explaining the disapproval. Please review our Editorial Guidelines to ensure that your ad complies, or contact us so we can assist you. Once you've made the suggested edits, simply save your changes and your ad will be automatically resubmitted to us for review.

5. **Check your geo-targeting.**
   You can target your campaign to specific countries and languages. If you don't target your own country and language, you won't be able to see your ad. To learn how to view and edit your geo-targeting selection, click here.

### 2. How can I optimize my campaign performance?

**GOOG-HN 21188
CONFIDENTIAL**

To help you create the most effective advertising possible, we offer an <u>Optimization Tips</u> page. We suggest that you use this page for guidance when creating and refining your campaigns. However, these tips are not exhaustive, and we encourage you to experiment with your own ad text and targeting techniques to find what works best for you.

## 3. How can I make sure my ads appear on Google partner sites?

1. **Check your ads.**
   If you choose to syndicate your ads, you must adhere to our <u>Editorial Guidelines</u>. Ads will not run on partner sites until they've been reviewed by our AdWords Specialists, so please ensure that you meet the standards in the Editorial Guidelines. You may notice your ads appearing on Google before they appear on AOL or other partner sites because of this review process.

2. **Increase your daily budget.**
   If your ads qualify for our partner sites, you can expect more people to see your ads and more clicks to come your way. Make sure that you get the exposure you want by increasing your daily budget. Increasing your daily budget maximizes the number of impressions your ads receive. To learn how to increase your daily budget, <u>click here</u>.

3. **Increase your maximum cost-per-click (CPC).**
   Your ad's position is determined by its clickthrough rate (CTR) and your maximum CPC, so you may want to increase your CPC to help improve your ad's position. Only the top three AdWords ads will be shown on AOL on a given page, so raising your CPC increases your chance of consistently appearing on all the partner sites. To learn how to increase your CPC, <u>click here</u>.

4. **Increase your clickthrough rate (CTR).**
   As mentioned above, your ad's position is partly determined by your CTR, so be sure your ads are optimized and ranked high enough to appear on AOL. You can increase your CTR by refining your ad text, using <u>keyword matching options</u>, and using the <u>keyword suggestion tool</u> to refine your keywords. To learn more about how to increase your CTR, visit our <u>Optimization Tips</u> page.

5. **Check your syndication preference.**
   Make sure you haven't already opted out of the syndication program. To learn how, <u>click here</u>.

6. Finally, some of our partners may restrict advertising based on their own policies regarding content and editorial standards. As a result, one or more of your ads may not appear on partner sites.

## 4. How do I restore my campaign to full delivery?

If the last 1,000 ad impressions served to the campaigns in your account receive fewer than five clicks, we notify you via email. We also slow the delivery to your ads on the poorly performing keywords so you don't have to pay for additional untargeted clicks that are unlikely to convert to sales. To restore full delivery, edit your ad and keyword list and click the "Restore Full Delivery" button at the top of the "Campaign Summary" page for your account.

For details on optimizing your campaigns and keywords, please read our <u>Optimization Tips</u> page.

Please note that the Google AdWords automated performance monitor will continue to watch the clickthrough rate (CTR) of your keywords, so if your targeting improvements don't work out, you will receive another email. If you need to restore full delivery a third time, you will be charged a $5 reactivation fee.

## 5. What if my keywords are disabled?

GOOG-HN 21189
CONFIDENTIAL

If one or more of your keywords have been disabled, it's because they were not performing well for you and were therefore hurting the overall clickthrough rate (CTR) of your campaign. We

encourage you to use more specific, better-targeted advertising and keywords. If you believe you can improve the clickthrough rate of your disabled keywords by improving your ad text, delete the disabled keywords and use them with new ads in a new Ad Group or campaign.

For tips on how to improve your ads, follow the steps on our Optimization Tips page.

©2002 Google – AdWords Home – Terms and Conditions – Contact Us

GOOG-HN 21190
CONFIDENTIAL

**powerpost_11-26-02.html**

GOOG-HN 21203
CONFIDENTIAL

 Google

**AdWords™ - It's All About Results™**

Close Window

**1.** Enter keywords with specific maximum CPCs and/or destination URLs.

**2.** When you Save Keywords, you'll see your keywords listed with individual maximum CPCs and destination URL. If you specified only a CPC or URL for a keyword, you will see (default) in area you left blank. This means that the CPC or URL you set for the entire Ad Group will apply. You can edit or add to your keyword list, CPCs, or URLs by clicking **Modify Keywords, Prices, or Destination URLs.**

**3.** After clicking **Calculate Estimates,** you'll see estimated clicks and costs as well as the maximum CPC and destination URL for each keyword. Notice that the CPC (4.54) set for the Ad Group has been assigned to the keyword "cpc advertising" because a unique CPC wasn't designated.

**GOOG-HN 21204**
**CONFIDENTIAL**



©2002 Google - <u>Close Window</u>

GOOG-HN 21205
CONFIDENTIAL

**reg_faq_9-3-03.html**

GOOG-HN 21230
CONFIDENTIAL

☒     Regional Targeting

## Google AdWords Regional Targeting FAQ

Welcome. Below are candid answers broken out into manageable chunks to questions regarding Google's new regional targeting option. To send us feedback on our conversion tracking offering, please email adwordstest@google.com.

### REGIONAL TARGETING OVERVIEW

1. What is regional targeting?
2. How does regional targeting benefit me?
3. Can you give me an example of regional targeting?
4. Is regional targeting right for me?
5. What will my regionally targeted ad look like?
6. How does AdWords know where my target users are?
7. What ads are displayed if the searcher's IP location isn't available?
8. How are these regions determined?

### REGIONAL TARGETING OPTIONS

1. To which regions can I target my ads?
2. Can I target a specific city in the U.S.?
3. Can I target nationally and regionally?
4. How many regions can I target?
5. Will my regionally targeted ads show on partner sites like AOL?

### REGIONAL TARGETING PRICING AND RANKING

1. Does regional targeting affect the keyword traffic estimates I'll see?
2. Does regional targeting affect my cost-per-click (CPC) bidding amounts?
3. How does regional targeting affect my ranking?

### REGIONAL TARGETING OVERVIEW

**1. What is regional targeting?**

**GOOG-HN 21231
CONFIDENTIAL**

Regional targeting is an AdWords feature that helps you focus your advertising even more. Instead of specifying only the countries where your ads will appear, you can choose individual states and regions as well.

For example, if you set your regional targeting preferences to the San Francisco-Bay Area, users based in San Francisco, Palo Alto, and Oakland will see your ads; users outside this area will not.

Currently, you may only target your ads to a limited number of states and regions in the United

States. Also, your regionally-targeted ads will only appear on Google search results pages, not on the Google Ad Network. (We're working to expand the options for this program in the near future.)

## 2. How does regional targeting benefit me?

With regional targeting, you can reach more prospects in your desired areas, even if they're entering very general search queries.

Say, for example, you sell homes in the Boston area. If you have a regionally-targeted campaign, you can include general keywords in your keyword list, such as "homes for sale." Users in your chosen area will see your ads when they enter this broad search term, because the AdWords system would already have narrowed your regional focus for you.

If this same ad campaign were nationally-targeted, you might only have reached prospects who entered a more detailed search query that included a place name, such as "Boston homes for sale." (You'd also have to include more specific keywords like this in your keyword list.)

Remember, you can create nationally-targeted campaigns in addition to your regionally-targeted campaigns. In this example, your national campaign should include more descriptive keyword phrases like "Boston realtors" so that you can still attract prospects from outside your area.

## 3. Can you give me an example of regional targeting?

Tom owns a furniture store in Birmingham, Alabama. Although he's advertising online, he's currently only able to sell furniture directly from his store and within a limited delivery area around Birmingham. When he creates his AdWords campaign, he targets his advertising towards Tuscaloosa, Birmingham, and Anniston. Now prospects within this defined region will see his ads, even if they enter a less specific search term such as "handmade rocking chairs." Searchers outside of Tom's selected region will not see his ads.

## 4. Is regional targeting right for me?

Regional targeting is a powerful way to reach more qualified prospects. However, it can benefit some advertisers more than others. Please review the following list to see if you should consider targeting your campaign on a regional level:

- Do you provide products or services to the United States? (Regional targeting is currently only available in the United States.)
- Do you want to reach customers in a particular geographic area of the United States?
- Do you want to market your business to prospects in the entire regional area (not just a small district within that area) you choose? (For example, do you want to target the entire San Francisco Bay Area, and not just a small neighborhood in Oakland or Emeryville?)

If you agree with everything on this list, regional targeting is appropriate for you. You may want to create a regionally-targeted campaign in addition to, or instead of, a nationally-targeted campaign.

## 5. What will my regionally targeted ad look like?

AdWords will identify your chosen region in the fifth text line of your regionally-targeted ads to distinguish them from nationally-targeted ads. For example, the following ads are regionally-targeted to the New York, NY area.

**GOOG-HN 21232**
**CONFIDENTIAL**



**6. How does AdWords know where my target users are?**

The AdWords system notes a user's Internet Protocol (IP) address to determine his or her location. With this method, AdWords can determine a user's country with 99% accuracy, and a user's region with roughly 85% accuracy.

**7. What ads are displayed if the searcher's IP location isn't available?**

If we can't identify a searcher's region using his or her internet protocol (IP) address, we'll serve nationally targeted ads.

**8. How are these regions determined?**

Google AdWords regional targeting follows the Designated Market Areas (DMAs) geographic market design, first created by the A.C. Nielsen Company as a way to define television markets. DMAs, composed of counties or split counties, are updated annually based on historical television viewing patterns. Every county/split county in the United States is assigned exclusively to one DMA.

## REGIONAL TARGETING OPTIONS

**1. To which regions can I target my ads?**

You can target your ads to over 200 state or regional areas within the United States. You'll find a complete list in the setup wizard when you create your regionally-targeted campaign.

**2. Can I target a specific city in the U.S.?**

Right now, you can target your ads to the state or region level, which often includes surrounding cities or suburbs. We're currently working to provide more precise targeting options in the future.

**3. Can I target nationally and regionally?**

GOOG-HN 21233
CONFIDENTIAL

Yes, you can target your ads nationally and regionally by creating separate campaigns. Remember:

- You won't need to include place or region names in the ad text of your regionally-targeted campaigns because the AdWords system will automatically focus your ads to the region you've specified. Users

searching on broad keywords, such as 'refrigerator maintenance,' will still see your ads.

- You will, however, need to include place or region names in the ad text of your nationally-targeted campaigns if you want to attract users outside your area. In this instance, you would include more specific keyword phrases and place names in your ad text, such as 'Anchorage refrigerator maintenance.'

### 4. How many regions can I target?

Currently, you may only target a maximum of five regions per campaign. (We've found that adding additional regions to a campaign would affect system performance.)

If you'd like to target more than five regions, you can simply create additional campaigns, up to a maximum of 25.

### 5. Will my regionally targeted ads show on partner sites like AOL?

At this time, regionally-targeted ads will only show on Google search results pages. They won't appear anywhere on the Google ad network.

However, by creating additional, nationally-targeted campaigns, you can still reach prospects on various partner sites such as AOL. Just remember to include location-specific keywords and ad text in your campaign.

## REGIONAL TARGETING PRICING AND RANKING

### 1. Does regional targeting affect the keyword traffic estimates I'll see?

Yes. Because your regionally-targeted campaigns focus on a narrower audience, your keyword traffic estimates may be lower than those for your nationally-targeted campaigns. The actual difference in traffic estimates will be determined by your specific DMA regions, in addition to how many you've selected.

### 2. Does regional targeting affect my cost-per-click (CPC) bidding amounts?

No. CPC estimates will be calculated the same way for nationally-targeted and regionally-targeted campaigns.

### 3. How does regional targeting affect my ranking?

It doesn't. Regional targeting has no effect on ranking. Your regionally-targeted ads will be ranked against other regionally-targeted ads and nationally-targeted ads alike.

GOOG-HN 21234
CONFIDENTIAL

sample_6-16-03.html

GOOG-HN 21237
CONFIDENTIAL

⊠ Google

AdWords Home

AdWords FAQ

AdWords Overview
  AdWords Advantages
  Program Comparison
  Success Stories
Getting Started
  Step-by-Step
  Pricing & Billing
  Glossary
  Keyword Tools
Ad Guidelines
  Style & Grammar
  Keyword Relevance
  Content & Links
Running a Campaign
  Optimization Tips
  Account Navigation
  Common Tasks

## Google Ad Network

Here's an example of what AdWords ads look like on one of our partner sites. Ad placement and format vary by website. Regardless of where your Google AdWords ads appear, they are always text-based, relevant, and unobtrusive – they never include annoying pop-ups.

⊠ Ads displayed on partner site

©2003 Google - AdWords Home - Terms and Conditions

GOOG-HN 21238
CONFIDENTIAL

security_4-14-03.html

GOOG-HN 21245
CONFIDENTIAL

**AdWords™ - It's All About Results™**

Program Overview
Top 5 Questions
The Basics
Getting Started

Account Set Up
Geo-Targeting
Ad Creation
Keywords
Cost-Per-Click
Daily Budget
Billing

Account Maintenance
Common Tasks
Optimization

AdWords Standards
□Security
Guidelines

*View all questions*

## AdWords Standards: Security

1. How secure is my information?
2. Will my individually identifiable information be shared with Google's partners?
3. What prevents users from repeatedly clicking on my ad?

### 1.  How secure is my information?

We understand that making an advertising purchase online involves a great deal of trust on your part. We take this trust very seriously, and make it our highest priority to ensure the security and confidentiality of the information you provide. Google uses industry-standard SSL (secure socket layer) technology to protect every interaction you have with the AdWords system. This protects your credit card and other personal information. Once we receive your information, we not only store it behind a firewall, but also encrypt the sensitive credit card information.

When credit cards are submitted through the secure online form, they are checked against the account information by our third-party credit card processor. If information submitted is invalid, the credit card will not be accepted. If the information is valid but there are discrepancies, the third-party credit card processor returns a fraud score based on the number of discrepancies between the credit card account and the AdWords account information. High fraud scores are flagged by our system for review by an AdWords Specialist.

The information you provide us with will only be used by Google in an effort to serve you better. We don't share or sell your personal information. For more details, please see our Privacy Policy.

### 2.  Will my individually identifiable information be shared with Google's partners?

No. Your individually identifiable information will remain with Google only. Please see our Privacy Policy and Terms and Conditions.

### 3.  What prevents users from repeatedly clicking on my ad?

Google closely monitors all clicks on Google AdWords ads to ensure that there is no abuse of the program. This includes analyzing all clicks to determine whether they fit a pattern of fraudulent use intended to artificially drive up an advertiser's clicks. Google's proprietary technology automatically distinguishes between clicks generated through normal use by users and clicks generated by click spammers and automated robots. As a result, we're able to filter out clicks you don't want and ensure they don't show up on your reports or bills.

©2002 Google - AdWords Home · Terms and Conditions · Contact Us

GOOG-HN 21246
CONFIDENTIAL

**start_5-19-03.html**

GOOG-HN 21295
CONFIDENTIAL

AdWords Home

AdWords FAQ

AdWords Overview
  AdWords Advantages
  Program Comparison
  Success Stories
Getting Started
  Step-by-Step
  Pricing & Billing
  Glossary
  Keyword Tools
Ad Guidelines
  Style & Grammar
  Keyword Relevance
  Content & Links
Running a Campaign
  Optimization Tips
  Account Navigation
  Common Tasks

[X] Google

It's All About Results™

Contact Us - Help

# Google AdWords FAQ: Getting Started

1. What is Google AdWords?
2. How is an AdWords account structured?
3. How do I show my ads above the search results?
4. Will my ads appear in all browsers?
5. How do I get started?
6. Is there a minimum required clickthrough rate (CTR)?
7. How are ads ranked?
8. When do my ads start running?

~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

## AdWords Basics

### 1. What is Google AdWords?

Google AdWords is a quick and simple way to purchase highly targeted cost-per-click (CPC) advertising, regardless of your budget. AdWords ads are displayed along with search results on Google, as well as on search and content sites in our growing ad network, including AOL, EarthLink, HowStuffWorks, & Blogger. With more than 200 million searches on Google each day and even more searches and page views on our ad network, your Google AdWords ads reach a vast audience.

When you create a Google AdWords ad, you choose keywords for which your ad will appear and specify the maximum amount you're willing to pay for each click. You only pay when someone clicks on your ad. To save you even more money, our AdWords Discounter automatically reduces the actual CPC you pay to the lowest cost needed to maintain your ad's position on the results page.

There's no minimum monthly charge -- just a $5 activation fee. Your ads start running within minutes after you submit your billing information. You can easily keep track of your ad performance using the reports in your online account Control Center.

To find out more about Google AdWords or to begin creating your ads, visit the AdWords home page.

**GOOG-HN 21296**
**CONFIDENTIAL**

### 2. How is an AdWords account structured?

There are three levels to Google AdWords: Account, Campaign, and Ad Group. The diagram below shows the account structure and the settings that are applied at each level. In summary:

- o Your account is associated with a unique email address, password, and billing information.
- o At the campaign level, you choose your daily budget, geographic targeting, syndication preference, and start and end dates.
- o At the Ad Group level, you create ads and choose keywords. You can also select a maximum cost-per-click (CPC) for the Ad Group or for individual keywords.

Within each Ad Group, you create one or more ads and select a set of keywords to trigger those ads. Each Ad Group runs on one set of keywords. If you create multiple ads in an Ad Group, the ads will rotate evenly for those keywords.

When you log in to your account, you can see your ads' clickthrough rates (CTRs) listed below each of the ads. If a particular ad is not performing as well as the others (if it has a low CTR), you can delete or refine it to improve the overall performance of your Ad Group.

Account

Unique email address
Password
Billing information

Campaign

Daily budget
Geo-targeting
Syndication preference
Start and end dates

Campaign

Daily budget
Geo-targeting
Syndication preference
Start and end dates

Ad Group

One set of keywords
One or more ads

Ad Group

One set of keywords
One or more ads

Ad Group

One set of keywords
One or more ads

Ad Group

One set of keywords
One or more ads

3. **How do I show my ads above the search results?**

Ads at the top of a Google results page are typically not Google AdWords ads. They are Google Premium Sponsorship ads, which are sold through our sales department. You can find out more about Premium Sponsorships here. We occasionally show Google AdWords ads in the top spots if they qualify for Premium placement. This is determined by a combination of cost-per-click and clickthrough rate.

4. **Will my ads appear in all browsers?**

Some older browsers do not support the HTML tag *table align=right*, which is used in displaying Google AdWords ads. AdWords ads will not be displayed in such browsers, including Netscape Navigator 2.x or earlier and Microsoft Internet Explorer 2.x or earlier. We estimate that less than 1% of Google users have browsers with this limitation.

Getting Started

5. **How do I get started?**

There are five easy steps involved in creating and activating a Google AdWords account.

- o **Step 1: Target languages and countries.**
  Choose from among five major languages and more than 250 countries.

- o **Step 2: Create Ad Groups.**
  Design your ads, choose targeted keywords, and specify your maximum cost-per-click.

GOOG-HN 21297
CONFIDENTIAL

- o **Step 3: Specify your daily budget.**
  Your maximum daily budget helps determine your ad exposure (the number of times Google shows your ad in a day). There is no minimum daily budget.

- o **Step 4: Sign up.**
  In this step, you create your Google AdWords account. You don't need to submit your

billing information at this point. All you need to do is:

- Review and accept the Google AdWords <u>Terms and Conditions</u>.
- Provide us with your email address.
- Select a password.

o **Step 5: Activate your ads.**
Verify your email address, log in to your account, and submit your billing information. Your ads will begin running on Google immediately after you've entered your credit card information.

6. **Is there a minimum required clickthrough rate (CTR)?**

Yes. To ensure your advertising is effective for you and your users, we require that your account and individual keywords maintain a minimum clickthrough rate (CTR).

For ads that appear in the first position across our partner sites, the minimum required CTR is typically 1.0%. For ads that appear in the first position just on Google's site, the minimum required CTR is 0.5%. CTR thresholds may vary depending on the positions in which the ads appear. Due to the improved overall positioning of AdWords ads on our expanded network of partner sites, the CTR thresholds for ads appearing across our partner sites are generally higher compared to those ads which appear just on Google's site.

This performance metric is evaluated after every 1,000 ad impressions are delivered on Google. The AdWords automated performance monitor may slow or stop delivery of your ads so you can improve your campaigns if it detects problems with your account or keywords.

*Account level performance monitoring:*
If the CTR for your account falls below the minimum required CTR, we'll mark those poorly performing keywords with two yellow asterisks ("**"). To give you the opportunity to improve your ads' performance, your ads will only show occasionally for the marked keywords. Unless you delete or refine these keywords, they'll be marked with a single red asterisk ("*"), and your ads may stop showing for these keywords altogether. You'll need to <u>refine your campaigns</u> to improve their performance and effectiveness. After editing your campaigns, <u>restore full delivery</u> to them.

*Keyword level performance monitoring:*
If the CTR for any of your keywords falls below the minimum required CTR, we will mark the keywords with a single red asterisk ("*"), and your ads will no longer be shown for them.

For ideas on how to improve your ad performance, visit our <u>Optimization Tips</u> page.

7. **How are ads ranked?**

Your ad is ranked on the search results and content pages based on a combination of its maximum cost-per-click (CPC) and clickthrough rate (CTR). The higher your CPC or CTR, the higher your ad's position. Because this ranking system rewards well-targeted, relevant ads, you can't be locked out of the top position as you would be in a ranking system based solely on price. <u>Click here</u> to learn how to increase your CTR in order to improve your ad's position without having to raise your maximum CPC.

When you choose a maximum CPC for your keywords, our Traffic Estimator gives you the estimated average ad position per keyword. This estimate is based on your maximum CPC and the average CTR for each of the keywords you've chosen.

8. **When do my ads start running?**

GOOG-HN 21298
CONFIDENTIAL

Once you've completed the account creation process, you'll need to activate your account. The Google AdWords team will send you an email asking you to click on a specific link to verify

your email address. After your address has been verified, you can log in to your new account. You'll see a message asking you to submit your billing information. Your ads will usually appear on Google within a few minutes after that's been done. You may notice that your ads appear on Google before appearing on Google partner sites. This is because all ads appearing on our partner sites must be reviewed for compliance with our Editorial Guidelines *before* they can run.

©2004 Google · AdWords Home · Terms and Conditions

GOOG-HN 21299
CONFIDENTIAL

**tasks_4-14-03.html**

GOOG-HN 21331
CONFIDENTIAL

| | | |
|---|---|---|
| ☒ Google | **AdWords™ – It's All About Results™** | Contact Us - Help |

Overview    Compare         Common Terms    Tips    Full-Strength FAQ        Editorial Guidelines    Login

Program Overview
Top 5 Questions
The Basics
Getting Started

Account Set Up
Geo-Targeting
Ad Creation
Keywords
Cost-Per-Click
Daily Budget
Billing

Account Maintenance
☐Common Tasks
Optimization

AdWords Standards
Security
Guidelines

*View all questions*

## Account Maintenance: Common Tasks

1. How do I increase my daily budget?
2. How do I pause an Ad Group?
3. How do I verify my email address?
4. How do I activate my ads?
5. How do I schedule start and end dates for my campaign?
6. How can I target my campaign by language and location?
7. How do I edit my ad text?
8. How do I edit my keyword list and my maximum cost-per-click (CPC)?
9. How do I view my pending charges?
10. How do I choose whether to show my ads on Google partner sites?
11. How do I use the 'Download Reports' feature?

---

### 1. How do I increase my daily budget?

You can raise your daily budget by following these steps:

- o Log in to your account.
- o Click "View/Edit Campaigns" at the top of the page.
- o Click "Edit Campaign Settings" next to the campaign for which you wish to edit your daily budget.
- o Enter your daily budget in the "Budget" field.
- o Click the "Save Changes" button.

Please see the Billing FAQ for more information about our billing policy.

### 2. How do I pause an Ad Group?

You can pause an Ad Group at any time by following these steps:

- o Log in to your account.
- o Click "View/Edit" next to the campaign you want to edit.
- o Click "Pause Ad Group" next to each Ad Group you want to pause.

To completely disable your Google AdWords account, pause all of your Ad Groups. You can always reactivate an Ad Group at some point in the future if you wish.

### 3. How do I verify my email address?

**GOOG-HN 21332
CONFIDENTIAL**

You should have received an email message when you first signed up. That email contains a link, which you can click to verify that your email address is accurate.

Note that some email programs display long URLs in a way that prevents them from working as clickable links. In such cases, you may have to copy and paste the entire URL into your browser's address bar and press the Enter key to complete the verification process.

Once you have successfully verified your address, please activate your ads by submitting your

billing information.

### 4. How do I activate my ads?

Follow these steps to activate your campaign:

- o Log in to your account.
- o Click on the "Account Management" tab.
- o Click "Edit Billing Information" below the tab.
- o Fill out the credit card information.
- o Click "Record my new billing information." Your ads will begin running immediately.

### 5. How do I schedule start and end dates for my campaign?

After setting up your campaign, you can change the start and end dates at any time. Please note that your campaign will start at 12:00 AM Pacific Standard Time on your start date and will end at 11:59 PM Pacific Standard Time on your chosen end date. To edit your start and end dates, please follow these steps:

- o Log in to your account.
- o Click "View/Edit Campaigns" at the top of the page.
- o Click "Edit Campaign Settings" next to the campaign for which you wish to schedule start and end dates.
- o Edit your start and end dates in the fields provided.
- o Click the "Save Changes" button when you're finished.

### 6. How can I target my campaign by language and location?

When creating a new campaign, simply select one or more countries and one or more languages in Step 1. Once your campaign has been created, click "Edit Campaigns", find the campaign in question, and then click "Edit Campaign Settings" for that campaign in order to start, stop, or change location and language targeting.

### 7. How do I edit my ad text?

You can change your ad text at any time by following these steps:

- o Log in to your account.
- o Click "View/Edit" next to the campaign you want to edit.
- o Scroll down the page until you see the ad you want to edit.
- o Click "Edit" underneath the ad you want to edit.
- o Make your changes. Don't forget to click the "Save Changes" button when you're finished.

### 8. How do I edit my keyword list and my maximum cost-per-click (CPC)?

You can edit your keyword list and costs at any time by following these steps:

- o Log in to your account.
- o Click "View/Edit" next to the campaign you want to edit.
- o Scroll down to the Ad Group you want to change.
- o Click "Modify Price or Keywords" at the far right.
- o Edit the Ad Group maximum CPC field and click "Calculate estimates" to update your maximum CPC.
- o Delete or refine keywords by clicking "delete" or clicking "suggest keywords" to access the keyword suggestion tool.

GOOG-HN 21333
CONFIDENTIAL

- o Add or edit keywords by clicking "Change Keywords" at the bottom. Click "Update Keyword List" when finished.
- o After completing the steps above and checking the estimates for your edits, don't forget to click the "Save Changes" button.

## 9. How do I view my pending charges?

To view pending charges for your campaign, please follow the steps below:

- o Log in to your account. The "Campaign Summary" page is the first page you see when you log in. This page provides reporting statistics for your campaigns and Ad Groups. You can run this report for specified date ranges.
- o Look at the top of the page to find the date range selection fields that allow you to choose a report from "today," "yesterday," "last 7 days," "this month," "last month," "all time," or any specific time period.
- o Set the report start date to the day after your most recent charges were processed. [Note that you can click on the "Account Management" tab at the top of the screen to view charges that have already been charged to your credit card.]
- o Set the end date to today's date.
- o Click "Display Report." The "overall cost" entry shows your current charges.

## 10. How do I choose whether to show my ads on Google partner sites?

You are automatically included in the syndication program when you create your Google AdWords account. However, you can change your campaign's syndication preference at any time. This means that you can choose to syndicate some of your campaigns or none of them. Please follow these steps to edit your syndication preference:

- o Log in to your account.
- o Click "View/Edit Campaigns" at the top of the page.
- o Click "Edit Campaign Settings" next to the campaign for which you would like to edit your syndication preference.
- o Scroll to the bottom of the page to locate the "Syndication Preference" box.

  - ■ If you want your campaign to appear on our partner sites, the box should not be checked.
  - ■ If you do not want your campaign to appear on our partner sites, check the box.

- o Click "Save Changes" after completing the above edit.

## 11. How do I use the 'Download Reports' feature?

You can download reports for your entire account and/or for specific campaigns.

To download a report for your entire account:

- o Log in to your AdWords account to get to the Campaign Summary page.
- o Select a date range for your report.
- o Select a report type from the Download Reports drop-down menu.
- o Click Go.
- o When the 'File Download' prompt appears, click Save.
- o When prompted, name and save the report as a .csv file (which can be opened in most spreadsheet applications like MS Excel) to your computer

To download a report for a specific campaign:

- o Log in to your AdWords account.

**GOOG-HN 21334**
**CONFIDENTIAL**

- o  Click View/Edit Campaigns on the Campaign Management tab.
- o  Select a date range for your report.
- o  Select a report type from the **Download Reports** drop-down menu next to the campaign for which you wish to download a report.
- o  Click Go.
- o  When the 'File Download' prompt appears, click Save.
- o  When prompted, name and save the report as a .csv file (which can be opened in most spreadsheet applications like MS Excel) to your computer.

©2002 Google · AdWords Home · Terms and Conditions · Contact Us

GOOG-HN 21335
CONFIDENTIAL