AdWords Select™ - It's All About Results™     Contact Us - Help

## Google's AdWords Select Standard Terms and Conditions

**Introduction.** This Agreement between you and Google, Inc. ("Google") consists of these Adwords Select Standard Terms and Conditions ("Terms and Conditions"), the AdWords Select Program (the "Program") Frequently Asked Questions, which may be revised periodically, and the terms of any advertising campaign you submit or modify. "You" or "Advertiser" means the entity identified in this enrollment form, and/or any agency acting on its behalf, which shall also be bound by the terms of this Agreement. Please read very carefully these Terms and Conditions and the Program Frequently Asked Questions (the "FAQs").

1. **Uses; Partner Sites.** You agree that your ads may be placed on (i) any site owned or operated by Google (a "Google Web Site") or (ii) unless you opt out of the syndication program described on the FAQs, on any site owned by a third party (a "Partner") with which Google has an agreement to place AdWords Select ads ("Partner Site"). Unless otherwise agreed to in writing by Google, any ads may be modified without your consent to comply with any policy of Google or any Partner Site. Google reserves the right to, and in its sole discretion may, at any time review, reject, modify, or remove any ad. The Partners may also have certain rights allowing them to reject, modify or withdraw ads placed under this Agreement. No liability of Google and/or any Partner shall result from any such decision.

2. **Communications Solely With Google.** Even if your ad(s) are placed on Partner Site(s), you agree to direct to Google, and not to any Partner, any communication regarding your ad(s) on any Partner Site.

3. **AdWords Select FAQs.** The FAQs contain many important policies and procedures. Google may modify the FAQs at any time upon notice published on Google's Web Site.

4. **Parties' Responsibilities.** You are responsible for knowing the contents of the FAQs. You are solely responsible for the selection of all "Targets" (any keyword, negative keyword, category, and other targeting mechanism), and for the content of your ads, including URL links. Google is not responsible for anything regarding your Web site(s) including, but not limited to, maintenance of your Web site(s), order entry, customer service, payment processing, shipping, cancellations or returns.

5. **Prohibited Uses.** Google strictly prohibits using the Google Web Site or any Partner Site(s) (i) to generate fraudulent impressions of or fraudulent clicks on Advertiser's ad(s) or third-party ad(s), including but not limited to using robots or other automated query tools and/or computer generated search requests, and/or the fraudulent use of other search engine optimization services and/or software; (ii) to advertise substances, services, products or materials that are illegal in any state or country where the ad is displayed; (iii) in any way that violates any policy posted on the Google Web Site, as revised from time to time; or (iv) to engage in any other illegal or fraudulent business practice under the laws of any state or country where the ad is displayed. You may not include links to any Web site(s) as part of your ad, unless the content found at such site(s) is relevant to your Target(s). You may not run multiple ads linking to the same or similar site on the same search results page. Violation of these policies may result in immediate termination of this Agreement, and may subject you to state and federal penalties and other legal consequences.

6. **Termination; Cancellation.** Google may at any time, in its sole discretion, terminate the Program, terminate this Agreement, or cancel any ad(s) or your use of any Target. Google will notify you via email of any such termination or cancellation, which shall be effective immediately. You may cancel any ad and/or terminate this Agreement with or without cause at any time. Cancelled ads will be discontinued within 24 hours of notice received via your account on the Program homepage. Termination of your account shall be effective when Google receives notice via your account on the Program homepage. Upon termination for any reason, (i) you shall remain liable for any amount due for ads already delivered or for clicks on any ad (s), and (ii) Sections 2 and 4 through 15 shall survive termination.

7. **Confidentiality.** Each party agrees not to disclose Confidential Information of the other party without prior written consent except as provided herein. "Confidential Information" includes (i) ads, prior to publication, (ii) submissions or modifications relating to any advertising campaign, (iii) clickthrough rates or other statistics (except in an aggregated form that includes no identifiable information about you), and (iv) any other information designated in writing as "Confidential." It does not include information that has become publicly known through no breach by a party, or has been (i) independently developed without access to

GOOG-HN 21572
CONFIDENTIAL

the other party's Confidential Information; (ii) rightfully received from a third party; or (iii) required to be disclosed by law or by a governmental authority.

8. **No Guarantee.** Google makes no guarantee regarding the levels of impressions or clicks for any ad on its site or those of its Partners. Google may offer the same Target to more than one advertiser. You may not receive any impressions for your ad(s) if for a given Target there are more advertisers than available display positions.

9. **No Warranty.** GOOGLE MAKES NO WARRANTY, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION WITH RESPECT TO ADVERTISING AND OTHER SERVICES, AND EXPRESSLY DISCLAIMS THE WARRANTIES OR CONDITIONS OF NONINFRINGEMENT, MERCHANTABILITY AND FITNESS FOR ANY PARTICULAR PURPOSE.

10. **Limitations of Liability; Force Majeure.** In no event shall Google or any Partner be liable for any act or omission, or any event directly or indirectly resulting from any act or omission of Advertiser, Partner, or any third parties (if any). EXCEPT FOR THE PARTIES' INDEMNIFICATION AND CONFIDENTIALITY OBLIGATIONS HEREUNDER, (i) IN NO EVENT SHALL EITHER PARTY BE LIABLE UNDER THIS AGREEMENT FOR ANY CONSEQUENTIAL, SPECIAL, INDIRECT, EXEMPLARY, PUNITIVE, OR OTHER DAMAGES WHETHER IN CONTRACT, TORT OR ANY OTHER LEGAL THEORY, EVEN IF SUCH PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES AND NOTWITHSTANDING ANY FAILURE OF ESSENTIAL PURPOSE OF ANY LIMITED REMEDY AND (ii) GOOGLE'S AGGREGATE LIABILITY TO ADVERTISER UNDER THIS AGREEMENT FOR ANY CLAIM IS LIMITED TO THE AMOUNT PAID TO GOOGLE BY ADVERTISER FOR THE AD GIVING RISE TO THE CLAIM. Each party acknowledges that the other party has entered into this Agreement relying on the limitations of liability stated herein and that those limitations are an essential basis of the bargain between the parties. Without limiting the foregoing and except for payment obligations, neither party shall have any liability for any failure or delay resulting from any condition beyond the reasonable control of such party, including but not limited to governmental action or acts of terrorism, earthquake or other acts of God, labor conditions, and power failures.

11. **Payment.** You agree to pay all applicable charges under this Agreement, including any applicable taxes or charges imposed by any government entity, and that Google may change its minimum pricing at any time, as reflected in the FAQs. If you dispute any charge made under the Program, you must notify Google in writing within sixty (60) days of any such charge; failure to so notify Google shall result in the waiver by you of any claim relating to any such disputed charge. Charges shall be calculated solely based on records maintained by Google. No other measurements or statistics of any kind shall be accepted by Google or have any effect under this Agreement.

12. **Representations and Warranties.** You represent and warrant that (a) all of the information provided by you to Google to enroll in the Program is correct and current; (b) you hold all rights to permit Google and any Partner(s) to use, reproduce, display, transmit and distribute ("Use") your ad(s); and (c) Google's and any Partner(s) Use, your Target(s), and any site(s) linked to, and products or services to which users are directed, will not, in any state or country where the ad is displayed (i) violate any criminal laws or third party rights giving rise to civil liability, including but not limited to trademark rights or rights relating to the performance of music; or (ii) encourage conduct that would violate any criminal or civil law. You further represent and warrant that any Web site linked to your ad(s) (i) complies with all laws and regulations in any state or country where the ad is displayed; (ii) does not breach and has not breached any duty toward or rights of any person or entity including, without limitation, rights of publicity or privacy, or rights or duties under consumer protection, product liability, tort, or contract theories; and (iii) is not false, misleading, defamatory, libelous, slanderous or threatening.

13. **Your Obligation to Indemnify.** You agree to indemnify, defend and hold Google, its agents, affiliates, subsidiaries, directors, officers, employees, and applicable third parties (e.g., all relevant Partner(s), licensors, licensees, consultants and contractors) ("Indemnified Person(s)") harmless from and against any and all third party claims, liability, loss, and expense (including damage awards, settlement amounts, and reasonable legal fees), brought against any Indemnified Person(s), arising out of, related to or which may arise from your use of the Program, your Web site, and/or your breach of any term of this Agreement. Customer understands and agrees that each Partner, as defined herein, has the right to assert and enforce its rights under this Section directly on its own behalf as a third party beneficiary.

14. **Information Rights.** Google may retain and use for its own purposes all information you provide, including but not limited to Targets, URLs, the content of ads, and contact and billing information. Google may share aggregate (i.e., not personally identifiable) information about you with advertisers, business partners, including syndication Partners, sponsors, and other third parties. If you elect to participate in the

GOOG-HN 21573
CONFIDENTIAL

syndication program, the display of your ad on Partner Site(s) will provide access to Partner(s) to the content of your ads, including the URL(s), and any contact or other information that can be obtained through such URL(s), as well as data regarding queries or clicks on directory categories that may enable such Partner(s) to determine your Targets.

15. **Miscellaneous.** Any decision made by Google under this Agreement shall be final. Google shall have no liability for any such decision. You will be responsible for all reasonable expenses (including attorneys' fees) incurred by Google in collecting unpaid amounts under this Agreement. This Agreement shall be governed by the laws of California, except for its conflicts of laws principles. Any dispute or claim arising out of or in connection with this Agreement shall be adjudicated in Santa Clara County, California. This constitutes the entire agreement between the parties with respect to the subject matter hereof. Any modifications to this Agreement must be made in a writing executed by both parties. The waiver of any breach or default of this Agreement will not constitute a waiver of any subsequent breach or default. If any provision herein is held unenforceable, then such provision will be modified to reflect the parties' intention, and the remaining provisions of this Agreement will remain in full force and effect. Advertiser may not resell, assign, or transfer any of its rights hereunder. Any such attempt may result in termination of this Agreement, without liability to Google. The relationship(s) between Google and the "Partners" is not one of a legal partnership relationship, but is one of independent contractors. This Agreement shall be construed as if both parties jointly wrote it.

*May 17, 2002*

©2002 Google – <u>AdWords Select Home</u> – <u>Terms and Conditions</u> – <u>Contact Us</u>

GOOG-HN 21574
CONFIDENTIAL

**basics_5-29-02.html**

GOOG-HN 20835
CONFIDENTIAL

| ☒ Google | **AdWords Select - It's All About Results** | Contact Us - Help |

Overview    Compare        Common Terms    Tips    Full-Strength FAQ        Editorial Guidelines    Login

Program Overview
  Top 5 Questions
  ☐ The Basics
  Getting Started

Account Set Up
  Geo-Targeting
  Ad Creation
  Keywords
  Cost-Per-Click
  Daily Budget
  Billing

Account Maintenance
  Common Tasks
  Optimization

AdWords Standards
  Security
  Guidelines

*View all questions*

## Program Overview: The Basics

1. What is Google AdWords Select?
2. On what sites could my ads be shown?
3. How is an AdWords Select account structured?
4. Is there a minimum spending commitment?
5. Do I pay in advance?
6. Is there an activation fee?
7. How do I show my ads above the search results?
8. Will my ads appear in all browsers?

### 1.  What is Google AdWords Select?

Google AdWords Select is a quick and simple way to purchase highly targeted cost-per-click (CPC) advertising, regardless of your budget. AdWords Select ads are displayed along with search results on Google, as well as on our growing network of partner sites, including AOL, Earthlink, and Sympatico-Lycos. With more than 150 million searches on Google each day and millions more on our partner sites, your AdWords Select ads reach a vast audience.

When you create a Google AdWords Select ad, you choose keywords for which your ad will appear and specify the maximum amount you're willing to pay for each click. You only pay when someone clicks on your ad. To save you even more money, our AdWords Discounter automatically reduces the actual CPC you pay to the lowest cost needed to maintain your ad's position on the results page.

There's no minimum monthly charge - just a $5 activation fee. Your ads start running within minutes after you submit your billing information. You can easily keep track of your ad performance using the reports in your online account Control Center.

To find out more about Google AdWords Select or to begin creating your ads, visit the AdWords Select home page. For an overview of how the program works, please visit our Overview page.

### 2.  On what sites could my ads be shown?

Your ads may be shown on search results pages for Google, Google Directory, Google Groups, and Google's partner sites, including our partners' directory results pages. If you choose not to participate in the Google syndication program, your ads will be shown only for search results on Google.com.

Our current partners include:

- o  America Online, Inc.
- o  Earthlink, Inc.
- o  Sympatico-Lycos Inc.

GOOG-HN 20836
CONFIDENTIAL

### 3.  How is an AdWords Select account structured?

There are three levels to Google AdWords Select: Account, Campaign, and Ad Group. The diagram below shows the account structure and the settings that are applied at each level. In summary:

- o  Your account is associated with a unique email address, password, and billing information.

- o At the campaign level, you choose your daily budget, geo-targeting, syndication preference, and start and end dates.
- o At the Ad Group level, you create ads, choose keywords, and select a maximum cost-per-click (CPC).

Within each Ad Group, you create one or more ads and select a set of keywords to trigger those ads. Each Ad Group runs on one set of keywords. If you create multiple ads in an Ad Group, the ads will rotate evenly when users search on those keywords.

When you log in to your account, you can see your ads' clickthrough rates (CTRs) listed below each of the ads. If a particular ad is not performing as well as the others (if it has a low CTR), you can delete or refine it to improve the overall performance of your Ad Group.

Account

Unique email address
Password
Billing information

| Campaign | | Campaign | |
|---|---|---|---|
| Daily budget | | Daily budget | |
| Geo-targeting | | Geo-targeting | |
| Syndication preference | | Syndication preference | |
| Start and end dates | | Start and end dates | |

| Ad Group | Ad Group | Ad Group | Ad Group |
|---|---|---|---|
| One set of keywords | One set of keywords | One set of keywords | One set of keywords |
| Maximum CPC | Maximum CPC | Maximum CPC | Maximum CPC |
| One or more ads | One or more ads | One or more ads | One or more ads |

### 4. Is there a minimum spending commitment?

You can create an account for only a $5 activation fee. You have complete control over how much you spend and how you spend it. You choose the maximum cost-per-click (CPC) and the daily budget that fit your advertising goals.

After you choose your keywords and your maximum CPC, the Traffic Estimator helps you predict the total cost of your Ad Group by estimating the number of clicks you will receive per day. This estimate is based on the maximum CPC you've specified and the average clickthrough rate (CTR) for the keywords you've chosen. You can then decide how much you're willing to spend and set your daily budget to reflect what you're comfortable paying.

### 5. Do I pay in advance?

No. After you activate your account by submitting your billing information, Google gives you a credit limit and starts running your ads. This lets your ads appear before you've paid anything. For each billing period, you pay only for clicks you've actually received

### 6. Is there an activation fee?

A $5 initial activation fee applies when you open your account. It will not be credited toward the cost of the clicks you receive.

GOOG-HN 20837
CONFIDENTIAL

### 7. How do I show my ads above the search results?

Ads at the top of a Google results page are not Google AdWords Select ads. They are Google Premium Sponsorship ads, which are sold through our sales department. You can find out more about Premium Sponsorships here.

## 8. Will my ads appear in all browsers?

Some older browsers do not support the HTML tag *table align=right*, which is used in displaying Google AdWords Select ads. AdWords Select ads will not be displayed in such browsers, including Netscape Navigator 2.x or earlier and Microsoft Internet Explorer 2.x or earlier. We estimate that less than 1% of Google users have browsers with this limitation.

GOOG-HN 20838
CONFIDENTIAL

**billing_5-29-02.html**

GOOG-HN 20864
CONFIDENTIAL

Google

**AdWords Select – It's All About Results**

Overview   Compare   Common Terms   Tips   Full-Strength FAQ   Editorial Guidelines   Login

Program Overview
Top 5 Questions
The Basics
Getting Started

Account Set Up
Geo-Targeting
Ad Creation
Keywords
Cost-Per-Click
Daily Budget
☐Billing

Account Maintenance
Common Tasks
Optimization

AdWords Standards
Security
Guidelines

*View all questions*

### Account Set Up: Billing

1. When does Google bill my credit card?
2. Can I pay by check?
3. What if I have billing questions or concerns?
4. What if I decide to cancel my campaign?
5. What kind of reports will I get?

~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

### 1. When does Google bill my credit card?

When you first open your account, Google gives you a credit limit so your ads can start running right away. You will be billed after you reach your credit limit or after 30 days, whichever comes first. You will be charged an initial $5 activation fee at the time of your first billing.

Your Google credit limit is set automatically at $50 when you sign up for the program. You will be billed after you have earned $50 worth of clicks or after the first 30 days.

If you reach your Google credit limit within the first 30 days, you will be billed at that time. Google will then raise your limit to $200 and will not charge your credit card until you earn $200 worth of clicks or until the end of the next 30-day period. If you reach your $200 limit, Google will bill you and raise your limit to $350. If you reach that limit, Google will bill you and raise your limit to $500. $500 is the maximum credit limit.

### 2. Can I pay by check?

We do not accept payment by check for AdWords Select at this time. We do accept payment by check for our Premium Sponsorships advertising program, but the minimum dollar amount required for that program is substantially larger. To find out more about Premium Sponsorships, please visit our web page at http://www.google.com/ads/.

**GOOG-HN 20865
CONFIDENTIAL**

### 3. What if I have billing questions or concerns?

We understand that online transactions require trust. In particular, we take billing and credit card security very seriously. If you have refund or credit requests or concerns about your account charges, whether they're related to security issues or not, please let us know. However, because email is not a secure means of communication, please do not email us your credit card number or account password. We should be able to resolve the issue without this information. Please do provide us with your account's email address and as much other information as possible regarding the matter. An

AdWords Specialist will review your email work to reach a solution as quickly as possible.

If you contact us with a billing concern, we may temporarily suspend your ads so you don't accrue further charges. We may also suspend your ads if we have trouble processing charges for your account.

In order to reactivate the account, we ask that you please re-submit your credit card number, or enter another credit card number to process your charge. Once we've processed your payment, you can re-enable your campaigns.

4. **What if I decide to cancel my campaign?**

You can cancel at any time by pausing your ads.

Our goal is to provide you with the most effective advertising available, so before canceling, we ask that you let one of our AdWords Specialists work with you to meet your advertising goals. However, if you still wish to cancel, we encourage you to let us know why Google AdWords Select didn't work for you. Our AdWords Specialists will carefully review your suggestions. Google AdWords Select is a new program, and we're constantly improving the user interface and the program itself. We hope you'll try Google AdWords Select again in the future when it may better suit your needs.

Our cancellation policy is detailed in our Terms and Conditions.

5. **What kind of reports will I get?**

Google provides full online reporting for the Google AdWords Select program. We do not currently mail invoices or reports, but you can access your personal reports online 24 hours a day, 7 days a week to see your average actual cost-per-click (CPC), the number of times your ads were shown (impressions), how many times users clicked on your ads (clicks) and the clickthrough rates (CTR). This reporting is available for each of your keywords, ads, Ad Groups, campaigns, and account.

We make every effort to provide accurate reports; therefore, no measurements other than those maintained by Google shall be accepted for reporting or payment purposes. If the reports you receive from Google do not coincide with your own, there are a number of possible explanations. First, be sure you're comparing the same reporting time periods. If there are still discrepancies, it could be because we host your ads and therefore are able to record clicks that other tracking software programs may miss. For example, our software can detect clicks that occur while your site is down. In addition, your system may filter out visits from your IP address, whereas Google does not.

©2002 Google · AdWords Select Home · Terms and Conditions · Contact Us

**GOOG-HN 20866**
**CONFIDENTIAL**

**budget_6-25-02.html**

GOOG-HN 20903
CONFIDENTIAL

<table>
<tr><td>[X] Google</td><td>**AdWords Select - It's All About Results**</td><td>Contact Us - Help</td></tr>
</table>

Overview    Compare    Common Terms    Tips    Full-Strength FAQ    Editorial Guidelines    Login

Program Overview
Top 5 Questions
The Basics
Getting Started

Account Set Up
Geo-Targeting
Ad Creation
Keywords
Cost-Per-Click
Daily Budget
Billing

Account Maintenance
Common Tasks
Optimization

AdWords Standards
Security
Guidelines

*View all questions*

## Account Set Up: Daily Budget

1. What is a daily budget?
2. Why did I receive more clicks than my daily budget on a particular day?
3. How does Google keep my campaign below the daily budget?

### 1. What is a daily budget?

A daily budget enables you to set a limit on the amount you spend each day. You set a separate daily budget for each of your campaigns. Since you only pay if someone clicks on your ads, you won't necessarily reach the daily budget limit you set. On the other hand, you may set your daily budget limit so low that your ads don't appear every time a user searches on your keywords. In such cases, Google will show your ads evenly throughout the day at a frequency that falls within the budget you've set.

There is no minimum daily budget requirement.

### 2. Why did I receive more clicks than my daily budget on a particular day?

Traffic is not constant from day to day. For example, fewer people search the Web on weekends than during the week. To account for this and maximize the potential of your advertising, Google may allow up to 20% more clicks in one day than your daily budget specifies.

If you budget $100 per day in a 30-day month, you may receive more than $100 in clicks on a given day, but the maximum you would pay is $3,000 for that month.

### 3. How does Google keep my campaign below the daily budget?

Google shows your ads evenly over time so that you reach your daily budget by the end of each day. This keeps your ad from accumulating clicks early on and then disappearing for the remainder of the day.

Once you've selected your keywords, you'll see a recommended daily budget. If you set your daily budget to this value, your ad should appear every time someone searches for your keywords. This maximizes the number of clicks you receive. If your daily budget is lower than the recommended amount, Google will deliver your ads evenly throughout the day to keep your clicks at or below your daily budget. Click here to learn how to view and edit your daily budget.

©2002 Google - AdWords Select Home - Terms and Conditions - Contact Us

GOOG-HN 20904
CONFIDENTIAL

cpc_5-29-02.html

GOOG-HN 20974
CONFIDENTIAL

Google

**AdWords Select - It's All About Results**

Overview    Compare    Common Terms    Tips    Full-Strength FAQ    Editorial Guidelines    Login

Program Overview
Top 5 Questions
The Basics
Getting Started

Account Set Up
Geo-Targeting
Ad Creation
Keywords
Cost-Per-Click
Daily Budget
Billing

Account Maintenance
Common Tasks
Optimization

AdWords Standards
Security
Guidelines

*View all questions*

---

## Account Set Up: Determining Your Cost-Per-Click (CPC)

1. Why are there minimum CPCs?
2. Will I need to set a different CPC for every keyword?
3. Why does my average CPC change when I increase my maximum CPC?

---

### 1. Why are there minimum CPCs?

Minimum cost-per-clicks (CPCs) have been set for Google AdWords Select keywords based on their market value and performance history in the Google AdWords programs. Thus, AdWords Select advertisers purchase keywords at a CPC rate comparable to or higher than the amount paid for those same keywords through the original AdWords program.

### 2. Will I need to set a different CPC for every keyword?

No. Other advertising programs require customers to specify a price for each keyword. This means their customers not only spend more money than necessary, but also need to invest a significant amount of time patrolling their keywords in order to reduce costs. For example, if you had set a cost-per-click (CPC) of $0.91 in order to appear in the top spot, and the advertiser in the second position reduced his/her price from $0.90 to $0.70, you would be paying $0.20 more than necessary to maintain your position.

With Google AdWords Select, you don't have to worry about this. You simply set the same maximum CPC for all your keywords, knowing that the AdWords Discounter will charge you the lowest CPC necessary to maintain your position for each keyword. If you want to assign different CPC values to different keywords, simply set up separate Ad Groups with different maximum CPC amounts.

### 3. Why does my average CPC change when I increase my maximum CPC?

Unless you choose to target your keywords as exact matches, your keyword targets will likely match a large number of different queries. The default keyword matching option is broad matching. This method of keyword matching allows your ad to appear for all variations of your keyword allowed by your maximum cost-per-click (CPC). As you increase your maximum CPC, you may also be increasing the set of queries for which your ad will be shown, as keyword variations at the higher CPCs fall within your price range. Your actual CPC will be higher for the searches on those keywords, thereby raising your average CPC.

For example, targeting a broad-matched keyword such as domain name will by default match queries for domain name registration and free domain name, which might have been individually targeted by other advertisers at different CPCs. However, if the CPCs for domain name registration and free domain name are higher than your maximum CPC, your ad will not show for searches on these keyword variations. If you raise your CPC in order for your ad to appear for searches on these words, your average CPC will also increase.

© 2002 Google - AdWords Select Home - Terms and Conditions - Contact Us

GOOG-HN 20975
CONFIDENTIAL

**creation_5-29-02.html**

GOOG-HN 20991
CONFIDENTIAL

//depot/ads_branch/google2/ads/frontend/select/faq/creation.html#3 - edit change 105256 (text)

Program Overview
Top 5 Questions
The Basics
Getting Started

Account Set Up
Geo-Targeting
☐Ad Creation
Keywords
Cost-Per-Click
Daily Budget
Billing

Account Maintenance
Common Tasks
Optimization

AdWords Standards
Security
Guidelines

*View all questions*

## Account Set Up: Ad Creation

1. How much text can I have in my ad?
2. Can I put images in my ads?
3. Can I create multiple ads for a set of keywords?
4. What are the Editorial Guidelines?

### 1. How much text can I have in my ad?

Ads can contain 25 characters for the title, 70 characters for the ad text, and 35 characters for a display URL. On Google, this is displayed on four lines: a title, two lines of ad text, and a URL line. However, the format may differ on Google partner sites. America Online, for instance, shows the title and ad text all on one line.

If the text line contains any wide characters (for example: capital letters, lower case 'm' and 'w', and certain punctuation marks such as '@', '&' and '%'), fewer characters may fit on the line. Also, some of Google's syndication partners may not display non-standard characters if you include them in your ad.

### 2. Can I put images in my ads?

In order to maintain a clutter-free environment for our users and advertisers, Google does not allow images of any kind.

### 3. Can I create multiple ads for a set of keywords?

Yes. For each Ad Group you create, you can create as many ads as you like. Because they are triggered by the same keywords, these ads will rotate evenly when your keywords are searched. Google automatically keeps track of the clickthrough rate (CTR) for each of your ads; you can determine which ads perform best by logging in to your account and viewing your campaign reports. You can then refine or delete poorly performing ads.

If you want different ads to appear for different keywords, you can create multiple Ad Groups or campaigns. Once you've finished picking keywords and prices for the first group of ads, you'll have an opportunity to create additional Ad Groups and campaigns. Your ads will rotate evenly if you use the same keyword in different Ad Groups so you don't have multiple ads on the same search results page.

### 4. What are the Editorial Guidelines?

The AdWords Editorial Guidelines, posted on the Google AdWords Select website, define the criteria all ads must meet in order to run on Google. These guidelines focus on helping you to create clear, effective, and informative ads in order to meet your sales goals. Please review the Editorial Guidelines before creating your ads.

GOOG-HN 20992
CONFIDENTIAL

**faq_all_5-29-02.html**

GOOG-HN 21011
CONFIDENTIAL

Program Overview
Top 5 Questions
The Basics
Getting Started

Account Set Up
Geo-Targeting
Ad Creation
Keywords
Cost-Per-Click
Daily Budget
Billing

Account Maintenance
Common Tasks
Optimization

AdWords Standards
Security
Guidelines

☐ View all questions

## AdWords Select: All Frequently Asked Questions

**Top 5 Questions**

1. Why can't I see my ad?
2. How can I make sure my ads appear on Google partner sites?
3. How can I optimize my campaign performance?
4. Is there a minimum spending commitment?
5. How are ads ranked?

**The Basics**

1. What is Google AdWords Select?
2. On what sites could my ads be shown?
3. How is an AdWords Select account structured?
4. Is there a minimum spending commitment?
5. Do I pay in advance?
6. Is there an activation fee?
7. How do I show my ads above the search results?
8. Will my ads appear in all browsers?

**Getting Started**

1. How do I get started?
2. Is there a minimum required clickthrough rate (CTR)?
3. How are ads ranked?
4. When do my ads start running?
5. What if I currently advertise through the original AdWords program?

**Language and Geographic Targeting**

1. To which languages and countries can I target my ads?
2. Does targeting affect the keyword traffic and cost estimates I'll see?
3. How does Google determine a searcher's location?
4. How does Google know a searcher's language?

**Ad Creation**

1. How much text can I have in my ad?
2. Can I put images in my ads?
3. Can I create multiple ads for a set of keywords?
4. What are the Editorial Guidelines?

**Keywords**

1. What are keyword matching options?
2. What can I do if Google estimates more ad traffic than I would like?
3. Why are my average positions reported as fractions (such as 1.5)?
4. What is the keyword suggestion tool?

**Determining Your Cost-Per-Click (CPC)**

GOOG-HN 21012
CONFIDENTIAL

1. Why are there minimum CPCs?
2. Will I need to set a different CPC for every keyword?
3. Why does my average CPC change when I increase my maximum CPC?

## Daily Budget

1. What is a daily budget?
2. Why did I receive more clicks than my daily budget on a particular day?
3. How does Google keep my campaign below the daily budget?

## Billing

1. When does Google bill my credit card?
2. Can I pay by check?
3. What if I have billing questions or concerns?
4. What if I decide to cancel my campaign?
5. What kind of reports will I get?

## Common Tasks

1. How do I increase my daily budget?
2. How do I pause an Ad Group?
3. How do I verify my email address?
4. How do I activate my ads?
5. How do I schedule start and end dates for my campaign?
6. How can I target my campaign by language and location?
7. How do I edit my ad text?
8. How do I edit my keywords and my maximum cost-per-click (CPC)?
9. How do I view my pending charges?
10. How do I choose whether to show my ads on Google partner sites?

## Campaign Optimization

1. Why can't I see my ad?
2. How can I optimize my campaign performance?
3. How can I make sure my ads appear on Google partner sites?
4. How do I restore my campaign to full delivery?
5. What if my keywords are disabled?

## Security

1. How secure is my information?
2. Will my individually identifiable information be shared with Google's partners?
3. What prevents users from repeatedly clicking on my ad?

## Advertising Guidelines

1. Are there guidelines for my ad content?
2. What if my ads don't meet the guidelines?
3. What can I do to help maintain ad quality on Google?

©2002 Google - AdWords Select Home - Terms and Conditions - Contact Us

GOOG-HN 21013
CONFIDENTIAL

geo_7-26-02.html

GOOG-HN 21033
CONFIDENTIAL

| ☒ Google | **AdWords Select - It's All About Results** | Contact Us - Help |

Overview    Compare    Common Terms    Tips    Full Strength FAQ    Editorial Guidelines    Login

Program Overview
**Top 5 Questions**
The Basics
Getting Started

Account Set Up
☐ Geo-Targeting
Ad Creation
Keywords
Cost-Per-Click
Daily Budget
Billing

Account Maintenance
Common Tasks
Optimization

AdWords Standards
Security
Guidelines

*View all questions*

**Account Set Up: Language and Geographic Targeting**

1. To which languages and countries can I target my ads?
2. Does targeting affect the keyword traffic and cost estimates I'll see?
3. How does Google determine a searcher's location?
4. How does Google know a searcher's language?

1. **To which languages and countries can I target my ads?**

   You can target speakers of six languages (English, French, German, Italian, Spanish, and Japanese) and/or more than 250 countries. Choosing your target languages and countries is the first step in creating a Google AdWords Select account. You can also edit these settings at any time after establishing your account. Click here to learn how.

2. **Does targeting affect the keyword traffic and cost estimates I'll see?**

   Yes, your estimates will take into account your language and geographic targets.

3. **How does Google determine a searcher's location?**

   Location targeting is based on the IP (Internet Protocol) address of the searcher. This technique allows us to determine the searcher's country with close to 99% accuracy.

4. **How does Google know a searcher's language?**

   Language targeting is based on the browser display language chosen by the user. For example, Google AdWords ads targeted to German will only be shown to people whose display language is set to German.

©2002 Google - AdWords Select Home - Terms and Conditions - Contact Us

GOOG-HN 21034
CONFIDENTIAL

**guidelines_5-29-02.html**

GOOG-HN 21061
CONFIDENTIAL

Google

Contact Us - Help

AdWords Select - It's All About Results

Overview    Compare    Common Terms    Tips    Full-Strength FAQ    Editorial Guidelines    Login

## AdWords Standards: Advertising Guidelines

Program Overview
Top 5 Questions
The Basics
Getting Started

Account Set Up
Geo-Targeting
Ad Creation
Keywords
Cost-Per-Click
Daily Budget
Billing

Account Maintenance
Common Tasks
Optimization

AdWords Standards
Security
Guidelines

*View all questions*

1. Are there guidelines for my ad content?
2. What if my ads don't meet the guidelines?
3. What can I do to help maintain ad quality on Google?

### 1. Are there guidelines for my ad content?

All ads must meet Google's advertising standards, which can be found in our Terms and Conditions and in the AdWords Editorial Guidelines. Google strongly believes in the importance of relevant, high-quality advertising, which benefits both our advertisers and our search users. By creating clear, well-targeted AdWords ads, you'll reach your potential customers more effectively and help ensure a positive search experience that will build users' confidence in AdWords ads. The result will be higher traffic to your site, increasing the potential return on your ad investment.

Our AdWords Specialists review all of our ads. The guidelines have been recently updated, so until we complete the review process for already existing ads, you may still see some ads that do not comply.

### 2. What if my ads don't meet the guidelines?

We created the Editorial Guidelines to help improve your ad campaigns as well as the Google user experience. If we see that your ads don't follow these guidelines, we will let you know and offer suggestions on how to improve your ads. Often, our system will automatically detect when your ads should be refined. In this case, you may receive a message when you create your ads, or you may notice a link (under the affected Ad Group in your account) to a diagnostics page detailing the possible issues with your ads.

Our AdWords Specialists review your ads and can help you optimize your campaigns. If your ads do not meet our guidelines or are performing poorly, we'll notify you by email. We'll often stop running your ads until you're able to make the necessary changes. As soon as you've made and saved the changes, your ads are automatically resubmitted to us for review.

### 3. What can I do to help maintain ad quality on Google?

**GOOG-HN 21062 CONFIDENTIAL**

Google is committed to providing an optimal user experience as well as giving you the most effective online advertising possible. To do this, we need the help of both our advertisers and our users. If you're an advertiser, you can help by creating concise, informative, and well-targeted ads. Since such ads often generate the highest clickthrough rates (CTRs), you'll see campaign performance improvements, and our users will see useful, informative ads.

Users and advertisers can also help us by reporting any fraudulent or bad-faith advertisers. Google is not responsible for advertisers' websites including, but not limited to maintenance of such web sites, order entry, payment processing, shipping, cancellations, returns, or customer service. However, we value customer service and hope that our advertisers provide quality services. If poor service is rendered by one of our advertisers, we suggest that you contact the Better Business Bureau or Consumer Affairs division of the city where the company is located, as they will be able to investigate your case and act on your behalf. Such organizations provide the most effective forum for addressing cases of consumer dissatisfaction.

©2002 Google - AdWords Select Home - Terms and Conditions - Contact Us

GOOG-HN 21063
CONFIDENTIAL

index_5-30-02.html

GOOG-HN 21118
CONFIDENTIAL

Google

**AdWords Select - It's All About Results**

Overview   Compare   Common Terms   Tips   Full-Strength FAQ   Editorial Guidelines   Login

Program Overview
☐Top 5 Questions
The Basics
Getting Started

Account Set Up
Geo-Targeting
Ad Creation
Keywords
Cost-Per-Click
Daily Budget
Billing

Account Maintenance
Common Tasks
Optimization

AdWords Standards
Security
Guidelines

*View all questions*

## Program Overview: Top 5 Questions

1. Why can't I see my ad?
2. How can I make sure my ads appear on Google partner sites?
3. How can I optimize my campaign performance?
4. Is there a minimum spending commitment?
5. How are ads ranked?

~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

## 1.  Why can't I see my ad?

There are several common reasons you may be unable to see your ad. To help you understand the problem, you can:

1.  **Check back later.**
    Although in most cases your ad is up and running almost immediately after activating your account, sometimes there is a server upload delay and it takes more than a few minutes for your ads to start running. If you still cannot see your ad after an hour and you've checked all of the possibilities below, please contact us to let us know.

2.  **Check your daily budget.**
    When you create your ads and select your keywords, the Traffic Estimator displays a recommended daily budget amount for maximum ad delivery on Google. Note that unless you match the recommended amount, your ad may not appear every time you search for your keywords on Google.

    If your daily budget is set lower than the recommended amount, we spread the delivery of your ad throughout the day in order to stay within your budget. This means that your ad may not appear every time users search on your keywords. To learn how to increase your daily budget, click here.

3.  **Check your maximum cost-per-click (CPC) and the minimum CPCs for your keywords.**
    Each keyword has a minimum CPC associated with it. If your maximum CPC is lower than the minimum CPC for a keyword, the minimum CPC will be displayed in red next to that keyword when you click "Modify Price or Keywords" and view your keyword list. Your ad will not show when that keyword is searched unless you increase your maximum CPC to at least $.01 more than the minimum. To learn how to increase your maximum CPC, click here.

4.  **Check the status of your ad.**
    We review all Google AdWords ads. If an ad does not meet our Editorial Guidelines, you'll see the word "Disapproved" listed below that ad. This means your ad is not currently running and you will receive an email notification explaining the disapproval. Please review our Editorial Guidelines to ensure that your ad complies, or contact us so we can assist you. Once you've made the suggested edits, simply save your changes and your ad will be automatically resubmitted to us for review.

5.  **Check your Geo-Targeting.**
    You can target your campaign to specific countries and languages. If you don't target your

GOOG-HN 21119
CONFIDENTIAL

own country and language, you won't be able to see your ad. To learn how to view and edit your geo-targeting selection, click here.

## 2. How can I make sure my ads show on Google partner sites?

1. **Check your ads.** If you choose to syndicate your ads, you must adhere to our Editorial Guidelines.

   Ads will not run on partner sites until they've been reviewed by our AdWords Specialists, so please ensure that you meet the standards in the Editorial Guidelines. You may notice your ads appearing on Google before they appear on AOL or other partner sites because of this review process. To learn how to edit your ads, click here.

2. **Increase your daily budget.** If your ads qualify for our partner sites, you can expect more people to see your ads and more clicks to come your way. Make sure that you get the exposure you want by increasing your daily budget. Increasing your daily budget increases the likelihood that your ads will appear each time someone searches for your keywords on Google and on our partner sites. To learn how to increase your daily budget, click here.

3. **Increase your maximum cost-per-click (CPC).** Your ad's position is determined by its clickthrough rate (CTR) and your maximum CPC, so you may want to increase your CPC to help improve your ad's position. Only the top three AdWords Select ads will be shown on AOL for any given search result, so raising your CPC increases your chance of consistently appearing on all the partner sites. To learn how to increase your CPC, click here.

4. **Increase your clickthrough rate (CTR).** As mentioned above, your ad's position is partly determined by your CTR, so be sure your ads are optimized and ranked high enough to appear on AOL. You can increase your CTR by refining your ad text, using keyword matching options, and using the keyword suggestion tool to refine your keywords. To learn more about how to increase your CTR, visit our Optimization Tips page.

5. **Check your syndication preference.** Make sure you haven't already opted out of the syndication program. To learn how, click here.

6. If you have original AdWords ads, they may not appear on all of our partner sites.

7. Finally, some of our partners may restrict advertising or keyword search terms based on their own policies regarding content and editorial standards. As a result, one or more of your ads may not appear on partner sites.

## 3. How can I optimize my campaign performance?

To help you create the most effective advertising possible, we offer an Optimization Tips page. We suggest that you use this page for guidance when creating and refining your campaigns. However, these tips are not exhaustive, and we encourage you to experiment with your own ad text and targeting techniques to find what works best for you.

## 4. Is there a minimum spending commitment?

GOOG-HN 21120
CONFIDENTIAL

You can create an account for only a $5 activation fee. You have complete control over how much you spend and how you spend it. You choose the maximum cost-per-click (CPC) and the daily budget that fit your advertising goals.

After you choose your keywords and your maximum CPC, the Traffic Estimator helps you predict the total cost of your Ad Group by estimating the number of clicks you will receive per day. This estimate is based on the maximum CPC you've specified and the average clickthrough rate (CTR) for the keywords you've chosen. You can then decide how much you're willing to spend and set your daily budget to reflect what you're comfortable paying.

### 5. How are ads ranked?

Your ad is ranked on the search results page based on a combination of its maximum cost-per-click (CPC) and clickthrough rate (CTR). The higher your CPC or CTR, the higher your ad's position. Because this ranking system rewards well-targeted, relevant ads, you can't be locked out of the top position as you would be in a ranking system based solely on price. Click here to learn how to increase your CTR in order to improve your ad's position without having to raise your maximum CPC.

When you choose a maximum CPC for your keywords, our Traffic Estimator gives you the estimated average ad position per keyword. This estimate is based on your maximum CPC and the average CTR for each of the keywords you've chosen.

©2002 Google · AdWords Select Home – Terms and Conditions · Contact Us

GOOG-HN 21121
CONFIDENTIAL

**keywords_5-29-02.html**

GOOG-HN 21152
CONFIDENTIAL

Google

**AdWords Select - It's All About Results**

Overview    Compare    Common Terms    Tips    Full-Strength FAQ    Editorial Guidelines    Login

---

Program Overview
**Top 5 Questions**
**The Basics**
**Getting Started**

Account Set Up
**Geo-Targeting**
**Ad Creation**
☐**Keywords**
**Cost-Per-Click**
**Daily Budget**
**Billing**

Account Maintenance
**Common Tasks**
**Optimization**

AdWords Standards
**Security**
**Guidelines**

*View all questions*

## Account Set Up: Keywords

1.  What are keyword matching options?
2.  What can I do if Google estimates more ad traffic than I would like?
3.  Why are my average positions reported as fractions (such as 1.5)?
4.  What is the keyword suggestion tool?

~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

### 1.  What are keyword matching options?

Google AdWords provides matching options that allow you to refine your ad targeting, reduce your cost-per-click (CPC), and increase your ROI.

Broad matching is the default method of keyword targeting for Google AdWords Select. If you choose this option, we recommend using the keyword suggestion tool and the other matching options to further refine your targeting. Broad matching allows your ad to appear for many searches that include your keywords without having to enter every possible combination in your keyword list. Your ad may be shown for searches that are not as well targeted or as useful as you might like. Be sure to create negative keywords for the terms that do not pertain to your business. This gives you more control over who sees your ads so you won't pay for clicks that are unlikely to produce well-targeted results.

The various keyword combinations for which your ad may appear through broad matching may have been targeted by other advertisers at higher CPCs. You could end up paying a high actual CPC for these words, which could increase your average CPC. Using exact, phrase, or negative matches helps you keep your costs low.

*Here are descriptions and examples of each keyword matching option:*

**Broad matches.**
If your keywords are broad-matched, your ad will show for all searches that include those keywords. Unless you select a different matching option using the special characters noted below, your keywords will be broad-matched by default. For example, tennis clothing will match *tennis clothing sales, clothing for tennis tournaments,* etc.

**Phrase matches.**
If your keywords are phrase-matched, your ad won't show unless the user's search terms are in the same order as your keyword phrase specifies. Surround keywords that you'd like to phrase match with double quotes (" "). For example, "tennis clothing" will show your ad when a user searches on *red tennis clothing,* but not *clothing for tennis tournaments.*

**Exact matches.**
If your keywords are exact-matched, your ad won't show if the user's search includes any words besides the exact keyword or phrase that you've specified. Surround the keywords that you'd like to exact match with square brackets ([ ]). For example, [tennis clothing] will keep your ad from showing for searches on *tennis clothing sales.*

**GOOG-HN 21153**
**CONFIDENTIAL**

**Negative matches.**
If your keywords are negative-matched, your ad won't show if the user's search includes that word. Add the negative character (-) in front of the keyword you'd like to exclude. For example, if your keyword is tennis clothing and your negative keyword is -red, your ad will not show when a user searches on *red tennis clothing.*

## 2. What can I do if Google estimates more ad traffic than I would like?

Once you've selected your keywords and a maximum cost-per-click, the Traffic Estimator will show you estimates for your average position and the number of clicks per day you're likely to receive. If the estimates predict more traffic than you'd like, you can control your costs by refining your keywords, adjusting your maximum CPC, or selecting an appropriate daily budget.

You can refine your keywords to reach a more targeted audience by using keyword matching options or use our keyword suggestion tool to create more specific keywords.

Lowering the maximum CPC you're willing to pay will reduce your actual CPC. However, this will qualify you for a lower position on the results page and could reduce the effectiveness of your campaign.

You can also control the amount of traffic your ad receives by setting your daily budget to limit how often Google displays your ad, rather than showing it every time your keywords are searched. Based on the estimates calculated by our Traffic Estimator, your ad is shown evenly throughout each day at a frequency that falls within your budget.

## 3. Why are my average positions reported as fractions (such as 1.5)?

Unless you choose specific keyword matching options, your keyword targets will likely match a large number of different queries. For example, targeting domain name will match queries for domain name registration and free domain name, which might have been individually targeted by another advertiser at a different cost-per-click (CPC). If your maximum CPC is high enough to land your ad in the first position for the query free domain name, but only in the fourth position for domain name registration, your average position might turn out to be 2.4.

## 4. What is the keyword suggestion tool?

This tool helps you refine your keywords. For each keyword, the keyword suggestion tool can provide you with a list of common search terms that are variations on or are otherwise related to your keyword.

These search terms are useful to know so that you can:

- o Use the relevant results provided by the keyword suggestion tool as exact or phrase keyword matches in order to target a specific audience.
- o Identify terms that don't pertain to your business or product, and use those terms as negative keywords.
- o Combine the useful results with your current keywords to refine them.

To access the keyword suggestion tool, click "suggest keywords" next to your keywords, or visit: https://adwords.google.com/select/main?cmd=KeywordSandbox.

© 2002 Google · AdWords Select Home · Terms and Conditions · Contact Us

GOOG-HN 21154
CONFIDENTIAL

**optimization_5-29-02.html**

GOOG-HN 21195
CONFIDENTIAL

Google

**AdWords Select - It's All About Results**

Contact Us - Help

Overview     Compare     Common Terms     Tips     Full-Strength FAQ     Editorial Guidelines     Login

Program Overview
Top 5 Questions
The Basics
Getting Started

Account Set Up
Geo-Targeting
Ad Creation
Keywords
Cost-Per-Click
Daily Budget
Billing

Account Maintenance
Common Tasks
□Optimization

AdWords Standards
Security
Guidelines

*View all questions*

## Account Maintenance: Campaign Optimization

1. Why can't I see my ad?
2. How can I optimize my campaign performance?
3. How can I make sure my ads appear on Google partner sites?
4. How do I restore my campaign to full delivery?
5. What if my keywords are disabled?

---

### 1. Why can't I see my ad?

There are several common reasons you may be unable to see your ad. To help you understand the problem, you can:

1. **Check back later.**
   Although in most cases your ad is up and running almost immediately after activating your account, sometimes there is a server upload delay and it takes more than a few minutes for your ads to start running. If you still cannot see your ad after an hour and you've checked all of the possibilities below, please contact us to let us know.

   **GOOG-HN 21196**
   **CONFIDENTIAL**

2. **Check your daily budget.**
   When you create your ads and select your keywords, the Traffic Estimator displays a recommended daily budget amount for maximum ad delivery on Google. Note that unless you match the recommended amount, your ad may not appear every time you search for your keywords on Google.

   If your daily budget is set lower than the recommended amount, we spread the delivery of your ad throughout the day in order to stay within your budget. This means that your ad may not appear every time users search on your keywords. To learn how to increase your daily budget, click here.

3. **Check your maximum cost-per-click (CPC) and the minimum CPCs for your keywords.**
   Each keyword has a minimum CPC associated with it. If your maximum CPC is lower than the minimum CPC for a keyword, the minimum CPC will be displayed in red next to that keyword when you click "Modify Price or Keywords" and view your keyword list. Your ad will not show when that keyword is searched unless you increase your maximum CPC to at least $.01 more than the minimum. To learn how to increase your maximum CPC, click here.

4. **Check the status of your ad. We review all Google AdWords ads.**
   If an ad does not meet our Editorial Guidelines, you'll see the word "Disapproved" listed below that ad. This means your ad is not currently running and you will receive an email notification explaining the disapproval. Please review our Editorial Guidelines to ensure that your ad complies, or contact us so we can assist you. Once you've made the suggested edits, simply save your changes and your ad will be automatically resubmitted to us for review.

5. **Check your Geo-Targeting.**
   You can target your campaign to specific countries and languages. If you don't target your own country and language, you won't be able to see your ad. To learn how to view and edit your geo-targeting selection, click here.

## 2. How can I optimize my campaign performance?

To help you create the most effective advertising possible, we offer an Optimization Tips page. We suggest that you use this page for guidance when creating and refining your campaigns. However, these tips are not exhaustive, and we encourage you to experiment with your own ad text and targeting techniques to find what works best for you.

## 3. How can I make sure my ads appear on Google partner sites?

1. **Check your ads.**
   If you choose to syndicate your ads, you must adhere to our Editorial Guidelines. Ads will not run on partner sites until they've been reviewed by our AdWords Specialists, so please ensure that you meet the standards in the Editorial Guidelines. You may notice your ads appearing on Google before they appear on AOL or other partner sites because of this review process. To learn how to edit your ads, click here.

2. **Increase your daily budget.**
   If your ads qualify for our partner sites, you can expect more people to see your ads and more clicks to come your way. Make sure that you get the exposure you want by increasing your daily budget. Increasing your daily budget increases the likelihood that your ads will appear each time someone searches for your keywords on Google and on our partner sites. To learn how to increase your daily budget, click here.

3. **Increase your maximum cost-per-click (CPC).**
   Your ad's position is determined by its clickthrough rate (CTR) and your maximum CPC, so you may want to increase your CPC to help improve your ad's position. Only the top three AdWords Select ads will be shown on AOL for any given search result, so raising your CPC increases your chance of consistently appearing on all the partner sites. To learn how to increase your CPC, click here.

4. **Increase your clickthrough rate (CTR).**
   As mentioned above, your ad's position is partly determined by your CTR, so be sure your ads are optimized and ranked high enough to appear on AOL. You can increase your CTR by refining your ad text, using keyword matching options, and using the keyword suggestion tool to refine your keywords. To learn more about how to increase your CTR, visit our Optimization Tips page.

5. **Check your syndication preference.**
   Make sure you haven't already opted out of the syndication program. To learn how, click here.

6. If you have original AdWords ads, they may not appear on all of our partner sites.

7. Finally, some of our partners may restrict advertising or keyword search terms based on their own policies regarding content and editorial standards. As a result, one or more of your ads may not appear on partner sites.

## 4. How do I restore my campaign to full delivery?

You will receive an email if the last 1,000 ad impressions served to the campaigns in your account receive fewer than five clicks. The email will describe the simple steps you can follow to improve the performance of your keywords and restore your campaigns to full delivery.

For details on optimizing your campaigns and keywords, please read our Optimization Tips page.

Please note that the AdWords automated performance monitor will continue to watch the clickthrough rate (CTR) of your keywords, so if your targeting improvements don't work out, you will receive another email. If you need to restore full delivery a third time, you will be charged a $5 reactivation fee.

## 5. What if my keywords are disabled?

**GOOG-HN 21197**
**CONFIDENTIAL**

If one or more of your keywords have been disabled, it's because they were not performing well for you and were therefore hurting the overall clickthrough rate (CTR) of your campaign. We encourage you to use more specific, better-targeted advertising and keywords. If you believe you can improve the clickthrough rate of your disabled keywords by improving your ad text, delete the disabled keywords and use them with new ads in a new Ad Group or campaign.

For tips on how to improve your ads, follow the steps on our Optimization Tips page.

©2002 Google – AdWords Select Home · Terms and Conditions – Contact Us

GOOG-HN 21198
CONFIDENTIAL

security_5-29-02.html

GOOG-HN 21249
CONFIDENTIAL

Google

**AdWords Select - It's All About Results**

Contact Us - Help

Overview    Compare    Common Terms    Tips    Full-Strength FAQ    Editorial Guidelines    Login

Program Overview
Top 5 Questions
The Basics
Getting Started

Account Set Up
Geo-Targeting
Ad Creation
Keywords
Cost-Per-Click
Daily Budget
Billing

Account Maintenance
Common Tasks
Optimization

AdWords Standards
Security
Guidelines

*View all questions*

## AdWords Standards: Security

1. How secure is my information?
2. Will my individually identifiable information be shared with Google's partners?
3. What prevents users from repeatedly clicking on my ad?

### 1. How secure is my information?

We understand that making an advertising purchase online involves a great deal of trust on your part. We take this trust very seriously, and make it our highest priority to ensure the security and confidentiality of the information you provide. Google uses industry-standard SSL (secure socket layer) technology to protect every interaction you have with the AdWords system. This protects your credit card and other personal information. Once we receive your information, we not only store it behind a firewall, but also encrypt the sensitive credit card information.

When credit cards are submitted through the secure online form, they are checked against the account information by our third-party credit card processor. If information submitted is invalid, the credit card will not be accepted. If the information is valid but there are discrepancies, the third-party credit card processor returns a fraud score based on the number of discrepancies between the credit card account and the AdWords account information. High fraud scores are flagged by our system for review by an AdWords Specialist.

The information you provide us with will only be used by Google in an effort to serve you better. We don't share or sell your personal information. For more details, please see our Privacy Policy.

### 2. Will my individually identifiable information be shared with Google's partners?

No. Your individually identifiable information will remain with Google only. Please see our Privacy Policy and Terms and Conditions.

### 3. What prevents users from repeatedly clicking on my ad?

Google closely monitors all clicks on AdWords Select ads to ensure that there is no abuse of the program. This includes analyzing all clicks to determine whether they fit a pattern of fraudulent use intended to artificially drive up an advertiser's clicks. Google's proprietary technology automatically distinguishes between clicks generated through normal use by users and clicks generated by click spammers and automated robots. As a result, we're able to filter out clicks you don't want and ensure they don't show up on your reports or bills.

©2002 Google - AdWords Select Home - Terms and Conditions - Contact Us

GOOG-HN 21250
CONFIDENTIAL

start_5-29-03.html

GOOG-HN 21303
CONFIDENTIAL

//depot/ads_branch/google2/ads/frontend/select/faq/start.html#4 - edit change 105256 (text)

☒ Google

**AdWords Select - It's All About Results**

Contact Us - Help

Overview    Compare    Common Terms    Tips    Full-Strength FAQ    Editorial Guidelines    Login

Program Overview
Top 5 Questions
The Basics
☐Getting Started

Account Set Up
Geo-Targeting
Ad Creation
Keywords
Cost-Per-Click
Daily Budget
Billing

Account Maintenance
Common Tasks
Optimization

AdWords Standards
Security
Guidelines

*View all questions*

## Program Overview: Getting Started

1. How do I get started?
2. Is there a minimum required clickthrough rate (CTR)?
3. How are ads ranked?
4. When do my ads start running?
5. What if I currently advertise through the original AdWords program?

### 1. How do I get started?

There are five easy steps involved in creating and activating a Google AdWords Select account.

o **Step 1: Target languages and countries.**
Choose from among five major languages and more than 250 countries.

o **Step 2: Create Ad Groups.**
Design your ads, choose targeted keywords, and specify your maximum cost-per-click.

o **Step 3: Specify your daily budget.**
Your maximum daily budget helps determine your ad exposure (the number of times Google shows your ad in a day). There is no minimum daily budget.

o **Step 4: Sign up.**
In this step, you create your Google AdWords Select account. You don't need to submit your billing information at this point. All you need to do is:

 ▪ Review and accept the Google AdWords Terms and Conditions.
 ▪ Provide us with your email address.
 ▪ Select a password.

o **Step 5: Activate your ads.**
Verify your email address, log in to your account, and submit your billing information. Your ads will begin running on Google immediately after you've entered your credit card information. Click here to sign up or learn more.

### 2. Is there a minimum required clickthrough rate (CTR)?

**GOOG-HN 21304
CONFIDENTIAL**

Yes. To ensure your advertising is effective for you and your users, we require that your account and individual keywords maintain a minimum clickthrough rate (CTR).

For ads that appear in the first position across our partner sites, the minimum required CTR is typically 1.0%. (The minimum required CTR for ads appearing just on Google is 0.5%.) The CTR threshold for ads appearing across our partner sites is higher due to the improved overall positioning of AdWords ads on our expanded network of partner sites.

This performance metric is evaluated after every 1,000 ad impressions are delivered on Google. The AdWords automated performance monitor may slow or stop delivery of your ads so you can improve your campaigns if it detects problems with your account or keywords.

*Account level performance monitoring:*
If the CTR for your account falls below the minimum required CTR, we'll mark those poorly performing keywords with two yellow asterisks ("**"). To give you the opportunity to improve your ads' performance, they'll show only occasionally when users search on marked keywords. Unless you delete or refine these keywords, they'll be marked with a single red asterisk ("*"), and your ads may stop showing for these keywords altogether. You'll need to refine your campaigns to improve their performance and effectiveness. After editing your campaigns, restore full delivery to them.

*Keyword level performance monitoring:*
If the CTR for any of your keywords falls below the minimum required CTR, we will mark the keywords with a single red asterisk ("*"), and your ads will no longer be shown for them.

For ideas on how to improve your ad performance, visit our Optimization Tips page.

## 3. How are ads ranked?

Your ad is ranked on the search results page based on a combination of its maximum cost-per-click (CPC) and clickthrough rate (CTR). The higher your CPC or CTR, the higher your ad's position. Because this ranking system rewards well-targeted, relevant ads, you can't be locked out of the top position as you would be in a ranking system based solely on price. Click here to learn how to increase your CTR in order to improve your ad's position without having to raise your maximum CPC.

When you choose a maximum CPC for your keywords, our Traffic Estimator gives you the estimated average ad position per keyword. This estimate is based on your maximum CPC and the average CTR for each of the keywords you've chosen.

## 4. When do my ads start running?

Once you've completed the account creation process, you'll need to activate your account. The AdWords team will send you an email asking you to click on a specific link to verify your email address. After your address has been verified, you can log in to your new account. You'll see a message asking you to submit your billing information. Your ads will usually appear on Google within a few minutes after that's been done. You may notice that your ads appear on Google before appearing on Google partner sites. This is because all ads appearing on our partner sites must be reviewed for compliance with our Editorial Guidelines *before* they can run.

## 5. What if I currently advertise through the original AdWords program?

We encourage you to switch to Google AdWords Select. With cost-per-click (CPC) pricing, daily budget control, and a larger audience, Google AdWords Select offers a highly effective solution to your advertising needs. Click here to learn more and create an account.

When completing the sign-up process for your new account, you may use the same username and password for your Google AdWords Select account that you've been using for your original Google AdWords account.

To maintain the diversity of ads in the Google AdWords programs, we require that you disable your original Google AdWords ads after creating an AdWords Select account. To do so, please follow the steps below for each of your active campaigns:

1. Log in to your original Google AdWords account.
2. Click "Edit" next to your active campaign.
3. Click "Stop running the ads in this campaign."
4. Your ads will stop running, and you will only be charged for unpaid impressions delivered to date.

GOOG-HN 21305
CONFIDENTIAL

**tasks_5-29-02.html**

GOOG-HN 21340
CONFIDENTIAL

⌧ Google

**AdWords Select - It's All About Results**

Contact Us - Help

Overview    Compare    Common Terms    Tips    Full-Strength FAQ    Editorial Guidelines    Login

Program Overview
Top 5 Questions
The Basics
Getting Started

Account Set Up
Geo-Targeting
Ad Creation
Keywords
Cost-Per-Click
Daily Budget
Billing

Account Maintenance
☐Common Tasks
Optimization

AdWords Standards
Security
Guidelines

*View all questions*

## Account Maintenance: Common Tasks

1. How do I increase my daily budget?
2. How do I pause an Ad Group?
3. How do I verify my email address?
4. How do I activate my ads?
5. How do I schedule start and end dates for my campaign?
6. How can I target my campaign by language and location?
7. How do I edit my ad text?
8. How do I edit my keywords and my maximum cost-per-click (CPC)?
9. How do I view my pending charges?
10. How do I choose whether to show my ads on Google partner sites?

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

### 1.  How do I increase my daily budget?

You can raise your daily budget by following these steps:

- Log in to your account.
- Click "View/Edit Campaigns" at the top of the page.
- Click "Edit Campaign Settings" next to the campaign for which you wish to edit your daily budget.
- Enter your daily budget in the "Budget" field.
- Click the "Save Changes" button.

Please see the Billing FAQ for more information about our billing policy.

### 2.  How do I pause an Ad Group?

You can pause an Ad Group at any time by following these steps:

- Log in to your account.
- Click "View/Edit" next to the campaign you want to edit.
- Click "Pause Ad Group" next to each Ad Group you want to pause.

To completely disable your AdWords Select account, pause all of your Ad Groups. You can always reactivate an Ad Group at some point in the future if you wish. Alternatively, you can set the daily budget for your campaign to $0.

### 3.  How do I verify my email address?

**GOOG-HN 21341
CONFIDENTIAL**

You should have received an email message when you first signed up. That email contains a link, which you can click to verify that your email address is accurate.

Note that some email programs display long URLs in a way that prevents them from working as clickable links. In such cases, you may have to copy and paste the entire URL into your browser's address bar and press the Enter key to complete the verification process.

Once you have successfully verified your address, please activate your ads by submitting your

billing information.

### 4. How do I activate my ads?

Follow these steps to activate your campaign:

- o Log in to your account.
- o Click on the "Account Management" tab.
- o Click "Edit Billing Information" below the tab.
- o Fill out the credit card information.
- o Click "Record my new billing information." Your ads will begin running immediately.

### 5. How do I schedule start and end dates for my campaign?

After setting up your campaign, you can change the start and end dates at any time. Please note that your campaign will start at 12:00 AM Pacific Standard Time on your start date and will end at 11:59 PM Pacific Standard Time on your chosen end date. To edit your start and end dates, please follow these steps:

- o Log in to your account.
- o Click "View/Edit Campaigns" at the top of the page.
- o Click "Edit Campaign Settings" next to the campaign for which you wish to schedule start and end dates.
- o Edit your start and end dates in the fields provided.
- o Click the "Save Changes" button when you're finished.

### 6. How can I target my campaign by language and location?

When creating a new campaign, simply select one or more countries and one or more languages in Step 1. Once your campaign has been created, click "Edit Campaigns", find the campaign in question, and then click "Edit Campaign Settings" for that campaign in order to start, stop, or change location and language targeting.

### 7. How do I edit my ad text?

You can change your ad text at any time by following these steps:

- o Log in to your account.
- o Click "View/Edit" next to the campaign you want to edit.
- o Scroll down the page until you see the ad you want to edit.
- o Click "Edit" underneath the ad you want to edit.
- o Make your changes. Don't forget to click the "Save Changes" button when you're finished.

### 8. How do I edit my keywords and my maximum cost-per-click (CPC)?

You can change your keywords and maximum cost-per-click at any time by following these steps:

- o Log in to your account.
- o Click "View/Edit" next to the campaign you want to edit.
- o Scroll down to the Ad Group you want to change.
- o Click "Modify Price or Keywords" at the far right.
- o Delete or refine keywords by clicking "delete" or clicking "suggest keywords" to access the keyword suggestion tool.
- o Add more keywords by clicking "Add Keywords" at the bottom, and click "Update Keyword List" when finished.

GOOG-HN 21342
CONFIDENTIAL

o After completing the steps above and checking the estimates for your edits, don't forget to click the "Save Changes" button.

## 9. How do I view my pending charges?

To view pending charges for your campaign, please follow the steps below:

o Log in to your account. The "Campaign Summary" page is the first page you see when you log in. This page provides reporting statistics for your campaigns and Ad Groups. You can run this report for specified date ranges.
o Look at the top of the page to find the date range selection fields that allow you to choose a report from "today," "yesterday," "last 7 days," "this month," "all time," or any specific time period.
o Set the report start date to the day after your most recent charges were processed. [Note that you can click on the "Account Management" tab at the top of the screen to view charges that have already been charged to your credit card.]
o Set the end date to today's date.
o Click "Display Report." The "overall cost" entry shows your current charges.

## 10. How do I choose whether to show my ads on Google partner sites?

You are automatically included in the syndication program when you create your Google AdWords account. However, you can change your campaign's syndication preference at any time. This means that you can choose to syndicate some of your campaigns or none of them. Please follow these steps to edit your syndication preference:

o Log in to your account.
o Click "View/Edit Campaigns" at the top of the page.
o Click "Edit Campaign Settings" next to the campaign for which you would like to edit your syndication preference.
o Scroll to the bottom of the page to locate the "Syndication Preference" box.

- If you want your campaign to appear on our partner sites, the box should not be checked.
- If you do not want your campaign to appear on our partner sites, check the box.

o Click "Save Changes" after completing the above edit.

©2002 Google - AdWords Select Home - Terms and Conditions - Contact Us

GOOG-HN 21343
CONFIDENTIAL