Google AdWords Help Center

*Aug '06*

**Google** AdWords Help Center Home

Change Language: English (US)

## About AdWords

### Cost Overview

- How much does AdWords cost?
- When do you bill (for post-pay advertisers)?
- When do my ads start accruing costs?
- Do I pay for every click on my ad?
- Are there spending requirements, a minimum contract length, or other qualifying terms?
- What if I have billing questions or concerns?

### Benefits of AdWords

- AdWords Advantages
- I already buy other types of online advertising. Why should I try this?
- Success stories
- Program Comparison
- Lesson : Benefits of AdWords

### AdWords Overview

- How are ads ranked?
- How is an AdWords account structured?
- What is Google AdWords?
- How does AdWords know where to show my ads?
- How do I contact an AdWords representative?
- When do my ads start running?
- What basic terminology should I know?
- Where do I even begin?
- I have a website—can I run AdWords ads on my site?
- What's the phone icon on Google search results? How does it work?
- Lesson: What is Google AdWords?
- What are the technical requirements for using AdWords?

# Google AdWords Help Center

- Where can I learn about other Google products?
- Where can I learn about Google's free search results?

**Jumpstart Overview**

- What is Jumpstart?
- Why does Jumpstart require a minimum daily budget to sign up?
- How do I sign up for Jumpstart?
- Do I need to start serving ads within a certain timeframe after signing up for AdWords through the Jumpstart program?
- How can I get involved with my Jumpstart campaign early on?
- Where is Jumpstart available, and in what languages?

**Participating in Jumpstart**

- Can I review my new Jumpstart campaign prior to serving ads?
- Why are you asking if my target audience is limited to a specific region?
- Can I cancel my Jumpstart request?
- I signed up for Jumpstart. When will my ads start showing?
- Why do I need to confirm my email address for Jumpstart? How do I do this?
- I like the results I'm seeing from my new campaign. Can I request another Jumpstart campaign?
- How can I enhance the performance of my Jumpstart campaign?
- Can I make changes to my Jumpstart campaign?
- I signed up for Jumpstart, but haven't received my new campaign. What's going on?

**Signing Up for an Account** [1]

- What are the steps to creating an AdWords account?
- Demo: Getting Started with Google AdWords
- What are the steps to creating an AdWords Starter Edition text ads account?
- Why am I getting the error message 'user already exists' when I try to create an AdWords account?
- How do I set my time zone?
- Will a time zone change affect my previous account statistics?
- What is the time zone for my AdWords account?
- What time zones are available?
- Does Daylight Saving Time affect my account statistics?

**Starter Edition Overview**

# Google AdWords Help Center

- How much does AdWords Starter Edition cost?
- What is AdWords Starter Edition?
- Who will see my Starter Edition text ad?
- How do I choose between Starter and Standard Edition? Which is right for me?
- What if I choose the wrong edition?
- Is there any charge to create a Starter Edition account?

## Using Your Starter Edition Account

- What is the AdWords health meter?
- How do I edit my ad text in a Starter Edition account?
- How can I set a click price limit for my Starter account?
- How do I use the My Ad Campaign page?
- How do I choose effective keywords for my Starter Edition ad?
- How do I write effective Starter Edition ads?
- Now that my Starter Edition ad is running, what essentials should I know?
- Can I run image ads with a Starter Edition account?
- What is included in my overall performance?
- How do I know if my Starter Edition account is running and performing well?

## Local Business Ads

- What are the steps to creating a Starter Edition local business ads account?
- What language and location ad targeting options do I have for Starter Edition local business ads?
- Why can't I create different ad formats in Starter Edition?
- Who will see my Starter Edition local business ads?
- Who can create local business ads?

## Targeting Your Audience

- What Starter Edition language and location ad targeting options do I have?
- How do I edit the language or location settings for my Starter Edition account?
- What if I need to show my text ad in more than one location?
- What features does the Starter Edition Keyword Tool include?
- What does 'within driving distance' mean?

## Budgeting and Pricing

https://adwords.google.com/support/?hl... 1

# Google AdWords Help Center

- How do I choose a budget for my Starter Edition account?
- How do I change the budget for my Starter Edition account?

**Graduating to Standard Edition**

- How do I graduate from Starter Edition to Standard Edition?
- What should a newcomer know about Standard Edition?
- How do the Starter Edition and Standard Edition compare?
- Can I switch from Standard Edition to Starter Edition?

**ted Business Pages Overview**

- Why isn't my hosted business page listed in Google Search results?
- Why is the URL displayed in my ad shorter than the actual URL to access my webpage?
- Why can't I use the URL displayed in my ad to access my webpage?
- What are hosted business pages?
- I'm already an AdWords advertiser. How do I get a hosted business page?
- How do hosted business pages work?
- Can I enter information in other languages?
- Can I advertise a business outside the US?

**Getting Started with Hosted Business Pages**

- Why won't my image upload?
- What information should I include on my webpage?
- How do I get a hosted business page?

**Maintaining your Hosted Business Page**

- What is the URL for my webpage?
- I can't see my hosted business page ad. What's wrong?
- I can't access my webpage. What's wrong?
- How do I add an image to my webpage?
- How can I edit my webpage once it's published?
- Can I use HTML when creating my webpage?

**Glossary**

- Daily Budget
- Ad Served Percentage (%)
- Display URL
- Destination URL
- Outstanding Balance
- Maximum Cost-Per-Click
- Google Account
- Service Adjustment
- Activation Fee
- Quality Score
- Maximum CPM
- Impression
- Ad Group
- Cost-per-click
- AdWords Discounter
- Account Activation
- CPM
- Campaign
- Clickthrough Rate
- Pacific Time (PST or PDT)
- Business Address
- Adjustment - Click Quality
- Actual cost-per-click
- Keyword
- Ad Rank/Positioning
- Average Position (Avg. Pos.)
- Impressions per day
- Exception request
- Average Cost per Click (Avg. CPC)
- Account Creation
- Keyword Matching Options
- Google AdWords
- IP Address
- Keyword Tool
- Find and Edit Max CPCs
- Ad Optimization

- Recommended Daily Budget
- Google AdSense
- Ask a specialist via chat
- Minimum cost-per-click bid
- Affiliate
- Unacceptable Content
- How do I review all of my disapproved ads?
- Pay-per-click (PPC)
- Conversion Page
- Value / Click
- Conversion
- Text Ad
- Keyword-targeted campaign
- Traffic Estimator
- Conversion rate
- Cost / Conversion
- Cost / Transaction
- Image Ads
- Find and Edit Keywords
- Contextual Advertising
- Account History
- Domain
- Google Network
- URL... (Uniform Resource Locator)
- eCPM
- Return on Investment (ROI)
- Geo-Targeting
- Value / Cost
- Landing Page
- Keyword State - Active
- Overdelivery Credit
- Ads Diagnostic Tool
- End date
- SOAP
- Conversion Tracking
- Total Value

# Google AdWords Help Center

- Find and Edit Ad Text
- Campaign Negative Keywords
- Keyword Status
- Credit Limit
- WSDL
- Site-targeted campaign
- Client manager
- # of conversions
- API
- Google tracking URLs
- Keyword State - Inactive for Search
- Gmail
- Double Serving
- Average Value
- Editorial Guidelines
- Channel
- Transaction
- Control Center
- Invoice Adjustment
- Approval Status
- Conversion Types
- Channel ad
- Search Total
- Distribution Preference
- Tracking URLs
- Keyword Advertising
- Trademark
- Disapproved Ads Tool
- Approval Status - Disapproved
- Channel account
- Cross-channel conversion tracking
- Relevance
- API Quota
- Charges
- Channel campaign
- My Change History

- Credits
- Invalid Clicks
- Starting Page
- Ad Variations
- Zero Impression Keywords
- Standard Edition
- Ad Scheduling
- Time Zone
- Play Rate
- Creating Image
- Ad Delivery
- IRF Tax
- Boleto bancário
- Position Preference
- Local business ad
- Mobile Destination URL
- Mobile Web Page
- Customer ID
- Starter Edition
- Click
- System Maintenance

## General Account Information

**Value Added Tax (VAT)**

- Does VAT apply to Google AdWords?
- How are EU AdWords advertisers affected by VAT?
- How do I provide Google with a valid VAT number?
- Who can I contact with VAT questions?
- Lesson: Value Added Tax
- How do I change to a business or non-business account?
- How do I self-assess VAT?
- How do I find Google's tax ID?
- I qualify to self-assess VAT. Can I get refunded for previous VAT charges?
- Are businesses in my location subject to VAT?

# Google AdWords Help Center

**Payment Options**

- What are my payment options?
- How do I make a payment?
- How do I choose the payment method that's right for me
- What is a backup credit card and can I use one?
- Can I switch my currency after setting up my account?
- Interactive Form: Account Fees and Payment Options
- Can I use PayPal (tm) to pay for my AdWords account?
- Lesson: Payment Options
- Can I switch my payment options after setting up my account?

**Postpay (Credit card and debit card)**

- What if my payment is declined?
- Why was my payment declined?
- How does Google process direct debit payments?
- Why was I billed after I paused or deleted my campaigns?
- How do I change my credit card information?
- Can I raise my credit limit above the maximum amount?
- How long does it take to process my payment information?
- How do I accrue charges?
- How do I view charges?
- In what locations is payment by direct debit available?

**ay (Bank transfer)**

- How do I enable ActiveX in Internet Explorer?

**Prepay Overview**

- Who is eligible to prepay for AdWords advertising?
- Is there a minimum prepayment amount?
- What does it mean to prepay for AdWords advertising?
- When do you bill (for prepay advertisers)?

**Bank Transfer**

- What do I need to know about bank transfers?
- How do I make a bank transfer payment?
- Who is eligible to pay by bank transfer?
- How can I ensure that Google receives my bank transfer payment?
- What if I "lose" my reference number or want to pay an amount different from what I specified?
- How long does a bank transfer take?

**Refunds**

- How do I request a refund for my remaining prepaid balance?
- Can I cancel a refund request once I make it?
- How long do refunds take?
- What should I do if it's taking a while for my funds to transfer?

**Boleto Bancário**

- Why do you need my Tax ID information?
- Who is eligible to pay by boleto bancário?
- What do I need to know about boleto bancário?
- How do I make a payment by boleto bancário?

**Billing Overview**

- How and when do I enter and edit my billing information?
- What's a promotional code, and how do I redeem one?
- How do I get an invoice?
- Does Google AdWords offer credit terms and invoicing?
- Lesson: Basic Billing Process
- How do I view my pending charges?
- What's this Invoice Adjustment in my billing summary?
- How secure is my payment information?
- Lesson: Invoicing
- Demo: Understanding your Billing Statement
- Do I get a credit if I refer a friend to AdWords?

**Troubleshooting Billing**

- Why am I being charged for more than my daily budget on some days?

# Google AdWords Help Center

- Why was my credit card or debit card billed multiple times in one month?
- Lesson: Billing Details & Issue Resolution
- When do you bill - Australia
- I redeemed a promotion code. Why am I being charged now?
- Why are my Campaign Summary stats different from my Billing Summary charges?
- What's this Adjustment in my billing summary?
- What if I am charged twice for the same amount?

**Editorial and Site Guidelines**

- What are the requirements and general guidelines for my AdWords ads?
- What is Google's trademark policy?
- Can I have multiple AdWords accounts?
- Can I show more than one of my ads on a page?
- Editorial Guidelines for Text Ads
- What is Google's affiliate advertising policy?
- Advertising in China
- What are the format and editorial requirements for image ads?
- What do I have to do to advertise my online pharmacy or be an affiliate of one?
- Content Policy
- Editorial Guidelines for Image Ads
- Lesson: AdWords Policies
- What are the editorial guidelines for animated ads?
- What is Google's policy for online pharmacy ads?
- Why do I need to re-accept the AdWords Terms and Conditions?
- How do I avoid seeing adult ads?
- What should I know as an affiliate advertiser?
- What are Google's policies on child and teen pornography?
- Change in Online Pharmacy Verification Provider
- What are the editorial guidelines for video ads?

**Invalid Clicks**

- Does high click volume mean I'm getting invalid clicks?
- How does Google detect invalid clicks?
- What kinds of clicks does Google consider invalid?
- How do I report suspected invalid clicks?

https://adwords.google.com/support?hl=dhrm=1

# Google AdWords Help Center

- Will you still charge me for clicks if my URL is inaccessible?
- How will Google credit my account for invalid clicks?
- What does Google do when invalid clicks are detected?
- What can I do to help monitor or prevent invalid clicks on my ad?
- Will my reporting be affected by invalid clicks?
- Lesson: What are Invalid Clicks?
- What to do when you see increases in clicks
- How do I alert Google to suspected invalid clicks that aren't being filtered?

**Troubleshooting Disapproved Ads**

- Why is my ad disapproved? What should I do next?
- Tool: Disapproved Ads
- How do I resubmit an ad?
- Why can't I use special punctuation / spellings / capitals?
- What if my ads don't meet the guidelines?
- The Find/Edit Ad Text tool found editorial violations in my ads. What can I do?

**Account**

- How does Google handle personal data?
- Will my personal information be shared?

**User Feedback**

- What will Google do with collected user feedback?
- What user information does Google collect?
- Why is Google collecting user feedback?

# Working with My AdWords Account

**Potential Reasons and Solutions**

- Why can't I see my ad?
- What should I do if I can no longer see my ad for some broad match variations of my keywords?
- Why can't I see my regionally targeted or customized ads? What should I do?
- Why isn't my image ad showing?

- I can see my ad, but I can't see my site in the search results. Why?
- Why can't I see my site-targeted ad?
- What should I do if I follow the Ads Diagnostic Tool instructions and I still can't see my ad?
- Lesson: Troubleshooting Issues with Ad Visibility

**Troubleshooting Tools**

- Tool: Ads Diagnostic Tool
- Tool: "Can't see your ad?" wizard

**unt Cost**

- Demo: Bidding and Ranking
- Lesson: Cost Control

**Account Cost Overview**

- How do I control the cost of my ads?
- Does it cost extra to show my ads on all of the Google Network sites?
- Do you offer separate pricing for content clicks?
- What are the account bid management options?

**CPM Pricing for Site-Targeted Campaigns**

- How does CPM pricing work? Why is it being offered?
- How much do site-targeted ads cost?
- What is the minimum allowable max CPM for site-targeted ads?

**Budget**

- Lesson: Overdelivery
- Which ad delivery option is best for my campaign?

**The Google Budget Optimizer: Automatic Budgeting**

- What's the Google Budget Optimizer(TM) tool?
- Can I view my Google Budget Optimizer(TM) CPCs?
- How will the Google Budget Optimizer(TM) tool affect my ad position?

- How will the Google Budget Optimizer(TM) tool affect my billing and costs?
- Will changing keywords in my Google Budget Optimizer(TM) campaign affect my clicks or spending?
- How does the Google Budget Optimizer(TM) tool calculate traffic estimates?
- How does the Google Budget Optimizer(TM) tool work?
- How do I edit my Google Budget Optimizer(TM) target budget?
- Will the Google Budget Optimizer(TM) tool always spend my entire target budget over 30 days?
- How long does the Google Budget Optimizer(TM) tool run?
- Will my Google Budget Optimizer(TM) target budget replace my current daily budget and CPCs?
- Which of my campaigns are eligible for the Google Budget Optimizer(TM) tool?
- Can the Google Budget Optimizer(TM) tool manage my budget to get more impressions or conversions?

**Setting and Editing**

- How do I change the budget for my ad campaign?
- How does Google come up with a recommended daily budget?
- How is my daily budget distributed?
- How do I find the recommended daily budget for my campaign?
- How often can I change my daily budget?
- How do I set a monthly budget?
- What happens if my campaign's daily budget is lower than the recommended budget?

**Managing Cost-Per-Click (CPC)**

- How do I choose my maximum CPC?
- Will I need to set a different CPC for every keyword?
- Can I see what my competitors are bidding?
- Do I have to pay the minimum bid recommended to me?
- How do I increase my maximum CPC to the minimum bid?
- I have a small advertising budget. Won't the big guys always be able to outrank me by paying more for the same keyword?
- What's the lowest amount I can pay per click?
- How do I change my maximum CPC?
- How do I find the minimum bid for active keywords?
- What are my options when I set my maximum CPC?
- What do I do if the recommended minimum bid is more than I can afford?
- Can I be charged less than my minimum bid?
- How does my CPC affect my ad?

**Overview**

- How do I edit or update my account?
- How do I close my account?
- What's a Google Account?
- I sometimes see error messages when I try to edit my account. Why?
- Can I have more than one Google Account?
- How do I view or update my email and password?
- How do I reactivate my account?
- I forgot my password. Now what?
- I keep being sent back to the login page. Why?
- What if I am automatically logged out of my account?
- Can I have different logins for different products?
- What is my AdWords account number?

**Overview**

- Why is Google asking me to update my AdWords login? What do I do?
- I'm using a current Google Account to be my AdWords login. Is that ok?
- Can I keep the same email and password when I update my login information?
- How do I sign in to AdWords after updating my login?
- I share my AdWords account with others. How will they access AdWords after I update my login?
- What happens after I update my login?
- Will my AdSense login change if I update my AdWords login?
- Do I need a Gmail account in order to update my AdWords login information?

**Tips and Troubleshooting**

- I'm having trouble logging in to AdSense and AdWords. Why? What should I do?
- I need help updating my AdWords login. Can you offer some tips?
- I updated my AdWords account and now I can't log in. What's wrong?
- I signed in to AdWords and was taken to the wrong account. Why? What should I do?
- I just changed my login. Why is my old email also listed on the Access page?

**Tips and Troubleshooting**

- How do I know if I have a Google Account?
- I added Gmail to my Google Account and now I can't sign in. Can I undo the change?

# Google AdWords Help Center

- Can I merge my Gmail account with my existing Google Account?
- What's the difference between a Google Account and an AdWords account?
- How do I change my Google Account email and/or password?
- How can I keep my personal and professional accounts distinct?
- How do I invite others to share an AdWords account?
- Why shouldn't I share my Google Account with others?
- My invitee has accepted the invitation. Now what?
- What if I sent the invitation to the wrong email?
- I can't log into my account. What's wrong?
- How do I get a Gmail account?
- I have multiple Google Accounts. Can I merge them?

## About Google Checkout

- Where can I find information about free transaction processing through Google Checkout based on my AdWords spend?
- Where can I find information about Google Checkout badges on AdWords ads?
- How can I confirm whether my badges are active?
- What is Google Checkout?

## Information for AdWords client managers

- How many links to Google Checkout can I accept?
- Why is someone requesting to link my AdWords account to Google Checkout?

## Ad Troubleshooting

- What information does the Ads Diagnostic tool take into account?
- How can I preview my ad on Google search results pages?

## Find and Edit...

- Tool: Find and Edit Keywords
- Tool: Find and Edit Ad Text
- Tool: Find and Edit Max CPCs
- Tool: Copy or Move Keywords and Ad Text
- Tool: Find and Edit Campaign Negatives

## My Change History

- Why can't I see more results in My Change History?
- Tool: My Change History

**Keyword Tool**

- What features does the Keyword Tool include?
- Why are my average positions reported as fractions (such as 1.5)?
- Tool: Keyword Tool
- Is the keyword tool guaranteed to produce great results?

**⁻ ¹ic Estimator**

- What information does the Traffic Estimator provide?
- How do I use the Keyword Traffic Estimator?
- What does "Not enough data to give estimates" mean?
- Where is my traffic estimator?
- Tool: Traffic Estimator
- Why do traffic estimates for my Ad Group differ from those given by the standalone tool?
- What does it mean when the Traffic Estimator displays a '-' symbol?
- How can I import keywords to the Traffic Estimator?
- Why is traffic to my ad different than what the estimator predicted?
- How do I view traffic estimates based on my keywords' past performance?

**Matching Options**

- What are keyword matching options?
- What is the expanded matching feature?
- When do my ads show on variations of my broad- and phrase-matched keywords?
- How does expanded matching benefit me?
- How do I apply negative keywords across my account?
- Lesson: Keyword Matching
- How can negative keywords benefit my ad campaign?
- How will I know what additional matches will trigger my ads?
- Demo: Keyword Matching
- Can I tell the system not to expand some or all of my keywords?

**Generating and Editing Keywords**

- How do I edit my keywords?
- What are the steps to creating a keyword list?
- How can I monitor the performance of my keywords?
- How do I use the Keyword Tool?
- Where can I find keyword ideas?
- Why does the Keyword Tool sort keywords by relevance?
- How do I build a more effective keyword list?
- Can I generate keywords from a webpage URL?
- What statistics can I see for my Keyword Tool results?
- Lesson: Selecting Keywords
- Can I run on any keyword as long as I pay a high enough CPC?
- Can I see which of my keywords generate the most content network ads?
- Are keywords case-sensitive?
- How do I manage the number of keywords in my account?
- Is the Ad Group keyword tool different from the standalone tool?
- Why are my keyword traffic estimates low?
- Can I use a URL as a keyword?
- Can I generate keywords from a URL in my language?
- Can I get keyword traffic estimates without creating or editing an ad?
- Why do some generated site-related keywords appear irrelevant?
- What's the difference between 'inactive keywords' and 'zero impression keywords'?
- Does the Keyword Tool take my country and language settings into account?

**Troubleshooting**

- What do I do if my keywords are inactive for search?
- What does 'inactive for search' mean?
- Lesson: Troubleshooting Keyword-Specific Issues with Ad Visibility
- Why is my inactive keyword still generating clicks and charges?
- Why have my keyword tool results changed?
- What are 'zero impression keywords'?

**Image Ad Overview**

- What are image ads?
- Can I target my image ads to different languages?
- Where will my image ads appear?

https://adwords.google.com/support?fulldump=1

- What do image ads look like?
- How do you decide whether to show my image ad or my text ad?
- When can I expect to see clicks on my image ads?
- Where are my images stored?

**Image Ad Pricing**

- How much do image ads cost?
- Is image ads pricing different than text ads pricing?
- Does smart pricing apply to image ads?

**Guidelines and Requirements**

- Will you resize my image?
- What are the requirements for Flash ads?
- What's the maximum number of image ads I can have in my account?
- What's a CMYK color format?
- Why is there a limit on the file size of my image ad?
- What image formats can I use?
- Can I create an Ad Group containing only image ads?

**Creating Image Ads**

- How should I name my image?
- How do I create an image ad?
- Where can I find appropriate images? How do I create an image of my own?

**Video Ads Overview**

- What video reports can I view?
- What changes have you made to the Terms and Conditions?
- How much do video ads cost?
- Where will my video ad appear?
- Where are video ads available?
- When will my video ad begin running?
- What's the destination URL for video ads?
- How do video ads work?
- What's the display URL for video ads?

**Guidelines and Requirements**

- Can I mix video ads with text ads in the same Ad Group?

**Creating Video Ads**

- How do I select a video?
- Will you alter my image or video?
- How do I create a video ad?

**Creating Text Ads**

- What is an expanded text ad?
- How much text can I have in my ads?
- Can I create multiple ads for one set of keywords?
- How do I create a new text ad?

**Editing Text Ads**

- How do I edit my ad text?
- How do I edit my display URL and destination URL?
- How do I delete an ad?

**Position Preference**

- How do I set my position preference?
- How do I choose settings and prices for Position Preference?
- Does position preference apply to sites besides Google search?
- Will position preference work with other AdWords features?
- Which ad positions are best?
- What position preferences can I specify?
- What is position preference?
- What happens if I don't set a position preference?
- Does position preference work with ...?
- Do you promise I'll get the position I prefer?
- Are ad positions always in the same location on each page?

**Local Business Ads Overview**

- What are the benefits of local business ads?
- How do local business ads appear on Google Maps?
- How are local business ads targeted to users?
- How are local business ads priced?
- How are local business ads positioned?

**Guidelines and Requirements**

- What are the guidelines for images and custom icons in my local business ad?
- How do I add my business to the Google Maps listings?
- Where are local business ads available?
- How do I prevent other advertisers from advertising on my business locations?
- What are the requirements for my local business ads?

**Creating Local Business Ads**

- How do I view reports for my local business ads?
- How do I include my own icon for my map marker?
- When will my local business ads appear?
- How do I edit the headline of my local business ad?
- How do I create a new local business ad?

**Mobile Ad Overview**

- How do I know in which markup language my mobile website is written?
- Where will my mobile ads appear?
- What locations can I target with mobile ads?
- What do mobile ads look like?
- What are mobile ads?
- How do you decide whether to show my mobile ad or my standard text ad?
- Can I connect users to my business via telephone?

**Mobile Ad Pricing**

- Is mobile ads pricing the same as standard text ads pricing?
- When can I expect to see clicks on my mobile ads?
- How much do mobile ads cost?
- Does smart pricing apply to mobile ads?

- Can I track mobile ad conversions?

**Guidelines and Requirements**

- What if my URL is longer than 20 characters?
- What are XHTML, WML, and CHTML?
- How do I create a mobile web page?
- Can I target my mobile ads to different languages?

**Creating Mobile Ads**

- Why do I need to specify the markup language of my mobile web page?
- What number should I use to connect customers to my business?
- How do I create a mobile ad?

**Troubleshooting Ads Overview**

- Why do the ads in my Ad Group have different 'Served' percentages?
- What is the call-through rate?
- What is CPP?
- What counts as a call?
- What counts as a 'click' in a click-to-call ad?

**Troubleshooting Text Ads**

- Why do 'Inactive for search' keywords remain active for content?
- Why does the name of a region appear underneath my ad?

**Troubleshooting Image Ads**

- I'm receiving an 'Incorrect image size' message. What now?

**Ad Groups**

- How do I create a new Ad Group?
- How do I pause an Ad Group?
- Lesson: Ad Groups, Ads, and Maximum Cost Per Click
- How do I delete or undelete an Ad Group?

# Google AdWords Help Center

- How do I resume a paused Ad Group?
- What are the features of the Ad Group page?
- What has changed on my Ad Group pages?

## Campaigns

- What are the 'Search' and 'Content' totals in my account?
- How do I choose a daily budget for my cost-per-click campaign?
- What can I do with campaign management tools?
- How do I create a new, keyword-targeted campaign?
- How do I delete or undelete an ad campaign?
- How do I pause an ad campaign?
- How do I resume a paused ad campaign?
- Lesson : Campaign Management Overview
- Can I have my ads run at particular times of day?
- Can I move keywords or ad text to different locations in my account?
- How do I schedule an end date for my campaign?
- How do I change the name of my campaign?
- How do I restart a campaign which has ended?
- What's the Download Bulksheet feature?
- What is ad scheduling?
- What is the advanced mode of ad scheduling?
- How many Ad Groups and campaigns can I have?
- What is the One-Page Campaign Setup option?
- Will ad scheduling work with the Budget Optimizer (TM)?
- Why can't I click the ad scheduling link on the Edit Campaign Settings page?
- Which time zone does ad scheduling use?
- Is my daily budget affected when an ad segment runs from one day into the next?
- How does ad scheduling affect my daily budget?
- How do I set up ad scheduling for an AdWords campaign?
- How do I edit the existing ad schedule for my campaign?
- Can I bid more for my ad at certain times of day?
- Advertising my Google Base item through AdWords
- Copy or Move Keywords and Ad Text tool

# Targeting My Ads

# Google AdWords Help Center

**Location Targeting Overview**

- What are local business ads, and where do they appear?
- How do I get my ads to appear on Google Maps?

**Country / Territory Targeting**

- When should I use local targeting vs. country or territory targeting?
- How do I set up country and territory targeting for a campaign?
- When should I target by country or territory?

**.gional and Customized Targeting**

- Is regional or customized targeting appropriate for me?
- Where can my location be targeted by address?
- How do I find my latitude and longitude coordinates?
- Where do regionally targeted or customized ads appear?
- How does customized targeting work?
- If I choose regional or customized targeting, what will my ads look like?
- Can my campaign target regional areas (including cities and states) in multiple countries or territories?
- Demo: Local Targeting
- How small can a customized targeted area be?
- Will my keyword estimates be affected if I choose regional or customized targeting?
- How do I target my ads by region and city?
- How do I set up customized targeting?
- Why am I receiving clicks outside my targeted area?

**Targeting by Language**

- How can I target my ad campaign by language and location?
- What language and location ad targeting options do I have?
- Lesson: Language and Location Targeting
- Lesson: Benefits of International Advertising
- How do I target a language that isn't available?
- How does language targeting work?

**Google Network Overview**

https://adwords.google.com/support?fulldump=1

- Where will my ads appear?
- What is the Google Network?
- How can I make sure my ads appear on the Google Network?
- How do I assess the performance of my contextual and search advertising?
- How does participation in the Google Network affect my account performance?
- Lesson: How to Search and Content Placement Work?
- Lesson: What is the Google Network?
- How do you show my ads only when appropriate?

**Search Network**

- Can I show my ads on search pages but not content pages?
- What will my ads look like on search results pages?
- How can I track search and content network clicks?

**Content Network**

- What is contextual advertising?
- What are content bids?
- What will contextual ads look like?
- How do I know if a site is part of the Google content network?
- How can I optimize my ads to take advantage of contextual advertising?
- Can I download reports for my contextual advertising statistics?
- How does contextual advertising work?
- Does contextual targeting affect the performance or ranking of my ads?
- Which campaigns should I try in contextual advertising?

**Excluding Certain Content Sites**

- How do I make my ads appear (or not appear) on Google Network sites?
- If I'm opted into the content network, how do I prevent my ads from appearing on specific websites?
- What is the site exclusion feature?
- Can I customize how Google contextual advertising works for my brand?
- How do I format my list of excluded websites?
- Tool: Site Exclusion

**Site Targeting Overview**

- What is site targeting?
- How do keyword-targeted and site-targeted campaigns differ?
- Why has the required minimum CPM been lowered for site-targeted ads?
- What are site sections?
- How do I create a site-targeted campaign?
- How do I use the site tool?
- What is 'maximum impressions per day?
- How do site-targeted and keyword-targeted ads compete?
- Where can site-targeted ads appear?
- How does Google target AdWords ads to content-based web pages?
- What is the 'Advertise on this site' link?
- Why is the site I want not available?
- What do site-targeted ads look like?
- How do I change the max CPM of my site-targeted ads?
- Lesson: Site Targeting
- Can I run site-targeted and keyword-targeted campaigns at the same time?
- How do I add or delete sites from my site list?
- How do I edit my site list?
- Why aren't categories available in my site tool?
- Does demographic site selection affect my privacy?

**Including Certain Sites**

- How do I create a list of eligible sites for a site-targeted campaign?
- How do I choose the sites where my ad will run?
- Can I choose the specific sites in the Google Network where my ads appear?
- Why can't I select the site I want for site targeting?
- How do I select sites by category?
- Why can't I create a site-targeted campaign that targets people who speak my language?
- What is demographic site selection?
- How can I select my audience by demographics?
- Why can't I get demographic site selection for my AdWords campaign?

## Monitoring Performance

**Account Statistics**

https://adwords.google.com/support?fulldump=1

- How can I find out whether my ads are showing?
- Why might my website legs show different click patterns than what Google reports?
- Why do my clicks and impressions fluctuate day to day?
- What changes can I see in My Change History?
- Why do my contextual ad stats differ from my search stats?
- How current are the statistics in my AdWords account?
- Demo: Account Navigation
- What are web server logs?

## Report Center Overview

- What kind of reports will I get?
- What kinds of reports can I create?
- About the Report Center
- In which formats can I download my reports?
- How can I use Saved Templates?
- Lesson: Reports
- How do I print my report graphs?
- How do I customize my report?
- What's the difference between on-demand and scheduled reports?
- How do I sort by column while viewing a report in the Report Center?

## Managing Reports

- How do I run a Campaign Performance report?
- How do I start (or stop) having reports sent to me via email?
- How do I create a custom report?
- What is the difference between a Summary view and Hourly, Daily, Monthly, Quarterly or Yearly views?
- What are the totals and averages on a site/keyword report?
- How do I schedule a report to run periodically?
- Can I run a report that excludes paused or deleted ads?
- How do I delete a report?
- How do filters work? How can I best leverage them?
- When do my reports run?
- How are the values in report filters calculated?
- What's an Ad Performance Report? How do I run one?
- What's an invalid clicks report? How do I run one?

- How far back can I get performance reports with invalid clicks data?
- Am I charged for the filtered invalid clicks in my performance report?
- What's the difference between the report columns for Invalid Clicks and Invalid Clicks Rate?
- Where are the filtered invalid clicks on my report coming from?
- Can I get reports that include 'zero impression keywords'?
- What are hourly reports? How do I run one?

**Troubleshooting Reports**

- Why don't all my keywords appear in my latest report?
- Why can't I run or retrieve a report for normal, in trial, or on hold keywords?
- Why do my reports download as Zip files?
- Why do my invalid clicks and clicks rates vary by campaign, date or time?
- Why can't I get hourly reports prior to February 1, 2006?

**Google Analytics**

- Will I need to paste the JavaScript code into my webpage for each campaign that I set up?

**Getting Started**

- Important Note About Creating New Profiles
- Google Analytics Installation Guide

**Installation Details**

- How long does it take to see report data after adding the tracking code?
- How do I run Google Analytics on my intranet?
- How can I obtain tracking code for secure pages?
- How do I install the tracking code on PHP sites?
- Can I host the urchin.js file locally?

**Tracking Domains and Subdomains**

- How do I track a site that uses domain aliases?

**Troubleshooting Tracking**

8/14/2006

- What should I know about using Analytics with framed sites?
- Can I use both Google Analytics and Urchin 5 at the same time?

**Overview**

- Where can I find my tracking code?
- Where do I place the Analytics code in my Blogspot domain?

- Clickthrough Rate
- Keyword
- Admin Level
- HTML
- Hyperlink
- Tracking Code
- Visitor Session
- Visit
- View Total
- User Agent
- User
- Untrackable Session
- Unique Visitor Session
- URL
- Top-Level Domain
- Term
- Status Code
- Source
- Site Domains
- Session
- Search Engine
- Return on Investment (ROI)
- Repeat Session
- Regular Expression
- Platform
- Referrals
- Query Token
- Profile

- POST
- Pay-per-click
- Password
- Pageview
- Page
- PDF
- Online
- OS
- Network
- NCSA
- Medium (Campaign Tracking)
- JavaScript
- Include
- Impression
- ISP
- IP Address
- IIS
- Hit
- Graphic User Interface
- Goal Conversion Rate
- GIF
- GET Method
- Frame
- Form
- Firewall
- Filter Type
- Filter Pattern
- Filter Field
- Filter
- File Type
- FTP
- Exclude
- Error Code
- Default Page
- DNS Lookup
- Cost-per-click (CPC)

Google AdWords Help Center

- Cookie
- Conversion
- Content-targeted advertising
- Content (Campaign Tracking)
- Click
- CGI Script
- Byte
- Browsers
- Bandwidth
- Average Page Depth
- Authentication
- Apache
- W3C
- Visitor
- Unique Visitors
- Reverse DNS
- Scalable
- Revenue
- Returning Sessions
- Script
- Referrer
- Referral Errors
- Protocol
- No Referral
- Navigation
- Meta Tag
- Log file
- Java
- HTTP
- Hardware
- Filter Name
- Directory
- Error
- Encryption
- E-commerce
- Download

# Google AdWords Help Center

- Domain Name System
- Domain
- End User
- Cron Job
- Daemon
- Content (A/B) Testing
- Code
- Cache
- A/B Testing

## efits of Google Analytics

- How does Google Analytics help me?
- What are some questions Google Analytics answers?

## Linking Existing Analytics to AdWords

- Will the users of my Google Analytics account have access to my AdWords account?
- Can I link several Google Analytics accounts?

## Overview

- How much does Google Analytics cost?
- Google Analytics Update
- Who is Google Analytics for?

## Technical Details

- Will my website's appearance or performance be affected by Google Analytics?
- How does Google Analytics work?
- Will Google Analytics cookies interfere with our website's cookies?
- What version of JavaScript does Google Analytics use?
- Where is the Profile Settings page?
- Does Google Analytics have a pageview limit?

## Google Analytics and Urchin

- I'm upgrading to Google Analytics from Urchin On Demand. What do I need to do to take full advantage of Google Analytics?

- When will the Urchin 6 software be released?
- How does Google Analytics differ from Urchin on Demand?

**Missing Report Data**

- My transaction reports are missing data from certain categories (such as "city" or "state" data).
- I can't see the graphs in my reports.

**Puzzling Report Data**

- Why am I seeing two separate entities for "Google" in my All CPC Analysis report?
- Why do I still see new pageviews after removing all of my Analytics tracking code?

**Overview**

- How do I cancel my account?

**Tracking Non-AdWords Ad Campaigns**

- How do I track banner ad exits?

**Understanding Ad Campaign Data**

- Understanding campaign variables: The five dimensions of campaign tracking
- How does campaign tracking work?
- If a visitor clicks on ads from multiple campaigns before converting for a goal, which campaign gets credit for the conversion?
- What is Destination URL Auto-tagging?

**Troubleshooting**

- How do I remove an e-commerce transaction from my reports?

**Profiles**

- How do I rename a profile?

**Missing Data**

- Why isn't CPC data collected when using redirects?

**Customizing Reports**

- How can I make Google Analytics identify additional search engines in the Referral reports?
- How can I configure Google Analytics to treat certain keywords or URLs as direct referrals instead of keywords?

**Troubleshooting**

- Why do I see AdWords data from the wrong campaigns in my Analytics profiles?

**Report Data**

- Can Google Analytics email my reports to me?
- How do I interpret the reports for a website that has frames?
- How are redirects handled by Analytics?
- How do I set the time zone for my reports?
- What is the Site Overlay report?
- What information is contained in the Cross Segment Performance by Content sub-report?
- How are the Length of Visit report values calculated?

**Report Interface**

- How do I select and compare date ranges for my reports?
- What does "Average Score" represent?
- How do I use the Analysis Options and Date Range selections?
- What are report dashboards and categories?

**Comparison with other Analytics Solutions**

- Why do my statistics differ between AdSense and Analytics?

**Puzzling Data**

- What does google/referral mean?
- What are referrals coming from page442.googlesyndication.com?

**Missing Data**

- Why is there no data in my All CPC Analysis or AdWords Analysis reports?

# Google AdWords Help Center

## Using Google Analytics

- Who has access to my data in Google Analytics?
- What is Google Analytics?
- How do I sign up for Google Analytics?
- Can I run Google Analytics along with other web analytics solutions?
- In which languages is Google Analytics available?

## Installing the tracking code

- How do I add tracking code to my website?
- How can I confirm that I've entered the tracking code correctly on my pages?
- How do I track e-commerce transactions?
- Why is Google Analytics not tracking some of the pages on my website?
- I'm having trouble creating a profile for my secure website.

## Linking my existing Google Analytics account to AdWords

- How do I link my Google Analytics account to my AdWords account?
- Will shared AdWords account users have access to reports on www.google.com/analytics?
- Can I track websites for which I'm not running an AdWords campaign?
- What is auto-tagging and how will it affect my ads?
- Will my account change if I link my Google Analytics account to AdWords?
- How do I disable AdWords reporting for a profile?

## ding my domains and directories

- How do I track all of the subdomains for my site in one profile?
- How do I use Google Analytics to track a 3rd-party shopping cart?
- My site has multiple domain names. How do I set up tracking?
- How do I track all of the subdomains for my site in separate profiles?
- I do not own my website domain. How do I set up Google Analytics?

## Why report data is missing

- I'm not seeing any data in my reports.
- How often is the data in the reports updated?

**Something else**

- Will the Analytics JavaScript code interfere with our website's code?
- I am receiving an 'invalid input' error when I attempt to create a new profile.

**Ad campaigns**

- How do I tag my links?
- How does Google Analytics differ from AdWords Conversion Tracking?
- The links to my site already contain my own campaign tracking variables. Can I use these variables instead of Google Analytics'?
- Can Google Analytics track non-AdWords online advertising campaigns?
- Can I import cost data from other PPC programs such as Yahoo! Search Marketing (Overture)?

**E-commerce revenue**

- Why are the numbers in Google Analytics's e-commerce reports different from the numbers I get from my shopping cart service?
- My ROI reports show 0%. How do I set up ROI tracking?

**Conversion Goals and Funnels**

- How do I set up goals?
- How do I use actual e-commerce values as my goal value?
- How do I set up goals and funnels for dynamically generated pages?
- Why isn't Google Analytics tracking my goals?
- The URLs for each step in my Defined Funnel Path are identical. How can I track each step as if it were a unique URL?
- How do I set up goals and funnels for Flash pages?

**Flash, downloads, and Javascript events**

- How do I track clicks on outbound links?
- How do I track files (such as PDF, AVI, or WMV) that are downloaded from my site?
- How do I track Flash events?
- How do I track JavaScript events?
- How do I track AJAX applications?

**Domains and directories**

- How do I track unique areas within my website separately?

**Something else**

- How do I track a new website?
- Why does Google Analytics report different values than some other web analytics solutions?

**Why my report data looks wrong**

- Why are "/" and "/index.html" tracked separately in my reports, even though they're the same page?
- I'm using Urchin 5 with the IP+User/Agent tracking method, and now I'm trying Google Analytics. Why am I noticing lower pageview statistics?
- Why do AdWords and Analytics show different figures in my reports?

**to make changes to my report data**

- How can I exclude my internal traffic from my reports?
- How do I create a custom filter?
- By default, visitor sessions timeout after 30 minutes of inactivity. How can I change this setting?

**How I can fix my _____ report (eg., site overlay)**

- Why is my Site Overlay report not working?

**Something else about my report data**

- How do I restrict a user's access to certain domains or reports?
- Can I upload existing log or reporting data into my Google Analytics account?
- Is there a Google Analytics API?

**Conversion Goals and Funnels**

- Can I set up more than 4 goals per profile?
- What is a funnel?
- How do I use funnels to track dropoff rates on pages leading to a goal?

**Filter Manager**

- What is a filter?
- What are regular expressions?
- How do I create a filter?
- I applied a filter to a profile but my existing report data hasn't changed.

**Website Profiles**

- What is a website profile and what can I do with it?
- How do I add a profile?
- How do I grant users access to specific profiles?

**Visitor segmentation**

- How can I classify my visitors according to what pages they visit on my site or what their responses on a form are?

**Another feature**

- What is urchinTracker and how can it help me?
- What is A/B Testing and how can it help me?
- What is _utmLinker and how can it help me?

**Access my account**

- How do I grant other users access to my Analytics reports?
- How do I log in to Google Analytics?
- If I link my account to AdWords, will I still be able to access Google Analytics through www.google.com/analytics?

**Other**

- The Terms of Service seem to indicate I can't use Google Analytics for commercial purposes.

**e or all of my report data is missing**

- I have added an "Include" filter to my profile. Why am I no longer seeing any data in my reports?

**Goals Overview**

- What are examples of conversion goals?
- What do the abbreviations in the column headers mean?

**Filter Configuration**

- What filter fields are used by the reports?
- What information do the filter fields represent?

# Google AdWords Help Center

- Integer Field List
- In what order are my filters applied?

**Filter Types**

- Advanced filters
- Include and exclude filters
- Search & Replace filters

**Overview**

- How do I create a predefined filter?

**Profile Limits**

- How many websites can I analyze with Google Analytics?

**Profile Management**

- How do I delete a profile?
- How do I create a duplicate profile in my account?

**Overview**

- Tool: URL Builder
- Can I manually tag my links when auto-tagging is enabled?
- Can I use AdWords' [keyword] parameter to set utm_term?

**Overview**

- How do I install the tracking code if my site spans multiple domains?

**Setting up and Using Conversion Tracking**

- What value(s) do I enter for the conversion options I selected?
- Where do I put the tracking text block on my page?
- What can I do to verify that the conversion code is working?
- When will my users see the Google Site Stats text?

- Where can I find detailed information on conversion data?
- Can I track two kinds of conversions?
- Lesson: Implementing Advanced Conversion Tracking
- Will users not referred by Google still see the Google Site Stats text?
- Can I stop conversion tracking?
- Why do I have to choose my site's language to track conversions?
- Can I track conversions by ad text and keywords?
- Can I isolate specific conversions?
- Do I need different code to track different conversion statistic types?
- Guide: Google AdWords Conversion Tracking Setup Guide (PDF)
- Can I compare content conversion rates and search conversion rates?
- How can I set up conversion tracking to send users to my own feedback form?

**Deciding Whether to Use Conversion Tracking**

- What is conversion tracking?
- How are conversions determined?
- How can conversion tracking benefit me?
- Which conversions will be tracked by Google?
- Why do I have to specify the security level of my website?
- What does the conversion code do?
- How much does conversion tracking cost?
- Will users not referred by Google still see the Google Site Stats text?
- What tracking options do I have / should I use?
- What are the prerequisites for conversion tracking?
- How does Google use cookies in conversion tracking?
- Lesson: Basic ROI and Conversion Tracking
- How many conversion pages can I track?
- If I opt in to the conversion tracking feature, what are my responsibilities?
- Will conversion tracking slow down my web pages?
- Can I opt out of the Google Site Stats page feedback form?
- Will I be able to see conversion rates by Google Network site?
- Is conversion tracking secure?
- Demo: Understanding Conversion Tracking

**Troubleshooting Conversion Tracking**

https://adwords.google.com/support/?fulldump=1

- Why use visible text for conversion tracking when everyone else uses an invisible image?
- Why are my reports showing lower conversion numbers than I think I should be seeing?
- What if I don't see my conversion statistics in my reports?
- What if I don't see the conversion tracking text on my confirmation page?
- Why is my conversion rate over 100%?
- Why don't a single user's visits to my site appear as multiple conversions?
- Why is your conversion tracking image now a text block?
- Why is the conversion tracking text visible?

**Deciding Whether to Use Cross Channel Tracking**

- What is cross-channel tracking?
- How does cross-channel tracking work?
- Will my Yahoo! Search Marketing ads be subject to review again if I add tracking URLs?
- What's the best way to manage a campaign with multiple keywords?
- Will my other channels penalize me for using Google tracking code in my ads?
- What are tracking campaigns, and will they affect my current AdWords campaigns?
- I already use third party cross-channel tracking. How will this benefit me?
- Will my non-AdWords ad campaigns stop running after I insert the tracking URLs?
- How much does cross-channel tracking cost?
- Lesson: Introduction To Cross-Channel Conversion Tracking
- Why should I use cross-channel tracking?

**Setting up Cross Channel Tracking**

- How do I set up cross-channel tracking?
- How do I set up tracking URLs for my Yahoo! Search Marketing account?
- Where do I put the cross-channel tracking text block on my page?
- How many cross-channel campaigns should I set up?
- Can I alter Google's tracking URLs?
- Lesson: Cross-Channel Conversion Tracking, Setup and Maintenance

**Analyzing Results**

- How do I maintain accurate cross-channel conversion data?
- When will I start seeing cross-channel statistics?
- What information will I receive using multiple Tracking URLs?

# Google AdWords Help Center

- What information will I receive using one Tracking URL across multiple keywords?
- Where will I see my cross-channel statistics?

## Improving Performance

### Performance Overview

- How do I know if my account is running and performing well?
- How can I improve my campaign performance?
- What is ad relevance? How does it work?
- How is the Quality Score calculated?
- How do I know what my Quality Score is?
- Optimization Tips
- How can I improve my ROI?
- Demo: Optimization Tips
- What does it mean to optimize my account?
- Why does AdWords visit my ad's landing page?

### Ad Position

- What if my overall ad position ie dropping?
- What should I do if my overall clicks decrease or my ad rank drops?
- How do I get my ad in the top position every time?
- How can I make my ads appear above the search results?
- Could a low clickthrough rate on content affect my ad position on search pages?
- Why doesn't my ad appear at the top of every search results page?
- Lesson: Ad Ranking
- How are keyword-targeted ads ranked?

### Clickthrough Rate (CTR)

- Is there a minimum required clickthrough rate or quality threshold?
- Lesson: Relevance and Clickthrough Rate

### Refining Keyword Lists

- My keyword has a high CTR. Why is it inactive for search?

https://adwords.google.com/support/?hl=dump=1

- If the same keyword appears multiple times in an account, which keyword accrues the impression or click?

**Improving Ads**

- How do I tailor my ad campaigns to reach different target audiences?
- How do I make my ad text bold?
- How do I optimize my ads?
- Lesson: Writing Well: Targeted Ad Text
- How do I optimize my ad text?
- Lesson: Choosing Landing Pages

# Managing Multiple Accounts

**MCC Overview**

- What is My Client Center?
- How do I get a My Client Center account?
- Who has access to AdWords and client manager account information?
- What is a client manager account?
- Lesson: AdWords API Overview
- Lesson: My Client Center
- What types of reports can I run through My Client Center?
- What can I / can't I do using My Client Center reports?
- How often are my MCC statistics and alerts updated?
- Lesson: Selling the Benefits of AdWords
- Can I generate reports across all My Client Center accounts?
- About MCC Alerts

**Managing Accounts**

- How do I link or unlink an account?
- What's the difference between 'User Interface and API' and 'API only' access levels in my MCC?
- What's my client manager type?
- What happens if I change my client manager?
- How do I manage other client manager accounts?
- Why is my client's account not showing on the My Client Center view?
- What happens to a client account history when linked to a client manager account?

- How do I link to other client manager accounts?
- How do I run reports for other My Client Center accounts linked to my master account?
- How do I run reports across multiple client accounts?
- How many client accounts can I run reports for at once?
- How many reports can I save in the My Client Center Download Center?
- How can I give someone access to only some of the accounts in my MCC?
- How do I get more login emails for my clients' accounts?
- Why doesn't an alert disappear as soon as I address the problem?
- Can I hide alerts or annotate my account to show that I've resolved the related problems?
- Why don't I see alerts for sub-MCCs that are linked to my main MCC?

## Optimization Program

### What's an AdWords campaign optimization?

Occasionally, we'll suggest modifications to your campaign that may improve its overall performance. When you log into your account, you'll see these proposed optimization changes on your Campaign Management screen, and will have the option of accepting or rejecting them.

With AdWords campaign optimizations, you'll enjoy the following benefits:

- We create your proposal based on our experience managing numerous AdWords ads. We also consider your unique advertising situation.
- We do the work for you. All you need to do is review, then approve or reject our proposal.
- You'll experience no advertising downtime. We create our proposal while your campaign is still running.
- You can improve your clickthrough rates (CTR) and return on investment.
- You'll have more time to focus on other aspects of your business.

### What happens if I make changes to my campaign at any time from now until I receive your optimization proposal?

In some cases, if you make changes to the same campaign we've optimized, you may lose those changes. Consider the following examples:

- You delete one of your keywords in an Ad Group. We propose an optimization and suggest that you modify the CPC amounts for all your keywords in this same Ad Group. If you accept our optimization, the keyword that you originally deleted will be added back into your campaign.
- You change the destination URL for your keyword in an Ad Group. We propose an optimization and suggest that you modify the maximum cost per click (CPC) for this same keyword. If you accept our optimization, the previous keyword destination URL will override your latest URL change.

Please note that you can work around these types of scenarios by doing either of the following:

- Go back to your campaign and re-edit whatever changes were overridden.

https://adwords.google.com/support/?full.htm=1

# Google AdWords Help Center

- Email your updates to the client service representative who is assisting with your optimization so your changes can be included in the optimization proposal.

**Does Google charge a fee for optimizations?**

No. We're currently offering Google AdWords account optimizations at no charge.

**Can I revert back to my original campaign if I'm not satisfied with the results of the optimization?**

There isn't an instant 'undo' function; however, you can always go back and manually update your campaign.

**'t happens if I accept the adjusted maximum CPCs?**

If you select the option to Accept maximum CPC changes for your Ad Group, your keyword cost-per-click (CPC) amounts will be raised or lowered to the amount estimated to get you the most clicks for your existing daily budget.

If you don't select this option, any new keywords will be set to your default Ad Group maximum CPC, and existing keywords will remain at their current CPC amount.

Accepting the maximum CPC changes can help improve your Ad Rank, which is determined by your maximum CPC times the matched keyword's Quality Score.

**What happens if I decline the proposed optimization?**

If you reject our optimization, the proposed changes will be removed from your Campaign Management screen. Your existing campaign(s) will continue to run as usual.

**I received your campaign optimization proposal. What now?**

Now it's up to you. You can accept our suggested modifications, reject them, request different changes, or review them later.

To review our suggested optimization modifications:

- Log into your account. Click the second link in the invitation message at the top of your Campaign Management screen.
- Click Show Explanation of Your Optimization to read comments from the AdWords specialist who created your proposal. (This step is optional.)
- Review the changes in the Campaign Settings and Ad Groups tables. (Depending on the optimization, you might only see changes in one of the tables.)
- Click the Approve or Decline radio buttons beside each proposed modification in the table.
- Once you've marked each suggestion in the table, click Optimize. All suggestions you've approved will be activated immediately. Suggestions you've declined will be removed from your account.
- If you want to cancel this process and review the proposal later, simply click the Back button on your browser.
- If you want to cancel this process and permanently remove all suggested modifications from your account, click Decline All.

**How can I request an optimization for my other campaigns?**

You may contact your assigned specialist at any time to request an optimization for your other campaigns &#150; simply respond to the email you received from your specialist when the optimization process first began.

You may also contact your specialist in the following manner:

https://adwords.google.com/support?fulldump=1

# Google AdWords Help Center

- Log in to your account.
- On the Campaign Summary page, locate your campaign being optimized. Click View optimization beside this campaign.
- On the right side of the Proposed Changes screen, click Questions about this? Contact an optimizer.
- Complete the email fields on the Contact Us page that appears.
- Click Send.

**What kinds of changes might you propose when you optimize my account?**

Our specialists rely on a number of techniques when they optimize your account. These techniques include:

- Adding plurals, synonyms, and related phrases to your keyword lists.
- Fine-tuning your keyword matching options.
- Revising your ad text.
- Organizing your Ad Groups based on your products, services, or other categories.

Our specialists have developed these techniques based on their experience managing numerous AdWords ads.

**Do you guarantee performance improvements?**

With our experience optimizing AdWords campaigns, we're confident that our optimizations will improve your account's performance. However, because many factors can influence the success of search-based advertising, we can't guarantee specific results.

**How quickly will my accepted optimization changes go into effect?**

There's no waiting period for any of these changes. Any suggestions you accept and apply to your campaign will be activated immediately.

**What if I want to make changes other than the ones you're proposing?**

If you'd like to make changes other than the ones we're proposing, you may:

- Contact the AdWords specialist performing your optimization and request specific changes.
- Take note of the optimization ideas you like, then update your existing campaign after accepting or rejecting the proposal.

**Can I edit an optimization before I accept it?**

Only Google AdWords Specialists can make changes to optimization proposals. However, at any point during the optimization process, you can:

- Send a message to our AdWords specialists requesting specific changes.
- Take note of the optimization ideas you like, then accept or reject the optimization. You can then incorporate our edits with your own changes.

https://adwords.google.com/support?fullhtmn=1

**Can I accept some proposed optimization changes and not others?**

You must accept or reject all proposed changes *within an* Ad Group. However, you can simultaneously accept all changes in one Ad Group while rejecting all changes in another Ad Group.

**What kinds of campaigns can you optimize?**

Google AdWords specialists may propose optimizations for any of your active and paused campaigns. (Please note that if you accept changes for your paused campaigns, you'll still need to reactivate them on your own.) We don't offer optimizations for deleted campaigns.

**Can I review the optimization first? What are my options after I review it?**

Optimizations are only suggestions. You'll always have full control over every part of your AdWords account. If you see a proposed account optimization when you log in, you may:

- Accept all of the proposed Ad Group changes.
- Reject all of the proposed Ad Group changes.
- Email the specialist who created your optimization proposal and ask for different changes.
- Ignore the proposal and review it later.

**Section 7 - Modify Campaigns**

*Optimizing your campaigns regularly will help you keep up with users and market trends and ultimately reach your advertising goals.*

**Evaluate your campaign performance and make changes as necessary.**
Allow your ad performance to educate you about effective strategies for achieving your goals. As you observe your ads over time, you might notice things that are working especially well (or not so well). For example, if you find users aren't responding to a particular call-to-action in your ad text, delete that ad and try something else. You can find instructions for editing your account settings here.

**Section 6 - Track Performance**

*Monitoring your results allows you to ensure you're getting a good return on your investment.*

**Check your account statistics.**
Your CTR, minimum bid, and keyword status are good initial indicators of how well your ads are performing. Your account statistics are reported at the campaign, Ad Group, and keyword or site levels. They include clicks, impressions, CTR, average CPC or CPM, cost, average position, conversion rate, and cost-per-conversion.

**Create reports.**
You can create custom reports that tell you exactly what statistics you want to know, from the campaign level to the keyword or site level.

**Use web analytics.**
Google Analytics helps you analyze what people are doing on your site. Detailed information about user behavior can help you create more targeted and effective landing pages.

**Section 5 - Website**

*Ultimately, your website determines how well your ads convert, so be sure it's designed to let users complete the action you want them to take.*

**Point users to the right landing page.**

Typical internet users decide quickly whether to stay on a website or move on to another. When users click on your ad, they should arrive at a landing page clearly displaying the information or product offered in your ad. If users don't immediately find what prompted them to click on your ad, they're more likely to leave your site without converting.

**Evaluate your site design.**
Take a close look at your site's overall layout and functionality. Sites that are attractive, easy to navigate, and informative tend to be more profitable. You might consider using Google Analytics to get a better idea of how well your site is working.

**Keep the user experience in mind.**
As you design or redesign your landing page and website, make the user experience a high priority. For example:

- Place important information and images on the top left, where the eye naturally goes first.

- Help people get what they want in three clicks or fewer.

- Cut out popups and popunders.

- Create a simple process for users to complete transactions.

Read our guidelines for landing page and site quality to learn more about providing a quality user experience for your visitors.

Section 4 - Ads

*The content of your ads should capture users' attention and set your business apart.*

**Include keywords in your ad text (for keyword-targeted ads).**
Include your keywords in your ad text (especially the title) to show users that your ad relates to their search. If your ad shows when a user searches on a keyword in your Ad Group, the keyword will appear in bold in your ad text. Also, users tend to search for products and services, so avoid using your company name in the ad title unless your goal is brand/company name recognition.

**Create simple, enticing ads.**
What makes your product or service stand out from your competitors? Highlight these key differentiating points in your ad. Be sure to describe any unique features or promotions you offer.

**Use a strong call-to-action.**
Your ad should convey a call-to-action along with the benefits of your product or service. A call-to-action encourages users to click on your ad and ensures they understand exactly what you expect them to do when they reach your landing page. Some call-to-action phrases are *Buy, Sell, Order, Browse, Sign up,* and *Get a Quote.*

**Test multiple ads in each Ad Group.**
Experiment with different offers and call-to-action phrases to see what's most effective for your advertising goals. Our system automatically rotates ads within an Ad Group and shows the better-performing one more often.

Section 2 - Organize

*A well-structured account is easy to manage and allows you to effectively target your audience.*

**Organize your campaigns by topic.**
Create separate campaigns for each of your product lines, resources, or brands. This helps you monitor your advertising more easily and make the necessary adjustments to improve your campaign performance. Ask yourself what you want to achieve with each campaign. Then structure your campaign based on this goal. View a diagram and learn more about the structure of your account.

**Target the right languages and locations.**
For each campaign, you can choose to target your ads to particular languages and locations (plus choose your budget and other settings). Be sure to target only the languages and locations that are relevant for your business. For example, if you ship your products to locations within a certain distance of your business, target the country, territory, region, or city related to the area, instead of to 'All Countries.'

**Create highly specific Ad Groups.**
As with your campaigns, each Ad Group should center on a single product or service to ensure your ads reach the most qualified users. Build a list of keywords or sites, then separate them into related Ad Groups. Create ads that pertain directly to that list. For example, if you sell mp3 players, and you've organized your campaigns by brand, create multiple Ad Groups based on the models of each brand.

**Avoid duplicate keywords across Ad Groups.**
Google shows only one ad per advertiser on a particular keyword, so there's no need to include duplicate keywords in different Ad Groups or campaigns. Identical keywords compete against each other, and the better-performing keyword triggers your ad.

---

### Section 1 - Goals

*Your optimization strategy depends on the objectives that you define for your campaigns.*

With specific goals in mind, you can work strategically to achieve your objectives, track your performance, and make the modifications necessary to get the results you want. Here are some typical objectives and sample focus areas for each goal:

**"I want to get more clicks."**
Focus on keywords and sites. Increase your ad exposure by adding keywords and sites to your Ad Groups.

**"I want to increase my clickthrough rate (CTR)."**
Focus on ad quality. Attract more clicks by refining your ads and eliminate extra impressions by choosing highly targeted keywords and sites and using negative keywords.

**"I want to improve my return on investment (ROI)."**
First, focus on your ads and your keywords and sites to attract the right audience. Then focus on your website. Be sure your landing page and site are set up to let users find what your and offers.

---

### Section 3 - Keywords and Sites

*The more relevant your keywords and sites to your goals, the more easily you can reach your potential customers.*

**Keyword-targeted campaigns**

**Choose your keywords carefully.**
Include specific keywords that directly relate to the specific theme of your Ad Group and landing page. For optimal ad visibility, include relevant keyword variations, along with singular and plural versions. If applicable, consider using colloquial terms, alternate spellings, synonyms, and product or serial numbers. The Keyword Tool can help generate lists of possible keywords.

**Take advantage of keyword matching options.**
With some keywords, you'll get more ad impressions; with others, you'll get fewer impressions but potentially more clicks. By strategically using keyword matching options, you can reach the most appropriate prospects, potentially reduce your actual CPC or CPM, and increase your ROI. For example, use negative keywords to reduce irrelevant ad impressions and increase your Quality Score.

**Use unique keyword URLs.**
Keyword Destination URLs send users to a specific landing page, ensuring customer arrives immediately at the most relevant page for the keyword that triggered your ad. Edit individual keyword URLs by 'ying 'Edit Keyword Settings' above your keyword table.

**Site-targeted campaigns**

**Choose your sites carefully.**
Include sites that are relevant to your products or services, and be sure to choose enough sites. The more relevant sites you target, the better the chances your ad will show. We provide three ways to choose sites: enter URLs, describe topics, and select demographics. For an effective list, we strongly suggest using all three methods.

**If necessary, target site sections.**
If an entire website isn't relevant to your ads, you have the option to target only the relevant parts of the site. This option may be appropriate for you if the site covers a variety of topics, not all of which are relevant to your advertising. For example, if you sell kitchen appliances, you might choose to advertise only on the food section of a news site rather than placing ads across the entire site.

---

## About AdWords : Interested in AdWords : Cost Overview

### How much does AdWords cost?

In the Google AdWords program, the cost of your campaigns really depends on you -- how much you're willing to pay and how well you know your audience. It all boils down to knowing your own goals and applying them to your account.

# Google AdWords Help Center

There is a nominal, one-time activation fee for Google AdWords. After that, you pay only for clicks on your keyword-targeted AdWords ads, or for impressions on your site-targeted AdWords ads. You can control your costs by selecting how much you're willing to pay per click or per impression and by setting a daily budget for spending in your account.

For everyone, a new activated account paying in USD can activate their AdWords account with just US$5.00, and can then choose a maximum cost-per-click (CPC) from US$0.01 - US$100.

Daily budgets start as low as 1 cent up to whatever limit the advertiser is comfortable spending. Site-targeted ads require a minimum CPM (cost per thousand impressions) price of US$0.25, or the local currency rate, per 1000 impressions.

Learn More

- Find your local currency rate with the account fees finder.
- Use the Keyword Tool to explore possible keywords for your account and their potential costs.
- Learn about selecting your CPC and daily budget.
- Learn how to control your costs, even more.

---

**When do you bill (for post-pay advertisers)?**

With the AdWords post-pay option, you pay only for clicks (or impressions for site-targeted campaigns) you've actually received. (If you prepay for your advertising costs, visit When do you bill for prepay?) You're not billed in advance. Google bills you after 30 days, or when your reach your credit limit, whichever comes first.

**Credit Limits and Billing Cycle Explained**

When you create and activate your Google AdWords account, Google charges you a one-time activation fee. Then, we set your initial credit limit at US$50 (or your local currency rate).

Your credit limit is raised in increments each time your account hits its credit limit before 30 days have ended. The initial credit limit of US$50 is first raised to US$200, then to US$350, and then to the final limit of US$500. Each time you reach your credit limit or after 30 days, a new billing cycle begins.

**Billing Cycle Example**

For example, let's say that advertiser Alan opens an AdWords account and starts accruing costs on Oct. 1:

- On Oct. 5, Alan reaches his initial credit limit of US$50. At that time, we charge him for the amount accrued (which might be in slight excess of the credit limit if the accrued costs quickly). Alan's credit limit is increased to US$200. A new billing cycle begins.
- On Oct. 25, Alan again reaches his credit limit of US$200, triggering AdWords to charge him for costs accrued. Google again raises his credit limit to US$350, and initiates a new billing cycle.
- On Nov. 18, Alan accrues more than US$350 in charges. Google bills him and raises his credit limit to US$500.
- Alan's next bill will be processed on Dec. 18 or when he exceeds the final US$500 credit limit - whichever comes first.

---

**When do my ads start accruing costs?**

This depends on the payment option you choose.

If you choose the post-pay payment option (such as by credit card or debit card), your ads start running on Google and accruing costs almost immediately after you submit your billing information. If you elect to prepay for your AdWords account, your ads start running after you submit your payment information and we receive your first payment.

---

**Do I pay for every click on my ad?**

With Google AdWords cost-per-click (CPC) pricing, you pay whenever someone clicks on your ad. With site targeting and cost-per-impression advertising, you pay whenever your ad is displayed, whether a click occurs or not. See our high click volume FAQ for more information about sources of legitimate clicks.

If you suspect that your ads have been affected by invalid clicks, see the AdWords help center to learn more about AdWords click quality.

**Are there spending requirements, a minimum contract length, or other qualifying terms?**

There is never a minimum spending commitment when you sign up for AdWords. No minimum contract requirements or other 'lock-in' rules apply. There is an activation fee for all AdWords accounts, and prepay has a minimum payment limit. Beyond that, you have complete control over how long you participate in AdWords, and you control the maximum you want to spend per click, impression, or day. This is the same no matter how you choose to pay for your advertising. For more details on payment options and associated costs, please visit our payment options page.

**What if I have billing questions or concerns?**

If you could not find an answer to your question through our Help Center, feel free to contact us at any time using our contact us form. Include as much information as possible.

Because email is not a secure means of communication, please don't email us your credit card number, bank account information, or AdWords account password.

we receive your information, an AdWords Specialist will review your email and work to find a solution as soon as possible.

About AdWords : Interested in AdWords : **Benefits of AdWords**

AdWords Advantages

In addition to our database of frequently asked questions, we have a series of web pages dedicated to providing an overview of particular topics. You may be interested in this page: AdWords Advantages.

I already buy other types of online advertising. Why should I try this?

With Google, you can say goodbye to contracts and deadlines. Unlike a traditional online advertising buy, Google's contextual advertising requires no prepayment and no packages. Just enjoy placement on web pages in the Google Network that happen to have just the right content, right then, to make a match between your ad and an interested reader. With Google AdWords, you manage your campaign to the performance metrics you want.

Success Stories

In addition to our database of frequently asked questions, we have a series of web pages dedicated to providing an overview of particular topics. You may be interested in this page: Success Stories. Is AdWords is right for my business?.

Program Comparison

In addition to our database of frequently asked questions, we have a series of web pages dedicated to providing an overview of particular topics. You may be interested in this page: Program Comparison.

**Lesson: Benefits of AdWords**

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reinforce your new expertise.

View this lesson now: Benefits of AdWords.

You may also wish to see the complete list of AdWords Lessons.

https://adwords.google.com/support?fulldump=1

About AdWords : Interested in AdWords : **AdWords Overview**

**How are ads ranked?**

We've outlined how ad ranking works for both the search and content network below.

**Ad rank for the search network**

Keyword-targeted ads are ranked on search result pages based on their maximum cost-per-click (CPC) and Quality Score on Google.com. (For the top positions above Google search results, we use the actual CPC.) The Quality Score is determined by the keyword's performance history on Google: its clickthrough rate (CTR), relevance of ad text, historical keyword performance, landing page quality, and other relevancy factors.

Ad Rank = CPC X Quality Score

Having relevant keywords and ad text, a strong CTR on Google, and a high CPC will result in a higher position for your ad. Because this ranking system rewards well-targeted, relevant ads, you can't be locked out of the top position as you would be in a ranking system based solely on price.

**Ad rank for the content network**

For a keyword-targeted ad's position on a content page, our system considers two things:

- The Ad Group's content bid or, if content bids aren't enabled, its maximum CPC

- The ad's past performance on this and similar sites

For a site-targeted ad's position on a content page, our system considers only the Ad Group's maximum cost-per-thousand impressions (CPM). Learn how site-targeted ads and keyword-targeted ads compete for positioning on a content page.

**Improving your ranking**

- Optimization Tips Page: Visit our Optimization Tips page to learn more about account optimization, including how to maximize performance for your keyword-targeted ad and improve your ad's position without having to raise your maximum CPC.

- Traffic Estimator: Use our Traffic Estimator to see how changing your maximum CPC can affect the ad position of your keywords on the search network.

- Content Bids: Use content bids to better control your ads' position on the content network.

═══════════════════════════════════════

**How is an AdWords account structured?**

There are three levels to Google AdWords: Account, Campaign, and Ad Group. The diagram below shows the account structure and the settings that are applied at each level. In summary:

- Your account is associated with a unique email address, password, and billing information.

  o At the campaign level, you choose your daily budget, geographic and language targeting, distribution preferences, and end dates.

  o At the Ad Group level, you create ads and choose keywords. You can also select a maximum cost-per-click (CPC) for the Ad Group or for individual keywords.

Within each Ad Group, you create one or more ads and select a set of keywords to trigger those ads. Each Ad Group runs on one set of keywords. If you create multiple ads in an Ad Group, the ads will rotate for those keywords.

When you log in to your account, you can see your ads' clickthrough rates (CTRs) listed below each of the ads. If a particular ad is not performing as well as the others (if it has a low CTR), you can delete or refine it to improve the overall performance of your Ad Group.

**Account:**
    Unique email address
    Password
    Billing information

| Campaign | | Campaign | |
|---|---|---|---|
| Daily budget | | Daily budget | |
| Location targeting | | Location targeting | |
| Language targeting | | Language targeting | |
| Distribution preference | | Distribution preference | |
| End dates | | End dates | |
| Ad Group | Ad Group | Ad Group | Ad Group |
| One set of keywords | One set of keywords | One set of keywords | One set of keywords |
| One or more ads | One or more ads | One or more ads | One or more ads |

## What is Google AdWords?

Google AdWords is a quick and simple way to purchase highly targeted cost-per-click (CPC) or cost-per-impression (CPM) advertising, regardless of your budget. AdWords ads are displayed along with search results on Google, as well as on search and content sites in the growing Google Network, including AOL, EarthLink, HowStuffWorks, & Blogger. With searches on Google and page views on the Google Network each day, your Google AdWords ads reach a vast audience.

When you create an AdWords keyword-targeted ad, you choose keywords for which your ad will appear and specify the maximum amount you're willing to pay for each click. You only pay when someone clicks on your ad. To save you even more money, our AdWords Discounter automatically reduces the actual CPC you pay to the lowest cost needed to maintain your ad's position on the results page.

When you create an AdWords site-targeted ad, you choose the exact Google Network content sites where your ad will run and specify the maximum amount you're willing to pay for each thousand page views on that site. You pay whenever someone views your ad, whether the viewer clicks or not. As with keyword-targeted ads, the AdWords Discounter automatically reduces the actual CPM you pay to the lowest cost needed for your ad to win the placement on that page.

There's no minimum monthly charge with AdWords -- just a nominal activation fee. Your ads start running within minutes after you submit your billing information. You can easily keep track of your ad performance using the reports in your online account Control Center.

To find out more about Google AdWords or to begin creating your ads, visit the AdWords home page.

## How does AdWords know where to show my ads?

The AdWords system examines several factors to determine the best targeting for your ads. If we can't identify appropriate targeting, we'll show national or global ads instead.

First, we consider the Google domain being used (.com, .de, .kr, etc.) to establish what region the user's search is for. We'll then target ads based on this information. We also analyze the actual search query the user submits, so if she enters a recognizable city or region, we'll show related location-targeted ads.

For instance, a user accessing Google.fr is assumed to be interested in ads targeted to France, even if she isn't physically in France. Also, someone searching for San Francisco plumbers is more likely to be interested in ads targeted to the San Francisco area, regardless of what city or region she's in.

We may also consider a user's Internet Protocol (IP) address to physically identify what region she's searching from. We'll then show country- and territory-targeted ads instead. Therefore, if a user access Google.com from an Australian IP address, we'll display ads targeted to Australia, even though the user isn't accessing Google.co.au.

For this reason, it's a good idea to create an additional country- and territory-targeted campaign similar to your regionally targeted one — except with region-specific terms in your keywords and ad text. Learn more

### How do I contact an AdWords representative?

Our support staff is always ready to help make your AdWords experience a great one. This help Center has answers to our most commonly asked questions. Feel free to search or browse the FAQ to find an immediate answer to your question.

If the FAQ doesn't help, please use the online contact form to reach us. A client service representative will personally and promptly respond to your message via email.

### When do my ads start running?

Once you've completed the account creation process, you'll need to activate your account. The Google AdWords team will send you an email asking you to click on a specific link to verify your email address. After your address has been verified, you can log in to your new account. You'll see a message asking you to submit your billing information. Your ads will usually appear on Google within a few minutes after we've received your payment, with timing depending on the payment method you've chosen (credit card, bank transfer, etc.). You may notice that your ads appear on Google before appearing on Google partner sites. This is because all ads appearing on our partner sites must be reviewed for compliance with our Editorial Guidelines before they can run.

### What basic terminology should I know?

We realize that certain AdWords terms and abbreviations may not be familiar to all of our advertisers. To make things easier, we've created a full glossary.

Here are some of the most common terms you'll see as you get started:

**Keyword** - The keywords you choose for a given Ad Group are used to target your ads to potential customers.

**Campaign** - A campaign consists of one or more Ad Groups. The ads in a given campaign share the same daily budget, language and location targeting, end dates, and distribution options.

**Ad Group** - An Ad Group contains one or more ads targeting one set of keywords. You set the maximum price you want to pay for an Ad Group keyword list or for individual keywords within the Ad Group.

**Impression (Impr.)** - The number of impressions is the number of times an ad is displayed on Google or the Google Network.

**Keyword Matching Options** - There are four types of keyword matching: broad matching, exact matching, phrase matching, and negative keywords. These options help you refine your ad targeting on Google search pages.

**Maximum cost-per-click (CPC)** - With keyword-targeted ad campaigns, you choose the maximum cost-per-click (Max CPC) you are willing to pay. Our AdWords Discounter automatically reduces this amount so that the actual CPC you are charged is just one cent more than the minimum necessary to keep your position on the page.

**Maximum cost-per-impression (CPM)** - With site-targeted ad campaigns, you choose the maximum cost per thousand impressions (Max CPM) you are willing to pay. As with Max CPC, the AdWords Discounter automatically reduces this amount so that the actual CPM you are charged is the minimum necessary to keep your position on the page.

### Where do I even begin?

Before anything else, you'll want to establish your advertising goals. You'll probably find it easier to build your keyword list and organize your keywords into different Ad Groups, each catering to a specific goal, once you can answer these questions:

1. What does your company (or division) do? Do you have different product lines? What are they?

2. Who's your primary audience (target market) for your products and services? Do you need to reach different audiences with separate sets of keywords or ads?

3.  What are you trying to sell or promote? What do you want people to do (buy, visit, download, subscribe)?

4.  What results would you like to see? What would you consider a good return on your investment?

I have a website--can I run AdWords ads on my site?

Google offers several ways for you to join the Google Network and display AdWords ads on your site.

Google AdSense for content-A fast and easy way to unleash the true revenue potential of your web content pages. Web publishers of any size can apply online. Once approved, you can publish AdWords ads on your site within minutes. If your site receives more than 20 million page views a month, you may be eligible for premium service.

Google AdSense for search -Websites that conduct a minimum of 5 million searches per month can display AdWords ads on their search results pages.

What's the phone icon on Google search results? How does it work?

We're testing a new product that gives you a free and fast way to speak directly to the advertiser you found on a Google search results page - over the phone.

Here's how it works: When you click the phone icon, you can enter your phone number. Once you click 'Connect,' Google calls the number you provided. When you pick up, you hear ringing on the other end as Google connects you to the other party. Then, chat away on our dime.

We won't share your telephone number with anyone, including the advertiser. When you're connected with the advertiser, your number is blocked so the advertiser can't see it. In addition, we'll delete the number from our servers after a short period of time.

Lesson: What is Google AdWords?

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reinforce your new expertise.

You can view lessons in text or as multimedia presentations (Flash® required) with narration and images.

View "What is Google AdWords?": multimedia lesson | text lesson

You may also wish to see the complete list of AdWords Lessons.

What are the technical requirements for using AdWords?

You are not limited to a specific software or operating system, but to take full advantage of AdWords features, we recommend installing a newer browser with JavaScript functionality enabled. Please check your browser information to determine which version you are using.

If you are using Microsoft Internet Explorer, we recommend using version 5.0 or higher. If you are using Netscape, we recommend using version 6.0 or higher.

If you are using an upgraded browser but have trouble viewing all Google AdWords pages, you may need to edit your browser preferences to enable cookies and JavaScript.

Where can I learn about other Google products?

Visit this page for information on other Google products.

Where can I learn about Google's free search results?

Visit this page for information on Google's free search results.

About AdWords : Jumpstart for New Advertisers : **Jumpstart Overview**

**What is Jumpstart?**

Jumpstart is a full service method of signing up for Google AdWords, where Google specialists set up your AdWords account for you. Jumpstart helps you serve expert-level AdWords ads immediately, saving you the time and effort of doing it yourself.

Jumpstart's primary purpose is to give you a solid foundation with AdWords. It's also intended to give you the momentum you need to continue your AdWords campaigns successfully on your own.

**Why does Jumpstart require a minimum daily budget to sign up?**

Our experience has shown that, while successful daily budgets vary by advertiser and product, US$50/day is a good minimum budget for launching a campaign. With this amount, your Jumpstart specialist can create an effective campaign that puts your ad in a better position to reach your target audience. After the campaign launches, you can change your budget. But we suggest allowing a few days for the initial daily minimum to perform for your campaign before making any changes. Learn more about changing your daily budget.

**How do I sign up for Jumpstart?**

The Jumpstart program helps you serve expert-level AdWords ads while saving you the time and effort of creating everything on your own. To get started, visit our Jumpstart Welcome page, and click the button marked Click to Begin. (Please note that Jumpstart is only available for new advertisers who don't already have AdWords accounts.)

Once we receive your Jumpstart application, we'll review your website, choose highly relevant keywords to trigger your ads, and then write compelling ads designed to achieve your specific goals. When we notify you that your campaign is ready, you can start advertising immediately.

**Do I need to start serving ads within a certain timeframe after signing up for AdWords through the Jumpstart program?**

No. You may start serving ads at any time after you sign up.

**How can I get involved with my Jumpstart campaign early on?**

It's a good idea to review the AdWords Help Center and the Managing your AdWords Account guide as soon as possible to learn the basics of AdWords. You'll eventually also want to learn how to build Ad Groups for other areas of your business and optimize your account.

**Where is Jumpstart available, and in what languages?**

We currently offer Online Jumpstart to new AdWords advertisers in the United States (in English) and in Italy (in Italian).

About AdWords : Jumpstart for New Advertisers : **Participating in Jumpstart**

**Can I review my new Jumpstart campaign prior to serving ads?**

Yes. After we complete your new campaign, we'll notify you via email. At that time, you can review your campaign, then do any of the following:

- o Start serving ads immediately.
- o Make edits on your own.
- o Request edits to your campaign.

**Why are you asking if my target audience is limited to a specific region?**

During the Jumpstart application process, we'll ask you if your target audience is limited to a specific region. If you say yes, we may create a regionally-targeted campaign for you. This means we'll narrow the focus of your ads to individual regions and cities only. For example, if we set your regional targeting preferences to the San Francisco-Bay Area, users based in the cities in this region (such as San Francisco, Palo Alto, and Oakland) will see your ads; users outside this area will not.

Generally speaking, regional targeting is best suited for anyone who only wants to market to prospects in a very specific geographic region. Of course, we'll consider your specific business situation to determine whether regional targeting is appropriate. If it is, we'll select the most relevant targeting options and regions for you. (Learn more about targeting your ads by location.)

**Can I cancel my Jumpstart request?**

Yes. If you'd like to cancel your Jumpstart campaign, please contact us and provide details. If appropriate, we'll cancel your request.

**I signed up for Jumpstart. When will my ads start showing?**

We'll create a fully functional Google AdWords campaign for you within 2-5 business days after we receive your email confirmation. Once you access this campaign and review it, you can decide when to start showing ads. If you approve of the campaign we've created for you, you can serve ads immediately. However, if you choose to make edits to your new campaign first, you might show your ads a little later.

**Why do I need to confirm my email address for Jumpstart? How do I do this?**

Because we want to protect the security of all advertisers, we've implemented a process where we verify all advertiser email accounts before we begin working on their Jumpstart campaigns. After you submit your Jumpstart application, you'll receive an email containing a link you click to confirm this information. Once we receive your confirmation, we'll create a campaign for you within 2-5 business days.

Please contact us if:

- o You've already submitted your Jumpstart application, but haven't received an email from us asking you to confirm your email address. (Please note that the system may take up to an hour to send this email to you.)
- o You've confirmed your email address, waited at least 5 business days, but haven't received notification that your new campaign is ready.

**I like the results I'm seeing from my new campaign. Can I request another Jumpstart campaign?**

No. We currently offer the Jumpstart service once, for new advertisers only.

**How can I enhance the performance of my Jumpstart campaign?**

If you'd like to improve your campaign's performance, visit our optimization tips page.

Can I make changes to my Jumpstart campaign?

Yes. If you'd like to make changes to your Jumpstart campaign, you have two options:

- Make them on your own. Start by reviewing our account tasks FAQ, which gives you step-by-step instructions on common activities such as changing keywords, editing your ad text, and creating new Ad Groups. (Because our goal is to help you become self-sufficient as soon as possible, we recommend you try this approach first.)

- Contact us. We'll typically respond to your request within one business day.

---

I signed up for Jumpstart, but haven't received my new campaign. What's going on?

There may be two reasons why you haven't received a notification from us that your Jumpstart campaign is ready:

- It's too soon: Jumpstart specialists typically create new campaigns within 2-5 business days after receiving your email confirmation.

- You haven't confirmed your email yet: For security reasons, Jumpstart specialists won't begin working on your new campaign until you confirm your email address.

If you've already confirmed your email address, and you've waited for over 5 business days, please contact us.

## About AdWords : Signing Up for an Account

---

What are the steps to creating an AdWords account?

You are just minutes away from running ads and reaching users on Google and our growing network of search and content sites and products in the Google Network.

You can preview the ad creation process with no obligation. Your ads will only begin to run and accrue charges after you submit your billing information. If you choose one of our post-pay options, such as credit card or direct debit, your ads will appear on Google almost as soon as you complete the sign up process and enter your billing information.

To create an AdWords Standard Edition account, and to price your keywords, please follow the steps below. (To create a simplified Starter Edition account, please see What are the steps to creating an AdWords Starter Edition account?)

## Target & Create Ad

- Please visit the AdWords homepage.

- Click Click to begin.

- Select Standard Edition, and click Continue.

- Select your language and location targeting options, and click Continue.

  Note: Ads and keywords in our program are reviewed to confirm that they meet our guidelines. Please click on the AdWords Editorial Guidelines link before creating your ad and check to be sure that your ads and keywords comply with our guidelines.

- Enter your ad text in the Google AdWords form to the left.

- When you are finished, click Continue.

Choose Keywords

o   Select keywords that will best target your ad to Google searchers.

*Note*: It is important that you submit keywords that are relevant to the products and services you offer on your site, and that you avoid general keywords. When creating your keyword list, ask yourself: 'If I were searching on Google for my products/services, what search terms would I enter?' Users are much more likely to type in 2 to 3 word combinations to find a product or service.

Because our keyword default is 'broad matching,' your ad may appear for a number of keyword variations. Our system also allows you to designate keywords as exact or phrase matches, and to submit negative keywords to limit the display of your ad on irrelevant queries. Read more about keyword matching options.

o   Click **Continue.**

Choose Daily Budget

o   First select your billing currency -- the currency you'll use to pay for your AdWords account. Then enter the amount you're willing to spend on this ad campaign each day.

*Note*: The daily budget controls how often your ad appears on Google; if your daily budget is low, we will spread the delivery of your ad throughout the day to stay within the amount you set.

Choose Maximum Cost-Per-Click

o   Enter the maximum amount you are willing to pay per click.

*Note*: Your CPC influences the position of your ad on our search results page. Our AdWords Discounter will automatically monitor your competition and reduce your actual CPC so that you do not pay more than necessary to maintain your ad's position.

o   Click **View Traffic Estimator** to view your average CPC and cost estimates.

o   Click **Continue.**

Review Your Selections

o   Review all your ad selections so far. Click **Edit** to change any selection; you'll be able to return to this review page after you make your edits.

o   Click **Continue to Sign Up.**

Sign Up

https://adwords.google.com/support/?hl=1

- o  If you already have a Google Account and would like to use the same login information for your new AdWords account, select the first radio button. Then select 'I'd like to use my existing Google Account for AdWords.' Enter your Google Account login email and password in the fields provided. Click **Continue.**

- o  If you don't have a Google Account, or if you do but would prefer to use different login information for your AdWords account, select the second radio button. Enter the email address and the password you'll use for the AdWords account. If you receive the error message 'user already exists,' see this FAQ for instructions. Then click **Create Account.**

- o  If you used your existing Google Account login information to create your AdWords account, you can now sign in to your AdWords account. If you used new login information, you'll receive an email asking you to click on a link to verify your email address. Click on the link in the message and then sign in to your account with the email address and password you submitted on the registration form.

Activate Your Account

- o  When you first log in to your account, you'll see a red message box at the top of the page. Click **Billing Preferences.**

- o  Complete the account setup process: enter your billing information, set the time zone for your account, and agree to the AdWords terms and conditions. On the final setup page, click **Save and Activate.**

- o  If you opt to pay by one of our post-payment options, such as credit card or direct debit, then logging in to your AdWords account and submitting your billing information activates your account. Your ads may begin running on Google and accruing costs almost immediately. If you elect to prepay for your AdWords account, your ads won't run until you've submitted your payment information and we've received your first payment.

Demo: Getting Started with Google AdWords

AdWords Demos are narrated lessons that show you how to make the most of your AdWords account. (You'll need Flash installed on your system to view AdWords demos.)

View this demo now: Getting Started with Google AdWords.

You may also wish to see the complete list of AdWords Demos.

What are the steps to creating an AdWords Starter Edition text ads account?

Use the simple one-page Starter Edition wizard to create your new account and begin running text ads. Here's how to do it:

- o  Visit the AdWords home page.

- o  Click the **Click to begin** button.

- o  Select **Starter Edition** and then click **Continue.**

- o  **Select your ad location and language.** First, pick the location where you would like your ad to appear. Then select the language in which you want to write your ad. Your ad will appear to users who have selected this as their primary language; please note that Google does not translate your ad.

- o  **Write your ad.** Enter a headline and two lines of text, along with the URL your ad will link to. Please see our Editorial Guidelines for more

information on writing your ad.

o **Choose keywords.** These are the search terms which can trigger the display of your ad.

o **Choose your currency.** This is the currency you will use to pay Google for your AdWords ads. Most people choose their local currency, of course, but you may select any currency you like. This currency affects only how you pay Google; it is unrelated to any currencies you may use for transactions with your customers.

o **Set your monthly budget.** Select one of the preset monthly amounts, or select the box at bottom and enter your own amount.

o Click **Continue.**

o Follow the instructions on the page titled **Do you have a Google Account?** to either enter your existing account information or create a new Google Account. When you are finished, click **Create AdWords Account.**

o You'll see a confirmation page saying that a verification message has been sent to your email address. Your ad will not start running until you have verified your account.

o When the verification email arrives, follow the instructions to enter your billing information, set the time zone for your account, and agree to the AdWords terms and conditions. On the final setup page, click **Save and Activate.**

That's all there is to it. After you complete this process, your ad will start running almost immediately.

To create a Starter Edition local business ads account, please see this Help Center entry.

--------------------------------------------------------------------------

Why am I getting the error message 'user already exists' when I try to create an AdWords account?

&lt;p&gt;It's likely that you already created a Google Account using this login email address. You can resolve this problem and create an account by following the steps in section II below. If you forgot your Google Account password (or if you still have problems after following section II), follow the steps in section I first. Then, continue to section II.
&lt;/p&gt;
I. Reset Your Google Account Password
&lt;br&gt;&lt;br&gt;
If you forgot your Google Account password:
&lt;br&gt;&lt;ol&gt;
&lt;li&gt;&lt;a href="/accounts/"&gt;Sign in&lt;/a&gt; to the Google Accounts page.
&lt;li&gt;Click the 'forgot password' link if you get the error message 'Username and password do not match.' Then, follow the steps. We'll send you an email to create your new password.
&lt;li&gt;Check your email, and click the link in the message from Google Accounts to create your new Google Account password.
&lt;li&gt;Proceed to section II below after you've reset your password.
&lt;/ol&gt;
If you could not change your password, you can still create an AdWords account using a different login email by choosing 'I only sign in to AdWords, or AdWords and AdSense' in the account creation wizard. See section I of &lt;a href="/support/bin/answer.py?answer=27686"&gt;this FAQ&lt;/a&gt; for step-by-step instructions.
&lt;br&gt;&lt;br&gt;
II. Create your AdWords account with your Google Account login information
&lt;br&gt;&lt;br&gt;
To create an AdWords account:
&lt;br&gt;&lt;ol&gt;

<li>Begin creating an AdWords account per <a href="/support/bin/answer.py?answer=16768&topic=6996">these instructions</a>.
<li>When you get to the step titled 'Set Up Account,' select 'I have an email address and password I already use with Google services like AdSense, Gmail, Orkut, or the personalized home page,' and click 'Continue.'
<li>Select 'I'd like to use my existing Google account for AdWords.' Click 'Continue.'
<li>Enter your Google Account email and password in the appropriate fields. Click 'Continue.'
</ol>
You should now be able to sign into your AdWords account at https://adwords.google.com using your Google Account login information.

---

**How do I set my time zone?**

---

If you have never set a time zone for your account, you can do so now. Your account time zone can be set only once, so please choose carefully.

All AdWords users must set an official time zone for their account by September 30, 2006.

Here's how to set your time zone:

○ Log in to your AdWords account.

○ Select the **My Account** tab.

○ Select the **User Preferences** link directly beneath the tab.

○ Click **Edit** under the **Time Zone** heading.

○ Select the time zone country, and then the individual time zone you want, from the pull-down menus.

○ Click **Confirm Time Zone.**

Time zone settings are permanent. If you set your time zone when you signed up for your AdWords account, you cannot reset your time zone now.

You can learn more about time zones in this Help Center entry: What is the time zone for my AdWords account?.

---

**Will a time zone change affect my previous account statistics?**

---

When you change your time zone, your past account records and statistics will remain in your previous time zone. For instance, if you change your account from Pacific Time to Greenwich Mean Time on July 22, all statistics for July 21 and earlier would remain in Pacific Time. Statistics from the time of the change on July 22 onward would be in Greenwich Mean Time.

---

**What is the time zone for my AdWords account?**

---

You can now set your AdWords account for any time zone you choose.

Until recently, all AdWords accounts were set to U.S. Pacific Time, the time zone at Google headquarters in Mountain View, California. But now you can pick a different time zone for your account if you wish. The official "working day" for your account, including all billing, reports and statistics, will be from midnight to midnight in the time zone you set.

Your account time zone can be set only once, so please choose carefully.

Here are the answers to some common questions about time zone settings.

**Can I choose any time zone in the world?** Yes. Most people select their own local time zone, of course, but the choice is entirely yours. If you live in Nairobi and w.. your account to operate on Tokyo time, that's fine.

**Will my ads continue to run in the same way after I reset my time zone?** Yes. This change won't affect the appearance, rank or pricing of your ads. It will simply l you track your account in the time that works best for you.

**Does this mean my ads will show in only one time zone?** No. Your ads will continue to show in all the locations you have targeted in your campaigns. The time zone setting affects only the administration of your account.

**Can I set a time zone for each campaign?** No. Your time zone applies to your entire account.

**Will changing my time zone affect my Google Analytics accounts?** Yes. If you have linked Google Analytics to your AdWords account, your Analytics profiles als will shift to match your new time zone.

**When will the change happen?** Your new time zone setting will take effect as soon as you make the change. Most users will see little or no difference in their ad impressions or spending on the day of the change. A few users may see statistics that are lower than normal on the day of the change or the day after, as the system shifts to a new time zone. But your monthly budget will not be affected and you will not be billed extra during the change.

Here's an example: suppose you permanently reset your account to Buenos Aires time, five hours ahead of the Pacific Time zone in California. If you make the chan̟ at 10:00 am Pacific Time, your account time will immediately shift to 3:00 pm Buenos Aires time. For that one day, your account day will be 19 hours long. Afterwards your account will run normal 24-hour days on Buenos Aires time.

**Can I change my time zone again later?** No. Your time zone can be set only once.

Here's how to set your new time zone:

- Log in to your AdWords account.
- Select the **My Account** tab.
- Select the **User Preferences** link directly beneath the tab.
- Click **Edit** under the **Time Zone** heading.
- Select the time zone country, and then the individual time zone you want, from the pull-down menus.
- Click **Confirm Time Zone.**

---

What time zones are available?

An AdWords account can be set for most of the world's standard time zones. More than 200 time zones are available to choose from.

All time zones must be in full hour or half-hour increments relative to Greenwich Mean Time. If your local time zone is one of the few offset a quarter-hour from GMT, the AdWords system cannot support your time zone. Please choose a different time zone for your account.

Please remember that time zone selection affects only the administration of your account. Your selection does not affect the locations where your ad may show.

---

**Does Daylight Saving Time affect my account statistics?**

Your AdWords statistics will always reflect the local time in the time zone you have chosen for your account. Many countries make an annual adjustment to their official time to increase daylight hours during summer months. This is often called Summer Time or Daylight Saving Time. If the time zone you have set for your account shifts in this way, your AdWords account schedule and statistics will adjust automatically as well. Your account will also adjust when the time zone returns to normal time at the end of the summer.

## About AdWords : Starter Edition : Starter Edition Overview

---

**How much does AdWords Starter Edition cost?**

In the Google AdWords program, the cost of your campaigns really depends on you -- how much you're willing to pay and how well you know your audience. It all boils down to knowing your own goals and applying them to your account.

There is a nominal, one-time activation fee for Google AdWords, whether you choose Starter Edition or Standard Edition. After that, you pay only for the ads you run. In a Starter Edition account, you control your costs by setting a monthly budget -- the monthly spending limit for your ads.

For example, a new Starter Edition advertiser paying in US dollars can activate their AdWords account with just US$5.00, and then choose a monthly budget as large or as small as they like.

To see the activation fee and available payment methods in your local currency, visit the account fees finder.

---

**What is AdWords Starter Edition?**

Starter Edition is a simplified version of AdWords for new users.

New users have sometimes asked us for a fast way to create and run ads with just the most basic campaign choices. Starter Edition is the answer.

Starter Edition lets users create an AdWords account using a one-page signup form. Users write their ad text, target locations and keywords, and choose a currency and monthly budget. Once their account is activated, the ads start running. The user's account page is also simplified, showing key information for each keyword and allowing simple changes to the account. The Google Budget Optimizer automatically determines when to show your ads to earn the most clicks possible within your monthly budget.

Starter Edition is an excellent way to get your ads up and running when you want to advertise a single product to a specific audience. It does come with limitations: only text ads and keyword targeting are allowed, and only one ad campaign is possible. Advanced features like conversion tracking, multiple campaigns, and Ad Groups, are only available with the full-featured AdWords Standard Edition. The good news is, you can graduate from the Starter Edition to Standard Edition any time you like. Both versions of AdWords cost nothing extra -- after a nominal setup fee, you pay only for the ads you run.

Here are some common questions about AdWords Starter Edition:

**Can I create more than one ad?** Yes. With Starter Edition you can create up to 50 ads around one set of keywords and one product or business. To create multiple campaigns or advertise multiple products, you should graduate to Standard Edition.

**Can I run image ads or animated ads with Starter Edition?** Sorry, no. Starter Edition supports only text ads.

**Can I change my mind later if I choose Starter Edition?** Yes. You can graduate to Standard Edition at any time.

**I already have an AdWords account. Can I switch to Starter Edition?** Sorry, no. Starter Edition is only for new users. But you are always free to create a basic campaign with a single ad in your Standard Edition account.

**How do the Starter and Standard editions differ?** Here's a complete comparison.

To sign up now, please visit the FAQ What are the steps to creating an AdWords Starter Edition account?

Who will see my Starter Edition text ad?

Your Starter Edition text ad can appear whenever a user searches Google or one of its partner sites for the keywords you choose. Your ad may also appear on content sites and products in the Google Network that match your keywords.

The Google Network is made up of sites and products who partner with Google to publish targeted AdWords ads via their site or product. On search sites in the Google Network, your ads could appear alongside or above search results, or as a part of a results page found through a site's directory.

Your ad will appear to users who are in the geographic area you select for your account. For instance, if you choose Tokyo as your target area, your ad will appear to web users in Tokyo, but not to users in other cities. It may also appear to users who search for the term "Tokyo" paired with one of your keywords, such as "Tokyo florist."

The keywords you select are a crucial part of this process. The more specific your keywords are, and the more closely they're related to your business, the better the chance that your ad will appear on the search results and content pages where it can reach the very best customers.

How do I choose between Starter and Standard Edition? Which is right for me?

First, we suggest you visit our comparison page to see the features available with each edition.

Which edition you start with is entirely up to you. Both are easy to use. If you have any experience with online advertising, or if you want to create more than one ad campaign, you'll probably prefer the power and flexibility of Standard Edition.

Starter Edition is best for those who want to advertise a single product or service in the simplest possible way. You'll write your ad text, set a monthly budget and a few other variables, and then your ads will begin running.

If you choose Starter Edition, you can always graduate to Standard Edition at any time. Graduating takes only a few moments and costs nothing extra, and you'll be able to keep the same account and ads you created in Starter Edition.

---

**What if I choose the wrong edition?**

You can always graduate from the Starter Edition to the Standard Edition of AdWords. If you have any question about which edition is best for you, you may wish to begin with the Starter Edition and then move up when you're ready. (To learn how, visit our FAQ How do I graduate from Starter Edition to Standard Edition?.)

If you open a Standard Edition account, you cannot switch to the Starter Edition. However, you are free to keep things simple with your Standard Edition account by running a single ad and a single campaign. Please be assured that most users find a Standard Edition account very easy to set up and maintain.

---

**Is there any charge to create a Starter Edition account?**

There is a nominal, one-time activation fee to create a Starter Edition account. After that, you pay only for clicks on your keyword-targeted AdWords ad. Your monthly budget gives you full control over the costs of your account.

To discover the activation fee for your account, please see the AdWords account fees finder.

## About AdWords : Starter Edition : **Using Your Starter Edition Account**

---

**What is the AdWords health meter?**

The health meter is a simple way to see how your Starter Edition account is performing. When you log in to your Starter Edition account, you'll see one of several messages listed with the health meter:

- **Your account is now active and should show impressions soon.** Your account is officially running and your ad is eligible to appear to users on Google and its partner sites. You should begin to see impressions and clicks reported on your My Ad Campaign page within the next few days.

- **Your ads are showing as they should.** Your ad is doing fine. Your keywords are appropriate for your ad, and your ad is appearing often enough to reach your desired budget. Remember that this doesn't mean that your ad will appear on every search for a particular keyword, but that it will appear often enough to meet your budget.

- **You have one or more disapproved ads.** If your ad does not meet our editorial guidelines, it will be disapproved and an email will be sent to you explaining the reasons. You need to edit your ad text and resubmit it for approval. For more details, please see the FAQ Why has my ad been disapproved? in the main AdWords Help Center.

- **Your ads are showing too rarely to spend your full budget.** Your ad is running well, but we are unable to meet your desired budget with you current settings. For instance, if you have chosen a single keyword and a large budget, there may not be enough monthly searches on that single keyword to fulfill your budget. You may wish to add additional targeted keywords that reflect your product or service. If you have targeted a local area, you may also wish to broaden the region where your ad appears.

- **You have paused your ads. They are not running.** When you pause your ad, it stops appearing to users. Your ad will remain paused until yo

click **Resume** at the top of your My Ad Campaign page.

- **Your ads won't show until you request a bank transfer and the funds are received by Google.** If you have chosen bank transfer as your method of payment, you must prepay for your ads. Your account won't be activated until you request the bank transfer and the funds reach Google.

- **Your bank transfer payment has not yet reached Google.** Our records show that you have requested a transfer, but the funds have not yet arrived at Google. It can take 5-10 business days for a bank transfer to reach Google.

- **Your billing information needs your attention.** Your account is not active, because there is a problem with your billing. An alert at the top of your account page will describe the action needed. li>

- **Your account will be paused soon unless you update your billing information.** Your account is still active and your ads are running. However, you need to edit or update your billing information. An alert at the top of your account page will describe the action needed.

- **Your account has no ads.** You have not created an ad, or you have deleted all your existing ads. You must create an ad to be shown to users before your ads can run.

- **Your ads are not running because your account has no keywords.** You have deleted all your keywords. You must add at least one keyword before your ads can run.

The health meter appears only for Starter Edition accounts. For Standard Edition accounts, detailed account reporting provides much more information about the performance of your ads and keywords.

---

How do I edit my ad text in a Starter Edition account?

Here's how to edit the text of a Starter Edition ad:

- Sign in to your AdWords account.

- On the **My Ad Campaign** page, click the **Ad Variations** tab.

- Find the ad you want to revise, and click **Edit** next to that ad. .

- On the **Edit Ad Text** page, enter your new text.

- Click **Save Changes.**

Once you edit your ad, it's immediately eligible to appear on Google.

If you are a Standard Edition user, please see How do I edit my ad text?

---

How can I set a click price limit for my Starter account?

In Starter Edition, the Google Budget Optimizer™ tool is always enabled. It automatically adjusts your cost-per-click (CPC) amounts on your behalf, based on the budget you have set. The goal is to give you the most effective clicks available within your budget.

If you like, you can set an upper limit on your CPC. Select a price limit of $0.50, for instance, and the Budget Optimizer will never bid over $0.50 on you behalf for any single click. By setting a limit you have more control over your account, but you also may restrict the number of clicks your ad receives o the position of your ad when it appears with other ads on Google.com. If you set a very low price limit, your ad may not be able to compete for higher a positions in some situations.

Here's how to set a click price limit in your Starter Edition account:

- Sign in to your AdWords account.
- On the **My Ad Campaign** page, find the link reading **Edit settings** near the top of the page. Click the link.
- On the **Edit Settings** page, find the field marked **Price limit for a click**.
- Enter the highest amount you're willing to pay for any single click.
- Click **Save Changes.**

If you'd like to have even more control, and choose the individual CPC for each of your keywords, we suggest that you graduate to AdWords Standard Edition.

---

How do I use the My Ad Campaign page?

The My Ad Campaign page displays basic information about your Starter Edition account. Once you create an account, the My Ad Campaign page is the first page you'll see whenever you log in.

The page gives you information on two topics:

1) The text and settings for your ad.
2) The keyword performance statistics for your ad.

The text and settings for your ad can be seen and edited by clicking the **Ad Variations** tab.

Click **Edit settings** on the My Ad Campaign page to change the language, budget, or display location for your ads.
Click **Pause** to stop your ads from running. If you pause your account, this link will change to read **Resume**. Once paused, your ads will not appear to users until you click **Resume**.
The lower section of the page shows you the performance of your current keywords. This includes impressions (the number of times your ad has been displayed for each keyword), user clicks on your ad, and the total cost for those clicks. Click **Add keywords** to add new keywords. Remove any keyword permanently by clicking **Delete** in the same row.

In the upper right corner of the page, the health meter will show you how your account is performing. If your keywords and ads are working well, you'll see the message 'Your ads are showing as they should.' If an ad is disapproved or if there are other problems with your account, you'll be alerted in this space. To learn more about the ad health meter, visit the health meter FAQ.

At the very top of the page, click the **My Account** tab to edit the basic settings of your account, including your email address, your billing preferences, and other settings.

---

How do I choose effective keywords for my Starter Edition ad?

Good keywords are critical to the success of your ad. Choose the right keywords and you choose the right audience for your ad. That means you connect with the most potential customers, earn more sales, and get the best return for your advertising investment.

You choose keywords for your ad when you first create your AdWords Starter Edition account. You can also add new keywords or edit and remove existing ones after your account has been set up. Here are some tips for choosing the right keywords:

- **Match your keywords to your ad text.** Your keywords should be closely related to the product or service you're advertising. Your ad will then get more clicks from people who are interested in what you have to offer.

Many new advertisers enter dozens of keywords unrelated to their ad. They pick the names of popular TV shows or general topics like "sports," thinking this will put their ad in front of more people. The result? Most people who see the ad are looking for other topics. The advertiser wastes money on clicks from people who were not potential customers to start with.

You'll save money by having a few highly relevant keywords rather than many unrelated ones. Match your keywords to your ad content and you'll reach an audience that wants what you're selling.

- **Be specific.** If you're selling roses, use specific keywords like *red roses* instead of general keywords like *flowers*. Someone searching for *flowers* could be looking for any kind of flower, and for many different reasons. Keywords like *red roses* or *long-stemmed roses* will get you better results.

- **Keep it under 20.** You'll get the best results with a few well-chosen keywords. We suggest you keep your Starter Edition keyword list to 20 keywords or less. That should be enough to attract the audience you need while letting you focus on the keywords that match your ad best.

- **Experiment.** After your ads have run for a few days, check your account to see which keywords are getting you the most clicks for the lowest prices. Refine keywords that work. Weed out keywords that don't. If *red roses* is working well, try adding *fresh red roses* and other variations. If your budget is not being spent, try new keywords.

Very popular keywords can be very expensive because many people want to advertise on them. You may find that some keywords are too expensive for your budget, or that others give you better return on your investment.

- **Use the keyword tool.** If you are unsure of what keywords to choose when signing up, enter a term related to your ad in the box titled **Want more?** on the signup wizard. The AdWords system will then show you possible keywords related to the one you entered. Carefully select the ones that best match your ad, then click **Add** to move them to your keyword list.

Note: You do *not* need to add location names to all keywords. It can sometimes be useful to choose keywords like *New York real estate*, but most keywords work well without location names. AdWords automatically targets your ads to the region you select. If you are running local business ads, you ad will automatically appear to those in the vicinity of your business location.

Once you have created your account, you can add or remove keywords by logging in to your account. At the top of the **Statistics** section of the My Ad Campaign page, click the **Add more keywords** link. On the next page, you can again add keywords in the box provided and use the **Want more?** box to find related keywords. When you are done, click **Save Changes.**

To delete any keyword, find the keyword in the **Statistics** section of the My Ad Campaign page. Click the **Delete** link in the same row as the keyword.

How do I write effective Starter Edition ads?

These five creative tips can turn a bland message into a powerful AdWords ad that really sells. The first two apply to all Starter Edition ads:

- **Include a call to action.** Tell your users directly what you want them to do. Include action terms like *buy, shop,* or *browse.* Say *Buy Fresh Red Roses* instead of *Flowers For Sale.*

  - **Clearly describe what's unique about your product or service.** What should the user expect to find at your website or at your business location? What can they do there? What can you do for them that no one else can?

The next three apply mainly to Starter Edition text ads. (If you're running <u>local business ads</u> in your Starter Edition account, these elements are already determined by your business name and location.)

- **Place your business name in your ad text.** Let your users know exactly who you are: give your business name in the text of your ad.

- **Put your most important keyword in the title.** If you're selling flowers and you find that the keyword 'red roses' gets you the most clicks, try putting the term 'red roses' in the title of your ad. Successful keywords are a sign that you're reaching the right audience for your message. (If you're running a local business ad, your business name is already the title of your ad.)

- **If you sell to a precise location, name the location.** Do you deliver flowers in London? The title *Send Red Roses in London* is likely to win you more clicks than just *Send Red Roses.*

Follow these tips and you'll give your ad the best chance for success. Once you've got the big points in place, try polishing your ad with these smaller ideas:

  - Capitalize the first letter of each word in your title and your URL. For example: *Buy Fresh Red Roses* instead of *Buy fresh red roses.*

  - Avoid gimmicks such as using ALL CAPS, or repeating words or exclamation points (as in *Buy, buy, buy!!!*).

  - Avoid generic superlatives such as "The best" or "#1".

  - Simplify. Use plain language and short words.

---

Now that my Starter Edition ad is running, what essentials should I know?

One of the first questions new AdWords users have is: "How do I see my ad?"

The short answer is: you probably won't see your ad every time you search for your own keywords. The AdWords system spreads your ad impressions throughout each day based on your budget, your keywords, and the region you've targeted for your ad. If you choose very popular keywords (such as "flowers" or "cars"), there are millions of possible searches each day where your ad could show. Your own search may or may not come at the right moment to see your ad.

Also, make sure you check the second page of search results. Not every ad appears on the first page, and the AdWords system may place your ad on later page to keep your costs low while still finding clicks for your ad.

The best way to make sure your ad is running is to sign into your account and check the My Ad Campaign page. The Ad Health Meter will tell you if your ad is running properly. The statistics table will show you the number of times your ad has appeared, the number of clicks it has received, and the total cost to you.

To help your ad succeed, pay close attention to four key elements: your ad text, your keywords, your target location, and your budget.

**Your Ad Text**

https://adwords.google.com/support?fullдumn=1

It's important that you start by identifying your advertising goals and your audience. What do you want to achieve? Who is your ideal customer? Then write a simple, direct ad that entices the customer to click with a strong call to action.

To read more about writing great ads, see: How do I write effective Starter Edition ads?

To learn about what is allowed in your ad text, see the AdWords Editorial Guidelines.

**Your Keywords**

Keywords match your ad to potential customers. Your ad is eligible to appear whenever a user searches Google or its partner sites for the keywords you select. These keywords also are used to target your ad to content sites, where potential customers are reading about topics related to your product or service.

When choosing keywords, think like a customer. What terms would your customers use to describe your products or services? What terms would they search for if they wanted what you have to offer? The most specific your keywords, the better your ad will perform: If you're a florist, use detailed keywords like *red roses* instead of general keywords like *flowers*.

For help with creating the best keywords for your ad, please see: How do I choose new keywords for my Starter Edition ad?

**Your Budget**

How much you spend on advertising is entirely up to you. You can spend as little or as much as you like. The larger your budget, the more exposure your ad will get and the more clicks you're likely to receive.

You pay a small portion of your budget each time a user clicks on your ad. This amount is called the cost per click, or CPC. Since your ad competes with other ads for position on each page, the AdWords system will adjust your CPC bid for each keyword to seek out the most exposure and the most clicks possible for your ad within the budget you set. The system will also spread your spending out over the course of each month.

You can, if you like, set a top limit on the CPC that AdWords will spend on any click. This gives you more control over your cost per click, but it also may restrict the number of clicks your ad receives. If you set a very low click price limit, your ad may show rarely or not at all.

For help with your budget, see How do I choose a budget for my Starter Edition account?

For help with your CPC, see How can I set a click price limit for my Starter account?

Whatever choices you make, it's important that you experiment with different advertising messages and keywords to find the ones that work best for you. If you find users aren't responding to a particular call-to-action in your ad text, delete that and try something else.

To learn even more about AdWords Starter Edition, see our complete Starter Edition Help Center.

---

**Can I run image ads with a Starter Edition account?**

No. Only text-based ads can be run with a Starter Edition account. (If you are running Starter Edition local business ads, you can upload an image to be shown with your ad on Google Maps. This is not the same as running an image ad.)

If you'd like to run image ads, we suggest that you graduate to AdWords Standard Edition.

---

**What is included in my overall performance?**

Your overall performance is the total of all ad impressions, user clicks, and costs generated by your Starter Edition account for a given period of time.

When you sign in to your account, you will see a **Statistics** section with columns for your keywords, impressions, clicks, and total costs. Click **change** at the top of the section to select the period of time for the statistics, from one specific day or week to all time for your account.

Each line of the report will now show the results for each of your keywords during the time period you select. At the bottom of the columns, the line title **overall performance** shows you the totals for all keywords during that time period. You can use these numbers to judge the overall effectiveness of your keywords and your ads during that time.

Your overall performance totals may exceed the sum of your keywords if your ads have earned extra clicks from relevant sites in Google's content network. These clicks are credited to the whole account, not to individual keywords.

To see statistics for individual ads, click the **Ad Variations** tab.

---

**How do I know if my Starter Edition account is running and performing well?**

Once you submit the billing information for your Starter Edition account, your ads should start running almost immediately. You can check to see that your ads are running by logging in to your AdWords account and viewing your account statistics on the **My Ad Campaign** tab. On that page, the AdWords health meter shown in the upper corner is a quick way to see the health of your account. On the same page, the account statistics will show you how many impressions and clicks your ads have received, and the total cost so far for your account. (Reporting is not instantaneous, so there may be a delay of several hours before impressions and clicks are reported.)

Learn more about the AdWords health meter.

Learn more about the My Ad Campaign page.

## About AdWords : Starter Edition : **Local Business Ads**

---

**What are the steps to creating a Starter Edition local business ads account?**

In order to create a local business ads account with Starter Edition, you must already have a local business listing with Google. If you don't have one,

you can create one at the Local Business Center.

Once you have a local business listing, use your Google Account email address and password to sign in to the Local Business Center. Now follow thes steps:

- Click the **AdWords** link at the bottom of the main Local Business Center page.

- On the next page, click the **Sign up now** button.

- **Select your ad location and language.** First, use the pull-down menu to select the location of your business. Then select the language in which you want to write your ad. Your ad will appear to users who have selected this as their primary language; please note that Google does not translate your ad.

- **Write your ad.** Enter your company name and two lines of text, along with the URL your ad will link to. Your company name must be 25 characters or less. If your business name is longer than 25 characters, create a shortened form to be displayed with your ad. Please see our Editorial Guidelines for more information on writing the text of your ad

- **Enter optional information if you wish.** These items can be included with your local business ad on Google Maps if you wish. Your ad can sti run without them, however. First, enter your business phone number. Under 'Map icon,' click **Edit** to choose an icon that matches your business type. Then, upload an image of your business to be displayed with your ad.

- **Choose keywords.** These are the search terms which can trigger the display of your ad.

- **Choose your currency.** This is the currency you will use to pay Google for your AdWords ads. Most people choose their local currency, of course, but you may select any currency you like. This currency affects only how you pay Google; it is unrelated to any currencies you may use for transactions with your customers.

- **Set your monthly budget.** Select one of the preset monthly amounts, or select the box at bottom and enter your own amount.

- Click **Continue.**

- Follow the instructions to enter your billing information and activate your ad.

That's all there is to it. After you complete this process, your ad will start running almost immediately.

What language and location ad targeting options do I have for Starter Edition local business ads?

When you run local business ads with an AdWords Starter Edition account, you can choose from business locations anywhere in Canada, the United States, and the United Kingdom.

- **Location Targeting:** When you sign up for your account, you'll select the location of your business. Your ad will automatically be targeted to users wh search Google Maps for your keywords in that location. It will also be shown to users anywhere who specify your region in the wording of their searches. You may also use location targeting (found on the 'Edit settings' page of your account) to restrict the display of your ad only to users in certain locations.

- **Language Targeting:** Your ad will appear only to users who speak the language you specify and who have set it as the main language of their Web browser. If you set Spanish as your target language, your ad will appear only to those who browse the Web in Spanish. If you set Spanish as your target language and Canada as your target country, your ad will appear only to Spanish speakers in Canada.

Please note: Google will not translate your ad for you. Your ad text will appear as you have written it.

You can change your settings at any time by clicking the **Edit settings** link next to your location or language settings on your My Ad Campaign page.

Why can't I create different ad formats in Starter Edition?

Starter Edition is a simplified version of AdWords. That's why only one kind of ad can be created per account.

If you signed up for Starter Edition by creating a text ad, you can create many variations on that ad, but the variations must also be text ads. If you signed up for Starter Edition by creating a local business ad, the same rule applies. Your variations will also be local business ads.

The good news is that you can create all types of AdWords ads simply by graduating to the Standard Edition of AdWords. The process is easy and gives you access to the full functionality of AdWords, including features like ad scheduling, multiple campaigns and Ad Groups, and advanced analytics. With Standard Edition you can create multiple campaigns with text ads, local business ads, video ads, and more.

To graduate to Standard Edition, see the AdWords help center.

Who will see my Starter Edition local business ad?

Your local business ads are eligible to appear on Google Maps, Google, and search network sites.

On Google Maps, local business ads have priority over text ads. If no local business ads are eligible to appear, eligible text ads will be displayed. Up to four local business ads may appear on Google Maps search results pages. If there are more than four eligible local business ads, the remaining ads may show on subsequent search results pages. Learn more about how local business ads are targeted to users.

On Google and other search network sites, text versions of local business ads compete with other ads on the basis of their Ad Rank, which is a combination of various factors including maximum cost-per-click (CPC) and Quality Score. Learn more about how ads are ranked.

The keywords you select are a crucial part of this search process. The more specific your keywords are, and the more closely they're related to your business, the better the chance that your ad will appear on search results where it can reach the very best customers.

Who can create local business ads?

Local business ads are available only to customers with business locations in Canada, the United States, and the United Kingdom. This is true whether you have a Starter Edition or a Standard Edition AdWords account.

Users in any location worldwide may see your local business ads on Google Maps. Your ads may also be seen in their text-only versions on Google.com, Google.co.uk, Google.ca, and other search network sites. For more details on how local business ads are targeted to users, please see this Help Center entry. We do expect to offer local business ads in more locations in the future.

## About AdWords : Starter Edition : Targeting Your Audience

What Starter Edition language and location ad targeting options do I have?

With an AdWords Starter Edition account, you can choose from many available languages and locations to target. Your ad can be targeted to one language and one country at a time. For a limited number of countries, you can target a region or city instead of the entire country.

○ **Location Targeting**: Your ad will appear to customers located in, or searching for results in, the country or territory you select. If AdWords offers region and city targeting for your area, you may target a region or city instead of the entire country. Your ad will then appear only to customers searching for results in (or located in) the location you choose.

Note that if you are running Starter Edition local business ads, your ad will be targeted automatically to your local region based on your business location.

○ **Language Targeting**: Your ad will appear only to users who speak the language you specify and who have set it as the main language of their Web browser. If you set Spanish as your target language, your ad will appear only to those who browse the Web in Spanish. If you set Spanish as your target language and Japan as your target country, your ad will appear only to Spanish speakers in Japan.

Please note: Google will not translate your ad for you. Your ad text will appear as you have written it.

You can change your settings at any time by clicking the **Edit settings** link next to your location or language settings on your My Ad Campaign page.

................................................................................................................................
How do I edit the language or location settings for my Starter Edition account?
................................................................................................................................

You have your choice of many locations and languages when targeting your ads. When you choose a location, your ads will appear only to users who are located in that country, territory or local region. When you select a language, your ads will appear only to those users who have chosen that as their primary language.

To edit the language setting of your Starter Edition account:

○ Log in to your AdWords account.

○ On the **My Ad Campaign** page, find the link reading **Edit settings** near the top of the page. Click the link.

○ On the **Edit Settings** page, edit your language by using the pull-down menu to choose a new language.

○ Click **Save Changes.**

To edit the location setting of your Starter Edition account:

○ Log in to your AdWords account.

○ On the **My Ad Campaign** page, find the link reading **Edit settings** near the top of the page. Click the link.

○ On the **Edit Settings** page, find the **Location** section. Click a radio button to select a new location. If the location you want is not shown, click **edit** to start over with a new country or territory selection.

○ Click **Save Changes.**

Your changes will take effect on AdWords shortly.

If you are a Standard Edition user, please see How can I target my text ad campaign by language and location?

---

**What if I need to show my text ad in more than one location?**

In order to keep things simple, Starter Edition text ads can be targeted to only one region, country, or territory. To target your ad to more than one region, country, or territory, you should graduate to Standard Edition.

Starter Edition local business ads can target multiple locations of the same business within one country. To target more than one country, or to advertise more than one business, you should graduate to Standard Edition.

It's easy to move from Starter Edition to Standard Edition. There are no extra charges, and you'll be able to keep your Google Account information and retain all the settings for your existing ad. To learn more about the two editions, see How do Starter Edition and Standard Edition compare? (Note that a Starter Edition user can switch to Standard Edition, but not vice-versa.)

You can graduate to Standard Edition right now if you like. Just follow our step-by-step instructions.

---

**What features does the Starter Edition Keyword Tool include?**

The Keyword Tool allows you to build extensive, relevant keyword lists from one easy, simple interface. Generate keyword lists, review traffic estimations for existing and new keywords, and add your keywords directly into your Starter Edition account from the same page. You can combine the relevant keywords you get with one another or with your existing keywords to make them more specific. Or, use any irrelevant results as negative keywords to ensure that your campaign is highly targeted.

Features of this tool include:

- **Search for keywords in three ways.** Enter new keywords, your existing high clickthrough rate keywords, or any webpage URL for your search. You can also expand your keyword search even further to include pages linked to from the original URL. (Site-related keyword searching is available for a limited number of languages.)

- **Keyword performance statistics.** See Google's performance statistics for your keyword results. Views include keyword popularity, global search volume trends, cost, and predicted ad position.

- **More keyword results based on regularly updated statistics.** Our advanced search engine technology allows us to provide you with the latest information on potential keywords for your campaigns.

To access this tool from within your account, click the **Add more keywords** link at the top of your keyword table. On the **Add Keywords** page, click **Advanced Tool.**

---

**What does 'within driving distance' mean?**

**Within driving distance** is the AdWords term for the general area surrounding a city or other location. Many local businesses want to reach customers not just in their own city but in other nearby areas. For those advertisers, 'within driving distance' may be a good location targeting choice.

While it varies by region, driving distance is usually a radius of about 60 miles or 100 kilometers around the primary location you select. Driving distance does not take into account the local roads, terrain, or other variables.

## About AdWords : Starter Edition : **Budgeting and Pricing**

How do I choose a budget for my Starter Edition account?

The budget you set is entirely up to you. You should set a budget based on how much you are comfortable spending on AdWords advertising each month.

The AdWords system will automatically show your ads as often as possible within the budget you set. The system will spread the display of your ads across the entire month. For instance, if you set a monthly budget of $90, AdWords will spend about $3 of your budget each day in a 30-day month.

Once your account is running, you can adjust your budget at any time. Please see this Help Center entry: How do I change the budget for my Starter Edition account?

How do I change the budget for my Starter Edition account?

To change the budget for your Starter Edition account:

- o   Sign in to your AdWords account.
- o   On the **My Ad Campaign** page, find the link reading **Edit settings** near the top of the page. Click the link.
- o   On the **Settings** page, find the **Budget** section and enter a new amount in the budget field.
- o   Click **Save Changes.**

Your new budget will take effect shortly. Each time you change your budget, you'll begin a new 30-day budget cycle for your account.

## About AdWords : Starter Edition : **Graduating to Standard Edition**

How do I graduate from Starter Edition to Standard Edition?

It's easy to move from Starter Edition to Standard Edition. There are no extra charges, and you'll be able to keep your Google Account information and retain all the settings for your existing ads.

Remember that once you graduate to Standard Edition, you can't return to the Starter Edition. Most users find Standard Edition easy to use, but please make sure you're ready before you graduate.

Here's how to graduate to Standard Edition:

- o   Sign in to your AdWords account.

- At the bottom of the **My Ad Campaign** page, click **Graduate to Standard Edition.**

- On the next page, read the basic information about upgrading. When you're ready, click **Continue.**

- On the following page, read the suggestions for adopting Standard Edition. This is the final step: When you're ready to move to Standard Edition, click **Yes, Graduate.**

Congratulations -- you've graduated to Standard Edition. You'll see that your ads have been moved into a Standard Edition campaign (named 'Starter Campaign' so you'll recognize it). This campaign will continue running just as your Starter Edition ads did, unless and until you make additions or changes.

---

What should a newcomer know about Standard Edition?

---

When you graduate from the Starter Edition to the Standard Edition of AdWords, a host of new tools and features become available to you. Here are some important things to know about Standard Edition.

## What stays the same?

**Your AdWords login:** You keep the same Google Account login email and password when you graduate. Sign in at https://adwords.google.com just as you did before.

**Your ads & keywords:** Your Standard Edition account keeps the same ad text, keywords, and settings you had in Starter Edition. Your ads continue running just as before unless you decide to change or delete them.

**Your budget:** The Google AdWords Budget Optimizer continues to manage your keyword bids automatically, unless you choose to disable it and set your own cost-per-click prices. (More details on this can be found below.) In that case your budget will be reported as a daily amount rather than a monthly amount. If your budget was $30 per month, with Budget Optimizer disabled it will be listed as $1 per day.

If you create new campaigns you'll have the same choice of using Budget Optimizer (with a monthly budget) or setting your own CPC prices (with a daily budget). Please note that you set a separate budget for every campaign. This means that the budgets you set for new campaigns will be *in addition to* the amount you budgeted for your original campaign.

## What should I change first?

Here are two changes that many new Standard Edition users make:

### 1. Create Ad Groups and more campaigns

Standard Edition gives you the power to create many ads and to organize these ads into Ad Groups and campaigns. An Ad Group is a set of related keywords combined with one or more ads for a specific product. If you sell six products, for instance, you might want to create six Ad Groups with separate keywords and messages pinpointed to each product.

You may also want to create new campaigns. When you graduate, a single campaign is created with your original ads and settings. New

campaigns let you target different countries or cities and different languages. Each campaign has its own budget, so it can also be a useful way to manage your advertising spend.

Follow these links to learn more:

- ○ Creating a new Ad Group
- ○ Creating a new campaign

## 2. Set your own cost-per-click (CPC) prices

With Starter Edition accounts the AdWords Budget Optimizer decides when and where to show your ads to earn you the most clicks for your budget. With Standard Edition you have the option to turn off the Budget Optimizer and then set your own cost-per-click prices for an Ad Group or for individual keywords. This allows you to bid more for the keywords you value most.

If you choose to disable the Budget Optimizer, you're asked to set a daily budget rather than a monthly budget. To keep your spend about the same, just divide your old monthly budget by 30 to get a daily budget amount.

Follow these links to learn more:

- ○ Turning off the Budget Optimizer
- ○ Choosing a daily budget
- ○ Setting a daily budget

Remember, you can easily make other changes to your Standard Edition account at any time.

## New Terms

**Quality Score:** Google AdWords uses Quality Score to measure the relevancy of your ads and keywords. More relevant and targeted keywords can result in a higher Quality Score and lower costs for each click on your ads.

**Inactive Keywords:** Poorly performing keywords with a low Quality Score can become inactive for search. These keywords will stop triggering your ad on Google and the search network. You can reactivate such keywords by increasing your Quality Score or raising your maximum CPC amounts.

**Site Targeted Ads:** An alternative to keyword-targeted campaigns, site targeting lets you choose specific websites in the Google Network where your ads might run.

## New Tools

- ○ If you can't see your ads, use the Ads Diagnostic tool within your account to see if your ad is currently running. You can also use the 'Can't see your ad?' wizard within our online Help Center.

- The Keyword Tool helps you generate targeted keywords.
- Use the Traffic Estimator to see how often your ads may appear for certain keywords.
- Try Conversion tracking to collect data about sales, leads, and other user activity resulting from your ads.
- Advanced reporting features help you collect and analyze your account performance.

For easy-to-find information on managing all aspects of your account, visit our account Help Center.

---

**How do the Starter Edition and Standard Edition compare?**

---

Thinking of switching from Starter to Standard edition of AdWords? Take a moment to compare the two. The Starter Edition offers extreme simplicity for new users; the Standard Edition offers an easy interface with many more features at no extra charge. Remember that once you graduate to the improved features of Standard Edition, you can't switch back to the Starter Edition.

| | Starter Edition | Standard Edition |
|---|---|---|
| **Simplified sign-up process** Sign up with a minimized one-page form. | ✓ | |
| **One product** Advertise a single product or business with one set of keywords and one or more ads. | ✓ | |
| **Many products** Create campaigns for multiple products or businesses, each with many sets of keywords and ads. | | ✓ |
| **Basic reporting** See a one-page overview of the impressions, clicks, and costs for your ads. | ✓ | |
| **Advanced reporting** See a complete library of reports for all aspects of your account. Create custom reports to analyze your costs and return on investment. | | ✓ |
| **Basic targeting** Target customers in one specific region (like a single country or city). | ✓ | |
| **Advanced targeting** Target customers in many regions at once. | | ✓ |
| **Advanced cost control** Choose from many bidding options: keyword-specific bidding, content bidding, ad position preference, and more. | | ✓ |
| **Advanced planning tools** Boost your campaign performance with advanced features like conversion tracking, the AdWords traffic estimator, and helpful variations and statistics from the keyword tool. | | ✓ |
| **Site targeting** Place your ads on the specific websites that appeal to your customers. | | ✓ |

---

**Can I switch from Standard Edition to Starter Edition?**

---

Sorry, no. Starter Edition is for new users only.

If you are a new user, please remember that once you graduate from Starter to Standard Edition, you can't return.

## About AdWords : Starter Edition : Hosted Business Pages : **Hosted Business Pages Overview**

**Why isn't my hosted business page listed in Google Search results?**

Google uses software known as 'spiders' to crawl the web on a regular basis, following hyperlinks from page to page to find sites to add to our index.

When sites aren't included in Google search results, it's frequently for one of the following reasons:

- o The site is not connected/linked to other sites on the web.
- o The site launched after Google's most recent crawl was completed.

Keep in mind that inclusion in Google's search results is free and that our crawl process is completely automated; we don't accept payment for inclusion in our index, nor do we manipulate search results by hand. We believe strongly in allowing the democracy of the web to determine the inclusion and ranking of sites in our search results.

**Why is the URL displayed in my ad shorter than the actual URL to access my webpage?**

Instead of displaying the full unique URL for your webpage, a shorter customized version is used so potential customers can quickly understand the products and/or services you're offering.

Keep in mind that the URL displayed in your ad is for display purposes only, so it will not lead to your webpage if you or a customer enters it in a browser's address bar. Your page will display when someone clicks your ad.

**Why can't I use the URL displayed in my ad to access my webpage?**

The green URL that appears at the bottom of your ad is for display purposes only. You have the option to enter custom text in the Display URL field so potential customers can identify your business, but this URL will not lead to your hosted business page. Your page will display when someone clicks your ad.

**What are hosted business pages?**

Hosted business pages are informational sites that new AdWords advertisers may create when setting up advertising campaigns.

If you have a small business and would like to advertise with Google AdWords, but you don't have a website, you can create a hosted page about your business - with AdWords and hosted business pages, you'll be able to reach potential customers, all in a few quick and easy steps.

Hosted business pages are currently available on a limited basis, to new advertisers only. We look forward to expanding our service in the future.

**I'm already an AdWords advertiser. How do I get a hosted business page?**

Hosted business pages are available on a limited basis to new advertisers only. We look forward to expanding our service in the future.

**How do hosted business pages work?**

Small businesses without a website can create hosted business pages so potential customers may find information about the products and/or services offered by the business. When selected advertisers sign up for AdWords through the Starter Edition, they're offered the option of creating a free hosted business page.

Hosted business pages are quick and easy -- no knowledge of HTML or programming is required, and the webpage is almost immediately accessible once an advertiser starts running an AdWords campaign. Keep in mind that hosted business pages are only accessible through AdWords ads.

**Can I enter information in other languages?**

Yes, but we recommend entering information in English because your ads are targeted to English searches.

**Can I advertise a business outside the US?**

At this time, hosted business pages are only available to businesses located within the United States. We look forward to expanding our service in the future.

About AdWords ＞ Starter Edition ＞ Hosted Business Pages ＞ **Getting Started with Hosted Business Pages**

**Why won't my image upload?**

If you're having trouble uploading an image, it's likely that the file format isn't acceptable, or the image is too large. Make sure the file extension on your image is '.jpg' or '.gif,' and files should be no larger that 500 kilobytes (kb).

**What information should I include on my webpage?**

We'll ask you for basic business information when you build your webpage. You'll be able to include things like your business address; phone and fax numbers; contact email address; forms of payment accepted by your business; operating hours; and products or services you offer.

All information you enter should accurately describe your business, and be sure to provide contact information for potential customers.

Make sure you include enough information on your webpage so potential customers understand your business, and the products and/or services you offer.

**How do I get a hosted business page?**

Hosted business pages are still in beta, so they are available on a limited basis to new advertisers only. If you are selected to participate in our initial test, you'll be able to create a hosted page during the AdWords sign-up process. We look forward to expanding our service in the future.

About AdWords : Starter Edition : Hosted Business Pages : **Maintaining your Hosted Business Page**

**What is the URL for my webpage?**

The URL for your webpage is the full address that appears in your browser's address bar when someone clicks your AdWords ad. You can view the full URL for your webpage by following these steps:

1. Sign in to your AdWords account.
2. From the **My Ad Campaign** tab, click **Webpage**.
3. Look for the link at the top of the page that says **clicking here** (this link is at the end of the text under the **Webpage** section).
4. Click the link to open your page in a new browser - you can see the full URL of your hosted business page in the address bar.

**I can't see my hosted business page ad. What's wrong?**

There are a couple of reasons you might not be able to see the ad for your hosted business page. When you create your ads and select your keywords, we recommend a daily budget - if you set a budget lower than the recommended amount, we'll spread the delivery of your ad throughout the day to meet your desired costs. Because of this, you may not see your ad every time you search for your keywords.

It's also possible that your ad was disapproved - if an ad doesn't meet our Editorial Guidelines, we'll stop your ad from running, and you'll see the word 'Disapproved' listed below that ad. Once you've made the appropriate edits, simply save your changes and your ad will be automatically resubmitted to us for review.

**I can't access my webpage. What's wrong?**

If you aren't able to access your webpage, make sure that your ads are running. If, for any reason, your campaign is stopped, your hosted business page will no longer be accessible. You can check the status of your campaigns by visiting the **Campaign Summary** section of your account (located in the **Campaign Management** tab).

**How do I add an image to my webpage?**

If you have a photo related to your business, you can include it on your webpage. To upload a picture, just follow these steps:

1. Look for 'step 5' in the **Build Webpage** section.
2. Select the appropriate layout - you must choose either **Picture** or **Both** (includes a map of your location alongside your image).
3. In step 5b, click **Browse** to find the image file on your computer.
4. Select the file (must be a .jpg or .gif), and click **Open** to upload it.

Pictures should be about 350px wide by 400px high. We'll resize any images wider than 350px, so they fit on your page.

**How can I edit my webpage once it's published?**

If you'd like to make changes to your webpage once it's published, just follow these steps:

1. Sign in to your AdWords account.

2. From the **My Ad Campaign** tab, click **Webpage**.

3. Click **Edit page >>** along the top of the webpage preview.

4. Edit necessary sections and fields, and click **Preview my webpage >>** to see the changes you've made. (A new browser window will open).

5. Return to the browser in which your AdWords account is open, and click **Save Changes.**

---

**Can I use HTML code when creating my webpage?**

No. Please do not enter HTML code in any of the text fields when creating your webpage. Google automatically formats your page, so it isn't necessary to enter HTML with your business information.

## About AdWords : **Glossary**

---

**Daily Budget**

The amount you're willing to spend on a specific AdWords campaign each day.

AdWords displays your ad as often as possible while staying within your daily budget. When the budget limit is reached, your ads will typically stop showing for that day. How quickly your ads are shown during a given day is determined by your ad delivery setting.

On any single day, the AdWords system may deliver up to 20% more ads than your daily budget calls for. This helps make up for other days in which your daily budget is not reached. However, you'll never be charged more than your average daily budget over the course of a month. For example: if your daily budget is $10 and the month has 30 days, you might be charged up to $12 on any single day but your monthly charges will never exceed $300.

---

**Ad Served Percentage (%)**

This number represents how often an ad has been shown in relation to the rest of the active ads within the same Ad Group.

---

**Display URL**

This is the URL displayed on your ad to identify your site to users. This URL displayed is limited to 35 characters; it need not be the same as the URL your ad links to, but it should be an actual URL that is part of your site.

---

**Destination URL**

This is the URL to which your ad will link. This is the page users see when they click through to your site from your ad.

**Outstanding Balance**

The outstanding balance on your Billing Summary page provides an estimate on upcoming charges for your campaigns. This amount does not necessarily reflect a delinquent amount, or a final balance. Because we deduct overdelivery credits prior to billing your account, it's likely that the outstanding balance in your account is more than what you're charged for that time period. All credits and past charges posted to your credit card are also available under the **My Account** tab.

**Maximum Cost-Per-Click**

You choose the maximum cost-per-click (CPC) you are willing to pay. Our Discounter automatically reduces this amount so that the actual CPC you are charged is just one cent more than the minimum necessary to keep your position on the page.

**Google Account**

A Google Account functions as a master Google login, made up of a single email address and password. You can create a Google Account to sign in to your Google services that support it, such as Google Groups, Gmail, and Froogle.

**Service Adjustment**

Adjustments to your account balance are itemized on the Billing Summary page, which is found under the My Account tab. Service adjustments may reflect promotional credits and courtesy credits applied by AdWords client services specialists.

**Activation Fee**

A one-time fee applies when you activate your account. This amount is not credited toward the cost of clicks received. <u>Find the activation fee in your currency.</u>

**Quality Score**

This is the basis for measuring the quality of your keyword and determining your minimum bid. Quality Score is determined by your keyword's clickthrough rate (CTR) on Google, relevance of your ad text, historical keyword performance on Google, the quality of your ad's landing page, and other relevancy factors.

**Maximum CPM**

The maximum CPM (or max CPM) is set by advertisers who run site-targeted ads. Max CPM is the greatest amount they are willing to pay for each 1000 impressions their ad receives on the targeted sites they select.

**Impression**

The "Impr" located on your reporting statistics refers to the number of "impressions" for your ad. The number of impressions is the number of times an ad is

displayed on Google or on sites or products in the Google Network.

**Ad Group**

An Ad Group contains one or more ads which target one set of keywords or sites. The advertiser sets a maximum cost per click (CPC) or cost per thousand impressions (CPM) for all the keywords or sites in the Ad Group. The advertiser may also set prices for individual keywords or sites within the Ad Group.

**Cost-per-click**

The cost-per-click (CPC) is the amount you pay each time a user clicks on your ad. Google AdWords has a CPC pricing system.

**AdWords Discounter**

The AdWords Discounter monitors your competition and automatically reduces your actual cost-per-click so you pay the lowest price possible for your ad's position on the page.

**Account Activation**

After signing up for AdWords, you'll receive an email to verify your email address. You can then activate your account by logging in and submitting your credit card information. At that point, your ads start running.

**CPM**

This stands for cost-per-thousand impressions. A CPM pricing model means advertisers pay for impressions received.

**Campaign**

A campaign consists of one or more Ad Groups. The ads in a given campaign share the same daily budget, language and location targeting, end dates, and syndication options.

**Clickthrough Rate**

Clickthrough rate (CTR) is the number of clicks your ad receives divided by the number of times your ad is shown (impressions).

**Pacific Time (PST or PDT)**

Pacific time is the U.S. time zone for Google headquarters in Mountain View, California. If you do not select a local time zone for your account, your statistics and reports will be continue to be based on Pacific time. Dates and times listed in your account will refer to Pacific Standard Time (PST) or

Pacific Daylight Time (PDT), depending on the time of year. PST and PDT are one hour apart.

**Business Address**

The domicile address of your business, or where your business is primarily located and registered. It's possible that this address is different from your billing address.

**Adjustment - Click Quality**

Adjustments to your account balance are itemized on the Billing Summary page, which is found under the My Account tab. If we discover that you've been charged for invalid clicks in the past two months, you'll see a credit in your Billing Summary labeled *Adjustment - Click Quality*. Learn more about Google's click protection strategies.

**Actual cost-per-click**

This is the amount you'll actually pay for each click your ad receives. The AdWords Discounter automatically gives you the lowest possible price in order for you to maintain your ad's position. Your actual CPC will be equal to or less than the maximum CPC you specify.

**Keyword**

The keywords you choose for a given Ad Group are used to target your ads to potential customers.

**Ad Rank/Positioning**

An ad's position is based on its Ad Rank, which is determined by your keyword or Ad Group's maximum cost-per-click (CPC) times the matched keyword's Quality Score. For the top positions above Google search results, however, we use your ad's actual CPC to determine its position.

**Average Position (Avg. Pos.)**

The average position in which your ad may be displayed (as seen within your account reporting data, not traffic estimates). '1' is the highest position on the first page of search results, but there is no 'bottom' position. Ads with an average position of 1-8 generally appear on the first page of search results, 9-16 on the second page, etc.

An average position of '1.7' means your ad usually appears in positions 1 or 2, and it may appear more often in higher positions than an ad with an estimated average position of '1.8.' Values may contain decimals because the Traffic Estimator displays estimates as averages–not whole numbers–based on dynamic keyword activity among advertisers. Also, average ad positions are not fixed; they may vary depending on various performance factors.

**Impressions per day**

The number of times a site-targeted ad has been displayed to web users in the course of one advertising day. One thousand impressions equal one cost-per-thousand, or CPM, unit.

### Exception request

When you create or edit an ad or keyword list, you may receive a notification that your ad or keyword does not meet one of our ad policies. This is an automatic check performed by the AdWords system to help you pass our approval criteria as easily and quickly as possible. If you don't think the policy applies to you, you can file an exception request. If you submit an exception request, an AdWords Specialist will review it to determine if your ad complies with our policies. Your ad will be able to run once your exception is approved.

### Average Cost per Click (Avg. CPC)

The average amount you pay each time someone clicks your ad. Average CPC is determined by totalling the cost of all clicks and dividing it by the number of clicks.

Here's an example: if your ad receives two clicks, one costing $0.20 and one costing $0.40, your average CPC for those clicks is $0.30.

Average CPC is not the same thing as maximum CPC.

### Account Creation

You can create an account with no obligation to purchase and without submitting payment information. Simply complete the sign-up process and verify your email address.

### Keyword Matching Options

You can specify your search-targeted keywords as broad matches, phrase matches, exact matches, or negative matches. These options can help you refine your ad targeting, spending less on irrelevant clicks so that you increase your return on investment. We suggest using a combination of two or more of these techniques to run an effective ad campaign.

**Broad Match** - This is the default option. If you include general keyword or keyword phrases--such as *tennis shoes*--in your keyword list, your ads may appear when users search for *tennis* and *shoes*, in any order, and possibly along with other terms. For example, your ad may appear for the queries *buy tennis shoes* and *tennis sneakers* but not *tennis players*. Your ads may also appear on relevant variations of your keyword phrases and plurals, as well as some related keywords and phrases via our expanded keyword matching technology.

Broad matches are often less targeted than exact or phrase matches. If you decide to use broad-matched keywords, we recommend you create keyword phrases containing at least two descriptive words each.

A note about expanded matching: The AdWords system continually monitors system-wide keyword performance and other relevance factors. This helps determine which expanded matches and variations are the most relevant to user searches.

**Phrase Match** - If you enter your keyword in quotation marks, as in *"tennis shoes"*, your ad will appear when a user searches on the phrase *tennis shoes*, in this order, and possibly with other terms in the query.

In this case, the search can also contain other terms as long as it includes the exact phrase you've specified. For example, your ad may appear for the queries *buy tennis shoes* and *tennis shoes store* but not *shoes for tennis*.

**Exact Match** - If you surround your keywords in brackets–such as [*tennis shoes*]–your ads will appear when users search for the specific phrase *tennis shoes*, in this order, and without any other terms in the query. For example, your ad won't show for the query *red tennis shoes*. Although you won't receive as many impressions with exact matching, you'll likely enjoy a higher clickthrough rate, because users searching for these terms are typically looking for exactly what you offer.

**Negative Keyword** - You can use negative keywords to weed out irrelevant searches. To specify a negative keyword, place a negative sign (-) before the keyword. If your keyword is *tennis shoes* and you add the negative keyword *-cheap*, your ad won't appear when a user searches for *cheap tennis shoes*. You can apply this option for a keyword at both the Ad Group and campaign level.

Learn more about keyword matching options.

---

Google AdWords

Google's advertising program based on cost-per-click pricing.

---

IP Address

Every computer connected to the Internet is assigned a unique number known as an Internet Protocol (IP) address. Since these numbers are usually assigned in country- or region-based blocks, an IP address can often be used to identify the location from which a computer is connecting to the Internet.

---

Keyword Tool

Get help building or refining your keyword list and review keyword popularity and performance information in advance. Simply enter your keywords or website URL* into the keyword tool to view additional variations and related terms that may trigger your ads. You can combine relevant results with your current list and identify (and block) phrases that don't pertain to your business.

*The Site-Related Keywords tab is available for a limited number of languages. Learn more.*

---

Find and Edit Max CPCs

Use this tool to **easily locate keywords and edit Max CPCs throughout your entire account.** Search for all keywords meeting specific criteria, and, if you'd like, change all of their CPCs with just a few clicks. With the Find and Edit Max CPCs tool, you can increase or decrease CPCs by percentage or value, or you can remove keyword-level CPCs altogether.

**Suggested uses:**

- ○ **Edit CPCs**

  Your campaigns are performing well, but you aren't reaching your daily budget because your ads always appear in the lower positions. Use the Find and Edit Max CPCs tool to search for ads by average position and increase your CPCs.



- ○ **Search for keywords**

  Take advantage of the powerful functionality this tool offers, and search across campaigns to find the keywords you're looking for.



**Ad Optimization**

Optimized ad serving ensures that higher performing ads within a single Ad Group show more often. When selected under 'Edit Campaign Settings' (section 4), the AdWords system will automatically show ads with a higher clickthrough rate (CTR) more often. How often ads have been served relative to other ads in the same Ad Group is displayed beneath each active ad. This ad served percentage (%) is represented by a percentage. This ad served percentage (%) is displayed beneath each active ad.

**Recommended Daily Budget**

The daily budget necessary for your ad to appear as frequently as possible for your keywords. Your campaign daily budget controls how often your ad appears on Google. If your daily budget is lower than the recommended amount, your ad may not show all the time. Matching the recommended daily budget helps ensure maximum exposure.

**Google AdSense**

Google AdSense delivers text-based Google AdWords ads that are relevant to what visitors see on website pages - and Google pays web publishers for it. Google AdSense is for web publishers who want to make more revenue from advertising on their site while maintaining editorial quality.

**Ask a specialist via chat**

Google Live Support allows you to receive immediate response to your questions via a free online chat session with a Google AdWords representative. The 'Ask a specialist via chat' button will appear on AdWords Help Center pages, such as the contact form, when an AdWords specialist is available, so you may not see the button all of the time. Simply click the button to initiate a chat (no special software required). The first available representative will respond; we cannot guarantee you'll chat with the same person each time. Currently, chat is available in US English on a limited basis. We cannot comment on plans to provide this service in additional languages.

**Minimum cost-per-click bid**

The amount assigned to a given keyword in your account based on its quality (or Quality Score). The minimum bid is usually the least amount you can pay per click in order for your keyword to show ads.

**Affiliate**

An affiliate is an individual advertiser or website owner who has a business relationship with a merchant to promote the merchant's product or service. The affiliate earns a small commission from the merchant for each referral that results in a sale; the merchant handles payment and fulfillment.

**Unacceptable Content**

In order to ensure that AdWords ads benefit our users, advertisers, partners, and Google, we maintain high standards for ads accepted into the AdWords program. For a list of affected products and topics, please see our Content Policy. Application of content policies will always involve an element of discretion, and we reserve the right to reject or approve any ads.

**How do I review all of my disapproved ads?**

The Disapproved Ads tool within your AdWords account allows you to easily check the status of your disapproved ads and find out why they were disapproved at any time. However, you'll receive an email regarding each disapproval, unless you've opted not to receive such messages.

With the Disapproved Ads tool, you'll be able to review the ad, the location of the ad, the reason for disapproval, suggestions to improve your ad, and the date your ad was disapproved. At this time, the tool does not reflect the status of approved or pending ads, or keywords for your account.

Start using the Disapproved Ads tool now. &

Or, to access the Disapproved Ads tool later, you can follow the steps below

https://adwords.google.com/support?fill=num=1

1. Sign in to your AdWords account.

2. Click **Tools** on the **Campaign Management** tab.

3. Click **Disapproved Ads** under the 'Analyze Your Ad Performance' section.

4. Click the **Edit ad** link in the far right-hand column to edit an ad. You'll be able to edit your ad from its corresponding Ad Group. Once you save your ad, it will automatically be submitted for review.

**Tips:**

○ Click **Details** in the Disapproval Reason column to learn more about why your ad was disapproved.

○ If your ad belongs to a paused or deleted campaign or Ad Group, this status will be included in the Campaign or Ad Group columns. In this case, you won't be able to make edits. However, you can click **View ad** to review the ad text.

○ To remove ads from this page (but not actually remove them from your account), use the **Ignore** function at the top of the table. You can also use the drop-down box to view disapproved ads for: *Show all campaigns, Show only active campaigns, Show all but deleted campaigns.*

---

Pay-per-click (PPC)

The pricing structure used by some online channels to charge an advertiser each time a user clicks on the advertiser's ad. The amount is usually set by the advertiser, not by the channel. Also called cost-per-click (CPC).

---

Conversion Page

The page where you confirm that a user has successfully taken an action, also called *conversion confirmation* page. This is generally the *Thank you for your purchase/subscription/visit* page.

---

Value / Click

The conversion value generated per click. For example: Value / Click = Total value (total_value) / Total number of ad clicks (num_clicks). Conversions are only counted on Google and some of Google Network sites or products. The conversion rate is adjusted to reflect only the ad clicks on which we can track conversions.

---

Conversion

When a user completes an action on your site, such as buying something or requesting more information.

---

Text Ad

Concise, action-oriented copy that links to your website. Also known as a sponsored link.

---

Keyword-targeted campaign

A campaign where the advertiser selects keywords that will trigger ads from the campaign. Keyword-targeted ads can appear on search results pages, on content pages, and on other properties on the Google Network.

**Traffic Estimator**

After you select new keywords to add to an existing Ad Group, the AdWords Traffic Estimator automatically provides you with a predicted keyword state, search volume, average cost-per-click, and positions for each of your keywords. You can also choose to see estimates with an unlimited budget, which will add on two new sets of estimates: potential clicks per day, and potential cost per day.

**Conversion rate**

The number of conversions divided by the number of ad clicks. Note that the conversion rate should not be greater than 100%. Conversions are only counted on Google and some of our Google Network partners. The conversion rate is adjusted to reflect only the ad clicks on which we can track conversions.

**Cost / Conversion**

The total cost divided by the total number of conversions. This statistic gives you the amount spent per conversion. Conversions are counted only on Google and some of our Google Network partners. The cost-per-conversion is adjusted to reflect only the cost of ad clicks on which we can track conversions.

**Cost / Transaction**

The total cost divided by the total number of transactions. This statistic gives you the average amount spent per transaction. Transactions are counted only for conversions from Google and some of Google Network partners. The cost-per-transaction is adjusted to reflect only the cost of ad clicks on which we can track conversions.

**Image Ads**

Graphical AdWords ads appearing on select content sites in the Google Network.

**Find and Edit Keywords**

Use this tool to **easily locate and edit keywords throughout your entire account.** Search for all keywords meeting specific criteria, and, if you'd like, edit them all at once.

**Suggested uses:**

  o **Delete keywords**
     Some of your keywords aren't performing well, so you'd like to delete them. Use the Find and Edit Keywords tool to quickly remove unsuccessful keywords, and increase your campaign performance.



- **Change the matching options for multiple keywords**

  You notice that the broad-matched keywords in your 'Birthday Flower Arrangements' campaign are receiving a lot of impressions because they contain popular words like 'flower,' 'rose,' and 'gift,' but your ads aren't receiving lots of clicks. Use the Change Keyword Matching Options tool to edit the match type, and start reaching a more targeted audience.



- **Remove keyword-level destination URLs**

  A number of your keywords lead users to a specific section of your website that is about to be 'under construction.' Use the Find and Edit Keywords tool to quickly remove keyword-level destination URLs, and direct your customers to a different page.



- **Search for keywords**

  Take advantage of the powerful functionality this tool offers, and search across campaigns to find the keywords you're looking for.



---

**Contextual Advertising**

---

Google leverages our award-winning search technology to deliver relevant AdWords ads to content pages of sites and products in the Google Network. Our technology draws upon our understanding of the billions of pages in our search index and our ability to crawl web pages to figure out which keywords would lead a user to the page. Then, we match ads to the page based on those keywords.

---

**Account History**

---

Your account history is the full record of your account activity over the course of your business relationship with Google AdWords. When you create an account, we maintain details such as your billing preferences and contact information.

Your account history includes vital information central to the success of your online AdWords advertising campaigns, such as:

- Unique keyword variations and lists
- Ad Group and campaign organization settings
- The performance history for your keywords, Ad Groups, and campaigns
- Language and regional targeting settings for your campaigns
- Budget and cost-per-click pricing history and settings
- and much more....

This information keeps your account running the way you design it to, and is intended to help you achieve the best online advertising performance possible.

---

**Domain**

---

Website domains are a naming procedure by which web users may identify a particular website address and location (e.g., www.google.com). They are usually made up of two parts: a name and a category. The following are common URL domain categories: .com (commercial), .edu (education), and .gov (government). Domain categories can also be location-specific, for example: .fr (France), .br (Brazil), or .jp (Japan). In some cases, one category is appended to another category, for example: examplename.co.uk, examplename.com.ph, examplename.org.uk).

Domain examples:

- www.google.co.uk*
- www.google.fr
- www.google.com
- www.google.edu
  *Domains with a specific extension are considered distinct.

**Google Network**

Google AdWords ads are displayed across Google as well as the Google Network. This expands your potential customer pool beyond the already extensive Google search audience. Sites and products in the network include:

o   Search sites: America Online, CompuServe, Netscape, AT&T Worldnet, EarthLink, and others.

o   Content sites: New York Post Online Edition, Mac Publishing (includes Macworld.com, JavaWorld, LinuxWorld), HowStuffWorks, and others.

URL – (Uniform Resource Locator)

The address/location of a webpage or file on the Internet.

**eCPM**

Effective CPM, or eCPM, is the effective cost per 1000 impressions generated by a cost-per-click ad. eCPM is determined by multiplying a number of factors, including the ad's cost per click (CPC) and its clickthrough rate (CTR). The resulting eCPM can be used to rank CPC ad campaigns against CPM campaigns.

Return on Investment (ROI)

The benefit gained in return for the cost of your ad campaign. Although exact measurement is nearly impossible, your clickthrough rate and your conversion rate combined with your advertising costs, can help you assess the ROI of your campaign.

**Geo-Targeting**

Geo-targeting lets you target your ads to specific countries and languages. When you create a new AdWords campaign, you select the countries or regions and the language(s) for your ad. That campaign's ads will appear only to users who live in the those areas and who have selected one of those languages as their preference.

Value / Cost

Total value divided by total cost for all ad clicks. If you've entered in your revenue or profit value, this statistic will be equal to your ROI. For example: Value / Cost = Total conversion value (total_value) / Total cost (total_cost). Conversions are only counted on Google and some Google Network sites or products. The value-per-cost is adjusted to reflect only the cost of ad clicks leading to conversions.

Landing Page

An active web page where customers will 'land' when they click your ad. The web address for this page is often called a 'destination URL' or 'clickthrough URL.'

**Keyword State - Active**

An active keyword has a high enough Quality Score and maximum cost-per-click (CPC) to trigger ads on Google. This means your keyword's maximum CPC meets the minimum bid required to trigger ads. Active keywords usually perform at a moderate level of success or better.

**Overdelivery Credit**

You will receive a credit to your account if Google delivers over 20% more clicks than your daily budget allows. Google does not charge you for these extra clicks and automatically issues a credit on your invoice. The extra clicks are displayed on your reports so that you have accurate records of your total clicks.

**Ads Diagnostic Tool**

Find out why your ad may not be showing for a certain query. You can check the status of your ad by entering the search terms and parameters defined in your account, or by entering the URL for the search results page on which your ad should be displayed.

**End date**

You control your campaign's duration. Unless you select an end date or pause your campaign, your ads will run continuously on Google. Your campaign begins at 12:00 AM on your activation date in the time zone you have chosen for your account, and ends at 11:59 PM on your chosen end date.

**SOAP**

SOAP, Simple Object Access Protocol, is used for information exchange and RPC, usually (but not necessarily) over HTTP. More information can be found at Developmentor SOAP FAQ: http://www.soaprpc.com/faqs/SoapFAQ.html.

**Conversion Tracking**

In online advertising, a conversion occurs when a click on your ad leads directly to user behavior you deem valuable, such as a purchase, signup, page view, or lead. Google has developed a tool to measure these conversions, and ultimately, help you identify how effective your AdWords ads and keywords are for you.

**Total value**

The total value generated by conversions of a specific tracking type, or *tracking label*.

**Find and Edit Ad Text**

Use this tool to **easily locate and edit ads across your entire account**. Search for all ads meeting specific criteria, and, if you'd like, edit them all at

once. Or, use this tool to edit the destination URLs for your ads.

**Suggested uses:**

○ **Edit ad text**

You run an online flower shop, and have just sold out of lilies. Many of your campaigns specifically advertise lilies, so you need to replace 'lilies' with 'flowers.' Use the Find and Edit Ad Text tool to quickly remove the word 'lilies' from all of your ads at once.



○ **Edit destination URLs**

You've just started selling roses, and you want your AdWords ads to take customers directly to the page where roses can be purchased. Use the Find and Edit Ad Text tool to update the destination URLs for your ads so customers can find exactly what your ads offer.



○ **Search for ad text**

Take advantage of the powerful functionality this tool offers, and search across campaigns to find the ads you're looking for.



Campaign Negative Keywords

You can prevent entire campaigns from showing on a certain query by applying negative keywords to them. Selecting more focused matching options, such as negative match, to your keywords, helps you reach the most appropriate prospects, reduce your cost-per-click (CPC), and increase your ROI.

**Keyword Status**

An easy way for you to monitor and measure the performance of your keywords and their associated ads. Each keyword, except for negatives, can have a performance classification of either *active* or *inactive for search*. Keywords are also always subject to review by our AdWords Specialists. If your keywords don't comply with our Editorial Guidelines, they will be marked as *Disapproved*.

**Credit Limit**

When you first open an AdWords account, Google gives you an initial credit limit so your ads can start running right away. You will be billed within 30 days or when you reach this credit limit. If you reach the credit limit within 30 days, your limit will be raised for your next billing cycle.

**WSDL**

WSDL is the Web Service Description Language. It provides a formal description of a web service, much like CORBA's IDL. The WSDL file is all you need to know how to call the web service; toolkits can generate proxy code from a WSDL file directly.

**Site-targeted campaign**

A campaign where the advertiser selects the individual web sites where their ad will appear. Site-targeted ads appear only on web sites that are part of the Google content network.

**Client manager**

*Client managers* perform the day-to-day service of managing and optimizing AdWords accounts on behalf of their Google AdWords advertising clients.

**# of conversions**

A conversion is counted when an ad click leads directly to a user taking an action on your site. Multiple conversions from a single ad click are counted only as one conversion.

**API**

API stands for application programming interface. The AdWords API lets advertisers interact directly with their AdWords account(s) through applications created.

**Google tracking URLs**

The URLs Google generates for you in the cross-channel setup wizard, which provide information about your advertising metrics.

**Keyword State - Inactive for Search**

A keyword marked inactive for search doesn't have a high enough Quality Score and maximum cost-per-click (CPC) to trigger ads on Google or the search network. This means your keyword's maximum CPC doesn't meet the minimum bid required to trigger ads. Inactive keywords aren't performing well.

**Gmail**

Google's webmail service. Gmail delivers text-based Google AdWords ads that are relevant to the content of users' email messages.

**Double Serving**

Displaying more than one ad for the same company or person at a time.

**Average value**

The total value of all conversions divided by the total number of conversions.

**Editorial Guidelines**

These guidelines will help you create effective ads that generate sales. To run your ads on Google, search, and content sites or products in the growing Google Network, please see that your ads follow our Editorial Guidelines.

**Channel**

A network or service advertisers use to create online advertisements to be displayed on search engines or other webpages. Google AdWords is a channel. Channels are identified as PPC (pay-per-click) or non-PPC.

**Transaction**

A single occurrence of a conversion event. Multiple transactions can occur after a user clicks on your ad. For example, if a user clicks on your ad and makes two separate purchases on your site worth US$11 and US$12, you will see a report for one conversion from the ad, two purchase transactions and a total value of US$23.

**Control Center**

This is the online interface for your account. When you log in to Google AdWords, you're taken to the main page (the Control Center) for your account, from which you can access and edit your campaigns and settings.