How much do video ads cost?

Like any other AdWords ad, you choose the price you're willing to pay for your video ad. You can choose to pay for your video ad on either a conte targeted cost-per-click basis or on a site-targeted cost-per-thousand-impression basis.

When paying on a cost-per-click basis, you'll be paying for clickthroughs leading users to your website, not paying for clicks on the opening imag button. When paying on a CPM basis, you'll be paying for impressions of your opening image, rather than plays of your video.

Where will my video ad appear?

Video ads will appear on sites in the Google Network. They'll compete in the same auction against all other types of ads that are eligible to appear the Google Network, including cost-per-click and cost-per-thousand-impression priced text and image ads.

Where are video ads available?

Video ads are currently available as part of a phased release for advertisers in a limited number of locations. If video ads are available for your loc will see the option to create a video ad when creating new ads within your AdWords account.

When will my video ad begin running?

Your video ad will begin running as soon as it is processed and passes through our editorial review. This process usually takes a few hours, but it as long as a day.

What's the destination URL for video ads?

The destination URL is the URL that users will visit when they click on the display URL that they'll view on your ad. Users can also reach the destir by clicking on the video while it is playing.

How do video ads work?

When a video ad is served to a page, it will be displayed as a static opening image. Once the user clicks the play button or the opening image, the begin playing within the ad space. If the user clicks the display URL at the bottom of the ad, or clicks the ad while it plays, the user will automatica taken to the advertiser's website. Users can control the volume and can replay the video if they choose; the video will not automatically replay.

What's the display URL for video ads?

The display URL is the visible, clickable link to your site that users will view displayed on your video ad.

## Working with My AdWords Account : Ads : Video Ads : Guidelines and Requirements

Can I mix video ads with text ads in the same Ad Group?

Yes. In fact, we encourage you to include at least one text ad in the same ad group with your video ads, particularly if you're doing a site-targeted a help ensure that even if the site you're targeted is not opted in to image ads, you'll still be able to target your ads to their site.

## Working with My AdWords Account : Ads : Video Ads : Creating Video Ads

How do I select a video?

Once you're on the Create video ad page in your account, you can choose a video by following these steps:

1. Under Step 2: Choose your video, click 'Select'.
2. In the Select video pop-up, click the Upload new video link.
3. Browse to locate the video file on your computer, and provide a title that will help you remember it later.
4. Click the Upload Video button.
5. Your ad should now be available in the 'Select video' window. It may take a few moments to appear, so click Refresh list if you don't see it.
6. Choose a video from your list by clicking the corresponding Select link.

Your selected video will now appear on the Create video ad page.

For general instructions on creating video ads, visit our entry on How do I create a video ad?

Will you alter my image or video?

We won't make any changes to the content of your image or video. We will, however, transcode your video into a format that is compliant with Mac may resize your image if it does not fit the selected ad size.

How do I create a video ad?

Before you can create video ads for a keyword-targeted campaign, the campaign must be set to show ads on content sites in the Google Network.

- Log in to your account.
- Click the campaign that will contain your video ad(s), then click Edit Campaign Settings.
- Make sure you've checked the box next to content network below the heading Where to show my ads.

There's no need to do this with site-targeted campaigns, which are automatically enabled to show ads on the Google content network.

Once you've verified your settings, take these steps to create a video ad:

1. Log in to your account at http://adwords.google.com/select
2. Click the campaign that will contain your video ads.
3. Click the Ad Group that will contain your video ads.
4. Click Create New Video Ad.
5. Browse for your opening image.
6. Select your video. If you need instructions for uploading a video, you can find specific directions in our entry on How do I select a video.
7. Provide your destination and display URL.
8. Click Save New Video Ad.

## Working with My AdWords Account : Ads : Text Ads (default) : Creating Text Ads

What is an expanded text ad?

An expanded text ad is a text ad that fills an entire ad unit on its own, rather than being grouped with other text ads. Expanded text ads have the same character limits and editorial guidelines as typical text ads, but are displayed solo and with text enlarged.

Any AdWords text ad can run as an expanded text ad. No special arrangements are needed: a text ad is expanded automatically whenever the AdWords system determines that its price, relevance, and other competitive conditions make it a good candidate to take the entire space itself.

Expanded text ads appear in all standard AdWords size formats, in both site-targeted and keyword-targeted campaigns. They appear only on content partner pages; search results pages, such as those on Google.com or on Google's search partners, do not run expanded text ads.

How much text can I have in my ads?

Ads can contain, including spaces, 25 characters for the title, 70 characters for the ad text, and 35 characters for a Display URL. On Google, this is displayed on four lines: a title, two lines of ad text (each with 35 characters), and a URL line. However, the format may differ on Google partner sites.

**I. Ad Text**

If your ad text contains any wide characters, such as certain capital letters and punctuation marks, fewer characters may fit on the line. The system will notify you if you exceed a character limit. Also, some of Google's syndication partners may not display non-standard characters if

you include them in your ad.

If you create text ads using non-Latin characters, please be aware that the character limit may vary. Ads in languages with double-byte characters, such as Arabic, Chinese, Japanese and Korean, can contain the following number of characters, including spaces: 12 characters in the title, 17 characters in each line of ad text, and 35 characters in the Display URL.

II. Display URL

If your Display URL is longer than 35 characters, you may consider using a shortened version of your URL, such as your homepage. Please be sure that your Display URL accurately represents your Destination URL, the page within your site to which users are taken via your ad. The Display URL should have the same domain (such as example.com) as your landing page.

Also, please note that your Display URL must be an actual web address, appearing in the form of a valid URL. It must include the extension (such as *.com, .net, .org,* etc.). It does not need to include the prefix (such as *http://* or *www*).

Since your ad space is limited, try to create compelling and targeted ad text that is highly relevant to the products or services you're promoting. You can optimize your ad text to create the most effective ads.

Can I create multiple ads for one set of keywords?

Yes. For each Ad Group you create, you can create up to 50 ad variations. The variations can be in any of the formats offered for AdWords, including text, image, and video ads.

When you first sign up for an account, you'll be offered the chance to create additional ad variations immediately after you create your first ad. You can also create ad variations later, after your account is running. Sign into your account and choose the Ad Group you want to work with. Click the Ad Variations tab, find the line reading 'Create new ad,' and then select the type of ad you want to create.

All ad variations in a single Ad Group are triggered by the same set of keywords. You can choose to have ad serving optimized automatically, so that the best-performing ad variations show most often, or you can choose to show them evenly regardless of their performance. This choice is made on the campaign level by clicking the Edit Campaign Settings link. Choose one of the two options for ad serving:

Optimize: Show better-performing ads more often
This option is automatically selected for any new campaign. For all new Ad Groups within this campaign where multiple ads are created, our system will favor ads with higher clickthrough rates (CTRs), showing them more often than ads with lower CTRs in the same Ad Group. Learn more about ad optimization and how to change your settings.

Rotate: Show all ads equally
If you choose not to take advantage of optimized ad serving, all the active ads in an Ad Group will appear evenly on a rotating basis, regardless of performance. However, Google still automatically keeps track of the CTR for each of your ads. You can then determine which ads perform best by logging in to your account and viewing your campaign reports. This information can help you decide when to refine or delete poorly performing ads.

If you want different ads to appear for different keywords, you can create multiple Ad Groups or campaigns. Once you've finished picking

keywords and prices for the first group of ads, you'll have an opportunity to create additional Ad Groups and campaigns. Your ads will rotate if you use the same keyword in different Ad Groups so you don't have multiple ads on the same page.

How do I create a new text ad?

To create a new ad in one of your existing Ad Groups, follow these steps:

1. Log in to your AdWords account.
2. Click the campaign that contains the Ad Group you want to edit.
3. Click the appropriate Ad Group.
4. Select the Ad Variations tab.
5. Click the Create New Ad: Text Ad link at the top of the ad table.
6. Enter your new headline, description lines, display URL, and destination URL as needed.
7. Click Save New Text Ad.

## Working with My AdWords Account : Ads : Text Ads (default) : Editing Text Ads

How do I edit my ad text?

To change your ad text:

- Log in to your AdWords account.
- Click the campaign that contains the Ad Group you want to edit.
- Click the appropriate Ad Group.
- Select the Ad Variations tab.
- Locate the appropriate ad and click Edit.
- Enter your new ad title, description lines, display URL and destination URL as needed.
- Click Save Changes.

When you edit your ad, it's immediately eligible to appear on Google. Also, it's automatically resubmitted for review to appear on search and content sites and products in the Google Network.

You can also easily edit ads throughout your account with our Find and Edit Ad Text tool, available under Advanced Search and Editing on your account's Tools page.

How do I edit my display URL and destination URL?

To edit your display URL and destination URL:

- Log in to your AdWords account.

- Click the campaign that contains the Ad Group you want to edit.

- Click the appropriate Ad Group.

- Select the Ad Variations tab.

- Locate the appropriate ad and click Edit.

- Change the URL fields as needed.

- Click Save Changes.

You can also easily delete multiple keyword-level destination URLs throughout your account with our Find and Edit keyword tool available under Advanced Search and Editing on your account's Tools page.

How do I delete an ad?

You can delete an individual ad at any time.

To delete an ad, please follow the steps below:

1. Log in to your AdWords account.

2. In the Campaign Summary table, click the ad campaign containing the ad you want to delete.

3. In the Ad Groups table, click the Ad Group containing the ad you want to delete.

4. Select the Ad Variations tab.

5. Click Delete below the ad you want to delete.

Campaigns and Ad Groups can be undeleted, but a deleted ad can't be. However, you can always view deleted ads on the Ad Group details page by clicking the box next to 'Include deleted items that were active in this date range.' (Make sure the date range is set to include the time when your deleted ad was active.) You can then, if you like, create a new ad with the same text.

## Working with My AdWords Account : Ads : Position Preference

How do I set my position preference?

Position preferences are set in two steps. First, you enable position preference for a particular campaign. Second, you set your preferences for individual keywords within that campaign.

To enable position preferences for a campaign, follow these steps:

1. Sign in to your AdWords account.
2. On the 'Campaign Summary' page, check the box to the left of any campaigns you want to enable for position preference.
3. Click Edit Settings.
4. Find the 'Advanced Options' section.
5. Select the box next to 'Enable position preferences.'
6. Click Save Changes.

To set your position targets for your keywords:

1. Return to the 'Campaign Summary' page.
2. Click the name of a campaign to edit.
3. Click an Ad Group within that campaign.
4. On the 'Ad Group' page, make sure the Keywords tab is selected.
5. Select the box next to any keywords for which you want to set position preferences.
6. Click the Edit Keyword Settings button (located above the keyword list).
7. On the 'Edit Keyword Settings' page, you'll see a column in the center of the table labeled Position Preference.
8. Use the pull-down menus in that column to choose the range you want for each keyword, from 1 to 10+. The left-hand number is the highest position you'd like your ad to take. The right-hand number is the lowest position your ad will take. (Remember, these are only preferences, not guarantees.)
9. Click Save Changes.

Once you've set your preferences, you can view them from the main 'Ad Group' page by clicking 'Settings' next to each term in the Settings column. Your position preferences will remain in effect until you edit them or disable position preference for that campaign.

Position preference will *not* affect the way your ads are ranked. The usual AdWords ranking and relevance rules apply. Setting a preference for the first position does not mean your ad will be ranked there. Position preference simply means AdWords will try to show your ad whenever it is ranked in your preferred position, and avoid showing it when it is not.

How do I choose settings and prices for Position Preference?

Position preference is an advanced bidding feature that gives sophisticated advertisers more control over the positioning of their ads. Some advertisers find this helps them better promote their brands or earn a higher return on investment (ROI). In particular:

- Direct-response advertisers can target their most cost-effective ad rankings.
- Brand advertisers can make sure their ads run only in the most visible positions.

Position preference helps you achieve your desired ad position in two ways. First, it attempts to show your ad only when its Ad Rank (maximum CPC x Quality Score) has placed it in the positions you select. Second, if the Ad Rank places the ad in a higher spot, position preference will discount your maximum CPC bid to move the ad into your desired range.

Bidding Help

A common problem with position preference bidding is that advertisers prefer high positions but make bids that qualify only for lower positions. If you set a position preference of 2-4, but your Ad Rank is usually 6-8, then your ad simply won't show.

Remember also that the position preference system tends to place your ad most often just below the upper end of your range. If you select positions 3-7, for example, your ad is likely to appear in positions 4 and 5 more often than in 3, 6 or 7.

Here are some tips for position preference bidding:

1. Review your current bids and average positions, and use them as a guide. For example, if you want your ad to show in positions 2-4, and your current maximum CPC of $1.00 buys you an average position of 3.8, you may need to boost your maximum CPC. Otherwise your ad will show at times in positions 2-4, but you will lose all the impressions you have been receiving below position 4.

2. Use the traffic estimator. It can help you predict what maximum CPCs will be needed to allow you to compete for your preferred positions.

3. Broader is better. When you set a position preference range, you also restrict the inventory available to your ads. To get the most exposure for your ad, it's better to select a range of positions like 3-8 rather than a single position like 4.

4. When in doubt, bid high. The position preference feature protects you by discounting your bid if it places your ad above your preferred position. Set your maximum CPC to the highest amount you are comfortable paying, and AdWords will discount it when possible.

5. Be patient. The position preference feature typically needs a few days to gather performance data and calibrate its targeting. Your ad may begin showing in your preferred range almost immediately, or it may take those few days to adjust. We encourage you to experiment, as always, but be aware that every time you change your position preferences the system will need to re-calibrate.

Suggestions for Settings

Here are some common advertiser objectives, with recommendations on the best way to achieve them. These are only examples; your needs and results may vary.

Situation: 'My preferred position is 4, but I would still like my ad to appear in positions other than 4.'

- Set your position range from 3 to 10+.

- Set your maximum CPC for the highest amount you are willing to pay for any impression.

Result: Your ad will show primarily in position 4 but may also show in position 3 or in lower positions. If your ad is ranked in positions 1 or 2, the AdWords system will lower your maximum CPC to move your ad into your preferred range.

Situation: 'I want to promote my brand, and I want my ad to show *only* in the top 3 positions.'

- Set your position range from 1 to 3.

- Set your maximum CPC for the highest amount you are willing to pay for any impression.

Result: The system will attempt to show your ads only in positions 1-3. When your ad is in position 4 or lower, it should not show.

Situation: 'I've found that positions 3 - 6 get my ad the best return on investment. I don't want my ad to show below position 6.'

- Set your position range from 3 to 6.
- Set your maximum CPC for the highest amount you are willing to pay for any impression.

Result: The system will attempt to show your ads only in positions 3-6. If your ad is ranked in positions 1 or 2, the AdWords system will lower your maximum CPC to move your ad into positions 3-6.

Situation: "I've found that positions 3 - 6 get my ad the best return on investment. But I also like the traffic and conversions I get from lower positions."

- Set your position range from 3 to 10+.
- Set your maximum CPC for the highest amount you are willing to pay for any impression.

Result: Your ad will show primarily in positions 4 and 5, but may also show in position 3 and in positions 6, 7 and lower. When your ad is ranked in positions 1 or 2, the AdWords system will lower your maximum CPC to move your ad into position 3 or lower.

Situation: 'I want my ad to show only in position 4.'

- Set your position range from 4 to 4.
- Set your maximum CPC for the highest amount you are willing to pay for any impression.

Result: The system will attempt to show your ad only in position 4. (It may, on occasion, show in other nearby positions.) If your ad is ranked in positions 1-3, the AdWords system will lower your maximum CPC to try moving your ad into position 4. You are likely to see fewer impressions than you would with a wider range of preferred positions.

Situation: "I want my ad to show up as high as possible, ideally on the first page of results, but lower positions are also fine."

- You probably don't need position preference. Simply set your maximum CPC for the highest amount you are willing to pay for any position.

Result: Your ad will appear in the highest position your Quality Score allows.

Monitoring Position Preference

When you set a position preference, your ad impressions or click rates may go down. Your actual results will depend on the positions you select, the competitiveness of the pages where your ads run, and your quality score. As noted above, if you set a position preference of 2-4, but your Ad Rank is usually 6-8, then your ad will rarely show. On the other hand, if you set a position preference of 4-10+, and your Ad Rank is usually 6-8, then you are likely to have many opportunities for impressions.

It's a good idea to monitor your account to make sure your ad is receiving the impressions you want. We suggest you use the Report Center tab in your account to set up regular daily reports that will help you track your impressions. If your ad is receiving very few impressions, your positions preference settings are one of several possible reasons for that.

The AdWords Help Center has instructions for setting up a report. To set up a daily report, use these settings:

- Report Type: select Keyword Performance

- View: select Summary
- Date Range: select Yesterday
- Choose the campaigns and Ad Groups you want to track.
- Choose the appropriate columns. Make sure to include Impressions.
- Filter the report to show only the keywords for which you've set position preferences.
- Name the report.
- Schedule your report to run automatically every day.
- Have the report emailed to you daily if you wish.
- Click Create Report.

If your ad is not showing as often as you would like, use the ads diagnostic tool to identify the reasons why.

Managing Keywords with Position Preference

To view or edit all your keywords with position preferences, try grouping them together:

- On the Ad Group page, click the Show Settings column header.
- Under Sort by, select Position.

All of your keywords with position preferences should sort to the top of the list.

Does position preference apply to sites besides Google search?

Yes. We will try to match your position preference whenever your ad shows on partner pages in the Google search network. Position preference will also be considered if your ad appears on related Google pages like Google Maps. Position preference does not apply to ad impressions on the content network.

Will position preference work with other AdWords features?

No. The Budget Optimizer™ is designed to set and adjust your bids automatically based on your overall budget, and so cannot work effectively when you also set position preferences manually.

Which ad positions are best?

No single position preference is best for everyone. Many people want to be ranked #1, but you may prefer the lower costs that come with lower positions. Or you may find that certain keywords get a better return on investment (ROI) when their ad is in a specific position. We encourage you to experiment and discover which positions are best for your keywords and your ads. Remember that with each change it may take a few days for the system to adjust and run your ads consistently in your new preferred positions.

What position preferences can I specify?

You can ask AdWords to show your ad when it is higher than a certain position, lower than a certain position, or in a range between two positions.

The position preference feature uses pull-down menus for your high and low position settings. 1 is the highest (top) position, and 10+ is the lowest available setting. Choosing a setting of 10+ means your ad will show in positions of 10, 11, 12 and beyond.

Here are some sample settings:

Highest 3 and lowest 6: You would like your ad to show in position 3, 4, 5, or 6.
Highest 3 and lowest 10+: You would like your ad to show in position 3 or lower.
Highest 1 and lowest 8: You would like your ad to in the first eight positions.
Highest 3 and lowest 3: You would like your ad to show only in position 3.

Remember that setting a preference for a position does not mean your ad will always be ranked there. Position preference simply means AdWords will try to show your ad whenever it is ranked in your preferred position, and avoid showing it when it is not.

What is position preference?

Position preference lets you tell Google where you would prefer your ad to show among all the AdWords ads on a given page.

Whenever you run a keyword-targeted ad, your ad is assigned a position (or rank) based on your cost-per-click (CPC) bid, your keyword's Quality Score, and other relevant factors. There may be dozens of positions available for a given keyword, spread over several pages of search results.

If you find that your ad gets the best results when it is ranked (for example) third or fourth among all AdWords ads, you can set a position preference for those spots. AdWords will then try to show your ad whenever it is ranked third or fourth, and avoid showing it when it is ranked higher or lower. If your ad is ranked higher than third for a given keyword, the system will automatically try to lower your bid to place your ad in your preferred position.

You can request that your ad be shown only when it is:

- Higher than a given position (such as above 7)
- Lower than a given position (such as below 4)
- Within a range of positions (such as from 2-8).
- In a single exact position (such as position 2).

You can choose any positions between 1 and 10+ (that is, 10 or any larger number). Separate position preferences can be set for any or all of the keywords in your campaign.

Please note that position preference does not mean that your ad will always appear in the position you specify. The usual AdWords ranking

and relevance rules apply. If your ad doesn't qualify for position #1, setting a position preference of 1 will not move it there. Position preference simply means AdWords will try to show your ad whenever it is ranked in your preferred position, and to avoid showing it when it is not.

Position preference also does not affect the overall placement of AdWords ad units on the left, right, top or bottom of a given page. It only affects your ranking relative to other ads across those units.

Position preferences are not guaranteed. Your ad may still appear in other positions, though we will make every effort to display your ad where you prefer. Once you set new position preferences, it may take a few days for the AdWords system to begin delivering your ad according to those preferences.

Finally, let us note that setting a position preference can sharply reduce the number of impressions and clicks you receive for that keyword. Targeting just one or two positions means your ad will not show at times when it otherwise might have. We encourage you to choose as broad a range of positions are you are comfortable with.

To set your position preferences now, see the step-by-step instructions.

What happens if I don't set a position preference?

Your ads will continue to run normally in all positions. If you enable position preference but don't set individual preferences, your ads will also run normally in all positions.

Does position preference work with...?

Here are some common questions about using position preference with other Google features.

Does position preference work with the Budget Optimizer™? No. The Budget Optimizer™ is designed to set and adjust your bids automatically based on your overall budget, and so cannot work effectively when you also set position preferences manually.

Does position preference work with content bids? You may run both features in the same campaign at the same time. However, since position preference doesn't apply to Google's network of content sites, any preferences you set will not affect your content bids.

Will the keyword tool suggest position preferences? No. The keyword tool is not affected by position preferences and does not suggest preferences.

Does the Traffic Estimator consider my position preferences? No. Results from the Traffic Estimator does not take position preferences into account when estimating positions or clicks.

Does the Report Center show my position preferences? Yes. Your reports now show your position preference, as well as the average position your ad actually received. (If you changed your position preferences many times in a given reporting period, the average position may not be very meaningful.) Keywords without position preferences are marked "any."

Do you promise I'll get the position I prefer?

No. Setting a position preference does not guarantee that your ad will always be shown in that position. Position preference simply means AdWords will try to show your ad whenever it is ranked in your preferred position and avoid showing it when it is not.

Are ad positions always in the same location on each page?

Not necessarily. Ad positions are not always found in the same location on a web page. Google search results normally have up to eight ad positions in the side column of the page, and may have additional positions above the search results. So a #2 position could be above the search results or in the side column. A #10 ad position could be on the first page of search results, or it could be on a later page. Google's search network partners also feature varying numbers of ad positions on their pages.

When you choose a position preference you are choosing your rank relative to other ads, not a specific location on a page.

## Working with My AdWords Account : Ads : Local Business Ads : Local Business Ads Overview

What are the benefits of local business ads?

Whether you're advertising one business location or 100, local business ads are a quick, easy way to connect you with customers searching for your products and services in your area. Here are a few key benefits:

Reach more customers.

With your ads appearing for relevant queries on both Google and Google Maps, you'll reach even more customers looking for your products or services in your geographic area. Learn how local business ads are targeted to users.

Show customers more information.

On Google Maps, local business ads are associated with visual map markers on your business location. In addition to the description lines and URL that appear in text ads, local business ads can display your business name, address, phone number, and an image related to your business. This information appears in the window that expands when users click on your ad title or the associated map marker. Without any extra cost to you, the image and address will help promote your business brand, products, and services, and associate your business with a specific location of interest to the user.

Simplify your campaign structure.

Each local business ad is associated to a single business location, so you can easily target multiple locations within a single Ad Group. For example, if you run a business with two physical locations, you might like your ad to show for customers located near each location. You could set up two locally-targeted campaigns, each with its own targeting settings, daily budget, ad text, and keywords. Or you could simply create two local business ads in a single Ad Group, using the same keywords. Each ad will only show for users searching for the business location that you specify for that ad.

For example, if you're advertising hotel locations in San Francisco and New York, your Ad Group would just need 'hotel' keywords. Users who search for 'san Francisco hotel' could see your San Francisco hotel ad, and users who search for 'new york hotel' could see your New York hotel ad.

Learn more about how local business ads appear on Google Maps.

How do local business ads appear on Google Maps?

Up to four local business ads may appear as 'Sponsored Links' on Google Maps search results pages. Each ad displays in two parts: a highlighted listing in the search results column, and a map marker that expands to show additional business details.

The highlighted listing includes your URL and the business name and address as collected from your Google Maps business listing. It also contains two description lines that you choose when creating your local business ad.

The map marker denoting the location of the business includes an icon that you choose when creating your local business ad. When users click on the map marker or on your ad, the map marker expands to become an info window. This window displays the information in your Google Maps business listing, in addition to an image that you can select when you create your local business ad.

How are local business ads targeted to users?

Users in any location worldwide may see local business ads on Google Maps, in addition to text-only versions on Google.com, Google.co.uk, Google.ca, and other search network sites. Here's how local business ads are targeted to users on Google Maps, compared to Google and the search network.

Google Maps

On Google Maps, users will see local business ads whenever they submit relevant, location-specific queries for geographical areas that have eligible local business ads. As with Google Maps natural search results, the user's IP address isn't considered.

For example, if users in London search for 'New York hotels' on Google Maps, they'll see any local business ads for New York hotels that are eligible to appear.

Google and the search network

On Google and the search network, the user's IP address is considered (when it's available). A text-only version of your local business ad may appear if a user with an IP address read as located near your business searches on a relevant query. If you choose advanced targeting settings for your local business ad, only customers within the distance you specify will see your ad. For example, if a user in New York searches for 'hotels,' text-only versions of local business ads for New York hotels may appear among the search results.

For search queries including city names within the United States, we'll target ads on Google.com and search network sites based on the search query instead of the user IP address. As a result, text-only versions of local business ads may appear on Google.com and search partners when any user worldwide enters a search query for a location within the United States where there are eligible local business ads.

For example, any user searching for 'New York hotels' on Google.com may see text-only versions of local business ads for New York hotels.

We're working to introduce this feature for more countries in the near future.

Learn about the language and location targeting requirements for campaigns with local business ads.

How are local business ads priced?

Local business ad pricing is the same as text ad pricing. You're only charged for clicks to your website, whether the click occurs on Google or a search network site (including Google Maps). On Google Maps, you won't be charged for clicks on your ad title that expand the info windows on the map interface.

To learn more about ad pricing in your location and currency, please see the account fees finder.

How are local business ads positioned?

As with other AdWords ads, local business ads are positioned according to their Ad Rank.

On Google Maps, up to three local business ads may display below the search results. One local business ad may display above the search results if the text version of that ad is appearing above the search results on Google.

If more than four local business ads are eligible to appear on the page, the top ads will display on the first page of search results and the remaining ads will show on subsequent pages. After we cycle through all eligible local business ads, the first set of ads will show again.

## Working with My AdWords Account : Ads : Local Business Ads : Guidelines and Requirements

What are the guidelines for images and custom icons in my local business ad?

Each local business ad may include an image, such as a logo or photo related to your business. This image displays in the info window that expands from the map marker associated with your ad. In addition, you may upload an icon to display in the map marker.

If you choose to include custom icons or images in your local business ads, please follow the guidelines below:

- Dimensions: maximum of 125x125 pixels for images, or 16x16 pixels for custom icons
- File size: 20k maximum
- File types: .JPG, .GIF, .PNG
- Images and icons must be relevant to the advertised business.
- Images and icons must be static (no animation, flash or other rich formats).
- Images and icons may not contain a 'trick to click,' such as a mock system functionality or animated feature.
- Regardless of your business type, images and icons must be appropriate for all audiences.

All images and icons will be reviewed according to our advertising guidelines and policies.

How do I add my business to the Google Maps listings?

Google Maps is a Google service offering powerful mapping technology and local business information-including business locations, contact information, and driving directions. In order to create a local business ad, your business listing needs to be included in Google Maps. You can add or edit your business information in Google Maps at any time, for free.

Learn more about adding your business, or go directly to the Local Business Center. Once your new listing is verified, you will be able to target local business ads to that location.

If you have more than ten business locations to input, please send us a data feed. Read the instructions here or go directly to Google Base.

---

Where are local business ads available?

---

Currently, local business ads may be created for Google Maps business listings in the United States, Canada, and the United Kingdom. The option to create local business ads is available in campaigns targeting All Countries, the U.S., Canada, the U.K., or areas within these three countries.

Learn more about local business ad requirements and how local business ads are targeted to users.

---

How do I prevent other advertisers from advertising on my business locations?

---

Advertisers may choose to run local business ads for any business location included in the Google Maps listings. As with all Google Maps ads, local business ads and the associated info windows will be clearly marked as 'Sponsored Links' to minimize any confusion with the regular local listings.

As always, AdWords advertisers are responsible for the keywords they select to show their ads. If you'd like to prevent your trademarked term from appearing in other AdWords ads, including local business ads, please refer to our trademark policy.

---

What are the requirements for my local business ads?

---

Local business ads involve several components, including your business listing in Google Maps, your campaign settings, and your ads. Each of these components is a necessary part of enabling your local business ads to run on Google, Google Maps, and sites in our search network.

Requirements for your Google Maps business listing:

- In order to create a local business ad, your business location must be included in Google Maps. If your business isn't included in Google Maps, you can add your listing through our Local Business Center.
- Local business ads are currently available only for business locations in certain countries. In order to create a local business ad at this time, your business location must be in the United States, Canada, or the United Kingdom.

Requirements for your AdWords campaign:

- Local business ads may only be created in keyword-targeted campaigns.
- The campaign must have the following location targeting settings:
    - If you're using country or territory targeting, your campaign must target All Countries, Canada, the United Kingdom or the

United States.

- If you're using city, regional, or custom targeting, your campaign must target areas within Canada, the United Kingdom or the United States only. (Learn how local business ads are targeted to users.)

- The campaign must have the following network distribution settings:
  - In order for your local business ads to show on Google Maps (and for text-only versions to show on other search network sites) your campaign must be opted in to the search network. We recommend this option for the full exposure these ads can provide you.
  - If you choose to show ads on Google search only, text-only versions of your local business ads will show on Google, and your ads will not show on Google Maps.

Requirements for your local business ads:

- All local business ads must meet our Editorial Guidelines.
- Each local business ad must be associated to a business location within the campaign's targeted region. For example, if your campaign targets Manchester, England, you may not create local business ads for businesses in London.
- If you edit the headline of your local business ad, it must accurately reflect your business name as it appears in Google Maps. Learn more about editing your ad headline.
- If you choose to use an image in your local business ad, please follow our requirements images.

Additional notes about creating local business ads:

- An Ad Group may contain several local business ads for different locations within your targeted region. Each Ad Group may contain a maximum of 50 ads.
- You may create multiple local business ads for one business location.

## Working with My AdWords Account : Ads : Local Business Ads : Creating Local Business Ads

How do I view reports for my local business ads?

Here's how to run a performance report for your local business ads:

1. Log in to your AdWords account.
2. Click on the Reports tab and then on the Create Report link.
3. For 'Report Type,' select Ad Performance, and then from the drop-down menu that appears, select Local Business Ads.
4. For 'View,' choose from the menu options of 'Daily,' 'Monthly,''Quarterly,' or 'Yearly.'
5. Select the 'Date Range' for your report by using the timespan ('Last seven days,' 'This month,' etc.) or the calendar date selector.
6. Select your 'Campaigns and Ad Groups' by choosing the radio button for All Campaigns and their Ad Groups, or Manually select from a list.
7. Within 'Advanced Options' you can further customize your report by clicking Add or Remove Columns to refine your report based on preferred standard column topics such as 'Impressions,' 'Avg CPM,' 'CTR,' 'Avg Position,' etc. Columns specific to local business ads

include 'Local Business Name' and 'Local Business Address.'

8. In 'Advanced Options' you can also apply filters to restrict the display of report rows based on specific criteria. Click Display only rows that match specific criteria to customize your filters; up to four filters may be created by clicking the Add another restriction link.
9. Enter a unique Report Name for your report and check the box to save your settings as a template if you want to re-use them in the future.
10. For 'Scheduling and Email,' schedule your report (if you want it to run again automatically at another time), and, if you want it delivered via email, provide an email address and choose your preferred report format (.csv, .csv for Excel, .tsv, .xml, or .html)
11. Click Create Report.

How do I include my own icon for my map marker?

When you create a local business ad, you can choose an icon for the map marker that appears along with your ad on Google Maps. You have the option to select the icon from a list provided during ad creation, or you can upload your own icon by clicking 'Edit' next to the icon. Learn more about requirements for custom icons.

When will my local business ads appear?

As with all AdWords advertising, your local business ads will compete with other ads for space on the pages where they appear. Local business ads are eligible to appear on Google Maps, Google, and search network sites.

On Google Maps, local business ads have priority over text ads. If no local business ads are eligible to appear, eligible text ads will be displayed. Up to four local business ads may appear on Google Maps search results pages. If there are more than four eligible local business ads, the remaining ads may show on subsequent search results pages. Learn more about how local business ads are targeted to users.

On Google and other search network sites, text versions of local business ads compete with other ads on the basis of their Ad Rank, which is a combination of various factors including maximum cost-per-click (CPC) and Quality Score. Learn more about how ads are ranked.

How do I edit the headline of my local business ad?

The headline of your local business ad must accurately reflect your business name. Your ability to edit the headline depends on the length of your business name *as it appears in your Google Maps business listing*.

If your business name is longer than 25 characters, it will automatically be shortened. You may edit the shortened version, as long as it doesn't exceed 25 characters and accurately reflects your business name. All edits will be reviewed by AdWords Specialists for compliance with our Editorial Guidelines.

If your business name is 25 characters or fewer, it will automatically become the title of your local business ad. In order to change the business name as it appears in your ad, it's necessary first to change your business listing in Google Maps. However, your ad headline will not automatically change after you've edited your Google Maps business listing. You'll only be able to update your ad headline by creating a new local business ad after your edited business listing has been confirmed. (Changing your business listing in Google Maps may take up to six weeks.)

How do I create a new local business ad?

You can create a new local business ad at any time by following these steps:

1. Log in to your AdWords account at https://adwords.google.com.
2. Click the keyword-targeted campaign that contains the Ad Group you want to edit.
3. Click the appropriate Ad Group.
4. Click the Create New Local Business Ad link.
5. Identify the business listing you want to advertise. If you don't have a Google Maps business listing, learn how to add your business to our Business Center.
6. Enter your description lines and URL. (The business name, address, and phone number of your business will be taken automatically from y Google Maps business listing.)
7. Choose or upload an icon for your map marker.
8. Optional: Upload a business image to appear in the info window that expands from your map marker.
9. Click Save Ad.

If you prefer not to include local business ads in an existing Ad Group, you can create a new keyword-targeted campaign or a new Ad Group for yc business ads, then follow the steps above to create your ads.

## Working with My AdWords Account : Ads : Mobile Ads : Mobile Ad Overview

How do I know in which markup language my mobile website is written?

If you aren't sure which markup language(s) your website is written in, we suggest contacting your webmaster, or the person who maintains your : can also try to identify the markup language by following these steps:

From Internet Explorer:

1. Open a new browser window, and enter your mobile web address.

- If you see a pop-up that asks you to download a file with 'wml' in the title, your site is written in wml.

2. If you can access your site in IE, right-click anywhere on the main page, and select 'View Source' to review the source code.

- If the source code starts with '<?xml...,' your site is written in xhtml.
- If the source code starts with '<!DOCTYPE HTML...,' your site is written in chtml or html.

From Firefox:

1. Open a new browser window, and enter your mobile web address.

- If you see a pop-up that says: 'You have chosen to open xxx which is a: text/vnd.wap.wml,' your site is written in wml.

2. If you can access your site in Firefox, right-click anywhere on the main page, and select 'View Page Source' to review the source code.

- If the source code starts with '<?xml...,' your site is written in xhtml.
- If the source code starts with '<!DOCTYPE HTML...,' your site is written in chtml or html.

Sometimes, multiple versions of mobile websites are created, each written in a different markup language. Depending on how your mobile website was created, and how many markup languages it's available in, your site might automatically detect the compatible markup language for a user's mobile device. Sites that detect markup languages will automatically serve the correct version of your site. If different versions of your mobile website exist in multiple markup languages, make sure you select each language your site supports.

Where will my mobile ads appear?

*At this time, mobile ads are only available to advertisers with a billing address in Japan, and are only displayed on Japanese mobile networks.*

You can choose to show your ads to users on all mobile carriers, or you can target select carriers. To specify where you'd like your ads to appear, make a selection under Choose mobile carriers: on the Create an ad page. When targeting select carriers, it is possible that your ad may occasionally show on other networks although this happens rarely.

Mobile ads appear only when a user searches Google from a mobile device.

What locations can I target with mobile ads?

At this time, you may target mobile users in Japan. We look forward to expanding mobile ads to more locations in the future.

What do mobile ads look like?

*At this time, mobile ads are only available to advertisers with a billing address in Japan, and are only displayed on Japanese mobile networks.*

Mobile ads contain two lines of text, with a limit of 12 characters per line. Your destination URL appears on a third line if you choose to enter one. If you select the option that allows customers to directly connect to your business phone, a Call link will appear next to your destination URL.

What are mobile ads?

*At this time, mobile ads are only available to advertisers with a billing address in Japan, and are only displayed on Japanese mobile networks.*

**Mobile ads are shorter text-based AdWords ads that appear when users search Google from a mobile device. Send users to your mobile web page, or offer them the option to connect to your business phone after clicking on your ad.**

How do you decide whether to show my mobile ad or my standard text ad?

***At this time, mobile ads are only available to advertisers with a billing address in Japan, and are only displayed on Japanese mobile networks.***

**When a user searches Google.com from a PC for your keywords, your standard text ads will appear alongside the search results. And when someone uses a mobile phone to search Google.com for your keywords, your mobile ads will appear.**

Can I connect users to my business via telephone?

***At this time, mobile ads are only available to advertisers with a billing address in Japan, and are only displayed on Japanese mobile networks.***

**Yes. In addition to directing users to your mobile webpage, you can also connect them to your business via telephone. Enter your business phone number when you create a mobile ad, and a Call link will appear at the end of your ad text. Business phone numbers must be located in Japan, and must not be toll numbers.**

**To provide users with the option to connect to your business via telephone:**

1. **Sign in to your AdWords account.**
2. **Click the campaign that contains the Ad Group in which you will create a mobile ad.**
3. **Click the appropriate Ad Group.**
4. **Click the Create New Mobile Ad link at the top of your keyword table. Enter your new ad title, description line, Display URL, and Destination URL as needed.**
5. **Check the box next to Connect users to my business via telephone, and enter your business phone number in the appropriate field.**
6. **Click Save Changes.**

## Working with My AdWords Account : Ads : Mobile Ads : Mobile Ad Pricing

Is mobile ads pricing the same as standard text ads pricing?

***At this time, mobile ads are only available to advertisers with a billing address in Japan, and are only displayed on Japanese mobile networks.***

**Mobile ads pricing is similar to pricing for ads running on the PC Google Network. You choose a maximum cost-per-click (CPC) for each keyword from US$0.05 to US$100.00 (or the local currency equivalent), but smart pricing does not apply. You are only charged when a user clicks on your ad or the click-to-call link in your ad.**

To discover your local currency equivalents, please see the account fees finder.

Your daily budget can go as high as you like. You may change your amounts within these ranges at any time, and there's no minimum spending commitment.

Note:If you run two different types of ads (mobile ad or standard text ad) on the same keyword, the CPC for that given keyword might vary. The cost-per-click for ads running on Google Mobile searches will likely be different than the cost-per-click for ads running on the PC Google Network.

When can I expect to see clicks on my mobile ads?

Mobile ads must receive an editorial review before appearing on Google mobile searches. Once we confirm that your mobile ads meet our editorial guidelines, you'll start to see clicks on your mobile ads.

After you begin receiving clicks on your Mobile ads, you'll be able to run reports to see how they're performing. You can also view details about costs and the number of clicks received on your Campaign Summary page.

Here's how to run a performance report for your mobile ads:

1. Log in to your AdWords account.
2. Click on the Reports tab and then on the Create Report link.
3. For 'Report Type,' select Ad Performance, and then from the drop-down menu that appears, select Mobile Ads.
4. For 'View,' choose from the menu options of 'Daily,' 'Monthly,''Quarterly,' or 'Yearly.'
5. Select the 'Date Range' for your report by using the timespan ('Last seven days,' 'This month,' etc.) or the calendar date selector.
6. Select your 'Campaigns and Ad Groups' by choosing the radio button for All Campaigns and their Ad Groups, or Manually select from a list.
7. Within 'Advanced Options' you can further customize your report by clicking Add or Remove Columns to refine your report based on preferred standard column topics such as 'Impressions,' 'Avg CPM,' 'CTR,' 'Avg Position,' etc. You'll also find mobile ads-related columns here that you can include or exclude by checking the appropriate boxes.
8. In 'Advanced Options' you can also apply filters to restrict the display of report rows based on specific criteria. Click Display only rows that match specific criteria to customize your filters; up to four filters may be created by clicking the Add another restriction link.
9. Enter a unique Report Name for your report and check the box to save your settings as a template if you want to re-use them in the future.
10. For 'Scheduling and Email,' schedule your report (if you want it to run again automatically at another time), and, if you want it delivered via email, provide an email address and choose your preferred report format (.csv, .csv for Excel, .tsv, .xml, or .html)
11. Click Create Report.

How much do mobile ads cost?

***At this time, mobile ads are only available to advertisers with a billing address in Japan, and are only displayed on Japanese mobile networks.***

As with standard text ads, each advertiser determines the cost of their own mobile ad campaign. Your price depends on the keywords on which you choose to advertise, how much you bid, and how successfully you design your ads. You set your own daily budget, which will control your overall spending. You are only charged when a user clicks on your ad or the click-to-call link in your ad. There is a nominal, one-time activation fee for Google AdWords, but there is never a minimum spending commitment.

Mobile ad bids may be slightly lower than those for standard text ads, but prices for individual keywords will vary. Mobile ads do not compete with standard text ads.

Learn more about ad pricing and daily budget.
Learn how to control your costs even more.

Does smart pricing apply to mobile ads?

***At this time, mobile ads are only available to advertisers with a billing address in Japan, and are only displayed on Japanese mobile networks.***

No. Mobile ads and ads running on the PC Google Network have similar pricing models, but smart pricing does not apply. Learn more about how mobile text ads are priced.

Can I track mobile ad conversions?

***At this time, mobile ads are only available to advertisers with a billing address in Japan, and are only displayed on Japanese mobile networks.***

It isn't currently possible to track mobile ad conversions. We look forward to offering conversion tracking in the future.

## Working with My AdWords Account : Ads : Mobile Ads : Guidelines and Requirements

What if my URL is longer than 20 characters?

Your Display URL must accurately reflect the URL of your mobile website. If your actual destination URL link is too long for your ad, use a shortened version (such as your homepage) that meets the character limit for this field. Keep in mind that the Display URL field cannot be used as another line of ad text, and your Display URL must include the domain extension (.com, .net, or .org).

What are XHTML, WML, and CHTML?

***At this time, mobile ads are only available to advertisers with a billing address in Japan, and are only displayed on Japanese mobile networks.***

**XHTML (WAP 2.0), WML (WAP 1.2), and CHTML are mobile markup languages - your mobile website must be written in one of these if you'd like to advertise it with Google AdWords.**

How do I create a mobile web page?

***At this time, mobile ads are only available to advertisers with a billing address in Japan, and are only displayed on Japanese mobile networks.***

**To create a mobile version of your website, you'll need to rewrite your page in a mobile markup language, such as XHTML, WML, and CHTML.**

Can I target my mobile ads to different languages?

***At this time, mobile ads are only available to advertisers with a billing address in Japan, and are only displayed on Japanese mobile networks.***

**Your mobile ads can target any language, but most Japanese mobile devices only display Japanese and English character sets.**

## Working with My AdWords Account : Ads : Mobile Ads : Creating Mobile Ads

Why do I need to specify the markup language of my mobile web page?

**Mobile web sites are presented in various formats and protocols, and not all mobile devices are compatible with each format.**

**By knowing in which markup language your mobile web page is written, we can make sure your ads are shown on compatible devices.**

What number should I use to connect customers to my business?

**Your business phone must be domestic to the location your ads target, and may not be a toll number.**

**When entering your business phone number, please include the national direct dialing (NDD) prefix, but do not include the country code.**

How do I create a mobile ad?

***At this time, mobile ads are only available to advertisers with a billing address in Japan, and are only displayed on Japanese mobile networks.***

To create a new mobile ad in one of your existing Ad Groups, follow these steps:

1. Log in to your AdWords account.
2. Click the campaign that contains the Ad Group in which you will create a mobile text ad.
3. Click the appropriate Ad Group.
4. Click the Create New Mobile Text Ad link at the top of your keyword table. Enter your new ad title, description line, Display URL, and Destination URL as needed.
5. Click Save Changes.

## Working with My AdWords Account : Ads : Troubleshooting Ads : Troubleshooting Ads Overview

Why do the ads in my Ad Group have different 'Served' percentages?

If the ad served percentage (%) is different for each ad in your Ad Group, please keep in mind that it is normal for ads to appear with varying frequency. The following factors influence how often a given ad appears.

1. Ad optimization*: If one ad has a higher clickthrough rate (CTR), it will show more frequently than the other ads in your Ad Group. Our system automatically favors those ads with higher CTRs within an Ad Group by showing them more often than those ads with lower CTRs. This means that when you create multiple ads per Ad Group, the ads that are proven to drive more traffic to your site will appear with greater frequency than ads with lower CTRs.
2. Time: If an ad is created late in the day, it will have a lower ad served percentage at the end of the day than the existing ads. This difference will decrease over time.
3. Approval status: If an ad has yet to be reviewed and approved by AdWords Specialists, it'll only appear on Google.com. If it isn't yet generating impressions on the Google Network, an ad will have a lower ad served percentage.

*Note: When you create a campaign, optimization is already selected. If you choose not to take advantage of this feature, ads within an Ad Group will be shown in even rotation. Please note that without ad optimization, ads with lower CTRs will be served as often as your better performing ads, which can lower your average position and result in less relevant clicks.

You can view or change your ad optimization settings at the campaign level by doing the following:

1. Log in to your AdWords account.
2. In the 'Campaign Summary' table, select the checkbox next to any campaign you wish to edit.
3. Click 'Edit Settings' in the header row of the table.
4. Check or uncheck the box next to 'Show better-performing ads more often.'

5. Click 'Save Changes' at the top or bottom of the page.

What is the call-through rate?

The call-through rate is equal to the total number of user calls divided by the total impressions your click to call ad receives. For instance, a click to call ad with 100 impressions that lead to five actual calls would have a call-through rate of 5%.

Remember that a call occurs only when a Google user and advertiser make phone contact via your ad and are connected for more than 10 seconds after both parties are on the line. If the user clicks an ad but does not initiate a call, or if the call goes through but either party hangs up before 10 seconds have passed, then no call is recorded.

What is CPP?

CPP is AdWords shorthand for *cost per phone call*. This is the amount you pay each time a user initiates a successful call by clicking your ad. If 100 people look at your ad, and 12 of them call, you will pay your CPP x 12.

Average CPP is the average amount you pay each time someone calls as a result of your ad. Average CPP is determined by totaling the cost of all calls and dividing that total by the number of calls.

What counts as a call?

A call occurs when a Google user and advertiser make phone contact via a click to call ad and are connected for more than 10 seconds after both parties are on the line. If the user clicks an ad but does not initiate a call, or if the call goes through but either party hangs up before 10 seconds have passed, then no call is recorded.

What counts as a 'click' in a click to call ad?

A click occurs when a Google user clicks your ad text and the ad expands to allow the user to enter their number. (Click to call ads differ from standard text ads in that users don't click through to a website.) Clicks are different from impressions: an impression occurs whenever your ad appears to a user, but a click occurs only when the user clicks your ad.

The clickthrough rate is equal to total clicks divided by total impressions. For instance, an ad receiving 100 impressions and eight clicks would have a clickthrough rate of 8%.

## Working with My AdWords Account : Ads : Troubleshooting Ads : Troubleshooting Text Ads

Why do 'inactive for search' keywords remain active for content?

The Google AdWords system uses all the keywords in your Ad Group to help match your ads with relevant content network sites. In some cases, keywords which have proven ineffective when triggering your ad for search turn out to be very effective when triggering content

impressions. In other cases the keyword is simply useful as context in helping the system determine the overall subject areas of your ads.

This is why keywords that are marked inactive for search may occasionally still generate impressions, clicks and charges for you on the content network. If you don't want a keyword to be considered for content impressions, you should delete it from any applicable Ad Group. If you'd like to remove a keyword from all your account Ad Groups at once, try the "Find and Edit Keywords' tool under the Tools page in the Campaign Management section of your account.

Why does the name of a region appear underneath my ad?

With regional targeting, users in your targeted areas will see the city or region name (whichever is more specific) displayed beneath your ad. This lets those users know that your product or service is especially relevant to them, which helps you reach more qualified users.

We show the name of the region or city based on the Internet Protocol (IP) address of the user. For example, if you target both Madrid and Barcelona, a user located in Madrid sees the word 'Madrid.' A user in Barcelona sees 'Barcelona.'

If you'd like others to also see your ad without a region name, try running a similar country- and territory-targeted campaign with region-specific keywords and ad text. This is the surefire way to reach other qualified users who might not be physically located in your targeted geographic area. Learn more

## Working with My AdWords Account : Ads : Troubleshooting Ads : Troubleshooting Image Ads

I'm receiving an 'incorrect image size' message. What now?

Your image can be submitted in one of five acceptable sizes, which match the five image ad shapes we offer:

- 468 x 60 Banner
- 728 x 90 Leaderboard
- 300 x 250 Inline
- 120 x 600 Skyscraper
- 160 x 600 Wide Skyscraper

An 'incorrect image size' message means that the image you've submitted does not match these dimensions. You'll need to resize your image, or create a new one, then submit it again through the AdWords campaign management tool.

For more details, see the topic Will you resize my image? or the topic How do I create an image of my own?

## Working with My AdWords Account : Ad Groups

How do I create a new Ad Group?

To create a new Ad Group:

- Log in to your AdWords account.
- In the Campaign Summary table, click the ad campaign that will contain your new Ad Group.
- Click Create New Ad Group above the table.
- Enter an Ad Group name and click Continue.
- Choose Text Ad or Image Ad. Enter your text or image, along with the URLs for your ad, then click Continue.
- Enter your keywords in the field provided. Click Continue when you are finished.
- Enter the maximum CPC you are willing to pay, and (if you wish) use the Traffic Estimator to check cost and position estimates. When you're satisfied, click Continue.
- Review your selections and click Save Ad Group.

How do I pause an Ad Group?

To pause an Ad Group:

- Log in to your AdWords account.
- In the Campaign Summary table, click on the ad campaign containing the Ad Groups you want to pause.
- In the Ad Groups table, select the checkbox(es) next to the appropriate Ad Group(s).
- Click Pause in the first row of the Ad Groups table.

Shortcut: If you want to pause all of your Ad Groups quickly, select the checkbox next to the Ad Group Name or the Campaign Name header in the top row of the table. This will select all Ad Groups at once. Then, click Pause.

Lesson: Ad Groups, Ads, and Maximum Cost Per Click

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reinforce your new expertise.

You can view lessons in text or as multimedia presentations (Flash® required) (Flash® required) with narration and images.

View "Ad Groups, Ads, and Maximum Cost Per Click": multimedia lesson | text lesson

You may also wish to see the complete list of AdWords Lessons.

How do I delete or undelete an Ad Group?

To delete an Ad Group:

1. Sign in to your AdWords account.
2. In the Campaign Summary table, click the ad campaign containing the Ad Groups you want to delete.
3. In the Ad Groups table, select the appropriate Ad Groups.
4. Click Delete.

To hide your deleted Ad Groups, select 'Show all but deleted Ad Groups' from the drop-down menu above your Ad Groups table. Select 'Show all Ad Groups' to see your deleted Ad Groups again.

Shortcut: If you want to delete all of your Ad Groups quickly, select the checkbox next to the Ad Group Name or the Campaign Name header in the top row of the table. This will select all Ad Groups at once. Then, click Delete.

To restore a deleted Ad Group:

1. Sign in to your AdWords account.
2. In the Campaign Summary table, click the name of the campaign containing the Ad Groups you want to undelete.
3. In the Ad Group summary table, click the name of the Ad Group you want to undelete.
4. Click Undelete Ad Group next to the Ad Group title and status at the top of the page.
Your Ad Group will immediately be restored to active status and your ads will begin running.

How do I resume a paused Ad Group?

If you want to resume running ads in a paused Ad Group:

- Log in to your AdWords account.
- In the Campaign Summary table, click the ad campaign containing the Ad Groups you want to resume.
- In the Ad Groups table, select the checkbox(es) next to the appropriate Ad Group(s).
- Click Resume at the top of the Ad Groups table.

Shortcut: If you want to resume all of your paused Ad Groups quickly, click the checkbox next to the Ad Group Name or Campaign Name header in the top row of the table. This will select all Ad Groups at once. Then, click Resume.

What are the features of the Ad Group page?

The Ad Group detail page is the basic management page for an individual AdWords Ad Group.

To reach an Ad Group detail page, log in to your AdWords account and select a campaign. Then click the name of an individual Ad Group

from the list on the campaign page.

At the top of the Ad Group page you'll see the Ad Group name and your current ad. If you have created more than one ad for this group, the best-performing ad will be featured here. Next to the ad are links allowing you to pause or resume the Ad Group. A pull-down menu offers helpful tools and the option to delete or undelete this Ad Group.

Lower on the page, on the display table, you can choose from several Ad Group tabs. Each tab presents a different aspect of your account.

- Summary. This tab displays the performance totals for your Ad Group. Totals are divided into search and content impressions (if applicable), with overall totals listed on the final line. To see statistics for a different period of time, click Change range at the top of the statistics table. Available statistics include the total numbers of impressions and clicks for the Ad Group, along with related details like the costs and average positions of your ads.

- Keywords. If this campaign includes keyword-targeted ads, you'll see a Keywords tab with details on the performance of each keyword in this Ad Group. This includes the status, current bid, settings, and a breakdown of clicks, impressions and costs for each keyword. Along the top of the table are a row of helpful links. Quick add is a speedy way to add new keywords to this Ad Group. Keyword tool helps you discover new potential keywords for your ads. Edit keywords lets you add, edit or remove keywords and change your default bids. Search this list helps you scan all the keywords in the group by several variables.

- Sites. If this campaign includes site-targeted ads, you'll see a Sites tab with details on the performance of each targeted site for this Ad Group. This includes the total impressions, clicks, and costs for each site, along with other details. Click Edit sites and CPMs to add or remove sites or change your bid for the sites you have selected. A click on Add sites will take you to the site tool, where you can find new sites to target for this Ad Group.

- Ad Variations. This tab displays all the ads you have created for this Ad Group. You can edit or delete each existing ad, or create new ads. Remember that you can create multiple ads for any Ad Group. We recommend that you experiment with multiple ads to see which messages work best for you. The AdWords system will rotate your ads automatically, showing the better-performing ads more often.

To view all the settings and statistics for this Ad Group at once, click the View all tabs at once link below the table. This will open all tabs at once, stacked atop each other on the same page. To return to the tab view, click Condense tables into tabs.

If you'd like to see more detailed statistics for your Ad Groups, we suggest you try AdWords Reports or Google Analytics. Both can be found on separate tabs at the very top of your account pages.

What has changed on my Ad Group pages?

As AdWords has developed more features for advertisers, the Ad Group pages have begun to overflow with data. We've redesigned the page to display more information and present it in a way that's easy to grasp.

These changes do not affect the performance of your ads or of your account. The only change is in the way Ad Group details are displayed to you.

Your account statistic tables are now presented on separate tabs, which can be found along the upper right edge of the table. These are the available tabs:

- Summary displays the performance totals for your Ad Group.
- Keywords shows you how individual keywords are performing, and allows you to add new keywords or edit existing ones. This tab appears only in campaigns with keyword-targeted ads.
- Sites shows you how your ad is performing on individual sites you have selected. You can add new sites or change your bid for existing ones. This tab appears only in campaigns with site-targeted ads.
- Ad Variations displays all the ads you have created for this campaign. You can add, edit or delete ads here.

At any time, you can view the information from all your tabs on a single long page. To do so, click the View all tabs at once link below the display table. To return to the tab view, click Condense tables into tabs.

The date range selection tool for your statistics has also changed significantly. It previously was displayed along the right edge of the table. The date range is now shown along the top left of the table. Click the new Change rangelink to choose different dates.

You'll also notice changes to these other features on the page:

- The Create New Ad links have been moved to the Ad Variations tabs.
- The Edit Sites and CPMs feature has been renamed Edit Site Settings.
- The keyword tool links, formerly at the top of the table, have been moved to the Keywords tab.
- The Delete Ad Group function has been moved to the pull-down menu on the Summary tab.
- For clarity, the Filter keywords function has been renamed Search this list.

To learn more about the new Ad Group page, please visit this Help Center entry: What are the features of the Ad Group page?

## Working with My AdWords Account : Campaigns

What are the 'Search' and 'Content' totals in my account?

Search Total and Content Total, which appear in your Campaign Summary and Report Center reports, are the two types of sites where your keyword-targeted ads can be displayed within the Google Network.

Search Total shows the impressions and clicks your ad has received from search results pages generated by Google and by Google Network search partners. On these sites, your ads are displayed alongside the results from searches matching your keywords. (If you opt out of Google Network search sites, then the Search Total numbers will reflect results only from searches generated by Google.)

Content Total shows the impressions and clicks that your ad receives on content sites or products in the Google Network. On these sites, your ads are displayed alongside content relevant to your keywords. Your ads may appear on news sites, personal web pages, emails or many other types of content sites and products.

See examples of where your ads may appear on the Google Network.

When you create a new keyword-targeted AdWords campaign, your ads are automatically 'opted in' to run on the entire Google Network. Starter Edition accounts must remain opted in. If you have a Standard Edition account, you can opt out of the Google Network at any time by

editing your distribution preferences. Since selecting both search and content sites allows your ad the broadest possible exposure, we recommend you remain opted in. However, the choice is entirely yours.

How do I choose a daily budget for my cost-per-click campaign?

<p>While creating your AdWords account, you'll reach a section labeled 'What is the most you would like to spend, on average, per day?' This is where you assign your campaign a <a href="/support/bin/answer.py?answer=6312">daily budget</a>.</p>

<p>To help you decide on a daily budget, click 'Want to purchase the most clicks possible?' Our system will then estimate, based on your current keyword list, the daily budget and <a href="/support/bin/answer.py?answer=27646">maximum cost-per-click (CPC)</a> (the maximum amount you are willing to pay for a click on your ad) that's needed to place your ads at or near the top position on a search result page every time you search on your keywords. For maximum ad exposure, fill in the recommended daily budget and maximum CPC in the appropriate fields and click <b>Continue</b>.</p>

<p>If the recommended daily budget is too high, fill in a daily budget you're comfortable with. If you maintain your current keyword list and the maximum CPC recommended by our system, our system will spread out the <a href="answer.py?answer=22183">delivery of your ads</a> so that your daily budget isn't exceeded. Be careful not to set your maximum CPC too close to or higher than your daily budget.</p>

If you would like your ads to show more often on the same daily budget, consider reducing your maximum CPC. This could reduce your ad position and the amount you pay for each click, which means that you could afford more clicks each day.</p>

<p>To see how reducing your maximum CPC will affect your ad position, change the maximum CPC amount in the appropriate field and click 'View Traffic Estimator.' The column labeled <b>Estimated Ad Positions</b> will show your ads' estimated position on each of your keywords with your current maximum CPC. If you're unhappy with the estimated ad position, enter a new maximum CPC in the <b>Maximum CPC</b> field and click 'Get New Estimates.'</p>

<p>Continue to adjust your maximum CPC and recalculate your estimated ad position until you have decided upon a maximum CPC for your Ad Group. Fill in the amount in the appropriate field, and click <b>Continue</b> to move on to the next step of the account creation process.</p>

<p>Remember, the Traffic Estimator is only intended to give you a general forecast of your campaign performance. Due to various reasons, including the dynamic nature of the search market, your ads may perform differently than the Traffic Estimator predicted. Once your ads are active, you can <a href="/support/bin/answer.py?answer=6275">adjust</a> your daily budget to increase your ads' delivery or to reduce your costs.</p>

<p>Another way to reduce costs and increase your ads' delivery is to <a href="/support/bin/static.py?page=tips.html">refine</a> your keyword list and account structure.</p>

What can I do with campaign management tools?

AdWords offers a variety of tools to help you quickly and effectively manage and modify your campaigns. Use our campaign management tools to instantly implement changes across your entire account. Or, simply take advantage of the search capabilities each tool offers to pinpoint specific ads and keywords.

Click the links below to learn more about the benefits and best uses of campaign management tools.

- Find and Edit Max CPCs
- Find and Edit Ad Text
- Find and Edit Keywords
- Copy or Move Keywords and Ad Text

---

How do I create a new keyword-targeted campaign?

---

You can create a new keyword-targeted campaign at any time. To do so, please follow the steps below:

- Log into your AdWords account.
- On the Campaign Summary page, click keyword targeted in the 'Create a new campaign' section near the top of the page.
- At the start of the signup wizard you'll have the option of using the one-page signup wizard, which allows you to copy and edit settings from an existing campaign. To switch to the one-page wizard, use the pull-down menu to select an existing campaign to copy, then click 'Go' and follow the instructions on the next page. To use the full multi-page signup wizard, ignore the one-page signup option and continue with the full signup wizard.

Create a Campaign and Ad Group

- Enter a name for your new campaign.
- Enter a name for your first Ad Group.
- Select your target language(s). (These are the languages your customers speak.)
- Select the geographic areas where you'd like to advertise.
- Click Continue.
- On the next page, follow the instructions to select the specific areas where your ad will appear, then click Continue.

Create Your Ad

To create an image ad:

- Click Create Image Ad at the top of the page.
- Use the Browse function to locate and upload your image ad from your computer.
- Name the image.
- Enter the URL to be displayed with your ad.
- Enter the Destination URL - the page where users will be sent when they click on your ad.
- Check the box authorizing Google to adjust your image size if needed.
- Click Continue.

To create a text ad:

- Enter a headline.

- Enter the two lines of descriptive text for your ad.

- Enter the URL to be displayed with your ad.

- Enter the Destination URL - the page where users will be sent when they click on your ad.

- Click Continue. If you'd like to build additional text or image ads immediately, select Create new image ad or Create new text ad and repeat the procedures above. You can also create additional ads later, once you've finished creating the campaign.

    Note: Ads and keywords in our program are reviewed to confirm that they meet our guidelines. Please click on the AdWords Editorial Guidelines link before creating your ad and check to be sure that your ads and keywords comply with our guidelines.

- When you are finished, click the Continue button.

Select Keywords

- Select keywords that will best target your ad to Google searchers and enter your keywords in the field provided.

    Note: It is important that you submit keywords that are relevant to the products and services you offer on your site, and that you avoid general keywords. When creating your keyword list, ask yourself: 'If I were searching on Google for my products/services, what search terms would I enter?' Users are much more likely to type in two to three word combinations to find a product or service.

    Because our keyword default is broad matching, your ad may appear for a number of keyword variations. Our system also allows you to designate keywords as exact or phrase matches, and to submit negative keywords to limit the display of your ad on irrelevant queries.

- Click Continue when you are finished.

Choose Maximum Cost-per-Click

- Enter the maximum CPC you are willing to pay, then click Calculate Estimates.

    Note: Your CPC influences the position of your ad on our search results page. Our AdWords Discounter will automatically monitor your competition and reduce your actual CPC so that you do not pay more than necessary to maintain your ad's position.

- Click the Get New Estimates button after entering a new amount to view your adjusted average CPC and cost estimates.

- Click the Continue button when you are finished.

- If you would like to create another Ad Group with a different maximum CPC, click the Create Another Ad Group button.

Choose Daily Budget

- A recommended daily budget will appear highlighted in the daily budget box on the next page. This is the amount necessary for your ad to appear every time on your keyword. However, you can increase or lower this amount by typing in your desired daily budget.

Note: This amount controls how often your ad appears on Google; we will spread the delivery of your ad throughout the day to stay within your alternative budget setting. Matching the recommended daily budget helps ensure maximum exposure.

- Click the Continue button.

Review Your Selections

Look over your new campaign. Click Edit beside any portion of the campaign to change that content. When you're satisfied, click Save Campaign.

How do I delete or undelete an ad campaign?

To delete an ad campaign:

1. Sign in to your AdWords account.
2. Select the checkbox next to the campaign you want to delete.
3. Click Delete at the top of the Campaign Summary table.

To hide your deleted campaigns, select 'Show all but deleted campaigns' from the drop-down menu above your Campaign Summary table. Select 'Show all campaigns' to see your deleted campaigns again.

Shortcut: If you want to delete all of your active campaigns quickly, select the checkbox next to the Campaign Name column header on the Campaign Summary table. This will select all campaigns at once. Then, click Delete.

To restore a deleted campaign:

1. Sign in to your AdWords account.
2. Click the campaign you want to undelete.
3. Click Undelete next to the campaign name and status.

Your campaign will immediately be restored to active status and your ads will begin running.

How do I pause an ad campaign?

To pause an ad campaign:

- Log in to your AdWords account.
- Select the checkbox next to the campaign you want to pause.

- Click Pause at the top of the Campaign Summary table.

Shortcut: If you want to pause all of your active campaigns quickly, click the checkbox next to the Campaign Name column header on the Campaign Summary table. This will select all campaigns at once. Then, click Pause.

You can also enable AdWords ad scheduling to run your campaigns only at certain hours of each week. Please see this Help Center entry for more details: What is ad scheduling?

How do I resume a paused ad campaign?

If you want to resume running ads in a paused ad campaign:

- Log in to your AdWords account.
- Click the checkbox next to the campaign you want to resume.
- Click Resume at the top of the Campaign Summary table.

Shortcut: If you want to resume all of your paused ad campaigns quickly, click the checkbox next to the Campaign Name header in the top row of the Campaign Summary table. This will select all campaigns at once. Then, click Resume.

Lesson: Campaign Management Overview

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reinforce your new expertise.

You can view lessons in text or as multimedia presentations (Flash® required) with narration and images.

View "Campaign Management Overview": multimedia lesson | text lesson

You may also wish to see the complete list of AdWords Lessons.

Can I have my ads run at particular times of day?

Yes, you can. The ad scheduling feature of AdWords lets you schedule your ads for particular hours of the day, or specific days of the week. Please see this Help Center entry for more details: What is ad scheduling?

You can also pause your campaigns completely at any time. You won't accrue charges while your ads are paused, and they'll remain paused until you resume them.

Can I move keywords or ad text to different locations in my account?

Yes. Use the Copy or Move Keywords and Ad Text tool to copy or move keywords and ad text to existing campaigns or Ad Groups in your AdWords account. Try the Copy or Move Keywords and Ad Text tool now.

Or, here's how to access and use the Copy or Move Keywords and Ad Text tool later:

1. Log in to your AdWords account.
2. At the top of your Campaign Management screen, click Tools.
3. On the next screen, click Copy or Move Keywords and Ad Text.
   - Step 1: Choose a search option
     Select to search for keywords or ad text.
   - Step 2: Choose an action
     You may move or copy ad text or keywords. Moving keywords or ad text removes them from the current location, and adds them to a new location. Copying keywords or ad text does not affect the current location; a duplicate will be placed in a new location.
   - Step 3: Find the keywords you'd like to copy
     Tell the system where to search and what to search for by setting filter(s). The system will find keywords that match all of your filters. You may leave any filter blank, and if you'd like to find all keywords in your account, simply skip the entire step.
   - Step 4: Select the items you'd like to move
     Check the boxes next to keywords you'd like to move to a new location, or check Move all at the top of the page to move all matches. Then, click Continue to proceed with your changes.
     - If you'd like to move associated ad texts, be sure to check the box under Do you also need to copy or move associated ad texts? before you click Continue. You will then be able to choose ad texts to copy or move in the following step.
   - Step 5: Choose a destination
     Select one location to which you'd like to move the selected information. From the list, click campaign names to view Ad Groups. Then, make your selection and click Continue.
   - Step 6: Save your changes
     Review the summary of your request, and click Save Changes when you are ready to complete the process.

---

How do I schedule an end date for my campaign?

---

After setting up a campaign, you can change its end date at any time. The campaign will end on your chosen end date at 11:59 PM in the time zone you have chosen for your account.

To schedule your campaign's end date:

- Log in to your AdWords account.
- Select the checkboxes next to the campaigns you wish to edit.
- Click Edit Settings at the top of the table.

- On the Edit Campaign Settings page, use the drop-down boxes under Basic Settings to select your end date.
- Click Save Changes.
- Repeat this process for any additional campaigns.

How do I change the name of my campaign?

To change the name of your campaign:

- Log in to your AdWords account.
- In the Campaign Summary table, click the ad campaign you want to rename.
- Click Edit Campaign Settings above the table.
- Enter the new name in the Campaign Name field.
- Click Save All Changes at the top or bottom of the table.

How do I restart a campaign which has ended?

Once a campaign reaches its scheduled end date, it will be marked 'ended' in your Campaign Summary page. However, you can always restart the same campaign with a new end date. Here's how:

- Sign in to your AdWords account.
- Select the checkbox next to your ended campaign.
- Click Edit Settings.
- Find When to show my ads and use the pull-down menu to set a new end date.
- Click Save All Changes.

You should now see that the campaign has returned to Active status.

What's the Download Bulksheet feature?

In response to your current AdWords activity, your Client Services Representative has enabled a new account management feature for you. By clicking the Download Bulksheet link, you can now download a current bulksheet at either the account or campaign level. This feature offers you faster and easier access to your most essential advertising information.

Please note the following:

- Currently, you may only download your bulksheet. You may not upload your changes through the account interface.
- To modify your ads, please work with your Client Services Representative. You may also make your own edits through the account interface or with one of our AdWords tools.
- Your bulksheet will display information for your active keywords and ad text. It won't contain statistics or deleted keywords.
- If the number of rows in your bulksheet exceeds the limit of the application you use to open it, your results may be truncated.
- All changes you submit on your bulksheet are subject to editorial review. Your revised ads might not appear on partner sites during this review period.
- We're offering the bulksheet download functionality to selected advertisers on a limited, case-by-case basis. This feature may be modified or removed at any time.

If you have any questions, feel free to contact your Client Services Representative.

What is ad scheduling?

Ad scheduling lets you control the days and times your AdWords campaigns appear.

Your AdWords ads normally are available to run 24 hours each day. Ad scheduling allows you to set your campaigns to appear only during certain hours or days of each week. For example, you might set your ads to run only on Tuesdays, or from 3:00 until 6:00 pm daily. With ad scheduling, a campaign can run all day, every day, or as little as 15 minutes per week.

To determine when you want your ads to show, you may want to run an hourly report. This would show you what time during the day your ads received the most valuable traffic.

Ads are scheduled on the campaign level, from the 'Edit Campaign Settings' page. The unique ad scheduling tool lets you use pull-down menus to set blocks of time you want your ad to run. A bulk edit feature allows you to edit all days, all weekdays, or all weekend days at once if you prefer.

Ad scheduling also includes an advanced setting which lets you adjust pricing for your ads during certain time periods. For example, if you find that your ads get the best results between 8:00 and 11:00 am, you can bid more for impressions or clicks during that period. Learn more about advanced mode.

Selecting a time period means your ads will be available at that time, but does not guarantee your ads will receive impressions or clicks. The usual AdWords rules still apply, and your ads will compete for impressions with other ads as they normally do.

A note about reporting: Your ad will always stop serving impressions according to the schedule you set. However, because click reporting can be delayed, you may notice clicks being recorded for up to an hour after a scheduled period ends. These clicks are not errors, but are clicks that occurred during the scheduled period.

Ad scheduling can be used with both keyword-targeted and site-targeted AdWords campaigns. If you select the advanced setting, the bid multiplier will apply to both cost-per-click (CPC) and cost-per-thousand-impressions (CPM) bids.

Ad scheduling will not raise or lower your budget. The AdWords system will try to reach your usual daily budget in whatever number of hours your ad runs each day. Learn more about ad scheduling and your AdWords budget.

Setting up ad scheduling for a campaign requires two steps. First you enable ad scheduling for that campaign. Once ad scheduling is enabled, you choose the times when you want your ad to run. Learn how to enable and run ad scheduling.

Ad scheduling is available only with AdWords Standard Edition accounts. If you have a Starter Edition account, you must graduate to Standard Edition before you can enable ad scheduling.

What is the advanced mode of ad scheduling?

The advanced mode of ad scheduling lets you use a bid multiplier to raise or lower your bid for an AdWords campaign during certain time periods. For example, if you find that your ads get the best results between 8:00 and 11:00 am, you can bid more for impressions or clicks during that period.

Advanced mode can be enabled by clicking "switch to advanced mode' at the top of your Ad Scheduling page.

The advanced mode of ad scheduling looks nearly identical to simple mode. You still can choose to schedule times by individual day or by bulk edit. However, when you click 'Edit' you'll see the additional option of setting a percentage of the usual bid for each time period. By entering a percentage higher or lower than 100%, you'll raise or lower your bids for that campaign for that period.

Here's an example: If your existing bid is $1.00 CPC, and your custom bid multiplier entry for Tuesdays is 120%, your CPC bid for Tuesdays only would be $1.00 * 1.2 = $1.20. By contrast, a bid multiplier entry of 50% ($1.00 * 0.50) would lead to a $0.50 bid during that time period. The bid multiplier may be as little as 10% or as much as 1000% of your usual bid.

You may create up to six time periods per day, each with its own bid multiplier entry. You may also pause your ads for an entire day by selecting the radio button reading "Pause on (day)."

When you're satisfied, click 'Save Changes.' Your changes will take effect almost immediately.

The bid multiplier affects all ads in the campaign, including ads with separate search and content bids. When the multiplier time period is over, your campaign will revert to your normal campaign bids. Using the bid multiplier will not affect your budget.

Once you switch to advanced mode, your account will remain in that mode indefinitely. To halt advanced mode and stop the bid multiplier, click Back to simple mode at the top of your Advanced Ad Scheduling page. Your time settings will be saved, but your bid multiplier settings will not be saved. Returning to simple mode will return all ads to running at 100% of their normal values.

How many Ad Groups and campaigns can I have?

You can have up to 100 Ad Groups in a campaign and up to 25 campaigns in an AdWords account.

Most advertisers do not reach this limit. In fact, many accounts are best organized by creating one campaign and several Ad Groups within

that campaign. Learn more about structuring accounts.

In rare instances, advertisers may need more than 25 campaigns to effectively advertise their products or services. For these cases, advertisers can create multiple accounts and link them using a My Client Center account.

What is the One-Page Campaign Setup option?

AdWords offers two ways to create a new keyword-targeted campaign:

- The multi-page setup wizard, which lets you create your campaign from scratch with all-new settings.
- The advanced one-page setup wizard, which lets you copy and modify settings from one of your existing campaigns.

You can choose either method whenever you create a new keyword-targeted campaign in your account. When you click the "Create a new campaign: keyword targeted" link on your Campaign Summary page, you'll be offered the chance to use the one-page wizard, using a pull-down menu to select the campaign settings you'd like to copy. Targeting, ad text, and pricing fields for the campaign will be filled automatically with the data from the existing campaign you choose. You can then click "Edit" next to any of the categories to change the existing settings or add other information for the new campaign.

The advanced one-page setup wizard was created for AdWords advertisers who often use similar settings in many campaigns and asked to have a simpler way to create new campaigns. Once created, the campaigns look and function exactly like other AdWords campaigns created by the standard multi-page wizard option. (One-page setup is available only for keyword-targeted campaigns, not for site-targeted campaigns, at this time.) As always with AdWords, you can edit your settings or pause the campaign at any time.

Will ad scheduling work with the Budget Optimizer (TM)?

Ad scheduling will not work with the AdWords Budget Optimizer™. In order for the Budget Optimizer to best serve your account, it must have the freedom to show ads at all times.

For instructions on how to disable the Budget Optimizer, please see this help center entry: What's the Google Budget Optimizer Tool?

Why can't I click the ad scheduling link on the Edit Campaign Settings page?

If you have Budget Optimizer enabled, you will not be able to choose ad scheduling on the Edit Campaign Settings page. The ad scheduling link will be visible in gray, but not clickable.

Ad scheduling will not work in combination with the AdWords Budget Optimizer. For instructions on how to disable the Budget Optimizer, please see this help center entry: What's the Google Budget Optimizer Tool?

Which time zone does ad scheduling use?

Ad scheduling for your AdWords campaigns is based on the time zone you have set for your account. Your ad will appear during the hours

shown *in your account* -- not in the time zone of the regions you have targeted.

For example: Assume your account time zone is set for Amsterdam, but your ads are targeted to Bangkok, six hours ahead. When you schedule your ads to run from 1:00 until 3:00 pm, the ads will run from 1:00 until 3:00 pm Amsterdam time. That means that in Bangkok, six hours ahead, they will be running from 7:00 until 9:00 pm.

Is my daily budget affected when an ad segment runs from one day into the next?

The AdWords system will always try to spend your entire daily budget during each calendar day that your ad is active. It will spread the spending across any segments you have scheduled in that calendar day. A new daily budget always begins at midnight.

For instance, if you run your ad seven days a week from 10:00 pm until 2:00 am, AdWords will try to spend half your daily budget from midnight until 2:00 am and another half from 10:00 pm until midnight of the same day. At midnight the next day's budget will begin.

If you schedule your ad for only a few time segments each week and you want to limit the number of daily budgets you may spend, make sure that your time segments are on the same calendar day.

How does ad scheduling affect my daily budget?

Ad scheduling will not change your daily budget. Your overall budget will remain the same whether or not you enable ad scheduling.

The AdWords system will always try to spend your entire daily budget during each calendar day that your ad is active. It will attempt to spread the spending evenly across any segments you have scheduled in that calendar day. Please note that if you have a large budget and schedule your ad for a very small amount of time each day, the system may not be able to spend your entire budget in the time you schedule.

Your budget will also not be affected if you enable the advanced mode of ad scheduling, which allows you to bid different prices for your ad at different times of day. Your spending on individual impressions or clicks may vary, but your overall daily budget will not change.

How do I set up ad scheduling for an AdWords campaign?

Two steps are needed to set up ad scheduling for an AdWords campaign. First you must enable ad scheduling for that campaign. Once ad scheduling is enabled, you choose the days and times when you want your ad to run.

Here's how to enable ad scheduling:

- Sign in to your AdWords account.
- From the All Campaigns page, click the campaign you want to work with.
- Near the top of the page, click Edit Campaign Settings.
- Find the section titled Advanced Options. Click Turn on ad scheduling.

Ad scheduling is now enabled for this campaign. You'll be taken to the Ad Scheduling page, where you can set your schedule. When you return to the All Campaigns page, a small clock next to the campaign name will indicate that ad scheduling is enabled for that campaign.

Here's how to set or edit your schedule for a campaign with ad scheduling enabled:

- Sign in to your AdWords account (if you aren't already signed in).
- From the All Campaigns page, click the campaign you want to work with.
- Near the top of the page, click Edit Campaign Settings.
- Under Advanced Options, find Ad scheduling. You should see a box with a check mark to indicate that ad scheduling is running. Click Edit times and bids.

On the Ad Scheduling page you'll see the seven days of the week with 24 hourly blocks for each day. Green blocks indicate that your ad is scheduled to run during that hour. Gray blocks mean your ad will not run during that hour.

Now you can choose the times when you want your ad to run. You can do this in two ways:

By individual days. Click Edit next to any day of the week, then use the pull-down menus to select start and finish times by quarter-hour. You may also use the radio button to pause your campaign for the entire day.

Bulk edit. On the line marked Bulk edit, select all days. Next, use the pull-down menu to edit the times your ad will run on all days. For instance, if you select 1:00 to 4:00 pm, your ad will run at that time on all seven days of the week.

Users in some areas will also be offered weekday and weekend bulk editing. A weekend includes Saturday and Sunday; weekdays are all other days. If you select 'weekdays' and then select 1:00 to 4:00 pm, your ad will run at that time from Monday through Friday. If these options are available in your area, you'll see 'weekdays' and 'weekends' listed next to 'all days' in the Bulk Edit heading. If bulk editing is not available in your area, you can achieve the same goal by manually scheduling your ads for any days that you prefer.

When using pull-down menus, click Add another time period to create multiple running time periods in a single day. You may create up to six separate time periods for any given day.

When you are satisfied with the time schedule for your campaign, click Save Changes at the bottom of the page. Your new ad schedule should take effect almost immediately. (The system may need up to an hour to adjust to new changes.)

You may also wish to enable the advanced mode of ad scheduling, which includes a bid multiplier you can use to bid more or less for your campaign during certain time periods. Learn about the advanced mode of ad scheduling.

How do I edit the existing ad schedule for my campaign?

Here's how to edit the schedule for an AdWords campaign which already has ad scheduling enabled:

- Sign in to your AdWords account.
- From the All Campaigns page, click the campaign you want to work with.
- Near the top of the page, click Edit campaign settings.
- Under Advanced Options, find Ad scheduling. You should see a box with a check mark to indicate that ad scheduling is running. Click Edit times and bids.

This will take you to the Ad Scheduling page, where you can edit the schedule for your campaign.

On the Ad Scheduling page you'll see the seven days of the week with 24 hourly blocks for each day. Green blocks indicate that your ad is scheduled to run during that hour. Gray blocks mean your ad will not run during that hour.

Now you can choose the times when you want your ad to run. You can do this in two ways:

By individual days. Click Edit next to any day of the week, then use the pull-down menus to select start and finish times by quarter-hour. You may also use the radio button to pause your campaign for the entire day.

Bulk edit. On the line marked Bulk edit, select all days. Next, use the pull-down menu to edit the times your ad will run on all days. For instance, if you select 1:00 to 4:00 pm, your ad will run at that time on all seven days of the week.

Users in some areas will also be offered weekday and weekend bulk editing. A weekend includes Saturday and Sunday; weekdays are all other days. If you select 'weekdays' and then select 1:00 to 4:00 pm, your ad will run at that time from Monday through Friday. If these options are available in your area, you'll see 'weekdays' and 'weekends' listed next to 'all days' in the Bulk Edit heading. If bulk editing is not available in your area, you can achieve the same goal by manually scheduling your ads for any days that you prefer.

When using pull-down menus, click Add another time period to create multiple running time periods in a single day. You may create up to six separate time periods for any given day.

When you are satisfied with the time schedule for your campaign, click Save Changes at the bottom of the page. Your new ad schedule should take effect almost immediately. (The system may need up to an hour to adjust to new changes.)

You may also wish to enable the advanced mode of ad scheduling, which includes a bid multiplier you can use to bid more or less for your campaign during certain time periods. Learn about the advanced mode of ad scheduling.

Can I bid more for my ad at certain times of day?

Yes. By turning on the advanced mode of ad scheduling, you can use the AdWords bid multiplier to raise or lower your bid for any campaign during certain hours. You can also make different bids for different days of the week.

See this help center entry for more information: What is the advanced mode of ad scheduling?

Advertising my Google Base item through AdWords

Creating an AdWords ad for your Google Base item is a new feature of Google Base. AdWords ads allow you to drive additional highly-targeting traffic to your Base items. This functionality is fully supported for individual items, but is not yet available for bulk upload files.

Ads created in Google Base will be displayed on Google search results pages and our partner sites. Google targets your ad for you-our system determines when to show your ad and to whom to show it. We'll use the content from your Google Base item to target your ad to user's queries, displaying your ads only when it is relevant. And, the words or phrases that we target change dynamically in an effort to

optimize the performance of your Google Base item in the AdWords system.

Below is an overview of the key facts about your Google Base AdWords campaign. For more information, please visit the 'Advertising' section within the Google Base Help Center.

Managing your Google Base AdWords campaign
When you first create an ad associated with a Google Base item, Google creates a Google Base AdWords campaign as well as an Ad Group (a sub-section of a campaign) with that ad. For each additional ad you create within Base, we create a new Ad Group. Most changes to your Google Base AdWords campaign settings and Ad Groups should be done through your Base account, as changes made through your Google Base account will override any edits you make through your AdWords account.

For example, we target your AdWords ad to users in the region associated with your Base item's location attribute. If you update your campaign targeting from within your AdWords account, we won't change your Base location attribute, but we'll use the new setting to target your ad. However, if you later update your Base location attribute, your AdWords location targeting selection will be overridden.

Visit your base account to edit these components:

- Campaign targeting (the location attribute of your Base item).
- Campaign daily budget.
- Ad Group maximum CPC.
- Your ad text.

Use your AdWords account to do the following:

- Manually add keywords to your Ad Groups.
- Change end date for your ad campaign.
- Refine your campaign targeting.*
- Adjust your maximum CPC at the keyword level.*

* Remember, these settings can be changed in your AdWords account, but if they are edited subsequently from within your Base account, we'll use your Base settings.

Targeting
When you create your ad, we'll set up an initial set of targeting criteria, including location and keywords, so you don't need to do a thing.

To refine your campaign targeting, you can visit the Edit campaign settings page of your AdWords account. From there, you can choose from several different targeting options: country/territory, regional, or customized. The flexibility offered by AdWords targeting makes sure your ads are shown to the most relevant audience.

If you want to make sure your ad shows up for all the terms you'd expect, you may want to add your own keywords. To create

your own keyword list, in addition to the keywords we're already using to target your ads, just follow the steps below. The specific words or phrases that our system uses to trigger your ad can change frequently and aren't viewable, but you'll be able to monitor and edit the keywords you add.

To edit or add keywords:

1. Log in to your AdWords account.
2. Click the campaign containing the Ad Group keywords you want to change.
3. Click the appropriate Ad Group.
4. Click 'Edit Keywords' at the top of the Ad Group table.
5. In the keywords field, add, delete, or change keywords.
6. Click 'Save.'

The AdWords keyword tool provides keyword traffic and cost estimates so you can make informed decisions about choosing keywords and maximizing your budget.

Learn more about creating a strong keyword list.

Copy or Move Keywords and Ad Text tool

Use this tool to easily locate and move ad text and keywords throughout your entire account. Search for all keywords and ad text meeting specific criteria, and move them to a different campaign or Ad Group.

Suggested uses:

- Copy or Move Ad Text
  You run a clothing store, and have just sold out of wool sweaters during your winter sale. Since your ad texts specifically advertise wool sweaters, you need to move them to an inactive campaign until you have more sweaters in stock. Use the Copy or Move Keywords and Ad Text tool to quickly move your ads to another location.

- Copy or Move Keywords
  You'd like to offer a discount on all handmade sweaters, so you need to move keywords containing 'handmade' to your 'Sale' campaign. Use the Copy or Move Keywords and Ad Text tool to find those keywords, and move them to another campaign.

## Targeting My Ads : Targeting by Location : Location Targeting Overview

What are local business ads, and where do they appear?

Local business ads are AdWords ads associated with a specific geographical location. They show on Google Maps with an enhanced map component, and in a text-only format on Google and other sites in our search network.

Google Maps: As with natural search results on Google Maps, each local business ad includes a map component. When a user clicks on the ad title or on the map marker, an info window expands on the map to reveal additional information about the business. When users click on the URL in the ad or in the info window, they are redirected to the advertiser's website. Learn more about how local business ads appear on Google Maps.

Google and the search network: A text-only version of each local business ad is automatically eligible to run on Google and other search network sites. The text version has the same ad text and Display URL as the enhanced ad running on Google Maps. In addition, a fifth line of text appears with the city (and state, if applicable) of your business.

Find out more about local business ads.

How do I get my ads to appear on Google Maps?

Google Maps is part of the search sites category within the Google Network. If you choose to show your ads on search sites in the Google Network, your ads are automatically eligible to appear on Google Maps and other search sites.

To show your ads on Google Maps:

1. Sign in to your account.
2. Check the box beside the campaign containing the ads you'd like to show on Google Maps pages.
3. Click Edit Settings.
4. Under the Networks section, check the box next to Search network. (If you select Content network as well, your ads may also appear on content sites and products.)
5. Click Save all changes.

Remember that just like on other Google sites and properties, we'll only show your ad if it performs as well as or better than other ads competing for ad placement. Learn more

## Targeting My Ads : Targeting by Location : Country / Territory Targeting

When should I use local targeting vs. country or territory targeting?

Depending on your advertising goals, you may want to create two campaigns to promote your business: one using local targeting, and one using country or territory targeting. This strategy combines the advantages of each campaign to bring you more qualified clicks.

How you target your campaigns may affect how you decide to set up your Ad Groups. The targeting settings will also determine who sees your ads.

| | Locally-Targeted Campaigns (Region, City, or Customized) | Country- or Territory-Targeted Campaigns |
|---|---|---|
| How should I choose | Use keywords that aren't location-specific, such as *dentist*. We | Location-specific keywords, such as *New York realtor* |

| | | |
|---|---|---|
| my keywords? | target your locally-targeted ads by IP address, so your ad will still show only for users in your targeted location. | or *London flats*, can draw clicks from qualified leads in our search and content networks. |
| How should I write my ad text? | • Regional and city-targeted campaigns: The name of your targeted location will appear below your ad, so you don't need to include location names in your ad text.<br>• Customized campaigns: We recommend including the location name in your ad. | Country- or territory-targeted campaigns have a broader audience, so use ad text that's highly targeted to your customers. You may wish to include the names of locations in your ad text. |
| What kind of traffic am I likely to get?* | • Google users in your targeted location.<br>• Google Maps users.<br>• Google users searching for location-specific products or services (such as *London doctor*), even if they have unidentifiable IP addresses (U.S. only). | • Users anywhere searching on your highly-targeted keywords.<br>• Google Maps users searching for your products or services, as long as the search query is sufficiently relevant. |
| What kind of traffic am I unlikely to get? | • Google users with unidentifiable IP addresses searching for non-location specific keywords such as *pizza*.<br>• Google users with search queries more specific than your keywords. For example, if you have the keyword *pizza* in your campaign targeting New York, your ad may not appear on a search for *New York deep dish pizza*. | • Google users searching for any non-location specific keywords in your Ad Group (such as *dentist*). Instead, these users may see locally targeted ads with the same keywords. |

***In addition to the traffic listed here, ads in local campaigns and country- or territory-targeted campaigns may also appear on Google Maps and the Google Network. Simply make sure your campaigns are opted in to our search and content networks. Learn more about adjusting your distribution preferences.**

How do I set up country and territory targeting for a campaign?

You can select country and territory targeting when creating a new campaign or when editing the settings of an existing campaign.

New Campaign

To set up country or territory targeting for a new campaign:

1. Sign in to your AdWords account.
2. Click keyword-targeted or site-targeted above your Campaign Summary table.
3. Name your campaign and Ad Group, and select your target language(s).
4. Select Countries and territories under Target customers by location.
5. Select one or more countries and/or territories you wish to target, and click Add. Your selection(s) will appear on the right side of your screen.
6. Click Continue, and finish creating your campaign.

**Existing campaign**

To change your targeting settings for an existing campaign:

1. Sign in to your AdWords account.
2. Select the checkbox(es) next to the campaign(s) you wish to edit.
3. Click Edit Settings above the Campaign Summary table.
4. Click Edit next to the Locations field.
5. Click Change option, and OK.
6. Select Countries and Territories, and click Continue.
7. Select one or more countries and/or territories you wish to target, click Add, and then click Continue.
8. Click Save All Changes at the bottom of your Edit Campaigns Settings page.

When should I target by country or territory?

You should target by country and territory if you have a large audience and offer services or products to one or more countries or territories. If you have a global business, it would make sense to target all countries and territories. This helps ensure that your campaigns get exposure across the world.

For example, if you sell maps of the United States and only ship within the United States, you should target your campaign to the United States. However, if you sell DVDs worldwide, you should target your campaign to all countries and territories and all languages.

Remember that with country and territory targeting, aim to create a highly targeted keyword list so you reach the most qualified users and don't waste irrelevant impressions or clicks. Visit our Optimization Tips page for help.

## Targeting My Ads : Targeting by Location : Regional and Customized Targeting

Is regional or customized targeting appropriate for me?

Regional or customized targeting benefits advertisers who want to reach customers in a specific region, city, or geographic location. It's a powerful way to reach qualified prospects in the precise area where you do business.

Here's how it works: Missy wants to target Los Angeles with the keyword *hemp shirts*. With region and city targeting, her ads may appear when:

- A Google user in Los Angeles searches for *hemp shirts*. Google uses the user's Internet Protocol (IP) address to determine the user's location and to show Missy's ad.
- A Google user in New York searches for *Los Angeles hemp shirts*. Google uses the location information in the search query ('Los Angeles') to determine the user's area of interest and to show Missy's ad. (This functionality is only available for users searching on the Google.com domain for U.S. locations.)

With customized targeting, the above is also true. However, instead of targeting the city of Los Angeles, Missy would target an area within Los Angeles. The user's IP address would have to be in the designated area in order to see Missy's ad.

When we can't determine the user's location, we'll show country- and territory-targeted ads. For this reason, it's a good idea to create a country- and territory-targeted campaign similar to your regionally targeted campaign — except with location-specific keywords and ad text. Learn more

Where can my location be targeted by address?

Custom location targeting by street or business address is currently available in eight countries: Canada, France, Germany, Italy, Japan, Spain, the United Kingdom, and the United States. We are unable to geo-target addresses in other countries and territories at this time.

If you are in another area, you'll see the "Enter a physical address" option on the custom targeting page but will not see your country or territory on the pull-down menu. Please choose the "Select a point on the map" option instead. You can use the interactive map to pinpoint your location, or enter your latitude and longitude coordinates directly if you know them.

We are working to add targeting by address in other countries and territories in the near future.

How do I find my latitude and longitude coordinates?

Your map coordinates will be determined for you automatically when you use the AdWords custom targeting option. Whether you enter a physical address or select a point on the interactive map, the AdWords system will immediately translate your location into coordinates to be used in targeting your advertising.

Regardless of the method you choose, your coordinates will appear in the same general format. For example, the latitude and longitude for Google Headquarters at 1600 Amphitheatre Parkway, Mountain View, CA 94043 USA is:

37* 25' 38", -122* 5' 57"

Where do regionally targeted or customized ads appear?

If you choose regional or customized targeting, your ads can appear:

- Alongside Google search results pages to users in your targeted locations.
- On some sites and products in the Google Network (if your campaign is opted in to Google's search and content networks). However, your ads won't appear on AOL.
- Alongside Google search results pages for location-specific search queries (such as 'New York pizza'), regardless of the searcher's geographic location. (This functionality is only available for users searching on the Google.com domain for U.S. locations.)

How does customized targeting work?

When you choose customized targeting for an AdWords campaign, your ads appear to users searching for results within a specified distance from your business - usually a circle around your business address. (We identify the user's location by determining the user's IP address and, in some cases depending on the domain and search term, the search query.)

- First you set the center of your custom area.
- You then set the advertising distance (the radius of the circle) in miles or kilometers.
- The AdWords system converts a searcher's location into latitude and longitude coordinates to determine if the user is in your target region.

You can set the center of your custom area in two ways: by entering a physical address (such as the street address of your business) or by using the interactive map provided. Learn more about these options

If I choose regional or customized targeting, what will my ads look like?

AdWords will identify your chosen region or city in your regionally-targeted ads to distinguish them from country- or territory-targeted ads. For example, the following ad is regionally-targeted to the New York, NY area:

WidgetWorld
Wide variety of widgets.
Check out our special deals.
widgets.google.com
New York, NY

If you use customized targeting, the location will not show in the last line of your ad.

Can my campaign target regional areas (including cities and states) in multiple countries or territories?

No. Your campaign may only target regional areas in the same country or territory. However, you may create a separate campaign for each unique country or territory containing areas you'd like to target.

Demo: Local Targeting

AdWords Demos are narrated lessons that show you how to make the most of your AdWords account. (You'll need Flash installed on your system to view AdWords demos.)

View this demo now: Local Targeting.

You may also wish to see the complete list of AdWords Demos.

How small can a customized targeted area be?

Your targeted area can be as small as you like if you choose customized targeting (give or take a few degrees). However, we strongly recommend that you set a minimum distance of 20 miles or 35 kilometers to ensure that you reach the largest possible audience. Also, the AdWords system is not able to target city blocks or other very specific regions.

When specifying a customized region, enter only whole numbers — such as 133 miles or 50 kilometers. Our system doesn't like fractions or decimals (like 50.7 kilometers).

Will my keyword estimates be affected if I choose regional or customized targeting?

Yes. This is because regionally targeted and customized campaigns focus on a narrower audience than country- and territory-targeted campaigns. Depending on the regions as well as the keywords you select, the Keyword Traffic Estimator may:

- Give you higher traffic and cost estimates if you select more general (high volume) keywords
- Give you lower traffic and cost estimates if you select very specific (lower, more targeted volume) keywords

We recommend that you give regional targeting a try to allow our system to adjust its estimates based on your account's particular keywords and campaign performance. Here are some additional tips:

- If you're concerned about the potential increase in cost, you can decrease your maximum CPC setting.
- If you'd like to help increase your ad ranking and reduce cost estimates, try refining your ad text and keywords to help increase your overall Quality Score.
- To ensure that your ad appears as often as possible for your keyword variations, check that your daily budget is equal to or greater than the recommended amount.

How do I target my ads by region and city?

You can select to target your ads by regions and cities when editing the settings of an existing campaign or when creating a new campaign at any time.

To select regional targeting for your existing campaign:

1. Sign in to your account.
2. Check the box beside the campaign(s) you wish to edit.
3. Click Edit Settings.
4. In the Locations field, click Edit.
5. Click Change option.
6. Select the radio button next to Regions and cities, and click Continue.
7. If you're changing the target country, choose a new country in the drop-down box, and click Change. Otherwise, skip this step.

8. Select the radio button to target either regions or cities, and select or enter one or more target regions or cities.
9. Click Continue.
10. Click Save All Changes.

To learn how to create a new regionally targeted campaign or to choose different targeting options, visit How can I target my ad campaign by language and location?

How do I set up customized targeting?

You can select customized targeting when editing the settings of an existing campaign or when creating a new campaign at any time.

To select customized targeting for your existing campaign:

1. Sign in to your AdWords account.
2. Check the box beside the campaign(s) you wish to edit.
3. Click Edit Settings.
4. In the Locations field, click Edit.
5. Click Change option.
6. Select the radio button beside Customized, and click Continue.
7. Select your desired targeting method. The address or the point you select will become the center of your circular target area.
   - *Entering a Physical Address*: Set a minimum distance of 20 miles or 35 kilometers for the best results. Enter only whole numbers, such as 50 kilometers or 133 miles. Our system doesn't like fractions or decimals, such as 50.7.

     To set a custom advertising area in a shape other than a circle, click the multi-point option link. Then, define your area by clicking a series of points on the interactive map.
   - *Using the Interactive Map*: Drag the map in any direction, and use the (+) and (-) keys to zoom in or out, until the red marker is on the location you want. This spot will be converted to latitude and longitude coordinates to be used by the AdWords system. (If you happen to know the exact map coordinates you want, you also can enter them directly.)
8. Click Continue and save your changes.

To learn how to create a new customized-targeted campaign or to choose different targeting options, visit How can I target my ad campaign by language and location?

Why am I receiving clicks outside my targeted area?

Here are some possible reasons. Also, we've listed some things you can do (or we already do) to help ensure that you receive the most relevant clicks possible:

- Reason: The searcher's Internet Protocol (IP) address is mapped outside his or her actual location. For example, the searcher might be located in Santiago but his or her IP address is housed on a server in Buenos Aires. If you target Buenos Aires, this user might see your ads (even if the user is physically located in Santiago).

  Solution: We expose the name of your targeted region below your ad text to try to reduce the number of irrelevant clicks you receive.
- Reason: If you're targeting a U.S. location, your ad might appear to users searching for your targeted area on Google.com. This is because we'll also analyze the searcher's query in these cases. If your ad relates to the search query, users outside your targeted location might see your ad.

  Solution: We've developed this system for your benefit so you reach as many people looking for your goods or services as possible. However, if you find that your clicks aren't producing the results you expected, you might try refining your ad text and keywords.
- Reason: Your target region may be larger than you expected. For example, the New York, New York, area includes part of the neighboring state of New Jersey.

**Solution:** Narrow the focus of your region. Or, you may want to choose customized targeting instead of regional targeting.

## Targeting My Ads : Targeting by Language

How can I target my ad campaign by language and location?

New Campaigns (for New AdWords Advertisers):

1. Visit the AdWords homepage, and click Click to begin under Sign Up Now.
2. Choose the Standard Edition radio button, and click Continue. You'll arrive at the campaign wizard.
3. Select your target language(s) from the scroll-down box.
4. Select the radio button beside one of the three location options (Countries and territories, Regions and cities, or Customized).
5. Click Continue.
6. Select your target location(s):
   - If you chose the Countries and territories option: Select one or more countries or territories from the scroll-down box on the left, then click 'add.' Your selection(s) will appear on the right side of your screen.
   - If you chose the Regions and cities option: Select your country or territory from the drop-down box, then proceed to add cities or regions below.
   - If you chose the Customized option: Select your targeting method (either physical address or latitude and longitude) using the radio buttons. Enter your location information in the appropriate fields. Designate the radius within which you'd like your ads to be shown.

     On this page you also may choose the advanced multi-point option, which allows you to enter coordinates to outline the precise shape and size of your target area.
7. Click Continue.
8. Follow the wizard instructions to finish creating your campaign and setting up your account.

New Campaigns (for Existing AdWords Advertisers):

1. Sign in to your AdWords account.
2. Click keyword-targeted or site-targeted above your Campaign Summary table to create a new campaign.
3. Name your campaign and Ad Group, and select your target language(s).
4. Select the radio button beside one of the three location options (Countries and territories, Regions and cities, or Customized).
5. Click Continue.
6. Select your target location(s):
   - If you chose the Countries and territories option: Select one or more countries or territories from the scroll-down box on the left, then click 'add.' Your selection(s) will appear on the right side of your screen.
   - If you chose the Regions and cities option: Select your country from the drop-down box, then proceed to add cities or regions below.
   - If you chose the Customized option: Select your targeting method (either physical address or latitude and longitude) using the radio buttons. Enter your location information in the appropriate fields. Designate the radius within which you'd like your ads to be shown.

     On this page you also may choose the advanced multi-point option, which allows you to enter coordinates to outline the precise shape and size of your target area.

7. Click Continue.
8. Follow the wizard instructions to finish creating your campaign.

**Existing campaigns:**

1. Sign in to your AdWords account.
2. Select the checkbox(es) next to the campaign(s) you wish to edit.
3. Click Edit Settings above the Campaign Summary table.
4. Select your ad's target language(s) next to the Languages field on the Edit Campaigns Settings page.
5. Click Edit next to the Locations field to change your campaign's target locations.
6. Then follow the directions for country and territory targeting, regional targeting, or customized targeting.

What language and location ad targeting options do I have?

With an AdWords Standard Edition account, you can target your ads to multiple languages and almost any location. You can also target regions/cities within a limited number of countries.

When you target your ads to geographic locations, you have the following three options:

- Countries and territories: Your ads will appear to customers located in or searching for results in the countries or territories you select. This option is best suited for global businesses and merchants who serve specific countries or territories.
- Regions and cities: Your ads will only appear to customers searching for results in (or located in) the regional areas/cities you choose. This option is best suited for businesses specializing in certain cities and states and stores with target customers located throughout a city or cities. (Please note this regional option is only available in some countries.)
- Customized: Your ads will only appear to customers searching for results in (or located in) a specified distance from your business. This option is best suited for businesses serving a specific area.

You may change these language and location settings at any time.

Lesson: Language and Location Targeting

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reinforce your new expertise.

You can view lessons in text or as multimedia presentations (Flash® required) with narration and images.

View "Language and Location Targeting": multimedia lesson | text lesson

You may also wish to see the complete list of AdWords Lessons.

Lesson: Benefits of International Advertising

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reinforce your new expertise.

You can view lessons in text or as multimedia presentations (Flash® required) with narration and images.

**View "Benefits of International Advertising": multimedia lesson | text lesson**

**You may also wish to see the complete list of AdWords Lessons.**

How do I target a language that isn't available?

**AdWords supports language targeting for more than 40 languages. If the language you want to target isn't currently available, you can still reach users in the intended language by targeting your ad campaign to all languages. (Choose 'All Languages' from the language targeting drop-down list on your Edit Campaign Settings page.)**

**If we don't currently support your language, you might consider writing your ad in an alternate language that is universally understood by your users. Remember that your ad will show to users - no matter the location where they're searching from - in whichever language you write it in. We won't automatically translate your ad for you.**

**Additionally (if you haven't already), we suggest that you create two different campaigns - one regionally targeted campaign with more general keywords and ad text, and one country- and territory-targeted campaign with region-specific keywords and ad text. By creating two similar campaigns with different targeting options, you'll reach qualified users no matter their location. Learn more.**

How does language targeting work?

**When determining where to show your ads, the AdWords system looks at a user's Google interface language setting to see if it matches one of the languages that your campaign targets. For example, only users whose Google interface language is Spanish will see ads in a campaign targeted to Spanish.**

**Each Google domain's language setting defaults to the language most commonly associated with that Google domain. For example, Google.com defaults to English, Google.fr defaults to French, etc. Users can change their Google interface language via the 'Preferences' link next to the Search Bar on the Google homepage. A Spanish-speaker living in the United States, for instance, may want to perform searches on Google.com but change the interface language setting to Spanish.**

**You may consider targeting multiple languages to expand your advertising reach on Google. For example, an advertiser may have a website written in English and an AdWords campaign with English ads and keywords. However, he may choose to target that campaign to both English and Spanish. This way, his ads will show to bilingual users who search on his English keywords - indicating that they speak English and would be interested in his website - but whose Google interface language is set to Spanish.**

**Targeting multiple languages can also increase your ads' exposure across the Google Network. A website in the Google Network can target a certain language, meaning that only ads targeting the same language can appear on that site. For example, a content site in the Google Network may target the Spanish language, which means that your ad would only show on that site if your campaign's language targeting selection included Spanish.**

## Targeting My Ads : The Google Network : Google Network Overview

Where will my ads appear?

**Your keyword-targeted ads will appear along side or above the results on Google.com search results pages.**

**Additionally, your ads could appear on the search and content sites and products in the Google Network. The Google Network is the largest online advertising network available, reaching over 80% of 30-day US Internet users. So you can be certain that your ads reach your target audience with Google AdWords.**

**On search sites in the Google Network, your ads could appear along side or above search results or as a part of a results page a user navigates to through a site's directory. Our global search network includes Froogle and Google Groups and the following:**

 AOL

Netscape Netcenter
EarthLink

CompuServe

Shopping.com

AT&T
Worldnet

Ask
.com

Our extensive content network of high-quality consumer and industry-specific websites and products, such as newsletters (U.S. only) and email programs, includes:

About

LYCOS

nytimes.com
The New York Times

InfoSpace

stuff

business.com

HGTV

Here are examples of what AdWords ads look like on Google's content network. AdWords ads on the Miami Herald and other sites are targeted to the actual content of the page that day. In the screenshot below, you can see the ads are directly relevant to NBA playoffs articles.



You may also be interested in AdWords site-targeted campaigns, an alternative to keyword targeting that allows advertisers to select individual sites in the Google content network where they'd like their ads to appear.

We work with permission-based newsletter providers to place keyword-targeted AdWords ads targeted to the subject matter of newsletters.

Google's own Gmail displays AdWords ads. Here you can see that the ads relate to the discussion in the email.

Ads for email are placed by Google computers using the same automated process used to place relevant AdWords ads alongside web pages and newsletters. If our automatic filters detect that the topic of the email is sensitive, we don't show any ads. This addition to our content network currently applies only to English language ads targeted to 'U.S.,' 'Canada,' or 'All Regions.'

Our technology ensures that your ads appear in the most relevant locations across the Web so that your customers find you. For more information about advertising publishers within your industry, please visit http://www.google.com/ads/metrics.html.

What is the Google Network?

The Google Network is made up of sites and products who partner with Google to publish targeted AdWords ads. Google will place your ad on search results and relevant web content on this wide variety of sites and products. With no extra work, you'll reach a vast and highly-targeted audience.

We are constantly expanding the number of sites and products in our network through our premium services and our online Google AdSense program. All web sites and products are reviewed and monitored according to the same rigorous standards, so as the network grows, your AdWords ads will continue to appear only on high-quality sites and products.

Besides appearing on search results on Google, AdWords advertisers can choose to have their keyword-targeted campaigns appear on our search network, our content network, or both. New keyword-targeted campaigns are automatically opted in to distribution on the Google Network, so if you want your ads to appear on search and content sites and products, then you don't need to do a thing. Learn how to view or edit your distribution preferences.

You may also choose to enable the content bids feature, which lets AdWords advertisers set one price when their ads run on Google and Google Network search sites, and a different price when their ads run on Google Network content sites. Learn more about content bids.

As an AdWords advertiser, you also can elect to create site-targeted campaigns, in which you choose the exact sites where your ad will appear rather than choosing keywords to

trigger your ads. Site-targeted campaigns appear only on content sites in the Google Network, and only on the specific sites you select. They don't appear on Google search result pages or on other sites in the Google Network. You can learn more in our site targeting FAQ.

Other Google Network facts you might like to know:

- No additional fee to participate in this program.
- Some sites and products show as few as the top 3 ads per page, so the higher your average ad position, the more exposure you'll get.
- All ads are reviewed before appearing across the Google Network, so you may see your ad appear on Google first. Please note that if you edit a previously reviewed ad, your ad will show on the Google Network once it is reviewed again.

How can I make sure my ads appear on the Google Network?

1. Check your ads. They must adhere to our Editorial Guidelines. Ads will not run on the Google Network until they've been reviewed by our AdWords Specialists, so please ensure that you meet the standards in the Editorial Guidelines. You may notice your ads appearing on Google before they appear on AOL or other network sites because of this review process. To learn how to edit your ads, click here.
2. Increase your daily budget. If your ads qualify for the Google Network, you can expect more people to see your ads and more clicks to come your way. Make sure that you get the exposure you want by increasing your daily budget. Increasing your daily budget maximizes the number of impressions your ads receive. To learn how to increase your daily budget, click here.
3. Increase your maximum cost-per-click (CPC). The position of your keyword-targeted ads is determined by various performance factors including: maximum cost-per-click (CPC), clickthrough rate (CTR), and ad text. You may want to increase your CPC to help improve your ad's position. AOL only displays the top three Google AdWords ads on any given page, so raising your CPC increases your chance of consistently appearing on all advertising network sites. To learn how to increase your CPC, click here.
4. Increase your clickthrough rate (CTR). As mentioned above, your ad's position is partly determined by your CTR, so be sure your ads are optimized and ranked high enough to appear on AOL. You can increase your CTR by refining your ad text, using keyword matching options, and using the Keyword Tool to refine your keywords. To learn more about how to increase your CTR, visit our Optimization Tips page. You can also learn how to proactively monitor your keywords.
5. Increase your maximum CPM. If you're running site-targeted campaigns with cost-per-impression (CPM) pricing, increasing your maximum CPM should increase your visibility on the Google Network. Learn how to increase your CPM.
6. Check your distribution preference. Make sure you haven't already opted out of the Google Network. Learn how.
7. Finally, some Google Network partners may restrict advertising based on their own policies regarding content. As a result, one or more of your ads may not appear on these sites.

How do I assess the performance of my contextual and search advertising?

The final measure of success for any advertising program is whether or not it brings you profitable sales. Tracking the performance of your AdWords campaign will help you ensure the highest possible return on your advertising investment. Google studies have shown that the performance of your search campaign is a good predictor of the performance of your contextual ads. This means that if your ads are bringing you profitable sales on search pages, then clicks from contextual advertising are likely to bring you profitable customers as well. Alternatively, if your ads are not optimized for search pages, they are less likely to bring you the performance you are looking for on content sites and products.

Google conversion tracking allows you to clearly identify the ads that are bringing you customers. Conversion tracking displays the rate of sales that you are receiving from your advertising campaign, for both our search and content networks, on your Ad Group report page. Reviewing your total number of conversions and the value of these conversions can help you determine if you should increase your budget or further optimize your ad groups to receive more targeted visitors.

How does participation in the Google Network affect my account performance?

To make your keyword-targeted advertising as effective as possible for you and your users, we require that your account and individual keywords maintain a minimum clickthrough rate (or CTR). However, while tabulating and evaluating your CTR, we only consider activity on the Google search pages. Your ads distributed to the Google Network are not used in evaluating your performance.

Lesson: How to Search and Content Placement Work?

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reinforce your new expertise.

You can view lessons in text or as multimedia presentations (Flash® required) with narration and images.

View "How to Search and Content Placement Work?": multimedia lesson | text lesson

You may also wish to see the complete list of AdWords Lessons.

Lesson: What is the Google Network?

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reinforce your new expertise.

You can view lessons in text or as multimedia presentations (Flash® required) with narration and images.

View "What is the Google Network?": multimedia lesson | text lesson

You may also wish to see the complete list of AdWords Lessons.

How do you show ads only when appropriate?

Google has a number of safeguards to help ensure that ads are not shown on inappropriate content. We use sophisticated technology to detect pages with sensitive content, and ensure that no ads are served on them. In addition, we have tools in place to immediately remove ads if they do appear on a page with questionable content. Publishers like Forbes.com and many other distinguished properties trust that our filters work.

## Targeting My Ads : The Google Network : Search Network

Can I show my ads on search pages but not content pages?

Yes. You can choose whether your Google AdWords campaigns appear on only the search network, the content network, or both. Learn how to view or edit your distribution preferences.

We recommend advertisers distribute their ads across the entire Google Network, as it maximizes the number of highly-qualified leads that you can receive. Google technology ensures that your ads appear only on high-quality pages and products that are directly relevant to your service. You pay for clicks you receive, so you have nothing to lose but potential customers.

You may also wish to enable the content bids feature, which lets AdWords advertisers set one price when their ads run on Google and its search partner sites, and a different price when their ads run on Google Network content sites. You can learn more about content bids at our help center.

What will my ads look like on search results pages?

Ad appearance will vary by Google Network partner. However, the ads are typically labeled as sponsored links and could include 2 - 4 lines of text. Ads may appear either down the side of or above the search results. Here is an example of what your ad could look like on Google:

Place Your Ad Here
See your ad on Google and our partner sites.

How can I track search and content network clicks?

The best method of tracking specific clicks is to use a unique Destination URL for your keywords. A simple way to do this is often to add some URL parameters.

The ValueTrack tag is a simple tag that you can add to your Destination URLs. It will allow you to distinguish the clicks you receive from search and content sites in the Google Network. It can be used with both keyword-targeted and site-targeted campaigns. For example, if your URL is www.yoursiteinfo.com, you can use the following tag for your Destination URL:

www.yoursiteinfo.com?type={ifsearch:GoogleAdWordsSearch}{ifcontent:GoogleAdWordsContent}

When using this code, your third party tracking will be able to identify how many of your visitors enter your site via your Google AdWords ad. More importantly, a click on your AdWords ad from Google or a search partner would appear in your weblogs as the following: www.yoursiteinfo.com?type=GoogleAdWordsSearch

A click from one of our content partners would appear as the following: www.yoursiteinfo.com?type=GoogleAdWordsContent

## Targeting My Ads : The Google Network : Content Network

What is contextual advertising?

Contextual advertising, sometimes referred to as Content Targeting, is an innovative feature of Google AdWords that enables you to gain more customers easier than ever before. Building on our successful keyword targeting technology, we place highly-targeted AdWords ads on content pages within our extensive network of high-quality partner sites and products. This service, known as contextual advertising, improves the experience of web users by displaying useful ads, and it provides several benefits to Google advertisers:

1. ROI Performance: Keyword-targeted contextual ads bring unique, pre-qualified leads for a cost-per-click that you set yourself.
2. Extend reach: Increase the number of potential customers that see your ads, and drive more incremental clicks to your website than you could reach with search advertising alone.
3. Save Time and Money: Contextual targeting is one of the fastest and easiest ways to get your ads to more relevant places on the Web. And you only pay for clicks that you receive.

What are content bids?

Content bids let AdWords advertisers set one price when their ads run on search sites and a separate price when their ads run on content sites. If you find that you receive better business leads or a higher ROI from ads on content sites than on search sites (or vice versa), you can now bid more for one kind of site and less for the other. Content bids let you set the prices that are best for your own business.

You can set content bids for any campaign running on content sites in the Google Network. Content bids are set on the Ad Group level within each campaign.

Here's how to enable content bids in your campaign:

- Log in to your account at https://adwords.google.com.
- Put a check in the box next to the keyword-targeted campaign you wish to edit.
- Click the button marked Edit Settings.
- Now locate the section marked Networks. If you have not already selected Content network, do so now.
- Select Content bids.
- Click Save Changes.

Once you've enabled content bids within a campaign, you can make separate bids for content ads in any of the Ad Groups within that campaign. Here's how:

- Log in to your account (if you haven't already) at https://adwords.google.com.
- Click the name of the campaign you want to adjust.
- Put a check in the box next to the Ad Group(s) you want to set separate content prices for.
- Click the button marked Edit Bids.
- Enter your new prices next to Content for each Ad Group. (Default is your bid for search sites.)
- If needed, use the yellow box with the downward 'V' to copy the same bids across all Ad Groups.
- Click Save Changes.

That's all there is to it. You're ready to run ads with unique bids for content and search placements.

To learn more about the content network, please see our FAQ on contextual advertising.

What will contextual ads look like?

Text-based ads on our content network are the same ads that appear on the search results pages of Google and our global search partners. In addition, AdWords advertisers now can place image ads on content network sites if they choose. Although ad placement will vary, AdWords ads are typically identified as sponsored links. Ranking for all contextual ads is determined just as on search results pages--based on various factors like the maximum cost-per-click you have selected, the clickthrough rate that your ad has established on Google.com, and the quality of your ad text and keywords.

Google AdWords Ads on Content Network

How do I know if a site is part of the Google content network?

The Google content network consists of thousands of sites of all types, large and small, professional and personal. Because the roster of sites grows and changes day by day, we can't publish a list of sites. The best way to check for an individual site is to enter it in the site selection tool while creating a site-targeted campaign. If that site is available, it will be listed for you to select as a target site for your campaign.

How can I optimize my ads to take advantage of contextual advertising?

Creating effective ads that bring you sales on search and content pages is easy. There are a few steps you can take to ensure that your ads are bringing you the highest possible return on your advertising investment on Google search and content pages.

1. Optimize your campaigns as you would for search advertising.
   Search ads are typically good predictors of contextual advertising performance. This means that the better your ads perform on search pages, the more successful they are likely to be on content sites and products. For more information on improving your AdWords campaign, please visit our optimization tips page.

2. Implement Google conversion tracking.
   Conversion tracking allows you to see the number of sales that you are receiving from your advertising campaign, for both our search and content network sites and products. Reviewing your total number of conversions and the value of these conversions can help you determine if you should increase your budget or further optimize your ad groups to receive more targeted visitors. Learn more about Google conversion tracking.

3. Enable content bids.
   Content bids let you can set one price when your ads run on Google and its search partner sites, and a different price when your ads run on Google Network content sites. Learn more in our content bids FAQ.

4. Review your ad ranking.
   Keep in mind that most content sites and products only display two, three, or four contextual ads per page. As a result, you must select a maximum cost-per-click that allows your ad to rank in these top positions if you are to take advantage of the additional qualified clicks from content pages. Look at the average position of your ads on the Campaign Management page and adjust this position as necessary (by improving your clickthrough rate with refined ad text and keywords, or adjusting your maximum CPC) to ensure that you are receiving as many profitable leads as possible.

Contextual advertising provides you additional targeted visitors at a cost you set. However, because the performance of your ads on content pages does not affect their performance on search, a lower number of clicks or clickthrough rate on contextual advertising will not adversely affect your campaigns.

Can I download reports for my contextual advertising statistics?

To create and download reports, follow these simple steps:

1. Log in to your AdWords account.
2. Click on the Reports tab and then on Create Report from within that tab.
3. Select the Report Type you would like to run from the pull-down menu (i.e. Site/Keyword Performance, Ad Performance, URL Performance, Ad Group Performance, Campaign Performance, or Account Performance)
4. Choose your preferred View,Date Range, and the Campaigns and Ad Groups you want included in your report.
5. Use Advanced Options to further customize your report by adding or removing report display columns for standard and conversion-related data (select 'Add or Remove Columns' and check or uncheck the statistics you want included or excluded). You can also create filters for variables of up to four data types, to restrict which rows are shown based on specific criteria related to performance of keywords, number of impressions, etc.
6. Name your report and, if you want, save it as a template for creating similar reports in the future.
7. Schedule the report for regular delivery if you want it run automatically more than once (you may store up to five reports in your Report Center), and, if you desire, provide an email address and your preferred file format (.csv, .csv for Excel, .tsv, .xml, or .html) for email delivery
8. Click on Create Report.
9. Your report will be emailed to you upon completion (if you selected that option); and will also be saved in your Report Center, where they can be downloaded at will.

How does contextual advertising work?

If you are a new or existing AdWords advertiser, your keyword-targeted ads automatically begin appearing on relevant content sites and products. Utilizing our advanced search technology, Google scans the content of a Web page and automatically selects ads to display that have keywords closely matching the subject of the page. For example, if users look at a Web page about building hummingbird feeders, they may see Google AdWords ads for hummingbird feeders or hummingbird food. Or, if a users view a page containing brownie recipes, they may see ads about chocolate brownies or delicious dessert recipes. You don't have to waste time trying to find the right content venue to display your ads. Our advanced algorithm makes it easy by displaying your ads automatically for the most relevant content.



1. A web user visits a webpage looking for items to purchase that are related to your product.
2. Your ad is matched automatically to the relevant page each time it is viewed.
3. With cost-per-click pricing, you pay only when a user clicks on your ad.

Does contextual targeting affect the performance or ranking of my ads?

We evaluate your ad's performance on a case-by-case basis for each site your ad appears on. This means that the performance of your keyword-targeted ads on a content site does not affect the ranking of your ads on Google in any way. Clicks from contextual targeting usually mean additional qualified leads for you at no risk to the performance of your campaign.

We do require that your individual keywords maintain a high enough Quality Score and maximum cost-per-click (CPC) to ensure that your advertising is as effective as possible for you and our users. If your keywords become inactive for search, they will stop triggering ads across Google and the search network. Learn what to do if this happens.

Which campaigns should I try in contextual advertising?

Campaigns that produce great business results on search typically do well in the content network. Ad Groups with keyword lists that are focused around a theme, product line, or brand tend to perform better than Ad Groups with lists of unrelated keywords. And, just as in search advertising, ad text with a specific call to action outperforms ad text that's simply descriptive, which may attract more browsers than buyers.

## Targeting My Ads : The Google Network : Excluding Certain Content Sites

How do I make my ads appear (or not appear) on Google Network sites?

Your keyword-targeted ads are eligible to appear on the Google Network of related search and content sites and products. Since showing your ads on the entire Google Network

**offers your campaign the greatest level of exposure and potential success, we recommend this option. However, the choice is entirely yours.**

**You opt in to (or out of) the Google Network on the campaign level. Each keyword-targeted campaign you create can appear on search sites or products, content sites or products, or both.**

> To view or edit your distribution preferences, please follow these steps:
>
> - Log in to your account at https://adwords.google.com.
> - Select the box next to the keyword-targeted campaign you wish to edit.
> - Click Edit Settings.
> - Locate Networks. Select Google search, Search network, Content network, or any combination.
> - Click Save all changes.

**You may also wish to enable the content bids feature, which lets AdWords advertisers set one price when their ads run on Google and its search partner sites, and a different price when their ads run on Google Network content sites. You can learn more about content bids at our help center.**

If I'm opted into the content network, how do I prevent my ads from appearing on specific websites?

**To prevent your ads from appearing on specific websites, you may apply the AdWords site exclusion feature. First you may wish to confirm that you're opted into the content network. You can then follow these instructions:**

1. **Sign in to your AdWords account.**
2. **Click Tools at the top of your Campaign Summary page.**
3. **Click Site Exclusion under the Optimize your Ads header.**
4. **Select your campaign from the drop down box and click Go.**
5. **In the field under 'Add sites to be excluded,' list the websites you want to exclude from showing your ads.**
   - **Add only one website per line. Do not separate websites with commas or other punctuation.**
   - **Enter websites at the domain (www.example.com, example.com), subdomain (topic.example.com), or path (www.example.com/stuff) level only.**
   - **Do not enter individual pages (www.example.com/main.html).**
6. **When you're done, click Exclude Sites. You'll see a confirmation page informing you how many websites you've chosen to exclude.**

**Please note that you may exclude sites only at the campaign level. That is, if your account contains multiple campaigns, you must create a list of excluded sites for each campaign if you want to filter unwanted websites completely.**

What is the site exclusion feature?

**By electing to show your ads on the Google content network, you can expand your reach to prospects visiting a variety of high quality websites that are relevant to your business. However, there may be times where-for any reason-you feel that certain websites aren't appropriate for your ads. If this is the case, you can apply the AdWords site exclusion feature to prevent your ads from appearing on these sites. With the site exclusion feature, you can enjoy the benefits of advertising on the content network while still precisely controlling your targeting.**

Please note the following about the site exclusion feature:

- This feature is available only to advertisers who are opted in to the content network.
- The content network is continually evolving and growing. As a result, we can't provide a list of all sites which are eligible to show your ads. By using this feature you can simply filter unwanted sites in case they are or become part of the content network.
- You may edit your list of excluded sites at any time, and as often as you like.

You do *not* need to exclude a site just because it is located outside the target region for your ad. This is a common mistake. No matter where a site is located, your ad will be shown only to visitors who are coming from the regions you have targeted. For instance, if your ad is targeted to Germany, your ad will be shown only to Web users from Germany even if the site in question originates in a different country.

If you'd like to use the site exclusion feature, follow these simple instructions.

Can I customize how Google contextual advertising works for my brand?

We recognize that you may have display concerns specific to your company or brand. For instance, you may not wish your ad to be shown next to an article about your company earnings. To customize Google contextual advertising for such special circumstances, we recommend you apply appropriate negative keywords or site exclusion to your campaign. (For the example given, you might choose 'earnings' as a negative keyword, or you might choose to have your ads blocked from that entire website.) This will help ensure your ad is not shown alongside content with the specific themes you wish to avoid. You can update and change these negative settings at any time. To learn more, please see our how-to pages on negative keywords and site exclusion.

You may also wish to consider a site-targeted campaign, which allows you to select the precise sites where your ad will appear. For more on this AdWords feature, please visit our Site Targeting FAQ.

How do I format my list of excluded websites?

With the AdWords site exclusion feature, you have several options for filtering websites. You may enter a domain, subdomain, or path name. You may not enter individual pages.

The format of each entry on your site exclusion list determines how the AdWords system will filter sites.

Acceptable formats:

- Domain: www.example.com
- Domain: example.com
- Subdomain: unwanted.example.com
- One path name: www.example.com/widgets
- One path name: example.com/widgets

Unacceptable formats:

- Multiple path names: www.example.com/widgets/redwidgets
- Individual page: www.example.com/index.html.

Site Exclusion Scenarios:

In general, entering domains will prevent your ads from appearing on any page on or within that domain. However, entering subdomains or paths will only prevent your ads from appearing on any page on or within that subdomain or path.

For instance:

If you enter example.com . . .

Your ads will not appear on example.com, www.example.com, www1.example.com, www.example.com/widgets, www.example.com/widgets/page.html, or unwanted.example.com.

If you enter www.example.com . . .

- Your ads will not appear on www.example.com, www.example.com/widgets, etc.
- Your ads may appear on www1.example.com or unwanted.example.com.

If you enter www.example.com/widgets . . .

- Your ads will not appear on www.example.com/widgets or www.example.com/widgets/page.html.
- Your ads may appear on www.example.com.

Tool: Site Exclusion

AdWords offers a variety of tools to help you quickly and effectively manage, modify, and find ways to improve your account.

Use Site Exclusion (AdWords login required) to refine your targeting on the content network by preventing specific websites from showing your ads.

## Targeting My Ads : Site Targeting : Site Targeting Overview

What is site targeting?

Site targeting lets AdWords advertisers choose individual sites in the Google content network where they'd like their ads to appear. If you want to place your ad on a single international website, you can. If you want to select dozens of sites about basketball or orchids, you can do that, too. Site targeting lets you handpick your audience, big or small.

When you set up a site-targeted campaign, you first name the sites where you'd like to advertise, or just give us a list of words that describe your site. The AdWords matching system does the rest, analyzing your input and creating a list of available content network sites for you to choose from.

Remember that a site must be part of the Google Network in order to be available for your site-targeted campaign. Being part of the content network means the site has agreed to run ads provided by Google, which in turn allows your AdWords ad to appear in that space.

As with all AdWords advertising, you'll compete for space with other advertisers. If you choose very prominent and popular sites, you'll need a higher price to win the ad position. The minimum cost-per-thousand (CPM) bid for a site-targeted ad is US$0.25 or the local currency equivalent. To check minimum CPM in your currency, please see the account fees finder.

**Who should have site targeting? Should I?**

**Anyone who has an AdWords Standard Edition account can run site-targeted ads.**

**Site-targeted campaigns can be a good option for businesses who want to promote an existing brand or a new product to a large audience. But they also work for small advertisers who want to reach a very precise audience. As always with AdWords, we suggest that you experiment and see what works best for you.**

**Of course, if you're happy with your keyword-targeted ads, there's no need to change. Site targeting is not replacing keyword targeting, and everything you love about your AdWords keyword-targeted campaigns remains the same. Site targeting is simply one more tool that AdWords advertisers can use to bring their message to highly-targeted groups of web users.**

**How do I create site-targeted ad campaigns?**

**To create a new site-targeted campaign, follow these steps:**

- **Log in to your AdWords Standard Edition account at http://adwords.google.com (if you're not already logged in).**
- **On the Campaign Summary page, click the 'Create a new site-targeted campaign' link just above the table of existing campaigns.**
- **Follow the sign-up wizard instructions to create your campaign.**

**For more general information about site targeting, please see the complete FAQ.**

How do keyword-targeted and site-targeted campaigns differ?

**The campaign options below are available to all AdWords advertisers:**

| | Keyword-Targeted Campaign | Site-Targeted Campaign |
|---|---|---|
| How do I target customers? | By keywords. | By websites. |
| Where can my ads appear? | On Google.com, on Google search partner sites, and on all content sites in the Google Network. | On individual sites you select in the Google Network. |
| When can my ads appear? | Whenever users search for keywords you have chosen. They may also appear, if you choose, when users visit any Google Network site with content matching your keywords. | Whenever users visit the individual sites you have selected from the Google Network. |
| How are ads priced? | Cost-per-click (CPC). You set the price you'd like to pay each time a user clicks on your ad. You are charged only when a user clicks. | Cost-per-thousand impressions (CPM). You set the price you'd like to pay for each 1000 impressions the ad receives. Clicks don't matter -- you are charged whenever the ad is shown to a user. |
| What languages are supported? | Currently supports 40 languages. | Currently supports 14 languages.<br>Additional languages will be added soon. |
| What types of ads are supported? | Text ads, expanded text ads, and image ads. | Expanded text ads and image ads. |

Why has the required minimum CPM been lowered for site-targeted ads?

**Thanks to advertiser and publisher feedback, we have recently halved the minimum CPM required for site-targeting campaigns. We're always looking for ways to improve the AdWords experience for users, and we believe this will lead to a more vibrant marketplace for site-targeted advertisements.**

**US$0.25, or the local currency equivalent, is now the lowest max CPM that advertisers can set. To see the required CPM in your currency, please visit the account fees finder.**

To learn more, please see What is site targeting?

What are site sections?

Site targeting places your ads on individual sites in the Google content network. Site sections take that one step further by placing your ads on only one section or even one page of a site. If you sell soccer shoes, for instance, you might choose to advertise only on the sports section of a news site rather than placing ads across the entire site.

Select a site section by entering its URL on the 'Add Sites' or the 'Edit Sites and CPMs' pages, which are linked from the Sites tab of your Ad Group. If the full site is *example.com*, the section URL will take the form *example.com/section*. When targeting a certain section of a site, your URL may only include up to two section levels below the home page: *example.com/section/subsection/*.

You may also target individual pages by using the form *example.com/section/page.html*. Even though you're limited to two section levels when targeting a section of a site, there's no limit to the number of section levels that may be included in a URL for an individual page (such as a URL ending in .html).

Please refer to the actual site you wish to target to see how its sections and page URLs are defined.

To learn more about advertising by site, please see What is Site Targeting?

How do I create a site-targeted campaign?

You can create a site-targeted or a keyword-targeted campaign at any time. Each new campaign can use site targeting or keyword targeting, but not both. Site-targeted ads appear only on the Google content network, and only on the sites you select.

To create a new site-targeted campaign, follow these steps:

- Log in to your AdWords account at http://adwords.google.com (if you're not already logged in).
- On the Campaign Summary page, click 'site-targeted' in the 'Create a new campaign' section near the top of the page.
- Follow the sign-up wizard instructions to create your campaign.

How do I use the site tool?

The site tool helps you find and choose the Google Network sites where your site-targeted ads may run.

The site tool gives you four ways to identify sites: List URLs, Describe topics, Browse categories, and Select demographics.

- List URLs. Enter the URLs of sites where you would like to advertise, or that represent the kind of site where you'd like to see your ad. You may enter domains like *example.com* or individual pages like *example.com/section*. Then click Get Available Sites. If the sites you enter are part of the Google content network, you'll be able to select them for your ads. If not, you'll see a message telling you that they're not available. The AdWords system will also use the sites and terms you enter to generate a list of other Google content network sites that may be a good fit for your ads.

- Describe topics. Enter topics that match the content of your ads. For instance: *soccer shoes*, *chocolate*, or *automobile parts*. Then click Get Available Sites to select from a list of sites that match those topics.

- Browse categories. Look through categories like *Entertainment* and subcategories like *Movies* or *Music*. Click the category or subcategory that best matches your ad, then select from a list of sites that match that category. For best results, pick the available subcategory that most precisely matches your ad. (Note: Category targeting is not yet available in all countries.)

- Select demographics. Choose the audience you want to target by selecting from any or all of the demographic categories provided. Audience gender, age, and household income are among the demographic categories available for selection. Pick the audience demographics that interest you, then click Get Available Sites to pick from a list of sites that match those demographic groups. Remember that by making demographic selections you are getting a narrower list of available sites. By selecting 'female' but not 'male,' for instance, you are more likely to find sites that appeal to women, but fewer available sites overall.

Each of these methods will display a list of up to 100 available sites below the site tool. Click Add next to any listed website to add it to your list of targeted sites. You can select every site by clicking Add all 100. We recommend that you use all four methods of finding sites to make sure you find the best possible site matches. Your selections will be saved as you move from one method to the next.

Once you have selected some sites, you'll see a Find more sites like these link below your selections. When you click this link, the AdWords system analyzes the selections you've already made and uses them to find related or similar sites. You can then repeat the process of using those sites to generate additional available sites.

When you're satisfied with your list of target sites, click Continue to move on.

Of course, we can't guarantee that your ad will run on every site you pick. Some sites have a limited amount of ad space available, and you will be competing with other advertisers. Some sites may not run certain ad formats (like banners or wide skyscrapers) or may halt advertising for other reasons. We suggest you experiment with several different sites over time and look for the combinations that work for you.

What is 'maximum impressions per day'?

When you create a site-targeted AdWords campaign, you'll see the system's estimate of the maximum impressions available per day for the sites you've selected. This is marked as 'Max. Impressions / Day' in the signup process.

Because site impressions vary from day to day based on many factors, the AdWords system can't predict the precise number of impressions that a given site will have each day. Instead, the maximum impressions per day offers an estimated range of the available impressions for the sites you've selected. This may help you decide if you have selected enough sites to satisfy your advertising goals.

Note that impressions per day is an estimate of the total page views for those sites -- not the number of impressions your ad will receive. Your ad's total impressions will depend on your CPM pricing, the popularity of the site with other site-targeted and keyword-targeted advertisers, and other factors.

How do site-targeted and keyword-targeted ads compete?

When you run a site-targeted AdWords campaign, you set the maximum price you want to pay for every thousand impressions your ad gets on that site. This is called the max CPM. When you run a traditional AdWords keyword-targeted campaign, you set the maximum price you want to pay every time someone clicks on your ad. This is the maximum cost per click, or max CPC.

Because the two pricing systems are different, AdWords uses a system of effective CPM, or eCPM, to compare and rank them.

For keyword-targeted ads, the AdWords dynamic ranking system considers the ad's cost per click (CPC), clickthrough rate (CTR), and other relevance factors, all taken across 1000 impressions. The resulting figure is the ad's eCPM, or effective cost per 1000 impressions.

For any available ad position, the eCPMs of keyword-targeted ads are compared to each other and to the max CPM prices of eligible site-targeted ads. The highest-ranking ad wins the position and is displayed to the user.

When a CPC ad is displayed, it is charged only if the user clicks on the ad. A CPM ad is charged for an impression whether clicked or not. No matter which type of ad wins the position, the AdWords discounter monitors the competition and ensures that the winning ad is charged only what is necessary to maintain its ranking above the next-highest ad.

Site-targeted ads can appear only on the Google content network, so at present that is the only place where site-targeted and keyword-targeted ads compete. On search results pages and other Google Network properties, keyword-targeted ads continue to compete as they always have.

For more on CPM pricing, see How does CPM pricing work?

Where can site-targeted ads appear?

Site-targeted ads appear only on websites that are part of the Google content network. This includes many advertisers, large and small, who run AdWords ads on their content sites.

Site-targeted ads aren't eligible to appear on the Google search network, on search results on Google.com, or on related Google properties like Gmail. If you'd like to appear in these locations, we suggest running a keyword-targeted campaign.

How does Google target AdWords ads to content-based web pages?

The technology that drives AdWords contextual advertising comes from Google's award-winning search and page ranking technology. Based on a sophisticated algorithm, we can comprehend a page's meaning and then figure out which keywords relate best to the content page. Then, we match ads that are precisely targeted to the content page based on the associated keywords. This means that in addition to reaching customers who specifically search on your keywords, you can now reach customers who view Web content directly related to your AdWords ads. For example, if someone visits a web page on astronomy he/she would be served Google AdWords ads for telescopes. Contextual Advertising benefits Web users by linking content with relevant products and services. This is great for Google advertisers like you, because you can now reach more prospective customers on more places on the Web.

What is the 'Advertise on this site' link?

The 'Advertise on this site' link is a shortcut that makes it easy for advertisers to run ads on a specific Google partner site. Working in partnership with the website, Google helps the advertiser create an ad and begin running it on that site -- often on the same day.

The 'Advertise on this site' link appears only on websites in the Google Network. Potential advertisers who click this link will be invited to create their own AdWords campaign, then be guided through a simple process to target their ads to this site. Existing AdWords advertisers who click the link will be able to log into their accounts and create a site-targeted campaign.

Site-targeted ads take cost-per-impression (or CPM) pricing, which means you decide how much you'd like to pay for each 1000 impressions your ad receives on the site you choose. The cost of your campaigns really depends on you -- how much you are willing to pay and how well you know your audience. It all boils down to knowing your own goals and letting us know what they are.

Once you've completed the account creation process, the AdWords team will send you an email asking you to click on a specific link to verify your email address. Once your address has been verified, you can log in to your new account. You'll see a message asking you to submit your billing information. Your ads will usually appear on Google within a few minutes after we've received your payment, with timing depending on the payment method you've chosen (credit card, bank transfer, etc.).

There is a nominal, one-time activation fee for Google AdWords. After that, you pay only for impressions your ad actually receives.

When you sign up through the 'Advertise on this site' link you receive full access to the AdWords program. You can edit your original ad, create new ads, and choose to run ads on other sites. You also can build new site-targeted and keyword-targeted campaigns and take advantage of all other aspects of the AdWords system.

For more details, see What is site targeting?

Why is the site I want not available?

**An individual site must be part of the Google Network in order to be available for your site-targeted campaign. Being part of the Google Network means the site has agreed to run ads provided by Google, which in turn allows your AdWords ad to compete for that space.**

**The site must also be a content site in order to be available for site-targeted campaigns. Some sites on the Google Network run ads only on search results pages, which can't be select for site targeting. If you'd like your ads to appear alongside search results, or in related products like Gmail, try running a keyword-targeted campaign.**

**It is also possible that the site you selected may have opted out of site targeting. Some publishers, for reasons of their own, prefer not to run site-targeted ads.**

What do site-targeted ads look like?

**Site-targeted campaigns can include text ads, image ads, or both. Site-targeted ads appear in the same format sizes and the same page positions as standard keyword-targeted ads.**

How do I change the max CPM of my site-targeted ads?

**To change the maximum CPM (cost per thousand impressions) of an Ad Group, follow these steps:**

1. **Sign in to your AdWords account.**
2. **On the Campaign Summary page, click the name of the appropriate site-targeted campaign.**
3. **Click the checkbox next to the Ad Group you want to edit.**
4. **Click Change Max CPM.**
5. **Set your new maximum CPM.**
6. **Click Save Changes.**

**To change the maximum CPM of individual sites, follow these steps:**

1. **Sign in to your AdWords account.**
2. **Click the name of the appropriate site-targeted campaign.**
3. **Click the name of the Ad Group containing the sites you want to edit.**
4. **Click Edit sites and CPMS, which appears above your site list.**
5. **Add two asterisks and the maximum CPM amount at the right end of the desired sites.**
6. **Click Save.**

Lesson: Site Targeting

**AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account.You can even take quizzes to reinforce your new expertise.**

**You can view lessons in text or as multimedia presentations (Flash® required) with narration and images.**

**View "Site Targeting": multimedia lessons | text lessons**

**You may also wish to see the complete list of AdWords Lessons.**

Can I run site-targeted and keyword-targeted campaigns at the same time?

**Yes. Any individual campaign can contain only site-targeted or only keyword-targeted ads and Ad Groups. But you can run both site-targeted and keyword-targeted campaign account at the same time.**

How do I add or delete sites from my site list?

**To add sites to your site list:**
**<ol>**
**<li><a href=" https://adwords.google.com">Sign In</a> to your AdWords account.**
**<li>Click the site-targeted campaign you would like to edit.**
**<li>Click the appropriate Ad Group.**
**<li>Select the <b>Sites</b> tab.**
**<li>Click <b>Add sites</b>.**
**<li><a href="answer.py?answer=21716&topic=7072">Use</a> the site-selection tool to add sites.**
**</ol><br>**
**To delete sites from your site list:**
**<ol>**
**<li><a href=" https://adwords.google.com">Sign In</a> to your AdWords account.**
**<li>Click the site-targeted campaign you would like to edit.**
**<li>Click the appropriate Ad Group.**
**<li>Select the <b>Sites</b> tab.**
**<li>Check the boxes next to the sites that you would like to delete.**

How do I edit my site list?

**To add sites to your site list:**

1. **Sign in to your AdWords account.**
2. **Click the site-targeted campaign you would like to edit.**
3. **Click the appropriate Ad Group.**
4. **Select the Sites tab.**
5. **Click Add sites.**
6. **Use the site-selection tool to add sites.**

**To delete sites from your site list:**

1. **Sign in to your AdWords account.**
2. **Click the site-targeted campaign you would like to edit.**
3. **Click the appropriate Ad Group.**
4. **Select the Sites tab.**
5. **Check the boxes next to the sites that you would like to delete.**

Why aren't categories available in my site tool?