Category targeting in the site tool is not yet available for all locations and all languages. If we feel that we can't provide a sufficient number of high-quality sites for pa
languages or locations, we omit the categories option on the site tool.

This is especially true for campaigns that target small countries or languages, or that target unusual combinations of countries and languages, such as targeting spe
Swedish in Japan. In that case, there simply may not be enough sites receiving significant traffic for the system to provide category browsing.

You can still use the site tool to target sites by other available tactics, such as entering topics or URLs. You may also find the categories feature on the site tool for ot
campaigns in your account.

Does demographic site selection affect my privacy?

No. Your privacy is very important to Google. Demographic site selection is not based on information gathered by Google from you or any user.

Here are the answers to some common questions about demographic site selection and privacy.

Where does the demographic information come from?
Google is working with the Internet audience measurement provider comScore Media Matrix to provide demographic site selection to our users. Data from comScore
Matrix is based on the Internet audience measurement provider comScore Media Matrix to provide demographic site selection to our users. Data from comScore
given explicit permission to comScore Media Matrix to capture their browsing behavior confidentially.

Did you gather your demographic data from Gmail or your other products?
No. All the demographic data used for demographic site selection comes from comScore Media Matrix.

Does demographic site selection invade user privacy?
No. The data comes from a panel of consumers who have voluntarily opted in to join the comScore Media Matrix research panel. comScore Media Matrix employs the
privacy standards to ensure the confidentiality and anonymity of its panelists. Demographic information is not collected by Google from its users.

Does Google protect my privacy?
Yes. Google protects your privacy. We collect private information from you only after receiving your consent. For complete details, please see our privacy policy.

Targeting My Ads : Site Targeting : Including Certain Sites

How do I create a list of eligible sites for a site-targeted campaign?

After setting your advertising goals for a site-targeted campaign, the next step is to select the sites where your ad will appear. Here are some keys to creating an effec
list:

1. List the sites where you know you'd like to advertise.

2. Expand your site list.

3. Group your sites by theme.

4. Create your campaign and your final list.

Step 1: List your preferred sites.
These are the sites where you already know you'd like to advertise. When you create your campaign you'll enter these sites and then

chance to see and select all those that are part of the Google content network.

Step 2: Expand your site list.
If you know of only a few sites (or no sites) where you'd like to advertise, list some sites you like on topics that relate to what you're l for. When you create your campaign the AdWords system can use those sites to generate a list of Google content network sites whe may want to advertise.

Step 3: Group your sites by theme.
Review your list and look for themes within the overall list. Consider creating separate Ad Groups with highly specific ads for each o smaller groupings. The more precisely you target your audience, the better chance of success your ad will have.

Step 4: Create your campaign and select your final sites.
When you create your campaign, the set-up wizard will include a segment for identifying and selecting sites. You'll be invited to ente part of your site list. We recommend that you enter multiple site URLs, to give the system the broadest possible view of your interes wizard will generate a list of the most closely related sites in the Google content network. Then you'll be able to select your final site all these available sites.

How do I choose the sites where my ad will run?

When you create a site-targeted campaign, the sign-up wizard will ask you to help it find sites where you'd like your ad to run. This ta place on the page titled 'Target your ad: Identify sites.' There are four ways to identify sites: List URLs, Describe topics, Browse cate and Select demographics. We recommend that you use all four methods to make sure you find the best possible site matches.

List URLs. Enter the URLs of sites where you would like to advertise, or that represent the kind of site where you'd like to see your au may enter domains like *example.com* or individual pages like *example.com/section*. If the URLs you enter are part of the Google cont network, you'll be able to select them for your ads. If not, you'll see a message telling you that they're not available. The AdWords sy also use the sites and terms you enter to generate a list of other Google content network sites that may be a good fit for your ads.

Describe topics. Enter topics that match the content of your ads. For instance: *soccer shoes, chocolate,* or *automobile parts.* Then s from a list of sites that match those topics.

Browse categories. Look through categories like *Entertainment* and subcategories like *Movies* or *Music.* Click the category or subca that best matches your ad, then select from a list of sites that match that category.

Select demographics. Choose the audience you want to target. Select any or all of the demographic groups provided, then pick from sites that match those demographic groups.

In each case the list of available sites will appear below the site tool itself. Click Add next to any website to add it to your list of targe We recommend that you use all four methods to make sure you find the best possible site matches. Your selections will be saved as move from one method to the next.

Once you have selected some sites, you'll see a Find more sites like these link below your selections. Clicking this link will generate sites that are similar in nature to the ones you've already selected.

The final choice of sites is entirely up to you. Remember that with site targeting, your ad will run only on sites which are part of the C content network, and only on the individual sites you specify.

---

Can I choose the specific sites in the Google Network where my ads will appear?

---

Yes. You can select individual sites where your ads will appear by running an AdWords site-targeted campaign.

You're given the choice of site targeting or keyword targeting each time you create a new campaign. Each new campaign can use sit targeting or keyword targeting, but not both. Site-targeted ads appear only on content sites in the Google Network, and only on the i sites you select. They don't appear on search network sites or on Google.com. Keyword-targeted campaigns can appear on Google.I across the entire Google Network, but are not eligible for site targeting.

---

Why can't I select the site I want for site targeting?

---

An individual site may not be available for site targeting for several reasons:

- Not in the Google Network. Sites can't be targeted if they have not joined the Google Network of advertisers.

- Opted out of site targeting. Advertisers in the Google Network can choose not to participate in site targeting. If a site has mad choice, you won't be able to target it.

- Low impressions. Sites with a very low number of daily impressions may not be available for site targeting. We can't guarante will be enough impressions available for advertisers to target.

If a site is not available for site targeting, you can still enter the site in the 'List URLs' section of the AdWords site tool. The system w analyze the site and show you related sites which are available for targeting.

---

How do I select sites by category?

---

Site selection by category is a way to find sites with the right audience for your AdWords campaigns.

Category site selection is found on the Identify sites page when you create a new site-targeted campaign, or on the site tool in an exi site-targeted campaign. (To reach the site tool, click the Add sites link on your Ad Group's campaign summary page.)

In both cases you also can use other options to find sites: listing site URLs; listing topics that match your ad, and selecting demographics. We recommend using those methods along with categories to identify the very best sites for your ad. For more detail instructions on the complete tool, please see this Help Center entry: How do I use the site tool?

With category site selection, you browse through a list of available categories like Entertainment or Travel. When you find a category matches your site, click the small triangle next to the category to see a list of subcategories; for instance, Entertainment has subcate like Movies and Music. Subcategories may have their own subcategories, such as Jazz under Music. Click the subcategory that best your ad to select from a list of matching sites.

Only one category can be selected at a time. However, after trying one category, you can click another to see a fresh list of sites. Clic next to any available site to add it to your list of selected sites. When you're finished, click Continue to move on to the next step.

The final choice of sites is entirely up to you. Remember that with site targeting, your ad will run only on sites which are part of the G content network, and only on the individual sites you specify.

Why can't I create a site-targeted campaign that targets people who speak my language?

Site-targeted campaigns can be targeted only to languages supported for Google AdSense publishers. This ensures that a significan of content sites will be available for your site-targeted campaign. For a list of eligible languages, please see this AdSense help cente What languages does AdSense support?

What is demographic site selection?

Demographic site selection is a way to find and run your ads on sites with the right audience for your AdWords campaigns.

A *demographic group* is an audience that shares a particular trait or characteristic. This trait might be age, gender, income, or some factor. If your product appeals to young women, for instance, you might want to target sites popular with the female demographic, th age demographic, or both.

With the AdWords site tool, you can pick your preferences in up to three different demographic categories. The system will analyze y preferences and create a list of available Google Network sites that are popular with that audience. If you select multiple demographi AdWords system will look for sites that match all of your preferences. For instance, you might ask the site tool to look for sites popu users who have children, or for sites popular with men earning a high income. The site tool will then return a list of sites whose audi tends to match those demographic descriptions.

The demographic site selection option is found on the 'Target your ad: Identify sites' page when you create a new site-targeted campa on the site tool in an existing site-targeted campaign. In both cases you also can use other options to find sites: listing site URLs, de topics that match your ad, and browsing categories We recommend using those methods along with demographic site selection to li the very best sites for your ad. For more detailed instructions, please see this Help Center entry: How do I use the site tool?

The demographic website data used by AdWords comes from comScore Media Metrix, an Internet audience measurement provider. A time, AdWords has demographic information on users from the United States only. For this reason, demographic site selection is av only for campaigns which target users in the United States. If your campaign doesn't target the United States as a location, you will r the demographic option on the site tool.

Please remember that demographic site selection cannot guarantee that your ad will reach only the exact audience you select. Most websites get a variety of visitors. However, demographic site selection will help you choose sites where you're very likely to find the you want to reach.

How can I select my audience by demographics?

Demographic site selection is an option for all AdWords site-targeted accounts.

When you create a site-targeted campaign, demographic site selection is available as part of the signup wizard for a new campaign. '

able to select audience traits you're looking for, and the AdWords system will provide a list of available sites that are popular with th of audiences. Once you've created your campaign, demographic site selection is also available as part of the AdWords site tool.

**Demographic site selection is currently available only for site-targeted accounts, and only for campaigns which geo-target the Unite**

You can learn more about demographics in this Help Center entry: What is demographic site selection?. You may also want to read t How do I use the site tool?

Why can't I get demographic site selection for my AdWords campaign?

**At this time, AdWords has demographic information on users from the United States only. For this reason, demographic site selectic available only for campaigns which target users in the United States. Demographic site selection is available only for site-targeted campaigns, and only for campaigns which geo-target the United States.**

## Monitoring Performance

About Phone Alerts

**Note: This is a new feature that we are testing with a limited number of users. It is still under development, but we hope you enjoy it.**

AdWords phone alerts lets you receive important alerts about your account as text messages on your mobile phone.

**What kinds of alerts can I get on my mobile phone?**

Once you've completed the set-up process (see below), you can receive SMS text alerts about important account-related issues such as paym problems, budget end-dates, and credit card expirations.

You can also receive these and other alerts (such as updates on campaign performance) on your Account Snapshot page and via email. Read our FAQ about managing account alerts.

**Setting up Phone Alerts**

If your mobile phone is SMS-enabled, it's easy to sign up to receive phone alerts. Here's how:

1. Sign in to your AdWords account, then, within the 'My Account' tabbed section, select 'Account Preferences,' and click the link for Notif **Preferences.** On the 'Notification Preferences' page, click the link to **Set up phone alerts.**

2. On the 'Phone Alerts Options' page, select your country from the pull-down menu, enter your mobile phone number in the box provided then click **Verify this number.**

3. We will send an SMS message to your phone with a verification code. When you receive this code on your phone, type it into the box o screen and click **Finish verification.**

4. Next, just complete your settings by telling us:

   1. If you want the phone alerts enabled now (if you choose 'No, turn them off for now,' you can turn them on later by checking the 'phone' box on the 'Notification Preferences' page).

   2. When you want to receive phone alerts – at anytime, or only at certain times of the day, on weekdays or weekends.

5. Click **Save Changes**.

6. We'll send your phone an SMS message that your sign-up has been successful.

If you don't receive a verification code or "success" message, or are having other problems related to this online sign-up process, please let us know.

If you continue to experience set-up problems, please contact your mobile phone provider to make sure you have SMS text service for your phone.

**What will my Phone Alerts tell me? What should I do when I receive one?**

An AdWords phone alert is a brief SMS text message with basic information such as a payment being declined, or an account budget expiring. The alert advises you to visit your online account pages to read more and take the necessary action. Please don't respond directly to a phone alert via SMS - our phone system cannot receive responses to our alerts.

**Is there a charge for using phone alerts?**

Google does not charge for sending SMS text alerts to your mobile phone about your AdWords account. However, depending on your service plan, your mobile service provider may charge you for the text messages you receive. See your mobile service plan for details.

**Can I turn off phone alerts after I've enabled them?**

Yes, you can turn your phone alerts off (and on again) at any time after successfully completing the sign-up process.

Here's how to turn off phone alerts:

- Visit the 'Notification Preferences' page within the 'Account Preferences' section in the 'My Account' tabbed section of your AdWords account pages

  - To the right of the 'Payment and Budget Notifications' section, uncheck the box for 'Phone.' This will disable your phone alerts.

To turn your phone alerts back on again, follow the steps above and re-check the box for 'Phone.' We'll start sending

SMS account alerts again to your phone based on the settings you established during your initial sign-up.

## How do I change my phone alerts information and preferences?

You can edit your phone alerts information and preferences at any time by clicking on the link to **Edit phone alert settings** from the 'Notification Preferences' page. This will take you to a page where you can edit your settings.

If you provide a new phone number, we will send a new verification code to finalize your set-up changes (see 'Setting up Phone Alerts,' above, for more on this process).

How do I set up or change my account alert preferences?

Note: This is a new feature that we are testing with a limited number of users. It is still under development, but we hope you enjoy it.

Your Account Snapshot page will automatically display "red" (critical) account alerts related to payment problems, pending budget-end dates, credit and bank card expirations, ad disapprovals and other issues that will cause your ads to stop showing. These alerts are also sent to your designated Google Account email address (see your 'Account Preferences' page to edit this address).

You can also receive additional account performance alerts and tips, AdWords program announcements and special offers by establishing settings on your 'Notification Preferences' page.

Here's how to set up your alert preferences:

1. Sign in to your AdWords account, then, within the 'My Account' tabbed section, select 'Account Preferences,' and click the link for **Notification Preferences.**

2. On the 'Notification Preferences' page, you'll see several categories of alerts and notifications, including: 'Payment and Budget' alerts; 'Ads Activity and Performance' notifications; and 'AdWords Information, Updates and Offers' notifications.

3. To the right of each category, select your preferred delivery methods using the check-boxes. You can receive Payment and Budget issues online (at your Account Snapshot page), by email (at your registered Google Account address), and by mobile phone (with SMS text messages). (Note that additional set up is required to receive phone alerts – read our FAQ to learn more). Other alerts can be received online and by email.

4. Click **Save Changes** to save your preferences and begin receiving alerts and notifications based on your selections.

To edit the above settings, return to the 'Notification Preferences' page whenever you want, and check or uncheck the boxes of the alerts you want to start or stop receiving.

## What is the Account Snapshot?

Note: This is a new feature that we are testing with a limited number of users. It is still under development, but we hope you enjoy it.

Your AdWords Account Snapshot page is an easy-to-read, comprehensive source of key account information. It features:

- Important account and campaign alerts and status updates
- A performance overview with configurable statistics and graphs for your advertising costs, clicks, impressions, CTR, conversion rate, an
- Links to helpful tips and other resources to help you get the most out of AdWords

If your Account Snapshot page isn't already set as your AdWords starting page, you can do so by clicking the link at the bottom of your Campa Summary page. You can always switch back to Campaign Summary as your starting page at any time by clicking a similar link at the bottom of Account Snapshot page.

Please read our FAQ to learn more about setting up and managing alerts and notifications that appear on your Account Snapshot page.

We hope you enjoy this simple, streamlined way of viewing your top-level AdWords account information. Please feel free to send us your thoug the Account Snapshot page.

## Monitoring Performance : Account Statistics

### How can I find out whether my ads are showing?

The Ads Diagnostic Tool can report the ad position for active keyword-targeted ads, and identify why a particular ad or group of ads may not be In those cases where an ad is not shown, this tool provides recommended steps to help you get your ads up and running.

You can access the tool via the following steps:

1. Log into your AdWords account.
2. Click **Tools** beneath the **Campaign Management** tab.
3. Click **Ads Diagnostic Tool**.
4. Enter information for either Option 1 or Option 2:

**Option 1: Search Terms and Parameters**

Use this option if you're concerned about all ads within your account that should be appearing for a specific search term. Specify the ke query, the Google domain, the display language, safe search setting, and user location.

## Option 2: Search Results Page URL

Use this option if you're concerned about a particular search results page that you believe should be showing one of your ads. Copy an the URL from the address bar on the search results page where your ad should be showing.

5.  Click **Continue** when you are finished.

Site-targeted ads can't be diagnosed with this tool at this time.

---

Why might my website logs show different click patterns than what Google reports?

There are several reasons you might see a discrepancy between your weblogs and the reports in your account. If your weblogs show *more clic* your reports, our proprietary click protection technology may have automatically filtered out clicks that we determined to be invalid and prevent from being charged to your account.

You can run performance reports to view data on invalid clicks automatically filtered from your account or specific campaigns. Please read our learn more about how to run performance reports with data on invalid clicks.

If your weblogs show *fewer* clicks than your account reports, your web tracking software may have failed to detect clicks on your ad. The inform below should help you reconcile your weblogs to the statistics reported in your AdWords account.

### How our system works

All clicks on your ads are directly tracked by our system. Some third-party web tracking systems may provide inaccurate reports. Many users h that the weblogs from their own server are more reliable for comparisons with our reports.

Additionally, Google's reporting technology may record clicks that other web tracking programs may miss. Some tracking programs may not re clicks that occur while the destination site is down, or they may have limitations on the kinds and sources of clicks they detect.

### Reconcile your weblogs

The following variables are the most common for those advertisers concerned about a discrepancy between their reporting statistics and those by Google AdWords:

- **Google Network statistics:** Google displays ads on a growing network of search and content sites and products. Typically, web tracki software is not able to recognize clicks from the Google Network as being Google's clicks. These clicks are generally labeled with the t site name, not as clicks from Google. If your ads are currently, or have ever been, distributed to the Google Network such as About.con and Netscape, it's possible that some of the referrers to your site were from the Google Network.

- **Time discrepancies:** Time discrepancies between different tracking programs can throw off click estimates. Be sure to compare the a time periods. All of our reports are accumulated in the time zone you have chosen for your account. (If you did not select a time zone, y account will be set for Pacific Time in the United States, which is 08:00 Greenwich Mean Time.) To ensure the highest level of accurac

occurs between the moment when a user actually clicks on your ad and when that click is reported as a statistic within your account. Th represents the time required to evaluate and report the click as a valid one.

- **IP selection:** Your click tracking system may filter out visits from your IP address, but AdWords includes these clicks. Also, if you curre shared ISP provider (such as AOL or EarthLink), you may share one or more IP addresses with other users. Therefore, multiple clicks f same IP address could be legitimate clicks from multiple users; each one would be reported as an individual click within your account.

---

Why do my clicks and impressions fluctuate day to day?

The performance of your AdWords ad or keywords varies depending on several factors, including user behavior and changes in Web content. ` traffic varies from day to day, and this expected fluctuation may affect the performance of your campaign.

In addition, holidays or popular news topics may dramatically influence the number of impressions and clicks you receive. For example, during holiday season, advertisers for decorations and seasonal trees can experience significant changes in the number of visitors to their sites. Anot example would be a popular celebrity endorsing a particular clothing brand; in this case, advertisers of this brand may then receive more impre and clicks.

---

What changes can I see in My Change History?

The My Change History tool displays changes you've made to your account in the last three months. With easy access to your account history, make informed decisions about managing your account for maximum performance.

To access My Change History, click **Tools** on the **Campaign Management** tab of your account. Then, select the date range for which you'd lik changes. You can view all changes for a particular time period, or you can filter the results by the type of change. If multiple users with differen manage your account, you can also use the tool to see who made certain changes.

My Change History will display changes such as:

- Daily budget adjustments
- Keyword edits or additions
- Changes in distribution preferences
- Changes made via the AdWords API

It will not display changes such as:

- Maximum cost-per-click (CPC) adjustments made by the Budget Optimizer(TM)
- Changes made by the Ad Automator
- Ad approval or disapproval
- Password changes (for security reasons)

---

Why do my contextual ad stats differ from my search stats?

The clickthrough rate (CTR) and cost-per-click (CPC) for contextual advertising can vary significantly from the CTR and CPC for your search c: CTR on content pages is typically lower because content pages tend to offer more information to compete with ads for a reader's attention. Fe: content CTR does not affect your ad's rank on search pages.

Lower or higher CTRs don't necessarily mean that your ads are performing poorly. It's important to focus on the total profit you earn from the cl received. To maximize your profitability, you should adjust your CPCs to get the highest number of profitable clicks across search and content. mean you adjust your CPCs up or down. If a particular Ad Group does not meet your metrics, you can try moving that Ad Group into a campaig not running on the content network. It's easy to measure your conversions with Google's free conversion tracking tool.

You may also wish to enable the content bids feature, which lets AdWords advertisers set one price when their ads run on Google and its sea sites, and a different price when their ads run on Google Network content sites. You can learn more about content bids at our help center.

How current are the statistics in my AdWords account?

## Important Information About Your Google AdWords Statistics

- Reporting is not real-time.
- Clicks and impressions received in the last 3 hours may not be included immediately.
- Conversion tracking reports are delayed by 24 hours.

## Common Reporting Questions

- How does participation in the Google Network affect my account performance?
- What if I don't see my conversion statistics in my reports?
- Why are my reports showing lower conversion numbers than I think I should be seeing?
- Why are my average positions reported as fractions (such as 1.5)?

Demo: Account Navigation

AdWords Demos are narrated lessons that show you how to make the most of your AdWords account. (You'll need Flash installed on your sys view AdWords demos.)

View this demo now: Account Navigation.

You may also wish to see the complete list of AdWords Demos.

What are web server logs?

A web server log is a file created by a web server recording all the activities it performs. The section of your web server log that concerns your account is the 'Page Requests' record.

Page requests are requests from a web browser (such as Internet Explorer or Mozilla Firefox) for the URL that a user enters into the browser's address bar or requests by clicking on a link. When a user clicks your AdWords ad, a page request is sent to the web server that hosts your website.

Although formats can differ, the typical page request entry in a web server log contains the following:

- Information about the URL that was requested
- If the request was successful
- The user's IP address
- The time and date that the page request was completed
- The referrer header

Learn how your web server logs can show you which visits to your site came from your AdWords ads.

## Monitoring Performance : Report Center : **Report Center Overview**

**What kind of reports will I get?**

Google provides full online statistical, conversion, and financial reporting for the Google AdWords program. You can view all your account reports online 24 hours a day, 7 days a week. In addition, we'll be happy to email most reports to you on your request. (Very large reports, over 2MB when zipped, cannot be emailed.)

**Statistical Reporting:** See your average actual cost-per-click (CPC), the number of times your ads were shown (impressions), how many times users clicked on your ads (clicks), and your ad and keyword clickthrough rates (CTR). This reporting is available for each of your keywords, ad variations (such as text ads, image ads, video ads, mobile ads, and local business ads), Ad Groups, campaigns, and account. You can also download reports based on any of these variables, and more, with our advanced reporting features.

**Financial Reporting:** Review a detailed billing summary and itemized payment details that include invoice dates, invoice numbers, specific and summary campaign costs, and billing adjustments. You can also print out both invoices and receipts for your records.

**Conversion Reporting:** Track your AdWords conversions (successful sales, leads, or submissions) with our basic and custom conversion tracking feature. You can also include these details when you download customizable reports.

We make extraordinary efforts to provide accurate reports. For that reason, no measurements other than those maintained by Google shall be accepted for reporting or payment purposes. If the reports you receive from Google do not coincide with your own, there are a number of possible explanations. First, be sure you're comparing the same reporting time periods. If there are still discrepancies, it could be because we host your ads and therefore are able to record clicks that other tracking software programs may miss. For example, our software can detect clicks that occur while your site is down. In addition, your system may filter out visits from your IP address, whereas Google does not.

**What kinds of reports can I create?**

No matter how high-level or how detailed you want your report to be, the **Create Report** page (within the **Reports** tabbed section) offers a wide of ways to build just the right report for your needs.

As the foundation for your report, select a **Report Type** from the pull-down menu of options: Site/Keyword Performance, Ad Performance, URL Performance, Ad Group Performance, Campaign Performance, and Account Performance.

Depending on which Report Type you select, the rest of the page will reset its parameters to provide the appropriate blend of customizable opt can designate your report's Date Range, the level of your View – from an overview Summary to more detailed Hourly (by date or regardless of Daily, Monthly, Quarterly, and Yearly views – and the variety of Campaign and Ad Groups you want included. Note that the Hourly views are or available for Campaign Performance and Account Performance reports, and that data for Hourly reporting is only available for February 1, 200 onwards.

You can also further customize your report with configurable columns and performance filters that make it easy to focus in on just the data you included in your report. Nothing more, nothing less.

After you've established your report settings, you can schedule it to run on a regular basis and also save your settings as a template for future Provide an email address if you want to be notified when the report is ready in your **Report Center** (and choose a file format if you want the rep emailed to you directly). Then just click **Create Report** and you're done.

**About the Report Center**

The AdWords Report Center allows you to easily create customized performance reports to help you track and manage multiple facets of your campaigns.

Key features include:

- Easy-to-use interface with pull-down menus for quicker report generation in categories such as Site/Keyword Performance, URL Perfor Campaign Performance, Ad Group Performance, and Account Performance.

- Ability to select individual Campaigns and / or Ad Groups for report.

- Customizable report columns to focus your report on only the data you need.

- Performance filters to screen for the most relevant information in categories such as Cost, Impressions, Clicks, CTR and other statistics to your report type.

- Simple scheduling for automatic report generation and delivery.

- Emailing option for multiple recipients.

- Saved templates for reusable reports.

To learn more about how to use Report Center to create, download and manage your reports, visit the full Report Center FAQ.

**In which formats can I download my reports?**

Reports can be downloaded in one of five formats: .csv (for Excel), .csv, .tsv, .xml, and .html.

**.csv (for Excel)** files are encoded in UTF-16LE, and are compatible with most U.S. and international versions of Microsoft Excel.

**.csv** (comma-separated values) and **.tsv** (tab-separated values) files are encoded in UTF-8. These formats are recommended for users who p process or review report data in text-only format.

**.xml** (extensible markup language) is a web-friendly format which is a good choice for publishing data to multiple formats. Reports in .xml also extra precision, with currency values listed in micros, or millionths of a unit.

**.html** (hypertext markup language) delivers your report as a viewable Web page. This is great for adding to intranets for shared reporting withi organizations.

Users with extremely large reports should note that UTF-16LE files are larger than those encoded in UTF-8, which can result in longer loading Some users find that UTF-8 files also work with their Excel programs; if your files are very large, you may wish to consider trying .csv or .tsv in the .csv (for Excel) format.

Reports over 100 megabytes (mb) in size can be downloaded in .xml format only. We recommend splitting reports of this size into multiple sm reports covering fewer keywords and/or shorter date ranges, which can then be viewed in all formats.

**How can I use Saved Templates?**

The **Saved Templates** feature makes it easy to create new reports based on the settings you have already created for previous reports. Once Saved Templates are created (as part of the Create Report process), you can access, edit and run new reports based on these templates thro **Report Center** (within the **Reports** tab section).

Here's how to create a Saved Template:

1. Log in to your AdWords account.

2. Within the **Reports** tabbed section, click **Create Report.**

3. After selecting your report criteria, name your report and then check the box next to the report name to 'Save this as a new report temp

4. Schedule your report (if you want it to run automatically on certain days) and provide an email and file format for sending the report (if y to receive it by email).

5. Click **Create Report.** Your settings for this report will now be saved in your **Report Center** under the 'Saved Templates' heading.

To edit a Saved Template:

1. Log in to your AdWords account.
2. Select the **Reports** tab at the top of the page and then click **Report Center.**
3. Choose the template you want to use from the 'Saved Templates' list.
4. Click 'Edit template' in the row for the template you want to edit.
5. The **Edit Template** page is similar to the **Create Report** page where you established the original report and template settings. Make an you want to the template, and change its name to save it under a different title if you want to preserve the original template settings.
6. Update the scheduling and email / file format delivery preferences you may have previously established.
7. Click the **Save Template** button.
8. If you want to run a new report time when you save your template, simply click **Save & Run Report.**

To retain your original settings from a Saved Template, be sure to rename your file with a different title before saving the template again or sav running a new report.

To run a new report from a Saved Template:

1. Log in to your AdWords account.
2. Select the **Reports** tab at the top of the page and then click **Report Center.**
3. Choose your template from the 'Saved Templates' list.
4. Click 'Create Report' on the right side of the template listing; a new report will run immediately.

----------------------

Lesson: Reports

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reinf new expertise.

You can view lessons in text or as multimedia presentations (Flash® required) with narration and images.

View "Reports": multimedia lessons | text lessons

You may also wish to see the complete list of AdWords Lessons.

----------------------

How do I print my report graphs?

----------------------

Look for the **Printer-friendly graphs** link on the graphs-only view of your report. Here's how to find it:

1. Log in to your AdWords account.

https://adwords.google.com/support?full=mm=1

2. Click the **Reports** tab at the top of the page.

3. Click **Report Center**

4. Click the name of your chosen report under **Last 5 Reports.**

5. Look under the heading **View Report.** If graphs are available for this report, you will see links titled 'View graphs only' and 'View data ar graphs.' (If graphs are not available, you will see just the link 'View data'.) Click 'View graphs only.'

6. On the graphs page, select the **Printer-friendly graphs** link.

All your graphs should now load on one page, ready for printing.

Graphs may not be available for all reports. For instance, reports with fewer than two data points (such as a report on a single keyword for only can't be graphed because there are no trends to chart or compare.

Similarly, any report in which you selected 'Summary' as the view parameter will not have graphs, because this view presents the total or avera each requested metric for a given date range. If you feel a graph should be available for a given report, please check and adjust your parameter run the report again.

_____

How do I customize my report?

_____

Every report you create is now a customized report, based on the settings you select on the **Create Report** page (within the **Reports** tabbed s Along with selecting your **Report Type, View, Date Range** and array of **Campaigns and Ad Groups** to include, you can also further refine yo with **Advanced Options** settings for columns and filters.

**Advanced Options** allows you to customize your reporting columns with a wide range of **Standard Columns** (such as Campaign, Ad Group, I Budget and Keyword Type), and **Conversion Columns** (including Conversion Rate, Cost/transaction, Cost/conversion and Page View Count). also customize your report with **Filters**, which allow you to narrow the reporting sets so you receive only relevant statistics, based on values yo establish for up to four types of attributes (you can choose from among options such as Keyword Type, Avg Position, Impressions and CTR).

Your views and data options vary by the type of report you are running. For instance, you may run hourly views at the account or campaign lev at the campaign or account levels you can include report columns for data on filtered invalid clicks; however, hourly views are not available for clicks.

After creating your customized report, you can save your settings as a template for use in future reports as needed.

_____

What's the difference between on-demand and scheduled reports?

_____

Scheduled reports allow you to create a report and then set it to run automatically every day, every Monday, or on the first day of the month. O reports don't run regularly, but can be run whenever you choose to do so.

To schedule reports, complete the **Create Report** form (within the **Reports** section) to establish your report settings; then, under **Scheduling i** at the bottom of the page, select your timeline for running automatic reports from the pull-down menu. You can also save your report as a temp

later re-use.

Provide the email and preferred file format for receiving your report (which will also be saved in your Report Center) if you want it sent by email **Create Report.**

To create an on-demand report, follow the same steps described above, but skip the **Scheduling** step (though you should still provide an email and preferred file format if you want your report sent to you). Just click **Create Report** and your report will begin running for you immediately.

For more information about running reports, please visit the Report Center FAQ.

How do I sort by column while viewing a report in the Report Center?

You can sort by column any time you're viewing an AdWords report on your browser. Just click the title at the top of the column you wish to sort by. For instance, 'Impressions' or 'Maximum CPC'). To reverse the order of ranking, click the black up/down triangle which appears at the top of your sorted column.

## Monitoring Performance : Report Center : **Managing Reports**

How do I run a Campaign Performance report?

Here's how to run a Campaign Performance report (this process is similar for all types of reports):

1. Log in to your AdWords account.

2. Click on the **Reports** tab and then on the **Create Report** link.

3. For 'Report Type,' select **Campaign Performance** from the pull-down menu.

4. For 'View,' choose **Summary** (for an overview report) or **Hourly (by date)** (if you want to see hourly data associated with specific calendar dates) or **Hourly (regardless of date)**. Daily, **Monthly**, **Quarterly**, or **Yearly** from the pull-down menu. *Note that Hourly views are only available for Campaign Performance and Account Performance reports (but not for invalid clicks data), and that data for hourly reporting is available from February 1, 2006 onwards.

5. Select the ' Date Range' for your report using the pull-down menu and calendar date selector.

6. Select the campaign or campaigns to include in this report by choosing the radio button for **All campaigns**, or **Manually select from a** list, then clicking **Add** next to the campaign names on the list provided.

7. Within 'Advanced Options' you can further customize your Campaign Performance report by clicking on **Add or Remove Columns** to modify your report based on preferred column topics such as 'Impressions,' 'Clicks,' 'Avg CTR,' 'Avg CPM,' 'Invalid Clicks,' etc. Note that invalid click reporting data is available from January 1, 2006 onward, and that these reports can not be run with hourly views. If you have Conversion Tracking enabled, you can also customize your conversion statistics columns here.

8. Also in 'Advanced Options,' you can apply filters to restrict the display of report rows based on specific criteria. Click **Display only rows that match specific criteria** to customize your filters; up to four filters may be created by clicking the **Add another restriction** link.

9. Enter a unique **Report Name** for your report and check the box to save your settings as a template if you want to re-use them in the fut

10. For 'Scheduling and Email,' schedule your report (if you want it to run again automatically at another time), and, if you want it delivered provide an email address and choose your preferred report format (.csv, .csv for Excel, .tsv, .xml, or .html)

11. Click **Create Report.**

To download your report when it is finished running:

1. Log in to your AdWords account.

2. Click on the **Reports** tab.

3. Click into the **Report Center**

4. Click the name of the report you would like to view.

5. Select the format in which you'd like to download your report: .csv, .csv (for Excel), .tsv, .xml, or .html.

---

How do I start (or stop) having reports sent to me via email?

---

Whenever you create a report (via the **Create Report** page), you have the option of having it sent to an email address that you supply. Here's I

1. Log in to your AdWords account.

2. Select the **Reports** tab at the top of the page, then click **Create Report.**

3. After selecting your report criteria, scroll to the bottom of the page to **Scheduling and Email.** Check the box next to 'Whenever the rep send email to...' and supply the email address to which you want the report sent. You can also specify your report format preferences (. for Excel, .tsv, .xm or .html) on this line.

4. Click **Create Report** and the report will be sent to your email address as well as stored in your **Report Center** (where you can save up reports).

When creating a report, you do not need to supply an email address if you don't want the report delivered via email; in that case, do not check the **Scheduling and Email** section where you would normally supply your email.

If you want to stop delivery of a regularly scheduled report to an email address you have previously supplied, do the following:

1. Log in to your AdWords account.

2. Select the **Reports** tab at the top of the page, then click **Report Center.**

3. Under **Saved Templates,** locate the name of the scheduled report for which you want to cancel email delivery and click 'Edit this templi to the name.

4. On the **Edit Template** page, scroll down to the bottom of the page to **Scheduling and Email** and uncheck the box next to 'Whenever tl

5. Click **Save Template**.

runs, send email to...'

If you don't request email delivery, your reports will still run as scheduled and you'll be able to view them in the **Report Center**; you simply won them by email.

To change the email recipient of a report, follow the same steps outlined above, but instead of un-checking the box next to the email field, simp the email address to the new preferred account, and then save the template.

How do I create a custom report?

Every report you create is now customized based on the settings you establish when you create it. The following steps outline the basic proces

1.  Log in to your AdWords account.

2.  Click the Reports tab at the top of the page.

3.  Click the Create Report link from within that tab.

4.  Select the kind of report you want to run from the Report Type pull-down menu.

5.  Choose your report settings for the View, Date Range, and Campaign and Ad Groups and further customize your report with Advanced (see descriptions below).

6.  Provide a Report Name and, if you want, save the report as template for future use.

7.  Create a schedule if you want this report to run automatically.

8.  If desired, input an email address and select report format (.csv, .csv for Excel, .tsv, .xml, or .html) for email delivery.

9.  Click Create Report.

Report parameters vary by the type of your report, but they may include:

Standard Options

Report Type: You may run a report on any of these metrics: Site/Keyword Performance, Ad Performance, URL Performance, Ad Group Perfor Campaign Performance, or Account Performance. Note: When choosing Ad Group Performance, you will then pick from a drop-down menu of such as Text Ads, Image Ads, Video Ads, Mobile Ads and Local Business Ads, depending on your ad variations.

View: For an overview that shows an average or total for each metric, 'Summary' from the pull-down menu. For graphable data covering a stan period choose from among Daily, Monthly, Quarterly, or Yearly in the pull-down menu. For Campaign Performance or Account Performance re dated February 1, 2006 or later, you can get Hourly (by date) or Hourly (regardless of data) views of your data.

Date Range: To see statistics for a general date range, click the radio button next to the first drop-down box and select your date range for a gi

period of time (Yesterday, Today, Last Seven Days, etc.). For a calendar-based date range, click the radio button next to the second drop-down box and select your beginning and end dates.

Campaigns and Ad Groups: To specify which of your campaigns (and Ad Groups, if running an Ad Group report) you want in your report, click the radio buttons for either the 'All' option (to include everything) or the 'Manually select' option (at which point you can pick your selections from a list).

Advanced Options

Standard Columns: This section allows you to choose among a range of settings to further customize your report. Beneath the word 'Columns,' you will see a display of the column topics associated with your report. You can change these settings by clicking on 'Add or Remove Columns.' When you add or remove a column topic, the column display changes to reflect your input. Depending on the type of report you're running, available data columns may include: Impressions, Clicks, CTR, Avg CP, Cost, Avg Position, Campaign, Ad Group, Headline, Display URL and many others. Please note that available data varies by report type. For instance, when running a Campaign Performance or Account Performance report, you can include columns for Invalid Clicks (for the number of invalid clicks filtered out) and Invalid Clicks Rate (for the percentage of total invalid clicks filtered out). Hourly views are not available for invalid clicks, however.

Conversion Tracking Columns: These can also be added to your report if you have enabled conversion tracking in your account. Conversion columns available for inclusion include Conversions, Conversion Rate, Cost/conversion, Avg Value, Transactions, Cost/transaction, Total Value, Sales Value and many others.

Filters: Filters allow you to further customize your report by filtering up to four data types based on your specifications. To create report filters, click on 'Display only rows that match specific criteria.' Then, using the pull-down menus, you may choose from up to four of the following data types: AdWords Type, Keyword Status, Keyword Type, Keyword, Avg Position, Clicks, Cost, Avg CPC, CTR, and Impressions.

For each filter, define the associated values (which vary depending on data type) with the pull-down menus and fill-in boxes. To create additional filters (up to a total of four), click 'add another restriction.' To delete a filter you have created, click 'Remove' next to the filter settings you've established.

Finishing your Report

Report Name: After creating your report settings, name your report. Click the box to 'Save this as a new report template' if you plan to re-use these settings again for other reports.

Scheduling and Email: To schedule this report to run on a regular basis, click the box for 'Schedule this report to run automatically,' and choose daily, every Monday, or the first day of the month from the drop-down menu. (To simply run the report without further scheduling, skip this step).

Next, if you want the report sent via email, check the appropriate box and provide the email address where the report should be sent, and select your preferred report delivery format from the pull-down menu: .csv (default), .csv for Excel, .tsv, .xml, or .html. If you only want your report saved into your Report Center for later download, you can skip this step.

**Create Report:** When you click the Create Report button, your customized report will run based on your defined settings. You can view your re[port in the] Report Center as one of your last five created reports. If you created a Saved Template from this report, you will find that in your Report Cente[r.]

---

**What is the difference between a Summary view and Hourly, Daily, Monthly, Quarterly or Yearly views?**

The 'Summary' view is an overview report that provides either an average or total of each selected metric for a given date range. The 'Hourly [(]
'Hourly (regardless of date),' 'Daily,' 'Monthly,' 'Quarterly' and 'Yearly' views apply a standardized time-frame as an additional metric for tracking
performance within your selected date range. Use 'Hourly (by date)' if you want hourly data associated with specific dates; use 'Hourly (regardl[ess of]
date)' if you only want to see the hourly stats without their associated calendar dates.

Note that Hourly views are only available for Campaign Performance and Account Performance reports, and that data for hourly reporting is on[ly]
available from February 1, 2006 onwards.

---

**What are the totals and averages on a site/keyword report?**

You'll have the option to create a site/keyword report in your Report Center if you are running both site-targeted and keyword-targeted campaig[ns in your]
account. (If not, you'll see only the keyword report option.) Here are brief explanations of each column in the site/keyword report.

**Campaign** and **Ad Group:** The names of the campaigns and Ad Groups included in this report.

**Site / Keyword:** For site-targeted campaigns, this is the URL of the site where the ad was displayed. For keyword-targeted campaigns, this is [the]
keyword(s) which triggered the ad.

**Match Type** indicates whether the ad was matched to a website or a keyword.

**Status:** In the case of websites, this can be *normal* or *deleted.* In the case of keywords, this can be *active* or *inactive.*

**Maximum CPC:** The maximum cost-per-click you set for your keyword-targeted ads. (For site-targeted ads, this column will read $0.00.)

**Maximum CPM:** The maximum cost per one thousand impressions you set for your site-targeted ads. (For keyword-targeted ads, this column [will read]
$0.00.)

**Destination URL:** This column displays the URL where users are sent when they click on your ad.

**Impressions:** The total number of impressions your ad received on the target site or keyword during the selected time period. If this is a CPM [ad, you'll]
be charged for each impression. If this is a CPC ad, you are charged only for clicks, not for these impressions.

**Clicks:** The number of clicks your ad received from users during the given time period. If this is a CPC ad, your account will be charged for eac[h click. If]
this is a CPM ad, you are charged only for impressions, not for these clicks.

**CTR:** The clickthrough rate is the percentage of web users who actually clicked on your ad after viewing the page where it was displayed.

**Avg. CPC:** The average amount you paid for each time someone clicked on your ad. If this is for a CPC campaign, this number will not exceed [your]
maximum CPC, but may be lower. If this is a CPM campaign, this number is informational only, since your ad rates are set per impression and [not per click.]

click.

**Avg. CPM:** The average amount you paid for each thousand page views of your ad. If this is for a CPM campaign, this number will not exceed maximum CPM, but may be lower. If this is a CPC campaign, this number is informational only, since your rates are set per click and not pe impression.

**Cost:** The total charges accrued for this keyword or this site during the given time period.

**Avg. Position:** The average rank of your ad among all ads in a given AdWords ad space. If this is a text ad for a CPC campaign, the number r average position your ad received in all viewings for this keyword. If this is an image ad, or a CPM campaign, the ad will always occupy the ent space itself and therefore the ranking will be 1.0.

For more information, see the AdWords glossary or our FAQ on AdWords Reports.

---

How do I schedule a report to run periodically?

---

It's a matter of just a few clicks to run any report on a daily, monthly or quarterly schedule. Here are the steps:

1. Log in to your AdWords account.

2. Click the **Reports** tab at the top of the page, and then on the **Create Report** link.

3. Choose a **Report Type** from the pull-down menu.

4. For **View,** choose 'Summary' (for an overview report) or 'Daily,' 'Monthly,' 'Quarterly,' or 'Yearly' from the pull-down menu.

5. Select the **Date Range** for your report.

6. Identify which **Campaigns and Ad Groups** you want included by clicking the radio buttons for either 'All campaigns and ad groups,' or campaigns and ad groups.' If you choose 'Selected,' you will see a list of **Available Campaigns and Ad Groups** from which you can a Campaigns (if you want to include all their Ad Groups) or individual Ad Groups, which can be hand-picked by clicking on the triangle ne Campaign name to reveal the related Ad Groups list. Just click 'Add' next to the names of the Campaigns and / or Ad Groups you want and they will appear in the adjacent list of **Selected Campaigns and Ad Groups.**

7. Use **Advanced Options** to further customize your report by adding or removing report display columns for standard and conversion-rel (select 'Add or Remove Columns' and check or uncheck the statistics and filtration values you want included / excluded). You can also to four filters to screen out non-essential statistics.

8. Name your report and click the box to save your report settings as a template if you plan to run similar reports again.

9. In **Scheduling and Email,** if you want this report to run on a regular schedule, click 'Schedule this report to run automatically' and use t down menu to select the days when you want your report to run: daily, every Monday, or the first day of the month.

10. If you want to receive your report by email (it will also be saved in your Report Center), provide an email address and choose your pref format (.csv, .csv for Excel, .tsv, .xml, or .html).

11. Click **Create Report.**

Your report will now be generated automatically at your requested intervals and will be stored for download as one of your last five reports in your **Report Center**. If you have asked for email notification, the system will alert you when each new report is complete.

To run a manual report, skip the Scheduling step and simply click **Create Report.**

You can store up to five reports in your Report Center at a given time (the newest reports automatically replace the oldest if more than five repo requested). Reports will also be sent via email if you provided an address and chose a file format when you created the reports.

---
**Can I run a report that excludes paused or deleted ads?**
---

Yes. You can customize your report to include only those Campaigns you select from your account. Here's how to customize your report this w

1. Log in to your AdWords account.

2. Click the **Reports** tab at the top of the page, and then on the **Create Report** link.

3. Choose your **Report Type** from the pull-down menu; select your preferred **View** ('Summary' or for a particular time-frame), and the **Dat** for your report.

4. Identify which **Campaigns and Ad Groups** you want included by clicking the radio button for 'Selected campaigns and ad groups' and picking from among the list of available Ad Groups within your Campaigns (click the triangle next to a Campaign name to display its Ad Click 'Add' beside the names of individual Ad Groups you want included in your report and they will appear in the adjacent 'Selected' lis report.

5. Use **Advanced Options** to further refine your report by customizing your display columns and establishing data filters based on your cr

6. Name your report and click the box to save your settings as a template if you plan to run similar reports again.

7. In **Scheduling and Email**, click 'Schedule this report to run automatically' and use the pull-down menu to define when you want your r run (daily, every Monday, or the first day of the month).

8. If you want to receive your report by email (it will also be saved in your Report Center), provide an email address and choose your pref format (.csv, .csv for Excel, .tsv, .xml, or .html).

9. Then just click **Create Report.**

For more information about running reports, please visit the Report Center FAQ.

---
**How do I delete a report?**
---

To delete a recently created report that has been stored in your Report Center:

1. Log in to your AdWords account.

2. Click the **Reports** tab at the top of the page.

3. Click **Report Center.**

4.  Find the stored report under **Last 5 Reports** and click 'Delete' in the far right column of that report line.

To delete a scheduled report template, follow steps 1-3 and then look for the report under **Saved Templates.** Click 'Delete' in the far right column of that report line.

---

How do filters work? How can I best leverage them?

Filters provide an additional layer of customization that helps streamline your report with values-based settings for up to four types of attributes. By filtering out irrelevant results for specific types of data, you are better able to focus on the relationships and correlations among keywords, CTR, ad positioning, cost or other attributes of interest.

With filters, you establish the information you want included for attributes such as Ad Distribution (for content or search), Keyword Status (for active, deleted, disapproved, or inactive), Avg Position (less than or greater than the position number you assign), and Clicks (less than, equals, or greater than the number of clicks you assign), among others.

You can establish filters on the **Create Report** page (within the **Reports** tabbed section), as part of the report creation process. After choosing your basic settings such as **Report Type, View, Date Range,** etc., you can then use **Advanced Options** to customize the report columns for your needs. The **Filters** settings are also located within **Advanced Options.**

To set your filters, click on 'Display only rows that match specific criteria,' and then choose your filter settings from the pull-down menus. After creating a filter, you can add another by clicking on 'Add another restriction.' To delete a filter you've created, simply click 'Remove' next to the filter settings. You may establish up to four filters for your report, and your report settings can be saved in an editable template for later use when you finish your initial report creation.

Filters are best leveraged as a way of limiting irrelevant statistics in your report. Effectively filtered reports can be easier to read and faster to absorb because they include only the most relevant data about the attributes you have selected for your reporting purposes.

---

When do my reports run?

Reports for individual accounts are scheduled to begin running at 1:00 am in your designated time zone. MCC-managed account reports begin running at 5 am in your designated time zone. Reports for accounts without a designated time zone will begin running at 1 am PT (US Pacific Time) for individual accounts and 5 am PT for MCC accounts.

---

How are the values in report filters calculated?

Filter calculations are based on real values (rather than on averages). For standardization purposes, the filtered values calculated in your Report Center reports are rounded. These rounded results are used for standardized reporting purposes only, not to calculate account fees or other hard data.

---

**What's an Ad Performance Report? How do I run one?**

Ad Performance reports let you view statistics on how specific types of ad variations are performing. This type of report lets you see performan on text ads, image ads and, where available, video ads, mobile ads and local business ads.

To create an Ad Performance report showing statistics for specific ad variations:

1. Log in to your AdWords account at https://adwords.google.com.

2. Click the 'Reports' tab at the top of the page.

3. Click 'Create Report.'

4. View: Select a viewing option from the drop-down menu (summary data, or daily, monthly, quarterly, or yearly metrics).

5. Date range: Select the date range for your report.

6. Campaigns and Ad Groups: Choose 'All' or hand-pick campaigns and/or ad groups you want included in your report.

7. Advanced Options - Columns: Click 'Add or Remove Columns' then use the check-boxes to customize the data you want included in yo The report column display bar will change as you add or remove selections so you can see how your columns will appear. Column optio specific to the different ad variations will also appear in this section.

8. Advanced Options - Filters: Click 'Display only rows that match specific criteria' and select up to four filters, assigning them parameters for screening your data. Add filters by clicking 'Add another restriction.' Delete them by clicking 'Remove.'

9. Report name: Enter a unique name for your report. Check the box to 'Save this as a new report template' if you'll want to re-use the sett you've established.

10. Scheduling: To run this report on a regular basis, check the box to 'Schedule this report to run automatically,' then use the drop-down m select your frequency (daily, every Monday, or on the first day of every month).

11. Email: Check the box to receive an email notification for your newly created report and provide the email address(es) to which the notification should be sent.

12. For multiple recipients, separate each email address with a comma. To receive the report via email, check the box for 'with report attach and select your preferred report format (.csv for Excel, .csv, .tsv, .xml, or .html) from the drop-down menu.

13. Click 'Create Report' and your report will run.

**What's an invalid clicks report? How do I run one?**

You can now run Campaign Performance and Account Performance reports featuring the number and percentage of invalid clicks that have be determined to be invalid and automatically filtered out by the AdWords system.

You are not charged for these clicks – the system's sophisticated detection and filtering techniques have identified these as invalid clicks and p them from being charged to your account. Read our FAQ about how Google detects invalid clicks to learn more about this process.

When running a Campaign Performance or Account Performance report, you can select columns within the Advanced Options section to includ about the number of filtered invalid clicks for the reporting period, as well the percentage of invalid clicks within the total number of clicks for th period.

Please note that data for invalid clicks is only available for reports dated January 1, 2006 to the present, and that this data is not available for h views.

Here's how to run a report with data on invalid clicks:

- Log in to your AdWords account.

- Click on the **Reports** tab and then on the **Create Report** link.

- For 'Report Type,' select **Campaign Performance** or **Account Performance** from the pull-down menu.

- Choose your 'View' from among the available options (note that hourly views are not available for invalid clicks reporting).

- Select the 'Date Range' for your report by using the time span. Data for invalid clicks reporting is available from January 1, 2006 onwar

- For Campaign Performance reports, select which campaigns to include by choosing the radio button for **All campaigns** or the radio bu **Manually select from a list** ( to hand-pick your campaigns for inclusion).

- Within 'Advanced Options,' click **Add or Remove Columns.**

- Check the column option boxes for **Invalid Clicks** (for the number of invalid clicks filtered during the reporting period), and / or for **Inval Rate** (for the percentage of clicks filtered out of your total clicks during the reporting period).

- Select any other data you want included in this report by clicking the appropriate boxes and adding filters if desired. Note that reports w for invalid clicks can't include data for ad distribution.

- Enter a unique **Report Name** and check the box to save your settings as a template if you want to re-use them in the future.

- For 'Scheduling and Email,' schedule your report to run at regular intervals if you want it automatically generated; provide an email add delivery if desired; and then choose your preferred report delivery format (.csv, .csv for Excel, .tsv, .xml, or .html).

- Click **Create Report.**

How far back can I get performance reports with invalid clicks data?

Data about invalid clicks filtered by our system is available for inclusion in campaign- and account-level performance reports from January 1, 2 present. For earlier data, refer to your Billing Summary page.

Am i charged for the filtered invalid clicks in my performance report?

No, the AdWords system filters out these invalid clicks before they are charged to your account, so you don't pay for them. Read our FAQ to le what Google does when it detects invalid clicks.

What's the difference between the report columns for Invalid Clicks and Invalid Clicks Rate?

The Invalid Clicks column provides data on the number of invalid clicks filtered during the reporting period. The Invalid Clicks Rate column prov on the percentage of clicks filtered out of your total number of clicks (filtered + non-filtered clicks) during the reporting period

You can include either or both columns when running a Campaign Performance or Account Performance report. Please note that data for inval only available for reports dated January 1, 2006 to the present, and that hourly views are not available with data about invalid clicks.

To learn how to run a performance report with data about invalid clicks data, read our FAQ.

Where are the filtered invalid clicks on my report coming from?

The invalid clicks filtered out by our system may come from a variety of sources. Common behaviors that may trigger our filters include:

- Manual clicks intended to increase your advertising costs or to increase profits for website owners hosting your ads.
- Clicks by automated tools, robots, or other deceptive software.

We closely monitor these and other scenarios as part of our effort to protect you from receiving invalid clicks. Read our FAQ about how Google invalid clicks to learn more about this process.

Can I get reports that include 'zero impression keywords'?

Yes. If you're running a Keyword Performance report you can use Filters to incorporate zero impression keywords into your report. Here's how:

- While establishing your Keyword Performance report settings on the 'Create Report' or 'Edit Template' page, scroll to the 'Advanced Op section and, beneath the word 'Filters,' click **Display only rows that match specific criteria** to reveal your Filters options.
- Check the box to **Include keywords with zero impressions.**
- Alternately, you can select the filter for **Impressions** from the drop-down menu and assign it a value of equal to, or less than, 0.

Your report will include any keywords with zero ad impressions for the date range you select on the report settings. However, dates in your sel range that fall before or after the time during which these keywords were activated will not return any data on these keywords.

Depending on the report view and date range you choose, reports featuring zero impression keywords may be very large and take a long time instance, a Daily view of a Keyword Performance report with a wide date range might return a vast number of results, because each keyword-c combination will have its own row of results on the report.

On the other hand, a Summary view report may not show many zero impression keywords rows because it only returns results for those keywc have never served impressions during the selected date range.

We suggest that you try running a Monthly view for your first attempt at a zero impression keyword report – the report results shouldn't be too overwhelming.

---

What are hourly reports? How do I run one?

---

Hourly report views provide data about your account or campaign performance on an hourly basis across a 24-hour period. This helps you see performing at different times throughout the day. You can use these insights to schedule your ads for the hours during which they are most like impressions and clicks.

Note that hourly views are only available for Campaign Performance and Account Performance reports, and that data for hourly reporting is on onwards.

Here's how to run an Account or Campaign Performance report with Hourly views:

1.  Log in to your AdWords account.

2.  Click on the **Reports** tab and then on the **Create Report** link.

3.  For 'Report Type,' select **Account Performance** or **Campaign Performance** from the pull-down menu.

4.  For 'View,' choose **Hourly (regardless of date)** or **Hourly (by date)** from the pull-down menu, depending on whether you want to see l

5.  Select the 'Date Range' for your report by using the timespan ('Last seven days,' 'This month,' etc.) or the calendar date selector. Data l February 1, 2006 onwards.

6.  For Campaign reports, select the Campaigns to include by choosing the radio button for **All campaigns**, or **Manually select from a lis** campaign names on the list provided.

7.  Within 'Advanced Options' you can further customize your Campaign or Account report by clicking **Add or Remove Columns** to refine column topics such as 'Impressions,' 'Avg CPM' 'CTR','Avg Position,' etc. If you have Conversion Tracking enabled, you can also custo here.

8.  Also in 'Advanced Options', you can apply filters to restrict the display of report rows based on specific criteria. Click **Display only rows** customize your filters; up to four filters may be created by clicking the **Add another restriction** link.

9.  Enter a unique **Report Name** for your report and check the box to save your settings as a template if you want to re-use them in the fut

10. For 'Scheduling and Email,' schedule your report (if you want it to run again automatically at another time), and, if you want it delivered choose your preferred report format (.csv, .csv for Excel, .tsv, .xml, or .html)

11. Click **Create Report.**

To download your report when it is finished running:

1.  Log in to your AdWords account.

2.  Click on the **Reports,**tab.

3.  Click into the **Report Center**

4.  Click the name of the report you would like to view.

5.  Select the format in which you'd like to download your report: .csv, .csv (for Excel), .tsv, .xml, or .html.

---

Why don't all my keywords appear in my latest report?

Only keywords which received at least one impression during the reporting period will appear on a given report. For example, if your report cov last seven days, and your keyword 'flowerpot' received no impressions during those seven days, then 'flowerpot' will not appear on the report.

If you don't see a particular keyword, try expanding your report parameters to cover a wider date range. You also can run a customized perform report specifically for keywords, and select all of your Campaigns and /or Ad Groups for inclusion in the report.

To further customize your report or expand its parameters to better capture keyword performance:

## Monitoring Performance : Report Center : Troubleshooting Reports

1.  Log in to your AdWords account.

2.  From within the **Reports** tab, select **Create Report.**

3.  Select 'Keyword Performance' as your **Report Type** from the pull-down menu.

4.  Select your **View** by choosing 'Summary' (for an overview report) or 'Daily,' 'Monthly,' 'Quarterly,' or 'Yearly' from the pull-down menu.

5.  Choose a wider **Date Range** than in your last report.

6.  Choose your report's **Campaigns and Ad Groups** by clicking the radio button for either 'All campaigns and ad groups,' or 'Selected ca and ad groups.' Selecting 'All' will ensure that all your Campaigns and Ad Groups are reported on (and so, all their keywords). If you ch 'Selected,' you will see a list of **Available Campaigns and Ad Groups** from which you can add entire Campaigns (if you want to includ Ad Groups) or individual Ad Groups, which can be hand-picked by clicking on the triangle next to the Campaign name to reveal the rela Groups list. Just click 'Add' next to the names of the Campaigns and / or Ad Groups you want included, and they will appear in the adja of **Selected Campaigns and Ad Groups.**

7.  Use **Advanced Options** to further customize your report by adding or removing report display columns for standard and conversion-rel (select 'Add or Remove Columns' and check or uncheck the statistics you want included / excluded). You can also create **Filters** to scre non-essential statistics, based on up to four sets of criteria.

8.  Schedule your report (if you want it to run again automatically at another time), and, if desired, provide an email address and choose a (.csv, .csv for Excel, .tsv, .xml, or .html) for email delivery of your report.

9.  Click **Create Report.**

Some highly detailed keywords simply may not receive any impressions. Those keywords which receive no impressions for a 90-day period wi eventually be disabled.

---

Why can't I run or retrieve a report for normal, in trial, or on hold keywords?

---

Recent changes to the AdWords keyword evaluation process may affect reports you created previously in your Report Center. The keyword st

'normal,' 'in trial,' 'on hold,' and 'disabled' were phased out as part of our ongoing efforts to streamline our keyword evaluation process and help find exactly what they're looking for.

Because of this change, some older scheduled and on-demand reports will no longer return accurate results. For example, if your regularly sch report included 'in trial' keywords as a parameter, that report won't run properly because 'in trial' keywords no longer exist.

Here's how to see which of your reports may have been affected:

1. Log in to your AdWords account.
2. Click the **Reports** tab at the top of the page.
3. Click **Download Center** on the **Reports** tab.

Any reports affected by this change will be marked with a notification alert at the top of the page. We recommend you create entirely new repor on the new keyword states, and delete the affected reports.

To create a new report:

1. From the Download Center, click **Create Report** on the **Reports** tab at the top of the page.
2. Select a report type from one of the options to the left, click the link, and follow the instructions to create your new report.

**Helpful Links**

- More about reports.
- More about smarter keyword evaluation.
- More about the keyword states.

---

Why do my reports download as Zip files?

In order to minimize download time and give all AdWords users the best possible performance, we email all reports in Zip format. (Zip allows a to be saved in a smaller, compressed version of the same file.)

To open a zipped report file:

- Be sure that you already have a Zip utility installed on your computer.
- Open your report file from within this message by double-clicking the file in your e-mail program. You can also download the attachmen location on your computer; locate the file, and open it by double-clicking on the file.

Note: If you choose to have your reports emailed to you, they will be emailed in Zip format as long as they are under the 2MB file size limit.

---

Why do my invalid clicks and clicks rates vary by campaign, date or time?

These fluctuations are similar to those seen in overall traffic from day to day and by campaign. Read our FAQs to learn more about typical reas daily fluctuations in click traffic, and about what high click volume means in relation to invalid clicks.

Also, please note that the invalid clicks data in your Campaign Performance and Account Performance reports features actual numbers of filter rather than averages, so variations in invalid clicks traffic will be evident from day to day and campaign to campaign.

Why can't I get hourly reports prior to February 1, 2006?

Data for Hourly reporting is only available for Campaign Performance and Account Performance reports using data from February 1, 2006 or later. Your report will not contain hourly data for dates prior to January 31, 2006.

## Monitoring Performance : Google Analytics

Will I need to paste the JavaScript code into my webpage for each campaign that I set up?

No. You'll only need to paste the JavaScript code snippet into your designated conversion pages once.

## Monitoring Performance : Google Analytics : Getting Started

Important Note About Creating New Profiles

We have re-enabled the "Add Profile" feature for a number of Google Analytics customers. These customers will be able to add a limited number to expand capacity, the limit will gradually be increased.

If your Analytics account is linked to an AdWords account, when you add profiles, your AdWords cost data will automatically be imported into th disable this feature, please read How do I disable AdWords reporting for a profile?

If you have multiple AdWords accounts for multiple websites, you should create a separate Analytics account for each AdWords account. This enabled. If you use one AdWords account to drive traffic to multiple websites, there is no way to import only some of the cost data. You can eith the article linked above for more details.

Google Analytics Installation Guide

The Google Analytics Installation Guide is intended to allow you to quickly set up and configure a successful set of reports for a profile. If you n topic, please visit our Help Center at www.google.com/support/analytics.

    Step 1 - Create a Google Analytics account
    Step 2 - Configure your profile
    Step 3 - Creating Filters
    Step 4 - Edit the tracking code for custom website setups
    Step 5 - Add the tracking code to your pages
    Step 6 - Grant access to other users
    Step 7 - Create goals and funnels
    Step 8 - Tag your advertising campaigns
    Step 9 - Enable e-commerce transaction tracking

Step 1 - Create a Google Analytics account

*Note to AdWords users:* Google Analytics is able to import and track cost data from Google AdWords if your AdWords and Analytics accounts . Please log in to your AdWords account and follow the instructions on the Analytics tab.

**To create an Analytics account:**

1.  Visit https://www.google.com/analytics.

2.  Enter your Google Account email and password and click **Sign In**. If you don't have a Google Account, click **Sign up now** to create one

3.  Click **Sign Up**.

4.  Enter your **Website's URL**, making sure to select either http:// or https:// from the drop-down list. Enter a nickname for this account in th **Account Name** field, then click **Continue.**

5.  Enter your contact information and click **Continue.**

6.  Read the Google Analytics Terms of Service. If you agree to these terms, select the **Yes** checkbox and click **Create New Account** to c

The **Tracking Instructions** page that appears contains the tracking code that you'll need to paste into each page of your site. We recommend completing some additional steps before pasting this code, however, to ensure that the data you collect is relevant. If you'd prefer to install the code right away, please skip to Step 5 for instructions.

Otherwise, click **Continue** on the **Tracking Instructions** page to access your new account.

Step 2 - Configure your profile

It's important to configure your profile in order to get the most out of your reports. To access your profile settings:

1.  In the Website Profiles table, find the profile to edit.

2.  Click Edit. The Profile Settings page appears.

3.  Click Edit on the Main Website Profile Information table.

**Default page**
Setting this to the default (or index) page of your site allows Google Analytics to reconcile log entries for www.example.com and www.example.com/index.html, for example. These are in fact the same page, but are reported as two distinct pages until the Default Page sett been configured.

**Exclude URL Query Parameters**
Does your site use dynamic session or user identifiers? You can tell Analytics to ignore these variables and not count them as unique pages. E query parameters to exclude - this field has been prepoluted with some common session identifiers.

**E-Commerce Website**

https://adwords.google.com/support?5full.hpp=1

8/14/2006

To enable e-commerce reporting and the E-Commerce Analysis report set, select Yes. More information on e-commerce reporting is available

**Step 3 - Creating Filters**

A filter is used to include, exclude, or change the representation of certain information in a report.

Filters aren't required, but using them will help you define what data you see and how you see it. Since filters affect the way data is displayed in reports, it is important to get them set up as soon as possible. Filters added after your account begins collecting data will not affect your old dat

You'll want to create filters if:

- you want to see reports for a certain subdomain or subdirectory only
- you'd like to exclude traffic from certain people or places
- your dynamic parameters would be more easily readable as descriptive text strings

There are a number of other reasons that you may want filters, but if none of these apply to you, you can safely skip ahead to the next step.

A filter consists of:

- The **name** of the filter
- The **type** of filter you would like to implement
- The **filter field** that is affected. More information about these fields is available from our Help Center: What information do the filter field represent?
- The **filter pattern** is the string that will be matched against the filter field. This field uses regular expressions, a special syntax that uses wildcards and text strings for matching. Please read What are regular expressions? for instructions and tips.

To create a filter:

1. Click the Filter Manager link from the Analytics Settings page.
2. Click Add Filter.

**Filter Types**

Analytics provides three predefined filters, useful for common tasks, as well as a number of custom filters.

Predefined filters:

1. **Exclude all clicks from a domain (hostname):** use this filter to exclude clicks that originate from a specific network, such as your internal work network.

2. **Exclude all clicks from an IP address:** this filter works to exclude clicks from certain sources. You can enter a single IP address, or a range of addresses

3. **Include only traffic from a subdirectory:** use this filter if you want a profile to report only on a particular subdirectory (such as www.example.com/motorcycles)

Custom filters:

- **Exclude Pattern:** This type of filter excludes log file lines (hits) that match the Filter Pattern. Matching lines are ignored in their entirety; for example, a filter that excludes Netscape will also exclude all other information in that log line, such as visitor, path, referral, and domain information.

- **Include Pattern:** This type of filter includes log file lines (hits) that match the Filter Pattern. All non-matching hits will be ignored and any data in non-matching hits is unavailable to the Urchin reports.

- **Search & Replace:** This is a simple filter that can be used to search for a pattern within a field and replace the found pattern with an alternate form.

- **Lookup Table:** Selecting this filter allows you to select a lookup table name which may be used to map codes to human intelligible labels. For example, the phone models table maps abbreviated phone platform identifiers to the model and manufacturer names for phone based web browsers.

- **Advanced:** This type of filter allows you to build a field from one or two other fields. The filtering engine will apply the expressions in the two Extract fields to the specified fields and then construct a field using the Constructor expression. Read the Advanced Filters article for more information.

- **Uppercase / Lowercase:** Converts the contents of the field into all uppercase or all lowercase characters. These filters only affect letters, and will not affect characters or numbers.

**Common uses**

**Report traffic to a subdomain only** - If you have your tracking code on your entire domain, but would like to view reports about a particular subdomain on their own, you can create a filter to include only traffic to your subdomain.

**Filter Type:** Custom filter > Include
**Filter Field:** Hostname
**Filter Pattern:** subdomain1.example.com
**Case Sensitive:** No

This will exclude all traffic that is not on the domain subdomain.example.com.

**Exclude internal IP addresses** - If you'd like to exclude traffic from internal IP addresses, so that your own visits and those of your employees don't show up in your reports, enter your IP address in the filter below. You can also filter out a

range of addresses, as in the second example. Remember to use regular expressions in the IP Address field.

**Filter Type:** Exclude all traffic from an IP address
**IP Address:** 99\.999\.999\.9

Or, to filter a range of 192.168.1.1 to 192.168.125:

**Filter Type:** Exclude all traffic from an IP address
**IP Address:** ^192\.168\.1\.([1-9]||[1-9][0-9]||12[0-5])$

Step 4 - Edit the tracking code for custom website setups

The tracking code that is provided to you is designed to work with most site setups. However, there are a few scenarios that require small upd tracking code on each of your pages. If any of the following apply to you, follow the instructions to update your code before adding it to your pa

Learn how to:

1.  Track multiple domains in one profile (eg.: a main site as well as a secure store site)
2.  Track more than one subdomain in one profile
3.  Track multiple domain aliases

Step 5 - Add the tracking code to your pages

**Add the tracking code to your pages**

Google Analytics only tracks pages that contain the Google Analytics tracking code. You'll need to add this code to each page of your site, eith manually or through the use of includes or other methods.

**To access your tracking code:**

1.  Sign in to Google Analytics
2.  From the Analytics Settings page, find the profile for which you would like to retrieve the tracking code. Please note that tracking code i: specific.
3.  From that profile's Settings column, click Edit
4.  At the top right of the Main Website Profile Information box, click Check Status
5.  Your tracking code can be copied and pasted from the text box in the Instructions for adding tracking section

**Basic installation** - Copy and paste the code segment into the bottom of your content, *immediately before the </body> tag* of each page you a planning to track. If you use a common include or template, you can enter it there.

```
<script src="http://www.google-analytics.com/urchin.js" type="text/javascript">
</script>
<script type="text/javascript">
_uacct="UA-xxxx-x";
urchinTracker();
</script>
```

You'll need to update the "xxxx-x" in the sample above with your own Google Analytics account number. You can access your personalized tra code in its entirety by following the instructions in Where can I find my tracking code?.

Once you've completed this step, Google Analytics will begin collecting traffic data. You'll be able to see data in your reports within 24 hours.

**Database driven sites** - Insert the tracking code on your index.php page or equivalent (eg. default.php, index.cfm).

**Pages with frames** - A web page containing frames will generate multiple pageviews: one for the framing page (containing either a FRAMESE IFRAME tag within its HTML code), and one for each page shown in a frame. As a result, pageviews may be somewhat inflated. Even if a pag site only appears as a frame for another page, we still recommend tagging it with the entire tracking code. If a visitor reaches the page through engine or a direct link from another site and the page doesn't contain the tracking code, the referral, keyword and/or campaign information from source will be lost.

Please see How do I interpret the reports for a website that has frames?

Step 6 - Grant access to other users

**Granting profile access**

Google Analytics provides the ability to add any number of users to your account, and to grant varying levels of access to your reports. Access particular reports and/or domains is configured through a combination of profile access and Report dashboards and categories.

To allow access to another user, follow the instructions below. Please note that additional users will need to create a free Google Account in or granted access.

1. Click **Access Manager**.

2. Click **Add**.

3. Enter the user's email address, last name, and first name.

4. Select the **Access type** for this user: **View reports only**, or **Account Administrator**, which allows the user to edit account settings.

5. If you selected **View reports only**, select the profiles to which this user should have access (note that Account Admins have access to profiles). Reports for profiles that are not selected will not be available to this user.

6. Click **Add** to move these profiles into the *Selected Website Profiles* list.

7. Click **Finish** to create the new user.

## Report dashboards and categories

If you would like a user to have access to a certain subset of reports only, you can set the available reports on a profile level. For example, if P shows all reports for domain www.example.com, but you'd like UserB to view only the marketing reports for www.example.com:

1. Create a new profile (ProfileB) with the same settings as ProfileA.

2. From the **Analytics Settings** page, click **Edit** to update ProfileB's settings.

3. In the **Main Website Profile Information** section, click **Edit**.

4. Select the Report dashboards and Report categories for which UserB will need access from the **Available reports** section and click **Sa Changes.** Report dashboards provide quick access to reports applicable to a job function, while Report categories contain a full comple related reports.

5. Click **Access Manager.**

6. Click **Edit** in UserB's row.

7. Select ProfileB from the **Available Website Profiles** list and click **Add** to move it to the Selected... list.

8. Click **Save Changes.**

**Step 7 - Create goals and funnels**

If your website is designed to drive visitors to a particular page, such as a purchase or email signup page, you can track the number of success conversions using goals and funnels in Google Analytics.

- A goal is a website page a visitor reaches once she or he has made a purchase or completed another desired action, such as a registr download.

- A funnel represents the path that you expect visitors to take in order to reach the goal. Defining these pages allows you to see how freq visitors abandon goals (and where they go instead) and the value of the goal.

Each profile can have up to 4 goals, with a defined funnel for each. To set up goals and funnels:

**Enter Goal Information:**

1. From the **Analytics Settings** page, find the profile for which you will be creating goals and click **Edit.**

2. Select one of the 4 goal slots available for that profile and click **Edit.**

3. Enter the **Goal URL.** Reaching this page marks a successful conversion. For example, a registration confirmation page, a checkout con page, or a thank you page.

4. Enter the **Goal name** as it should appear in your Google Analytics account.

5. Turn the goal **On** or **Off.** This selection decides whether Google Analytics should track this conversion goal at this time. Generally, you' set the **Active Goal** selection to **On.**

Then, **Define a funnel** by following these steps:

1. Enter the **URL** of the first page of your conversion funnel. This page should be a page that is common to all users working their way toward your Goal. For example, if you are tracking user flow through your checkout pages, do not include a product page as a step in your funnel.

2. Enter a **Name** for this step.

3. If this step is a **Required step** in the conversion process, select the checkbox to the right of the step. If this checkbox is selected, users your goal page without travelling through this funnel page will not be counted as conversions.

4. Continue entering goal steps until your funnel has been completely defined. You may enter up to 10 steps, or as few as a single step.

Finally, configure **Additional settings** by following the steps below:

1. If the URLs entered above are **Case sensitive**, select the checkbox.

2. Enter a **Goal value**. This is the value used in Google Analytics' ROI calculations, and can be either a set value for the page, or a dynam pulled from your e-commerce receipt page. If the former, enter the amount in the field; if the latter, leave this field blank and refer to <u>How</u> <u>track e-commerce transactions?</u>

3. Click **Save Changes** to create this Goal and funnel, or **Cancel** to exit without saving.

**Please see the following articles for more information on setting up goals:**

- <u>How do I differentiate my goal and funnel steps if my URLs are dynamically generated?</u>
- <u>How do I differentiate my goals and funnels if my site URLs are identical?</u>
- <u>How do I track a goal that is an outbound link?</u>
- <u>How do I track a goal that is a download (eg. PDFs, AVIs, or WMVs)?</u>

**Step 8 - Tag your advertising campaigns**

*Note to AdWords users:* If you'll only be tracking AdWords campaigns, **you may skip this step.** Once you've linked your AdWords and Analyti accounts, AdWords keywords are automatically tagged with the required tracking variables.

Tagging your online ads is an important prerequisite to allowing Google Analytics to show you which marketing activities are really paying off. involves inserting and defining specific variables into the links that lead to your website.

Generally speaking, you need to tag all of your paid keyword links, your banners and other ads, and the links inside your promotional email me *except* those in Google AdWords, which are automatically tagged. Fortunately, the tagging process goes smoothly once you understand how to differentiate your campaigns. In addition, the <u>URL Builder</u> tool makes it easy to tag your links.

For a full explanation of tagging your links, please read <u>How do I tag my links?</u> If you'd like to get started quickly, refer to the table below.

| Variable | Name | Description |
|---|---|---|
| utm_source | Source | Every referral to a web site has an origin, or *source*. Examples of sources are the Google search engine, the AOL search engine, the name of a newsletter, or the name of a referring web site. |
| utm_medium | Medium | The *medium* helps to qualify the source; together, the source and medium provide specific information about the origin of a referral. For example, in the case of a Google search engine source, the medium might be "cost-per-click", indicating a sponsored link for which the advertiser paid, or "organic", indicating a link in the unpaid search engine results. In the case of a newsletter source, examples of medium include "email" and "print". |
| utm_term | Term | The *term* or *keyword* is the word or phrase that a user types into a search engine. |
| utm_content | Content | The *content* dimension describes the version of an advertisement on which a visitor clicked. It is used in content-targeted advertising and Content (A/B) Testing to determine which version of an advertisement is most effective at attracting profitable leads. |
| utm_campaign | Campaign | The *campaign* dimension differentiates product promotions such as "Spring Ski Sale" or slogan campaigns such as "Get Fit For Summer". |

An example URL:

http://www.examplesite.com/?utm_source=google &utm_medium=ppc &utm_term=exampleword &utm_content=campaign1 &utm_campaign=exampleproduct

**Step 9 - Enable e-commerce transaction tracking**

With some simple additions to your receipt page, Google Analytics can automatically detect and record transaction and product information. The required information is placed into a hidden form which is parsed for transaction and product information. Most template driven e-commerce sy be modified to include this information in the receipt.

You'll also need to enable e-commerce reporting for your website's profile:

- From the Analytics Settings page, click Edit next to the profile you would like to enable.
- Click Edit from the Main Website Profile Information box
- Change the E-commerce Website radio button from No to Yes.

**Writing the required information**

Somewhere in the receipt, below the tracking code, the following lines need to be written by your engine. Everything in brackets should be repl actual values, as described in How do I track e-commerce transactions?.

    <body onLoad="javascript:__utmSetTrans()">

    <form style="display:none;" name="utmform">
    <textarea id="utmtrans">

```
UTM:T[order-id][affiliation][total][tax][ [shipping][city][state][country]
UTM:I[order-id][sku/code][productname]|
[category][price][quantity]

</textarea>

</form>
```

Refer to How do I track e-commerce transactions? for further instructions on writing transaction information to your receipt pages.

**More information**

**Tracking transactions across domains and subdomains** - If you are tracking transactions that occur on a different domain or subdomain th. main site, read How do I use Google Analytics to track a 3rd-party shopping cart? for instructions on updating your tracking code.

**3rd party shopping cart compatability** - Google Analytics uses 1st party cookie technology to track visitors and generate reports. 1st party cc require that the JavaScript code be called from each web page to avoid breaching the security settings in your visitors' web browsers. If you ca source code of your shopping cart site and add the Google Analytics tracking code, you'll be able to use it with Google Analytics.

## Monitoring Performance : Google Analytics : Getting Started : Installing the Tracking Code : Installatio Details

How long does it take to see report data after adding the tracking code?

Google Analytics generally updates your reports every 24 hours. This means that it could take 24 hours for data to appear in your account afte first installed the tracking code.

How do I run Google Analytics on my intranet?

In order for Google Analytics to populate reports for your intranet usage, your corporate network needs to reach the urchin.js JavaScript at http://www.google-analytics.com/urchin.js.

If you can reach the above URL using your network's internet connection, you have satisfied the first requirement. Additionally, your intranet mi accessed using a fully qualified domain name (FQDN) such as **http://intranet.example.com.** The urchin.js JavaScript will not work if your intra accessed using a non-FQDN (such as **http://intranet**).

How can I obtain tracking code for secure pages?

If your site includes secure web pages using the HTTPS protocol, you'll need to make sure that your tracking code is tailored for secure access **Website URL** includes https, your tracking code will already be customized for secure pages. Otherwise, you'll need to update this value for profile.

To obtain Google Analytics tracking code that is tailored to secure (HTTPS) web pages:

1. Log in to Google Analytics
2. Find the profile for which you are obtaining tracking code and click **Edit**
3. In the Main **Website Profile Information** bar, click **Edit**
4. Edit the **Website URL** field by specifying `https://` rather than `http://`
5. Click **Save Changes**

To obtain the secure tracking code, click the **Check Status** link above the Main **Website Profile Information** bar. Your tracking code will be c for secure pages and will look like the example below:

```
<script src=" https://ssl.google-analytics.com/urchin.js" type="text/javascript">
</script>
<script type="text/javascript">
_uacct = "UA-XXXXX-X";
urchinTracker();
</script>
```

You can add this secure code to both secure and non-secure pages of your site.

How do I install the tracking code on PHP sites?

When a visitor views a PHP site, their browser receives HTML output from the PHP code. Google Analytics is able to track PHP sites as long a rendered HTML output contains the correct tracking code.

- Tracking a Static PHP Site
- Tracking Dynamic PHP Sites

**Tracking a Static PHP Site**

If your site is a static PHP site, create a file called **analyticstracking.php** that contains the following content:

```
<script src="http//:www.google-analytics.com/urchin.js" type="text/javascript">
</script>
<script type="text/javascript">
_uacct="UA-XXXXX-X";
urchinTracker();
</script>
<?php
```

```
// End Analytics tracking code
?>
```

Make sure to replace the sample _uacct value above with your account number (read Where can I find my tracking code?)

After you've uploaded **analyticstracking.php** to your site, add the following line to each template page before the closing </body> tag:

```
<?php include_once("analyticstracking.php") ?>
```

Alternatively, you can add the line above to an existing footer include file, which will place it in the correct area of the HTML document.

**Tracking Dynamic PHP Sites**

Dynamic pages whose URLs don't change can also be tracked using the Google Analytics tracking code. To do so, create a file called **analyticstracking.php** containing the following content (note that this content is slightly different than that described above in Tracking a Static PHP Site, and also differs from your standard tracking code):

```
<script src="http//:www.google-analytics.com/urchin.js"
type="text/javascript">
</script>
<script type="text/javascript">
    _uacct="UA-XXXXXX-X";
    urchinTracker(<?php echo $virtual_page ?>);
</script>
<?php
// End Analytics tracking code
?>
```

Make sure to replace the sample _uacct value above with your account number (read Where can I find my tracking code?)

After you've uploaded **analyticstracking.php** to your site, add the following line to each template page before the closing </body> tag:

```
$virtual_page = "example_page_name_1";
<?php include_once("analyticstracking.php") ?>
```

Replace example_page_name_1 with a value that will help you uniquely identify the page that you are trying to track.

This declaration will pass the contents of the variable to the urchinTracker() call. If no value has been set, it will simply call urchinTracker() as n

---

**Can I host the urchin.js file locally?**

---

While you are welcome to download the file to examine, we do not recommend that users serve the urchin.js themselves.

Most people wish to host urchin.js locally in order to avoid making their users download it from Google every time they request a page. How urchin.js is designed to be downloaded once from Google and is then served from the visitor's cache.

Referencing the urchin.js file from Google's servers will ensure that you are using the most current version, allowing you to easily obtain ne features and other enhancements as they become available. This will help make your reports as accurate as possible.

## Monitoring Performance : Google Analytics : Getting Started : Installing the Tracking Code : Tracking Domains and Subdomains

---

**How do I track a site that uses domain aliases?**

---

The following instructions provide an example of how to redirect aliased domains to the primary domain in Apache and IIS servers. These step ensure that the Analytics visitor tracking is getting set under the primary domain and that all visitors are tracked consistently.

Redirecting Aliases in Apache

If you are using an Apache webserver, the configuration can be easily modified to redirect all traffic originating under one of the aliases t the primary site. One way to do this is to create two VirtualHost entries. The first will be the primary domain which will include your norm configuration; the second VirtualHost will be for all the aliases and will redirect to the primary:

```
#--primary virtualhost

   Servername www.mysite.com
   Serveralias mysite.com
   ...

#---second virtualhost

   Servername mysite.org
   Serveralias www.mysite.org mysite.net www.mysite.net
   RewriteEngine on
   RewriteRule ^(.*) http://www.mysite.com$1 [R=301]
```

The second VirtualHost uses a rewrite rule with a 301 (Moved Permanently) redirect code to forward all traffic to the original site. At this point, as far as Google Analytics is concerned, the site appears to be a one-domain site and is ready for normal Analytics tracking code installation.

Redirecting Aliases in IIS

If you are using a Microsoft IIS webserver, the configuration can be easily modified to redirect all traffic originating under one of the aliases to the primary site. One way to do this is to create two websites in the IIS configuration. The first will be the primary domain (www.mysite.com) which will include your normal configuration; the second will be for all other aliases (mysite.net, mysite.org, etc) and will redirect to the primary.

In the IIS Manager, right click on one of the websites and bring up the properties dialog. On the "Web Site" tab, click the "Advanced..." button. This brings up the window where additional domains can be assigned to the website using the "Host Header" field. Set the primary domain in the primary website, and use the second website to house all of the aliases.

Once the second website housing all of the aliases is configured and enabled, create a blank homepage with the following redirect code:

```
<META HTTP-EQUIV=Refresh CONTENT="0; URL=http://www.mysite.com/">
```

This will instruct the visitor's browser to immediately redirect to the primary URL. At this point, the primary website appears to be a simple one-domain configuration, and normal Google Analytics tracking code installation can proceed with default settings.

# Monitoring Performance : Google Analytics : Getting Started : Installing the Tracking Code : Troubleshooting Tracking

What should I know about using Analytics with framed sites?

Installing the GA tracking code on a site that uses frames requires some careful consideration to ensure that your traffic is tracked accurately, and the referral information is retained.

1. Where should I place my tracking code?
2. Why isn't my CPC information appearing?
3. Why aren't referrals showing up?
4. Is my traffic being inflated?

## 1. Where should I place my tracking code?

We recommend that a site which uses frames include the tracking code in the <head> section of the frameset page, as well as directly before the </body> tag of each child frame that you want to track. (The tracking code goes into the head section of the frameset page, as these documents contain a body section.) If you place your tracking code within a <noframe> tag thinking that it's equivalent to the body, the code will not run a

data will be recorded.

## 2. Why isn't my CPC information appearing even though I've enabled auto-tagging?

The landing page URL of your ads is the frameset document, and not the child frames within that document. If you haven't added tracking code to the <head> section of your frameset, Analytics won't track that page and your campaign parameters will be lost.

## 3. Why aren't referrals showing up?

If all frames on the site reside on the same domain, then referral information can be recorded properly as long as the first page visited on the site has tracking code installed.

If frames on the site reside on different domains, the referral information is likely to be inaccurate, since one frame may be recorded as the referring source of another, instead of a previous site being recorded as the referring source.

In either case, the *All Navigation* and *Site Overlay* reports for sites with frames is not likely to provide useful information, since every frame with code on it will be recorded as a separate pageview, and the order of these pageviews will depend on the order in which the frames are loaded the actual navigation path taken by your visitors.

## 4. Is my traffic being inflated?

Users may experience what they consider to be inflated traffic, since every framed page, as well as the frameset, will be tracked individually. For example, if a frameset with tracking code has 3 frames, with tracking code installed on each frame, a single visit to the frameset URL will result in 4 pageviews. Users may choose to track only some of the framed pages, or only the frameset itself. Your implementation will depend on what data you're interested in collecting.

.........................................................................................

Can I use both Google Analytics and Urchin 5 at the same time?

.........................................................................................

If you're currently an Urchin software user and would like to also use Google Analytics, you can do so by making a small change to your Analytics tracking code. (If you don't yet have an Analytics account, you can sign up for one. It may take a few days for your invitation to arrive after sign

1.  Copy your Google Analytics tracking code into a text editor.

2.  Add the line in bold below to your tracking code (your actual code will contain your account and profile number in place of xxxx-x):

```
<script src="http://www.google-analytics.com/urchin.js" type="text/javascript">
</script>
<script type="text/javascript">
_uacct="UA-xxxxxx-x";
_userv=2;
urchinTracker();
</script>
```

This additional line will serve the pageview to Urchin Software as well as Google Analytics, allowing you to gather data with both produ

3. Add the tracking code to each of your pages.

## Monitoring Performance : Google Analytics : Getting Started : Installing the Tracking Code : **Overview**

**Where can I find my tracking code?**

To access your tracking code:

1. Sign in to Google Analytics

2. From the **Analytics Settings** page, find the profile for which you would like to retrieve the tracking code. Please note that tracking code profile-specific.

3. From that profile's **Settings** column, click **Edit**

4. At the top right of the Main Website Profile Information box, click **Check Status**

5. Your tracking code can be copied and pasted from the text box in the **Instructions for adding tracking** section

When adding your tracking code to your web pages, make sure to paste it into the body section of your HTML code, immediately preceding the tag.

**Where do I place the Analytics code in my Blogspot domain?**

You can use Google Analytics to track the traffic to your Blogspot domain. To do so:

1. Sign in to your Blogger account at www.blogger.com

2. If you have more than one blog under your Blogger account, select the blog that you'll be tracking

3. Click the **Template** tag

4. In the HTML code box, scroll down to the bottom of the code. Paste the Analytics tracking code directly above the closing tags:

```
<script src="http://www.google-analytics.com/urchin.js" type="text/javascript">
</script>
<script type="text/javascript">
_uacct = "UA-xxxxxx-x";
urchinTracker();
</script>

</body>
</html>
```

5.  Click **Save Template Changes**

6.  Click **Republish** to update your live site

**Tip:** When you're creating a profile for your blog, make sure to enter the specific Blogspot domain name (eg. **http://myblog.blogspot.com**), and Blogspot homepage URL (www.blogspot.com). If you're not sure what URL you entered, you can check and update it from the Profile Settings

## Monitoring Performance : Google Analytics : Getting Started : About Google Analytics :

Clickthrough Rate

(CTR) The number of times an ad is clicked on, divided by the number of impressions it receives. For example, if an ad is shown 20 times and clicks, the clickthrough rate is 3/20, or 15%.

Keyword

A significant word or phrase, relevant to the web page or document in question.

Keyword searching is the most common form of text search on the internet. You can see the keywords being used to find your site in search en the **Overall Keyword Conversion** report, found under *Marketing Optimization > Search Engine Marketing*.

Registering your site with Google Sitemaps will also provide information on the top searches that return your site, even if searchers aren't clicki through from those results.

Admin Level

Google Analytics has two basic levels of access - **View Reports Only** and **Account Administrator**. Users with View Reports Only access can Profiles' reports and view and edit their own language preferences. All Account Administrators have complete administrative control of the syst

For instructions on updating Admin Levels for users of your account, please read How do I grant other users access to my Analytics reports?

HTML

Hyper Text Markup Language is used to write documents for the World Wide Web and to specify hypertext links between web pages and docu

Hyperlink

A text reference in a web page that, when clicked, directs the user's browser to another page or document. Hyperlinks are integral to the World Web, allowing every page to be linked to any other page.

**Tracking Code**

The Google Analytics tracking code is a small snippet of code that is inserted into the body of an HTML page. When the HTML page is loaded, Analytics server and logs a pageview for that page, as well as captures information about the visit and non-identifying information about the vis

The tracking code looks similar to the example below:

```
<script src="http://www.google-analytics.com/urchin.js" type="text/javascript">
</script>
<script type="text/javascript">
    _uacct="UA-xxxx-x";
    urchinTracker();
</script>
```

**Visitor Session**

A Visitor Session is a defined period of interaction between a Visitor (both unique and untrackable visitor types) and a website.

**Visit**

See Session.

**View Total**

The View Total is the sum of the items currently shown in a report. This total does not include items that are not shown.

For example, if the report in question is showing 10 items out of 45, the **View Total** number represents the total for only the 10 items shown. B which represents the sum of *all* items in this report for the specified Date Range.

**User Agent**

A user agent is a generic term for any program used for accessing a website. This includes browsers (such as Internet Explorer or Netscape), program that retrieves information from a website.

**User**

As it pertains to Google Analytics, a user is defined as a person who has been granted access to an account.

How do I grant other users access to my Analytics reports?

**Untrackable Session**

A period of visitor interaction with a website for which the visitor cannot necessarily be distinguished as being unique.

**Unique Visitor Session**

A Unique Visitor Session is a visitor interaction with a website for which the visitor can be tracked and declared with a high degree of confidenc

**URL**

A Uniform Resource Locator (URL) is a means of identifying an exact location on the Internet. For example, http://www.google.com/analytics/c the web page conversionuniversity.html in the /analytics/ directory on the Google website. URLs typically have four parts: protocol type (HTTP) name (conversionuniversity.html).

**Top-Level Domain**

(TLD) The last part of a URL or domain name. For instance, the TLD of google.com is ".com", and the TLD of google.co.uk is ".uk".

**Term**

In the context of campaign tracking, **term** refers to the keyword(s) that a visitor types into a search engine. The UTM variable for term is utm_te source, medium, content, and campaign.

**Status Code**

A status code, also known as an error code, is a 3-digit code number assigned to every request (hit) received by the server. Most valid hits will 404 error. Some commonly seen codes are shown below in **bold** .

100 Continue
101 Switching Protocols
**200 OK**
201 Created
202 Accepted
203 Non-Authoritative Information
204 No Content
205 Reset Content
206 Partial Content
300 Multiple Choices
301 Moved Permanently
302 Moved Temporarily

303 See Other
304 Not Modified
305 Use Proxy
400 Bad Request
**401 Authorization Required**
402 Payment Required
403 Forbidden
**404 Not Found**
405 Method Not Allowed
406 Not Acceptable
407 Proxy Authentication Required
408 Request Time-Out
409 Conflict
410 Gone
411 Length Required
412 Precondition Failed
413 Request Entity Too Large
414 Request-URL Too Large
415 Unsupported Media Type
**500 Server Error**
501 Not Implemented
502 Bad Gateway
503 Out of Resources
504 Gateway Time-Out
505 HTTP Version not supported

Source

In the context of campaign tracking, a source is the origin of a referral. Examples of sources are the Google search engine, the name of a newsl the name of a referring website. The UTM variable for source is utm_source.

Source is one of the five dimensions of campaign tracking; the other four dimensions are campaign, medium, term, and content.

Site Domains

Site Domains are the valid domains that point to a given website. For example, the Site Domains for Google.com are www.google.com and goc

Session

A period of interaction between a visitor's browser and a particular website, ending when the browser is closed or shut down, or when the user inactive on that site for a specified period of time.

For the purpose of Google Analytics reports, a session is considered to have ended if the user has been inactive on the site for 30 minutes. Yo

update this setting with an addition to your tracking code.

### Search Engine

A Search Engine is a program that searches documents for specified keywords and returns a list of the documents in which those keywords w
often ranked according to relevance. Although a search engine is really a general class of programs, the term is often used to specifically desc
systems like Google that enable users to search for documents on the World Wide Web.

### Return on Investment (ROI)

(Revenue - Cost) / Cost, expressed as a percentage.

For example, if an investment of $150 was made for advertising, and led to $500 in sales, the ROI would be:

**($500 - $150) / $150 = 2.33 or 233%**

### Repeat Session

A session for which the visitor can be tracked as unique, and who has visited the site previously during the current Date Range.

### Regular Expression

A string that uses wildcards and syntax rules to match a set of strings. Regular expressions are used in Google Analytics to customize filters to
the incoming data.

For example, if a user wishes to apply a filter to all hits on image files, a regular expression could be used:

\.(gif|jpg|png)

For more information on regular expressions, including a list of wildcards, please read  What are regular expressions?

### Platform

The hardware components that make up a computer. Also, and more relevant to Google Analytics reports, the operating system software that
communicates with the hardware components of a computer, and that allows other programs to be executed using its framework.

Common platforms include Windows XP, Windows 2000, Macintosh PPC, or Linux.

### Referrals

A referral occurs when any hyperlink is clicked that takes a user to a new page of file in any website - the originating site is the referrer.

When a user arrives at your site, referral information is captured, which includes the referrer URL if available, any search terms that were used date information and more.

**Query Token**

A special character in a URL that separates the page location information from the query string. The query string may contain numerous *field=*\ pairs, all of which must come after the initial query token.

For example, in this URL:

```
http://www.google.com/search?q=analytics
```

the query token is the question mark.

**Profile**

A Profile is a set of rules that dictate the data to be used for your Google Analytics reports. Profile information includes but isn't limited to the d subdomain to be tracked, whether data should be collected for certain pages or directories only, user access levels, and funnel and goal config

While a single profile generally corresponds with a single domain, there are situations in which multiple profiles are used to track a single doma would occur when two sets of reports are required, each with different data filters and/or access rights, for example.

**POST**

A method of sending form data from a web page to a server. The POST method sends information in the body of the submission, as opposed t (default) method, which sends the form information as parameters in the URL. POST allows for the sending of larger amounts of data, and doe show the encoded form in the URL.

**Pay-per-click**

An advertising model in which the advertiser pays a certain amount to the publisher each time the advertiser's ad is clicked from the publisher's referred to as cost-per-click.

**Password**

A password is the word or code used to authenticate a user on the Google Analytics administration or reporting system, or any other protected is advisable to use passwords that are difficult to guess, such as those containing numbers or symbols.

**Pageview**

A pageview is an instance of a page being loaded by a browser.

Google Analytics logs a pageview each time the tracking code is executed. This can be an HTML or similar page with tracking code being loaded by a browser, or an urchinTracker event that is created to simulate a pageview in Analytics reports.

**Page**

Any file or content delivered by a web server that would generally be considered a web document. This includes HTML pages (.html, .htm, .shtml, etc.), dynamically generated pages (.cgi, .asp, .cfm, etc.), and plain-text pages. It also includes sound files (.wav, .aiff, etc.), video files (.mov, etc.), and other non-document files.

**Image** files (.jpeg, .gif, .png), javascript (.js) and style sheets (.css) are generally not considered to be pages.

**PDF**

Portable Document Format. A file format developed by Adobe Systems to allow for display and printing of formatted documents across platforms/ systems. PDF files can be read on any system equipped with the Acrobat Reader software.

**Online**

A general term referring to anything connected to or conveyed through the internet.

**OS**

(Operating System) Software designed to control the hardware of a specific data-processing system in order to allow users and application programs employ it easily. Some common operating systems include MacOS and Windows XP.

**Network**

A set of computers connected so that they can communicate and share information. Most major networks are also connected to the global network called the Internet.

**NCSA**

NCSA stands for the National Center for Supercomputing Applications. The NCSA developed several important web protocols and software systems including the standard logging type used by Apache - NCSA Extended Combined.

**Medium (Campaign Tracking)**

In the context of campaign tracking, medium indicates the means by which a visitor to a site received the link to that site. Examples of medium: "organic" and "cost-per-click" in the case of search engine links, and "email" and "print" in the case of newsletters. The UTM variable for medium utm_medium.

Medium is one of the five dimensions of campaign tracking; the other four dimensions are source, campaign, term, and content.

**JavaScript**

A scripting language commonly used within web pages. JavaScript programs are executed by the browser, rather than running on the server. ( Analytics uses JavaScript in its tracking code, and provides JavaScript functions such as utchinTracker to help users customize their reports.

**Include**

A type of filter within your Google Analytics account. Include filters match a text string or regular expression against incoming data, and keep on hits that match. Other hits are discarded and are not included in your Analytics reports.

**Impression**

A display of a referral link or advertisement on a web page.

**ISP**

Internet Service Provider. A company which provides other companies or individuals with access to, or presence on, the Internet. Your DSL or internet service is provided to you by your ISP.

**IP Address**

An identifier for a computer or device on a TCP/IP network. Networks using the TCP/IP protocol route data based on the IP address of the dest The format of an IP address is a numeric address written as four numbers separated by periods. Each number ranges from 0 to 255.

**Example:** 192.168.0.1

**IIS**

Microsoft Internet Information Server (IIS) is a popular web server software system for Windows operating systems. For more information, see Microsoft.com.

**Hit**

A request to the web server for a file. This can be an HTML page, an image (jpeg, gif, png, etc.), a sound clip, a cgi script, and many other file t HTML page can account for several hits: the page itself, each image on the page, and any embedded sound or video clips. Therefore, the num a website receives is not a valid popularity gauge, but rather is an indication of server use and loading.

**Graphic User Interface**

(GUI) Pronounced "gooey". A method of controlling software using graphics instead of text command lines. Generally includes on-screen icons dialog boxes, and objects that can be moved or resized, usually with a pointing device such as a mouse.

**Goal Conversion Rate**

In the context of Campaign Tracking, the percentage of sessions on a site that result in a conversion goal being reached on that site.

**GIF**

A graphics file type. The Graphics Interchange Format is a compressed, bitmapped format often used on the web because of its good quality tc compression ratio, especially with images containing large, flat areas of color.

**GET Method**

The GET method is a way of passing parameters of an HTTP request from the browser to the server. This method puts the parameters, usuall separated by special characters such as ampersands ("&"), in the URL itself, which is viewable to the person using the browser. The other met POST, which is used when the site does not want to pass the parameters in the URL. POST is desirable when there is a large quantity of text t the server or the information is sensitive. Here is an example GET request:

http://www.google.com/support/analytics/bin/answer.py?
answer=33019&query=UTM&topic=0&type=f

**Frame**

A "page within a page." A frame is a rectangular region within a web page, in which another page is loaded. Frames are often used for navigati menus, so that the navigation bar remains on the page while new pages are loaded within the frame.

**Form**

A set of fields on a web page for data entry. The form is submitted by the user and the data is sent to the server for processing.

Firewall

A security device that protects a network from unauthorized access. This can be a special kind of hardware router, a piece of software, or both

Filter Type

There are a number of different Filter Types available in your Google Analytics account. There are three preconfigured filters for common tasks as Advanced filter options that allow you to manipulate data to suit your needs.

For full descriptions of filter types, please read the Filters section of the Analytics Help Center.

Filter Pattern

A Filter Pattern is the actual text string against which Google Analytics will attempt to match pageview data. Patterns can be specific text to ma may use wildcards as part of a regular expression.

Filter Field

When a pageview is logged, Google Analytics collects a range of information about that visit. This information can include the referrer, the IP a the visitor, and the domain, subdirectories and filename of the page viewed. These different pieces of information are sorted into fields.

To apply a filter to this information, you must identify the applicable field. This is the filter field.

Filter

A text string or regular expression that is applied to incoming traffic data. Filters are used to manipulate this data before it appears in Analytics either by excluding certain pageviews or by rewriting data to make reports more readable or relevant.

File Type

A File Type is a designation, usually in the form of an extension (such as .gif or .jpeg), given to a file to describe its function or the software tha required to act upon it.

FTP

(File Transfer Protocol) A common method for copying a file from one computer to another through the Internet.

**Exclude**

*Exclude* is a filter type that discards all pageviews that do not match the filter string. For example, you may wish to create an Exclude filter that matches your home computer's IP address, so that your own pageviews do not show up in Google Analytics reports.

**Error Code**

Please see Status Code.

**Default Page**

The *Default page* is the web page to which your server defaults when no page on the domain is specified. For example, if the **index.html** page is loaded from your server when a user enters **www.yourdomain.com**, index.html is considered to be the Default page.

Your Analytics **Profile Settings** page contains a field in which to specify your default page. This information allows Google Analytics to combine hits to www.yourdomain.com and www.yourdomain.com/index.html, which are in fact the same page. If Default page isn't specified, these would be reported as two separate pages.

**DNS Lookup**

(Reverse DNS Lookup) The process of converting a numeric IP address into a text name. For example, 192.0.34.166 is converted to www.example.com.

**Cost-per-click (CPC)**

An advertising model in which the advertiser pays a certain amount each time their ad is clicked, irrespective of how many times the ad is displayed. Also sometimes referred to as PPC (pay-per-click).

**Cookie**

A small amount of text data given to a web browser by a web server. The data is stored on a user's hard drive and is returned to the specific web server each time the browser requests a page from that server.

Cookies are used to remember information from page to page and visit to visit, and can contain information such as user preferences or shopping cart contents, and can note whether a user has logged in so that they do not need to authenticate again as they navigate through the site.

**Conversion**

A conversion is said to occur when a visitor reaches a *goal* - a page that is specified in the **Goal Settings** section of each profile. This goal pag be a purchase confirmation page, a "thank you for registering" page, a download page, or an online presentation.

Optionally, goals may be combined with a defined Funnel - a series of pages through which the user must navigate in order to reach a goal.

**Content-targeted advertising**

An advertising model in which advertising is either manually or automatically targeted to the content of a page. For example, on a site about m the content-targeted advertisements will be related to motorcycles and motorcyclists.

**Content (Campaign Tracking)**

When tagging links, Content is used to label different versions of an advertisement. The variable for content, utm_content, indicates which vers link the visitor clicked on to reach a web site - for example, utm_content=graphic_v2.

Content is one of the five dimensions of campaign tracking; the other four are source, medium, campaign, and term.

**Click**

In Google Analytics reports, a Click refers to a single instance of a user following a hyperlink from one page in a site to another.

For example, the **Clicks** column in the *All Navigation* report shows how many times a user arrived at the selected page after clicking a hyperlin another page, and how many times a user clicked a hyperlink on the selected page to travel **to** another page.

**CGI Script**

A CGI script is a program written in one of several popular languages such as Perl, PHP, Python, etc., that can pass data between a web page programs on the web server. CGI scripts are widely used to process forms such as search boxes - the script would pass the search term to the system on the server, which would in turn pass the results back to the web page.

**Byte**

A byte is a unit of information transferred over a network (or stored on a hard drive or in memory). Every web page, image, or other type of file composed of some number of bytes. Large files, such as video clips, may be composed of millions of bytes ("megabytes"). Since website and important for site owners to be aware of and understand these figures. One byte is equal to 8 bits where each bit is either a one or zero. Com incorporating the word "byte" are:

- Kilobytes - 1,024 bytes
- Megabyte - 1,048,576 bytes
- Gigabyte - 1,073,741,824 bytes

**Browsers**

A browser, or more accurately a user agent, is the software used to access a website. Examples of user agents are "Explorer" (for Microsoft In Explorer), "Netscape" (for Netscape Navigator), and "Googlebot" (an automated robot that scours the web for website content to include in its s engine index).

**Bandwidth**

The amount of data that can be transmitted along a communications channel in a fixed amount of time. For digital devices, the bandwidth is us expressed in bits per second (bps) or bytes per second, where 1 byte = 8 bits.

**Average Page Depth**

The average number of pages on a site that visitors view during a single session. The *Content Optimization > Content Performance > Depth o* report shows page depth figures over a specified period of time.

**Authentication**

The verification of a user's identity, often through the use of a unique username and password, to control access to Internet or intranet resourc

**Apache**

Apache is a free, open-source web server software system that is pervasive on UNIX, Linux, and similar operating system types. For more info see www.apache.org.

**W3C**

The W3C, or World Wide Web Consortium, is a standards body dedicated to ensuring interoperability between all the varied system and netwo that comprise the World Wide Web part of the Internet. The W3C log format is commonly used by several web server software systems, such s Microsoft IIS. For more information, see the W3C website.

**Visitor**

A Visitor is a construct designed to come as close as possible to defining the number of actual, distinct people who visited a website. There is no way to know if two people are sharing a computer from the website's perspective, but a good visitor-tracking system can come close to the

number. The most accurate visitor-tracking systems generally employ cookies to maintain tallies of distinct visitors.

**Unique Visitors**

Unique Visitors represents the number of unduplicated (counted only once) visitors to your website over the course of a specified time period. A Visitor is determined using cookies.

**Reverse DNS**

Name resolution software that looks up an IP address to obtain a domain name. It performs the opposite function of the DNS server, which turns into IP addresses.

**Scalable**

Quality of an implementation that allows it to grow as the usage of the service increases.

**Revenue**

In versions of Google Analytics that support e-commerce reporting, the term Revenue is used in place of whichever local currency is being use Google Analytics supports currencies other than the US dollar. Revenue tabs appear on several reports as a data display option when appropr

**Returning Sessions**

Returning Sessions represents the number of times unique visitors returned to your website during a specified time period.

**Script**

A short computer program written in a simplified programming language, such as JavaScript, VBScript, or Perl.

**Referrer**

The URL of an HTML page that refers visitors to a site.

**Referral Errors**

A referral error occurs whenever someone clicks on a link that points to your site but that contains a reference to a non-existent page or file. Th usually results in a "404 Not Found"-type error.

**Protocol**

An established method of exchanging data over the Internet.

**No Referral**

The "(no referral)" entry appears in various Referrals reports in the cases when the visitor to the site got there by typing the URL directly into th window or using a bookmark/favorite. In other words, the visitor did not click on a link to get to the site, so there was no referral, technically spe

**Navigation**

Describes the movement of a user through a website or other application interface. This term also indicates the system of available links and b the user can use to navigate through the website.

**Meta Tag**

A special HTML tag that provides information about a web page. Unlike normal HTML tags, meta tags do not affect how the page is displayed. they provide information such as who created the page, how often it is updated, what the page is about, and which keywords represent the pag content. Many search engines use this information when building their indices.

**Log file**

A file created by a web or proxy server which contains all of the access information regarding the activity on that server. Each line in a log file g by web server software is a hit, or request for a file. Therefore, the number of lines in a log file will be equal to the number of hits in the file, not any field definitions line(s) that may be present.

**Java**

An object-oriented programming language invented by Sun Microsystems. Java is designed to run on any type of computer hardware through a intermediary layer called a virtual machine, which translates Java instructions into native code for that particular computer.

**HTTP**

Hyper Text Transfer Protocol is a standard method of transferring data between a web server and a web browser.

**Hardware**

A computer and the associated physical equipment directly involved in the performance of data-processing or communication functions.

**Filler Name**

The Filter Name is intended to be a descriptive title for a filter. It is used only as an organizational aid, and may contain spaces.

**Directory**

A directory is a virtual container for holding computer files. It is not merely a list of items, as the name would imply, but rather a key building blo computer's storage architecture that actually contains files or other directories.

**Error**

Errors are defined as pages that visitors attempted to view, but that returned an error message instead. Often these errors occur because of br (links to pages that do not exist anymore) or when an unauthorized visitor attempts to access restricted pages (for example, if the visitor does r password to access the page).

**Encryption**

The process of encoding information so that it is secure from other Internet users.

**E-commerce**

The buying and selling of goods and services, and the transfer of funds, through digital communications. Buying and selling over the internet, e

**Download**

To retrieve a file or files from a remote machine to your local machine.

**Domain Name System**

(DNS) An Internet addressing system that uses a group of names that are listed with dots (.) between them, working from the most specific to t general group. In the United States , the top (most general) domains are network categories such as edu (education), com (commercial), and e (government). In other countries, a two-letter abbreviation for the country is used, such as ca ( Canada ) and au ( Australia ).

**Domain**

A domain is a specific virtual area within the Internet, defined by the "top level" of the address or URL (Uniform Resource Locator). The top lev end of the address; example: "whitehouse.gov". In this example, the top-level part of the domain is ".gov", indicating a US government entity. T "whitehouse" part is the second-level domain, indicating where within the ".gov" domain the information in question is to be found. Other comm level domains include ".com", ".net", ".uk", etc.

**End User**

The final user of the computer software. The end user is the individual who uses the product after it has been fully developed and marketed.

Cron Job

A "cron job" is a scheduled task under a UNIX-type operating system. "cron" is a daemon, or program that is always running. Its function is sim Windows Scheduler.

Daemon

A daemon is any program under a UNIX-type operating system that runs at all times. Common daemons are servers (such as Apache or an F1 and schedulers (such as "cron").

Content (A/B) Testing

Testing the relative effectiveness of multiple versions of the same advertisement, or other content, in referring visitors to a site. Multiple version content can be uniquely identified by using a utm_content variable in the URL tag.

Code

Anything written in a language intended for computers to interpret.

Cache

A temporary storage area that a web browser or service provider uses to store common pages and graphics that have been recently opened. T enables the browser to quickly reload pages and images that were recently viewed.

A/B Testing

(Also referred to as *Content (A/B) Testing*.) Testing the relative effectiveness of multiple versions of the same advertisement, or other content, referring visitors to a site. Multiple versions of content can be uniquely identified by using a utm_content variable in the URL tag.

Monitoring Performance : Google Analytics : Getting Started : About Google Analytics : **Benefits of Gc**

**Analytics**

How does Google Analytics help me?

Google Analytics tells you how visitors found your site and how they interact with it. You'll be able to compare the behavior and profitability of v who were referred from each of your ads, keywords, search engines, and emails, and gain valuable insight into how to improve your site's cont design. However large or small your site, and however you drive traffic to it - whether it's unpaid search, partner sites, AdWords, or other cost-|

programs - Google Analytics tracks it, from click to conversion.

For AdWords users in particular, Google Analytics will provide you with the actionable information that you can use to increase your ROI by tra data for all of your campaigns and combining that data with conversion information on a page-by-page basis. Google Analytics automatically in AdWords cost data so that you can track the effectiveness of your AdWords campaigns, and automatically tags your AdWords destination URL keyword and campaign conversion rates with no effort on your part! To find out more about AdWords, please visit the AdWords home page at https://adwords.google.com.

--------------------------------------------------------
What are some questions Google Analytics answers?
--------------------------------------------------------

For Executives:

- Which marketing initiatives are most effective?
- What are accurate traffic patterns/trends on my websites?
- Which customer and customer segments are most valuable?

For Marketing Professionals

- Where are my visitors coming from and what do they do on my site?
- How can my website convert more visitors into customers?
- Which keywords resonate with prospects and lead to conversions?
- Which online ad or creative is the most effective?

For Content & Web Developers

- Why do so many people leave my site without doing what I want?
- Are there website design elements that are turning visitors away?
- What site content are people most interested in?

Monitoring Performance : Google Analytics : Getting Started : About Google Analytics : **Linking Existi Analytics to AdWords**

--------------------------------------------------------
Will the users of my Google Analytics account have access to my AdWords account?
--------------------------------------------------------

No. People who are granted access to your Google Analytics account will not be able to access your AdWords account. Note, however, that th able to view any AdWords-related reports such as *AdWords Analysis*.

You can limit a user's access to reports or profiles by following the instructions in How do I restrict a user's access to certain domains or report:

**Can I link several Google Analytics accounts?**

Yes. While you can create only one Google Analytics account per Google Account email login, you can link other Analytics accounts to your ov Administrator access to any other Google Analytics account, those account profiles will be accessible from the **My Analytics Accounts** drop-dc orange navigation bar of every page. Use this list to access any other account on which you have Administrator access.

# Monitoring Performance : Google Analytics : Getting Started : About Google Analytics : **Overview**

**How much does Google Analytics cost?**

Google Analytics is absolutely free! We're very pleased to be able to offer this web analytics solution for no charge, allowing anyone with a wet flow of visitors through their site, and identify elements of their site that could be changed to improve visitor retention.

This free version is limited to 5 million pageviews a month - however, users with an active Google AdWords account are given unlimited pagev is completely integrated into the AdWords front-end and with your AdWords campaign, making it easy to track your AdWords ROI.

**Google Analytics Update**

Google Analytics has been updated with several bug fixes and feature improvements. Here are some of the biggest updates:

**July 2006**

- The number of available profiles in your account has been increased to 10. You can use these additional profiles to track more of your s customize the report data that you see. The Managing Profiles section of the Google Analytics Help Center contains more information a

**June 2006**

- New **AdWords Keyword Positions Report:** In a continuing effort to improve visibility into your website's ROI using Google AdWords, report. The *AdWords Keyword Positions* report allows you to see where your AdWords ads are appearing on Google search results pag each of your keywords by their placement on the page.

  Don't have an AdWords account yet? Sign up now and link your Analytics account through AdWords' **Analytics** tab.

**May 2006**

- New **AdWords Analysis Report:** We've added a new report tailored especially for your AdWords account. This report is similar to the (now called **All CPC Analysis**), but details the campaign management system unique to the AdWords program. Use the *AdWords Ana*

campaigns to the ad groups and keywords you specify through your linked AdWords account.

Don't have an AdWords account yet? Sign up now and link your Analytics account through AdWords' **Analytics** tab.

**April 2006**

- We're adding support for more users and sending new invites all the time. If you haven't yet signed up for an invitation, please join the list.

- You can now view reports in your localized time zone. Setting your time zone is as easy as editing your **Profile Settings**. Learn more.

- We've added the ability to rename your Accounts. Learn more.

- Edit your account settings, including your language preference, from the **My Account** link at the top of every Google Analytics page.

**March 2006**

- We're adding support for more users and sending new invites all the time. If you haven't yet signed up for an invitation, please join the list.

- When you're working with multiple filters, the order in which they're applied becomes important. We've added the ability to manipulate this order through the **Assign Filter Order** link on your **Profile Settings** page.

- Additional changes to your filters include :

  - Two new filters to rewrite fields into **uppercase** and **lowercase** characters

  - New **Visitor Type** and **Referral** fields.

  - The introduction of **Custom Field 1** and **Custom Field 2**, for use as temporary data storage.

  - **Request Queries** and **Request Stem** fields have been eliminated - the **Request URI** contains the combined data of these two fields.

- To make your report data more accessible, we've added query terms to your **Top Content** report. You can access this data using the drill-down icons next to your page results.

- The **Page Query Terms** report has been eliminated in favor of the new **Dynamic Content** report. This new report shows data for all of your dynamic pages by listing the full Request URI in the top-level of the report. If you prefer to drill-down to your data, use the updated **Top Content** report.

- The **Site Overlay** feature now supports dynamic site content.

- The **Day Parts Breakdown** report has been removed.

Who is Google Analytics for?

Google Analytics provides powerful tracking for anyone with a web presence, whether it be a small hobby website or a giant online enterprise. the most powerful web analytics solutions on the market - and it's free for anyone to use!

Google Analytics provides in-depth reports for everyone involved in the running of a website, from the developers and designers to the marketi management teams. Find out where people leave your site, and what content catches their attention. Compare marketing campaigns and see return on investment for all of your AdWords spend. The ways that you can use Google Analytics are endless.

Google AdWords customers can even see their Analytics data from inside their AdWords account - we've added an Analytics tab with your rep settings. Plus, Analytics automatically tags your AdWords campaigns for detailed tracking, and AdWords advertisers benefit from unlimited pag

So, whoever you are, and whatever your role on the web, check out Google Analytics now.

## Monitoring Performance : Google Analytics : Getting Started : About Google Analytics : Technical Det

Will my website's appearance or performance be affected by Google Analytics?

The appearance of your website will never be affected by your use of Google Analytics - we don't place any images or text on your pages. Like performance of your pages won't be impacted, with the possible exception of the very first page-load after you have added the tracking code. T pageview calls the JavaScript on Google's servers, which may take slightly longer than a regular page load. Subsequent pageviews will use ca and will not be affected.

How does Google Analytics work?

Google Analytics uses a first-party cookie and JavaScript code to collect information about visitors and to track your advertising campaign data Analytics anonymously tracks how visitors interact with a website, including where they came from, what they did on a site, and whether they c any of the site's conversion goals. Analytics also keeps track of your e-commerce data, and combines this with campaign and conversion infor provide insight into the performance of your advertising campaigns.

All of this information is presented in an easy-to-read, yet thorough manner, through intuitive, visual reports. Google Analytics won't affect the performance or the appearance of your website - there are no extra files to host on your website, and no GIF files are called by your pages.

With information from Google Analytics, you will be able to drive traffic more efficiently to your site, and convert that traffic more effectively.

Will Google Analytics cookies interfere with our website's cookies?

Google Analytics' JavaScript code was designed to be highly compatible with your website's exisiting cookie usage. All Google Analytics cooki begin with _utm to prevent any naming conflicts between our cookies and your own.

What version of JavaScript does Google Analytics use?

Google Analytics' *urchin.js* JavaScript is currently compatible with JavaScript Version 1.0. Google Analytics will be able to record any data com browser supporting JavaScript Version 1.0 and above. Most modern browsers support this version, including browsers used in portable device:

Where is the Profile Settings page?

Your Analytics account has a **Profile Settings** page for each profile in that account. To access the Profile Settings page:

1. Click **Analytics Settings**, at the left corner of the orange header bar

2. In the *Website Profiles* box, click the **Edit** link next to the appropriate profile. The Profile Settings page appears.

Does Google Analytics have a pageview limit?

Google Analytics is a free service that offers users up to 5 million pageviews a month. If your site generates more than 5 million pageviews per you will need to link it to an active AdWords account in order to avoid interruption of your Google Analytics service. Google Analytics currently active AdWords account as an AdWords account that has at least one active and running Campaign, with a minimum budget of $1 per day (or equivalent amount in a non-U.S. currency).

# Monitoring Performance › Google Analytics › Getting Started › About Google Analytics › **Google Analyt** and Urchin

I'm upgrading to Google Analytics from Urchin On Demand. What do I need to do to take full advantage of Google Analytics?

Urchin from Google, the On Demand web analytics service, is now a free product and has been renamed to Google Analytics. What does this i you? Your current page tags will continue to work as before. At this time you don't have to do anything.

When and if you decide to take advantage of the new auto-tagging functionality for AdWords campaigns, however, you'll need to complete the simple steps below.

1. Update your site tags from the existing UTM tags to the new Google Analytics tracking code tags. To obtain the new tracking code:

    a. Log in to your Google Analytics account

    b. From the **Analytics Settings** page, click the **Edit** link next to the profile for which you are retrieving tracking code. The Profile S page appears.

    c. At the top-right of the table, click **Check Status**. Your tracking code is contained in the text box in the **Instructions for adding t** section that appears.

2. Copy and paste the new tracking code into each page of your website, removing your old tagging.

3. Remove the **__utm.js** file from your root directory (not mandatory).

4. Update any special or custom configurations you've made to your UTM code. Since the new tracking code is hosted by Google Analytic customizations previously done to the UTM code must now be done within your site's HTML. If you made any of the following changes, need to make the necessary adjustments:

   - Identifying additional search engines in your referral reports
   - Changing visitor session timeout
   - Using custom campaign variables
   - Treating certain referrals or keywords as direct referrals

5. Remove any existing utm_ tags (such as utm_campaign, utm_source, utm_term, etc) from your AdWords Keyword campaigns only. Le non-AdWords campaigns with the tags intact.

6. Make sure that the **Destination URL auto-tagging** setting is selected from your AdWords **My Account > Account Preferences** scree

Reports for traffic prior to November 14, 2005 are still available from http://reports.urchin.com. Or, you can sign in at www.google.com/analytics access historical reports and current traffic reports.

---

When will the Urchin 6 software be released?

Google Analytics is a hosted web analytics service, and is not currently available as a software application. For more information about Google please visit www.google.com/analytics.

Urchin 5 is our latest generation software product. For more information about this product, please visit http://www.google.com/analytics/urchin_software.html

The Google Analytics software product is currently in development and a release date has not yet been set. When the software product is relea customers who purchased Urchin 5 with advanced support will be able to upgrade free of charge. Please continue to check our website at http://www.google.com/analytics/urchin_software.html for announcements about the Google Analytics software product.

---

How does Google Analytics differ from Urchin on Demand?

Google Analytics is the latest version of Urchin On Demand, and features several changes. First, Google Analytics has been integrated with Ad that advertisers may access web analytics reports from the AdWords user interface. Google Analytics is also now hosted and managed using C infrastructure and resources for scalability, privacy, and reliability. Additionally, the reporting interface has been redesigned for ease of use, an pageview limits have been removed.

Perhaps best of all, Google Analytics is free! We will no longer charge Urchin On Demand users for access, and we will not be charging new u their use of Google Analytics.

Monitoring Performance : Google Analytics : Getting Started : Installation Troubleshooting : **Missing F Data**

My transaction reports are missing data from certain categories (such as "city" or "state" data).

While Google Analytics is able to determine location information for visitors, doing the same for *transaction* reports requires a small modificatio checkout pages. By adding additional code, you'll allow Google Analytics to detect and record your transaction information.

For instructions on updating your checkout pages, please read How do I track e-commerce transactions?.

I can't see the graphs in my reports.

There are a number of reasons that you may be experiencing display problems in your reports. Oftentimes, your browser settings or outdated p the cause.

- Do you have the most recent version of Flash installed? Flash 7.X or above needs to be installed on your browser to view Analytics rep you're able to see charts and graphs in one browser but not another, we recommend reinstalling the Flash plugin for the browser that causing the problems. You can download the latest version of Flash from the Macromedia site at http://www.macromedia.com/shockwave/download/alternates/#fp.

- One of your Firefox extensions could be affecting the display. Try disabling your extensions in Firefox.

- Are you using a Linux environment? The Flash implementation for Linux can be very problematic, and users of Debian and Ubuntu see especially affected. Our team is aware of these issues. However, due to the lack of updates and Flash plugin development for Linux, we unable to support your browser and operating system combination at this time.

Monitoring Performance : Google Analytics : Getting Started : Installation Troubleshooting : **Puzzling I Data**

Why am I seeing two separate entries for 'Google' in my All CPC Analysis report?

Google Analytics' auto-tagging feature automatically tags the campaign source and medium of your AdWords ads as **google[cpc]**. The second your reports is caused by manual tags referring to these same variables as **google[ppc]**.

Because one or the other of auto-tagging or manual tagging will take precedence, depending on the type of data, your reports will show a mix o Cost data, for example, will use **google[cpc]**, while revenue data will pull the manually-tagged **google[ppc]** label.

We don't recommend using manual tags at the same time as auto-tagging. For more information about the problems you might encounter whe manual and auto-tagging simultaneously, please refer to Can I manually tag my links when auto-tagging is enabled?

Why do I still see new pageviews after removing all of my Analytics tracking code?

Because browsers often use cached (locally stored) versions of web pages to speed up your browsing, it's possible that an older version of you with the tracking code installed, is being shown to some visitors. Depending on their browser settings and how frequently they return to your sit users may continue to generate pageviews for some time. However, this number will decrease as their caches are updated or cleared out.

Monitoring Performance : Google Analytics : Google Analytics Account Administration : Troubleshoot Account Issues : **Overview**

---

**How do I cancel my account?**

---

You may cancel your Google Analytics account at any time by removing the tracking code from each of your pages, and contacting our suppor with your request. Feel free to let us know why you're cancelling your account - your feedback helps us to continually improve the product.

Monitoring Performance : Google Analytics : Tracking Central : Ad Campaigns : **Tracking Non-AdWor Campaigns**

---

**How do I track banner ad exits?**

---

If you publish advertising banners on your site, there is an easy way for you to track which banners visitors click on to leave your site and whicl advertisers they visit.

To track outbound clicks on an animated GIF or other type of static banner ad, add the following code within the <a> tag:

```
<a href="http://www.advertisersite.com" onClick="javascript:urchinTracker
('/bannerads/advertisername/bannername') ;">
```

This code uses the urchinTracker function to log each click on the banner as though it were a pageview named **/bannerads/advertisername/bannername.** You may use any folder/filename structure that you desire, though it's a good idea to log a advertising banners into a logical directory structure as shown in the example. This helps to easily identify the number of referrals to each adve

The equivalent code for a Flash banner is provided below:

```
on(release) {
getURL("javascript:urchinTracker
('/bannerads/advertisername/bannername') ;");
getURL("http://www.advertisersite.com");
}
```

**Important:** *if your pages include a call to urchinTracker(), utmLinker(), utmSetTrans(), or utmLinkPost(), your Analytics tracking code must be p your HTML code above any of these calls. In these cases the tracking code can be placed anywhere between the opening <body> tag and the JavaScript call.*

# Monitoring Performance : Google Analytics : Tracking Central : Ad Campaigns : Understanding Ad Ca Data

Understanding campaign variables: The five dimensions of campaign tracking

Google Analytics tracks online campaigns using a combination of the following five marketing dimensions:

- Source
- Medium
- Term
- Content
- Campaign

## Source
Every referral to a web site has an origin, or *source*. Examples of sources are the Google search engine, the name of newsletter, or the name of a referring web site.

## Medium
The *medium* helps to qualify the source; together, the source and medium provide specific information about the origin of a referral. For examp case of a Google search engine source, the medium might be "cost-per-click", indicating a sponsored link for which the advertiser paid, or "org indicating a link in the unpaid search engine results. In the case of a newsletter source, examples of medium include "email" and "print".

## Term
The *term* or *keyword* is the word or phrase that a user types into a search engine.

## Content
The *content* dimension describes the version of an advertisement on which a visitor clicked. It is used in content-targeted advertising and Cont Testing to determine which version of an advertisement is most effective at attracting profitable leads.

## Campaign
The *campaign* dimension differentiates product promotions such as "Spring Ski Sale" or slogan campaigns such as "Get Fit For Summer".

How does campaign tracking work?

Google Analytics accurately tracks visitors from a source, such as a search engine or email link, to a conversion or transaction on your site.

## How does it work?

Google Analytics tracks data from a variety of sources to provide closed-loop ROI analysis. Let's look at the steps.

## Step 1: From Link to Web Page

Each visitor to your site enters via a link indicating where they clicked from, the keywords they used, if any, as well as campaign and medium information. Google Analytics parses the link to obtain this information.

The information is gathered by the tracking code installed on each of your web pages. You can add the code manually into each web page, or automatically using server side includes and other template systems. Once installed, the tracking code is triggered each time a visitor views the page. Analytics tracking code performs three tasks:

- it ensures that a page hit is registered even if the page was cached or proxied,
- it parses the link to gather your campaign information, and
- it updates visitor activity information.

## Step 2: Parsing the Link

The Analytics tracking code parses the incoming link to obtain the campaign information that you have specified. For example,

```
http://www.example.com/?utm_source=google&utm_medium=cost-per-click
```

indicates that the visitor clicked on a cost-per-click link on the Google search engine. The tracking code also automatically detects the keywords that the visitor searched on. Although this particular link uses only two variables, **utm_source** and **utm_medium**, which indicate the source (Google) and the medium ("cost-per-click"), your links may incorporate up to three additional variables: **utm_campaign**, **utm_content**, and **utm_term**. These three variables are available to indicate a specific marketing initiative, ad content, and a paid search term, respectively. Information on these variables and how to tag your paid links is provided in the article How do I tag my links?

The tracking code is not limited to parsing links that you embed in emails or paid keywords, but also parses keyword information from organic links. Google Analytics recognizes links from the top search engines and pulls out the source and keyword information. In addition, your tracking code can also be configured to recognize and parse links from custom organic search engines, if required.

## Step 3: Logging Campaign Information and User Activity

Google Analytics reads the client's first-party cookie, updating user tracking information as required. For example, if this is the user's first visit to your site, the tracking code will add the campaign tracking information to the cookie. If the user previously found and visited your site, the tracking code increments the session counter in the cookie. Regardless of how many sessions or how much time has passed, Google Analytics "remembers" the original referral. This gives Analytics true multi-session tracking capability.

## Step 4: Adding Goal Data

Once a page in your web site has been defined as a conversion goal, Google Analytics will be able to calculate metrics indicating how successful your site is at converting visitors. By comparing referrals, sessions, and visitor activity to conversions, Analytics can report on the effectiveness of your keywords, mediums, campaigns, and content. The system can also report latency metrics such as time to goal and sessions to goal. To learn how to define a conversion goal, read How do I set up goals?.

If a visitor clicks on ads from multiple campaigns before converting for a goal, which campaign gets credit for the conversion?

Google Analytics will attribute the most recent campaign information to a conversion. For example, a visitor may initially reach your site through an ad and and not make a purchase. Later, this visitor may return to your site via a tagged link in an email to make their purchase. In this case, Google will attribute the more recent campaign information to the resulting sale - the tagged link in the email.

This behavior can be modified by adding the following to the end of all of your tagged links:

```
&utm_nooverride=1
```

When Google Analytics detects this variable, it will retain the first campaign's information, irregardless of which links the user later followed to the conversion. In the example above, the conversion would be credited to the CPC campaign, if both links were tagged with the nooverride variable.

What is Destination URL Auto-tagging?

In order for Analytics to display details about your AdWords keywords and costs, you must do one of the following:

- **Use Destination URL auto-tagging,** or
- Manually tag your keyword destination URLs with tracking variables.

Google created auto-tagging (turned "on" by default) so that large and small accounts could easily see how their AdWords keywords were performing from click to conversion and back to cost. Auto-tagging automatically associates a parameter with the click on your ad which then allows Analytics to report the details of the click, including which AdWords keywords brought a visitor to your site, which campaign that keyword was from, and how much that click cost. This information can then be associated with richer information within your Analytics reports, such as goal or e-commerce conversions, to give you a sense of how your AdWords spending is really performing.

The parameter used in auto-tagging is called "gclid" and will show up in your landing page URL when a user arrives at your site from your ad. For example, if your site is www.mysite.com, when a user clicks on your ad it will appear in the address bar as:

```
www.mysite.com/?gclid=123xyz
```

**Note:** A small percentage of websites do not allow arbitrary URL parameters and serve an error page when auto-tagging is turned on. Please check with your webmaster to find out if this is the case or turn on auto-tagging and do a test by simply clicking on your ad. If the link to your site works, you can use auto-tagging. If you are getting an error, you'll need to turn auto-tagging off from your AdWords account (see steps below). Then,.

webmaster to allow arbitrary URL parameters before turning it back on.

**To disable auto-tagging:**

1.  Log in to your AdWords account
2.  Click the **My Account** tab and select **User Preferences**
3.  In the Analytics section, click **Edit**
4.  Deselect the **Destination URL Auto-tagging** checkbox
5.  Click **Save changes**

If you would rather track your clicks manually, please read How do I tag my links?

## Monitoring Performance : Google Analytics : Tracking Central : E-commerce Revenue : Troubleshooti

How do I remove an e-commerce transaction from my reports?

It is sometimes necessary to back-out or cancel an e-commerce transaction. Cancelling orders which did not go through or which were disallow ensures that your Google Analytics reports, including Campaign Tracking reports, provide accurate information.

To cancel an order or transaction, create and load a duplicate receipt (__utmSetTrans) page containing a *negative* transaction total. For exal the the original transaction total is $699, the duplicate entry should have -$699 as the transaction total. Google Analytics will record this negati and apply it against your totals, effectively erasing the transaction.

## Monitoring Performance : Google Analytics : Tracking Central : Domains & Directories : Profiles

How do I rename a profile?

To rename an existing profile:

1.  Click the **Analytics Settings** link
2.  Find the profile to rename and click **Edit**. The *Edit Profile Settings* screen appears
3.  In the *Main Website Profile Information* bar, click **Edit**
4.  Update the **Profile Name** field
5.  Click **Save Changes** to rename this profile, or **Cancel** to exit without saving

## Monitoring Performance : Google Analytics : Tracking Central : Troubleshooting Tracking : Missing D:

**Why isn't CPC data collected when using redirects?**

One of the most common problems people encounter with their redirects is that CPC data is not recorded properly. A typical situation is as follc

- A visitor clicks an AdWords ad which sends them to `www.example.com?gclid=XDF`

  (The `gclid` parameter was added automatically by Google AdWords' auto-tagging to track campaign, medium, and keyword data in A manually-applied campaign information tags, such as `www.example.com?utm_source=Google&utm_medium=ppc`.)

- `www.example.com?gclid=XDF` redirects the visitor's browser to `www.advertiser.com/product.htm`, dropping the `gclid` paran

For CPC data to be associated with the click, the landing page (`www.example.com` in the example above) must be tracked with the Google A ensure that the Analytics tracking code on that page has time to execute before the redirect occurs. You may need to add a delay to the redire recorded.

Alternatively, you can pass the parameters in the URL to the redirect's target page (`www.advertiser.com/product.htm` in the example at the target page reads the parameters in the URL, it will associate the visit with the proper campaign information.

## Monitoring Performance : Google Analytics : Reports Central : Controlling Report Data : **Customizing**

**How can I make Google Analytics identify additional search engines in the Referral reports?**

By default, Google Analytics tracks referrals from 20 search engines as listed in the urchin.js JavaScript file (http://www.google-analytics.com/u to identify referrals from additional search engines by adding the following line to your tracking code:

```
_uOsr[20]="search_engine_name"; _uOkw[20]="query_variable";
```

The value for `_uOsr` should be the name of the search engine and the value for `_uOkw` should be the query variable which stores the keyword `query_variable` in the example above). The number in square brackets should start at 20 and increase in increments of 1 for each addition:

For example, if someone searched for "motorcycle" and the search result URL is:

http://www.google.com/search?q=motorcycle

you would add the following line to your tracking code:

```
<script src="http://www.google-analytics.com/urchin.js" type="text/javascript">
</script>
<script type="text/javascript">
```

```
_uacct = "UA-xxxx-x";
_uosr[20]="Google"; _uokw[20]="q";
urchinTracker();
</script>
```

---

How can I configure Google Analytics to treat certain keywords or URLs as direct referrals instead of keywords?

You may wish to treat certain search keywords or URLs as direct referrals rather than organic keyword referrals. To do so, add the following line to your Analytics tracking code:

```
_uOno[#]="keyword";
```

The number in square brackets should start at 0 and increase by increments of one as you add more keywords to ignore. For example:

```
<script src="http://www.google-analytics.com/urchin.js" type="text/javascript">
</script>
<script type="text/javascript">
_uacct="UA-xxxx-x";
_uOno[0]="google-analytics";
_uOno[1]="google-analytics.com";
_uOno[2]="www.google-analytics.com";
urchinTracker();
</script>
```

# Monitoring Performance : Google Analytics : Reports Central : Controlling Report Data : Troubleshoot

---

Why do I see AdWords data from the wrong campaigns in my Analytics profiles?

When linking an AdWords account to your Analytics account, it sometimes occurs that the AdWords data for one website appears in the wrong profile. When you apply cost data from an AdWords account, data from the entire account is applied to each profile - Analytics does not autom: match campaigns to specific profiles.

**If your AdWords campaigns are for a single website, and you have multiple websites in your Analytics account:**

1. Log in to your AdWords account at https://adwords.google.com.
2. Click the **Analytics** tab.
3. For all profiles *except* the profile in which AdWords data should be included:

   - From the **Website Profiles** table, click **Edit**.
   - In the **Main Website Profile Information** table, click **Edit**.

- Deselect the **Apply Cost Data** checkbox.
- Click **Save Changes.**

All AdWords cost and impression data will be imported into any profile in which the **Apply Cost Data** checkbox is left selected.

**If you are running campaigns for multiple websites, and are tracking these in your Analytics account:**

(For any profile that should not receive any AdWords data, follow the instructions above to disable the Apply Cost Data selection.)

For each profile that should include a subset of your AdWords data, create a custom Include filter as follows:

1. Log in to your AdWords account at https://adwords.google.com.
2. Click the **Analytics** tab.
3. Click **Filter Manager.**
4. Click **Add Filter.**
5. Create a filter with the following attributes:

   **Filter Type:** Custom filter > Include
   **Filter Field:** Campaign Target URL
   **Filter Pattern:** [*the domain of your AdWords campaign's destination URLs*]
   **Case Sensitive:** No

   For example, if the campaign being tracked by this profile is for website **www.example.com**, enter example\.com as the **Filter Patte**r that the dot in the URL must be escaped by a backslash)

6. From the **Available Website Profiles** list, select the profile to which to apply this filter and click **Add.**
7. Click **Finish** to create and apply this filter.

This filter tells Analytics to include only the AdWords data for campaigns that lead to a specific domain. You'll need to create a similar filter for profile that needs to include AdWords data, and make sure that you're applying each filter to the correct profile.

**Monitoring Performance : Google Analytics : Reports Central : Reporting Basics : Report Data**

--------------------------------------------------------------------

Can Google Analytics email my reports to me?

At this time, Google Analytics doesn't offer automatic emailing of reports. However, there are 3 export options that will allow you to save your r tab separated, XML, or CSV formats, which can then be emailed or saved to your computer.

--------------------------------------------------------------------

**How do I interpret the reports for a website that has frames?**

A web page containing frames will generate multiple pageviews: one for the framing page (containing either a `frameset` or `iframe` tag within code), and one for each page shown in a frame.

In your navigation reports, each of these pageviews will appear in a sequence:

Framing page > framed page 1 > frame page 2

As a result, your *Content Optimization > Content Performance > Depth of Visit* report, as well as your pageview totals, may be somewhat inflat

Even if a page on your site only appears as a frame for another page, we still recommend tagging it with the tracking code. If a visitor reaches t through a search engine or a direct link from another site and the page doesn't contain the tracking code, the referral, keyword and/or campaig information from the source will be lost.

**How are redirects handled by Analytics?**

If your site uses redirects, the redirecting page becomes the landing page's referrer. For example, if a user searches for a specific keyword, su 'used books' on Google, there will not be any referring data showing that this keyword was searched on Google. Instead, the referral will be sh the redirecting page.

For this reason, we recommend placing the Google Analytics tracking code on the redirecting page as well as on the landing page. This way, tl redirecting page will capture the actual referrer information for your reports.

Please note that you may not be able to successfully implement the tracking code on all redirect pages as some redirecting pages may not hav code. Additionally, some browsers may actually redirect before the JavaScript call from the code can be made.

**How do I set the time zone for my reports?**

We're currently in the process of rolling out time zone support to our Google Analytics users. Once time zones are enabled for your account, yc able to set your preference from the **Profile Settings** page. By default, all accounts are set to use Pacific Time.

If your Analytics account is linked to a Google AdWords account, your time zone will be automatically set to your AdWords preference and you see the time zone preference settings in your Analytics account. This is to ensure accurate reporting on your AdWords campaigns.

For existing users, it's important to note that changing your time zone will only affect data going forward, and will not be applied retroactively. Y notice a flat spot or a spike in your report data around the time that you updated your time setting - this is caused by a time shift forwards or ba respectively. In addition, your report data may refer to the old time zone for a short period after you update your settings, until our servers have processed the change.

What is the Site Overlay report?

Google Analytics' Site Overlay report offers a visually powerful way to see which links are important to the navigation of your site. The report w requesting a given web page and matching the standard unique links within the HTML code with the data that appears in the All Navigation rep displays the number of clicks on each link.

The Site Overlay functionality is currently limited to standard links that point to content located elsewhere on the same website. With certain un link types, you may see missing overlay bars, bars with zero content, or incomplete data:

- Javascript links
- Virtual pageviews created with urchinTracker
- URL redirects
- URL rewrite filters
- Links to subdomain pages
- Frames

To learn more about common configuration problems that may be affecting your data in Site Overlay, please read Why is my Site Overlay repo working?

What information is contained in the Cross Segment Performance by Content sub-report?

When you select the **Cross Segment Performance** feature (by clicking the chevron next to line items in many reports, including your Top Con report), you have the option of cross-segmenting by **Content** .

The Content segment is populated in one of two ways:

- User-defined A/B testing variables: if you have defined a utm_content value for the referring click, it will be listed here
- The request stem of direct referrals: if the visit came from a direct referral (as opposed to an organic or CPC link), the stem of the referr used to populate this report. For example, if the referrer was **http://www.example.com/folder/page.html**, the stem would be **/folder/p**.

How are the Length of Visit report values calculated?

In order to capture the length of a visit, Google Analytics tracks the elapsed time between pageviews. The last page of a visit will not be record there is no subsequent pageview).

Single-page visits are assigned to the **1-10 second** category.

Monitoring Performance : Google Analytics : Reports Central : Reporting Basics : **Report Interface**

How do I select and compare date ranges for my reports?

You can easily view reports for any date range for which data exists. The calendar at the bottom left of your reports screen lets you pick individual date ranges, or a comparison of two dates or ranges.

**To select a single date:**

Click the date on the calendar. Your reports will reload with data for that day.

**To select a specific week:**

Click the arrow to the left of that calendar week

**To select a range of dates:**

1. Click the small calendar icon at the top right of the calendar. The Custom date range picker appears
2. In the left calendar, select the start date
3. Select an end date from the right hand calendar
4. Click **Apply Range** to update your reports with data from the selected range

**To compare two different ranges:**

1. Click the double-calendar icon in the blue Date Range bar above the calendar. A second calendar appears below the first
2. In the lower calendar, select the first date or date range according to the instructions above
3. In the upper calendar, select the second date or date range. Your reports will update, showing differences between the two date ranges. The **change** column shows the change in values between the lower and upper calendar selections

What does "Average Score" represent?

Many Google Analytics reports include the Average Score metric. Average Score is a way of determining which pages on your site are most valuable. Pages with the highest scores are those which lead to a large proportion of high-value conversions.

Average score for a page is calculated as follows:

(Total Value of Conversions Subsequent to Page Visit) / (Total Number of Page Visits)

**Example**

Users make 10 visits to your site, resulting in five conversions for a total value of $500.

5 visits take the following path:

*Homepage > pageA > goal page with a value of $100*

The other 5 visits take the following path:

*Homepage > pageB > exit site*

The average score of each page would be:

**Homepage = 50**
(5 subsequent conversions * $100) / (10 total page views)

**pageA = 100**
(5 subsequent conversions * $100 / 5 total page views)

**pageB = 0**
(0 conversions)

Google Analytics calculates average score from both e-commerce and static goal values. For e-commerce, the conversion value used to calcu average score is taken directly from transaction revenue. For static values, Google Analytics calculates average score using the values you ha assigned to your goals.

How do I use the Analysis Options and Date Range selections?

When viewing many of your Analytics reports, you can access advanced functionality using the **Analysis Options** icon and the **Date Range** ca

The **Analysis Options** icon provides access to:

- *Data Over Time* shows the values for the selected page over a selected date range.

- *Overlay Page* loads the **Site Overlay** report for the selected page.

- *To-date Lifetime Value* calculates that page's values since Analytics tracking began.

- *Cross Segment Performance* breaks the page's data down by the specified variable.

Use the **Date Range** calendar at the bottom left of your page to customize the date range for this report.

- Click a single date to view data for that day, or click any month to view data for that month.

- Click the arrow to the left of any week to select the entire week, or click a particular day of the week to select all instances of that day - f example, click the **M** to view aggregate data for all Mondays in that month.

- To select a range of days, click the **Enter Range** icon that's located at the top-right of the calendar. From the **Custom Date Range** pic appears, select the start end date, and click **Apply Range** to update your report.

- Compare two ranges by clicking the **Compare Date Range** icon in the **Date Range** title bar. Your report will update to list your data for date range, as well as the percentage change from the **First Date** to the **Second Date** selection.

What are report dashboards and categories?

Report dashboards are groups of reports with special relevance to particular users. These include:

- **Executive**: this dashboard includes top-level summaries of conversion rates, marketing campaign effectiveness, and content performa

- **Marketer**: provides detailed analyses of marketing performance, such as conversion rates for all referral types, funnel drop-off rates, ar data.

- **Webmaster**: concentrates on content performance, showing bounce rates and funnel data.

In addition to the dashboards, Google Analytics reports are organized into three categories to make it easy to find the information you need for particular job.

- *Marketing Optimization* reports focus on how effectively you drive high-quality, low-cost traffic to your site. These reports are useful if yc using any kind of online advertising or trying to be found by search engine users, or if you're looking for the most effective market segm target.

- If you create content for your site, or you're involved in site design, you'll find the *Content Optimization* section useful. This is where you analyze how users navigate through your site, and it's a good tool for pinpointing any obstacles to conversion.

- Finally, the *E-commerce Analysis* section contains merchandising, revenue and transaction reporting relating to products and repeat bu This report category is only visible if this profile has been set as an E-commerce Website. To update this setting, you'll need to **Edit** you from the **Analytics Settings** page.

## Monitoring Performance : Google Analytics : Reports Central : Troubleshooting Reports : **Comparison other Analytics Solutions**

Why do my statistics differ between AdSense and Analytics?

A *page impression* in AdSense is roughly equivalent to a *pageview* in Analytics.These two values may not line up exactly for the following reas

- **Separate Javascript code**: AdSense counts a page impression when the AdSense ad code is executed by a user's browser. Similarly,

https://adwords.google.com/support?bullduhpms1

Analytics counts a pageview only when the Google Analytics tracking code is executed by a user's browser. Because they are located i different parts of your page, it is possible that one of these JavaScript snippets will load and the other will not.

For example, because we recommend placing the tracking code at the bottom of your HTML, in very rare cases a user will enter and th page before the page completely loads and before the tracking code is executed. In this case, AdSense might count a page impression Analytics won't count the pageview. This would result in a higher page impression count in AdSense than pageview count in Analytics.

- **Iframes:** AdSense use an iframe to serve ads. Browsers that don't support the <iframe> tag will not report an impression. This can resu Analytics counting more pageviews than AdSense counts impressions .

- **Frames:** If the Analytics tracking code is present with a framed page as well as the framing page, Analytics will likely register two page that visit. This can result in inflated pageviews in Analytics.  Please read How do I interpret the reports for a website that has frames?.

- **Security (blocking) Software:** Your AdSense impressions might also be decreased by personal firewall software or ad blocking softwa can cause Google ads to not display on your site, or may obscure portions of the ad. Ad blocking features of your users' internet securi software must be disabled in order to view Google ads.

- **urchinTracker function:** If you're using the urchinTracker function, your pageviews may be slightly inflated within Google Analytics. urchinTracker works by creating virtual pageviews for specific events such as PDF downloads that won't be tracked in your AdSense ac

**Monitoring Performance : Google Analytics : Reports Central : Troubleshooting Reports : Puzzling Da**

What does google[referral] mean?

Not all referrals from Google.com domains come through organic search or AdWords ad listings. Referrals may come from a variety of sources Google Groups posts, base.google.com listings, or static pages on related Google sites. Such visits are tagged as [referral] instead of [organic]

What are referrals coming from pagead2.googlesyndication.com?

Referrals from **pagead2.googlesyndication.com** are clicks on your AdWords ads showing on the content network b " specifically, ads showing publisher sites in the AdSense program.

You can use destination URL auto-tagging or set your own campaign variables to track your ads more effectively. Using either of these method allow Analytics to gather campaign and keyword information and more for each click on your ads.

**Monitoring Performance : Google Analytics : Reports Central : Troubleshooting Reports : Missing Dat**

Why is there no data in my All CPC Analysis or AdWords Analysis reports?

If you're not seeing any data in your CPC or AdWords Analysis reports:

- Check that the advertising campaigns you'd like to track with Analytics are running as expected.

- To see your AdWords data in the **AdWords Analysis** report, your AdWords account needs to be linked to your Analytics account.

- Make sure auto-tagging is enabled in your Analytics-linked AdWords account.
- To see advertising data in the **All CPC Analysis** report, all of your advertising program URLs should be tagged for Analytics tracking.

Monitoring Performance › Google Analytics › Contact Form Topics (Hidden) › Initial setup › **Using Goo**

## Analytics

### Who has access to my data in Google Analytics?

We take the security of your Google Analytics data very seriously, and protect all of your transactions with Secure Socket Layer (SSL) technolc also protect your information with our privacy policy. And your visitors' information is secure, too - your reports don't include identifiable informa your site's users.

You also have control over who can log in to your account, and who can view your reports. You can easily add or remove users, and customizi access to your data. Please read How do I restrict a user's access to certain domains or reports? for more information about controlling access account.

### What is Google Analytics?

Google Analytics shows you how people found your site, how they explored it, and how you can enhance their visitor experience. Improve your return on investment, increase conversions, and make more money on the web.

With over 80 reports, your free Google Analytics account will track visitors through your site, and will keep track of the performance of your ma campaigns - whether they're AdWords campaigns, email campaigns, or any other advertising program. With this information, you'll know which are really working, which ad text is the most effective, and where your visitors are dropping off during the conversion process. Don't be fooled t that this functionality is available to you for free - Google Analytics is a full-featured, powerful analytics package.

AdWords advertisers can find all of these benefits from within their AdWords account - Google Analytics has been fully integrated with AdWord your reports and settings are available from the **Analytics** tab.

To get started with Google Analytics, simply visit www.google.com/analytics or click the **Analytics** tab in your AdWords account. You'll be guid through a simple sign-up process, which will require the addition of a code snippet. Once that's done, you'll start gathering data immediately, or improved ROI!

### How do I sign up for Google Analytics?

Sign up for Google Analytics by visiting the home page at www.google.com/analytics. From there, you'll be able to create a new free account.

If you don't already have a Google Account, you'll need to create one before signing up for Google Analytics. Google Accounts offer single sigr many of Google's applications, and ensure the highest level of security for your account. You can create a new Google Account from the Goog Analytics home page.

If you're an AdWords advertiser, you can also sign up for Analytics from within your AdWords account. Google Analytics has been closely integ your AdWords account under the new **Analytics tab** - click the tab and follow the instructions to start tracking AdWords campaign data and RC information.

**Can I run Google Analytics along with other web analytics solutions?**

Yes, we invite you to run Google Analytics in parallel with any third party or internal solution you've already deployed. You can try running Goo Analytics on a subset of pages or on a microsite to see how much the additional reports, information, and AdWords support improve your conv rates. If you find that it's successful for you, you can quickly and easily install it on the rest of your site.

**In which languages is Google Analytics available?**

Google Analytics is currently available in the following languages:

| | |
|---|---|
| Chinese (Simplified) | Korean |
| Chinese (Traditional) | Norwegian |
| Danish | Portuguese |
| Dutch | Russian |
| Finnish | Spanish |
| French | Swedish |
| German | UK English |
| Italian | US English |
| Japanese | |

To update the display language for your Analytics account:

1. Sign in to your Analytics account at www.google.com/analytics/home
2. Click the **My Account** link at the top right of your page
3. Select your preferred language from the drop-down list
4. Click **Save Changes** to apply your selection, or **Cancel** to return to your account's main page

To view this help center in your preferred language, select the desired value from the drop-down menu at the upper-right hand corner of this pa

Monitoring Performance : Google Analytics : Contact Form Topics (Hidden) : Initial setup : **Installing tl tracking code**

How do I add tracking code to my website?

Copy and paste the code segment into the bottom of your content, immediately before the </body> tag of each page you are planning to track use a common include or template, you can enter it there.

**Important:** if your pages include a call to urchinTracker(), utmLinker(), utmSetTrans(), or utmLinkPost(), the tracking code must be placed in yc code *above* any of these calls. In these cases the tracking code can be placed anywhere between the opening <body> tag and the JavaScript

```
<script src="http://www.google-analytics.com/urchin.js" type="text/javascript">
</script>
<script type="text/javascript">
    _uacct="UA-xxxx-x";
    urchinTracker();
</script>
```

You'll need to update the "xxxx-x" in the sample above with your own Google Analytics account number. You can access your personalized t code in its entirety by following the instructions in Where can I find my tracking code?

How can I confirm that I've entered the tracking code correctly on my pages?

Google Analytics will itself check to see that the tracking code has been installed correctly on the home page of your site - once you've created profile, the Tracking Status will display a warning, "Tracking status unknown," until the system detects the code.

If you used a WYSIWYG ("What you see is what you get") editor such as Macromedia Dreamweaver, make sure that you don't see the code w you're viewing your page in a browser. Some such editors will attempt to place the code as text on your page - try to use the "source" view whe pasting the code to your web pages.

Finally, once your page is live, select **View Source** from your browser's menu and look for the code. It should be immediately before the </bo your page, and should look exactly as it was provided to you:

```
<script src="http://www.google-analytics.com/urchin.js" type="text/javascript">
</script>
<script type="text/javascript">
    _uacct="UA-xxxx-x";
    urchinTracker();
</script>
```

You should see your own account number in place of the xxxx-x in the example above. If you need a fresh copy of your code, click the **Editlir**

https://adwords.google.com/support?6full.html=1                                                                                8/14/2006

the appropriate profile on the **Analytics Settings** page, then select **Check Status** at the top-right of the table.

How do I track e-commerce transactions?

Google Analytics supports a client-side data collection technique for capturing e-commerce transactions. With some simple additions to your receipt page, Google Analytics can automatically detect and record transaction and product information. The required information is placed in a hidden which is parsed for transaction and product information. Most template-driven e-commerce systems can be modified to include this information the receipt.

**Enabling E-Commerce Tracking**

The first step of tracking e-commerce transactions is to enable e-commerce reporting for your website's profile. To enable e-commerce reporting follow these steps:

1.  Log in to your account.

2.  Click **Edit** next to the profile you'd like to enable.

3.  On the Profile Settings page, click edit next to **Main Website Profile Information.**

4.  Change the **E-Commerce Website** radio button from *No* to *Yes*.

**Receipt Page Format**

The second step is to ensure that the tracking code is included in the receipt page in the standard fashion. This may be done using a server side or other template driver, or can simply be hand-coded into your HTML code:

```
<script src="http://www.google-analytics.com/urchin.js" type="text/javascript">
</script>
<script type="text/javascript">
_uacct="UA-xxxx-x";
urchinTracker();
</script>
```

Next, somewhere in the receipt below the tracking code, the following lines need to be written by your engine. Everything in brackets should be by actual values, as described in the Parameter Reference, below.

```
<body onLoad="javascript:__utmSetTrans()">

<form style="display:none;" name="utmform">
<textarea id="utmtrans">UTM:T|[order-id]|[affiliation]|
[total]|[tax]|[shipping]|[city]|[state]|[country] UTM:I|[order-id]|[sku/code]|[productname]|[category]|[

[quantity] </textarea>
</form>
```

**NOTE:** Do not include the square brackets when setting the values for the form. In addition, do not use commas to separate the thousands place in your total, tax, and shipping fields - any digits after the comma will be dropped.

## Example

```
UTM:T|34535|Main Store|111108.06|8467.06|10.00|San Diego|CA|USA
UTM:I|34535|XF-1024|Urchin T-Shirt|shirts|11399.00|9
UTM:I|34535|CU-3424|Urchin Drink Holder|Accessories|20.00|2
```

Within the hidden form, there are two types of lines: the **transaction line** and the **item lines.** For each transaction, there should be only one transaction line, which is indicated by the "T" immediately after the "UTM:". This line specifies the total for the transaction, including any taxes or shipping costs, and other information. For each item in the receipt, create an item line, which is specified by the "I". The item lines can contain product names, codes, unit prices and quantities. There is no limit to the number of item lines per transaction.

## Parameter Reference

Transaction line variables

| | |
|---|---|
| [order-id] | Your internal unique order id number |
| [affiliation] | Optional partner or store affiliation |
| [total] | Total dollar amount of the transaction |
| [tax] | Tax amount of the transaction |
| [shipping] | The shipping amount of the transaction |
| [city] | City to correlate the transaction with |
| [state/region] | State or province |
| [country] | Country |

Item line variables

| | |
|---|---|
| [order-id] | Your internal unique order id number (should be same as transaction line) |
| [sku/code] | Product SKU code |

| [product name] | Product name or description |
| [category] | Category of the product or variation |
| [price] | Unit-price of the product |
| [quantity] | Quantity ordered |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Why is Google Analytics not tracking some of the pages on my website?**

If Google Analytics isn't tracking visits to one of your web pages, there is likely an issue with the tracking code as it was added to your page. Pl verify that the tracking code is installed correctly by viewing your page source. It should be immediately before the `</body>` tag of your page.

You'll also need to check that you've installed the correct code on your pages - your tracking code is profile-specific. If you've added code from profile, your data will be applied to the wrong set of reports. To find your profile-specific tracking code, follow the instructions in Where can I fin tracking code?.

If your tracking code is installed correctly, and your page still isn't appearing in your reports, please contact us with the specific URL, and we'll l to review your code.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**I'm having trouble creating a profile for my secure website.**

When creating a new profile, please make sure to select `https://` in the **Add a Profile for a new domain** section if you are tracking a secu The resulting tracking code will then be customized for secure pages and look like this:

```
<script src="https://ssl.google-analytics.com/urchin.js" type="text/javascript">
</script>
<script type="text/javascript">
    _uacct="UA-xxxx-x";
    urchinTracker();
</script>
```

If your profile is already created without the `https://`, you can retrieve secure tracking code by following the instructions below:

1. From the **Analytics Settings** page, click the **Edit** link adjacent to the profile for which tracking code is required
2. Click **Edit** in the **Main Website Profile Information** bar
3. Update the **Website URL** to include `https://`

4. Click **Save Changes**

5. Click **Check Status** at the top-right of the table. Your secure tracking code is available from the text box

Please note that you can add the secure tracking code to both non-secure and secure pages on your site.

## Monitoring Performance : Google Analytics : Contact Form Topics (Hidden) : Initial setup : Linking my existing Google Analytics account to AdWords

How do I link my Google Analytics account to my AdWords account?
_____

Linking your Google Analytics account to your AdWords account is very easy! Before beginning, make sure that you have used the same Google Account for both your Analytics and AdWords accounts. If not, don't worry - just add your AdWords username to your Analytics account as an Account Admin.

Then,

1. Log in to your AdWords account at https://adwords.google.com

2. Click the **Analytics** tab

3. Click **Link it to your AdWords account** (it's at the bottom of the page)

4. From the **Existing Google Analytics Account** drop-down list, select your Analytics account number

5. Click **Link Account**

That's it! Your two accounts are now linked, and Analytics will start automatically tagging your AdWords links for detailed campaign tracking reports. We'll also begin importing cost data from your AdWords campaigns for ROI calculations.
_____

Will shared AdWords account users have access to reports on www.google.com/analytics?
_____

The following are two situations in which shared users will occur:

- A user with access to your AdWords account

- A user who has been granted access to view your reports

Users with access to your AdWords account will not necessarily be able to access your reports on www.google.com/analytics. You'll need to specifically give them access to your reports.

If you have granted a user access to your reports within AdWords, that user will be able to log directly into www.google.com/analytics to view those reports as well.

Can I track websites for which I'm not running an AdWords campaign?

Yes. Google Analytics offers a great breadth of functionality - you can use it to track visitor flow through your site, to view the source of referrals to your site, and to see how well visitors make it through a conversion process such as purchasing an item or signing up for a newsletter. In addition, Google Analytics can track non-AdWords advertising campaigns such as banner campaigns or other pay-per-click programs.

What is auto-tagging and how will it affect my ads?

In order for Analytics to display details about your AdWords keywords and costs, you must do one of the following:

* Use **Destination URL auto-tagging**, or
* Manually tag your keyword destination URLs with tracking variables.

Google created auto-tagging (turned "on" by default) so that large and small accounts could easily see how their AdWords keywords were performing from click to conversion and back to cost. Auto-tagging automatically associates a parameter with the click on your ad which then allows Analytics to report the details of the click, including which AdWords keywords brought a visitor to your site, which campaign that keyword was from, and how much that click cost. This information can then be associated with richer information within your Analytics reports, such as goal or e-commerce conversions, to give you a sense of how your AdWords spending is really performing.

The parameter used in auto-tagging is called "gclid" and will show up in your landing page URL when a user arrives at your site from your ad. For example, if your site is www.mysite.com, when a user clicks on your ad it will appear in the address bar as:

    www.mysite.com/?gclid=123xyz

**Note:** A small percentage of websites do not allow arbitrary URL parameters and serve an error page when auto-tagging is turned on. Please check with your webmaster to find out if this is the case or turn on auto-tagging and do a test by simply clicking on your ad. If the link to your site works, you can use auto-tagging. If you are getting an error, you'll need to turn auto-tagging off from your AdWords account (see steps below). Then, ask your webmaster to allow arbitrary URL parameters before turning it back on.

**To disable auto-tagging:**

1. Log in to your AdWords account
2. Click the **My Account** tab and select **Account Preferences**
3. In the Tracking section, click **Edit**
4. Deselect the **Destination URL Auto-tagging** checkbox
5. Click **Save changes**

If you would rather track your clicks manually, please read How do I tag my links?

**Will my account change if I link my Google Analytics account to AdWords?**

The functionality of your Google Analytics account will remain the same once you link to your AdWords account, with a few pleasant exception:

- **No pageview limit:** if you're an active AdWords advertiser, we'll remove the 5 million pageview limit from your Google Analytics accoun

- **Automatic AdWords URL tagging:** there's no need to tag your AdWords destination URLs when you've linked your accounts - Google You'll only need to tag links that originate from non-AdWords campaigns.

In addition, you'll still be able to access your Google Analytics account from www.google.com/analytics or from the **Analytics** tab of your AdWo

**How do I disable AdWords reporting for a profile?**

For customers with access to the **Analytics** tab within their AdWords accounts, AdWords reporting is enabled by default for all profiles. To disa profile:

1. Log into your AdWords account at: adwords.google.com

2. Select the **Analytics** tab

3. Click **Edit** in the **Settings** column for the profile for which you would like to disable AdWords reporting

4. Click **Edit** in the upper right corner of the **Main Website Profile Information** box

5. Uncheck the **Apply Cost Data** check box

6. Click **Save Changes**

## Monitoring Performance : Google Analytics : Contact Form Topics (Hidden) : Initial setup : Tracking m

**How do I track all of the subdomains for my site in one profile?**

You can track subdomains within the same profile as the domain. In order to do so, you'll need to add a line to the tracking code on each page assume that this profile was set up with the primary domain as the listed website (eg. example.com):

1. Add the following line (in **bold**) to the tracking code on all pages of your subdomain and your main domain:

```
<script src="http://www.google-analytics.com/urchin.js" type="text/javascript">
</script>
<script type="text/javascript">
    _uacct = "UA-xxxx-x";
    _udn="example.com";
    urchinTracker();
</script>
```

This line should reference the primary domain (example.com).

Please be aware that while this change will allow you to track subdomains within one profile, your reports may not distinguish between pages c from www.example.com versus **help.example.com**. For example, in your *Top Content* report, you may have hits to www.example.com/index.ht *help.example.com/more.html*, but the report will display the following:

/index.html
/more.html

If you'd like to distinguish between your subdomains, you can create an Advanced filter for your profile with the following settings:

**Filter Type**: Custom filter > Advanced
**Field A**: Hostname
**Extract A**: (.*)
**Field B**: Request URI
**Extract B**: (.*)
**Output To**: Request URI
**Constructor**: $A1$B1

With this filter in place, the previous examples would appear with the subdomain attached:

www.example.com/index.html
help.example.com/more.html

How do I use Google Analytics to track a 3rd-party shopping cart?

Google Analytics can track data from a shopping cart on your own domain, or even on other domains, with the addition of some code. To set u pages to report transaction data to Google Analytics, please read How do I track e-commerce transactions?

In addition, if your store site is on a different subdomain or domain than your main site, follow the instructions below to configure your pages.

**If your website initiates a purchase checkout process on a different subdomain**
(for example, if you send customers from www.mystore.com to shoppingcart.mystore.com):

Add the following line (**in bold**) to your tracking code on both your store site and your shopping cart pages:

```
<script src="http://www.google-analytics.com/urchin.js" type="text/javascript">
</script>
<script>
 _uacct="UA-xxxxx-x";
 _udn="mystore.com";
```

```
urchinTracker();
</script>
```

**If your website initiates a purchase checkout process on a separate store site**
(for example, if you send customers from *www.mystore.com* to *www.securecart.com*):

1.  Add the following lines (in **bold**) to your tracking code on both your store site and your shopping cart pages:

    ```
    <script src="http://www.google-analytics.com/urchin.js" type="text/javascript">
    </script>
    <script type="text/javascript">
    _uacct="UA-xxxx-x";
    _udn="none";
    _ulink=1;
    urchinTracker();
    </script>
    ```

2.  Change the links from the main site to the secure site to use ___utmLinker as follows. If your current links look like:

    ```
    <a href="https://www.securecart.com/?store=parameters">Purchase Now</a>
    ```

    change them to:

    ```
    <script type="text/javascript">
    document.write('<a href="javascript:___utmLinker(\'https://www.securecart.com/?
    store=parameters\')">Purchase Now</a>');
    </script>
    <noscript>
    <a href="https://www.securecart.com/?store=parameters">Purchase Now</a>
    </noscript>
    ```

    The code above provides links for users with or without JavaScript enabled. It's important to note that apostrophes need to be escaped with a backslash where they appear in the link or link text.

    **Important:** *If your pages include a call to urchinTracker(), utmLinker(), utmSetTrans(), or utmLinkPost(), your Analytics tracking code must be placed in your HTML code above any of these calls. In these cases the tracking code can be placed anywhere between the opening <body> tag and the JavaScript call.*

**If you send information to your shopping cart using forms, use the ___utmLinkPost() function. It appends cookie**

data to the provided URL of the supplied form.

```
<form action="http://newdomain.com/form.cgi" onSubmit="javascript: __utmLinkPost(this)">
```

This will work even for forms where the the method="GET"

**Important:** *if your pages include a call to urchinTracker(), utmLinker(), utmSetTrans(), or utmLinkPost(), your Analytics tracking code mu be placed in your HTML code above any of these calls. In these cases the tracking code can be placed anywhere between the opening `<body>` tag and the JavaScript call.*

My site has multiple domain names. How do I set up tracking?

If your site spans multiple domains, or employs multiple domain aliases to point to the same content, you'll need to make certain changes to en your site and the Analytics tracking code are compatible.

Please note that there is a difference between multiple subdomains and multiple root domains. **www.example.com** and **securecart.example.** examples of multiple *subdomains*, while **www.example.com** and **www.sample.com** represent multiple *root domains*.

If your site has multiple subdomains, please see:

- How do I track all of the subdomains for my site in one profile?
- How do I track all of the subdomains for my site in separate profiles?

for configuration information.

**Multiple Domain Names**

If visitors to your site navigate across multiple domains, please refer to the article below for instructions on setting up your tracking code:

- How do I install the tracking code if my site spans multiple domains?

If your site is an e-commerce site with links to a 3rd-party shopping cart, please refer to the following article:

- How do I use Google Analytics to track a 3rd-party shopping cart?

**Multiple Domain Names: Domain Aliases**

If your site employs multiple domain aliases, it is recommended that you redirect traffic from the aliases to the primary site. Please refer to the a below for more instructions:

- How do I track a site that uses domain aliases?

---

How do I track all of the subdomains for my site in separate profiles?

Tracking subdomains in individual profiles is as simple as entering the correct subdomain name in the Add Website Profile dialog. Add the sup tracking code to all of the pages on your subdomain, and your reports will accurately reflect the traffic to this subdomain. Please note that each uses a unique tracking code, so make sure that you're adding the correct code to your pages.

If you'd like to track multiple subdomains in a *single* profile instead, please read How do I track all of the subdomains for my site in one profile?

---

I do not own my website domain. How do I set up Google Analytics?

In order to implement Google Analytics, you'll need to have access to the source of your webpages. If you're able to update the content of your webpages, you should be able to set up Google Analytics.

Follow the instructions in How do I add tracking code to my website? to add the JavaScript snippet to your webpages and start tracking your w

## Monitoring Performance : Google Analytics : Contact Form Topics (hidden) : Initial setup : **Why report missing**

---

I'm not seeing any data in my reports.

The most common cause of reports not being populated with data is an error in the Analytics tracking code. Please ensure that you've installed exactly as it appears in your account – code is account- and profile specific. The profile section of your tracking code may not correspond to the which your profiles are listed on the main page of your account. If you're not sure where to find your code, please read Where can I find my tra code?

Once you've correctly installed your tracking code, you should allow up to 24 hours for data to appear in your account.

If your tracking code has been installed correctly, and you're still not seeing any data after 24 hours:

- Are you using filters? Incorrect filter settings can affect the data you see, and can sometimes unintentionally filter *all* data from your rep happens most frequently due to incorrect include filters.

- Are you able to see your traffic data, but unable to see the cost data associated with your profile?

- Does your site use redirects? If so, they may be interfering with Google Analytics' ability to track your traffic data. Please read Why isn't data collected when using redirects?

- Do you have access to multiple Analytics accounts? If you're accessing your account through www.google.com/analytics, (as opposed t your AdWords account's Analytics tab), you may be looking at the wrong account. Use the drop-down menu at the top right of the scree select the account you'd like to view.

- Are you running Urchin software in addition to your implementation of Google Analytics? If so, you may have both `__utm.js` and `urch` referenced from your pages. You'll need to update your pages to use the correct code.

- Are you hosting the `urchin.js` file locally? You may be using an outdated version of this file. Download the most up-to-date version a http://www.google-analytics.com/urchin.js, but first let us tell you why it's better to let Google host this file.

- Other scripts on your pages could be using some of the same variables as the `urchin.js` file. In this case, the variables in the other s override those that Analytics needs in order to execute properly. If you're using additional scripts on your pages, consider moving the tr; code into the <head> section of the page. This will allow the tracking code to work correctly, and it won't interfere with the rest of your s

- Are you unable to see the report interface properly? Download the latest Flash plugin (7.x or higher) and make sure JavaScript is enabl your browser. You can download the latest version of Flash from the Macromedia site at http://www.macromedia.com/shockwave/download/alternates/#fp.

*A note for Linux users:* the Flash implementation for Linux can be very problematic, and users of Debian and Ubuntu seem to be especi; affected. We're aware of these issues, but due to the lack of updates and Flash plugin development for Linux, we may be unable to supr your browser and operating system combination at this time.

How often is the data in the reports updated?

Report data is generally updated every 24 hours, but data may sometimes take longer to appear in your account. AdWords cost information is once daily, to import the previous day's information.

## Monitoring Performance : Google Analytics : Contact Form Topics (hidden) : Initial setup : **Something**

Will the Analytics JavaScript code interfere with our website's code?

Google Analytics' JavaScript code has been designed to be highly compatible with your website's exisiting JavaScript, with all variable and fun names beginning with `__utm`, `_u`, or `urchin`.

The code should be placed immediately before the </body> tag of your page. For further details on adding the tracking code to your pages, pl How do I add tracking code to my website?

I am receiving an 'invalid input error when I attempt to create a new profile.

When the domain submitted during profile creation appears to be entered incorrectly, Google Analytics will prevent you from proceeding until the are resolved. If you are encountering this issue:

- Make sure you haven't entered any typos, abnormal characters, or extra characters in your domain entry

- Use the drop-down list to select either http:// or https:// - do not type these into the text box

- Remove the directory path from the URL you are entering (do not include anything after the end of the domain name, even a trailing "/") data for your Analytics reports will be based on where you insert the tracking code, rather than the exact URL you specify in this step.

## Monitoring Performance : Google Analytics : Contact Form Topics (Hidden) : Tracking something : Ad campaigns

How do I tag my links?

Tagging your online ads is an important prerequisite to allowing Google Analytics to show you which marketing activities are really paying off. Fortunately, the tagging process goes smoothly - once you understand how to differentiate your campaigns. Here is a three-step process to he started. (If you'd like to learn about all of the variables you can use to differentiate campaigns, read The five dimensions of campaign tracking.)

**1. Tag only what you need to.**
If your Google Analytics account is linked to an active Google AdWords account, you don't need to tag your AdWords URLs. Google Analytics automatically track all of your AdWords campaigns. You'll still need to tag all of your non-AdWords paid keyword links, though, as well as your and other ads, and the links inside your promotional e-mail messages.

There are certain links that you don't need to tag, and many times will not be able to tag. You should not attempt to tag organic (unpaid) keywo from search engines and it isn't necessary to tag links that come from referral sites, such as portals and affiliate sites. Google Analytics automa detects the name of the search engine and the keyword from organic (unpaid) keyword referrals, and you'll see metrics for these referrals in yo typically under "Organic" listings. Google Analytics also detects referrals from other websites and displays them in your reports, whether or not tagged them. And again, you don't need to tag your AdWords URLs if your Analytics and AdWords accounts are linked.

**2. Create your links using the URL Builder.**
Campaign links consist of a URL address followed by a question mark and your campaign variables. But, you won't need to worry about link sy fill out the URL Builder form and press the **Generate URL** button. A tagged link will be generated for you and you'll be able to copy and paste it ad. If you're wondering which fields to fill in, you're ready for Step 3.

**3. Use only the campaign variables you need.**
Google Analytics' link tagging capabilities allow you to uniquely identify virtually any campaign you can think of. But, don't think that you must u fields in the URL Builder form in each of your links. On the contrary, you'll usually only need to use **Source**, **Medium**, **Campaign**, and **Term** (fo keywords). The table below shows how you might tag the three most common kinds of online campaigns - banner ads, email campaigns, and p keywords.

| | Banner Ad | E-mail Campaign | Pay Per Click Keywords |
|---|---|---|---|
| Campaign Source | citysearch | newsletter1 | overture |
| Campaign Medium | banner | email | ppc |
| Campaign Term | Boston | July | *the keyword you purchased* |
| Campaign Content | | | |
| Campaign Name | productxyz | productxyz | productxyz |

How does Google Analytics differ from Adwords Conversion Tracking?

These two products, though separate, are geared toward a similar purpose - helping website owners analyze their website performance so tha make better business decisions and get great performance results. You can use either one of these products alone, or use both at the same tir will not interfere with each other's tracking.

**AdWords conversion tracking**

In online advertising, a conversion occurs when a click on your ad leads directly to user behavior you deem valuable, such as a purchase, sign view, or lead. Google has developed a tool to measure these conversions, and ultimately, help you identify how effective your AdWords ads ar keywords are for you.

It works by placing a cookie on a user's computer when he/she clicks on one of your AdWords ads. Then, if the user reaches one of your conv pages, the cookie is connected to your web page. When a match is made, Google records a successful conversion for you. Please note that th Google adds to a user's computer when he/she clicks on an ad expires in 30 days. This measure, and the fact that Google uses separate serv conversion tracking and search results, protects the user's privacy.

**Google Analytics**

If you'd like to take advantage of more robust website analytics, we encourage you to create a free Google Analytics account. In addition to ba: conversion tracking, Analytics also offers sitewide pageview analysis, advanced goal definition, conversion funnel analysis, and various advani conversion reports. Just like AdWords conversion tracking, Google Analytics is fully integrated into your AdWords account, allowing you to view reports and settings from the Analytics tab in AdWords. Learn more about Google Analytics.

The links to my site already contain my own campaign tracking variables. Can I use these variables instead of Google Analytics'?

If you've already tagged your online links with your own tracking variables, you can map these existing variables to Google Analytics' campaigr variables. Your tagged links will need to contain at least 3 variables. These will map to: