1. **utm_source**: the source of your campaign (Google, Overture)

2. **utm_medium**: the medium of your campaign (cpc, banner, email)

3. **utm_campaign**: the name of your campaign (spring_sale)

For the purpose of these instructions, we will assume that your site contains the following URL:

```
www.example.com/index.html?
camp=GADS&kwd=memory&version=47&type=ppc&adver=google
```

**Step 1.** Match your variables with Google Analytics' variables. Create a table following the format below:

| User Variables | Campaign | Ad Source | Ad Type | Keyword or Term | A/B Testing |
|---|---|---|---|---|---|
| | camp | adver | type | kwd | version |
| Google Analytics Variables | _uccn | _ucsr | _ucmd | _uctr | _ucct |

**Step 2.** Modify the tracking code on each of your pages

You'll need to add the following lines (in bold) to the tracking code on your pages. The additions will be identical for each page, so you can use an include or template system to add this code. The code below is based on the example URL above:

```
<script src="http://www.google-analytics.com/urchin.js"
type="text/javascript">
</script>
<script type="text/javascript">
//...
_uacct="UA-xxxxx-x";
_uccn="camp";
_ucsr="adver";
_ucmd="type";
_uctr="kwd";
_ucct="version";
urchinTracker();
//...
</script>
```

**Step 3.** Create filters for these new tracking variables.

This is the basic filter configuration you should use for each filter:

**Filter Type** : Custom filter > Advanced
**Field A** : Request URI
**Extract A** : *new_variable*=([^&]*)
**Field B** : (None)
**Extract B** : (empty)
**Output To** : utm__(*old_variable*)
**Constructor** : $A1
**Field A Required** : Yes
**Field B Required** : No
**Override Output Field** : Yes
**Case Sensitive** : No

*old_variable* refers to the default Google Analytics tracking variable. *new_variable* refers to your own tracking variable. Remember that y will need a filter for each modified variable.

Can Google Analytics track non-AdWords online advertising campaigns?

Yes, Google Analytics can track all types of online media including banner ads, referral links, email campaigns, and organic and paid search.

For information on setting up campaign tracking for non-AdWords campaigns, please read How do I tag my links?.

Can I import cost data from other PPC programs such as Yahoo! Search Marketing (Overture)?

Currently, it is only possible to import cost data for ROI analysis from Google AdWords. We are working hard to extend this functionality to Ove other PPC networks.

## Monitoring Performance : Google Analytics : Contact Form Topics (Hidden) : Tracking something : E-commerce revenue

Why are the numbers in Google Analytic's e-commerce reports different from the numbers I get from my shopping cart service?

There are several reasons that your shopping cart may have different data than is reported in your Google Analytics reports.

- Your shopping cart may be configured to report data in a different time zone than your Google Analytics reports. For example, your sho cart may be configured to report on Eastern Standard Time, while your Google Analytics reports are configured to report on Pacific Stai Time.

  Under these circumstances, a transaction that occurred at 11PM PST on Monday will be recorded in your shopping cart as happening o 1AM on Tuesday. As a result, your daily reports will not be the same in your Google Analytics reports and your shopping cart.

- Your reports may be off if you set up your Analytics e-commerce tracking in the middle of a certain day and are looking at your daily rep

8/14/2006

your shopping cart. The transactions that happened before you implemented Google Analytics tracking will not appear in your Analytics reports.

- Finally, Google Analytics e-commerce tracking may not be properly set up. Please read How do I track e-commerce transactions? to m: that you have implemented the code properly.

If none of the above possibilities apply to your situation and your reports still do not match, please contact our support team and let us know ex is wrong. Please specify whether the total number of transactions is wrong, if the purchased amounts is wrong or if you have noticed certain pr failing to appear in one of your reports.

---
My ROI reports show 0%. How do I set up ROI tracking?
---

Because Google Analytics can easily import your AdWords cost data, it's able to return detailed ROI tracking on any AdWords campaigns. At t ROI information is not available for other types of campaigns.

In order to see ROI information, you'll need to set up the following:

- **AdWords campaign tracking:** if your Google Analytics account is linked to your AdWords account, you won't have to do anything to tr AdWords campaigns - Analytics will automatically track this information. If you haven't linked your accounts, you'll need to tag your AdV URLs with campaign and keyword information. Please read How do I tag my links?

- **Conversion goals and funnels:** you'll also need to define a conversion goal and, optionally, a funnel. The conversion goal settings will Google Analytics the value to assign to that conversion - whether it be an e-commerce value, or a static value. For information on defini conversion goals, please read How do I set up goals?

Once you've set up these two elements, Google Analytics will be able to track your AdWords ROI.

Monitoring Performance : Google Analytics : Contact Form Topics (Hidden) : Tracking something

## Conversion Goals and Funnels

---
How do I set up goals?
---

A goal is a website page which a visitor reaches once they have made a purchase or completed another desired action, such as a registration download. Before Google Analytics can calculate goal conversion metrics, you must define one or more goals. A goal is defined with the follow information:

- **URL for the goal page**: Specify a page that can only be reached by achieving a goal. In the case of a registration goal, for example, th page might be the Thank You page. If your goal page can be reached by visitors who have not completed the goal, your conversion rat inflated.

- **The name of the goal**: Specify a name that you will recognize when viewing reports. Examples of names you might use include "email and "article ABC download".

- **The defined funnel**: You may specify up to ten pages in a defined *funnel*. A funnel represents the path that you expect visitors to take t

way to converting to the goal. Defining these pages allows you to see how frequently visitors abandon goals, and where they go. For an e-commerce goal, these pages might be the first page of your checkout process, then the shipping address info page, and finally the credit card information page.

- **The value of the goal:** For e-commerce goals, Google Analytics can use the actual value of the purchase. To allow Analytics to do so, leave the Goal Value field blank and set up your purchase receipt page as described in How do I track e-commerce transactions?

For non-e-commerce goals, Google Analytics uses an assigned goal value to calculate ROI, Average Score, and other metrics. A good way to value a goal is to evaluate how often the visitors who reach the goal become customers. If, for example, your sales team can close 10% of people who request to be contacted, and your average transaction is $500, you might assign $50 (i.e. 10% of $500) to your "Contact Me" goal. In contrast, if only 1% of mailing list signups result in a sale, you might only assign $5 to your "email sign-up" goal.

To set up your goals, **Enter Goal Information:**

1. Log in to your Google Analytics account and click **Analytics Settings.**

2. Find the profile for which you will be creating goals, and click **Edit.**

3. Select one of the 4 goal slots available for that profile and click **Edit.**

4. Enter the **Goal URL.** Reaching this page marks a successful conversion. For example, a registration confirmation page, a checkout complete page, or a thank you page.

5. Enter the **Goal name** as it should appear in your Google Analytics account.

6. Turn the goal **On** or **Off.** This selection decides whether Google Analytics should track this conversion goal at this time. Generally, you will want to set the **Active Goal** selection to **On.**

Then, **Define a funnel** by following these steps:

1. Enter the **URL** of the first page of your conversion funnel. This page should be a page that is common to all users working their way towards your Goal. For example, if you are tracking user flow through your checkout pages, do not include a product page as a step in your funnel.

2. Enter a **Name** for this step.

3. If this step is a **Required step** in the conversion process, select the checkbox to the right of the step. If this checkbox is selected, users reaching your goal page without travelling through this funnel page will **not** be counted as conversions.

4. Continue entering goal steps until your funnel has been completely defined. You may enter up to 10 steps, or as few as a single step.

Finally, configure **Additional settings** by following the steps below:

1. If the URLs entered above are **Case sensitive**, select the checkbox.

2. Enter a **Goal value**. This is the value used in Google Analytics' ROI calculations, and can be either a set value for the page, or a dynam pulled from your e-commerce receipt page. If the former, enter the amount in the field; if the latter, leave this field blank and refer to Ho track e-commerce transactions?

3. Click **Save Changes** to create this Goal and funnel, or **Cancel** to exit without saving.

How do I use actual e-commerce values as my goal value?

Once you have set up e-commerce tracking on your web pages, it's easy to use the transaction values as conversion goal values in your repor allows for extremely detailed ROI information when paired with AdWords or imported cost information. If you haven't yet set up e-commerce tra please read How do I track e-commerce transactions?

Once you've set up tracking on your pages, you'll need to set up a conversion goal and, optionally, a funnel that leads to the goal. Instructions available from How do I set up goals? Make sure to leave the **Goal Value** field blank, so that Google Analytics knows to look for your e-comme information as the goal value.

How do I set up goals and funnels for dynamically generated pages?

## Dynamic URLs

If your URLs include query terms or other parameters, you may wish to make use of the matching options when entering funnel or conversion URLs. There are three matches available to you. They are explained below.

- **Exact match**: this option requires that the URLs entered as your funnel or conversion goal match *exactly* - there can be no dynamic se identifiers, for example.

- **Head Match**: if your URL is always the same for this step of your funnel, but is followed by unique session or user identifiers, use the H Match filter and leave out the unique values. For example, if the URL for a particular user is *www.example.com/checkout.cgi?page=1&id=998225165* but the id varies for every other user, enter www.example.com/checkout.cgi?page=1 and select **Head M** your **Match Type**.

- **Regular expression**: uses regular expressions to match your URLs. This is useful when the stem, trailing parameters, or both can vary users. For example, if a user could be coming from one of many subdomains, and your URLs use session identifiers, use regular expre define the constant element of your URL. For example, page=1 will match *sports.example.com/checkout.cgi?page=1&id=002* as well a *fishing.example.com/checkout.cgi?page=1&language=fr&id=119*

## Identical URLs across multiple steps

You may also wish to track visitors' progress through a funnel which has the same URL for each step. For example, your sign up funnel might I this:

- **Step 1 (Sign Up):** www.mysite.com/sign_up.cgi

- **Step 2 (Accept Agreement):** www.mysite.com/sign_up.cgi

- **Step 3 (Finish):** www.mysite.com/sign_up.cgi

To get around this, you can call the <u>urchinTracker</u> Javascript function within each step (probably within an onload event), as follows:

```
urchinTracker("/funnel_G1/step1.html")
urchinTracker("/funnel_G1/step2.html")
urchinTracker("/funnel_G1/step3.html")
```

Then, set up each step of your funnel to be:

```
http://www.mysite.com/funnel_G1/step1.html
http://www.mysite.com/funnel_G1/step2.html
http://www.mysite.com/funnel_G1/step3.html
```

Note that the path/filename argument to urchinTracker need not represent an existing path or filename. The argument to urchinTracker simply made-up pagename to which Google Analytics can attach pageviews.

**Important:** *If your pages include a call to urchinTracker(), utmLinker(), utmSetTrans(), or utmLinkPost(), your Analytics tracking code must be p your HTML code above any of these calls. In these cases the tracking code can be placed anywhere between the opening <body> tag and the JavaScript call.*

Why isn't Google Analytics tracking my goals?

There are a number of reasons why goals may not appear to be being tracked in your Google Analytics reports. Below is a list of the most com issues.

- *You are using an exact match for a goal*
  If you are using an exact match for a goal (i.e. http://domain.com/page.html), any trailing spaces will cause the goal to be invalid. If you partial matching (i.e. "/page.html), trailing spaces are not an issue.

  When setting your goals, it's ideal to only include the stem of the URL as your goal. For example, if your goal is **www.domain.com/1/thanks.html**, enter /1/thanks\.html as your goal.

  > Tip: when you're entering a URL stem, Analytics treats it as a <u>regular expression</u>. You'll need to escape periods with a backslash (\).

- *The goal page is not tagged with tracking code*
  If the goal page is not tagged with tracking code, Google Analytics will not track this page and as a result will not report goals. You shou make sure that you've installed the correct tracking code on your pages - the code is specific to a profile. To find the correct tracking co

profile, click the **Edit** link next to the applicable profile on the **Analytics Settings** page, then select **Check Status** at the top-right of the

- *Your goal page is a download (ex. PDF).*
  Google Analytics will not track downloads as goals directly. Instead, you'll need to use the urchinTracker function for the download link. Instructions on doing so, please read How do I track files (such as PDF, AVI, or WMV) that are downloaded from my site?

The URLs for each step in my Defined Funnel Path are identical. How can I track each step as if it were a unique URL?

You may wish to track visitors' progress through a funnel which has the same URL for each step. For example, your sign up funnel might look l

- Step 1 (Sign Up) - www.mysite.com/sign_up.cgi

- Step 2 (Accept Agreement) - www.mysite.com/sign_up.cgi

- Step 3 (Finish) - www.mysite.com/sign_up.cgi

To get around this, you can call the urchinTracker Javascript function within each step (probably within an onload event), as follows:

```
urchinTracker("/funnel_G1/step1.html")
urchinTracker("/funnel_G1/step2.html")
urchinTracker("/funnel_G1/step3.html")
```

Then, set up each step of your funnel to be:

```
http://www.mysite.com/funnel_G1/step1.html
http://www.mysite.com/funnel_G1/step2.html
http://www.mysite.com/funnel_G1/step3.html
```

Note that the path/filename argument to urchinTracker() need not represent an existing path or filename. The argument to urchinTracker simpl a made-up pagename to which Google Analytics can attach pageviews.

**Important:** *if your pages include a call to urchinTracker(), utmLinker(), utmSetTrans(), or utmLinkPost(), your Analytics tracking code must be p your HTML code above any of these calls. In these cases the tracking code can be placed anywhere between the opening <body> tag and the JavaScript call.*

How do I set up goals and funnels for Flash pages?

You can track any browser based event, including Flash events, on your website. By using the urchinTracker JavaScript function, you can page filename to any Flash action, and enter that filename into the appropriate goal or funnel step.

To track an event, call the `urchinTracker()` JavaScript function with an argument specifying a name for the event. For example, calling:

```
javascript:urchinTracker('/purchase_funnel/page1.html');
```

will cause each occurrence of the the calling Flash event to be logged as though it were a pageview under the name **/purchase_funnel/page1**. The argument must begin with a forward slash.

The event names may be organized into any directory style structure you wish. The path/filename argument to urchinTracker need not represe actual URL on your website.

**Important:** *if your pages include a call to urchinTracker(), utmLinker(), utmSetTrans(), or utmLinkPost(), your Analytics tracking code must be your HTML code above any of these calls. In these cases the tracking code can be placed anywhere between the opening <body> tag and the JavaScript call.*

Flash Code Examples

```
on (release) {
  // Track with no action
  getURL("javascript:urchinTracker('/folder/file.html');");
}

on (release) {
  //Track with action
  getURL("javascript:urchinTracker('/folder/file.html');");
  _root.gotoAndPlay(3);
  myVar = "Flash Track Test"
}

onClipEvent (enterFrame) {
  getURL("javascript:urchinTracker('/folder/file.html');");
}
```

Monitoring Performance : Google Analytics : Contact Form Topics (Hidden) : Tracking something : Fla **downloads, and Javascript events**

How do I track clicks on outbound links?

Google Analytics provides an easy way to track clicks on links that lead away from your site. Because these links do not lead to a page on you containing the UTM JavaScript, you will need to tag the link itself with the `urchinTracker` JavaScript. This piece of JavaScript assigns a pag any click on a link - the pageview is attributed to the filename you specify.

For example, to log every click on a particular link to **www.example.com** as a pageview for **"outgoing/example_com"** you would add the foll attribute to the link's **<a>** tag:

```
<a href="http://www.example.com" onclick="javascript:urchinTracker('/outgoing/example_com');">
```

It is a good idea to log all of your outbound links into a logical directory structure as shown in the example. This way, you will be able to easily i what pages visitors clicked on to leave your site.

**Important:** *if your pages include a call to urchinTracker(), utmLinker(), utmSetTrans(), or utmLinkPost(), your Analytics tracking code must be p your HTML code above any of these calls. In these cases the tracking code can be placed anywhere between the opening <body> tag and the JavaScript call.*

How do I track files (such as PDF, AVI, or WMV) that are downloaded from my site?

Google Analytics provides an easy way to track clicks on links that lead to file downloads. Because these links do not lead to a page on your si containing the tracking code, you'll need to tag the link itself with the urchinTracker JavaScript if you would like to track these downloads. T of JavaScript assigns a pageview to any click on a link - the pageview is attributed to the filename you specify.

For example, to log every click on a particular link to www.example.com/files/map.pdf as a pageview for **/downloads/map** you would add the fi attribute to the link's **<a>** tag:

```
<a href="http://www.example.com/files/map.pdf" onclick="javascript:urchinTracker('/downloads/map');">
```

**Important:** *if your pages include a call to urchinTracker(), utmLinker(), utmSetTrans(), or utmLinkPost(), your Analytics tracking code must be p your HTML code above any of these calls. In these cases the tracking code can be placed anywhere between the opening <body> tag and the JavaScript call.*

How do I track Flash events?

Google Analytics lets you track any browser based event, including Flash and JavaScript events. To track an event, call the urchinTracker ( JavaScript function with an argument specifying a name for the event. For example, calling:

```
javascript:urchinTracker('/homepage/flashbuttons/button1');
```

will cause each occurrence of that Flash event to be logged as though it were a pageview of **/homepage/flashbuttons/button1**. The argumen JavaScript function with an argument specifying a name for the event. The event names may be organized into any directory style structure you wish, and actual pages with these filenar begin with a forward slash. The event names may be organized into any directory style structure you wish, and actual pages with these filenar not exist.

For example, if you wish to organize flash events by page, by type of event, you might organize a hierarchy along these lines:

/homepage/flashbuttons/button1
/homepage/clips/clip1

**Important:** *if your pages include a call to urchinTracker(), utmLinker(), utmSetTrans(), or utmLinkPost(), your Analytics tracking code must be [
your HTML code above any of these calls. In these cases the tracking code can be placed anywhere between the opening <body> tag and the
JavaScript call.*

<u>Flash Code Examples</u>

```
on (release) {
    // Track with no action
    getURL("javascript:urchinTracker('/folder/file');");
}

on (release) {
    //Track with action
    getURL("javascript:urchinTracker('/folder/file');");
    _root.gotoAndPlay(3);
    myVar = "Flash Track Test"
}

onClipEvent (enterFrame) {
    getURL("javascript:urchinTracker('/folder/file');");
}
```

........................................................................

How do I track JavaScript events?

........................................................................

To track an event, use the **urchinTracker** JavaScript function to specify a name for the event. For example, calling:

```
javascript:urchinTracker('/homepage/link1');
```

will cause each occurrence of the the calling event to be logged as though it were a pageview for the URL */homepage/link1*. The argument mu:
with a forward slash. The event names may be organized into any directory style structure you wish.

For example, if you wish to organize events by page > type of event, you might organize a hierarchy along these lines:

- '/homepage/links/link1'
- '/homepage/radiobuttons/button1'
- '/contactform/rollovers/image1'

**Important:** *if your pages include a call to urchinTracker(), utmLinker(), utmSetTrans(), or utmLinkPost(), your Analytics tracking code must be [

*your HTML code above any of these calls. In these cases the tracking code can be placed anywhere between the opening <body> tag and the JavaScript call.*

### HTML Code Examples

The following illustrates how to log an onClick event:

```
<a href="javascript:void(0);" onClick="javascript:urchinTracker('/folder/file');">
```

Or, to log a rollover event:

```
<a href="javascript:void(0);" onMouseOver="javascript:urchinTracker('/folder/file');">
```

---

How do I track AJAX applications?

With a typical HTML page, you can use the URL to differentiate between multiple pageviews. But in an AJAX application, a request to the serv without changing the URL of the page, making it difficult to track.

By calling Analytics' urchinTracker function, however, you can assign a page filename to any AJAX event. Typically, this is done as part of the onreadystatechange function, after the data has been returned and all updates to the page have been made. The example below shows or doing this:

```
. . .

            http_request.onreadystatechange = sendAlert;
            http_request.open('GET', url, true);
            http_request.send(null);

    }

    function sendAlert() {

            if (http_request.readyState == 4) {
                if (http_request.status == 200) {
                    alert(http_request.responseText);
                    urchinTracker("/pagefilename");
                } else {
                    alert('Error.');

    . . .
```

The urchinTracker variable (/pagefilename in the example above) can be any value, which will be displayed as a page filename in your An

reports.

**Important:** *if your pages include a call to urchinTracker(), utmLinker(), utmSetTrans(), or utmLinkPost(), your Analytics tracking code must be placed your HTML code above any of these calls. In these cases the tracking code can be placed anywhere between the opening <body> tag and the JavaScript call.*

Monitoring Performance : Google Analytics : Contact Form Topics (Hidden) : Tracking something : **Do and directories**

How do I track unique areas within my website separately?

If there are certain subdirectories of your website that you would like to track, you can create a filter to only report on traffic to that directory:

1. Click Filter Manager

2. From the Existing Filters list, click **Add**

3. Enter a unique **Filter Name**

4. From the **Filter Type** drop-down list, select **Include only traffic from a subdirectory**

5. In the **Subdirectory** field, replace mydir with the subdirectory you would like to track, leaving the ^ and / in place. For example, if you like to report on **www.example.com/motorcycles**, enter:

   ^/motorcycles/

6. Select the *Available Website Profile* to which to apply this filter and click **Add**

7. Click **Finish** to create and apply this filter, or **Cancel** to exit without saving

Monitoring Performance : Google Analytics : Contact Form Topics (Hidden) : Tracking something : **Something else**

How do I track a new website?

**Note:** *Google Analytics has experienced extremely strong demand, and as a result, we have temporarily limited the number of new signups as increase capacity. In the meantime, please submit your name and email address at http://www.google.com/analytics/sign_up.html and we will as soon as we are ready to add new accounts. Thank you for your patience.*

There are two simple steps required to start tracking a new website: the creation of a new website profile, and the addition of Analytics tracking all of the pages you wish to track.

**Create a new profile**

1. From the **Analytics Settings** page, click **Add Website Profile**

2. Select Add a Profile for a new domain

3. Enter the URL of the site you will be tracking, making sure to select either **http://** (most common) or **https://** (secure site) from the drop-

4. Click **Finish**. The Tracking Status page appears, containing the tracking code necessary for the next steps

### Add the tracking code to your pages

The code contained in the text box on the **Tracking Status** page must be copied and pasted into all of the web pages you will be tracking. It should be added immediately before the `</body>` tag, and can be added by hand or through the use of templates or includes, if available.

-----

**Tip:** Google Analytics tracking code is unique for each account and each profile within that account. To find your personalized tracking code at any time:

1. From the **Analytics Settings** page, find the profile for which you need tracking code in the **Website Profiles** table

2. Click **Edit** in that profile's **Settings** column. The **Profile Settings** page appears

3. Click **Check Status** at the top-right of the table

-----

Why does Google Analytics report different values than some other web analytics solutions?

Different web analytics products may use a variety of methods to track visits to your website. Therefore, it is normal to see discrepancies between reports created by various products. However, we generally believe that the best way to think of metrics across different web analytics program think in terms of trends, as opposed to numbers by themselves.

One example is to compare related metrics, such as pageviews (eg. 15% of traffic went to page x). In addition, the comparison of data over time can be valuable - information such as "conversions increased by 20% over the past 3 months," or "our site gained 10% more pageviews in the month of March." In most cases, you'll notice that different analytics solutions, though different in numbers, will generally depict the same trends.

While we're not able to provide side-by-side comparisons of Google Analytics with other web tracking solutions, the following list points out some main reasons your actual numbers may differ:

- **Terminology**: The terminology used in one program may not mean the same thing or may not be measured the same way as in another program. Pageviews are generally similar between vendors; however, it's much more difficult to define a visit or a visitor. In Analytics, if comes to your site twice within thirty minutes without closing their browser, they'll register as one visit. Other web analytics solutions may this behavior as two visits, depending on their definitions.

- **Tracking methods**: There are two main methods of tracking activity: cookie-based and IP + User Agent.
  - *Cookie-based* tracking relies on a browser setting the cookie. If cookies are disabled, cookie-based analytics programs (such as

Analytics) will not count the visit. This would exclude, for example, hits from a robot or spider.

- *IP + User Agent* tracking typically uses log file analysis for its data. This may report higher numbers than reported by cookie-based tracking because of dynamically assigned IP addresses and spider and robot visits.

- **1st party vs. 3rd party cookies**: Even among cookie-based tracking solutions, there's a difference between 1st party and 3rd party cookies. Because 3rd party cookies are set by a source other than the website being visited, they're often blocked by browsers and security software. Google Analytics uses 1st party cookies.

- **3rd party images**: Some browsers give users the option to disable images that are requested from domains other than the current page. Disabling such images will prevent data from being sent to Google Analytics.

- **Filters/settings**: Many web analytics solutions provide data filters. Differences in the way that filters are applied, or creating different filtering altogether, can drastically affect the data in your reports

- **Timezone differences**: If your web analytics solutions group data using different timezones, your daily or hourly data will be affected.

- **Visitor browser preferences**: Visitors must have JavaScript, images, and cookies enabled in their browsers in order for Analytics to report their visit. Depending on their method of collecting data, other analytics solutions may still register these visitors.

- **Caching**: Google Analytics directly calls Google's servers each time a page is visited, even if the page has been cached. Other analytics solutions may not record an additional visit if the page is pulled from a user's or server's cache.

## Monitoring Performance : Google Analytics : Contact Form Topics (Hidden) : Why report data : **Why my report data looks wrong**

Why are "/" and "/index.html" tracked separately in my reports, even though they're the same page?

Even though **www.example.com/** may be the same page as **www.example.com/index.html**, they show up as two separate entries in your logs. You can tell Google Analytics to treat them as the same page by defining the **Default page** for your profile:

1. Click the **Analytics Settings** link

2. In the **Website Profiles** list, find the profile to modify and click **Edit**

3. Click the **Edit** button next to **Main Website Profile Information**

4. In the **Default page** text box, enter the default (or index) page for this domain. This is the page that loads when a visitor enters only the domain of your site into their address bar. For example, if **www.example.com** loads your **index.html** web page, enter `index.html` in this text box

5. Click **Save Changes** to update your default page, or **Cancel** to exit without saving

I'm using Urchin 5 with the IP+UserAgent tracking method, and now I'm trying Google Analytics. Why am I noticing lower pageview statistics?

Customers using Google Analytics may notice a difference in the session and pageview counts after upgrading from Urchin 5 to Google Analyt this may be attributable to a normal side effect of adopting a new technology, incorrect configuration is the most likely culprit. The most commo for the discrepancies in statistics are outlined below.

**Common Configuration Problems**

1. The _uch variable setting is being used in the tracking code, but has not been correctly set. This will result in no sessions or pageviews bein recorded.

2. Some pages on the website are missing the tracking code. This will be obvious if the Google Analytics *Top Content* report is compared with *Requested Pages* report from Urchin 5. The Google Analytics report will only list pages that have the script tag, whereas Urchin 5 will list all req files that it deems to be pages. For more information, please read How do I add tracking code to my website?

**Differences in Tracking Technology**

1. A pageview is only recorded for Google Analytics when the JavaScript on Google's servers is executed. Spiders and bots are not able to exc file. Therefore, while Urchin 5's pageview totals using the IP+UserAgent method include spider and bot traffic, Google Analytics' pageview tota the tracking code method do not. The resulting effect on pageview counts can be significant.

2. Visitors to your site who do not have JavaScript enabled will not register pageviews in Google Analytics, but will in Urchin 5 under the IP+Us tracking method.

3. Google Analytics only records pageview requests with a status code of 200. The Urchin 5 software using the IP+UserAgent tracking method pageviews for all requests that result in a status code of 2xx, 302, or 304.

Why do AdWords and Analytics show different figures in my reports?

There are a number of reasons why AdWords and Analytics may report different numbers in terms of clicks and referrals:

- **Different terminology**: Make sure that you're comparing equivalent items. Google AdWords tracks *clicks*, while Google Analytics track a user clicks on your ad twice within thirty minutes without closing his or her browser, this will be registered by Analytics as one visit to y even if the user left your site and then returned shortly after. For example, if a user clicks on your ad once, clicks the 'back' button, and clicks your ad again, AdWords will register two clicks while Analytics will register one visit.

- **AdWords filtering**: AdWords automatically filters certain clicks from your reports, while Analytics will report on the resulting visits to you website. The clicks we filter from your AdWords reports are the occasional instances of someone clicking repeatedly on your ad in orde increase your costs or to increase your clickthrough rate. AdWords considers these clicks to be invalid and will automatically filter them your AdWords reports. You are not charged for these potentially invalid clicks.

- **URLs not tagged**: If auto-tagging is turned off and the Destination URLs do not contain manually tagged campaign tracking variables, t will not be marked as Google CPC, but instead may be attributed to Google Organic. Please ensure that your AdWords account either h auto-tagging turned on or (2) has campaign tracking variables appended to the end of every destination URL.

- **Landing page tracking code:** If the landing page for your ads is not being tracked, your campaign information will not be passed to An Please ensure that you are tracking all landing pages for your AdWords ads.

- **Visitor browser preferences:** Visitors entering through AdWords may have JavaScript, cookies, or images turned off. If this is the cas Analytics won't be able to report these visitors, but they will be reported through AdWords. In order for Google Analytics to record a visit visitor must have JavaScript, images, and cookies enabled for your website.

- **Unable to load code:** Clicks reported on Google AdWords but not on Google Analytics may be the result of obstruction between the Go AdWords click event and the ability to load the tracking code on the landing page. If this is the case, ensure that your web hosting serve functioning properly, the page is loading for all possible users and IPs, and the tracking code is installed correctly on your web pages.

- **Redirects in landing pages** can often obstruct the Google Analytics code from launching and properly identifying the visit as coming fr paid search campaign. For example, if your ad leads to `http://www.mydomain.com/index.html`, but you've created a 301, 302, c JavaScript redirect from that URL to `http://www.mydomain.com/page2.html`, the campaign information that was originally appen the landing page will be lost upon redirection.

## Monitoring Performance : Google Analytics : Contact Form Topics (Hidden) : My report data : How to r changes to my report data

How can I exclude my internal traffic from my reports?

If you'd like to exclude internal traffic from your reports (such as traffic from your home or company intranet), you can set up a filter in your prof specific IP address or addresses to disregard. To do so:

1. Click **Filter Manager** from the Analytics Settings page

2. Enter a **Filter Name** for this filter

3. From the **Filter Type** drop-down list, select **Exclude all traffic from an IP address**

4. The **IP address** field will auto-populate with an example IP address. Enter the correct value. Remember to use <u>regular expressions</u> whi entering any IP address. For example, if the IP address to filter is:

   192.168.1.1

   then the **IP address** value will be:

   `192\.168\.1\.1`

   You may also enter a range of IP addresses. For example:

   **Range:** 192.168.1.1-25 and 10.0.0.1-14
   **IP address value :** `^192\.168\.1\.([1-9]|1[0-9]|2[0-5])$|^10\.0\.0\.([1-9]|1[0-4])$`

5. Select the profiles to which this filter should be applied in the **Available Website Profiles** box

6. Click **Add** to move the selected profiles into the **Selected Website Profiles** list

7. Click **Finish** to save this filter, or **Cancel** to return to the previous page

---

How do I create a custom filter?

Google Analytics provides a number of custom filter options that make it easy to manipulate your data to match your reporting needs. Each typ custom filter has its own settings and features. We've provided in-depth instructions for each type of filter in the articles listed below:

- Include and Exclude filters
- Search & Replace filters
- Advanced filters

---

By default, visitor sessions timeout after 30 minutes of inactivity. How can I change this setting?

You can change the length of time that Google Analytics waits before timing out a visitor by adding a line to your tracking code. The session tin value is defined by the _utimeout variable -by default, this value is set to 1800 seconds (30 minutes). Changing it to "3600", for example, wo change the timeout to 1 hour:

```
<script src="http://www.google-analytics.com/urchin.js" type="text/javascript">
</script>
<script type="text/javascript">
  _uacct = "UA-xxxx-x";
  _utimeout="3600";
  urchinTracker();

</script>
```

## Monitoring Performance : Google Analytics : Contact Form Topics (hidden) : My report data : **How I ca my _____ report (eg., site overlay)**

---

Why is my Site Overlay report not working?

The Site Overlay report uses cURL to request a web page, and displays clicks on standard links that are embedded on that page. Its functional currently limited to static pages with unique links to content located elsewhere on the website.

The site overlay report is not currently able to work with the following types of content:

- Javascript links

- Virtual pageviews created with urchinTracker
- URL redirects
- URL rewrite filters
- Links to subdomain pages
- Frames

In the above cases, it is common to see missing overlay bars, or bars with zero content. If there are multiple links on a page that all point to the place, Google Analytics will total the clicks on all those links and display the total number for each overlay bar on each of those common links.

Some additional reasons for incomplete or missing Site Overlay reports include:

| | |
|---|---|
| **Default Page setting** | The Site Overlay report may not populate properly if your <u>Default Page</u> setting is incorrect. Make sure to include only the filename in this field (index.html, index.asp, etc) rather than the full URL. |
| **Website URL setting** | If the Website URL value in your <u>Profile Settings</u> page ends in a '/', the default page will be appended to each URL. Please ensure that your website URL setting includes the main domain of your site with no extra characters. |
| **URL rewrites** | If you're using filters to rewrite any part of your URLs, the HTML links on your pages will not match the modified data in your *All Navigation* report. In this case, the Site Overlay report will not be able to properly associate the data with the appropriate link in the HTML. |
| **Session IDs** | Sites that dynamically add session IDs to URLs may prevent the Site Overlay from working. Each pageview will appear as a unique URL in your *All Navigation* report, and the data in the Site Overlay will be too granular to be useful. To solve this problem, use the Exclude URL Query Parameters feature of your <u>Profile Settings</u> page to remove the session ID from the URLs. |
| **Spaces in the URL** | Spaces in URLs will be converted to $20 by your browser, and will be reported to Analytics as such. Because the reported URL contains $20, and the HTML source contains spaces, the two will not match and the Site Overlay report will not be able to correlate these clicks. We recommend that you replace the spaces in your links with an underscore. |
| **Supported browsers** | Data will not be reported in the Site Overlay report for sites that only work with Internet Explorer. |
| **Image maps** | Because the links in an image map appear as attributes of the anchor tag, these links will not be recognized by the Site Overlay report. |
| **Character Encoding** | We do not support characters from character sets other than UTF-8. If you have other character sets on your site, you may see garbage characters (usually empty boxes or question marks instead of the actual characters) in the report. |

Monitoring Performance : Google Analytics : Contact Form Topics (Hidden) : My report data : **Something about my report data?**

How do I restrict a user's access to certain domains or reports?

Google Analytics' **Access Manager** screen allows you to add new users to your account, so that they may view reports. Their access to particular reports and/or domains is configured through a combination of profile access and Report Dashboards and Categories.

The first step is to add a user to your Google Analytics account - instructions are available from <u>How do I grant other users access to my Analytics reports?</u>.

**Profile Access** When adding or editing a user, the **Allow access to** section allows you to grant permission to that user to any or all of the exis profiles. *Available Website Profiles* are listed on the left - select one or more and click **Add** to move those profiles to the *Selected Website Prof* Click **Finish** to save these changes. Using these settings, you can ensure that each user has access to reports only for those profiles which an appropriate.

**Report Dashboards and Categories** If you would like a user to have access to a certain subset of reports only, you can set the available repc profile level. For example, if ProfileA shows all reports for domain www.example.com, but you'd like user JohnDoe to view only the marketing r www.example.com:

1. Create a new profile (ProfileB) with the same settings as ProfileA
2. From the Analytics Settings page, click edit to update ProfileB's settings
3. In the **Main Website Profile Information** section, click **edit**
4. Select reports for JohnDoe from the **Available reports** section and click **Save Changes**
5. Click the **Access Manager** link
6. Click in JohnDoe's row
7. Select ProfileB from the *Available Website Profiles* list and click **Add** to move it to the *Selected...* list
8. Click **Save Changes**

Can I upload existing log or reporting data into my Google Analytics account?

It is not possible to import external historical log or reporting data into Google Analytics at this time.

Of course, all of the data from your Urchin On Demand account will continue to be available in your Google Analytics account. There will be no interruption in your reporting.

Is there a Google Analytics API?

Urchin does not currently provide an API to access the reporting data. However, we do offer export functionality for single reports in the followi formats:

- Tab separated (Text)
- XML
- Excel (CSV)

This feature allows you to easily import report data into your favorite spreadsheet application or to process the data otherwise.

Monitoring Performance > Google Analytics > Contact Form Topics (hidden) > A product feature > **Conv**

## Goals and Funnels

Can I set up more than 4 goals per profile?

Google Analytics supports up to 4 goals per profile, each with a defined funnel and drawing *value* information as a set amount, or dynamically f e-commerce pages. If your site requires more than 4 goals, you may wish to configure another profile for that site.

What is a funnel?

A 'funnel' is a series of pages through which a visitor must pass before reaching the conversion goal. The name comes from a graph of visitors reach each page - the first page counts the most visitors, and each successive page shows less visitors as they drop off before reaching the fir

The purpose of tracking these pages is to see how efficiently your pages direct visitors to your goal. If any of the funnel pages are overly compl not designed to be user-friendly, then you will see significant drop off and lower conversion rates. You can track drop-off rates on pages leadin using the *Defined Funnel Abandonment* report in the *Content Optimization* section.

How do I use funnels to track dropoff rates on pages leading to a goal?

A funnel is a defined navigation path you want your visitors to follow in order to achieve a goal. Using funnels can help you to understand how visitors navigate to your goal and how you can improve your site in order to increase goal conversions. The last step in a funnel will be your go

For information on creating goals and funnels, please read How do I set up goals?.

For example, if you have an application on your site, each step in the application process can be steps in your funnel, with the "Thank you for s page as your goal.

You can track drop-off rates on pages leading to a goal using the *Defined Funnel Abandonment* report in the *Content Optimization* section. Thi will show you what percentage of visitors who begin a defined funnel path abandon it. Going back to the application example, this report can h identify where in the application process visitors are most often dropping out, so that you may work to improve retention through this section of application.

## Monitoring Performance › Google Analytics › Contact Form Topics (hidden) › A product feature › **Filter Manager**

What is a filter?

Filters are applied to the information coming into your account, to manipulate the final data in order to provide accurate reports. These filters ca up to exclude visits from particular IP addresses, to report only on a subdomain or directory, or to take dynamic page URLs and convert them i readable text strings.

Google Analytics provides you with three predefined filter types, as well as a number of customer options.

**Predefined filters:**

- **Exclude all traffic from a domain**: use this filter to exclude traffic from a specific domain, such as an ISP or company network.

- **Exclude all traffic from an IP address**: use this filter to exclude clicks from certain sources. You can enter a single IP address, or a addresses

- **Include only traffic to a subdirectory**: use this filter if you want a profile to report only on a particular subdirectory (such as www.example.com/motorcycles)

**Custom filters:**

- **Exclude Pattern**: This type of filter excludes log file lines (hits) that match the Filter Pattern. Matching lines are ignored in their entirety; example, a filter that excludes Netscape will also exclude all other information in that log line, such as visitor, path, referral, and domain information.

- **Include Pattern**: This type of filter includes log file lines (hits) that match the Filter Pattern. All non-matching hits will be ignored and an non-matching hits is unavailable to the Urchin reports.

- **Search & Replace**: This is a simple filter that can be used to search for a pattern within a field and replace the found pattern with an all form.

- **Lookup Table**: (*Currently unavailable*) Selecting this filter allows you to select a lookup table name which may be used to map codes to intelligible labels. For example, the phone models table maps abbreviated phone platform identifiers to the model and manufacturer na phone based web browsers.

- **Advanced**: This type of filter allows you to build a field from one or two other fields. The filtering engine will apply the expressions in the Extract fields to the specified fields and then construct a field using the Constructor expression. Read the Advanced Filters article for m information.

- **Uppercase / Lowercase**: Converts the contents of the field into all uppercase or all lowercase characters. These filters only affect lette will not affect characters or numbers.

Custom filters are applied in the order in which they appear in your **Profile Settings** page. Use the **Assign Filter Order** link to rearrange the o your filters.

For step-by-step instructions on creating filters, please refer to How do I create a filter?

_____

What are regular expressions?

Posix regular expressions are used to match or capture portions of a field using wildcards and metacharacters. They are often used for text ma tasks. Most of the filters included in Google Analytics use these expressions to match the data and perform an action when a match is achieve instance, an **exclude** filter is designed to exclude the hit if the regular expression in the filter matches the data contained in the field specified b filter.

Regular expressions are text strings that contain characters, numbers, and wildcards. A list of common wildcards is contained in the table below that these wildcard characters can be used literally by escaping them with a backslash '\'. For example, when entering **www.google.com**, esc periods with a backslash: **www\.google\.com**

<u>Wildcard Meaning</u>

| | |
|---|---|
| . | match any single character |
| * | match zero or more of the previous items |
| + | match one or more of the previous items |
| ? | match zero or one of the previous items |
| () | remember contents of parenthesis as item |
| [] | match one item in this list |
| - | create a range in a list |
| \| | or |
| ^ | match to the beginning of the field |
| $ | match to the end of the field |
| \ | escape any of the above |

**Tips for Regular Expressions**

1. Make the regular expression as simple as possible. Complex expressions take longer to process or match than simple expressions.

2. Avoid the use of **.*** if possible since this expression matches everything and may slow down processing the expression. For instance, if to match **index.html**, use **index.html**, not **.\*index.html.\***

3. Try to group patterns together when possible. For instance, if you wish to match a file suffix or .gif, .jpg, and .png, use \.(**gif|jpg|png**) in: \.**gif|\.jpg|\.png.**

4. Be sure to escape the regular expression wildcards or metacharacters if you wish to match those literal characters.

5. Use anchors whenever possible. The anchor characters are **^** and **$**, which match either the beginning or end of an expression, respec Using these when possible will speed up processing. For instance, to match **abc** directory in **/abc/xyz**, use **^/abc/** instead of **/abc/**. Usir will force the expression to match at the beginning and will improve processing speed.

---

How do I create a filter?

Whether you're excluding your internal traffic with a simple predefined filter, or creating advanced filters to rewrite your URLs, the Analytics Filt Manager offers you a powerful way to control the data in your reports.

There are two ways to create a filter in Google Analytics: using a predefined filter, or creating a custom filter.

- Predefined filters are a quick and easy way to accomplish some of the most common filtering tasks. Creating a predefined filter is cover How do I create a predefined filter?

- Custom filters allow more advanced manipulation of data. Creating a custom filter is covered in How do I create a custom filter?

When a filter is created in your profile, it's immediately applied to new data coming into your account. A profile's filters are applied to raw visitor the data is processed into the database. New filters will not affect historical data, and we're not able to reprocess your old data through the new

By default, filters are applied in the order in which they were added. This order can be modified from your Profile Settings page, using the **Assi Order** link in the *Filters Applied to Profile* table.

If you'd like to apply filters to your data while keeping your "raw" data intact, you can create a duplicate profile in your account. To do so, add a profile using the **Add profile for an existing domain** option. When this option is selected, the tracking code generated for the new profile will identical to the tracking code for the original profile, and data will be imported simultaneously into both. You won't need to change the tracking your site, and any filters applied to the first profile will not affect data in the second.

For troubleshooting information, please refer to the Troubleshooting Filters section of the Analytics help center.

I applied a filter to a profile but my existing report data hasn't changed.

When a filter is created in your profile, it is immediately applied to new data coming into your account. It will not affect historical data, nor are w reprocess your old data through the new filter.

## Monitoring Performance : Google Analytics : Contact Form Topics (Hidden) : A product feature : Webs Profiles

What is a website profile and what can I do with it?

A website profile is essentially a set of rules that define the reports that you see. Generally, a website profile corresponds with a domain - you'll profile per domain, so that you can view reports for each domain separately.

You can also use profiles to track subdomains separately, by setting up filters on the profile to return data only from that subdomain. We've pro instructions on setting this up - please read How do I track all of the subdomains for my site in separate profiles?

If you would like to track sections of a site, you can again create multiple profiles and use filters to return the applicable data. How do I track un areas within my website separately?

Profiles are also useful for controlling report access. As the types of reports available for a profile are defined with the profile's settings, you ma two or more profiles for a domain, each with a different set of reports. Assigning users to the appropriate profile will ensure that they are viewin those reports that apply to them. Please read How do I restrict a user's access to certain domains or reports? for more information.

How do I add a profile?

Profiles allow you to view reports on specific domains, subdomains, or on filtered data for your webpages (for more information about profiles, read What is a website profile and what can I do with it?).

To add a new profile:

1. Click **Analytics Settings**

2. In the **Website Profiles** box, click **Add Website Profile**

3. Select a radio button to **add a profile for an existing domain** (one for which a profile already exists) or to **add a profile for a new dor**

4. If you're adding a profile for an existing domain, select the appropriate value from the **Select Domain** drop-down list, and enter the **Pro Name** as you would like it to appear in your account

5. If you're creating a profile for a new domain, enter the value in the text field provided. You may enter a subdomain or domain path if des make sure to specify if the domain uses http:// or https:// from the drop-down list.

6. Click **Finish** to add the new profile, or **Cancel** to exit without saving.

Once you've created a profile, you'll need to add tracking code to your pages. To do so, please read How do I add tracking code to my website

How do I grant users access to specific profiles?

To grant access to one or more profiles for an existing user:

1. Click **Access Manager**

2. In the *Existing Access* list, find the user to update and click **Edit**

3. Select the profiles to which this user should have access from the *Available Website Profiles* list

4. Click **Add** to move the selected profiles to the *Selected Website Profiles* list

5. Use **Remove** to move any profiles away from the *Selected...* list if access is not required

6. Click **Save Changes** to update this user's access, or **Cancel** to return to the previous screen without saving

Monitoring Performance › Google Analytics › Contact Form Topics (hidden) › A product feature › Visitc **segmentation**

How can I classify my visitors according to what pages they visit on my site or what their responses on a form are?

In addition to segmenting users along pre-defined segments such as geographic region and language preference, Google Analytics allows you custom segments and analyze the behavior of each segment. For example, you might ask visitors to select their job category (such as Enginee

8/14/2006

Marketing, motorcycle stunt riding, etc) from a form. You could then analyze browsing and buying behavior based upon the selected job categories.

You can view conversion behavior for each of your custom segments in the *Marketing Optimization > Visitor Segment Performance > User-Defined* report. Also, many other reports allow you to cross-analyze data according to visitor segment. To cross-analyze, click the **Analysis Options** button at the far left of any entry in most reports. Select **User-Defined** to view your custom segments.

To set a visitor segment, simply call the JavaScript __utmSetVar function. For example, make the following call anywhere on the web page below your tracking code:

```
<script language="text/javascript">__utmSetVar('Marketing/PR');</script>
```

**Examples:**

Assign visitors to a particular page to the "Marketing/PR" segment

In this example, anyone who visits the page will be assigned to the "Marketing/PR" segment.

```
<body onLoad="javascript:__utmSetVar('Marketing/PR')">
```

Assign users to a segment when a link is clicked

```
<a href="link.html" onClick="__utmSetVar('Marketing /PR')";>Click here </a>
```

Assign visitors to a segment based on their form selection

In this example, visitors are assigned to a segment according to their selection in a form.

```
<form onSubmit=" utmSetVar(this.mymenu.options
[this.mymenu.selectedIndex].value);">
<select name=mymenu>
<option value="Technical/Engineering">
Technical/Engineering</option>
<option value="Marketing/PR">Marketing/PR</option>
<option value="Manufacturing">Manufacturing</option>
<option value="General Management">General Management</option>
```

Monitoring Performance : Google Analytics : Contact Form Topics (Hidden) : A product feature : **Another feature**

8/14/2006

## What is urchinTracker and how can it help me?

Google Analytics' urchinTracker allows you to track events on your site that do not generate a pageview. Using the urchinTracker JavaScript, y assign a specific page filename to Flash events, JavaScript events, file downloads, outbound links, and more.

For more information on using urchinTracker, please refer to the following help articles:

- How do I track Flash events?
- How do I track JavaScript events?
- How do I track files (such as PDF, AVI, or WMV) that are downloaded from my site?
- How do I track clicks on outbound links?
- The URLs for each step in my Defined Funnel Path are identical. How can I track each step as if it were a unique URL?

## What is A/B Testing and how can it help me?

A/B Testing allows you to compare different versions of advertising content and their effectiveness at referring quality leads and customers.

Often, multiple versions of promotional content link to the same landing page on a web site. A/B Testing provides a way for you to tag each ver the promotional content, even when all versions link to the same landing page, so that you can see which ones are most effective (*version A or B*). You can view data on clickthrough rates, new leads, average page depth, visitor loyalty, conversion figures, and revenue for each version c

A/B testing uses the variables set in your tracking URLs to compare values. Specifically, A/B testing requires the use of `utm_source`, `utm_m` and `utm_content`. (For AdWords campaigns, it is only necessary to add the 'utm_content' variable to your links. The 'source' and 'medium' va are filled automatically by auto-tagging for AdWords campaigns.)

If you have multiple types of products or multiple campaigns, you should also use the `utm_campaign` variable. For example, if you have a 'spi campaign as well as a 'brand X' promotion, you can indicate the appropriate campaign in your link.

The following example illustrates the use of these variables in an email newsletter. In this example, the newsletter contains multiple links to a s on your web site.

The first link is a text link:

```
http://www.example.com/buy_page?utm_source=newsletter
&utm_medium=email&utm_content=buytext
```

The second link is a hyperlinked image:

```
http://www.example.com/buy_page?utm_source=newsletter
&utm_medium=email&utm_content=buypict
```

Google Analytics provides a URL builder tool that creates links for you, embedding the campaign information that you specify. Using this tool e that your links contain the correct syntax. It is important that you use consistent names and spellings for all of your campaign variable values. F example, choose a code or name that indicates 'cost-per-click' and use it consistently. To Analytics, utm_medium=cpc and utm_medium=cost_per_click are different mediums.

What is __utmLinker and how can it help me?

__utmLinker is a JavaScript function that is used when the links on your site require users to change root domain names - for example, from www.example.com to www.shoppingcart.com. For instructions on setting this up, please read How do I use Google Analytics to track a 3rd-par shopping cart?

It is not necessary to use utmLinker when switching between subdomains. If your site contains multiple subdomains, you'll need to configure yc profiles appropriately - please read the following help articles for more information:

How do I track all of the subdomains for my site in one profile?

How do I track all of the subdomains for my site in separate profiles?

## Monitoring Performance : Google Analytics : Contact Form Topics (Hidden) : User permissions : Access account

How do I grant other users access to my Analytics reports?

Google Analytics provides the ability to add any number of users to your account, and to grant varying levels of access to your reports. You ma access to the reports of particular profiles when adding a new user, or modify access for existing users.

To grant access when adding a new user:

1.  Click **Access Manager**
2.  Click **Add**
3.  Enter the user's email address, last name, and first name. The email address must be a Google Account.
4.  Select the **Access type** for this user: **View reports only**, or **Account Administrator**, which allows the user to edit account settings
5.  Select the profiles to which this user should have access. Reports for profiles that are not selected will not be available to this user
6.  Click **Add** to move these profiles into the *Selected Website Profiles* list
7.  Click **Finish** to create the new user. They can now log in using their Google Account email address and password.

To modify access for an existing user:

1. Click **Access Manager**
2. Find the user in the **Existing Access** list and click **Edit**
3. From the *Available Website Profiles*, select the profiles to which this user should have access. Reports for profiles that are not selected be available to this user
4. Click **Add** to move these profiles into the *Selected Website Profiles* list
5. Click **Save Changes** to update this user's access

---

How do I log in to Google Analytics?

You can log in to your Google Analytics account at any time from the home page at http://www.google.com/analytics. If you've forgotten your p. click the **Forgot your password?** link below the login area to reset it.

If you're also an AdWords advertiser, Google Analytics is fully integrated with your AdWords account. Simply sign in to AdWords at https://adwords.google.com and click the **Analytics** tab.

---

If I link my account to AdWords, will I still be able to access Google Analytics through www.google.com/analytics?

Yes - linking your Google Analytics account to your AdWords account won't affect how you log in or what you see at www.google.com/analytics

Monitoring Performance › Google Analytics › Contact Form Topics (hidden) › Something else › **Other**

The Terms of Service seem to indicate I can't use Google Analytics for commercial purposes.

Please be assured that you may use Google Analytics on your websites. We are working to clarify this language in our Terms of Service.

Monitoring Performance › Google Analytics › Contact Form Topics (hidden) › Something else › **Some c my report data is missing**

---

I have added an "Include" filter to my profile. Why am I no longer seeing any data in my reports?

Adding more than one Include filter to a profile can cause data to not appear in your reports. To allow data to populate your reports again, we recommend assigning a maximum of one Include filter to each of your profiles.

To remove Include filters from a profile:

1. From the **Analytics Settings** screen, click **Filter Manager**

2. Click the **Edit** link adjacent to the filter to be removed

3. In the *Selected Website Profiles* list, click to select the profile from which the filter will be removed

4. Click **Remove**

5. Click **Save Changes**

Data should begin populating your reports 24 hours after the include filters have been removed.

If you have only one Include filter assigned to your profile, and data is still not appearing in your reports, you may have a syntax error in your fil Common mistakes include filtering domain names when directories are expected. Try updating or removing the Include filter, and wait 24 hours data appears in your reports.

## Monitoring Performance : Google Analytics : Common Tasks : Conversion Goals & Funnels : Goals O

### What are examples of conversion goals?

Conversion goals can be any page on your site (with some extra code, they can even be file downloads or on-page actions). Some examples o conversion goals are:

- A 'thank you' page after a user has submitted information through a form. This can track newsletter signups, email list subscriptions, jol application forms, or contact forms.

- A purchase confirmation page or receipt page

- An 'About us' page

- A particular news article

- Any other page that you are trying to drive your visitors to

### What do the abbreviations in the column headers mean?

**G1, G2, G3** and **G4** refer to the site conversion goals specified in the profile settings. The URLs associated with particular conversion goals can in the *Content Optimization > Goals & Funnel Processes > Goal Verification* report.

**P** refers to the pageviews associated with a visit. The *Content Optimization > Content Performance > Depth of Visit* report covers this in detail.

**T** refers to the transactions posted during a visit. The complete list of transactions recorded with Google Analytics can be found in the *E-comm Analysis > Commerce Tracking > Transaction List* report. If you're not currently tracking transactions, read *How do I track e-commerce transac*

## Monitoring Performance : Google Analytics : Common Tasks : Filters : Filter Configuration

What filter fields are used by the reports?

## Overview

During processing, each hit in the log file is separated and calculated into different fields. These fields are then used to update data tables which are queried for report views. Some reports have special storage and are not included in the data tables.

The following table lists all of the predefined reports and which data is queried for each.

| Analytics Report | Regular Fields (from Regular Field List) | Integers Fields (from Integer Field List) |
|---|---|---|
| **Key Performance Summaries** | | |
| Visitor Summary | n/a | visits, pages |
| | Visitor Type | visits |
| | Visitor City , Visitor Region, Visitor Country | visits |
| | Campaign Source | visits |
| E-commerce Summary | n/a | revenue, transactions |
| | Visitor Type | revenue |
| | Visitor City, Visitor Region, Visitor Latitude | revenue |
| | Campaign Source | revenue |
| Conversion Summary | n/a | visits, goals1, goals2, goals3, goals4 |
| Marketing Summary | Campaign Source | visits, goals1/visits, goals2/visits, goals3/visits, goals4/visits |
| | Campaign Term | visits, goals1/visits, goals2/visits, goals3/visits, goals4/visits |
| | Campaign Name | visits, goals1/visits, goals2/visits, goals3/visits, goals4/visits |
| Content Summary | Request URI | entrancepages, bouncepages, bouncepages/entrancepages |
| | Request URI | exitpages, pages, exitpages/pages |
| | Request URI | visits, pages, pagetime/pages-exitpages |
| Marketing Optimization | | |
| Unique Visitor Tracking | | |
| Daily Visitors | n/a | hits2 |
| | n/a | newvisitors/hits2 |
| Visits&Pageview Tracking | n/a | visits |

| | | pages |
|---|---|---|
| | n/a | pages/visits |
| Goal Conversion Tracking | n/a | goals1/visits |
| | n/a | goals2/visits |
| | n/a | goals3/visits |
| | n/a | goals4/visits |
| Absolute Unique Visitors | n/a | newvisitors, priorvisitors |
| Visitor Loyalty | n/a | validhits |
| Visitor Recency | n/a | hits |
| Visitor Segment Performance | | |
| New vs Returning | Visitor Type | visits, pages/visits, goals1/visits, goals2/visits, goals3/visits, goals4/visits, transactions/visits, revenue/visits |
| Referring Source | Campaign Source , Campaign Medium | visits, pages/visits, goals1/visits, goals2/visits, goals3/visits, goals4/visits, transactions/visits, revenue/visits |
| Geo Location | Visitor Country, Visitor Region, Visitor City | visits, pages/visits, goals1/visits, goals2/visits, goals3/visits, goals4/visits, transactions/visits, revenue/visits |
| Geo Map Overlay | Visitor Country, Visitor Region, Visitor City, Visitor Latitude, Visitor Longitude | visits, pages/visits, goals1/visits, goals2/visits, goals3/visits, goals4/visits, transactions/visits, revenue/visits |
| Network Location | Visitor ISP Organization | visits, pages/visits, goals1/visits, goals2/visits, goals3/visits, goals4/visits, transactions/visits, revenue/visits |
| Language | Visitor Language Settings | visits, pages/visits, goals1/visits, goals2/visits, goals3/visits, goals4/visits, transactions/visits, revenue/visits |
| User-defined | User Defined Variable | visits, pages/visits, goals1/visits, goals2/visits, goals3/visits, goals4/visits, transactions/visits, revenue/visits |
| Marketing Campaign Results | | |
| Campaign Conversion | Campaign Name , Campaign Source, Campaign Medium | visits, pages/visits, goals1/visits, goals2/visits, goals3/visits, goals4/visits, transactions/visits, revenue/visits |
| Source Conversion | Campaign Source , Campaign Medium | visits, pages/visits, goals1/visits, goals2/visits, goals3/visits, goals4/visits, transactions/visits, revenue/visits |
| Medium Conversion | Campaign Medium , Campaign Source | visits, pages/visits, goals1/visits, goals2/visits, goals3/visits, goals4/visits, transactions/visits, revenue/visits |
| Referral Conversion | Campaign Source , Campaign Content | visits, pages/visits, goals1/visits, goals2/visits, goals3/visits, goals4/visits, transactions/visits, revenue/visits |
| Campaign ROI | Campaign Source , Campaign Medium | visits, cost, revenue, cost/visits, revenue/visits, revenue-cost/cost |
| Source ROI | Campaign Name , Campaign Medium, Campaign Source | visits, cost, revenue, cost/visits, revenue/visits, revenue-cost/cost |

| | | |
|---|---|---|
| Medium ROI | Campaign Medium , Campaign Source | visits, cost, revenue, cost/visits, revenue/visits, revenue-cost/visits, revenue-cost/cost |
| **Search Engine Marketing** | | |
| All CPC Analysis | Campaign Source , Campaign Medium, Campaign Name | impressions, clicks, transactions cost revenue, clicks/impressions, transactions/clicks, cost/clicks, revenue/clicks, revenue-cost/cost |
| AdWords Analysis | Campaign Source , Campaign Medium, Campaign Name | impressions, clicks, transactions cost revenue, clicks/impressions, transactions/clicks, cost/clicks, revenue/clicks, revenue-cost/cost |
| Overall Keyword Conversion | Campaign Name , Campaign Source, Campaign Medium | visits, pages/visits, goals1/visits, goals2/visits, goals3/visits, goals4/visits, transactions/visits, revenue/visits |
| CPC vs Organic Conversion | Campaign Source , Campaign Medium, Campaign Name | visits, pages/visits, goals1/visits, goals2/visits, goals3/visits, goals4/visits, transactions/visits, revenue/visits |
| Keyword Considerations | Campaign Name, Campaign Term | visits, pages/visits, goals1/visits, goals2/visits, goals3/visits, goals4/visits, transactions/visits, revenue/visits |
| Day Parts Breakdown | Campaign Term , Campaign Hour | responses, responses, goals2/responses, goals4/responses, goals4/responses, transactions/responses |
| Content Optimization | | |
| **Ad Version Testing** | | |
| Overall Ad A/B Testing | Campaign Content | visits, pages/visits, goals1/visits, goals2/visits, goals3/visits, goals4/visits, transactions/visits, revenue/visits |
| Source Specific Testing | Campaign Source, Campaign Medium, Campaign Content | visits, pages/visits, goals1/visits, goals2/visits, goals3/visits, goals4/visits, transactions/visits, revenue/visits |
| Keyword Specific Testing | Campaign Term, Campaign Content | visits, pages/visits, goals1/visits, goals2/visits, goals3/visits, goals4/visits, transactions/visits, revenue/visits |
| Content Performance | | |
| Top Content | Request URI | visits, pages, pagetime/pages-exit/pages, exit/pages/pages, errorhits6/visits |
| Content Drilldown | Request URI | visits, pages, pagetime/pages-exit/pages, exit/pages/pages, errorhits6/visits |
| Content by Titles | Page Title | visits, pages, pagetime/pages-exit/pages, exit/pages/pages, errorhits6/visits |
| Page Query Terms | Request URI | pages |
| Depth of Visit | n/a | errorhits |
| Length of Visit | n/a | bytes |
| Navigational Analysis | | |
| Entrance Bounce Rates | Request URI | entrancepages, bouncepages, bouncepages/entrancepages |
| Top Exit Points | Request URI | exitpages, pages, exitpages/pages |
| Site Overlay | - | - |

| Initial Navigation | P1, P2, P3 | visits, goals1/visits, goals2/visits, goals3/visits, goals4/visits, transactions/visits, revenue/visits |
|---|---|---|
| All Navigation | Request URI | pages |
|  | PA*, PB* | pages, goals1/pages, goals2/pages, goals3/pages, goals4/pages, transactions/pages, revenue/pages |
| Goals&Funnel Process |  |  |
| Goal Tracking | n/a | goals1 |
|  | n/a | goals2 |
|  | n/a | goals3 |
|  | n/a | goals4 |
| Goal Conversion | n/a | goals1/visits |
|  | n/a | goals2/visits |
|  | n/a | goals3/visits |
|  | n/a | goals4/visits |
| Defined Funnel Navigation | PG*, CD* | visits |
| Defined Funnel Abandonment | n/a | goalstarts1-goals1/goalstarts1 |
|  | n/a | goalstarts2-goals2/goalstarts2 |
|  | n/a | goalstarts3-goals3/goalstarts3 |
|  | n/a | goalstarts4-goals4/goalstarts4 |
| Reverse Goal Path | R3*, R2*, R1*, GX* | goals1, goals2, goals3, goals4 |
| Goal Verification | Campaign Goal | goals1, goals2, goals3, goals4 |
| Web Design Parameters |  |  |
| Browser Versions | Browser Program , Browser Version | visits |
| Platform Versions | Visitor Operating System Version, Visitor Connection Speed | visits |
| Browser&Platform Combos | Visitor Browser Program, Visitor Browser Version, Visitor Operating System Version, Visitor Connection Speed | visits |
| Screen Resolutions | Visitor Screen Resolution | visits |
| Screen Colors | Visitor Screen Colors | visits |
| Languages | Visitor Language Settings | visits |
| Javascript Enabled | Visitor Javascript Enabled? | visits |

| Javascript Version | Javascript Version | visits |
| --- | --- | --- |
| Flash Version | Visitor Flash Version | visits |
| Connection Speed | Visitor Connection Speed | visits |
| Hostnames | Hostname | pages |
| E-Commerce Analysis | | |
| Commerce Tracking | | |
| Revenue&Transactions | n/a | revenue |
| | n/a | transactions |
| Conversion Rate Graph | n/a | transactions/visits |
| Average Order Value | n/a | revenue/transactions |
| Transaction List | n/a | revenue, tax, shipping, items |
| Loyalty&Latency | | |
| New vs Returning | Visitor Type | visits, transactions, revenue, revenue/visits, revenue/transactions |
| Time to Transaction | n/a | nonpages |
| Visits to Transaction | n/a | pages |
| Revenue Sources | | |
| Referring Sources | Campaign Source, Campaign Medium | bouncepages, transactions, revenue/transactions |
| Languages | Visitor Language Settings | revenue, transactions, revenue/transactions |
| Organizations | Visitor ISP Organization | revenue, transactions, revenue/transactions |
| User-defined | User Defined | revenue, transactions, revenue/transactions |
| Top Cities | E-Commerce Transaction City, E-Commerce Transaction Region, E-Commerce Transaction Region | revenue, transactions, revenue/transactions |
| Country Drilldown | E-Commerce Transaction Region, E-Commerce Transaction Region, E-Commerce Transaction City | revenue, transactions, revenue/transactions |
| Affiliations | E-Commerce Store or Order Location | revenue, transactions, revenue/transactions |
| Product Merchandising | | |
| Product Performance | E-Commerce Item Name, E-Commerce Item Code | items, transactions, itemrevenue, itemrevenue/items, items/transactions |
| Product Country Correlation | E-Commerce Item Variation, E-Commerce Item Name, E-Commerce Item Code | items, transactions, itemrevenue, itemrevenue/items, items/transactions |
| Product City, Region Correlation | E-Commerce Item Name, E-Commerce Transaction Region | items, transactions, itemrevenue, itemrevenue/items, items/transactions |

| | |
|---|---|
| Product Keyword Correlation | E-Commerce Item Name, E-Commerce Transaction Region, E-Commerce Transaction City | Items, transactions, itemrevenue, items, items/transactions |
| | E-Commerce Item Name, Campaign Term | Items, transactions, itemrevenue, itemrevenue/items, items/transactions |
| Product Source Correlation | E-Commerce Item Name, Campaign Source, Campaign Medium | Items, transactions, itemrevenue, itemrevenue/items, items/transactions |

What information do the filter fields represent?

The following table lists all available Fields and their purpose.

**Regular Field List**

| Filter Name | Description |
|---|---|
| Request URI | Includes the relative URL, or piece of the URL, after the hostname. For example: for http://www.google-analytics.com/requestURL/index.html?sample=text the *Request URI* is /requestURL/index.html?sample=text |
| Hostname | The full domain name of the page requested. For example: for http://www.google-analytics.com/requestURL/index.html? sample=text the hostname is www.google-analytics.com |
| Referral | The external referrer, if any. This field is only populated for the initial external referral at the beginning of a session. |
| Page Title | The contents of the <title> tags in the HTML of the delivered page. |
| Visitor Browser Program | The name of the browser program used by the visitor. |
| Visitor Browser Version | The version of the browser program used by the visitor. |
| Visitor Operating System Platform | The visitor's operating system platform. |
| Visitor Operating System Version | The visitor's operating system version. |
| Visitor Language Settings | The language setting in visitor browser preferences. |
| Visitor Screen Resolution | The resolution of the visitors screen, as determined from the browser program. |
| Visitor Screen Colors | The color capabilities of the visitors screen, as determined from the browser program. |
| Visitor Java Enabled? | The java enabled variable describes whether Java is enabled in the visitor's browser program. |
| Visitor Flash version | The Flash version variable describes what version of Flash is installed in the visitor's browser program |
| Visitor IP Address | The visitor's IP Address. |

| | Description |
|---|---|
| Visitor Geographic Domain | The visitor's geographic domain. For example, the geographical domain of http://www.google.co.uk/ is .co.uk. |
| Visitor ISP Organization | The ISP organization registered to the IP address of the user. This is the ISP the visitor is using to access the internet. |
| Visitor Country | The visitor's geographic country location obtained by information registered with the IP address, ex: United States |
| Visitor Region | The visitor's geographic region or state location obtained by information registered with the IP address, ex: California |
| Visitor City | The visitor's geographic city location obtained by information registered with the IP address, ex: San Francisco |
| Visitor Connection Speed | The visitor's connection speed, as determined by the visitor's internet connection as determined by the browser. |
| Visitor Type | Either "New Visitor " or "Returning Visitor," based on Google Analytics identifiers. |
| Custom Field 1 | An empty, custom field for storage of values during filter computation. Data is not stored permanently in this field, but can be written to Custom Field 1 or 2 to be used by a subsequent filter. |
| Custom Field 2 | An empty, custom field for storage of values during filter computation. Data is not stored permanently in this field, but can be written to Custom Field 1 or 2 to be used by a subsequent filter. |

**User Defined Variables**
These variables can be set by modifying javascript through the GATC, E-Commerce fields, or variables in a tracking link.

| Filter Name | Description |
|---|---|
| Campaign Source | Campaign Source is defined by the tagged page request query. This usually denotes the resource that provided the click. For example: "AdWords". This variable is automatically generated for AdWords hits when auto-tagging is turned on through the AdWords interface. |
| Campaign Medium | Method of Delivery. Campaign Medium is defined by the tagged page request query. This typically refers to the medium used to generate the request, for example: "Organic," "CPC," or "PPC." This variable is automatically generated for AdWords hits when autotagging is turned on through the AdWords interface. |
| Campaign Name | Campaign Name is defined by the tagged request query. This usually refers to name given to the marketing campaign or used to differentiate campaign source. For example, "OctoberCampaign." This variable is automatically generated for AdWords hits when auto-tagging is turned on through the AdWords interface. |
| Campaign Term | The term defined by the tagged page request query. The campaign term usually refers to the term used to generate the ad from the referring source or campaign source, such as a keyword. This variable is automatically generated for AdWords hits when auto-tagging is turned on through the AdWords interface. |
| Campaign Content | Campaign Content is defined by the tagged request query. The Content tag typically defines multivariate testing, or is used to disseminate campaign target variables in an advertising campaign. This variable is automatically generated for AdWords hits when auto-tagging is turned on through the AdWords interface. |
| Campaign Code | The campaign code, defined by the tagged request query, can be used to refer to a campaign lookup table, or chart of referring codes used to define variables in place of multiple request query tags. |
| User Defined | A custom variable name, for use by the end-user. |
| E-Commerce Transaction Id | An ID variable used to correlate to a designate transaction, usually ecommerce related. |

| E-Commerce Transaction Country | The Transaction Country variable is used to designate the country defined by the transaction process. |
| E-Commerce Transaction Region | The Transaction Region variable is used to designate the region defined by the transaction process. |
| E-Commerce Transaction City | The Transaction City variable represents the city where the commerce transaction occurred |
| E-Commerce Store or Order Location | The Transaction Affiliation tag describes the affiliating store or processing site. |
| E-Commerce Item Name | The name given to the subject of e-commerce transaction |
| E-Commerce Item Code | The identifier or code number given to the item of the e-commerce transaction. |
| E-Commerce Item Variation | A custom e-commerce variable, most often used to store distinguishing information about items. For example, this field may hold "blue" and "white" as distinguishing characteristics of two otherwise similar hooded sweatshirts. |

Integer Field List

## Overview

When a hit is processed by Google Analytics, certain integer fields are populated, indicating whether the hit is a pageview, whether it is part of session, how many bytes were transferred, etc.

These integer values are used in updating many of the data tables. In particular, the Data Map (which maps all of the text-type data tables) ref these integer fields by number.

## Integer Field List

The following table lists all of the available integer fields and their corresponding id number.

| IFIELD Id | Field Name |
|---|---|
| 1 | hits |
| 2 | validhits |
| 3 | errorhits |
| 4 | bytes |
| 5 | pages |
| 6 | nonpages |
| 7 | entrancepages |
| 8 | exitpages |
| 9 | bouncepages |
| 10 | pagetime |
| 11 | visits |
| 12 | visitors |
| 13 | newvisitors |

| | |
|----|----|
| 14 | priorvisitors |
| 15 | transactions |
| 16 | customers |
| 17 | newcustomers |
| 18 | priorcustomers |
| 19 | revenue |
| 20 | tax |
| 21 | shipping |
| 22 | items |
| 23 | itemrevenue |
| 24 | responses |
| 25 | impressions |
| 26 | clicks |
| 27 | cost |
| 28 | goals1 |
| 29 | goals2 |
| 30 | goals3 |
| 31 | goals4 |
| 32 | goalstarts1 |
| 33 | goalstarts2 |
| 34 | goalstarts3 |
| 35 | goalstarts4 |
| 36 | score |

---

**In what order are my filters applied?**

By default, a profile's filters are applied to the incoming data in the order in which the filters were added. However, you can easily modify the or your Profile Settings page, using the **Assign Filter Order** link in the *Filters Applied to Profile* table.

# Monitoring Performance : Google Analytics : Common Tasks : Filters : Filter Types

---

Advanced filters

---

The Advanced filter option allows you to construct Fields for reporting from one or two existing Fields. POSIX regular expressions and correspo variables can be used to capture all or parts of Fields and combine the result in any order you wish. For general information on how filtering wo list of what each Field is used for, please read the Filtering Overview and Filter Fields articles at the beginning of this section.

## Using Advanced Filters

An Advanced Filter takes up to two fields, **Field A** and **Field B**, to construct the **Output Field**. The **Extract A** expression is applied to **Field A**, **Extract B** expression is applied to **Field B**. These expressions can use complete or partial text matches and include wildcards. The following it

the most common wildcards and their meanings. The expressions conform to POSIX regular expressions.

| Wildcard | Meaning |
|---|---|
| . | match any single character |
| * | match zero or more of the previous item |
| + | match one or more of the previous item |
| ? | match zero or one of the previous item |
| () | remember contents of parenthesis as item |
| [] | match one item in this list |
| - | create a range in a list |
| \| | or |
| ^ | match to the beginning of the field |
| $ | match to the end of the field |
| \ | escape any of the above |

Use the parenthesis () to capture parts of the Fields. These can be referenced in the **Constructor** using the $A1, $A2, $B1, $B2 notation. The refers to the Field, and the number refers to which parenthesis to grab. In the above example, the entire Field A and the entire Field B are capt assembled as the new field. The **Output to Field** can be a separate field or the same field as **Field A** or **Field B**.

**Controls**

The **Override Output Field** radio button allows you to decide what to do if the **Output to** Field already exists. The **Field x Required** option all decide what to do if one of the expressions does not match. Finally, **Case Sensitive** indicates whether the data must match the strings with ex. capitalization.

Include and exclude filters

Exclude and Include Filters are used to eliminate unwanted hits when processing a log file. The filters use regular expressions when matching data in the fields of a hit. If you are unfamiliar with regular expressions, please read What are regular expressions? before proceeding.

**How Google Analytics Uses Exclude/Include Filters**

If the filter being applied is an Exclude Filter and the pattern matches, the hit is thrown away and Analytics continues with the next hit. If the pa not match, the next filter is applied to that hit. This means that you can create either a single Exclude Filter with multiple patterns separated by can create multiple Exclude Filters with a single pattern each.

Include Filters are applied with the reverse logic. When an Include Filter is applied, the hit is thrown away if the pattern does *not* match the data multiple Include Filters are applied, the hit must match *every applied Include Filter* in order for the hit to be saved. To include multiple patterns 1 specific field, create a single include filter that contains all of the individual expressions separated by '|'.

**Controls**

The 'Case Sensitive' control allows you to specify whether the filter should be applied with or without case sensitivity.

---
**Search & Replace filters**
---

Search & Replace Filters are used to replace a matched expression with another string. They require a filter field, an expression to search for, replace expression. The search expression is a regular expression, while the replace expression is any text that you wish to use to replace the text.

You may use Search and Replace filters to remove a leading directory from your reports, for example. To do so, select the **Request URI** field a `^/directory/` in the **Search String** field. The **Replace String** would then be `/`

Another use would be to replace category id numbers with descriptive words in the query string of a request. For example, suppose that sampl requested file with attached queries looks like:

```
/docs/document.cgi?id=1000
/docs/document.cgi?id=2000
```

Using the search and replace filter, you could convert the 1000 or 2000 ids to readable equivalents. For example, **1000** could be changed to b **2000 to magazines.** This would make your reports more useful for people who are not familiar with the individual id codes.

## Monitoring Performance : Google Analytics : Common Tasks : Filters : Overview

---
How do I create a predefined filter?
---

Google Analytics includes three predefined filters to make the most common filtering tasks as easy as possible:

- **Exclude all traffic from a domain**: Google Analytics uses reverse IP lookup to find the domain of your users - use this filter to discoun from particular domains. Domains usually represent the ISP of your visitor; larger companies may have their IP addresses mapped to th domain name rather than to their ISP's (google.com, for example). You can see what domains your visitors are coming from by looking *Marketing Optimization > Visitor Segment Performance > Domains* report. To remove traffic figures related to visitors from mycompanysnetwork.com, for example, enter:

  ```
  mycompanysnetwork\.com$
  ```

- **Exclude all traffic from an IP address**: If you'd like to exclude internal traffic from your reports (such as traffic from your home or com intranet), or any other specific IP addresses, you can set up a filter in your profile with the IP address or addresses to disregard. The **IP** field will auto-populate with an example IP address – you'll need to update this with your specific values. Remember to use regular expi when entering any IP address.

  For example, if the IP address to filter is:

192.168.1.1

then the **IP address** value will be:

`192\.168\.1\.1`

You may also enter a range of IP addresses. For example, if the range is:

192.168.1.1-25 and 10.0.0.1-14

then the **IP address** value will be:

`^192\.168\.1\.([1-9]|1[0-9]|2[0-5])$|^10\.0\.0\.([1-9]|1[0-4])$`

- **Include only traffic to a subdirectory** : If there are certain subdirectories of your website that you'd like to track, you can create a filter to only report on traffic to that directory. In the **Subdirectory** field, replace `mydir` with the subdirectory you would like to track, leaving the `^/` and `/` in place. For example, if you'd like to track **www.example.com/motorcycles**, enter:

`^/motorcycles/`

To create a predefined filter:

1. Click **Analytics Settings.**

2. Click **Filter Manager.**

3. Click **Add.** The Create New Filter page appears.

4. Enter a **Filter Name** for this filter.

5. From the **Filter Type** drop-down list, select a filter type and enter the filter pattern as described above (custom filters are covered in How do I create a custom filter?).

6. From the *Available Website Profiles* list, select the profile(s) to which this filter will be applied.

7. Click **Add** to move the selected profiles into the *Selected Website Profiles* list.

8. Click **Finish** to create this filter and start applying it to incoming data, or **Cancel** to return to the previous page without saving.

9. Your new filter will be applied after any existing filters on this profile. To change the order, visit the Profile Settings page and click **Assign Filter Order** .

Monitoring Performance : Google Analytics : Common Tasks : Managing Profiles : **Profile Limits**

How many websites can I analyze with Google Analytics?

Google Analytics will track as many websites as you own! You're limited only by the 5 million pageview limit per month - but even that is remov you're also an active AdWords user. We've provided multiple profiles in your account, so you can view individual reports for specific domains o subdomains. To learn how to start tracking a new site, please read How do I add a profile?

Monitoring Performance : Google Analytics : Common Tasks : Managing Profiles : **Profile Managemen**

How do I delete a profile?

To delete a profile:

1.  Click **Analytics Settings**
2.  In the **Website Profiles** box, find the profile you would like to delete
3.  Click **Delete**
4.  When prompted, click **OK** to delete the profile, or **Cancel** to return without deleting

Please note that deleting a profile also deletes all historical data associated with it. Google Analytics is not able to recover this data should you restore it in the future.

Each Analytics account must contain at least one profile. The **Delete** link will be greyed out when only one profile is present in your account.

How do I create a duplicate profile in my account?

You might want to create a duplicate of one of your profiles for a variety of reasons. For example, you might want to test changes to your accou settings (such as filters or goal steps) without affecting data in your main profile.

When you add a profile for an existing domain, the tracking code for the new profile will be identical to the original profile's code, so data will be simultaneously into both profiles. You won't need to change the tracking code on your site, and any filters applied only to the second profile wo data in the first.

To **create a duplicate profile** in your account:

1.  Click **Analytics Settings.**
2.  In the **Website Profiles** box, click **Add Website Profile.**

3. Select the radio button to **add a profile for an existing domain**.

4. Select the appropriate value from the **Select Domain** drop-down list, and enter the **Profile Name** as you'ld like it to appear in your account.

5. Click **Finish** to add the new profile, or **Cancel** to exit without saving.

The new profile will be set up immediately - you won't need to add additional tracking code to your pages.

## Monitoring Performance : Google Analytics : Common Tasks : Tagging Links :
## Overview

Tool: URL Builder

Google Analytics URL Builder

Fill in the form information and click the Generate URL button below. If you're new to tagging links or this is your first time using this tool, read How do I tag my links?

If your Google Analytics account has been linked to an active AdWords account, there's no need to tag your AdWords links - auto-tagging will do it for you automatically.

Step 1: Enter the URL of your website.

Website URL: *

(e.g. *http://www.urchin.com/download.html*)

Step 2: Fill in the fields below. Campaign Source and Campaign Medium are required values.

Campaign Source: *        (referrer: google, citysearch, newsletter4)

Campaign Medium: *        (marketing medium: ppc, banner, email)

Campaign Term:        (identify the paid keywords)

Campaign Content:        (use to differentiate ads)

Campaign Name:        (product, promo code, or slogan)

Step 3

Generate URL    Clear

**Helpful Information**

| | |
|---|---|
| Campaign Source (utm_source) | Required. Use utm_source to identify a search engine, newsletter name, or other source.<br>*Example:* utm_source=google |
| Campaign Medium (utm_medium) | Required. Use utm_medium to identify a medium such as email or cost-per-click.<br>*Example:* utm_medium=cpc |
| Campaign Term (utm_term) | Used for paid search. Use utm_term to note the keywords for this ad.<br>*Example:* utm_term=running+shoes |
| Campaign Content (utm_content) | Used for A/B testing and content-targeted ads. Use utm_content to differentiate ads or links that point to the same URL.<br>*Examples:* utm_content=logolink or utm_content=textlink |
| Campaign Name (utm_campaign) | Used for keyword analysis. Use utm_campaign to identify a specific product promotion or strategic campaign.<br>*Example:* utm_campaign=spring_sale |

**Can I manually tag my links when auto-tagging is enabled?**

We recommend that you do not use manual tagging and auto-tagging simultaneously in the same account, as it may result in conflicting data in your reports. In particular, reports that depend on data from your AdWords account will be affected (the *All CPC Analysis* and *AdWords Analysis* for example).

We understand that some users may wish to manually tag some URLs, while using auto-tagging for the remainder. However, auto-tagging is a setting in your AdWords account, and cannot be overridden on a case-by-case basis.

**Can I use AdWords (keyword) parameter to set utm_term?**

No, **utm_term** cannot be set using the (keyword) dynamic URL parameter in AdWords.

## Monitoring Performance › Google Analytics › Common Tasks › urchinTracker & utmLinker › Overview

**How do I install the tracking code if my site spans multiple domains?**

If your site uses multiple domains, you can still track your visitors with some small modifications to your tracking code.

1.  Add the following lines (in **bold** ) to your tracking code on all pages of both domains:

```
<script src="http://www.google-analytics.com/urchin.js" type="text/javascript">
</script>
<script type="text/javascript">
  _uacct="UA-xxxx-x";
  _udn="none";
  _ulink=1;
  urchinTracker();
</script>
```

2. Next, you'll need to add the `__utmLinker` function to any links between the domains. If your current links look like:

```
<a href="https://www.secondsite.com/?login=parameters">Log in Now</a>
```

change them to:

```
<script type="text/javascript">
document.write('<a href="javascript:__utmLinker(\'
https://www.secondsite.com/?login=parameters\');">Log in Now</a>');
</script>
<noscript>
<a href=" https://www.secondsite.com/?login=parameters ">Log in
Now</a>
</noscript>
```

The code above provides links for users with or without JavaScript enabled. It's important to note that apostrophes need to be escaped with a backslash where they appear in the link or link text.

***Important:*** *if your pages include a call to urchinTracker(), utmLinker(), utmSetTrans(), or utmLinkPost(), your Analytics tracking code must be placed in your HTML code **above** any of these calls.*

3. If you send information between domains using forms, you'll need to use the `__utmLinkPost()` function instead of `__utmLinker()`. `utmLinkPost()` appends cookie data to the provided URL of the supplied form.

```
<form action="http://newdomain.com/form.cgi"
onSubmit="javascript:__utmLinkPost(this)">
```

This will work even for forms where the method="GET"

4. By default, the data in your reports will only include the Request URI and not the domain name. If you'd like to see the domain names in your reports, you can create an Advanced filter for your profile with the following settings:

**Filter Type** : Custom filter > Advanced
**Field A** : Hostname
**Extract A** : (.*)
**Field B** : Request URI
**Extract B** : (.*)

**Output To : Request URI**
**Constructor : $A$B1**

Monitoring Performance : Conversion Tracking (Google and Google Network) : Setting up and Using
**Conversion Tracking**

What value(s) do I enter for the conversion options I selected?

You can still get detailed tracking data without filling in this optional field. However, you can further customize your statistics by entering conversion values.

What you enter into the (*Advanced option: conversion value*) Value field will depend on your conversion type and how your site is set up. For example, all of the conversions recorded on a conversion confirmation page are evaluated the same way, and you measure signups as worth US$20.00 company, you would simply enter in the numeric value 20. If you're tracking page views as conversions, you could also enter a constant number 1 as your value. This allows you to track the total number of signups or leads that the visitor generated.

The number you enter here must be formatted with the decimal separator appropriate for your interface language. For example, in the US English interface you would use a dot (20.50) whereas other interfaces may call for a comma (20,50) to denote the same value. Currency symbols ($ a characters other than your decimal separator are not accepted.

If the value is not a constant but instead changes (as with a shopping cart), you'll need to place a dynamic variable (such as *Total_Cost*) into the order to track properly. Make sure that the value of the variable will be the total value of the purchase(s) when the page is loaded.

When you select **Refresh**, the value you entered is inserted into the Google code. Once you place this individualized tracking code within your code, a conversion occurs, and your conversion statistics are updated, you'll get detailed conversion tracking data in your AdWords report.

To set up Google AdWords conversion tracking on your site, you will need to place a snippet of JavaScript code on your conversion confirmation (the 'Thank you for your purchase/subscription/visit' page).

To obtain this code and begin tracking conversion data, click **Conversion Tracking** at the top of your account's **Campaign Management** tab. click **Start Tracking Conversions** and follow the steps of the set-up process.

When you activate conversion tracking, Google will transparently assign an advertiser ID and enable conversion tracking for your account. The snippet will show a visible Google Site Stats text block on the user-facing end pages to indicate that a conversion has been completed. Here's happens:

- A user clicks your AdWords ad.

- Our googleadservices.com server places a temporary cookie on the user's computer.

- If the user reaches one of your designated conversion confirmation request pages, his/her computer passes back the cookie and reque our server send the conversion tracking text.

- Google records the conversion event and correlates it with your campaign, Ad Group, URL and keyword.

- At the next report update, you will see conversion statistics from the campaign level down to the keyword level.

You can also track conversions and your ad activity across your other advertising channels - such as Yahoo! Search Marketing (formerly Overt email campaigns - with cross-channel conversion tracking. To set up cross-channel tracking, visit your **Conversion Tracking page in the Cam Summary** section of your AdWords account.

**Where do I put the tracking text block on my page?**

To keep the text block as unobtrusive as possible, we recommend placing it in the lower right-hand corner of the conversion page (the *Thank y your purchase/subscription/visit* page).

However, the text block should still be available for your visitors to view. You should not hide, obscure, tamper with or distort the text block in a Please note that you may only select the background color for your text via the conversion tracking setup page; you may not alter the color of y Finally, the text block should also be placed no further than a quarter of the screen away from the last line of content on the page.

To install the text block on your page, you'll need to place the JavaScript code snippet between the &lt;body&gt; tags of your web page HTML, closi &lt;/body&gt; tag. You should not add the code to dynamically-generated header and footer code. Doing so will cause you to track every page shari same header or footer, leaving you with meaningless conversion statistics.

Please be sure to copy-and-paste the entire code snippet we provide. The conversion code you place within your site code should not interfere other code, including other tracking code.

**What can I do to verify that the conversion code is working?**

You can easily verify that you have inserted the code snippet correctly on your website by completing a test conversion on your site. You shoul Google Site Stats text on your post-conversion page.

To verify that the code and conversion reporting are working correctly, you can wait for a conversion to occur on your site from an AdWords ad this happens, check the conversion column in your reports to see that the conversion registered. Please note that updates to your account info take at least an hour.

Finally, you can also verify the full process yourself by searching on Google, clicking on one of your ads, and completing a conversion on your recommend that you wait for a conversion to occur, though, because this method costs you an ad click. You should see a small but clearly visi block on the conversion pages where you've placed the code. Again, you should then check your conversion reports to ensure that the conver recorded correctly.

**When will my users see the Google Site Stats text?**

Users will see the Google Site Stats text after clicking on your AdWords ad and making a transaction if you placed the code snippet on your co

page (the *Thank you for your purchase/subscription/visit* page). If users are confused or concerned, they can simply click the text to learn more conversion tracking and reassures them that Google respects their privacy by not recording any personal information. Users will also have the provide their feedback about their experience with your website.

**Where can I find detailed information on conversion data?**

If you are using the AdWords conversion tracking tool, you will find general conversion data down to the keyword level on the **Campaign Sum** page.

You can also create customized reports featuring conversion data via the **Create Report** page (within the **Reports** tab section). To do this, fill form with your preferences for **Report Type, View, Date Range**, etc. Then use the **Advanced Options** section to customize your report colun settings; click on 'Add or Remove Columns' and then choose the Conversion Columns you want included in your report. The report columns d change to reflect your selections.

When you complete the form, click **Create Report**; it will be viewable as one of your last five saved reports in your **Report Center**.

For more information about running reports, please visit the Report Center FAQ.

**Can I track two kinds of conversions?**

Yes. You can track more than one kind of conversion by creating a customized report in your account. The AdWords **Create Report** section le generate reports showing performance statistics and conversion data for your account, Campaigns, Ad Groups, keywords, ad text, ad image, a

To create a customized report:

1. Log in to your AdWords account.

2. Click the **Reports** tab at the top of the page and then on the **Create Report** link.

3. Designate the information you'd like in your report by selecting your **Report Type, Values, Date Range** and which **Campaigns and Ac** you want included.

4. Use the **Advanced Options** section to customize your report column settings; click on 'Add or Remove Columns' and then select from the many options for the 'Conversion Columns' you want included in your report. The report columns display will change to reflect your selections. To further refine your results, you can set up to four data filters to screen out irrelevant statistics.

5. Schedule your report, save it as a template if you want to re-use it, and provide an email address and file format if you want it sent via e

6. Click **Create Report**.

Your report will begin running based on your specifications and will be emailed (if you selected that option) as well as saved to your Report Ce one of your most recent five reports.

For more information about running reports, please visit the Report Center FAQ.

**Lesson: Implementing Advanced Conversion Tracking**

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reini

You can view lessons in text or as multimedia presentations (Flash® required) with narration and images.

View "Implementing Advanced Conversion Tracking": multimedia lesson | text lesson

You may also wish to see the complete list of AdWords Lessons.

**Will users not referred by Google still see the Google Site Stats text?**

The conversion tracking code snippet will show a visible Google Site Stats text block on your website's user-facing confirmation pages to indica
If you've set up AdWords conversion tracking (and not cross-channel tracking), the Google Site Stats text will only appear to users who have b
what happens:

- A user clicks your AdWords ad.

- Our googleadservices.com server places a temporary cookie on the user's computer.

- If the user reaches one of your designated conversion confirmation request pages, his/her computer passes back the cookie and reque
tracking text.

- Google records the conversion event and correlates it with your campaign, Ad Group, URL and keyword.

- At the next report update, you will see conversion statistics from the campaign level down to the keyword level.

If you want to track conversions across other channels - such as Yahoo! Search Marketing (formerly Overture) or email campaigns - you can si
With cross-channel tracking, the Google Site Stats text will appear to users who click on your ad that you're tracking from other networks. To le
your **Conversion Tracking** page in the **Campaign Summary** section of your AdWords account.

**Can I stop conversion tracking?**

Yes. You can stop either AdWords or cross-channel conversion tracking (or both) from the Conversion Tracking page in the **Campaign Summ**
that if you pause your campaign, Google will stop collecting and displaying conversion information for your account. Also, even if you choose t
conversion data will always continue to appear in your Report Center reports.

After you stop conversion tracking from within your account, review the relevant section below for the type of tracking you'd like to stop; additio
fully disable (rather than temporarily stop) conversion tracking.

**Stop AdWords Conversion Tracking**

After you click **Stop AdWords tracking**, the conversion statistics columns will no longer appear on your Campaign Summary tables. Cross-ch
available as long as you keep the JavaScript code snippet on your conversion pages. If you don't need cross-channel tracking, we suggest tha
conversion pages.

*To start tracking again:* If you ever change your mind, you can always return to the Conversion Tracking tab and set up AdWords conversion tr again, with one difference. If you never removed your original tracking code from your website pages, you won't need to add it again (unless yc change the tracking parameters, values, or place them on different pages). When you're finished with the setup process, click **Continue to Cro Channel Setup.**

**Stop Cross-Channel Tracking**

After you click **Stop cross-channel tracking,** the Cross-Channel tab and your cross-channel statistics will no longer appear on your Campaig Management page. In order to stop sending data to Google, please do the following:

- Remove the cross-channel JavaScript code snippets from your landing pages.
- Change the tracking URLs in your non-AdWords ads back to their old format, removing the special text that was added to enable cross-tracking. (If you'd still like to use regular AdWords Conversion Tracking, be sure to leave the code snippets intact on your conversion pa

*To start tracking again:* If you ever change your mind, you can always return to the Conversion Tracking tab and set up cross-channel conversi tracking again, with one difference. If you never removed your original tracking code from your website pages, you won't need to add it again (t you'd like to change the tracking parameters, values, or place them on different pages). However, you will need to modify the tracking URLs fo non-AdWords ad campaigns again. When you're finished with the setup process, click **Test Setup.**

Why do I have to choose my site's language to track conversions?

When you place the conversion tracking code snippet on your conversion confirmation page and a conversion occurs via an AdWords ad, a sn visible text block containing the text *Google Site Stats* will appear wherever you've placed the code. By indicating the language of your website match the text to your site's language. Therefore, we ask that you select your website language when setting up conversion tracking for your a

Can I track conversions by ad text and keywords?

You can track conversions by ad text and keyword, at the same levels as you track ad clicks today: campaign, Ad Group, URL, and keyword. L more about interpreting your conversion data.

Can I isolate specific conversions?

No. It is not possible to isolate specific conversions that occur on your website. Google AdWords conversion tracking provides you with overall conversion data. The reason is that tracking conversions of specific users would violate user privacy.

Google's conversion tracking server complies with P3P privacy policies. For more information on Google's privacy policy, please click here.

Do I need different code to track different conversion statistic types?

You do not need different code to track conversions by campaign, Ad Group, keyword, or other statistic types. By placing the one snippet of co or more of your site's conversion confirmation pages, you will automatically receive all of those conversion report statistics.

Guide: Google AdWords Conversion Tracking Setup Guide (PDF)

For comprehensive information about AdWords conversion tracking, we recommend you download and review our Conversion Tracking Guide (R) Reader.)

Can I compare content conversion rates and search conversion rates?

Yes. It is possible to compare content conversion rates and search conversion rates. These statistics are detailed within your reports down to t

How can I set up conversion tracking to send users to my own feedback form?

We're happy to hear that you're interested in gathering additional feedback more specific to your own website. If you'd like to collect feedback f placing a link to your own feedback form on your site's confirmation page. Our updated form should not detract from your overall website and d additional step.

Also, per the terms of our free conversion tracking feature, advertisers may not modify the conversion tracking code supplied via the program, i location. It is important that users see our posted explanation of Google Site Stats and how we monitor their interaction with an advertiser's we

Learn more about conversion tracking and feature requirements.

## Monitoring Performance : Conversion Tracking (Google and Google Network) : **Deciding Whether to U**

What is conversion tracking?

In online advertising, a conversion occurs when a click on your ad leads directly to user behavior you deem valuable, such as a purchase, sign developed a tool to measure these conversions, and ultimately, help you identify how effective your AdWords ads and keywords are for you.

It works by placing a cookie on a user's computer when he/she clicks on one of your AdWords ads. Then, if the user reaches one of your conv your web page. When a match is made, Google records a successful conversion for you. Please note that the cookie Google adds to a user's expires in 30 days. This measure, and the fact that Google uses separate servers for conversion tracking and search results, protects the user

How are conversions determined?

A conversion is registered when an ad click leads to an event that you consider valuable. Depending on the business, a conversion can be def

- A purchase
- A signup or registration
- A request for more information

- A page view
- A demo download / game play

The page where you confirm that a user has successfully taken one of these actions is the conversion page. The *Google Site Stats* text block is (generally, the Thank you for your purchase/subscription/visit page), and is then seen by the user after a conversion occurs.

### How can conversion tracking benefit me?

When you have access to conversion data in your reports, you can make smarter online advertising decisions, particularly about what ads and you invest in. Given better data, you can better measure your overall return on investment (ROI) for your AdWords campaigns.

For example, Bob owns an online business that sells eBooks. He knows how many clicks his AdWords campaign gets, but would like to know specifically which keywords are converting to sales. With basic conversion tracking, Bob can get this valuable information. With customized con tracking, he can also report the dollar amount of each sale and get the total revenue generated by each of his keywords as compared to the to the keyword.

With conversion statistics, Bob discovers that the keyword "independent eBooks" has a return on investment (ROI) of 500%. Consequently, he his campaign by increasing the spend on that keyword, thus maximizing his AdWords ROI.

### Which conversions will be tracked by Google?

We offer two types of conversion tracking tools - one for AdWords ads and one for non-AdWords ads. If you're using the AdWords conversion t tool, clicks originating on Google.com and selected Google Network sites will be tracked. If you're using our cross-channel tracking tool, clicks on other networks where your non-AdWords ads appear (such as Yahoo! or Lycos) will be tracked in addition to clicks on Google.com and our sites. To set up cross-channel conversion tracking, visit the **Conversion Tracking** page in the **Campaign Summary** section of your AdWords

### Why do I have to specify the security level of my website?

If your conversion confirmation page is secure (the URL begins with *https://*), then you should choose the *https://* security level option. This cha security level of the JavaScript code snippet, and ensures that your customers won't see a security alert when they complete a conversion.

### What does the conversion code do?

To implement conversion tracking, Google gives you a JavaScript snippet to paste on the pages you wish to track. This code builds a URL that parameters back to Google and allows you to display the *Google Site Stats* text on your page. The query string data is used in the following wa

- **google_conversion_id:** A unique value that allows Google to identify the advertiser receiving the conversion.
- **google_conversion_value:** A numeric value defined by the advertiser equaling the value of the conversion.
- **google_conversion_label:** The type of conversion that occurred (purchase, sign-up, page view, or lead). Google does not currently su

advertiser-defined conversion types. Consequently, you cannot customize this string.

- **google_conversion_language:** The language of the conversion tracking Google Site Stats text that appears on your website.

---

**How much does conversion tracking cost?**

Google's conversion tracking feature is completely free. All you need to get started with conversion tracking is a Google AdWords account with ads and keywords, and a basic knowledge of your website code.

---

**Will users not referred by Google still see the Google Site Stats text?**

The conversion tracking code snippet will show a visible Google Site Stats text block on your website's user-facing confirmation pages to indica conversion has been completed. This text will only appear to users who have been referred to your site by Google. Here's what happens:

- A user clicks your AdWords ad.

- Our googleadservices.com server places a temporary cookie on the user's computer.

- If the user reaches one of your designated conversion confirmation request pages, his/her computer passes back the cookie and reque our server send the conversion tracking text.

- Google records the conversion event and correlates it with your campaign, Ad Group, URL, and keyword.

- At the next report update, you will see conversion statistics from the campaign level down to the keyword level.

---

**What tracking options do I have / should I use?**

Google helps you obtain more detailed statistics by offering the following five tracking labels:

**Purchases/Sales**
Helps online commerce sites track purchases and sales to determine return on investment (ROI).

**Leads**
Appropriate for sales organizations interested in tracking how many users requested follow-up calls for more information from a member of the team.

**Signups**
Designed for sites interested in tracking sign-up statistics for subscriptions or newsletters.

**Views of a Key Page**
Helps sites track how many times users have landed on a single page that's important to your business.

**Other**

Tracks a category unique to your service or business.

**What are the prerequisites for conversion tracking?**

All you need to get started with conversion tracking is an AdWords account with running ads and keywords. For additional conversion tracking information in printable form, please download our Conversion Tracking Setup Guide (viewing this file requires Adobe® Reader).

To successfully place the conversion code into your website, you or someone in your organization must also have a working knowledge of and that code.

**How does Google use cookies in conversion tracking?**

The cookie that Google adds to a user's computer when he/she clicks on an ad expires in 30 days. This measure, and the fact that Google use separate servers for conversion tracking and search results, protects the user's privacy.

Users who don't wish to participate in tracking activities can easily not accept this cookie by setting their Internet browser user preferences. Th will simply not be included in your conversion tracking statistics.

Lesson: Basic ROI and Conversion Tracking

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reini new expertise.

You can view lessons in text or as multimedia presentations (Flash® required) with narration and images.

View "Basic ROI and Conversion Tracking": multimedia lessons | text lessons

You may also wish to see the complete list of AdWords Lessons.

**How many conversion pages can I track?**

There is no limit on the number of conversion pages you can track. To define conversion pages, you simply place the conversion code on them note that you should track only conversion pages (the *Thank you for your purchase/subscription/visit* page).

When the conversion code is added to the pages you want to track, you'll automatically get basic conversion statistics (an overall number of co completed). You can also use an optional feature that calculates the value of your clicks based on a numeric amount you assign to the convers more.

**If I opt in to the conversion tracking feature, what are my responsibilities?**

By opting to use Google's conversion tracking feature, you are solely responsible for:

- Following all activation instructions as outlined in the conversion tracking FAQs.

- Ensuring that the *Google Site Stats* text is visible at all times. You may not partially or fully hide or modify the text block in any way.

- Following all usage instructions as outlined in the conversion tracking FAQS.

Please note that we reserve the right to exercise our discretion regarding appropriate usage of the conversion tracking feature.

Will conversion tracking slow down my web pages?

Conversion tracking will not have an impact on how fast your web pages load. The JavaScript snippet communicates with our conversion track so quickly that site visitors shouldn't notice any change in page loading performance.

Can I opt out of the Google Site Stats page feedback form?

We are sorry to hear that you do not want users to access our Google ratings form via your website. Please note that it is not possible to opt ou feature. The Google Site Stats logo must be posted on the websites of advertisers using AdWords' free conversion tracking feature.

This change is an update to an existing feedback format for users who successfully complete an AdWords conversion. This is a valuable user l and we do not believe this change will detract from your existing visitors' experience with your website.

If you truly do not want to display the Google Site Stats logo or potentially lead users to our feedback form, you will need to remove the conver tracking code from your website.

Learn more about conversion tracking and feature requirements.

Will I be able to see conversion rates by Google Network site?

No. It is not possible to see your website conversion rates by individual Google Network channel. Conversion reports are currently available on all sites in the Google Network. However, you can now track conversions and ad activity across your other ad channels - such as Yahoo! Sear Marketing (formerly Overture) and email campaigns - with cross-channel tracking. To learn more about and/or set up cross-channel tracking, vi **Conversion Tracking** page in the **Campaign Summary** section of your AdWords account.

Is conversion tracking secure?

Yes. Google's security standards are stringent; we use data encryption and secure servers, and do not collect or store personal information. In only those pages containing the Google conversion code are tracked.

Demo: Understanding Conversion Tracking

AdWords Demos are narrated lessons that show you how to make the most of your AdWords account. (You'll need Flash installed on your sys view AdWords demos.)

View this demo now: Understanding Conversion Tracking.

You may also wish to see the complete list of AdWords Demos.

## Monitoring Performance › Conversion Tracking (Google and Google Network) › Troubleshooting Conversion Tracking

**Why use visible text for conversion tracking when everyone else uses an invisible image?**

Google has chosen to use visible *Google Site Stats* text for the conversion tracking process to make this process apparent to users. Our goal is to place our brand or promote our company on your web pages; however, we feel that it is important to be honest with and respect the privacy of being tracked.

For example, if users see and click on this text, Google provides them with information about not accepting the conversion tracking cookie if the and we assure them that none of their personal information is being used or recorded in any way. Users can also learn more about conversion itself by clicking on this text, and will also have the opportunity to provide feedback about their experience with your site.

We made the *Google Site Stats* text block as unobtrusive as possible, and ask that you place it in a corner of your confirmation page (the page transaction has taken place).

**Why are my reports showing lower conversion numbers than I think I should be seeing?**

Currently, Google can report only conversions for ads shown on Google and some Google Network sites or products. This means that not all conversions originating from your AdWords ads will be reported. However, your conversion rate, cost-per-conversion, cost-per-transaction, and click are adjusted to reflect only those sites from which we can track conversions.

In addition, remember that Google AdWords conversion tracking only reports conversions that occur within 30 days of an ad click. If a custome after the 30 days have passed, we don't report that conversion. When viewing conversions for a specified time period, note that conversions ar assigned to the date on which the ad click occurs, not the date on which the conversion occurs. Also, we won't be able to report conversion for who disable cookies.

**What if I don't see my conversion statistics in my reports?**

There may be several reasons why your conversions are not showing in your reports. Check the following conditions:

- Make sure that the conversion code has been placed on your website.
    - Navigate to the conversion confirmation page on your website.
        - Make sure that you can see the Google Site Stats text on that page.
- Check that the conversion code is on the correct page. Remember that you need to place the code on the conversion confirmation page

user reaches this page, there should be no way to back out from the conversion. If you put it in a previous page, Google may report co for users who leave your site before actually completing a conversion.

- Check again after more time has elapsed. The reports may not have been updated yet with your conversion(s) - this can sometimes tak 24 hours.

**What if I don't see the conversion tracking text on my confirmation page?**

View the page source and make sure that you see the conversion code on the page (marked with a < ! -- Google conversion code --> commen do this, select **View > Source** in your browser menu.

**Why is my conversion rate over 100%?**

If your conversion rate exceeds 100% - i.e. 101%, 102% - it may be because certain browser types prevent us from recognizing Google custom returning to a specific webpage as a repeat customer. Therefore, each time the returning customer revisits your conversion page, we classify h a new customer and record a conversion (instead of a transaction). In effect, your conversion rate may surpass 100% at times.

**Why don't a single user's visits to my site appear as multiple conversions?**

Since AdWords is a clicks-driven product, we record a user who clicks on your ad and visits your conversion page as a new conversion. If the u visits your conversion page multiple times within a 30-day period without having clicked on your ad, these visits are seen as multiple *transactio*

For example, an additional conversion page visit from a converted user who returns to your site via a browser bookmark would be a transaction However, if he or she were to click on your ad again and visit your conversion page, they'd be reported as a new user, and a new conversion.

**Why is your conversion tracking image now a text block?**

Google has chosen to use visible 'Google Site Stats' text for the conversion tracking process to make this process apparent to users. Our goal place our brand or promote our company on your web pages; however, we feel that it is important to be honest with and respect the privacy of being tracked.

For example, if users see and click on this text, Google provides them with information about not accepting the conversion tracking cookie if the and we assure them that none of their personal information is being used or recorded in any way. Users can also learn more about conversion itself by clicking on this text, and will also have the opportunity to provide feedback about their experience with your site.

Previously, our conversion tracking feature used a visible image for confirmation pages. Now, our simple text format will fit more seamlessly int website pages. You'll be able to choose the format of your text and select a color that coordinates with your website design.

We ask that you place your conversion tracking code (and therefore, the text block) in a corner of your confirmation page (the page after a tran has taken place). Please note that this text block must appear as is; the conversion tracking code generated via your account must not be alter way. Please note that you may only select the background color for your text; you may not alter the color of your text either during or after the c tracking setup process.

NOTE: If you've already implemented the conversion tracking code and currently have the Google Site Stats image on your confirmation page, will continue to function as normal without any impact on your account statistics. If you'd like to use the new simple text format, you'll need to g the code generation process from start to finish. To do so, follow these steps:

1. Log into your AdWords account.

2. Click **Conversion Tracking** under the **Campaign Management** tab.

3. Click **Get conversion tracking code** in the box to the left-hand side.

### Why is the conversion tracking text visible?

We want to notify the user that his/her site activity is being tracked. However, because we also want to protect the user's identity, we also make that we don't record or use the user's personal data in any way.

## Monitoring Performance : Cross-channel Tracking (non-Google channels) : Deciding Whether to Use ( Channel Tracking

### What is cross-channel tracking?

Google's cross-channel tracking gives you quick and easy access to the performance data for all your online advertising channels - including p click ads on search, email, banners, and more - all from one convenient location. From your AdWords account interface, you'll learn which can are producing the highest conversion rates so you can make more informed decisions about where and how to spend your advertising dollars. added bonus, this tool is available free of charge.

### How does cross-channel tracking work?

Cross-channel conversion tracking is a tool for analyzing and comparing all your online advertising efforts in one location. The process for reco conversion is the same as recording an AdWords conversion. The difference is that instead of tracking conversions for just those using Google the Google Network, this tool tracks conversions and effectiveness across other locations where your ad might appear. Cross-channel track statistics will appear within your AdWords account on a separate **Cross-Channel** tab on your **Campaign Summary** page.

We'll provide you with a Google tracking URL(s) for each channel campaign - such as Yahoo! Search Marketing (formerly Overture) or banner you set up. You'll use this URL(s) as the Destination URL for your other channel's ad(s). When a user clicks on this ad from any location, we'll cookie on the user's computer, which in turn sends information to the Google server about the activity of the click. We'll record the location from your user found your ad and other details, such as the specific keyword query used.

We obtain detailed cross-channel tracking data from the parameters located in the Google tracking URL we provide for you. This Google tracki appears as follows (where the letters in all caps represent customizable text specific to your information):

HTTP://YOURDOMAIN.COM?gkw=KEYWORD+KEYWORD&gad=CHANNELADINO

For example, if your Destination URL is http://electronics.com/canon.html, your keyword phrase is 'canon cameras,' and your Google ad ID ("g: A9078783, your Google tracking URL will appear as:

http://electronics.com/canon.html?gkw=canon+cameras&gad=A9078783

Learn more about how to set up cross-channel tracking within your AdWords account.

Will my Yahoo! Search Marketing ads be subject to review again if I add tracking URLs?

No. Your Yahoo! Search Marketing (formerly Overture) ads will not need to be reviewed again if you add Tracking URLs. By simply clicking the button from the **Account Set-Up** page within the Yahoo! Search Marketing DirecTraffic Center, your existing URLs will be appended with infor that will allow you to identify traffic driven by Yahoo! Search Marketing and its affiliate network. Learn more.

What's the best way to manage a campaign with multiple keywords?

The most efficient way to manage a campaign with multiple keywords is to utilize Tracking URLs for your top performing keywords. As for your keywords, you can group them under a single keyword, such as *general*, and use the provided URL for any keywords that you don't wish to tra this option, you won't have to add unique URLs for each additional keyword.

Will my other channels penalize me for using Google tracking code in my ads?

Your other online advertising providers should not penalize you for using Google tracking code in your ads, just as they wouldn't penalize you f third-party tracking software.

Your other channels should be aware that the Google tracking URLs are provided merely for the purpose of tracking conversions. Please note Google does not have a business relationship with any of the various other online advertising channels, including Yahoo! Search Marketing (fo Overture), email, banners and others. However, Google objectively monitors your other online advertising channels the same as a third party w

What are tracking campaigns, and will they affect my current AdWords campaigns?

Tracking campaigns are mock ad campaigns that represent your cross-channel campaign setup. When you create one within the cross-channe conversion tracking wizard, you're only creating the shell of your non-AdWords ad campaign.

Rest assured that you aren't creating additional AdWords advertising or influencing the existing ad campaigns within your non-AdWords advert accounts. The sole purpose of these mock campaigns is to help us organize how we set up tracking for and eventually report your conversions your account.

I already use third party cross-channel tracking. How will this benefit me?

While other providers charge monthly rates for a standalone tool, you can take advantage of similar features from within your AdWords accoun This gives you quick, easy access to your performance data for multiple advertising channels - including pay-per-click ads on search, email, ba and more - from one convenient location. You'll learn which campaigns are producing the highest conversion rates so you can make more infor

decisions about where and how to spend your advertising dollars.

Will my non-AdWords ad campaigns stop running after I insert the tracking URLs?

No. You can conveniently set up cross-channel tracking without worrying about affecting or interrupting ad delivery for your other non-AdWords advertising channels.

How much does cross-channel tracking cost?

Google cross-channel tracking tool is free for AdWords advertisers. All you need to get started is to have conversion tracking already enabled i Google AdWords account and an active ad campaign through another (non-AdWords) online advertising channel.

Learn more about how to set up cross-channel tracking within your AdWords account.

Lesson: Introduction To Cross-Channel Conversion Tracking

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reinf new expertise.

You can view lessons in text or as multimedia presentations (Flash® required) with narration and images.

View "Introduction To Cross-Channel Conversion Tracking": multimedia lesson | text lesson

You may also wish to see the complete list of AdWords Lessons.

Why should I use cross-channel tracking?

By collecting and comparing performance data for ad campaigns that you may run across different advertising channels - like Yahoo! Search M (formerly Overture), email, and banner ad campaigns - you can find out which campaigns serve you best. When you've identified the campaign produce more sales and leads for your service or business, you can edit your campaigns to focus your dollars where they count. This means th spend your advertising budget on campaigns that get you results.

## Monitoring Performance : Cross-channel Tracking (non-Google channels) : Setting up Cross Channel Tracking

How do I set up cross-channel tracking?

First of all, you'll need to have AdWords conversion tracking enabled for your account. After you set up conversion tracking from your Convers Tracking page in your AdWords account, you'll see the option to **Continue to Cross-Channel Setup.**

There are two set-up options - one for PPC channels and one for non-PPC channels. You'll need to set up one or more campaigns for each ch

you want to track. The easiest way to set up cross-channel tracking is to create a separate channel campaign for each Destination URL that you want to track. For instance, if you've created three different ads pointing to unique landing pages for Yahoo! Search Marketing (formerly Overture), you'll want to three different channel campaigns in the cross-channel tracking setup wizard.

In overview, here are the steps to set up cross-channel tracking:

1. Choose an advertising channel.

2. Create a campaign for this channel.

3. Insert our JavaScript code into your website's landing page. Then, insert the auto-generated URL(s) into your related channel's ad.

4. Test your setup.

## VERIFY YOUR CROSS-CHANNEL TRACKING SETUP

The best way to verify that you have correctly set up your cross-channel campaign is to complete a test conversion on your site. You should see Google Site Stats text on your transaction confirmation page.

You can also verify the full process yourself by conducting a search on Google, clicking on one of your ads, and completing a conversion on your site. We recommend that you wait for a conversion to occur, though, because this method will cost you an ad click. You should see a small but clear text block on the conversion pages where you've placed the code. Again, you should then check your cross channel reports to ensure that the conversion has recorded correctly.

Please note that conversion statistics reporting within your account may be delayed up to 24 hours.

How do I set up tracking URLs for my Yahoo! Search Marketing account?

To set up tracking URLs for your Yahoo! Search Marketing (formerly Overture) account, please follow these steps:

1. Log in to your Yahoo! Search Marketing account.

2. In your DirecTraffic Center, click **Account Set-Up.**

3. Under **Yahoo! Easy Track**, click the **On** button.

4. Click **Submit.**

Where do I put the cross-channel tracking text block on my page?

To keep the text block as unobtrusive as possible, we recommend placing it in the lower right-hand corner of the conversion page (the *Thank you for your purchase/subscription/visit* page). However, the text block should still be available for your visitors to view. You should not hide, obscure, tamper with, or distort the text block in any way. Finally, the text block should also be placed no further than a quarter of the screen away from the last content on the page.

When you set up cross-channel tracking, you'll be able to select the format of how the text block is displayed on your selected conversion page. You'll also be able to customize the background color.

How many cross-channel campaigns should I set up?

You can set up tracking campaigns for all of your other online advertising channels. To get the best overall picture of how all of your channels a performing in relation to each other, you should set up one or more unique campaigns for each channel, such as search, email, banners, and c Each campaign should include one Destination URL for the most comprehensive tracking.

From the **Cross-Channel Tracking** tab on your **Conversion Tracking** page in your AdWords account, you'll learn which campaigns are producing the h conversion rates so you can make more informed decisions about where and how to spend your advertising dollars for the best overall return o investment (ROI).

The most efficient way to manage a price-per-click (PPC) channel campaign (see our glossary of terms) with multiple keywords is to utilize Tra URLs for your top-performing keywords. As for your additional keywords, you can group them under a single keyword, such as *general*, and us provided URL for any keywords that you don't wish to track. With this option, you won't have to add unique URLs for each additional keyword.

Can I alter Google's tracking URLs?

In order to maintain the most accurate conversion data and ensure that this feature works correctly, Google requires that you don't alter the tra URLs provided for you.

Lesson: Cross-Channel Conversion Tracking: Setup and Maintenance

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reinf new expertise.

You can view lessons in text or as multimedia presentations (Flash® required) with narration and images.

View "Cross-Channel Conversion Tracking: Setup and Maintenance": multimedia lesson | text lesson

You may also wish to see the complete list of AdWords Lessons.

## Monitoring Performance › Cross-channel Tracking (non-Google channels) › **Analyzing Results**

How do I maintain accurate cross-channel conversion data?

The best way to maintain accurate conversion data for pay-per-click (PPC) channels is to enable Tracking URLs for your respective channel's s To learn more, please visit your other provider's FAQ page.

### TRACKING URLS DISABLED
When Tracking URLs are disabled or you don't have this option, you'll need to monitor each of your non-AdWords campaigns more regularly. E you modify or add a keyword in your active non-AdWords account, you'll need to update your Google tracking URL in order to maintain accurate tra statistics.

For instance, if you use the keyword "cats" for a Yahoo! Search Marketing (formerly Overture) ad, and change this keyword to "cat food" in you Search Marketing account, you'll need to use a new Google tracking URL that matches the keyword "cat food."

To generate a new Google tracking URL, please follow these steps:

1. Log in to your AdWords account, and navigate to your **Campaign Summary** page.
2. Click the **Cross-Channel** tab.
3. Click on the appropriate channel campaign.
4. Click **Get new keyword URLs** link.
5. Enter your new keyword(s) into the correct box.
6. Click **Continue.**
7. Log in to your channel account, and navigate to the listing containing the new keyword.
8. Copy and paste each new Google tracking URL from your AdWords account into the appropriate URL field of the ad within your channel account.
9. Save all changes in your channel account. You should receive tracking data within 24 hours after someone clicks on your ad.

**Shortcut:** Alternatively, you can make manual edits to your Google tracking URL when you make any changes to your current keyword in your channel account. Simply replace the current parameter located after *gkw=* with your new keyword(s).

HTTP://YOURDOMAIN.COM?gkw=KEYWORD+KEYWORD&gad=CHANNELADINFO

## CHANGING DESTINATION URLS

Whenever you change your Destination URL in any of your channel's ads, you'll need to generate a new Tracking URL (s). Follow these steps when you change your Destination URL:

1. Log in to your AdWords account.
2. Navigate to your **Campaign Summary** page.
3. Click **Cross-Channel** tab.
4. Click the channel campaign that you want to edit.
5. Click the **Edit settings** link at the top of the page.
6. Enter your new Destination URL into the appropriate field.
7. Click **Save Changes.**
8. If you haven't already done so, paste the JavaScript code into your landing page's code.
9. Log in to your channel account, and navigate to the listing containing the new keyword.
10. Finally, paste the new tracking URL(s) generated into the appropriate URL field of your other channel's ads.
11. Save all changes in your channel account. You should receiving tracking data within 24 hours after someone clicks on your ad.

**Shortcut:** Alternatively, you can make manual edits to your Google tracking URL when you make any changes to your

current Destination URL in your channel account. Simply replace the parameter at the beginning of the Google tracking URL before *?gkw'* with Destination URL. In the example below, you'd replace *HTTP://YOURDOMAIN.COM* with your new Destination URL.

HTTP://YOURDOMAIN.COM?gkw=KEYWORD+KEYWORD&gad=CHANNELADINFO

**When will I start seeing cross-channel statistics?**

Once you've set up cross-channel tracking, we'll automatically start showing statistics for each new keyword you add as soon as it gets a click. Please note that conversion statistics reporting within your account may be delayed up to 24 hours.

You can easily verify that you have correctly set up your cross-channel campaign by completing a test conversion on your site. You should see Google Site Stats text on your post-conversion page. You can also verify the full process yourself by searching on Google, clicking on one of y and completing a conversion on your site. We recommend that you wait for a conversion to occur, though, because this method costs you an a You should see a small but clearly visible text block on the conversion pages where you've placed the code. Again, you should then check you channel reports to ensure that the conversion has recorded correctly.

**What information will I receive using multiple Tracking URLs?**

Generally, multiple URLs offer more specific keyword data but are harder to maintain. One URL is easier to maintain but only provides one set all your keywords.

When you use multiple Google tracking URLs, you'll generate a URL for each specific keyword for your channel campaign, and paste each UR corresponding ad. This allows you to receive specific data for each keyword you add. Note that if you have a large number of keywords, you ca your top performers individually and use one URL for the rest, aggregating them under one keyword such as *general.*

**What information will I receive using one Tracking URL across multiple keywords?**

Generally, one URL is easier to maintain but only provides one set of data for all your keywords. Multiple URLs offer more specific keyword dat harder to maintain.

When you use one URL for your campaign, you'll paste the same URL into multiple channel ads, and receive one set of data. Basically, all of y for your channel will be aggregated under one Google tracking URL, and you'll see one set of statistics for that channel in your **Cross-Channe** your **Conversion Tracking** page.

**Where will I see my cross-channel statistics?**

Once you've set up cross-channel conversion tracking, you'll be able to view detailed click stats, including clicks and conversion rate, for all of related online advertising channels. You'll also be able to compare how individual keywords convert across channels.

To view cross-channel conversion statistics:

1. Log in to your AdWords account.
2. From the **Campaign Management** tab, click on the **Conversion Tracking** link.

8/14/2006

3. The **Cross-Channel** tab displayed on this page will allow you to access the performance data for all of the channels which you've set u
the date range you specify.

## Improving Performance : Performance Overview

How do I know if my account is running and performing well?

If you have a post-pay AdWords account, your ads should start running almost immediately once you submit your billing information. You can c
see that your ads are running by logging in to your AdWords account and viewing your account statistics on the 'Campaign Management' tab. (
Because account reporting is not in real-time, it may take up to three hours for your statistics to show.)

To get an immediate idea of how well a campaign is doing, check the clickthrough rate (CTR). The higher the CTR, the better the campaign is
doing. Also, our system will help you monitor your results by automatically evaluating your keyword performance and letting you know the stat
of your keywords. An active state means your keyword is triggering ads on Google and the search network, if you have opted in to the search r
An inactive keyword means your keyword is not triggering ads on Google or the search network. If your keyword enters into an inactive state, y
several options for improving the quality of your ad and keyword.

Another way to evaluate the effectiveness of a keyword-targeted campaign is to check your minimum bid by running a report or editing your CF
minimum bid usually means your ad is performing well.

The most effective way to track your results is to implement AdWords conversion tracking. This is an easy way to see precisely which clicks (a
keywords) are leading to sales or to other desirable actions. For details, please see our Conversion Tracking FAQ.

How can I improve my campaign performance?

Based on our experience with managing numerous AdWords ads, we've found a number of techniques that help improve an account's perform
These techniques include:

- Fine-tuning your keywords

  - Experiment with keyword matching options. Some keywords work better as exact matches, others with phrase match. Sometim
    adding a negative keyword gets great results. Of course, there are always some words that just don't work, so delete those.

  - Add plurals, synonyms, and related phrases to your keyword lists.

- Revising your ad text. Include a call-to-action - language designed to entice the customer to take an immediate action.

- Organizing your Ad Groups based on your products, services, or other categories.

  - Shape your ads around your keywords.

  - Try running 2 to 4 ads per Ad Group. We'll automatically monitor the CTR of each ad and show the better performing ads more
    than ads with lower CTRs.

- Making sure the destination, or landing, page for your ad is a page where users can find the product or service promised in your ad.
  - Keep your original objectives (sales, leads, downloads) in mind.
  - Refer to specific keywords, offers, and calls to action on your landing pages.
  - Make your landing page navigation as simple as possible.
  - Help people get what they want in three clicks or fewer.
  - Don't create obstacles that discourage easy transactions.

- Enabling content bids. When you enable content bids, you can set one price when your ads run on Google and its search partner sites, different price when your ads run on Google Network content sites. Learn more in our content bids FAQ.

- Tracking your results. Your AdWords account will provide you with clickthrough rates and costs, but it is often useful to understand how clicks actually convert into your customers. For this type of analysis, you can use our free conversion tracking tool. To start tracking tod simply select the 'Conversion Tracking' link at the top of the 'Campaign Summary' page in your account.

We also offer a more detailed Optimization Tips page. We suggest that you use this page for guidance when creating and refining your campai However, these tips are not exhaustive, and we encourage you to experiment with your own ad text and targeting techniques to find what work you. We call this optimizing, an ongoing process of tracking and evaluating leads and sales, and then revising keywords and ads to get the mo clickthroughs and sales from each ad. By continually optimizing, you can maximize your return on investment (ROI) from your AdWords ads.

---

**What is ad relevance? How does it work?**

---

The AdWords system works best for everybody -- advertisers, users, publishers, and Google too -- when the ads we display match our users' r closely as possible. We call this idea 'relevance.'

We measure relevance in a simple way: Typically, the higher an ad's Quality Score, the more relevant it is for the keywords to which it's tied. W ads are highly relevant, they tend to earn more clicks, move higher in Ad Rank, and bring you the most success.

We use several methods to help make AdWords ads as relevant and effective as possible.

- We measure relevance and rank relevant ads higher. Ad Rank is determined by the maximum cost-per-click (CPC) of your keyword or. times the Quality Score on Google and the Google Network. (For the top positions above Google search results, however, we use your keyword's actual CPC.) Here's the formula:

Ad Rank = CPC x Quality Score

You can help move your ad higher by bidding more, but your ad must also prove popular with users on that keyword to be ranked highl

- We stop showing ads for keywords that don't perform well. If your ad has a low Quality Score on a given keyword, it means those users finding your ad relevant to their needs. You can improve the performance of a keyword by increasing its Quality Score through optimiza

- We show your ads on closely-related queries. The AdWords system seeks out the most likely variations of your broadly-matched keyword and shows your ads on those terms. For example, if you're an advertiser specializing in Alaskan cruises, you may have selected the keyword *cruises* for your campaign. With a keyword that broad, your ad might also show on searches for *Panama Canal cruises* or *Greek Island cruises*. The AdWords system analyzes your ad's performance and identifies specific query variations that are more relevant to your ad. This results in more traffic to your site, fewer inappropriate clicks, and a better return on your investment.

As your ads accrue impressions, our system analyzes your keywords and assigns each an ongoing state: *active* (showing ads) or *inactive for search* (not showing ads on Google or its search network partners). To learn more about these states, please see Keyword status labels and definitions.

Google recognizes that AdWords advertisers know their businesses best. If you're concerned that your ads may not appear for keywords that are relevant to your campaign, we encourage you to focus on optimizing your account to maximize its performance. You can also increase your maximum CPC to the recommended minimum amount. Learn your options for improving an inactive keyword.

---

**How is the Quality Score calculated?**

We want to ensure that your keywords get a fair chance to run and that we do all we can to properly gauge their performance. We use a Quality Score to do this. Each keyword is given a Quality Score based on data specific to your keyword performance on Google, including your keyword's clickthrough rate (CTR), relevance of ad text, historical keyword performance, the quality of your ad's landing page, and other relevancy factors.

Quality Score = keyword's CTR + ad text relevance + historical keyword performance + landing page quality + other relevancy factors

Your keyword's Quality Score and maximum CPC (at the keyword or Ad Group level as seen on Google) determine your ad's rank on Google and the search network. For content sites, your content bid or cost-per-thousand impressions (CPM), plus the ad's performance history on the site and similar sites, are considered. (For the top positions above Google search results, however, we use your keyword's actual CPC.) Remember that improving the relevance of your ad text and keywords will increase your keyword's Quality Score and reduce the price you pay when someone clicks on your ad.

---

**How do I know what my Quality Score is?**

The best way to determine your Quality Score is by looking at each keyword's minimum bid. The lower the minimum bid, the higher your keyword's Quality Score. You can find your minimum bid for *active* and *inactive for search* keywords by generating a report for minimum bids in your **Reports** tab. Or, you can select all your keywords in a specific Ad Group and click the **Edit Keyword Settings** button at the top of the table.

For pointers on increasing your Quality Score, please visit our Optimization Tips page.

---

**Optimization Tips**

In addition to our database of frequently asked questions, we have a series of web pages dedicated to providing an overview of particular topics that may be interested in this page: Optimization Tips.

---

**How can I improve my ROI?**

Google AdWords is an effective way to attract potential customers to your site. If you find that a large percentage of visitors have clicked on your

have not made any purchases, the following may help you increase your conversion and return on investment (ROI):

**Does your landing page match your ad?**

When users click on your ad, they expect to find the product or information that drew them to click on your ad. If they don't find what's promised as soon as they arrive, they're more likely to leave your site without making a purchase or signing up for your service. Be sure that advertised promotions and discounts are visible on your landing page.

**Is your site easy to navigate?**

You may want to evaluate your site's overall design, layout, and functionality. If users can't navigate through your site easily, they're less likely to stick around and make a purchase.

**Are your keywords and ad text relevant?**

If you use general keywords and ad text, a user may arrive at your site expecting to find something you don't offer. Highly targeted keywords and ad text will help ensure your ads show only on searches relevant to your product or service. Learn more about creating targeted ads and keywords.

............................................................
Demo: Optimization Tips
............................................................

AdWords Demos are narrated lessons that show you how to make the most of your AdWords account. (You'll need Flash installed on your system to view AdWords demos.)

View this demo now: Optimization Tips.

You may also wish to see the complete list of AdWords Demos.

............................................................
What does it mean to optimize my account?
............................................................

An optimization is the process of creating/editing keywords and ad text (or adjusting other parts of the account) to improve the performance of AdWords ads

Based on your advertising goals, optimizations may consist of simply adding a few new keywords, while other optimizations may involve adjusting maximum cost-per-clicks (CPCs), reorganizing Ad Groups, rewriting ads, changing targeting options, adjusting keyword matching types, and changing Destination URLs.

Generally, optimization involves techniques for improving the quality (also called Quality Score) of your keywords, ads, and campaigns. Through optimization, you can help lower your ad's cost-per-click (CPC) without losing your position on a search results page. Remember: The higher the Quality Score, the lower the minimum bid and price you'll pay when someone clicks on your ad.

For tips on optimizing your account, visit our Optimization Tips.

............................................................

### Why does AdWords visit my ad's landing page?

Providing a high quality advertising experience for both users and advertisers is important to us. As part of this goal, we've improved how we re measure landing page quality. The AdWords system retrieves advertiser landing pages to help us better understand the relevance and quality AdWords ads as a whole. This function of our system is included in the Google AdWords Terms and Conditions.

The quality information collected will affect your account performance in the future. Landing pages with useful, informative content related to yc keywords and ad text are considered to be of higher quality and will receive higher quality scores. This may mean lower minimum cost-per-clic (CPC bids) for your ads. (The inverse is also true - poor quality landing pages will receive lower quality scores.)

You don't need to take any steps to help us visit your landing pages. If you're concerned about the quality of your pages, you may want to revie follow our Landing Page and Site Quality Guidelines. These are intended to help you provide the best user experience possible for all visitors, i users who click on your AdWords ads.

**More about our visits to your landing pages**

The AdWords system will visit and evaluate all pages specified by your ad Destination URLs. It will also follow redirect URLs. (Redirect s user to another website page without any action on the user's part.) To fully understand the quality of your specified page, the system may follc links on the page.

Visits from our system won't appear as impressions or clicks in your AdWords account - so you won't be charged for these visits. However, thir click trackers may log our visits as user visits. We recommend that you contact your provider to learn whether this is the case.

We'll use automated programs to determine how often the system visits advertiser sites and how many pages it visits. For tips on making your easy for our system to review, see our Webmaster Guidelines.

Note: Your site's inclusion or ranking in the Google search index won't be affected (positively or negatively) by AdWords system visits.

**How to exclude your landing pages from AdWords visits**

The relevance of your landing page is an important part of the AdWords quality review process. The AdWords system retrieves all advertiser la pages by default to ensure a fair and consistent review of all advertiser sites within AdWords.

We believe that a non-participating advertiser does detract from the user's search experience, and from the overall quality of the AdWords prog While you can exclude your site from review, this will provide us with little information about your landing page's quality and relevance. Therefo restrict AdWords from visiting your landing pages, you will experience a drop in Quality Scores for your related keywords. (This will cause high minimum bid requirements for any landing page for which you've restricted access.)

While we strongly recommend against restricting our system's automatic review of your landing page, you can edit your site's *robots.txt* file to e review. The file must explicitly exclude your page from our system visits as follows:

- To prevent AdsBot-Google from accessing your site, add the following to your **robots.txt** file:

    *User-agent: AdsBot-Google*
    *Disallow: /*

- To prevent AdsBot-Google from accessing parts of your site, add the following to your **robots.txt** file:

    *User-agent: AdsBot-Google*
    *Disallow: /exclude/*

    Where **exclude** represents the directories you don't want the AdWords system to visit.

Note: In order to avoid increasing CPCs for advertisers who don't intend to restrict AdWords visits to their pages, the system will ignore blanket exclusions (*User-agent: **) in **robots.txt** files.

## Improving Performance : Ad Position

What if my overall ad position is dropping?

If your ads are dropping in display rank, it's probably a sign that users are finding competing ads more relevant to their needs, or that other adv have raised their maximum cost-per-click for those keywords.

We recommend that you further optimize your account to make sure that your keywords are targeted as precisely as possible, and that your ad messaging is as clear and direct as possible. You can learn more about optimization and our keyword matching options by reviewing the inform helpful links below. You may also wish to consider increasing your maximum cost-per-click for those keywords you are most concerned about.

**Additional Optimization Tips**

To refine your keywords and ad text and to improve your campaign performance, follow the steps below:

1. Use multiword, specific keywords to replace singular and/or general keywords. Try using our Keyword Tool to refine your keywords.

You can also view our keyword matching demo.

2. Create new Ad Groups which contain your target keywords in your ad headlines or text. Whenever a user's search keyword appears in the t ad, the word will be printed in boldface to help emphasize its relevance.

3. Use keyword matching options to help weed out irrelevant searches. For ideas on negative keywords, try looking at the irrelevant results fron Keyword Tool as potential negative keywords.

4. Use descriptive and specific ad text to highlight the relevancy of your ad.

5. Delete poorly performing ads with low clickthrough rates (CTRs) to improve the overall CTR for your keywords and campaign.

6. Review more tips on improving your CTR.

---

**What should I do if my overall clicks decrease or my ad rank drops?**

A decrease in clicks is most likely due to a decrease in impressions for your keywords or to a decrease in the average position of your ad.

If your ads are dropping in display rank, it's probably a sign that users are finding competing ads more relevant to their needs, or that other adv have raised their maximum cost-per-click for those keywords. You may wish to consider increasing your maximum cost-per-click for those keyv are most concerned about.

The AdWords system is designed to provide the most relevant, targeted ads available. We therefore recommend that you further optimize your to make sure that your keywords are targeted as precisely as possible, and to make your ad messaging as clear and direct as possible. You ca more by reviewing our full page of Optimization Tips.

---

**How do I get my ad in the top position every time?**

Google believes strongly in providing high-quality and relevant advertising to our users, so Google AdWords does not rank ads solely on cost. no way to reserve top placement in the AdWords program. However, even if your ad doesn't appear above search results on the first page, you still be promoted above the results on subsequent pages.

Ad placement is based on your maximum cost-per-click (how much you're willing to pay per click) times Quality Score (Ad Rank = maximum Cl Quality Score). For the top positions above Google search results, however, we use your keyword's actual CPC.

So the best way to improve the position of your ad is to improve your Quality Score through optimization and/or increase your maximum CPC.

---

**How can I make my ads appear above the search results?**

On Google search results pages, the highest ranking AdWords ads appear in the top positions, just above the search results. While we show o three ads above search results per page, several top-performing ads can be eligible for the same position. Therefore, we cycle through all eligi subsequent pages until there are no eligible ads left; when this happens, we'll return to showing the first competing ad at the top of the page.

For the search network, ad placement is based on your Ad Group's maximum cost-per-click (CPC) times your keyword's Quality Score on Goo keyword's Quality Score is based on its clickthrough rate (CTR), the relevance of its ad text, the quality of the ad's landing page, historical keyw performance, and other relevancy factors. For the top positions above Google search results, however, we use your keyword's actual CPC. By these two levers - quality and maximum CPC -- you can better control the position of your ad. Remember: The higher the quality, the lower the vice versa.

---

Could a low clickthrough rate on content affect my ad position on search pages?

On a busy content page, an ad has to compete more to get the attention of a reader than it would on a search page, so content CTR is typically than search CTR. It's nothing to worry about, because content CTR does not affect the ranking of your ad on search pages.

Why doesn't my ad appear at the top of every search results page?

We've recently updated how we place top-performing ads above Google search results. Previously, your ad may have appeared above search not only on the first page, but on every page thereafter for a given search. Because we show up to three ads above search results, other top-pe ads eligible for the same position couldn't be shown. Now, we'll cycle through all eligible ads for subsequent pages until there are no eligible ac when this happens, we'll return to showing your ad at the top of the page.

If your ad previously appeared at the top of all pages for a given search, you may experience a slight decrease in clicks. However, this change minimal since we've found most users are less likely to click on the same ad on subsequent pages (having chosen not to click on the ad on the page). We believe this change improves quality for our users and allows other advertisers with top-performing ads the chance to show their ad same location.

**About top placement:** Ad placement is based on your maximum cost-per-click (how much you're willing to pay per click) times Quality Score ( = maximum CPC x Quality Score). For the top positions above Google search results, however, we use your keyword's actual CPC.

Lesson: Ad Ranking

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reinf new expertise.

You can view lessons in text or as multimedia presentations (Flash® required) with narration and images.

View "Ad Ranking": multimedia lesson | text lesson

You may also wish to see the complete list of AdWords Lessons.

How are keyword-targeted ads ranked?

Your keyword-targeted ad is ranked on the search results and content pages based on various performance factors including: maximum cost-p (CPC), clickthrough rate (CTR); and ad text. Having relevant ad text, a high CPC and a strong CTR will result in a higher position for your ad.

Visit our Optimization Tips page to learn more about account optimization, including how to maximize performance for your ads and improve yo position without having to raise your maximum CPC. You can also learn about how to optimize and serving for your ads on this page.

When you choose a maximum CPC for your keywords, our Traffic Estimator gives you the estimated average ad position per keyword. This es based on your maximum CPC and the average CTR for each of the keywords you've chosen.

## Improving Performance : Clickthrough Rate (CTR)

**Is there a minimum required clickthrough rate or quality threshold?**

The simple answer is no. The long answer is that the quality of your keyword and ad is the most important factor in your ad's ranking and perfo To protect the overall value of the AdWords program for Google users (and your potential customers), Google constantly monitors the quality o keywords to ensure they're performing as well as they should.

Each Keyword is assigned a Quality Score, which is determined by the keyword's clickthrough rate (CTR), relevance of ad text, historical keywc performance, and other relevancy factors. The minimum bid indicates the quality of your keyword. The higher the Quality Score of your keywor lower the CPC needed to trigger ads on Google. Learn more about our performance monitor and how you can maintain a high Quality Score.

Lesson: Relevance and Clickthrough Rate

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reinf new expertise.

You can view lessons in text or as multimedia presentations (Flash® required) with narration and images.

View "Relevance and Clickthrough Rate": multimedia lesson | text lesson

You may also wish to see the complete list of AdWords Lessons.

## Improving Performance : Refining Keyword Lists

**My keyword has a high CTR. Why is it inactive for search?**

To ensure all ads are evaluated on the same criteria, we determine keyword quality based on an ad or keyword's performance on Google sear pages only. If you're currently running ads on Google search results pages and across the Google Network, the clickthrough rate (CTR) you'll s account reports represents the combined average CTR across the various distribution locations. For example, a keyword may have a high CTF the Google Network, but still be inactive as a result of a low CTR on Google.com alone. Remember that CTR is just one of the factors we use t determine your keyword's quality. We also look at the relevance of your ad text, historical keyword performance, and other relevancy factors.

If you delete a keyword that is inactive for search, and then add it to your account in any other format or any other location (another Ad Group, instance), our system will still take the keyword's account-wide performance into consideration. A poor performer can affect an entire Ad Group campaign, if it is used multiple times. For this reason, we recommend that you regularly review your account's performance and edit or delete a performing keywords.

For another chance to run your ads on similar keywords, you can try the following: In the same or different Ad Group, combine your keyword w three other words to create a more specific keyword phrase. (Like changing 'hotels' to 'London luxury hotels.') This will result in better targeting potentially, better performance.

**Helpful Links:**

- Options for activating an inactive keyword

- Additional optimization tips for creating relevant ads and keyword lists
- How to create a targeted keyword list

---

If the same keyword appears multiple times in an account, which keyword accrues the impression or click?

For optimal account organization, a keyword should only appear once in your account. Having a keyword appear multiple times makes your ac statistics difficult to interpret and indicates that your account structure could be improved.

## If your keyword appears in multiple Ad Groups:

Only one ad from your account will show when a user searches on that keyword. Our system uses various factors, including clickthrough rate ( cost-per-click (CPC), to determine which ad shows.

## If your keyword appears multiple times in the same Ad Group:

Our system will rotate attributing statistics among the keywords. The keyword with a higher Quality Score will be attributed more statistics.

Consider an example in which you added the keyword 'dog' twice to your Ad Group. In the beginning, the system will attribute impressions eve between the two keywords, so their statistics and Quality Scores will be identical. The first time a user searches on 'dog' and clicks on your ad, that keyword will have a higher clickthrough rate (CTR) than the other (which will still be 0%). The keyword with the higher CTR now has a high Score, and the system will begin attributing more impressions to that keyword,

If you have the same keyword with different matching types in a single Ad Group, the most restrictive match type that could trigger the ad on a search query will be attributed the statistic.

For example, if your Ad Group had the keyword 'brown dog' as a broad match, and a phrase match, a search query for 'big brown dog' would b trigger your ad on either keyword. The phrase-matched version would be attributed the impression, however, because it is the more restrictive

## Improving Performance : Improving Ads

---

How do I tailor my ad campaigns to reach different target audiences?

---

Simply create new campaigns, each targeted to different geographic locations, to maximize your advertising reach.

For example, your account might contain a campaign showing ads to one or more countries/territories, a campaign showing ads to regions/citi campaign only showing ads within a set distance from your business location. You can then modify keywords and ad text in each campaign to your ads more relevant to your target prospects in various geographies.

When you're tailoring your campaigns, remember the following:

- Include place or region names in keywords and ad text of your country- and territory-targeted campaigns. When we can't determine the location, we'll show country- and territory-targeted ads that relate to the user's search query (instead of regionally targeted ads). By incl

place or region names, you're likely to attract potential users outside your targeted area.

- Don't include location-specific keywords and ad text in your regionally targeted and customized campaigns. This is because we automa show your regionally targeted and customized ads to the areas you've specified. So you can focus your ad text and keywords on other like your key product offerings.

Here's an example of two different campaigns for a recycled tires dealer in San Francisco — one region- and city-targeted campaign and anoth country- and territory- targeted campaign.

**Campaign 1: Region and City**
Location Targeting: San Francisco

*Keywords*

- recycled tires
- used tires
- used wheels
- tire dealer

**Campaign 2: Country and Territory**
Location Targeting: United States

*Keywords:*

- San Francisco recycled tires
- San Francisco used tires
- San Francisco used wheels
- tire dealer in San Francisco

**How do I make my ad text bold?**

Your ad text will appear bold whenever it exactly matches a user's search terms. This includes your ad title, body, or Display URL.

For instance, if the search was 'rental car,' and your ad text included the words 'Find rental car bargains,' then 'rental car' would be bold in your **rental car** bargains.' The match must be exact. A search for 'rental cars' or 'auto rental' would result in only 'rental' being bold: 'Find **rental** car

This is the only situation in which ad text appears bold. You can't manually format your ads to appear in boldface or italics.

For a related topic, see our entry on special characters.

**How do I optimize my ads?**

Optimization is a technique you can use to improve the quality (also called Quality Score) of your keywords, ads, and campaigns. Through opti you can help lower your ad's cost-per-click (CPC) without losing your position on a search results page. Remember: The higher the Quality Sc lower the minimum bid and price you'll pay when someone clicks on your ad. Here are some ways to optimize your ads to improve their quality

- Use multi-word, specific keywords in place of singular and/or general keywords. For example, we recommend using a keyword such as *hotel* rather than the keyword *hotel* alone. You can use our External Keyword Tool to find additional keywords or to refine your existing keywords. You can also use the Keyword Tool via any Ad Group within your account.
- Use keyword matching options to help weed out irrelevant searches. For ideas on negative keywords, use the 'Possible negative keyw within the Keyword Tool. Go to the Keyword Tool now" (login required).
- Create new Ad Groups containing your targeted keywords in the ad headlines or text. When your ad contains words used in the user's those words will appear in bold in your ad.

- Use descriptive and specific ad text to highlight the relevancy of your ad.
- Delete poorly performing ads and keywords with low clickthrough rates (CTRs) and high minimum bids to improve the Quality Score for keywords and campaign.

To learn more about making your keywords and ads more relevant, visit our Optimization Tips page.

---
Lesson: Writing Well-Targeted Ad Text

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reinf new expertise.

You can view lessons in text or as multimedia presentations (Flash® required) with narration and images.

View "Writing Well-Targeted Ad Text": multimedia lesson | text lesson

You may also wish to see the complete list of AdWords Lessons.

---
How do I optimize my ad text?

As a basic rule, use clear, well-written, and specific ad text that highlights the differentiating characteristics of your product/service. Below are s more specific tips to help you create compelling ad text.

- Include prices and promotions. The more information about your product that a user can gain from your ad text, the better. For example sees the price of a product and still clicks the ad, you know they're interested in a potential purchase at that price. If they don't like the p won't click your ad, and you save yourself the cost of that click.

- Include a call-to-action, such as 'buy,' 'order,' and 'purchase.' While 'find' and 'search' may be accurate, these words imply that the user awareness/interest mode, and won't qualify the user as a buyer as much as the first three.

- Review your keyword list to choose your ad title. Find keywords with the highest number of clicks or impressions. For example, if the ke phrase 'online advertising' is clearly generating the most clicks and impressions in your account, use this term in the title of your ad. Thi effective way of increasing clickthrough rate because users can see immediately that your ad is relevant to their query. Also, any keywo include in any part of your ad text are automatically highlighted in bold type on Google, when a user enters the keywords as part of thei This helps draw the user's attention to the ad.

  Using your company name or website domain in the first line of ad text doesn't typically attract more clicks unless you're advertising an established company with a compelling brand that can distinguish your ad from others.

- Choose a Destination URL for your ad and keywords that takes the visitor directly to the page that has the information or product promi your advertisement. If users do not find what is promised as soon as they arrive, they are more likely to leave your site. Be sure that ad promotions and particular products mentioned are visible on your landing page.

---
Lesson: Choosing Landing Pages

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reinf new expertise.

You can view lessons in text or as multimedia presentations (Flash® required) with narration and images.

View "Choosing Landing Pages": multimedia lesson | text lesson

You may also wish to see the complete list of AdWords Lessons.

## Managing Multiple Accounts

AdWords API

The AdWords API is currently available in the English language only. To sign up, please visit http://www.google.com/apis/adwords/.

Because AdWords API is a beta program, our resources are limited, and we cannot offer advertiser support at this time. However, for question: AdWords API, we suggest that you join our Developer's Forum at http://groups-beta.google.com/group/adwords-api. Here, you can discuss an concerning AdWords API with other members of the AdWords API community, read past postings, and gain insight about the product.

We appreciate your continued support as we work to improve AdWords API.

Google Advertising Professionals Program

If you're an individual who currently manages or wants to manage multiple AdWords accounts, or if you represent a professional service firm, th Advertising Professionals program can help you become a more successful ad manager - for free.

With unique marketing and training materials that are constantly being updated, you can gain AdWords knowledge, get Google recognition, and your chances to make more money. Here are some of the benefits you can receive:

- **My Client Center:** This account helps you manage multiple AdWords accounts more efficiently.
- **Training:** Our Learning Center provides text and interactive lessons chock-full of up-to-date information.
- **Promotional credits:** Receive up to 60 credits, each worth a specified amount of free AdWords advertising, to help bring in new busine
- **Program features:** Get tools that will help you become more marketable, such as a customizable presentation and industry-specific do
- **Google's name recognition:** Become Qualified, and receive the Google Advertising Professional Logo, a Professional Status page, an to show off your expertise.

Learn more by visiting the Google Advertising Professionals Help Center.

Enroll in the program to create your client account and become Qualified.

# Managing Multiple Accounts : My Client Center : MCC Overview

**What is My Client Center?**

In response to advertiser feedback, Google AdWords offers a powerful tool for handling multiple AdWords accounts: *My Client Center (MCC)*. I allows support for large advertisers with multiple AdWords accounts and third-party agencies, such as search engine marketers (SEMs), searc optimizers (SEOs), and automated bid managers (ABMs), who manage and optimize multiple AdWords accounts. With MCC, client managers can:

- Easily view up to 1,000 linked AdWords accounts, including other client manager accounts, via the My Client Center view.

- See relevant information for all linked AdWords accounts in one place.

- Run reports across multiple client accounts at once or download the client "dashboard" into a .csv file.

- Use a single login to access all AdWords accounts.

- Create AdWords accounts and link them to this master account.

Clients can, as always, log in to their individual accounts and still maintain access to their login information. The benefit is primarily for the clien manager, who can now access the *client manager account* via one login, as well as easily view all linked AdWords accounts within the My Clie view. The client manager account acts as a master account, providing access to all AdWords accounts linked to it.

**How do I get a My Client Center account?**

You can receive a My Client Center account by signing up to join the Google Advertising Professionals program. The program is designed for c managers, such as SEMs, resellers, or agency representatives who currently manage or want to manage multiple AdWords client accounts. U enrollment, you'll receive your My Client Center account.

Remember that once you sign up for My Client Center, your personal AdWords account will be moved over to this new master account.

**Who has access to AdWords and client manager account information?**

**AdWords Accounts**
AdWords accounts belong to their respective owners. Clients can access their own accounts at any time and can terminate the relationship wit client manager at any time. Although the client account is linked to the client manager account along with other clients, no clients have access other accounts but their own.

Client managers can update campaigns and otherwise manage account tasks for their clients but do not have access to change proprietary cli information such as login information. Client managers can view billing summary history information and edit billing information for client a

**Client Manager Accounts**
Only a client manager and Google Client Service Representatives have access to the client manager account. By extension, they will also hav to information regarding all related accounts via the My Client Center view. Like clients, client managers can terminate relationships with clients time.

**What is a client manager account?**

A *client manager* account is a Google AdWords umbrella account containing access to individual AdWords accounts and other client manager that have the same client manager. This functionality is possible because AdWords accounts are linked to the client manager account, which a master account.

Client managers can access multiple AdWords accounts via the client manager account login — no more logging in and out to switch between accounts. In addition, client manager account owners can now see all their individual and client manager AdWords accounts in one place via th Client Center view.

**Lesson: AdWords API Overview**

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to rein new expertise.

You can view lessons in text or as multimedia presentations (Flash® required) with narration and images.

View "AdWords API Overview": multimedia lesson | text lesson

You may also wish to see the complete list of AdWords Lessons.

**Lesson: My Client Center**

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to rein new expertise.

You can view lessons in text or as multimedia presentations (Flash® required) with narration and images.

View "My Client Center": multimedia lesson | text lesson

You may also wish to see the complete list of AdWords Lessons.

**What types of reports can I run through My Client Center?**

You can run each report type - Site/Keyword Performance, Ad Performance, URL Performance, Ad Group Performance, Campaign Performan Account Performance - for as many client accounts as you wish. When you select a report, you'll have two options for choosing your client acc These options will appear beside the **Account(s)** field as follows:

1.   **All account types** - Runs data for all your client accounts

2.   **Manually select from list** - Runs data for client accounts that you select from a list

What can I / can't I do using My Client Center reports?

Your My Client Center reports offer much of the same functionality as your individual AdWords account's reports. The main difference is that in AdWords account, you can generate information across all or selected client accounts. Your My Client Center reports offer:

- **Multiple file formats:** Download reports in .csv, .csv (for Excel), .tsv, .xml, or .html.

- **Stored Reports:** In the **Report Center,** you'll find recently created reports listed under **Last 5 Reports.** Older reports are automatically arrival.

- **Scheduled and on-demand report templates:** Save any report as a template when creating the report. Then edit it to use for a new re run automatically on a regular basis. The report and its parameters will be saved in your Report Center under Saved Templates.

- **Email reports:** When you create a report, you can request that it be sent via email (in .csv, .csv for Excel, .tsv, .xml, or .html) to whatev reports, over 2MB when zipped, cannot be emailed.)

- **Customized reports, sortable by column:** When you create your report, you can select among a wide range of column options (both report. When viewing the report, just click the title at the top of the column you wish to sort by. To reverse the order of ranking, click the selected column.

- **Download and print graphs:** Please note that we cannot provide graphs for data based on different currencies across multiple accour

Currently, you cannot receive cross-currency reporting. Only the currency that your account uses will be shown.

For more information about reporting functions, please visit the Reports Center FAQ.

How often are my MCC statistics and alerts updated?

Reporting to your MCC is not real-time. The data displays and alerts are updated every 24 hours. The timestamp at the bottom of your MCC da information display was last updated. Read more about updates to AdWords account statistics.

Lesson: Selling the Benefits of AdWords

AdWords Lessons are in-depth learning sessions that help you understand and use your AdWords account. You can even take quizzes to reinf

You can view lessons in text or as multimedia presentations (Flash® required) with narration and images.

View "Selling the Benefits of AdWords": multimedia lesson | text lesson

You may also wish to see the complete list of AdWords Lessons.

Can I generate reports across all My Client Center accounts?

Yes. To generate reports across multiple accounts in your My Client Center:

1. Log in to your My Client Center account.
2. Then click the **Client Reports** tab.

For more information about My Client Center reports, please visit the Client Reports FAQ.

---
About MCC Alerts
---

The MCC alerts feature makes it easy to stay on top of important issues that may affect your managed client (sub-MCC) accounts. Based on your preference settings, alerts will appear on your MCC dashboard about account-specific issues such as stopped ad delivery, credit card declines approach of campaign and budget end-dates.

Here's how to set up your MCC alerts:

1. Sign into your MCC and go to your 'User Preferences' page (within the 'My Account' tabbed section.)
2. Click **Edit** at the top of the 'Alerts' section. This will take you to your alerts settings page.
3. Select the alerts you want to receive for your managed client accounts by checking the boxes next to the alert descriptions. You may also a box requesting a daily email digest of account alerts.
4. Click **Save Changes** to establish your settings.

Your requested alerts will begin appearing on your MCC dashboard within 24 hours.

## Managing Multiple Accounts : My Client Center : Managing Accounts

---
How do I link or unlink an account?
---

Your My Client Center (MCC) provides functionality so you can easily link and unlink an existing or new AdWords account to your client management account.

### Linking an existing AdWords account

To link an existing AdWords account to your MCC:

1. Retrieve your client's AdWords Customer ID number (which appears in the upper right corner of AdWords account pages).
2. Log in to your MCC at https://adwords.google.com.
3. Click the **Link existing account** link above your client accounts table.
4. Enter your new client's Customer ID number in the appropriate field.
5. Identify the access level you are requesting ('User interface and API' or 'API only') depending on whether you will be providing traditional account management services (which may include API services as well) or only program-based management (solely API) services.

6. Click **Submit.**

When you click **Submit,** the client will receive a notification that invites him/her to link to your account. During this process, you'll see a pending notification for the client account in your MCC. Upon the client's acceptance, you'll receive a confirmation notification and the client account will automatically linked to your account.

## Linking a new AdWords account

To create an AdWords account and link it to your MCC:

1. Log in to your MCC at https://adwords.google.com.

2. Click the **Create new account** link above your client accounts table.

3. Complete the form, and click **Create Account.**

4. Click **Create a campaign** to create your client's campaign in the AdWords sign-up wizard. Then, return to your MCC to enter your clien information. You'll need to enter this information to activate your new client account. You can also return to this step later by clicking the account in your main MCC view.

## Unlinking an account

To unlink an account from your MCC:

1. Log in to your MCC at https://adwords.google.com.

2. Click on the client account you would like to unlink.

3. Click the **My Account** tab.

4. Click the **Account Preferences** link.

5. Under Client Manager Account Access, locate the account you want to disable in the appropriate access level ('User Interface and API' only) and click **Disable manager access.**

6. Click **OK.**

---

What's the difference between 'User Interface and API' and 'API only' access levels in my MCC?

You may have noticed that the **Link Existing Accounts** page now asks you to choose a level of account access - 'User Interface and API' and only.'

'User Interface and API' provides account managers with traditional access to a client's AdWords account through both the AdWords user inter the Application Program Interface (API). 'API-only' access is designed for third-party developers and bid managers who access their clients' ac purely through the API.

Managers who provide a range of services for their clients - including API-based bid management as well as traditional account management - easily view accounts with either or both of these access levels within a single MCC.

Those accounts with API-only access are identified on the main MCC page by a notation beneath the associated account's unique Customer I

What's my client manager type?

When you sign up for a My client Center, you'll be asked for your client manager type. Here are your options:

- **Agency**: You work for an agency specializing in online marketing or advertising for clients. Usually, agencies work with individuals and presence.

- **SEM/SEO (Search Engine Marketer/Optimizer)**: You work for yourself or represent a company focusing on search engine marketing. increase a client's listing on a search results page.

- **Web Consultant**: You provide clients with broad or specialized web support, which might include web design, web marketing, hosting s

- **Advertiser**: You manage large AdWords campaigns for yourself or others. In addition, you might manage campaigns with other online clients.

- **Affiliate**: You participate in other companies' affiliate programs to help advertise a good or service online.

What happens if I change my client manager?

Your account will not be affected by this change. A client account can be linked to or unlinked from a client manager account without losing you AdWords program features. While you have access to unlink your account from a client manager's account, a client manager and your Google ability to link accounts.

To unlink your account from your client manager's account, please follow these steps:

1. Log in to your AdWords account.

2. Click the **My Account** tab.

3. Click the **Account Preferences** link.

4. Under **Client Manager Account Access**, click **Disable manager access.**

5. Click **OK.**

Once unlinked, you can ask your new client manager to link your account to your new manager's account.

How do I manage other client manager accounts?

Once you or your Client Service Representative links another client manager account to yours, you can manage the account in the same way t AdWords accounts. This means that you retain the same granular level of functionality for managing accounts. The main difference can be see view, which distinguishes client manager accounts from individual accounts.

To access one of your client manager accounts, log in to your My Client Center account. From here, you can navigate to other client manager

- Select the client account from the My Client Center **Jump to client** drop-down menu listed at the top of the page. Client manager accou

- Click on the account from the main client account box. **Client Manager** is indicated beneath **Customer ID.**

A client manager account is similar to a tree's architecture in that each client manager account can support other branches of individual account client manager accounts. In turn, branches made up of client manager accounts can also produce other branches of individual and client mana accounts, and so on and so forth. To help you navigate through this structure, a breadcrumb located at the top of each account page records h account levels deep you are.

### Why is my client's account not showing on the My Client Center view?

When your existing service relationship with a client has ended, you will no longer have access to that client. Therefore, if you or your client rer link between the client and the client manager accounts, you will not see that client listed within the My Client Center view.

### What happens to a client account history when linked to a client manager account?

Individual AdWords accounts remain unchanged, except that they are now linked to a client manager account. For example, invoicing and pay methods are not affected when an account is linked to a client manager account. Clients continue to have access to their billing and login infor From the client's perspective, the account will look the same as ever, and is accessible with the same login information as before.

With My Client Center, client managers can now switch between AdWords accounts without using multiple unique logins or logging out. They c view information across multiple AdWords accounts within the My Client Center view.

If, as a client manager, you own a Google AdWords account with its own campaigns, we can convert that account into a client manager account retain your account history and you can access your campaigns as any client would. However, agencies that did not previously have their own account will be given new, fully functional client manager accounts.

### How do I link to other client manager accounts?

With My Client Center, you can manage other client manager accounts in the same way that you manage individual AdWords accounts. In ord another client manager's account to yours, you'll need the manager's Customer ID number, which can be found in the upper right corner of Ad account pages.

Please follow these steps to link the account:

1. Retrieve your client manager's AdWords Customer ID number.

2. Log in to your MCC.

3. Click the **Link existing account** link above your client accounts table.

4. Enter your new client manager's Customer ID number in the appropriate field.

5. Click **Submit**.

When you click **Submit**, the client manager will receive a notification that invites him/her to link to your account. During this process, you'll see notification for the client manager account in your MCC. Upon the client's acceptance, you'll receive a confirmation notification and the request manager account will be automatically linked to your account. You can link to a maximum of two levels of client manager accounts - above or t own.

**How do I run reports for other My Client Center accounts linked to my master account?**

If you manage other My Client Center accounts, you can run reports across all or selected clients linked to these accounts. However, you must client manager's directory - not one above it - to do so. Here's how:

1.  Log in to your My Client.

2.  Choose the My Client Center account you'd like to access from your **Jump to client** drop-down menu. Or, click on the account in your a view.

3.  Click the **Client Reports** tab in the client manager's account view, and run a report.

My Client Center has a tree architecture. Because only the My Client Center directly linked to the branch of client accounts has the functionality reports for them, it's important to be in the correct directory when running reports across multiple clients.

**How do I run reports across multiple client accounts?**

You can now generate reports for all or selected client accounts through your My Client Center's **Client Reports** tab. Here's how:

1.  Log into your AdWords Account / My Client Center.

2.  Click the **Client Reports** tab and then click **Create Reports**.

3.  Create your report based the range of accounts you want included and the various parameters and statistics you want reported.

4.  Schedule your report, save it as a template if you want to re-use it, and provide an email address and file format if you want it sent via e

5.  Click **Create Report** and your report will begin running based on your specifications.

6.  Click into the **Report Center** link to view and download your new report.

For more information about running reports, please visit the Report Center FAQ.

**How many client accounts can I run reports for at once?**

You can run each report type - Site/Keyword Performance, Ad Performance, Ad Group Performance, Campaign Performan Account Performance - for as many client accounts as you wish. When you select a report, you'll have two options for choosing your client acc These options will appear beside the **Account(s)** field as follows:

1.  **All account types** - Runs data for all your client accounts

2.  **Manually select from list** - Runs data for client accounts that you select from a list

**How many reports can I save in the My Client Center Download Center?**

You can store up to five reports in your My Client Center's **Report Center**. This total does not count against the number of reports you can store in your individual account's Report Center. Also, you can email or download reports so you can run as many reports as you need. New reports will automatically replace old ones as they arrive beyond the limit of five stored reports.

How can I give someone access to only some of the accounts in my MCC?

You can give someone access to only certain child accounts in your My Client Center account (MCC) by taking advantage of an MCC's ability to manage another MCC. The example below illustrates this idea in more detail:

Amy manages 5 accounts, and she wants her partner Bill to help her manage 3 of those 5. To accomplish this, Amy first unlinks the 3 accounts from her MCC. Bill creates his own MCC, to which he links those 3 accounts. (When activating his MCC, Bill must enter different credit card information than what Amy uses in her MCC.) Amy then links Bill's MCC to her MCC, making her Bill's client manager.

Amy still has access to all 5 of the accounts - 2 via her MCC and 3 via Bill's MCC - while Bill only has access to the 3 accounts in his MCC.

This diagram illustrates how an MCC can manage another MCC. Please note that you can link more than two MCCs to each other.



How do I get more login emails for my clients' accounts?

<p>Only one AdWords account can be associated with a Google Account login, so you must use distinct, functioning login emails for each of y Client Center's child accounts.
</p>
<p>Payment decline emails are sent to both the login and contact email addresses associated with an account. Therefore, you shouldn't use y clients' email addresses as login emails if you don't want your clients to receive these notifications.
</p>
<p>To obtain more login emails for your My Client Center's child accounts, we recommend taking advantage of a free email provider. Do a Go search for 'free email provider' if you don't know of one off-hand.
</p>
<p>You may also want to see if your current email provider supports the functionality in which adding '+ __' before '@domain.com' creates a un address without changing the destination of the message.
</p>
<p>For example, if your email address is 'john@mybusiness.com,' you may be able to use 'john+1@mybusiness.com,' 'john+2@mybusiness.c as distinct login emails for your child accounts. Emails sent to 'john+1@mybusiness.com,' etc. would go your 'john@mybusiness.com' inbox.
</p>
<p>Alternatively, some email providers offer more than one email address per customer. Emails to the different addresses can then be redirec same inbox.</p>

**Why doesn't an alert disappear as soon as I address the problem?**

Your MCC is updated on a 24-hour cycle, so it may take up to a full day before you see your alerts disappear once you have resolved the issue that triggered the alert.

**Can I hide alerts or annotate my account to show that I've resolved the related problems?**

No. You can't alter the alert display by hiding alerts or annotating your account. But your account will update within 24 hours, and any alerts yo during the current update cycle will be removed from your MCC when the next account update takes place. Click here for more on the MCC up schedule.

**Why don't I see alerts for sub-MCCs that are linked to my main MCC?**

Your MCC only displays alerts for accounts that are directly linked to it. Any sub-MCC accounts you manage will show displays within those M Therefore, if you have a sub-MCC, you need to access that MCC's dashboard to view any alerts for accounts linked beneath the sub-MCC.

Google AdWords Help Center

AdWords Home   Editorial Guidelines - Contact Us