

•Another way to control the costs associated with your AdWords account is the daily budget. The daily budget is the maximum amount per day you are willing to pay for your advertising, for each campaign.

•Your daily budget is set at the campaign level. That is, each campaign in your account must have it's own daily budget.

•This daily budget controls the frequency with which your ads appear on Google and our partner network. The higher your budget for a campaign, the more frequently the ads in that campaign will appear. This is because Google will slow down the delivery of your ads if our system estimates that you are approaching your budget for the day.

GOOG-HN 021817

CONFIDENTIAL