**Categories**
AdWords Responses:Performance:Ranking:Positioning Varies
AdWords Responses:Ad Unseen:Distribution:Ads not on Ad Network (AOL)
AdWords Responses:Billing:Clarification:Overshot Daily Budget

11/20/2003 3:35 pm [Tier 6 - US] Ticket Closed by andreak
11/20/2003 3:35 pm [Tier 6 - US] Reply sent to problems@homeworksolver.net by andreak

**Outgoing Message** [Actions ▾]

From: "AdWords Support" <adwords-support@google.com>
To: problems@homeworksolver.net
Date: Thu, 20 Nov 2003 15:35:47 -0800
Local: Thurs, Nov 20 2003 3:35 pm
Duration: 1:13 minutes
Subject: Re: [#5035767] Over charging

Hello Howard,

Thank you for your email. When your ad accrues more clicks in a day than your daily budget allows, you are automatically given overdelivery credits for the excess amount. As traffic is never constant from day to day, it is possible that you may accrue charges above or below your set limit.

However, our system makes sure that in a given billing period, you are never charged more than the number of days in that month multiplied by your daily budget. That amount equals your monthly budget. This ensures that over time, you maximize your advertising budget.

For clicks accrued over your daily budget, you will see an 'overdelivery credit' on the Billing Summary page under the 'My Account' tab.

Please feel free to email us at adwords-support@google.com if you have additional questions or concerns.

We look forward to providing you with the most effective advertising available.

Sincerely,

Andrea
The Google AdWords Team

Original Message Follows:
------------------------

From: Howard <problems@homeworksolver.net>
Subject: Re: [#5035767] Over charging
Date: Thu, 20 Nov 2003 18:15:52 -0500

I was overcharged every day that my account exceeded my $10 daily budget. It's that simple.

The way Adwords bills is a misrepresentation of the daily budget that prominently appears on the Campaign management screen and the set up screens that request budget information.

The Adwords home page promises that: "You have total control over every aspect of your campaign."
Apparently not. I would simply want my campaign to automatically pause once
my daily budget is reached. Considering the impressive technology built into the Adwords system that shouldn't be an insurmountable problem.
Letting it run unchecked results in gross overexposure (on 11/18 I was

GOOG-HN 00349

CONFIDENTIAL

charged $23.18, over 130% more than my $10 daily budget). Later on in the month I'll have gross underexposure when the system tries to even things out. It happened last month.

>

At 02:16 PM 11/20/03 -0800, you wrote:
>
>Hello Howard,
>
>Thank you for your email. I have looked into your account and found that
>you have not been overbilled. Our system shows that you were billed
>$176.42 on November 10, 2003 for account activity between October 11 and
>November 10, 2003. These charges are accurate and reflect your $10.00
>daily budget and $0.09 and $0.10 cost-per-click.
>
>I also understand that the position of your ad has changed from when you
>started your campaign. Please note that it is not possible to secure any
>position permanently. The position of your AdWords ad varies per keyword
>and is determined by a combination of your maximum cost-per-click (CPC)
>and your clickthrough rate (CTR) in relation to other advertisers' CPCs
>and CTRs. Therefore, as you and other advertisers change CPCs and CTRs,
>the positions of your ads will also change.
>
>Additionally, your ad's position also will vary depending on the terms
>searched. For example, if you have the keyword 'tennis rackets,' and it
is
>not designated as an exact match, then your ad will also appear on
>searches such as 'used tennis rackets' and 'rental tennis rackets.' A
>different set of ads, each with a unique CPC and CTR, will appear for
each
>of these searches. This is why your average CPC is not always the same as
>the position you currently see your ad in.
>
>You may not have been able to see your ad on AOL because of a change in
>your ad's position. Often the number of ads appearing on pages in our ad
>network is limited. Therefore only the highest ranked Google AdWords ads
>will be shown on any given page. Your ad's position is determined by its
>clickthrough rate (CTR) and your maximum cost-per-click (CPC), so you may
>want to increase your CPC and CTR to help improve your ad's position.
>
>Please feel free to email us at adwords-support@google.com if you have
>additional questions or concerns.
>
>We look forward to providing you with the most effective advertising
>available.
>
>Sincerely,
>
>Andrea
>The Google AdWords Team
>
>Original Message Follows:
>------------------------
>From: problems@homeworksolver.net
>Subject: Over charging
>Date: Wed, 19 Nov 2003 06:03:02 -0800
>
>User ID: 1022423
>Category: bill
>------------------------

GOOG-HN 00350

CONFIDENTIAL