ORIGINAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC, etc., et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. ) 05-03639 JW |
| GOOGLE, INC., | ) ) ) |
| Defendant. | ) ) |

### 30(b)(6) DEPOSITION OF BRETT R. HANSON

August 18, 2006

228010



BARKLEY
Court Reporters

(310) 207.8000  Los Angeles      (916) 922.5777  Sacramento       (818) 702.0202  San Fernando Valley
(949) 955.0400  Orange County    (408) 885.0550  San Jose         (858) 455.5444  San Diego
(415) 433.5777  San Francisco    (951) 686.0606  Inland Empire    (760) 322.2240  Palm Springs

|  |  | B. Hanson |
|---|---|---|
| 0:18 | 2 | Q. Okay. In other words, you don't |
| 0:18 | 3 | recall ever seeing it on the Google site in |
| 0:18 | 4 | whole or in part? |
| 0:18 | 5 | A. I remember -- I remember being |
| 0:18 | 6 | attracted to the value proposition of |
| 0:18 | 7 | controlling my daily budget, controlling my |
| 0:18 | 8 | clicks per day, controlling my cost per |
| 0:18 | 9 | click. Having the ability to turn off and on |
| 0:18 | 10 | the campaign. And those were the selling |
| 0:18 | 11 | features that brought me and convinced me to |
| 0:18 | 12 | use Google. |
| 0:18 | 13 | Q. Right. But my question was a |
| 0:19 | 14 | different one. My question was, once you |
| 0:19 | 15 | decided you were going to use Google, did you |
| 0:19 | 16 | ever see the terms and conditions, either in |
| 0:19 | 17 | the form that I've handed to you or any other |
| 0:19 | 18 | form? |
| 0:19 | 19 | A. Not that I can -- not that I can |
| 0:19 | 20 | recall. |
| 0:19 | 21 | Q. And do you recall that when you |
| 0:19 | 22 | signed up for the AdWords program the first |
| 0:19 | 23 | time on behalf of Industrial Printing that |
| 0:19 | 24 | there was at some point in time, in |
| 0:19 | 25 | connection with the sign-up process, you |

29

BRETT R. HANSON

BARKLEY
Court Reporters