ORIGINAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CLRB HANSON INDUSTRIES, LLC,  )
etc., et al.,                 )
                              )
            Plaintiffs,       )
                              )
                              ) Case No.
        v.                    ) 05-03639 JW
                              )
GOOGLE, INC.,                 )
                              )
                              )
            Defendant.        )
                              )

DEPOSITION OF HOWARD STERN

August 16, 2006

227871


BARKLEY
Court Reporters

(310) 207.8000  Los Angeles        (916) 922.5777  Sacramento      (818) 702.0202  San Fernando Valley
(949) 955.0400  Orange County      (408) 885.0550  San Jose        (858) 455.5444  San Diego
(415) 433.5777  San Francisco      (951) 686.0606  Inland Empire   (760) 322.2240  Palm Springs

|  | 1 | H. Stern |
|---|---|---|
| :27 | 2 | A.     Yes. |
| :27 | 3 | Q.     Is that an incentive for you to |
| :27 | 4 | sign up for AdWords? |
| :27 | 5 | A.     Right.  It's a good reason, |
| :27 | 6 | right. |
| :27 | 7 | Q.     And then it goes on to say, |
| :27 | 8 | "This is the same no matter how you choose to |
| :27 | 9 | pay for your advertising." |
| :27 | 10 | Do you see that? |
| :27 | 11 | A.     Yes. |
| :27 | 12 | Q.     Okay.  So why did you switch to |
| :27 | 13 | Google from Yahoo? |
| :27 | 14 | A.     Because Yahoo had a monthly |
| :27 | 15 | minimum that I needed to pay, whether or not |
| :27 | 16 | I even ran the ads. |
| :27 | 17 | Q.     And Google? |
| :27 | 18 | A.     They had no minimum. |
| :27 | 19 | Q.     And, in fact, they told you they |
| :28 | 20 | had no minimum; correct? |
| :28 | 21 | A.     Right. |
| :28 | 22 | MR. BIDERMAN:  Objection. |
| :28 | 23 | Assumes facts not in evidence. |
| :28 | 24 | MR. LEVY:  Do you want to change |
| :28 | 25 | the tape now? |