IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLRB Hanson Industries, LLC, et al., | NO. C 05-03649 JW |
|     Plaintiffs, | **ORDER CONTINUING HEARING** |
| v. | |
| Google Inc., | |
|     Defendant.                     / | |

The Court continues the hearing on Cross-Motions for Summary Judgment currently set for February 25, 2008 at 9 a.m. to **Tuesday, February 26, 2008 at 9 a.m.** to give the parties sufficient time to argue the issues set forth in their supplemental briefs.

Dated: February 20, 2008

                                                                                            JAMES WARE
                                                                                            United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adel A. Nadji anadji@audetlaw.com
Christopher M. Jhang cjhang@perkinscoie.com
David T. Biderman dbiderman@perkinscoie.com
Judith B. Gitterman gittj@perkinscoie.com
Lester L Levy llevy@wolfpopper.com
Lisa Delehunt Olle lolle@perkinscoie.com
Marc Morris Seltzer mseltzer@susmangodfrey.com
Michele Fried Raphael mraphael@wolfpopper.com
William M. Audet waudet@audetlaw.com

**Dated: February 20, 2008**  **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**