# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge: James Ware**  
**Date:** 2/26/2008  
**Case No.: C-05-03649 JW**  
**Related Case No.: N/A**

**Courtroom Deputy:** Elizabeth Garcia  
**Court Reporter:** Jana Ridenour  
**Interpreter:** N/A

## TITLE

**CLRB Hanson Industries, LLC et al v. Google Inc.**

**Attorney(s) for Plaintiff(s): Michele Raphael, Lester Levy, Marc Seltzer**
**Attorney(s) for Defendant(s): David Biderman, Christopher Jhang**

## PROCEEDINGS

**Cross Motions for Summary Judgment**

## ORDER AFTER HEARING

Hearing Held.   The Court took the matter under submission after oral argument.  The Court to issue further order on Motion.

Elizabeth C. Garcia  
Courtroom Deputy  
Original: **E-Filed**  
CC: