Lester L. Levy *(Admitted Pro Hac Vice)*
Michele F. Raphael *(Admitted Pro Hac Vice)*
WOLF POPPER LLP
845 Third Avenue
New York NY 10022
Telephone: 212.759.4600
Facsimile: 212.486.2093
e-mail: llevy@wolfpopper.com
e-mail: mraphael@wolfpopper.com

William M. Audet (SBN 117456)
Audet & Partners, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105-1938
Telephone: 415.568.2555
Facsimile: 415.568.2556
e-mail: waudet@audetlaw.com

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> GOOGLE, INC., <br><br> Defendant. | CASE NO: C05-03649 JW <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO CIV.L.R. 79-5(d) TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' SUPPLEMENTAL REPLY MEMORANDUM DUE TO CONFIDENTIAL DESIGNATIONS BY DEFENDANT GOOGLE, INC.** <br><br> Civil L. R. 79-5(d) <br><br> Courtroom: 8 <br> Judge: Hon. James W. Ware |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO CIV.L.R. 79-5(d)TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' SUPPLEMENTAL REPLY MEMORANDUM DUE TO CONFIDENTIAL DESIGNATIONS BY DEFENDANT GOOGLE, INC.**
157469

1       Plaintiffs CLRB Hanson Industries, LLC d/b/a Industrial Printing and Howard Stern, on behalf of themselves and all other similarly situated, were permitted to submit supplemental briefs in further support of their Motion for Partial Summary Judgment. On May 29, 2007, Plaintiffs filed Plaintiffs' Supplemental Reply Memorandum in Support of Plaintiffs' Motion for Partial Summary Judgment ("Plaintiffs' Supplemental Reply Memorandum").

    Plaintiffs have moved pursuant to Civ. L.R.79-5 to have those portions of Plaintiffs' Supplemental Reply Memorandum which Plaintiffs represent reference, incorporate or otherwise cite material designated as "Confidential" by Defendant Google, Inc., pursuant to the Protective Order entered May 15, 2007.

    Pursuant to Civ. L.R. Rules 79-5(c) and (d), Plaintiffs have lodged with this Court highlighted versions of Plaintiffs' Supplemental Reply Memorandum identifying the portions containing, citing or referring to material designated by Google as confidential. Plaintiffs have also lodged with the Clerk a redacted version of Plaintiffs' Supplemental Reply Memorandum.

    The Court having duly considered the submissions and arguments of counsel hereby orders that the copy of Plaintiffs' Supplemental Reply Memorandum highlighted to identify the material designated by Google as confidential shall be filed under seal and that the redacted version of said document be filed in the public record.

IT IS SO ORDERED.

Dated: March 25, 2008

_____
United States District Court Judge