DAVID T. BIDERMAN, Bar No. 101577
JUDITH B. GITTERMAN, Bar No. 115661
M. CHRISTOPHER JHANG, Bar No. 211463
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
Email: DBiderman@perkinscoie.com
Email: JGitterman@perkinscoie.com
Email: CJhang@perkinscoie.com

Attorneys for Defendant Google Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>  v.<br><br>GOOGLE, INC.,<br><br>            Defendant. | CASE NO. C O5-03649 JW<br><br>**[PROPOSED] ORDER GRANTING GOOGLE INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Date: June 11, 2007<br>Time: 9:00 a.m.<br>Dept.: Courtroom 8<br>Judge: Honorable James Ware |

[PROPOSED] ORDER
CASE NO. 05-03649
41063-0023/LEGAL13215802.1

[41063-0023-000000/13215802_1.DOC]

Defendant Google Inc.'s ("Google") Motion for Leave to File Documents Under Seal was heard before this Court on June 11, 2007, at 9:00 a.m. Upon consideration of this Motion and the supporting Declaration of M. Christopher Jhang filed therewith, the Court finds there is good cause to grant Google's request to file documents under seal.

GOOD CAUSE having been shown, the Court finds that:

(1) The parties possess overriding confidentiality interests that overcome the right of public access to the record in the following documents;

(2) The parties' overriding confidentiality interests support sealing the record;

(3) A substantial probability exists that the parties' overriding confidentiality interests will be prejudiced if the record is not sealed;

(4) The proposed sealing is narrowly tailored; and

(5) No less restrictive means exist to achieve this overriding interest.

IT IS THEREFORE ORDERED that Google's Motion for Leave to File Documents Under Seal is GRANTED.

IT IS SO ORDERED.

DATED: March 25, 2008

_____
The Honorable James Ware
United States District Judge