**HENNIGAN, BENNETT & DORMAN LLP**
**RODERICK G. DORMAN (SBN 96908)**
**ALAN P. BLOCK (SBN 143783)**
**KEVIN SHENKMAN (SBN 223315)**
**601 South Figueroa Street, Suite 3300**
**Los Angeles, California 90017**
**Phone: (213) 694-1200**
**Fax: (213) 694-1234**
dormanr@hbdlawyers.com
blocka@hbdlawyers.com
shenkmank@hbdlawyers.com

Attorneys for Plaintiff
ACACIA MEDIA TECHNOLOGIES CORPORATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ACACIA MEDIA TECHNOLOGIES CORPORATION | Case No. 05 CV 01114 JW<br><br>**PLAINTIFF ACACIA MEDIA TECHNOLOGIES CORPORATION'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION OF CERTAIN CLAIM CONSTRUCTION TERMS CONSTRUED BY THE COURT IN ITS THIRD CLAIM CONSTRUCTION ORDER AND ITS FOURTH CLAIM CONSTRUCTION ORDER**<br><br>DATE:   May 7, 2007<br>TIME:   9:00 a.m.<br>CTRM:  Hon. James Ware |

1   TO DEFENDANTS AND THEIR COUNSEL OF RECORD:

2       PLEASE TAKE NOTICE that on May 7, 2007 at 9:00 a.m. in the Courtroom of the

3   Honorable James Ware, Courtroom No. 8, at 280 S. First Street, San Jose, California 95113, or as

4   soon thereafter as the matter may be heard, Plaintiff Acacia Media Technologies Corporation

5   ("Acacia") seeks leave to file a motion for reconsideration of several terms construed by this Court

6   in its third Claim Construction Order and its fourth Claim Construction Order. The motion will be

7   based on Local Rule 7-9, and that the requirements for reconsideration as set forth in Local Rule 7-

8   9(b)(1)-(3) are satisfied in this case.

10  DATED: March 26, 2007                    HENNIGAN BENNETT & DORMAN LLP

12                                          By    /S/ Roderick G. Dorman
13                                                Roderick G. Dorman

14                                          Attorneys for Plaintiff, ACACIA MEDIA
                                        TECHNOLOGIES CORPORATION

600421\v1
NO. 05 CV 01114 JW        -1-       PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR
                                                         LEAVE TO FILE A MOTION FOR RECONSIDERATION

# PROOF OF SERVICE

STATE OF CALIFORNIA,      )
                          ) SS.
COUNTY OF LOS ANGELES     )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 865 South Figueroa Street, Suite 2900, Los Angeles, California 90017.

On March 26, 2007, I served a copy of the within document described as **PLAINTIFF ACACIA MEDIA TECHNOLOGIES CORPORATION'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION OF CERTAIN CLAIM CONSTRUCTION TERMS CONSTRUED BY THE COURT IN ITS THIRD CLAIM CONSTRUCTION ORDER AND ITS FOURTH CLAIM CONSTRUCTION ORDER** on the interested parties in this action by transmitting via United States District Court for the Northern District of California Electronic Case Filing Program the document listed above by uploading the electronic files for each of the above listed documents on this date, addressed as set forth on the attached Service List.

The above-described document was also transmitted to the parties indicated below, by Federal Express only.

>Chambers of the Honorable James Ware
>Attn: Regarding Acacia Litigation
>280 South First Street
>San Jose, CA 95113
>***3 copies***

I am readily familiar with Hennigan, Bennett & Dorman LLP's practice in its Los Angeles office for the collection and processing of federal express with Federal Express.

Executed on March 26, 2007, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/S/ Lisa Spears-McCorry
Lisa Spears-McCorry

| | |
|---|---|
| 1 | **SERVICE LIST** |

| | |
|---|---|
| Juanita R. Brooks<br>Todd G. Miller<br>Fish & Richardson<br>12390 El Camino Real<br>San Diego, California 92130-2081<br>*Counsel for:*<br>***ACMP LLC; Ademia Multimedia LLC; Adult Entertainment Broadcast Network; Adult Revenue Services; Audio Communications; CJ Inc.; Club Jenna Inc.; Cyber Trend Inc.; Cybernet Ventures Inc.; Game Link Inc.; Global AVS Inc.; Innovative Ideas International; Lightspeedcash; National A-1 Advertising Inc.; New Destiny Internet Group LLC; VS Media Inc.*** | Jonathan E. Singer<br>William R. Woodford<br>Fish & Richardson<br>60 South Sixth Street, Suite 3300<br>Minneapolis, Minnesota 55402<br>*Counsel for:*<br>***ACMP LLC;Ademia Multimedia LLC; Adult Entertainment Broadcast Network; Adult Revenue Services; Audio Communications; CJ Inc.; Club Jenna Inc.; Cyber Trend Inc.; Cybernet Ventures Inc.; Game Link Inc.; Global AVS Inc.; Innovative Ideas International; Lightspeedcash; National A-1 Advertising Inc.; New Destiny Internet Group LLC; VS Media Inc.*** |
| Victor De Gyarfas<br>William J. Robinson<br>Foley & Lardner<br>2029 Century Park E, 35th Floor<br>Los Angeles, California 90067<br>*Counsel for:*<br>***International Web Innovations, Inc.*** | Gary A. Hecker<br>James Michael Slominski<br>Hecker Law Group<br>1925 Century Park East, Suite 2300<br>Los Angeles, California 90067<br>*Counsel for:*<br>***Offendale Commercial Limited BV*** |
| Mark D. Schneider<br>Gifford, Krass, Groh, Sprinkle, Anderson and Citkowski<br>280 N. Old Woodward Avenue, Suite 400<br>Birmingham, Michigan 48009-5394<br>*Counsel for:*<br>***Askcs.com Inc.*** | Alfredo A. Bismonte<br>Daniel H. Fingerman<br>Bobby T. Shih<br>Mount & Stoelker, P.C.<br>River Park Tower, 17th Floor<br>333 W. San Carlos St.<br>San Jose, CA 95110<br>*Counsel for:*<br>***Askcs.com Inc.*** |
| Adam Robert Alper<br>David Allen York<br>Latham & Watkins<br>135 Commonwealth Drive<br>Menlo Park, California 94025<br>*Counsel for:*<br>***AP Net Marketing Inc.; ICS Inc.*** | Rachel Krevans<br>Jason A. Crotty<br>Paul A. Friedman<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>*Counsel for:*<br>***Satellite LLC; Echostar Technologies Corporation; Echostar Communications Corporation*** |
| David C. Doyle<br>Morrison & Foerster LLP<br>3811 Valley Centre Dr., Suite 500<br>San Diego, California 92130<br>*Counsel for:*<br>***Echostar Technologies Corporation*** | |

| | |
|---|---|
| Annemarie A. Daley<br>Stephen P. Safranski<br>Robins Kaplan Miller & Ciresi LLP<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, Minnesota 55402<br>*Counsel for:*<br>***Coxcom, Inc.; Hospitality Network, Inc.*** | Richard R. Patch<br>J. Timothy Nardell<br>Coblentz, Patch, Duffy & Bass LLP<br>One Ferry Building, Suite 200<br>San Francisco, California 94111-4213<br>*Counsel for:*<br>***Coxcom, Inc.; Hospitality Network, Inc.*** |
| Jeffrey H. Dean<br>Kevin D. Hogg<br>Bradford P. Lyerla<br>Carl E. Myers<br>Marshall Gerstein & Borun LLP<br>6300 Sears Tower<br>233 South Wacker Drive<br>Chicago, Illinois 60606<br>*Counsel for:*<br>***Armstrong Group; Arvig Communication Systems; Charter Communications, Inc.; East Cleveland TV and Communications LLC; Massillon Cable TV, Inc.; Wide Open West LLC*** | William R. Overend<br>Morgan D. Tovey<br>Reed Smith Crosby Heafey<br>Two Embarcadero Center, Suite 2000<br>San Francisco, California 94111<br>*Counsel for:*<br>***Charter Communications, Inc.*** |
| Daralyn J. Durie<br>Joshua H. Lerner<br>David J. Silbert<br>Keker & Van Nest LLP<br>710 Sansome Street<br>San Francisco, California 94111<br>*Counsel for:*<br>***Comcast Cable Communications, LLC; Insight Communications, Inc.*** | Victor G. Savikas<br>Kevin G. McBride<br>Maria K. Nelson<br>Marsha E. Mullin<br>Jones Day<br>555 South Flower Street, 50th Floor<br>Los Angeles, California 90071<br>*Counsel for:*<br>***DirecTV Group, Inc.*** |
| Stephen E. Taylor<br>Jan J. Klohonatz<br>Taylor & Co. Law Offices, Inc.<br>One Ferry Building, Suite 355<br>San Francisco, California 94111<br>*Counsel for:*<br>***Mediacom Communications Corporation*** | Mitchell D. Lukin<br>Baker Botts L.L.P.<br>One Shell Plaza<br>910 Louisiana<br>Houston, Texas 77022<br>*Counsel for:*<br>***Mediacom Communications Corporation; Bresnan Communications*** |
| Jeffrey D. Sullivan<br>Michael J. McNamara<br>Baker Botts L.L.P.<br>30 Rockefeller Plaza<br>New York, New York 10112<br>*Counsel for:*<br>***Mediacom Communications Corporation; Bresnan Communications*** | Rebecca Anne Bortolotti<br>John Christopher Reich<br>Albert L. Underhill<br>Merchant & Gould<br>80 S. 8th Street, Suite 3200<br>Minneapolis, Minnesota 55402<br>*Counsel for:*<br>***Arvig Communications Systems; Cannon Valley Communications, Inc.; Loretel Cablevision; Mid-Continent Media, Inc.; Savage Communications, Inc.; Sjoberg's Cablevision, Inc.; US Cable Holdings LP*** |

| | |
|---|---|
| Sean David Garrison<br>Robert Francis Copple<br>Lewis & Roca LLP<br>40 N. Central Avenue<br>Phoenix, Arizona 85004-4429<br>*Counsel for:*<br>***Cable America Corp.*** | C. Mark Kittredge<br>Perkins Coie Brown & Bain PA<br>P.O. Box 400<br>Phoenix, Arizona 85001-0400<br>*Counsel for:*<br>***Cable One Inc.*** |
| Troy Blinn Forderman<br>George Chun Chen<br>Bryan Cave LLP<br>2 N. Central Avenue, Suite 2200<br>Phoenix, Arizona 85004-4406<br>*Counsel for:*<br>***Cable System Service Inc.*** | Gregory T. Spalj<br>Fabyanske Westra & Hart PA<br>800 LaSalle Avenue, Suite 1900<br>Minneapolis, Minnesota 55402<br>*Counsel for:*<br>***Cable System Service, Inc.*** |
| Patrick J. Whalen<br>Spencer Fan Britt & Brown LLP<br>1000 Walnut Street, Suite 1400<br>Kansas City, Missouri 64106<br>*Counsel for:*<br>***NPG Cable Inc.*** | Fritz Byers<br>824 Spitzer Bulding<br>520 Madison Avenue<br>Toledo, Ohio 43604<br>*Counsel for:*<br>***Block Communications, Inc.*** |
| Clay K. Keller<br>Buckingham, Doolittle & Burroughs<br>50 South Main Street<br>Akron, Ohio 44308<br>*Counsel for:*<br>***Nelsonville TV Cable, Inc.*** | Melissa G. Ferrario<br>Barry S. Goldsmith<br>Gary H. Nunes<br>Womble Carlyle Sandridge & Rice<br>8065 Leesburg Pike, Fourth Floor<br>Tysons Corner, VA 22182<br>*Counsel for:*<br>***Nelsonville TV Cable, Inc.*** |
| Christopher B. Fagan<br>Fay Sharpe Fagan Minnich & McKee<br>1100 Superior Avenue, Seventh Floor<br>Cleveland, Ohio 44114-2518<br>*Counsel for:*<br>***Armstrong Group; East Cleveland TV and Communications LLC; Massillon Cable TV, Inc.; Wide Open West, LLC*** | Stephen S. Korniczky<br>James V. Fazio<br>Paul Hastings Janofsky & Walker LLP<br>3579 Valley Centre Drive<br>San Diego, CA 92130<br>*Counsel for:*<br>***Cebridge Connections*** |
| Benjamin Hershkowitz<br>Goodwin Proctor LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>*Counsel for:*<br>***CSC Holdings, Inc.*** | David S. Benyacar<br>Daniel Reisner<br>Kaye Scholar LLP<br>425 Park Avenue<br>New York, NY 10022<br>*Counsel for:*<br>***Time Warner Cable, Inc.*** |