United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLRB Hanson Industries, LLC, et al., | NO. C 05-03649 JW |
| Plaintiffs, v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Google Inc., | |
| Defendant. / | |

In light of the parties' tardy submission of their Joint Case Management Conference Statement,[1] the Court continues the conference presently set for June 9, 2008 to **June 16, 2008 at 10 a.m.**

Dated: June 5, 2008

JAMES WARE
United States District Judge

---

[1] The Court's May 14, 2008 Order required the parties to submit their Joint Statement on or before May 30, 2008. (See Docket Item No. 223.) However, the parties did not submit their Statement until June 2, 2008. (See Docket Item No. 224.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adel A. Nadji anadji@audetlaw.com
Christopher M. Jhang cjhang@perkinscoie.com
David T. Biderman dbiderman@perkinscoie.com
Judith B. Gitterman gittj@perkinscoie.com
Lester L Levy llevy@wolfpopper.com
Lisa Delehunt Olle lolle@perkinscoie.com
Marc Morris Seltzer mseltzer@susmangodfrey.com
Michele Fried Raphael mraphael@wolfpopper.com
William M. Audet waudet@audetlaw.com

**Dated: June 5, 2008**               **Richard W. Wieking, Clerk**

                                                   **By: /s/ JW Chambers**
                                                          **Elizabeth Garcia**
                                                          **Courtroom Deputy**