# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***

## CIVIL MINUTES

**Judge: James Ware**  **Courtroom Deputy: Elizabeth Garcia**
**Date:  June 16, 2008**  **Court Reporter: Not Reported**
**Case No.: C-05-03649 JW**  **Interpreter: N/A**
**Related Case No.: N/A**

## TITLE

**CLRB Hanson Industries LLC et al v. Google Inc.**

**Attorney(s) for Plaintiff(s)**: Lester Levy, Michele Raphael
**Attorney(s) for Defendant(s)**: David Biderman, David Chiapetta, Christopher Jhang

## PROCEEDINGS

Case Management Conference

## ORDER AFTER HEARING

Case Management Conference held off the record in chambers.  The Court opened discovery. The Court referred the parties to Magistrate Judge Patricia V. Trumbull for all discovery disputers.  The Court set a further case management conference for **October 6, 2008 at 10:00 AM.**  The Court set an anticipated motion hearing for **November 21, 2008 at 9:00 AM.**

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: C. Lew