United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLRB Hanson Industries, LLC, et al., | NO. C 05-03649 JW |
| Plaintiffs, v. | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| Google Inc., | |
| Defendant. | |

The Court conducted a Case Management Conference on June 16, 2008. Counsel for the respective parties were present. In light of the representations of the parties, the Court orders as follows:

(1) Discovery shall be opened immediately and shall not be bifurcated. However, the parties shall meet and confer regarding a plan for class and merits discovery. The Court refers the parties to Magistrate Judge Patricia Trumbull to form a joint discovery plan following the meet and confer as well as for all discovery disputes. The parties shall contact Judge Trumbull's chambers to set up a conference within five (5) days of the date of this order.[1]

(2) The Court specially sets a hearing on Plaintiffs' anticipated Motion for Class Certification on **November 21, 2008 at 9 a.m.** The motion shall be noticed in accordance with the Civil Local Rules of Court.

---

[1] The number for Judge Trumbull's chambers is (408) 535-5378.

(3) The Court sets a further Case Management Conference on **October 6, 2008 at 10 a.m.** The parties shall file a Joint Case Management Conference Statement on or before **September 26, 2008** which updates the Court on the issues relevant to Plaintiffs' class certification motion.

Dated: June 17, 2008

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adel A. Nadji anadji@audetlaw.com
Christopher M. Jhang cjhang@perkinscoie.com
Daniel Jeffrey Shih dshih@susmangodfrey.com
David T. Biderman dbiderman@perkinscoie.com
Judith B. Gitterman gittj@perkinscoie.com
Lester L Levy llevy@wolfpopper.com
Lisa Delehunt Olle lolle@perkinscoie.com
Marc Morris Seltzer mseltzer@susmangodfrey.com
Michele Fried Raphael mraphael@wolfpopper.com
William M. Audet waudet@audetlaw.com

**Dated: June 17, 2008**                                **Richard W. Wieking, Clerk**

                                                                             **By:  /s/ JW Chambers**
                                                                                  **Elizabeth Garcia**
                                                                                  **Courtroom Deputy**

**United States District Court**
For the Northern District of California