UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES dba INDUSTRIAL PRINTING, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant. | Case No.: C 05-3649 JW PVT <br><br> **ORDER RE DISCOVERY PLANNING** |

On June 17, 2008, District Judge Ware issued an Order Following Case Management Conference in which he referred the parties to this Magistrate Judge to form a joint discovery plan following the parties meet and confer.[1] On June 23, 2008, the parties contacted Judge Trumbull's chambers about scheduling a discovery conference. Therefore,

IT IS HEREBY ORDERED that the parties shall appear at 10:00 a.m. on July 8, 2008 in courtroom 5 of this court for a hearing regarding the parties' respective proposals for a discovery plan.

IT IS FURTHER ORDERED that, no later than July 2, 2008, each party shall file a brief setting forth what, if any, modifications should be made in this case to the presumptive limits on

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

| 1 | discovery set forth in the Federal Rules of Civil Procedure.  The parties may also include any other |
|---|---|
| 2 | specific procedures or provisions they believe should be included in the discovery plan for this case. |
| 3 | Dated: *6/24/08* |

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge