| | |
|---|---|
| 1 | RACHEL S. BLACK (Washington State Bar No. 32204) |
| | SUSMAN GODFREY L.L.P. |
| 2 | 1201 Third Avenue, Suite 3800 |
| | Seattle, WA 98101 |
| 3 | Telephone: (206) 516-3880 |
| | Facsimile: (206) 516-3883 |
| 4 | E-Mail: rblack@susmangodfrey.com |
| 5 | Attorneys for Plaintiffs |

**FILED**

2008 SEP -2  A 10: 44

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Fee Paid

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated, | Case No. C 05-03649 JW |
| | Hon. James W. Ware |
| Plaintiffs, | |
| vs. | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| GOOGLE, INC., | |
| Defendant. | |

Pursuant to Civil L.R. 11-3, Rachel S. Black, an active member in good standing of the State Bar of Washington, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the State Bar of Washington and am admitted to practice before the following courts:

- The United State Court of Appeals:
    9th Circuit (2002)
- United States District Courts:
    Western District of Washington (2003)
    Eastern District of Washington (2006)
    Southern District of Texas (2006)
- State Courts:
    Washington (5/22/2002)
    New York (7/1/2001)

1

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. C 08-1138 SBA

dockets.Justia.com

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Marc M. Seltzer
> (California State Bar No. 54534)
> SUSMAN GODFREY L.L.P.
> 1901 Avenue of the Stars, Suite 950
> Los Angeles, California 90067-6029
> Telephone: (310) 789-3100
> Facsimile: (310) 789-3150

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 28, 2008

_____
RACHEL S. BLACK

---

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. C 08-1138 SBA