| | |
|---|---|
| 1 | DAVID T. BIDERMAN, Bar No. 101577 |
| | TIMOTHY J. FRANKS, Bar No. 197645 |
| 2 | M. CHRISTOPHER JHANG, Bar No. 211463 |
| | FARSCHAD FARZAN, Bar No. 215194 |
| 3 | **PERKINS COIE LLP** |
| | Four Embarcadero Center, Suite 2400 |
| 4 | San Francisco, California 94111 |
| | Telephone: (415) 344-7000 |
| 5 | Facsimile: (415) 344-7050 |
| | Email: DBiderman@perkinscoie.com |
| 6 | Email: TFranks@perkinscoie.com |
| | Email: CJhang@perkinscoie.com |
| 7 | Email: FFarzan@perkinscoie.com |
| 8 | Attorneys for Defendant GOOGLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendants. | CASE NO. C 05-03649 JW <br><br> **DECLARATION OF DAVID T. BIDERMAN IN SUPPORT OF GOOGLE INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' "120% RULE" AND "PARTIAL MONTH" CLAIMS** <br><br> Date: November 10, 2008 <br> Time: 9:00 a.m. <br> Place: Courtroom 8 <br> Judge: Honorable James Ware |

DECLARATION OF DAVID T. BIDERMAN ISO GOOGLE'S MOTION FOR
PARTIAL SUMMARY JUDGMENT
CASE NO. C 05-03649 JW

I, David T. Biderman, declare as follows:

1. I am an attorney duly licensed to practice law in all of the courts of the State of California and this Court, and am an attorney with the law firm of Perkins Coie LLP, counsel for defendant Google Inc. ("Google") in this action. I submit this declaration in support of Google's Motion for Partial Summary Judgment on Plaintiffs' "120% Rule" and "Partial Month" Claims. I have personal knowledge of the facts set forth below. If called upon to testify, I could and would testify competently as to the matters set forth herein.

2. Attached hereto as Exhibit A are true and correct copies of relevant excerpts from the transcript of the Deposition of Plaintiff CLRB Hanson Industries, LLC d/b/a Industrial Painting, which took place on August 18, 2006.

3. Attached hereto as Exhibit B are true and correct copies of relevant excerpts from the transcript of the Deposition of Plaintiff Howard Stern, which took place on August 16, 2006.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 5th day of September, 2008, at San Francisco, California.

　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　David T. Biderman

41063-0023/LEGAL14637046.1