UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC.,<br><br>Defendant. | CASE NO. C 05-03649 JW<br><br>**[PROPOSED] ORDER GRANTING GOOGLE INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' "120% RULE" AND "PARTIAL MONTH" CLAIMS**<br><br>Date: November 10, 2008<br>Time: 9:00 a.m.<br>Place: Court Room 8<br>Judge: Honorable James Ware |

[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 05-03649
41063-0023/LEGAL11955485.1

[41063-0023-000000/11955485_1.DOC]

1  Defendant Google Inc.'s Motion for Partial Summary Judgment on Plaintiffs' "120%
2  Rule" and "Partial Month" Claims brought pursuant to Federal Rule of Civil Procedure 56(c),
3  having come on for hearing, the Court having considered all relevant documents and evidence
4  and having considered the arguments of counsel, and good cause appearing therefor:
5  IT IS HEREBY ORDERED that defendant Google Inc.'s Motion for Partial Summary
6  Judgment on Plaintiffs' "120% Rule" and "Partial Month" Claims is granted.  Plaintiffs have
7  suffered no injury in fact and lost no money or property as a result of Google's practice, and
8  therefore have no standing under California Business and Professions Code sections 17200 and
9  17500 *et seq.* to bring these claims.  Therefore, Plaintiffs' claims that Google's 120% Rule
10 and/or partial month practice violates California Business and Professions Code sections 17200
11 and 17500 *et seq.* are dismissed for lack of standing.

Dated: _____, 2008

_____
Honorable James Ware
U.S.D.C., Northern District of California

Respectfully submitted:
**PERKINS COIE LLP**

By _____/S/_____
David T. Biderman
Attorneys for Defendant Google Inc.