DAVID T. BIDERMAN, Bar No. 101577
TIMOTHY J. FRANKS, Bar No. 197645
M. CHRISTOPHER JHANG, Bar No. 211463
FARSCHAD FARZAN, Bar No. 215194
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, California 94111
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
Email: DBiderman@perkinscoie.com
Email: TFranks@perkinscoie.com
Email: CJhang@perkinscoie.com
Email: FFarzan@perkinscoie.com

Attorneys for Defendant GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC.,<br><br>Defendant. | CASE NO. C 05-03649 JW<br><br>**DECLARATION OF ADAM SAMET IN SUPPORT OF GOOGLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' "120% RULE" AND "PARTIAL MONTH" CLAIMS**<br><br>Date: November 10, 2008<br>Time: 9:00 a.m.<br>Place: Court Room 8<br>Judge: Honorable James Ware |

MANUAL FILING NOTIFICATION – DECLARATION OF
ADAM SEMET
CASE NO. 05-03649                                                                                                  1
LEGAL14643970.1

# MANUAL FILING NOTIFICATION

Regarding: Declaration of Adam Samet in Support of Google's Motion for Partial Summary Judgment on Plaintiffs' "120% Rule" and "Partial Month" Claims [paragraphs 4, 5, 6, 7, 8, and 9 and Exhibits 1, 2, 3, and 4].

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

\_\_\_\_\_ Voluminous Document (PDF file size larger than efiling system allowances)

\_\_\_\_\_ Unable to Scan Documents

\_\_\_\_\_ Physical Object (description) _____

\_\_\_\_\_ Non-Graphical/Textual Computer file (audio, video, etc.) on CD or other media

__X__ Item Under Seal

\_\_\_\_\_ Conformance with the Judicial Conference Privacy Policy (General Order 53)

\_\_\_\_\_ Other (description) _____

DATED: September 5, 2008            **PERKINS COIE LLP**

By: _____/S/_____
David T. Biderman

Attorneys for Defendant Google Inc.