DAVID T. BIDERMAN, Bar No. 101577
TIMOTHY J. FRANKS, Bar No. 197645
M. CHRISTOPHER JHANG, Bar No. 211463
FARSCHAD FARZAN, Bar No. 215194
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, California 94111
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
Email: DBiderman@perkinscoie.com
Email: TFranks@perkinscoie.com
Email: CJhang@perkinscoie.com
Email: FFarzan@perkinscoie.com

Attorneys for Defendant GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE INC.,<br><br>    Defendant. | CASE NO. C 05-03649 JW<br><br>**[PROPOSED] ORDER GRANTING GOOGLE INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' "120% RULE" AND "PARTIAL MONTH" CLAIMS**<br><br>Date: November 10, 2008<br>Time: 9:00 a.m.<br>Dept.: Courtroom 8<br>Judge: Honorable James Ware |

1 | Defendant Google Inc.'s ("Google") Administrative Motion for Leave to File Documents
2 | Under Seal in Connection with Google's Motion for Partial Summary Judgment on Plaintiffs'
3 | "120% Rule" and "Partial Month" Claims was heard before this Court on November 10, 2008, at
4 | 9:00 a.m. Upon consideration of this Motion and the supporting Declaration of David T.
5 | Biderman filed therewith, the Court finds there is good cause to grant Google's request to file the
6 | following documents and information under seal:

**Declaration of Adam Samet in support of Google's Motion for Partial Summary Judgment on Plaintiffs' "120% Rule" and "Partial Month" Claims, and Exhibits 1, 2, 3, and 4 attached thereto.**

GOOD CAUSE having been shown, the Court finds that:

(1) The parties possess overriding confidentiality interests that overcome the right of public access to the record in the following documents;

(2) The parties' overriding confidentiality interests support sealing the record;

(3) A substantial probability exists that the parties' overriding confidentiality interests will be prejudiced if the record is not sealed;

(4) The proposed sealing is narrowly tailored; and

(5) No less restrictive means exist to achieve this overriding interest.

IT IS THEREFORE ORDERED that Google's Motion for Leave to File Documents Under Seal is GRANTED.

IT IS SO ORDERED.

DATED: _____    _____
                                                The Honorable James Ware
                                                United States District Judge

-2-