DAVID T. BIDERMAN, Bar No. 101577
TIMOTHY J. FRANKS, Bar No. 197645
M. CHRISTOPHER JHANG, Bar No. 211463
FARSCHAD FARZAN, Bar No. 215194
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, California 94111
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
Email: DBiderman@perkinscoie.com
Email: TFranks@perkinscoie.com
Email: CJhang@perkinscoie.com
Email: FFarzan@perkinscoie.com

Attorneys for Defendant GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant. | CASE NO. C 05-03649 JW <br><br> **PROOF OF SERVICE** |

I, Cheryl Allen, declare: I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 4 Embarcadero Center, Suite 2400, San Francisco 94111-4131.

On September 5, 2008, I served the foregoing document(s) described as follows:

1. **GOOGLE INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' "120% RULE" AND "PARTIAL MONTH" CLAIMS; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT;**

2. **DECLARATION OF DAVID T. BIDERMAN IN SUPPORT OF GOOGLE INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' "120% RULE" AND "PARTIAL MONTH" CLAIMS;**

3. **[PROPOSED] ORDER GRANTING GOOGLE INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' "120% RULE" AND "PARTIAL MONTH" CLAIMS;**

4. **DECLARATION OF ADAM SAMET IN SUPPORT OF GOOGLE INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' "120% RULE" AND "PARTIAL MONTH" CLAIMS [FILED UNDER SEAL] AND MANUAL FILING NOTIFICATION, THEREOF;**

5. **GOOGLE INC.'S NOTICE OF ADMINISTRATIVE MOTION AND MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' "120% RULE" AND "PARTIAL MONTH" CLAIMS;**

6. **DECLARATION OF DAVID T. BIDERMAN IN SUPPORT OF GOOGLE INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' "120% RULE" AND "PARTIAL MONTH" CLAIMS; AND**

7. **[PROPOSED] ORDER GRANTING GOOGLE INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' "120% RULE" AND "PARTIAL MONTH" CLAIMS**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelope addressed as stated, as follows:

☒  BY FEDERAL EXPRESS: by placing the document(s) listed above in a sealed Fed Ex envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Fed Ex agent for delivery to the following party:

Daniel J. Shih
E-Mail: dshih@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

☒  BY ELECTRONIC MAIL
I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated below:

## ATTORNEYS FOR PLAINTIFFS

Lester L. Levy
    E-Mail: llevy@wolfpopper.com
Michele F. Raphael
    E-Mail: mraphael@wolfpopper.com
WOLF POPPER LLP
845 Third Avenue
New York, New York 10022
    Telephone: (212) 759-4600
    Facsimile: (212) 486-2093
Marc M. Seltzer
    E-Mail: mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
    Telephone: (310) 789-3100
    Facsimile: (310) 789-3150

Stephen D. Susman
    E-Mail: ssusman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
654 Madison Avenue, 5th Floor
New York, New York 10065
    Telephone: (212) 336-8330
    Facsimile: (212) 336-8340

William M. Audet
    E-Mail: waudet@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, California 94105-1938
    Telephone: (415) 568-2555
Facsimile: (415) 568-2556

Daniel J. Shih
    E-Mail: dshih@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
    Telephone: (206) 516-3880
Facsimile: (206) 516-3883

Executed on September 5, 2008, at San Francisco, California.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

                                                              Cheryl Allen