DAVID T. BIDERMAN, Bar No. 101577
TIMOTHY J. FRANKS, Bar No. 197645
M. CHRISTOPHER JHANG, Bar No. 211463
FARSCHAD FARZAN, Bar No. 215194
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, California 94111
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
Email: DBiderman@perkinscoie.com
Email: TFranks@perkinscoie.com
Email: CJhang@perkinscoie.com
Email: FFarzan@perkinscoie.com

Attorneys for Defendant GOOGLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC.,<br><br>Defendant. | CASE NO. C 05-03649 JW<br><br>**PROOF OF SERVICE** |

I, Cheryl Allen, declare: I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 4 Embarcadero Center, Suite 2400, San Francisco 94111-4131.

On September 8, 2008, I served the foregoing document(s) described as follows:

**DECLARATION OF ADAM SAMET IN SUPPORT OF GOOGLE INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' "120% RULE" AND "PARTIAL MONTH" CLAIMS [REDACTED PUBLIC VERSION]**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelope addressed as stated, as follows:

☒ BY FEDERAL EXPRESS: by placing the document(s) listed above in a sealed Fed Ex envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Fed Ex agent for delivery to the following party:

Daniel J. Shih
E-Mail: dshih@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

☒ BY ELECTRONIC MAIL
I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated below:

## ATTORNEYS FOR PLAINTIFFS

Lester L. Levy
  E-Mail: llevy@wolfpopper.com
Michele F. Raphael
  E-Mail: mraphael@wolfpopper.com
WOLF POPPER LLP
845 Third Avenue
New York, New York  10022
  Telephone: (212) 759-4600
  Facsimile: (212) 486-2093
Marc M. Seltzer
  E-Mail: mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
  Telephone: (310) 789-3100
  Facsimile: (310) 789-3150

Stephen D. Susman
  E-Mail: ssusman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
654 Madison Avenue, 5th Floor
New York, New York  10065
  Telephone: (212) 336-8330
  Facsimile: (212) 336-8340

William M. Audet
  E-Mail: waudet@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, California 94105-1938
  Telephone: (415) 568-2555
  Facsimile: (415) 568-2556

Daniel J. Shih
  E-Mail: dshih@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
  Telephone: (206) 516-3880
  Facsimile: (206) 516-3883

Executed on September 8, 2008, at San Francisco, California.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Cheryl Allen*
Cheryl Allen