| | |
|---|---|
| 1 | LESTER L. LEVY (*pro hac vice*) |
| 2 | MICHELE FRIED RAPHAEL (*pro hac vice*) |
|   | **WOLF POPPER LLP** |
|   | 845 Third Avenue |
| 3 | New York, NY 10022 |
|   | Telephone: (212) 759-4600 |
| 4 | Facsimile: (212) 486-2093 |
|   | Email: llevy@wolfpopper.com |
| 5 | |
|   | MARC M. SELTZER (SBN 54534) |
| 6 | **SUSMAN GODFREY L.L.P.** |
|   | 1901 Avenue of the Stars, Suite 950 |
| 7 | Los Angeles, CA 90067-6029 |
|   | Telephone: (310) 789-3100 |
| 8 | Facsimile: (310) 789-3150 |
|   | Email: mseltzer@susmangodfrey.com |
| 9 | |
|   | Attorneys for Plaintiffs |
| 10 | (See Signature Page for Additional Plaintiffs' Counsel) |
| 11 | |
|    | DAVID T. BIDERMAN (SBN 101577) |
| 12 | TIMOTHY J. FRANKS (SBN 197645) |
|    | M. CHRISTOPHER JHANG (SBN 211463) |
| 13 | FARSCHAD FARZAN (SBN 215194) |
|    | **PERKINS COIE LLP** |
| 14 | Four Embarcadero Center, Suite 2400 |
|    | San Francisco, California 94111 |
| 15 | Telephone: (415) 344-7000 |
|    | Facsimile: (415) 344-7050 |
| 16 | Email: DBiderman@perkinscoie.com |
| 17 | Attorneys for Defendant Google Inc. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | CASE NO. C 05-03649 JW<br><br>**Joint Case Management Statement Pursuant to June 17, 2008 Order Following Case Management Conference**<br><br>Date: October 6, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 8<br>Judge: Honorable James Ware |

Joint Case Management Statement
Case No.: C 05-03649 JW

The parties to the above-entitled action jointly submit this Case Management Statement pursuant to the Court's June 17, 2008 Order Following Case Management Conference.

## CLASS CERTIFICATION MOTION UPDATE

The parties jointly ask the Court to postpone the November 21, 2008 hearing on Plaintiffs' anticipated Motion for Class Certification due to the discovery issues described below. The parties will further update the Court at the Case Management Conference currently scheduled for October 6, 2008 at 10:00 am.

The parties are currently pursuing discovery. Plaintiffs served Defendant a Request for Production of Documents on July 21, 2008. Google has produced some documents in response to the requests, and plans to complete production over approximately the next three to six months, depending on the scope of production the parties ultimately agree on. Plaintiffs also served Defendant a Notice of Rule 30(b)(6) Deposition of Google Inc. on July 21, 2008. The parties are waiting to schedule the dates that Google will produce witnesses in response to the deposition notice until Google produces certain documents responsive to Plaintiffs' document requests. The parties are negotiating the scope and schedule of the requested depositions. Finally, Plaintiffs served Defendant interrogatories on July 21, 2008, to which Defendant objected and responded on August 25, 2008. The parties are in the process of meeting and conferring regarding Defendant's responses and objections.

Defendant served Plaintiffs with a Request for Production of Documents on July 22, 2008. Plaintiffs have produced some documents in response to the requests and expect to complete the production next week. Defendant served Plaintiffs with Requests for Admissions and Interrogatories (Set One) on August 25, 2008, and a Second Set of Interrogatories on September 12, 2008. Plaintiffs' responses are not yet due to these discovery requests. Defendants also served Howard Stern and Cindy Hanson with deposition notices, and served CLRB Hanson Industries, LLC with a Notice of Rule 30(b)(6) Deposition. The parties are negotiating the scope, schedule, and validity of the requested depositions. Because of medical issues, the deposition of CLRB's 30(b)(6) witness cannot take place until mid-November at the earliest.

Joint Case Management Statement
Case No.: C 05-03649 JW                        -2-

| | |
|---|---|
| Dated: September 26, 2008 | LESTER L. LEVY (*pro hac vice*)<br>MICHELE FRIED RAPHAEL (*pro hac vice*)<br>**WOLF POPPER LLP**<br>845 Third Avenue<br>New York, NY 10022<br><br>MARC M. SELTZER (SBN 54534)<br>**SUSMAN GODFREY L.L.P.**<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067-6029<br><br>RACHEL S. BLACK (*pro hac vice*)<br>DANIEL J. SHIH (*pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1201 Third Avenue, Suite 3800<br>Seattle, WA 98101-3000<br><br>WILLIAM M. AUDET (SBN 117456)<br>**AUDET & PARTNERS, LLP**<br>221 Main Street, Suite 1460<br>San Francisco, CA 94105-1938<br><br>By:  /S/<br>       Marc M. Seltzer<br><br>Attorneys for Plaintiffs |
| Dated: September 26, 2008 | **PERKINS COIE LLP**<br><br>By:  /S/<br>       David T. Biderman<br>       Timothy J. Franks<br>       M. Christopher Jhang<br>       Farschad Farzan<br><br>Attorneys for Defendant Google Inc. |

41063-0023/LEGAL14706351.1