DAVID T. BIDERMAN, Bar No. 101577
TIMOTHY J. FRANKS, Bar No. 197645
M. CHRISTOPHER JHANG, Bar No. 211463
FARSCHAD FARZAN, Bar No. 215194
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, California 94111
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
Email: DBiderman@perkinscoie.com
Email: TFranks@perkinscoie.com
Email: CJhang@perkinscoie.com
Email: FFarzan@perkinscoie.com

Attorneys for Defendant GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE, INC.,<br><br>    Defendant. | CASE NO. C 05-03649 JW<br><br>**PROOF OF SERVICE** |

I, Cheryl Allen, declare: I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 4 Embarcadero Center, Suite 2400, San Francisco 94111-4131.

On September 26, 2008, I served the foregoing document(s) described as follows:

**JOINT CASE MANAGEMENT STATEMENT PURSUANT TO JUNE 17, 2008 ORDER FOLLOWING CASE MANAGEMENT CONFERENCE**

PROOF OF SERVICE     -1-
CASE NO. C 05-3649 JW

| | |
|---|---|
| 1 | on the interested parties in this action by placing true copies thereof enclosed in sealed envelope |
| 2 | addressed as stated, as follows: |
| 3 | ☒ BY ELECTRONIC MAIL |
| 4 | I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated below: |

**ATTORNEYS FOR PLAINTIFFS**

| | |
|---|---|
| Lester L. Levy<br>E-Mail: llevy@wolfpopper.com<br>Michele F. Raphael<br>E-Mail: mraphael@wolfpopper.com<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 759-4600<br>Facsimile: (212) 486-2093 | William M. Audet<br>E-Mail: waudet@audetlaw.com<br>AUDET & PARTNERS, LLP<br>221 Main Street, Suite 1460<br>San Francisco, California 94105-1938<br>Telephone: (415) 568-2555<br>Facsimile: (415) 568-2556 |
| Marc M. Seltzer<br>E-Mail: mseltzer@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, California 90067-6029<br>Telephone: (310) 789-3100<br>Facsimile: (310) 789-3150 | Rachel S. Black<br>E-Mail: rblack@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1201 Third Avenue, Suite 3800<br>Seattle, Washington 98101-3000<br>Telephone: (206) 516-3880<br>Facsimile: (206) 516-3883 |
| Stephen D. Susman<br>E-Mail: ssusman@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>654 Madison Avenue, 5th Floor<br>New York, New York 10065<br>Telephone: (212) 336-8330<br>Facsimile: (212) 336-8340 | Daniel J. Shih<br>E-Mail: dshih@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1201 Third Avenue, Suite 3800<br>Seattle, Washington 98101-3000<br>Telephone: (206) 516-3880<br>Facsimile: (206) 516-3883 |

Executed on September 26, 2008, at San Francisco, California.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Cheryl Allen* (signature)

Cheryl Allen

14707091.1