CLRB Hanson Industries, LLC et al v. Google Inc. Doc. 246

Fee Paid

STEPHEN D. SUSMAN (Texas State Bar No. 19521000)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Fax: (713) 654-6666
E-mail: ssusman@susmangodfrey.com

FILED

2008 SEP 30 A 10: 52

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

GOOGLE, INC.,

Defendant.

Case No. C 05-03649 JW

Hon. James W. Ware

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Stephen D. Susman, an active member in good standing of the State Bar of Texas, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the State Bar of Texas and am admitted to practice before the following courts:

- The United State Court of Appeals:
  2nd Circuit (1989)
  4th Circuit (2003)
  5th Circuit (1981)
  6th Circuit (2008)
  8th Circuit (1972)
  9th Circuit (1990)
  10th Circuit (2000)
  11th Circuit (2003)

Dockets.Justia.com

D.C. Circuit (1981)
Federal Circuit (1997)

- United States District Courts:
  Southern District of Texas (1965)
  Western District of Texas (1987)
  Northern District of Texas 1974
  Eastern District of Texas (1990)
  Southern District of New York (2007)
- State Courts:
  Texas (9/20/1965)
  District of Columbia (2/1/1999)
  New York (4/18/2000)
  Colorado (7/15/2002)

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Marc M. Seltzer
(California State Bar No. 54534)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 29, 2008

[signature]
STEPHEN D. SUSMAN