IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLRB Hanson Industries, LLC, et al., | NO. C 05-03649 JW |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Google, Inc., | |
| Defendant. | |

The parties are scheduled to appear for a Case Management Conference on October 6, 2008. Pursuant to Civil Local Rule 16-10(d), the parties timely filed a Joint Case Management Statement. Based on the representations made by the parties in their Joint Statement, the Court VACATES the Case Management Conference set for October 6, 2008. The Case Management Conference is continued to **November 10, 2008 at 10:00 a.m.** to coincide with the hearing on Defendant's Motion for Partial Summary Judgment on Plaintiffs' "120% Rule."

In addition, based on the parties' representation, the Court VACATES the hearing on Plaintiffs' Motion for Class Certification currently set for **November 21, 2008**. At the **November 10, 2008**, Case Management Conference, the parties shall be prepared to propose a new date for hearing on Plaintiffs' anticipated Motion for Class Certification.

To the extent there are discovery disputes, the parties shall file the appropriate motion(s) with the assigned Magistrate Judge.

Dated: October 2, 2008

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adel A. Nadji anadji@audetlaw.com
Daniel Jeffrey Shih dshih@susmangodfrey.com
David T. Biderman dbiderman@perkinscoie.com
Judith B. Gitterman gittj@perkinscoie.com
Lester L Levy llevy@wolfpopper.com
M. Christopher Jhang cjhang@perkinscoie.com
Marc M. Seltzer mseltzer@susmangodfrey.com
Michele Fried Raphael mraphael@wolfpopper.com
Rachel S. Black rblack@susmangodfrey.com
Stephen D. Susman ssusman@susmangodfrey.com
William M. Audet waudet@audetlaw.com

**Dated: October 2, 2008**  **Richard W. Wieking, Clerk**

**By:** **/s/ JW Chambers**
**Elizabeth Garcia**
**Courtroom Deputy**