CLRB Hanson Industries, LLC et al v. Google Inc.                                                                                                          Doc. 250

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC ET AL,<br><br>        Plaintiff(s),<br><br>  v.<br><br>GOOGLE INC.,<br><br>        Defendant(s).<br>_____/ | No. C 05-03649 JW<br><br>CLERK'S NOTICE CONTINUING MOTION HEARING AND CASE MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Motion for Partial Summary Judgment and the Further Case Management Conference before Judge James Ware previously noticed for November 10, 2008 at 9:00 AM and 10:00 AM respectively have been reset to **December 1, 2008 at 9:00 AM and 10:00 AM respectively in** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: October 14, 2008

                                                                                FOR THE COURT,
                                                                                Richard W. Wieking, Clerk

                                                              by:        /s/
                                                                            Elizabeth Garcia
                                                                            Courtroom Deputy

Dockets.Justia.com