LESTER L. LEVY *(Admitted Pro Hac Vice)*
MICHELE FRIED RAPHAEL *(Admitted Pro Hac Vice)*
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093
E-Mail: llevy@wolfpopper.com
E-Mail: mraphael@wolfpopper.com

MARC M. SELTZER (54534)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
E-Mail: mseltzer@susmangodfrey.com

Attorneys for Plaintiffs
(See Signature Page for Additional
Plaintiffs' Counsel)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE, INC.,<br>    Defendant. | Case No. C 05-03649 JW PVT<br><br>Hon. James W. Ware<br><br>**DECLARATION OF RACHEL S. BLACK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO GOOGLE, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing: December 1, 2008<br>Time: 9:00 a.m.<br>Dept.: Courtroom 8<br>Judge: The Honorable James Ware |

1

# MANUAL FILING NOTIFICATION

Regarding: <u>DECLARATION OF RACHEL S. BLACK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO GOOGLE, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT.</u>

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, the filing will be served in hard-copy shortly.

For information retrieving this filing directly from the court, please see the court's main website at http://www.cand.uscourts.gov under the Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

_____ Voluminous Document (PDF file size larger that efiling system allowances)

_____ Unable to Scan Documents

_____ Physical Object (description): _____

_____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

\_\_X\_\_ Item Under Seal

_____ Conformance with the Judicial Conference Privacy Policy (General Order 53).

_____ Other (description): _____

Dated: November 10, 2008

LESTER L. LEVY *(Admitted Pro Hac Vice)*
MICHELE FRIED RAPHAEL *(Admitted Pro Hac Vice)*
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093
E-Mail: llevy@wolfpopper.com

MARC M. SELTZER (54534)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100

MANUAL FILING NOTIFICATION – DECLARATION OF RACHEL S. BLACK
Case No. C 05-3649 JW
876477v1/010480

Facsimile: (310) 789-3150
E-Mail: mseltzer@susmangodfrey.com

STEPHEN D. SUSMAN *(Admitted Pro Hac Vice)*
SUSMAN GODFREY L.L.P.
654 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
E-Mail: ssusman@susmangodfrey.com

RACHEL S. BLACK *(Admitted Pro Hac Vice)*
DANIEL J. SHIH *(Admitted Pro Hac Vice)*
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
E-Mail: rblack@susmangodfrey.com
E-Mail: dshih@susmangodfrey.com

WILLIAM M. AUDET (117456)
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105-1938
Telephone: (415) 568-2555
Facsimile: (415) 568-2556
E-Mail: waudet@audetlaw.com


By_____s/Rachel S. Black_____
        Rachel S. Black
     Attorneys for Plaintiffs

**PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in the County of King, State of Washington. I am over the age of 18 and am not a party to the within action; my business address is 1201 Third Avenue, Suite 3800, Seattle, WA 98101.

On November 10, 2008, I served the foregoing document(s) described as follows:

**PLAINTIFFS' NOTIFICATION OF MANUAL FILING OF DECLARATION OF RACHEL S. BLACK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO GOOGLE, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

on the interested parties in this action, as follows:

\_\_\_\_ BY MAIL:
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Seattle, Washington in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

\_\_\_\_ BY PERSONAL SERVICE:
I caused to be delivered such envelope by hand to the offices of the addressee.

\_\_\_\_ BY FEDERAL EXPRESS OR OVERNIGHT COURIER

\_\_\_\_ BY TELECOPIER
I served by facsimile as indicated on the attached service list.

XX BY ELECTRONIC MAIL
I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the attached service list.

Executed on November 10. 2008, 2008, at Seattle, Washington.

\_\_\_\_ (State) I declare under penalty of perjury under the laws of the State of Washington that the above is true and correct.

XX (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Jami Grounds
(Type or Print Name)                          (Signature)

# SERVICE LIST

CLRB Hanson Industries, LLC v. Google Inc.
U.S. District Court, Northern District of California, San Jose Division
Case No. C 05-03649 JW

| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANT** |
|---|---|
| Lester L. Levy<br>    E-Mail: llevy@wolfpopper.com<br>Michele F. Raphael<br>    E-Mail: mraphael@wolfpopper.com<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, NY 100220<br>    Telephone: (212) 759-4600<br>    Facsimile: (212) 486-2093<br><br>Marc M. Seltzer<br>    E-Mail: mseltzer@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067-6029<br>    Telephone: (310) 789-3100<br>    Facsimile: (310) 789-3150<br><br>Stephen D. Susman<br>    E-Mail: ssusman@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>654 Madison Avenue, 5th Floor<br>New York, NY 10065<br>    Telephone: (212) 336-8330<br>    Facsimile: (212) 336-8340<br><br>Daniel J. Shih<br>    E-Mail: dshih@susmangodfrey.com<br>Rachel S. Black<br>    E-Mail: rblack@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1201 Third Avenue, Suite 3800<br>Seattle, WA 98101-3000<br>    Telephone: (206) 516-3880<br>    Facsimile: (206) 516-3883<br><br>William M. Audet<br>    E-Mail: waudet@audetlaw.com<br>AUDET & PARTNERS, LLP<br>221 Main Street, Suite 1460<br>San Francisco, CA 94105-1938<br>    Telephone: (415) 568-2555<br>    Facsimile: (415) 568-2556 | David T. Biderman<br>    E-Mail: DBiderman@perkinscoie.com<br>Timothy J. Franks<br>    E-Mail: TFranks@perkinscoie.com<br>M. Christopher Jhang<br>    E-Mail: CJhang@perkinscoie.com<br>Farschad Farzan<br>    E-Mail: FFarzan@perkinscoie.com<br>PERKINS COIE LLP<br>Four Embarcadero Center, Suite 2400<br>San Francisco, CA 94111-4131<br>    Telephone: (415) 344-7000<br>    Facsimile: (415) 344-7050<br><br>Attorneys for Defendant<br>GOOGLE INC. |