LESTER L. LEVY *(Admitted Pro Hac Vice)*
MICHELE FRIED RAPHAEL *(Admitted Pro Hac Vice)*
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093
E-Mail: llevy@wolfpopper.com
E-Mail: mraphael@wolfpopper.com

MARC M. SELTZER (54534)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
E-Mail: mseltzer@susmangodfrey.com

Attorneys for Plaintiffs
(See Signature Page for Additional
Plaintiffs' Counsel)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>  v.<br><br>GOOGLE, INC.,<br>                Defendant. | Case No. C 05-03649 JW PVT<br><br>Hon. James W. Ware<br><br>**PROOF OF SERVICE** |

I, Jami Grounds, declare: I am employed in the County of King, State of Washington. I am over the age of 18 and am not a party to the within action; my business address is 1201 Third Avenue, Suite 3800, Seattle, WA 98101.

On November 10,. 2008, I served the foregoing documents(s) described as follows:

**PLAINTIFFS' OPPOSITION TO GOOGLE INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**DECLARATION OF RACHEL S. BLACK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO GOOGLE, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

on the interested parties in this action, as follows:

\_\_\_\_ BY MAIL:
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Seattle, Washington in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

\_\_\_\_ BY PERSONAL SERVICE:
I caused to be delivered such envelope by hand to the offices of the addressee.

\_\_\_\_ BY FEDERAL EXPRESS OR OVERNIGHT COURIER

\_\_\_\_ BY TELECOPIER
I served by facsimile as indicated on the attached service list.

XX\_\_\_ BY ELECTRONIC MAIL
I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the attached service list.

Executed on November 10, 2008, at Seattle, Washington.

\_\_\_\_ (State) I declare under penalty of perjury under the laws of the State of Washington that the above is true and correct.

XX\_\_\_ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Jami Grounds                          *[signature]*
(Type or Print Name)                  (Signature)

2

PROOF OF SERVICE
Case No. C 05-03649 JW PVT
876549v1/010480

# SERVICE LIST

CLRB Hanson Industries, LLC v. Google Inc.
U.S. District Court, Northern District of California, San Jose Division
Case No. C 05-03649 JW

**ATTORNEYS FOR PLAINTIFFS**

Lester L. Levy
  E-Mail: llevy@wolfpopper.com
Michele F. Raphael
  E-Mail: mraphael@wolfpopper.com
WOLF POPPER LLP
845 Third Avenue
New York, NY 100220
  Telephone: (212) 759-4600
  Facsimile: (212) 486-2093

Marc M. Seltzer
  E-Mail: mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
  Telephone: (310) 789-3100
  Facsimile: (310) 789-3150

Stephen D. Susman
  E-Mail: ssusman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
654 Madison Avenue, 5th Floor
New York, NY 10065
  Telephone: (212) 336-8330
  Facsimile: (212) 336-8340

Daniel J. Shih
  E-Mail: dshih@susmangodfrey.com
Rachel S. Black
  E-Mail: rblack@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
  Telephone: (206) 516-3880
  Facsimile: (206) 516-3883

William M. Audet
  E-Mail: waudet@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105-1938
  Telephone: (415) 568-2555
  Facsimile: (415) 568-2556

**ATTORNEYS FOR DEFENDANT**

David T. Biderman
  E-Mail: DBiderman@perkinscoie.com
Timothy J. Franks
  E-Mail: TFranks@perkinscoie.com
M. Christopher Jhang
  E-Mail: CJhang@perkinscoie.com
Farschad Farzan
  E-Mail: FFarzan@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
  Telephone: (415) 344-7000
  Facsimile: (415) 344-7050

Attorneys for Defendant
GOOGLE INC.

3

PROOF OF SERVICE
Case No. C 05-03649 JW PVT
876549v1/010480