LESTER L. LEVY *(Admitted Pro Hac Vice)*
MICHELE FRIED RAPHAEL *(Admitted Pro Hac Vice)*
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093
E-Mail: llevy@wolfpopper.com
E-Mail: mraphael@wolfpopper.com

MARC M. SELTZER (54534)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
E-Mail: mseltzer@susmangodfrey.com

Attorneys for Plaintiffs
(See Signature Page for Additional
Plaintiffs' Counsel)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>  v.<br><br>GOOGLE, INC.,<br>               Defendant. | Case No. C 05-03649 JW PVT<br><br>Hon. James W. Ware<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMOVE INCORRECTLY FILED DOCUMENT: DOCKET ITEM NO. 252** |

PLAINTIFFS' NOTICE OF MOTION AND ADMINMISTRATIVE MOTION
Case No. C 05-3649 JW
876669v1/010480

# NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that Plaintiffs CLRB Hanson Industries, LLC d/b/a Industrial Printing and Howard Stern respectfully submit this Motion to Remove Incorrectly Filed Document: Docket Item No. 252. When electronically filing Docket Item No. 252 (*Plaintiffs' Opposition to Google Inc.'s Motion for Partial Summary Judgment, Notification of Manual Filing*), Plaintiffs' counsel inadvertently included an extra page at the end of the document. The extra page, which is completely irrelevant to the underlying filing, is designated by Defendant as "Confidential - Trade Secret/Attorneys' Eyes Only" information. For this reason, the last page of Docket No. 252 should not be made public.

After discovering the error, Plaintiffs' counsel immediately called the ECF Help Desk and put a temporary lock on the document. Plaintiffs' counsel also filed a corrected version of *Plaintiffs' Opposition to Google Inc.'s Motion for Partial Summary Judgment, Notification of Manual Filing*, Docket Item No. 254.

Accordingly, Plaintiffs request that Docket Item No. 252 be permanently deleted from the docket.

Dated: November 11, 2008

    LESTER L. LEVY *(Admitted Pro Hac Vice)*
    MICHELE FRIED RAPHAEL *(Admitted Pro Hac Vice)*
    WOLF POPPER LLP
    845 Third Avenue
    New York, NY 10022
    Telephone: (212) 759-4600
    Facsimile: (212) 486-2093
    E-Mail: llevy@wolfpopper.com

    MARC M. SELTZER (54534)
    SUSMAN GODFREY L.L.P.
    1901 Avenue of the Stars, Suite 950
    Los Angeles, CA 90067-6029
    Telephone: (310) 789-3100
    Facsimile: (310) 789-3150
    E-Mail: mseltzer@susmangodfrey.com

1

PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT
Case No. C 05-3649 JW
876669v1/010480

| | |
|---|---|
| 1 | STEPHEN D. SUSMAN (*Admitted Pro Hac Vice*) |
| 2 | SUSMAN GODFREY L.L.P. |
| | 654 Madison Avenue, 5th Floor |
| 3 | New York, NY  10065 |
| | Telephone:  (212) 336-8330 |
| 4 | Facsimile:  (212) 336-8340 |
| | E-Mail:  ssusman@susmangodfrey.com |
| 5 | |
| | RACHEL S. BLACK (*Admitted Pro Hac Vice*) |
| 6 | DANIEL J. SHIH (*Admitted Pro Hac Vice*) |
| | SUSMAN GODFREY L.L.P. |
| 7 | 1201 Third Avenue, Suite 3800 |
| | Seattle, WA  98101-3000 |
| 8 | Telephone:  (206) 516-3880 |
| | Facsimile:  (206) 516-3883 |
| 9 | E-Mail:  rblack@susmangodfrey.com |
| | E-Mail:  dshih@susmangodfrey.com |
| 10 | |
| | WILLIAM M. AUDET (117456) |
| 11 | AUDET & PARTNERS, LLP |
| | 221 Main Street, Suite 1460 |
| 12 | San Francisco, CA  94105-1938 |
| | Telephone:  (415) 568-2555 |
| 13 | Facsimile:  (415) 568-2556 |
| | E-Mail:  waudet@audetlaw.com |
| 14 | |
| 15 | By       s/Rachel S. Black |
| | Rachel S. Black |
| 16 | Attorneys for Plaintiffs |

2

PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT
Case No. C 05-3649 JW
876669v1/010480

## CERTIFICATE OF SERVICE

I hereby certify that on the date written above, that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The Court or the CM/ECF system will send notification of such filings to all CM/ECF participants.

    s/    Rachel S. Black

PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT
Case No. C 05-3649 JW
876669v1/010480