**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>                           Plaintiffs,<br><br>   v.<br><br>GOOGLE, INC.,<br>                           Defendant. | Case No. C 05-03649 JW PVT<br><br>Hon. James W. Ware<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL
Case No. C 05-3649 JW
876676v1/010480

Plaintiffs CLRB Hanson Industries LLC d/b/a Industrial Painting and Howard Stern's Motion to Remove Incorrectly File Document was presented to this Court. Upon consideration of the Motion, the Court finds there is good cause to grant Plaintiffs' request to permanently remove Docket No. 252 from the record.

IT IS THEREFORE ORDERED that Plaintiffs' Motion to Remove Incorrectly Filed Document is GRANTED and Docket No. 252 is permanently deleted from the court records.

Dated: __November 12__, 2008        _____
The Honorable James W. Ware
United States District Judge

Restfully submitted:
**SUSMAN GODFREY L.L.P.**

By___s/Rachel S. Black_____
Rachel S. Black
Attorneys for Plaintiffs