DAVID T. BIDERMAN, Bar No. 101577
TIMOTHY J. FRANKS, Bar No. 197645
M. CHRISTOPHER JHANG, Bar No. 211463
FARSCHAD FARZAN, Bar No. 215194
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, California 94111
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
Email: DBiderman@perkinscoie.com
Email: TFranks@perkinscoie.com
Email: CJhang@perkinscoie.com
Email: FFarzan@perkinscoie.com

Attorneys for Defendant GOOGLE INC.

.

**DOCUMENT FILED UNDER SEAL**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>   v.<br><br>GOOGLE, INC.,<br><br>            Defendant. | CASE NO. C 05-03649 JW<br><br>**GOOGLE INC.'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' "120% RULE" AND "PARTIAL MONTH" CLAIMS**<br><br>Date: December 1, 2008<br>Time: 9:00 a.m.<br>Place: Court Room 8<br>Judge: Honorable James Ware |

MANUAL FILING NOTIFICATION – GOOGLE INC.'S REPLY ISO OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT (SEALED VERSION)
CASE NO. 05-03649

| | |
|---|---|
| 1 | **MANUAL FILING NOTIFICATION** |
| 2 | Regarding: Google Inc.'s Reply in Support of Its Motion for Partial Summary |
| 3 | Judgment on Plaintiffs' "120% Rule" and "Partial Month" Claims (document filed under seal). |

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

\_\_\_\_\_ Voluminous Document (PDF file size larger than efiling system allowances)

\_\_\_\_\_ Unable to Scan Documents

\_\_\_\_\_ Physical Object (description) _____

\_\_\_\_\_ Non-Graphical/Textual Computer file (audio, video, etc.) on CD or other media

__X__ Item Under Seal

\_\_\_\_\_ Conformance with the Judicial Conference Privacy Policy (General Order 53)

\_\_\_\_\_ Other (description) _____

DATED: November 17, 2008                **PERKINS COIE LLP**

By: _____ /S/ _____
         David T. Biderman

Attorneys for Defendant Google Inc.

41063-0023/LEGAL14929251.1

-2-
MANUAL FILING NOTIFICATION – GOOGLE INC.'S REPLY ISO OF ITS MOTION FOR PARTIAL
SUMMARY JUDGMENT (SEALED VERSION)
CASE NO. 05-03649