| | | |
|---|---|---|
| 1 | DAVID T. BIDERMAN, Bar No. 101577 | **REDACTED PUBLIC VERSION** |
| 2 | TIMOTHY J. FRANKS, Bar No. 197645<br>M. CHRISTOPHER JHANG, Bar No. 211463 | |
| 3 | FARSCHAD FARZAN, Bar No. 215194<br>**PERKINS COIE LLP** | |
| 4 | Four Embarcadero Center, Suite 2400<br>San Francisco, California 94111 | |
| 5 | Telephone: (415) 344-7000<br>Facsimile: (415) 344-7050 | |
| 6 | Email: DBiderman@perkinscoie.com<br>Email: TFranks@perkinscoie.com | |
| 7 | Email: CJhang@perkinscoie.com<br>Email: FFarzan@perkinscoie.com | |
| 8 | Attorneys for Defendant GOOGLE INC. | |
| 9 | . | |
| 10 | | |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>   v.<br><br>GOOGLE, INC.,<br><br>            Defendant. | CASE NO. C 05-03649 JW<br><br>**GOOGLE INC.'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' "120% RULE" AND "PARTIAL MONTH" CLAIMS**<br><br>Date: December 1, 2008<br>Time: 9:00 a.m.<br>Place: Court Room 8<br>Judge: Honorable James Ware |

MANUAL FILING NOTIFICATION – GOOGLE INC.'S REPLY ISO OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT (REDACTED VERSION)
CASE NO. 05-03649

**MANUAL FILING NOTIFICATION**

Regarding: Google Inc.'s Reply in Support of Its Motion for Partial Summary Judgment on Plaintiffs' "120% Rule" and "Partial Month" Claims (redacted public version).

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

\_\_\_\_\_ Voluminous Document (PDF file size larger than efiling system allowances)

\_\_\_\_\_ Unable to Scan Documents

\_\_\_\_\_ Physical Object (description) _____

\_\_\_\_\_ Non-Graphical/Textual Computer file (audio, video, etc.) on CD or other media

_X_ Item Under Seal

\_\_\_\_\_ Conformance with the Judicial Conference Privacy Policy (General Order 53)

\_\_\_\_\_ Other (description) _____

DATED: November 17, 2008　　　　　　　　　**PERKINS COIE LLP**

By: _____/S/_____
　　　　David T. Biderman

Attorneys for Defendant Google Inc.

41063-0023/LEGAL14942234.1

-2-
MANUAL FILING NOTIFICATION – GOOGLE INC.'S REPLY ISO OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT (REDACTED VERSION)
CASE NO. 05-03649