| | |
|---|---|
| 1 | DAVID T. BIDERMAN, Bar No. 101577     **DOCUMENT FILED UNDER SEAL** |
| | TIMOTHY J. FRANKS, Bar No. 197645 |
| 2 | M. CHRISTOPHER JHANG, Bar No. 211463 |
| | FARSCHAD FARZAN, Bar No. 215194 |
| 3 | **PERKINS COIE LLP** |
| | Four Embarcadero Center, Suite 2400 |
| 4 | San Francisco, California 94111 |
| | Telephone: (415) 344-7000 |
| 5 | Facsimile: (415) 344-7050 |
| | Email: DBiderman@perkinscoie.com |
| 6 | Email: TFranks@perkinscoie.com |
| | Email: CJhang@perkinscoie.com |
| 7 | Email: FFarzan@perkinscoie.com |
| 8 | Attorneys for Defendant GOOGLE INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant. | CASE NO. C 05-03649 JW <br><br> **DECLARATION OF FARSCHAD FARZAN IN SUPPORT OF GOOGLE INC.'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' "120% RULE" AND "PARTIAL MONTH" CLAIMS** <br><br> Date: December 1, 2008 <br> Time: 9:00 a.m. <br> Place: Court Room 8 <br> Judge: Honorable James Ware |

MANUAL FILING NOTIFICATION – FARZAN DECLARATION ISO GOOGLE INC.'S REPLY ISO OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT (SEALED VERSION)
CASE NO. 05-03649

**MANUAL FILING NOTIFICATION**

<u>Regarding:</u>   Declaration of Farschad Farzan in Support of Google Inc.'s Reply in Support of Its Motion for Partial Summary Judgment on Plaintiffs' "120% Rule" and "Partial Month" Claims (document filed under seal).

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

_____ Voluminous Document (PDF file size larger than efiling system allowances)

_____ Unable to Scan Documents

_____ Physical Object (description) _____

_____ Non-Graphical/Textual Computer file (audio, video, etc.) on CD or other media

__X__ Item Under Seal

_____ Conformance with the Judicial Conference Privacy Policy (General Order 53)

_____ Other (description) _____

DATED: November 17, 2008          **PERKINS COIE LLP**

By: _____/S/_____
    David T. Biderman

Attorneys for Defendant Google Inc.

41063-0023/LEGAL14933313.1

-2-
MANUAL FILING NOTIFICATION – FARZAN DECLARATION ISO GOOGLE INC.'S REPLY ISO
OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT (SEALED VERSION)
CASE NO. 05-03649