| | |
|---|---|
| 1 | DAVID T. BIDERMAN, Bar No. 101577 | **REDACTED PUBLIC VERSION** |
| 2 | TIMOTHY J. FRANKS, Bar No. 197645
M. CHRISTOPHER JHANG, Bar No. 211463 |
| 3 | FARSCHAD FARZAN, Bar No. 215194
**PERKINS COIE LLP** |

DAVID T. BIDERMAN, Bar No. 101577
TIMOTHY J. FRANKS, Bar No. 197645
M. CHRISTOPHER JHANG, Bar No. 211463
FARSCHAD FARZAN, Bar No. 215194
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, California  94111
Telephone:  (415) 344-7000
Facsimile:   (415) 344-7050
Email:  DBiderman@perkinscoie.com
Email:  TFranks@perkinscoie.com
Email:  CJhang@perkinscoie.com
Email:  FFarzan@perkinscoie.com

Attorneys for Defendant GOOGLE INC.

.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>GOOGLE, INC.,<br><br>                Defendant. | CASE NO.  C 05-03649 JW<br><br>**DECLARATION OF FARSCHAD FARZAN IN SUPPORT OF GOOGLE INC.'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' "120% RULE" AND "PARTIAL MONTH" CLAIMS**<br><br>Date:     December 1, 2008<br>Time:    9:00 a.m.<br>Place:   Court Room 8<br>Judge:  Honorable James Ware |

MANUAL FILING NOTIFICATION – FARZAN DECLARATION ISO GOOGLE INC.'S REPLY ISO
OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT (REDACTED VERSION)
CASE NO. 05-03649

| | |
|---|---|
| 1 | **MANUAL FILING NOTIFICATION** |
| 2 | <u>Regarding:</u>   Declaration of Farschad Farzan in Support of Google Inc.'s Reply in |
| 3 | <u>Support of Its Motion for Partial Summary Judgment on Plaintiffs' "120% Rule" and "Partial</u> |
| 4 | <u>Month" Claims (redacted public version)</u>. |
| 5 | This filing is in paper or physical form only, and is being maintained in the case file in |
| 6 | the Clerk's office. |
| 7 | If you are a participant in this case, this filing will be served in hard-copy shortly. |
| 8 | For information on retrieving this filing directly from the court, please see the court's |
| 9 | main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). |
| 10 | This filing was not efiled for the following reason(s): |
| 11 | _____ Voluminous Document (PDF file size larger than efiling system allowances) |
| 12 | _____ Unable to Scan Documents |
| 13 | _____ Physical Object (description) _____ |
| 14 | _____ Non-Graphical/Textual Computer file (audio, video, etc.) on CD or other media |
| 15 | __X__ Item Under Seal |
| 16 | _____ Conformance with the Judicial Conference Privacy Policy (General Order 53) |
| 17 | _____ Other (description) _____ |

DATED: November 17, 2008        **PERKINS COIE LLP**

By: _____/S/_____
        David T. Biderman

Attorneys for Defendant Google Inc.

41063-0023/LEGAL14942235.1

-2-
MANUAL FILING NOTIFICATION – FARZAN DECLARATION ISO GOOGLE INC.'S REPLY ISO
OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT (REDACTED VERSION)
CASE NO. 05-03649