| | |
|---|---|
| 1 | DAVID T. BIDERMAN, Bar No. 101577 |
| | TIMOTHY J. FRANKS, Bar No. 197645 |
| 2 | M. CHRISTOPHER JHANG, Bar No. 211463 |
| | FARSCHAD FARZAN, Bar No. 215194 |
| 3 | **PERKINS COIE LLP** |
| | Four Embarcadero Center, Suite 2400 |
| 4 | San Francisco, California 94111 |
| | Telephone: (415) 344-7000 |
| 5 | Facsimile: (415) 344-7050 |
| | Email: DBiderman@perkinscoie.com |
| 6 | Email: TFranks@perkinscoie.com |
| | Email: CJhang@perkinscoie.com |
| 7 | Email: FFarzan@perkinscoie.com |
| 8 | Attorneys for Defendant GOOGLE INC. |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>   v.<br><br>GOOGLE, INC.,<br><br>            Defendant. | CASE NO. C 05-03649 JW<br><br>**DECLARATION OF DAVID T. BIDERMAN IN SUPPORT OF GOOGLE INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS IN CONNECTION WITH ITS REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' "120% RULE" AND "PARTIAL MONTH" CLAIMS**<br><br>Date: December 1, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 8<br>Judge: Honorable James Ware |

BIDERMAN DECLARATION IN SUPPORT OF GOOGLE INC.'S MOTION FOR LEAVE TO FILE
DOCUMENTS UNDER SEAL
CASE NO. 05-03649

I, David T. Biderman, hereby declare as follows:

1. I am an attorney duly licensed to practice law in all of the courts of the State of California and this Court, and am an attorney with the law firm of Perkins Coie LLP, counsel for defendant Google Inc. ("Google") in this action. I submit this declaration in support of Google's Administrative Motion for Leave to File Under Seal Documents in Connection with Its Reply in Support of Its Motion for Partial Summary Judgment on Plaintiffs' "120% Rule" and "Partial Month" Claims. I have personal knowledge of the facts set forth below except as to those matters stated on information and belief, and as to those matters, I believe them to be true. If called upon to testify, I could and would testify competently as to the matters set forth herein.

2. Attached as Exhibit A is a true and correct copy of the parties' Stipulated Protective Order Regarding Confidential Information, filed on March 2, 2007 and executed by the Court (with amendments) on May 15, 2007.

3. I have reviewed the following documents and determined that they contain, discuss, or refer to information or documents relating to or containing Google's confidential, proprietary, or trade secret information including Google's billing processes, and also disclose Plaintiffs' confidential account data: **Google Inc.'s Reply in Support of Its Motion for Partial Summary Judgment on Plaintiffs' "120% Rule" and "Partial Month" Claims** and **Exhibits 6 and 7 to the Declaration of Farschad Farzan in Support of Google Inc.'s Reply in Support of Its Motion for Partial Summary Judgment on Plaintiffs' "120% Rule" and "Partial Month" Claims.**

I declare under penalty of perjury under the laws of the State of California and the United States that each of the above statements is true and correct.

BIDERMAN DECLARATION IN SUPPORT OF GOOGLE INC.'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL
CASE NO. 05-03649

1 | Executed on November 17, 2008, in San Francisco, California.

2 | **PERKINS COIE LLP**

4 | By: _____/S/_____
5 | David T. Biderman

6 | 41063-0023/LEGAL14928996.1

-3-
BIDERMAN DECLARATION IN SUPPORT OF GOOGLE INC.'S MOTION FOR LEAVE TO FILE
DOCUMENTS UNDER SEAL
CASE NO. 05-03649