| | |
|---|---|
| 1 | DAVID T. BIDERMAN, Bar No. 101577 |
| | TIMOTHY J. FRANKS, Bar No. 197645 |
| 2 | M. CHRISTOPHER JHANG, Bar No. 211463 |
| | FARSCHAD FARZAN, Bar No. 215194 |
| 3 | **PERKINS COIE LLP** |
| | Four Embarcadero Center, Suite 2400 |
| 4 | San Francisco, California  94111 |
| | Telephone:  (415) 344-7000 |
| 5 | Facsimile:   (415) 344-7050 |
| | Email:  DBiderman@perkinscoie.com |
| 6 | Email:  TFranks@perkinscoie.com |
| | Email:  CJhang@perkinscoie.com |
| 7 | Email:  FFarzan@perkinscoie.com |
| 8 | Attorneys for Defendant GOOGLE INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated, | CASE NO.  C 05-03649 JW |
| | **[PROPOSED] ORDER GRANTING GOOGLE INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' "120% RULE" AND "PARTIAL MONTH" CLAIMS** |
| Plaintiffs, | |
| v. | |
| GOOGLE INC., | |
| Defendant. | Date:   December 1, 2008 |
| | Time:   9:00 a.m. |
| | Place:  Courtroom 8 |
| | Judge:  Honorable James Ware |

[PROPOSED] ORDER
CASE NO. 05-03649 JW

Defendant Google Inc.'s ("Google's") Administrative Motion for Leave to File Under Seal Documents in Connection with Its Reply in Support of Its Motion for Partial Summary Judgment on Plaintiffs' "120% Rule" and "Partial Month" Claims (the "Motion") was heard before this Court on December 1, 2008 at 9:00 a.m. Upon consideration of this Motion and the supporting Declaration of Farschad Farzan filed therewith, the Court finds there is good cause to grant Google's request to file the following documents and information under seal:

**Google Inc.'s Reply in Support of Its Motion for Partial Summary Judgment on Plaintiffs' "120% Rule" and "Partial Month" Claims**, and

**Exhibits 6 and 7 to the Declaration of Farschad Farzan in Support of Google Inc.'s Reply in Support of Its Motion for Partial Summary Judgment on Plaintiffs' "120% Rule" and "Partial Month" Claims.**

GOOD CAUSE having been shown, the Court finds that:

(1) The parties possess overriding confidentiality interests that overcome the right of public access to the record in the above-mentioned document;

(2) The parties' overriding confidentiality interests support sealing the record;

(3) A substantial probability exists that the parties' overriding confidentiality interests will be prejudiced if the record is not sealed;

(4) The proposed sealing is narrowly tailored; and

(5) No less restrictive means exist to achieve this overriding interest.

IT IS THEREFORE ORDERED that Google's Motion is GRANTED.

IT IS SO ORDERED.

DATED: _____

The Honorable James Ware
United States District Judge

41063-0023/LEGAL14928817.1

-2-

[PROPOSED] ORDER
CASE NO. 05-03649 JW