1   DAVID T. BIDERMAN, Bar No. 101577
    TIMOTHY J. FRANKS, Bar No. 197645
2   M. CHRISTOPHER JHANG, Bar No. 211463
    FARSCHAD FARZAN, Bar No. 215194
3   **PERKINS COIE LLP**
    Four Embarcadero Center, Suite 2400
4   San Francisco, California 94111
    Telephone: (415) 344-7000
5   Facsimile: (415) 344-7050
    Email: DBiderman@perkinscoie.com
6   Email: TFranks@perkinscoie.com
    Email: CJhang@perkinscoie.com
7   Email: FFarzan@perkinscoie.com

8   Attorneys for Defendant GOOGLE INC.

9

10                  **UNITED STATES DISTRICT COURT**

11                 **NORTHERN DISTRICT OF CALIFORNIA**

12                       **SAN JOSE DIVISION**

13

14   CLRB HANSON INDUSTRIES, LLC          CASE NO. C 05-03649 JW
     d/b/a INDUSTRIAL PRINTING, and
15   HOWARD STERN, on behalf of           **PROOF OF SERVICE**
     themselves and all others similarly situated,
16
                     Plaintiffs,
17
          v.
18
     GOOGLE, INC.,
19
                     Defendant.
20

21        I, Linda Alcorn, declare: I am employed in the County of San Francisco, State of

22   California. I am over the age of 18 and not a party to the within action; my business address is

23   4 Embarcadero Center, Suite 2400, San Francisco 94111-4131.

24        On November 17, 2008, I served the foregoing document(s) described as follows:

25

26   1.   **GOOGLE INC.'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL
          SUMMARY JUDGMENT ON PLAINTIFFS' "120% RULE" AND "PARTIAL
27        MONTH" CLAIMS (SEALED VERSION);**

28

Dockets.Justia.com

2. **GOOGLE INC.'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' "120% RULE" AND "PARTIAL MONTH" CLAIMS (PUBLIC REDACTED VERSION);**

3. **DECLARATION OF FARSCHAD FARZAN IN SUPPORT OF GOOGLE INC.'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' "120% RULE" AND "PARTIAL MONTH" CLAIMS (SEALED VERSION);**

4. **DECLARATION OF FARSCHAD FARZAN IN SUPPORT OF GOOGLE INC.'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' "120% RULE" AND "PARTIAL MONTH" CLAIMS (PUBLIC REDACTED VERSION);**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelope addressed as stated, as follows:

☒ BY FEDERAL EXPRESS: by placing the document(s) listed above in a sealed Fed Ex envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Fed Ex agent for delivery to the following party:

Rachel S. Black
    E-Mail: rblack@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
    Telephone: (206) 516-3880
 Facsimile: (206) 516-3883

☒ BY ELECTRONIC MAIL

    I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated below:

**ATTORNEYS FOR PLAINTIFFS**

Lester L. Levy
    E-Mail: llevy@wolfpopper.com
Michele F. Raphael
    E-Mail: mraphael@wolfpopper.com
WOLF POPPER LLP
845 Third Avenue
New York, New York 10022
    Telephone: (212) 759-4600
    Facsimile: (212) 486-2093

William M. Audet
    E-Mail: waudet@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, California 94105-1938
    Telephone: (415) 568-2555
Facsimile: (415) 568-2556

| | |
|---|---|
| 1 | Marc M. Seltzer |
| | E-Mail: mseltzer@susmangodfrey.com |
| 2 | SUSMAN GODFREY L.L.P. |
| | 1901 Avenue of the Stars, Suite 950 |
| 3 | Los Angeles, California 90067-6029 |
| | Telephone: (310) 789-3100 |
| 4 | Facsimile: (310) 789-3150 |

Marc M. Seltzer
   E-Mail: mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
   Telephone: (310) 789-3100
   Facsimile: (310) 789-3150

Daniel J. Shih
   E-Mail: dshih@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
   Telephone: (206) 516-3880
Facsimile: (206) 516-3883

Stephen D. Susman
   E-Mail: ssusman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
654 Madison Avenue, 5th Floor
New York, New York 10065
   Telephone: (212) 336-8330
   Facsimile: (212) 336-8340

Rachel S. Black
   E-Mail: rblack@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
   Telephone: (206) 516-3880
Facsimile: (206) 516-3883

Executed on November 17, 2008, at San Francisco, California.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/S/
Linda Alcorn

41063-0023/LEGAL14943281.1