| | |
|---|---|
| 1 | DAVID T. BIDERMAN, Bar No. 101577 |
|   | TIMOTHY J. FRANKS, Bar No. 197645 |
| 2 | M. CHRISTOPHER JHANG, Bar No. 211463 |
|   | FARSCHAD FARZAN, Bar No. 215194 |
| 3 | **PERKINS COIE LLP** |
|   | Four Embarcadero Center, Suite 2400 |
| 4 | San Francisco, California 94111 |
|   | Telephone: (415) 344-7000 |
| 5 | Facsimile: (415) 344-7050 |
|   | Email: DBiderman@perkinscoie.com |
| 6 | Email: TFranks@perkinscoie.com |
|   | Email: CJhang@perkinscoie.com |
| 7 | Email: FFarzan@perkinscoie.com |
| 8 | Attorneys for Defendant GOOGLE INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated, | CASE NO. C 05-03649 JW |
| | [~~PROPOSED~~] ORDER GRANTING GOOGLE INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' "120% RULE" AND "PARTIAL MONTH" CLAIMS |
| Plaintiffs, | |
| v. | |
| GOOGLE INC., | |
| Defendant. | Date: December 1, 2008 |
| | Time: 9:00 a.m. |
| | Place: Courtroom 8 |
| | Judge: Honorable James Ware |

(signed: James Ware)

[PROPOSED] ORDER
CASE NO. 05-03649 JW

| | |
|---|---|
| 1 | Defendant Google Inc.'s ("Google's") Administrative Motion for Leave to File Under |
| 2 | Seal Documents in Connection with Its Reply in Support of Its Motion for Partial Summary |
| 3 | Judgment on Plaintiffs' "120% Rule" and "Partial Month" Claims (the "Motion") was heard |
| 4 | before this Court on December 1, 2008 at 9:00 a.m. Upon consideration of this Motion and the |
| 5 | supporting Declaration of Farschad Farzan filed therewith, the Court finds there is good cause to |
| 6 | grant Google's request to file the following documents and information under seal: |

**Google Inc.'s Reply in Support of Its Motion for Partial Summary Judgment on Plaintiffs' "120% Rule" and "Partial Month" Claims**, and

**Exhibits 6 and 7 to the Declaration of Farschad Farzan in Support of Google Inc.'s Reply in Support of Its Motion for Partial Summary Judgment on Plaintiffs' "120% Rule" and "Partial Month" Claims.**

GOOD CAUSE having been shown, the Court finds that:

(1) The parties possess overriding confidentiality interests that overcome the right of public access to the record in the above-mentioned document;

(2) The parties' overriding confidentiality interests support sealing the record;

(3) A substantial probability exists that the parties' overriding confidentiality interests will be prejudiced if the record is not sealed;

(4) The proposed sealing is narrowly tailored; and

(5) No less restrictive means exist to achieve this overriding interest.

IT IS THEREFORE ORDERED that Google's Motion is GRANTED.

IT IS SO ORDERED.

DATED: November 18, 2008

The Honorable James Ware
United States District Judge

41063-0023/LEGAL14928817.1

-2-

[PROPOSED] ORDER
CASE NO. 05-03649 JW