| | |
|---|---|
| 1 | DAVID T. BIDERMAN, Bar No. 101577<br>TIMOTHY J. FRANKS, Bar No. 197645 |
| 2 | M. CHRISTOPHER JHANG, Bar No. 211463<br>FARSCHAD FARZAN, Bar No. 215194 |
| 3 | **PERKINS COIE LLP**<br>Four Embarcadero Center, Suite 2400 |
| 4 | San Francisco, California 94111<br>Telephone: (415) 344-7000 |
| 5 | Facsimile: (415) 344-7050<br>Email: DBiderman@perkinscoie.com |
| 6 | Email: TFranks@perkinscoie.com<br>Email: CJhang@perkinscoie.com |
| 7 | Email: FFarzan@perkinscoie.com |
| 8 | Attorneys for Defendant GOOGLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>GOOGLE, INC.,<br><br>          Defendant. | CASE NO. C 05-03649 JW<br><br>**DECLARATION OF DAVID T. BIDERMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION UNDER LOCAL RULE 79-5(d) FOR LEAVE TO FILE UNDER SEAL PORTIONS OF DOCUMENTS DUE TO CONFIDENTIAL DESIGNATIONS BY DEFENDANT GOOGLE INC.**<br><br>Date:   December 1, 2008<br>Time:   9:00 a.m.<br>Place:  Courtroom 8<br>Honorable James Ware |

BIDERMAN DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE
DOCUMENTS UNDER SEAL
CASE NO. 05-03649

I, David T. Biderman, hereby declare as follows:

1. I am an attorney duly licensed to practice law in all of the courts of the State of California and this Court, and am an attorney with the law firm of Perkins Coie LLP, counsel for defendant Google Inc. ("Google") in this action. I have personal knowledge of the facts set forth below except as to those matters stated on information and belief, and as to those matters, I believe them to be true. If called upon to testify, I could and would testify competently as to the matters set forth herein.

2. On November 10, 2008, Plaintiffs filed an Administrative Motion Under Local Rule 79-5(d) For Leave To File Under Seal Portions of Documents Due To Confidential Designations By Defendant Google, Inc. (Docket No. 251).

3. Although the Court entered an order granting Plaintiffs' Motion on November 13, 2008, (Docket No. 258), Local Rule 79-5(d) requires Google to file a declaration establishing that the designated information is sealable, and lodge and serve a narrowly tailored proposed sealing order.

4. Pursuant to Local Rule 79-5(d), I submit this declaration in support of Plaintiffs' Administrative Motion Under Local Rule 79-5(d) for Leave to File Under Seal Portions of Documents Due to Confidential Designations by Defendant Google, Inc. Google is concurrently filing a narrowly tailored proposed sealing order for the Court's consideration.

5. Attached as Exhibit A is a true and correct copy of the parties' Stipulated Protective Order Regarding Confidential Information, filed on March 2, 2007 and executed by the Court (with amendments) on May 15, 2007.

///
///
///
///

6. I have reviewed the following documents and determined that they contain, discuss, or refer to information or documents relating to or containing Google's confidential, proprietary, or trade secret information including Google's billing processes, and also disclose Plaintiffs' confidential account data: **Plaintiffs' Opposition to Google's Motion for Partial Summary Judgment,** and **Exhibit 1 to the Declaration of Rachel S. Black in Support of Plaintiffs' Opposition to Google, Inc.'s Motion for Partial Summary Judgment.**

I declare under penalty of perjury under the laws of the State of California and the United States that each of the above statements is true and correct.

Executed on November 18, 2008, in San Francisco, California.

**PERKINS COIE LLP**


By: _____/S/_____
David T. Biderman

41063-0023/LEGAL14929526.1