## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

### CIVIL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 5/9/2008 | **Court Reporter:** Not Reported |
| **Case No.:** C-05-01114 JW | **Interpreter:** N/A |
| **Related Case No.:** N/A | |

### TITLE

**In re Acacia Media Technology**

**Attorney(s) for Plaintiff(s)**: Roderick Dorman, Alan Block

**Attorney(s) for Defendant(s)**: Todd Miller (Various Individual"Internet" Defts), Benjamin Hershkowitz (CSC Holdings), Kevin McBride (Direct TV), Mitchell Lukin (Mediacom, Cebridge, Cable One, Blesnan), David Benyacar (Time Warner Cable Inc), Rachel Krevans (Echostar), Annamarie Daley (Hospitality Net, CoxCom, Cable America), Jon-Thomas Bloch (Charter), Daralyn Durie (Comcast), Victor De Gyarfas (Int'l Web Innovations), James Slominski (Offendale)

### PROCEEDINGS

**Further Case Management Conference**

### ORDER AFTER HEARING

Conference held in chambers off record. The Court to issue further Order re scheduling dates.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: