LESTER L. LEVY (Admitted *Pro Hac Vice*)
MICHELE FRIED RAPHAEL (Admitted *Pro Hac Vice*)
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093
E-Mail: llevy@wolfpopper.com
E-Mail: mraphael@wolfpopper.com

MARC M. SELTZER (54534)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
E-Mail: mseltzer@susmangodfrey.com

Attorneys for Plaintiffs
(See Signature Page for Additional
Plaintiffs' Counsel)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>  vs.<br><br>GOOGLE, INC.,<br><br>                Defendant. | Case No. C 05-03649 JW PVT<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL GOOGLE, INC.'S ANSWER TO INTERROGATORIES NO. 4 AND 5 AND TO PRODUCE DOCUMENTS IN RESPONSE TO REQUEST FOR PRODUCTION NO. 29**<br><br>Hearing: January 6, 2009<br>Time: 10:00 a.m.<br>Dept.: Courtroom 5<br>Judge: Honorable Patricia V. Trumbull |

## **MANUAL FILING NOTIFICATION**

Regarding: <u>PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL GOOGLE, INC.'S ANSWER TO INTERROGATORIES NO. 4 AND 5 AND TO PRODUCE DOCUMENTS IN RESPONSE TO REQUEST FOR PRODUCTION NO. 29</u>.

1
MANUAL FILING NOTIFICATION - PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL
Case No. C 05-03649 JW
879845v1/010480

This filing is in paper or physical form only, and will be maintained in the case file in the Clerk's office.

If you are a participant on this case, the filing will be served by email shortly.

For information retrieving this filing directly from the court, please see the court's main website at http://www.cand.uscourts.gov under the Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

_____ Voluminous Document (PDF file size larger that efiling system allowances)

_____ Unable to Scan Documents

_____ Physical Object (description): _____

_____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

__X__ Item Under Seal

_____ Conformance with the Judicial Conference Privacy Policy (General Order 53).

_____ Other (description): _____

Dated: November 26, 2008.        Respectfully submitted,

LESTER L. LEVY (Admitted *Pro Hac Vice*)
MICHELE FRIED RAPHAEL (Admitted *Pro Hac Vice*)
WOLF POPPER LLP

MARC M. SELTZER
SUSMAN GODFREY L.L.P.

STEPHEN D. SUSMAN (Admitted *Pro Hac Vice)*
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
E-Mail: ssusman@susmangodfrey.com

RACHEL S. BLACK (Admitted *Pro Hac Vice)*
DANIEL J. SHIH (Admitted *Pro Hac Vice)*
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
E-Mail: rblack@susmangodfrey.com
E-Mail: dshih@susmangodfrey.com

WILLIAM M. AUDET (117456)
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105-1938
Telephone: (415) 568-2555
Facsimile: (415) 568-2556
E-Mail: waudet@audetlaw.com


By    s/Rachel S. Black
Rachel S. Black
Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on the date written above, that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The Court or the CM/ECF system will send notification of such filings to all CM/ECF participants, as follows:

| | |
|---|---|
| David T. Biderman | dbiderman@perkinscoie.com |
| Timothy J. Franks | tfranks@perkinscoie.com |
| M. Christopher Jhang | cjhang@perkinscoie.com |
| Farschad Farzan | ffarzan@perkinscoie.com |

    s/    Rachel S. Black