LESTER L. LEVY (Admitted *Pro Hac Vice)*
MICHELE FRIED RAPHAEL (Admitted *Pro Hac Vice*)
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093
E-Mail: llevy@wolfpopper.com
E-Mail: mraphael@wolfpopper.com

MARC M. SELTZER (54534)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
E-Mail: mseltzer@susmangodfrey.com

Attorneys for Plaintiffs
(See Signature Page for Additional
Plaintiffs' Counsel)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE, INC.,<br><br>Defendant. | Case No. C 05-03649 JW PVT<br><br>**DECLARATION OF RACHEL S. BLACK IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL GOOGLE, INC.'S ANSWER TO INTERROGATORIES NO. 4 AND 5 AND TO PRODUCE DOCUMENTS IN RESPONSE TO REQUEST FOR PRODUCTION NO. 29**<br><br>Hearing:      January 6, 2009<br>Time:          10:00 a.m.<br>Dept.:         Courtroom 5<br>Judge:        Honorable Patricia V. Trumbull |

## MANUAL FILING NOTIFICATION

Regarding:   DECLARATION OF RACHEL S. BLACK IN SUPPORT OF PLAINTIFFS'

NOTICE OF MOTION AND MOTION TO COMPEL GOOGLE, INC.'S ANSWER TO

Dockets.Justia.com

INTERROGATORIES NO. 4 AND 5 AND TO PRODUCE DOCUMENTS IN RESPONSE TO REQUEST FOR PRODUCTION NO. 29.

This filing is in paper or physical form only, and will be maintained in the case file in the Clerk's office.

If you are a participant on this case, the filing will be served by email shortly.

For information retrieving this filing directly from the court, please see the court's main website at http://www.cand.uscourts.gov under the Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

_____ Voluminous Document (PDF file size larger that efiling system allowances)

_____ Unable to Scan Documents

_____ Physical Object (description): _____

_____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

__X__ Item Under Seal

_____ Conformance with the Judicial Conference Privacy Policy (General Order 53).

_____ Other (description): _____

Dated:  November 26, 2008.        Respectfully submitted,

LESTER L. LEVY (Admitted *Pro Hac Vice*)
MICHELE FRIED RAPHAEL (Admitted *Pro Hac Vice*)
WOLF POPPER LLP

MARC M. SELTZER
SUSMAN GODFREY L.L.P.

STEPHEN D. SUSMAN (Admitted *Pro Hac Vice)*
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX  77002
Telephone:  (713) 651-9366
Facsimile:  (713) 654-6666
E-Mail:  ssusman@susmangodfrey.com

RACHEL S. BLACK (Admitted *Pro Hac Vice)*
DANIEL J. SHIH (Admitted *Pro Hac Vice)*
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA  98101
Telephone:  (206) 516-3880
Facsimile:  (206) 516-3883

E-Mail:  rblack@susmangodfrey.com
E-Mail:  dshih@susmangodfrey.com


WILLIAM M. AUDET (117456)
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA  94105-1938
Telephone:  (415) 568-2555
Facsimile:  (415) 568-2556
E-Mail:  waudet@audetlaw.com


By      s/ Rachel S. Black
Rachel S. Black
Attorneys for Plaintiffs

MANUAL FILING NOTIFICATION – DECLARATION OF RACHEL S. BLACK
Case No. C 05-03649 JW
880187v1/010480

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on the date written above, that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  The Court or the CM/ECF system will send notification of such filings to all CM/ECF participants, as follows:

David T. Biderman          dbiderman@perkinscoie.com
Timothy J. Franks          tfranks@perkinscoie.com
M. Christopher Jhang       cjhang@perkinscoie.com
Farschad Farzan            ffarzan@perkinscoie.com


      s/     Rachel S. Black

MANUAL FILING NOTIFICATION – DECLARATION OF RACHEL S. BLACK
Case No. C 05-03649 JW
880187v1/010480