## CERTIFICATE OF SERVICE

I, the undersigned, declare:

I am employed in the City of Seattle, County of King, State of Washington. I am over the age of 18 and not a party to the within action; my business address is 1201 Third Avenue, Suite 3800, Seattle, WA 98101.

On November 26, 2008, I served the foregoing document(s) described as follows:

**DECLARATION OF RACHEL S. BLACK IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL GOOGLE, INC.'S ANSWER TO INTERROGATORIES NO. 4 AND 5 AND TO PRODUCE DOCUMENTS IN RESPONSE TO REQUEST FOR PRODUCTION NO. 29**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list, as follows:

\_\_\_\_\_ BY MAIL:
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Seattle, Washington in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

\_\_\_\_\_ BY PERSONAL SERVICE:
I caused to be delivered such envelope by hand to the offices of the addressee.

\_\_\_\_\_ BY FEDERAL EXPRESS OR OVERNIGHT COURIER

\_\_\_\_\_ BY TELECOPIER
I served by facsimile as indicated on the attached service list.

_XX_\_\_ BY ELECTRONIC MAIL
I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the attached service list.

Executed on December 1, 2008, at Seattle, Washington.

\_\_\_\_\_ (State) I declare under penalty of perjury under the laws of the State of Washington that the above is true and correct.

_XX_\_\_(Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

| Rachel S. Black | _(Signature)_ |
|---|---|
| (Type or Print Name) | (Signature) |

4
**DECLARATION OF RACHEL S. BLACK IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL**
Case No. C 05-03649 JW
880118v1/010480

## SERVICE LIST
CLRB Hanson Industries, LLC v. Google Inc.
U.S. District Court, Northern District of California, San Jose Division
Case No. C 05-03649 JW

**ATTORNEYS FOR PLAINTIFFS**

Lester L. Levy
    E-Mail: llevy@wolfpopper.com
Michele F. Raphael
    E-Mail: mraphael@wolfpopper.com
WOLF POPPER LLP
845 Third Avenue
New York, NY 100220
    Telephone: (212) 759-4600
    Facsimile: (212) 486-2093

Marc M. Seltzer
    E-Mail: mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
    Telephone: (310) 789-3100
    Facsimile: (310) 789-3150

Stephen D. Susman
    E-Mail: ssusman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
654 Madison Avenue, 5th Floor
New York, NY 10065
    Telephone: (212) 336-8330
    Facsimile: (212) 336-8340

Daniel J. Shih
    E-Mail: dshih@susmangodfrey.com
Rachel S. Black
    E-Mail: rblack@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
    Telephone: (206) 516-3880
    Facsimile: (206) 516-3883

William M. Audet
    E-Mail: waudet@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105-1938
    Telephone: (415) 568-2555

**ATTORNEYS FOR DEFENDANT**

David T. Biderman
    E-Mail: DBiderman@perkinscoie.com
Timothy J. Franks
    E-Mail: TFranks@perkinscoie.com
M. Christopher Jhang
    E-Mail: CJhang@perkinscoie.com
Farschad Farzan
    E-Mail: FFarzan@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
    Telephone: (415) 344-7000
    Facsimile: (415) 344-7050

Attorneys for Defendant
GOOGLE INC.