# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***
**TIME TOTAL:** 35 mins (motion)
25 mins (CMC)

## CIVIL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** December 1, 2008 | **Court Reporter:** Irene Rodriguez (motion hearing), Not |
| **Case No.:** C-05-03649 JW | Reported for Case Management Conference |
| **Related Case No.:** N/A | **Interpreter:** N/A |

## TITLE

**CLRB Hanson Industries LLC et al v. Google Inc.**

**Attorney(s) for Plaintiff(s)**: Stephen Susman
**Attorney(s) for Defendant(s)**: David Biderman, Farschad Farzan, Timothy Franks

## PROCEEDINGS

Defendant's Motion for Partial Summary Judgment on Plaintiffs' "120%" Rule [Doc. 234]

## ORDER AFTER HEARING

Hearing held. The Court took this matter under submission after oral argument. The Court to issue further order following hearing on motion.

The Court conducted a case management conference off record, in chambers. The Court set the following briefing schedule:

1. Defendant to file anticipated Motion for Summary Judgment on January 16, 2009.
2. Plaintiff to file any opposition by February 27, 2009
3. Defendant to file any reply by March 6, 2009
4. Hearing on Defendant's Anticipated Motion for Summary Judgment set for **March 20, 2009 at 9:00 AM.**

The Court to issue further order following case management conference.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: