LESTER L. LEVY (Admitted *Pro Hac Vice*)
MICHELE FRIED RAPHAEL (Admitted *Pro Hac Vice*)
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093
E-Mail: llevy@wolfpopper.com
E-Mail: mraphael@wolfpopper.com

MARC M. SELTZER (54534)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
E-Mail: mseltzer@susmangodfrey.com

Attorneys for Plaintiffs
(See Signature Page for Additional
Plaintiffs' Counsel)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>    vs.<br><br>GOOGLE, INC.,<br><br>                Defendant. | Case No. C 05-03649 JW PVT<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW DOCKET NUMBERS 284, 285 AND 286**<br><br>Hearing:   Motion originally noted for<br>              January 6, 2009<br>Time:      10:00 a.m.<br>Dept.:     Courtroom 5<br>Judge:    Honorable Patricia V. Trumbull |

CLRB Hanson Industries, LLC d/b/a Industrial Printing, and Howard Stern (collectively "Plaintiffs") respectfully request to withdraw the following motions and supporting documents:

- Plaintiffs' Motion to Compel Google, Inc.'s Answer to Interrogatories No. 4 and 5 and to Produce Documents in Response to Request for Production No. 29 (filed under seal, *see* Docket # 285)

- Declaration of Rachel S. Black in Support of Plaintiffs' Motion to Compel Google, Inc.'s Answer to Interrogatories No. 4 and 5 and to Produce Documents in Response to Request for Production No. 29 (filed under seal, *see* Docket # 286)

- Plaintiffs' Notice of Motion and Administrative Motion Under Local Rule 79-5(d) for Leave to File Under Seal Portions of Documents due to Confidential Designations by Defendant Google, Inc. (*see*, Docket # 284)

Google, Inc. does not oppose this motion.

Dated: December 4, 2008.  Respectfully submitted,

LESTER L. LEVY (Admitted *Pro Hac Vice*)
MICHELE FRIED RAPHAEL (Admitted *Pro Hac Vice*)
WOLF POPPER LLP

MARC M. SELTZER
SUSMAN GODFREY L.L.P.

STEPHEN D. SUSMAN (Admitted *Pro Hac Vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
E-Mail: ssusman@susmangodfrey.com

RACHEL S. BLACK (Admitted *Pro Hac Vice*)
DANIEL J. SHIH (Admitted *Pro Hac Vice*)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
E-Mail: rblack@susmangodfrey.com
E-Mail: dshih@susmangodfrey.com

|   |   |
|---|---|
| 1 | WILLIAM M. AUDET (117456) |
|   | AUDET & PARTNERS, LLP |
| 2 | 221 Main Street, Suite 1460 |
|   | San Francisco, CA 94105-1938 |
| 3 | Telephone: (415) 568-2555 |
|   | Facsimile: (415) 568-2556 |
| 4 | E-Mail: waudet@audetlaw.com |
| 5 |   |
|   | By    s/Rachel S. Black |
| 6 | Rachel S. Black |
|   | Attorneys for Plaintiffs |

CERTIFICATE OF SERVICE

I hereby certify that on the date written above, that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The Court or the CM/ECF system will send notification of such filings to all CM/ECF participants, as follows:

| | |
|---|---|
| David T. Biderman | dbiderman@perkinscoie.com |
| Timothy J. Franks | tfranks@perkinscoie.com |
| M. Christopher Jhang | cjhang@perkinscoie.com |
| Farschad Farzan | ffarzan@perkinscoie.com |

        s/    Rachel S. Black