DAVID T. BIDERMAN, Bar No. 101577
TIMOTHY J. FRANKS, Bar No. 197645
M. CHRISTOPHER JHANG, Bar No. 211463
FARSCHAD FARZAN, Bar No. 215194
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, California 94111
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
Email: DBiderman@perkinscoie.com
Email: TFranks@perkinscoie.com
Email: CJhang@perkinscoie.com
Email: FFarzan@perkinscoie.com

Attorneys for Defendant GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>        Defendant. | CASE NO. C 05-03649 JW<br><br>**GOOGLE INC.'S UNOPPOSED MOTION TO WITHDRAW DOCKET NUMBERS 281, 282, 283, 289, and 290**<br><br>Date: Motion originally scheduled for January 6, 2009<br>Time: 10:00 a.m.<br>Place: Courtroom 5<br>Judge: Honorable Patricia V. Trumbull |

| | |
|---|---|
| 1 | Google Inc. respectfully requests to withdraw the following motion and supporting |
| 2 | documents without prejudice to re-file them at another date: |

- Google Inc.'s Notice of Motion and Motion for an Accounting of Plaintiffs' Apparent Destruction of Relevant Documents and Motion to Compel Further Responses to Interrogatories; and Memorandum of Points and Authorities in Support with accompanying Appendix (*see* Docket No. 281);
- Declaration of Sang (Alvin) Lee in Support of Google Inc.'s Motion for an Accounting of Plaintiffs' Apparent Destruction of Relevant Documents and Motion to Compel Further Responses to Interrogatories (*see* Docket No. 282);
- [Proposed] Order Granting Google Inc.'s Motion for an Accounting of Plaintiffs' Apparent Destruction of Relevant Documents and Motion to Compel Further Responses to Interrogatories (*see* Docket No. 283);
- Declaration of David T. Biderman in Support of Plaintiffs' Administrative Motion Under Local Rule 79-5(d) for Leave to File Under Seal Portions of Documents Due to Confidential Designations by Defendant Google Inc. (*see* Docket No. 289); and
- [Proposed] Order Granting Plaintiffs' Administrative Motion Under Local Rule 79-5(d) for Leave to File Under Seal Portions of Documents Due to Confidential Designations by Defendant Google Inc. (*see* Docket No. 290).

Plaintiffs CLRB Hanson Industries, LLC d/b/a Industrial Printing and Howard Stern do not oppose this motion.

DATED: December 9, 2008

**PERKINS COIE LLP**

By: _____/S/_____
David T. Biderman

Attorneys for Defendant Google Inc.

-2-