DAVID T. BIDERMAN, Bar No. 101577
TIMOTHY J. FRANKS, Bar No. 197645
M. CHRISTOPHER JHANG, Bar No. 211463
FARSCHAD FARZAN, Bar No. 215194
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, California 94111
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
Email: DBiderman@perkinscoie.com
Email: TFranks@perkinscoie.com
Email: CJhang@perkinscoie.com
Email: FFarzan@perkinscoie.com

Attorneys for Defendant GOOGLE INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>   v.<br><br>GOOGLE INC.,<br><br>           Defendant. | CASE NO. C 05-03649 JW<br><br>**[PROPOSED] ORDER GRANTING GOOGLE INC.'S UNOPPOSED MOTION TO WITHDRAW DOCKET NUMBERS 281, 282, 283, 289, and 290**<br><br>Date:   Motion originally scheduled for January 6, 2009<br>Time:   10:00 a.m.<br>Place:   Courtroom 5<br>Judge:   Honorable Patricia V. Trumbull |

1    Google Inc.'s Unopposed Motion to Withdraw Docket Numbers 281, 282, 283, 289, and

2    290 having come on for hearing, the Court having considered all relevant documents and

3    evidence and having considered the arguments of counsel, and good cause appearing therefore:

4        IT IS HEREBY ORDERED Google Inc.'s Unopposed Motion to Withdraw Docket

5    Numbers 281, 282, 283, 289, and 290 is GRANTED in its entirety.  The Court will strike

6    Google's Motion for an Accounting of Plaintiffs' Apparent Destruction of Relevant Documents

7    and Motion to Compel Further Responses to Interrogatories from its calendar which is currently

8    set for hearing on January 6, 2009, at 10:00 a.m. without prejudice for Google Inc. to re-file at

9    another date.

10

11   DATED: _____        _____
                                         The Honorable Patricia V. Trumbull
12                                       United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                       -2-