1  DAVID T. BIDERMAN, Bar No. 101577
   TIMOTHY J. FRANKS, Bar No. 197645
2  M. CHRISTOPHER JHANG, Bar No. 211463
   FARSCHAD FARZAN, Bar No. 215194
3  **PERKINS COIE LLP**
   Four Embarcadero Center, Suite 2400
4  San Francisco, California 94111
   Telephone: (415) 344-7000
5  Facsimile: (415) 344-7050
   Email: DBiderman@perkinscoie.com
6  Email: TFranks@perkinscoie.com
   Email: CJhang@perkinscoie.com
7  Email: FFarzan@perkinscoie.com

8  Attorneys for Defendant GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | CASE NO. C 05-03649 JW<br><br>[PROPOSED] ORDER GRANTING GOOGLE INC.'S UNOPPOSED MOTION TO WITHDRAW DOCKET NUMBERS 281, 282, 283, 289, and 290<br><br>Date: Motion originally scheduled for January 6, 2009<br>Time: 10:00 a.m.<br>Place: Courtroom 5<br>Judge: Honorable Patricia V. Trumbull |

Google Inc.'s Unopposed Motion to Withdraw Docket Numbers 281, 282, 283, 289, and 290 having come on for hearing, the Court having considered all relevant documents and evidence and having considered the arguments of counsel, and good cause appearing therefore:

IT IS HEREBY ORDERED Google Inc.'s Unopposed Motion to Withdraw Docket Numbers 281, 282, 283, 289, and 290 is GRANTED in its entirety. The Court will strike Google's Motion for an Accounting of Plaintiffs' Apparent Destruction of Relevant Documents and Motion to Compel Further Responses to Interrogatories from its calendar which is currently set for hearing on January 6, 2009, at 10:00 a.m. without prejudice for Google Inc. to re-file at another date.

DATED: 12/12/08

_____
The Honorable Patricia V. Trumbull
United States Magistrate Judge