LESTER L. LEVY (Admitted *Pro Hac Vice*)
MICHELE FRIED RAPHAEL (Admitted *Pro Hac Vice*)
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093
E-Mail: llevy@wolfpopper.com
E-Mail: mraphael@wolfpopper.com

MARC M. SELTZER (54534)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
E-Mail: mseltzer@susmangodfrey.com

Attorneys for Plaintiffs
(See Signature Page for Additional
Plaintiffs' Counsel)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>   vs.<br><br>GOOGLE, INC.,<br><br>               Defendant. | Case No. C 05-03649 JW PVT<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW DOCKET NUMBERS 284, 285, AND 286**<br><br>Hearing: Motion originally noted for January 6, 2009<br>Time: 10:00 a.m.<br>Dept.: Courtroom 5<br>Judge: Honorable Patricia V. Trumbull |

Plaintiffs' Unopposed Motion to Withdraw Docket Nos. 284, 285 and 286, having come on for hearing, the Court having considered all relevant documents and evidence and having considered the arguments of counsel, and good cause appearing therefore:

IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion to Withdraw Docket Nos. 284, 285, 286 is GRANTED in its entirety. The Court will strike the Plaintiffs' Motion to Compel Google, Inc.'s Answer to Interrogatories No. 4 and 5 and to Produce Documents in Response to Request for Production No. 2 from its calendar which is currently set for hearing on January 6, 2009 at 10:00 a.m.

Dated: _____12/15_____, 2008  _____
The Honorable Patricia V. Trumbull
United States Magistrate Judge

Restfully submitted:
SUSMAN GODFREY L.L.P.

By___s/ Rachel S. Black_____
    Rachel S. Black
    Attorneys for Plaintiffs