DAVID T. BIDERMAN, Bar No. 101577
TIMOTHY J. FRANKS, Bar No. 197645
M. CHRISTOPHER JHANG, Bar No. 211463
FARSCHAD FARZAN, Bar No. 215194
SANG (ALVIN) LEE, Bar No. 217635
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, California 94111
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
Email: DBiderman@perkinscoie.com
Email: TFranks@perkinscoie.com
Email: CJhang@perkinscoie.com
Email: FFarzan@perkinscoie.com
Email: ALee@perkinscoie.com

Attorneys for Defendant GOOGLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>GOOGLE INC.,<br><br>            Defendant. | Case No. C 05-03649 JW<br><br>**GOOGLE INC.'S NOTICE OF CONTINUATION OF THE HEARING DATE FOR ITS MOTION FOR AN ACCOUNTING OF PLAINTIFFS' APPARENT DESTRUCTION OF RELEVANT DOCUMENTS AND MOTION TO COMPEL FURTHER RESPONSES TO INTERROGATORIES**<br><br>Date: February 3, 2009 (originally scheduled for January 27, 2009)<br>Time: 10:00 a.m.<br>Place: Courtroom 5<br>Judge: Honorable Patricia V. Trumbull |

1  Pursuant to Local Rule 7.7, Google Inc. ("Google") hereby gives notice that the hearing

2  date for its Motion for an Accounting of Plaintiffs' Apparent Destruction of Relevant Documents

3  and Motion to Compel Further Responses to Interrogatories (Docket No. 299) is continued from

4  January 27, 2009, to February 3, 2009.

5      Plaintiffs have not filed an opposition to Google's motion, and they do not oppose this

6  continuation.

7

8  DATED:  January 6, 2009                PERKINS COIE LLP

9

10                                          By: _____/S/_____
                                                 David T. Biderman

11                                          Attorneys for Defendant Google Inc.