1  LESTER L. LEVY (*pro hac vice*)
   MICHELE FRIED RAPHAEL (*pro hac vice*)
2  **WOLF POPPER LLP**
   845 Third Avenue
3  New York, NY 10022
   Telephone: (212) 759-4600
4  Facsimile: (212) 486-2093
   Email: llevy@wolfpopper.com
5
   MARC M. SELTZER (SBN 54534)
6  **SUSMAN GODFREY L.L.P.**
   1901 Avenue of the Stars, Suite 950
7  Los Angeles, CA 90067-6029
   Telephone: (310) 789-3100
8  Facsimile: (310) 789-3150
   Email: mseltzer@susmangodfrey.com
9
   Attorneys for Plaintiffs
10 (See Signature Page for Additional Plaintiffs'
   Counsel)
11
   DAVID T. BIDERMAN (SBN 101577)
12 TIMOTHY J. FRANKS (SBN 197645)
   M. CHRISTOPHER JHANG (SBN 211463)
13 FARSCHAD FARZAN (SBN 215194)
   **PERKINS COIE LLP**
14 Four Embarcadero Center, Suite 2400
   San Francisco, California 94111
15 Telephone: (415) 344-7000
   Facsimile: (415) 344-7050
16 Email: DBiderman@perkinscoie.com

17 Attorneys for Defendant Google Inc.

18              UNITED STATES DISTRICT COURT
19              NORTHERN DISTRICT OF CALIFORNIA
20                    SAN JOSE DIVISION

21

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | CASE NO. C 05-03649 JW<br><br>**JOINT STIPULATION TO CHANGE THE TIMES SET IN THE COURT'S AMENDED DECEMBER 8, 2008 CASE MANAGEMENT ORDER AND [PROPOSED] ORDER**<br><br>Judge: Honorable James Ware |

JOINT STIPULATION TO CHANGE DATES
Case No.: C 05-03649 JW
41063-0023/LEGAL15138959.1

Pursuant to L.R. 6-2, the parties jointly submit this Stipulation to continue each of the dates set in the December 8, 2008 Case Management Order by approximately 45 days as follows:

|  | Current Date | Proposed Date |
|---|---|---|
| Defendant shall file and serve its motion for partial summary judgment that it discloses the "120% Rule" | January 16, 2009 | March 2, 2009 |
| Plaintiffs' shall file and serve their opposition to Defendant's motion for partial summary judgment that it discloses the "120% Rule" | February 27, 2009 | April 13, 2009 |
| Defendant shall file and serve its reply in support of its motion for partial summary judgment that it discloses the "120% Rule" | March 6, 2009 | April 20, 2009 |
| Hearing for Defendant's motion for partial summary judgment that it discloses the "120% Rule" | March 20, 2009 | May 4, 2009 |
| Defendant shall be prepared to provide Plaintiffs with discovery regarding the issue of monetary damages | February 2, 2009 | March 19, 2009 |
| Date for close of fact discovery[1] | February 2, 2009 | March 19, 2009 |
| Last date for hearing all dispositive motions | March 20, 2009 | May 4, 2009 |

This stipulation is supported by the accompanying Declaration of David T. Biderman.

---

[1] The parties assume that the current February 2, 2009 date for the close of discovery set by the Court was for fact discovery only and that the expert discovery deadline will be set at a later date.

| | | |
|---|---|---|
| 1 | Dated: January 8, 2009 | LESTER L. LEVY (*pro hac vice*) |
| 2 | | MICHELE FRIED RAPHAEL (*pro hac vice*) |
| | | **WOLF POPPER LLP** |
| | | 845 Third Avenue |
| 3 | | New York, NY 10022 |

Dated: January 8, 2009

LESTER L. LEVY (*pro hac vice*)
MICHELE FRIED RAPHAEL (*pro hac vice*)
**WOLF POPPER LLP**
845 Third Avenue
New York, NY 10022

MARC M. SELTZER (SBN 54534)
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029

RACHEL S. BLACK (*pro hac vice*)
DANIEL J. SHIH (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000

WILLIAM M. AUDET (SBN 117456)
**AUDET & PARTNERS, LLP**
221 Main Street, Suite 1460
San Francisco, CA 94105-1938

By: /S/
    Rachel S. Black

    Attorneys for Plaintiffs

Dated: January 8, 2009

**PERKINS COIE LLP**

By: /S/
    David T. Biderman
    Timothy J. Franks
    M. Christopher Jhang
    Farschad Farzan

    Attorneys for Defendant Google Inc.

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January ___, 2009

_____
Honorable James Ware
United States District Court Judge