1  DAVID T. BIDERMAN, Bar No. 101577
   TIMOTHY J. FRANKS, Bar No. 197645
2  M. CHRISTOPHER JHANG, Bar No. 211463
   FARSCHAD FARZAN, Bar No. 215194
3  SANG (ALVIN) LEE, Bar No. 217635
   **PERKINS COIE LLP**
4  Four Embarcadero Center, Suite 2400
   San Francisco, California 94111
5  Telephone: (415) 344-7000
   Facsimile: (415) 344-7050
6  Email: DBiderman@perkinscoie.com
   Email: TFranks@perkinscoie.com
7  Email: CJhang@perkinscoie.com
   Email: FFarzan@perkinscoie.com
8  Email: ALee@perkinscoie.com

9  Attorneys for Defendant GOOGLE INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE INC.,<br><br>　　　　　Defendant. | Case No. C 05-03649 JW<br><br>**GOOGLE INC.'S NOTICE OF CONTINUATION OF THE HEARING DATE FOR ITS MOTION FOR AN ACCOUNTING OF PLAINTIFFS' APPARENT DESTRUCTION OF RELEVANT DOCUMENTS AND MOTION TO COMPEL FURTHER RESPONSES TO INTERROGATORIES**<br><br>Date: March 24, 2009 (previously continued to February 3, 2009)<br>Time: 10:00 a.m.<br>Place: Courtroom 5<br>Judge: Honorable Patricia V. Trumbull |

GOOGLE'S NOTICE OF CONTINUANCE
41063-0023/LEGAL15150783.1

CASE NO. C 05-03649 JW

| | |
|---|---|
| 1 | Pursuant to Local Rule 7.7, Google Inc. ("Google") hereby gives notice that the hearing |
| 2 | date for its Motion for an Accounting of Plaintiffs' Apparent Destruction of Relevant Documents |
| 3 | and Motion to Compel Further Responses to Interrogatories (Docket No. 299) is continued from |
| 4 | February 3, 2009 to March 24, 2009. Google previously continued the hearing from January 27, |
| 5 | 2009 to February 3, 2009. *See* Docket No. 304. |
| 6 | Plaintiffs have not filed an opposition to Google's motion, and they do not oppose this |
| 7 | continuation. |

DATED: January 12, 2009

PERKINS COIE LLP

By: _____/S/_____
David T. Biderman

Attorneys for Defendant Google Inc.