United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLRB Hanson Industries, LLC, et al., | NO. C 05-03649 JW |
| Plaintiffs, | **ORDER GRANTING IN PART AND DENYING IN PART THE PARTIES' STIPULATION TO EXTEND THE CASE SCHEDULE** |
| v. | |
| Google, Inc., | |
| Defendant. | |

Presently before the Court is a stipulation by the parties (Docket Item No. 305) to continue dates set forth in the Court's December 9, 2008 Amended Order Following Case Management Conference. (hereafter, "December 9 Order," Docket Item No. 295). In its December 9 Order, the Court set forth dates for briefing and hearing Defendant's anticipated motion for summary judgment. The Court also established deadlines for discovery and set forth a final date for hearing dispositive motions. In setting forth this schedule, the Court admonished the parties to "work diligently to bring this action to a close," given the pendency of this action since 2005 and the numerous summary judgment motions the Court has thus far entertained. In light of these circumstances, the Court is not inclined to permit a 45-day delay.

However, in light of the parties' representation that they seek in extension in order to facilitate their good faith settlement discussion, the Court GRANTS a brief extension of the deadline as follows:

(1) Close of all discovery: **March 2, 2009.**

(2) Last date for hearing dispositive motions: **April 6, 2009.**

In the event that settlement discussions are not fruitful, the Court will not entertain yet another request to delay this case.

Dated: January 23, 2009

                                      JAMES WARE
                                      United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adel A. Nadji anadji@audetlaw.com
Daniel Jeffrey Shih dshih@susmangodfrey.com
David T. Biderman dbiderman@perkinscoie.com
Farschad Farzan ffarzan@perkinscoie.com
Judith B. Gitterman gittj@perkinscoie.com
Lester L Levy llevy@wolfpopper.com
M. Christopher Jhang cjhang@perkinscoie.com
Marc M. Seltzer mseltzer@susmangodfrey.com
Michele Fried Raphael mraphael@wolfpopper.com
Rachel S. Black rblack@susmangodfrey.com
Stephen D. Susman ssusman@susmangodfrey.com
William M. Audet waudet@audetlaw.com


**Dated: January 23, 2009**  **Richard W. Wieking, Clerk**

**By:** **/s/ JW Chambers**
 **Elizabeth Garcia**
 **Courtroom Deputy**