CLRB Hanson Industries, LLC et al v. Google Inc.                                                                  Doc. 31

| | |
|---|---|
| 1 | LESTER L. LEVY (*pro hac vice*) |
|   | MICHELE FRIED RAPHAEL (*pro hac vice*) |
| 2 | **WOLF POPPER LLP** |
|   | 845 Third Avenue |
| 3 | New York, NY 10022 |
|   | Telephone: (212) 759-4600 |
| 4 | Facsimile: (212) 486-2093 |
|   | Email: llevy@wolfpopper.com |

MARC M. SELTZER (SBN 54534)
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
Email: mseltzer@susmangodfrey.com

Attorneys for Plaintiffs
(See Signature Page for Additional Plaintiffs' Counsel)

DAVID T. BIDERMAN (SBN 101577)
TIMOTHY J. FRANKS (SBN 197645)
M. CHRISTOPHER JHANG (SBN 211463)
FARSCHAD FARZAN (SBN 215194)
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, California 94111
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
Email: DBiderman@perkinscoie.com

Attorneys for Defendant Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE INC.,<br><br>　　　　　Defendant. | CASE NO. C 05-03649 JW<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Honorable James Ware |

NOTICE OF SETTLEMENT
CASE NO. C 05-03649 JW
41063-0023/LEGAL15226592.1

Dockets.Justia.com

1   PLEASE TAKE NOTICE that the parties have negotiated a settlement.  After the parties
2   finalize the settlement, they will file a joint stipulation of settlement for the Court's preliminary
3   approval.

Dated:  February 2, 2009

LESTER L. LEVY (*pro hac vice*)
MICHELE FRIED RAPHAEL (*pro hac vice*)
**WOLF POPPER LLP**
845 Third Avenue
New York, NY 10022

MARC M. SELTZER (SBN 54534)
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029

STEPHEN D. SUSMAN
(New York State Bar No. 3041712)
**SUSMAN GODFREY L.L.P.**
654 Madison Ave., 5th Floor
New York, NY 10065

RACHEL S. BLACK (*pro hac vice*)
DANIEL J. SHIH (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000

WILLIAM M. AUDET (SBN 117456)
**AUDET & PARTNERS, LLP**
221 Main Street, Suite 1460
San Francisco, CA 94105-1938

By:    /S/
          Rachel S. Black

Attorneys for Plaintiffs


Dated:  February 2, 2009

**PERKINS COIE LLP**

By:    /S/
          David T. Biderman
          Timothy J. Franks
          M. Christopher Jhang
          Farschad Farzan

Attorneys for Defendant Google Inc.

2

NOTICE OF SETTLEMENT
CASE NO. C 05-03649 JW
41063-0023/LEGAL15226592.1