DAVID T. BIDERMAN, Bar No. 101577
TIMOTHY J. FRANKS, Bar No. 197645
M. CHRISTOPHER JHANG, Bar No. 211463
FARSCHAD FARZAN, Bar No. 215194
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, California 94111
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
Email: DBiderman@perkinscoie.com
Email: TFranks@perkinscoie.com
Email: CJhang@perkinscoie.com
Email: FFarzan@perkinscoie.com

Attorneys for Defendant GOOGLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE, INC.,<br><br>    Defendant. | CASE NO. C 05-03649 JW<br><br>**PROOF OF SERVICE** |

    I, Linda Alcorn, declare: I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 4 Embarcadero Center, Suite 2400, San Francisco 94111-4131.

    On February 2, 2009, I served the foregoing document(s) described as follows:

    **NOTICE OF SETTLEMENT**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelope addressed as stated, as follows:

PROOF OF SERVICE
CASE NO. 05-03649
41063-0023/LEGAL15228229.1

-1-

| | |
|---|---|
| 1 | ☒     BY PERSONAL DELIVERY: I caused said documents to be prepared in portable document format (PDF) causing delivery to the following party: |
| 2 | |

Rachel S. Black
    E-Mail: rblack@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
    Telephone: (206) 516-3880
 Facsimile: (206) 516-3883

☒     BY ELECTRONIC MAIL

I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated below:

### **ATTORNEYS FOR PLAINTIFFS**

| | |
|---|---|
| Lester L. Levy<br>    E-Mail: llevy@wolfpopper.com<br>Michele F. Raphael<br>    E-Mail: mraphael@wolfpopper.com<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, New York 10022<br>    Telephone: (212) 759-4600<br>    Facsimile: (212) 486-2093 | William M. Audet<br>    E-Mail: waudet@audetlaw.com<br>AUDET & PARTNERS, LLP<br>221 Main Street, Suite 1460<br>San Francisco, California 94105-1938<br>    Telephone: (415) 568-2555<br>    Facsimile: (415) 568-2556 |
| Marc M. Seltzer<br>    E-Mail: mseltzer@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, California 90067-6029<br>    Telephone: (310) 789-3100<br>    Facsimile: (310) 789-3150 | Daniel J. Shih<br>    E-Mail: dshih@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1201 Third Avenue, Suite 3800<br>Seattle, Washington 98101-3000<br>    Telephone: (206) 516-3880<br>    Facsimile: (206) 516-3883 |
| Stephen D. Susman<br>    E-Mail: ssusman@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>654 Madison Avenue, 5th Floor<br>New York, New York 10065<br>    Telephone: (212) 336-8330<br>    Facsimile: (212) 336-8340 | Rachel S. Black<br>    E-Mail: rblack@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1201 Third Avenue, Suite 3800<br>Seattle, Washington 98101-3000<br>    Telephone: (206) 516-3880<br>    Facsimile: (206) 516-3883 |

Executed on February 2, 2009, at San Francisco, California.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/S/
Linda Alcorn

PROOF OF SERVICE
CASE NO. 05-03649 -3-
40753-0005/LEGAL15228229.1