| | |
|---|---|
| 1 | DAVID T. BIDERMAN, Bar No. 101577 |
| | TIMOTHY J. FRANKS, Bar No. 197645 |
| 2 | M. CHRISTOPHER JHANG, Bar No. 211463 |
| | FARSCHAD FARZAN, Bar No. 215194 |
| 3 | **PERKINS COIE LLP** |
| | Four Embarcadero Center, Suite 2400 |
| 4 | San Francisco, California 94111 |
| | Telephone: (415) 344-7000 |
| 5 | Facsimile: (415) 344-7050 |
| | Email: DBiderman@perkinscoie.com |
| 6 | Email: TFranks@perkinscoie.com |
| | Email: CJhang@perkinscoie.com |
| 7 | Email: FFarzan@perkinscoie.com |
| 8 | Attorneys for Defendant GOOGLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | CASE NO. C 05-03649 JW <br><br> **[PROPOSED] ORDER GRANTING GOOGLE INC.'S UNOPPOSED MOTION TO WITHDRAW DOCKET NUMBERS 299, 302, and 303** <br><br> Date: Motion currently scheduled for March 24, 2009 <br> Time: 10:00 a.m. <br> Place: Courtroom 5 <br> Judge: Honorable Patricia V. Trumbull |

---

[PROPOSED] ORDER ON GOOGLE INC.'S UNOPPOSED MOTION TO WITHDRAW
CASE NO. 05-03649
41063-0023/LEGAL15271472.1

1   Google Inc.'s Unopposed Motion to Withdraw Docket Numbers 299, 302, and 303
2   having come on for hearing, the Court having considered all relevant documents and evidence
3   and having considered the arguments of counsel, and good cause appearing therefore:
4   IT IS HEREBY ORDERED Google Inc.'s Unopposed Motion to Withdraw Docket
5   Numbers 299, 302, and 303 is GRANTED in its entirety. The Court will strike Google's Motion
6   for an Accounting of Plaintiffs' Apparent Destruction of Relevant Documents and Motion to
7   Compel Further Responses to Interrogatories from its calendar which is currently set for hearing
8   on March 24, 2009, at 10:00 a.m.

10  DATED: _____        _____
                                            The Honorable Patricia V. Trumbull
11                                          United States Magistrate Judge