DAVID T. BIDERMAN, Bar No. 101577
TIMOTHY J. FRANKS, Bar No. 197645
M. CHRISTOPHER JHANG, Bar No. 211463
FARSCHAD FARZAN, Bar No. 215194
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, California 94111
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
Email: DBiderman@perkinscoie.com
Email: TFranks@perkinscoie.com
Email: CJhang@perkinscoie.com
Email: FFarzan@perkinscoie.com

DARALYN J. DURIE, Bar No. 169825
RYAN M. KENT, Bar No. 220441
**DURIE TANGRI LEMLEY ROBERTS & KENT LLP**
332 Pine Street Suite 200
San Francisco, CA 94104
Telephone: 415-362-6666
Facsimile: 415-236-6300
E-mail: ddurie@durietangri.com
E-mail: rkent@durietangri.com

Attorneys for Defendant GOOGLE INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | CASE NO. C 05-03649 JW<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

NOTICE OF ASSOCIATION OF COUNSEL
CASE NO. 05-03649
41063-0023/LEGAL15271774.1

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that Perkins Coie LLP, attorneys of record for Defendant |
| 2 | Google Inc., hereby associates Durie Tangri Lemley Roberts & Kent LLP, as co-counsel for |
| 3 | Defendant Google Inc. in this matter. |
| 4 | The names, office address, telephone number, and facsimile number of the associated |
| 5 | counsel are: |

>>>
Daralyn J. Durie
Ryan M. Kent
Durie Tangri Lemley Roberts & Kent LLP
332 Pine Street Suite 200
San Francisco, CA 94104
Telephone: 415-362-6666
Facsimile: 415-236-6300
>>>

DATED: February 6, 2009

**PERKINS COIE LLP**

By: _____/s/_____
David T. Biderman

Attorneys for Defendant Google Inc.