```
1   DARALYN J. DURIE - #169825
    RYAN M. KENT - #220441
2   DURIE TANGRI PAGE LEMLEY ROBERTS & KENT LLP
    332 Pine Street, Suite 200
3   San Francisco, CA  94104
    Telephone:  (415) 362-6666
4   Facsimile:   (415) 236-6300
5   E-Mail: ddurie@durietangri.com
            rkent@durietangri.com
6
    Attorneys for Defendant
7   GOOGLE, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE, INC.,<br><br>Defendant. | Case No. C 05-03649 JW PVT<br><br>**DEFENDANT'S JOINDER IN MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hearing: May 11, 2009<br>Time: 9:00 am.<br>Dept.: Courtroom 8<br>Judge: Hon. James W. Ware |

Defendant Google, Inc. ("Google") hereby joins with Plaintiffs in respectfully requesting that the Court issue an order: (1) preliminarily approving the terms of the settlement reached by Plaintiffs and Google; (2) certifying the Settlement Class for the purpose of effectuating the settlement; (3) approving the form and method of notice of the settlement and of the pendency of the litigation to the Class and order that such notice be given; (4) setting dates for notice to be given and deadlines for class members to file any requests for exclusion or any comments or objections to the proposed settlement or any other related matters; and (5) setting a hearing for final approval of the settlement.

Dated: April 1, 2009

DURIE TANGRI PAGE LEMLEY
ROBERTS & KENT LLP


By: */s/* Daralyn Durie
DARALYN J. DURIE
Attorneys for Defendant
GOOGLE, INC.