# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME: 7 mins**

## CIVIL MINUTES

**Judge: James Ware**  **Courtroom Deputy: Elizabeth Garcia**
**Date:  May 11, 2009**  **Court Reporter: Irene Rodriguez**
**Case No.: C-05-3649 JW**  **Special Master: N/A**
**Related Case No.: N/A**  **Interpreter: N/A**

## TITLE

CLRB Hanson Industries LLC et al v. Google Inc.

**Attorney(s) for Plaintiff(s)**: Rachel Black
**Attorney(s) for Defendant(s)**: Daralyn Durie

## PROCEEDINGS

Plaintiffs' Motion for Preliminary Approval of Class Settlement [Doc. 315]

## ORDER AFTER HEARING

Hearing Held.  For the reasons stated on the record, the Court approved the Motion for Preliminary Class Action Settlement.  The Court set a Final Hearing for Approval of Class Action Settlement on **September 14, 2009 at 9:00 AM.**  Please see the Court's May 12, 2009 Order (Docket Item No. 319) for further specifics.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: