CLRB Hanson Industries, LLC et al v. Google Inc.
Case5:05-cv-03649-JW   Document321   Filed06/12/09   Page1 of 1
Doc. 321

FILED

2009 JUN 12 P 3: 33

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

June 10, 2009

Office of the Clerk of the United States
District Court for the Northern District of California
San Jose Division
United States Courthouse
280 South 1st Street
San Jose, California, 95113

Case No. C 05-03649 JW PVT

To The Honorable Court:

I have been identified as a class member in the above referenced class action lawsuit. I have reviewed the proposed settlement by the parties. I would like to make known to this Honorable Court my strong objection to the proposed settlement fees for the Plaintiff attorneys. The fees are excessive and their award would be an unfair the parities involved. The total fees would be equal to or exceed one-fourth of the settlement amount be awarded. I would ask that the Court closely evaluate the amount of time and effort spent by the Plaintiff attorneys in litigating this matter.

With respect,

Thaddeus Pedzich
8533 Westerman Circle
Nottingham, MD 21236