IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CLRB HANSON Industries LLC,
Bernard Madoff d/b/a
Jonathan Lee Riches,
Plaintiffs

v.

Google, Inc

FILED
2009 JUN 15 A 8:21
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
ND DIST OF CA, S.J.

C05-03649

[ Motion to Intervene as Plaintiff under Rule 24(A)2, 24(B) ]
[ Motion For leave to File a Brief of Amicus Curiae ]

Comes Now, Bernard Madoff d/b/a Jonathan Lee Riches with newly discovered evidence in this case moves to intervene as a Plaintiff under rule 24(A)2 - as a unconditional matter of Right, Zuber v. Allen and under rule 24(B) - Permissive Intervention, Nevilles v. EEOC. I have a common vested interest and I have documents, emails, exhibits, and photographs related to this case.

I move for leave to File a Brief of Amicus Curiae, I have expert information to provide this court. I'm a convicted computer hacker with knowledge about Googles systems and hard drives.

I can be reached or contacted at the below Address.

I pray this Court will grant my motions for relief.

Bernard Madoff d/b/a
Jonathan Lee Riches
1306 Ashbridge Rd
West Chester, PA 19380
85-9-255-6812

Respectfully,
6-10-09

## Certificate of Service

I certify that the foregoing Attached motion was sent copied to the following Parties via the United States Postal Service on 6-10-09:

Lester L. Levy
Wolf Popper LLP
845 Third Ave
New York, NY 10022

Daralyn Durie
332 Pine St.
San Fran, CA 94104

Rachel S. Black
Susman Godfrey
1201 Third Ave
Seattle, WA 98101



Jonathan Lee Riches
#40948-018
Federal medical center
P.O. Box 14500
Lexington, KY 40512

United States District Court
Northern District of California
Clerk of Court
U.S. Courthouse
280 South 1st St,
San Jose, California 95113

[Rotated stamp/label:]

330 [illegible address]
LEXINGTON, KY [illegible] 5799

DATE: [signature/date]

The enclosed item was processed through special
[illegible] value to you. The [illegible]
[illegible] if the [illegible]
[illegible] problem, over which this
letter [illegible] you may wish to return the
[illegible] plastic [illegible]. If you wish further information or clarification, if
[illegible]. For further information or clarification, if
the writer encloses correspondence for forwarding
to another addressee, please return the enclosure
to the above address