LESTER L. LEVY (Admitted *Pro Hac Vice*)
MICHELE FRIED RAPHAEL (Admitted *Pro Hac Vice*)
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093
E-Mail: llevy@wolfpopper.com
E-Mail: mraphael@wolfpopper.com

MARC M. SELTZER (54534)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
E-Mail: mseltzer@susmangodfrey.com

Attorneys for Plaintiffs
(See Signature Page for Additional Plaintiffs' Counsel)

DARALYN J. DURIE #169825
DURIE TANGRI PAGE LEMLEY ROBERTS & KENT LLP
332 Pine Street, Suite 200
San Francisco, CA 94104
Telephone: (415) 362-6666
Facsimilie: (415) 236-6300
Email: ddurie@durietangri.com

Attorneys for Defendant Google Inc.
(See Signature Page for Additional Defendant's Counsel)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>      vs.<br><br>GOOGLE, INC.,<br><br>              Defendant. | Case No. C 05-03649 JW PVT<br><br>**JOINT MEMORANDUM IN OPPOSITION TO BERNARD MADOFF D/B/A JONATHAN LEE RICHES'S MOTION TO INTERVENE AS PLAINTIFF UNDER RULE 24(A)2 AND 24(B); AND MOTION FOR LEAVE TO FILE A BRIEF OF AMICUS CURIAE** |

Dockets.Justia.com

Plaintiffs CLRB Hanson Industries, LLC and Howard Stern ("Plaintiffs"), and Defendant Google Inc. ("Google") jointly submit this memorandum in opposition to Mr. Riches's Motion to Intervene as Plaintiff. Mr. Riches is not a class member and has no interest in this case sufficient to permit intervention.

Mr. Riches attempts to intervene pursuant to Rules 24(a)(2) and 24(b)(1) of the Federal Rules of Civil Procedure. Neither rule allows for his intervention. Rule 24(a)(2) provides that intervention is necessary where the intervenor:

> claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest.

Here, Mr. Riches has no interest in plaintiffs' claims against Google or the settlement distribution, because he is not a class member. *See* Exhibit A (M. Sherwood Declaration ¶ 2). To the extent that Mr. Riches has related claims against Google, he may file them in a separate action. Allowing this case to go forward, and the settlement to proceed without his intervention will not interfere at all with Mr. Riches's ability to protect his interests.

Mr. Riches also cites to Rule 24(b) as a basis for permissive intervention. Rule 24(b)(1) permits intervention to anyone who:

> (A)    is given a conditional right to intervene by a federal statute; or
> (B)    has a claim or defense that shares with the main action a common question of law or fact.

Mr. Riches cites to no federal statute that grants him a conditional right to intervene – because there is no such statute. His only basis for alleging that he has "a common vested interest" in this case is that he possesses "documents, emails, exhibits, and photographs related to this case," he has "expert information to provide this court," and he is "a convicted computer hacker with knowledge about Googles [sic] systems and hard drives." Mr. Riches does not allege that he has a claim against Google

2

**PLAINTIFFS' OPPOSITION TO MOTION TO INTERVENE**
Case No. C 05-03649 JW
954244v1/010480

that shares with plaintiffs or the class a common question of law or fact.   Therefore, permissive

intervention is also unavailable.

Accordingly, Mr. Riches's motion to intervene must be denied.

Respectfully submitted,

Dated: June 18th, 2009

LESTER L. LEVY (Admitted *Pro Hac Vice*)
MICHELE FRIED RAPHAEL (Admitted *Pro Hac Vice*)
WOLF POPPER LLP

MARC M. SELTZER
SUSMAN GODFREY L.L.P.

STEPHEN D. SUSMAN (Admitted *Pro Hac Vice)*
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX  77002
Telephone:  (713) 651-9366
Facsimile:  (713) 654-6666
E-Mail:  ssusman@susmangodfrey.com

RACHEL S. BLACK (Admitted *Pro Hac Vice*)
DANIEL J. SHIH (Admitted *Pro Hac Vice*)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA  98101
Telephone:  (206) 516-3880
Facsimile:  (206) 516-3883
E-Mail:  rblack@susmangodfrey.com
E-Mail:  dshih@susmangodfrey.com

WILLIAM M. AUDET (117456)
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA  94105-1938
Telephone:  (415) 568-2555
Facsimile:  (415) 568-2556
E-Mail:  waudet@audetlaw.com


By _____
Rachel S. Black
Attorneys for Plaintiffs

Dated: June 18, 2009

DARALYN J. DURIE
DURIE TANGRIE PAGE LEMLEY
ROBERTS & KENT LLP

3

**PLAINTIFFS' OPPOSITION TO MOTION TO INTERVENE**
Case No. C 05-03649 JW
954244v1/010480

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DAVID T. BIDERMAN
TIMOTHY J. FRANKS
M. CHRISTOPHER JHANG
FARSCHAD FARZAN
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
Telephone: (415) 344-7000
Facsimilie: (415) 344-7050
Email: DBiderman@perkinscoie.com
Email: TFranks@perkinscoie.com
Email: CJhang@perkinscoie.com
Email: FFarzan@perkinscoie.com


By
Daralyn Durie
Attorneys for Defendant Google Inc.

**PLAINTIFFS' OPPOSITION TO MOTION TO INTERVENE**
Case No. C 05-03649 JW
954244v1/010480

## CERTIFICATE OF SERVICE

    I hereby certify that on the date written above, that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  The Court or the CM/ECF system will send notification of such filings to all CM/ECF participants, as follows:

| | |
|---|---|
| Daralyn Durie | ddurie@durietangri.com |
| David T. Biderman | dbiderman@perkinscoie.com |
| Timothy J. Franks | tfranks@perkinscoie.com |
| M. Christopher Jhang | cjhang@perkinscoie.com |
| Farschad Farzan | ffarzan@perkinscoie.com |
| Sang (Alvin) Lee | alee@perkinscoie.com |

and I hereby certify that I have mailed by United States Postal Service, postage prepaid, the documents to the following non CM/ECF participants:

Jonathan Lee Riches
1306 Ash Bridge Road
West Chester, PA 19380

Jonathan Lee Riches
#40948018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512

Jami Grounds

**PLAINTIFFS' OPPOSITION TO MOTION TO INTERVENE**
Case No. C 05-03649 JW
954244v1/010480