1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                            SAN JOSE DIVISION

10   CLRB Hanson Industries, LLC, et al.,              NO. C 05-03649 JW

11              Plaintiffs,                            **ORDER DENYING MOTION TO
                                                       INTERVENE**
       v.
12
     Google Inc., et al.,
13
              Defendant.
14   _____/

15        Presently before the Court is a Motion to Intervene as Plaintiff Under Fed. R. Civ. P. 24, and

16   Motion for Leave to File a Brief of Amicus Curiae.  (hereafter, "Motion," Docket Item No. 322.)

17   The Motion is brought by "Bernard Madoff d/b/a Jonathan Lee Riches" ("Movant"), who seeks to

18   intervene pursuant to Rule 24(a)(2) and Rule 24(b). (Motion at 1.)  The parties filed a timely joint

19   opposition.  (See Docket Item No. 323.)

20        Under Rule 24(a)(2), a court must permit anyone to intervene who "claims an interest

21   relating to the property or transaction that is the subject of the action, and is so situated that

22   disposing of the action may as a practical matter impair or impede the movant's ability to protect its

23   interest, unless existing parties adequately represent that interest."  Fed. R. Civ. P. 24(a)(2).  Under

24   Rule 24(b), a court may permit anyone to intervene who "(A) is given a conditional right to

25   intervene by a federal statute; or (B) has a claim or defense that shares with the main action a

26   common question of law or fact."  Fed. R. Civ. P. 24(b).

27        Here, although Movant represents that he has a "common vested interest and . . . documents,

28   emails, exhibits, and photographs related to this case," and that he is a "convicted computer hacker

*United States District Court*
*For the Northern District of California*

1  with knowledge about Googles [sic] systems and hard drives," he does not state why such

2  knowledge would be relevant to the class' settlement.  (Motion at 1.)  Further, Movant is a member

3  of the class certified in this case.  (Declaration of Markham Sherwood ¶¶ 1-2, Docket Item No. 323.)

4  Thus, Movant has failed to establish an interest relating to the property or transaction that is the

5  subject of this action.  Further, Movant fails to make an adequate showing that he has a conditional

6  right to intervene pursuant to a federal statute, or that he has a claim that shares with a common

7  question of law or fact with this action.  Thus, the Court finds Movant has not established sufficient

8  grounds for intervention under Rule 24.

9        Accordingly, the Court DENIES Movant's Motion to Intervene as Plaintiff and for Leave to

10  File a Brief of Amicus Curiae.

11

12  Dated:  June 19, 2009

    _____
13  JAMES WARE
    United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                              2

**United States District Court**
For the Northern District of California

**United States District Court**

For the Northern District of California

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Adel A. Nadji anadji@audetlaw.com
Daniel Jeffrey Shih dshih@susmangodfrey.com

3 Daralyn J. Durie ddurie@durietangri.com
David T. Biderman dbiderman@perkinscoie.com

4 Farschad Farzan ffarzan@perkinscoie.com
Judith B. Gitterman gittj@perkinscoie.com

5 Lester L Levy llevy@wolfpopper.com
M. Christopher Jhang cjhang@perkinscoie.com

6 Marc M. Seltzer mseltzer@susmangodfrey.com
Michele Fried Raphael mraphael@wolfpopper.com

7 Rachel S. Black rblack@susmangodfrey.com
Ryan Marshall Kent rkent@durietangri.com

8 Stephen D. Susman ssusman@susmangodfrey.com
William M. Audet waudet@audetlaw.com

9

10 Bernard Madoff d/b/a Jonathan Lee Riches
1306 Ash Bridge Rd.

11 West Chester, PA 19380

12

13 **Dated:  June 19, 2009**                **Richard W. Wieking, Clerk**

14

15                                          **By:    /s/ JW Chambers**
                                                 **Elizabeth Garcia**
                                                 **Courtroom Deputy**

16

17

18

19

20

21

22

23

24

25

26

27

28