# SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
―――――――――――――――――――――――――――― Attorneys at Law

Robert C. Schubert
Willem F. Jonckheer
Miranda P. Kolbe
Kimberly A. Kralowec
―――
Dustin L. Schubert

*VIA EMAIL*

July 14, 2009

Daralyn Durie
Durie Tangri Lemley Roberts & Kent
332 Pine Street, Suite 200
San Francisco CA 94104
ddurie@durietangri.com

    Re:    *CLRB Hanson Industries, LLC v. Google*, No. 05-3649 JW

Dear Ms. Durie:

    We represent the plaintiffs in the consolidated action *In re Google AdWords Litigation*, No. 08-3369 JW (N.D. Cal.). In our case, which is also pending before Judge James Ware in San Jose, plaintiffs assert violations of California law against Google, Inc. ("Google") in connection with Google's practice of charging AdWords customers for clicks on advertisements placed by Google on low quality parked domain and error pages.

    We are in receipt of the settlement notice in the referenced action, and have reviewed the release language set forth therein. We do not believe the release language has any effect on claims other than those asserted in the *CLRB* action, which, according to the settlement notice, are claims based on class members being charged more than their "Daily Budget" as alleged in the complaints filed in that action. According to the settlement notice, the release provides:

> The Released Claims are defined as: any and all claims, demands, actions, causes of action, rights, offsets, suits, damages, lawsuits, liens, costs, losses, expenses or liabilities of any kind whatsoever, for any relief whatsoever, including monetary, injunctive or declaratory relief, or for reimbursement of attorneys' fees, costs or expenses, which the Representative Plaintiffs or any Member of the Class which were or could have been asserted <u>based on the allegations set forth in the complaints filed by the Representative Plaintiffs in the Action, specifically including any and all claims based on a Class Member being charged more than his, her, or its Daily Budget</u>. [emphasis supplied].

    Since our claims arise from Google's practices regarding placement of advertisements on parked domain and error pages, and not daily budgets, the proposed settlement release will have no effect on the claims asserted in our case.

Three Embarcadero Center, Suite 1650 • San Francisco, CA 94111 • (415) 788-4220 • Facsimile: (415) 788-0161
www.schubertlawfirm.com

Daralyn Durie
July 14, 2009
Page 2

      Please contact my firm immediately if you disagree with our conclusion that the *CLRB* release does not extend to unrelated claims in the *AdWords* case. Please be advised we will otherwise take appropriate steps in opposition to your settlement.

                                      Very Truly Yours,

                                   Schubert Jonckheer Kolbe & Kralowec LLP
                                          Willem F. Jonckheer

cc: United States District Court ECF, *CLRB Hanson Industries, LLC v. Google,* No. 05-3649 JW
     Lester Levy (llevy@wolfpopper.com)
     Rachel Black (rblack@susmangodfrey.com)
     Marc Seltzer (mseltzer@susmangodfrey.com)