UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

FILED

2009 JUL 13 P 3: 21

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. SJ

CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL
PRINTING, and HOWARD STERN, on behalf of themselves
and all others similarly situated,

                            Plaintiffs,

vs.

GOOGLE, INC.,

                            Defendant.

Case No. C 05-03649 JW PVT

**OBJECTION AND DEMAND TO INCLUDE HARRY TOOTLE AS ADDITIONAL REPRESENTATIVE PLAINTIFF AND TO AWARD INCENTIVE COMPENSATION TO SAME**

COMES NOW, HARRY TOOTLE d/b/a AMERICAN INTERNATIONAL COMMISSION ON PEACE OFFICERS STANDARDS AND TRAINING, 140 West 1st Street, Tustin, California 92780, and hereby objects in accordance with this Court's NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION AND SETTLEMENT HEARING, and as a member of the class in this matter, demands that he be included as a REPRESENTATIVE PLAINTIFF and receive a $20,000 Incentive Compensation Award plus any other compensation deemed fitting and proper by this Court, and made payable to "Harry Tootle".

Respectfully Submitted on this 8th day of July, 2009 by

_[signature: Harry Virgil Tootle]_

Harry Virgil Tootle
140 West 1st Street
Tustin, CA 92780 USA
1-714-795-2311 / E-mail: EmailHarryToday@yahoo.com