UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**FILED**

2009 JUL 13 P 3: 21

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT

CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL
PRINTING, and HOWARD STERN, on behalf of themselves
and all others similarly situated,

                               Plaintiffs,

Case No. C 05-03649 JW PVT

vs.

GOOGLE, INC.,

                               Defendant.



## CERTIFICATE OF SERVICE

I, HARRY VIRGIL TOOTLE, do hereby certify that on July 8, 2009, I personally deposited at the the Tustin, California U.S. Post Office, with proper postage attached, true and correct copies of the following documents:

**1. OBJECTION AND DEMAND TO INCLUDE HARRY TOOTLE AS ADDITIONAL REPRESENTATIVE PLAINTIFF AND TO AWARD INCENTIVE COMPENSATION TO SAME;**

**2. DECLARATION IN SUPPORT OF OBJECTION AND DEMAND TO INCLUDE HARRY TOOTLE AS ADDITIONAL REPRESENTATIVE PLAINTIFF AND TO AWARD INCENTIVE COMPENSATION TO SAME; and,**

**3. CERTIFICATE OF SERVICE, to the following:**

CLERK OF THE COURT   UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION, 280 South 1st Street, San Jose, CA 95133;

LESTER L. LEVY, WOLF POPPER L.L.P., 845 Third Avenue, New York, NY 10022;

RACHEL S. BLACK, SUSMAN GODFREY L.L.P., 1201 Third Avenue, Suite 3800, Seattle, WA 98101;

DARALYN DURIE, Durie Tangri Lemley, Roberts & Kent, 332 Pine Street, Suite 200, San Francisco, CA 94104; and

Dockets.Justia.com

*CLRB Hanson LLC et al. v. Google* Class Action Settlement, c/o Gilardi & Co. LLC, P.O. Box 808054, Petaluma, CA 94975-8054.

Respectfully Submitted on this 8th day of July, 2009 by

_____
Harry Virgil Tootle
140 West 1st Street
Tustin, CA 92780 USA
1-714-795-2311 / E-mail: EmailHarryToday@yahoo.com