Forrest Jenkins
5404 Braeburn Drive
Bellaire, Texas 77401

FILED

2009 JUL 14 A 11: 28

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

July 13, 2009

**Via Federal Express**
Clerk
U.S. District Court for the Northern District of California
San Jose Division
United States Courthouse
280 South 1st Street
San Jose, California 95113

**Via Federal Express**
Lester L. Levy
Wolf Popper LLP
845 Third Avenue
New York, New York 10022

**Via Federal Express**
Rachel S. Black
Susman Godfrey L.L.P.
1201 Third Avenue, Ste. 3800
Seattle, Washington 98101

**Via Federal Express**
Daralyn Durie
Durie Tangri Lemley Roberts & Kent
332 Pine Street, Ste. 200
San Francisco, California 94104

Re:   CLRB Hanson Industries, LLC d/b/a Industrial Printing, and Howard Stern v.
      Google, Inc.     Case #: C 05-03649 JW PVT

My name is Forrest Jenkins. I received an emailed notice from Google AdWords Class Action Settlement on June 9, 2009. I was a Google Adwords advertiser during the class period and Google should have the specific dates. I reside at 5404 Braeburn Drive, Bellaire, Texas 77401.

I read the settlement notice, but I still cannot tell how much I am going to receive under this settlement. It is far too complicated and dependent upon contingencies. I also believe the attorneys' fees and incentive awards are too high and should be reduced so the class receives more of the settlement funds. I object for these reasons.

Yours truly,

Forrest Jenkins w/permission

Forrest Jenkins