*Alan J. Sherwood, State Bar #118330*
*LAW OFFICE OF ALAN J. SHERWOOD*
*1300 Clay Street, Suite 600*
*Oakland, CA 93612*
*Telephone: 510-409-6199*
*Facsimile: 510-903-1773*

*Attorney for Objector Weiss*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLV d/b/a/ INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated | Case No. C 05-03649 JW PVT |
| Plaintiffs, | |
| vs. | **NOTICE OF NEW ADDRESS** |
| GOOGLE, INC., | |
| Defendant | |

To:     The Court, All Parties and Their Counsel of Record:

Please be advised of Objector Matthew Weiss' counsel's new address as follows:

      Alan J. Sherwood, State Bar #118330
      LAW OFFICE OF ALAN J. SHERWOOD
      1300 Clay Street, Suite 600
      Oakland, CA 93612
      Telephone:     510-409-6199
      Facsimile:      510-903-1773

Respectfully submitted,

/s/ Alan J. Sherwood
Alan J. Sherwood, State Bar #118330

**PROOF OF SERVICE**
STATE OF FLORIDA, COUNTY OF ALACHUA

I am employed in the County of Alachua, State of Florida; my business address is 115 NE 6th Avenue, Gainesville, FL 32601. I am over the age of 18 and not a party to the within action. On this 15th day of July, 2009, I served the document on all parties by electronic filing the document listed above electronically through the Court's electronic filing service provider pursuant to the instructions on that website.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on this 15th day of July, 2009, at Gainesville, Florida.

/s/ Janet K. Wood
Janet K. Wood