LESTER L. LEVY (Admitted *Pro Hac Vice*)
MICHELE FRIED RAPHAEL (Admitted *Pro Hac Vice*)
WOLF POPPER LLP
845 Third Avenue
New York, NY  10022
Telephone:  (212) 759-4600
Facsimile:  (212) 486-2093
E-Mail:  llevy@wolfpopper.com
E-Mail:  mraphael@wolfpopper.com

MARC M. SELTZER (54534)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067-6029
Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150
E-Mail:  mseltzer@susmangodfrey.com

Attorneys for Plaintiffs
(See Signature Page for Additional
Plaintiffs' Counsel)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>                          Plaintiffs,<br><br>               vs.<br><br>GOOGLE, INC.,<br><br>                          Defendant. | Case No. C 05-03649 JW PVT<br><br>**DECLARATION OF DANIEL J. SHIH IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL OBJECTOR DEPOSITIONS**<br><br>Hearing:      Tuesday, September 8, 2009<br>Time:         10:00 am<br>Dept.:        Courtroom 5<br>Judge:        Honorable Patricia V. Trumbull |

1

DECLARATION OF DANIEL J. SHIH IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL OBJECTOR
DEPOSITIONS
Case No. C 05-03649 JW
962483v1/010480

I, DANIEL J. SHIH, declare:

1. I am an attorney in the law firm of Susman Godfrey LLP.  I am one of the counsel of record for plaintiffs CLRB Hanson Industries, LLC, and Howard Stern in the above-captioned matter.  As such, I am familiar with the facts of this litigation.

2. I make this declaration upon my own personal knowledge, and I am competent to testify to the facts set forth herein.

3. Attached hereto are true and correct copies of the following exhibits:

| | |
|---|---|
| Exhibit A | Letter from Daniel Shih to Steve A. Miller dated July 17, 2009, with attached notice of deposition. |
| Exhibit B | Email from Daniel Shih to Steve A. Miller dated July 22, 2009. |
| Exhibit C | Letter from Rachel Black to Steve A. Miller dated July 23, 2009. |
| Exhibit D | Plaintiffs' First Amended Notice of Deposition of Objectors Randy R. Lyons and Chase Thompson dated July 23, 2009. |
| Exhibit E | Letter from Steve A. Miller to Rachel Black dated July 30, 2009. |
| Exhibit F | Email from Daniel Shih to Steve A. Miller dated August 3, 2009. |

4. I declare under penalty of perjury that the foregoing is true and correct.

Date:  August 4, 2009            /s/ Daniel J. Shih
                                 Daniel J. Shih

2

**DECLARATION OF DANIEL J. SHIH IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL OBJECTOR DEPOSITIONS**
Case No. C 05-03649 JW
962483v1/010480