# EXHIBIT A

Dockets.Justia.com

## SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
SUITE 3800
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3000
(206) 516-3880
FAX (206) 516-3883
WWW.SUSMANGODFREY.COM

| SUITE 5100 | SUITE 5100 | SUITE 950 | 5TH FLOOR |
|---|---|---|---|
| 1000 LOUISIANA STREET | 901 MAIN STREET | 1901 AVENUE OF THE STARS | 654 MADISON AVENUE |
| HOUSTON, TEXAS 77002-5096 | DALLAS, TEXAS 75202-3775 | LOS ANGELES, CALIFORNIA 90067-6029 | NEW YORK, NEW YORK 10065-8404 |
| (713) 651-9366 | (214) 754-1900 | (310) 789-3100 | (212) 336-8330 |

DANIEL J. SHIH
DIRECT DIAL (206) 373-7390

DIRECT DIAL FAX (206) 516-3883
E-MAIL DSHIH@SUSMANGODFREY.COM

July 17, 2009

**VIA FAX AND FEDERAL EXPRESS**

Steve A. Miller
Steve A. Miller, PC
1625 Larimer Street, No. 2905
Denver, CO 90202

Re:  *CLRB Hanson Industries, LLC, et al., v. Google, Inc.*, case no. 05-03649
     (U.S. District Court for the Northern District of California)

Dear Mr. Miller:

I write as class counsel in *CLRB Hanson Industries, LLC, et al., v. Google, Inc.*

With regard to your pleading styled "Objection to Proposed Settlement / Notice of Appearance and Intent to Be Heard" dated July 14, 2009, we have reviewed your objection and consider it to be deficient. According to the Court's order dated May 12, 2009, "such objection shall include all briefs or other papers to be considered by the Court, and must include the name and address of the person and the dates that the person was an AdWords Advertiser." Docket #319 (emphasis added). Your clients' objection contains neither the address(es) of the objectors nor the dates that they were AdWords Advertisers. Accordingly, we intend to ask the Court to disregard your objection for failure to abide by the Court's requirements.

Unless you confirm that you will withdraw your objection, we ask that you provide the required information no later than the close of business on Monday, July 20, 2009. Note that this demand is made without prejudice to our seeking any remedies based on the deficiencies in your objection, regardless whether you provide the required information to us.

958727v1/010480

July 17, 2009
Page 2

In addition, please find enclosed a notice of depositions concerning your clients Randy R. Lyons and Chase Thompson.

Sincerely,

*Daniel J. Shih*

Daniel J. Shih

Enclosure:   Notice of depositions

LESTER L. LEVY (Admitted *Pro Hac Vice*)
MICHELE FRIED RAPHAEL (Admitted *Pro Hac Vice*)
WOLF POPPER LLP
845 Third Avenue
New York, NY  10022
Telephone:  (212) 759-4600
Facsimile:  (212) 486-2093
E-Mail:  llevy@wolfpopper.com
E-Mail:  mraphael@wolfpopper.com

MARC M. SELTZER (54534)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067-6029
Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150
E-Mail:  mseltzer@susmangodfrey.com

Attorneys for Plaintiffs
(See Signature Page for Additional
Plaintiffs' Counsel)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>GOOGLE, INC.,<br>Defendant. | Case No. C 05-03649 JW PVT<br><br>**PLAINTIFFS' NOTICE OF DEPOSITION OF OBJECTORS RANDY R. LYONS AND CHASE THOMPSON** |

**TO ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, the following deposition(s) upon oral examination will be taken at the offices of Merrill Legal Solutions, 1225 17th Street, Suite 2800, Denver, Colorado 80202, at the designated times and dates listed below. The deposition(s) will be conducted according to the United States Federal Rules of Civil Procedure and the Local Rules for the U.S. District Court for the Northern District of California, taken before a notary public or other officer duly authorized to administer oaths and take testimony, recorded by stenographic means, and audiotaped and/or videotaped for use at the trial or proceedings herein. Such depositions will continue from day to day until completed.

| Deponent | Date | Time |
| --- | --- | --- |
| Randy R. Lyons | July 28, 2009 | 10:00 a.m. |
| Chase Thompson | July 28, 2009 | 1:30 p.m. |

The address of deponents is: c/o Steve A. Miller, PC, 1625 Larimer Street, No. 2905, Denver, CO 80202.

Dated: July 17, 2009

        LESTER L. LEVY (Admitted *Pro Hac Vice*)
        MICHELE FRIED RAPHAEL (Admitted *Pro Hac Vice*)
        WOLF POPPER LLP
        845 Third Avenue
        New York, NY 10022

        MARC M. SELTZER (54534)
        SUSMAN GODFREY L.L.P.
        1901 Avenue of the Stars, Suite 950
        Los Angeles, CA 90067-6029

        STEPHEN D. SUSMAN
        (New York State Bar No. 3041712)
        SUSMAN GODFREY L.L.P.
        654 Madison Avenue, 5th Floor
        New York, NY 10065
        Telephone: (212) 336-8330

PLAINTIFFS' NOTICE OF DEPOSITION OF OBJECTORS RANDY R. LYONS AND CHASE THOMPSON
958145v1/010480

Facsimile: (212) 336-8340
E-Mail: ssusman@susmangodfrey.com
RACHEL S. BLACK (Admitted *Pro Hac Vice*)
DANIEL J. SHIH (Admitted *Pro Hac Vice*)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
E-Mail: rblack@susmangodfrey.com
E-Mail: dshih@susmangodfrey.com

WILLIAM M. AUDET (117456)
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105-1938
Telephone: (415) 568-2555
Facsimile: (415) 568-2556
E-Mail: waudet@audetlaw.com

By _/s/ Daniel J. Shih_
    Daniel J. Shih
    Attorneys for Plaintiffs

3

PLAINTIFFS' NOTICE OF DEPOSITION OF OBJECTORS RANDY R. LYONS AND CHASE THOMPSON
958145v1/010480

## PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of King, State of Washington. I am over the age of 18 and not a party to the within action; my business address is 1201 Third Avenue, Suite 3800, Seattle, WA 98101.

On July 17, 2009, I served the foregoing document(s) described as follows:

**PLAINTIFFS' NOTICE OF DEPOSITION OF OBJECTORS RANDY R. LYONS AND CHASE THOMPSON**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list, as follows:

\_\_\_\_\_ BY MAIL:
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Seattle, Washington in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

\_\_\_\_\_ BY PERSONAL SERVICE:
I caused to be delivered such envelope by hand to the offices of the addressee.

**XX** BY FEDERAL EXPRESS OR OVERNIGHT COURIER

**XX** BY TELECOPIER
I served by facsimile as indicated on the attached service list.

**XX** BY ELECTRONIC MAIL
I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the attached service list.

Executed on January 29, 2009, at Seattle, Washington.

\_\_\_\_\_ (State) I declare under penalty of perjury under the laws of the State of Washington that the above is true and correct.

**XX** (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

\_\_\_\_Brian Spangler\_\_\_\_ *(signature)*
(Type or Print Name)

958145v1/010480

...

# SERVICE LIST

CLRB Hanson Industries, LLC v. Google Inc.
U.S. District Court, Northern District of California, San Jose Division
Case No. C 05-03649 JW

**ATTORNEYS FOR PLAINTIFFS**
(SERVED BY EMAIL)

Lester L. Levy
　E-Mail: llevy@wolfpopper.com
Michele F. Raphael
　E-Mail: mraphael@wolfpopper.com
WOLF POPPER LLP
845 Third Avenue
New York, NY 100220
　Telephone: (212) 759-4600
　Facsimile: (212) 486-2093

Marc M. Seltzer
　E-Mail: mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
　Telephone: (310) 789-3100
　Facsimile: (310) 789-3150

Stephen D. Susman
　E-Mail: ssusman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
654 Madison Avenue, 5th Floor
New York, NY 10065
　Telephone: (212) 336-8330
　Facsimile: (212) 336-8340

Rachel S. Black
　E-Mail: rblack@susmangodfrey.com
Daniel J. Shih
　E-Mail: dshih@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
　Telephone: (206) 516-3880
　Facsimile: (206) 516-3883

William M. Audet
　E-Mail: waudet@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105-1938
　Telephone: (415) 568-2555
　Facsimile: (415) 568-2556

**ATTORNEYS FOR DEFENDANT**
(SERVED BY EMAIL)

David T. Biderman
　E-Mail: DBiderman@perkinscoie.com
Timothy J. Franks
　E-Mail: TFranks@perkinscoie.com
M. Christopher Jhang
　E-Mail: CJhang@perkinscoie.com
Farschad Farzan
　E-Mail: FFarzan@perkinscoie.com
Sang (Alvin) Lee
　E-Mail: alee@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
　Telephone: (415) 344-7000
　Facsimile: (415) 344-7050

Daralyn J. Durie
　Email: ddurie@durietangri.com
DURIE, TANGRI, ET AL.
332 Pine Street, #200
San Francisco, CA 94104
　Telephone: 415-376-6401
　Facsimile: 415-236-6300

**ATTORNEYS FOR OBJECTORS RANDY R. LYONS AND CHASE THOMPSON**
(SERVED BY FACSIMILE AND FEDERAL EXPRESS)

Steve A. Miller
STEVE A. MILLER, PC
1625 Larimer Street, No. 2905
Denver, CO 80202
　Telephone: (303) 892-9933
　Facsimile: (303) 892-8925

958145v1/010480