# EXHIBIT C

Dockets.Justia.com

# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
SUITE 3800
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3000
(206) 516-3880
FAX (206) 516-3883
WWW.SUSMANGODFREY.COM

| SUITE 5100 | SUITE 5100 | SUITE 950 | 5TH FLOOR |
|---|---|---|---|
| 1000 LOUISIANA STREET | 901 MAIN STREET | 1901 AVENUE OF THE STARS | 654 MADISON AVENUE |
| HOUSTON, TEXAS 77002-5096 | DALLAS, TEXAS 75202-3775 | LOS ANGELES, CALIFORNIA 90067-6029 | NEW YORK, NEW YORK 10065-8404 |
| (713) 651-9366 | (214) 754-1900 | (310) 789-3100 | (212) 336-8330 |

RACHEL S. BLACK
DIRECT DIAL (206) 516-3899

DIRECT DIAL FAX (206) 516-3883
E-MAIL RBLACK@SUSMANGODFREY.COM

July 23, 2009

VIA E-MAIL

Steve A. Miller
Law Office of Steve A. Miller, P.C.
The Barclay, No. 2905
1625 Larimer Street
Denver, CO 80202

Re: *CLRB Hanson Industries, LLC, et al. v. Google, Inc.*
U.S.D.C., Northern District of California Case No. C 05-03649

Dear Mr. Miller:

Please find attached a notice of depositions for your clients Randy Lyons and Chase Thompson, along with subpoenas issues by the United States District Court for the Northern District of Alabama. We noticed the depositions for August 5th, but as I indicated in our phone conversation, we are willing to consider rescheduling for a mutually convenient date.

Per your agreement to accept service of the subpoenas via email, we are sending the subpoenas by email only. We are not re-issuing witness fee checks because we issued them in connection with the prior subpoenas, which we are now withdrawing. Please retain those checks for use with the attached subpoenas.

Sincerely,

Rachel S. Black

Enclosures

959555v1/010480