# EXHIBIT D

LESTER L. LEVY (Admitted *Pro Hac Vice*)
MICHELE FRIED RAPHAEL (Admitted *Pro Hac Vice*)
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093
E-Mail: llevy@wolfpopper.com
E-Mail: mraphael@wolfpopper.com

MARC M. SELTZER (54534)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
E-Mail: mseltzer@susmangodfrey.com

Attorneys for Plaintiffs
(See Signature Page for Additional
Plaintiffs' Counsel)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br>GOOGLE, INC.,<br>Defendant. | Case No. C 05-03649 JW PVT<br><br>**PLAINTIFFS' FIRST AMENDED NOTICE OF DEPOSITION OF OBJECTORS RANDY R. LYONS AND CHASE THOMPSON** |

**TO ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, the following deposition(s) upon oral examination will be taken at the offices of Merrill Corporation, 2100 Third Avenue North, Suite 960, Birmingham AL 35203 at the designated times and dates listed below. The deposition(s) will be conducted according to the United States Federal Rules of Civil Procedure and the Local Rules for the U.S. District Court for the Northern District of California, taken before a notary public or other officer duly authorized to administer oaths and take testimony, recorded by stenographic means, and audiotaped and/or videotaped for use at the trial or proceedings herein. Such depositions will continue from day to day until completed.

| Deponent | Date | Time |
|---|---|---|
| Randy R. Lyons | August 5, 2009 | 10:00 a.m. |
| Chase Thompson | August 5, 2009 | 1:30 p.m. |

The address of deponents are:

    Randy R. Lyons
    429 Saint Annes Dr.
    Birmingham, AL 35144

    Chase Thompson
    6017 May Avenue
    Pinson, AL 35126

Dated: July 23, 2009

LESTER L. LEVY (Admitted *Pro Hac Vice*)
MICHELE FRIED RAPHAEL (Admitted *Pro Hac Vice*)
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022

MARC M. SELTZER (54534)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029

2
PLAINTIFFS' FIRST AMENDED NOTICE OF DEPOSITION OF OBJECTORS
959505v1/010480

STEPHEN D. SUSMAN
(New York State Bar No. 3041712)
SUSMAN GODFREY L.L.P.
654 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
E-Mail: ssusman@susmangodfrey.com
RACHEL S. BLACK (Admitted *Pro Hac Vice*)
DANIEL J. SHIH (Admitted *Pro Hac Vice*)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
E-Mail: rblack@susmangodfrey.com
E-Mail: dshih@susmangodfrey.com

WILLIAM M. AUDET (117456)
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105-1938
Telephone: (415) 568-2555
Facsimile: (415) 568-2556
E-Mail: waudet@audetlaw.com

By _____
Rachel S. Black
Attorneys for Plaintiffs

3

PLAINTIFFS' FIRST AMENDED NOTICE OF DEPOSITION OF OBJECTORS
959505v1/010480

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of King, State of Washington. I am over the age of 18 and not a party to the within action; my business address is 1201 Third Avenue, Suite 3800, Seattle, WA 98101.

On July 23, 2009, I served the foregoing document(s) described as follows:

**PLAINTIFFS' FIRST AMENDED NOTICE OF DEPOSITION OF OBJECTORS RANDY R. LYONS AND CHASE THOMPSON**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list, as follows:

__XX__  BY MAIL:
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Seattle, Washington in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____  BY PERSONAL SERVICE:
I caused to be delivered such envelope by hand to the offices of the addressee.

_____  BY FEDERAL EXPRESS OR OVERNIGHT COURIER

_____  BY TELECOPIER
I served by facsimile as indicated on the attached service list.

__XX__  BY ELECTRONIC MAIL
I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the attached service list.

Executed on July 23, 2009, at Seattle, Washington.

_____ (State) I declare under penalty of perjury under the laws of the State of Washington that the above is true and correct.

__XX__ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

_____Jami Grounds_____          _____/s/ Jami Grounds_____
(Type or Print Name)                        (Signature)

959505v1/010480

## SERVICE LIST

CLRB Hanson Industries, LLC v. Google Inc.
U.S. District Court, Northern District of California, San Jose Division
Case No. C 05-03649 JW

| **ATTORNEYS FOR PLAINTIFFS** (SERVED BY EMAIL) | **ATTORNEYS FOR DEFENDANT** (SERVED BY EMAIL) |
|---|---|
| Lester L. Levy<br>E-Mail: llevy@wolfpopper.com<br>Michele F. Raphael<br>E-Mail: mraphael@wolfpopper.com<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, NY 100220<br>Telephone: (212) 759-4600<br>Facsimile: (212) 486-2093 | David T. Biderman<br>E-Mail: DBiderman@perkinscoie.com<br>Timothy J. Franks<br>E-Mail: TFranks@perkinscoie.com<br>M. Christopher Jhang<br>E-Mail: CJhang@perkinscoie.com<br>Farschad Farzan<br>E-Mail: FFarzan@perkinscoie.com<br>Sang (Alvin) Lee<br>E-Mail: alee@perkinscoie.com<br>PERKINS COIE LLP<br>Four Embarcadero Center, Suite 2400<br>San Francisco, CA 94111-4131<br>Telephone: (415) 344-7000<br>Facsimile: (415) 344-7050 |
| Marc M. Seltzer<br>E-Mail: mseltzer@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067-6029<br>Telephone: (310) 789-3100<br>Facsimile: (310) 789-3150 | Daralyn J. Durie<br>Email: ddurie@durietangri.com<br>DURIE, TANGRI, ET AL.<br>332 Pine Street, #200<br>San Francisco, CA 94104<br>Telephone: 415-376-6401<br>Facsimile: 415-236-6300 |
| Stephen D. Susman<br>E-Mail: ssusman@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>654 Madison Avenue, 5th Floor<br>New York, NY 10065<br>Telephone: (212) 336-8330<br>Facsimile: (212) 336-8340 | **ATTORNEYS FOR OBJECTORS RANDY R. LYONS AND CHASE THOMPSON** (SERVED BY E-MAIL AND MAIL) |
| Rachel S. Black<br>E-Mail: rblack@susmangodfrey.com<br>Daniel J. Shih<br>E-Mail: dshih@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1201 Third Avenue, Suite 3800<br>Seattle, WA 98101-3000<br>Telephone: (206) 516-3880<br>Facsimile: (206) 516-3883 | Steve A. Miller<br>STEVE A. MILLER, PC<br>1625 Larimer Street, No. 2905<br>Denver, CO 80202<br>Telephone: (303) 892-9933<br>Facsimile: (303) 892-8925 |
| William M. Audet<br>E-Mail: waudet@audetlaw.com<br>AUDET & PARTNERS, LLP<br>221 Main Street, Suite 1460<br>San Francisco, CA 94105-1938<br>Telephone: (415) 568-2555<br>Facsimile: (415) 568-2556 | |

959505v1/010480