## Daniel Shih

**From:** Daniel Shih
**Sent:** August 03, 2009 2:12 PM
**To:** 'Steve Miller'
**Cc:** Rachel S. Black; Jack W. West
**Subject:** RE: Google Class Action: Motion for Protective Order

Steve, please consider the notice and subpoenas withdrawn.

Regards,
-Dan Shih

-----------------------------------------------------------
**Daniel J. Shih**  *Attorney at Law*
dshih@susmangodfrey.com
206-373-7390 (direct) / 206-516-3883 (fax)
**SUSMAN GODFREY LLP**
1201 Third Avenue, Suite 3800
Seattle, WA  98101

---

**From:** Steve Miller [mailto:sampc01@gmail.com]
**Sent:** August 03, 2009 1:41 PM
**To:** Rachel S. Black; Daniel Shih
**Subject:** Google Class Action: Motion for Protective Order

Rachel and Daniel,

Without my consent you scheduled the depositions of my clients, Messrs. Lyons and Thompson for August 5, 2009 in Birmingham, Alabama.  This is the second time you have tried to force their depositions without an agreed upon schedule.  I asked you to withdraw the subpoenas by the end of last week; you have not done so.  Please be advised that this afternoon I will be filing a Motion for Protective Order in the U.S. District Court, Northern District of California (San Jose Division).  A similar Motion to Quash is being filed this afternoon in the U.S. District Court for the Northern District of Alabama.  Messrs. Lyons and Thompson and I will not be appearing for their depositions on August 5, 2009.

Steve Miller