LESTER L. LEVY (Admitted *Pro Hac Vice*)
MICHELE FRIED RAPHAEL (Admitted *Pro Hac Vice*)
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093
E-Mail: llevy@wolfpopper.com
E-Mail: mraphael@wolfpopper.com

MARC M. SELTZER (54534)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
E-Mail: mseltzer@susmangodfrey.com

Attorneys for Plaintiffs
(See Signature Page for Additional
Plaintiffs' Counsel)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>GOOGLE, INC.,<br><br>                    Defendant. | Case No. C 05-03649 JW PVT<br><br>**DECLARATION OF DANIEL J. SHIH IN SUPPORT OF PLAINTIFFS' MOTION TO SHORTEN TIME FOR HEARING ON PLAINTIFFS' MOTION TO COMPEL OBJECTOR DEPOSITIONS**<br><br>Civil Local Rule 6-3 |

I, DANIEL J. SHIH, hereby declare and state as follows:

1.     I am an attorney at Susman Godfrey L.L.P., and counsel for plaintiffs CLRB Hanson Industries LLC d/b/a Industrial Printing and Howard Stern (collectively "Plaintiffs"), in the above-captioned action. I am a member in good standing with the bar of the State of

1

**DECLARATION OF DANIEL J. SHIH IN SUPPORT OF PLAINTIFFS' MOTION TO SHORTEN TIME FOR HEARING ON PLAINTIFFS' MOTION TO COMPEL OBJECTOR DEPOSITIONS**
Case No. C 05-03649 JW
959469v1/010480

Washington. I am over the age of eighteen, attest to the following matters from personal knowledge, and if called as a witness, could competently testify to the matters set forth herein.

2. Pursuant to Local Rule 6-3(a)(a), I state as follows: The Court gave preliminary approval to a settlement agreement between Plaintiffs, on behalf of themselves and the class, and defendant Google, Inc., on May 12, 2009. The settling parties are to file a motion for final approval of the settlement by August 24, 2009, and the settlement hearing is scheduled for September 14, 2009. Objectors to the settlement Randy R. Lyons, Chase Thompson, Etech Digital Playroom, Inc., and Universal Pro Audio, LLC, represented by attorney Steve A. Miller, have refused to attend and testify at duly noticed depositions absent a court order compelling their attendance. On August 4, 2009, Plaintiffs filed a Motion to Compel Objector Depositions, noting a hearing date of September 8, 2009, pursuant to Local Rule 7-2(a). (Docket No. 333.) Expedited hearing of this matter is necessary to secure an order in time to allow Objectors' depositions to be taken in advance of the settlement motion deadline and settlement hearing date set by the Court. A hearing on August 11, 2009, if accompanied by an order that the depositions take place within one week, would allow the depositions to be taken in time.

3. Pursuant to Local Rule 6-3(a)(2), I state as follows: On August 4, 2009, I emailed counsel for Google, Inc., Daralyn Durie, regarding this motion to shorten time. By reply email, she stated that Google did not object. On August 4, 2009, I emailed counsel for Objectors, Steve A. Miller, regarding this motion to shorten time. By reply email on August 5, 2009, Mr. Miller stated, "I will not stipulate to an August 11 hearing date."

4. Pursuant to Local Rule 6-3(a)(3), I state as follows: The substantial harm or prejudice that would occur if the Court did not change the time for hearing is that Plaintiffs would not have the opportunity to take Objectors' depositions prior to such time as they would be required to respond to any objections that Objectors may offer. The settling parties are entitled to

2

**DECLARATION OF DANIEL J. SHIH IN SUPPORT OF PLAINTIFFS' MOTION TO SHORTEN TIME FOR HEARING ON PLAINTIFFS' MOTION TO COMPEL OBJECTOR DEPOSITIONS**
Case No. C 05-03649 JW
959469v1/010480

depose Objectors to ascertain their reasons for objecting, the basis for their concerns, and to determine whether they actually are class members. This is especially important in light of Objectors' only filing in this case, which alleges in conclusory fashion that "the Proposed Settlement is not fair, adequate or reasonable" without stating any basis for such alleged actual unfairness, inadequacy, or unreasonableness, and also objects to "the requested attorneys' fees as being excessive" and "the requested representative fee as being excessive," again without stating any basis for such conclusions. This is additionally important in light of Objectors' failure to include in their filing certain identifying information that the Court mandated be part of any such filing, which information might have helped to establish whether Objectors are actually members of the class.

5. Pursuant to Local Rule 6-3(a)(4), I state as follows: The underlying dispute in the motion to which this motion to shorten time applies is whether a settling party may take depositions of Objectors to a class settlement for purposes of understanding Objectors' reasons and basis for objecting. Plaintiffs' position is that Plaintiffs are entitled to take such depositions. Plaintiffs have attempted to arrange such depositions by telephone calls and email correspondence with Objectors' attorney over the last three weeks, but Objectors have refused to attend duly noticed depositions. Objectors' position is that they will not attend any depositions unless the court orders them to do so.

6. Pursuant to Local Rule 6-3(a)(5), I state as follows: The previous time modifications in this case related to briefing deadlines for summary judgment motions filed by defendant Google, Inc. (Docket Nos. 72 and 79.)

7. Pursuant to Local Rule 6-3(a)(6), I state as follows: The requested time modification would not have an effect on the schedule for the case. Indeed, by granting the requested time modification, the Court would facilitate maintaining the current schedule by

3

**DECLARATION OF DANIEL J. SHIH IN SUPPORT OF PLAINTIFFS' MOTION TO SHORTEN TIME FOR HEARING ON PLAINTIFFS' MOTION TO COMPEL OBJECTOR DEPOSITIONS**
Case No. C 05-03649 JW
959469v1/010480

1 removing one reason why the settlement motion and hearing dates might need to be changed.

2 I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed this 5th day of August, 2009, at Seattle, Washington.

      /s/ Daniel J. Shih
      Daniel J. Shih

4

**DECLARATION OF DANIEL J. SHIH IN SUPPORT OF PLAINTIFFS' MOTION TO SHORTEN TIME FOR HEARING ON PLAINTIFFS' MOTION TO COMPEL OBJECTOR DEPOSITIONS**
Case No. C 05-03649 JW
959469v1/010480