**Alan Sherwood, Esq.**
**CA Bar No.118330**
**2356 Alum Rock Ave.**
**San Jose, CA 95116**
**PH: 408-929-3635**
**FX:510-903-1773**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLV d/b/a/ INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated | Case No. C 05-03649 JW PVT |
| Plaintiffs, | |
| vs. | |
| GOOGLE, INC., | |
| Defendant | |

### NOTICE OF SCRIVENER'S ERRORS

Objector Weiss & Associates, PC, by counsel, hereby gives notice of scrivener's errors on the face of Doc 329 "Preliminary Objectors to Proposed Settlement and Notice of Intent to Appear at Fairness Hearing", and says:

1. Objector Weiss is misnamed as Objector Matthew Weiss, on page 1, instead of Objector Weiss & Associates, PC.

-1-
NOTICE OF SCRIVENER'S ERRORS

2. Also on page 1, AdWords account number/customer ID number 338-806-2094 should be; AdWords account numbers/customer ID numbers 338-806-2094 and 586-629-8649.

          Respectfully submitted,

/s/ Alan J. Sherwood
Alan J. Sherwood, State Bar #118330
LAW OFFICE OF ALAN J. SHERWOOD
1300 Clay Street, Suite 600
Oakland, CA 93612
Telephone: 510-409-6199
Facsimile: 510-903-1773

**PROOF OF SERVICE**

STATE OF FLORIDA, COUNTY OF ALACHUA

    I am employed in the County of Alachua, State of Florida; my business address is 115 NE 6th Avenue, Gainesville, FL 32601. I am over the age of 18 and not a party to the within action. On this 6th day of August, 2009, I served the following document on all parties by electronic filing by providing the document listed above electronically through the Court's electronic filing service provider pursuant to the instructions on that website.

    As required, a copy, marked "Chambers Copy", has been provided to the Clerk of the Court by Federal Express Overnight Delivery this 6th day of 2009 for Judge James Ware.

    I declare under penalty of perjury under the laws of the United States that the above is true and correct.

    Executed on this 6th day of August, 2009, at Gainesville, Florida.

                                         /s/ Janet K. Wood
                                         Janet K. Wood

NOTICE OF SCRIVENER'S ERRORS