1

2  Steve A. Miller (CA Bar No. 171815)
   Steve A. Miller, PC
3  1625 Larimer Street, No. 2905
   Denver, CO 80202
4  Ph# 303-892-9933
   Fax: 303-892-8925
5

6  Attorney for Objectors

7

8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
                         SAN JOSE DIVISION
10

11

12 | IN RE: | CASE NO: C 05-03649 JW PVT |
|---|---|
13 | CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING,  and HOWARD STERN, on behalf of themselves and all others similarly situated, | OPPOSITION TO PROPOSED AUGUST 11, 2009 HEARING RE: MOTION TO COMPEL OBJECTOR TESTIMONY |
14 | | |
15 | | |
16 | Plaintiffs, | |
17 | v. | |
   | GOOGLE, INC. | |
18 | | |
19 | Defendant. | |

20

21         On Friday, August 7, 2009, the undersigned counsel called Magistrate Judge Trumbull's

22

23 docket clerk to advise that the undersigned's paralegal had discovered Plaintiffs' Notice of

24 Motion and Motion to Compel Objector Depositions [333] and Plaintiffs' Motion to Shorten

25 Time for Hearing on Plaintiffs' Motion to Compel Objector Depositions [334] as a result of a

26 PACER search.  Magistrate Trumbull's docket clerk reported that it had been noted that the

27

28

Dockets.Justia.com

undersigned counsel had not received service and referred the undersigned counsel to Magistrate Trumbull's law clerk who advised that the undersigned should submit a filing Monday morning, August 10, 2009 regarding the failure of service of documents 333 and 334.

This morning, August 10, 2009, the undersigned counsel's office received documents 333 and 334 via regular U.S. mail. As a result of the failure of service until this morning, the undersigned counsel objects to a hearing on this matter being scheduled tomorrow, August 11, 2009. The undersigned counsel believes there is compelling legal authority in this District to prohibit unnamed class member depositions and wants a full and fair opportunity to oppose Plaintiff counsel's oppressive attempt at depositions before the September 14, 2009 Fairness Hearing. See Local Rule 6-3(c).

Respectfully submitted,

/s/Steve Miller
Steve A. Miller (CA Bar No. 171815)
Steve A. Miller, PC
1625 Larimer Street, No. 2905
Denver, CO 80202
Ph# 303-892-9933
Fax: 303-892-8925
Email: sampc01@gmail.com

1

## CERTIFICATE OF SERVICE

2

3
I hereby certify that on the 10th day of August, 2009, I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF which will send notification of such filing to the following:

4

5
Plaintiff's Counsel:
Lester L. Levy

6
Wolf Popper, LLP
845 Third Avenue

7
New York, NY 10022

8
Rachel S. Black
Daniel Shih

9
Susman Godfrey, LLP

10
1201 Third Avenue, Suite 3800
Seattle, WA 98101

11

12
Google Counsel:
Daralyn Durie
Durie Tangri Lemley Roberts & Kent

13
332 Pine Street, Suite 200
San Francisco, CA 94104

14
                                                    /s/Steve A. Miller

15
                                                    Steve A. Miller

16

17

18

19

20

21

22

23

24

25

26

27

28