LESTER L. LEVY (Admitted *Pro Hac Vice*)
MICHELE FRIED RAPHAEL (Admitted *Pro Hac Vice*)
WOLF POPPER LLP
845 Third Avenue
New York, NY  10022
Telephone:  (212) 759-4600
Facsimile:  (212) 486-2093
E-Mail:  llevy@wolfpopper.com
E-Mail:  mraphael@wolfpopper.com

MARC M. SELTZER (54534)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067-6029
Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150
E-Mail:  mseltzer@susmangodfrey.com

Attorneys for Plaintiffs
(See Signature Page for Additional
Plaintiffs' Counsel)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>GOOGLE, INC.,<br><br>　　　　　　　Defendant. | Case No. C 05-03649 JW PVT<br><br>**PLAINTIFFS' REPLY TO OPPOSITION TO PLAINTIFFS' MOTION TO SHORTEN TIME FOR HEARING ON PLAINTIFFS' MOTION TO COMPEL OBJECTOR DEPOSITIONS**<br><br>Civil Local Rule 6-3 |

1

**PLAINTIFFS' REPLY TO OPPOSITION TO PLAINTIFF'S MOTION TO SHORTEN TIME FOR HEARING ON PLAINTIFFS' MOTION TO COMPEL OBJECTOR DEPOSITIONS**
Case No. C 05-03649 JW
962713v1/010480

Dockets.Justia.com

Plaintiffs respectfully file this reply in support of their *Motion to Shorten Time for Hearing on Plaintiffs' Motion to Compel Objector Depositions* (Docket No. 334), requesting that the Court allow a hearing on *Plaintiff's Motion to Compel Objector Testimony* (Docket No. 333) on August 11, 2009. In the opposition filed this morning (Docket No. 336), Mr. Miller incorrectly claims a failure of service. On August 5, 2009, Plaintiffs served Mr. Miller **via email** and via first class mail with a copy of both motions. *See* Ex. A.

Mr. Miller sets forth no additional reasons why *Plaintiffs' Motion to Compel Objector Depositions* should not be heard, as requested, on August 11. Because Mr. Miller was duly notified of both that motion and the motion to shorten time, and has had adequate time to prepare a response, *Plaintiffs' Motion to Shorten Time for Hearing on Plaintiffs' Motion to Compel Objector Depositions* should be granted.[1]

Dated: August 10, 2009.   Respectfully submitted,

LESTER L. LEVY (Admitted *Pro Hac Vice*)
MICHELE FRIED RAPHAEL (Admitted *Pro Hac Vice*)
WOLF POPPER LLP

MARC M. SELTZER
SUSMAN GODFREY L.L.P.

STEPHEN D. SUSMAN (Admitted *Pro Hac Vice)*
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
E-Mail: ssusman@susmangodfrey.com

RACHEL S. BLACK (Admitted *Pro Hac Vice)*

---

[1] Plaintiffs respectfully point out that, notwithstanding Miller's unsupported mischaracterizations, there is nothing "oppressive" about Plaintiffs' desire to take depositions of supposed objectors in advance of the Settlement Hearing. As set forth in *Plaintiffs' Motion to Compel Objector Depositions*, Plaintiffs are well within the bounds of propriety in seeking to take depositions of objectors to determine their reasons for objecting and whether they have standing to do so. Indeed, Plaintiffs note that they recently deposed objector Matthew Weiss, who unlike Miller's clients did not refuse to attend his deposition.

2
**PLAINTIFFS' REPLY TO OPPOSITION TO PLAINTIFF'S MOTION TO SHORTEN TIME FOR HEARING ON PLAINTIFFS' MOTION TO COMPEL OBJECTOR DEPOSITIONS**
Case No. C 05-03649 JW
962713v1/010480

| | |
|---|---|
| 1 | DANIEL J. SHIH (Admitted *Pro Hac Vice*) |
| | SUSMAN GODFREY L.L.P. |
| 2 | 1201 Third Avenue, Suite 3800 |
| | Seattle, WA  98101 |
| 3 | Telephone:  (206) 516-3880 |
| | Facsimile:  (206) 516-3883 |
| 4 | E-Mail:  rblack@susmangodfrey.com |
| | E-Mail:  dshih@susmangodfrey.com |
| 5 | |
| | WILLIAM M. AUDET (117456) |
| 6 | AUDET & PARTNERS, LLP |
| | 221 Main Street, Suite 1460 |
| 7 | San Francisco, CA  94105-1938 |
| | Telephone:  (415) 568-2555 |
| 8 | Facsimile:  (415) 568-2556 |
| | E-Mail:  waudet@audetlaw.com |
| 9 | |
| 10 | By  /s/ Daniel J. Shih |
| | Daniel J. Shih |
| 11 | |
| | Attorneys for Plaintiffs |

**PLAINTIFFS' REPLY TO OPPOSITION TO PLAINTIFF'S MOTION TO SHORTEN TIME FOR HEARING ON PLAINTIFFS' MOTION TO COMPEL OBJECTOR DEPOSITIONS**
Case No. C 05-03649 JW
962713v1/010480

## CERTIFICATE OF SERVICE

I hereby certify that, on the date written above, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The Court or the CM/ECF system will send notification of such filings to all CM/ECF participants.

I further certify that a true and correct copy of this document was sent via U.S. first-class mail, postage pre-paid, to all non-CM/ECF participants.

                                         /s/ Daniel J. Shih
                                         Daniel J. Shih

**PLAINTIFFS' REPLY TO OPPOSITION TO PLAINTIFF'S MOTION TO SHORTEN TIME FOR HEARING ON PLAINTIFFS' MOTION TO COMPEL OBJECTOR DEPOSITIONS**
Case No. C 05-03649 JW
962713v1/010480

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SHORTEN TIME FOR HEARING ON PLAINTIFFS' MOTION TO COMPEL OBJECTOR DEPOSITIONS**
Case No. C 05-03649 JW
962713v1/010480