# EXHIBIT A

Dockets.Justia.com

| Name/Company | Class Member | GilardiClassID | Notes | Date Reiceived |
|---|---|---|---|---|
| Joy A. Reed | YES | GGLE117638763 | No Account Number; No Dates | On or Before July 14, 2009 |
| Greg Smith c/o Cheri P. Smith<br>Melvin-Smith Learning Center of Sacramento | YES | GGLE119577192 | No Account Number; No Dates | On or Before July 14, 2009 |
| Etsuko Hasegawa | YES | GGLE110947965 | No Account Number; No Dates | On or Before July 14, 2009 |
| Guidance Helicopters | YES | GGLE118020348<br>GGLE120333781 | | On or Before July 14, 2009 |
| Mike Hazard | YES | GGLE115079988 | No Account Number | On or Before July 14, 2009 |
| MarketPlace Innovations, LLC<br>Philip E. Landau | YES | GGLE120622708 | | On or Before July 14, 2009 |
| Clinical Trials & Surveys Group (C-TASC)<br>Bruce W. Thompson, Chairman | PROBABLE MATCH | GGLE115403270 | No Account Number; No Dates | On or Before July 14, 2009 |
| Icksoo Shin | MATCHING EMAIL ADDRESS | GGLE119951744 | No Account Number; No Dates | On or Before July 14, 2009 |
| Margaryta Savytska | YES | GGLE115481360 | No Account Number; No Dates | On or Before July 14, 2009 |
| Beauty Queen Management<br>Juel Daisi Pollard | YES | GGLE114033100 | No Account Number; No Dates | On or Before July 14, 2009 |
| www.GIDogTags4u.com<br>Hiller Engraving | YES | GGLE117185297 | No Account Number; No Dates | On or Before July 14, 2009 |
| Brook Advertising & Public Relations<br>Cindy Tannewitz | YES | GGLE115931374 | | On or Before July 14, 2009 |
| W.N.McKenna, Ltd dba Gaswatch.info<br>C. Robert Murray, Jr. | YES | GGLE111548207 | | On or Before July 14, 2009 |
| Ronald Strickland | PROBABLE MATCH | GGLE121190631 | | On or Before July 14, 2009 |

| Name/Company | Class Member | GilardiClassID | Notes | Date Received |
|---|---|---|---|---|
| Engineering Systems Technology, Inc<br>Henry Borja | YES | GGLE120661487 | | On or Before July 14, 2009 |
| Kauffman's Fruit Farm and Market<br>Lonnie Kauffman | YES | GGLE115706702 | | On or Before July 14, 2009 |
| Gregg Matshushima | YES | GGLE113002198 | | On or Before July 14, 2009 |
| Lloyd Standish | YES | GGLE118587496 | | On or Before July 14, 2009 |
| Lump Sum Solutions<br>Diane Bennett | YES | GGLE116191595 | | On or Before July 14, 2009 |
| Joe Hayes | YES | GGLE117213592 | | On or Before July 14, 2009 |
| Oneupweb<br>Lisa Wehr | YES | GGLE110720898 | | On or Before July 14, 2009 |
| Tom's Incense<br>Tom L Newlin | YES | GGLE117303214 | No Account Number; No Dates | On or Before July 14, 2009 |
| Aubri Webb | YES | GGLE110949240 | | On or Before July 14, 2009 |
| Salim Ibrahim | YES | GGLE113086405 | | On or Before July 14, 2009 |
| The David Law Firm<br>Jonathan David<br>S. Bradley Cooper | YES | GGLE111096500 | | On or Before July 14, 2009 |
| Lee Bieker | YES | GGLE118934706 | No Account Number, No Dates | On or Before July 14, 2009 |
| Dolores Sweney | YES | GGLE121468648 | No Account Number, No Dates, Claims Accout was Fraudulent | On or Before July 14, 2009 |
| Dennis Aaberg | YES | GGLE120607954 | No Email Address | On or Before July 14, 2009 |

| Name/Company | Class Member | GilardiClassID | Notes | Date Reiceived |
|---|---|---|---|---|
| Chronometry Company International<br>Chronometry Astronautics<br>Advanced Robotic Systems<br>Genebank High Security Genetics<br>Richard Ward Custer | YES | GGLE113040103 | | On or Before July 14, 2009 |
| MLI Network LLC<br>Robert Baker | YES | GGLE119364350 | | On or Before July 14, 2009 |
| International Adoption Center<br>Ann Wrixon<br>Ryan Schwab | YES | GGLE113574159<br>GGLE118882501<br>GGLE119973993 | | On or Before July 14, 2009 |
| Loysen + Kreuthmeier<br>Karen Loysen<br>Peter Kreuthmeier | YES | GGLE115334929 | No Account Number, No Dates, Claims Accout was Fraudulent | On or Before July 14, 2009 |
| MEG Financial<br>Michael Gray Jr. | YES | GGLE117448484 | | On or Before July 14, 2009 |
| Garret Bockhorst | YES | GGLE119792654 | | On or Before July 14, 2009 |
| International Food And Wine Consultants Inc<br>Mary Beth Clark | YES | GGLE121030375 | | On or Before July 14, 2009 |
| Bien C Hernandez Jr | YES | GGLE119908288 | No Account Number | On or Before July 14, 2009 |
| Shepler<br>Billy Hopkins | YES | GGLE117833949 | | On or Before July 14, 2009 |
| Roy Huft | YES | GGLE113080563 | Printed Email. No Signature | On or Before July 14, 2009 |
| Clover Sites, Inc<br>James Elliston<br>Benjamin Rugg | YES | GGLE116073835 | | On or Before July 14, 2009 |

| Name/Company | Class Member | GilardiClassID | Notes | Date Reiceived |
|---|---|---|---|---|
| AJ Riggins Search Group<br>Bernard B Long | YES | GGLE110047948 | No Account Number, No Dates, No Email Address | On or Before July 14, 2009 |
| Family Products, LLC<br>Jim Bilen | YES | GGLE114376342 | | On or Before July 14, 2009 |
| Michael O'Connell | YES | GGLE114330261 | | On or Before July 14, 2009 |
| Debra Cooley | YES | GGLE115050947 | | On or Before July 14, 2009 |
| Juanita Crispens | YES | GGLE111065788 | No Account Number, No Dates, Claims Account was Fraudulent | On or Before July 14, 2009 |
| Jill M. Anderson | YES | GGLE116962702 | | On or Before July 14, 2009 |
| Federal Tax Resolution LLC<br>Douglas Myser | YES | GGLE118304508 | | On or Before July 14, 2009 |
| Ascentive LLC<br>Adam Schran | YES | MULTIPLE | Appears to be Third Party Account Holder | On or Before July 14, 2009 |
| Burgess Sprint Inc dba Excal<br>Michael King | YES | GGLE119780281 | No Account Number | On or Before July 14, 2009 |
| eSurmountable LLC<br>Lonny Meinecke | YES | GGLE118439039 | | On or Before Suly 14, 2009 |
| CF Dominicana Cigars, Inc<br>Dennis Briganti | YES | GGLE120052723 | | On or Before July 14, 2009 |
| Cameron Barholomew Gaston Jr. | YES | GGLE110587535 | | On or Before July 14, 2009 |
| Gifts of Encouragement, Inc.<br>Marnie Swedberg | YES | GGLE113791184 | No Account Number | On or Before July 14, 2009 |
| Ruth Kelsen | YES | GGLE112330337 | No Account Number, No Dates, Claims Account was Fraudulent | On or Before July 14, 2009 |

| Name/Company | Class Member | GilardiClassID | Notes | Date Reiceived |
|---|---|---|---|---|
| Brandon Pulido | YES | GGLE115466914 | No Account Number, No Dates. Sent by fax. | On or Before July 14, 2009 |
| Assistech Special Needs<br>Oliver Simoes | YES | GGLE119979690 | No Account Number, No Dates, No Email Address<br>Sent by fax. | On or Before July 14, 2009 |
| Cliptomania<br>James R. Santo | YES | GGLE119767595 | No Account Number, No Dates | On or Before July 14, 2009 |
| Michael Rocco | YES | GGLE113659138 | No Dates | On or Before July 14, 2009 |
| Metzler / Payden<br>Vlad Milev<br>Edward Garlock, Esq. | YES | GGLE119591446 | No Account Number | On or Before July 14, 2009 |
| Savin Kent | YES | GGLE110334343 | No Account Number, No Dates | On or Before July 14, 2009 |
| Lawrence W. Brooks | YES | GGLE114097354 | No Account Number. No Dates.<br>Identifies himself as a reseller. | On or Before July 14, 2009 |
| Wildcat Technology Solutions<br>Joseph Messina | YES | GGLE1-1031020-7 | No Account Number, No Dates<br>Multiple Emails. One Active. | On or Before July 14, 2009 |
| Orsus<br>E Stewart Ashford | YES | GGLE116938240 | Received July 15, 2009 | July 15, 2009 |
| Orcas Hotel<br>Larua Tidwell | YES | GGLE116590490<br>GGLE119094507 | No Account Number, No Dates. Sent by fax.<br>Received July 15, 2009 | July 15, 2009 |
| Glenda Bartolome | YES | GGLE1-1746506-0 | ID# 687-255-0388, No Dates<br>Received July 16, 2009 | July 16, 2009 |

| Name/Company | Class Member | GilardiClassID | Notes | Date Reiceived |
|---|---|---|---|---|
| HostRocket.com<br>John Reyes<br>Brendan Brader | YES | | 11 Account Numbers with Dates<br>Received July 16, 2009 | July 16, 2009 |
| Brittany Smuts | YES | GGLE1-1263678-9 | No Account Number, No Dates<br>Received July 20, 2009 | July 20, 2009 |

**Total Received by Mail as of July 14, 2009: 61**
**Total Received by Mail: 66**

**EXCLUSIONS SENT VIA EMAIL**

| Name/Company | Class Member | GilardiClassID | Notes | Received |
|---|---|---|---|---|
| sh@bedgetac.com<br>Shane | There is a matching Email Address | GGLE112527386 | Sent via email. No Account Number, No Dates, No Signature | June 11, 2009 |
| Kemper Brothers Holding<br>Oliver Kemper | YES | GGLE115825876 | Sent via email. No Account Number, No Dates, No Signature | June 17, 2009 |
| Tim Alexander | Unable to verify | Multiple Names w/No Address | Sent via email. No Account Number, No Dates, No Signature | June 17, 2009 |
| Robert Porterfield | YES | GGLE1-1800657-4 | Sent via email. No Account Number, No Dates, No Signature | June 27, 2009 |
| Cathy Clark | Unable to verify | | Sent via email. No Account Number, No Dates, No Signature Claims Account was Fradulent | June 30, 2009 |
| Rosemary Jones | YES | GGLE1-1070865-0 | Sent via email. No Account Number, No Dates, No Signature | June 30, 2009 |
| Shelley Hernandez | YES | GGLE1-1809322-1 | Sent via email. No Account Number, No Dates, No Signature | July 3, 2009 |
| Brandon Pulido | YES | GGLE1-1546691-4 | Sent via email. No Account Number, No Dates, No Signature | June 30, 2009 |
| Mikalai Christiakou | YES | GGLE1-1312466-8 | Sent via email. No Account Number, No Dates, No Signature | June 27, 2009 |
| Steven P. Hurtado | YES | GGLE1-2117760-0 | Sent via email. No Account Number, No Dates, No Signature | July 11, 2009 |
| Laura Tidwell<br>Orcas Hotel | YES | GGLE1-1659049-0<br>GGLE1-1909450-7 | Sent via email. No Account Number, No Dates, No Signature | July 14, 2009 |
| adwords.google@rchv.com | Email Match - Kelly Chien | GGLE1-1519599-6 | Sent via email. No Account Number, No Dates, No Signature | June 16, 2009 |
| John Romanoff | Unable to Verify | | Sent via email. No Account Number, No Dates, No Signature | July 2, 2009 |
| Vicki Lowe | YES | GGLE1-1821285-9 | Sent via email. No Account Number, No Dates, No Signature | July 7, 2009 |
| Simon Sullivan | YES | GGLE1-1212193-2 | Sent via email. No Account Number, No Dates, No Signature | July 22, 2009 |

**Total Timely Requests Sent Via Email: 14**
**Total Late Requests Sent Via Email: 1**