# EXHIBIT B

Billed and Unbilled Time & Fee Summary - 1010480 (CLRB Hanson Industries v. Google) Page 1
Case5:05-cv-03649-JW   Document342-2   Filed08/24/09   Page2 of 2
Client:08752 - CLRB Hanson Industries LLC   8/24/2009 2:45:00 PM

| Initials | Timekeeper | Rate | Hours | Percent | Fees | Percent | Cost |
|---|---|---|---|---|---|---|---|
| 1000 | Stephen D. Susman | 1,100.00 | 103.00 | 6.44 | 113,300.00 | 15.05 | 4,191.40 |
| 1040 | Marc M. Seltzer | 850.00 | 199.63 | 12.48 | 169,685.50 | 22.53 | 17,141.80 |
| 2807 | Rachel S. Black | 450.00 | 651.30 | 40.71 | 293,085.00 | 38.92 | 7,518.14 |
| 3315 | Arun Subramanian | 301.15 | 32.75 | 2.05 | 9,862.50 | 1.31 | 0.00 |
| 3613 | Daniel J. Shih | 325.00 | 238.50 | 14.91 | 77,512.50 | 10.29 | 0.00 |
| 5280 | Jack W. West | 250.00 | 206.60 | 12.91 | 51,650.00 | 6.86 | 0.00 |
| 7854 | Frank Arevalo | 89.46 | 18.50 | 1.16 | 1,655.00 | 0.22 | 0.00 |
| 7858 | Dennis Sobczak | 248.07 | 144.80 | 9.05 | 35,920.00 | 4.77 | 0.00 |
| 7866 | Justin Dunnicliff | 80.00 | 0.80 | 0.05 | 64.00 | 0.01 | 0.00 |
| 7869 | Mary Christie | 80.00 | 4.00 | 0.25 | 320.00 | 0.04 | 0.00 |
| 8920 | Firm Administration | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18.72 |
|  |  |  |  |  |  |  |  |
|  | GRAND TOTAL  WORK: |  | 1,599.88 |  | 753,054.50 |  | 28,870.06 |
|  | GRAND TOTAL  BILL: | 470.69 | 1,599.88 | 100.00 | 753,054.50 | 100.00 | 28,870.06 |