# EXHIBIT B

Dockets.Justia.com

# Mailing Information for a Case 1:00-cv-04729

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com

- **Joy Ann Bull**
  joyb@csgrr.com

- **Michael A. Caddell**
  mac@caddellchapman.com

- **Stefan R. Dandelles**
  stefan.dandelles@wilsonelser.com

- **Peter J. Donoghue**
  peter.donoghue@dlapiper.com

- **Thomas Arthur Doyle**
  tadoyle@saundersdoyle.com

- **Daniel A. Edelman**
  courtecl@edcombs.com,dedelman@edcombs.com

- **Paula Davis Friedman**
  paula.friedman@dlapiper.com

- **Oren S. Giskan**
  ogiskan@gslawny.com

- **Francis Richard Greene**
  fgreene@edcombs.com,courtecl@edcombs.com

- **David M. Holmes**
  Dave.Holmes@wilsonelser.com,Sheri.Lawrence@wilsonelser.com

- **Roger L. Longtin**
  roger.longtin@dlapiper.com

- **Michael C. O'Neil**
  michael.oneil@dlapiper.com

- **Elayna Tau Pham**
  epham@jenner.com

Case5:05-cv-03649-JW    Document343-2    Filed08/24/09    Page3 of 5

CM/ECF LIVE, Ver 3.2.2 - U.S. District Court, Northern Illinois          Page 2 of 3
Case 1:00-cv-04729    Document 560-2    Filed 01/20/2009    Page 8 of 10

- Richard J. Prendergast
  jharms@rjpltd.com,rlavko@rjpltd.com

- Terry Rose Saunders
  trsaunders@saundersdoyle.com

- David J. Scriven-Young
  dscriven-young@mwe.com,msheridan@mwe.com

- Amy L Stewart
  astewart@roselawfirm.com,jgardner@roselawfirm.com,mgoldman@roselawfirm.com

- Mitchell A. Toups
  matoups@wgttlaw.com

- Dawn Adams Wheelahan
  dwheelahan@aol.com

- James Donehoo Wilson
  jwilson@shefskylaw.com,sfdocket@shefskylaw.com

- Craig H. Zimmerman
  czimmerman@mwe.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jon W Borderud
Law Offices of Jon W. Borderud
11620 Wilshire Boulevard
Suite 400
Los Angeles, CA 90025

Brian P. Brooks
O'Melveny & Myers
1625 Eye Street N.W.
Washington, DC 20006-4001

Alan S. Kopit
Hahn, Loeser & Parks
200 Public Square
3300 BP America Building
Cleveland, OH 44114-2301

Mark C Laughlin
Fraser Stryker Vaughn Meusey Olson Boyer & Bloch, P.C.
409 South 17th Street
500
Omaha, NE 68102

Liaison Counsel
```

Alan M Mansfield
Lerach Coughlin Stoia Geller Rudman & Robbins
655 West Broadway
Suite 1900
San Diego, CA 92101

Vashon McIntyre
1562 Vyse Avenue
Bsmt Apt.
Bronx, NY 10460

Eric I. Niehaus
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

John J Pentz
Class Action Fairness Group
2 Clock Tower Place
Suite 260G
Maynard, MA 01754

Matthew Righetti
Righetti & Wynne
456 Montgomery Street
Suite 1400
San Francisco, CA 94104

Robert B Roden
Shelby & Cartee, LLC
2956 Rhodes Circle
Birmingham, AL 35205

**MANUAL SERVICE LIST**

**Objectors**

N. Albert Bacharach, Jr.
N. ALBERT BACHARACH, JR., P.A.
115 Northeast 6th Avenue
Gainesville, FL 32601
*(Counsel for Objector Julius Dunmore)*

Edward W. Cochran
20030 Marchmont Road
Shaker Heights, OH 44122
edwardcochran@adelphia.net
*(Counsel for Objector Robert Falkner)*

Henrietta De Leon
7918 Wolf Drive
Corpus Christi, TX 78414

Francis J. Menton, Jr.
391 Bleecker Street
New York, NY 10014

Steve A. Miller
1625 Larimer Street, No. 2905
Denver, CO 80202
*(Counsel for Objector Christi M. Copeland)*

John J. Pentz
CLASS ACTION FAIRNESS GROUP
2 Clock Tower Place, Suite 260G
Maynard, MA 01754
clasaxn@earthlink.net
*(Counsel for Objector David T. Murray)*

Paul S. Rothstein
626 Northeast 1st Street
Gainesville, FL 32601
*(Counsel for Objector Devern Wilson)*

Daniel J. Popeo
Paul D. Kamenar
WASHINGTON LEGAL FOUNDATION
2009 Washington Avenue, N.W.
Washington, DC 20036
*(Counsel for Objector Glenn L. Lammi)*

Jeff Weinstein
WEINSTEIN LAW FIRM
518 East Tyler Street
Athens, TX 75751
jeff@LonghornLawyer.com

Charles B. Zuravian
7111 Park Heights Avenue, Suite 509
Baltimore, MD 21215
*(Counsel for Objectors Michael and Babette Rinis)*