# EXHIBIT C

Case 08-3566 -04728 Document 189296 Filed 07/30/2009 Page 1 of 1

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

July 31, 2009

| | |
|---|---|
| IN RE:<br>    TRANS UNION CORPORATION<br>    PRIVACY LITIGATION | ] Appeals from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division. |
| CYNTHIA ALBERT, et al.,<br>    Plaintiffs-Appellees, | ]<br>] No. 1:00-cv-04729<br>] |
| Nos. 08-3566, 08-3599, 08-3638<br>    and 08-3640                    v. | ] Robert W. Gettleman, Judge.<br>]<br>] |
| TRANS UNION, LLC, et al.,<br>    Defendants-Appellees. | ]<br>]<br>] |
| APPEALS OF:<br>    D.J. POWERS, JEFFREY L.<br>    WEINSTEIN, CHRISTIE M.<br>    COPLAND, HENRIETTA DE LEON,<br>    JULIUS DUNMORE, et al. | ]<br>]<br>]<br>]<br>] |

Upon consideration of the MOTION TO DISMISS, filed on July 30, 2009, by counsel for the appellants.

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).



CERTIFIED COPY
A True Copy:
Teste:
_____ Deputy
Clerk of the United States
Court of Appeals for the
Seventh Circuit

form name: c7_FinalOrderWMandate (form ID: 137)