# EXHIBIT E

Dockets.Justia.com

**WOLF POPPER LLP**

GOOGLE INC. TIME REPORT
Inception through August 18, 2009

| NAME | STATUS | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Lester L. Levy | Attorney | 1,043.80 | $750 | $782,850.00 |
| Patricia I. Avery | Attorney | 84.50 | 695 | 58,727.50 |
| Chet B. Waldman | Attorney | 10.60 | 695 | 7,367.00 |
| Michele F. Raphael | Attorney | 1,825.00 | 645 | 1,177,125.00 |
| Michael A. Schwartz | Attorney | 27.50 | 620 | 17,050.00 |
| Emily Madoff | Attorney | 659.80 | 545 | 359,591.00 |
| James Kelly-Kowlowitz | Attorney | 805.60 | 485 | 390,716.00 |
| Elizabeth E. Robinson | Attorney | 49.50 | 485 | 24,007.50 |
| Natalie M. Mackiel | Attorney | 11.30 | 485 | 5,480.50 |
| Danielle Disporto | Attorney | 53.00 | 465 | 24,645.00 |
| Robert S. Plosky | Attorney | 67.20 | 445 | 29,904.00 |
| Renee L. Karalian | Attorney | 91.70 | 405 | 37,138.50 |
| Frank Driscoll | Case Investigator | 123.50 | 465 | 57,427.50 |
| Anthony Cichocki | Financial Analyst | 3.60 | 345 | 1,242.00 |
| Marc Grobler | Financial Analyst | 4.00 | 345 | 1,380.00 |
| Shirley Joseph | Paralegal | 215.60 | 295 | 63,602.00 |
| Christopher Dunleavy | Paralegal | 80.80 | 295 | 23,836.00 |
| Sandra Vidal Ginsberg | Paralegal | 54.40 | 285 | 15,504.00 |
| Alberto Rivera | Paralegal | 151.00 | 285 | 43,035.00 |
| Adam Halper | Paralegal | 37.50 | 285 | 10,687.50 |
| Corrine Lin | Paralegal | 113.50 | 265 | 30,077.50 |
| Alexander Rand | Paralegal | 12.50 | 265 | 3,312.50 |
| Kalenna Lee | Paralegal | 11.50 | 265 | 3,047.50 |
| Michele Perlin | Paralegal | 0.50 | 265 | 132.50 |
| Emily DeMuro | Paralegal | 137.80 | 245 | 33,761.00 |
| Sara Snyder | Paralegal | 48.50 | 245 | 11,882.50 |
| Shannon McKinley | Paralegal | 0.50 | 220 | 110.00 |
| TOTAL | | 5,724.70 | | $3,213,639.50 |

Doc. 149226