# EXHIBIT F

## Wolf Popper LLP Expenses

CLRB Hanson, etc. v. Google

| | |
|---|---:|
| Computer Research (West Group, Lexis,etc) | $ 42,264.03 |
| Travel* | 38,392.95 |
| Photocopies | 21,870.36 |
| JAMS | 5,236.40 |
| Fedex | 2,177.96 |
| Court Reporters | 1,809.65 |
| L.D. Telephone | 1,781.50 |
| Fax | 1,495.00 |
| PR Newswire | 680.00 |
| Clerk USDC | 420.00 |
| Document retrieval | 395.15 |
| Overtime | 282.75 |
| Subpoena Fees | 68.50 |
| Postage | 55.25 |
| Total | $116,929.50 |

*Includes expenses to attend Hearing on 9/14/09