# EXHIBIT C

Dockets.Justia.com

| Name/Company | Class Member | GilardiClassID | Notes | Date Reiceived |
|---|---|---|---|---|
| Joy A. Reed | YES | GGLE117638763 | No Account Number; No Dates | On or Before July 14, 2009 |
| Greg Smith c/o Cheri P. Smith<br>Melvin-Smith Learning Center of Sacramento | YES | GGLE119577192 | No Account Number; No Dates | On or Before July 14, 2009 |
| Etsuko Hasegawa | YES | GGLE110947965 | No Account Number; No Dates | On or Before July 14, 2009 |
| Guidance Helicopters | YES | GGLE118020348<br>GGLE120333781 | | On or Before July 14, 2009 |
| Mike Hazard | YES | GGLE115079988 | No Account Number | On or Before July 14, 2009 |
| MarketPlace Innovations, LLC<br>Philip E. Landau | YES | GGLE120622708 | | On or Before July 14, 2009 |
| Clinical Trials & Surveys Group (C-TASC)<br>Bruce W. Thompson, Chairman | PROBABLE MATCH | GGLE115403270 | No Account Number; No Dates | On or Before July 14, 2009 |
| Icksoo Shin | MATCHING EMAIL ADDRESS | GGLE119951744 | No Account Number; No Dates | On or Before July 14, 2009 |
| Margaryta Savytska | YES | GGLE115481360 | No Account Number; No Dates | On or Before July 14, 2009 |
| Beauty Queen Management<br>Juel Daisi Pollard | YES | GGLE114033100 | No Account Number; No Dates | On or Before July 14, 2009 |
| www.GIDogTags4u.com<br>Hiller Engraving | YES | GGLE117185297 | No Account Number; No Dates | On or Before July 14, 2009 |
| Brook Advertising & Public Relations<br>Cindy Tannewitz | YES | GGLE115931374 | | On or Before July 14, 2009 |
| W.N.McKenna, Ltd dba Gaswatch.info<br>C. Robert Murray, Jr. | YES | GGLE111548207 | | On or Before July 14, 2009 |
| Ronald Strickland | PROBABLE MATCH | GGLE121190631 | | On or Before July 14, 2009 |

| Name/Company | Class Member | GilardiClassID | Notes | Date Reiceived |
|---|---|---|---|---|
| Engineering Systems Technology, Inc<br>Henry Borja | YES | GGLE120661487 | | On or Before July 14, 2009 |
| Kauffman's Fruit Farm and Market<br>Lonnie Kauffman | YES | GGLE115706702 | | On or Before July 14, 2009 |
| Gregg Matshushima | YES | GGLE113002198 | | On or Before July 14, 2009 |
| Lloyd Standish | YES | GGLE118587496 | | On or Before July 14, 2009 |
| Lump Sum Solutions<br>Diane Bennett | YES | GGLE116191595 | | On or Before July 14, 2009 |
| Joe Hayes | YES | GGLE117213592 | | On or Before July 14, 2009 |
| Oneupweb<br>Lisa Wehr | YES | GGLE110720898 | | On or Before July 14, 2009 |
| Tom's Incense<br>Tom L Newlin | YES | GGLE117303214 | No Account Number; No Dates | On or Before July 14, 2009 |
| Aubri Webb | YES | GGLE110949240 | | On or Before July 14, 2009 |
| Salim Ibrahim | YES | GGLE113086405 | | On or Before July 14, 2009 |
| The David Law Firm<br>Jonathan David<br>S. Bradley Cooper | YES | GGLE111096500 | | On or Before July 14, 2009 |
| Lee Bieker | YES | GGLE118934706 | No Account Number, No Dates | On or Before July 14, 2009 |
| Dolores Sweney | YES | GGLE121468648 | No Account Number, No Dates, Claims Accout was Fraudulent | On or Before July 14, 2009 |
| Dennis Aaberg | YES | GGLE120607954 | No Email Address | On or Before July 14, 2009 |

| Name/Company | Class Member | GilardiClassID | Notes | Date Reicieved |
|---|---|---|---|---|
| Chronometry Company International<br>Chronometry Astronautics<br>Advanced Robotic Systems<br>Genebank High Security Genetics<br>Richard Ward Custer | YES | GGLE113040103 | | On or Before July 14, 2009 |
| MLI Network LLC<br>Robert Baker | YES | GGLE119364350 | | On or Before July 14, 2009 |
| International Adoption Center<br>Ann Wrixon<br>Ryan Schwab | YES | GGLE113574159<br>GGLE118882501<br>GGLE119973993 | | On or Before July 14, 2009 |
| Loysen + Kreuthmeier<br>Karen Loysen<br>Peter Kreuthmeier | YES | GGLE115334929 | No Account Number, No Dates, Claims Accout was Fraudulent | On or Before July 14, 2009 |
| MEG Financial<br>Michael Gray Jr. | YES | GGLE117448484 | | On or Before July 14, 2009 |
| Garret Bockhorst | YES | GGLE119792654 | | On or Before July 14, 2009 |
| International Food And Wine Consultants Inc<br>Mary Beth Clark | YES | GGLE121030375 | | On or Before July 14, 2009 |
| Bien C Hernandez Jr | YES | GGLE119908288 | No Account Number | On or Before July 14, 2009 |
| Shepler<br>Billy Hopkins | YES | GGLE117833949 | | On or Before July 14, 2009 |
| Roy Huft | YES | GGLE113080563 | Printed Email. No Signature | On or Before July 14, 2009 |
| Clover Sites, Inc<br>James Elliston<br>Benjamin Rugg | YES | GGLE116073835 | | On or Before July 14, 2009 |

| Name/Company | Class Member | GilardiClassID | Notes | Date Reiceived |
|---|---|---|---|---|
| AJ Riggins Search Group<br>Bernard B Long | YES | GGLE110047948 | No Account Number, No Dates, No Email Address | On or Before July 14, 2009 |
| Family Products, LLC<br>Jim Bilen | YES | GGLE114376342 | | On or Before July 14, 2009 |
| Michael O'Connell | YES | GGLE114330261 | | On or Before July 14, 2009 |
| Debra Cooley | YES | GGLE115050947 | | On or Before July 14, 2009 |
| Juanita Crispens | YES | GGLE111065788 | No Account Number, No Dates, Claims Account was Fraudulent | On or Before July 14, 2009 |
| Jill M. Anderson | YES | GGLE116962702 | | On or Before July 14, 2009 |
| Federal Tax Resolution LLC<br>Douglas Myser | YES | GGLE118304508 | | On or Before July 14, 2009 |
| Ascentive LLC<br>Adam Schran | YES | MULTIPLE | Appears to be Third Party Account Holder | On or Before July 14, 2009 |
| Burgess Sprint Inc dba Excal<br>Michael King | YES | GGLE119780281 | No Account Number | On or Before July 14, 2009 |
| eSurmountable LLC<br>Lonny Meinecke | YES | GGLE118439039 | | On or Before July 14, 2009 |
| CF Dominicana Cigars, Inc<br>Dennis Briganti | YES | GGLE120052723 | | On or Before July 14, 2009 |
| Cameron Barholomew Gaston Jr. | YES | GGLE110587535 | | On or Before July 14, 2009 |
| Gifts of Encouragement, Inc.<br>Marnie Swedberg | YES | GGLE113791184 | No Account Number | On or Before July 14, 2009 |
| Ruth Kelsen | YES | GGLE112330337 | No Account Number, No Dates, Claims Account was Fraudulent | On or Before July 14, 2009 |

| Name/Company | Class Member | GilardiClassID | Notes | Date Reiceived |
|---|---|---|---|---|
| Brandon Pulido | YES | GGLE115466914 | No Account Number, No Dates. Sent by fax. | On or Before July 14, 2009 |
| Assistech Special Needs<br>Oliver Simoes | YES | GGLE119979690 | No Account Number, No Dates, No Email Address<br>Sent by fax. | On or Before July 14, 2009 |
| Cliptomania<br>James R. Santo | YES | GGLE119767595 | No Account Number, No Dates | On or Before July 14, 2009 |
| Michael Rocco | YES | GGLE113659138 | No Dates | On or Before July 14, 2009 |
| Metzler / Payden<br>Vlad Milev<br>Edward Garlock, Esq. | YES | GGLE119591446 | No Account Number | On or Before July 14, 2009 |
| Savin Kent | YES | GGLE110334343 | No Account Number, No Dates | On or Before July 14, 2009 |
| Lawrence W. Brooks | YES | GGLE114097354 | No Account Number. No Dates.<br>Identifies himself as a reseller. | On or Before July 14, 2009 |
| Wildcat Technology Solutions<br>Joseph Messina | YES | GGLE1-1031020-7 | No Account Number, No Dates<br>Multiple Emails. One Active. | On or Before July 14, 2009 |
| Orsus<br>E Stewart Ashford | YES | GGLE116938240 | Received July 15, 2009 | July 15, 2009 |
| Orcas Hotel<br>Larua Tidwell | YES | GGLE116590490<br>GGLE119094507 | No Account Number, No Dates. Sent by fax.<br>Received July 15, 2009 | July 15, 2009 |
| Glenda Bartolome | YES | GGLE1-1746506-0 | ID# 687-255-0388, No Dates<br>Received July 16, 2009 | July 16, 2009 |

| Name/Company | Class Member | GilardiClassID | Notes | Date Reicieved |
|---|---|---|---|---|
| HostRocket.com<br>John Reyes<br>Brendan Brader | YES | | 11 Account Numbers with Dates<br>Received July 16, 2009 | July 16, 2009 |
| Brittany Smuts | YES | GGLE1-1263678-9 | No Account Number, No Dates<br>Received July 20, 2009 | July 20, 2009 |

**Total Received by Mail as of July 14, 2009: 61**
**Total Received by Mail: 66**

July 10, 2009

I would like to be excluded from this class action. Case No. C 05-03649 JW
PVT

Joy Reed
jreed@gorge.net
Adwords acct # ?
1040 Pomona Street
The Dalles OR 97058
Dates ?

Joy A. Reed

CLRB Hanson LLC et al. v. Google Class Action Settlement

c/o Gilardi & CO. LLC

P.O. Box 808054

Petaluma, CA 94975-8054                                    July 8, 2009


Dear CLRB Hanson LLC,

This is a request to be EXCLUDED from the class action suit against Google, Case No. C 05-03649 JW PVT.  I am Cheri P. Smith, the widow of Greg Smith.  My husband owned the Melvin-Smith Learning Center of Sacramento.  He died on Feb. 19, 2008 and the business no longer exists.

As his heir I DO NOT want to participate in this suit.  My email address is cpsmith48@gmail.com, I do NOT have any knowledge of the AdWords account number, my mailing address is 5445 Wildflower Circle, CA 95608, and I do NOT know the dates of the AdWords Advertiser.

Again, please EXLCUDE Greg Smith, deceased, and the Melvin-Smith Learning Center of Sacramento, no longer functioning, from your suit. This is of no interest to me.

Thank you for your consideration in this matter.

*Cheri P. Smith*

Cheri P. Smith

Dear Sir or Madam:

Please exclude my name from the Class and Settlement.
I stopped using Google Adwards advertising long time ago.
I do not keep Adwords account number.

Etsuko Hasegawa
114 W. 238th St. 5G Bronx, NY. 10463
joy.eh@hotmail.com



Guidance Helicopters, Inc.
6565 Crystal Lane
Prescott, AZ 86301

June 25, 2009

CLRB Hanson LLC et al. v. Google Class Action Settlement
C/o Gilardi & Co., LLC
P.O. Box 808054
Petaluma, CA 94975-8054

To Whom It May Concern,

RE: Request for exclusion from the class in the case of CLRB Hanson Industries,
LLC d/b/a Industrial Printing, and Howard Stern vs. Google, Inc.

Guidance Helicopters, Inc. would like to be excluded from the class in the case
against Google, Inc. regarding Adwords advertising, case number C 05-03649 JW
PVT. We have been advertising with Google Adwords from November 5, 2008 to
present and have not yet had any problems with our campaign. Our Google
Adwords account number is 556-749-3078. Please exclude our company from the
class and any other further action with this case. Please also email us with a
confirmation that Guidance Helicopters, Inc. has been excluded from the class.

Sincerely,

Kelly McShane
For: John Stonecipher
President/CEO
Guidance Helicopters, Inc.
kelly@guidancehelicopters.com

July 9, 2009

Mike Hazard
2908 Broken Willow Circle
Las Vegas, NV 89117

Adwords account ID # - 414-520-0282

*CLRB Hanson Industries, LLC, et al v Google, Inc.*
Class Action Settlement
c/o Gilardi & Co. LLC
P.O. Box 808054
Petaluma, CA 94975-8054

Subject: Case Number  C 05-03649 JW

To Whom it May Concern:

I was a Google Adwords advertiser from July 2007 until July of 2008 and am writing to request exclusion from the above mentioned case number  C 05-03649 JW.  I do not wish to be a part of this lawsuit.

Sincerely,

Mike Hazard

702-376-4859



June 29, 2009

CLRB Hanson LLC et al.
     v. Google Class Action Settlement
c/o Gilardi & Co. LLC
PO Box 808054
Petaluma, CA 9495-8054

Re:     Case No. C 05-3649 JW PVT

To Whom It May Concern:

This is in response to legal document we received regarding the class action against Google,
Inc. We are opting out of the settlement. The information you have requested to opt out of
the settlement is listed below.

Phillip E. Landau
MarketPlace
719 N. 17th Street
St. Louis, MO 63103-1714
E-mail: phillip.landau@market-pl.com
Adword Account #: 951-012-6082
AdWords Advertiser: MarketPlace Innovations, LLC

Thank you for your attention to this matter.

Sincerely,

Phillip E. Landau
Secretary-Treasurer

PEL/laf



July 7, 2009

CLRB Hanson LLC et al. v. Google
   Class Action Settlement
c/o Gilardi & Co. LLC
PO Box 808054
Petaluma, CA 94975-8054

Subject:  Exclusion from the Class and Settlement
          Google AdWords Suit
          Case No. C 05-03649 JW PVT

To Whom It May Concern:

   I am writing this letter to inform you that I and my company, Clinical Trials & Surveys Corp. (C-TASC), wish to opt out of this class and the resulting settlement.

Sincerely yours,

Bruce W. Thompson, PhD
Chairman of the Board & President

Scientific integrity. Statistical expertise. Software innovations.

Clinical Trials & Surveys Corp. | 10065 Red Run Blvd, Suite 250 | Owings Mills, MD 21117 | P 410.435.0663 F 410.435.0689 | www.c-tasc.com

Icksoo Shin
4520 Commons Dr #101
Annandale, VA 22003
icksoo@hotmail.com

To Whom It May Concern,

July 9, 2009

I wish to be excluded from the class of CLRB Hanson LLC et al. v. Google Class Action Settlement.   I can't provide adwords' account number because I performed the campaign for a short period of time(12. 2005 ~ 3. 2006 – not sure exact dates) when I worked in the previous company and don't have login ID and password for the account anymore.

Sincerely,

Icksoo Shin

Margaryta Savytska
27 Taft Hill Park #7
Boston, MA 02131

July 5, 2009

*CLRB Hanson LLC et al. v. Google* Class Action Settlement
c/o Gilardi et Co., LLC
P.O. Box 808054
Petaluma, CA 94975-8054

Dear Sir or Madam:

  I, Margaryta Savytska, wish to be excluded as plaintiff in the above-captioned

matter. Please be advised that I have been identified as a member of this class in error

and have not made advertisement purchases from defendant Google, although I am aware

that my credit card has been fraudulently used to make such purchases. Kindly remove

my name from the class of plaintiffs in this action.

  Thank you.

  Very truly yours,

Margaryta Savytska

Title: **EXCLUSION OF GOOGLE CLASS SETTLEMENT**
Date: **July 9, 2009 6:27 PM**
Category: **OPT OUT**
Tags:

RE: Exclusion from the Class and Settlement (CLRB Hanson LLC et al. v. Google
Action Settlemento

To Whom It May Concern:

I am writing to opt out of the class action settlement against Google AdWords.   To my
knowledge I never a Google AdWords Advertiser so I believe that should not be
included in this settlement. My information regarding this issue is located below.

Juel Daisi Pollard
Beauty Queen Management
269 S. Beverly Drive, Ste 1312
Beverly Hills, CA 90212

Best Regards,

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL
PRINTING, and HOWARD STERN, on behalf of themselves
and all others similarly situated,

                    Plaintiffs,

       vs.

GOOGLE, INC.

                    Defendant.

Case No. C 05-03649 JW PVT

## NOTICE OF PENDENCY AND PROPOSED
## SETTLEMENT OF CLASS ACTION AND SETTLEMENT HEARING

TO: ALL PERSONS OR ENTITIES RESIDING IN THE UNITED STATES WHO HAVE PAID GOOGLE FOR
ADVERTISING PURSUANT TO GOOGLE'S ADWORDS PROGRAM WHO (A) BECAME ADWORDS
ADVERTISERS BETWEEN JUNE 1, 2005 AND FEBRUARY 28, 2009, INCLUSIVE, AND WHO WERE
CHARGED MORE THAN THEIR PER DAY DAILY BUDGET ON ANY DAY ~~DURING THAT TIME PERIOD;~~
OR (B) ~~PAUSED THEIR ADWORDS ADVERTISING CAMPAIGNS ON~~ ~~DAY DURING THE PERIOD~~
FRO ~~RING THE SAME BILLING~~
PERI ~~AUSED, WERE CHARGED~~
MOR ~~S THE NUMBER OF DAYS~~
THA ~~T PAUSED DURING THAT~~
BILL

PLEA ~~HTS MAY BE AFFECTED BY~~
PRO ~~OU MAY BE ENTITLED TO~~
REC ~~D HEREIN.~~

EXCLUS ~~ONTAIN THE INFORMATION~~
SET FOR ~~ISTRATOR ON OR BEFORE~~
JULY 14, ~~ERS~~

A. Pu ~~rder of the Court, dated May 12,~~
This N ~~n") has been certified as a class~~
2009. The ~~ou may have under the proposed~~
action and ~~xpression of any opinion by the~~
settlement ~~r the fairness or adequacy of the~~
Court as to
proposed s

B. St
Pursua ~~Words Credits, have been created~~
for the ben ~~t.~~

A Clas ~~of Allocation to be approved by~~
the Court. ~~poses of the settlement is set forth~~
in the proposed Plan of Allocation which is summarized in Part VI of this Notice below.

C.   Statement of Potential Outcome of the Case

Google has denied, and continues to deny, each and all claims of wrongdoing against it and continues to assert defenses
thereto, and has expressly denied any wrongdoing or legal liability out of any of the conduct alleged in the Action. Google
denies that Representative Plaintiffs or the Class have suffered any damages or are entitled to any restitution. Representative
Plaintiffs considered that there was a substantial risk that they and the Class might not have prevailed on their claims and that
there were risks that they and the Class could have recovered substantially less than the settlement amount, if the case had been
litigated to judgment.

The settlement was reached only after the parties conducted arduous arm's-length negotiations over a period of two months.
Representative Plaintiffs' Counsel have determined that the settlement was fair, reasonable and adequate and in the best interest
of the Class.

D.   Statement of Attorney's Fees and Expenses and Representative Plaintiffs' Incentive Compensation Awards Sought

Representative Plaintiffs' Counsel for the Class intend to apply for: attorneys' fees of not more than $5,000,000, plus a
proportionate share of the interest earned on the Settlement Proceeds, for reimbursement of expenses incurred in connection with
the prosecution and settlement of this litigation, not to exceed $250,000; and for an incentive compensation award to the two
Representative Plaintiffs, not to exceed $20,000 each.

---

**PLEASE DIRECT ALL QUESTIONS TO THE CLAIMS ADMINISTRATOR BY VISITING
WWW.ADWORDSCUSTOMERSETTLEMENT.COM OR BY EMAIL AT CLAIMS@ADWORDSCUSTOMERSETTLEMENT.COM**

---

[Handwritten overlay stamp:]

www.GIDogTags4u.com
Custom Engraving & Gifts
★ ★ ★ ★ ★ ★ ★ ★
Hiller Engraving
PO Box 966 • Frazer, PA 19355

7-7-09

CASE NO C-05-03649 JW PVT
PLEASE EXCLUDE US
FROM THIS ACTION

John T. Hiller


**rook Advertising & Public Relations**

July 29, 2009
CLRB Hanson LLC et al. v. Google Class Action Settlement
c/o Gilardi & Co., LLC
P.O. Box 808054
Petaluma, CA 94975-8054

Case No. C05-03649 JW PVT

I am requesting exclusion from the class settlement. My name is Cindy Tannewitz, and I am the Corporate Secretary at Brook Advertising & Public Relations. The e-mail account address for our Google Ad Words account is hollyg@brookadvertising.com. Our Account ID number is 177-241-2131. We did multiple ad campaigns between March, 2008, and ended our most recent campaign at the end of May, 2009. The mailing address is 15455 San Fernando Mission Blvd, Ste 400, Mission Hills, CA, 91345.

Sincerely

Cindy Tannewitz
Corporate Secretary
Brook Advertising & Public Relations



July 7, 2009

Claims Administrator
*CLRB Hanson LLC et al. v. Google*
Class Action Settlement
c/o Gilardi & Co., LLC
P.O. Box 808054
Petaluma, CA 94975-8054

     Re:    W.N. McKenna, Ltd. d/b/a Gaswatch.info
            E-mail Address: william@gaswatch.info
            Google AdWords Account Number: 123-103-0843
            Mailing Address:    2075 S. University Blvd.
                             Apt. D130
                             Denver, CO 80210
            Dates as AdWords Advertiser: September 16, 2005 to June 29, 2009

Dear Sirs:

     Please be advised that this firm represents the above-described AdWords advertiser. Pursuant to Section VIII of the Notice of Pendency and Proposed Settlement of Class Action and Settlement Hearing dated June 9, 2009 you are hereby advised that our client and AdWords advertiser, W.N. McKenna, Ltd. d/b/a Gaswatch.info has elected to opt out of and be excluded from the proposed class, the class action, and the proposed settlement. Please make the necessary changes in your records to reflect our client's decision.

     Kindly acknowledge receipt of this correspondence be causing the enclosed copy to be signed and returned to us in the enclosed, stamped and self-addressed envelope.

     Thank you.

                       Sincerely,

                       C. Robert Murray, Jr.

CRM/mm
Enclosures as indicated
cc:   W.N. McKenna, Ltd.

18001 Old Cutler Road • Suite 560 • Miami, FL 33157      444 Railroad Avenue West • Suite 400 • West Palm Beach, FL 33401
Tel: (305) 259-8054 • Fax: (305) 259-7148            Tel: (561) 835-6775 • Fax: (561) 835-6774
www.cookeking.com

July 6, 2009

**Settlement of Class Action and Settlement Hearing**

| | |
|---|---|
| **Plaintiff:** | CLRB Hanson LLC d/b/a Industrial Printing, and Howard Stern, on behalf of themselves and all others similarly situated, |
| **Defendant:** | Google Inc. |
| **Case Number:** | C 05-03649 JW PVT |
| **Filed:** | May 12, 2009 |
| **Court:** | United States District Court for the Northern District of California |
| **Office:** | United State Court House |
| **County:** | San Jose |
| **Presiding Judge:** | Hon. James W. Ware |

The Honorable James W. Ware
Courtroom 8
280 South First Street,
San Jose, CA 95113

Dear Representative's:

Subject: *("Opt Out")* CLRB Hanson LLC et al. v. Google Class Action Settlement
c/o Gilardi & Co., LLC

In regards to: Class action against defendant Google Inc. ("Google") for violation (1) Breach of Contract, (2) Breach of the Implied Covenant of Good Faith and Fair Dealing; (3) Violation of Cal. Bus. & Prof Code § 17200, et seq. ("UCL"); (4) Violation of Cal Bus. & Prof Code § 17500, et seq. ("FAL"); and (5) Unjust Enrichment.

......................................................................................................................................................

Adwords Account number – 402-911-9379
Adwords Advertiser running dates- 02/01/2004-09/01/2007

Ronald Strickland
Email address: Ronlove7@gmail.com

Mr. Ronald Strickland is requesting for exclusion from the Class. Mr. Strickland supports Google defense and find no fault in its services. Thank you for your concern.

Best regards,

*[signature]*

Ronald Strickland
1117 Thompkins Lane
Virginia Beach, VA 23464
(757) 305-8589

07-06-09

I Ronald J Strickland wish to be
excluded from the class involving
CLRB HANSon LLC et al. V Google
Class Action Settlement
Case No. C 05-03649 JW PVT.

ADWORDS Acc T # 402-9119379

Ronald Strickland
1117 Thompkins Ln
Virginia Beach, VA 23464

Email: RonioVE7@Gmail.com

Dates I used Adwords: 02-01-04 —
09-01-07

Ronald Strickland



## Engineering Systems Technology, Inc.
2400 WEST 84th Street, Suite 9
Hialeah, Florida 33016
Tel.: (305) 823-7444 • Fax: (305) 823-0553

6/29/09

TO: CLRB Hanson LLC et al. v. Google Class Action Settlement
   c/o Gildardi @ Co. LLC

From: Henry Borja

Email: henry@estfl.com

Adwords Account Number: 233-536-2210

Mailing Address:
2400 West 84th St, Unit 9
Hialeah, FL 33016

AdWords Advertiser: November 21 2002 – Present

     I Henry Borja, wish to be excluded from the Class Action and Settlement Hearing, again GOOGLE, Inc. (case number C 05-03649 JW PVT)

Sincerely,

Henry Borja



## *"Bird-in-Hand Brand"*
## *Orchard Products Since 1915*

2009-06-17

*CLRB Hanson LLC et al. v. Google* Class Action Settlement
c/o Gilardi & Co., LLC
P.O. Box 808054
Petaluma, CA 94975-8054

To Whom It May Concern:

Kauffman's Fruit Farm wishes to be excluded from the Class in the above referenced case.
Following is our Google account information:

· Account registered to Lonnie Kauffman and/or Kauffman's Fruit Farm
· Account email lonnie@kauffmansfruitfarm.com
· Adwords account 612-516-3223
· Adwords customer since 2008-08-05

Regards,

Lonnie Kauffman

Website Admin

June 14, 2009


*CLRB Hanson LLC et al. v. Google* Class Action Settlement
c/o Gilardi & Co., LLC
P.O. Box 990
Corte Madera, California 94976
Attn: Claims Administrator


Dear Claims Administrator

Subject: Request Exclusion from CLRB Hanson LLC et al.v. Google
Class Action Settlement

Name: Gregg Matsushima
Email Address: gmatsushima@hawaiiantel.net
ADWords Account Number: 898-982-4329
Mailing Address: 1209 13th Ave. Honolulu, Hawaii 96816
Dates of my Adwords Account: October 8, 2008 to November 16, 2008

With this letter of notification, I am requesting that I be **EXCLUDED** from the
subject CLRB Hanson LLC et al.v. Google Class Action Settlement.

Thank you,


Gregg Matsushima                                    Date

CLRB Hanson LLC et al. v. Google Class Action Settlement
c/o Gilardi & Co., LLC
P.O. Box 808054
Petaluma, CA 94975-8054

June 13, 2009

Sirs:

I do not wish to be part of your class action suit against Google.  Please
EXCLUDE me.  I have been a Google adwords advertiser since 2003 (I believe) up
through the present.  My Google adword account number is **168-324-4970.**

Sincerely,

*Lloyd Standish*

Lloyd Standish


**mailing address:**
Lloyd Standish
3355 Owl Slick Road
Cornville, AZ 86325

**Email:**
lloyd@crnatural.net

Diane Bennett
Lump Sum Solutions
Lumpsumsolutionsdb@hotmail.com
108 Circle Drive
Greenville, PA  16125

June 17, 2009

*CLRB Hanson LLC et al. v. Google* Class Action Settlement
c/o Gilardi & Co., LLC
P.O. Box 808054
Petaluma, CA 94975-8054

Re:  Customer ID:505-509-1782

Dear Gentlemen/Madame

I wish to be excluded from the class action settlement with Google.  I have been an advertiser with Google Adwords since April of 2008 until now.  At the time of the change over from monthly to daily, I have had my ad campaign on pause.  This means there has been no charges to me from Google.

Thank you for your letter of notification.  I wish you the best in making Google perform fair business practices.

Sincerely,

Diane Bennett

Diane Bennett
Owner/Operator

6/16/09

CLRB Hanson LLC et al v. Google Class Action Settlement
c/o Gilardi & Co., LLC
PO Box 808054
Petaluma  CA 94975-8054

To Whom Is May Concern:

Please exclude me from the Hanson vs. Google Class Action Settlement. Google has been very clear in how they charge. Everyone is told that campaigns are 3-6 hours behind in analytics and charges also daily spending limits are subject to 10% up or down due to this.

So please remove me from any Class Action against Google.

Joe Hayes
jhayes101@embarqmail.com
adword Acc.# 359-433-6288
dates - June 12, 2008 - June 12, 2009



June 16, 2009

Oneupweb
13561 S West Bayshore Drive
Suite 3000
Traverse City, MI 49684

CLRB Hanson LLC et al. v. Google Class Action Settlement
c/o Gilardi & Co., LLC
P.O. Box 808054
Petaluma, CA 94975-8054

To whom it may concern;

Let this letter serve as notice of intent to be excluded from the Class and Settlement as they relate to the case of CLRB Hanson LLC et al. v. Google.

The pertinent details of the affected account are as follows:

Lisa Wehr
info@oneupweb.com
514-059-7392

13561 S. West Bayshore Drive
Traverse City, MI 49684

A still active account created on September 12, 2005

As Director of Operations at Oneupweb (a privately owned company belonging to Ms. Wehr), I am authorized to make this formal request on her behalf.

Sincerely,

Timothy A. Kauffold
Director of Operations
Oneupweb

Tom L Newlin
1519 Mammoth Dr
St. Paul MO 63366
_tom@silexmo.com_

To:   The Rich Lawyers and the Rich Google

# Exclude me from the "class", I am pursuing other legal action against Google Adwords at this time.

DBA's: Tom's Incense, The Eclectic Collection, NewLine Enterprises

Regarding Case No. C 05-03649 JW PVT

To Whom it May Concern,

I, Aubri Webb, completely disagree with the foundation of this suit and appreciate how Google has handled my account, allowing my account to go over the daily budget amount by as much as 120% to ensure that my ad got accurate placement, while attempting to average out my daily usage. I also appreciate that my daily budget request was respected for the hours I had my account active as it would have been my choice to pause the ad instead of change my daily budget to account for the time the ad was paused. The daily budget was based on how much I wanted to spend per day, not how many hours my ad was running in that day.

Here is my account number which I only offer for use in Excluding me from this suite and I do not give permission for my information to be shared.

Aubri Webb
aubriwebb@hotmail.com
Account # 893-427-9572
4250 Yukon Ave
Simi Valley, CA 93063
Account active June 26th, 2008 until the present
I hereby request to be excluded from the Class


Aubri Webb

*(signature)*

if any questions, call 909-636-4601

To:
CLRB Hanson LLC et al. v. Google Class Action Settlement
c/o Gilardi & Co., LLC
P.O. Box 808054
Petaluma, CA 94975-8054

From:
Salim Ibrahim
22 Crestview Dr
West Springfield, MA 01089


EXCLUSION FROM THE CLASS & SETTLEMENT

I was an Adwords Advertiser between March 1, 2007 - March 31, 2007. As a
member of the class, I wish to be excluded from the Class and excluded from
the Settlement. Thank you.

Regards,

Salim Ibrahim

Email: salim.31@gmail.com
Customer ID: 972-172-0984

22 Crestview Dr
West Springfield, MA 01089
413 - 248 - 7546

**Jonathan David (TX, CA)**
**S. Bradley Cooper (TX)**



# The David Law Firm

*"Defeating today's Goliaths"* ®

**Stuart B. Lewis** (TX)
**Rola Hart** (TX)
**D. Carl Money** (TX, NY)
**Andrew L. Whitehead** (TX)
**Ryan C. Leggiero** (TX, CO)

June 22, 2009

*CLRB Hanson LLC et al. v. Google* Class Action Settlement
c/o Gilardi & Co., LLC
P.O. Box 808054
Petaluma, CA 94975-8054

            Re: Customer ID: 826-910-3280

Sir/Madam:

        The David Law Firm, AdWords Account 826-910-3280, wishes to be excluded from the Class.

        We have been an AdWords Advertiser from February 20, 2002 to present.

        Please do not include us in the Class for this settlement, *CLRB Hanson LLC et al. v. Google* Class Action Settlement.

        My name is Brad Cooper.  My email address is bradc@thedavidlawfirm.com

                                    Sincerely,

                                    Brad Cooper
                                    The David Law Firm

**The David Law Firm, P.C.** - 10655 Six Pines Drive #260 - The Woodlands, Texas 77380 - (The Greater Houston Area)
(281) 296-9090 - (800) 998-9729 - Fax (281) 296-9494 - www.thedavidlawfirm.com
**"Handling Cases Nationwide"**
With Local Counsel in State of Filing

Lee Bieker
1485 Simms St.
Golden, Colorado 80401

To:
CLRB Hanson LLC et al. V Google Class Action Settlement
c/o Gilardi & Co. LLC
P.O. Box 808054
Petaluma CA 94975-8054

Certified Mail
7006 0100 0005 1909 0051

TO WHOM IT MAY CONCERN

September 29, 2009

I am not interested in being a party to any class action suit.
Kindly take me OFF your list and remove my name from any current or future actions in this matter.
If I was ever a participant in any "GOOGLE'S ADWORDS PROGRAM", I do not remember it. I do
not remember any or what email address was used, account numbers or dates.

I STONGLY OBJECT TO USING MY NAME IN ANY LAWSUIT WITHOUT MY PREVIOUS
KNOWLEDGE OR CONSENT.

Lee Bieker
1485 Simms St.
Golden, Colorado 80401

5283 Lincoln Hwy
Bucyrus OH 44820
rsweney@Columbus.rr.com
June 29, 2009

Gilardi C Co LLC
P.O. Bx 808054
Petaluma CA 94975-8054

Sirs: Re: Google Class Action Settlement

I do not believe I am a
member of the Class, therefore I request
exclusion.

My only knowledge of
Google Adwords were fraudulent (2)
entries on my credit card account
which were handled by my credit
card company to my satisfaction and
at no expense to me,

Sincerely
Dolores Sweney

Date: 6-27-2009

I choose to be excluded from the class action lawsuit Case No. C 05-03649 JW PVT against GOOGLE, INC.

<u>Name &address:</u>
Dennis G Aaberg
11631 Douglas Drive N
Champlin, MN 55316

<u>AdWords account number:</u>
992-510-7984
From March 2008 through June 2009.

To:     CLRB Hanson LLC et al.  v.  Google, [Inc.] Class Action

        c/o Gilardi & Company LLC

        P.O. Box 808054

        Petaluma, California 94975-8054


From:   Richard Ward Custer

        Director and D.B.A.

        Chronometry Company International // C.C.I.F. // Milt Basilica.net/com/info/et al.

        2451 S.W. 172nd Street

        Burien, Washington 98166

        206-244-4949


Date    June 27, 2009


In re:  EXCLUSION Notification in United States District Court ; Northern District of California , San Jose Division:  Cause Number: C 05-03649 JW PVT


Google Adwords Account Number : Richard W. Custer // 'Happy' / ethnotic  password: 8b2b21ej

E-mail Address [not current]: richardwcuster@miltbasilica.net

Account Period: 2005 – 2006.

Statement: I wish to 'Opt-Out' of  United States District Court ; Northern District of California , San Jose Division:  Cause Number: C 05-03649 JW PVT [Class Action] and this decision to 'Opt-Out' reflects the collective legal position of both Richard Ward Custer and all associable entities, businesses, concerns and other potential interests of the Chronometry Company International to include Chronometry Astronautics, Advanced Robotic Systems and Genebank High Security Genetics.

Signed: Richard W. Custer

X   _(signature)_

Date: June 27, 2009

CC: General Counsel: Chronometry Company International/ Geometro Holding Company TM-CH

# MLI Network LLC

Attn: Robert Baker
12778 S. Crater Terrace
Floral City, FL 34436

T 352 344-5991

bjbaker.fl@gmail.com

June 28, 2009

CLRB Hanson LLC et al. v. Google Class Action Settlement
℅ Gilardi & Co. LLC
P.O. Box 808054
Petaluma, CA 94975-8054

Dear CLRB Hanson LLC et al. v. Google Class Action Settlement,

I wish to be excluded from the Class in the Google Class Action Settlement. Here is the other information you require:

Name: Robert Baker

Mailing Address: 12778 S. Crater Ter, Floral City, FL 34436

AdWords Account Number: 525-343-4600

Dates with Google: October 25, 2002 through June 28, 2009

Email: bjbaker.fl@gmail.com

Sincerely yours,

Robert Baker



**INDEPENDENT ADOPTION CENTER**
*professional / licensed / nonprofit*

July 1, 2009

CLRB Hanson LLC et al. v. Google Class Action Settlement
c/o Gilardi & Co., LLC
P.O. Box 808054
Petaluma, CA 94975-8054

To Whom It May Concern:

Please exclude the Independent Adoption Center, and the accounts held by Ann Wrixon and Ryan Schwab from the CLRB Hanson LLC et al. v. Google Class Action Settlement. The information corresponding to the Google Adwords accounts to be excluded is as follows:

1. Account #: 860-668-8039
   Name: Ann Wrixon
   Email: awrixongrants@adoptionhelp.org
   Address: 391 Taylor Blvd., Suite 100
            Pleasant Hill, CA 94523
   Dates of account: 6/27/2007 - present

2. Account #: 172-410-8690
   Name: Ann Wrixon
   Email: awrixon@adoptionhelp.org
   Address: 391 Taylor Blvd., Suite 100
            Pleasant Hill, CA 94523
   Dates of account: 4/16/02 - present

3. Account #: 760-823-1529
   Name: Ryan Schwab
   Email: rschwab@adoptionhelp.org
   Address: 391 Taylor Blvd., Suite 100
            Pleasant Hill, CA 94523
   Dates of account: 1/29/2009 - present

Thank you,

Ann Wrixon                    Ryan Schwab

---

*Independent Adoption Center • (800) 877-6736 • www.adoptionhelp.org*

*Atlanta - 3774 La Vista Road, Suite 100, Tucker, GA 30084 • Indianapolis - 5162 E. Stop 11 Road, Suite 1, Indianapolis, IN 46237 • Los Angeles - 5777 W. Century Blvd., Suite 1450, L.A., CA 90045 • Raleigh - 184 Wind Chime Court, Suite 101, Raleigh, NC 27615 • San Francisco - 391 Taylor Blvd., Suite 100, Pleasant Hill, CA 94523*

**LOYSEN + KREUTHMEIER**  ARCHITECTS

26 June 2009

CLRB Hanson LLC et al. v. Google Class Action Settlement
c/o Gilardi & Co. LLC
P.O. Box 808054
Petaluma, CA  94975-8054

Re: Exclusion from the Class and Settlement

Dear Sirs:

Any payments made to Google by my credit card company were not authorized
by me, and are, in fact, the result of fraud.  A series of AdWords charges took
place on my account about 18-24 months ago, was reported by me as fraudulent,
and the charges were ultimately reversed.  I am not aware of any further actions
or investigations on the part of my credit card company against the AdWords
Advertiser or Google.  I also have no further information on this person's account
number or email address.  Given the situation, it would be inappropriate for me to
participate in your Class or Settlement in any way.  Please count me as excluded.

Sincerely,

Peter J. Kreuthmeier

KAREN LOYSEN, AIA, PRINCIPAL
PETER KREUTHMEIER, PRINCIPAL

TEL 412.924.0006 FAX 412.924.0007
5115 PENN AVENUE PITTSBURGH, PA 15224
LK-ARCHITECTS.COM



# FINANCIAL
## TRUE DIRECTION FOR LIFE



Member
MDRT®

196 EAST NINE MILE ROAD, SUITE D
PENSACOLA, FL 32534
PHONE: (877) 583-3955
FAX: (877) 577-3757
WWW.MEGFINANCIAL.COM

6/27/09

Michael E. Gray, Jr.
MEG Financial
5/17/2004 - 6/27/09 Adwords Advertiser
Customer ID: 751-445-6029
michael@fermland.com or michaelg@megfinancial.com
Mailing Address:

   196 E. Nine Mile Road Suite D
   Pensacola FL 32534

Please exclude me from the Class Action
Settlement as I was not charged more
than my daily max and therefore had no
damages under this Settlement.

Michael Gray

Michael Gray Jr.

I do not want to be a member of the Settlement Class in Google INC. v. Plaintiffs. I understand that I will not be eligible to any benefits of the settlement or to object to the settlement and that it will be my responsibility to pursue any claims I may have, if I so desire, on my own and at my expense.

My name is Garret Bockhorst, my email address is garretmcp@hotmail.com, my AdWords account number is 919-431-2341, mailing address is 39 Davis Rd., Troy, MO 63379, and I used AdWords Advertiser on dates October 22, 2005 to April 17, 2006.

# INTERNATIONAL FOOD AND WINE CONSULTANTS, INC.

**Mary Beth Clark**
President

July 2, 2009

Opt-out

AdWord #
367-925-2749
from 2017 → 5/31/2018.

Thank you,
Mary Beth Clark.
marybethclark@verism.net.

July 6 2009

CLRB Hanson LLC et al
  v Google Class Action Settlement
C/O Gilardi & Co LLC
PO Box 808054
Petaluma CA 94975-8054

Dear Sirs:

I want to exclude myself from this class
Action suit.

My name is Bien C Hernandez Jr. My email
address is bchernjr@yahoo.com. I live at 1062
W Bryn Mawr Ave Apt 418, Chicago IL
60660-4602. I was an AdWords advertiser in
June 2005 but I cannot remember my AdWords
account number.

Please exclude me from this suit.

Sincerely,

Bien C Hernandez Jr

Bien C Hernandez Jr

*CLRB Hanson LLC et al. v. Google* Class Action Settlement
c/o Gilardi & Co., LLC
P.O. Box 808054
Petaluma, CA 94975-8054


6/30/2009


Subject: Requesting Exclusion from Google Class Action Settlement


I am requesting in writing, a statement to please remove our Ad-Words account as a member of the class action settlement. Below is the required information you've requested to be excluded from the class action.

Name: Billy Hopkins

Email Address: advertising2003@sheplers.com

Ad-Words Account Number: 323-472-3390

Mailing Address:        Sheplers
                        Attn: Billy Hopkins
                        6501 W. Kellogg
                        Wichita, KS 67209

Dates as Ad-Words Advertiser : 5/13/2003 – Still an Active Ad-Words Advertiser

If you require more information please email me at the above email address.


Thank you,


Billy Hopkins
Sheplers Inc.

**Main Identity**

| | |
|---|---|
| **From:** | <johuft@bis.midco.net> |
| **To:** | <johuft@bis.midco.net> |
| **Sent:** | Thursday, July 02, 2009 10:15 AM |
| **Subject:** | google acct |

Roy Huft
4172 W Arlington Dr
Bismarck, ND. 58503

My email address: sales@bis.midco.net
My account:
Customer ID:551-591-3625

The approx: date I have been an advertiser
The years of 2007 to 2009 approx:

I am opting out of this settlement.



June 30, 2009
Gilardi & Co. LLC
P.O. Box 808054
Petaluma, CA 94975-8054


To Whom it May Concern:

Clover Sites, Inc and directors James Elliston and Benjamin Rugg wish to be excluded from the Class and Settlement between CLTB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN (Case No. C 05-03649 JW PVT) and Google, Inc.

Account# 259-576-2631
Company: Clover Sites, Inc.
Contact: Ben Rugg - adwords@cloversites.com
3713 Alamo Street, Suite 101
Simi Valley, CA 93063
AdWords Advertiser: June 1, 2008 - Present


Sincerely,


James Elliston, Vice President



Ben Rugg, President



T 805 527 8900
E contact@cloversites.com
W cloversites.com
A 3713 alamo street, suite 101
simi valley, california 93063


# RIGGINS

June 29, 2009

CLRB Hanson LLC et al. v. Google Class Action Settlement
c/o Gilardi & Co. LLC
P.O. Box 808054
Petaluma, CA 94975-8054

Regarding: Case N. C 05-03649 JW PVT

Dear Sirs,

This letter is formal notice to remove Bernard Long and AJ Riggins Search Group from the afore mentioned Class Action case number C 05-03649 JW PVT. We did not request nor wish to be part of this action and hereby instruct you to exclude us from any further participation. The requested information of email address and AdWords account number will not be provided.

Bernard B Long

President
AJ Riggins Search Group
5005 Greenville Ave., Suite 125
Dallas, Texas 75206

July 2, 2009

**SENT VIA FIRST CLASS MAIL**

CLRB Hanson LLC et al. v. Google Class Action Settlement
c/o Gilardi & Co. LLC
P.O. Box 808054
Petaluma, CA 94975-8054

<div align="center">

**Re.: Request for Exclusion from Class Action and Settlement**

</div>

To Whom It May Concern:

I formally request to be excluded from this Class Action, Case No. C 05-03649 JW PVT.

Name:                Jim Bilen - Family Products, LLC
Email Address:       jbilen@familyproductsllc.com
Account Nos.:        725-065-7594
Mailing Address:     7030 Hayvenhurst Ave.
                     Van Nuys, CA 91406
Advertisement Dates: March 20, 2006 to Present (July 2, 2009)

Please do not hesitate to contact me if you have any questions regarding this letter.

Sincerely,

Family Products, LLC

By Jim Bilen
Its Account Administrator

July 2, 2009

**<u>SENT VIA FIRST CLASS MAIL</u>**

CLRB Hanson LLC et al. v. Google Class Action Settlement
c/o Gilardi & Co. LLC
P.O. Box 808054
Petaluma, CA 94975-8054

<p align="center">Re.: <u>Request for Exclusion from Class Action and Settlement</u></p>

To Whom It May Concern:

I formally request to be excluded from this Class Action, Case No. C 05-03649 JW PVT.

| | |
|---|---|
| Name | : Michael O'Connell |
| Email Address | : moconnell@familyproductsllc.com |
| Account No. | : 304-380-2486 |
| Mailing Address | : 14087 Eaton Hollow Ave. |
| | : Moorpark, CA 93021 |
| Advertisement Dates | : April 13, 2007 to Present (July 2, 2009) |

Please do not hesitate to contact me if you have any questions regarding this letter.

Sincerely,

Michael O'Connell

June 29, 2009

Dear Sirs,
I am requesting exclusion from the class action settlement, *CLRB Hanson LLC et al. v. Google* Class Action
Settlement.

Debra Cooley
210 Blue Meadow Circle
Kathleen, GA 31047
Me.onlybetter@gmail.com
Adwords acct: 437-229-1282
Active from **May 14, 2008 to Dec 1, 2008**

Thank you.

Debra C Cooley

of your own choice at your own expense. You are not required to retain your own counsel, but if you choose to do so, such counsel must file an appearance on your behalf on or before July 14, 2009, and must serve copies of such appearance on the attorneys listed below.

B. If you do not wish to remain a member of the Class, you may exclude yourself from the Class by following the instructions below. Persons who exclude themselves from the Class will NOT receive any share of the Settlement Proceeds and will NOT be bound by the Settlement.

C. If you object to the Settlement, the Plan of Allocation, or to Representative Plaintiffs' Counsel's application for attorney's fees and expenses and for an incentive compensation award for Representative Plaintiffs, and if you do not exclude yourself from the Class, you may present your objections by following the instructions below.

## VIII. EXCLUSION FROM THE CLASS AND SETTLEMENT

Each member of the class shall be bound by all determinations and judgments in this Action concerning the Settlement, whether favorable or unfavorable, unless such person files a written request for exclusion by first-class mail so that it is actually received by the Claims Administrator on or before July 14, 2009. Your rights against Google will be affected by this Settlement.

To be effective, any request for exclusion from the Class must be in writing and must include the name, email address, AdWords account number, and mailing address of the person seeking to opt out, the dates that the person was an AdWords Advertiser, and a statement that the person wishes to be excluded from the Class, and must be signed by or on behalf of the person so requesting exclusion and sent via first-class mail to:

*The Google Ads were charged* CLRB Hanson LLC et al. v. Google Class Action Settlement
*to me in error on my* c/o Gilardi & Co. LLC
*Credit card. I disputed the* P.O. Box 808054
*charge and it was reversed.* Petaluma CA 94975-8054

*Juanita Crispens,*
*1371 Pleasant Valley Rd*
*West Minster, MO 21113*
*chevelle1968@cs.com*

## IX. SETTLEMENT HEARING (*Never an AdWords customer.*)

At the Settlement Hearing, the Court will determine whether to finally approve this Settlement and dismiss the Action and the claims of Representative Plaintiffs and the Class. The Settlement Hearing may be adjourned from time to time by the Court without further written notice to the Class.

At the Settlement Hearing, any Class member who has not filed a proper request for exclusion from the Class may appear in person or by counsel and be heard to the extent allowed by the Court in opposition to the fairness, reasonableness and adequacy of the Settlement, the Plan of Distribution, or the application of Representative Plaintiffs' Counsel for an award of attorney's fees and expenses and for an incentive compensation award to Representative Plaintiffs, *provided, however,* that in no event shall any person or entity be heard in opposition to the Settlement, the Plan of Distribution, or Representative Plaintiffs' Counsel's application for attorney's fees and expenses and for an incentive compensation award to Representative Plaintiffs, and in no event shall any paper or brief submitted by any such person be accepted or considered by the Court, unless, the objection is filed with the Court and served on Representative Plaintiffs' Counsel and Google's Counsel so that it is received no later than July 14, 2009. Any such objection shall include all briefs or other papers to be considered by the Court, and must include the name and address of the person and the dates that the person was an AdWords Advertiser, and must be served to Representative Plaintiffs Counsel at the following addresses: and upon counsel for Google:

LESTER L. LEVY          RACHEL S. BLACK                DARALYN DURIE
WOLF POPPER LLP         SUSMAN GODFREY L.L.P.          Durie Tangri Lemley Roberts & Kent
845 Third Avenue        1201 Third Avenue, Suite 3800  332 Pine Street, Suite 200
New York, NY 10022      Seattle, WA 98101              San Francisco, CA 94104

and said objections, papers and briefs must be filed with the Clerk of the Court, showing due proof of service upon Representative Plaintiffs' Counsel and Counsel for Google.

## X. ATTORNEY'S FEES AND EXPENSES

At the Settlement Hearing, or at such other time as the Court may direct, Representative Plaintiffs' Counsel will apply to the Court for an award of attorney's fees from the Settlement Proceeds in an amount not exceeding $5,000,000, plus a proportionate share of the interest earned on the Settlement Proceeds, and for reimbursement of their costs and expenses, not to exceed $250,000; and for an incentive compensation award to the two Representative Plaintiffs, not to exceed $20,000 each. Representative Plaintiffs' Counsel, without further notice to the Class, may subsequently apply to the Court for fees and expenses incurred in connection with administering this Settlement and distributing the Settlement proceeds to the members of the Class.

## XI. FURTHER INFORMATION

For a more detailed statement of the matters involved in this Action, reference is made to the pleadings, to the Settlement Agreement, to the Orders entered by the Court and to the other papers filed in the Action, which may be inspected at the Office of the Clerk of the United States District Court for the Northern District of California, San Jose Division, United States Courthouse, 280 South 1st Street, San Jose, California, 95113, during regular business hours.

ALL INQUIRIES CONCERNING THIS NOTICE BY CLASS MEMBERS SHOULD BE MADE TO THE CLAIMS ADMINISTRATOR. PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE FOR INFORMATION.

Dated: June 9, 2009

_____
James W. Ware
UNITED STATES DISTRICT JUDGE

PLEASE DIRECT ALL QUESTIONS TO THE CLAIMS ADMINISTRATOR BY VISITING
WWW.ADWORDSCUSTOMERSETTLEMENT.COM OR BY EMAIL AT CLAIMS@ADWORDSCUSTOMERSETTLEMENT.COM

July 3, 2009

CLRB Hanson LLC et al. v. Google Class Action Settlement
c/o Gilardi & Co. LLC
P O Box 808054
Petaluma, CA 94975-8054

Re:    Jill M. Anderson
       298 Marigold Ln
       Weems, VA 22576-2016
       Email Address: jill@andersonbay.com
       Adwords Account No. 199-906-9219
       Dates of Adwords Advertising: May 21, 2004 to present

Case No. C 05-03649 JW PVT

Dear Sirs,

I wish to be excluded from the Class.

Sincerely,

Jill M. Anderson

FEDERAL TAX RESOLUTION LLC
2528 58TH St. S.W., Suite 100
Everett, Wa. 98203
1-888-689-7861

6/27/09

Dear Gilardi,

This shall serve as formal notice of Federal Tax Resolution LLC's desire to opt out
of this Class Action Tort.  Please exclude us from this action. The name of the LLC is
Federal Tax Resolution, my name is Douglas Myser, 100% owner of Federal Tax
Resolution, authorized to make this decision, the e mail address for Federal Tax
Resolution is  info@federaltaxresolution.com , the adwords account number is 174-
062-0620,  we have been an AdWords Advertiser going back to 2003, prior to the
dates of fraud in this tort, and currently have a John Does 1-20 Tort of our own with
Google, as such we wish to be excluded from this tort. The mailing address of
Federal Tax Resolution is 2528 58th St. S.W., Suite 100. Everett, Wa. 98203.

Best Regards,

Douglas Myser

CLRB Hanson LLC et al. v. Google Class Action Settlement
c/o Gilardi & Co., LLC
P.O. Box 808054
Petaluma, CA 94975-8054

Ascentive LLC
201 Spring Garden St.
Suite 400
Philadelphia PA, 19123

Dear Sir or Madam,

Ascentive LLC requests that they be excluded from the Class for the CLRB Hanson LLC et al. v. Google Class Action Settlement. Ascentive is a limited liability company organized and existing under the laws of Delaware with its principal place of business at 201 Spring Garden Street, Philadelphia, Pennsylvania, 19123. Ascentive participated in the Google AdWords program from December 2003 to February 2009.

Below is the related account information including the Client Account name, Customer ID and Email address for all Ascentive Google AdWords accounts tied the Ascentive My Client Center.

My Client Center Email: Google@ascentive.com
My Client Center Customer ID: 258-805-3225

| Client Accounts | Customer ID | Email |
|---|---|---|
| Dutch PPC | 7955173180 | google2@ascentive.com |
| English Australian PPC | 1473469525 | google4@ascentive.com |
| English SpeedScan Banner Campaigns | 5754867572 | google7@ascentive.com |
| English US PPC | 1343847135 | google6@ascentive.com |
| French PPC | 6628790325 | google3@ascentive.com |
| German PPC | 7506408119 | tmcmahon@ascentive.com |
| Italian PPC | 3177205725 | google1@ascentive.com |
| Spanish PPC | 6115964372 | spanishascentive@gmail.com |
| T - Open Account | 2186303574 | google5@ascentive.com |
| Z - Inactive US Be Aware PPC | 6570320529 | beaware@gregmarsden.com |
| Z - Inactive US Scan & Sweep 2 PPC | 8131304172 | scansweep2@gregmarsden.com |
| Z - Inactive US Scan & Sweep PPC | 2792376214 | scansweep@gregmarsden.com |
| Z - Inactive US Speed Scan PPC | 1412660072 | speedscan@gregmarsden.com |

Please confirm receipt of this request for exclusion to Google@ascentive.com and
Alexis.Arena@flastergreenberg.com

Thanks you for your assistance,

Adam Schran
CEO
Ascentive LLC

July 7, 2009


CLRB Hanson LLC v. Google Class Action Settlement
c/o Gilardi & Co. LLC
P. O. Box 808054
Petaluma, CA  94975-8054


Dear Sirs:


I wish to be excluded from the class action suit against Google.  I used Google AdWords between May 2005 and March 2006.  I do not have my AdWords account number.


Respectfully,

Michael King
Burgess Spring Inc. (dba Excal)
P. O. Box 1154
Niwot, CO  80544
miking11@comcast.net

To:

*CLRB Hanson LLC et al v. Google*  Class Action Settlement
c/o Gilardi & Co. LLC
P.O. Box 808054
Petaluma, CA 94975-8054

Dear Sir/Mme,

I am writing to request exclusion from the class action suit against Google by the above entity. My current information is:

Lonny Meinecke
1918 Skyline Dr
Lemon Grove, CA 91945
(619) 825-5344
muffit55@cox.net

My previous business information, which used Google Adwords was the following:

eSurmountable, LLC
245 Weatheridge Dr
Jackson, TN 38305
lmeinecke@esurmountable.com
Customer ID: 724-079-2043

Please note the eSurmountable entity above is now closed, and you may only reach me at my home address and number in Lemon Grove, CA as noted above. I am not exactly certain of the full dates I used Google Adwords, but I believe it included the period from 11/2005 to 1/2006 (I have a few receipts), perhaps a few months in addition before or after as well.

To restate, please exclude me from the class action suit against Google.

Sincerely,

Lonny Meinecke

07/06/2009



July 7, 2009

CLRB Hanson LLC et al. v. Google Class Action Settlement
c/o Gilardi & Co., LLC
P.O. Box 808054
Petaluma, CA 94975-8054


*Adwords Account Name: CF Dominicana Cigars, Inc.*
*Dennis Briganti*

*E-mail address:     CFcigars@gmail.com*
*dennis@cfcigars.com*

*Adwords account number / Customer ID: 346-490-4999*

*Mailing addresses for "opt out":*
*CF Dominicana Cigars*
*800 E. Charleston Blvd.*
*Las Vegas, NV 89104*

*CF Dominicana Cigars*
*Dennis Briganti*
*2511 Jamboree Road*
*Raleigh, NC 27613*

*Date Adwords account started: Sept. 17, 2004 to present*



To Whom It May Concern,


This letter is a written confirmation by CF Dominicana Cigars, Inc., and Dennis Briganti that we wish to be excluded from this Class
settlement.


Sincerely,

Dennis Briganti
President
CF Dominicana Cigars, Inc.
888.467.8400, fax: (917)386-2686



CF DOMINICANA CIGARS     800 E. Charleston Blvd, Las Vegas, NV 89104
888.467.8400, fax 917.386.2686

Hello,

My name is Cameron Bartholomew Gaston Jr. I would like to be excluded from the Google Class Action settlement.

My email address: cggemcan@aol.com

My AdWords account number/ID: 216-632-7590

Dates I advertised: April 2008 - June 2008

My name: Cameron B. Gaston, Jr

Mailing address: 2598 Forrester Ct
Lithia Springs, GA 30122

Sincerely,

Cameron B Gaston

Please exclude me from Case No. C 05-03649 JW PVT

Customer ID:995-423-7490
Gifts of Encouragement, Inc.
375 N. Stephanie St. · Suite 1411
Henderson, NV 89014-8909

I have been a Google AdWords customer
Since July 17, 2007.

Marnie Swedberg
info@marnie.com

Ruth Kelsen
921 N. 8th Place
Sturgeon Bay, WI
54235-1143

To Whom It May Concern:

I have received your mailing re: a class action law suit against Google, Inc..  I have never purchased Google AdWords,
but someone fraudulently used my credit card to perform the transaction.  The credit card, Target Visa, never left my
possession, so it is a major mystery how it could have been used in a transaction in CC (?Culver City or Crescent City?)
California.  I have enclosed a copy of my Target bill and the letter from Target corporation, resolving the matter.
I , therefore, have no AdWords account number and I was never an AdWords advertiser.  Please exclude me from the
class action law suit and any future mailings.

                        Ruth M. Kelsen
                        920-743-1256



**TARGET.**



*8481L*

**Account Number: 4352-3734-0860-9250**
RUTH M KELSEN

Statement Closing Date: **December 3, 2006**
Page 2 of 2

## Purchases

| | | | | | |
|---|---|---|---|---|---|
| Nov. 9 | TARGET | | STURGEON BAY, WI | | $50.87 |
| Nov. 18 | GOOGLE *ADWORDS | | CC, CA | | 732.40 |
| Nov. 21 | GOOGLE *ADWORDS | | CC, CA | | 537.62 |

Sub-total Purchases   $1,320.89

Total Purchases & Advances   $1,320.89

## Finance Charges
Days in Billing Period: 30

| Balance Type | Daily Periodic Rate | Corresponding Annual Percentage Rate | Average Daily Balance | Periodic **FINANCE CHARGE** | Transaction **FINANCE CHARGE** |
|---|---|---|---|---|---|
| Purchases | 0.03627% | 13.24% | $0.00 | $0.00 | $0.00 |
| Cash | 0.06915% | 25.24% | $0.00 | $0.00 | $0.00 |

Total **FINANCE CHARGES**:   $0.00

Actual **ANNUAL PERCENTAGE RATE**:   0.00%

Your periodic rate(s) and corresponding Annual Percentage Rate(s) for purchases and cash advances may vary.

## Special Announcements and Exclusive Offers

### Spend your holiday brilliantly!

Just spend $250 or more on your REDcard at Target or Target.com from November 1 to December 24, and get a 10% off bonus certificate in January. Now that's brilliant!

* Some restrictions apply. See Target.com/redcard for details.

*Omar — Fraud prevention*
*Mommy - Minneapolis*

Subject: Dispute Resolved
Account: 4352-3734-0860-9250

Dear Ruth Kelsen,

We've credited your account the disputed amount, $1270.02, and closed our investigation into your dispute. This amount includes unauthorized charges, finance charges and any related fees. We've closed this account to help keep your credit safe.

Thanks for your help in this investigation.

Give us a call at 1-888-755-5856 to let us know if there's anything else we can do to help.

Sincerely,
Target Account Services, Target Financial Services
*Target Financial Services is an affiliate of Target National Bank*

12626 Jester Lane
Jacksonville, FL, 32225
July 10, 2009

Andrew
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 808054
Petaluma CA 94975-8054


Dear Andrew,

Hi Andrew. I just received the e-mail about the exclusion from the class and settlement. I don't have the information of the AdWords account number and the dates I was actually using AdWords. Here is the information I can provide:

**Name: Brandon Pulido**

**E-mail: pulido.brandon@yahoo.com**

**Mailing Address: 12626 Jester Ln., Jacksonville, FL, 32225**

I would like to be excluded from the Class.

Please contact me via e-mail or mail if you have any other questions.

Thank you.


Sincerely,

Brandon Pulido



2738 N. Campbell Avenue, Tucson, AZ 85719
Telephone 866-674-3549   Fax 520-883-3172

7/14/2009

CLRB Hanson LLC et al. vs. Google Class Action Settlement
c/o Gilardi & Co, LLC
P.O. Box 808054
Petaluma, CA 94975-8085

Fax 415-461-0412

Dear Gilardi & Co:

Please exclude my name from the above-named class action lawsuit
against Google.

Best regards,

Oliver Simoes,
Assistech Special Needs

July 15, 2009

RE: Case No. C 05-03649 JW

Dear Alyson:

Thank you for your response regarding my inquiry of July 13, 2009 about this case.

I am requesting that the Orcas Hotel not be a part of this case. I have no idea what dates we were AdWords advertisers or what our account number was, and not able to track that information down. I am unaware of any wrong doing on Google's part.

My husband and I are the owners of Orcas Hotel. Our mailing address is POB 369, Orcas, WA 98280. My e-mail is laura@orcashotel.com.

Thank you.

Laura Tidwell

# Cliptomania®
## Clip and Non-Pierced Earrings
## on the Internet

**James R. Santo**
**Marketing Manager**

P.O. Box 148,
Ellettsville, IN 47429-0148
Tel 812-935-8855
Fax 812-935-8856

I hereby request exclusion from the class action lawsuit Case No. C 05-03649 JW PVT against Google, Inc to preserve my future rights in other matters.

Sincerely,

*James R Santo*

James R. Santo
July 10, 2009

jim@hoosierltc.com
606-472-7420
PO Box 148
Ellettsville, IN 47429

7/10/09

Please exclude Me from Your lawsuit against Google. Although I cancelled my Adwords account because they went over my daily limit, I didn't know how to prove it AND you never responded to my email concerning the matter.

Thanks,

Michael Rocco
trailofstones @ Yahoo.com
Adwords Customer ID #: 282 - 794 - 8127

500 Peconic St. Apt. 82A
Ronkonkoma, NY 11779



July 10, 2009


*CLRB Hanson LLC et al. v. Google* Class Action Settlement
c/o Gilardi & Co., LLC
P.O. Box 808054
Petaluma, CA 94975-8054

To Whom It May Concern:

  Please exclude the following account as a member of the class for the class-action lawsuit
CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD
STERN, vs Google, Inc., Case No. C 05-03649 JW PVT, currently pending in the United States
District Court, Northern District of California, San Jose Division:

**Name**: Vlad Milev (Metzler/Payden)
**E-mail address**: vmilev@metzlerpayden.com
**AdWords account number**: n/a
**Mailing address**: 333 South Grand Ave, 32nd Floor, Los Angeles, CA 90071
**Period**: October 3, 2005 to October 10, 2005

As a General Counsel and Corporate Secretary of Metzler/Payden LLC, I am authorized to act on
behalf of the aforementioned account on this matter.

Very truly yours,

Edward Garlock

Edward Garlock, Esq.
General Counsel and Secretary

July 10, 2009

To Whom It May Concern,

I would like to be excluded in the Class Action Settlement against Google.

Savin Kent
24 Home Street
Apt. #2
Beverly, MA 01915

As for my email address and my account number for Adword, I do not remember. But these are all the possible email address I used:

Azng84 @ Yahoo.Com
Khmaigirl84 @ Yahoo.Com
Savin.Kent @ Erickson.Com } These are the same
SKent @ Ericksonmail.com } email address but was
                            changed by the company

I only used adword a couple of times but quit shortly after, in which I do not think this settlement concerns to me. Thank You.

Sincerely,
SAVIN KENT

Savin Kent

7/13/09



Please exclude **Orsus** and **E Stewart Ashford** from the Google Class Action Settlement.

Customer 397-010-5623

December 3, 2008 - present

vendor@orsusmgmt.com

2807 Neuse Blvd, Ste 13

New Bern, NC 28562

2807 Neuse Boulevard, Suite 13
New Bern, NC 28562-2816
252.649.0410
800.853.2765 *fax*

*E. Stewart Ashford*
E Stewart Ashford

● *A Real Asset Management Company*

Greetings, sirs;

I am writing you requesting exclusion from the case against Google with its AdWords campaign, case No. C05-03649 JW, because when I utilized AdWords I was a reseller, the CLRB Hanson Industries, LLC, et al v Google, Inc. case. Unfortunately I have not heard back from ~~claims @ customer~~ claims@adwordscustomersettlement.com yet with the pertinent information you require; i.e., my Google AdWords account #, the dates

I used (a rvorno, una my email address at that time (my email has changed a couple of times, but it was either eusing@bellsouth.net, gnusie@bellsouth.net, or eisung@bellsouth.net.) I cannot wait for this info because I must mail you this letter today in order to meet the July 14 deadline. Please email me at: therapun@att.net, or call 704-554-7767 if you need to contact me about all this. Thank You,

Lawrence W. Brax
Lawrence W. Brax



**WildCat Technology Solutions**

*A division of WildCat Development, Inc.*

25345 Avenue Stanford, Suite 201
Santa Clarita, California 91355
Voice / Fax: 661-257-9250

July 10, 2009

CLRB Hanson LLC et al. v. Google Class Action Settlement
c/o Gilardi & Co. LLC
PO Box 808054
Petaluma, CA 94975-8054

Dear Sir or Madam:

Please exclude Wildcat Development, Inc. and/or Joe Messina from the class action against Google.
Dates of service and AdWords account numbers are not available due to the age of the account.

Address any future correspondence to:

23890 Copperhill Drive, #144
Valencia, CA 91354

Email: jmessina@wildcat.la (current active)
Or: jmessina@wildcatdevelopment.com (prior)
Or: jmessina@thewildcatgroupinc.com (prior)
Or: jmessina@wcd.la (prior)

Sincerely,

Joseph Messina

***Common Sense, Business Technology Solutions Consulting***

Request for Exclusion From The Class And Settlement
CLRB Hanson LLC et al vs. Google Class Action Settlement

Dear Sir,

I got your mail yesterday, Saturday, July 11, 2009. I found it on our staircase. I believe the mailman dropped it in the wrong mailbox and whoever got it just left it on the staircase for the addressee (the undersigned) to find.

I will mail this on Monday, the 13th of July. I would also like to request for an extension of time as I saw that your deadline for the receipt of this Letter of Exclusion is on the 14th.

My Name is Glenda Bartolome. My email address is boombicbart@gmail.com. I do not remember my AdWord Account Number as I never really used it much. However, my Customer ID # is 687-255-0388. My Mailing Address is 395 3rd St., Apt. 3-L, Jersey City, NJ 07302.

Again, I registered for Google Adword in December 2007, if I'm not mistaken, but I never really actively used it. I really have no recollection anymore of the dates I was with AdWord. Actually, the AdWord for my website has been in "Paused" status a long time already. I think I spent not more than $5.00 (Five Dollars) for trying it. Probably even less. I have actually forgotten about it until now.

I would like to formally request that I be excluded from this Class Action and Settlement you have against Goggle.

Thank you very much for your concern.

Respectfully,

*Glenda Bartolome*
Glenda Bartolome

July 11, 2009



**HostRocket.com**
ADVANCED HOSTING SOLUTIONS

5 Corporate Drive
Clifton park, New York 12065

July 10, 2009

CLRB Hanson LLC et al. v. Google Class Action Settlement
c/o Gilardi & Co. LLC
P.O. Box 808054
Petaluma, California 94975-8054

Re:     CLRB Hanson LLC et al. v. Google (the "Action")

Dear Claims Administrator:

By copy of this letter, we hereby request exclusion from the settlement class in the Action with regard to all accounts previously or currently active with Google.  These accounts include, but are not limited to, the following:

| Account No. | Email Address | Billing Name | Dates |
|---|---|---|---|
| 346-376-3538 | marketing@voipadnetwork.com | John Reyes/Brendan Brader | 05/09/05 – Present |
| 148-374-9435 | VoIPRankings@voipadnetwork.com | John Reyes | 08/23/06 – Present |
| 499-807-6535 | BroadbandPhoneService@voipadnetwork.com | John Reyes/Brendan Brader | 08/22/06 – Present |
| 195-703-9435 | VoIPProviderReviews@voipadnetwork.com | John Reyes | 09/28/06   Present |
| 403-272-9090 | BestVoIPProviders@voipadnetwork.com | John Reyes/Brendan Brader | 10/21/06 – Present |
| 937-127-6531 | Top10VoIPProviders@voipadnetwork.com | John Reyes/Brendan Brader | 10/21/06 – Present |
| 684-314-1039 | IPPhoneProvider@voipadnetwork.com | John Reyes | 12/05/06 – Present |
| 517-877-0582 | morehouse.joc@voipadnetwork.com | John Reyes/Brendan Brader | 09/26/06 – Present |
| 353-547-7884 | joc.morehouse@hrnoc.net | Brendan Brader | 09/26/06 – Present |
| 572-642-2888 | vtwhite@hostrocket.com | John Reyes | 01/02/07 – Present |
| 136-933-8535 | joc.morehouse@vtwhite.com | John Reyes | 10/01/07 – Present. |

Should you require anything further, do not hesitate to contact us.

Very Truly Yours,

John Reyes

CC:     Todd Ritschdorff, Phillips Lytle LLP

Brittany Smuts
209 West Lake Street
LaGrange, Indiana 46761

To Whom it May Concern:

I received information about my inclusion in a class action settlement against Google
AdWords. I never purchased an ad from Google or any other site. My credit card
information was stolen to purchase this ad. I filed a claim with Visa, and they gave me a
full reimbursement. Visa pursued canceling the Google ad from that point on.
Therefore, I do not have an AdWords account number or dates that I was an AdWords
advertiser. I also expect to be excluded from the Class.

*Brittany Smuts*

Brittany Smuts
basmuts@ballstate.bsu.edu

**EXCLUSIONS SENT VIA EMAIL**

| Name/Company | Class Member | GilardiClassID | Notes | Received |
|---|---|---|---|---|
| sh@bedgetac.com<br>Shane | There is a matching Email Address | GGLE112527386 | Sent via email. No Account Number, No Dates, No Signature | June 11, 2009 |
| Kemper Brothers Holding<br>Oliver Kemper | YES | GGLE115825876 | Sent via email. No Account Number, No Dates, No Signature | June 17, 2009 |
| Tim Alexander | Unable to verify | Multiple Names w/No Address | Sent via email. No Account Number, No Dates, No Signature | June 17, 2009 |
| Robert Porterfield | YES | GGLE1-1800657-4 | Sent via email. No Account Number, No Dates, No Signature | June 27, 2009 |
| Cathy Clark | Unable to verify | | Sent via email. No Account Number, No Dates, No Signature<br>Claims Account was Fradulent | June 30, 2009 |
| Rosemary Jones | YES | GGLE1-1070865-0 | Sent via email. No Account Number, No Dates, No Signature | June 30, 2009 |
| Shelley Hernandez | YES | GGLE1-1809322-1 | Sent via email. No Account Number, No Dates, No Signature | July 3, 2009 |
| Brandon Pulido | YES | GGLE1-1546691-4 | Sent via email. No Account Number, No Dates, No Signature | June 30, 2009 |
| Mikalai Christiakou | YES | GGLE1-1312466-8 | Sent via email. No Account Number, No Dates, No Signature | June 27, 2009 |
| Steven P. Hurtado | YES | GGLE1-2117760-0 | Sent via email. No Account Number, No Dates, No Signature | July 11, 2009 |
| Laura Tidwell<br>Orcas Hotel | YES | GGLE1-1659049-0<br>GGLE1-1909450-7 | Sent via email. No Account Number, No Dates, No Signature | July 14, 2009 |
| adwords.google@rchv.com | Email Match - Kelly Chien | GGLE1-1519599-6 | Sent via email. No Account Number, No Dates, No Signature | June 16, 2009 |
| John Romanoff | Unable to Verify | | Sent via email. No Account Number, No Dates, No Signature | July 2, 2009 |
| Vicki Lowe | YES | GGLE1-1821285-9 | Sent via email. No Account Number, No Dates, No Signature | July 7, 2009 |
| Simon Sullivan | YES | GGLE1-1212193-2 | Sent via email. No Account Number, No Dates, No Signature | July 22, 2009 |

**Total Timely Requests Sent Via Email: 14**
**Total Late Requests Sent Via Email: 1**

Bullshit.

If  You notified me by e-mail, then I can respond via e-mail ~ therefore I am notifying you by e-mail.  and I am
not jumping through hoops for anyone to keep my or the entity you sent the e-mail to's rights.  I am telling you
the settlement in not fair to me or the entity you sent the email to and we want and will be excluded.

Exclude me and whatever entity you sent the e-mail to from this settlement.

thanks

shane

---

**From:** Claims [mailto:claims@adwordscustomersettlement.com]
**Sent:** Tuesday, June 16, 2009 2:17 PM
**To:** Shane
**Subject:** Re: CLRB Hanson LLC et al. v. Google Class Action Settlement


To exclude yourself from the settlement, you must send a letter by mail saying that you want to be
excluded from the *CLRB Hanson Industries, LLC, et al v Google, Inc.*  Case No. C 05-03649 JW. Be
sure to include your name, email address, AdWords account number, and mailing address of the
person or entity seeking to request exclusion, the dates that the person or entity was AdWords
Advertiser, and a statement that the person or entity wishes to be excluded from the class and it must
be signed on behalf of the person or entity requesting exclusion. This exclusion request must be
received by July 14, 2009.

*CLRB Hanson Industries, LLC, et al v Google, Inc.* Class Action Settlement
c/o Gilardi & Co. LLC
P.O. Box 808054
Petaluma, CA 94975-8054

You cannot exclude yourself on the phone or by email.

Cordially,
Maya
Claims Administrator
Gilardi & Co LLC
San Rafael, CA 94901

This transmission is intended only for the addressee, and may contain privileged and/or confidential
information. If you are not the intended recipient, please do not use, disseminate, or copy this material.
If you have received this transmission in error, please notify us immediately by telephone (415) 461-
0410, return this transmission, and delete or destroy any copies (digital or paper)


>>> Shane <sh@budgetac.com> 6/11/2009 12:33 PM >>>
We would like to opt out and request for exclustion from the class.



**Mail Message**

| Mail | Properties |

From: "JCB | Jesus will come back" <info@jwcb.net>   Wednesday - June 17, 2009 4:39 PM
To: "'Claims'" <claims@adwordscustomersettlement.com>
Subject: AW: Re: AW: CLRB Hanson LLC et al. v. Google Class Action Settlement
Attachments: Mime.822 (144331 bytes) [View] [Save As]

I tell you something i have no account with this email address on google Adword. I am
not interested in any of you lawsuites i will not write you a letter or do soemthing else
wasting my time
with your Lawsuite stuffs.

You cannot ad me in an Settlement which we have nothing to do with.

I will do nothing and now do not bother me anymore with your lawyer stuff

Kindest Regards,
Oliver Kemper


JWCB
by Kemper Brothers Holding LLC
11309 Scenic View Lane
Orlando, Florida 32821
USA

Phone:  407-239-4191
Fax:      407-239-3629
Cell:      407-361-7832
Skype:  407-278-5548
Mail:    info@jwcb.net
D-U-N-S Number 80-138-6371



## Mail Message

**From:** Tim Alexander &lt;wiregrassadvertising@gmail.com&gt;    Wednesday - June 17, 2009 11:14 AM
**To:** Claims &lt;claims@adwordssettlement.com&gt;
**Subject:** Re: CLRB Hanson LLC et al. v. Google Class Action Settlement
**Attachments:** Mime.822 (85290 bytes) [View] [Save As]

You included me by email. Please send me postage to exclude myself from this frivolous sout.

On Wed, Jun 17, 2009 at 1:11 PM, Claims &lt;claims@adwordscustomersettlement.com&gt; wrote:

Thank you,

**To exclude yourself from the settlement,** you must send a letter by mail saying that you want to be excluded from the *CLRB Hanson Industries, LLC, et al v Google, Inc.* Case No. C 05-03649 JW. Be sure to include your name, email address, AdWords account number, and mailing address of the person or entity seeking to request exclusion, the dates that the person or entity was AdWords Advertiser, and a statement that the person or entity wishes to be excluded from the class and it must be signed on behalf of the person or entity requesting exclusion. This exclusion request must be received by July 14, 2009.

*CLRB Hanson Industries, LLC, et al v Google, Inc.* Class Action Settlement


c/o Gilardi & Co. LLC
P.O. Box 808054
Petaluma, CA 94975-8054



**Mail Message**

Mail | Properties

From: <bobport@aol.com>                    Saturday - June 27, 2009 5:00 PM
To: <claims@adwordscustomersettlement.com>
Subject: Notice of Proposed Settlement Case #C 05-03649 JW PVT
Attachments: Mime.822 (2454 bytes) [View] [Save As]

Gentlemen:

I am in receipt of a notice of proposed settlement regarding the Google AdWords class action lawsuit and would like to know how my name got on the list of potential claimants.

I have never been a customer nor ever used the services of AdWords and thus should not be a party to any litigation as I have no interest in the litigation.

I believe my name may have mistakenly been included within the class because a few years ago Google AdWords had improperly or mistakenly billed my credit card for charges that were never incurred. That matter was settled with Google and the charges reversed after Google investigated and found the billings were in error.

I would hope you will correct your records to reflect that I am not a member of the class, nor do I have any claim under any settlement that may be approved by the court.

Thank You

Robert Porterfield

## Mail Message



Reply   Reply All       Read Later       | 

| Mail | Properties |

| | |
|---|---|
| **From:** Cathy Clark <cathyclark97303@comcast.net> | Tuesday - June 30, 2009 4:23 PM |
| **To:** <claims@adwordscustomersettlement.com> | |
| **Subject:** Case No. 05-03649 JW PVT | |
| **Attachments:** Mime.822 (3200 bytes) [View] [Save As] | |

We received the information on this settlement and had a couple of questions.

We were never subscribers to AdWords. A person fraudulently used our credit card in May 2008 to run up large bills. That card was reported and canceled on June 4, 2008. The bank did not hold us liable for the $1685.08 that was charged. A copy of the bank statement and response can be made available to you upon request.

On the notice we received regarding the settlement, the name was "Kevin Dress". That is not our last name. It may be the pseudonym of the person who perpetrated the fraud.

We know we have no claim to any settlement from Google AdWords. Our bank may have a claim, so the information is being delivered to them.


Cathy Clark
cathyclark97303@comcast.net
503-932-1731



## Mail Message

Mail | Properties

From: <rjones5622@aol.com>
To: <claims@adwordscustomersettlement.com>          Tuesday - June 30, 2009 4:29 PM
Subject: Questions about the Class Action
Attachments: Mime.822 (3151 bytes) [View] [Save As]

Good Morning,

You somehow have sent me the Settlement of Class Action between CLRB INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN vs GOOGLE, INC by mistake.

I have never contracted with Google for Adwords and have no idea how my name showed up on your mailing list.

Would you please remove it.

Thank you,

Rosemary Jones
5622 S 77th East Ave
Tulsa, OK 74145-7826

**An Excellent Credit Score is 750. See Yours in Just 2 Easy Steps!**



**Mail Message**

| Mail | Properties |

From: Shelly Hernandez <hdezsh@yahoo.com>            Friday - July 3, 2009 11:07 AM
To: <claims@adwordscustomersettlement.com>
Subject: Adwords Settlement
Attachments: Mime.822 (3374 bytes) [View] [Save As]

My name is Shelly Hernandez. I would like to be removed from the 'Class' but I do not know my account number and I no longer use the email address that I opened the account with, it used to be hershell11415@yahoo.com. My mailing address is 212 S Kraemer Blvd #1908, Placentia CA 92870. What should I do?



## Mail Message

**Mail** | Properties

| | |
|---|---|
| **From:** Brandon Pulido <pulido.brandon@yahoo.com> | Tuesday - June 30, 2009 8:06 PM |
| **To:** <claims@adwordscustomersettlement.com> | |
| **Subject:** Exclusion | |
| **Attachments:** Mime.822 (3506 bytes) [View] [Save As] | |

Dear Claims Administrator,

Hi! I have just received the settlement of class action and settlement hearing in the mail. I see the requests for exclusion from the class and the information I must have to obtain exclusion. Unfortunately, I don't remember the adwords account number, the e-mail address I used for that account, and the dates I actually used google adwords. How would I be able to be excluded in the settlement?

Please help.

Thank you.

Brandon Pulido
pulido.brandon@yahoo.com

Sent: Saturday, June 27, 2009 12:19 PM
From: Nicholas Christiakov Nicholas.christiakov@gmail.com.
To: claims@adwordscustomersettlement.com
Subject: Class Member Removal Request

Hello,

i'm just received owerly offensive looking correspondence request,

 it is correct,

that i had an adwords account active in around first half 2007, registered under the name
Mikalai Chystsiakou.

unfortunately, i no longer have an access to this account, and I can't recover any records.

therefore

1) Mikalai Chystsiakou, was at the time legal name

2) account record is lost

3) it could have been nicolai.chistiakov@gmail.com either
nicholas.chistiakov@gmail.com either any other e-mail i had used

4) 180 Bay 14th Street, 3 floor, Brooklyn, NY 11214, USA

 in my behalf i must add, that i had not noticed any overcharges, only one of my concerns
was blocking of my ad in a short period after it was launched, but it might have been a
result of overlimit bidding from business competition, and i don't have any supporting
information.

 there was very short period of active time and too small amount on the account,

 i'm strictly do not support named claim against Google and DENY any assosiations of
MIKALAI CHYSTSIAKOU with pursuants of the claim

 Regards,

Nicholas Chistiakov



## Mail Message

Mail | Properties

**From:** <shur857075@bellsouth.net>          Saturday - July 11, 2009 8:00 AM
**To:** <Claims@adwordscustomersettlement.com>
**Subject:** Exclusion
**Attachments:** Mime.822 (3550 bytes) [View] [Save As]

To Whom it May Concern:

A notice of the the intended settlement, case no. C 05-03649 JW PVT arrived for my son, Steven P. Hurtado at the end of this past week. It is too late to notify you via postal mail to have him excluded from this settlement. The purpose of my email is to notify you that he is deceased. If a copy of his death certificate is needed, please let me know. He died several years ago.

Thank you in advance for your time and deleting your records concerning this.

Suzanne Hurtado
Mother of the deceased

Dear Alyson,
What is your fax number and I will fax the signed letter, as today is the 14th.
Thanks
Laura

----- Original Message -----
**From:** Claims
**To:** Laura Tidwell
**Sent:** Tuesday, July 14, 2009 9:49 AM
**Subject:** Re: Case C 05-03649 JW PVT

Dear Laura Tidwell,

Thank you for your response.

To exclude yourself from the settlement, you must send a letter by mail saying that you want to be excluded from the *CLRB Hanson Industries, LLC, et al v Google, Inc.* Case No. C 05-03649 JW. Be sure to include your name, email address, AdWords account number, and mailing address of the person or entity seeking to request exclusion, the dates that the person or entity was AdWords Advertiser, and a statement that the person or entity wishes to be excluded from the class and it must be signed on behalf of the person or entity requesting exclusion. This exclusion request must be received by July 14, 2009.

*CLRB Hanson Industries, LLC, et al v Google, Inc.* Class Action Settlement
c/o Gilardi & Co. LLC
P.O. Box 808054
Petaluma, CA 94975-8054

You cannot exclude yourself on the phone or by email.

Should you have any further questions, or should you need to update your contact information, please feel free to continue to contact us at this electronic address.  Thank you.

Cordially,

Alyson
Claims Administrator
Gilardi & Co, LLC
San Rafael, CA 94901

>>> "Laura Tidwell" <laura@orcashotel.com> 7/13/2009 5:25 PM >>>
We respectfully request that the Orcas Hotel not be a part of the class action case against Google.
Thank you.
Laura Tidwell
Owner-Orcas Hotel



## Mail Message

**From:** <adwords.google@rchv.com>                    Tuesday - June 16, 2009 4:30 PM
**To:** Claims <claims@adwordscustomersettlement.com>
**Subject:** Re: CLRB Hanson LLC et al. v. Google Class Action Settlement
**Attachments:** Mime.822 (38364 bytes) [View] [Save As]

No, but you can, and you will. This is not an option nor is it up for
discussion. I should never have been included in this action without my
explicit permission. You added me; you will exclude me. Period.

- adwords.google@rchv.com


Claims wrote:
> Thank you,
>
> *To exclude yourself from the settlement*, you must send a letter by
> mail saying that you want to be excluded from the /CLRB Hanson
> Industries, LLC, et al v Google, Inc. // /Case No. C 05-03649 JW. Be
> sure to include your name, email address, AdWords account number, and
> mailing address of the person or entity seeking to request exclusion,
> the dates that the person or entity was AdWords Advertiser, and a
> statement that the person or entity wishes to be excluded from the class
> and it must be signed on behalf of the person or entity requesting
> exclusion. This exclusion request must be received by July 14, 2009.
>
> /CLRB Hanson Industries, LLC, et al v Google, Inc. /Class Action Settlement
> c/o Gilardi & Co. LLC
> P.O. Box 808054
> Petaluma, CA 94975-8054
>
> You cannot exclude yourself on the phone or by email.
>



## Mail Message

Mail | Properties

**From:** John and Diana <jdlr@roadrunner.com>     Thursday - July 2, 2009 4:50 AM
**To:** <claims@adwordscustomersettlement.com>
**Subject:** Claim status
**Attachments:** Mime.822 (1285 bytes) [View] [Save As]

Good morning,
Today I received information regarding the case against Google for
advertising billing practices.

The advertisements paid to Google using my name were made fraudulently
on my credit card, and I was not responsible for the charges.  I am
therefore not eligible to be part of this class action.

Please let me know if there is anything else I need to do to be removed
from this list.  Thank you.

John Romanoff
11420 Parkside Road
Chardon, OH 44024



## Mail Message

Reply    Reply All    Read Later

| Mail | Properties |

From: "Vicki Lowe" <lowevg1@verizon.net>          Tuesday - July 7, 2009 10:09 AM
To: <CLAIMS@ADWORDSCUSTOMERSETTLEMENT.com>
Subject: Potential Problem re: your request
Attachments: Mime.822 (12037 bytes) [View] [Save As]

Dear Claims Admistrator,

I received your notice for the CLRB Hanson LLC et. al. v. Google (ADWORDS) Class Action Settlement, etc.

My bed and breakfast business closed in March 2006 at which point I left Wash, DC and moved to Florida to care for a parent.

The marketing company that took care of all my advertising says they no longer have any record of my account.
They indicated that their recent computer system upgrade resulted in a loss of closed accounts of past clients records.
All the people I dealt with for marketing my business no longer work there.
The company is Blizzard Internet Marketing in Glenwood Springs, Colorado.

I have asked them to do a more in depth search.
They agreed to search again but do not believe they will be able to find my Google ADWORDS account number.

As Blizzard took care of all my internet advertising, I paid them directly and never had any personal contact with Google.

I wish to be excluded from the claim but doubt I will be able to supply the Google account number.
My letter to you will include all the other info you requested.

Please let me know if it is ok to leave out the account number.

Kind regards,



**Mail Message**

| Mail | Properties |

| From: | Simon Sullivan <simsull@gmail.com> | Wednesday - July 22, 2009 1:29 PM |
| To: | <claims@adwordscustomersettlement.com> | |
| Subject: | FW: [#80950155] (SPAM: 5.42) Did not sign up for an AdWordsaccount | |
| Attachments: | Mime.822 (7196 bytes) [View] [Save As] | |

To whom it may concern,

My name is Simon Sullivan, and I am writing on behalf of myself and Laurel Bestock (my wife).

We received a legal notice outlining the Notice of Pendency and Proposed Settlement of Class Action and Settlement Hearing in July while we were out of town. I understand that the deadline for Exclusion from this legal matter has passed, but I would like to request exclusion anyway for the following extenuating circumstance:

Due to identity theft against our credit card in 2006, a  Google AdWords account was opened in my wife's name without our knowledge and against our wishes. Once we became aware of the identity theft, we immediately requested that Google shut down the account and cease charging our credit card, which they did.

I ask that we be excluded from the Class Action proceedings, as we were never voluntarily account-holders with Google AdWords.

Please see below for the e-mail thread between Google AdWords and myself concerning this matter.

Thank you for your time and understanding,

Simon M. Sullivan