1  DARALYN J. DURIE - #169825
   RYAN M. KENT - #220441
2  DURIE TANGRI PAGE LEMLEY ROBERTS & KENT LLP
   332 Pine Street, Suite 200
3  San Francisco, CA  94104
   Telephone:  (415) 362-6666
4  Facsimile:   (415) 236-6300
5  E-Mail: ddurie@durietangri.com
           rkent@durietangri.com
6
7  Attorneys for Defendant
   GOOGLE, INC.

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                    SAN JOSE DIVISION

11 | CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated, | Case No. C h JW PVT |
|---|---|
| Plaintiffs, | **DEFENDANT'S JOINDER IN MOTION FOR FINAL APPROVAL OF CLASS ACTION CERTIFICATION AND SETTLEMENT** |
| vs. | |
| GOOGLE, INC., | Hearing: September 14, 2009 |
| Defendant. | Time: 9:00 am.<br>Dept.: Courtroom 8<br>Judge: Hon. James W. Ware |

Defendant Google, Inc. ("Google") hereby joins with Plaintiffs in respectfully requesting that the Court enter the "[Proposed] Final Judgment" submitted by Plaintiffs, Docket Nos. 339-2, 339-3.

Dated: August 27, 2009

DURIE TANGRI LEMLEY ROBERTS & KENT LLP

By: */s/ Daralyn Durie*
DARALYN J. DURIE
Attorneys for Defendant
GOOGLE, INC.