

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE, INC.,<br><br>Defendant. | Case No. C 05-03649 JW PVT<br><br>**FINAL JUDGMENT** |

On September 14, 2009, this matter came before the Court for hearing on the application of the Parties for approval of the settlement set forth in the Settlement Agreement and Release ("Agreement"), dated as of March 17, 2009. The Court reviewed the various objections it has received and permitted counsel representing three objectors to speak at the hearing. Upon consideration, the Court overrules the objections to this Settlement Agreement. Accordingly, due and adequate notice having been given to the Class as required by prior Order of this Court, and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises and good cause appearing therefor,

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Court, for purposes of this Order, adopts the definitions set forth in the Agreement.

2. This Court has jurisdiction over the subject matter of the Action and over all parties to the Action, including all members of the Class.

3. Pursuant to Rule 23 of the Federal Rules of Civil Procedure and by prior Order of this Court, the Class has been certified, defined as set forth in the Agreement. Excluded from the Class are Resellers, as defined in the Agreement, and those who validly requested to be excluded from the Class pursuant to paragraph 3.4 of the Agreement (the names of which are attached hereto as Exhibit A).

4. Pursuant to Rule 23 of the Federal Rules of Civil Procedure, this Court hereby approves the settlement set forth in the Settlement Agreement and finds that said settlement is, in all respects, fair, just, reasonable and adequate to the Class, and in the best interests of the Class.

5. The Action and all claims contained therein, as well as all of the Released Claims, are dismissed with prejudice as to plaintiffs and all Class Members and as against Google.

6. The Court finds that the Agreement, and the terms of the settlement set forth therein, is fair, just, reasonable and adequate to the Class, and that the Agreement, and the terms of the settlement set forth therein, are hereby finally approved in all respects and the Parties are hereby directed to perform its terms.

7. Upon this Final Judgment becoming final, all Class Members, on behalf of themselves, and their respective heirs, executors, administrators, successors, assigns, employees, officers, directors, attorneys, representatives, affiliates, agents, and any persons or entities they represent, shall be deemed to release and forever discharge Google from all Released Claims, and shall forever be barred and enjoined from prosecuting, commencing, instituting or asserting all or any of the Released Claims in any action or other proceeding in any court of law or equity, arbitrational tribunal, administrative or other forum, whether directly, representatively, derivatively, or in any other capacity against Google, and Google shall be deemed to have, and by operation of this Judgment shall have

fully, finally, and forever released the Representative Plaintiffs from all claims that Google has or may have against them, their affiliates, employees, or members as of February 28, 2009.

8. All Members of the Class are hereby forever barred and enjoined from prosecuting the Released Claims against Google.

9. Upon this Final Judgment becoming final, Google shall be deemed to have, and by operation of this Final Judgment shall have fully, finally and forever released, relinquished and discharged each and all of Representative Plaintiffs, Class Members, and Representative Plaintiffs' Counsel from all claims — known and unknown — arising out of, relating to, or in connection with the institution, prosecution, assertion, settlement or resolution of the Action or the Released Claims.

10. As set forth in the Court's prior Order, the notice given to the Class was the best notice practicable under the circumstances of these proceedings and of the matters set forth therein, including the certification of the Class, and the proposed settlement set forth in the Agreement to all persons entitled to such notice, and said notice fully satisfied the requirements of Federal Rules of Civil Procedure 23 and due process.

11. Neither the Agreement nor the terms of the settlement set forth therein, nor any act performed or document executed pursuant to or in furtherance of the Agreement or the settlement: (i) is or may be deemed to be or may be used as an admission of, or evidence of, the validity of any Released Claim, or of any wrongdoing or liability of Google, or (ii) is or may be deemed to be or may be used as an admission of, or evidence of, any fault or omission of Google in any civil, criminal or administrative proceeding in any court, administrative agency or other tribunal, except in a proceeding to approve, enforce, or otherwise effectuate the settlement set forth in the Agreement (or any agreement or order relating thereto). Google may file the Agreement and the Final Judgment entered thereon in any other action that may be brought against it in order to support a defense or counterclaim

based on principles of res judicata, collateral estoppel, release, good faith settlement, judgment bar or reduction or any theory of claim preclusion or issue preclusion or similar defense or counterclaim.

12. The Court finds that each party to the Action, together with their respective counsel, have complied throughout the Action with the requirements of Rule 11(b) of the Federal Rules of Civil Procedure.

13. In the event that the settlement set forth in the Agreement does not become effective in accordance with the terms of the Final Agreement, then this Judgment shall be rendered null and void to the extent provided by and in accordance with the terms of the Agreement and shall be vacated, and in such event, all releases delivered or given in connection herewith shall be null and void to the extent provided by and in accordance with the terms of the Agreement.

14. Without affecting the finality of this Final Judgment in any way, this Court hereby retains continuing jurisdiction over the Settlement Proceeds and the Parties for purposes of (a) implementing and effectuating the Agreement; and (b) construing, enforcing and administering the Agreement, including the distribution of the Settlement Proceeds to Authorized Claimants.

The Clerk shall close this file.

Dated: September 14, 2009

_____
JAMES WARE
United States District Judge

# EXHIBIT A

| Name/Company | Class Member | GilardiClassID | Notes | Date Reiceived |
|---|---|---|---|---|
| Joy A. Reed | YES | GGLE117638763 | No Account Number; No Dates | On or Before July 14, 2009 |
| Greg Smith c/o Cheri P. Smith<br>Melvin-Smith Learning Center of Sacramento | YES | GGLE119577192 | No Account Number; No Dates | On or Before July 14, 2009 |
| Etsuko Hasegawa | YES | GGLE110947965 | No Account Number; No Dates | On or Before July 14, 2009 |
| Guidance Helicopters | YES | GGLE118020348<br>GGLE120333781 | | On or Before July 14, 2009 |
| Mike Hazard | YES | GGLE115079988 | No Account Number | On or Before July 14, 2009 |
| MarketPlace Innovations, LLC<br>Philip E. Landau | YES | GGLE120622708 | | On or Before July 14, 2009 |
| Clinical Trials & Surveys Group (C-TASC)<br>Bruce W. Thompson, Chairman | PROBABLE MATCH | GGLE115403270 | No Account Number; No Dates | On or Before July 14, 2009 |
| Icksoo Shin | MATCHING EMAIL ADDRESS | GGLE119951744 | No Account Number; No Dates | On or Before July 14, 2009 |
| Margaryta Savytska | YES | GGLE115481360 | No Account Number; No Dates | On or Before July 14, 2009 |
| Beauty Queen Management<br>Juel Daisi Pollard | YES | GGLE114033100 | No Account Number; No Dates | On or Before July 14, 2009 |
| www.GIDogTags4u.com<br>Hiller Engraving | YES | GGLE117185297 | No Account Number; No Dates | On or Before July 14, 2009 |
| Brook Advertising & Public Relations<br>Cindy Tannewitz | YES | GGLE115931374 | | On or Before July 14, 2009 |
| W.N.McKenna, Ltd dba Gaswatch.info<br>C. Robert Murray, Jr. | YES | GGLE111548207 | | On or Before July 14, 2009 |
| Ronald Strickland | PROBABLE MATCH | GGLE121190631 | | On or Before July 14, 2009 |

| Name/Company | Class Member | GilardiClassID | Notes | Date Reieceived |
|---|---|---|---|---|
| Engineering Systems Technology, Inc<br>Henry Borja | YES | GGLE120661487 | | On or Before July 14, 2009 |
| Kauffman's Fruit Farm and Market<br>Lonnie Kauffman | YES | GGLE115706702 | | On or Before July 14, 2009 |
| Gregg Matshushima | YES | GGLE113002198 | | On or Before July 14, 2009 |
| Lloyd Standish | YES | GGLE118587496 | | On or Before July 14, 2009 |
| Lump Sum Solutions<br>Diane Bennett | YES | GGLE116191595 | | On or Before July 14, 2009 |
| Joe Hayes | YES | GGLE117213592 | | On or Before July 14, 2009 |
| Oneupweb<br>Lisa Wehr | YES | GGLE110720898 | | On or Before July 14, 2009 |
| Tom's Incense<br>Tom L Newlin | YES | GGLE117303214 | No Account Number; No Dates | On or Before July 14, 2009 |
| Aubri Webb | YES | GGLE110949240 | | On or Before July 14, 2009 |
| Salim Ibrahim | YES | GGLE113086405 | | On or Before July 14, 2009 |
| The David Law Firm<br>Jonathan David<br>S. Bradley Cooper | YES | GGLE111096500 | | On or Before July 14, 2009 |
| Lee Bieker | YES | GGLE118934706 | No Account Number, No Dates | On or Before July 14, 2009 |
| Dolores Sweney | YES | GGLE121468648 | No Account Number, No Dates, Claims Accout was Fraudulent | On or Before July 14, 2009 |
| Dennis Aaberg | YES | GGLE120607954 | No Email Address | On or Before July 14, 2009 |

| Name/Company | Class Member | GilardiClassID | Notes | Date Reiceived |
|---|---|---|---|---|
| Chronometry Company International<br>Chronometry Astronautics<br>Advanced Robotic Systems<br>Genebank High Security Genetics<br>Richard Ward Custer | YES | GGLE113040103 | | On or Before July 14, 2009 |
| MLI Network LLC<br>Robert Baker | YES | GGLE119364350 | | On or Before July 14, 2009 |
| International Adoption Center<br>Ann Wrixon<br>Ryan Schwab | YES | GGLE113574159<br>GGLE118882501<br>GGLE119973993 | | On or Before July 14, 2009 |
| Loysen + Kreuthmeier<br>Karen Loysen<br>Peter Kreuthmeier | YES | GGLE115334929 | No Account Number, No Dates, Claims Accout was Fraudulent | On or Before July 14, 2009 |
| MEG Financial<br>Michael Gray Jr. | YES | GGLE117448484 | | On or Before July 14, 2009 |
| Garret Bockhorst | YES | GGLE119792654 | | On or Before July 14, 2009 |
| International Food And Wine Consultants Inc<br>Mary Beth Clark | YES | GGLE121030375 | | On or Before July 14, 2009 |
| Bien C Hernandez Jr | YES | GGLE119908288 | No Account Number | On or Before July 14, 2009 |
| Shepler<br>Billy Hopkins | YES | GGLE117833949 | | On or Before July 14, 2009 |
| Roy Huft | YES | GGLE113080563 | Printed Email. No Signature | On or Before July 14, 2009 |
| Clover Sites, Inc<br>James Elliston<br>Benjamin Rugg | YES | GGLE116073835 | | On or Before July 14, 2009 |

| Name/Company | Class Member | GilardiClassID | Notes | Date Reiceived |
|---|---|---|---|---|
| AJ Riggins Search Group<br>Bernard B Long | YES | GGLE110047948 | No Account Number, No Dates, No Email Address | On or Before July 14, 2009 |
| Family Products, LLC<br>Jim Bilen | YES | GGLE114376342 | | On or Before July 14, 2009 |
| Michael O'Connell | YES | GGLE114330261 | | On or Before July 14, 2009 |
| Debra Cooley | YES | GGLE115050947 | | On or Before July 14, 2009 |
| Juanita Crispens | YES | GGLE111065788 | No Account Number, No Dates, Claims Account was Fraudulen | On or Before July 14, 2009 |
| Jill M. Anderson | YES | GGLE116962702 | | On or Before July 14, 2009 |
| Federal Tax Resolution LLC<br>Douglas Myser | YES | GGLE118304508 | | On or Before July 14, 2009 |
| Ascentive LLC<br>Adam Schran | YES | MULTIPLE | Appears to be Third Party Account Holder | On or Before July 14, 2009 |
| Burgess Sprint Inc dba Excal<br>Michael King | YES | GGLE119780281 | No Account Number | On or Before July 14, 2009 |
| eSurmountable LLC<br>Lonny Meinecke | YES | GGLE118439039 | | On or Before Sruly 14, 2009 |
| CF Dominicana Cigars, Inc<br>Dennis Briganti | YES | GGLE120052723 | | On or Before July 14, 2009 |
| Cameron Barholomew Gaston Jr. | YES | GGLE110587535 | | On or Before July 14, 2009 |
| Gifts of Encouragement, Inc.<br>Marnie Swedberg | YES | GGLE113791184 | No Account Number | On or Before July 14, 2009 |
| Ruth Kelsen | YES | GGLE112330337 | No Account Number, No Dates, Claims Account was Fraudulen | On or Before July 14, 2009 |

| Name/Company | Class Member | GilardiClassID | Notes | Date Reiceived |
|---|---|---|---|---|
| Brandon Pulido | YES | GGLE115466914 | No Account Number, No Dates. Sent by fax. | On or Before July 14, 2009 |
| Assistech Special Needs<br>Oliver Simoes | YES | GGLE119979690 | No Account Number, No Dates, No Email Address<br>Sent by fax. | On or Before July 14, 2009 |
| Cliptomania<br>James R. Santo | YES | GGLE119767595 | No Account Number, No Dates | On or Before July 14, 2009 |
| Michael Rocco | YES | GGLE113659138 | No Dates | On or Before July 14, 2009 |
| Metzler / Payden<br>Vlad Milev<br>Edward Garlock, Esq. | YES | GGLE119591446 | No Account Number | On or Before July 14, 2009 |
| Savin Kent | YES | GGLE110334343 | No Account Number, No Dates | On or Before July 14, 2009 |
| Lawrence W. Brooks | YES | GGLE114097354 | No Account Number. No Dates.<br>Identifies himself as a reseller. | On or Before July 14, 2009 |
| Wildcat Technology Solutions<br>Joseph Messina | YES | GGLE1-1031020-7 | No Account Number, No Dates<br>Multiple Emails. One Active. | On or Before July 14, 2009 |
| Orsus<br>E Stewart Ashford | YES | GGLE116938240 | Received July 15, 2009 | July 15, 2009 |
| Orcas Hotel<br>Larua Tidwell | YES | GGLE116590490<br>GGLE119094507 | No Account Number, No Dates. Sent by fax.<br>Received July 15, 2009 | July 15, 2009 |
| Glenda Bartolome | YES | GGLE1-1746506-0 | ID# 687-255-0388, No Dates<br>Received July 16, 2009 | July 16, 2009 |

| Name/Company | Class Member | GilardiClassID | Notes | Date Reieceived |
|---|---|---|---|---|
| HostRocket.com<br>John Reyes<br>Brendan Brader | YES | | 11 Account Numbers with Dates<br>Received July 16, 2009 | July 16, 2009 |
| Brittany Smuts | YES | GGLE1-1263678-9 | No Account Number, No Dates<br>Received July 20, 2009 | July 20, 2009 |

**Total Received by Mail as of July 14, 2009: 61**
**Total Received by Mail: 66**

**EXCLUSIONS SENT VIA EMAIL**

| Name/Company | Class Member | GilardiClassID | Notes | Received |
|---|---|---|---|---|
| sh@bedgetac.com<br>Shane | There is a matching Email Address | GGLE112527386 | Sent via email. No Account Number, No Dates, No Signature | June 11, 2009 |
| Kemper Brothers Holding<br>Oliver Kemper | YES | GGLE115825876 | Sent via email. No Account Number, No Dates, No Signature | June 17, 2009 |
| Tim Alexander | Unable to verify | Multiple Names w/No Address | Sent via email. No Account Number, No Dates, No Signature | June 17, 2009 |
| Robert Porterfield | YES | GGLE1-1800657-4 | Sent via email. No Account Number, No Dates, No Signature | June 27, 2009 |
| Cathy Clark | Unable to verify | | Sent via email. No Account Number, No Dates, No Signature Claims Account was Fradulent | June 30, 2009 |
| Rosemary Jones | YES | GGLE1-1070865-0 | Sent via email. No Account Number, No Dates, No Signature | June 30, 2009 |
| Shelley Hernandez | YES | GGLE1-1809322-1 | Sent via email. No Account Number, No Dates, No Signature | July 3, 2009 |
| Brandon Pulido | YES | GGLE1-1546691-4 | Sent via email. No Account Number, No Dates, No Signature | June 30, 2009 |
| Mikalai Christiakou | YES | GGLE1-1312466-8 | Sent via email. No Account Number, No Dates, No Signature | June 27, 2009 |
| Steven P. Hurtado | YES | GGLE1-2117760-0 | Sent via email. No Account Number, No Dates, No Signature | July 11, 2009 |
| Laura Tidwell<br>Orcas Hotel | YES | GGLE1-1659049-0<br>GGLE1-1909450-7 | Sent via email. No Account Number, No Dates, No Signature | July 14, 2009 |
| adwords.google@rchv.com | Email Match - Kelly Chien | GGLE1-1519599-6 | Sent via email. No Account Number, No Dates, No Signature | June 16, 2009 |
| John Romanoff | Unable to Verify | | Sent via email. No Account Number, No Dates, No Signature | July 2, 2009 |
| Vicki Lowe | YES | GGLE1-1821285-9 | Sent via email. No Account Number, No Dates, No Signature | July 7, 2009 |
| Simon Sullivan | YES | GGLE1-1212193-2 | Sent via email. No Account Number, No Dates, No Signature | July 22, 2009 |

**Total Timely Requests Sent Via Email: 14**
**Total Late Requests Sent Via Email: 1**