

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE, INC.,<br><br>Defendant. | Case No. C 05-03649 JW PVT<br><br>[PROPOSED] ORDER APPROVING AWARD OF ATTORNEYS' FEES AND EXPENSES, AND CLASS REPRESENTATIVE INCENTIVE COMPENSATION AWARD<br><br>Hearing:  Monday, September 14, 2009<br>Time:     9:00 am.<br>Dept.:    Courtroom 8<br>Judge:   Honorable James W. Ware |

WHEREAS, the parties to the above-described class action (the "Action") entered into a Settlement Agreement and Release on March 17, 2009 (the "Settlement");

WHEREAS, on September 14, 2009, the Court entered an Order approving the proposed Settlement;

WHEREAS, Representative Plaintiffs and Representative Plaintiffs' Counsel have applied to the Court for an award of attorneys' fees and reimbursement of expenses, and class representative incentive compensation awards; and

WHEREAS, pursuant to the Notice and Summary Notice, and upon notice to all parties, the

Settlement Hearing was held before this Court on September 14, 2009, to consider, among other things, whether the application for attorneys' fees and expenses, and the class representative incentive compensation awards should be approved by this Court;

WHEREAS, based upon the foregoing, and having considered all of the files, records and proceedings in this Action, the Settlement, the risks, complexity, expense and probable duration of further litigation, and the efforts of Representative Plaintiffs and Representative Plaintiffs' Counsel;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Court, for purposes of this Order, adopts the definitions set forth in the Settlement;

2. Representative Plaintiffs' Counsel are hereby awarded attorneys' fees in the amount of 25% of the Settlement Proceeds including interest thereon, and reimbursement of expenses in the amount of $147,599.50. This Fee and Expense Award shall be paid by Google from the Settlement Proceeds to Wolf Popper LLP within ten (10) business days after the Effective Date. Representative Plaintiffs' Counsel shall, in their discretion, allocate and distribute said fee and expense amounts amongst themselves and other counsel who have assisted in the prosecution of this litigation. Such discretion is to be reasonably applied so as to reflect the contributions of such counsel to the Action and the results obtained for the Class. Any dispute concerning said allocation shall be under the jurisdiction of this Court.

3. Representative Plaintiffs CLRB Hanson Industries, LLC and Howard Stern, are each awarded an incentive compensation award in the amount of $20,000.00. These awards shall be paid by Google to Wolf Popper LLP from the Settlement Proceeds, together with the Fee and Expense Award, within ten (10) business days after the Effective Date.

4. The Court finds in the exercise of its discretion that the Fee and Expense Award and incentive compensation award to be fair and reasonable. The Court finds that Representative Plaintiffs and Representative Plaintiffs' Counsel have amply demonstrated that: (i) the results obtained in light of the relevant circumstances of this action support the fee award; (ii) the economics of the prosecution of this action and the experience of Representative Plaintiffs' Counsel support the fee award; (iii) the fee award is substantially similar to fees approved in similar cases; and (iv) the time

and labor required by Representative Plaintiffs and the Representative Plaintiffs' Counsel is consistent with the fee award and incentive compensative awards.

Dated: September 14, 2009

_____
JAMES WARE
United States District Judge