UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***
**TOTAL TIME: 44 mins**

CIVIL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** September 14, 2009 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** C-05-3649 JW | **Special Master:** N/A |
| **Related Case No.:** N/A | **Interpreter:** N/A |

TITLE

**CLRB Hanson Industries LLC et al v. Google Inc.**

**Attorney(s) for Plaintiff(s)**: Lester Levy, Michele Raphael, Stephen Susman
**Attorney(s) for Defendant(s)**: Ryan Kent
Other Appearance(s): Steve Miller (Objector - Randy Lyons and Chase Thompson)
Martin Bishop (Objector - Matthew Weiss & Associates)

PROCEEDINGS

**1. Plaintiffs' Motion for Final Approval of Class Settlement [Doc. 339, 345 (joinder)**
**2. Plaintiffs' Motion for Attorney Fees and Expenses [Doc. 340]**

ORDER AFTER HEARING

Hearing held.  The Court took the matter under submission after oral argument and the Court issued a further Order following the hearing (see Docket Item No. 346) .