STEPHEN E. TAYLOR (SBN 58452)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: staylor@tcolaw.com

BRYANT C. BOREN, JR. (SBN 260602)
CHRISTOPHER W. KENNERLY (SBN 255932)
BAKER BOTTS L.L.P.
620 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
E-mail: bryant.c.boren@bakerbotts.com
E-mail: chris.kennerly@bakerbotts.com

JEFFREY D. SULLIVAN
MITCHELL D. LUKIN
BAKER BOTTS L.L.P.
30 Rockefeller Plaza, 44th Floor
New York, New York 10112
Telephone: (212) 408-2500
Facsimile: (212) 408-2501
E-mail: jeffrey.sullivan@bakerbotts.com
E-mail: mitch.lukin@bakerbotts.com

Attorneys for Defendant
MEDIACOM COMMUNICATIONS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ACACIA MEDIA TECHNOLOGIES CORPORATION | Case No.: 05-CV-01114 (JW)<br><br>MDL No. 1665<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br>Honorable James Ware |

NOTICE OF CHANGE IN COUNSEL: CASE NO. 05-CV-01114 (JW)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to General Order No. 45 of this Court, Stephen E. Taylor of Taylor & Company Law Offices, LLP, Suite 355, San Francisco, California 94111, are no longer counsel of record for defendant MEDIACOM COMMUNICATIONS CORPORATION.

Dated: May 18, 2009     Respectfully submitted,

BAKER BOTTS L.L.P.

By:    */s/ Jeffrey D. Sullivan*
       Jeffrey D. Sullivan
Attorneys for Defendant MEDIACOM COMMUNICATIONS CORPORATION

Dated: May 18, 2009     Respectfully submitted,

TAYLOR & COMPANY LAW OFFICES, LLP

By:    */s/ Stephen E. Taylor*
       Stephen E. Taylor

# **FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that the signatories have concurred in the filing of this NOTICE OF CHANGE IN COUNSEL FOR DEFENDANT MEDIACOM COMMUNICATIONS CORPORATION.

Dated: May 18, 2009

Respectfully submitted,

BAKER BOTTS L.L.P.

By:    */s/ Bryant C. Boren*
       Bryant C. Boren, Jr.
Attorneys for Defendant MEDIACOM COMMUNICATIONS CORPORATION