PP

1  Alan Sherwood, Esq.

2  CA Bar No.118330

**Filed**

3  2356 Alum Rock Ave.

4  San Jose, CA 95116

OCT 1 4 2009

5  PH: 408-929-3635

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

6  FX: 510-903-1773

NC

7                **UNITED STATES DISTRICT COURT**

8               **NORTHERN DISTRICT OF CALIFORNIA**

9                    **SAN JOSE DIVISION**

10

11  CLRB HANSON INDUSTRIES, LLC d/b/a )          **Case No: C 05-03649 JW PVT**

12  INDUSTRIAL PRINTING, and HOWARD    )

13  STERN, on behalf of themselves and all others)

14  similarly situated,                                    )

15                      Plaintiffs,                         )

16  vs.                                                          )

17  GOOGLE, INC.,                                       )          **NOTICE OF APPEAL**

18                      Defendant,                         )

19  Weiss & Associates, PC                           )

20                      Objector.                            )

21  _____ )

22         Notice is hereby given that Objectors/Appellant, Weiss & Associates, PC by and through

23  their undersigned counsels, hereby appeal to the United States Court of Appeals for the Ninth

24  Circuit the "Final Judgment" and the "Order Approving Award of Attorney's Fees and

25  Expenses" both entered by the Honorable James W. Ware on September 14, 2009, in the cause

26  styled "CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRITING, and HOWARD

STERN, on behalf of themselves and all others similarly situated, Plaintiffs vs. GOOGLE, INC."

Alan J. Sherwood, State Bar #118330
LAW OFFICE OF ALAN J. SHERWOOD

1300 Clay Street, Suite 600

Oakland, CA 93612

Telephone:      510-409-6199

Facsimile:      510-903-1773

Email:          alansherwood@earthlink.net

## CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that with the filing of this original, I have provided sufficient copies to the Clerk pursuant to Rule 3(a)(1) of the Federal Rules of Appellate Procedure to enable the clerk to comply with Rule 3(d).

Alan J. Sherwood, State Bar #118330