1  **Alan J. Sherwood, State Bar #118330**
2  **LAW OFFICE OF ALAN J. SHERWOOD**
3  **1300 Clay Street, Suite 600**
4  **Oakland, CA 94612**
5  **Telephone:    510-409-6199**
6  **Facsimile:    510-903-1773**

7
8                    **UNITED STATES DISTRICT COURT**
9                    **NORTHERN DISTRICT OF CALIFORNIA**
10                              **SAN JOSE DIVISION**
11

12  Weiss & Associates, PC,                    )
13          Objector/Appellant.                )
14                                             )
15  CLRB HANSON INDUSTRIES, LLC d/b/a          )   **Case No: C 05-03649 JW PVT**
16  INDUSTRIAL PRINTING, and HOWARD            )
17  STERN, on behalf of themselves and all others)
18  similarly situated,                        )
19          Plaintiffs/Appellees,              )
20  vs.                                        **)**
21  GOOGLE, INC.,                              )   **REPRESENTATIVE STATEMENT**
22          Defendant/Appellee.                )
23  _____    )

24          Objector/Appellant, Weiss & Associates, PC, by counsel files this representative

25  statement and the following is a list of Lead Counsel for both Plaintiffs/Appellees and

26  Defendant/Appellee:

27  1.      Lester L Levy, Sr., Wolf Popper LLP, 12th floor, 845 Third Avenue, New York, NY

28          10022, Lead Counsel for CLRB Hanson Industries, LLC d/b/a Industrial Printing.

29  2.      Marc M. Seltzer, Susman Godfrey LLP, 1901 Avenue of the Stars, Suite 950, Los

30          Angeles, CA 90067-6029, Lead Counsel for CLRB Hanson Industries, LLC d/b/a

31          Industrial Printing.

32  3.      Michele Fried Raphael, Wolf Popper LLP, 845 Third Avenue, New York, NY 10022,

33          Lead Counsel for CLRB Hanson Industries, LLC d/b/a Industrial Printing.

| | | |
|---|---|---|
| 1 | 4. | William M. Audet, Audet & Partners, LLP, 221 Main Street, Suite 1460, San Francisco, |
| 2 | | CA 94105, Lead Counsel for CLRB Hanson Industries, LLC d/b/a Industrial Printing. |
| 3 | 5. | Lester L Levy , Sr., Wolf Popper LLP, 12th floor, 845 Third Avenue, New York, NY |
| 4 | | 10022, Lead Counsel for Howard Stern on behalf of themselves and all others similarly |
| 5 | | situated. |
| 6 | 6. | Marc M. Seltzer, Susman Godfrey LLP, 1901 Avenue of the Stars, Suite 950, Los |
| 7 | | Angeles, CA 90067-6029, Lead Counsel for Howard Stern on behalf of themselves and |
| 8 | | all others similarly situated. |
| 9 | 7. | Michele Fried Raphael, Wolf Popper LLP, 845 Third Avenue, New York, NY 10022, |
| 10 | | Lead Counsel for Howard Stern on behalf of themselves and all others similarly situated. |
| 11 | 8. | William M. Audet, Audet & Partners, LLP, 221 Main Street, Suite 1460, San Francisco, |
| 12 | | CA 94105, Lead Counsel for Howard Stern on behalf of themselves and all others |
| 13 | | similarly situated. |
| 14 | 9. | David T. Biderman, Perkins Coie LLP, Four Embarcadero Center, Suite 2400, San |
| 15 | | Francisco, CA 94111, Lead Counsel for Google Inc. |
| 16 | 10. | Judith B. Gitterman, Perkins Coie LLP, Four Embarcadero Center, Suite 2400, San |
| 17 | | Francisco, CA 94111 Lead Counsel for Google Inc. |

```
20                                      /s/   Alan J. Sherwood
21                                     Alan J. Sherwood, State Bar #118330
22                                     LAW OFFICE OF ALAN J. SHERWOOD
23                                     1300 Clay Street, Suite 600
24                                     Oakland, CA 94612
25                                     Telephone:    510-409-6199
26                                     Facsimile:    510-903-1773
27                                     Email:        alansherwood@earthlink.net
```

| | |
|---|---|
| 1 | **CERTIFICATE OF COMPLIANCE** |

2  I HEREBY CERTIFY that on the date on 27th day of October, 2009, that I electronically filed

3  the foregoing document with the Clerk of the Court using the CM/ECF system.  The Court of the

4  CM/ECF system will send notification of such filings to all CM/ECF participants.

5

6                                     /s/   Alan J. Sherwood
7                                     Alan J. Sherwood