OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-2000
FAX (415) 522-2176

**RETURNED CHECK • FIRST NOTICE OF PAYMENT DUE**

N. Albert Bacharach Jr.
115 N.E. 6th Ave.
Gainesville, FL  32601

Notice Date
10/27/2009

Case Number:  5:05-cv-003649-JW
Appeal Fee for Weiss and Assoc., PC in case: CLRB Hanson Industries, et al v. Google Inc.

The check described below has been returned unpaid by your bank.  Pursuant to the fee schedule adopted by the Judicial Conference of the United States, an additional fee of $45.00 has been assessed.

You are also advised that all further payments to the court must be in the form of cash, money order or cashier's check, unless you can provide written proof from your bank that the error was the fault of the bank.

**This total amount is due for the following unpaid check.**

| | |
|---|---|
| Receipt Number:  54611006141 | Receipt Date:  10/14/2009 |
| Check Number:  5338 | Check Date:  10/13/2009 |
| Check Amount: | $ 455.00 |
| Additional Fee: | $45.00 |
| **Total Amount Due:** | **$ 500.00** |
| **Due Date:** | **11/04/2009** |

Please immediately remit a money order or cashier's check for the amount due to the following address:

United States District Court
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Make your check payable to "Clerk, U.S. District Court."
Please return this letter to ensure proper credit.

If you have any questions about the amount due, please call the Finance Dept. at (415) 522-4621.

## Receipt Review 54611006141

**General Information**

- Receipt Status: ORIGINAL
- Deposit Number: 00000500713
- Created Date: 10/14/2009
- Transaction Date: 10/14/2009
- Log Type:
- Manual Receipt
- Process Status: CLOSED OUT
- Print Status: PRINTED
- Last Modified By:
- Receipt Num: 54611006141
- Log Control Num:
- Deposit Status: DEPOSITED
- Created By: room ss
- Last Modified Date:
- Voided Receipt Num:
- Corr/Void Reason:

**Payer Information**

- Frequent Payer Code:
- Name: N. Albert Bacharach Jr.
- Address: 115 N.E. 6th Ave.
- City: Gainesville
- State: FL
- Zip: 32601
- Phone:
- Update Frequent Payer
- Assign Alternate FBO
- For the Benefit Of (FBO)
- Comments:

**Purpose Lines**

| Line | Purpose Code | Purpose Name | Quantity | Unit Price | Amount Owed | Additional Info |
|---|---|---|---|---|---|---|
| 001 | 203 | NOTICE OF APPEAL/DOCKETING FEE | 0 | $0.00 | $455.00 | |

**Tender Lines**

| Line | Tender Type | Tender Type Name | Amount Tendered | Additional Info |
|---|---|---|---|---|
| 001 | CH | CHECK | $455.00 | |

**Amount Totals**

- Tendered: $455.00
- Owed: $455.00
- Change Due: $0.00

Comments | Comments To Print | Add'l Comments

Close | Print

Amount:      $455.00
Account:     50000120685
Bank Number: 06310215

Sequence Number: 760618617
Capture Date:    10/16/2009
Check Number:    5338



# RETURNED ITEMS

USE NORMAL PUNCTUATION - OMIT $ SIGN
SINGLE SPACE ALL ENTRIES ON THIS LINE

| (5) VOUCHER NUMBER | (2) DATE OF DEBIT TO U.S. TREASURY'S ACCOUNT | (3) 8-DIGIT OR 4-DIGIT AGENCY LOCATION CODE (ALC) | (4) AMOUNT |
|---|---|---|---|
| 15836 (44499) | 10/21/09 | 4611 | 455.00 |

☐ UNCOLLECTIBLE ITEM
☐ OTHER (Explain in Block 6)

(7) NAME AND ADDRESS OF DEPOSITARY

Bank of America,

U.S. District Court
San Francisco, Oakland, San Jose
P.O. Box 36060
San Francisco, CA 94102

(8) I CERTIFY THAT THE ABOVE AMOUNT HAS BEEN RECEIVED FOR CREDIT IN THE ACCOUNT OF THE U.S. TREASURY ON THE DATE SHOWN, SUBJECT TO ADJUSTMENT OF UNCOLLECTIBLE ITEMS INCLUDED THEREIN.

*Marcia Elliott*
AUTHORIZED SIGNATURE

10/22/09
M M D D Y Y
CONFIRMED DATE

**CONFIRMED**

DEPOSITARY FORWARD THIS DOCUMENT WITH STATEMENT OR TRANSCRIPT OF THE U.S. TREASURY ACCOUNT OF THE SAME DATE