```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611838543
Cashier ID: almacen
Transaction Date: 11/03/2009
Payer Name: N ALBERT BACHARACH JR

NOTICE OF APPEAL/DOCKETING FEE
 For: N ALBERT BACHARACH JR
 Case/Party: D-CAN-5-05-CV-003649-001
 Amount:         $455.00
RETURNED CHECK FEE                49
 For: N ALBERT BACHARACH JR
 Amount:          $45.00

CHECK
 Check/Money Order Num: 723463121?
 Amt Tendered: $500.00

Total Due:     $500.00
Total Tendered: $500.00
Change Amt:      $0.00

JW

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

OFFICE OF THE CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE