# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. **09-17380**  U.S. District Court Case No. **5:05-cv-03649**

Short Case Title: **Weiss & Assoc., f/k/v CLRB Hanson, etc. v. Google, Inc.**

Date Notice of Appeal Filed by Clerk of District Court: **10/14/09**

**SECTION A** – To be completed by party ordering transcript

HEARING DATE: **September 14, 2009**

COURT REPORTER: **Irene L. Rodriguez**

(attach additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

(X) As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered: **10/30/09**

Print or type requestor's name: **N. Albert Bacharach, Jr.**

Signature of Attorney: _____

Phone Number: **352-378-9859**

Address: **115 NE 6th Avenue, Gainesville, FL 32601**

_9/14/09 JW_ _bacharachlaw.com_
_efile_

_Irene Rodriguez_

**SECTION C** – To be completed by court reporter
When the transcript is filed, complete this copy and submit it to the court reporter supervisor.

Date Transcript Filed _previously_  Court Reporter's Signature _Irene Rodriguez_ (print last name)

**SECTION D**
U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

**RICHARD W. WIEKING**    **11/25/09**    BY: _Cindy Vargas_
(U.S. District Court Clerk)    (date)    DEPUTY CLERK

This copy is the **CERTIFICATE OF RECORD**. It should be transmitted to the court of appeals by the district clerk when the transcript is filed and the record is complete in the district court.

COPY THREE

NDC-TDO (7/98)