Marc M. Seltzer – No. 54534
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100

DANIEL J. SHIH (Admitted *Pro Hac Vice*)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880

*Attorney for Plaintiffs*

(See signature page for additional counsel.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  vs.<br><br>GOOGLE, INC.,<br><br>    Defendant. | Case No. C 05-03649 JW PVT<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR APPROVAL OF FINAL DISTRIBUTION OF RESIDUAL OF SETTLEMENT FUND** |

This matter having come before the Court on plaintiffs' counsel's Unopposed Motion for Approval of Final Distribution of Residual of Settlement Fund ("Motion"), any response thereto and any reply in support thereof, and the Court having considered all papers filed and proceedings in this action and otherwise being fully informed of the matters herein, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1    The Motion is GRANTED. The Court hereby approves and authorizes the distribution of the
2    residual of the settlement funds in this case, in equal amounts, to the following three charitable
3    organizations: Consumers Union, National Consumers League, and Public Citizen.
4    IT IS SO ORDERED.

Dated: _____

_____
BETH LABSON FREEMAN
United States District Judge