# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CLRB HANSON INDUSTRIES, LLC, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE INC.,<br><br>　　　　　　Defendant. | Case No. 05-cv-03649-JW<br><br>**ORDER DIRECTING ADMINISTRATOR TO REISSUE CHECKS TO CLASS MEMBER JOHN GLIHA**<br><br>[RE: ECF 377] |

The Court has reviewed the motion to compel compliance with the Court's disbursement orders filed by class member John Gliha, *see* ECF 377, and the status report filed by the parties at the Court's request, *see* ECF 378. Mr. Gliha represents that he received two checks from the settlement fund in January 2015 but that the checks already had expired. Mr. Gliha requested and received replacement checks, but he asserts that when he deposited the replacement checks, the funds were not available for deposit and he was charged $40.00 by his bank. It appears that Mr. Gliha may have attempted to deposit the replacement checks after their expiration date, but that fact is not clear from the record before the Court.

The Court now ORDERS as follows:

(1) The administrator shall reissue the checks in question, in the amounts of $443.76 and $31.62, to Mr. Gliha and shall issue a separate check to Mr. Gliha in the amount of $40.00, as soon as is practicable;

(2) Mr. Gliha is responsible for cashing those checks in a timely manner. If Mr. Gliha fails to cash the checks before they expire, he will not be entitled to further relief from the Court; and

(3) After issuing the above checks to Mr. Gliha, the administrator may distribute the remaining settlement funds pursuant to the Court's prior Order Granting Unopposed Motion for Approval of Final Distribution of Residual of Settlement Fund, *see* ECF 372.

Dated: November 24, 2015

_____
BETH LABSON FREEMAN
United States District Judge

2